JS44 (Rev. 6/2017 NDGA)                                   **CIVIL COVER SHEET**

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)

JARROD JOHNSON individually, and on Behalf of a Class of persons similarly Situated

## DEFENDANT(S)

(see attached)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Floyd County, GA
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

(see attached)

**ATTORNEYS** (IF KNOWN)

(see attached)

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. GOVERNMENT PLAINTIFF
- [ ] 2 U.S. GOVERNMENT DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [ ] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|
| ☐ 1 | ☐ 1 | CITIZEN OF THIS STATE | ☐ 4 | ☐ 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| ☐ 2 | ☐ 2 | CITIZEN OF ANOTHER STATE | ☐ 5 | ☐ 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| ☐ 3 | ☐ 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 6 | ☐ 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 ORIGINAL PROCEEDING
- [x] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- [ ] 6 MULTIDISTRICT LITIGATION - TRANSFER
- [ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT
- [ ] 8 MULTIDISTRICT LITIGATION - DIRECT FILE

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Class Action under Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1453, 1711-1715.

**(IF COMPLEX, CHECK REASON BELOW)**

- [x] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [x] 3. Factual issues are exceptionally complex
- [x] 4. Greater than normal volume of evidence.
- [x] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [ ] 7. Pending parallel investigations or actions by government.
- [x] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [x] 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT $ _____   APPLYING IFP _____   MAG. JUDGE (IFP) _____
JUDGE _____   MAG. JUDGE _____   NATURE OF SUIT _____   CAUSE OF ACTION _____
                                            *(Referral)*

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- ☐ 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- ☐ 110 INSURANCE
- ☐ 120 MARINE
- ☐ 130 MILLER ACT
- ☐ 140 NEGOTIABLE INSTRUMENT
- ☐ 151 MEDICARE ACT
- ☐ 160 STOCKHOLDERS' SUITS
- ☐ 190 OTHER CONTRACT
- ☐ 195 CONTRACT PRODUCT LIABILITY
- ☐ 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 210 LAND CONDEMNATION
- ☐ 220 FORECLOSURE
- ☐ 230 RENT LEASE & EJECTMENT
- ☒ 240 TORTS TO LAND
- ☐ 245 TORT PRODUCT LIABILITY
- ☐ 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- ☐ 310 AIRPLANE
- ☐ 315 AIRPLANE PRODUCT LIABILITY
- ☐ 320 ASSAULT, LIBEL & SLANDER
- ☐ 330 FEDERAL EMPLOYERS' LIABILITY
- ☐ 340 MARINE
- ☐ 345 MARINE PRODUCT LIABILITY
- ☐ 350 MOTOR VEHICLE
- ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
- ☒ 360 OTHER PERSONAL INJURY
- ☐ 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- ☐ 365 PERSONAL INJURY - PRODUCT LIABILITY
- ☐ 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- ☐ 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 370 OTHER FRAUD
- ☐ 371 TRUTH IN LENDING
- ☐ 380 OTHER PERSONAL PROPERTY DAMAGE
- ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- ☐ 422 APPEAL 28 USC 158
- ☐ 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 440 OTHER CIVIL RIGHTS
- ☐ 441 VOTING
- ☐ 442 EMPLOYMENT
- ☐ 443 HOUSING/ ACCOMMODATIONS
- ☐ 445 AMERICANS with DISABILITIES - Employment
- ☐ 446 AMERICANS with DISABILITIES - Other
- ☐ 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- ☐ 462 NATURALIZATION APPLICATION
- ☐ 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- ☐ 463 HABEAS CORPUS- Alien Detainee
- ☐ 510 MOTIONS TO VACATE SENTENCE
- ☐ 530 HABEAS CORPUS
- ☐ 535 HABEAS CORPUS DEATH PENALTY
- ☐ 540 MANDAMUS & OTHER
- ☐ 550 CIVIL RIGHTS - Filed Pro se
- ☐ 555 PRISON CONDITION(S) - Filed Pro se
- ☐ 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- ☐ 550 CIVIL RIGHTS - Filed by Counsel
- ☐ 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- ☐ 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- ☐ 710 FAIR LABOR STANDARDS ACT
- ☐ 720 LABOR/MGMT. RELATIONS
- ☐ 740 RAILWAY LABOR ACT
- ☐ 751 FAMILY and MEDICAL LEAVE ACT
- ☐ 790 OTHER LABOR LITIGATION
- ☐ 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 820 COPYRIGHTS
- ☐ 840 TRADEMARK

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- ☐ 830 PATENT
- ☐ 835 PATENT-ABBREVIATED NEW DRUG APPLICATIONS (ANDA) - a/k/a Hatch-Waxman cases

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- ☐ 861 HIA (1395ff)
- ☐ 862 BLACK LUNG (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID TITLE XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- ☐ 870 TAXES (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- ☐ 375 FALSE CLAIMS ACT
- ☐ 376 Qui Tam 31 USC 3729(a)
- ☐ 400 STATE REAPPORTIONMENT
- ☐ 430 BANKS AND BANKING
- ☐ 450 COMMERCE/ICC RATES/ETC.
- ☐ 460 DEPORTATION
- ☐ 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- ☐ 480 CONSUMER CREDIT
- ☐ 490 CABLE/SATELLITE TV
- ☒ 890 OTHER STATUTORY ACTIONS
- ☐ 891 AGRICULTURAL ACTS
- ☒ 893 ENVIRONMENTAL MATTERS
- ☐ 895 FREEDOM OF INFORMATION ACT
- ☐ 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION
- ☐ 950 CONSTITUTIONALITY OF STATE STATUTES

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- ☐ 410 ANTITRUST
- ☐ 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- ☐ 896 ARBITRATION (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

---

## VII. REQUESTED IN COMPLAINT:

☒ **CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23**   DEMAND $ In Excess of $5,000,000

**JURY DEMAND** ☒ YES  ☐ NO  (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY
JUDGE_____   DOCKET NO._____

**CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES:** (CHECK APPROPRIATE BOX)
- ☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- ☐ 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- ☐ 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

- ☐ 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO._____, WHICH WAS DISMISSED. This case ☐ IS  ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

---

**SIGNATURE OF ATTORNEY OF RECORD**                                    **DATE**

Attachment to Civil Cover Sheet

I. **List of Defendants**

3M COMPANY; ALADDIN MANUFACTURING CORPORATION; APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a/ CLAYTON MILLER HOSPITALITY CARPETS; E.I. DUPONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNE CONTRACT, INC.; HARCROS CHEMICALS, INC.; INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SHAW INDUSTRIES, INC.; SHAW INDUSTRIES GROUP, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; TARKETT, INC.; TARKETT USA, INC.; THE CHEMOURS COMPANY; THE DIXIE GROUP, INC.; THE SAVANNAH MILLS GROUP, LLC; VICTOR CARPET MILLS, INC.; Q.E.P. CO., INC.; and FICTITIOUS DEFENDANTS A-J, those persons, corporations, partnerships or entities who acted either as principal or agent, for or in concert with the other named Defendants and/or whose acts caused or contributed to the damages sustained by the Plaintiff, whose identities are unknown to the Plaintiff, but which will be substituted by amendment when ascertained,

II. **List of Attorneys for Plaintiffs**

Ryals D. Stone
William S. Stone
THE STONE LAW GROUP – TRIAL LAWYERS LLC
5229 Roswell Road NE Atlanta, GA 30342
404-239-0305
ryals@stonelaw.com
billstone@stonelaw.com

Hirlye R. "Ryan" Lutz, III
F. Jerome Tapley
Brett C. Thompson
CORY WATSON
2131 Magnolia Avenue South
Birmingham, AL 35205
205-328-2200
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@cortwatson.com

**III.    List of Known Attorneys for Defendants**

Doug Scribner
David Carpenter
Geoff Rathgeber
Phil Sandick
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309 404-881-7000
Doug.scribner@alston.com
David.carpenter@alson.com
Geoff.rathgeber@alston.com
Phil.sandick@alson.com

*Attorneys for Aladdin Manufacturing Corporation, Mohawk Carpet, LLC and Mohawk Industries, Inc.*

Warren N. Coppedge, Jr.
Stephen Michmerhuizen
COPPEDGE, MICHMERHUIZEN, RAYBURN
508 S. Thornton Avenue
Dalton, GA 30720
706-226-0040
steve@coppedgefirm.com

*Attorneys for Arrowstar, LLC*

James C. Gray, III
Carrie M. Motes
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, AL 35213
jgray@lgwmlaw.com
cmotes@lgwmlaw.com

*Attorneys for Daltonion Flooring, Inc.*

M. Jerome Elmore
BONDURANT MIXSON & ELMORE LLP
One Atlantic Center
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, GA 30309
elmore@bmelaw.com

*Attorney for Dorsett Industries, Inc.*

Steven F. Casey
JONES WALKER, LLP
1819 Fifth Avenue North, Suite 100
Birmingham, AL 35203
scasey@joneswalker.com

*Attorney for Dependable Rug Mills, Inc.*

Alexander B. Feinberg
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
205-254-1000
afeinberg@maynardcooper.com

*Attorney for Dystar, L.P.*

David J. Marmins
Morgan E.M. Morrison
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
David.marmins@agg.com
Moran.morrison@agg.com

*Attorneys for ECMH, LLC d/b/a Clayton Miller Hospitality Carpets and Emerald Carpets, Inc.*

Randall Wilson
Michael Dumitru

MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200 Chattanooga, TN 37402
423-756-6600
Randy.wilson@millermartin.com
Michael.dumitru@millermartin.com

*Attorneys for Engineered Floors, LLC*

Richard A. Horder
Jennifer A. Simon
KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
404-812-0126
jsimon@kmcllaw.com

*Attorneys for Harcros Chemicals, Inc.*

John M. Johnson
Clinton T. Speegle
Lana A. Olson
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North Birmingham, AL 35203
jjohnson@lightfootlaw.com
cspeegle@lightfootlaw.com l
olson@lightfootlaw.com

*Attorneys for E.I. Dupont de Nemours and Company*

Gregory A. Brockwell
BROCKWELL SMITH, LLC
420 20th Street No., Suite 2000
Birmingham, AL 35203
greg@brockwellsmith.com

*Attorney for Fortune Contract, Inc. and NPC South, Inc.*

Jonathan Bledsoe
THE MINOR FIRM
745 College Drive, Suite B

P.O. Box 2586
Dalton, GA 30722-2586

*Attorney for Indian Summer Carpet Mills, Inc., Lyle Industries, Inc. and The Savannah Mills Group, LLC*

E. Britton Monroe
Bryan A. Grayson
Devon K. Rankin
Karen M. Ross
Hannah S. Stokes
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, AL 35213
bmonroe@lgwmlaw.com
bgrayson@lgwmlaw.com
drankin@lgwmlaw.com
kross@lgwmlaw.com
hstokes@lgwmlaw.com

*Attorneys for Industrial Chemicals, Inc.*
Richard E. Broughton
BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, AL 36104
rbroughton@ball-ball.com

*Attorney for MFG Chemical, Inc.*

David C. Higney
GRANT, KONVALINKA & HARRISON, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
dhigney@gkhpc.com

*Attorney for Oriental Weavers USA, Inc.*

Michael J. Sullivan
Vonnetta L. Benjamin
WOMBLE BOND DICKINSON (US), LLP
271 17th Street N.W., Suite 2400

Atlanta, GA 30363-1017
404-872-7000
Michael.sullivan@wbd-us.com
Vonnetta.benjamin@wbd-us.com

*Attorneys for Lexmark Carpet Mills, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, Tarkett, Inc. and Tarekett USA, Inc.*

James B. Carroll
Michael Weiss
M. Russell Wofford, Jr.
CARROLL & WEISS LLP
1819 Peachtree Road, Suite 104
Atlanta, GA 30309
404-228-5337
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
rwofford@carrollweiss.com

*Attorneys for Milliken & Company*

Robert G. McCurry
THE MCCURRY LAW FIRM, LLC
122 W. King Street
Dalton, GA 30720
mccurry@mccurrylaw.com

*Attorney for S&S Mills, Inc.*

William V. Custer
Jennifer B. Dempsey
Leah A. Schultz
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
404-572-6600
Bill.custer@bclplaw.com
Jennifer.dempsey@bclplaw.com
Leah.schultz@bclplaw.com

Scott Parrish
Ellis Lord
Neil L. Wilcove
Meredith C. Lee
Jenna Fullerton
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
423-756-6600
Scott.parrish@millermartin.com
Ellis.lord@millermartin.com
Neil.wilcove@millermartin.com
Meredith.lee@millermartin.com
Jenna.fullerton@millermartin.com

*Attorneys for The Dixie Group, Inc.*


Charles A. Hardin
Hillary V. Keller
HARDIN & HUGHES, LLP
2121 Fourteenth Street
Tuscaloosa, AL 35401
chardin@hardinhughes.com
hkeller@hardinhughes.com

*Attorneys for Victor Carpet Mills, Inc*

Edward Hine, Jr.
LAW OFFICES OF EDWARD HINE, JR., P.C.
111 Bridgepoint Plaza
Suite 121
Rome, GA 30162-5128
706-291-2531
ed@edwardhinelaw.com

*Attorneys for Shaw Industries, Inc. and Shaw Industries Group, Inc.*