IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>3M COMPANY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>4:20-cv-00008-AT |

**CONSENT MOTION TO DISMISS WITHOUT PREJUDICE
DEFENDANT HARCROS CHEMICALS INC.**

Defendant Harcros Chemicals Inc. ("Harcros") files this Consent Motion to Dismiss Harcros from this litigation without prejudice. Harcros has never participated in any of the alleged conduct of which the plaintiffs complain and is thus due to be dismissed. Harcros shows as follows:

1.  The plaintiffs allege injury as a result of the defendants' "release of toxic chemicals, including but not limited to perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), related chemicals that degrade to PFOA and/or PFOS (including, but not limited to, C3-C15 perfluorinated compounds such as PFBA, PFBS, PFNA, PFHxS, PFHpA), precursors to PFOA and PFOS, and related chemicals (collectively "PFCs") from Defendants' manufacturing processes and facilities." Complaint, Paragraph 1. Alternatively, or in addition,

1

the plaintiffs also contend that the defendants "use PFCs as part of manufacturing processes or otherwise supply PFCs to Defendants' manufacturing facilities" and that such PFCs made their way into industrial wastewater discharges and "contaminate[d] the Conasauga River, the Oostanaula River, the Coosa River and other tributaries and watersheds in Floyd County, Georgia." Complaint, Paragraph 4.

2. The Harcros facility in Dalton, Georgia has never manufactured PFCs and thus, has never discharged such chemicals, either directly or indirectly, to the Conasauga River, the Oostanaula River, the Coosa River or other tributaries and watersheds in Floyd County, Georgia. *See* Affidavit of James Grantham, ¶ 4 (attached as Exhibit A).

3. The Harcros facility in Dalton, Georgia, is the only Harcros facility that discharges, either directly or indirectly, to the Conasauga River, the Oostanaula River, the Coosa River or other tributaries and watersheds in Floyd County, Georgia. *See id.*, ¶ 5. Thus, no Harcros facility has discharged PFCs to the Conasauga River, the Oostanaula River, the Coosa River or other tributaries and watersheds in Floyd County, Georgia. *See id.*

4. Although Harcros has supplied chemicals to customers located in and around Dalton, Georgia, including chemicals from Harcros' Dalton facility

as well as from other Harcros branch locations, Harcros has never distributed or otherwise provided PFCs to any customer located in Dalton, Georgia or destined for use in Dalton, Georgia. *See id.*, ¶ 6.

5. Based on this good faith representation and having been provided documentary evidence of Harcros' production and sale records, the plaintiffs, by and through their counsel Ryals Stone, have consented to a dismissal of Harcros from this litigation without prejudice.

6. If additional evidence becomes available showing either that Harcros' Dalton facility manufactured PFCs or that it distributed or otherwise provided PFCs to any customer located in Dalton, Georgia, or destined for use in Dalton, Georgia, the plaintiffs may re-file this action against Harcros. In such an event, Harcros retains all its defenses to this litigation except for a request for costs and/or stay under Rule 41(d).

This 6th day of February, 2020.

        Respectfully submitted,

        /s/ Jennifer A. Simon
        Richard A. Horder
        Georgia Bar No. 366750
        Jennifer A. Simon
        Georgia Bar No. 636946

        KAZMAREK MOWREY CLOUD LASETER LLP
        1230 Peachtree Street, Suite 900
        Atlanta, GA 30309
        (404) 812-0126
        jsimon@kmcllaw.com

        *Attorneys for Defendant Harcros Chemicals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of February, 2020, electronically filed the foregoing CONSENT MOTION TO DISMISS DEFENDANT HARCROS CHEMICALS INC. with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all registered CM/ECF users.

/s/ *Jennifer A. Simon*

Jennifer A. Simon
Georgia Bar No. 636946
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street, NE, Suite 900
Atlanta, GA 30309
Tel.: (404) 812-0126
Fax: (404) 812-0845
jsimon@kmcllaw.com