**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| JARROD JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. |
| vs. | ) | 4:20-cv-00008-AT |
| | ) | |
| 3M COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF HARCROS CHEMICALS, INC.**

NOW COMES Plaintiffs Jarrod Johnson, individually and on behalf of a class of persons similarly situated ("Plaintiffs"), and, based upon the representations made by Defendant Harcros Chemicals Inc. ("Harcros") in the Consent Motion to Dismiss Defendant Harcros Chemicals Inc. and its attached Affidavit, Plaintiffs hereby dismiss Harcros without prejudice in the above referenced action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiffs may dismiss Harcros from this action without a court order, because Harcros has not filed an answer or motion for summary judgment in this case.

1

This 7th day of February, 2020.

*Attorneys for Plaintiffs:*

**THE STONE LAW GROUP –
TRIAL LAWYERS, LLC**
By: /s/ *Ryals D. Stone*____
Ryals D. Stone
Georgia State Bar No. 831761
By: /s/ *William S. Stone*__
William S. Stone
Georgia State Bar No. 684636

5229 Roswell Road NE
Atlanta, GA  30342
TEL:  404-239-0305
FAX: 404-445-8003
R. Stone email:  ryals@stonelaw.com
B. Stone email:  billstone@stonelaw.com

**CORY WATSON, P.C.**
Hirlye R. "Ryan" Lutz, III*
F. Jerome Tapley*
Brett C. Thompson

2131 Magnolia Avenue South
Birmingham, AL 35205
TEL:  205-328-2200
FAX: 205-324-7896
R. Lutz email: rlutz@corywatson.com
J. Tapley email: jtapley@corywatson.com
B. Thompson email: bthompson@corywatson.com

*Application for Admission Pro Hac Vice Forthcoming*

2

# CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of February, 2020, electronically filed the foregoing VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HARCROS CHEMICALS, INC. with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all registered CM/ECF users.

/s/ Ryals D. Stone
Ryals D. Stone
Georgia Bar No. 831761
5229 Roswell Road, N.E.
Atlanta, GA 30342
TEL: 404-239-0305
FAX: 404-445-8003
Email: ryals@stonelaw.com

*Attorneys for Plaintiffs*