## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **JARROD JOHNSON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **3M COMPANY, et al.** | ) | **4:20-CV-00008-AT** |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

---

### DEFENDANT DYSTAR L.P.'S
### CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

---

Defendant DyStar L.P. ("DyStar"), without submitting to the jurisdiction of this Court or waiving its objection to the jurisdiction of this Court, respectfully moves, with Plaintiff's consent, to dismiss without prejudice Plaintiff's complaint as to DyStar pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure on the grounds that the Court lacks subject matter jurisdiction over DyStar.

In support of the motion, DyStar will rely on the pleadings, a memorandum of law filed simultaneously with the motion, and the affidavit of Michael Sims attached as Exhibit B to the memorandum of law.

05256793.1

This the 11th day of February, 2020.

                                        */s/ Alexander B. Feinberg*                
                                        ALEXANDER B. FEINBERG
                                        Georgia Bar No. 956505
                                        1901 Sixth Avenue North
                                        2400 Regions Harbert Plaza
                                        Birmingham, Alabama 35203
                                        Phone: 205.254.1000
                                        Fax: 205.254.1999

                                        **Attorney for Defendant DyStar L.P.**

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL  35203-2618
Telephone:  205.254.1000
afeinberg@maynardcooper.com

<u>**CERTIFICATE OF COMPLIANCE**</u>

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

/s/ Alexander B. Feinberg
Alexander B. Feinberg

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 11th day of February, 2020, the foregoing was served by electronic filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Alexander B. Feinberg
OF COUNSEL

05256793.1