IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JARROD JOHNSON, individually, | : | |
| and on Behalf of a Class of Persons | : | |
| similarly Situated, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | **NO.:  4:20-cv-00008-AT** |
| 3M COMPANY, et al. | : | |
| | : | |
| **Defendants.** | : | |

## CONSENT MOTION TO DISMISS DEFENDANT LYLE INDUSTRIES, INC. WITHOUT PREJUDICE

**COME NOW**, Jarrod Johnson, individually, and on Behalf of a Class of Persons similarly Situated, Plaintiff, and Lyle Industries, Inc., Defendant, (hereafter "these Parties") and by and through these Parties' counsel of record, hereby move the Court to dismiss Lyle Industries, Inc., as a defendant in this matter without prejudice. In support thereof, Lyle Industries shows the Court the following:

-1-

Plaintiff's Complaint alleges injuries as a result of the defendants' "release of toxic chemicals and/or perfluorinated compounds, including but not limited to perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), related

1

chemicals that degrade to PFOA and/or PFOS (including, but not limited to, C3-Cl5 perfluorinated compounds such as PFBA, PFBS, PFNA, PFHxS, PFHpA), precursors to PFOA and PFOS, and related chemicals from Defendants' manufacturing processes and facilities (PFOA and PFOS and their respective related chemicals are hereinafter collectively referred to as "PFCs")." (Complaint, ¶ 1). Plaintiff further alleges that the defendants "use PFCs as part of manufacturing processes or otherwise supply PFCs to Defendants' manufacturing facilities" (Complaint, ¶ 4). Additionally, Plaintiff asserts that these PFCs are contained in the industrial wastewater discharges of defendants and "contaminate[d] the Conasauga River, the Oostanaula River, the Coosa River and other tributaries and watersheds in Floyd County, Georgia" (Complaint, ¶ 4), "including but not limited to the water that supplies Rome's water intake site and the Bruce Hamler Water Treatment Facility" (Complaint, ¶ 5). Hereinafter, these PFCs, PFOAs, PFOS, and precursors to such chemicals are collectively referred to as "PFCs."

-2-

Lyle Industries manufactures certain products for the automotive industry, primarily through tufting, cutting, and molding certain materials. End-use products include accessory floor mats, complete molded floors, console trim parts, and carpets

for Class 8 tractors. Affidavit of Lamar Lyle, President of Defendant Lyle, ¶ 4, which is attached hereto as Exhibit "A," and incorporated herein by reference.

-3-

Lyle Industries never manufactured, purchased, used, sold, supplied, or utilized any PFCs.  There are no PFCs in the products that Lyle Industries manufactures, and never have been.  Further, there are no PFCs in the raw materials that Lyle Industries uses, and never have been. (Lyle Aff., ¶ 5).

-4-

Likewise, Lyle Industries never directed any entity to apply PFCs, stain-repellant chemicals, stain-resistant chemicals, water-repellant chemicals, and/or water-resistant chemicals to any of its products. (Lyle Aff., ¶ 6).

-5-

Furthermore, Lyle Industries has never discharged any PFCs, directly or indirectly, into the waterways at issue in this litigation, as referenced in Plaintiff's Complaint. (Lyle Aff., ¶ 7).

-6-

Based on the good faith representations of Lyle Industries contained herein and in the attached Affidavit, the Plaintiff, by and through its counsel, has consented to a dismissal of Lyle Industries from this action without prejudice.

-7-

It is stipulated and consented that if additional evidence becomes available showing that Lyle Industries should not have been dismissed, then Plaintiff may re-file his case against Lyle Industries and/or join Lyle Industries in this action. In such event, Lyle Industries shall retain all rights and defenses in this case except: (a) Lyle Industries will not contest venue to the extent venue has been determined by the Court; (b) Lyle Industries agrees to a tolling of the statute of limitations from the time of this Order until the action is re-filed or Lyle Industries is joined in this action; and (c) Lyle Industries will not seek costs or a stay pursuant to Fed. R. Civ. P. 41(d).

**WHEREFORE**, these Parties respectfully request this Court grant this Consent Motion and dismiss Lyle Industries, Inc., as a defendant in this matter without prejudice.

Respectfully submitted this 17th day of April, 2020.

**THE MINOR FIRM**

**BY:**   */s/ Jonathan L. Bledsoe*
**JONATHAN L. BLEDSOE**
**GA BAR NO.: 063143**
**BRITTANY D. HEPNER**
**GA BAR NO.: 200989**
**ATTORNEYS FOR DEFENDANT**
**LYLE INDUSTRIES, INC.**

**P.O. BOX 2586**
**DALTON, GA 30722-2586**
**706.259.2586**
**jbledsoe@minorfirm.com**

**THE STONE LAW GROUP –**
**TRIAL LAWYERS, LLC**

**BY:**   */s/ Ryals D. Stone*
**RYALS D. STONE**
**GA BAR NO.: 831761**
**ATTORNEY FOR PLAINTIFF**

**5229 Roswell Rd. NE**
**Atlanta, GA 30342**

**404.239.0305**
**Ryals@stonelaw.com**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JARROD JOHNSON, individually, | : | |
| and on Behalf of a Class of Persons | : | |
| similarly Situated, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | **NO.: 4:20-cv-00008-AT** |
| 3M COMPANY, et al. | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and exact copy of the within and foregoing **CONSENT MOTION TO DISMISS DEFENDANT LYLE INDUSTRIES, INC. WITHOUT PREJUDICE** upon all parties via the Court's electronic filing system, or by mailing a copy thereof to counsel in properly addressed envelopes with sufficient postage, to the following:

Ryals D. Stone
William S. Stone
THE STONE LAW GROUP -TRIAL
LAWYERS LLC
5229 Roswell Road NE
Atlanta, GA 30342
404-239-0305
ryals@stonelaw.com
billstone@stonelaw.com
*Attorneys for Plaintiff*

Hirlye R. "Ryan" Lutz, III
F. Jerome Tapley
Brett C. Thompson
CORY WATSON
2131 Magnolia Avenue South
Birmingham, AL 35205
205-328-2200
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@corywatson.com
*Attorneys for Plaintiff*

Jackson R. Sharman, III
Benjamin P. Harmon
LIGHTFOOT, FRANKLIN & WHITE
LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
jsharman@lightfootlaw.com
bharmon@lightfootlaw.com
Attorneys for 3M Company

Apricot International, Inc.
c/o Guy Binnette
P.O. Box 1544
Dalton, GA 30721-1544

Doug Scribner
David Carpenter
Geoff Rathgeber
Phil Sandick
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000
Doug.scribner@alston.com
David.carpenter@alston.com
Geoff.rathgeber@alston.com
Phil.sandick@alson.com
*Attorneys for Aladdin Manufacturing*
*Corporation, Mohawk Carpet, LLC*
*and Mohawk Industries, Inc.*

Warren N. Coppedge, Jr.
Stephen Michmerhuizen
COPPEDGE, MICHMERHUIZEN,
RAYBURN
508 S. Thornton Avenue
Dalton, GA 30720
706-226-0040
steve@coppedgefirm.com
*Attorneys for Arrowstar, LLC*

James C. Gray, III
Carrie M. Motes
LLOYD, GRAY, WHITEHEAD
& MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, AL 35213

jgray@lgwmlaw.com
cmotes@lgwmlaw.com
*Attorneys for Daltonion Flooring, Inc.*

Steven F. Casey
JONES WALKER, LLP
1819 Fifth Avenue North, Suite 100
Birmingham, AL 35203
scasey@joneswalker.com
*Attorney for Dependable Rug Mills, Inc.*

M. Jerome Elmore
BONDURANT MIXSON &
ELMORE LLP One Atlantic Center
1201 W. Peachtree Street, NW, Suite
3900 Atlanta, GA 30309
elmore@bmelaw.com
*Attorney for Dorsett Industries, Inc.*

Alexander B. Feinberg
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
205-254-1000
afeinberg@maynardcooper.com
*Attorney for Dystar, L.P.*

David J. Marmins
Morgan E.M. Morrison
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
David.marmins@agg.com
Moran.morrison@agg.com

*Attorneys for ECMH, LLC d/b/a Clayton Miller Hospitality Carpets and Emerald Carpets, Inc.*

John M. Johnson
Clinton T. Speegle
Lana A. Olson
LIGHTFOOT, FRANKLIN &
WHITE, LLC 400 20th Street North
Birmingham, AL 35203
jjohnson@lightootlaw.com
cspeegle@lightfootlaw.com
lolson@lightfootlaw.com
*Attorneys for E.I. Dupont de Nemours and Company*

Randall Wilson
Michael Dumitru
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
423-756-6600
Randy.wilson@millermartin.com
Michael.dumitru@millermartin.com
*Attorneys for Engineered Floors, LLC*

Gregory A. Brockwell
BROCKWELL SMITH, LLC
420 20th Street No., Suite 2000
Birmingham, AL 35203
greg@brockwellsmith.com
*Attorney for Fortune Contract, Inc. and NPC South, Inc.*

Richard A. Harder
Jennifer A. Simon
KAZMAREK MOWREY CLOUD
LASETERLLP
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
404-812-0126
jsimon@kmcllaw.com
*Attorneys for Harcros Chemicals, Inc.*

E. Britton Monroe
Bryan A. Grayson
Devon K. Rankin
Karen M. Ross
Hannah S. Stokes
LLOYD, GRAY, WHITEHEAD &
MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, AL 35213
bmonroe@lgwmlaw.com
bgrayson@lgwmlaw.com
drankin@lgwmlaw.com
kross@lgwmlaw.com
hstokes@lgwmlaw.com
*Attorneys for Industrial Chemicals,
Inc.*

Michael J. Sullivan
Vonnetta L. Benjamin
WOMBLE BOND DICKINSON (US),
LLP 271 17th Street N.W., Suite 2400
Atlanta, GA 30363-1017
404-872-7000
Michael.sullivan@wbd-us.com
Vonnetta.benjamin@wbd-us.com
*Attorneys for Lexmark Carpet Mills,
Inc., Tandus Centiva, Inc., Tandus
Centiva US, LLC, Tarkett, Inc. and*

*Tarkett USA, Inc.*

Richard E. Broughton
BALL, BALL, MATTHEWS
& NOVAK, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, AL 36104
rbroughton@ball-ball.com
*Attorney for MFG Chemical, Inc.*

James B. Carroll
Michael Weiss
M. Russell Wofford, Jr.
CARROLL & WEISS LLP
1819 Peachtree Road, Suite 104
Atlanta, GA 30309
404-228-5337
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
rwofford@carrollweiss.com
*Attorneys for Milliken & Company*

David C. Higney
GRANT, KONVALINKA
& HARRISON, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
dhigney@gkhpc.com
*Attorney for Oriental Weavers USA,
Inc.*

Robert G. McCurry
THE MCCURRY LAW FIRM, LLC
122 W. King Street
Dalton, GA 30720
mccurry@mccurrylaw.com
*Attorney for S&S Mills, Inc.*


William V. Custer
Jennifer B. Dempsey
Leah A. Schultz
BRYAN CAVE LEIGHTON
PAISNER LLP One Atlantic Center,
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
404-572-6600
Bill.custer@bclplaw.com
Jennifer.dempsey@bclplaw.com
Leah.schultz@bclplaw.com


The Chemours Company
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805


Scott Parrish
Ellis Lord
Neil L. Wilcove
Meredith C. Lee
Jenna Fullerton
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Q.E.P Co., Inc.
100l Broken Sound Parkway, Suite A
Boca Raton, FL 33487

Chattanooga, TN 37402
423-756-6600
Scott.parrish@millermartin.com
Ellis.lord@millermartin.com
Neil.wilcove@millermartin.com
Meredith.lee@millermartin.com
Jenna.fullerton@millermartin.com
*Attorneys for The Dixie Group, Inc.*


Charles A. Hardin
Hillary V. Keller
HARDIN & HUGHES, LLP
2121 Fourteenth Street
Tuscaloosa, AL 35401
chardin@hardinhughes.com
hkeller@hardinhughes.com
*Attorneys for Victor Carpet Mills, Inc.*


Edward Hine, Jr.
LAW OFFICES OF EDWARD
HINE, JR., P.C.
111 Bridgepoint Plaza
Suite 121
Rome, GA 30162-5128
706-291-2531
ed@edwardhinelaw.com
*Attorneys for Shaw Industries, Inc. and
Shaw Industries Group, Inc.*

This 17th day of April, 2020.

**THE MINOR FIRM**

**BY:**   ***/s/ Jonathan L. Bledsoe____***
                 **JONATHAN L. BLEDSOE**
**P.O. BOX 2586**                               **GA BAR NO.: 063143**
**DALTON, GA 30722-2586**              **BRITTANY D. HEPNER**
**706.259.2586**                               **GA BAR NO.: 200989**
**jbledsoe@minorfirm.com**           **ATTORNEYS FOR DEFENDANT**
                 **LYLE INDUSTRIES, INC.**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| **JARROD JOHNSON, individually,** | : | |
| **and on Behalf of a Class of Persons** | : | |
| **similarly Situated,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **NO.: 4:20-cv-00008-AT** |
| **3M COMPANY, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point type, in compliance with local rule 5.1.

This 17th day of April, 2020.

**THE MINOR FIRM**

**BY:** */s/ Jonathan L. Bledsoe*____
**JONATHAN L. BLEDSOE**

P.O. BOX 2586                   **GA BAR NO.: 063143**
**DALTON, GA 30722-2586**          **BRITTANY D. HEPNER**
**706.259.2586**                   **GA BAR NO.: 200989**
**jbledsoe@minorfirm.com**         **ATTORNEYS FOR DEFENDANT**
                                   **LYLE INDUSTRIES, INC.**