UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, Individually and on behalf of a class of persons similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>　　　　*Defendants*. | §<br>§<br>§<br>§  Civil Action No.<br>§  4:20-cv-0008-AT<br>§<br>§<br>§<br>§<br>§<br>§ |

## CONSENT MOTION TO DISMISS DEFENDANT NPC SOUTH, INC.

**COMES NOW** Defendant NPC South, Inc. ("NPC") and by and through its counsel of record, hereby moves the Court to dismiss NPC as a defendant in this matter without prejudice. In support thereof, NPC respectfully shows the Court the following:

1.　The Plaintiff alleges injury as a result of the Defendants' "release of toxic chemicals, including but not limited to perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), related chemicals that degrade to PFOA and/or PFOS (including, but not limited to, C3-Cl5 perfluorinated compounds such as PFBA, PFBS, PFNA, PFHxS, PFHpA), precursors to PFOA and PFOS, and related chemicals from Defendants' manufacturing processes and facilities." Complaint, Paragraph 1. Alternatively, or in addition, the Plaintiff also contends that the Defendants "use PFCs as part of manufacturing processes or otherwise

1

supply PFCs to Defendants' manufacturing facilities" and that such PFCs made their way into industrial wastewater discharges and "contaminate[d] the Conasauga River, the Oostanaula River, the Coosa River and other tributaries and watersheds in Floyd County, Georgia", "including but not limited to the water that supplies Rome's water intake site and the Bruce Hamler Water Treatment Facility." Complaint, Paragraphs 4 and 5. Hereinafter, these PFCs, PFOAs, PFOS, and their precursors are collectively referred to as "PFCs."

2. The NPC facility in Dalton, Georgia is a supplier to the retail trade. NPC's primary business is to purchase finished carpet remnants (*i.e.*, scrap carpet) from the larger manufacturers, which are then cut into smaller area rugs, sewn at the edges and rolled/packaged for sale to retailers. Other than the process described above (assuming *arguendo* that such process can be construed as "manufacturing" carpet), NPC has never manufactured any carpet. NPC has never manufactured PFCs. Further, NPC has never in any manner discharged such chemicals, either directly or indirectly, into any of the waterways at issue in this litigation. *See* Affidavit of Michael Litner in Support of Motion to Dismiss Defendant NPC South, Inc. n/k/a Natco Products Corporation at ¶¶ 3-4 (attached as Exhibit A).

3. NPC has never supplied chemicals to customers located in and around Dalton, Georgia. NPC has never distributed or otherwise provided PFCs

to any customer located in Dalton, Georgia or destined for use in Dalton, Georgia. *See id.* at ¶ 5.

4.  NPC has never manufactured, used, purchased, sold, supplied or utilized PFCs in its business operations.  NPC has never applied or directed any entity to apply PFCs, stain-repellant chemicals, stain-resistant chemicals, water-repellant chemicals, and/or water-resistant chemicals to any of its products.  *See id.* at ¶ 6.

5.  Based on the good faith representations of NPC, contained herein and in the attached affidavit of Michael Litner, the Plaintiff, by and through its counsel, has consented to a dismissal of NPC from this action without prejudice.

6.  NPC stipulates and consents that if additional evidence becomes available showing that NPC should not have been dismissed, then Plaintiff may re-file his case against NPC and/or join NPC in this action.  In such event, NPC shall retain all rights and defenses in this case except:

(a)  NPC will not contest venue to the extent venue has been determined by the Court;

(b)  NPC agrees to a tolling of the statute of limitations from the time of this Order until an action against NPC is re-filed or NPC is joined in this action; and

(c)  NPC will not seek costs or a stay pursuant to Fed. R. Civ. P. 41(d).

**WHEREFORE**, NPC respectfully request this Court grant this Consent Motion and dismiss NPC as a defendant in this matter without prejudice.

This 20th day of April, 2020.

        Respectfully submitted,

        LOEWINSOHN FLEGLE DEARY SIMON, LLP

        /s/ *Jeven R. Sloan*
        JEVEN R. SLOAN
        Georgia Bar No. 652727
        12377 Merit Drive, Suite 900
        Dallas, Texas  75251
        (214) 572-1700 - Telephone
        Jevens@lfdslaw.com

        **ATTORNEYS FOR DEFENDANT NPC SOUTH, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the Plaintiff both telephonically and through e-mail and have been informed that Plaintiff does ***not*** oppose the relief sought herein.

/s/ Jeven R. Sloan
JEVEN R. SLOAN
Counsel for Defendant NPC South, Inc.

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and exact copy of the foregoing **CONSENT MOTION TO DISMISS DEFENDANT NPC SOUTH, INC.** upon all parties via the Court's electronic filing system, or by electronic mail to the following:

| | |
|---|---|
| Ryals D. Stone<br>William S. Stone<br>THE STONE LAW GROUP – TRIAL LAWYERS LLC<br>5229 Roswell Road NE<br>Atlanta, GA 30342<br>404-239-0305<br>ryals@stonelaw.com<br>billstone@stonelaw.com<br><br>Hirlye R. "Ryan" Lutz<br>F. Jerome Tapley<br>Brett C. Thompson<br>CORY WATSON, P.C.<br>2131 Magnolia Avenue South<br>Birmingham, AL 35205<br>205-328-2200<br>rlutz@corywatson.com<br>jtapley@corywatson.com<br>bthompson@cortwatson.com<br><br>*Attorneys for Plaintiffs*<br><br>Warren N. Coppedge, Jr.<br>Stephen Michmerhuizen<br>COPPEDGE, ICHMERHUIZEN, RAYBURN<br>508 S. Thornton Avenue<br>Dalton, GA 30720<br>706-226-0040 | Jackson R. Sharman, III<br>Benjamin P. Harmon<br>LIGHTFOOT, FRANKLIN AND WHITE LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL  35203<br>205-581-0700<br>jsharman@lightfootlaw.com<br>bharmon@lightfootlaw.com<br><br>*Attorneys for Defendant 3M Company*<br><br>Doug Scribner<br>David Carpenter<br>Geoff Rathgeber<br>Phil Sandick<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>201 West Peachtree Street<br>Atlanta, GA 30309<br>404-881-7000<br>Doug.scribner@alston.com<br>David.carpenter@alson.com<br>Geoff.rathgeber@alston.com<br>Phil.sandick@alson.com<br><br>*Attorneys for Aladdin Manufacturing Corporation, Mohawk Carpet, LLC and Mohawk Industries, Inc.* |

6

steve@coppedgefirm.com

*Attorneys for Arrowstar, LLC*

Apricot International, Inc.
c/o Guy Binnette
P.O. Box 1544
Dalton, GA 30721-1544

James C. Gray, III
Carrie M. Motes
LLOYD, GRAY, WHITEHEAD &
MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, AL 35213
jgray@lgwmlaw.com
cmotes@lgwmlaw.com

*Attorneys for Daltonion Flooring, Inc.*

M. Jerome Elmore
BONDURANT MIXSON &
ELMORE LLP
One Atlantic Center
1201 W. Peachtree Street, NW,
Suite 3900
Atlanta, GA 30309
elmore@bmelaw.com

*Attorney for Dorsett Industries, Inc.*

David J. Marmins
Morgan E.M. Harrison
ARNALL GOLDEN GREGORY
LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
David.marmins@agg.com
morgan.harrison@agg.com

Steven F. Casey
JONES WALKER, LLP
1819 Fifth Avenue North, Suite 100
Birmingham, AL 35203
scasey@joneswalker.com

*Attorney for Dependable Rug Mills, Inc.*

Q.E.P Co., Inc.
1001 Broken Sound Parkway, Suite A
Boca Raton, FL 33487

Alexander B. Feinberg
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
205-254-1000
afeinberg@maynardcooper.com

*Attorney for Dystar, L.P.*

John M. Johnson
Clinton T. Speegle
Lana A. Olson
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
jjohnson@lightfootlaw.com
cspeegle@lightfootlaw.com
lolson@lightfootlaw.com

*Attorneys for E.I. Dupont de Nemours and Company*

Gregory A. Brockwell

7

| | |
|---|---|
| *Attorneys for ECMH, LLC d/b/a Clayton Miller Hospitality Carpets and Emerald Carpets, Inc.* | BROCKWELL SMITH, LLC<br>420 20th Street No., Suite 2000<br>Birmingham, AL 35203<br>greg@brockwellsmith.com |
| Randall Wilson<br>Michael Dumitru<br>MILLER & MARTIN PLLC<br>832 Georgia Avenue, Suite 1200<br>Chattanooga, TN 37402<br>423-756-6600<br>Randy.wilson@millermartin.com<br>Michael.dumitru@millermartin.com | *Attorney for Fortune Contract, Inc. and NPC South, Inc.*<br><br>Jonathan Bledsoe<br>THE MINOR FIRM<br>745 College Drive, Suite B<br>P.O. Box 2586<br>Dalton, GA 30722-2586<br>jbledsoe@minorfirm.com |
| *Attorneys for Engineered Floors, LLC* | |
| Richard A. Horder<br>Jennifer A. Simon<br>Kazmarek Mowrey Cloud Laseter LLP<br>1230 Peachtree Street, Suite 900<br>Atlanta, GA 30309<br>404-812-0126<br>jsimon@kmcllaw.com | *Attorney for Indian Summer Carpet Mills, Inc., Lyle Industries, Inc. and The Savannah Mills Group, LLC*<br><br>Michael J. Sullivan<br>Vonnetta L. Benjamin<br>WOMBLE BOND DICKINSON (US), LLP<br>271 17th Street N.W., Suite 2400<br>Atlanta, GA 30363-1017<br>404-872-7000<br>Michael.sullivan@wbd-us.com<br>Vonnetta.benjamin@wbd-us.com |
| *Attorneys for Harcros Chemicals, Inc.* | |
| E. Britton Monroe<br>Bryan A. Grayson<br>Devon K. Rankin<br>Karen M. Ross<br>Hannah S. Stokes<br>LLOYD, GRAY, WHITEHEAD & MONROE, P.C.<br>880 Montclair Road, Suite 100<br>Birmingham, AL 35213<br>bmonroe@lgwmlaw.com<br>bgrayson@lgwmlaw.com<br>drankin@lgwmlaw.com | *Attorneys for Lexmark Carpet Mills, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, Tarkett, Inc. and Tarekett USA, Inc.*<br><br>James B. Carroll<br>Michael Weiss<br>M. Russell Wofford, Jr. |

8

| | |
|---|---|
| kross@lgwmlaw.com<br>hstokes@lgwmlaw.com<br><br>*Attorneys for Industrial Chemicals, Inc.*<br><br>Richard E. Broughton<br>BALL, BALL, MATTHEWS &<br>NOVAK, P.A.<br>445 Dexter Avenue, Suite 9045<br>Montgomery, AL 36104<br>rbroughton@ball-ball.com<br><br>*Attorney for MFG Chemical, Inc.*<br><br>David C. Higney<br>GRANT, KONVALINKA &<br>HARRISON, P.C.<br>633 Chestnut Street, Suite 900<br>Chattanooga, TN 37450-0900<br>dhigney@gkhpc.com<br><br>*Attorney for Oriental Weavers USA, Inc.*<br><br>William V. Custer<br>Jennifer B. Dempsey<br>Leah A. Schultz<br>BRYAN CAVE LEIGHTON<br>PAISNER LLP<br>One Atlantic Center, Fourteenth Floor<br>1201 West Peachtree Street, N.W.<br>Atlanta, GA 30309<br>404-572-6600<br>Bill.custer@bclplaw.com<br>Jennifer.dempsey@bclplaw.com<br>Leah.schultz@bclplaw.com<br><br>Scott Parrish | CARROLL & WEISS LLP<br>1819 Peachtree Road, Suite 104<br>Atlanta, GA 30309<br>404-228-5337<br>jcarroll@carrollweiss.com<br>mweiss@carrollweiss.com<br>rwofford@carrollweiss.com<br><br>*Attorneys for Milliken & Company*<br><br>Robert G. McCurry<br>THE MCCURRY LAW FIRM, LLC<br>122 W. King Street<br>Dalton, GA 30720<br>mccurry@mccurrylaw.com<br><br>*Attorney for S&S Mills, Inc.*<br><br><br>The Chemours Company c/o<br>CT Corporation System<br>289 S. Culver Street<br>Lawrenceville, GA 30046-4805<br><br>Charles A. Hardin<br>Hillary V. Keller<br>HARDIN & HUGHES, LLP<br>2121 Fourteenth Street<br>Tuscaloosa, AL 35401<br>chardin@hardinhughes.com<br>hkeller@hardinhughes.com<br><br>*Attorneys for Victor Carpet Mills, Inc.*<br><br><br><br>Edward Hine, Jr.<br>LAW OFFICES OF EDWARD |

9

| | |
|---|---|
| Ellis Lord<br>Neil L. Wilcove<br>Meredith C. Lee<br>Jenna Fullerton<br>MILLER & MARTIN PLLC<br>832 Georgia Avenue, Suite 1200<br>Chattanooga, TN 37402<br>423-756-6600<br>Scott.parrish@millermartin.com<br>Ellis.lord@millermartin.com<br>Neil.wilcove@millermartin.com<br>Meredith.lee@millermartin.com<br>Jenna.fullerton@millermartin.com<br><br>*Attorneys for The Dixie Group, Inc.* | HINE, JR., P.C.<br>111 Bridgepoint Plaza<br>Suite 121<br>Rome, GA 30162-5128<br>706-291-2531<br>ed@edwardhinelaw.com<br>*Attorneys for Shaw Industries, Inc. and Shaw Industries Group, Inc.* |

*/s/ Jeven R. Sloan*
JEVEN R. SLOAN

10

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document was prepared in Times New Roman 14-point type, in compliance with local rule 5.1.

This 20th day of April, 2020.

                                                  Respectfully submitted,

                                                  LOEWINSOHN FLEGLE DEARY SIMON, LLP

                                                  */s/ Jeven R. Sloan*
                                                  JEVEN R. SLOAN
                                                  Georgia Bar No. 652727
                                                  12377 Merit Drive, Suite 900
                                                  Dallas, Texas 75251
                                                  (214) 572-1700 - Telephone
                                                  Jevens@lfdslaw.com

                                                  **ATTORNEYS FOR DEFENDANT NPC SOUTH, INC.**