# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON, individually and on behalf of a class of persons similarly situated,** ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **3M COMPANY, *et al.*** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 4:20-cv-00008 AT** |

## TARKETT USA INC.'S MOTION TO DISMISS

COMES NOW Defendant Tarkett USA Inc. ("Tarkett USA"), by and through undersigned counsel, and respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6) that all claims asserted against it by Plaintiff Jarrod Johnson, individually and on behalf of a class of persons similarly situated, be dismissed with prejudice, without leave to replead, for the reasons more fully set forth in Tarkett USA's Memorandum of Law filed herewith.[1]

---

[1] Tarkett USA files its Motion to Dismiss without waiver, and full reserving, all of its rights and defenses, including any defenses and objections to Plaintiff's class allegations or assertion that this matter is proper for class treatment under Fed. R. Civ. P. 23.  In addition, Plaintiff has agreed in principle to dismiss by consent Defendants Tarkett, Inc., Tandus Centiva US LLC, and Tandus Centiva Inc.  The parties expect to file that motion shortly once the necessary affidavits have been obtained.

This 20th day of April, 2020.

Respectfully submitted,

*/s/ Michael J. Sullivan*
Michael J. Sullivan
Georgia State Bar No. 142203
Vonnetta L. Benjamin
Georgia State Bar No. 049890
*Counsel for Defendant Tarkett USA Inc.*

**OF COUNSEL:**
**WOMBLE BOND DICKINSON (US) LLP**
271 17th Street N.W., Suite 2400
Atlanta, Georgia 30363-1017
Tel:   404-879-2479
Fax:   404-870-4879
   michael.sullivan@wbd-us.com
   vonnetta.benjamin@wbd-us.com

John W. Scott
(*Admitted pro hac vice*)
Ethan A. Wilkinson
(*Admitted pro hac vice*)
**SCOTT DUKES & GEISLER, P.C.**
211 Twenty Second Street North
Birmingham, Alabama 35203
Tel:   205-251-2300
Fax:   205-251-6773
   jscott@scottdukeslaw.com
   ewilkinson@scottdukeslaw.com

## <u>CERTIFICATION UNDER L.R. 7.1.D.</u>

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., and on this the 20th day of April, 2020, the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

*/s/ Michael J. Sullivan*
Michael J. Sullivan
Georgia State Bar No. 142203

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 20th day of April, 2020, I electronically filed the foregoing **MOTION TO DISMISS,** and service on the parties was provided via the Court's ECF system.


/s/ *Michael J. Sullivan*
Michael J. Sullivan
Georgia State Bar No. 142203