# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON, individually,** : | |
| **and on Behalf of a Class of Persons** : | |
| **similarly Situated,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO.: **4:20-cv-00008-AT** |
| **3M COMPANY, et al.** : | |
| : | |
| **Defendants.** : | |

## DEFENDANT INDIAN SUMMER CARPET MILLS, INC.'S MOTION TO DISMISS

**COMES NOW**, Indian Summer Carpet Mills, Inc. "(ISCM" or "Defendant"), Defendant in the above-styled civil action, and files this Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure R. 8 and R. 12(b)(1) and (b)(6). Plaintiff's Complaint must be dismissed as to Defendant ISCM as Plaintiff has failed to show that Plaintiff is entitled to relief against ISCM, and as Plaintiff lacks standing to bring this suit against ISCM. In support hereof, ISCM relies on and files contemporaneously herewith its Memorandum of Law in Support of this Motion to Dismiss.

**WHEREFORE**, Defendant ISCM respectfully requests this Court grant this

1

Motion to Dismiss and dismiss ISCM, as a defendant in this matter.

Respectfully submitted this 20th day of April, 2020.

               **THE MINOR FIRM**

            **BY:** */s/Jonathan L. Bledsoe*
               **JONATHAN L. BLEDSOE**
**P.O. BOX 2586**        **GA BAR NO.: 063143**
**DALTON, GA 30722-2586**   **BRITTANY D. HEPNER**
**706.259.2586**        **GA BAR NO.: 200989**
**jbledsoe@minorfirm.com**   **ATTORNEYS FOR DEFENDANT**
**bhepner@minorfirm.com**   **INDIAN SUMMER CARPET**
               **MILLS, INC.**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON, individually, and on Behalf of a Class of Persons similarly Situated,** : : : : : | |
| **Plaintiff,** : : | |
| v. : : | CIVIL ACTION NO.: **4:20-cv-00008-AT** |
| **3M COMPANY, et al.** : : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and exact copy of the within and foregoing **DEFENDANT INDIAN SUMMER CARPET MILLS, INC.'S MOTION TO DISMISS** upon all parties via the Court's electronic filing system, or by mailing a copy thereof to counsel in properly addressed envelopes with sufficient postage, to the following:

3

Ryals D. Stone
William S. Stone
THE STONE LAW GROUP -TRIAL LAWYERS LLC
5229 Roswell Road NE
Atlanta, GA 30342
404-239-0305
ryals@stonelaw.com
billstone@stonelaw.com
*Attorneys for Plaintiff*

Hirlye R. "Ryan" Lutz, III
F. Jerome Tapley
Brett C. Thompson
CORY WATSON
2131 Magnolia Avenue South
Birmingham, AL 35205
205-328-2200
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@corywatson.com
*Attorneys for Plaintiff*

Jackson R. Sharman, III
Benjamin P. Harmon
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
jsharman@lightfootlaw.com
bharmon@lightfootlaw.com
Attorneys for 3M Company

Apricot International, Inc.
c/o Guy Binnette
P.O. Box 1544
Dalton, GA 30721-1544

Doug Scribner
David Carpenter
Geoff Rathgeber
Phil Sandick
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000
Doug.scribner@alston.com
David.carpenter@alson.com
Geoff.rathgeber@alston.com
Phil.sandick@alson.com
*Attorneys for Aladdin Manufacturing Corporation, Mohawk Carpet, LLC and Mohawk Industries, Inc.*

Warren N. Coppedge, Jr.
Stephen Michmerhuizen
COPPEDGE, MICHMERHUIZEN, RAYBURN
508 S. Thornton Avenue
Dalton, GA 30720
706-226-0040
steve@coppedgefirm.com
*Attorneys for Arrowstar, LLC*

James C. Gray, III
Carrie M. Motes
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, AL 35213

4

jgray@lgwmlaw.com
cmotes@lgwmlaw.com
*Attorneys for Daltonion Flooring, Inc.*

Steven F. Casey
JONES WALKER, LLP
1819 Fifth Avenue North, Suite 100
Birmingham, AL 35203
scasey@joneswalker.com
*Attorney for Dependable Rug Mills, Inc.*

M. Jerome Elmore
BONDURANT MIXSON &
ELMORE LLP One Atlantic Center
1201 W. Peachtree Street, NW, Suite 3900 Atlanta, GA 30309
elmore@bmelaw.com
*Attorney for Dorsett Industries, Inc.*

Alexander B. Feinberg
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
205-254-1000
afeinberg@maynardcooper.com
*Attorney for Dystar, L.P.*

David J. Marmins
Morgan E.M. Morrison
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
David.marmins@agg.com
Moran.morrison@agg.com

*Attorneys for ECMH, LLC d/b/a Clayton Miller Hospitality Carpets and Emerald Carpets, Inc.*

John M. Johnson
Clinton T. Speegle
Lana A. Olson
LIGHTFOOT, FRANKLIN &
WHITE, LLC 400 20th Street North
Birmingham, AL 35203
jjohnson@lightfootlaw.com
cspeegle@lightfootlaw.com
lolson@lightfootlaw.com
*Attorneys for E.I. Dupont de Nemours and Company*

Randall Wilson
Michael Dumitru
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
423-756-6600
Randy.wilson@millermartin.com
Michael.dumitru@millermartin.com
*Attorneys for Engineered Floors, LLC*

Gregory A. Brockwell
BROCKWELL SMITH, LLC
420 20th Street No., Suite 2000
Birmingham, AL 35203
greg@brockwellsmith.com
*Attorney for Fortune Contract, Inc. and NPC South, Inc.*

Richard A. Harder
Jennifer A. Simon
KAZMAREK MOWREY CLOUD LASETERLLP
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
404-812-0126
jsimon@kmcllaw.com
*Attorneys for Harcros Chemicals, Inc.*

E. Britton Monroe
Bryan A. Grayson
Devon K. Rankin
Karen M. Ross
Hannah S. Stokes
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, AL 35213
bmonroe@lgwmlaw.com
bgrayson@lgwmlaw.com
drankin@lgwmlaw.com
kross@lgwmlaw.com
hstokes@lgwmlaw.com
*Attorneys for Industrial Chemicals, Inc.*

Michael J. Sullivan
Vonnetta L. Benjamin
WOMBLE BOND DICKINSON (US), LLP 271 17th Street N.W., Suite 2400
Atlanta, GA 30363-1017
404-872-7000
Michael.sullivan@wbd-us.com
Vonnetta.benjamin@wbd-us.com
*Attorneys for Lexmark Carpet Mills, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, Tarkett, Inc. and Tarkett USA, Inc.*

Richard E. Broughton
BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, AL 36104
rbroughton@ball-ball.com
*Attorney for MFG Chemical, Inc.*

James B. Carroll
Michael Weiss
M. Russell Wofford, Jr.
CARROLL & WEISS LLP
1819 Peachtree Road, Suite 104
Atlanta, GA 30309
404-228-5337
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
rwofford@carrollweiss.com
*Attorneys for Milliken & Company*

David C. Higney
GRANT, KONVALINKA & HARRISON, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
dhigney@gkhpc.com
*Attorney for Oriental Weavers USA, Inc.*

Robert G. McCurry
THE MCCURRY LAW FIRM, LLC
122 W. King Street
Dalton, GA 30720
mccurry@mccurrylaw.com
*Attorney for S&S Mills, Inc.*

William V. Custer
Jennifer B. Dempsey
Leah A. Schultz
BRYAN CAVE LEIGHTON
PAISNER LLP One Atlantic Center,
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
404-572-6600
Bill.custer@bclplaw.com
Jennifer.dempsey@bclplaw.com
Leah.schultz@bclplaw.com

The Chemours Company
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

Scott Parrish
Ellis Lord
Neil L. Wilcove
Meredith C. Lee
Jenna Fullerton
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Q.E.P Co., Inc.
100l Broken Sound Parkway, Suite A
Boca Raton, FL 33487

Chattanooga, TN 37402
423-756-6600
Scott.parrish@millermartin.com
Ellis.lord@millermartin.com
Neil.wilcove@millermartin.com
Meredith.lee@millermartin.com
Jenna.fullerton@millermartin.com
*Attorneys for The Dixie Group, Inc.*

Charles A. Hardin
Hillary V. Keller
HARDIN & HUGHES, LLP
2121 Fourteenth Street
Tuscaloosa, AL 35401
chardin@hardinhughes.com
hkeller@hardinhughes.com
*Attorneys for Victor Carpet Mills, Inc.*

Edward Hine, Jr.
LAW OFFICES OF EDWARD
HINE, JR., P.C.
111 Bridgepoint Plaza
Suite 121
Rome, GA 30162-5128
706-291-2531
ed@edwardhinelaw.com
*Attorneys for Shaw Industries, Inc. and Shaw Industries Group, Inc.*

7

This 20th day of April, 2020.

**THE MINOR FIRM**

**BY:** */s/Jonathan L. Bledsoe*
**JONATHAN L. BLEDSOE**

**P.O. BOX 2586**               **GA BAR NO.: 063143**
**DALTON, GA 30722-2586**       **BRITTANY D. HEPNER**
**706.259.2586**                **GA BAR NO.: 200989**
**jbledsoe@minorfirm.com**      **ATTORNEYS FOR DEFENDANT**
**bhepner@minorfirm.com**       **INDIAN SUMMER CARPET**
                                **MILLS, INC.**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of Persons similarly Situated, : : : : Plaintiff, : : v. : : 3M COMPANY, et al. : : Defendants. : | CIVIL ACTION NO.: **4:20-cv-00008-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point type, in compliance with local rule 5.1.

This 20th day of April, 2020.

                                              **THE MINOR FIRM**

                            BY:   */s/Jonathan L. Bledsoe*

**P.O. BOX 2586**                  **JONATHAN L. BLEDSOE**
**DALTON, GA 30722-2586**     **GA BAR NO.: 063143**
**706.259.2586**                    **BRITTANY D. HEPNER**
**jbledsoe@minorfirm.com**     **GA BAR NO.: 200989**
**bhepner@minorfirm.com**     **ATTORNEYS FOR DEFENDANT**
                                      **INDIAN SUMMER CARPET MILLS, INC.**