IN THE UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON,<br><br>    Plaintiff,<br><br><br><br>3M COMPANY, *et al*,<br><br>    Defendants. | Civil Action Number 4:20-CV- 0008-AT<br><br>Removed from Floyd County<br>CASE NO. 19CV02405 |

**CONSENT MOTION TO DISMISS DEFENDANT MFG CHEMICAL, INC.
WITHOUT PREJUDICE**

Comes now, Defendant, MFG Chemical, Inc. (hereafter "MFG"), through counsel, and hereby moves the Court to dismiss MFG as a defendant in this matter without prejudice. The Plaintiff has consented to the dismissal without prejudice based on the statements contained herein. In support thereof, MFG shows the Court the following:

-1-

Plaintiff's Complaint alleges injuries as a result of the defendants' "release of toxic chemicals and/or perfluorinated compounds, including but not limited to perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), related

4827-0505-8234.1                                    1

chemicals that degrade to PFOA and/or PFOS (including, but not limited to, C3-Cl5 perfluorinated compounds such as PFBA, PFBS, PFNA, PFHxS, PFHpA), precursors to PFOA and PFOS, and related chemicals from Defendants' manufacturing processes and facilities (PFOA and PFOS and their respective related chemicals are hereinafter collectively referred to as "PFCs")." (Complaint, ¶ 1). Plaintiff further alleges that the defendants "use PFCs as part of manufacturing processes or otherwise supply PFCs to Defendants' manufacturing facilities" (Complaint, ¶ 4). Additionally, Plaintiff asserts that these PFCs are contained in the industrial wastewater discharges of defendants and "contaminate[d] the Conasauga River, the Oostanaula River, the Coosa River and other tributaries and watersheds in Floyd County, Georgia" (Complaint, ¶ 4), "including but not limited to the water that supplies Rome's water intake site and the Bruce Hamler Water Treatment Facility" (Complaint, ¶ 5). Hereinafter, these PFCs, PFOAs, PFOS, and precursors to such chemicals are collectively referred to as "PFCs."

-2-

MFG was converted to an LLC in 2017 which is not a named party to the case at bar. See Declaration of Charles E. Gavin, III, former Chairman and CEO

of MFG ("Mr. Gavin"), ¶ 3, which is attached hereto as Exhibit "A," and incorporated herein by reference.  Prior to its conversion, MFG was a Georgia corporation with its corporate headquarters located in Dalton, Georgia.  MFG was a specialty and custom contract manufacturer of varying chemistries serving a wide range of chemical companies that participate in a diverse set of end markets.  Id., ¶¶ 5-6.

-3-

Prior to its conversion, MFG operated three manufacturing facilities located in Dalton, Georgia.  Id., ¶ 6.  MFG never manufactured any chemicals containing PFCs.  Id., ¶ 8.  MFG also never used any raw materials/products, or manufactured/stored any products containing any PFCs.  Id.  Thus, MFG has never discharged PFCs, either directly or indirectly, to the Conasauga River, the Oostanaula River, the Coosa River or other tributaries and watersheds in Floyd County, Georgia.  Id.

-4-

Furthermore, MFG did not discharge anything into the Conasauga River.  Id., ¶ 9. All of its discharges were transferred to the treatment facility owned and operated by Dalton Utilities.  Id.  Any discharges to the Conasauga River from

the Dalton Utilities treatment facility, should be addressed with Dalton Utilities. Id.

-5-

MFG obtained its supply water from Dalton Utilities. Id., ¶ 10. It is MFG's understanding that Dalton Utilities obtains its supply water from the Conasauga River, which was treated and then supplied to MFG. Id. If there are PFCs in the Conasauga River supply water used by Dalton Utilities, and those PFCs are not treated/eliminated by Dalton Utilities, then those same PFCs were in the supply water that Dalton Utilities provided to MFG. Id.

-6-

MFG never sold or delivered any products containing PFCs, or any products that could produce PFCs, to manufacturing facilities located in Whitfield County, Georgia. Id., ¶ 11. MFG never sold or delivered any products containing PFCs, or any products that could produce PFCs, to any of the other named defendants in Dalton, Georgia. Id., ¶ 12. Based on Mr. Gavin's personal knowledge and a good faith review of records maintained by MFG, MFG never sold or otherwise provided PFCs to any customer located in Dalton, Georgia or destined for use in Dalton, Georgia, or to any company anywhere. Id., ¶ 13.

-7-

Based on the good faith representations of MFG contained herein and in the attached Declaration, the Plaintiff, by and through his counsel, has consented to a dismissal of MFG from this action without prejudice.

-8-

It is stipulated and consented that if additional evidence becomes available showing that MFG should not have been dismissed, then Plaintiff may re-file his case against MFG and/or join MFG in this action. In such event, MFG shall retain all rights and defenses in this case except:

(a) MFG will not contest venue to the extent venue has been determined by the Court;

(b) MFG agrees to a tolling of the statute of limitations from the time of this Order until the action is re-filed or MFG is joined in this action; and

(c) MFG will not seek costs or a stay pursuant to Fed. R. Civ. P. 41(d).

**WHEREFORE**, Defendant MFG Chemical, Inc. respectfully requests this Court grant this Consent Motion and dismiss MFG as a defendant in this matter without prejudice.

Respectfully submitted this 21st day of April, 2020.

    Prepared By: */s/ R. Scott Masterson*
        R. Scott Masterson – GA Bar No. 476359
        Keith M. Kodosky – GA Bar No. 404814
        Martin A. Shelton – GA Bar No. 640749
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        1180 Peachtree Street NE, Suite 2900
        Atlanta, Georgia 30309
        404.476.2009
        Scott.masterson@lewisbrisbois.com
        Keith.kodosky@lewisbrisbois.com
        Martin.shelton@lewisbrisbois.com
        *Attorneys for MFG Chemical, Inc.*

    Consented To By: */s/ Ryals D. Stone*
        Ryals D. Stone – GA Bar No. 831761
        THE STONE LAW GROUP –
        TRIAL LAWYERS, LLC
        5229 Roswell Rd. NE
        Atlanta, Georgia 30342
        404.239.0305
        Ryals@stonelaw.com
        *Attorney for Plaintiff*

## CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant MFG Chemical, Inc. hereby certifies that the above and foregoing pleading is a computer document prepared in Book Antiqua (13 point) font in accordance with Local Rule 5.1B.

So certified this this 21st day of April 2020.

By: */s/R. Scott Masterson*
R. Scott Masterson – GA Bar No. 476359
Keith M. Kodosky – GA Bar No. 404814
Martin A. Shelton – GA Bar No. 640749
LEWIS BRISBOIS BISGAARD & SMITH LLP
1180 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30309
404.476.2009
Scott.masterson@lewisbrisbois.com
Keith.kodosky@lewisbrisbois.com
Martin.shelton@lewisbrisbois.com
*Attorneys for MFG Chemical, Inc.*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a true and correct copy of the foregoing Consent Motion to Dismiss Defendant MFG Chemical, Inc. Without Prejudice upon all counsel or other parties by e-filing and depositing a copy of the same in the United States Mail in properly addresses envelopes as follows:

| | |
|---|---|
| F. Jerome Tapley<br>Cory Watson, P.C.<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, AL 35205<br>jtapley@corywatson.com<br>PRO HAC VICE<br>*Counsel for Plaintiffs* | Hirlye R. Lutz , III<br>Cory Watson, P.C.<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, AL 35205<br>PRO HAC VICE<br>*Counsel for Plaintiffs* |
| Ryals Drayton Stone<br>The Stone Law Group - Trial Lawyers, LLC<br>Suite 115<br>215 Broad St.<br>Rome, GA 30161<br>ryals@stonelaw.com<br>*Counsel for Plaintiffs* | William Sims Stone<br>The Stone Law Group - Trial Lawyers, LLC<br>P.O. Drawer 70<br>5229 Roswell Rd., N.E.<br>Blakely, GA 39823<br>billstone@stonelaw.com<br>*Counsel for Plaintiffs* |
| Warren N. Coppedge , Jr.<br>Stephen Michmerhuizen<br>Coppedge, Michmerhuizen & Rayburn<br>508 South Thornton Ave.<br>Dalton, GA 30720<br>Trisha@coppedgefirm.com | Michael Rosen Baumrind<br>Bondurant Mixson & Elmore, LLP<br>1201 West Peachtree Street, N.W.<br>3900 One Atlantic Center<br>Atlanta, GA 30309-3417<br>Baumrind@bmelaw.com |

| | |
|---|---|
| steve@coppedgefirm.com<br>*Counsel for Arrowstar, LLC* | *Counsel for Dorsett Industries, Inc.* |
| Benjamin Phillip Harmon<br>Jackson R. Sharman , III<br>Lightfoot Franklin & White, LLC<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL 35203<br>bharmon@lightfootlaw.com<br>jsharman@lfwlaw.com<br>*Counsel for 3M Company and E.I. Dupont de Nemours and Company* | Morgan Ellen McCloy Harrison<br>Arnall Golden Gregory LLP-ATL<br>Suite 2100, 171 17th Street, NW<br>Atlanta, GA 30363-1031<br>morgan.harrison@agg.com<br>*Counsel for Dystar, L.P. and ECMH, LLC doing business as Clayton Miller Hospitality Carpets, and Emerald Carpets, Inc.* |
| Elizabeth Marquardt<br>Miller & Martin PLLC<br>1180 W. Peachtree Street Suite 2100<br>Atlanta, GA 30309<br>elizabeth.marquardt@millermartin.com<br>*Counsel for Engineered Floors, LLC* | Jennifer Anne Simon<br>Kazmarek Mowrey Cloud Laseter, LLP<br>Promenade, Suite 900<br>1230 Peachtree St., N.E.<br>Atlanta, GA 30309<br>jsimon@kmcllaw.com<br>*Counsel for Harcros Chemicals, Inc* |
| Michael Scott Cole<br>Carroll & Weiss, LLP<br>Suite 104<br>1819 Peachtree Road<br>Atlanta, GA 30309-1848<br>scole@carrollweiss.com<br>*Counsel for Milliken & Company* | Jeven R. Sloan<br>Deary Montgomery DeFeo & Canada,<br>2515 Mckinney Avenue<br>Suite 1565<br>Dallas, TX 75201<br>jevens@lfdslaw.com<br>*Counsel for NPC South, Inc.* |
| Jonathan L. Bledsoe<br>The Minor Firm, P.C.-Dalton<br>P.O. Box 2586<br>745 College Dr. Ste. B<br>Dalton, GA 30722-2586<br>jbledsoe@minorfirm.com<br>*Counsel for Indian Summer Carpet Mills, Inc., Lyle Industries, Inc., and The Savannah Mills Group, LLC* | David C. Higney<br>Grant Konvalinka & Harrison<br>633 Chestnut Street<br>Suite 900, One Republic Centre<br>Chattanooga, TN 37450-0900<br>dhigney@gkhpc.com<br>*Counsel for Oriental Weavers USA, Inc.* |

|  |  |
|---|---|
|  |  |
| Jennifer Burch Dempsey<br>Julia Fenwick Ost<br>William Vance Custer , IV<br>Bryan Cave Leighton Paisner LLP -<br>One Atlantic Center, 14th Floor<br>1201 West Peachtree St., N.W.<br>Atlanta, GA 30309-3471<br>jennifer.dempsey@bclplaw.com<br>julia.fenwick@bryancave.com<br>bill.custer@bclplaw.com<br>*Counsel for Shaw Industries, Inc. and Shaw Industries Group, Inc.* | Doug Scribner<br>David Carpenter<br>Geoff Rathgeber<br>Phil Sandick<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Doug.scribner@alston.com<br>David.carpenter@alson.com<br>Geoff.rathgeber@alston.com<br>Phil.sandick@alson.com<br>*Counsel for Aladdin Manufacturing Corporation, Mohawk Carpet, LLC and Mohawk Industries, LLC* |
| Michael J. Sullivan<br>Vonnetta L. Benjamin<br>WOMBLE BOND DICKINSON (US)<br>271 17th Street N.W., Suite 2400<br>Atlanta, GA 30363<br> Michael.sullivan@wbd-us.com<br>Vonnetta.benjamin@wbd-us.com<br>*Counsel for Tandus Centiva US, LLC, Tandus Centiva, Inc., Tarkett, Inc., Tarkett USA, Inc. and Lexmark Carpet Mills, Inc* | E. Britton Monroe<br>Bryan A. Grayson<br>Devon K. Rankin<br>Karen M. Ross<br>Hannah S. Stokes<br>LLOYD, GRAY, WHITEHEAD & MONROE,  P.C.<br>880 Montclair Road, Suite 100<br>Birmingham, AL 35213<br>bmonroe@lgwmlaw.com<br>bgrayson@lgwmlaw.com<br>drankin@lgwmlaw.com<br>kross@lgwmlaw.com<br>hstokes@lgwmlaw.com<br>*Counsel for Industrial Chemicals, Inc.* |
| Defendant<br>Q.E.P. Co., Inc<br>1001 Broken Sound Parkway, Suite A<br>Boca Raton, FL 33487 | Defendant<br>Fictitious Defendants A-J |

| | |
|---|---|
| Neil Louis Wilcove<br>Meredith Corey Lee<br>Miller & Martin, PLLC-Chattanooga<br>Suite 1200, 832 Georgia Avenue<br>Chattanooga, TN 37402-2289<br>meredith.lee@millermartin.com<br>Neil.Wilcove@millermartin.com<br>*Counsel for The Dixie Group, Inc.* | Charles A. Hardin<br>Hillary V. Keller<br>HARDIN & HUGHES, LLP<br>2121 Fourteenth Street<br>Tuscaloosa, AL 35401<br>chardin@hardinhughes.com<br>hkeller@hardinhughes.com<br>*Counsel for Victor Carpet Mills, Inc.* |
| Gregory Brockwell<br>Brockwell & Smith<br>420 20th Street Suite 2000<br>Birmingham, AL 35203<br>greg@brockwellsmith.com<br>*Counsel for Fortune Contract, Inc.* | Defendant<br>The Chemours Company<br>CT Corporation Systems<br>289 South Culvert Street<br>Lawrenceville, GA 30046 |
| Alexander Feinberg<br>MAYNARD COOPER & GALE, 1901 Sixth Avenue North 2400 Regions Harbert Plaza<br>Birmingham, AL 35203<br>afeinberg@maynardcooper.com<br>*Counsel for Dystar, L.P.* | James C. Gray, III<br>Carrie M. Motes<br>LLOYD, GRAY, WHITEHEAD & MONROE, P.C.<br>880 Montclair Road, Suite 100<br>Birmingham, AL 35213<br>jgray@lgwmlaw.com<br>cmotes@lgwmlaw.com<br>*Counsel for Daltonian Flooring, Inc.* |
| Steven F. Casey<br>JONES WALKER, LLP<br>1819 Fifth Avenue North, Suite 100<br>Birmingham, AL 35203<br>scasey@joneswalker.com<br>*Counsel for Dependable Rug Mills, Inc.* | Defendant<br>Apricot International, Inc.<br>c/o Guy Binnette<br>PO BOX 1544<br>Dalton, GA 30721 |

*Signature on following page*

Respectfully submitted this 21st day of April 2020.

> By: */s/R. Scott Masterson*
> R. Scott Masterson – GA Bar No. 476359
> Keith M. Kodosky – GA Bar No. 404814
> Martin A. Shelton – GA Bar No. 640749
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> 1180 Peachtree Street NE, Suite 2900
> Atlanta, Georgia 30309
> 404.476.2009
> Scott.masterson@lewisbrisbois.com
> Keith.kodosky@lewisbrisbois.com
> Martin.shelton@lewisbrisbois.com
> *Attorneys for MFG Chemical, Inc.*