# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **Jarrod Johnson individually, and on behalf of a class of persons similarly situated,**<br><br>**Plaintiff**<br><br>v.<br><br>**3M Company,** *et. al*<br><br>**Defendants.** | Case No. 4:20-cv-00008-AT<br><br>Hon. Amy Totenberg |

**CONSENT MOTION TO DISMISS DEFENDANT
DEPENDABLE RUG MILLS, INC. WITHOUT PREJUDICE**

NOW COMES Defendant Dependable Rug Mills, Inc. ("Dependable Rug") and, based upon the representations made by Dependable Rug in its attached Affidavit, seeks its dismissal without prejudice in the above referenced action.

The Affidavit of Jerry Nealey, filed on behalf of Dependable Rug, is attached hereto as **Exhibit A**.

Plaintiffs have consented to dismissal based on good faith representations supported by the affidavit submitted with this Motion. It is stipulated and consented that if additional evidence becomes available

1

showing that Dependable Rug should not have been dismissed, then Plaintiff may re-file his case against Dependable Rug and/or join Dependable Rug in this action. In such event, Dependable Rug shall retain all rights and defenses in this case except: (a) Dependable Rug will not contest venue to the extent venue has been determined by the Court; (b) Dependable Rugs agrees to a tolling of the statute of limitations from the time of this Dismissal until the action is re-filed or Dependable Rug is joined in this action; and (c) Dependable Rug will not seek costs or a stay pursuant to Fed. R. Civ. P. 41(d).

The Plaintiffs and Dependable Rug have agreed that each party will bear its own attorneys' fees, expenses, and costs.

For the Court's convenience, a Proposed Order is attached hereto as **Exhibit B**.

This 21st day of April, 2020.

        **JONES WALKER, LLP**

        *s/ William E. Underwood*
        William E. Underwood
        Georgia Bar No. 401805
        1360 Peachtree Street, Suite 1030
        Atlanta, Georgia 30309
        (404) 870-7501
        wunderwood@joneswalker.com

        *Steven F. Casey* (pro hac vice admission to be sought)
        420 20th Street North, Suite 1100
        Birmingham, AL 35203
        (205) 488-5282
        scasey@joneswalker.com

        *Attorneys for Defendant Dependable Rug Mills, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of April, 2020, electronically filed the foregoing CONSENT MOTION TO DISMISS DEFENDANT DEPENDABLE RUGS MILLS, INC. WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all registered CM/ECF users.

*s/ William E. Underwood*
William E. Underwood
Georgia Bar No. 401805
JONES WALKER LLP
1360 Peachtree Street, Suite 1030
Atlanta, Georgia 30309
(404) 870-7501
wunderwood@joneswalker.com

*Attorney for Defendant Dependable Rug Mills, Inc.*