# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and of Behalf of a Class of persons similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 4:20-cv-00008-AT |

## CONSENT MOTION TO DISMISS DEFENDANT
## DORSETT INDUSTRIES, INC. WITHOUT PREJUDICE

NOW COMES Defendant Dorsett Industries, Inc. ("Dorsett") and, based upon the representations made by Dorsett in its attached Declaration, seeks its dismissal without prejudice in the above-referenced action. The Declaration of Bryan Macon, filed on behalf of Dorsett, is attached hereto as **Exhibit A**.

Plaintiff has consented to dismissal based on good faith representations supported by the Declaration submitted with this Motion. It is stipulated and consented that if additional evidence becomes available showing that Dorsett should not have been dismissed, then Plaintiff may re-file his case against Dorsett and/or join Dorsett in this action. In such event, Dorsett shall retain all rights and defenses in this case except: (a) Dorsett will not contest venue to the extent venue

#3032429v1

has been determined by the Court; (b) Dorsett agrees to a tolling of the statute of limitations from the time of this Dismissal until the action is re-filed or Dorsett is joined in this action; and (c) Dorsett will not seek costs or a stay pursuant to Fed. R. Civ. P. 41(d).

The Plaintiff and Dorsett have agreed that each party will bear its own attorneys' fees, expenses, and costs.

For the Court's convenience, a Proposed Order is attached hereto as **Exhibit B**.

This 22nd day of April, 2020.

        **BONDURANT, MIXSON & ELMORE, LLP**

        */s/ Michael R. Baumrind*
        M. Jerome Elmore
        Georgia Bar No. 246475
        Jane D. Vincent
        Georgia Bar No. 380850
        Michael R. Baumrind
        Georgia Bar No. 960296
        3900 One Atlantic Center
        1201 West Peachtree Street, N.W.
        Atlanta, Georgia  30309
        Telephone: (404) 881-4100
        Facsimile: (404) 881-4111
        Email: elmore@bmelaw.com
        Email: vincent@bmelaw.com
        Email: baumrind@bmelaw.com

        ***Attorneys for Defendant Dorsett Industries, Inc.***

| | |
|---|---|
| CONSENTED TO BY: | **THE STONE LAW GROUP – TRIAL LAWYERS, LLC** |

*/s/ Ryals D. Stone*
Ryals D. Stone
Georgia Bar No. 831761
William S. Stone
Georgia Bar No. 684636
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Facsimile: (404) 445-8003
Email: Ryals@StoneLaw.com
Email: BillStone@StoneLaw.com

*and*

**CORY WATSON, P.C.**

Hirlye R. "Ryan" Lutz, III (*pro hac vice*)
F. Jerome Tapley (*pro hac vice*)
Brett C. Thompson (*pro hac vice*)
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: RLutz@CoryWatson.com
Email: JTapley@CoryWatson.com
Email: BThompson@CoryWatson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the within and foregoing **CONSENT MOTION TO DISMISS DEFENDANT DORSETT INDUSTRIES, INC. WITHOUT PREJUDICE** to be served by electronically filing the same with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to counsel of record.

This 22nd day of April, 2020.

*/s/ Michael R. Baumrind*
Michael R. Baumrind