# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and of Behalf of a Class of persons similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>　　　　Defendants. | Civil Action No. 4:20-cv-00008-AT |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Defendant Dorsett Industries, Inc., having moved for dismissal of this action against it without prejudice, and with Plaintiff's consent, it is hereby **ORDERED** that Defendant Dorsett Industries, Inc. is dismissed without prejudice.

Dated: _____, 2020.

_____
Amy Totenberg
United States District Judge

#3032431v1

Prepared By:

**BONDURANT, MIXSON & ELMORE, LLP**

*/s/ Michael R. Baumrind*
M. Jerome Elmore
Georgia Bar No. 246475
Jane D. Vincent
Georgia Bar No. 380850
Michael R. Baumrind
Georgia Bar No. 960296
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
Email: elmore@bmelaw.com
Email: vincent@bmelaw.com
Email: baumrind@bmelaw.com

*Attorneys for Defendant Dorsett Industries, Inc.*