# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly Situated, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| VS. | : CIVIL ACTION FILE <br> : NUMBER: 4:20-CV-00008-AT <br> : |
| 3M COMPANY et al., | : <br> : |
| Defendants. | : <br> : |

## CONSENT MOTION TO DISMISS DEFENDANTS ECMH, LLC D/B/A CLAYTON MILLER HOSPITALITY CARPETS AND EMERALD CARPETS, INC. WITHOUT PREJUDICE

NOW COMES Defendants ECMH, LLC d/b/a Clayton Miller Hospitality Carpets ("Clayton Miller") and Emerald Carpets, Inc. ("Emerald Carpets") (together, "Defendants") and, based upon the representations made by Defendants in the attached Declarations, seek their dismissal without prejudice in the above-referenced action.

The Declaration of Hugh McClain, on behalf of Clayton Miller, is attached hereto as **Exhibit A**. The Declaration of Tom Boykin, on behalf of Emerald Carpets, is attached hereto as **Exhibit B**.

1

Plaintiff has consented to dismissal based on good faith representations supported by the Declarations submitted with this Motion. It is stipulated and consented that if additional evidence becomes available showing that Defendants should not have been dismissed, then Plaintiff may re-file his case against Defendants and/or join Defendants in this action. In such event, Defendants shall retain all rights and defenses in this case except: (a) Defendants will not contest venue to the extent venue has been determined by the Court; (b) Defendants agree to a tolling of the statute of limitations from the time of this Dismissal until the action is re-filed or Defendants are joined in this action; and (c) Defendants will not seek costs or a stay pursuant to Fed. R. Civ. P. 41(d).

The Plaintiffs and Defendants have agreed that the parties will bear their own attorneys' fees, expenses, and costs.

For the Court's convenience, a Proposed Order is attached hereto as **Exhibit C**.

Respectfully submitted this 22nd day of April, 2020.

    ARNALL GOLDEN GREGORY LLP

    /s/ David J. Marmins
    _____

    David J. Marmins
    Georgia Bar No. 470630

        Edward A Marshall
        Georgia Bar No. 471533
        Morgan E. M. Harrison
        Georgia Bar No. 470983

        171 17th Street. N.W., Suite 2100
        Atlanta, GA 30363
        Telephone: (404) 873-8126
        Facsimile: (404) 873-8127

        *Attorneys for Defendants ECMH, LLC d/b/a Clayton Miller and Emerald Carpets, Inc.*

**CONSENTED TO BY:**

        THE STONE LAW GROUP – TRIAL LAWYERS, LLC

        /s/ *Ryals D. Stone*
        Ryals D. Stone
        Georgia Bar No. 831761
        William S. Stone
        Georgia Bar No. 684636
        5229 Roswell Road NE
        Atlanta, Georgia 30342
        Telephone: (404) 239-0305
        Facsimile: (404) 445-8003
        Email: ryals@stonelaw.com
        Email: billstone@stonelaw.com

and

CORY WATSON, P.C.

/s/ *Hirlve R. "Ryan" Lutz, III*
Hirlye R. "Ryan" Lutz, III (pro hac vice)
F. Jerome Tapley (pro hac vice)
Brett C. Thompson (pro hac vice)
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: RLutz@CoryWatson.com
Email: JTapley@CoryWatson.com
Email: BThompson@CoryWatson.com

 Attorneys for Plaintiff

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

*s/ David J. Marmins*
David J. Marmins