# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and on behalf of a class of persons similarly situated,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>3M COMPANY, *et. al*<br><br>　　　　Defendants. | Case No. 4:20-cv-00008-AT |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on June 15, 2020, I caused **Defendant 3M Company's Rule 26(A)(1) Initial Disclosures** to be served via e-mail upon the following counsel of record of the parties:

| | |
|---|---|
| Hirlye R. "Ryan" Lutz, III, Esq.<br>F. Jerome Tapley, Esq. (pending *phv*)<br>Brett C. Thompson, Esq. (*phv*)<br>CORY WATSON, P.C.<br>2131 Magnolia Avenue South<br>Birmingham, AL 35205<br>Email: rlutz@corywatson.com<br>Email: jtapley@corywatson.com<br>Email: bthompson@corywatson.com | Charles A. Hardin<br>Hillary V. Keller<br>HARDIN & HUGHES, LLP<br>2121 Fourteenth Street<br>Tuscaloosa, AL 35401<br>Email: chardin@hardinhughes.com<br>Email: hkeller@hardinhughes.com<br><br>***Attorneys for Victor Carpet Mills, Inc.*** |

*Attorneys for Plaintiff Johnson*

Ryals D. Stone
William S. Stone
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, GA 30342
T:  (404) 239-0305
F:  (404) 445-8003 (fax)
Email: ryals@stonelaw.com
Email: billstone@stonelaw.com

*Attorneys for Plaintiff Johnson*

David Carpenter
Doug Scribner
Geoff Rathgeber
ALSTON & BIRD LLP
1201 W. Peachtree Street, Suite 4900
Atlanta, GA  30309
T: (404) 881-7000
F: (404) 881-7777
Email: david.carpenter@alston.com
Email: doug.scribner@alston.com
Email: geoff.rathgeber@alston.com

*Counsel for Defendants Aladdin Manufacturing Corporation, Mohawk Carpet, LLC, and Mohawk Industries, Inc*.

Jonathan L. Bledsoe
Brittany D. Hepner

Brian P. Kappel
(Georgia Bar No. 916728)
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
T:  (205) 581-0700
F:  (205) 581-0799
Email: bkappel@lightfootlaw.com

*Counsel for Defendants E.I. DuPont De Nemours and Company and The Chemours Company*

Jameson B. Carroll,
Michael Weiss
M. Russell Wofford, Jr.
CARROLL & WEISS LLP
1819 Peachtree Road, Suite 104
Atlanta, GA 30309
404-228-5337
Email: jcarroll@carrollweiss.com
Email: mweiss@carrollweiss.com
Email: rwofford@carrollweiss.com

*Attorneys for Milliken & Company*

David C. Higney
GRANT KONVALINKA & HARRISON, P.C.

2

THE MINOR FIRM, LLC
P.O. Box 2586
Dalton, GA 30722-2586
T:  706-259-2586
Email: jbledsoe@minorfirm.com
Email: bdant@minorfirm.com

*Counsel for Defendant Indian Summer Carpet Mills, Inc.*


Warren N. Coppedge
Stephen Michmerhuizen
COPPEDGE, MICHMERHUIZEN, RAYBURN
508 S. Thornton Avenue
Dalton, GA 30720
T: (706) 226-0040
F: (706) 226-0050
Email: trisha@coppedgefirm.com
Email: steve@coppedgefirm.com

*Attorneys For Defendant Arrowstar, LLC*


William V. Custer
Jennifer B. Dempsey
Julia Fenwick Ost
Christian J. Bromley
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center – 14th Floor
1201 West Peachtree Street NW
Atlanta, Georgia 30309
T:  (404) 572-6600
F:  (404) 572-6999

633 Chestnut Street
Suite 900, One Republic Centre
Chattanooga, TN 37450-0900
T:  423-756-8400
F:  423-756-6518 facsimile
Email: dhigney@gkhpc.com

*Attorneys for Defendant Oriental Weavers USA, Inc.*


Michael J. Sullivan
Vonnetta L. Benjamin
WOMBLE BOND DICKINSON (US) LLP
271 17th Street N.W., Suite 2400
Atlanta, GA 30363-1017
T:  404-879-2479
F:  404-870-4879
Email: michael.sullivan@wbd-us.com
Email: vonnetta.benjamin@wbd-us.com

John W. Scott (*pro hac vice*)
Ethan A. Wilkinson (*pro hac vice*)
SCOTT DUKES & GEISLER, P.C.
211 Twenty Second Street North
Birmingham, AL 35203
T:  205-251-2300
F:  205-251-6773
Email: jscott@scottdukeslaw.com
Email: ewilkinson@scottdukeslaw.com

*Counsel for Defendants Tarkett USA Inc., Tarkett, Inc., Tandus Centiva Inc., Tandus Centiva US LLC, and Lexmark Carpet Mills, Inc.*

3

bill.custer@bclplaw.com
jennifer.dempsey@bclplaw.com
julia.ost@bclplaw.com
christian.bromley@bclplaw.com

***Counsel for Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.***


Elizabeth J. Marquardt
MILLER & MARTIN PLLC
1180 West Peachtree St., N.W.
Suite 2100
Atlanta, GA 30309-7649
T: (404) 962-6100
F: (404) 962-6300
elizabeth.marquardt@millermartin.com

Michael J. Dumitru (*pro hac vice*)
W. Randy Wilson (*pro hac vice*)
MILLER & MARTIN PLLC
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

***Attorneys for Engineered Floors, LLC***

Scott Parrish
Ellis Lord
Neil L. Wilcove
Meredith C. Lee
Jenna Fullerton
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN  37402
T:  423-756-6600
F:  423-785-8480
scott.parrish@millermartin.com
ellis.lord@millermartin.com
neil.wilcove@millermartin.com
meredith.lee@millermartin.com
jenna.fullerton@millermartin.com

***Attorneys for Defendant The Dixie Group, Inc***.

This 15th day of June, 2020.

                    <u>*/s/Katherine L. D'Ambrosio*</u>
                    Robert B. Remar
                    GA Bar No. 600575
                    S. Gardner Culpepper, III
                    GA Bar No. 201210
                    Monica P. Witte
                    GA Bar No. 405952
                    Katherine L. D'Ambrosio
                    GA Bar No. 780128
                    Rogers & Hardin LLP
                    229 Peachtree Street, N.E.
                    Atlanta, GA 30303
                    Telephone (404) 522-4700
                    Email: rremar@rh-law.com
                    Email: sculpepper@rh-law.com
                    Email: kdambrosio@rh-law.com
                    Email: mwitte@rh-law.com

                    *Counsel for Defendant 3M Company*