## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> 3M COMPANY, *et al.,* <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 4:20-cv-00008-AT |

## DEFENDANT THE DIXIE GROUP, INC.'S RULE 5.4 CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES

Defendant The Dixie Group, Inc. ("Dixie"), by and through its undersigned counsel and pursuant to Local Rule 5.4, hereby certifies that on June 15, 2020, counsel of record in this action was served with Defendant The Dixie Group, Inc.'s Rule 26 Initial Disclosures.  Service was accomplished by sending a copy thereof to all counsel of record by electronic mail, addressed as follows:

> Ryals Drayton Stone
> William Sims Stone
> The Stone Law Group - Trial Lawyers, LLC
> 5229 Roswell Road NE
> Atlanta, GA 30342
> 404-239-0305 Telephone
> 404-445-8003 Facsimile
> ryals@stonelaw.com
> billstone@stonelaw.com
> *Counsel for Plaintiff*

Hirlye R. "Ryan" Lutz, III
F. Jerome Tapley
Brett C. Thompson
2131 Magnolia Avenue South
Birmingham, AL 35205
205-328-2200 Telephone
205-324-7896 Facsimile
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@corywatson.com
*Counsel for Plaintiff*

Benjamin Phillip Harmon
Jackson R. Sharman, III
Harlan Prater, IV
Mark C. King
W. Larkin Radney, IV
Lightfoot Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
bharmon@lightfootlaw.com
jsharman@lfwlaw.com
hprater@lightfootlaw.com
cking@lightfootlaw.com
lradney@lightfootlaw.com

Katherine Leigh D'Ambrosio
Monica Perdomo Witte
Robert B. Remar
Sterling Gardner Culpepper, III
Rogers & Hardin, LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303
404-420-4623
kdambrosio@rh-law.com
mwitte@rh-law.com
rbr@rh-law.com

gculpepper@rh-law.com
*Counsel for 3M Company*

Douglas Scribner
David Carpenter
Geoffrey Rathgeber
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Doug.scribner@alston.com
David.carpenter@alson.com
Geoff.rathgeber@alston.com
*Counsel for Mohawk Industries, Inc., Mohawk Carpet, LLC, and Aladdin Manufacturing Corporation*

Warren N. Coppedge, Jr.
Stephen Michmerhuizen
Coppedge, Michmerhuizen & Rayburn
508 South Thornton Ave.
Dalton, GA 30720
Trisha@coppedgefirm.com
steve@coppedgefirm.com
*Counsel for Arrowstar, LLC*

Brian Patrick Kappel
Lana A. Olson
Lightfoot Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
205-581-0700
bkappel@lightfootlaw.com
lolson@lightfootlaw.com
*Counsel for E.I. Du Pont De Nemours & Co. and The Chemours Company*

W. Randall Wilson
Michael J. Dumitru
Elizabeth Marquardt

Miller & Martin PLLC
1180 W. Peachtree Street Suite 2100
Atlanta, GA 30309
randy.wilson@millermartin.com
michael.dumitru@millermartin.com
elizabeth.marquardt@millermartin.com
*Counsel for Engineered Floors, LLC*

Gregory Brockwell
Brockwell & Smith
420 20th Street Suite 2000
Birmingham, AL 35203
greg@brockwellsmith.com
*Counsel for Fortune Contract, Inc.*

Brittany Dant
Jonathan L. Bledsoe
The Minor Firm, P.C.-Dalton
P.O. Box 2586
745 College Dr. Ste. B
Dalton, GA 30722-2586
bdant@minorfirm.com
jbledsoe@minorfirm.com
*Counsel for Indian Summer Carpet Mills, Inc.*

Michael J. Sullivan
Vonnetta L. Benjamin
WOMBLE BOND DICKINSON (US)
271 17th Street N.W., Suite 2400
Atlanta, GA 30363
Michael.sullivan@wbd-us.com
Vonnetta.benjamin@wbd-us.com

Ethan A. Wilkinson
John W. Scott
Scott Dukes & Geisler
P.O. Box 30024
211 Twenty-Second Street North
Birmingham, AL 35203
205-251-2300

Fax: 205-251-6773
ewilkinson@scottdukeslaw.com
jscott@scottdukeslaw.com
*Counsel for Tandus Centiva US, LLC, Tandus Centiva, Inc., Tarkett, Inc., Tarkett USA, Inc. and Lexmark Carpet Mills, Inc.*

Jameson B. Carroll
Michael Weiss
M. Russell Wofford
Michael S. Cole
Carroll & Weiss, LLP
Suite 104
1819 Peachtree Road
Atlanta, GA 30309-1848
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
scole@carrollweiss.com
rwofford@carrollweiss.com

Meaghan Goodwin Boyd
Alston & Bird, LLP - GA
One Atlantic Center, Suite 4900
1201 West Peachtree St.
Atlanta, GA 30309-3424
404-881-7245
meaghan.boyd@alston.com
*Counsel for Milliken & Company*

David C. Higney
Grant Konvalinka & Harrison
633 Chestnut Street
Suite 900, One Republic Centre
Chattanooga, TN 37450-0900
dhigney@gkhpc.com
*Counsel for Oriental Weavers USA, Inc.*

Jennifer Burch Dempsey
Julia Fenwick Ost
William Vance Custer, IV
Christian J. Bromley

Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
jennifer.dempsey@bclplaw.com
julia.fenwick@bryancave.com
bill.custer@bclplaw.com
christian.bromley@bclplaw.com
*Counsel for Shaw Industries, Inc. and Shaw Industries Group, Inc.*

Charles A. Hardin
Hillary V. Keller
Hardin & Hughes, LLP
2121 Fourteenth Street
Tuscaloosa, AL 35401
chardin@hardinhughes.com
hkeller@hardinhughes.com
*Counsel for Victor Carpet Mills, Inc.*

Respectfully submitted,

**MILLER & MARTIN PLLC**

*/s/* Scott Parrish
Scott Parrish, GA Bar # 564980
Ellis Lord, TN Bar # 26642
Neil L. Wilcove, GA Bar # 758401
Meredith C. Lee, GA Bar # 294856
Jenna Fullerton, TN Bar # 36522
832 Georgia Avenue, Suite 1200
Chattanooga, TN  37402
423-756-6600 Telephone
423-785-8480 Facsimile
scott.parrish@millermartin.com
ellis.lord@millermartin.com
neil.wilcove@millermartin.com
meredith.lee@millermartin.com
jenna.fullerton@millermartin.com

*Attorneys for Defendant The Dixie Group, Inc.*

7

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, I electronically filed this **Rule 5.4 Certificate of Service of Initial Disclosures** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this matter.

**MILLER & MARTIN PLLC**

*/s/* Scott Parrish
Scott Parrish, GA Bar # 564980

*Attorneys for Defendant, The Dixie Group, Inc.*