# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| JARROD JOHNSON, Individually and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 4:20-cv-00008 AT |
| 3M COMPANY, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## <u>DEFENDANT TARKETT USA INC.'S INITIAL DISCLOSURES</u>

COMES NOW Defendant Tarkett USA Inc. ("Tarkett USA" or "this Defendant"), pursuant to Rule 26(a)(1) of the *Federal Rules of Civil Procedure* and Local Rule 26.1(B)(1), and hereby provides its Initial Disclosures. The following Initial Disclosures are based on the information reasonably available to Tarkett USA at this time, and Tarkett USA reserves the right to supplement these disclosures as more information about this matter is made available.

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**Tarkett USA is properly identified.**

(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**Tarkett USA is not aware of any additional necessary parties to this action who have not yet been named by Plaintiff. Tarkett USA is not aware of the misjoinder of any parties to this action.**

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

**Tarkett USA adopts and incorporates the defenses, and factual basis for the same, set forth in Tarkett USA's Motion to Dismiss filed April 20, 2020. (Doc. 128.)**

(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

**Tarkett USA adopts and incorporates the analysis set forth in Tarkett USA's Motion to Dismiss filed April 20, 2020. (Doc. 128.)**

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subject of the information. (Attach witness list to Initial Disclosures as Attachment A.)

***See* Attachment A.**

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(A)(2)(B), provide a separate written report

satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial disclosures as Attachment B.)

**Tarkett USA has made no decisions at this time regarding individuals who may present evidence under Fed. R. Evid. 702, 703, or 705. Tarkett USA will supplement its disclosures to include Attachment B should such supplementation be necessary.**

(7) Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.

***See* Attachment C.**

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34. (Attach any copies and description to Initial Disclosures as Attachment D.)

**Tarkett USA does not seek damages at this time.**

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**Tarkett USA does not currently contend that any person or entity is liable to Plaintiff in this matter. However, to the extent any liability may exist, Tarkett**

USA contends that, based upon information available from public sources, PFCs, including PFOA and/or PFOS, have been used in a wide variety of consumer products in the twentieth and twenty-first centuries, such as detergents, non-stick cookware, oil and grease resistant food packaging materials, fast food wrappers, microwave popcorn bags, pizza boxes, candy wrappers, water resistant coating, cleaning products, shampoos, dental floss, certain cosmetics, other personal care products, certain paints, varnishes, sealants, soil resistant treatments for upholstery fabrics, water resistant treatments for cloth fabrics, soil resistant carpets, certain foods, certain aqueous film-forming firefighting foam, medical garments, industrial floor wax, and stone (referred to herein as "Products"). The manufacturers, distributors, others in the chain of commerce, and end users (including Plaintiff and the proposed class) that interacted with or disposed of these Products likely caused or contributed to causing PFCs, including PFOS and/or PFOA, to enter the water sources for the City of Rome.

The Davison Blue Book, available at http://www.textilebluebook.net/, is an annual directory of mills, dyers, finishers, converters, and jobbers in the textile industry who may have used such Products. As stated on the Davison Blue Book website, "It also includes various suppliers to the textile industry

including machinery, chemicals, supplies and services." *See* http://www.textilebluebook.cnet/, visited 6/15/2020. Any entity in the Davison Blue Book that used or supplied PFOS and/or PFOA in manufacturing, and that is located on or near the City of Rome's water sources, may have caused or contributed to causing PFCs, including PFOS and/or PFOA, to enter those water sources. Thus, there are numerous people, including the named Plaintiff in this action, and other entities who may have contributed to the existence of PFOS and/or PFOA in the water sources for the City of Rome. Tarkett USA will supplement this response as necessary with the names and addresses of specific people and entities who may be liable to the Plaintiff following further discovery.

(10) Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

*See* **Attachment E.**

*[Signature of Counsel appears on next page.]*

5

This 16th day of June, 2020.

Respectfully submitted,

*/s/ Michael J. Sullivan*

Michael J. Sullivan
Georgia State Bar No. 142203
Vonnetta L. Benjamin
Georgia State Bar No. 049890
*Counsel for Defendant Tarkett USA Inc.*

**WOMBLE BOND DICKINSON (US) LLP**
271 17th Street N.W., Suite 2400
Atlanta, Georgia 30363-1017
Tel:   404-879-2479
Fax:   404-870-4879
        michael.sullivan@wbd-us.com
        vonnetta.benjamin@wbd-us.com

John W. Scott
(*Admitted pro hac vice*)
Ethan A. Wilkinson
(*Admitted pro hac vice*)
**SCOTT DUKES & GEISLER, P.C.**
211 Twenty Second Street North
Birmingham, Alabama 35203
Tel:   205-251-2300
Fax:   205-251-6773
        jscott@scottdukeslaw.com
        ewilkinson@scottdukeslaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **JARROD JOHNSON, Individually and on behalf of a class of persons similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **Civil Action No. 4:20-cv-00008 AT** |
| **3M COMPANY,** *et al.* | ) ) ) | |
| **Defendants.** | ) ) ) | |

**ATTACHMENT A**

| Name: | Address: | Telephone: | Subject: |
|---|---|---|---|
| Jarrod Johnson | c/o Plaintiff's Counsel | 205-328-2200 | Plaintiff's claims, allegations, and alleged damages |
| All members of the proposed class | Unknown at this time. | Unknown at this time. | Plaintiff's claims, allegations, and alleged damages |
| David Wilkinson | c/o John W. Scott Ethan A. Wilkinson Scott Dukes & Geisler, P.C. 211 22nd Street North Birmingham, AL 35203  Michael Sullivan Vonnetta Benjamin | 205-251-2300 | Information regarding Tarkett USA Inc.'s operations and history |

| | Womble Bond Dickinson 271 17th Street, NW, Ste. 2400 Atlanta, GA 30363-1017 | | |
|---|---|---|---|
| Sabri Maltas | c/o John W. Scott Ethan A. Wilkinson Scott Dukes & Geisler, P.C. 211 22nd Street North Birmingham, AL 35203

Michael Sullivan Vonnetta Benjamin Womble Bond Dickinson 271 17th Street, NW, Ste. 2400 Atlanta, GA 30363-1017 | 205-251-2300 | Tarkett USA Inc.'s environmental compliance practices |
| Dominic Coletta | c/o John W. Scott Ethan A. Wilkinson Scott Dukes & Geisler, P.C. 211 22nd Street North Birmingham, AL 35203

Michael Sullivan Vonnetta Benjamin Womble Bond Dickinson 271 17th Street, NW, Ste. 2400 Atlanta, GA 30363-1017 | 205-251-2300 | Tarkett USA Inc.'s corporate history |

| Representative of Dalton Utilities | 1200 V.D. Parrott Jr. Parkway P.O. Box 869 Dalton, GA 30721 | 706-278-1313 | Dalton Utilities's operations and the Land Application System at issue. |
|---|---|---|---|
| Representative of Rome Water and Sewer Division | c/o Jeff Friedman Matt Conn Friedman, Dazzio, Zulanas and Bowling, P.C. *Counsel for City of Rome* | 205-278-7000 | City of Rome's wastewater treatment practices and any issues relating to PFCs, including PFOS and/or PFOA |
| All individuals identified in Plaintiff's Initial Disclosures. | Unknown at this time. | Unknown at this time. | Unknown at this time. |
| All individuals identified in any other Defendant's Initial Disclosures. | Unknown at this time. | Unknown at this time. | Unknown at this time. |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **JARROD JOHNSON, Individually** | ) | |
| **and on behalf of a class of persons** | ) | |
| **similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **vs.** | ) | **4:20-cv-00008 AT** |
| | ) | |
| **3M COMPANY,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ATTACHMENT C**

At present, Defendant Tarkett USA Inc. ("Tarkett USA") may use the following categories of documents, data compilations or other electronically stored information, and tangible things in its possession, custody, or control to support its defenses in this action:

1.    Documents regarding the purchase and use of PFCs, including PFOA and/or PFOS, by Tarkett USA at its Dalton, Georgia manufacturing facility;

2.    Documents regarding production of flooring materials by Tarkett USA at its Dalton, Georgia manufacturing facility;

3. Documents regarding the storage, recycling and disposal of PFCs, including PFOA and/or PFOS, and PFC-residuals, by Tarkett USA at its Dalton, Georgia manufacturing facility;

4. Material Safety Data Sheets for products used by Tarkett USA at its Dalton, Georgia manufacturing facility;

5. Documents regarding the marketing of PFCs by PFC manufacturers;

6. All documents identified in Plaintiff's Initial Disclosures; and

7. All documents identified by any co-Defendants in the co-Defendants' Initial Disclosures.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **JARROD JOHNSON, Individually** ) | |
| **and on behalf of a class of persons** ) | |
| **similarly situated,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| **vs.** ) | **4:20-cv-00008 AT** |
| ) | |
| **3M COMPANY,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ATTACHMENT E

Tarkett USA Inc. will produce the declaration page for any applicable insurance policies at a mutually agreeable date, time, and location to be determined by the parties.

## **<u>CERTIFICATION UNDER L.R. 7.1.D.</u>**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., and on this the 16th day of June, 2020, the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

*/s/ Michael J. Sullivan*
Michael J. Sullivan
Georgia State Bar No. 142203

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 16th day of June, 2020, I electronically filed the foregoing **Initial Disclosures,** and service on the parties was provided via the Court's ECF system.

<u>*/s/ Michael J. Sullivan*</u>
Michael J. Sullivan
Georgia State Bar No. 142203