IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **Jarrod Johnson individually, and on behalf of a class of persons similarly situated,**<br><br>**Plaintiff**<br><br>v.<br><br>**3M Company,** *et. al*<br><br>**Defendants.** | Case No. 4:20-cv-00008-AT<br><br>Hon. Amy Totenberg |

**JOINT MOTION FOR ENTRY OF A STIPULATED JOINT PROTOCOL GOVERNING DISCOVERY OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

Plaintiff Jarrod Johnson ("Plaintiff") and Defendant 3M Company ("3M"), Defendant Aladdin Manufacturing Corporation, Defendant Arrowstar, LLC, Defendant E.I. du Pont de Nemours and Company, Defendant Engineered Floors, LLC, Defendant Milliken & Company, Defendant Mohawk Carpet, LLC, Defendant Mohawk Industries, Inc, Defendant Oriental Weavers USA, Inc., Defendant Shaw Industries, Inc., Defendant Shaw Industries Group, Inc., Defendant Tarkett USA Inc., Defendant The Chemours Company, Defendant Victor Carpet Mills, Inc., and

Defendant The Dixie Group, Inc. (collectively, "Defendants") (altogether, "Parties") by and through their attorneys, hereby move this Court for entry of the Stipulated Joint Protocol Governing Discovery Of Documents And Electronically Stored Information ("ESI Protocol"), attached as Exhibit A.

The Parties have conferred and agreed upon the terms of the ESI Protocol in order to facilitate the discovery process. Accordingly, the Parties respectfully request that the Court enter the stipulated ESI Protocol, attached as Exhibit A.

Respectfully submitted this 14th Day of August, 2020.

/s/ *Ryan Lutz*
Hirlye R. "Ryan" Lutz, III, Esq.
*rlutz@corywatson.com*
F. Jerome Tapley, Esq. (pending *phv*)
*jtapley@corywatson.com*
Brett C. Thompson, Esq. (*phv*)
*bthompson@corywatson.com*
 CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205

**One of the Attorneys for Plaintiff**


/s/ *Ryals D. Stone*
Ryals D. Stone (GA Bar No. 831761)
*ryals@stonelaw.com*
William S. Stone (GA Bar No. 684636)
*billstone@stonelaw.com*
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342
(404) 239-0305
(404) 445-8003 (fax)

**One of the Attorneys for Plaintiff**

/s/ *Benjamin P. Harmon*
Jackson R. Sharman, III,
GA Bar No. 637930
Benjamin P. Harmon,
GA Bar No. 979043
Lightfoot, Franklin and White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Email: jsharman@lightfootlaw.com
Email: bharmon@lightfootlaw.com

/s/ *Robert B. Remar*
Robert B. Remar,
GA Bar No. 600575
S. Gardner Culpepper,
GA Bar No. 201210
Monica P. Witte,
GA Bar No. 405952
Katherine L. D'Ambrosio,
GA Bar No. 780128
Rogers & Hardin LLP
229 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone (404) 522-4700
Email: rremar@rh-law.com
Email: sculpepper@rh-law.com
Email: kdambrosio@rh-law.com
Email: mwitte@rh-law.com

*Counsel for Defendant 3M Company*

/s/ *David Carpenter*
David Carpenter
Georgia Bar No. 292101
david.carpenter@alston.com
Doug Scribner
Georgia Bar No. 632755
doug.scribner@alston.com
Geoff Rathgeber
Georgia Bar No. 195334
geoff.rathgeber@alston.com
ALSTON & BIRD LLP
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia  30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Defendants Aladdin Manufacturing Corporation, Mohawk Carpet, LLC, and Mohawk Industries, Inc.*

/s/ *M. Russell Wofford, Jr.*
Jameson B. Carroll,
GA Bar No. 112640
Michael Weiss,
GA Bar No. 746494
M. Russell Wofford, Jr.,
GA Bar No. 773002
CARROLL & WEISS LLP
1819 Peachtree Road, Suite 104
Atlanta, GA 30309
404-228-5337
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
rwofford@carrollweiss.com

*Attorneys for Milliken & Company*


**GRANT KONVALINKA & HARRISON, P.C.**

/s/ *David C. Higney*
David C. Higney, GA Bar No. 352780
633 Chestnut Street
Suite 900, One Republic Centre
Chattanooga, TN 37450-0900
423-756-8400
423-756-6518 facsimile
dhigney@gkhpc.com
*Attorneys for Defendant Oriental Weavers USA, Inc.*

| | |
|---|---|
| **COPPEDGE, MICHMERHUIZEN, RAYBURN \| ATTORNEYS AT LAW** | /s/ *Michael J. Sullivan*<br>Michael J. Sullivan<br>Georgia Bar 142203<br>Vonnetta L. Benjamin<br>Georgia State Bar No. 049890<br>Womble Bond Dickinson (US) LLP<br>271 17th Street N.W., Suite 2400<br>Atlanta, Georgia 30363-1017<br>Tel:   404-879-2479<br>Fax:   404-870-4879<br>michael.sullivan@wbd-us.com<br>vonnetta.benjamin@wbd-us.com |
| /s/ *Warren N. Coppedge*<br>WARREN N. COPPEDGE, JR.<br>GEORGIA BAR NUMBER: 187300<br>STEPHEN MICHMERHUIZEN<br>GEORGIA BAR NUMBER: 107109<br>508 S. Thornton Avenue<br>Dalton, Georgia 30720<br>P: (706) 226-0040<br>F: (706) 226-0050<br>trisha@coppedgefirm.com<br>steve@coppedgefirm.com | |
| *Attorneys For Defendant Arrowstar, LLC* | John W. Scott<br>(Admitted *Pro Hac Vice*)<br>Ethan A. Wilkinson<br>(Admitted *Pro Hac Vice*)<br>Scott Dukes & Geisler, P.C.<br>211 Twenty Second Street North<br>Birmingham, Alabama 35203<br>Tel:   205-251-2300<br>Fax:   205-251-6773<br>jscott@scottdukeslaw.com<br>ewilkinson@scottdukeslaw.com |
| | *Counsel for Defendant Tarkett USA Inc.* |

/s/ *William V. Custer*
William V. Custer
Georgia Bar No. 202910
E-Mail: bill.custer@bclplaw.com
Jennifer B. Dempsey
Georgia Bar No. 217536
E-Mail: jennifer.dempsey@bclplaw.com
Julia Fenwick Ost
Georgia Bar No. 940532
E-Mail: julia.ost@bclplaw.com
Christian J. Bromley
Georgia Bar No. 206633
E-Mail: christian.bromley@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center – 14th Floor
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Telephone:      (404) 572-6600
Facsimile:      (404) 572-6999

*Counsel for Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.*

**MILLER & MARTIN PLLC**

/s/ *Scott Parrish*
Scott Parrish, GA Bar # 564980
Ellis Lord, TN Bar # 26642
Neil L. Wilcove, GA Bar # 758401
Meredith C. Lee, GA Bar # 294856
Jenna Fullerton, TN Bar # 36522
832 Georgia Avenue, Suite 1200
Chattanooga, TN  37402
423-756-6600 Telephone
423-785-8480 Facsimile
scott.parrish@millermartin.com
ellis.lord@millermartin.com
neil.wilcove@millermartin.com
meredith.lee@millermartin.com
jenna.fullerton@millermartin.com

*Attorneys for Defendant The Dixie Group, Inc.*

*/s/ Elizabeth J. Marquardt*
Elizabeth J. Marquardt
Georgia Bar No. 944547

**Miller & Martin PLLC**
1180 West Peachtree St., N.W.
Suite 2100
Atlanta, Georgia 30309-7649
Telephone: (404) 962-6100
Facsimile: (404) 962-6300
elizabeth.marquardt@millermartin.com

Michael J. Dumitru*
W. Randy Wilson*

**Miller & Martin PLLC**
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

*Attorneys for Engineered Floors, LLC*

*Admitted Pro Hac Vice*

*/s/ Brian P. Kappel*
John M. Johnson
(Admitted pro hac vice)
Lana A. Olson
(Admitted pro hac vice)
Brian P. Kappel
(Georgia Bar No. 916728)
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
(205) 581-0799 (fax)
Email: jjohnson@lightfootlaw.com
Email: lolson@lightfootlaw.com
Email: bkappel@lightfootlaw.com

J. Raymond Bates, Jr.
(Georia Bar No. 041925)
Thomas C. Causby
(Georgia Bar No. 968006)
LITTLE, BATES, KELEHEAR & TOLAND, P.C.
101 East Crawford Street
Landmark Building
Fifth Floor
P.O. Box 488
Dalton, GA  30720
706.278.0525
Email: jrbates@optilink.us
Email: tom@lbktlawyers.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and The Chemours Company*

*/s/ Charles A. Hardin*
Charles A. Hardin
Hillary V. Keller
HARDIN & HUGHES, LLP
2121 Fourteenth Street
Tuscaloosa, AL 35401
chardin@hardinhughes.com
hkeller@hardinhughes.com
*Attorneys for Victor Carpet Mills, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and on behalf of a class of persons similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 4:20-cv-00008-AT |
| v. ) ) | |
| 3M COMPANY, *et al.*, ) ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE
AND COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: August 14, 2020.

/s/ *Benjamin P. Harmon*
Benjamin P. Harmon, GA Bar No. 979043
Lightfoot, Franklin and White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203

Telephone: (205) 581-0700

Email: bharmon@lightfootlaw.com

*Counsel for Defendant 3M Company*