IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JARROD JOHNSON**,<br><br>    **Plaintiff,**<br><br>v.<br><br>**3M COMPANY, et al.**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  **CIVIL ACTION NO.**<br>)  **4:20-CV-00008-AT**<br>)<br>)<br>)<br>) |

**DEFENDANT DYSTAR L.P.'S
MOTION TO DISMISS**

Defendant DyStar L.P. ("DyStar"), without submitting to the jurisdiction of this Court or waiving its objection to the jurisdiction of this Court, respectfully moves to dismiss Plaintiff's Second Amended Complaint as to DyStar pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure on the grounds that the Court lacks subject matter jurisdiction over DyStar.

In support of the motion, DyStar will rely on the pleadings, a memorandum of law filed simultaneously with the motion, and the following Exhibits attached to the memorandum of law:

Exhibit A - Affidavit of Michael Sims

Exhibit B - Court Order in *Water Works and Sewer Board of the City of Gadsden, Alabama v. 3M, et al.* (Aug. 13, 2018)

Exhibit C - Consent Order Dismissing Without Prejudice Certain Defendants in *City of Rome, Georgia v. 3M Company, et al.* (Mar. 3, 2020)

Exhibit D - Notice of Voluntary Dismissal in *Water Works and Sewer Board of Town of Centre v. 3M Company, Inc., et al.* (May 14, 2020) and Court Ordered Dismissal (August 14, 2020).

DyStar also respectfully moves to dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) as outlined in the Carpet Manufacturing Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and Memorandum in Support of Motion to Dismiss Plaintiff's Second Amended Complaint filed contemporaneously herewith. *See* Dkt. No. 300 and 300-1.

This the 9th day of October, 2020.

*/s/ Alexander B. Feinberg*
ALEXANDER B. FEINBERG
Georgia Bar No. 956505
1901 Sixth Avenue North
1700 Regions Harbert Plaza
Birmingham, Alabama 35203
Phone: 205.254.1000
Fax: 205.254.1999
**Attorney for Defendant DyStar L.P.**

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL  35203-2618
Telephone:  205.254.1000
afeinberg@maynardcooper.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

*/s/ Alexander B. Feinberg*
Alexander B. Feinberg

05604754.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2020, the foregoing was served by electronic filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Alexander B. Feinberg*
OF COUNSEL

05604754.1