IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br>    Defendants. | Civil Action No.:<br>4:20-cv-00008-AT |

## DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Milliken & Company; Arrowstar, LLC; The Dixie Group, Inc.; 3M Company; E.I. DuPont de Nemours and Company; and The Chemours Company here move pursuant to Fed. R. Civ. Proc. 12(b)(6) to dismiss Counts III, IV, and VI

of Plaintiff's Second Amended Complaint ("SAC") for failure to state a claim, based on the public services doctrine.[1]

Respectfully submitted this 9th day of October 2020.

/s/ M. Russell Wofford, Jr.
Jameson B. Carroll
Ga. Bar No. 112640
Michael Weiss
Ga. Bar No. 746494
M. Russell Wofford, Jr.
Ga. Bar No. 773002
Carroll & Weiss LLP
1819 Peachtree Road, Suite 104
Atlanta, Georgia 30309
Telephone: (404) 228-5337
Facsimile: (404) 228-5564
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
rwofford@carrollweiss.com

*Attorneys for Defendant*
*Milliken & Company*

Warren N. Coppedge, Jr.
Georgia Bar No. 187300
Stephen Michmerhuizen
Georgia Bar No. 107109
508 S. Thornton Avenue
Dalton, Georgia 30720
Telephone: (706) 226-0040
Facsimile: (706) 226-0050

---

[1] The defendants moving here have all also joined The Carpet Manufacturing Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 300), filed on separate grounds.

2

trisha@coppedgefirm.com
steve@coppedgefirm.com

*Attorneys for Defendant*
*Arrowstar, LLC*

Scott Parrish
Georgia Bar No. 564980
Ellis Lord
Tennessee Bar No. 26642
Neil L. Wilcove
Georgia Bar No. 758401
Meredith C. Lee
Georgia Bar No. 294856
Jenna Fullerton
Tennessee Bar No. 36522
Miller & Martin PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
scott.parrish@millermartin.com
ellis.lord@millermartin.com
neil.wilcove@millermartin.com
meredith.lee@millermartin.com
jenna.fullerton@millermartin.com

*Attorneys for Defendant*
*The Dixie Group, Inc.*

Benjamin P. Harmon
Georgia Bar No. 979043
Jackson R. Sharman, III
Georgia Bar No. 637930
Harlan I. Prater, *Pro Hac Vice*
M. Christian King, *Pro Hac Vice*
W. Larkin Radney, *Pro Hac Vice*
Lightfoot, Franklin & White LLC

The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799
bharmon@lightfootlaw.com
jsharman@lightfootlaw.com
hprater@lightfootlaw.com
cking@lightfootlaw.com
lradney@lightfootlaw.com

Robert B. Remar
Georgia Bar No. 600575
S. Gardner Culpepper
Georgia Bar No. 201210
Monica P. Witte
Georgia Bar No. 405952
Katherine L. D'Ambrosio
Georgia Bar No. 780128
Rogers & Hardin LLP
229 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
rremar@rh-law.com
sculpepper@rh-law.com
kdambrosio@rh-law.com
mwitte@rh-law.com
*Counsel for Defendant 3M Company*

John M. Johnson
(Admitted pro hac vice)
Lana A. Olson
(Admitted pro hac vice)
Brian P. Kappel
(Georgia Bar No. 916728)
Lightfoot, Franklin & White, LLC

The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
(205) 581-0799 (fax)
jjohnson@lightfootlaw.com
lolson@lightfootlaw.com
bkappel@lightfootlaw.com

J. Raymond Bates, Jr.
Georgia Bar No. 041925
Thomas C. Causby
Georgia Bar No. 968006
Little, Bates, Kelehear & Toland, P.C.
101 East Crawford Street
Landmark Building
Fifth Floor
P.O. Box 488
Dalton, GA  30720
Telephone: (706) 278.0525
jrbates@optilink.us
tom@lbktlawyers.com

*Counsel for Defendants*
*E.I. du Pont de Nemours and Company*
*and The Chemours Company*

## **CERTIFICATION UNDER L.R. 7.1.D.**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

*/s/ M. Russell Wofford, Jr.*
M. Russell Wofford, Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which automatically sends e-mail notification of such filing to any attorneys of record.

    This 9th day of October 2020.

                                        */s/ M. Russell Wofford, Jr.*
                                        M. Russell Wofford, Jr.
                                        Georgia Bar No. 773002