# CITY OF ROME, GEORGIA
# COMPREHENSIVE
# ANNUAL FINANCIAL REPORT
# YEAR ENDED DECEMBER 31, 2019

**Prepared By:**
**Finance Department**

# CITY OF ROME, GEORGIA
# COMPREHENSIVE ANNUAL FINANCIAL REPORT
# FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019

**TABLE OF CONTENTS**

Page No.

**INTRODUCTORY SECTION**
Table of Contents ................................................................................................................................................ i-iv
Letter of Transmittal ............................................................................................................................................ v-xii
Certificate of Achievement for Excellence in Financial Reporting ..................................................................... xiii
Organization Chart .............................................................................................................................................. xiv
Principal Officials ................................................................................................................................................ xv

**FINANCIAL SECTION**
Independent Auditor's Report .............................................................................................................................. 1-3
Management's Discussion and Analysis .............................................................................................................. 4-23
Basic Financial Statements:
    Statement of Net Position ............................................................................................................................ 24 and 25
    Statement of Activities ................................................................................................................................. 26
    Balance Sheet Governmental Funds ............................................................................................................ 27
    Reconciliation of Total Governmental Fund Balances to
        Net Position of Governmental Activities ................................................................................................ 28
    Statement of Revenues, Expenditures and
        Changes in Fund Balances Governmental Funds .................................................................................. 29 and 30
    Reconciliation of the Statement of Revenues, Expenditures and
        Changes in Fund Balances of Governmental Funds to the
            Statement of Activities ........................................................................................................................ 31
    Statement of Net Position Proprietary Funds ............................................................................................... 32 and 33
    Reconciliation of Proprietary Fund Net Position to Business Type
        Activities Statement of Net Position ....................................................................................................... 34
    Statement of Revenues, Expenses, and Changes in Fund Net Position
        Proprietary Funds ................................................................................................................................... 35 and 36

# CITY OF ROME, GEORGIA
# COMPREHENSIVE ANNUAL FINANCIAL REPORT
# FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019

## TABLE OF CONTENTS

Page No.

**FINANCIAL SECTION (Continued)**

**Reconciliation of the Statement of Revenues, Expenses, and Changes**
  **in Net Position of Proprietary Funds to the Business Type**
    **Statement of Activities** ................................................................................................................. 37
**Statement of Cash Flows Proprietary Funds** ................................................................................. 38-40
**Statement of Fiduciary Net Position Employee Benefit Trust Fund** ........................................... 41
**Statement of Changes in Fiduciary Net Position Employee Benefit**
    **Trust Fund** ........................................................................................................................................ 42
**Notes to the Financial Statements** .................................................................................................. 43-90

*Required Supplementary Information:*
  **Schedule of Revenues & Expenditures**
    **Budget and Actual – General Fund** .......................................................................................... 91-100
  **Notes to the Required Supplemental Information** .................................................................... 101
  **Schedule of Changes in the City's Net Pension Liability and Related Ratios** ........................ 102
  **Schedule of City Contributions** ................................................................................................... 103
  **Schedule of Changes in Total OPEB Liability and Related Ratios** ........................................ 104

*Supplemental Information:*
  **Nonmajor Governmental Funds:**
    **Combining Balance Sheet** ........................................................................................................... 105
    **Combining Statement of Revenues, Expenditures, and**
      **Changes in Fund Balance** ........................................................................................................ 106

# CITY OF ROME, GEORGIA
# COMPREHENSIVE ANNUAL FINANCIAL REPORT
# FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019

**TABLE OF CONTENTS**

Page No.

**FINANCIAL SECTION (Continued)**
  **Nonmajor Special Revenue Governmental Funds:**
    Combining Balance Sheet ............................................................................................................................ 107
    Combining Statement of Revenues, Expenditures, and
      Changes in Fund Balance ...................................................................................................................... 108
  **Special Revenue Funds:**
    Schedule of Revenues, Expenditures, and
      Changes in Fund Balance – Budget and Actual ............................................................................... 109-114
**Schedule of Projects Constructed with Special Sales Tax Proceeds** ............................................... 115 and 116
**Nonmajor Proprietary – Enterprise Funds:**
    Combining Statement of Net Position ........................................................................................ 117 and 118
    Combining Statement of Revenues, Expenses, and
      Changes in Fund Net Position .................................................................................................. 119 and 120
    Combining Statement of Cash Flows ......................................................................................... 121-123
**Internal Service Funds:**
    Combining Statement of Net Position ................................................................................................ 124
    Combining Statement of Revenues, Expenses, and
      Changes in Fund Net Position .......................................................................................................... 125
    Combining Statement of Cash Flows ................................................................................................. 126

**Component Unit – Greater Rome Convention & Visitors Bureau**
    Balance Sheet ........................................................................................................................................ 127
    Statement of Revenues, Expenditures, and
      Changes in Fund Balance .................................................................................................................. 128

# CITY OF ROME, GEORGIA
# COMPREHENSIVE ANNUAL FINANCIAL REPORT
# FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019

**TABLE OF CONTENTS**

Page No.

**STATISTICAL SECTION**

**Introduction**
Net Position by Component – Last Ten Fiscal Years .................................................................................... 129
Changes in Net Position – Last Ten Fiscal Years ........................................................................... 130 and 131
Fund Balances of Governmental Funds – Last Ten Fiscal Years ................................................................ 132
Changes in Fund Balances of Governmental Funds – Last Ten Fiscal Years ................................ 133 and 134
General Governmental Tax Revenues By Source – Last Ten Fiscal Years .................................................. 135
Assessed and Estimated Actual Value of Taxable Property – Last Ten Fiscal Years .................................. 136
Property Tax Rates – Direct and Overlapping Governments – (Per $1,000 of Assessed Value) – Last Ten Fiscal Years ....................................................... 137
Principal Property Taxpayers ......................................................................................................................... 138
Property Tax Levies and Collections – Last Ten Fiscal Years ...................................................................... 139
Ratios of Outstanding Debt by Type – Last Ten Fiscal Years ...................................................................... 140
Ratio of Net General Bonded Debt – Last Ten Fiscal Years ......................................................................... 141
Computation of Direct and Overlapping Governmental Activities Debt ...................................................... 142
Legal Debt Margin Information – Last Ten Fiscal Years ............................................................................. 143
Pledged – Revenue Coverage – Last Ten Fiscal Years ................................................................................ 144
Demographic and Economic Statistics – Last Ten Fiscal Years .................................................................. 145
Principal Employers – Current Year and Nine Years Ago ........................................................................... 146
Full-time Equivalent City Government Employees by Function – Last Ten Fiscal Years .......................... 147
Operating Indicators by Function – Last Ten Fiscal Years .......................................................................... 148
Principal Water and Sewer Customers – Current Year and Ten Years Ago ............................................... 149
Capital Asset Statistics by Function – Last Ten Fiscal Years ...................................................................... 150



Sammy Rich
City Manager
P.O. Box 1433
Rome, GA  30162
(706) 236-4400

August 7, 2020

To the Rome City Commission and
the Citizens of the City of Rome, Georgia:

The comprehensive annual financial report of the City of Rome, Georgia for the fiscal year ended December 31, 2019, is hereby submitted.  Responsibility for both the accuracy of the data, and the completeness and fairness of the presentation, including all disclosures, rests with the City.  To the best of our knowledge and belief, the enclosed data are accurate in all material respects and are reported in a manner designed to present fairly the financial position and results of operations of the various funds of the City.  All disclosures necessary to enable the reader to gain an understanding of the City's financial activities have been included.

State law requires that every general-purpose local government publish within six months of the close of each fiscal year a complete set of audited financial statements.  This report is published to fulfill that requirement for the fiscal year ended December 31, 2019.

The City is also required to undergo an annual single audit in conformity with the provisions of Title 2 U.S. *Code of Federal Regulations* Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards.*  Information related to this single audit, including the schedule of federal financial assistance, findings and recommendations, and auditor's reports on the internal control structure and compliance with applicable laws and regulations, are included in a separate report.

Mauldin & Jenkins, LLC has issued an unmodified opinion on the City of Rome's financial statements for the year ended December 31, 2019.  The independent auditor's report is located at the front of the financial section of this report.

These statements are compiled in accordance with accounting principles generally accepted in the United States of America and offer an overview of the financial position and activities of the City as a whole. Management's Discussion and Analysis can be found on pages 4-23 and contains additional information on the City of Rome's basic financial statements.

*PROFILE OF THE GOVERNMENT*

The City of Rome is located in the northwestern part of the State of Georgia, which continues to rank as one of the top growth areas in the state. The City limits incorporate over thirty-four square miles and has a population of approximately 36,700. The City government operates under a commission-manager form of government. Commission elections are non-partisan and commissioners serve staggered terms. There are nine commissioners serving on the City Commission with the Mayor and Mayor Pro Tem elected from within the commission.

The City provides a full range of services. These services include water and sewer, police, building inspection, fire protection, sanitation services, the construction and maintenance of streets, storm drainage, traffic control, cemetery, community development, transit system, municipal landfill, planning and zoning, recreational activities and cultural events. In addition, the City of Rome includes the Rome Board of Education and the Greater Rome Convention and Visitors Bureau as discretely presented component units in these financial statements because the City has financial accountability for these entities.

The City is required to adopt final budgets by the end of each fiscal year. These annual budgets serve as the foundation for the City of Rome's financial planning and control. The budgets are prepared by fund, then department. Budgetary control is at the line item level.

*LOCAL ECONOMY*

The economic condition and outlook of the City has remained fairly stable during the past several years, following several years of slower economic growth attributable to a general decline in manufacturing activity. The City has experienced a slight increase in economic activity including expansions and additional employment hiring. The unemployment rate for the City at the end of the year was 3.8%. This is a slight decrease from 2018 following national trends of lower unemployment rates. The City has seen some increase in job creation due to expansions at existing facilities, as well as job growth in the services sector.

Rome continues to be the medical hub of northwest Georgia with more doctors per capita than any county in the state. Two major hospitals, with a total of approximately 800 beds, are located in the city limits with many clinics also operating in this area. Redmond Regional Medical Center is the largest taxpayer in the City. The medical industry continues to expand with new expansions at their outlying complexes. Redmond Regional has just constructed two new Urgent Care facilities within the City. Floyd Medical Center, the community public hospital, continues to upgrade and modernize, and has completed their new expansion of Urgent Care facilities at their outlying complex. The Harbin Clinic recently completed their new corporate headquarter construction within the City. Berry College has recently opened The Spires, a $120 million dollar continuing care retirement community located adjacent the campus off the West Rome bypass. We anticipate the facility will provide a wave of net new residents to our community.

The Rome Braves Minor "A" baseball stadium continues to be an economic draw from surrounding communities.

The City of Rome is a large tennis community with tournaments ranging from junior league to adult mixed. With the opening of the new 60 court tennis facility, the Rome Tennis Center at Berry College has garnered national recognition and has already hosted several regional and international tournaments. The Center was the host for the 2017 ACC College tournament finals and will host the event again in 2020. The facility currently averages 40 plus tournaments of various sizes per year. This has been a major economic impact for the City as these tournaments bring in participants and family from out of town who eat, sleep and shop in Rome. In 2019, the Tennis Center generated $4.97 million or 38% of the total economic impact for the tourism community. To wrap up the year, the United States Tennis Association named the Rome Tennis Center at Berry College the large Outstanding Tennis Facility of the Year.

**City of Rome, Georgia**

**MANAGEMENT'S DISCUSSION AND ANALYSIS**

**December 31, 2019**

- The City's General Fund showed an unassigned fund balance of $22,318,653 at the end of the fiscal year, or 101.52% of current year expenditures before transfers and 70.21% of total expenditures (including transfers out). This is a $2,986,242 increase from 2018. This increase continues to be a purposeful intention to position the City for projected needs in the future.

- The City's Capital Fund had a net increase in fund balance of $738,087. This is due to a moderation of capital outlay in 2019.

- The City's SPLOST fund had a net decrease in fund balance of $84,425 due to the completion of 13 SPLOST and startup of the current 17 SPLOST projects.

**OVERVIEW OF THE FINANCIAL STATEMENTS**

Management's Discussion and Analysis is intended to serve as an introduction to the City of Rome's basic financial statements. The basic financial statements are comprised of three components 1) government-wide financial statements, 2) fund financial statements and, 3) notes to the financial statements. This report also includes supplementary information in addition to these basic financial statements.

*Government-wide Financial Statements*
The City's report includes two government–wide financial statements. The focus of these statements is on the overall financial position and activities of the City of Rome as a whole, in a manner similar to a private sector business. These statements use the full accrual basis of accounting.

The first government-wide statement is the **Statement of Net Position.** This is the City-wide statement of position which presents information on all assets, liabilities and deferred outflows/inflows with the difference reported as *Net Position*. Over time, increases or decreases in the net position may serve as a useful indicator of the financial health of the City.

The second government-wide statement is the **Statement of Activities.** This report presents how the City's net position changed during the current fiscal year. All current year revenues and expenses are included regardless of the timing of related cash flows. A primary purpose of the Statement of Activities is to identify the net costs of various functions and services provided by the City and to determine the extent to which each function is self-supporting by program revenues or is subsidized by general revenues.

The governmental activities of the City of Rome include general government, public safety, public works, public facilities, public services, community development and education.

Business type activities include water and sewer, fire services, solid waste commission (landfill), transit operations, building inspection, solid waste management (collections), municipal golf, tennis center, and public facilities. The government-wide financial statements include not only the funds of the City but also the Greater Rome Convention and Visitors Bureau and the Rome Board of Education for which the City of Rome is financially accountable. Financial information for these component units is reported separately from the primary government, although included on the government-wide statements.

The City's government-wide financial statements are presented on pages 24-26 of this report.

City of Rome, Georgia

**MANAGEMENT'S DISCUSSION AND ANALYSIS**

**December 31, 2019**

**FUND FINANCIAL STATEMENTS**

     A fund is an accounting entity used to maintain control over resources segregated for specific activities or objectives and to ensure compliance with financial or legal laws and regulations.  Major funds are reported in separate columns with all non-major funds reported in the aggregate.  Individual financial information for these non-major funds is provided in combining statements in the supplemental information. The City's funds are divided into three categories; governmental, proprietary, and fiduciary.

*Governmental Funds*
     Governmental funds are used to account for basically the same functions reported as governmental activities in the government-wide financial statements.  However, unlike the government-wide statements, governmental funds financial statements focus on short term fiscal accountability as well as balances of expendable resources at the end of the fiscal year.

     Because the focus of governmental funds is narrower than that of the government-wide financial statements, it is useful to compare the information presented for governmental funds with similar information presented for governmental activities in the government-wide financial statements.  By doing so, readers may better understand the long-term impact of short term financial decisions.  Since these statements do have a different perspective and use different accounting methods to generate the financial information, reconciliations of the Governmental Fund Balance Sheet and the Statement of Revenues, Expenditures and Changes in Fund Balance are presented to facilitate this comparison.

     The City of Rome maintains ten individual governmental funds.  Information is presented separately for the General, Capital and SPLOST funds, all considered major funds in 2019.  The other funds are combined into a single aggregated presentation.  Individual data for each of these non-major governmental funds is provided in the form of combining statements on pages 105-108 of the report.

     Budgetary comparison schedules are included for the General Fund as required supplementary information immediately after the notes to the financial statements.  Budgetary comparison schedules for the special revenue funds are included in the supplemental information section.  These schedules demonstrate compliance with the final revised budgets.

     The basic governmental fund financial statements are presented on pages 27-30 of this report.

**City of Rome, Georgia**

**MANAGEMENT'S DISCUSSION AND ANALYSIS**

**December 31, 2019**

*Proprietary Funds*

Proprietary funds are reported in the fund financial statements and generally report services where the customer is charged a fee or where the determination of an increase or decrease in net position is appropriate for capital maintenance, public policy, management control or full accountability. There are two types of proprietary funds; enterprise funds and internal service funds.

Enterprise funds essentially encompass the same functions presented as business-type activities in the government-wide financial statements. The City uses enterprise funds to account for its water and sewer operation, fire services, solid waste commission (landfill), transit operations, building inspection services, solid waste management (collection), municipal golf operations, public facilities, and the tennis center.

The City uses internal services funds to account for health insurance and workers' compensation payments. Because of the nature of these internal service funds, they are consolidated within the business-type activities with their net position totals allocated between governmental and business-type activities.

The City reports the water, fire, solid waste commission and tennis center funds as major funds with the remaining non-major funds presented in the aggregate. Individual data on these non-major funds are presented in the supplemental section of this report.

The City's proprietary funds are presented on pages 32-40 with individual data on non-major funds presented in combining statements on pages 117-123.

*Fiduciary Funds*

Fiduciary funds are used to account for resources for parties outside the government. Fiduciary funds are presented in the fund financial statements but are not included in the government-wide financial statements because the resources of this fund are not available to support the City of Rome's programs. The accounting used for fiduciary funds is much like that used for proprietary funds.

The basic fiduciary fund financial statements are presented on pages 41 and 42.

*Notes to the Financial Statements*

The notes to the financial statements provide additional information that is essential to a full understanding of the data provided in the government-wide and fund financial statements. The notes to the financial statements are presented on pages 43-90.

*Required Supplementary Information*

The budgetary comparison schedule for the General Fund and footnotes are provided for budget compliance presentation. The schedules applicable to the Liability standard for the City of Rome's GMEBS Retirement Plan and required schedules for the OPEB Health Care Plan are also provided in the Required Supplementary Information. These are presented on pages 91-100.

*Other Supplemental Information*

Other supplemental information includes combining individual fund statements for non-major funds aggregated in the basic financial statements. Budgetary comparisons for non-major governmental funds are also presented. This supplemental information is presented on pages 105-116.

**City of Rome, Georgia**

**MANAGEMENT'S DISCUSSION AND ANALYSIS**

**December 31, 2019**

The Special Report for Sales Tax proceeds is shown on pages 115 and 116. This schedule shows expenditures for the 1996, 2006, 2013 and 2017 SPLOST issues.

**FINANCIAL ANALYSIS OF THE CITY'S POSITION AND OPERATIONS**

The City's overall financial position and operations for this fiscal year is summarized as follows based on information found in the government-wide financial statements on pages 24-26.

**City of Rome**
**Net Position (Financial Position)**

|  | Governmental Activities | | Business-Type Activites | | Totals | | |
|---|---|---|---|---|---|---|---|
|  | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | Variance |
| Assets: | | | | | | | |
| Current assets | $ 41,941,941 | $ 34,740,789 | $ 46,075,753 | $ 43,262,778 | $ 88,017,694 | $ 78,003,567 | $ 10,014,127 |
| Capital assets | 162,445,563 | 152,263,106 | 185,944,648 | 181,866,940 | 348,390,211 | 334,130,046 | 14,260,165 |
| Other non-current assets | 4,010,609 | 6,114,757 | 4,088,029 | 1,181,553 | 8,098,638 | 7,296,310 | 802,328 |
| Total Assets | 208,398,113 | 193,118,652 | 236,108,430 | 226,311,271 | 444,506,543 | 419,429,923 | 25,076,620 |
| Deferred Outflows of Resources | 8,353,270 | 8,811,914 | 567,035 | 829,413 | 8,920,305 | 9,641,327 | (721,022) |
| Liabilities: | | | | | | | |
| Current liabilities | 3,764,278 | 6,539,181 | 6,820,147 | 5,102,790 | 10,584,425 | 11,641,971 | (1,057,546) |
| Long-term liabilities | 53,650,261 | 52,147,374 | 34,343,370 | 34,216,615 | 87,993,631 | 86,363,989 | 1,629,642 |
| Total Liabilities | 57,414,539 | 58,686,555 | 41,163,517 | 39,319,405 | 98,578,056 | 98,005,960 | 572,096 |
| Deferred Inflows of Resources | 2,362,597 | 3,670,614 | - | - | 2,362,597 | 3,670,614 | (1,308,017) |
| Net investment in capital assets | 155,166,505 | 141,660,958 | 161,459,068 | 157,535,989 | 316,625,573 | 299,196,947 | 17,428,626 |
| Restricted | 17,336,223 | 15,726,961 | 3,712,324 | 786,030 | 21,048,547 | 16,512,991 | 4,535,556 |
| Unrestricted | (15,528,481) | (17,814,522) | 30,340,556 | 29,499,260 | 14,812,075 | 11,684,738 | 3,127,337 |
| Total Net Position | $ 156,974,247 | $ 139,573,397 | $ 195,511,948 | $ 187,821,279 | $ 352,486,195 | $ 327,394,676 | $ 25,091,519 |

**City of Rome, Georgia**

**MANAGEMENT'S DISCUSSION AND ANALYSIS**

**December 31, 2019**

For 2019 the deferred outflows represent deferred charges for bond refunding, pension, and OPEB calculations. The deferred inflows represent the change in the fair value of a derivative instrument and pension plan changes.

The overall assets of the City increased $25,076,620. Current assets increased in cash under the Business Activities and Governmental Activities. Capital assets remained consistent overall with an increase in Governmental Activities and Business Activities. Deferred Outflows decreased $721,022 due to the decrease of pension and OPEB related items. Long term liabilities increased $1,629,642 which included a decrease for normal debt payments and increase in pension liability. Overall liabilities increased $572,096.

Net investment in capital assets increased $17,428,626 or 5.8%, reflecting the normal payment of debt and depreciation. Increases were mainly in the Governmental Activities with the addition of school building assets, and the tennis center indoor facility project in CIP.

Overall the City's Net Position increased $25,091,519 from 2018. This was due to strong increases in net position in both Governmental Activities and the Business Type Activities.

Investment in capital assets is the largest component of total net position with 98.8% of governmental activities net position and 82.6% of business type activities net position. The largest component of the restricted portion of net position is restricted assets held for debt service and capital improvements. The Restricted portion of Net Position increased from 2018 due to an increase in the tennis project additions. Neither of these components of net position, however, represents available resources for the City's operation, but an investment to provide services to citizens.

The unrestricted portion of net position is $14,812,075, which is available for future spending. Unrestricted Net Position in Governmental Activities is in a deficit position with the implementation of GASB 75 in 2018, which accrued and posted the total OPEB liability. The Unrestricted Net Position in Business Activities had an increase of $841,296. It is expected that this will improve as total net position increases in the future.

**City of Rome, Georgia**

**MANAGEMENT'S DISCUSSION AND ANALYSIS**

**December 31, 2019**

The following condensed financial information was taken from the Government-wide Statement of Activities and reflects how the City of Rome's net position changed during the fiscal year:

**City of Rome**
**Changes in Net Position**

|  | Governmental Activities 2019 | Governmental Activities 2018 | Business Type Activities 2019 | Business Type Activities 2018 | Total 2019 | Total 2018 | Variance |
|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | |
| Program Revenues | | | | | | | |
| Charges for services | $ 3,561,352 | $ 3,440,626 | $ 42,828,630 | $ 40,626,143 | $ 46,389,982 | $ 44,066,769 | $ 2,323,213 |
| Operating Grants & Contributions | 1,259,904 | 663,373 | 1,047,512 | 945,068 | 2,307,416 | 1,608,441 | 698,975 |
| Capital Grants & Contributions | 21,027,244 | 13,282,889 | 793,812 | 1,465,069 | 21,821,056 | 14,747,958 | 7,073,098 |
| General Revenues | | | | | | | |
| Property Taxes | 14,032,855 | 13,465,901 | - | - | 14,032,855 | 13,465,901 | 566,954 |
| Sales Taxes | 6,377,883 | 5,963,215 | - | - | 6,377,883 | 5,963,215 | 414,668 |
| Other Taxes | 10,103,757 | 8,892,044 | - | - | 10,103,757 | 8,892,044 | 1,211,713 |
| Miscellaneous | 1,373,230 | 2,059,819 | 979,475 | 608,532 | 2,352,705 | 2,668,351 | (315,646) |
| Total Revenues | $ 57,736,225 | $ 47,767,867 | $ 45,649,429 | $ 43,644,812 | $ 103,385,654 | $ 91,412,679 | $ 11,972,975 |

10

**City of Rome, Georgia**

**MANAGEMENT'S DISCUSSION AND ANALYSIS**

**December 31, 2019**

|  | Governmental Activities | | Business Type Activities | | Total | | |
|---|---|---|---|---|---|---|---|
|  | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | Variance |
| Expenses: | | | | | | | |
| General Government | $ 8,185,525 | $ 11,044,380 | $ - | $ - | $ 8,185,525 | $ 11,044,380 | $ (2,858,855) |
| Public Safety | 8,925,350 | 7,967,577 | - | - | 8,925,350 | 7,967,577 | 957,773 |
| Public Works | 9,459,995 | 6,421,862 | - | - | 9,459,995 | 6,421,862 | 3,038,133 |
| Public Facilities | 1,815,152 | 1,592,745 | - | - | 1,815,152 | 1,592,745 | 222,407 |
| Public Services | 590,522 | 509,551 | - | - | 590,522 | 509,551 | 80,971 |
| Community Development | 1,696,018 | 6,042,451 | - | - | 1,696,018 | 6,042,451 | (4,346,433) |
| Education | 2,485,867 | 1,919,291 | - | - | 2,485,867 | 1,919,291 | 566,576 |
| Interest on Debt | 434,534 | 517,391 | - | - | 434,534 | 517,391 | (82,857) |
| Water and Sewer | - | - | 18,659,446 | 17,427,052 | 18,659,446 | 17,427,052 | 1,232,394 |
| Fire | - | - | 11,634,103 | 11,302,219 | 11,634,103 | 11,302,219 | 331,884 |
| Solid Waste Commission | - | - | 2,844,483 | 2,790,865 | 2,844,483 | 2,790,865 | 53,618 |
| Transit | - | - | 3,847,639 | 4,033,761 | 3,847,639 | 4,033,761 | (186,122) |
| Building Inspection | - | - | 764,083 | 757,724 | 764,083 | 757,724 | 6,359 |
| Solid Waste Management | - | - | 3,661,213 | 3,598,947 | 3,661,213 | 3,598,947 | 62,266 |
| Municipal Golf | - | - | 1,474,582 | 1,195,708 | 1,474,582 | 1,195,708 | 278,874 |
| Public Facilities | - | - | 360,767 | 329,746 | 360,767 | 329,746 | 31,021 |
| Tennis Center | - | - | 1,454,856 | 1,057,583 | 1,454,856 | 1,057,583 | 397,273 |
| Total Expenses | 33,592,963 | 36,015,248 | 44,701,172 | 42,493,605 | 78,294,135 | 78,508,853 | (214,718) |
| Increase in net position before transfers | 24,143,262 | 11,752,619 | 948,257 | 1,151,207 | 25,091,519 | 12,903,826 | 12,187,693 |
| Transfers | (6,742,412) | (5,256,431) | 6,742,412 | 5,256,431 | - | - | - |
| Change in Net Position | 17,400,850 | 6,496,188 | 7,690,669 | 6,407,638 | 25,091,519 | 12,903,826 | 12,187,693 |
| Beginning Net Position | 139,573,397 | 133,077,209 | 187,821,279 | 181,413,641 | 327,394,676 | 314,490,850 | 12,903,826 |
| Ending Net Position | $ 156,974,247 | $ 139,573,397 | $ 195,511,948 | $ 187,821,279 | $ 352,486,195 | $ 327,394,676 | 25,091,519 |

11