# FLOYD COUNTY, GEORGIA

*Comprehensive Annual Financial Report*

*For the Year Ended*

*December 31, 2019*

*Prepared by:*

*Finance Department*



# FLOYD COUNTY, GEORGIA
## COMPREHENSIVE ANNUAL FINANCIAL REPORT
## FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019

## TABLE OF CONTENTS

### I.  INTRODUCTORY SECTION

Page

Letter of Transmittal ............................................................................................................................. i-v
GFOA Certificate of Achievement ............................................................................................................. vi
Organizational Chart ............................................................................................................................... vii
List of Principal Officials .......................................................................................................................... viii

### II.  FINANCIAL SECTION

Independent Auditor's Report ................................................................................................................. 1-3
Management's Discussion and Analysis ................................................................................................. 4-20
Basic Financial Statements:
    Government-wide Financial Statements:
        Statement of Net Position ................................................................................................................ 21
        Statement of Activities ........................................................................................................... 22 and 23
    Fund Financial Statements:
        Balance Sheet – Governmental Funds ............................................................................................ 24
        Reconciliation of Total Governmental Fund Balances to
            Net Position of Governmental Activities ................................................................................... 25
        Statement of Revenues, Expenditures, and Changes in Fund
            Balances – Governmental Funds ............................................................................................. 26
        Reconciliation of the Statement of Revenues, Expenditures, and Changes in
            Fund Balances of Governmental Funds to the Statement of Activities ..................................... 27
        General Fund – Statement of Revenues, Expenditures,
            and Changes in Fund Balance – Budget and Actual ................................................... 28 and 29
        Fire Special Revenue Fund – Statement of Revenues, Expenditures,
            and Changes in Fund Balance – Budget and Actual ................................................................. 30
        Statement of Net Position – Proprietary Funds ............................................................................ 31
        Statement of Revenues, Expenses and Changes in Net
            Position – Proprietary Funds .................................................................................................... 32
        Statement of Cash Flows – Proprietary Funds .................................................................. 33 and 34
        Statement of Fiduciary Assets and Liabilities – Agency Funds ...................................................... 35
    Notes to the Financial Statements ....................................................................................................... 36-78
Required Supplementary Information:
    Schedule of Changes in the County's Total OPEB Liability and Related Ratios ........................... 79
    Schedule of Changes in the County's Net Pension Liability and Related Ratios ........................... 80
    Schedule of County Contributions ..................................................................................................... 81
Combining and Individual Fund Statements and Schedules:
    Major Governmental Funds:
        2017 Special Purpose Local Option Sales Tax – Capital Projects Fund –
            Schedule of Revenues, Expenditures, and Changes in Fund Balance – Budget and Actual ........................ 82
        2013 Special Purpose Local Option Sales Tax – Capital Projects Fund –
            Schedule of Revenues, Expenditures, and Changes in Fund Balance – Budget and Actual ........................ 83
        General Capital Projects Fund –
            Schedule of Revenues, Expenditures, and Changes in Fund Balance – Budget and Actual ........................ 84

# FLOYD COUNTY, GEORGIA
## COMPREHENSIVE ANNUAL FINANCIAL REPORT
## FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019

### TABLE OF CONTENTS

### II.  FINANCIAL SECTION (CONTINUED)

Page

Combining and Individual Fund Statements and Schedules:  (Continued)
   Combining Balance Sheet – Non-major Governmental Funds .................................................... 85
   Combining Statement of Revenues, Expenditures, and Changes in Fund
      Balances – Non-major Governmental Funds.......................................................................... 86
   Debt Service Fund – Schedule of Revenues, Expenditures, and Changes in Fund Balance.................. 87
   Combining Balance Sheet – Non-major Special Revenue Funds ............................................... 88
   Combining Statement of Revenues, Expenditures, and Changes in Fund
      Balances – Non-major Special Revenue Funds..................................................................... 89
   Special Revenue Funds – Schedule of Revenues,
      Expenditures, and Changes in Fund Balances – Budget and Actual:
         Non-major Special Revenue Funds:
            Prison Inmate Benefit Special Revenue Fund ................................................. 90
            Jail Inmate Benefit Special Revenue Fund ..................................................... 91
            911 Special Revenue Fund ........................................................................ 92
            Law Library Special Revenue Fund .............................................................. 93
            Animal Control Special Revenue Fund........................................................... 94
            Hotel/Motel Special Revenue Fund ............................................................... 95
            Solid Waste Special Revenue Fund ............................................................... 96
            Emergency Management Special Revenue Fund ............................................... 97
            Stadium Maintenance Special Revenue Fund .................................................. 98
            Work Release Inmate Benefit Special Revenue Fund ........................................ 99
            800 MHz Communication Special Revenue Fund ........................................... 100
            Rome/Floyd County Parks and Recreation Authority Special Revenue Fund........... 101
   Combining Balance Sheet – Non-major Capital Projects Funds ................................................ 102
   Combining Statement of Revenues, Expenditures, and Changes in Fund
      Balances – Non-major Capital Projects Funds...................................................................... 103
   Capital Projects Funds – Schedule of Revenues,
      Expenditures, and Changes in Fund Balances – Budget and Actual:
         Non-major Capital Projects Funds:
            2009 Special Purpose Local Option Sales Tax Capital Projects Fund ..................... 104
            2003 Special Purpose Local Option Sales Tax Capital Projects Fund ..................... 105
            1996 Special Purpose Local Option Sales Tax Capital Projects Fund ..................... 106
   Combining Statement of Net Position – Internal Service Funds ............................................... 107
   Combining Statement of Revenues, Expenses and Changes in Net Position –
      Internal Service Funds.................................................................................................. 108
   Combining Statement of Cash Flows – Internal Service Funds ................................................ 109
   Combining Statement of Fiduciary Assets and Liabilities – Agency Funds .................................. 110
   Combining Statement of Changes in Assets and Liabilities – Agency Funds............................111-113
   Schedule of Projects Constructed with Special Purpose Local Option Sales Tax Proceeds............114 and 115
   Balance Sheet – Component Unit – Development Authority of Floyd County............................... 116
   Statement of Revenues, Expenditures, and Changes in Fund Balance – Component Unit
      Development Authority of Floyd County........................................................................... 117

# FLOYD COUNTY, GEORGIA
## COMPREHENSIVE ANNUAL FINANCIAL REPORT
## FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019

## TABLE OF CONTENTS

### III.   STATISTICAL SECTION

Page

Net Position by Component – Last Ten Fiscal Years .................................................................................118
Changes in Net Position – Last Ten Fiscal Years ..................................................................... 119 and 120
Fund Balances of Governmental Funds – Last Ten Fiscal Years .............................................................121
Changes in Fund Balances of Governmental Funds – Last Ten Fiscal Years ..........................................122
Tax Revenue by Source, Governmental Funds – Last Ten Fiscal Years .................................................123
Assessed Value and Estimated Actual Value of Taxable Property – Last Ten Fiscal Years ...................124
Property Tax Rates – Direct and Overlapping Governments – Last Ten Fiscal Years ............................125
Principal Property Taxpayers – Current Year and Nine Years Ago .........................................................126
Property Tax Levies and Collections – Last Ten Fiscal Years.................................................................127
Ratios of Outstanding Debt by Type – Last Ten Fiscal Years ................................................................128
Ratio of Net General Bonded Debt – Last Ten Fiscal Years ...................................................................129
Legal Debt Margin Information – Last Ten Fiscal Years .........................................................................130
Computation of Direct and Overlapping Bonded Debt, General Obligation Bonds................................131
Pledged Revenue Coverage Water System Bonds – Last Ten Fiscal Years ...........................................132
Top Ten Water Customers.........................................................................................................................133
Water Demand – Last Ten Fiscal Years ...................................................................................................134
Water Customers – Last Ten Fiscal Years ...............................................................................................135
Water Rates and Fees – Last Ten Fiscal Years ........................................................................................136
Demographic and Economic Statistics – Last Ten Fiscal Years ..............................................................137
Principal Employers – Current Year and Nine Years Ago .......................................................................138
Full-time Equivalent County Government Employees by
      Function/Program – Last Ten Fiscal Years.......................................................................................139
Operating Indicators by Function – Last Ten Fiscal Years ......................................................................140
Capital Assets Statistics by Function – Last Ten Fiscal Years ................................................................141
Insurance in Force ....................................................................................................................................142
Miscellaneous Statistical Information .......................................................................................................143

# INTRODUCTORY SECTION

*The introductory section includes a transmittal letter from the County Manager, Assistant County Manager/Comptroller, and Finance Director, the GFOA Certificate of Achievement awarded for the prior year's financial report, a general government organizational chart, and a list of principal officials.*



# BOARD OF COMMISSIONERS

TWELVE EAST 4TH AVENUE, SUITE 209 • ROME, GEORGIA 30161
PHONE: 706.291.5110 • FAX: 706.291.5248 • www.romefloyd.com

June 25, 2020

The Honorable Scotty Hancock, Chair
Members of the Floyd County Board of Commissioners
and Citizens of Floyd County, Georgia

State law requires that all general-purpose local governments publish within six months of the close of each fiscal year, unless an extension has been approved, a complete set of financial statements presented in conformity with generally accepted accounting principles (GAAP); and audited in accordance with generally accepted auditing standards by a firm of licensed certified public accountants. Pursuant to that requirement, we hereby issue the comprehensive annual financial report of Floyd County for the fiscal year ended December 31, 2019.

This report consists of management's representations concerning the finances of Floyd County. Consequently, management assumes full responsibility for the completeness and reliability of all of the information presented in this report. To provide a reasonable basis for making these representations, management of Floyd County has established a comprehensive internal control framework that is designed both to protect the government's assets from loss, theft, or misuse and to compile sufficient reliable information for the preparation of the Floyd County financial statements in conformity with GAAP. Because the cost of internal controls should not outweigh their benefits, the County's comprehensive framework of internal controls have been designed to provide reasonable rather than absolute assurance that the financial statements will be free from material misstatement. As management, we assert that, to the best of our knowledge and belief, this financial report is complete and reliable in all material respects.

Mauldin & Jenkins, LLC, a firm of licensed certified public accountants, have audited the County's financial statements. The goal of the independent audit was to provide reasonable assurance that the financial statements of the County for the fiscal year ended December 31, 2019, are free of material misstatement. The independent audit involved examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements; assessing the accounting principles used and significant estimates made by management; and evaluating the overall financial statement presentation. The independent auditor concluded, based upon the audit, that there was a reasonable basis for rendering an unmodified opinion that the County's financial statements for the fiscal year ended December 31, 2019, are fairly presented in conformity with GAAP. The independent auditor's report is presented as the first component of the financial section of this report.

**BOARD OF COMMISSIONERS**
SCOTTY HANCOCK, *CHAIR*      WRIGHT BAGBY, *VICE-CHAIRMAN*
RHONDA WALLACE      ALLISON WATTERS     LARRY MAXEY

GAAP require that management provide a narrative introduction, overview, and analysis to accompany the basic financial statements in the form of Management's Discussion and Analysis (MD&A). This letter of transmittal is designed to complement the MD&A and should be read in conjunction with it. The County's MD&A can be found immediately following the report of the independent auditors.

**Profile of the Government**

Floyd County is located in the northwest portion of Georgia. It is considered the economic hub of this region. The county occupies a land area of 514 square miles and serves a population of 98,498. The County is empowered to levy a property tax on both real and personal properties located within its boundaries.

In 1917, an Act was approved by the Georgia General Assembly creating the Board of Commissioners of Floyd County. The County has been operating under a county manager form of government since 1983. Policy-making and legislative authority are vested in the Board of Commissioners consisting of five commissioners elected at-large on a partisan basis. The commissioners serve four-year staggered terms. The Board of Commissioners is responsible, among other things, for passing ordinances, adopting the budget, appointing committees, and hiring the government's manager, attorney, and auditors. The County Manager is responsible for carrying out the policies and ordinances of the County Commission, for overseeing the day-to-day operations of the government, and for appointing the heads of the various departments.

Floyd County provides a full range of services, including police protection; maintenance of roads and other infrastructures; court services; jail and prison; and solid waste collection. Through joint agreements with the City of Rome, fire protection, planning, building inspection, E911, emergency management, recycling, recreation, and animal welfare services are provided countywide.  Floyd County also operates a water treatment system.

The annual budget serves as the foundation for Floyd County's financial planning and control. All departments of the County are required to submit requests for appropriation to the County Manager, who in turn shall submit a recommended budget for the Board of Commissioners to review by the third Wednesday in November. The Board of Commissioners may then hold a budget hearing with each department. After holding a public hearing on the proposed budget, the final budget must be adopted no later than January 31st of each year. The appropriated budget is prepared by fund and by department. Department heads may make transfers of appropriations within a department with the exception of salaries, travel & training, and equipment. Transfers of appropriations to salaries, travel & training or equipment line items, however, require the special approval of the County Manager or Assistant County Manager/Comptroller. Budget-to-actual comparisons are provided in a report for each individual governmental fund for which an appropriated annual budget has been adopted.

**Factors Affecting Financial Conditions**

The information presented in the financial statements is perhaps best understood when it is considered from the broader perspective of the specific environment within which Floyd County operates.  During 2019, the county's financial condition was not impacted significantly by any financial policies.

**Local Economy.**   Floyd County experienced a gradual increase in the local economy during the fiscal year of 2019.   During 2019, Floyd County saw its total tax digest have a modest increase. The County's unemployment rate is down .7% to 3.7% for 2019 and sales tax collections increased in 2019 by 8.9%, when compared to 2018.   As Floyd County experiences the COVID-19 pandemic, just like everyone else across the country, the local adverse impact has been extremely low to this point.   Local Option Sales Tax is down 1.9% in 2020 through the April collections.   However, if not for an audit adjustment and sales tax repayment in January 2020 by the Department of Revenue, Floyd County would have an increase in collections in 2020 over 2019.   April 2020 was the first month the County experienced any slow down due to the pandemic.   The collection in April 2020 was 4.1% less than April 2019.   Many communities across the country are experiencing a far more drastic decline in sales tax collections. We will continue to monitor the impact this pandemic has on our local economy and the County will make the necessary adjustments in our FY 2020 budget.

Economic development has proven to be a great investment for Floyd County in 2019.  The Rome Floyd County Development Authority, the Floyd County Development Authority and the Gordon Floyd Joint Development Authority continue to work together to market Floyd County and promote growth to new and existing industries alike.  Georgia Pacific invested $30,000,000 to increase their capacity, while International Paper's investment of $150,000,000 allowed them to retain 500 jobs.  Heritage Sleep Concepts moved and expanded into a new location, investing over $2,400,000 into the facility and creating 30 new jobs.  The property purchased by Southeastern Mills in 2018 became the location of their new 137,250 square foot distribution center in 2019.  Ball Corporation released their option on the property in the regional industrial park, but then announced two different projects on property they already owned.  The first project was the construction of a new 250,000 square foot facility to manufacture a new aluminum cup that included a $217,800,000 investment and 145 new jobs. Construction began in 2019 and should be completed in 2020.  The second project was an expansion to increase capacity in their existing metal beverage facility, investing another $64,000,000 and creating another 42 new jobs.  This project should also be completed in 2020.  Additionally, Marglen Industries announced an expansion to their facility that would see an investment of $17,000,000 and an increase in their workforce of 20 new jobs.  The final announcement for 2019 was Kerry Foods.  Kerry had located in a former Southeastern Mills facility and planned a renovation that would require an investment of $120,000,000 and the creation of 46 new jobs.  The Rome Floyd County Development Authority hired a new director and held a strategic planning session to guide the future of economic development. Expectations are that 2020 will continue to be productive.

Floyd County, and the cities of Rome and Cave Spring, have invested in 2019, approximately $5,486,971 in capital projects and capital equipment from funds collected through the Special Purpose Local Option Sales Tax (SPLOST). These projects range from airport improvements, jail improvements, investment in economic development property, and baseball stadium improvements, as well as projects managed by the cities of Rome and Cave Spring.

**Long Term Outlook.**  Floyd County has seen some improvements in the economy continuing at a modest level.  We have seen a positive indicator with a tax digest increase.  Requests for information on industrial recruitment continue to occur.  However, due to the pandemic, the inquiries have slowed. Housing starts continued to increase in 2019 and we are hopeful this sector of our local economy will improve in the near future.  Since Floyd County has a very diverse economic base, so far we are handling the impact of the pandemic with only small adverse impacts locally.

**Single Audit.**  As a recipient of federal, state, and county financial assistance, Floyd County is responsible for ensuring an adequate internal control structure is in place to ensure compliance with applicable laws and regulations.  This internal control structure is subject to periodic evaluation by the County's management.

Expenditures of federal awards were below the $750,000 threshold for the year ended December 31, 2019, and, subsequently, the County was not required to have a Single Audit in accordance with Uniform Guidance.

**Risk Management.**  All claims associated with workers' compensation self-insured fund are recorded in the Workers' Compensation Fund.  A third-party administrator handles the processing of all workers' compensation claims.  These claims totaled $1,232,393 in 2019.

Floyd County is also self-funded for health insurance claims.  Blue Cross Blue Shield of Georgia and Cigna are the third-party administrators for this plan during 2019. Health insurance claims in 2019 totaled $7,550,691, which represents a decrease of $423,673 from 2018.

**Other Information**

**Independent Audit.** Georgia Code requires an annual audit of the books of account, financial records, and transactions of all administrative departments of the county by independent certified public accountants selected by the Floyd County Board of Commissioners. This requirement has been met and the auditor's unqualified opinion has been included in this report.

**Awards.** The Government Finance Officers Association (GFOA) awarded a Certificate of Achievement for Excellence in Financial Reporting to the county for its comprehensive annual financial report for the fiscal year ended December 31, 2018.  In order to earn a Certificate of Achievement, the County published an easily readable and efficiently organized comprehensive annual financial report. This report satisfied both generally accepted accounting principles and applicable legal requirements.  A Certificate of Achievement is valid for a period of one year only.  We believe that our current comprehensive annual financial report continues to meet the Certificate of Achievement Program's requirements.  We are submitting it to GFOA to determine its eligibility for another certificate.

**Acknowledgments**

The preparation of this comprehensive annual financial report could not have been accomplished without the dedication and contributions of the entire finance department staff, the auditors for the County, and the cooperation of the various elected officials and appointed management.

In closing, we also wish to acknowledge the valuable contribution of the Board of Commissioners. Their guidance and leadership in conducting the financial affairs of Floyd County in a responsible and progressive manner is greatly appreciated.

Respectfully submitted,

Jamie A. McCord
County Manager

Gary A. Burkhalter
Assistant County Manager/Comptroller

Susie Gass, CPA
Finance Director

**FLOYD COUNTY, GEORGIA**
*Management's Discussion and Analysis*
*For the Year Ended December 31, 2019*

## MANAGEMENT'S DISCUSSION AND ANALYSIS

Within this section of the Floyd County, Georgia (County) comprehensive annual financial report, the County's management provides narrative discussion and analysis of the financial activities of the County for the fiscal year ended December 31, 2019. The County's financial performance is discussed and analyzed within the context of the accompanying financial statements and disclosure following this section. Additional information is available in the transmittal letter, which precedes Management's Discussion and Analysis. The discussion focuses on the County's primary government and, unless otherwise noted, component units reported separately from the primary government are not included.

### Financial Highlights

- The County's total assets and deferred outflows of resources exceeded its total liabilities and deferred inflows of resources by $267,717,806 (net position) for the fiscal year reported. This compares to the previous year when total assets and deferred outflows of resources exceeded total liabilities and deferred inflows of resources by $273,223,379.

- Total net position is comprised of the following:

  (1) Net investment in capital assets of $229,613,692 includes property and equipment, net of accumulated depreciation, and reduced for outstanding debt related to the purchase or construction of capital assets.
  (2) Net position of $31,839,201 is restricted by constraints imposed from outside the County such as debt covenants, grantors, laws, or regulations.
  (3) Unrestricted net position of $6,264,913 represents the portion available to maintain the County's continuing obligations to citizens and creditors.

- The County's governmental funds reported total ending fund balance of $50,318,403 this year. This compares to the prior year ending fund balance of $43,972,686 showing an increase of $6,345,717 during the current year. Total Assets increased $4,550,688. Cash decreased $2,066,207 compared to 2018 with a decrease of $2,169,912 in the General Fund and an increase of $946,055 in the Fire Fund. Other governmental funds had a decrease in cash of $842,762 due to an increase in SPLOST funds and a decrease in other governmental funds. There is a decrease in accounts receivable of $324,333 compared to 2018. This is largely due to a decrease in the amounts due from telephone companies in E911. Restricted Cash increased $7,276,981 due to the difference in 2013 & 2017 SPLOST collections and expenditures. Total Liabilities decreased $1,493,131. Accounts/Accrued payables decreased $2,277,089 because the fiscal year 2019 pension payment was paid in fiscal year 2019 while the fiscal year 2018 pension payment wasn't paid until fiscal year 2019.

- At the end of the current fiscal year, unassigned fund balance for the General Fund was $12,160,384, or 25% of total General Fund expenditures. This is a decrease of $1,022,717 from 2018.

### Overview of the Financial Statements

Management's Discussion and Analysis introduces the County's basic financial statements. The basic financial statements include (1) government-wide financial statements, (2) fund financial statements, and (3) notes to the financial statements. The County also includes in this report additional information to supplement the basic financial statements.

**FLOYD COUNTY, GEORGIA**
*Management's Discussion and Analysis*
*For the Year Ended December 31, 2019*

***Government-wide Financial Statements***

The County's annual report includes two government-wide financial statements. These statements provide both long-term and short-term information about the County's overall status. Financial reporting at this level uses a perspective similar to that found in the private sector with its basis in accrual accounting and elimination or reclassification of internal activities.

The first of these government-wide statements is the *Statement of Net Position.* This is the County-wide statement of position presenting information that includes all of the County's assets, deferred inflows and outflows of resources, and liabilities, with the difference reported as *net position.* Over time, increases or decreases in net position may serve as a useful indicator of whether the financial position of the County as a whole is improving or deteriorating. Evaluation of the overall health of the County would extend to other nonfinancial factors such as diversification of the taxpayer base or the condition of the County's infrastructure in addition to the financial information provided in this report.

The second government-wide statement is the *Statement of Activities,* which reports how the County's net position changed during the current fiscal year. All current year revenues and expenses are included regardless of when cash is received or paid. An important purpose of the design of the statement of activities is to show the financial reliance of the County's distinct activities or functions on revenues provided by the County's taxpayers.

Both government-wide financial statements distinguish governmental activities of the County that are principally supported by taxes and user charges from business-type activities that are intended to recover all or a significant portion of their costs through user fees and charges. Governmental activities include general government, judicial, public safety, public works, health and welfare, culture and recreation, and economic development. Business-type activities include the water system, the Forum River Center, the airport, the recycling center and the County's interest in the joint venture with the City of Rome. The County's fiduciary activities simply hold resources temporarily for others and are not included in the government-wide statements since these assets are not available to fund County programs.

The County's financial reporting includes the funds of the County (primary government) and, additionally, organizations for which the County is accountable (component units). These component units operate independently or provide services directly to the citizens, though the County remains accountable for their activities. These component units are governed by a board of directors. These organizations, such as the County Health Department and the Development Authority of Floyd County, are reported separately from the primary government though included in the County's overall reporting entity.

The government-wide financial statements are presented on pages 21-23 of this report.

***Fund Financial Statements***

A fund is an accountability unit used to maintain control over resources segregated for specific activities or objectives. The County uses funds to ensure and demonstrate compliance with finance-related laws and regulations. Within the basic financial statements, fund financial statements focus on the County's most significant funds rather than the County as a whole. Major funds are separately reported while all others are combined into a single, aggregated presentation. Individual fund data for non-major funds is provided in the form of combining statements in a later section of this report.

**FLOYD COUNTY, GEORGIA**
*Management's Discussion and Analysis*
*For the Year Ended December 31, 2019*

The County has three kinds of funds:

*Governmental funds* are reported in the fund financial statements and encompass essentially the same functions reported as governmental activities in the government-wide financial statements. However, the focus is very different with fund statements providing a distinctive view of the County's governmental funds. These statements report short-term fiscal accountability focusing on the use of spendable resources and balances of spendable resources available at the end of the year. They are useful in evaluating annual financing requirements of governmental programs and the commitment of spendable resources for the near-term.

Since the government-wide focus includes the long-term view, comparisons between these two perspectives may provide insight into the long-term impact of short-term financing decisions. Both the governmental funds balance sheet and the governmental funds statement of revenues, expenditures, and changes in fund balances provide a reconciliation to assist in understanding the differences between these two perspectives.

Budgetary comparison statements are included in the basic financial statements for the General Fund and Fire Fund. Budgetary comparison schedules for special revenue funds and the capital project funds can be found in a later section of this report. These statements and schedules demonstrate compliance with the County's adopted and final revised budget.

The basic governmental funds financial statements are presented on pages 24-30 of this report.

*Proprietary funds* are reported in the fund financial statements and generally report services for which the County charges customers a fee. There are two kinds of proprietary funds. These are enterprise funds and internal service funds. Enterprise funds essentially encompass the same functions reported as business-type activities in the government-wide statements. Services are provided to customers external to the County organization such as the water system, the Forum River Center, the airport and the recycling center. The internal service funds provide services and charge fees to customers (i.e., other funds) within the County organization. The County's internal service funds provide the County with health insurance and workers' compensation. Because the County's internal service funds exclusively serve governmental functions, they are included within the governmental activities of the government-wide financial statements.

Proprietary fund statements and statements for discretely presented component units (reporting is similar to proprietary funds) provide both long-term and short-term financial information consistent with the focus provided by the government-wide financial statements but with more detail for major enterprise funds and individual component units. Individual fund information for the internal service funds and non-major enterprise funds is found in combining and individual fund statements in a later section of this report.

The basic proprietary fund financial statements are presented on pages 31-34 of this report and component unit financial statements are presented on pages 116 and 117.

*Fiduciary funds* (i.e., the agency funds) are reported in the fiduciary fund financial statements, but are excluded from the government-wide reporting. Fiduciary fund financial statements report resources that are not available to fund County programs. Fiduciary fund financial statements report similarly to proprietary funds.

The basic fiduciary fund financial statement is presented on page 35 of this report.

**FLOYD COUNTY, GEORGIA**
*Management's Discussion and Analysis*
*For the Year Ended December 31, 2019*

***Notes to the Basic Financial Statements***

The accompanying notes to the basic financial statements provide information essential to a full understanding of the government-wide and fund financial statements.  The notes to the financial statements are on pages 36-78 of this report.

***Other Information***

Other supplementary information includes detail by fund and component unit for receivables, payables, transfers, and payments within the reporting entity.  Major funds and component units are reported in the basic financial statements as discussed.  Combining and individual statements and schedules for non-major funds and the internal service funds are presented in a subsequent section of this report on pages 82-109.

The remainder of this page is intentionally left blank.

# FLOYD COUNTY, GEORGIA
*Management's Discussion and Analysis*
*For the Year Ended December 31, 2019*

## Financial Analysis of the County as a Whole

The County's net position at year-end is $267,717,806.  This is a $5,505,573 decrease from last year's net position of $273,223,379.  The following table provides a summary of the County's net position:

### Summary of Net Position

| | Governmental Activities | | Business Activities | | Total | | Percentage of Total | |
|---|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 |
| **Assets:** | | | | | | | | |
| Current and other assets | $ 57,512,271 | $ 53,954,974 | $ 15,668,756 | $ 15,243,206 | $ 73,181,027 | $ 69,198,180 | 23% | 22% |
| Capital assets | 182,259,906 | 198,093,199 | 56,909,910 | 50,839,044 | 239,169,816 | 248,932,243 | 77% | 78% |
| Total assets | 239,772,177 | 252,048,173 | 72,578,666 | 66,082,250 | 312,350,843 | 318,130,423 | 100% | 100% |
| **Deferred outflows of resources:** | | | | | | | | |
| Deferred charges on refunding | 195,263 | 209,211 | 18,842 | - | 214,105 | 209,211 | 1% | 3% |
| Pension related items | 11,397,572 | 4,714,270 | - | - | 11,397,572 | 4,714,270 | 91% | 83% |
| OPEB related items | 980,646 | 785,130 | - | - | 980,646 | 785,130 | 8% | 14% |
| Total deferred outflows of resources: | 12,573,481 | 5,708,611 | 18,842 | - | 12,592,323 | 5,708,611 | 100% | 100% |
| **Liabilities:** | | | | | | | | |
| Current liabilities | 8,173,381 | 9,785,280 | 2,705,681 | 2,699,030 | 10,879,062 | 12,484,310 | 19% | 26% |
| Long-term liabilities | 38,473,517 | 26,890,778 | 6,939,623 | 8,549,596 | 45,413,140 | 35,440,374 | 81% | 74% |
| Total liabilities | 46,646,898 | 36,676,058 | 9,645,304 | 11,248,626 | 56,292,202 | 47,924,684 | 100% | 100% |
| **Deferred inflows of resources:** | | | | | | | | |
| Fair value change of of derivatives | 691,706 | 578,629 | - | - | 691,706 | 578,629 | 74% | 22% |
| Deferred revenue - intergovernmental | - | 430,042 | - | - | - | 430,042 | 0% | 15% |
| Pension related items | - | 1,682,300 | - | - | - | 1,682,300 | 0% | 63% |
| OPEB related items | 241,452 | - | - | - | 241,452 | - | 26% | 0% |
| Total deferred inflows of resources: | 933,158 | 2,690,971 | - | - | 933,158 | 2,690,971 | 100% | 100% |
| **Net position:** | | | | | | | | |
| Net investment in capital assets | 179,054,257 | 195,055,820 | 50,559,435 | 42,708,318 | 229,613,692 | 237,764,138 | 86% | 87% |
| Restricted | 25,399,403 | 18,486,494 | 6,439,798 | 8,823,015 | 31,839,201 | 27,309,509 | 12% | 10% |
| Unrestricted | 311,942 | 4,847,441 | 5,952,971 | 3,302,291 | 6,264,913 | 8,149,732 | 2% | 3% |
| Total net position, restated | $ 204,765,602 | $ 218,389,755 | $ 62,952,204 | $ 54,833,624 | $ 267,717,806 | $ 273,223,379 | 100% | 100% |

## FLOYD COUNTY, GEORGIA
*Management's Discussion and Analysis*
*For the Year Ended December 31, 2019*

The General Capital Projects Fund provides funding for various capital items throughout the County during the year. For 2019, the General Capital Projects Fund expended $4,094,191 to purchase a body scanner and vehicles for the sheriff's office; install a generator at the morgue; update flooring in County buildings and perform engineering for an HVAC system under facilities management; pave and stripe County roads; purchase vehicles and a freezer for the prison; upgrade a remote site for solid waste; upgrade to LED lighting in multiple locations; provide the County's matching portion for overlay of runway 7/25 at the airport; replace the fuel farm at the airport; and pave areas around the airport.

The 2017 SPLOST Fund's net change in fund balance is an increase of $7,055,167. This is due to the timing of collections and the timing of project implementations. Tax collections for this fund began in April 2019 and many of the projects were delayed in starting.

The 2013 SPLOST Fund's net change in fund balance is an increase of $293,980. This is due to the timing of collections and the timing of project implementations. Tax collections for this fund ended in March 2019 and many of the projects were delayed in starting.

In looking at other governmental funds, significant changes in net change in fund balance occurred in the Animal Control Fund, 800 MHz Communications Fund and Rome/Floyd Parks and Recreation Authority. The Animal Control fund balance decreased $103,860. Salaries & wages increased compared to 2018 because the director's position was vacant for most of 2018. There were also increased expenditures in supplies and for the spay and neuter program. The Rome/Floyd Parks and Recreation Authority fund balance decreased $359,591. Total revenues for this fund decreased $140,129 while total expenditures for this fund also decreased $132,900 compared to 2018.

### *Proprietary funds*

The proprietary fund statements share the same focus as the government-wide statements, reporting both short-term and long-term information about financial status.

#### *The Major Proprietary Fund*

The Water System Fund is one of the County's major proprietary funds and provides water to approximately 16,700 residential and commercial customers. The number of water customers increased 104 over 2018. The Water System bond coverage of 17.73 well exceeded the required 1.1 coverage for the year ended December 31, 2019. The reason for this is related to the refinancing of the water revenue bonds in July 2019. A portion of the bonds were paid off with existing cash so the principal amount due for 2019 was significantly less than prior years. The water sales revenue increased in 2019 by $181,860. Management has done a good job of managing the expenses in order to make sure the County is able to maintain an excellent bond coverage ratio.

**FLOYD COUNTY, GEORGIA**
*Management's Discussion and Analysis*
*For the Year Ended December 31, 2019*

As part of the process of meeting the needs of the Water System, a capital plan is prepared each year to project the capital needs for several years into the future. Listed below is the current capital plan for the Water System:

*Water Fund Capital Plan*
*For Next Four Fiscal Years*

|  | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| Texas Valley Development | $          - | $  5,200,000 | $  2,500,000 | $  2,700,000 |
| Highway 27 North | 400,000 | 300,000 | 200,000 | 100,000 |
| South Rome Bypass (DOT) | 500,000 | - | - | - |
| Southeast Rome Bypass | - | - | 3,500,000 | - |
| Totals | $     900,000 | $  5,500,000 | $  6,200,000 | $  2,800,000 |

The County purchases wholesale water from the City of Rome, City of Calhoun, and the City of Adairsville. The chart below outlines the rates the County will pay when purchasing water from these three cities:

*Wholesale Water Rates*
*For Fiscal Year Ended December 31, 2019*

| City of Rome | City of Adairsville | City of Calhoun |
|---|---|---|
| **No Minimum** | **No Minimum** | **600,000 Gallons per Day** |
| $1.39 | $1.62 | $1.43 |

**Notes:**

Wholesale water purchases from the City of Rome have no minimum gallons per day.

Wholesale water purchases from the City of Adairsville have no minimum gallons per day.

Wholesale water purchases from the City of Calhoun require a minimum of 600,000 gallons per day.

The Water System Fund reported income of $1,471,958 from operations. During 2019, there is an overall increase in net position of $6,857,337.