# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and on behalf of a Class of persons similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>   Defendants. | Civil Action No. 4:20-cv-00008-AT |

## DEFENDANT IMACC CORPORATION'S
## JOINDER IN THE CARPET MANUFACTURING DEFENDANTS'
## MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

  Defendant IMACC Corporation ("IMACC") respectfully moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Second Amended Complaint ("SAC") by joining in, adopting, and incorporating by reference The Carpet Manufacturing Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and Memorandum in Support of Motion to Dismiss Plaintiff's Second Amended Complaint. *See* Dkt. Nos. 300 and 300-1.

  Although IMACC joins the Carpet Manufacturing Defendants' motion—because Plaintiff's claims against IMACC are barred for all the reasons outlined

therein—IMACC is not a carpet manufacturer. Nor is it a chemical supplier, manufacturer, user, or seller of PFAS, the chemicals at issue in this suit. Still, as explained by the Carpet Manufacturer Defendants, Plaintiff's alleged damages are barred from recovery under the economic loss rule; and, even if the economic loss rule does not apply, Counts Three, Four, Five, Six, and Seven in the SAC fail as a matter of law for the same reasons stated by the Carpet Manufacturing Defendants. IMACC thus respectfully requests that Plaintiff's SAC be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

This the 21st day of October, 2020.

**ALSTON & BIRD LLP**

*/s/ Meaghan G. Boyd*
Meaghan G. Boyd
  Georgia Bar No. 142521
  meaghan.boyd@alston.com
Jessica Williams-Vickery
  Georgia Bar No. 648263
  jessica.williams-vickery@alston.com

1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Defendant IMACC Corporation*

## **CERTIFICATE UNDER L.R. 7.1.D.**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

*/s/ Meaghan G. Boyd*
Meaghan G. Boyd
Georgia Bar No. 142521

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | Civil Action No.:<br>4:20-cv-00008-AT |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, I electronically filed the foregoing **DEFENDANT IMACC CORPORATION'S JOINDER IN THE CARPET MANUFACTURING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of Court by using the CM/ECF system, which has notified all counsels of record.

[signature on following page]

5

*/s/ Meaghan G. Boyd*
Meaghan G. Boyd
Georgia Bar No. 142521
meaghan.boyd@alston.com
ALSTON & BIRD LLP
1201 W. Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Defendant IMACC Corporation*