UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of Persons Similarly Situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>3M COMPANY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO.: 4:20-cv-00008-AT |

## DEFENDANT SECOA TECHNOLOGY, LLC'S
## MOTION TO DISMISS

Defendant Secoa Technology, LLC ("Secoa"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves to dismiss the Plaintiff's Second Amended Complaint. In support of this Motion, and without waiving, limiting, or prejudicing any additional defenses it may raise later, Secoa joins in, adopts, and incorporates by reference the arguments made by Defendants Aladdin Manufacturing Corporation, Arrowstar, LLC, Chem-Tech Finishers, Inc., Dystar, L.P., Engineered Floors, LLC, Milliken & Company, Mohawk Carpet, LLC, Mohawk Industries, Inc., Oriental Weavers USA, Inc., Shaw Industries, Inc., Shaw Industries Group, Inc., Tarkett USA, Inc., and The Dixie Group, Inc. (collectively, the "Carpet Manufacturing Defendants") in the Carpet Manufacturing Defendants'

HB: 4810-8697-3391.2

Memorandum in Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 300-1).

Specifically, and as further discussed in the Memorandum incorporated above, Plaintiff's Second Amended Complaint should be dismissed for the following reasons:

1. Plaintiff's tort claims against Secoa (Counts Three, Four, Five, and Six) should be dismissed for the same reasons articulated by the Carpet Manufacturing Defendants, *i.e.*, because these claims are barred by the Economic Loss Rule, which prohibits recovery of purely economic losses in all negligence-based tort actions. (See Doc 300-1, pp. 6-10).

2. Plaintiff's claim for "Willful, Wanton, Reckless, or Negligent Misconduct" against Secoa (Count Three) should be dismissed for the same reasons articulated by the Carpet Manufacturing Defendants, *i.e.*, because Plaintiff fails to allege that Secoa owed a legal duty to Plaintiff or that Secoa proximately caused any injury to Plaintiff. (See Doc 300-1, pp. 11-15).

3. Plaintiff's negligence per se claim against Secoa (Count Four) should be dismissed for the same reasons articulated by the Carpet Manufacturing Defendants, *i.e.*, because Plaintiff fails to identify any express and mandatory legal duty imposed on Secoa by the Clean Water Act ("CWA") or the Georgia Water Quality Control Act ("GWQCA"), and because Plaintiff does not fall within the class

of persons whom the CWA and GWQCA were intended to protect, nor do those statutes guard against the harm Plaintiff allegedly suffered. (See Doc 300-1, pp. 15-18).

4. Plaintiff's public nuisance claim against Secoa (Count Six) should be dismissed for the same reasons articulated by the Carpet Manufacturing Defendants, *i.e.*, because Plaintiff fails to allege that Secoa controlled any instrumentality of nuisance or that Secoa acted unlawfully in sending its wastewater to Dalton Utilities, and because Plaintiff does not, and cannot, demonstrate the necessary "special harm." (See Doc 300-1, pp. 19-23).

5. Plaintiff's claim against Secoa for punitive damages (Count Five) should be dismissed for the same reasons articulated by the Carpet Manufacturing Defendants, *i.e.*, because Plaintiff's underlying tort claims fail as a matter of law. (See Doc 300-1, pp. 23-24).

6. Plaintiff's claim against Secoa for abatement of the alleged public nuisance (Count Seven) should be dismissed for the reasons articulated by the Carpet Manufacturing Defendants, *i.e.*, because Plaintiff's underlying claim for public nuisance fails as a matter of law. (See Doc 300-1, p. 25).

**WHEREFORE**, Secoa respectfully requests that the Court dismiss all claims asserted against Secoa in Plaintiff's Second Amended Complaint with prejudice.

Date: October 22, 2020

                Respectfully submitted,

                **HUSCH BLACKWELL LLP**

By:   */s/Samantha A. Lunn*
        Samantha A. Lunn, GA Bar #303099
        736 Georgia Avenue, Suite 300
        Chattanooga, TN  37402
        samantha.lunn@huschblackwell.com
        Telephone: (423) 266-5500
        Facsimile: (423) 266-5499

        *Attorneys for SECOA Technology, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

        */s/Samantha A. Lunn*
        Samantha A. Lunn, GA Bar #303099

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing **MOTION TO DISMISS** has been filed electronically with the Clerk of Court on October 22, 2020 by using the CM/ECF System which has notified all counsel of record.

        */s/Samantha A. Lunn*
        Samantha A. Lunn, GA Bar #303099