IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated, ) ) ) ) *Plaintiff*, ) ) ) V. ) ) ) 3M COMPANY; ALADDIN MANUFACTURING CORPORATION; AMERICHEM, INC.; ARROWSTAR, LLC; CHEM-TECH FINISHERS, INC.; COLOR EXPRESS, INC.; COLUMBIA RECYCLING CORP.; CYCLE TEX INC.; DALTON UTILITIES; THE WATER, LIGHT, AND SINKING FUND COMMISSION OF THE CITY OF DALTON, GEORGIA; DALTON-WHITFIELD SOLID WASTE AUTHORITY; DYSTAR, LP; E.I. DU PONT DE NEMOURS AND COMPANY; ENGINEERED FLOORS, LLC; FIBRO CHEM, LLC; GREEN VULTURE, LLC; IMACC CORPORATION; J&S RUG COMPANY, INC. D/B/A LOG CABIN COMPANY; JB NSD, INC.; MFG CHEMICAL, LLC; MILLIKEN & COMPANY; MOHAWK CARPET, LLC; MOHAWK INDUSTRIES, INC.; ORIENTAL WEAVERS, USA, INC.; PSG-FUNCTIONAL MATERIALS, | Civil Action No. 4:20-cv-0008-AT DEFENDANT PSG-FUNCTIONAL MATERIALS, LLC's MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS |

1

LLC D/B/ A PEACH STATE LABS;           )
SECOA TECHNOLOGY, LLC; SHAW      )
INDUSTRIES, INC.; SHAW                       )
INDUSTRIES GROUP, INC.;                     )
TARKETT USA, INC.; THE                       )
CHEMOURS COMPANY; and THE       )
DIXIE GROUP, INC.,                                 )
                                                                    )
*Defendants.*

## POLYVENTIVE, LLC MOTION TO DISMISS

Polyventive, LLC, without submitting to the jurisdiction of this Court makes this special appearance and respectfully moves to dismiss Plaintiff's Second Amended Complaint, and as applicable any prior Complaint (collectively "Complaint"), as to Polyventive, LLC pursuant to Rules 8, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and jurisprudential and Constitutional principles of standing and subject matter jurisdiction.  Plaintiff served PSG Functional Materials, LLC ("PSG"), which is not an existing legal entity, through the registered agent for Polyventive, LLC.  Plaintiff has filed suit against a non-existing entity PSG Functional Materials, LLC. The accompanying motion to dismiss pursuant to Rules 8, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and jurisprudential and Constitutional principles of standing and subject matter jurisdiction is filed out of an abundance of caution.

In support of this motion, Polyventive, LLC relies on the pleadings, a

memorandum of law filed simultaneously with the motion, and the Affidavit of the President of Polyventive, LLC. Plaintiff served PSG Functional Materials, LLC ("PSG"), which is not an existing legal entity.  For the reasons set forth below, the Court should issue an order dismissing Polventive, LLC, from the instant litigation

      Respectfully submitted this 22d Day of October 2020.

EARTH AND WATER, LLC

_____
David M. Moore

Promenade, Suite 1900
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309

Georgia Bar No. 518830

*Attorney for Polyventive, LLC*

(706) 553-4463 (facsimile)
(404) 245-5421 (telephone)
David.moore@earthandwatergroup.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

                                                                    /s/David Montgomery Moore
                                                             David M. Moore

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2020, the foregoing was served by electronic filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/David Montgomery Moore
David M. Moore