# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

JARROD JOHNSON, individually, and
on Behalf of a Class of persons similarly
situated,

      **Plaintiff,**

**v.**

**3M COMPANY; ALADDIN
MANUFACTURING CORPORATION;
AMERICHEM, INC.; ARROWSTAR,
LLC; CHEM-TECH FINISHERS, INC.;
COLOR EXPRESS, INC.; COLUMBIA
RECYCLING CORP.; CYCLE TEX,
INC.; DALTON UTILITIES; THE
WATER, LIGHT AND SINKING FUND
COMMISSION OF THE CITY OF
DALTON, GEORGIA; DALTON-
WHITFIELD SOLID WASTE
AUTHORITY; DYSTAR, LP; E.I. DU
PONT DE NEMOURS AND COMPANY;
ENGINEERED FLOORS, LLC; FIBRO
CHEM, LLC; GREEN VULTURE, LLC;
IMACC CORPORATION; J&S RUG
COMPANY, INC. D/B/A LOG CABIN
COMPANY; JB NSD, INC.; MFG
CHEMICAL, LLC; MILLIKEN &
COMPANY; MOHAWK CARPET, LLC;
MOHAWK INDUSTRIES, INC.;
ORIENTAL WEAVERS, USA, INC.;
PSG-FUNCTIONAL MATERIALS, LLC
D/B/A PEACH STATE LABS; SECOA
TECHNOLOGY, LLC; SHAW
INDUSTRIES, INC.; SHAW**

**CIVIL ACTION FILE NO.:**

**4:20-cv-0008-AT**

**INDUSTRIES GROUP, INC.; TARKETT
USA, INC.; THE CHEMOURS
COMPANY; and THE DIXIE GROUP,
INC.,**

      **Defendants.**

---

## ANSWER OF DEFENDANT FIBRO CHEM, LLC

---

COMES NOW Defendant Fibro Chem, LLC ("Fibro Chem") and files its Response to Plaintiff's Amended Individual and Class Action Complaint (the "Complaint") (Doc. 234) in the above-styled action as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims may be barred, in whole or in part, due to lack of subject matter jurisdiction.

### THIRD DEFENSE

Venue is improper and/or may be more convenient in another forum.

### FOURTH DEFENSE

44454825 v3

Plaintiff cannot recover from Fibro Chem because Fibro Chem violated no statute, regulation, ordinance or common law intended to protect Plaintiff or their interests.

### FIFTH DEFENSE

Fibro Chem is not subject to joint and several liability, and any award of damages must be apportioned, pursuant of O.C.G.A. § 51-12-33(a) and (b), among each person or entity that caused or contributed to the alleged damages based on the percentages of fault assigned by the trier of fact.

### SIXTH DEFENSE

Plaintiff's claims are barred in whole or in part because Fibro Chem's activities were in accordance with the applicable standards of care under all applicable laws, permits and regulations, and activities by Fibro Chem in accordance with such standards of care were reasonable as a matter of law.

### SEVENTH DEFENSE

Fibro Chem at all times has acted reasonably, in good faith, and with the skill, prudence, and diligence exercised by others in Fibro Chem's industry.

### EIGHTH DEFENSE

Fibro Chem has breached no duty or duties owed to Plaintiff.

## NINTH DEFENSE

Plaintiff cannot recover from Fibro Chem for an alleged trespass or nuisance, because Fibro Chem did not unlawfully interfere with Plaintiff's property.

## TENTH DEFENSE

The trespass alleged by Plaintiff is abatable, but Fibro Chem has no legal duty to abate the trespass as it was not the proximate cause of the alleged trespass and/or continuing trespass.

## ELEVENTH DEFENSE

Plaintiff cannot recover from Fibro Chem because Plaintiff's claims as to Fibro Chem are too remote and speculative to be recoverable.

## TWELFTH DEFENSE

Plaintiff's damages are not the proximate result of any alleged act, or failure to act, of Fibro Chem and, therefore, Plaintiff may not recover damages from Fibro Chem.

## THIRTEENTH DEFENSE

No act or omission on the part of Fibro Chem caused or contributed to any of the alleged injuries or damages claimed by the Plaintiff, and therefore, the Plaintiff is not entitled to recover anything from Fibro Chem.

## FOURTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that they are caused by the acts or omissions of a third party and not Fibro Chem.

## FIFTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that the acts and/or omissions of persons other than Fibro Chem, over whom Fibro Chem had no control, were intervening or superseding causes of the injuries, costs, and damages allegedly incurred by Plaintiff.

## SIXTEENTH DEFENSE

Plaintiff is precluded, in whole or in part, from the recovery of attorneys' fees based on statutory and common law.

## SEVENTEENTH DEFENSE

Fibro Chem has at all times acted in good faith with respect to Plaintiff's claim, and has in no way been stubbornly litigious or caused Plaintiff unnecessary

trouble and expense. Therefore Plaintiff is not entitled to attorney's fees under O.C.G.A. § 13-6-11.

## EIGHTEENTH DEFENSE

To the extent that Plaintiff has failed to avail himself of funds from unnamed third parties, including without limitation insurance companies and unnamed potentially responsible parties, Fibro Chem is entitled to a set off of these funds including interest.

## NINETEENTH DEFENSE

Plaintiff cannot recover punitive damages from Fibro Chem, because Fibro Chem's actions did not show willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

## TWENTIETH DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Georgia does not have sufficient procedural safeguards to ensure that the jury's discretion in awarding punitive damages was reasonably constrained. Therefore,

any award of punitive damages would be an excessive and arbitrary deprivation of property without due process of law.

## **TWENTY-FIRST DEFENSE**

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because such an award would be tantamount to a severe criminal penalty. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

## **TWENTY-SECOND DEFENSE**

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Georgia law did not provide Fibro Chem with fair notice that their activities might subject them to exemplary damages. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

44454825 v3

**TWENTY-THIRD DEFENSE**

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Fibro Chem's actions did not demonstrate the degree of reprehensibility necessary for an award of punitive damages. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

**TWENTY-FOURTH DEFENSE**

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because a less drastic remedy could achieve the desired result of future compliance with state law. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

44454825 v3

## TWENTY-FIFTH DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Fibro Chem's actions were not adjudged illegal in Georgia before this action was filed. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

## TWENTY-SIXTH DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because there is no evidence that anyone will be threatened with any additional potential harm by Fibro Chem's actions.

## TWENTY-SEVENTH DEFENSE

The proposed claims of the class are precluded because the alleged conduct would have affected, if anyone, only and in substantial number of putative class members.

9

## <u>TWENTY-EIGHTH DEFENSE</u>

The proposed class cannot be certified because the putative class, class representatives, and/or class counsel failed to meet the typicality, commonality, numerosity, adequacy, superiority and predominance requirement for pursuit of the claims as a class action.

## <u>TWENTY-NINTH DEFENSE</u>

Fibro Chem reserves the right to assert such other defenses as may become apparent during the course of discovery. In response to the specific Paragraphs contained in Plaintiff's Complaint, Fibro Chem answers as follows:

## <u>STATEMENT OF THE CASE</u>

1.      The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

2.      The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

3.      The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

44454825 v3

4.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied. To the extent Plaintiff makes, or attempts to make, specific factual allegations against Fibro Chem, Fibro Chem denies the allegations in this paragraph.

5.     To the extent this paragraph makes allegations regarding other entities, Fibro Chem lacks knowledge sufficient to form a belief regarding the truth of those allegations and therefore denies them. To the extent this paragraph makes allegations regarding Fibro Chem, Fibro Chem denies the allegations in this paragraph.

6.     To the extent this paragraph makes allegations regarding other entities, Fibro Chem lacks knowledge sufficient to form a belief regarding the truth of those allegations and therefore denies them. To the extent this paragraph makes allegations regarding Fibro Chem, Fibro Chem denies the allegations in this paragraph.

## JURISDICTION AND VENUE

7.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

11

8.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

9.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

10.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

11.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

12.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

13.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

44454825 v3

14.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## PARTIES

15.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

16.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

17.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

18.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

19.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

44454825 v3

20.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

21.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

22.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

23.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

24.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

25.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

44454825 v3

26.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

27.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

28.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

29.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

30.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

31.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

32.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

33.     Fibro Chem admits only that it is a limited liability company organized under the laws of the State of Georgia and currently operates at 1521 E. Walnut Avenue, Dalton, Georgia 30721. Fibro Chem denies the remaining allegations of this paragraph.

34.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

35.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

36.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

37.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

38.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

39.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

40.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

41.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

42.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

43.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

44454825 v3

44.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

45.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

46.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

47.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

48.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

49.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

## FACTUAL ALLEGATIONS

**Background and Hazards of PFAS**

50.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

51.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

52.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

53.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

54.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

55.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

56.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

57.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

58.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

59.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

60.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

61.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

62.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

63.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

64.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

65.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

**Defendants' Knowledge of Toxicity and Persistence of PFAS**

66.    Fibro Chem denies the allegations in this paragraph.

67.    Fibro Chem denies the allegations in this paragraph.

68.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

69.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

70.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

71.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

72.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

73.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

74.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

75.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

76.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

77.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

78.    Fibro Chem denies the allegations in this paragraph.

79.    Fibro Chem denies the allegations in this paragraph.

80.    Fibro Chem denies the allegations in this paragraph.

81.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

**Contamination of Upper Coosa River Basin with PFAS**

82.    Fibro Chem denies the allegations in this paragraph.

83.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

84.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

85.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

86.     Fibro Chem denies the allegations in this paragraph.

87.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

88.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

89.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

90.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

91.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

92.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

93.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

94.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

**PFAS Contamination of Rome Water Supply**

95.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

96.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

97.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

98.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

99.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

100.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

101.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

44454825 v3

102. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## COUNT ONE:
## DISCHARGE OF POLLUTANTS TO SURFACE WATERS WITHOUT AN NPDES PERMIT IN VIOLATION OF THE CLEAN WATER ACT
### (Defendant Dalton Utilities)

103. Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

104. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

105. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

106. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

107. Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

27

108.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

109.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

110.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

111.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

112.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

113.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

114.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

115.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

116.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

<u>COUNT TWO:</u>
**INDUSTRIAL USER PASS THROUGH DISCHARGES OF POLLUTANTS IN VIOLATION OF DALTON UTILITIES' SEWER USE RULES AND REGULATIONS AND THE CLEAN WATER ACT**
**(Defendant DWSWA)**

117.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

118.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

119.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

120.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

121.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

122.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

123.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

124.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

125.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

126.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

127.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

128.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

129.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

130.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

31

## **CLASS ALLEGATIONS**

131.  Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

132.  The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

133.  Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

134.  Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

135.  The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

136.  The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

44454825 v3

## Numerosity

137.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

138.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## Typicality

139.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## Adequate Representation

140.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

141.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

## **Predominance of Common Questions of Law and Fact**

142.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

143.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## **Fed. R. Civ. P. 23(a) and 23(b)(2) Injunctive or Declaratory Relief**

144.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

145.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## **Superiority**

146.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

44454825 v3

147.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## COUNT THREE:
## WILLFUL, WANTON, RECKLESS, OR NEGLIGENT MISCONDUCT
### (All Defendants Except Dalton Utilities and DWSWA)

148.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

149.   Fibro Chem denies the allegations in this paragraph.

150.   Fibro Chem denies the allegations in this paragraph.

151.   Fibro Chem denies the allegations in this paragraph.

152.   Fibro Chem denies the allegations in this paragraph.

153.   Fibro Chem denies the allegations in this paragraph.

## COUNT FOUR:
## NEGLIGENCE PER SE
### (All Defendant Except Dalton Utilities and DWSWA)

154.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

155.   Fibro Chem denies the allegations in this paragraph.

156.   Fibro Chem denies the allegations in this paragraph.

157.   Fibro Chem denies the allegations in this paragraph.

44454825 v3

158.   Fibro Chem denies the allegations in this paragraph.

159.   Fibro Chem denies the allegations in this paragraph.

## COUNT FIVE:
## PUNITIVE DAMAGES
### (All Defendant Except Dalton Utilities and DWSWA)

160.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

161.   Fibro Chem denies the allegations in this paragraph.

162.   Fibro Chem denies the allegations in this paragraph.

163.   Fibro Chem denies the allegations in this paragraph.

164.   Fibro Chem denies the allegations in this paragraph.

165.   Fibro Chem denies the allegations in this paragraph.

166.   Fibro Chem denies the allegations in this paragraph.

167.   Fibro Chem denies the allegations in this paragraph.

168.   Fibro Chem denies the allegations in this paragraph.

## COUNT SIX:
## PUBLIC NUISANCE
### (All Defendants Except Dalton Utilities and DWSWA)

169.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

170.   Fibro Chem denies the allegations in this paragraph.

44454825 v3

171.   Fibro Chem denies the allegations in this paragraph.

172.   Fibro Chem denies the allegations in this paragraph.

173.   Fibro Chem denies the allegations in this paragraph.

174.   Fibro Chem denies the allegations in this paragraph.

175.   Fibro Chem denies the allegations in this paragraph.

176.   Fibro Chem denies the allegations in this paragraph.

177.   Fibro Chem denies the allegations in this paragraph.

178.   Fibro Chem denies the allegations in this paragraph.

**COUNT SEVEN:**
**CLAIMS FOR ABATEMENT AND INJUNCTION OF PUBLIC NUISANCE**
**(All Defendants Except Dalton Utilities and DWSWA)**

179.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

180.   Fibro Chem denies the allegations in this paragraph.

181.   Fibro Chem denies the allegations in this paragraph.

182.   Fibro Chem denies the allegations in this paragraph.

183.   Fibro Chem denies the allegations in this paragraph.

184.   Fibro Chem denies the allegations in this paragraph.

44454825 v3

**WHEREFORE,** Fibro Chem respectfully prays for the following relief:

(a)     That judgment be entered in favor of Fibro Chem and against Plaintiffs in the above-styled Complaint;

(b)     That the costs of this action, including attorney's fees, be cast against Plaintiffs;

(c)     That Fibro Chem be afforded its right to trial by a jury; and

(d)     That this Court grant such other and further relief as it may deem just and proper.

Respectfully submitted this 30th day of October, 2020.

/s/ Kwende B. Jones
Elizabeth B. Davis
Georgia Bar No. 208260
bdavis@burr.com
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone:(404) 815-3000
Facsimile: (404) 817-3244

*Attorneys for Defendant Fibro Chem, LLC*

38

---

## CERTIFICATION OF COUNSEL

---

I hereby certify that the foregoing **ANSWER OF FIBRO CHEM, LLC** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1C.

s/Kwende B. Jones
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
*Attorney for Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

44454825 v3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2020, I electronically filed the foregoing **ANSWER OF FIBRO CHEM, LLC** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following:

**THE STONE LAW GROUP-TRIAL LAWYERS, LLC**
Ryals D. Stone
ryals@stonelaw.com
William S. Stone
billstone@stonelaw.com
5229 Roswell Road, N.E.
Atlanta, Georgia  30342

**CORY WATSON**, P.C.
Hirlye R. "Ryan" Lutz, III
rlutz@corywatson.com
F. Jerome Tapley
jtapley@corywatson.com
Brett C. Thompson
bthompson@corywatson.com
2131 Magnolia Avenue South
Birmingham, Alabama  35205

**DAVIS & WHITLOCK, P.C.**
Gary A. Davis (*pro hac vice*)
gadavis@enviroattorney.com
James S. Whitlock (*pro hac vice*)
jwhitlock@enviroattorney.com
21 Battery Park Avenue, Suite 206
Asheville, North Carolina  28801

**LIGHTFOOT FRANKLIN & WHITE, LLC**
Benjamin Phillip Harmon
bharmon@lightfootlaw.com
Harlan Irby Prater, IV
hprater@lightfootlaw.com
Jackson R. Sharman, III
jsharman@lfwlaw.com
Mark Christian King
cking@lightfootlaw.com
William Larkin Radney, IV
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

44454825 v3

**ROGERS & HARDIN, LLP**
Katherine Leigh D'Ambrosio
kdambrosio@rh-law.com
Monica Perdomo Witte
mwitte@rh-law.com
Robert B. Remar
rbr@rh-law.com
Sterling Gardner Culpepper, III
gculpepper@rh-law.com
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303-1601

**COPPEDGE, MICHMERHUIZEN & RAYBURN**
Warren N. Coppedgge, Jr.
Trisha@coppedgefirm.com
Stephen Michmerhuizen
steve@coppedgefirm.com
508 South Thornton Avenue
Dalton, Georgia  30720

Martin A. Shelton
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia  30309
martin.shelton@lewisbrisbois.com

**MILLER & MARTIN, PLLC– Chattanooga**
Michael J. Dumitru
michael.dumitru@millermartin.com
W. Randall Wilson (*pro hac vice*)
rwilson@millermartin.com

**ALSTON & BIRD, LLP – Atl**
David Baird Carpenter
david.carpenter@alston.com
Douglas G. Scribner
doug.scribner@alston.com
Geoffrey C. Rathgeber
Geoff.Rathgeber@alston.com
Suite 4900
1201 West Peachtree Street
Atlanta, Georgia  30309-3424

**LIGHTFOOT FRANKLIN & WHITE**
John M. Johnson (*pro hac vice*)
Lana A. Olson (*pro hac vice*)
lolson@lightfootlaw.com
Brian Patrick Kappel
bkappel@lightfootlaw.com
400 North 20th Street
Birmingham, Alabama  35203

Thomas C. Causby
**LITTLE BATES KELEHEAR & TOLAND P.C.**
P. O. Box 488
Dalton, Georgia  30722-0488
tom@lbktlawyers.com

Elizabeth Marquardt
**MILLER & MARTIN PLLC**
1180 W. Peachtree Street
Suite 2100
Atlanta, Georgia  30309
elizabeth.marquardt@millermartin.com

41

832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee  37402-2289

**CARROLL & WEISS, LLP**
Jamie Blaxton Carroll
jcarroll@carrollweiss.com
Michael Scott Cole
scole@carrollweiss.com
Michael Weiss
mweiss@carrollweiss.com
Milton Russell Wofford, Jr.
rwofford@carrollweiss.com
1819 Peachtree Road, Suite 104
Atlanta, Georgia  30309-1848

Meaghan Goodwin Boyd
**ALSTON & BIRD, LLP – GA**
One Atlantic Center, Suite 4900
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
meaghan.boyd@alston.com

**ALSTON & BIRD, LLP – Atl**
David Baird Carpenter
david.carpenter@alston.com
Douglas G. Scribner
doug.scribner@alston.com
Geoffrey C. Rathgeber
Geoff.Rathgeber@alston.com
Suite 4900
1201 West Peachtree Street
Atlanta, Georgia  30309-3424

David C. Higney
**GRANT KONVALINKA &**
**HARRISON**
633 Chestnut Street
Suite 900, One Republic Centre
Chattanooga, Tennessee  37450-0900
dhigney@gkhpc.com

44454825 v3

**BRYAN CAVE LEIGHTON PAISNER LLP - Atl**
Christian James Bromley
christian.bromley@bclplaw.com
Jennifer Burch Dempsey
jennifer.dempsey@bclplaw.com
Julia Fenwick Ost
julia.fenwick@bryancave.com
William Vance Custer, IV
bill.custer@bclplaw.com
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3471

**WOMBLE BOND DICKINSON (US) LLP – ATL**
Michael Joseph Sullivan
michael.sullivan@wbd-us.com
Vonnetta Leatrice Benjamin
vonnetta.benjamin@wbd-us.com
Suite 2400
271 17th Street, N.W.
Atlanta, Georgia  30363-1017

**MILLER & MARTIN, PLLC – Chattanooga**
Meredith Corey Lee
meredith.lee@millermartin.com
Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee  37402-2289

**SCOTT DUKES & GEISLER**
Ethan A. Wilkinson
ewilkinson@scottdukeslaw.com
John W. Scott
jscott@scottdukeslaw.com
211 Twenty-Second Street North
Birmingham, Alabama  35203

**MILLER & MARTIN, PLLC – Chattanooga**
Jeanna W. Fullerton
jenna.fullerton@millermartin.com
Michael E. Lord *(pro hac vice)*
William Scott Parrish
scott.parrish@millermartin.com
Suite 1000
832 Georgia Avenue
Chattanooga, Tennessee  37402-2289

**MILLER & MARTIN, PLLC – Atl**
Neil Louis Wilcove
Neil.Wilcove@millermartin.com
1180 W. Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia  30309-3407

43

**ARNALL GOLDEN GREGORY LLP**
**– Atl**
David Joel Marmins
david.marmins@agg.com
Edward Alexander Marshall
edward.marshall@agg.com
Morgan Ellen McCloy Harrison
morgan.harrison@agg.com
Suite 2100
171 17th Street, N.W.
Atlanta, Georgia  30363-1031

Tracy C. Wooden
**WOODEN LAW FIRM, PC**
735 Broad Street
Suite 900
Chattanooga, Tennessee  37402
tracywooden@woodenlaw.com

Lindsey B. Mann
**TROUTMAN PEPPER HAMILTON**
**SANDERS LLP**
600 Peachtree Street, N.E.
Suite 3000
Atlanta, Georgia  30308
lindsey.mann@troutman.com

Jessica Williams-Vickery
**ALSTON & BIRD**
1201 West Peachtree Street
Suite 4900
Atlanta, Georgia  30309
jessica.williams-vickery@alston.com

Robert Harris Smalley, III
**McCAMY PHILLIPS TUGGLE**
**& FORDHAM**
P. O. Box 1105
411 West Crawford Street
Dalton, Georgia  30722-1105

Kevin Daniel Bradberry
**BAKER HOSTETLER, LLP –**
**Atl**
Suite 2400
1170 Peachtree Street, N.E.
Atlanta, Georgia  30309
kbradberry@bakerlaw.com

Myrece Rebecca Johnson
**SWIFT, CURRIE, McGHEE &**
**HIERS, LLP**
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309-3231
myrece.johnson@swiftcurrie.com

David Montgomery Moore
**TROUTMAN SANDERS**
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia  30308-2216
david.moore@earthandwatergroup.com

44454825 v3

Samantha A. Lunn
**HUSCH BLACKWELL LLP-TN**
Suite 300
736 Georgia Avenue
Chattanooga, Tennessee  37402

s/Kwende B. Jones
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
*Attorney for Defendant Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

45