## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and on behalf of a Class of persons similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>   Defendants. | Civil Action No. 4:20-cv-00008-AT |

## **DEFENDANT AMERICHEM, INC.'S MOTION TO DISMISS**

Defendant Americhem, Inc. ("Americhem"), without submitting to the jurisdiction of this Court or waiving its objection to the jurisdiction of this Court, respectfully moves to dismiss with prejudice Plaintiff's Third Amended Individual and Class Action Complaint as to Americhem pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure on the grounds that the Court lacks subject matter jurisdiction over Americhem.

In support of the Motion, Americhem will rely on the pleadings, a brief in support filed simultaneously with the Motion, and the affidavit of Kathy A. Royle, attached as Exhibit A to the brief in support.

4840-0119-2410, v.1

Respectfully submitted this the 28th day of January 2021.


Respectfully submitted,


**ALSTON & BIRD LLP**

*/s/ Meaghan G. Boyd*
Meaghan G. Boyd
Georgia Bar No. 14521
Meaghan.boyd@alston.com
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777


**CALFEE, HALTER & GRISWOLD LLP**

*/s/ Christopher Jones*
CHRISTOPHER JONES
*Pro hac vice* (Ohio Bar # 0046959)
CHRISTOPHER M. WARD
*Pro hac vice* (Ohio Bar # 0076293)
1200 Huntington Center, 41 S. High Street
Columbus, Ohio 43215
Telephone: 614-621-1500
Facsimile: 614-621-0010
cjones@calfee.com
cward@calfee.com

*Counsel for Defendant Americhem, Inc.*

2

## <u>CERTIFICATE UNDER L.R. 7.1.D.</u>

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

*/s/ Christopher M. Ward*
CHRISTOPHER M. WARD
*Pro hac vice* (Ohio Bar # 0076293)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| JARROD JOHNSON individually, and on behalf of a Class of persons similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>        Defendants. | Civil Action No. 4:20-cv-00008-AT |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2021, I electronically filed the foregoing

**DEFENDANT AMERICHEM, INC.'S MOTION TO DISMISS** with the Clerk

of Court by using the CM/ECF system, which has notified all counsels of record.

                                      */s/ Christopher M. Ward*
                                      CHRISTOPHER M. WARD
                                      *Pro hac vice* (Ohio Bar # 0076293)