IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br><br>    Plaintiff,<br>v.<br><br>3M COMPANY, et al.<br><br>    Defendants. | Civil Action<br>File No.:    4:20-cv-00008-AT |

## DEFENDANT DALTON/WHITFIELD REGIONAL SOLID WASTE AUTHORITY'S MOTION TO DISMISS

Defendant Dalton/Whitfield Regional Solid Waste Authority ("DWSWA"), by and through the undersigned counsel, respectfully moves for dismissal pursuant to Fed. R. Civ. Pro. 12(b)(6). As shown in its Brief in Support of the Motion to Dismiss, incorporated by reference and filed contemporaneously herewith, Plaintiff's claims against this Defendant should be dismissed with prejudice. DWSWA also joins in, adopts, and incorporates by reference the arguments made by the Manufacturer Defendants in their motion to dismiss, and one argument made by Dalton Utilities in its motion to dismiss. See Doc. (450).

This 28th day of January, 2021.

| | |
|---|---|
| GOODMAN MCGUFFEY LLP | SWIFT, CURRIE, McGHEE & HIERS, LLP |
| | |
| */s/Robert E. Noble, III* | */s/ Sara Alexandre* |
| ROBERT A. LUSKIN | C. BRADFORD MARSH |
| GA State Bar No. 004383 | Georgia Bar No. 471280 |
| rluskin@GM-LLP.com | SARA ALEXANDRE |
| ROBERT E. NOBLE, III | Georgia Bar No. 124152 |
| GA State Bar No. 261331 | 1355 Peachtree St. N.E., Suite 300 |
| rnoble@GM-LLP.com | Atlanta, Georgia 30309 |
| 3340 Peachtree Road NE | (404) 874-8800 |
| Suite 2100 | brad.marsh@swiftcurrie.com |
| Atlanta, GA 30326-1084 | sara.alexandre@swiftcurrie.com |
| (404) 264-1500 Phone | |
| (404) 264-1737 Fax | |
| SPONCLER & THARPE, LLC | |

*/s/ Henry Tharpe*
HENRY C. THARPE, JR.
Georgia Bar No. 703250
P.O. Box 398
225 W. King Street
Dalton, Georgia 30722
(706) 278-5211                                   *Attorneys for Defendant Dalton-Whitfield*
htharpe@daltongalaw.com              *Regional Solid Waste Management Authority*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br>    Plaintiff,<br>v.<br><br>3M COMPANY et al.<br><br>    Defendants. | Civil Action<br>File No.:   4:20-cv-00008-AT |

## 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in Times New Roman font, 14 point, and complies with Local Rules 5.1(C) and 7.1(D), ND Ga.

This 28th day of January, 2021.

>       */s/ Robert E. Noble, III*
> ROBERT E. NOBLE, III
> GA State Bar No.  261331
> rnoble@GM-LLP.com
> Goodman McGuffey LLP
> 3340 Peachtree Road NE, Suite 2100
> Atlanta, GA 30326-1084
> (404) 264-1500 Phone
> (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br>　　　Plaintiff,<br>v.<br><br>3M COMPANY et al.<br><br>　　　Defendants. | Civil Action<br>File No.:　　4:20-cv-00008-AT |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of **Defendant Dalton Whitfield Regional Solid Waste Authority's Motion to Dismiss** via the Clerk of Court using the CM/ECF system.

This 21st day of January, 2021.

　　　　　　　　　　　　　　　　　　*/s/ Robert E. Noble, III*
　　　　　　　　　　　　　　　　　　ROBERT E. NOBLE, III
　　　　　　　　　　　　　　　　　　GA State Bar No.  261331
　　　　　　　　　　　　　　　　　　rnoble@GM-LLP.com
　　　　　　　　　　　　　　　　　　Goodman McGuffey LLP
　　　　　　　　　　　　　　　　　　3340 Peachtree Road NE, Suite 2100
　　　　　　　　　　　　　　　　　　Atlanta, GA 30326-1084
　　　　　　　　　　　　　　　　　　(404) 264-1500 Phone
　　　　　　　　　　　　　　　　　　(404) 264-1737 Fax

1950-0039/Doc ID #6613505