IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:20-cv-8-AT |

## DAIKIN AMERICA, INC.'S CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rules 5.4 and 26.3, I hereby certify that on this day I have served a true and correct copy of Defendant Daikin America Inc.'s Initial Disclosures by electronic mail to all counsel of record in this matter.

Dated: February 26, 2021

Respectfully submitted,

*/s/Kary B. Wolfe*
Kary Bryant Wolfe, *Pro Hac Vice*
William E. Underwood, GA Bar No. 401805
Steven F. Casey, *Pro Hac Vice*
JONES WALKER LLP
1360 Peachtree Street
Suite 1030
Atlanta, GA 30309
Tel: (770)870-7506
Email: kwolfe@joneswalker.com
Email: wunderwood@joneswalker.com
Email: scasey@joneswalker.com

{BH471516.1}

>Christopher Yeilding, *Pro Hac Vice*
>Balch & Bingham LLP
>1901 Sixth Avenue North, Suite 1500
>Birmingham, AL 35203-4642
>Tel: (205)226-8728
>Email: cyeilding@balch.com
>
>*Counsel for Defendant Daikin America, Inc.*

{BH471516.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2021, I filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

| | |
|---|---|
| Dated:  February 26, 2021 | */s/Kary B. Wolfe* |
| | Kary Bryant Wolfe, *Pro Hac Vice* |
| | William E. Underwood, GA Bar No. 401805 |
| | Steven F. Casey, *Pro Hac Vice* |
| | JONES WALKER LLP |
| | 1360 Peachtree Street |
| | Suite 1030 |
| | Atlanta, GA 30309 |
| | Tel: (770)870-7506 |
| | Email: kwolfe@joneswalker.com |
| | Email: wunderwood@joneswalker.com |
| | Email: scasey@joneswalker.com |
| | |
| | Christopher Yeilding, *Pro Hac Vice* |
| | Balch & Bingham LLP |
| | 1901 Sixth Avenue North, Suite 1500 |
| | Birmingham, AL 35203-4642 |
| | Tel: (205)226-8728 |
| | Email: cyeilding@balch.com |