# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,** | **CIVIL ACTION FILE NO.:** |
| **Plaintiff,** | **4:20-CV-0008-AT** |
| **v.** | |
| **3M COMPANY, et al.** | |
| **Defendants.** | |

## INITIAL DISCLOSURES OF DEFENDANT FIBRO CHEM, LLC

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1, Defendant Fibro Chem, LLC ("Fibro Chem") submits the following Initial Disclosures. Fibro Chem will supplement these Initial Disclosures as permitted and required by Federal Rule of Civil Procedure 26(e) should additional responsive information be discovered.

**(1)  If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.**

**RESPONSE:** Fibro Chem is properly identified.

**(2)   Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff.  If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.**

**RESPONSE:**  At this time, Fibro Chem is not aware of any unnamed parties who are necessary parties to this action.

**(3)   Provide a detailed factual basis for the defense or defenses and any counterclaims or cross-claims asserted by defendant in the responsive pleading.**

**RESPONSE:**   Plaintiff's claims relate to economic losses from increased costs he alleges to have paid for water supplied by the City of Rome, Georgia. Plaintiff alleges that he and other putative class members have faced surcharges imposed by the City of Rome to offset the cost of upgrades to its water treatment facility allegedly made to remove per- and polyfluoroalkyl substances ("PFAS") from its water supply. Plaintiff alleges the PFAS can be traced to the wastewater of certain Dalton-area carpet manufacturers and, following treatment by Dalton Utilities, were released as runoff into rivers that feed Rome's water supply.

Plaintiff does not plead facts sufficient to state any claim against Fibro Chem. Plaintiff identifies no facts establishing that Fibro Chem owed him, let alone breached, any legal duty under Georgia law. He alleges no facts establishing that Fibro Chem proximately caused his alleged injuries. He alleges no facts establishing that he has incurred any damages beyond purported surcharges that he

incurred for drinking and domestic water he purchased from the City of Rome. These alleged damages are exactly the same as those sought by the City of Rome in *City of Rome v. 3M Company, et al.*, Floyd County Superior Court, Civil Action Number: 19cv02405JFL003, and are thus barred by the Economic Loss Doctrine.

Fibro Chem does not manufacture carpet, PFAS or any chemicals containing PFAS. Fibro Chem's connection to Plaintiff's alleged damages is limited to its role as an intermediary in the supply chain between PFAS manufacturers and carpet manufacturers.

Plaintiff fails to allege facts establishing that Fibro Chem created or controlled a nuisance. He also fails to allege facts that he has suffered any special harm requisite to stating a claim for public nuisance.

Discovery is ongoing, and investigation continues. Fibro Chem anticipates that further discovery, investigation, and analysis may produce additional facts and context which may further support Fibro Chem's defenses. Fibro Chem reserves the right to amend or supplement its response as additional responsive information is discovered.

Fibro Chem has not asserted any counterclaims or cross-claims at this time.

**(4) Describe in detail all statutes, codes, regulations, legal principles, standards, customs or usages, and illustrative case law which defendant contends are applicable to this action.**

**RESPONSE:**

Fibro Chem relies on, and hereby incorporates by reference, the legal arguments, case law, and other authorities set forth in its Motion to Dismiss and those set forth in the motions to dismiss filed by its co-defendants. As set forth in detail in those motions and their supporting briefs, various legal principles and authorities bar Plaintiff's claims against Fibro Chem. Those principles and authorities include, but are not limited to:

• The Economic Loss Rule providing that "a plaintiff can recover in tort only those economic losses resulting from injury to his person or damage to his property." *Gen. Elec. Co. v. Lowe's Home Centers, Inc*., 608 S.E.2d 636, 637 (Ga. 2005).

• The Public Services Doctrine barring suits in tort to "recover the costs of carrying out public services." *Walker Cnty v. Tri-State Crematory*, 643 S.E.2d 324, 327 (Ga. Ct. App. 2007).

• Fed. R. Civ. P. 8 and 12(b)(6), including the requirement that a plaintiff allege facts sufficient "to state a claim for relief that is plausible on its face," *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)), and related Eleventh Circuit case law

condemning shotgun pleadings. *Davis v. Coca-Cola Bottling Co. Consol.*, 516 F.3d

955, 979 (11th Cir. 2008), *abrogated on other grounds*.

> • The requirement that a plaintiff establish that defendant owes a legal duty
as a prerequisite to recovery in tort. *John Crane, Inc. v. Jones*, 278 Ga. 747, 751
(2004), and the line of case law in Georgia rejecting the notion of a "duty to the
world" or using "mere foreseeability" to extend a duty of care. *Dep't of Labor v.
McConnell*, 305 Ga. 812, 816 (Ga. 2019); *CSX Transp., Inc. v. Williams*, 608
S.E.2d 208, 209 (2005).

> • The requirement that a plaintiff "show a legally attributable causal
connection between the defendant's conduct and the alleged injury." *Alexander v.
Hulsey Env't Servs.*, 702 S.E.2d 435, 439 (Ga. Ct. App. 2010); *see also Yearty v.
Scott Holder Enters.*, 824 S.E.2d 817, 821 (Ga. Ct. App. 2019) (proximate cause is
"that which, in the natural and continuous sequence, unbroken by other causes,
produces an event, and without which the event would not have occurred")
(quoting *Zwiren v. Thompson*, 276 Ga. 498, 500 (Ga. 2003)).

> • The principles under Georgia law that require a plaintiff pursuing a public
nuisance claim establish special harm and show the defendant exercised control
over the instrumentality of the nuisance. *Sumitomo Corp. of Am. v. Deal*, 569
S.E.2d 608, 613 (Ga. Ct. App. 2002) (control); *Patten v. Mauldin*, 132 S.E.2d 664,

667 (Ga. 1963) (special harm); *T. Co. of Ga. v. Ray*, 54 S.E. 145, 146 (Ga. 1906)
(special harm);

• The legal principle that claims for injunctive relief, punitive damages, and
attorneys' fees cannot stand alone and must be based on a valid underlying claim.
*Rigby v. Flue-Cured Tobacco Coop. Stabilization Corp*., 794 S.E.2d 413, 415 (Ga.
Ct. App. 2016).

Discovery is ongoing, and investigation continues. Fibro Chem reserves the
right to amend or supplement its response as additional responsive information is
discovered.

**(5)  Provide the name and, if known, the address and telephone number
of each individual likely to have discoverable information that you may use to
support your claims or defenses, unless solely for impeachment, identifying
the subjects of the information. (Attach witness list to Initial Disclosures as
Attachment A.)**

**RESPONSE:**  See Attachment A.

**(6)  Provide the name of any person who may be used at trial to present
evidence under Rules 702, 703, and 705 of the Federal Rules of Evidence. For
all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written
report satisfying the provisions of that rule.  (Attach expert witness list and
written reports to Responses to Initial Disclosures as Attachment B.)**

**RESPONSE:**  Fibro Chem has not yet identified any witness(es) who may
be used at trial to present evidence under Rules 702, 703, or 705 of the Federal
Rules of Evidence.  In addition, Fibro Chem has not yet determined whether it will

identify any testifying expert witness(es) subject to the disclosure requirements of

Fed. R. Civ. P. 26(a)(2)(B).   Fibro Chem will timely amend this disclosure

consistent with the Federal Rules of Civil Procedure and in accordance with the

Court's Case Management Order.

**(7)   Provide a copy, or a description by category and location, of all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.   (Attach document list and descriptions to Initial Disclosures as Attachment C.)**

**RESPONSE:**  See Attachment C.

**(8)   In the space provided below, provide a computation of any category of damages claimed by you.   In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34.   (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

**RESPONSE:**  Not applicable at this time.

**(9)   If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.**

**RESPONSE:**  Fibro Chem does not presently contend that any other party is

liable to Plaintiff or Fibro Chem, however, Fibro Chem will amend this disclosure

in the event that new information arises during discovery that changes this position.

**(10)  Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.   (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

**RESPONSE:**  Fibro Chem will produce the declaration page for any applicable insurance policy.

## ATTACHMENT A

Fibro Chem identifies the following individuals who may have discoverable information Fibro Chem may use to support is defenses, unless solely used for impeachment:

1.     Jarrod Johnson and putative class members: As the named Plaintiff, Mr. Johnson has knowledge relating to the factual allegations and the claims asserted in this action. Mr. Johnson and other class members can be contacted through counsel for Plaintiff.

2.     Alan Greene:  Mr. Green is Fibro Chem's Director of Technology and has knowledge regarding the formulations of the materials used by Fibro Chem.

3.     Vince Gurzo:  Mr. Gurzo is Fibro Chem's Chief Executive Officer and has knowledge regarding Fibro Chem's operations.

4.     Fibro Chem reserves the right to call any fact witnesses identified by Plaintiff or the other Defendants in their disclosures. Specifically, Fibro Chem reserves the right to call:

• Any other witness identified during discovery in this matter.

• Any witness, including experts, identified by any other party to this case regardless of whether the party remains at trial or the designating party withdraws or otherwise does not call the witness to testify at the trial.

- Any person whose testimony Fibro Chem requires to authenticate or lay evidentiary foundations to admit any documents into evidence.

## ATTACHMENT C

The following is a description by category of all documents, data compilations, or other electronically stored information and tangible things in Fibro Chem's possession, custody, or control that it may use to support its defenses, unless solely for impeachment. Fibro Chem does not concede the admissibility of any such documents on any grounds and reserves all objections to any documents identified herein. Fibro Chem reserves the right to supplement or amend this disclosure.

1. Any Material Safety Data Sheets / Safety Data Sheets, Technical Data Sheets, or product labels for any product at issue in this case with respect to Fibro Chem.

2. Any documents identified in any other party's Rule 26(a) disclosures, expert disclosures, depositions, discovery responses, or other matters of record in this case.

3. Any documents or exhibits provided by Fibro Chem or any other party in response to any and all discovery or otherwise referred to in any party's discovery responses or expert disclosures.

4. All records referred to in or produced pursuant to any subpoena related to this case.

# **ATTACHMENT E**

See attached.

# NAUTILUS INSURANCE COMPANY
### Scottsdale, Arizona

## SITE SPECIFIC POLLUTION LIABILITY DECLARATIONS

**POLICY NUMBER:** SSP2019007-13         **RENEWAL OF:** SSP2019007-12

| **INSURED'S NAME AND ADDRESS:** | **PRODUCER'S NAME AND ADDRESS:** |
|---|---|
| Fibro Chem, LLC<br>1521 E. Walnut Avenue<br>Dalton, GA  30721 | Program Insurance Management of Sarasota, Inc. DBA<br>ChemPlan<br>8121 Vicela Dr<br>Sarasota, FL  34240<br><br>**Producer No.:**  2201 |

**POLICY PERIOD:** August 01, 2019 to August 01, 2020 at 12:01 a.m. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**COVERAGE AND LIMITS OF INSURANCE:**

| Coverage Description | Per Pollution Condition Limit | Coverage Section Limit |
|---|---|---|
| A – First Party Cleanup Costs | Not Provided | Not Provided |
| B – Third Party Claims for Cleanup Costs, Bodily Injury or Property Damage | $ 1,000,000 | $ 1,000,000 |
| C – Third Party Claims for Non-Owned Disposal Sites | $ 1,000,000 | $ 1,000,000 |
| D – Third Party Claims for Contingent Transportation | $ 1,000,000 | $ 1,000,000 |
| **TOTAL ALL POLLUTION CONDITIONS AND CLAIMS LIMIT:** | | **$ 1,000,000** |

**NOTICE TO THE INSURED:**

**This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law O.C.G.A. Chapter 33-5.**

**Name of Surplus Lines Broker:** _____

**RETROACTIVE DATES:**

Retroactive Date - Non-Owned Disposal Sites(s): SEE ENDORSEMENTS ATTACHED TO THIS POLICY

Retroactive Date - All Other Coverage(s):  SEE ENDORSEMENTS ATTACHED TO THIS POLICY

**DESCRIPTION OF BUSINESS:**

Corporation

**SCHEDULE OF COVERED LOCATION(S):**

SEE SCHEDULE OF COVERED LOCATION(S) ENDORSEMENT FORM ATTACHED TO THIS POLICY.

**RETENTIONS:**

Site Specific Pollution Liability:  Self Insured Retention  $10,000  Per Pollution Condition

**PREMIUM:**

| | |
|---|---:|
| SITE SPECIFIC POLLUTION LIABILITY COVERAGE: | $ 7,803 |
| TERRORISM RISK INSURANCE ACT: | Rejected |
| **POLICY PREMIUM:** | $ 7,803 |
| **MINIMUM EARNED PREMIUM:** | 25.00% |

**FORMS AND ENDORSEMENTS (Other than applicable forms and endorsements shown elsewhere in the policy):**

Forms and Endorsements applying to this policy and made part of this policy at time of issue:
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**NAME AND ADDRESS OF ADMINISTRATIVE OFFICE:**

Berkley Environmental (A Berkley Company)
Two Ravinia Drive, Suite 1100, Atlanta, GA 30346
Phone No.: (404) 443-2040, See CLAIMS NOTICE for claims contact information.

**THIS DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

**Countersigned:** _____   **By:** _____
**Issue Date:**  08/14/19                                                     Authorized Representative

Respectfully submitted this 19th day of March, 2021.

s/Kwende B. Jones
Elizabeth B. Davis
Georgia Bar No. 208260
bdavis@burr.com
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
*Attorneys for Defendant Fibro Chem,*
*LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF COMPLIANCE

I hereby certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

s/Kwende B. Jones
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
*Attorney for Defendant Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| **JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,** | : : : : : | |
| | : | **CIVIL ACTION FILE NO.:** |
| **Plaintiff,** | : : | **4:20-CV-0008-AT** |
| **v.** | : : | |
| **3M COMPANY, et al.** | : : : | |
| **Defendants.** | : | |

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on this 19th day of March, 2021, I electronically filed the foregoing **INITIAL DISCLOSURES OF DEFENDANT FIBRO CHEM, LLC** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following:

**THE STONE LAW GROUP-TRIAL
LAWYERS, LLC**
Ryals D. Stone
ryals@stonelaw.com
William S. Stone
billstone@stonelaw.com
5229 Roswell Road, N.E.
Atlanta, Georgia  30342

**CORY WATSON, P.C.**
Hirlye R. "Ryan" Lutz, III
rlutz@corywatson.com
F. Jerome Tapley
jtapley@corywatson.com
Brett C. Thompson
bthompson@corywatson.com
Adam W. Pittman
apittman@corywatson.com

Nina Towle Herring *(pro hac vice)*
nherring@corywatson.com
2131 Magnolia Avenue South
Birmingham, Alabama  35205

**DAVIS & WHITLOCK, P.C.**
Gary A. Davis *(pro hac vice)*
gadavis@enviroattorney.com
James S. Whitlock *(pro hac vice)*
jwhitlock@enviroattorney.com
21 Battery Park Avenue, Suite 206
Asheville, North Carolina  28801

Adam Wade Pittman
**CORY WATSON, P.C.**
2131 Magnolia Avenue
Suite 200
Birmingham, Alabama  35205

**LIGHTFOOT FRANKLIN & WHITE, LLC**
Benjamin Phillip Harmon
bharmon@lightfootlaw.com
Harlan Irby Prater, IV
hprater@lightfootlaw.com
Jackson R. Sharman, III
jsharman@lfwlaw.com
Mark Christian King
cking@lightfootlaw.com
William Larkin Radney, IV
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

**ROGERS & HARDIN, LLP**
Katherine Leigh D'Ambrosio
kdambrosio@rh-law.com
Monica Perdomo Witte
mwitte@rh-law.com
Robert B. Remar
rbr@rh-law.com
Sterling Gardner Culpepper, III
gculpepper@rh-law.com
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303-1601

**ALSTON & BIRD, LLP – Atl**
David Baird Carpenter
david.carpenter@alston.com
Douglas G. Scribner
Doug.scribner@alston.com
Geoffrey C. Rathgeber
Geoff.Rathgeber@alston.com
Suite 4900
1201 West Peachtree Street
Atlanta, Georgia  30309-3424

**COPPEDGE, MICHMERHUIZEN & RAYBURN**
Warren N. Coppedge, Jr.
Trisha@coppedgefirm.com
Stephen Michmerhuizen
steve@coppedgefirm.com
508 South Thornton Avenue
Dalton, Georgia  30720

Martin A. Shelton
R. Scott Masterson
Keith M. Kodosky
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia  30309
martin.shelton@lewisbrisbois.com
scott.masterson@lewisbrisbois.com
keith.kodosky@lewisbrisbois.com

**MILLER & MARTIN, PLLC–Chattanooga**
Michael J. Dumitru
michael.dumitru@millermartin.com
W. Randall Wilson *(pro hac vice)*
rwilson@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee  37402-2289

**CARROLL & WEISS, LLP**
Jamie Blaxton Carroll
jcarroll@carrollweiss.com
Michael Scott Cole
scole@carrollweiss.com
Michael Weiss
mweiss@carrollweiss.com

**LIGHTFOOT FRANKLIN & WHITE**
John M. Johnson *(pro hac vice)*
Lana A. Olson *(pro hac vice)*
lolson@lightfootlaw.com
Brian Patrick Kappel
bkappel@lightfootlaw.com
400 North 20th Street
Birmingham, Alabama  35203

**MILLER & MARTIN, PLLC – Chattanooga**
Jeanna W. Fullerton
jenna.fullerton@millermartin.com
Michael E. Lord *(pro hac vice)*
William Scott Parrish
scott.parrish@millermartin.com
Suite 1000
832 Georgia Avenue
Chattanooga, Tennessee  37402-2289

Elizabeth Marquardt
**MILLER & MARTIN PLLC**
1180 W. Peachtree Street
Suite 2100
Atlanta, Georgia  30309
elizabeth.marquardt@millermartin.com

Blair J. Cash
**MOSELEY MARCINAK LAW GROUP LLP**
P. O. Box 1688
Kennesaw, Georgia  30156
blair.cash@momarlaw.com

Milton Russell Wofford, Jr.
rwofford@carrollweiss.com
1819 Peachtree Road, Suite 104
Atlanta, Georgia  30309-1848

**SCOTT DUKES & GEISLER**
Ethan A. Wilkinson
ewilkinson@scottdukeslaw.com
John W. Scott
jscott@scottdukeslaw.com
211 Twenty-Second Street North
Birmingham, Alabama  35203

David C. Higney
**GRANT KONVALINKA & HARRISON**
633 Chestnut Street
Suite 900, One Republic Centre
Chattanooga, Tennessee  37450-0900
dhigney@gkhpc.com

**BRYAN CAVE LEIGHTON PAISNER LLP - Atl**
Christian James Bromley
christian.bromley@bclplaw.com
Jennifer Burch Dempsey
jennifer.dempsey@bclplaw.com
Julia Fenwick Ost
julia.fenwick@bryancave.com
William Vance Custer, IV
bill.custer@bclplaw.com
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3471

Douglas A. Vonderhaar (Pro Hac Vice)
Kayla M. Prieto (Pro Hac Vice)
**BAKER & HOSTETLER LLP**
200 Civic Center Dr., Suite 1200
Columbus, Ohio 43215-4138
dvonderhaar@bakerlaw.com

**WOMBLE BOND DICKINSON (US) LLP – ATL**
Michael Joseph Sullivan
michael.sullivan@wbd-us.com
Suite 2400
271 17th Street, N.W.
Atlanta, Georgia  30363-1017

Alexander B. Feinberg
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
Suite 1700
Birmingham, Alabama 35203-2618
afeinberg@maynardcooper.com

**MILLER & MARTIN, PLLC – Chattanooga**
Meredith Corey Lee
meredith.lee@millermartin.com
Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee  37402-2289

**ARNALL GOLDEN GREGORY LLP – Atl**
David Joel Marmins
david.marmins@agg.com
Edward Alexander Marshall
edward.marshall@agg.com
Morgan Ellen McCloy Harrison
morgan.harrison@agg.com
171 17th Street, N.W., Suite 2100
Atlanta, Georgia  30363-1031
Tracy C. Wooden
**WOODEN LAW FIRM, PC**
735 Broad Street
Suite 900
Chattanooga, Tennessee  37402
tracywooden@woodenlaw.com

Lindsey B. Mann
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia  30308
lindsey.mann@troutman.com

Jessica Williams-Vickery
Meaghan G. Boyd
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia  30309

**MILLER & MARTIN, PLLC – Atl**
Neil Louis Wilcove
Neil.Wilcove@millermartin.com
1180 W. Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia  30309-3407

Robert Harris Smalley, III
**McCAMY PHILLIPS TUGGLE & FORDHAM**
P. O. Box 1105
411 West Crawford Street
Dalton, Georgia  30722-1105
rsmalley@mccamylaw.com

Kevin Daniel Bradberry
**BAKER HOSTETLER, LLP – Atl**
Suite 2400
1170 Peachtree Street, N.E.
Atlanta, Georgia  30309
kbradberry@bakerlaw.com

Alexandra B. Cunningham
**HUNTON ANDREWS KURTH LLP**
951 East Byrd Street
Richmond, Virginia  23219
acunningham@huntonAK.com

David Montgomery Moore
Bilal M. Harris
**EARTH & WATER LAW, LLC**
1230 Peachtree Street, N.E., Suite 1900
Atlanta, Georgia  30309

jessica.williams-vickery@alston.com
meaghan.boyd@alston.com

Samantha A. Lunn
**HUSCH BLACKWELL LLP-TN**
Suite 300
736 Georgia Avenue
Chattanooga, Tennessee  37402
samantha.lunn@huschblackwell.com

Kary Bryant Wolfe
Steven F. Casey
**JONES WALKER LLP**
420 20th Street N., Suite 1100
Birmingham, Alabama  35203
kwolfe@joneswalker.com
scasey@joneswalker.com

Christopher Jones (*pro hac vice*)
Christopher M. Ward (*pro hac vice*)
**CALFEE, HALTER & GRISWOLD LLP**
1200 Huntington Center, 41 S. High Street
Columbus, Ohio  43215
cjones@calfee.com
cward@calfee.com

david.moore@earthandwatergroup.com
Bilal.harris@earthandwatergroup.com

Robert A. Luskin
Robert E. Noble, III
**GOODMAN MCGUFFEY LLP**
3340 Peachtree Road, N.E., Suite 2100
Atlanta, Georgia  30326
rluskin@GM-LLP.com
rnoble@GM-LLP.com

William E. Underwood
**JONES WALKER LLP**
1360 Peachtree Street
Suite 1030
Atlanta, Georgia  30309
wunderwood@joneswalker.com

s/Kwende B. Jones
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
*Attorney for Defendant Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244