# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of Persons Similarly Situated,<br>　　　Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>　　　Defendants. | CIVIL ACTION FILE<br>NO. 4:20-cv-00008-AT |

**PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA COMMANDING THE PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS**

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff intends to serve the attached subpoena commanding the production of documents, electronically stored information or tangible things upon The Carpet and Rug Institute, Inc., 100 S Hamilton St., Dalton, GA 30720, for production at the office of Stone Law Group – Trial Lawyers, LLC, 215 Broad Street, Ste. 115, Rome, GA 30161, or by e-mail to Plaintiff's counsel 21 days after service, or at such other time and place agreed upon, of all of the documents and things in its possession, custody, or control that are listed and described in Attachment A hereto. Such production will be for the purpose of inspection and copying, as desired.

/s/ Brett C. Thompson
Brett C. Thompson, Esq. (*phv*)
Hirlye R. "Ryan" Lutz, III, Esq. (*phv*)
F. Jerome Tapley, Esq. (*phv*)
Nina Towle Herring, Esq. (*phv*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205
bthompson@corywatson.com
rlutz@corywatson.com
jtapley@corywatson.com
nherring@corywatson.com
Telephone: (800) 852-6299
Fax: (205) 324-7896

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Fax: (404) 445-8003
ryals@stonelaw.com
billstone@stonelaw.com

James S. Whitlock (*phv*)
Gary A. Davis (*phv*)
Davis & Whitlock, P.C.
Attorneys at Law
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
jwhitlock@enviroattorney.com
gadavis@enviroattorney.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Norther District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

This 23rd day of July, 2021.

*/s/ Brett C. Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA COMMANDING THE PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS** with the Clerk of Court by using the CM/ECF system which has notified all counsels of record.

This 23rd day of July, 2021.

*/s/ Brett C. Thompson*