## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

JARROD JOHNSON, individually,       :
and on Behalf of a Class of persons  :
similarly Situated,                  :
                                             :
       Plaintiff,                   :
                                             :   CIVIL ACTION FILE
VS.                                  :   NUMBER: 4:20-CV-00008-AT
                                             :
3M COMPANY et al.,                   :
                                             :
       Defendants.                  :
                                             :

## ANSWER OF DEFENDANT CHEM-TECH FINISHERS, INC.

COMES NOW Defendant Chem-Tech Finishers, Inc. ("Chem-Tech") and respectfully submit its Answer to the Third Amended Complaint ("Complaint") filed by Plaintiff Jarrod Johnson ("Plaintiff"), showing the Court as follows:

### AFFIRMATIVE DEFENSES

#### FIRST DEFENSE

The Complaint fails to state a claim in whole or in part upon which relief can be granted.

#### SECOND DEFENSE

The proposed claims of the class fail, in whole or in part, to the extent they are preempted by federal law.

17188887v1

### THIRD DEFENSE

The proposed claims of the class fail because, to the extent Chem-Tech owed Plaintiff and/or the putative class a duty of care, Chem-Tech exercised due and reasonable care.

### FOURTH DEFENSE

The proposed claims of the class fail, in whole or in part, for lack of proximate cause.

### FIFTH DEFENSE

Plaintiff and/or members of the putative class were contributorily negligent with respect to any harm or damage he or they allegedly suffered.

### SIXTH DEFENSE

The proposed claims of the class fail, in whole or in part, because they fail to adequately identify and name the appropriate defendants.

### SEVENTH DEFENSE

The proposed claims of the class fail, in whole or in part, because the injuries and damages alleged by Plaintiff and/or the putative class were proximately caused by or contributed to by the acts of non-parties, other defendants, and/or other persons or entities, and said acts were an intervening and superseding cause of the injuries and damages, if any, of which Plaintiff complains.

17188887v1

### EIGHTH DEFENSE

The proposed claims of the class fail, in whole or in part, because the damages alleged by Plaintiff and/or the putative class were not foreseeable and could not have been reasonably anticipated by Chem-Tech.

### NINTH DEFENSE

The proposed nuisance claim of the class is barred because Chem-Tech did not conduct itself in an illegal manner, and instead, conducted itself in a lawful and proper manner.

### TWELFTH DEFENSE

The proposed claims of the class are barred, in whole or in part, because of Plaintiff's and/or members of the putative class's failure to mitigate his or their alleged damages.

### THIRTEENTH DEFENSE

The proposed claims of the class are barred, in whole or in part, because they are barred by the applicable statute of limitation and/or the doctrine of laches.

### FOURTEENTH DEFENSE

The proposed claims of the class are barred, in whole or in part, under the doctrines of waiver and/or estoppel.

17188887v1

### FIFTEENTH DEFENSE

The proposed claims of the class fail, in whole or in part, because they are barred under the economic loss doctrine.

### SIXTEENTH DEFENSE

The proposed claims of the class fail, in whole or in part, because Plaintiff and/or members of the putative class assumed the risk.

### SEVENTEENTH DEFENSE

The proposed trespass claim of the class fails because any alleged trespass was justified and/or consented to by Plaintiff and/or members of the putative class.

### EIGHTEENTH DEFENSE

The proposed claims of the class are precluded because the alleged conduct would have affected, if anyone, only an insubstantial number of putative class members.

### NINETEENTH DEFENSE

The proposed class cannot be certified because, *inter alia*, the putative class, class representatives, and/or class counsel fail to meet the typicality, commonality, numerosity, adequacy, superiority, and predominance requirements for pursuit of the claims as a class action.

4

**TWENTIETH DEFENSE**

Subject to and without waiving or in any way limiting the foregoing defenses, Chem-Tech answers the individually enumerated paragraphs contained in the Complaint as follows:

## STATEMENT OF THE CASE

1.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 1 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 1 as it pertains to Chem-Tech.

2.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 2 as it pertains to Chem-Tech.

3.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 3 and, therefore, denies the same.  Chem-Tech is without knowledge or information sufficient to form

5

a belief about the truth of the remaining allegations in paragraph 3 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies those remaining allegations in paragraph 3 as they pertain to Chem-Tech.

4.

Chem-Tech admits that it operates a contract dye house in Dalton, Georgia that applies dyes to carpets. Chem-Tech denies that it applies chemicals containing PFAS, but admits that in the past it has applied chemicals containing PFAS to carpet in the dyeing process. Chem-Tech denies that it discharges chemicals containing PFAS, but admits that it has discharged chemicals containing PFAS in the past. Chem-Tech denies that it has ever discharged "high levels" of PFAS or otherwise "contaminated" the Conasauga River, the Oostanaula River, the Coosa River, or any other tributary or watershed located in Floyd County, Georgia or anywhere else. Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4 as to the other defendants in this case and, therefore, denies the same.  Except as expressly admitted herein, the allegations contained in paragraph 4 are denied.

5.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 5 as to the other defendants in this

6

case and, therefore, denies the same.  Chem-Tech denies paragraph 5 as it pertains to Chem-Tech.

6.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 6 as it pertains to Chem-Tech.

## JURISDICTION AND VENUE

7.

Chem-Tech responds by stating that paragraph 7 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

8.

Paragraph 8 of the Complaint does not contain any allegations of fact to which Chem-Tech is required to respond. To the extent a further response is required, Chem-Tech responds by stating that paragraph 8 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint. Chem-Tech is without knowledge or information sufficient to form a belief about the truth

7

of the factual allegations in paragraph 8 and, therefore, denies the same.

9.

Paragraph 9 of the Complaint does not contain any allegations of fact to which Chem-Tech is required to respond. To the extent a further response is required, Chem-Tech responds by stating that paragraph 9 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint. Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the factual allegations in paragraph 9 and, therefore, denies the same.

10.

Chem-Tech admits that it received a notice of intent to file suit from Plaintiff, but denies that such notice complies with the pre-suit notice provisions of the CWA. Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10 as to the other defendants in this case and, therefore, denies the same.  Except as expressly admitted herein, the allegations contained in paragraph 10 are denied.

11.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11 and, therefore, denies the same.

17188887v1

12.

Chem-Tech responds by stating that paragraph 12 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

13.

Chem-Tech responds by stating that paragraph 13 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

14.

Chem-Tech responds by stating that paragraph 14 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

**PARTIES**

15.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15 and, therefore, denies the same.

16.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 16 and, therefore,

17188887v1

denies the same.  Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 16 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies those remaining allegations in paragraph 16 as they pertain to Chem-Tech.

17.

Chem-Tech responds by stating that paragraph 17 of the Complaint sets forth a legal conclusion, which does not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

18.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18 and, therefore, denies the same.

19.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19 and, therefore, denies the same.

20.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 20 and, therefore, denies the same.

21.

Chem-Tech is without knowledge or information sufficient to form a belief

17188887v1

about the truth of the allegations in paragraph 21 and, therefore, denies the same.

22.

Chem-Tech admits that it is a domestic corporation that it operates a contract dye house located at 1904 South Hamilton Street, Dalton, Georgia 30720. The remaining allegations in paragraph 22 are denied.

23.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23 and, therefore, denies the same.

24.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24 and, therefore, denies the same.

25.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25 and, therefore, denies the same.

26.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 26 and, therefore, denies the same.

27.

Chem-Tech is without knowledge or information sufficient to form a belief

about the truth of the allegations in paragraph 27 and, therefore, denies the same.

28.

Chem-Tech responds by stating that paragraph 28 of the Complaint sets forth a legal conclusion, which does not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

29.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29 and, therefore, denies the same.

30.

Chem-Tech responds by stating that paragraph 30 of the Complaint sets forth a legal conclusion, which does not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

31.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31 and, therefore, denies the same.

32.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32 and, therefore, denies the same.

17188887v1

33.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 33 and, therefore, denies the same.

34.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34 and, therefore, denies the same.

35.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35 and, therefore, denies the same.

36.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36 and, therefore, denies the same.

37.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37 and, therefore, denies the same.

38.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38 and, therefore, denies the same.

39.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 39 and, therefore, denies the same.

40.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40 and, therefore, denies the same.

41.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 41 and, therefore, denies the same.

42.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 42 and, therefore, denies the same.

43.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 43 and, therefore, denies the same.

44.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 44 and, therefore, denies the same.

45.

17188887v1

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 45 and, therefore, denies the same.

46.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 46 and, therefore, denies the same.

47.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 47 and, therefore, denies the same.

48.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 48 and, therefore, denies the same.

49.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 49 and, therefore, denies the same.

50.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50 and, therefore, denies the same.

**FACTUAL ALLEGATIONS**

51.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 51 and, therefore, denies the same. Chem-Tech admits that it operates a contract dye house in Dalton, Georgia that applies dyes to carpets. Chem-Tech denies that it applies chemicals containing PFAS, but admits that in the past it has applied chemicals containing PFAS to carpet in the dyeing process. Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 51 as to the other defendants in this case and, therefore, denies the same. Except as expressly admitted herein, the allegations contained in paragraph 51 are denied.

52.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 52 and, therefore, denies the same.

53.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 53 and, therefore, denies the same.

54.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 54 and, therefore, denies the same.

16

55.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 55 and, therefore, denies the same.

56.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 56 and, therefore, denies the same.

57.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 57 and, therefore, denies the same.

58.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 58 and, therefore, denies the same.

59.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 59 and, therefore, denies the same.

60.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 60 and, therefore, denies the same.

17188887v1

61.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 61 and, therefore, denies the same.

62.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 62 and, therefore, denies the same.

63.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 63 and, therefore, denies the same.

64.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 64 and, therefore, denies the same.

65.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 65 and, therefore, denies the same.

66.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 66 and, therefore, denies the same.

67.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 67 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 67 as it pertains to Chem-Tech.

68.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 68 and, therefore, denies the same.

69.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 69 and, therefore, denies the same.

70.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 70 and, therefore, denies the same.

71.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 71 and, therefore, denies the same.

72.

Chem-Tech is without knowledge or information sufficient to form a belief

about the truth of the allegations in paragraph 72 and, therefore, denies the same.

73.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 73 and, therefore, denies the same.

74.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 74 and, therefore, denies the same.

75.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 75 and, therefore, denies the same.

76.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 76 and, therefore, denies the same.

77.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 77 and, therefore, denies the same.

78.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 78 and, therefore, denies the same.

79.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 79 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 79 as it pertains to Chem-Tech.

80.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 80 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 80 as it pertains to Chem-Tech.

81.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 81 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 81 as it pertains to Chem-Tech.

82.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 82 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 82 as it pertains

17188887v1

to Chem-Tech.

83.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 83 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 83 as it pertains to Chem-Tech.

84.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 84 and, therefore, denies the same.

85.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 85 and, therefore, denies the same.

86.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 86 and, therefore, denies the same.

87.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 87 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 87 as it pertains

to Chem-Tech.

88.

Chem-Tech admits that its industrial user wastewater discharge permit does not authorize or prohibit the discharge of PFAS. Except as expressly admitted herein, the allegations contained in paragraph 88 are denied.

89.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 89 and, therefore, denies the same.

90.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 90 and, therefore, denies the same.

91.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 91 and, therefore, denies the same.

92.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 92 and, therefore, denies the same.

93.

Chem-Tech is without knowledge or information sufficient to form a belief

about the truth of the allegations in paragraph 93 and, therefore, denies the same.

94.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 94 and, therefore, denies the same.

95.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 95 and, therefore, denies the same.

96.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 96 and, therefore, denies the same.

97.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 97 and, therefore, denies the same.

98.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 98 and, therefore, denies the same.

99.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 99 and, therefore, denies the same.

17188887v1

100.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 100 and, therefore, denies the same.

101.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 101 and, therefore, denies the same.

102.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 102 and, therefore, denies the same.

103.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 103 and, therefore, denies the same.

104.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 104 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 104 as it pertains to Chem-Tech.

**COUNT ONE:**
**DISCHARGE OF POLLUTANTS TO SURFACE WATERS WITHOUT AN**
**NPDES PERMIT IN VIOLATION OF THE CLEAN WATER ACT**
**(Defendant Dalton Utilities)**

105.

Chem-Tech incorporates and re-alleges its responses to all prior paragraphs as though fully set forth herein.

106.

Chem-Tech responds by stating that paragraph 106 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

107.

Chem-Tech responds by stating that paragraph 107 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

108.

Chem-Tech responds by stating that paragraph 108 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

109.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 109 and, therefore, denies the same.

110.

17188887v1

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 110 and, therefore, denies the same.

111.

Chem-Tech responds by stating that paragraph 111 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

112.

Chem-Tech responds by stating that paragraph 112 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

113.

Chem-Tech responds by stating that paragraph 113 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

114.

Chem-Tech responds by stating that paragraph 114 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

115.

17188887v1

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 115 and, therefore, denies the same.

116.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 116 and, therefore, denies the same.

117.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 117 and, therefore, denies the same.

118.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 118 and, therefore, denies the same.

119.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 119 and, therefore, denies the same.

**COUNT TWO:**
**INDUSTRIAL USER PASS THROUGH DISCHARGES OF POLLUTANTS IN VIOLATION OF FEDERAL PROHIBITIONS, DALTON UTILITIES' SEWER USE RULES AND REGULATIONS, AND THE CLEAN WATER ACT**
**(Defendant Dalton/Whitfield Regional Solid Waste Authority)**

120.

Chem-Tech incorporates and re-alleges its responses to all prior paragraphs

28

as though fully set forth herein.

121.

Chem-Tech responds by stating that paragraph 121 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

122.

Chem-Tech responds by stating that paragraph 122 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

123.

Chem-Tech responds by stating that paragraph 123 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

124.

Chem-Tech responds by stating that paragraph 124 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

125.

Chem-Tech is without knowledge or information sufficient to form a belief

about the truth of the allegations in paragraph 125 and, therefore, denies the same.

126.

Chem-Tech responds by stating that paragraph 126 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

127.

Chem-Tech responds by stating that paragraph 127 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

128.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 128 and, therefore, denies the same.

129.

Chem-Tech responds by stating that paragraph 129 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

130.

Chem-Tech responds by stating that paragraph 130 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to

dispute any and all conclusions of law and legal opinions in the Complaint.

131.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 131 and, therefore, denies the same.

132.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 132 and, therefore, denies the same.

133.

Chem-Tech responds by stating that paragraph 133 of the Complaint sets forth legal conclusions, which do not require a response. Chem-Tech reserves the right to dispute any and all conclusions of law and legal opinions in the Complaint.

## **CLASS ALLEGATIONS**

134.

Chem-Tech incorporates and re-alleges its responses to all prior paragraphs as though fully set forth herein.

135.

Chem-Tech admits that Plaintiff seeks relief individually and on a putative class basis, but denies that either Plaintiff or the putative class is entitled to any relief or that this action may be properly pursued as a class action.

31

136.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 136 and, therefore, denies the same.

137.

Chem-Tech admits that Plaintiff seeks relief individually and on a putative class basis, but denies that either Plaintiff or the putative class is entitled to any relief, or that the putative class is properly defined or may be certified.

138.

Chem-Tech admits that Plaintiff has excluded certain categories of persons from his definition of the putative nationwide class, but denies that class certification or class-wide relief is appropriate in this case.

139.

Chem-Tech responds by stating that paragraph 139 of the Complaint contains a reservation of rights by the Plaintiff to amend the Complaint, which does not require a response. To the extent a response is required, Chem-Tech denies paragraph 139 as it pertains to Chem-Tech.

140.

Chem-Tech denies paragraph 140 as it pertains to Chem-Tech.

141.

Chem-Tech denies paragraph 141 as it pertains to Chem-Tech.

142.

Chem-Tech denies paragraph 142 as it pertains to Chem-Tech.

143.

Chem-Tech denies paragraph 143 as it pertains to Chem-Tech.

144.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 144 and, therefore, denies the same.

145.

Chem-Tech denies paragraph 145 as it pertains to Chem-Tech.

146.

Chem-Tech denies paragraph 146 as it pertains to Chem-Tech.

147.

Chem-Tech admits that Plaintiff seeks injunctive and declaratory relief individually and on a putative class basis, but denies that either Plaintiff or the putative class is entitled to any relief or that this action may be properly pursued as a class action.

148.

Chem-Tech denies paragraph 148 as it pertains to Chem-Tech.

149.

Chem-Tech denies paragraph 149 as it pertains to Chem-Tech.

150.

Chem-Tech denies paragraph 150 as it pertains to Chem-Tech.

## COUNT THREE:
## WILLFUL, WANTON, RECKLESS, OR NEGLIGENT MISCONDUCT
### (All Defendants Except Dalton Utilities)

151.

Chem-Tech incorporates and re-alleges its responses to all prior paragraphs as though fully set forth herein.

152.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 152 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 152 as it pertains to Chem-Tech.

153.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 153 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 153 as it pertains to Chem-Tech.

34

154.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 154 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 154 as it pertains to Chem-Tech.

155.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 155 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 155 as it pertains to Chem-Tech.

156.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 156 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 156 as it pertains to Chem-Tech.

## COUNT FOUR:
## NEGLIGENCE PER SE
### (All Defendants Except Dalton Utilities, 3M, DuPont, & Chemours)

157.

Chem-Tech incorporates and re-alleges its responses to all prior paragraphs

as though fully set forth herein.

158.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 158 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 158 as it pertains to Chem-Tech.

159.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 159 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 159 as it pertains to Chem-Tech.

160.

Chem-Tech responds by stating that paragraph 160 of the Complaint contains a reservation of rights by the Plaintiff to amend the Complaint, which does not require a response. To the extent a response is required, Chem-Tech denies paragraph 160 as it pertains to Chem-Tech.

161.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 161 as to the other defendants in this

case and, therefore, denies the same.  Chem-Tech denies paragraph 161 as it pertains to Chem-Tech.

162.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 162 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 162 as it pertains to Chem-Tech.

**COUNT FIVE:**
**PUNITIVE DAMAGES**
**(All Defendants Except Dalton Utilities)**

163.

Chem-Tech incorporates and re-alleges its responses to all prior paragraphs as though fully set forth herein.

164.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 164 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 164 as it pertains to Chem-Tech.

165.

Chem-Tech is without knowledge or information sufficient to form a belief

37

about the truth of the allegations in paragraph 165 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 165 as it pertains to Chem-Tech.

166.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 166 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 166 as it pertains to Chem-Tech.

167.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 167 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 167 as it pertains to Chem-Tech.

168.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 168 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 168 as it pertains to Chem-Tech.

169.

17188887v1

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 169 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 169 as it pertains to Chem-Tech.

170.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 170 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 170 as it pertains to Chem-Tech.

171.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 171 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 171 as it pertains to Chem-Tech.

## COUNT SIX:
## PUBLIX NUISANCE

172.

Chem-Tech incorporates and re-alleges its responses to all prior paragraphs as though fully set forth herein.

173.

39

17188887v1

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 173 and, therefore, denies the same.

174.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 174 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 174 as it pertains to Chem-Tech.

175.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 175 and, therefore, denies the same.

176.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 176 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 176 as it pertains to Chem-Tech.

177.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 177 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 177 as it pertains

40

to Chem-Tech.

### 178.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 178 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 178 as it pertains to Chem-Tech.

### 179.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 179 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 179 as it pertains to Chem-Tech.

### 180.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 180 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 180 as it pertains to Chem-Tech.

### 181.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 181 as to the other defendants in this

17188887v1

case and, therefore, denies the same.  Chem-Tech denies paragraph 181 as it pertains to Chem-Tech.

182.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 182 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 182 as it pertains to Chem-Tech.

**COUNT SEVEN:**
**CLAIMS FOR ABATEMENT**
**AND INJUNCTION OF PUBLIC NUISANCE**

183.

Chem-Tech incorporates and re-alleges its responses to all prior paragraphs as though fully set forth herein.

184.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 184 and, therefore, denies the same.

185.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 185 as to the other defendants in this case and, therefore, denies the same.  Chem-Tech denies paragraph 185 as it pertains

42

to Chem-Tech.

186.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 186 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 186 as it pertains to Chem-Tech.

187.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 187 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 187 as it pertains to Chem-Tech.

188.

Chem-Tech is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 188 as to the other defendants in this case and, therefore, denies the same. Chem-Tech denies paragraph 188 as it pertains to Chem-Tech.

## **PRAYER FOR RELIEF**

WHEREFORE, Chem-Tech respectfully prays for judgment as follows:

      1.     That the Court enter judgment in favor of Chem-Tech and against

Plaintiff on any and all claims for relief;

2.     That no class be certified;

3.     That all costs be assessed against Plaintiff; and

4.     That the Court award such other and further relief to Chem-Tech

as shall appear just and proper.

Respectfully submitted this 11th day of October, 2021.

ARNALL GOLDEN GREGORY LLP


/s/ David J. Marmins

David J. Marmins
Georgia Bar No. 470630
Edward A Marshall
Georgia Bar No. 471533
Morgan E. M. Harrison
Georgia Bar No. 470983

171 17th Street. N.W., Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8126
Facsimile: (404) 873-8127

*Attorneys for Defendant Chem-Tech Finishers, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

*s/ Morgan E. M. Harrison*
Morgan E. M. Harrison

17188887v1