**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| **Jarrod Johnson individually, and on behalf of a class of persons similarly situated,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**3M Company,** *et. al*<br><br>**Defendants.** | Case No. 4**:**20-cv-00008-AT<br><br>Hon. Amy Totenberg |

**DEFENDANT MILLIKEN & COMPANY'S ANSWER
TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant Milliken & Company ("Milliken"), pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, answers plaintiff's Third Amended Complaint as follows:

STATEMENT OF THE CASE

1.      This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

2.      Milliken admits plaintiff's Third Amended Complaint purports to assert a class action. Milliken denies all remaining allegations contained in this paragraph.

3.      Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph about plaintiff and the purported class and therefore denies the same. Milliken is also without knowledge and information sufficient to respond to the allegations in this paragraph about the operations of the Rome Water and Sewer Division and the Floyd County Water Department and therefore denies the same. Milliken denies all remaining allegations contained in this paragraph.

4.      Milliken admits it owns or operates manufacturing facilities related to the carpet industry but denies owning or operating any such facilities in or near the city of Dalton, Georgia. Milliken denies all remaining allegations contained in this paragraph as to it.

5.      Milliken denies all allegations contained in this paragraph.

6.      Milliken admits plaintiff seeks damages and equitable relief, but denies it is liable to plaintiff or any other entity in any manner whatsoever. Milliken denies all remaining allegations contained in this paragraph.

<u>JURISDICTION AND VENUE</u>

7.      Milliken admits this Court has proper subject matter jurisdiction over this action.

8.      This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

9.      This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

10.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

11.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

12.     Milliken admits venue is appropriate in the Northern District of Georgia. Milliken denies all remaining allegations contained in this paragraph.

13.     Milliken admits this Court has proper subject matter jurisdiction over this action.

14.     Milliken admits venue is appropriate in the Northern District of Georgia. Milliken denies all remaining allegations contained in this paragraph.

<u>PARTIES</u>

15.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph concerning plaintiff and therefore denies the same. Milliken denies all remaining allegations contained in this paragraph.

16.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph concerning plaintiff's water supply and therefore denies the same. Milliken denies all remaining allegations contained in this paragraph.

17.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph concerning plaintiff and demands strict proof thereof.

18.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

19.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

20.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

21.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

22.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

23.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

24.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

25.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

26.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

27.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

28.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

29.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

30.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

31.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof

32.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

33.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

34.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

35.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

36.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

37.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

38.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof

39.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof

40.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof

41.     Milliken admits it is a foreign corporation authorized to transact business in Georgia. Milliken denies all remaining allegations contained in this paragraph.

42.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

43.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

44.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

45.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

46.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

47.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

48.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

49.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

50.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

## FACTUAL ALLEGATIONS

Background and Hazards of PFAS

51.    Milliken admits Dalton, Georgia is home to a number of carpet manufacturing facilities. Milliken is without knowledge and information sufficient to respond to the specific allegations in this paragraph regarding those facilities. Milliken denies all remaining allegations contained in this paragraph which relate to it.

52.    Milliken admits PFAS are man-made chemicals whose properties are useful in industrial and commercial applications. Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

53.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

54.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

55.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

56.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

57.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

58.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

59.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph concerning plaintiff and demands strict proof thereof.

60.     Milliken admits only that EPA released lifetime health advisories in May 2016 identifying the concentration of PFOA and PFOS in drinking water at or below which adverse health effects are not anticipated to occur over a lifetime of exposure, and those concentrations are .07 parts per billion or 70 parts per trillion for PFOA and PFOS combined, and that the EPA health advisories may be found as published in the Federal Register, Vol. 81, No. 101, at 33250-51 (the "May 2016 EPA Health Advisories"). Milliken is without knowledge and information sufficient to respond to the remaining allegations in this paragraph and therefore denies the same.

61.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

62.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

63.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

64.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

65.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

66.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

Defendant's Knowledge of Toxicity and Persistence of PFAS

67.     Milliken denies all allegations contained in this paragraph which relate to it.

68.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

69.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

70.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

71.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

72.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

73.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

74.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

75.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

76.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

77.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

78.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

79.     Milliken denies all allegations contained in this paragraph.

80.     Milliken denies all allegations contained in this paragraph.

81.     Milliken denies all allegations contained in this paragraph.

82.     Milliken denies all allegations contained in this paragraph which relate to it.

Contamination of Upper Coosa River Basin with PFAS

83.     Milliken denies all allegations contained in this paragraph which relate to it.

84.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

85.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

86.    This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

87.    Milliken denies all allegations contained in this paragraph which relate to it.

88.    Milliken denies all allegations contained in this paragraph which relate to it.

89.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

90.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

91.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

92.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

93.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

94.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

95.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

96.     This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

PFAS Contamination of Rome Water Supply

97.     Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

98.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

99.    Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

100.   Milliken denies all allegations in this paragraph.

101.   Milliken denies all allegations in this paragraph.

102.   Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

103.   Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

104.   Milliken denies all allegations contained in this paragraph and denies it is liable to plaintiff in any manner and for any amount whatsoever.

## COUNT ONE:
## DISCHARGE OF POLLUTANTS TO SURFACE WATERS WITHOUT AN NPDES PERMIT IN VIOLATION OF THE CLEAN WATER ACT
### (Defendant Dalton Utilities)

105.   Milliken restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

106.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

107.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

108.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

109.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

110.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

111.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

112.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

113.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

114.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

115.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

116.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

117.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

118.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

119.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

COUNT TWO:
INDUSTRIAL USER PASS THROUGH DISCHARGES OF POLLUTANTS IN
VIOLATION OF FEDERAL PROHIBITIONS DALTON UTILITIES' SEWER
USE RULES AND REGULATIONS AND THE CLEAN WATER ACT
(Defendant Dalton/Whitfield Regional Solid Waste Authority)

120.    Milliken restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

121.    This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

122.    This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

123.    This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

124.    This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

125.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

126.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

127.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

128.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

129.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

130.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

131.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

132.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

133.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is

required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

## CLASS ALLEGATIONS

134.   Milliken restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

135.   The allegations in this paragraph do not state facts and therefore require no response. To the extent a response is required, Milliken denies all allegations in this paragraph.

136.   Milliken denies all allegations in this paragraph.

137.   Milliken admits the plaintiff proposes the class described in this paragraph. Milliken denies all remaining allegations in this paragraph.

138.   Milliken admits the plaintiff proposed to exclude from the proposed class the individuals described in this paragraph and subparagraphs a. through e. Milliken denies all remaining allegations in this paragraph.

139.   Milliken admits the plaintiff purports to reserve the right(s) described in this paragraph. Milliken denies all remaining allegations in this paragraph.

## Numerosity

140.   Milliken denies all allegations in this paragraph.

141.   Milliken denies all allegations in this paragraph.

<u>Typicality</u>

142.   Milliken denies all allegations in this paragraph.

<u>Adequate Representation</u>

143.   Milliken denies all allegations in this paragraph.

144.   Milliken denies all allegations in this paragraph.

<u>Predominance of Common Questions of Law and Fact</u>

145.   Milliken denies all allegations in this paragraph, including subparagraphs (a)-(k).

146.   Milliken denies all allegations in this paragraph.

<u>Fed. R. Civ. P. 23(a) and 23(b)(2) Injunctive or Declaratory Relief</u>

147.   Milliken denies all allegations in this paragraph.

148.   Milliken denies all allegations in this paragraph.

<u>Superiority</u>

149.   Milliken denies all allegations in this paragraph.

150.   Milliken denies all allegations in this paragraph.

COUNT THREE:
WILLFUL, WANTON, RECKLESS, OR NEGLIGENT MISCONDUCT
(All Defendants Except Dalton Utilities)

151.   Milliken restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

152.   Milliken denies all allegations in this paragraph.

153.   Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

154.   Milliken denies all allegations in this paragraph.

155.   Milliken denies all allegations in this paragraph.

156.   Milliken denies all allegations contained in this paragraph and denies it is liable to plaintiff in any manner and for any amount whatsoever.

COUNT FOUR:
NEGLIGENCE PER SE
(All Defendants Except Dalton Utilities, 3M, DuPont, & Chemours)

157.   Milliken restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

158.   Milliken denies all allegations in this paragraph.

159.   Milliken denies all allegations in this paragraph.

160.   Milliken denies all allegations in this paragraph.

161.   Milliken denies all allegations in this paragraph.

162.   Milliken denies all allegations contained in this paragraph and denies it is liable to plaintiff in any manner and for any amount whatsoever.

COUNT FIVE:
PUNITIVE DAMAGES
(All Defendants Except Dalton Utilities)

163.   Milliken restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

164.   Milliken denies all allegations in this paragraph.

165.   Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

166.   Milliken denies all allegations in this paragraph.

167.   Milliken denies all allegations in this paragraph.

168.   Milliken denies all allegations in this paragraph.

169.   Milliken denies all allegations in this paragraph.

170.   Milliken denies all allegations in this paragraph.

171.   Milliken denies all allegations contained in this paragraph and denies it is liable to plaintiff in any manner and for any amount whatsoever.

## COUNT SIX:
## PUBLIC NUISANCE

172.   Milliken restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

173.   Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and therefore denies the same.

174.   Milliken denies all allegations in this paragraph.

175.   This paragraph does not address or allege any facts concerning Milliken and therefore does not require a response.  To the extent a response is required, Milliken is without knowledge and information sufficient to respond to the allegations in this paragraph and demands strict proof thereof.

176.   Milliken denies all allegations in this paragraph.

177.   Milliken denies all allegations in this paragraph.

178.   Milliken denies all allegations in this paragraph.

179.   Milliken denies all allegations in this paragraph.

180.   Milliken denies all allegations in this paragraph.

181.   Milliken denies all allegations in this paragraph.

182.   Milliken denies all allegations contained in this paragraph and denies it is liable to plaintiff in any manner and for any amount whatsoever.

COUNT SEVEN:
CLAIMS FOR ABATEMENT
AND INJUNCTION OF PUBLIC NUISANCE

183.   Milliken restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

184.   Milliken denies all allegations in this paragraph.

185.   Milliken denies all allegations in this paragraph.

186.   Milliken admits plaintiff purports to request injunctive relief but denies he or the purported class is entitled to such relief. Milliken denies all remaining allegations in this paragraph.

187.   Milliken admits plaintiff purports to request injunctive relief but denies he or the purported class is entitled to such relief. Milliken denies all remaining allegations in this paragraph.

188.   Milliken denies all allegations in this paragraph.

Answering the WHEREFORE paragraph, including subparagraphs (a)-(p) following Paragraph 188 of the Third Amended Complaint, Milliken denies all allegations contained in this paragraph and denies plaintiff and/or the purported class are entitled to any injunctive relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class, in whole or in part, fail to state a claim upon with relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class for attorneys' fees and costs of litigation should be barred because Milliken has at no time been stubbornly litigious, acted in bad faith, or caused plaintiff undue trouble or expense.

### THIRD AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred, in whole or in part, based on the doctrines of waiver, release, and/or estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Milliken reserves any actions for contribution or indemnity against such third parties and reserves its right to remedies.

### FIFTH AFFIRMATIVE DEFENSE

The failure of plaintiff and/or the purported class to mitigate damages bars or reduces its recovery.

## SIXTH AFFIRMATIVE DEFENSE

Should this Court find of plaintiff and/or members of the purported class has sustained damages for which Milliken is responsible, which is expressly denied, Milliken is entitled to a set-off for any collateral source payments paid or payable to plaintiff and/or the purported class.

## SEVENTH AFFIRMATIVE DEFENSE

The doctrine of unclean hands bars the claims of plaintiff and/or the purported class.

## EIGHTH AFFIRMATIVE DEFENSE

This Court lacks personal jurisdiction over Milliken and the claims asserted against it.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff and/or members of the purported class lacks standing to sue under federal and/or state constitutional, statutory, and common law.

## TENTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred by the applicable statute of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred by the Free Public Services Doctrine.

## TWELFTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class against Milliken are barred, in whole or in part, to the extent they are based upon Georgia law, as Georgia law does not apply to the claims of plaintiff and the purported class, and because those claims are preempted by applicable federal statutes and regulations pursuant to the Supremacy Clause of the United States Constitution.

## THIRTEENTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred by the applicable rule of repose.

## FOURTEENTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred by assumption of risk.

## FIFTEENTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are preempted by state and/or federal statutes, rules, and regulations, including but not limited to, the Clean Water Act, 33 U.S.C. § 1365 *et seq.*

## SIXTEENTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred because Milliken owed no legal duty to plaintiff as alleged in the Third Amended Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred, in whole or in part, based on a lack of causation. Milliken did not cause the alleged injury described by plaintiff in its Third Amended Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred to the extent there is no proximate cause between any alleged act or omission on the part of Milliken and any injury or damage allegedly suffered by plaintiff and/or the purported class.

## NINETEENTH AFFIRMATIVE DEFENSE

The alleged injuries, damages, or losses of plaintiff and/or members of the purported class, if any, were proximately caused, or contributed to, by the acts or omissions of the plaintiff and/or members of the purported class.

## TWENTIETH AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred to the extent they are caused by the acts or omissions of a third party.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class are barred because any releases from Milliken were permitted releases under applicable federal, state, and/or local law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to join one or more indispensable parties.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

The claims of plaintiff and the purported class for injunctive relief are barred by the doctrine of primary jurisdiction.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

An independent, intervening, and superseding event or other negligence prevents any recovery by plaintiff and/or members of the purported class against Milliken.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

The damages sought by plaintiff and/or members of the purported class are too speculative or remote.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

To the extent plaintiff and/or members of the purported class has availed and/or failed to avail itself of funds from unnamed third parties, including, without limitation, insurance companies and unnamed potentially responsible parties, Milliken is entitled to a set off including interest.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Although Milliken denies plaintiff and/or the purported class is entitled to punitive damages, Milliken affirmatively pleads that any award of punitive damages would violate the Georgia and United States constitutions.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Milliken may not be found liable for punitive damages where the conditions that form the basis of the claims are, and have been, the subject of state regulatory oversight or action, and where there has been substantial compliance with the findings, orders, and directives of the responsible state regulatory agency.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

The recovery of punitive damages by plaintiff and/or members of the purported class based on the claims asserted by plaintiff and/or members of the purported class would violate the constitutional safeguards provided to Milliken by

the Due Process Clause of the Fourteenth Amendment of the Constitution of the

United States of America.

## THIRTIETH AFFIRMATIVE DEFENSE

The proposed class action fails to meet the numerosity requirement of Fed.

R. Civ. P. 23(a)(1).

## THIRTY-FIRST AFFIRMATIVE DEFENSE

The proposed class action fails to meet the commonality requirement of Fed.

R. Civ. P. 23(a)(2).

## THIRTY-SECOND AFFIRMATIVE DEFENSE

The proposed class action fails to meet the typicality requirement of Fed. R.

Civ. P. 23(a)(3).

## THIRTY-THIRD AFFIRMATIVE DEFENSE

The named plaintiffs will not adequately and fairly protect the interests of

the proposed class, as required by Fed. R. Civ. P. 23(a)(4).

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

The proposed class lacks common questions of law or fact, as required by

Fed. R. Civ. P. 23(b)(3).

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Third Amended Complaint should be dismissed because the named plaintiffs are not adequate representatives of the proposed class.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

Milliken reserves the right to amend this answer and assert at trial any and all properly provable defenses it may have to this action.

Respectfully submitted this 12th day of October 2021.

> */s/ Michael Weiss*
> Jameson B. Carroll
> Georgia Bar No. 112640
> Michael Weiss
> Ga. Bar No. 746494
> M. Russell Wofford, Jr.
> Ga. Bar No. 773002
> M. Scott Cole
> GA Bar No. 880787
> CARROLL & WEISS LLP
> 1819 Peachtree Road, Suite 104
> Atlanta, Georgia 30309
> Telephone: (404) 228-5337
> Facsimile: (404) 228-5564
> jcarroll@carrollweiss.com
> mweiss@carrollweiss.com
> rwofford@carrollweiss.com
> scole@carrollweiss.com
>
> *Attorneys for Defendant Milliken & Company*

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1**

Pursuant to LR, NDGa 7.1D, I hereby certify that the foregoing *MILLIKEN & COMPANY'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT* has been prepared using one of the fonts and point selections approved by the Court in LR, NDGa 5.1.  This document was prepared using Times New Roman, 14 pt. font.

This 12th day of October, 2021.

*/s/ Michael Weiss*
Michael Weiss

## **CERTIFICATE OF SERVICE**

I hereby certify that I today served the foregoing on all attorneys of record by filing same using the Court's ECF system.

This 12th day of October, 2021.

/s/ Michael Weiss
Michael Weiss