IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**JARROD JOHNSON**, *et al.*,

      **Plaintiffs,**

      **v.**

**3M COMPANY**, *et al.*,

      **Defendants.**

**Civil Action No.: 4:20-cv-00008-AT**

## DAIKIN AMERICA, INC.'S ANSWER TO
## THIRD AMENDED COMPLAINT

Daikin America, Inc. ("DAI") answers and responds to Plaintiff's Third Amended Complaint ("Complaint") as follows.  DAI denies each allegation in the Complaint except those expressly admitted below.  This Answer is based upon DAI's investigation to date, and DAI reserves the right to amend this Answer if and when new information is learned.

## STATEMENT OF THE CASE

1.    This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI and denies that Plaintiffs are entitled to any relief from DAI.  DAI lacks knowledge

or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

2.      This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

3.      This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of any allegations in this paragraph directed towards others and therefore denies those allegations.

4.      This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

11095588.1

5.     This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

6.     This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

## JURISDICTION AND VENUE

7.     This paragraph sets forth legal conclusions that do not require a response.  To the extent a response is required, DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

8.     This paragraph sets forth legal conclusions that do not require a response.  This paragraph also does not appear to apply to DAI.  To the extent this paragraph or the exhibits referenced therein contain allegations against DAI, they

11095588.1

are denied.  DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

9.     This paragraph sets forth legal conclusions that do not require a response.  This paragraph also does not appear to apply to DAI.  To the extent this paragraph contains allegations against DAI, they are denied.  DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

10.     This paragraph sets forth legal conclusions that do not require a response.  This paragraph also does not appear to apply to DAI.  To the extent this paragraph contains allegations against DAI, they are denied.  DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

11.     This paragraph does not require a response.

12.     This paragraph sets forth legal conclusions that do not require a response.  To the extent this paragraph contains allegations against DAI, they are denied.  DAI lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

13.    This paragraph sets forth legal conclusions that do not require a response.  To the extent this paragraph contains allegations against DAI, they are denied.  DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

14.    This paragraph sets forth legal conclusions that do not require a response.  To the extent this paragraph contains allegations against DAI, they are denied.  DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

## **PARTIES**

15.    This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

5

16.    This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

17.    This paragraph sets forth a legal conclusion that does not require a response.

18.    DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

19.    DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

20.    DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

21.    DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

22.    DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

23.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

24.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

25.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

26.     DAI admits only it is a Delaware corporation that has conducted business in this District and has sold products to Shaw Industries.  DAI otherwise denies the allegations of this paragraph.

27.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

28.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

29.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

11095588.1

30.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

31.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

32.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

33.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

34.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

35.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

36.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

37.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

38.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

39.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

40.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

41.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

42.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

43.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

44.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

45.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

11095588.1

46.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

47.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

48.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

49.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

50.     DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

## **FACTUAL ALLEGATIONS**

51.     This paragraph does not appear to contain allegations against DAI.  To the extent any allegations in this paragraph are directed to DAI, DAI admits only that it supplied certain products to non-DAI manufacturing facilities in or near the Dalton, Georgia area.  DAI denies any other allegations in this paragraph to the extent directed at DAI.  DAI lacks knowledge or information sufficient to form a

belief about the remaining allegations in this paragraph and therefore denies those allegations.

52.     DAI admits that PFAS are man-made substances and that science has shown certain PFAS such as PFOA and PFOS are persistent in the environment. DAI further admits that certain PFAS have a wide variety of useful industrial, commercial, and consumer applications.  DAI denies the remaining allegations of this paragraph as phrased.  This paragraph does not appear to contain allegations against DAI.  DAI denies any allegations in this paragraph to the extent any are directed at DAI.

53.     DAI admits that science has shown PFOA and PFOS are persistent in the environment.  DAI denies the remaining allegations of this paragraph as phrased. This paragraph does not appear to contain allegations against DAI.  DAI denies any allegations in this paragraph to the extent any are directed at DAI.

54.     DAI admits that science has shown PFOA and PFOS are persistent in the environment.  DAI denies the remaining allegations of this paragraph as phrased. This paragraph does not appear to contain allegations against DAI.  DAI denies any allegations in this paragraph to the extent any are directed at DAI.

55.     Denied.

56.     DAI admits that the C8 Science Panel issued certain findings, but DAI disputes those findings and denies that this paragraph accurately or completely states the C8 Science Panel's findings.   DAI denies the remaining allegations of this paragraph.

57.     DAI admits that the C8 Science Panel issued certain findings, but DAI disputes those findings and denies that this paragraph accurately or completely states the C8 Science Panel's findings.   DAI denies the remaining allegations of this paragraph.

58.     DAI denies the allegations in this paragraph as phrased.

59.     Denied as phrased.

60.     DAI admits that, in 2016, EPA issued a "Drinking Water Health Advisory" of 70 parts per trillion for combined concentration of PFOA and PFOS. DAI lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies those allegations.

61.     DAI admits that EPA cited studies when it issued the 2016 Drinking Water Health Advisory.  DAI disputes any findings referenced in this paragraph and

11095588.1

further denies this paragraph accurately or completely reflects the findings of any such studies.  DAI denies the remaining allegations of this paragraph.

62.     DAI admits EPA issued a Drinking Water Advisory in 2016 and made certain statements in support thereof.  DAI denies this paragraph accurately or completely reflects the statements in the referenced documents and denies the remaining allegations in this paragraph.

63.     DAI admits ATSDR issued the referenced report but denies this paragraph accurately or completely reflects the statements in the related document.  DAI denies the remaining allegations in this paragraph.

64.     DAI admits ATSDR issued the referenced report but denies this paragraph accurately or completely reflects the statements in the related document.  DAI denies the remaining allegations in this paragraph.

65.     DAI admits only that certain states have recommended or adopted regulatory levels for PFOA and/or PFOS in drinking water lower than the 2016 EPA Drinking Water Health Advisory.  DAI lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies those allegations.

66.    This paragraph does not appear to require a response from DAI and instead purports to state a conclusion of law.  DAI denies any allegations in this paragraph to the extent any are directed at DAI.

67.    This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

68.    This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

69.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

70.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

71.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

72.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

73.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

74.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the

allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

75.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

76.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

77.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

78.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

11095588.1

79.     This paragraph does not appear to contain allegations against DAI. DAI admits only that it has known that certain perfluoroalkyl substances are persistent but otherwise denies any allegations in this paragraph directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

80.     This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

81.     This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

82.     DAI admits that EPA issued a Significant New Use Rule in 2002 relating to the manufacture of PFOS and PFOS-related precursors (which DAI never

manufactured or used) and that the rule, as stated in the Federal Register, speaks for itself.  This paragraph otherwise does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

83.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

84.    This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

85.    This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the

allegations in this paragraph directed towards others and therefore denies those allegations.

86.     This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

87.     This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

88.     This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

89.     This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

90.     This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

91.     This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

92.     This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

93.     This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the

20

allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

94.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

95.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

96.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

97.    This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

11095588.1

98.     This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

99.     This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

100.   Denied.

101.   This paragraph does not appear to contain allegations against DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.  DAI denies any allegations directed at DAI.

102.   DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

103.   DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

104.   Denied.

## COUNT ONE

### DISCHARGE OF POLLUTANTS TO SURFACE WATERS WITHOUT AN NPDES PERMIT IN VIOLATION OF THE CLEAN WATER ACT
**(Defendant Dalton Utilities)**

105.   DAI incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.  DAI further states that Count One is not alleged against DAI.

106.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

107.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

108.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

109.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

110.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

111.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

112.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

113.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

11095588.1

114.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

115.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

116.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

117.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

118.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

11095588.1

119.   Count One is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

## COUNT TWO

**INDUSTRIAL USER PASS THROUGH DISCHARGES OF POLLUTANTS IN VIOLATION OF FEDERAL PROHIBITIONS, DALTON UTILITIES' SEWER USE RULES AND REGULATIONS, AND THE CLEAN WATER ACT**
**(Defendant Dalton/Whitfield Regional Solid Waste Authority)**

120.   DAI incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.  DAI further states that Count Two is not alleged against DAI.

121.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

26

122.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

123.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

124.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

125.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

126.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

127.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

128.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

129.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

130.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

131.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

132.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

133.   Count Two is not alleged against DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

## CLASS ALLEGATIONS

134.   DAI incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.

135.   The first sentence of this paragraph does not require a response.  DAI denies the remainder of this paragraph.

136.   Denied.

137.   This paragraph sets forth legal conclusions that do not require a response from DAI, although DAI denies that class treatment is appropriate.

138.   This paragraph sets forth legal conclusions that do not require a response from DAI, although DAI denies that class treatment is appropriate.

11095588.1

139.   This paragraph sets forth legal conclusions that do not require a response from DAI, although DAI denies that class treatment is appropriate.

140.   Denied.

141.   Denied.

142.   Denied.

143.   Denied.

144.   Denied.

145.   Denied, including all subparts.

146.   Denied.

147.   Denied.

148.   Denied.

149.   Denied.

150.   Denied.

## COUNT THREE
## WILLFUL, WANTON, RECKLESS, OR NEGLIGENT CONDUCT
### (All Defendants Except Dalton Utilities)

151.   DAI incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.  DAI further states that the Court dismissed Count Three as to DAI in its September 20, 2021 Order.

152.   Count Three has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

153.   Count Three has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

154.   Count Three has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

155.   Count Three has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

156.   Count Three has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

## COUNT FOUR

### NEGLIGENCE PER SE
### (All Defendants Except Dalton Utilities, 3M, DuPont & Chemours)

157.   DAI incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.  DAI further states that the Court dismissed Count Four as to DAI in its September 20, 2021 Order.

158.   Count Four has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

159.   Count Four has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

160.   Count Four has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

161.   Count Four has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

162.   Count Four has been dismissed as to DAI; therefore, this paragraph does not require a response.  DAI denies any allegations to the extent they could be construed against DAI.

## COUNT FIVE

### PUNITIVE DAMAGES
### (All Defendants Except Dalton Utilities)

163.   DAI incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.  DAI further denies that Georgia law allows for a stand-alone claim for "Punitive Damages."

164.   Denied.

165.   Denied.

166.   Denied.

167.   Denied.

168.   Denied.

169.   Denied.

170.   Denied.

171.   Denied and further denied that Plaintiffs are entitled to any relief from DAI whatsoever.

## COUNT SIX

## PUBLIC NUISANCE

172.   DAI incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.

173.   This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

174.   This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the

11095588.1

allegations in this paragraph directed towards others and therefore denies those allegations.

175.   This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

176.   This paragraph does not appear to contain allegations against DAI. DAI denies any allegations in this paragraph to the extent any are directed at DAI. DAI lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

177.   Denied.

178.   Denied.

179.   Denied.

180.   Denied.

181.   Denied.

182.   Denied.

## COUNT SEVEN

## CLAIMS FOR ABATEMENT AND INJUNCTION OF PUBLIC NUISANCE

183.   DAI incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.

184.   Denied.

185.   Denied and further denied that Plaintiffs are entitled to any relief whatsoever from DAI.

186.   Denied and further denied that Plaintiffs are entitled to any relief whatsoever from DAI.

187.   Denied and further denied that Plaintiffs are entitled to any relief whatsoever from DAI.

11095588.1

188.   Denied and further denied that Plaintiffs are entitled to any relief whatsoever from DAI.

In response to the unnumbered paragraph beginning "WHEREFORE…", DAI denies Plaintiffs are entitled to any relief from DAI.

WHEREFORE, DAI requests that the claims against DAI be dismissed with prejudice, and costs and fees be taxed against Plaintiffs.

**DAI denies any and all material allegations in the Complaint that require a response from DAI and have not been expressly admitted herein.**

## DEFENSES

DAI asserts the following defenses:

### FIRST DEFENSE

DAI denies the material allegations of the Complaint and demands strict proof thereof.

### SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted against DAI.

### THIRD DEFENSE

11095588.1

DAI asserts that it is not guilty of the matters and things alleged in the Complaint.

## FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations, statutes of repose (including but not limited to O.C.G.A. § 51-1-11), rules of repose, res judicata, collateral estoppel, accord and satisfaction, consent, license, permit, acquiescence, release, laches, waiver, unclean hands, and/or estoppel.

## FIFTH DEFENSE

Plaintiffs' claims are barred in whole or in part because DAI's conduct was in accordance with the applicable standards of care under all laws, regulations, industry practice, and state-of-the-art knowledge, and the activities of DAI in accordance with such standards were reasonable as a matter of law.  DAI at all times acted reasonably, in good faith, and with the skill, prudence, and diligence of others in the industry at the time.

## SIXTH DEFENSE

DAI asserts that Plaintiffs' alleged damages are the result of one or more independent, superseding, and/or intervening causes.

## SEVENTH DEFENSE

DAI asserts that there is no causal relationship between its alleged actions or conduct and plaintiffs' alleged damages. Plaintiffs' damages, if any, were caused solely by the actions, omissions, or conduct of persons and/or entities for whom or which DAI is not responsible and/or were caused by acts, omissions, conduct, and/or factors beyond the control of DAI.

## EIGHTH DEFENSE

DAI asserts that Plaintiffs' claim for punitive damages is violative of provisions of the United States Constitution and the Georgia Constitution. Plaintiffs' claim for punitive damages is subject to the limitations cap, and the substantive and legal protections, contained in O.C.G.A. § 51-12-1, *et seq*.

## NINTH DEFENSE

Plaintiffs' claims are preempted, in whole or in part, by the applicable federal statutes and regulations pursuant to the Supremacy Clause of the United States Constitution.

## TENTH DEFENSE

An award of punitive damages in this case would violate the Fourth, Fifth, Sixth, Eighth, and/or Fourteenth Amendments to the Constitution of the United

States as well as provisions of the Georgia Constitution, on the following separate and several grounds:

(a)     that civil procedures pursuant to which punitive damages are awarded may result wrongfully in a punishment by a punitive damages award after the fact;

(b)     that civil procedures pursuant to which punitive damages are awarded may result in the award of joint and several judgments against multiple defendants for different alleged acts of wrongdoing;

(c)     that civil procedures pursuant to which punitive damages are awarded fail to provide means for awarding separate judgments against alleged joint tortfeasors;

(d)     that civil procedures pursuant to which punitive damages are awarded fail to provide a limit on the amount of the award against the defendants;

(e)     that civil procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages;

(f)     that civil procedures pursuant to which punitive damages are awarded fail to provide specific standards for the award of punitive damages;

(g)     that civil procedures pursuant to which punitive damages are awarded permit the award of punitive damages upon satisfaction of a standard of proof less than that applicable to the imposition of criminal sanctions;

(h)     that civil procedures pursuant to which punitive damages are awarded permit multiple awards of punitive damages for the same alleged act;

(i)     that civil procedures pursuant to which punitive damages are awarded fail to provide a clear, consistent appellate standard of review of an award of punitive damages;

(j)     that civil procedures pursuant to which punitive damages are awarded permit the admission of evidence relative to the punitive damages in the same proceeding during which liability and compensatory damages are determined;

(k)     that standards of conduct upon which punitive damages are awarded are vague;

(l)     that civil procedures pursuant to which punitive damages are awarded permit the imposition of excessive fines;

(m)     that civil procedures pursuant to which punitive damages are awarded permit the award of punitive damages upon satisfaction of a standard of proof which is not heightened in relation to the standard of proof for ordinary civil cases;

(n)     that civil procedures pursuant to which punitive damages are awarded permit the imposition of arbitrary, capricious or oppressive penalties;

(o)     that civil procedures pursuant to which punitive damages are awarded fail to limit the discretion of the jury in the award of punitive damages.

## ELEVENTH DEFENSE

Plaintiffs have failed to mitigate their damages, if any.

## TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the prior nuisance doctrine.

## THIRTEENTH DEFENSE

Each plaintiff's recovery, if any, should be barred or reduced in proportion to each plaintiff's own culpable conduct, including each plaintiff's own negligence, assumption of the risk, acquiescence, or misuse.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by their own contributory negligence.

11095588.1

## FIFTEENTH DEFENSE

Plaintiffs' claims are barred due to the failure to join indispensable parties (under Fed. R. Civ. P. 19) and real-parties-in-interest (under Fed. R. Civ. P. 17), including but not limited to the City of Rome, Georgia.

## SIXTEENTH DEFENSE

Plaintiffs' claimed damages are speculative, remote, and not reasonably foreseeable.

## SEVENTEENTH DEFENSE

DAI denies that its conduct was in any manner negligent or wanton.

## EIGHTEENTH DEFENSE

DAI denies that it or any of its agents or employees breached any duty or obligation allegedly owed to Plaintiffs.

## NINETEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of comparative fault, and to the extent that any other Defendant has settled or may in the future settle with Plaintiffs, DAI asserts its entitlement to an appropriate credit, setoff, or reduction of any judgment against it.

11095588.1

## TWENTIETH DEFENSE

Plaintiffs' claim for attorney's fees fails because there is no contractual, statutory, or other basis for an award of attorney's fees in this lawsuit against DAI. DAI further did not act in a manner that gives rise to a claim for attorneys' fees or expenses in this lawsuit.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of prescription.

## TWENTY-SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by lack of standing.

## TWENTY-THIRD DEFENSE

Plaintiffs have suffered no legally compensable present injury.

## TWENTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the Public Services Doctrine.

## TWENTY-FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of consent and/or release.

11095588.1

### TWENTY-SIXTH DEFENSE

Plaintiffs' claims fail as improper collateral attacks on properly issued permits.

### TWENTY-SEVENTH DEFENSE

Plaintiffs' claims are barred in whole or in part because the harm is divisible and attributable to others.

### TWENTY-EIGHTH DEFENSE

Plaintiffs should be required to provide a more definite statement of their allegations as to each defendant.  As currently pled, plaintiffs' Complaint violates the group pleading doctrine.

### TWENTY-NINTH DEFENSE

Plaintiffs have not suffered a concrete and particularized injury.

### THIRTIETH DEFENSE

DAI materially complied with all applicable federal, state, and local permitting requirements, regulations, standards, and guidelines.

### THIRTY-FIRST DEFENSE

Any alleged injury or harm was not foreseeable.

## THIRTY-SECOND DEFENSE

The requested injunctive relief would subject DAI to a grossly disproportionate hardship.  The requested injunctive relief would result in unlawful interference with transportation and commerce in the waters of the U.S.  Plaintiffs are not entitled to any injunctive or equitable relief against DAI as Plaintiffs have an adequate remedy at law.

## THIRTY-THIRD DEFENSE

Plaintiff's claims are barred by the Economic Loss Doctrine.

## THIRTY-FOURTH DEFENSE

DAI did not owe or breach any duty to Plaintiffs.

## THIRTY-FIFTH DEFENSE

The proximate cause of any injury to Plaintiffs was an event or incident which was not legally foreseeable by DAI, and therefore DAI has no legal liability for any of Plaintiffs' alleged damages.

## THIRTY-SIXTH DEFENSE

Plaintiffs' nuisance claims fail against DAI because DAI did not have any control over any of the conduct or cause of harm for which Plaintiffs claims to be a nuisance.

46

## THIRTY-SEVENTH DEFENSE

Plaintiffs' claims are barred by the bulk supplier and sophisticated user doctrines.

## THIRTY-EIGHTH DEFENSE

Plaintiffs' claims are barred in whole or in part to the extent they seek to impose liability based on retroactive application of laws, regulations, standards, or guidelines.

## THIRTY-NINTH DEFENSE

Any recovery by Plaintiffs may be barred or reduced by the negligence, fault, or carelessness of others for whose conduct DAI is not responsible. Any judgment rendered against DAI in this action, under all theories of liability plead, should be limited to the fault, if any, attributable to DAI.  DAI is entitled to apportion its fault, if any, to the fault of all other persons who are or could be responsible for any of Plaintiffs' damages regardless of whether such persons are parties to this action, and regardless of whether it is ultimately shown that Plaintiffs were negligent.

## FORTIETH DEFENSE

DAI may be entitled to a set-off in the event Plaintiffs received or receive payment from any source relating to the facts and circumstances at issue in this lawsuit.

## FORTY-FIRST DEFENSE

DAI did not have any duty to warn. Any such duty, if it existed, was either not necessary or was satisfied, discharged, or unnecessary due to the knowledge of risk by others, including Plaintiffs.  The lack of or alleged inadequacy of any warnings were also not a proximate cause of any of Plaintiffs' injuries.

## FORTY-SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, because they have come to the alleged nuisance.

## FORTY-THIRD DEFENSE

DAI denies that the requirements of Rule 23 for a litigation class have been met and demands strict proof thereof.

## FORTY-FOURTH DEFENSE

Plaintiffs' public nuisance claim fails because Plaintiffs did not suffer or incur any special damage or special harm.  Plaintiffs have not suffered or incurred any

11095588.1

damage or harm different from those exercising the right common to the general public that is the subject of the alleged interference.

## FORTY-FIFTH DEFENSE

Plaintiffs nuisance claim fails against DAI because DAI did not create, cause, continue, or maintain the alleged nuisance or otherwise have control over the cause of alleged harm.

## FORTY-SIXTH DEFENSE

The Court should abstain from considering Plaintiffs' claims because of a parallel action in state court, *The City of Rome, Georgia v. 3M Company, et al.*, in the Superior Court of Floyd County, Georgia, 19-CV-02405-3.

## FORTY-SEVENTH DEFENSE

DAI hereby adopts and incorporates the affirmative defenses set forth by its co-defendants in this case.

## RIGHT TO ASSERT ADDITIONAL DEFENSES

DAI reserves the right to assert additional defenses based upon information learned during the course of this litigation and/or through discovery in this action.

[Signature on Following Page]

Dated:  October 12, 2021

/s/ William E. Underwood

William E. Underwood, GA Bar No. 401805
Steven F. Casey, *Admitted PHV*
Kary Bryant Wolfe, *Admitted PHV*
JONES WALKER LLP
1360 Peachtree Street
Suite 1030
Atlanta, GA 30309
Tel: (770)870-7506
Email: kwolfe@joneswalker.com
Email: wunderwood@joneswalker.com
Email: scasey@joneswalker.com

Christopher L. Yeilding, *Admitted PHV*
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205)226-8728
Email: cyeilding@balch.com

Theodore M. Grossman, Admitted *PHV*
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
Email: tgrossman@jonesday.com

## **CERTIFICATE UNDER L.R. 7.1.D.**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

*/s/ William E. Underwood*
William E. Underwood
Georgia Bar No. 401805

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2021, I electronically filed the foregoing DAIKIN AMERICA, INC.'S ANSWER TO THIRD AMENDED COMPLAINT with the Clerk of Court by using the CM/ECF system, which has notified all counsels of record.

*/s/ William E. Underwood*
William E. Underwood
Georgia Bar No. 401805