IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JARROD JOHNSON, individually and on behalf of a class of persons similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | No. 4:20-cv-00008-AT |
| | ) | |
| v. | ) | |
| | ) | |
| 3M COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ANSWER OF DEFENDANT COLUMBIA RECYCLING CORP.

COMES NOW the Defendant, Columbia Recycling Corp. ("Columbia Recycling"), by and through counsel, and for its Answer to the Third Amended Complaint (Doc. 418) hereby states as follows:

I.

Plaintiff fails to state a claim against Columbia Recycling upon which relief may be granted because Columbia Recycling exercised due care and could not have been the proximate cause of the injuries to any member of the plaintiff class.

II.

Plaintiffs' claims are barred in whole or in part by the economic loss doctrine.

## III.

Plaintiffs and their agents by their actions have waived claims against Columbia Recycling and should be estopped from further pursuit.

## IV.

The proposed class does not meet the requirements for typicality, commonality, numerosity, adequacy, superiority, and predominance for certification as a class.

## V.

Columbia Recycling reserves the right, subject to approval of the Court, to amend this Answer to Plaintiff's Third Amended Complaint and to assert additional defenses as they become necessary.

## VI.

Responding to the numbered paragraphs of Plaintiff's Third Amended Complaint, defendant Columbia Recycling pleads as follows:

1.      Columbia Recycling admits that Plaintiff has brought this action, and is seeking the relief stated in Paragraph 1. Columbia Recycling denies discharging PFAS or any other contaminate. Columbia Recycling is without sufficient

information to admit or deny the remaining assertions of Paragraph 1 and therefore denies such assertions.

2.      Denied that a class has been certified, denied that Columbia Recycling has discharged PFAS or any other contaminate, denied that Columbia Recycling has injured Plaintiff or any other member of the proposed class.

3.      Columbia Recycling denies discharging PFAS or any other contaminate and denies harming Plaintiff or any member of the proposed class. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 3 and therefore denies such assertions.

4.      Columbia Recycling denies using PFAS in its operations or otherwise supplying PFAS to other defendants. Columbia Recycling denies discharging wastewater containing PFAS. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 4 and therefore denies such assertions

5.      Denied.

6.      Columbia Recycling denies performing the actions alleged by Plaintiff. Denied that Plaintiff and proposed class members are entitled to any of the relief requested from Columbia Recycling.

7.      Admitted.

8.    Columbia Recycling cannot attest to the authenticity of the documents attached as exhibits to the Complaint, as amended. Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 8 and therefore denies such assertions.

9.    Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 9 and therefore denies such assertions.

10.    Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 10 and therefore denies such assertions.

11.    Paragraph 11 makes no assertion of fact to which Columbia Recycling must respond.

12.    Admitted.

13.    Admitted.

14.    Admitted that venue is proper; denied that Columbia Recycling has caused harm to Plaintiff or other proposed class members.

15.    Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 15 and therefore denies such assertions.

16.    Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 16 and therefore denies such assertions.

17.    The assertions of Paragraph 17 are admitted.

18.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 18-23 and therefore denies such assertions.

19.     Admitted that defendant Columbia Recycling Corp. is a domestic corporation conducting business in the Northern District of Georgia. Admitted that defendant Columbia Recycling Corp. operates a carpet fiber recycling facility at 1001 Chattanooga Ave., Dalton, Georgia. Denied that defendant Columbia Recycling Corp. discharges wastewater containing PFAS.

20.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 25 and therefore denies such assertions.

21.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 26 and therefore denies such assertions.

22.     The assertions of Paragraph 27 are admitted.

23.     The assertions of Paragraph 28 are admitted.

24.     Admitted that DWSWA is an enterprise fund created to manage the solid waste needs for City of Dalton and Whitfield County. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 29 and therefore denies such assertions.

25.     The assertions of Paragraph 30 are admitted.

26.    Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 31-50 and therefore denies such assertions.

27.    Admitted that most defendants are involved with the carpet manufacturing industry. Denied that Columbia Recycling uses or has used PFAS in its operations.

28.    Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 52- 66 and therefore denies such assertions.

29.    Columbia Recycling denies having particular knowledge regarding PFAS, PFOA, PFOS and denies discharging these or any other contaminates into the Dalton POTW. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 67 and therefore denies such assertions.

30.    Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 68-78 and therefore denies such assertions.

31.    The assertions of Paragraphs 79-83 are denied as to Columbia Recycling.

32.    Admitted that Dalton Utilities operates the named wastewater treatment facilities. Columbia Recycling is without sufficient information to admit

or deny the remaining assertions of Paragraph 84 and therefore denies such assertions.

33.  Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 85-86 and therefore denies such assertions.

34.  Columbia Recycling denies using PFAS in its operations or having any particular knowledge regarding PFAS. All other assertions in Paragraph 87 are denied.

35.  Columbia Recycling denies discharging PFAS or any other contaminates into the Dalton POTW. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 88 and therefore denies such assertions.

36.  Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 89 and therefore denies such assertions.

37.  The assertions of Paragraph 90 are denied as to Columbia Recycling.

38.  Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 91-94 and therefore denies such assertions.

39.  Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 95 and therefore denies such assertions. Columbia

Recycling cannot attest to the authenticity of the documents attached as exhibits to the Complaint, as amended.

40. Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 96-103 and therefore denies such assertions.

41. The assertions of Paragraph 104 are denied as to Columbia Recycling.

**COUNT ONE.**

42. Paragraphs 105-108 make no assertions of fact to which Columbia Recycling must respond.

43. To the extent Paragraphs 109-110 states facts and not legal conclusions, such facts are denied.

44. The assertions of Paragraphs 111-112 are legal conclusions which do not require a response. To the extent Paragraphs 111-113 make assertions of fact, such facts are denied.

45. Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 114-119 and therefore denies such assertions.

**COUNT TWO.**

46. Paragraphs 120-124 make no assertions of fact to which Columbia Recycling must respond.

47.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 125 and therefore denies such assertions.

48.     The assertions of Paragraphs 126-127 are legal conclusions which do not require a response.

49.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraphs 128-133 and therefore denies such assertions.

## CLASS ALLEGATIONS.

50.     Paragraph 134-139 makes no assertions of fact to which Columbia Recycling must respond.

51.     To the extent Paragraphs 140-146 states facts and not legal conclusions, such facts are denied.

52.     The assertions of Paragraph 147 are denied as to Columbia Recycling.

53.     To the extent Paragraphs 148-150 states facts and not legal conclusions, such facts are denied.

## COUNT THREE.

54.     Paragraph 151 makes no assertions of fact to which Columbia Recycling must respond.

55.     Denied that Columbia Recycling denies the assertion in Paragraph 152 that it manufactures, distributes, supplies, handles, transports, uses or discharges PFAS in its operations.

56.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 153 and therefore denies such assertions.

57.     The assertions of Paragraphs 154-156 are denied as to Columbia Recycling.

## COUNT FOUR.

58.     Paragraph 157 makes no assertions of fact to which Columbia Recycling must respond.

59.     The assertions of Paragraphs 158-160 are legal conclusions which do not require a response.

60.     The assertions of Paragraphs 161-162 are denied as to Columbia Recycling.

## COUNT FIVE.

61.     Paragraph 163 makes no assertions of fact to which Columbia Recycling must respond.

62.     Columbia Recycling denies the assertions in Paragraph 164 that it manufactures, distributes, supplies, handles, transports, uses or discharges PFAS in its operations.

63.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 165 and therefore denies such assertions.

64.     The assertions of Paragraphs 166-171 are denied as to Columbia Recycling.

## COUNT SIX.

65.     Paragraph 172 makes no assertions of fact to which Columbia Recycling must respond.

66.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 173 and therefore denies such assertions.

67.     The assertions of Paragraph 174 are denied as to Columbia Recycling.

68.     Columbia Recycling is without sufficient information to admit or deny the assertions of Paragraph 175 and therefore denies such assertions.

69.     The assertions of Paragraph 176 are denied as to Columbia Recycling.

70.     Columbia Recycling denies discharging PFAS or any other contaminates. Columbia Recycling is without sufficient information to admit or

deny the remaining assertions of Paragraph 177 and therefore denies such assertions.

71.     Columbia Recycling denies discharging PFAS or any other contaminates. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 178 and therefore denies such assertions.

72.     Columbia Recycling denies discharging PFAS or any other contaminates into the Dalton POTW. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 179 and therefore denies such assertions.

73.     Columbia Recycling denies discharging PFAS or any other contaminates into the Dalton POTW. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 180 and therefore denies such assertions.

74.     The assertions of Paragraphs 181-182 are denied as to Columbia Recycling.

## COUNT SEVEN.

75.     Paragraph 183 makes no assertions of fact to which Columbia Recycling must respond.

76.     Denied that Columbia Recycling manufactures, supplies, uses or discharges PFAS in its operations. Columbia Recycling is without sufficient information to admit or deny the remaining assertions of Paragraph 184 and therefore denies such assertions.

77.     The assertions of Paragraphs 185-188 are denied as to Columbia Recycling.

78.     Denied that Plaintiff and Proposed Class Members are entitled to any of the relief requested from Columbia Recycling.

79.     Any and all averments contained in the Complaint that have not heretofore been admitted or denied are hereby expressly denied.

WHEREFORE, defendant Columbia Recycling requests that the claims of Plaintiff and the Proposed Class Members be dismissed, that the costs of this matter be taxed to the Plaintiff, and that Columbia Recycling have such other and further relief to which it may be entitled

Respectfully submitted,

WOODEN LAW FIRM, P.C.

By:      /s/ Tracy C. Wooden
           Tracy C. Wooden (GA Bar No. 775070)
           735 Broad Street, Suite 900
           Chattanooga, TN 37402
           Telephone (423) 756-9972
           Facsimile (423) 756-9943
           tracywooden@woodenlaw.com
           *Attorneys for Columbia Recycling Corp.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(b) and 7.1(D), I hereby certify that the forgoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

By:      /s/ Tracy C. Wooden
           Tracy C. Wooden (GA Bar No. 775070)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above Answer was served upon the other parties or their counsel of record electronically via the Court's CM/ECF system or via U.S. Mail, postage prepaid.

This 22 day of October, 2021.

_____/s/ Tracy C. Wooden_____

Tracy C. Wooden (GA Bar No. 775070)
