# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| **JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,** | ) ) ) ) | **CIVIL ACTION FILE NO.:** |
| **Plaintiff,** | ) ) | **4:20-cv-0008-AT** |
| **v.** | ) ) | |
| **3M COMPANY; et al..,** | ) ) | |
| **Defendants.** | ) | |

---

## ANSWER OF DEFENDANT FIBRO CHEM, LLC TO THIRD AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT

---

COMES NOW Defendant Fibro Chem, LLC ("Fibro Chem") and files its Response to Plaintiff's Third Amended Individual and Class Action Complaint (the "Complaint") (Doc. 418) in the above-styled action as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims may be barred, in whole or in part, due to lack of subject matter jurisdiction.

## THIRD DEFENSE

Venue is improper and/or may be more convenient in another forum.

## FOURTH DEFENSE

Plaintiff cannot recover from Fibro Chem because Fibro Chem violated no statute, regulation, ordinance or common law intended to protect Plaintiff or their interests.

## FIFTH DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel, laches, and other principles of equity.

## SIXTH DEFENSE

Fibro Chem is not subject to joint and several liability, and any award of damages must be apportioned, pursuant of O.C.G.A. § 51-12-33(a) and (b), among each person or entity that caused or contributed to the alleged damages based on the percentages of fault assigned by the trier of fact.

## SEVENTH DEFENSE

Plaintiff's claims and that of the putative class for trespass is barred because Fibro Chem did not interfere, and certainly not unlawfully, with Plaintiff's property or that of the putative class and any alleged interference was de minimis.

## EIGHTH DEFENSE

Plaintiff's claims are barred in whole or in part because Fibro Chem's activities were in accordance with the applicable standards of care under all applicable laws, permits and regulations, and activities by Fibro Chem in accordance with such standards of care were reasonable as a matter of law.

## NINTH DEFENSE

Fibro Chem at all times has acted reasonably, in good faith, and with the skill, prudence, and diligence exercised by others in Fibro Chem's industry.

## TENTH DEFENSE

Fibro Chem has breached no duty or duties owed to Plaintiff.

## ELEVENTH DEFENSE

Plaintiff's claims are barred to the extent they are based on conduct occurring or damages allegedly suffered outside the applicable statute(s) of limitation.

## TWELFTH DEFENSE

Plaintiff lacks standing to bring this action.

46453456 v2

## THIRTEENTH DEFENSE

Plaintiff cannot recover from Fibro Chem for an alleged trespass or nuisance, because Fibro Chem did not unlawfully interfere with Plaintiff's property.

## FOURTEENTH DEFENSE

The trespass alleged by Plaintiff is abatable, but Fibro Chem has no legal duty to abate the trespass as it was not the proximate cause of the alleged trespass and/or continuing trespass.

## FIFTEENTH DEFENSE

Plaintiff cannot recover from Fibro Chem because Plaintiff's claims as to Fibro Chem are too remote and speculative to be recoverable.

## SIXTEENTH DEFENSE

Plaintiff's damages are not the proximate result of any alleged act, or failure to act, of Fibro Chem and, therefore, Plaintiff may not recover damages from Fibro Chem.

## SEVENTEENTH DEFENSE

No act or omission on the part of Fibro Chem caused or contributed to any of the alleged injuries or damages claimed by the Plaintiff, and therefore, the Plaintiff is not entitled to recover anything from Fibro Chem.

46453456 v2

## EIGHTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that they are caused by the acts or omissions of a third party and not Fibro Chem.

## NINETEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that the acts and/or omissions of persons other than Fibro Chem, over whom Fibro Chem had no control, were intervening or superseding causes of the injuries, costs, and damages allegedly incurred by Plaintiff.

## TWENTIETH DEFENSE

Plaintiff is precluded, in whole or in part, from the recovery of attorneys' fees based on statutory and common law.

## TWENTY-FIRST DEFENSE

Fibro Chem has at all times acted in good faith with respect to Plaintiff's claim, and has in no way been stubbornly litigious or caused Plaintiff unnecessary trouble and expense. Therefore Plaintiff is not entitled to attorney's fees under O.C.G.A. § 13-6-11.

## TWENTY-SECOND DEFENSE

To the extent that Plaintiff has failed to avail himself of funds from unnamed third parties, including without limitation insurance companies and unnamed

46453456 v2

potentially responsible parties, Fibro Chem is entitled to a set off of these funds including interest.

## TWENTY-THIRD DEFENSE

Plaintiff cannot recover punitive damages from Fibro Chem, because Fibro Chem's actions did not show willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

## TWENTY-FOURTH DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Georgia does not have sufficient procedural safeguards to ensure that the jury's discretion in awarding punitive damages was reasonably constrained. Therefore, any award of punitive damages would be an excessive and arbitrary deprivation of property without due process of law.

## TWENTY-FIFTH DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process

clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because such an award would be tantamount to a severe criminal penalty. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

**<u>TWENTY-SIXTH DEFENSE</u>**

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Georgia law did not provide Fibro Chem with fair notice that their activities might subject them to exemplary damages. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

**<u>TWENTY-SEVENTH DEFENSE</u>**

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because

7

Fibro Chem's actions did not demonstrate the degree of reprehensibility necessary for an award of punitive damages. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

## **TWENTY-EIGHTH DEFENSE**

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because a less drastic remedy could achieve the desired result of future compliance with state law. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

## **TWENTY-NINTH DEFENSE**

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Fibro Chem's actions were not adjudged illegal in Georgia before this action was

filed. Therefore, any award of punitive damages would violate Fibro Chem's due process rights under the United States and Georgia Constitutions.

## THIRTIETH DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of Fibro Chem's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article 1 of the Georgia Constitution because there is no evidence that anyone will be threatened with any additional potential harm by Fibro Chem's actions.

## THIRTY-FIRST DEFENSE

While Fibro Chem denies liability for any punitive damages, any such award is subject to the legislative cap set out in O.C.G.A. § 51-12-1, et seq.

## THIRTY-SECOND DEFENSE

The proposed claims of the class are precluded because the alleged conduct would have affected, if anyone, only an insubstantial number of putative class members.

## THIRTY-THIRD DEFENSE

The proposed class cannot be certified because the putative class, class representatives, and/or class counsel failed to meet the typicality, commonality,

numerosity, adequacy, superiority and predominance requirements for pursuit of the claims as a class action.

## THIRTY-FOURTH DEFENSE

Fibro Chem reserves the right to assert such other defenses as may become apparent during the course of discovery. In response to the specific Paragraphs contained in Plaintiff's Complaint, Fibro Chem answers as follows:

## STATEMENT OF THE CASE

1.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

2.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

3.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

4.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied. To the extent Plaintiff makes, or attempts to

46453456 v2

make, specific factual allegations against Fibro Chem, Fibro Chem denies the allegations in this paragraph.

5. To the extent this paragraph makes allegations regarding other entities, Fibro Chem lacks knowledge sufficient to form a belief regarding the truth of those allegations and therefore denies them. To the extent this paragraph makes allegations regarding Fibro Chem, Fibro Chem denies the allegations in this paragraph.

6. To the extent this paragraph makes allegations regarding other entities, Fibro Chem lacks knowledge sufficient to form a belief regarding the truth of those allegations and therefore denies them. To the extent this paragraph makes allegations regarding Fibro Chem, Fibro Chem denies the allegations in this paragraph.

## **JURISDICTION AND VENUE**

7. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

8. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

46453456 v2

9.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

10.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

11.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

12.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

13.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

14.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## **PARTIES**

15.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

16.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

17.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

18.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

19.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

20.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

13

21.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

22.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

23.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

24.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

25.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

26.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

46453456 v2

27.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

28.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

29.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

30.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

31.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

32.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

46453456 v2

33.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

34.    Fibro Chem admits only that it is a limited liability company organized under the laws of the State of Georgia and currently operates at 1521 E. Walnut Avenue, Dalton, Georgia 30721. Fibro Chem denies the remaining allegations of this paragraph.

35.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

36.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

37.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

38.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

39.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

40.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

41.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

42.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

43.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

44.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

45.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

46.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

47.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

48.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

49.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

50.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

46453456 v2

## FACTUAL ALLEGATIONS

**Background and Hazards of PFAS**

51.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

52.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

53.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

54.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

55.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

56.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

57.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

58.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

59.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

60.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

61.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

62.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

46453456 v2

63.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

64.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

65.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

66.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

**Defendants' Knowledge of Toxicity and Persistence of PFAS**

67.     Fibro Chem denies the allegations in this paragraph.

68.     Fibro Chem denies the allegations in this paragraph.

69.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

70.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

71.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

72.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

73.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

74.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

75.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

76.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

77.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

78.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

79.     Fibro Chem denies the allegations in this paragraph.

80.     Fibro Chem denies the allegations in this paragraph.

81.     Fibro Chem denies the allegations in this paragraph.

82.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

**Contamination of Upper Coosa River Basin with PFAS**

83.     Fibro Chem denies the allegations in this paragraph.

84.     Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

85.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

86.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

87.     Fibro Chem denies the allegations in this paragraph.

88.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

89.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

90.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

46453456 v2

91.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

92.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

93.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

94.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

95.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

96.    Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

## PFAS Contamination of Rome Water Supply

97.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

98.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

99.     The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

100.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

101.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

102.    The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

103. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

104. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

**COUNT ONE:**
**DISCHARGE OF POLLUTANTS TO SURFACE WATERS WITHOUT AN**
**NPDES PERMIT IN VIOLATION OF THE CLEAN WATER ACT**
**(Defendant Dalton Utilities)**

105. Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

106. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

107. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

108. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

46453456 v2

109.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

110.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

111.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

112.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

113.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

114.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

46453456 v2

115. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

116. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

117. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

118. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

119. The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## COUNT TWO:
## INDUSTRIAL USER PASS THROUGH DISCHARGES OF POLLUTANTS IN VIOLATION OF DALTON UTILITIES' SEWER USE RULES AND REGULATIONS AND THE CLEAN WATER ACT
## (Defendant Dalton/Whitfield Regional/Solid Waste Authority)

120.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

121.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

122.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

123.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

124.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

125.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

46453456 v2

126.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

127.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

128.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

129.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

130.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

131.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

46453456 v2

132.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

133.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## CLASS ALLEGATIONS

134.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

135.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

136.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

137.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

46453456 v2

138.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

139.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## **Numerosity**

140.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

141.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## **Typicality**

142.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## Adequate Representation

143.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

144.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

## Predominance of Common Questions of Law and Fact

145.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

146.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

## Fed. R. Civ. P. 23(a) and 23(b)(2) Injunctive or Declaratory Relief

147.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

46453456 v2

148.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

### Superiority

149.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

150.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

### COUNT THREE:
### WILLFUL, WANTON, RECKLESS, OR NEGLIGENT MISCONDUCT
### (All Defendants Except Dalton Utilities and Dalton/Whitfield Regional/Solid Waste Authority)

151.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

152.   Fibro Chem denies the allegations in this paragraph.

153.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

154.   Fibro Chem denies the allegations in this paragraph.

35

155.   Fibro Chem denies the allegations in this paragraph.

156.   Fibro Chem denies the allegations in this paragraph.

## COUNT FOUR:
## NEGLIGENCE PER SE
### (All Defendant Except Dalton Utilities, 3M, DuPont and Chemours)

157.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

158.   Fibro Chem denies the allegations in this paragraph.

159.   Fibro Chem denies the allegations in this paragraph.

160.   Fibro Chem denies the allegations in this paragraph.

161.   Fibro Chem denies the allegations in this paragraph.

162.   Fibro Chem denies the allegations in this paragraph.

## COUNT FIVE:
## PUNITIVE DAMAGES
### (All Defendant Except Dalton Utilities)

163.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

164.   Fibro Chem denies the allegations in this paragraph.

165.   The allegations in this paragraph constitute Plaintiff's opinions, characterizations and/or legal conclusions to which Fibro Chem is not required to respond, and are therefore denied.

46453456 v2

166.   Fibro Chem denies the allegations in this paragraph.

167.   Fibro Chem denies the allegations in this paragraph.

168.   Fibro Chem denies the allegations in this paragraph.

169.   Fibro Chem denies the allegations in this paragraph.

170.   Fibro Chem denies the allegations in this paragraph.

171.   Fibro Chem denies the allegations in this paragraph.

## COUNT SIX:
## PUBLIC NUISANCE

172.   Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

173.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

174.   Fibro Chem denies the allegations in this paragraph.

175.   Fibro Chem is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore the allegations are denied.

176.   Fibro Chem denies the allegations in this paragraph.

177.   Fibro Chem denies the allegations in this paragraph.

178.   Fibro Chem denies the allegations in this paragraph.

179.    Fibro Chem denies the allegations in this paragraph.

180.    Fibro Chem denies the allegations in this paragraph.

181.    Fibro Chem denies the allegations in this paragraph.

182.    Fibro Chem denies the allegations in this paragraph.

## COUNT SEVEN:
## CLAIMS FOR ABATEMENT AND INJUNCTION OF PUBLIC NUISANCE

183.    Fibro Chem realleges and reasserts its responses to the preceding paragraphs as if fully set forth herein.

184.    Fibro Chem denies the allegations in this paragraph.

185.    Fibro Chem denies the allegations in this paragraph.

186.    Fibro Chem denies the allegations in this paragraph.

187.    Fibro Chem denies the allegations in this paragraph.

188.    Fibro Chem denies the allegations in this paragraph.


**WHEREFORE,** Fibro Chem respectfully prays for the following relief:

(a)    That judgment be entered in favor of Fibro Chem and against Plaintiffs in the above-styled Complaint;

(b)    That the costs of this action, including attorney's fees, be cast against Plaintiffs;

(c)    That Fibro Chem be afforded its right to trial by a jury; and

46453456 v2

(d)     That this Court grant such other and further relief as it may deem just and proper.

Respectfully submitted this 25th day of October, 2021.

/s/ Kwende B. Jones
Elizabeth B. Davis
Georgia Bar No. 208260
bdavis@burr.com
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone:(404) 815-3000
Facsimile: (404) 817-3244

*Attorneys for Defendant Fibro Chem, LLC*

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **ANSWER OF DEFENDANT FIBRO CHEM, LLC TO THIRD AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1C.

s/Kwende B. Jones
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
*Attorney for Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

40

46453456 v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2021, I electronically filed the foregoing **ANSWER OF DEFENDANT FIBRO CHEM, LLC TO THIRD AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT** with the Clerk of Court using the CM/ECF system, which has notified all counsel of record.

s/Kwende B. Jones
Kwende B. Jones
Georgia Bar No. 041155
kbjones@burr.com
*Attorney for Defendant Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

46453456 v2