## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| **JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly Situated,** | : : : : | |
| **Plaintiff,** | : : | |
| **v.** | : : | **Civil Action Number: 4:20-CV-00008-AT** |
| **3M Company, et al.,** | : : | |
| **Defendants.** | : | |

## DEFENDANT ARROWSTAR LLC's ANSWER AND DEFENSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT

COMES NOW Defendant Arrowstar, LLC ("Arrowstar"), by and through undersigned counsel, and files its Answer and Defenses to Plaintiff's Third Amended Complaint, showing this Honorable Court as follows:

### FIRST DEFENSE

Arrowstar shows that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Arrowstar asserts the defense of lack of personal jurisdiction.

### THIRD DEFENSE

Arrowstar asserts the defense of lack of subject matter jurisdiction.

**FOURTH DEFENSE**

Arrowstar asserts the defense of improper venue.

**FIFTH DEFENSE**

Arrowstar asserts the defense of failure to join a party under Federal Rule of

Civil Procedure 19 and/or O.C.G.A. § 9-11-19.

**SIXTH DEFENSE**

Arrowstar asserts the defenses of contributory negligence and/or of

assumption of the risk.

**SEVENTH DEFENSE**

Arrowstar asserts the equitable defenses of laches and unclean hands.

**EIGHTH DEFENSE**

Arrowstar has not caused the release of release of toxic chemicals.

**NINTH DEFENSE**

Arrowstar has not acted or failed to act negligently, willfully, or wantonly in

regard to toxic chemicals.

**TENTH DEFENSE**

Arrowstar has not caused any damage to Plaintiff.

## ELEVENTH DEFENSE

Plaintiff's alleged damages of a condition "that has threatened, and continues to threaten, the health and well-being of the Plaintiff," causing "increased risk of physical harm," are speculative and not compensable as a matter of law.

## TWELFTH DEFENSE

Plaintiff's contributory negligence is an equal or greater cause of any damages Plaintiff may prove it has suffered.

## THIRTEENTH DEFENSE

If Plaintiff is able to prove any damages, Plaintiff has failed to mitigate such damages.

## FOURTEENTH DEFENSE

If Plaintiff is able to prove any damages, the damages attributed by Plaintiff to Arrowstar were caused by other defendants and/or nonparties for which Arrowstar has no responsibility or legal liability.

## FIFTEENTH DEFENSE

Arrowstar has not acted or failed to act in such a way as to give rise to any claim for attorney fees and expenses of litigation.

## SIXTEENTH DEFENSE

Arrowstar has not acted or failed to act in such a way as to give rise to any claim for punitive damages.

## SEVENTEENTH DEFENSE

Arrowstar asserts that Plaintiff's claim for punitive damages is subject to the limitations cap, and the legal protections, contained in O.C.G.A. §51-12-1, *et seq*.

## EIGHTEENTH DEFENSE

Arrowstar asserts that Plaintiff's claim for punitive damages is barred by the Georgia and/or United States Constitution.

## NINETEENTH DEFENSE

Pursuant to O.C.G.A. § 51-12-33(d)(1), Arrowstar hereby gives notice that as to any damages Plaintiff may prove in this matter, which damages (if any) Arrowstar denies it has caused or contributed to in any manner whatsoever, any such damages (if any) are hereby designated as being caused by one or more other named Defendants in this matter.  The identification information for the Defendants and the basis for Arrowstar's belief in their fault are found in the allegations of Plaintiff's Complaint.

### TWENTIETH DEFENSE

Arrowstar asserts that Plaintiff's alleged injuries, if any, were not foreseeable to Arrowstar.

### TWENTY-FIRST DEFENSE

Arrowstar asserts that Plaintiff's damages, if any, were caused in whole or in part by the abuse, misuse, alteration, or modification of products or materials in a way which was not intended and was not reasonably foreseeable.

### TWENTY-SECOND DEFENSE

Arrowstar asserts that Plaintiff's claims are barred, in whole or in part, by the economic loss doctrine.

### TWENTY-THIRD DEFENSE

Arrowstar asserts that Plaintiff is not entitled to injunctive or equitable relief against Arrowstar, as they have an adequate remedy at law.

### TWENTY-FOURTH DEFENSE

Arrowstar asserts that some or all of the damages sought by Plaintiff constitute impermissible double recovery for the alleged injuries.

### TWENTY-FIFTH DEFENSE

Arrowstar asserts that Plaintiff's claims are barred, in whole or in part, by the bulk supplier and sophisticated user doctrines.

### TWENTY-SIXTH DEFENSE

Arrowstar asserts that Plaintiff's claims are preempted by applicable federal statutes and regulations pursuant to the Supremacy Clause of the United States Constitution.

### TWENTY-SEVENTH DEFENSE

Arrowstar asserts that Plaintiff's claims for injunctive relief are barred by the doctrine of primary jurisdiction.

### TWENTY-EIGHTH DEFENSE

Arrowstar asserts all rights of set-off and/or credit for all amounts Plaintiff has received, or may receive, in settlement or judgment from other entities, regardless of whether they were made parties to this suit. Arrowstar also asserts the affirmative defenses of satisfaction, payment, and release.

### TWENTY-NINTH DEFENSE

Arrowstar reserves any actions for contribution or indemnity against parties or third parties.

### THIRTIETH DEFENSE

Arrowstar asserts that Plaintiff cannot recover for public nuisance because it cannot demonstrate that it suffered special harm.

## THIRTY-FIRST DEFENSE

Arrowstar asserts that it is not liable for public nuisance because it did not exercise control over the alleged nuisance.

## THIRTY-SECOND DEFENSE

Arrowstar asserts that Plaintiff's claims are barred in their entirety by the Public Services Doctrine.

## THIRTY-THIRD DEFENSE

Arrowstar asserts that Plaintiff's claims against it are barred by Georgia's innocent seller doctrine.

## THIRTY-FOURTH DEFENSE

Arrowstar asserts that Plaintiff's claims are barred by the doctrines of res judicata and collateral estoppel.

## THIRTY-FIFTH DEFENSE

Plaintiff's claims and those of the Proposed Class Members do not meet the requirements for certification under Federal Rule of Civil Procedure 23 and/or O.C.G.A. § 9-11-23.

## THIRTY-SIXTH DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## THIRTY-SEVENTH DEFENSE

In response to the numbered paragraphs of Plaintiff's Third Amended Complaint, Arrowstar responds as follows:

-1-

Arrowstar denies the allegations of paragraph 1 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 1.

-2-

Arrowstar denies the allegations of paragraph 2 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 2.

-3-

Arrowstar denies the allegations of paragraph 3 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3.

-4-

Arrowstar admits that at least some of the Defendants own or operate manufacturing or other facilities related to the carpet industry in or near the City of Dalton, Georgia. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 4.

-5-

Arrowstar denies the allegations of paragraph 5 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 5.

-6-

Arrowstar denies the allegations of paragraph 6 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 6.

-7-

Arrowstar denies the allegations of paragraph 7.

-8-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8

-9-

Arrowstar is without knowledge or belief sufficient to form a belief as to the truth of the allegations of paragraph 9.

-10-

Arrowstar is without knowledge or belief sufficient to form a belief as to the truth of the allegations of paragraph 10.

-11-

Arrowstar is without knowledge or belief sufficient to form a belief as to the truth of the allegations of paragraph 11.

-12-

Arrowstar denies the allegations of paragraph 12 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or belief sufficient to form a belief as to the truth of the remaining allegations of paragraph 12.

-13-

Arrowstar denies the allegations of paragraph 13 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or belief sufficient to form a belief as to the truth of the remaining allegations of paragraph 13.

-14-

Arrowstar denies the allegations of paragraph 14 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or belief sufficient to form a belief as to the truth of the remaining allegations of paragraph 14.

-15-

Arrowstar denies the allegations of paragraph 15 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 15.

-16-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16.

-17-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17.

-18-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18.

-19-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19.

-20-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20.

-21-

Arrowstar admits the allegations in the first sentence of paragraph 21. Defendant Arrowstar denies the remaining allegations of paragraph 21.

-22-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22.

-23-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23.

-24-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24.

-25-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25.

-26-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26.

-27-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27.

-28-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28.

-29-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29.

-30-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30.

-31-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31.

-32-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32.

-33-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.

-34-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34.

-35-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35.

-36-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36.

-37-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37.

-38-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38.

-39-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39.

-40-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40.

-41-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41.

-42-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42.

-43-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43.

-44-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44.

-45-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45.

-46-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46.

-47-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47.

-48-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48.

-49-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49.

-50-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50.

-51-

Arrowstar admits that a significant proportion of the world's carpet is manufactured in and around Dalton, Georgia. Arrowstar admits that some of the defendants named herein are owners and operators of carpet manufacturing plants and related facilities which have used chemicals in the stain-resistant carpet manufacturing process. Arrowstar admits that it has supplied certain chemicals to some of the defendants named herein. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 51.

-52-

Arrowstar admits the term "PFAS" may refer to manmade chemicals that do not occur naturally in the environment and have a variety of industrial and commercial applications, including the treatment of carpet, rugs, and other home

textiles for the purposes of resisting stains.  Arrowstar admits that chemicals referred to as "PFAS" may have properties of stability, repellency, and low reactivity. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 52.

-53-

Arrowstar admits that chemicals referred to as "PFAS" may demonstrate a certain degree of persistence in the environment.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 53.

-54-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54.

-55-

Arrowstar admits there are human health risks that some people have associated with certain degrees of exposure to chemicals referred to as "PFAS." Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 55.

-56-

Arrowstar admits there are human health risks that some people have associated with certain degrees of exposure to chemicals referred to as "PFAS." Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 56.

-57-

Arrowstar admits there are human health risks that some people have associated with certain degrees of exposure to chemicals referred to as "PFAS." Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 57.

-58-

Arrowstar admits there are human health risks that some people have associated with certain degrees of exposure to chemicals referred to as "PFAS." Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 58.

-59-

Arrowstar admits there are human health risks that some people have associated with certain degrees of exposure to chemicals referred to as "PFAS."

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 59.

-60-

Arrowstar admits only that EPA released lifetime health advisories in May 2016 identifying the concentration of PFOA and PFOS in drinking water at or below which adverse health effects are not anticipated to occur over a lifetime of exposure, and those concentrations are .07 parts per billion or 70 parts per trillion for PFOA and PFOS combined, and that the EPA health advisories may be found as published in the Federal Register, Vol. 81, No. 101, at 33250-51 (the "May 2016 EPA Health Advisories").  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 60.

-61-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61.

-62-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62.

-63-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 63.

-64-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 64.

-65-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 65.

-66-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66.

-67-

Arrowstar admits there are human health risks that some people have associated with certain degrees of exposure to chemicals referred to as "PFAS," "PFOA," and "PFOS." Arrowstar denies the allegations of paragraph 67 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 67.

-68-

Arrowstar admits there are human health risks that some people have associated with certain degrees of exposure to chemicals referred to as "PFAS," "PFOA," and "PFOS." Arrowstar denies the allegations of paragraph 68 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 68.

-69-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69.

-70-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 70.

-71-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 71.

-72-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 72.

-73-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 73.

-74-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 74.

-75-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 75.

-76-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 76.

-77-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 77.

-78-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 78.

-79-

Arrowstar denies the allegations of paragraph 79 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 79.

-80-

Arrowstar denies the allegations of paragraph 80 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 80.

-81-

Arrowstar denies the allegations of paragraph 81 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 81.

-82-

Arrowstar admits there are human health risks associated with certain degrees of exposure to chemicals referred to as "PFOA" and "PFOS." Arrowstar denies the truth of the remaining allegations of paragraph 82 insofar as the same

pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 82.

-83-

Arrowstar denies the allegations of paragraph 83 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 83.

-84-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 84.

-85-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 85.

-86-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 86.

-87-

Arrowstar denies the allegations of paragraph 87 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 87.

-88-

Arrowstar denies the allegations of paragraph 88 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 88.

-89-

Arrowstar denies the allegations of paragraph 89 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 89.

-90-

Arrowstar denies the allegations of paragraph 90 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 90.

-91-

Arrowstar denies the allegations of paragraph 91 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 91.

-92-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 92.

-93-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 93.

-94-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 94.

-95-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 95.

-96-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 96.

-97-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 97.

-98-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 98.

-99-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 99.

-100-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 100.

-101-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 101.

-102-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 102.

-103-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 103.

-104-

Arrowstar denies the allegations of paragraph 104 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 104.

-105-

Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

-106-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 106.

-107-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 107.

-108-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 108.

-109-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 109.

-110-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 110.

-111-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 111.

-112-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 112.

-113-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 113.

-114-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 114.

-115-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 115.

-116-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 116.

-117-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 117.

-118-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 118.

-119-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 119.

-120-

Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

-121-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 121.

-122-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 122.

-123-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 123.

-124-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 124.

-125-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 125.

-126-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 126.

-127-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 127.

-128-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 128.

-129-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 129.

-130-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 130.

-131-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 131.

-132-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 132.

-133-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 133.

-134-

Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

-135-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 136.

-136-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 136.

-137-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 137.

-138-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 138.

-139-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 139.

-140-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 140.

-141-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 141,

-142-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 142.

-143-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 143.

-144-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 144.

-145-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar denies the allegations of paragraph 145 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 145.

-146-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 146.

-147-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar denies the allegations of paragraph 147 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 147.

-148-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 148.

-149-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 149.

-150-

Arrowstar denies that this action may be properly maintained pursuant to the provisions of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 150.

-151-

Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

-152-

Arrowstar denies the allegations of paragraph 152 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 152.

-153-

Arrowstar denies the allegations of paragraph 153 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 153.

-154-

Arrowstar denies the allegations of paragraph 154 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 154.

-155-

Arrowstar denies the allegations of paragraph 155 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 155.

-156-

Arrowstar denies the allegations of paragraph 156 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 156.

-157-

Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

-158-

Arrowstar denies the allegations of paragraph 158 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 158.

-159-

Arrowstar denies the allegations of paragraph 159 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 159.

-160-

Arrowstar denies the allegations of paragraph 160 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 160.

-161-

Arrowstar denies the allegations of paragraph 161 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 161.

-162-

Arrowstar denies the allegations of paragraph 162 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 162.

-163-

Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

-164-

Arrowstar denies the allegations of paragraph 164 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 164.

-165-

Arrowstar denies the allegations of paragraph 165 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 165.

-166-

Arrowstar denies the allegations of paragraph 166 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 166.

-167-

Arrowstar denies the allegations of paragraph 167 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 167.

-168-

Arrowstar denies the allegations of paragraph 168 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 168.

-169-

Arrowstar denies the allegations of paragraph 169 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 169.

-170-

Arrowstar denies the allegations of paragraph 170 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 170.

-171-

Arrowstar denies the allegations of paragraph 171 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 171.

-172-

Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

-173-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 173.

-174-

Arrowstar denies the allegations of paragraph 174 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 174.

-175-

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 175.

-176-

Arrowstar denies the allegations of paragraph 176 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 176.

-177-

Arrowstar denies the allegations of paragraph 177 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 177.

-178-

Arrowstar denies the allegations of paragraph 178 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 178.

-179-

Arrowstar denies the allegations of paragraph 179 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 179.

-180-

Arrowstar denies the allegations of paragraph 180 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 180.

-181-

Arrowstar denies the allegations of paragraph 181 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 181.

-182-

Arrowstar denies the allegations of paragraph 182 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 182.

-183-

Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

-184-

Arrowstar denies the allegations of paragraph 184 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 184.

-185-

Arrowstar denies the allegations of paragraph 185 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 185.

-186-

Arrowstar denies the allegations of paragraph 186 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 186.

-187-

Arrowstar denies the allegations of paragraph 187 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 187.

-188-

Arrowstar denies the allegations of paragraph 188 insofar as the same pertain specifically to Arrowstar. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 188.

## THIRTY-EIGHTH DEFENSE

Arrowstar denies that Plaintiff is entitled to any relief sought in its prayer for relief.

## THIRTY-NINTH DEFENSE

Arrowstar denies any other allegation not otherwise admitted or denied hereinabove.

## FORTIETH DEFENSE

Arrowstar hereby adopts and incorporates the affirmative defenses set forth by its co-defendants in this case to the extent the same are not otherwise set forth herein, to the extent the same may be applicable to Arrowstar, and to the extent the same have a good faith basis in law or fact.

**WHEREFORE**, Arrowstar prays that Plaintiff's Complaint be dismissed with prejudice as to Arrowstar, with costs cast against Plaintiff, and for such other additional relief as this Court deems just and proper.

This 25th day of October, 2021.

**COPPEDGE, MICHMERHUIZEN, RAYBURN |**
**Attorneys at Law**

By: /s/ Stephen Michmerhuizen

| | |
|---|---|
| 508 S. Thornton Avenue | WARREN N. COPPEDGE, JR. |
| Dalton, Georgia 30720 | GEORGIA BAR NUMBER: 187300 |
| P: (706) 226-0040 | STEPHEN MICHMERHUIZEN |
| F: (706) 226-0050 | GEORGIA BAR NUMBER: 107109 |
| warren@coppedgefirm.com | ATTORNEYS FOR DEFENDANT |
| steve@coppedgefirm.com | ARROWSTAR, LLC |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

**JARROD JOHNSON, individually,**
**and on Behalf of a Class of persons**
**similarly Situated,**

      **Plaintiff,**

**v.**

**3M Company, et al.,**

      **Defendants.**

:
:
:
:
:
:
:
:
:
:
:
:

**Civil Action Number:**
**4:20-CV-00008-AT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date stated below, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which sends a copy to all counsel of record in this civil action.

This 25th day of October, 2020.

**COPPEDGE, MICHMERHUIZEN, RAYBURN |**
**Attorneys at Law**

By: /s/ Stephen Michmerhuizen

508 S. Thornton Avenue  WARREN N. COPPEDGE, JR.
Dalton, Georgia 30720  GEORGIA BAR NUMBER: 187300
P: (706) 226-0040  STEPHEN MICHMERHUIZEN
F: (706) 226-0050  GEORGIA BAR NUMBER: 107109
warren@coppedgefirm.com  ATTORNEYS FOR DEFENDANT
steve@coppedgefirm.com  ARROWSTAR, LLC