# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:20-cv-0008-AT<br>)<br>)<br>)<br>)<br>) |

## BRIEFING ORDER REGARDING
## <u>CLASS CERTIFICATION BRIEFING</u>

The Court orders that the number and page limitations for briefs regarding Class Certification are as follows:

1.  Plaintiff will be permitted to file a Class Certification opening brief and a reply brief, totaling no more than 65 pages combined. Plaintiff may allocate those 65 pages among his opening brief and reply brief however he so chooses.

2.  Defendants in this matter will be permitted to jointly file a single, consolidated opposition brief totaling no more than 65 pages.

1

**IT IS SO ORDERED.**

**Date:** December 3, 2021

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE