**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| JARROD JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.:  4:20-cv-0008-AT |

## DEFENDANT CYLE-TEX, INC.'S ANSWER TO PLAINTIFF'S FOURTH AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT

Defendant Cycle-Tex, Inc. ("Cycle-Tex") answers Plaintiff's Fourth Amended Individual and Class Action Complaint ("Complaint") as follows:

## STATEMENT OF THE CASE

1.　　The allegations contained in Paragraph 1 of the Complaint do not address Cycle-Tex directly, and further Paragraph 1 contains legal conclusions. Thus, no response is required. To the extent, a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 1 and therefore denies the same.

2.　　Cycle-Tex admits the Complaint purports to assert a class action. Cycle-Tex denies all remaining allegations contained in Paragraph 2.

3.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 3, and therefore, denies the same.

4.     Cycle-Tex admits that it previously operated thermoplastics recycling facilities that purchased raw materials from carpet manufacturers.  Cycle Tex's facilities were located at 111 W. Westcott Way, Dalton, GA 30720 and 905 E. Hermitage Rd., Rome, GA 30161.  Cycle-Tex denies that either of its facilities ever used PFAS or otherwise supplied PFAS.  Further answering, Cycle-Tex denies that either of its facilities was a "manufacturing facility" and denies all allegations of Paragraph 4 that are based on the assumption that Cycle-Tex's facilities were "manufacturing facilities."  Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 4, and therefore, denies the same.

5.     Cycle-Tex denies all allegations in Paragraph 5.  Cycle-Tex lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in Paragraph 5 relating to other Defendants, and therefore, denies the same.

6.     Cycle-Tex denies the allegations in Paragraph 6 as they relate to Cycle-Tex, and denies that Plaintiff and putative class members have suffered damages or are entitled to the relief stated in Paragraph 6. Cycle-Tex is without

knowledge and information sufficient to respond to the remaining allegations in Paragraph 6, and therefore, denies the same.

<u>**JURISDICTION AND VENUE**</u>

7.      The allegations contained in Paragraph 7 constitute legal conclusions to which no response is required.  To the extent a response is deemed required, Cycle-Tex denies that this Court has proper subject matter jurisdiction over Cycle-Tex because Plaintiff's claims are not fairly traceable to Cycle-Tex.

8.      The allegations in Paragraph 8 do not address or allege any facts concerning Cycle-Tex and therefore do not require a response. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 8 and the referenced exhibits, and therefore, denies the same.

9.      The allegations in Paragraph 9 do not address or allege any facts concerning Cycle-Tex and further contains legal conclusions. Therefore, no response is required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 9, and therefore, denies the same.

10.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 10, and therefore, denies the same.

11.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 11, and therefore, denies the same.

12.     The allegations contained in Paragraph 12 constitute legal conclusions to which no response is required.  To the extent a response is deemed required, Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 12 and therefore, denies the same.

13.     The allegations in Paragraph 13 contain legal conclusions and therefore, no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 13 and therefore, denies the same.

14.     The allegations in Paragraph 14 contain legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex admits that it conducted certain business in this District during certain time periods but otherwise denies the allegations in Paragraph 14 to the extent they relate to Cycle-Tex. Cycle-Tex lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 14, and, therefore, denies those allegations.

## PARTIES

15.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 15 and therefore, denies the same.

16.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 16 and therefore, denies the same.

17.   The allegations in Paragraph 17 contain legal conclusions and therefore, no response is required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 17 and therefore, denies the same.

18.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 18 and therefore, denies the same.

19.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 19 and therefore, denies the same.

20.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 20 and therefore, denies the same.

21.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 21 and therefore, denies the same.

22.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 22 and therefore, denies the same.

4853-4123-4699.3

23.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 23 and therefore, denies the same.

24.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 24 and therefore, denies the same.

25.     Cycle-Tex admits that it previously operated a thermoplastics recycling facility located at 111 W. Westcott Way, Dalton, GA 30720. Cycle-Tex denies that it discharged industrial wastewater containing PFAS into the Dalton POTW. Cycle-Tex denies the remaining allegations concerning Cycle-Tex in Paragraph 25.  Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 25 directed towards others and therefore, denies the same

26.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 26 and therefore, denies the same.

27.     The allegations in Paragraph 27 contain legal conclusions and therefore, no response is required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 27 and therefore, denies the same.

28.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 28 and therefore, denies the same.

29.     The allegations in Paragraph 29 contain legal conclusions and therefore, no response is required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 29 and therefore, denies the same.

30.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 30 and therefore, denies the same.

31.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 31 and therefore, denies the same.

32.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 32 and therefore, denies the same.

33.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 33 and therefore, denies the same.

34.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 34 and therefore, denies the same.

35.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 35 and therefore, denies the same.

36.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 36 and therefore, denies the same.

37.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 37 and therefore, denies the same.

38.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 38 and therefore, denies the same.

39.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 39 and therefore, denies the same.

40.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 40 and therefore, denies the same.

41.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 41 and therefore, denies the same.

42.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 42 and therefore, denies the same.

43.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 43 and therefore, denies the same.

44.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 44 and therefore, denies the same.

45.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 45 and therefore, denies the same.

4853-4123-4699.3

46.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 46 and therefore, denies the same.

47.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 47 and therefore, denies the same.

48.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 48 and therefore, denies the same.

49.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 49 and therefore, denies the same.

## FACTUAL ALLEGATIONS

**[Alleged] Background and Hazards of PFAS**

50.     Cycle-Tex admits that carpet manufacturing facilities are located in Dalton, Georgia. Cycle-Tex is without knowledge and information sufficient to respond to the allegations in this paragraph concerning those carpet manufacturing facilities. Cycle-Tex denies all remaining allegations contained in this paragraph that relate to Cycle-Tex.

51.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 51 and therefore, denies the same.

52.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 52 and therefore, denies the same.

4853-4123-4699.3

53.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 53 and therefore, denies the same.

54.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 54 and therefore, denies the same.

55.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 55 and therefore, denies the same.

56.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 56 and therefore, denies the same.

57.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 57 and therefore, denies the same.

58.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 58 and therefore, denies the same.

59.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 59 and therefore, denies the same.

60.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 60 and therefore, denies the same.

61.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 61 and therefore, denies the same.

62.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 62 and therefore, denies the same.

63.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 63 and therefore, denies the same.

64.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 64 and therefore, denies the same.

65.     Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 65 and therefore, denies the same.

**[Alleged] Defendants' Knowledge of Toxicity and Persistence of PFAS**

66.     Cycle-Tex denies all allegations in Paragraph 66 that relate to Cycle-Tex.  Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 66 and therefore, denies the same.

67.     The allegations in Paragraph 67 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 67, and therefore, denies the same.

68.     The allegations in Paragraph 68 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a

4853-4123-4699.3

response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 68, and therefore, denies the same.

69.    The allegations in Paragraph 69 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 69, and therefore, denies the same.

70.    The allegations in Paragraph 70 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 70, and therefore, denies the same.

71.    The allegations in Paragraph 71 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 71, and therefore, denies the same.

72.    The allegations in Paragraph 72 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 72, and therefore, denies the same.

73.     The allegations in Paragraph 73 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 73, and therefore, denies the same.

74.     The allegations in Paragraph 74 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 74, and therefore, denies the same.

75.     The allegations in Paragraph 75 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 75, and therefore, denies the same.

76.     The allegations in Paragraph 76 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 76, and therefore, denies the same.

77.     The allegations in Paragraph 77 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a

4853-4123-4699.3

response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 77, and therefore, denies the same.

78.    Cycle-Tex denies the allegations in Paragraph 78 that relate to Cycle-Tex.  Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 78 and therefore, denies the same.

79.    Cycle-Tex denies the allegations in Paragraph 79 that relate to Cycle-Tex.  Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 79 and therefore, denies the same.

80.    Cycle-Tex denies the allegations in Paragraph 80 that relate to Cycle-Tex.  Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 80 and therefore, denies the same.

81.    Cycle-Tex denies all allegations in Paragraph 81 as they relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 81 and therefore, denies the same.

**[Alleged] Contamination of Upper Coosa River Basin with PFAS**

82.    Cycle-Tex denies the allegations in Paragraph 82 that relate to Cycle-Tex.  Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 82 and therefore, denies the same.

83.     The allegations in Paragraph 83 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 83, and therefore, denies the same.

84.     The allegations in Paragraph 84 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 84, and therefore, denies the same.

85.     The allegations in Paragraph 85 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 85, and therefore, denies the same.

86.     Cycle-Tex denies all allegations in Paragraph 86 as they relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 86 and therefore, denies the same.

87.     Cycle-Tex denies all allegations in Paragraph 87 as they relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 87 and therefore, denies the same.

88.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 88 and therefore, denies the same.

89.   Cycle-Tex denies all allegations in Paragraph 89 as they relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 89 and therefore, denies the same.

90.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 90 and therefore, denies the same.

91.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 91 and therefore, denies the same.

92.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 92 and therefore, denies the same.

93.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 93 and therefore, denies the same.

94.   The allegations in Paragraph 94 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 94 and the referenced exhibits, and therefore, denies the same.

4853-4123-4699.3

95.     The allegations in Paragraph 95 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 95 and the referenced exhibits, and therefore, denies the same.

96.     The allegations in Paragraph 96 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 96 and the referenced exhibits, and therefore, denies the same.

97.     The allegations in Paragraph 97 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 97 and the referenced exhibits, and therefore, denies the same.

98.     The allegations in Paragraph 98 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient

to respond to the allegations in Paragraph 98 and the referenced exhibits, and therefore, denies the same.

**[Alleged] PFAS Contamination of Rome Water Supply**

99.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 99 and therefore, denies the same.

100.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 100 and therefore, denies the same.

101.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 101 and therefore, denies the same.

102.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 102 and therefore, denies the same.

103.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 103 and therefore, denies the same.

104.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 104 and therefore, denies the same.

105.   Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 105 and therefore, denies the same.

106.   Cycle-Tex denies the allegations in Paragraph 106 to the extent they relate to Cycle-Tex, and denies that Plaintiff and any putative class members have

suffered damages.  Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 106 and therefore, denies the same.

**COUNT ONE:**
**DISCHARGE OF POLLUTANTS TO SURFACE WATERS WITHOUT AN NPDES PERMIT IN VIOLATION OF THE CLEAN WATER ACT**
**(Defendant Dalton Utilities)**

107. Cycle-Tex restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

108.  The allegations in Paragraph 108 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 108, and therefore, denies the same.

109.  The allegations in Paragraph 109 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 109, and therefore, denies the same.

110.  The allegations in Paragraph 110 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 110, and therefore, denies the same.

111.   The allegations in Paragraph 111 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 111, and therefore, denies the same.

112.   The allegations in Paragraph 112 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 112, and therefore, denies the same.

113.   The allegations in Paragraph 113 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 113, and therefore, denies the same.

114.   The allegations in Paragraph 114 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 114, and therefore, denies the same.

115.   The allegations in Paragraph 115 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a

response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 115, and therefore, denies the same.

116.  The allegations in Paragraph 116 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 116, and therefore, denies the same.

117.  The allegations in Paragraph 117 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 117, and therefore, denies the same.

118.  The allegations in Paragraph 118 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 118, and therefore, denies the same.

119.  The allegations in Paragraph 119 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 119, and therefore, denies the same.

4853-4123-4699.3

120.  The allegations in Paragraph 120 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 120, and therefore, denies the same.

121.  The allegations in Paragraph 121 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 121, and therefore, denies the same.

**COUNT TWO:**
**DISCHARGES OF NON-STORMWATER CONTAINING PFAS IN VIOLATION OF NPDES GENERAL STORMWATER PERMIT**

123.  Cycle-Tex restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

124.  The allegations in Paragraph 124 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 124, and therefore, denies the same.

125.  The allegations in Paragraph 125 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a

4853-4123-4699.3

response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 125, and therefore, denies the same.

126.   The allegations in Paragraph 126 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 126, and therefore, denies the same.

127.   The allegations in Paragraph 127 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 127, and therefore, denies the same.

128.   The allegations in Paragraph 128 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 128, and therefore, denies the same.

129.   The allegations in Paragraph 129 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 129, and therefore, denies the same.

4853-4123-4699.3

130.  The allegations in Paragraph 130 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 130, and therefore, denies the same.

**COUNT THREE:**
**INDUSTRIAL USER PASS THROUGH DISCHARGES OF POLLUTANTS IN VIOLATION OF FEDERAL PROHIBITIONS, DALTON UTILITIES' SEWER USE RULES AND REGULATIONS, AND THE CLEAN WATER ACT**
**(Defendant Dalton/Whitfield Regional Solid Waste Authority)**

131.  Cycle-Tex restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

132.  The allegations in Paragraph 132 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 132, and therefore, denies the same.

133.  The allegations in Paragraph 133 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 133, and therefore, denies the same.

134.  The allegations in Paragraph 134 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a

response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 134, and therefore, denies the same.

134. The allegations in Paragraph 135 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 135, and therefore, denies the same.

136. The allegations in Paragraph 136 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 136, and therefore, denies the same.

137. The allegations in Paragraph 137 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 137, and therefore, denies the same.

138. The allegations in Paragraph 138 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 138, and therefore, denies the same.

4853-4123-4699.3

139.   The allegations in Paragraph 139 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 139, and therefore, denies the same.

140.   The allegations in Paragraph 140 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 140, and therefore, denies the same.

141.   The allegations in Paragraph 141 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 141, and therefore, denies the same.

142.   The allegations in Paragraph 142 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 142, and therefore, denies the same.

143.   The allegations in Paragraph 143 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a

4853-4123-4699.3

response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 143, and therefore, denies the same.

144.   The allegations in Paragraph 144 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 144, and therefore, denies the same.

145.   The allegations in Paragraph 145 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 145, and therefore, denies the same.

## CLASS ALLEGATIONS

146. Cycle-Tex restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

147.   The allegations in Paragraph 147 state legal conclusions and therefore, no response is required. To the extent a response is required, Cycle-Tex denies the allegations in Paragraph 147.

148.   Cycle-Tex denies the allegations in Paragraph 148 that relate to Cycle-Tex.  Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 148 and therefore, denies the same.

149.  Cycle-Tex admits that plaintiff purports to bring a class action as described in Paragraph 149. Cycle-Tex denies that a class is legally permissible or appropriate and denies all remaining allegations in Paragraph 149.

150.  The allegations in Paragraph 150 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex admits that Plaintiff purports to exclude from the proposed class the individuals described in Paragraph 150 and subparagraphs a through e. Cycle-Tex denies that a class is legally permissible or appropriate and denies all remaining allegations in Paragraph 150.

151.  The allegations in Paragraph 151 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex admits that Plaintiff purports to reserve the right(s) described in Paragraph 151. Cycle-Tex denies all remaining allegations in Paragraph 151.

## <u>Numerosity</u>

152.  Paragraph 152 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate and denies all other allegations in Paragraph 152.

153.  Cycle-Tex denies that a class is legally permissible or appropriate. Cycle-Tex lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 153 and therefore, denies the same.

## Typicality

154.  Paragraph 154 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate and denies all other allegations in Paragraph 154.

## Adequate Representation

155.  Paragraph 155 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate and denies all other allegations in Paragraph 155.

156.  Cycle-Tex denies that a class action is legally permissible or appropriate here. Cycle-Tex is without knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 156 and therefore, denies the same.

**<u>Predominance of Common Questions of Law and Fact</u>**

157.   Paragraph 157 and each of its subparagraphs state legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate and denies all other allegations in Paragraph 157, including subparagraphs a. through k.

158.   Paragraph 158 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate and denies all other allegations in Paragraph 158.

**<u>Fed. R. Civ. P. 23(a) and 23(b)(2) Injunctive or Declaratory Relief</u>**

159.   Paragraph 159 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies all other allegations in Paragraph 159 including that Plaintiff and putative class members are entitled to the requested relief.

160.   Paragraph 160 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate and denies all other allegations in Paragraph 160.

4853-4123-4699.3

**<u>Superiority</u>**

161.  Paragraph 161 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate and denies all other allegations in Paragraph 161.

162.  Paragraph 162 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies that a class is legally permissible or appropriate and denies all other allegations in Paragraph 162.

**COUNT FOUR:**
**WILLFUL, WANTON, RECKLESS, OR NEGLIGENT MISCONDUCT**
**(All Defendants Except Dalton Utilities, Invista, 3M, Daikin, DuPont, & Chemours)**

163.  Cycle-Tex restates and incorporates its response to all prior paragraphs as if fully set forth herein.

164.  Cycle-Tex denies the allegations in Paragraph 164 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 164 and therefore, denies the same.

165.  Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 165 and therefore, denies the same.

166.     Cycle-Tex denies the allegations in Paragraph 166 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 166 and therefore, denies the same.

167.     Cycle-Tex denies the allegations in Paragraph 167 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 167 and therefore, denies the same.

168.     Cycle-Tex denies all allegations in Paragraph 168. Cycle-Tex denies it is liable to Plaintiff and any putative class member in any manner and for any amount.

### COUNT FIVE:
### NEGLIGENCE PER SE
### (All Defendants Except Dalton Utilities, 3M, DuPont, Chemours, Invista, & Daikin)

169.   Cycle-Tex restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

170.   Cycle-Tex denies the allegations in Paragraph 170 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 170 and therefore, denies the same.

4853-4123-4699.3

171.   Cycle-Tex denies the allegations in Paragraph 171 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 171 and therefore, denies the same.

172.   Cycle-Tex denies the allegations in Paragraph 172 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 172 and therefore, denies the same.

173.   Cycle-Tex denies the allegations in Paragraph 173 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 173 and therefore, denies the same.

174.   Cycle-Tex denies all allegations in Paragraph 174. Cycle-Tex denies it is liable to Plaintiff and any putative class member in any manner and for any amount.

### COUNT SIX:
### PUNITIVE DAMAGES
### (All Defendants Except Dalton Utilities)

175.   Cycle-Tex restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

176.   Cycle-Tex denies the allegations in Paragraph 176 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 176 and therefore, denies the same.

4853-4123-4699.3

177. Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 177 and therefore, denies the same.

178. Cycle-Tex denies the allegations in Paragraph 178 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 178 and therefore, denies the same.

179. Cycle-Tex denies the allegations in Paragraph 179 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 179 and therefore, denies the same.

180. Cycle-Tex denies the allegations in Paragraph 180 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 180 and therefore, denies the same.

181. Cycle-Tex denies the allegations in Paragraph 181 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 181 and therefore, denies the same.

182. Cycle-Tex denies the allegations in Paragraph 182 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 182 and therefore, denies the same.

183.  Cycle-Tex denies all allegations in Paragraph 183 and denies it is liable to Plaintiff and any putative class member in any manner and for any amount.

## COURT SEVEN:
## PUBLIC NUISANE
### (All Defendants Except Dalton Utilities)

184.  Cycle-Tex restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

185.  Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 185 and therefore, denies the same.

186.  Cycle-Tex denies all allegations in Paragraph 186. Cycle-Tex denies it was a carpet manufacturer, or a chemical supplier, manufacturer, user, or seller of PFAS chemicals.

187.  Cycle-Tex denies the allegations in Paragraph 187 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 187 and therefore, denies the same.

188.  Cycle-Tex denies the allegations in Paragraph 188 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 188 and therefore, denies the same.

189.   Cycle-Tex denies the allegations in Paragraph 189 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 189 and therefore, denies the same.

190.   Cycle-Tex denies the allegations in Paragraph 190 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 190 and therefore, denies the same.

191.   Cycle-Tex denies the allegations in Paragraph 191 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 191 and therefore, denies the same.

192.   Cycle-Tex denies the allegations in Paragraph 192 that relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 192 and therefore, denies the same.

193.   Cycle-Tex denies all allegations in Paragraph 193. Cycle-Tex denies it is liable to plaintiff and any putative class member in any manner and for any amount whatsoever.

### COUNT EIGHT:
### CLAIMS FOR ABATEMENT
### AND INJUNCTION OF PUBLIC NUISANCE

194.  Cycle-Tex restates and incorporates its responses to all prior paragraphs as if fully set forth herein.

4853-4123-4699.3

195.  Paragraph 195 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies the allegations contained in Paragraph 195 as they related to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 195 and therefore, denies the same.

196.  The allegations in Paragraph 196 do not address or allege any facts concerning Cycle-Tex and therefore, a response is not required. To the extent a response is required, Cycle-Tex is without knowledge and information sufficient to respond to the allegations in Paragraph 196, and therefore, denies the same.

197.  Paragraph 197 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies the allegations contained in Paragraph 197 as they relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 197 and therefore, denies the same.

198.  Cycle-Tex denies the allegations in Paragraph 198 that relate to Cycle-Tex and further denies that Plaintiff is entitled to the relief requested or to any other relief against Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 198 and therefore, denies the same.

4853-4123-4699.3

199.   Cycle-Tex denies the allegations in Paragraph 199 that relate to Cycle-Tex and further denies that Plaintiff is entitled to the relief requested or to any other relief against Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 199 and therefore, denies the same.

200.   Paragraph 200 states legal conclusions to which no response is required. To the extent a response is required, Cycle-Tex denies the allegations contained in Paragraph 200 as they relate to Cycle-Tex. Cycle-Tex is without knowledge and information sufficient to respond to the remaining allegations in Paragraph 200 and therefore, denies the same.

201.   In response to the unnumbered paragraph following Paragraph 200, and each of its subparagraphs, Cycle-Tex denies that Plaintiff is entitled to the relief requested, denies that class treatment is legally permissible or appropriate, denies that Plaintiff is entitled to punitive damages, attorneys' fees, or other fees, and denies that Plaintiff is entitled to any relief against Cycle-Tex. Cycle-Tex further denies any allegations in the unnumbered paragraph following Paragraph 200 and each of its subparagraphs.

202.   Cycle-Tex denies each and every allegation contained in the Complaint not expressly admitted herein.

## JURY DEMAND

Cycle-Tex demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Cycle-Tex respectfully requests the following relief:

a. That this Court dismiss all claims against Cycle-Tex asserted in Plaintiff's Complaint and enter judgment in favor of Cycle-Tex with respect to each of Counts IV through VIII of Plaintiff's Complaint;

b. That all costs of this action be taxed against Plaintiff and that Cycle-Tex be awarded reasonable attorney's fees and expenses of litigation as provided by law;

c. That this Court deny Plaintiff's request for injunctive relief;

d. That this Court grant Cycle-Tex such further and other relief as the Court deems appropriate; and

e. The Court hold a trial by jury.

## AFFIRMATIVE DEFENSES AND OTHER DEFENSES

Cycle-Tex asserts the following affirmative and other defenses to the Complaint, but does not assume the burden of proof on any such defense except as required by applicable law with respect to the particular defense asserted:

4853-4123-4699.3

## FIRST DEFENSE

The Complaint, and each Count therein, fails to state a claim upon which relief can be granted against Cycle-Tex and should be dismissed.

## SECOND DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, by the lack of subject matter jurisdiction.

## THIRD DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, due to improper venue.

## FOURTH DEFENSE

Plaintiff and putative class members lack standing with respect to one or more claims asserted in the Complaint and one or more forms of relief sought.

## FIFTH DEFENSE

Cycle-Tex has not caused the release of toxic chemicals, including perfluorinated compounds ("PFC"), perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), and related chemicals.

## SIXTH DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, because neither Plaintiff's person nor property has been damaged.

## SEVENTH DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, by the statute of limitations.

## EIGHTH DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, laches, and/or unclean hands.

## NINTH DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, by any appliable statute or rule of repose.

## TENTH DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, by the failure to avoid, mitigate, or minimize the damages or injuries.

## ELEVENTH DEFENSE

Cycle-Tex owes no duty of care to Plaintiff or any putative class member.

## TWELFTH DEFENSE

At all times relevant to the Complaint, the actions of Cycle-Tex were taken in the good faith exercise of its rights and duties under the law. Cycle-Tex's conduct was in accordance with the applicable standards of care under all laws, regulations, industry practice, and state-of-the-art knowledge.

4853-4123-4699.3

## THIRTEENTH DEFENSE

Cycle-Tex has not acted or failed to act negligently, willfully, or wantonly in regard to toxic chemicals, including PFCs, PFOAs, PFOSs, and related chemicals.

## FOURTEENTH DEFENSE

Plaintiff's and putative class members' damages, if any, were not the result of any act or omission on the part of Cycle-Tex, but instead were caused by reasons which were unknown or not reasonably foreseeable to Cycle-Tex.

## FIFTEENTH DEFENSE

Plaintiff's and putative class members' claims for public and private nuisance against Cycle-Tex are barred because Plaintiff and putative class members cannot show any injury, inconvenience, or damage.

## SIXTEENTH DEFENSE

Plaintiff's and putative class members' injuries, if any, were caused in whole or in part by Plaintiff's and putative class members' contributory or comparative negligence and/or assumption of risk.

## SEVENTEENTH DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, by the economic loss doctrine.

4853-4123-4699.3

## EIGHTEENTH DEFENSE

Plaintiff and putative class members are not entitled to injunctive or equitable relief against Cycle-Tex as they have an adequate remedy at law.

## NINETEENTH DEFENSE

Plaintiff failed to join one or more indispensable parties.

## TWENTIETH DEFENSE

Plaintiff's and putative class members' claims for injunctive relief are barred by the doctrine of primary jurisdiction.

## TWENTY-FIRST DEFENSE

Cycle-Tex asserts all rights of set-off and/or credit for all amounts Plaintiff and putative class members have received, or may receive, in settlement or judgment from other entities regardless of whether they are made parties to this suit. Cycle-Tex also asserts the affirmative defenses of satisfaction, payment, and release.

## TWENTY-SECOND DEFENSE

Cycle-Tex reserves any actions for contribution or indemnity against parties or third parties.

4853-4123-4699.3

**TWENTY-THIRD DEFENSE**

Cycle-Tex is not liable for public nuisance because it did not exercise control over the alleged nuisance.

**TWENTY-FOURTH DEFENSE**

Plaintiff's and putative class members' claims are barred, in whole or in part, by the Free Public Services Doctrine.

**TWENTY-FIFTH DEFENSE**

Plaintiff's and putative class members' claims are barred by the doctrines of res judicata and collateral estoppel.

**TWENTY-SIXTH DEFENSE**

Plaintiff and putative class members cannot establish the essential requirements for class certification consistent with Federal Rule of Civil Procedure 23 and the applicable case law.

**TWENTY-SEVENTH DEFENSE**

Any injuries and/or damages alleged by Plaintiff and putative class members were caused or contributed to by the negligence or actual conduct of other persons, firms, corporations, or entities over whom Cycle-Tex had no control or right of control and for whom Cycle-Tex is not responsible.

4853-4123-4699.3

## TWENTY-EIGHTH DEFENSE

Plaintiff's claims fail as improper collateral attacks on properly issued permits.

## TWENTY-NINTH DEFENSE

Plaintiff's and putative class members' claim for attorney's fees fails because there is no contractual, statutory, or other basis for an award of attorney's fees. Cycle-Tex further did not act in a manner that gives rise to a claim for attorney's fees or expenses in this lawsuit.

## THIRTIETH DEFENSE

Plaintiff's claims based on nuisance theories are, or may be, barred or limited under the prior nuisance doctrine.

## THIRTY-FIRST DEFENSE

Cycle-Tex adopts and incorporates herein by reference any appliable affirmative defense asserted by any other Defendant in this action.

## RESERVATION OF DEFENSES

The above affirmative and other defenses are based on the facts and information currently known to Cycle-Tex. Cycle-Tex reserves the right to amend or add defenses or affirmative defenses to which it may be entitled under the

4853-4123-4699.3

United States and Georgia Constitutions or any federal, state, or common law and/or which are based on facts later discovered, pleaded, or offered.

Submitted this 31st day of January 2022.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   _Ronald B. Gaither, Jr._
 Ronald   B.   Gaither,   Jr. (282292)
 **BAKER & HOSTETLER LLP**
 1170 Peachtree Street
 Suite 2400
 Atlanta, GA  30309-7676
 Telephone: 404.459.0050
 Facsimile:  404.459.5734
 rgaither@bakerlaw.com

 Douglas A. Vonderhaar (0087933)
 Kayla M. Prieto (0092090)
 **BAKER & HOSTETLER LLP**
 200 Civic Center Drive, Suite 1200
 Columbus, OH  43215-4138
 Telephone: 614.228.1541
 Facsimile:  614.462.2616
 dvonderhaar@bakerlaw.com
 kprieto@bakerlaw.com

 *Attorneys for Defendant Cycle-Tex, Inc.*

4853-4123-4699.3

## CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant Cycle-Tex, Inc. hereby certifies that the above and foregoing Answer to Plaintiff's Complaint is a computer document prepared in Book Antiqua (13 point) font in accordance with Local Rule 5.1B.

So certified this 31st day of January 2022.

4853-4123-4699.3

## **CERTIFICATE OF SERVICE**

This is to certify that on January 31, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record:


*Ronald B. Gaither, Jr.*
Ronald B. Gaither, Jr.

*Attorney for Defendant Cycle-Tex, Inc.*

4853-4123-4699.3