## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, *et al.*, | Civil Action No. 4:20-cv-00008-AT |
| Plaintiff, | **DEFENDANT AMERICHEM INC.'S ANSWER TO FOURTH AMENDED COMPLAINT** |
| v. | |
| 3M COMPANY, et al., | |
| Defendants. | |

## DEFENDANT AMERICHEM, INC'S ANSWER TO
## FOURTH AMENDED COMPLAINT

Defendant, Americhem, Inc., ("Americhem") answers and responds to Plaintiff's Fourth Amended Complaint (the "Complaint") as follows. Americhem denies each allegation in the Complaint except those expressly admitted below. This Answer is based upon Americhem's investigation to date, and Americhem reserves the right to amend this Answer if and when new information is learned.

## STATEMENT OF THE CASE

1.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem and denies that Plaintiffs are entitled to any relief from Americhem. Americhem lacks knowledge or information sufficient to form a belief

about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

2.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem and denies that Plaintiffs are entitled to any relief from Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

3.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem and denies that Plaintiffs are entitled to any relief from Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

4.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem and denies that Plaintiffs are entitled to any relief from Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

5.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem and denies that Plaintiffs are entitled to any relief from Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

6.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem and denies that Plaintiffs are entitled to any relief from Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

## JURISDICTION AND VENUE

7.     This paragraph sets forth legal conclusions that do not require a response. To the extent a response is required, Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

8.     This paragraph sets forth legal conclusions that do not require a response. To the extent a response is required, Americhem lacks knowledge or

information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

9.    This paragraph sets forth legal conclusions that do not require a response. To the extent a response is required, Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

10.   This paragraph sets forth legal conclusions that do not require a response. To the extent a response is required, Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

11.   This paragraph does not require a response.

12.   This paragraph sets forth legal conclusions that do not require a response. To the extent a response is required, Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

13.   This paragraph sets forth legal conclusions that do not require a response. To the extent a response is required, Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

14.    This paragraph sets forth legal conclusions that do not require a response. To the extent a response is required, Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies those allegations.

## PARTIES

15.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

16.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denied those allegations.

17.    This paragraph sets forth legal conclusions that do not require a response.

18.    Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

19.    Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

20.    Americhem admits that it is a Delaware corporation authorized to do business in Georgia, operates a facility at 1015 Abutment Road, Dalton, Georgia, and denies all remaining allegations in this paragraph. In particular, Americhem **denies that it manufactures carpet** and that it contributes to discharges of PFAS into the Dalton POTW.

21.    Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

22.    Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

23.    Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

24.    Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

25.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

26.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

27.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

28.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

29.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

30.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

31.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

32.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

33.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

34.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

35.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

36.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

37.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

38.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

39.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

40.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

41.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

42.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

43.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

44.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

45.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

46.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

47.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

48.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

49.     Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

## **FACTUAL ALLEGATIONS**

50.     Americhem denies that it is an owner or operator of a carpet manufacturing plant or related facilities, denies that it uses or has used PFAS in the manufacturing of carpet and associated processes, and denies that it is a supplier of PFAS to these facilities. Americhem lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph directed towards others and therefore denies those allegations.

51.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

52.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

53.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

54.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

55.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

56.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

57.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

58.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

59.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

60.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

61.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

62.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

63.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

64.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

65.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

66.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

67.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

68.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

69.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

70.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

71.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

72.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

73.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

74.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

75.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

76.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

77.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

78.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

79.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

80.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

81.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

82.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

83.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

84.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

85.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

86.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

87.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

88.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

89.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

90.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

91.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

92.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

93.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

94.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

95.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

96.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

97.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

98.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

99.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

100.    This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

101. This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

102. This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

103. This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

104. This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

105.   This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

106.   This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

## COUNT ONE

### DISCHARGE OF POLLUTANTS TO SURFACE WATERS WITHOUT AN NPDES PERMIT IN VIOLATION OF THE CLEAN WATER ACT
### (Defendant Dalton Utilities)

107.   Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein. Americhem further states that Count One is not alleged against Americhem.

108.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

109.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

110.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

111.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

112.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

113.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

114.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

115.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

116.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

117.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

118.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

119.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

120.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

121.   Count One is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

## COUNT TWO

### DISCHARGES OF NON-STORMWATER CONTAINING PFAS IN VIOLATION OF NPDES GENERAL STORMWATER PERMIT

122.   Plaintiff skipped paragraph 122 in its Fourth Amended Complaint.

123.   Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein. Americhem further states that Count Two is not alleged against Americhem.

124.   Count Two is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

125.   Count Two is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

126.   Count Two is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

127.   Count Two is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

128.   Count Two is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

129.   Count Two is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

130.   Count Two is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

## COUNT THREE

### INDUSTRIAL USER PASS THROUGH DISCHARGES OF POLLUTANTS IN VIOLATION OF FEDERAL PROHIBITIONS, DALTON UTILITIES' SEWER USE RULES AND REGULATIONS, AND THE CLEAN WATER ACT
### (Defendant Dalton/Whitfield Regional Solid Waste Authority)

131.   Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein. Americhem further states that Count Three is not alleged against Americhem.

132. Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

133. Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

134. Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

135. Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

136. Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

137. Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

138.   Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

139.   Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

140.   Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

141.   Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

142.   Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

143.   Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

144. Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

145. Count Three is not alleged against Americhem; therefore, this paragraph does not require a response. Americhem denies any allegations to the extent they could be construed against Americhem.

## CLASS ALLEGATIONS

146. Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.

147. The first sentence of this paragraph does not require a response. Americhem denies the remainder of this paragraph.

148. Americhem denies the allegations in this paragraph.

149. This paragraph sets forth legal conclusions that do not require a response from Americhem, although Americhem denies that class treatment is appropriate.

150. This paragraph sets forth legal conclusions that do not require a response from Americhem, although Americhem denies that class treatment is appropriate.

151.   This paragraph sets forth legal conclusions that do not require a response from Americhem, although Americhem denies that class treatment is appropriate.

152.   Americhem denies the allegations in this paragraph.

153.   Americhem denies the allegations in this paragraph.

154.   Americhem denies the allegations in this paragraph.

155.   Americhem denies the allegations in this paragraph.

156.   Americhem denies the allegations in this paragraph.

157.   Americhem denies the allegations in this paragraph.

158.   Americhem denies the allegations in this paragraph.

159.   Americhem denies the allegations in this paragraph.

160.   Americhem denies the allegations in this paragraph.

161.   Americhem denies the allegations in this paragraph.

162.   Americhem denies the allegations in this paragraph.

## COUNT FOUR
## WILLFUL, WANTON, RECKLESS, OR NEGLIGENT MISCONDUCT
## (All Defendants Except Dalton Utilities, Invista, 3M, Daikin, DuPont & Chemours)

163.   Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.

164.   Americhem denies the allegations in this paragraph.

165.    Americhem denies the allegations in this paragraph.

166.    Americhem denies the allegations in this paragraph.

167.    Americhem denies the allegations in this paragraph.

168.    Americhem denies the allegations in this paragraph.

**COUNT FIVE**
**NEGLIGENCE PER SE**
**(All Defendants Except Dalton Utilities, 3M, DuPont, Chemours, Invista and Daikin)**

169.    Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.

170.    Americhem denies the allegations in this paragraph.

171.    Americhem denies the allegations in this paragraph.

172.    Americhem denies the allegations in this paragraph.

173.    Americhem denies the allegations in this paragraph.

174.    Americhem denies the allegations in this paragraph.

**COUNT SIX**
**PUNITIVE DAMAGES**
**(All Defendants Except Dalton Utilities)**

175.    Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein. Americhem further denies that Georgia law allows for a stand-alone claim for "Punitive Damages."

176.    Americhem denies the allegations in this paragraph.

177.    Americhem denies the allegations in this paragraph.

178.     Americhem denies the allegations in this paragraph.

179.     Americhem denies the allegations in this paragraph.

180.     Americhem denies the allegations in this paragraph.

181.     Americhem denies the allegations in this paragraph.

182.     Americhem denies the allegations in this paragraph.

183.     Americhem denies the allegations in this paragraph. Americhem further denies that Plaintiffs are entitled to any form of relief from Americhem whatsoever.

## COUNT SEVEN

### Public Nuisance

184.     Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.

185.     This paragraph does not appear to contain allegations against Americhem. Americhem denies any allegations in this paragraph to the extent any are directed at Americhem. Americhem lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph directed towards others and therefore denies those allegations.

186.     Americhem denies the allegations in this paragraph.

187.     Americhem denies the allegations in this paragraph.

188.     Americhem denies the allegations in this paragraph.

189.     Americhem denies the allegations in this paragraph.

190.     Americhem denies the allegations in this paragraph.

191.     Americhem denies the allegations in this paragraph.

192.     Americhem denies the allegations in this paragraph.

193.     Americhem denies the allegations in this paragraph.

## COUNT EIGHT

### Claims for Abatement and Injunction of Public Nuisance

194.   Americhem incorporates by reference its responses to the prior paragraphs of the Complaint as if re-stated herein.

195.   Americhem denies the allegations in this paragraph.

196.   Americhem denies the allegations in this paragraph. Americhem further denies that Plaintiffs are entitled to any form of relief from Americhem whatsoever.

197.   Americhem denies the allegations in this paragraph. Americhem further denies that Plaintiffs are entitled to any form of relief from Americhem whatsoever.

198.   Americhem denies the allegations in this paragraph. Americhem further denies that Plaintiffs are entitled to any form of relief from Americhem whatsoever.

199.   Americhem denies the allegations in this paragraph. Americhem further denies that Plaintiffs are entitled to any form of relief from Americhem whatsoever.

200.   Americhem denies the allegations in this paragraph. Americhem further denies that Plaintiffs are entitled to any form of relief from Americhem whatsoever.

In response to the unnumbered paragraph beginning "WHEREFORE….", Americhem denies Plaintiffs are entitled to any relief from Americhem.

WHEREFORE, Americhem requests that the claims against Americhem be dismissed with prejudice, and costs and fees be taxed against Plaintiffs.

Americhem denies any and all materials allegations in the Complaint that require a response from Americhem and have not been expressly admitted herein.

## AFFIRMATIVE DEFENSES

Americhem hereby asserts the following defenses:

### FIRST DEFENSE

Americhem denies the material allegations of the Complaint and demands strict proof thereof.

### SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted against Americhem.

### THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part by the applicable statutes of limitation, statutes of repose (including but not limited to O.C.G.A. 51-1-11), rules of repose, res judicata, collateral estoppel, accord and satisfaction, consent, license, permit, acquiescence, release, laches, waiver, unclean hands and/or estoppel.

## FOURTH DEFENSE

Plaintiffs' claims are barred in whole or in part because Americhem's conduct was in accordance with the applicable standards of care under all laws, regulations, industry practice, and state-of-the-art knowledge, and the activities of Americhem were in accordance with such standards and were reasonable as a matter of law. Americhem at all times acted reasonable, in good faith, and with the skill, prudence, and diligence of others in the industry at the time.

## FIFTH DEFENSE

Americhem asserts that Plaintiffs' alleged damages were the result of intervening, superseding or independent causes.

## SIXTH DEFENSE

Americhem asserts that there is no causal relationship between its alleged actions or conduct and Plaintiffs' alleged damages. Plaintiffs' damages, if any, were caused solely by the actions, omissions, or conduct of persons and/or entities for whom or which Americhem is not responsible and/or were caused by acts, omissions, conduct and/or factors beyond the control of Americhem.

## SEVENTH DEFENSE

Plaintiffs' claims are preempted, in whole or in part, by the applicable federal statutes and regulations pursuant to the Supremacy Clause of the United States Constitution.

## EIGHTH DEFENSE

An award of punitive damages in this case would violate the Fourth, Fifth, Sixth, Eighth, and/or Fourteenth Amendments to the Constitution of the United States as well as provisions of the Georgia Constitution.

## NINTH DEFENSE

Plaintiffs have failed to mitigate their damages.

## TENTH DEFENSE

Plaintiffs' recovery, if any, should be barred or reduced in proportion to each Plaintiff's own culpable, conduct, including each Plaintiff's own contributory negligence, assumption of the risk, acquiescence or misuse.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred for failure to join indispensable parties and real parties in interest.

## TWELFTH DEFENSE

Americhem denies that its conduct was in any manner negligent, wanton or reckless.

## THIRTEENTH DEFENSE

Plaintiffs' claims are barred by the doctrine of comparative fault, and to the extent any other Defendant has settled or may in the future settlement with Plaintiffs,

Americhem asserts its entitlement to an appropriate setoff, credit or reduction of any judgment against it.

## FOURTEENTH DEFENSE

Plaintiffs' claim for attorney's fees fails because there is no contractual, statutory, or other basis for an award of attorney's fees in this lawsuit against Americhem.

## FIFTEENTH DEFENSE

Americhem further did not act in a manner that gives rise to a claim for attorneys' fees or expenses in this lawsuit.

## SIXTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by lack of standing.

## SEVENTEENTH DEFENSE

Plaintiffs have suffered no legally compensable present injury.

## EIGHTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the Public Services Doctrine.

## NINETEENTH DEFENSE

Plaintiffs have not suffered a concrete and particularized injury.

<u>TWENTIETH DEFENSE</u>

Americhem materially complied with all applicable federal, state, and local permitting requirements, regulations, standards, and guidelines.

<u>TWENTY-FIRST DEFENSE</u>

Any alleged injury or harm was not foreseeable.

<u>TWENTY-SECOND DEFENSE</u>

Plaintiffs' claims are barred by the Economic Loss Doctrine.

<u>TWENTY-THIRD DEFENSE</u>

Americhem did not owe or breach any duty to Plaintiffs.

<u>TWENTY-FOURTH DEFENSE</u>

The proximate cause of any injury to Plaintiffs was an event or incident which was not legally foreseeable by Americhem, and therefore Americhem has no legal liability for any of Plaintiffs' alleged damages.

<u>TWENTY-FIFTH DEFENSE</u>

Plaintiffs' nuisance claims fail against Americhem because Americhem did not have any control over any of the conduct or cause of harm for which Plaintiffs' claims to be a nuisance.

### TWENTY-SIXTH DEFENSE

Plaintiffs' claims are barred in whole or in part to the extent they seek to impose liability based on retroactive application of laws, regulations, standards, or guidelines.

### TWENTY-SEVENTH DEFENSE

Americhem did not have any duty to warn. Any such duty, if it existed, was either not necessary or was satisfied, discharged, or unnecessary due to the knowledge of risk by others, including Plaintiffs. The lack of or alleged inadequacy of any warnings were also not a proximate cause of any of Plaintiffs' injuries.

### TWENTY-EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because they have come to the alleged nuisance.

### TWENTY-NINTH DEFENSE

Americhem denies that the requirements of Rule 23 for a litigation class have been met and demands strict proof thereof.

### THIRTIETH DEFENSE

Plaintiffs' public nuisance claim fails because Plaintiffs did not suffer or incur any special damage or special harm. Plaintiffs have not suffered or incurred any damage or harm different from those exercising the right common to the general public that is the subject of the alleged interference.

## THIRTY-FIRST DEFENSE

Plaintiffs' nuisance claim fails against Americhem because Americhem did not create, cause, continue, or maintain the alleged nuisance or otherwise have control over the cause of alleged harm.

## THIRTY-SECOND DEFENSE

Plaintiffs' claims are barred because Americhem does not manufacturer carpet.

## THIRTY-THIRD DEFENSE

Plaintiffs' claims are barred because Americhem does not contribute any PFAS to its discharge from its facility.

## THIRTY-FOURTH DEFENSE

Americhem hereby adopts and incorporates the affirmative defenses set forth by its co-defendants in this case.

## RIGHT TO ASSERT ADDITIONAL DEFENSES

Americhem reserves the right to assert additional defenses based upon information learned during the course of this litigation and/or through discovery in this action.

Dated: February 1, 2022

**ALSTON & BIRD LLP**

*/s/ Meaghan G. Boyd*
Meaghan G. Boyd
Georgia Bar No. 14521
Meaghan.boyd@alston.com
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

**CALFEE, HALTER & GRISWOLD LLP**

*/s/ Christopher Jones*
CHRISTOPHER JONES
*Pro hac vice* (Ohio Bar # 0046959)
CHRISTOPHER M. WARD
*Pro hac vice* (Ohio Bar # 0076293)
1200 Huntington Center, 41 S. High Street
Columbus, Ohio 43215
Tel: 614-621-1500; Fax: 614-621-0010
Cjones@calfee.com; cward@calfee.com

*Counsel for Defendant Americhem, Inc.*

## CERTIFICATE UNDER L.R. 7.1.D.

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

*/s/ Christopher M. Ward*
CHRISTOPHER M. WARD

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

JARROD JOHNSON individually, and
on behalf of a Class of persons
similarly Situated,

          Plaintiff,

v.

3M COMPANY, et al.,

          Defendants.

Civil Action No. 4:20-cv-00008-AT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2022, I electronically filed the foregoing **DEFENDANT AMERICHEM, INC.'S ANSWER TO THIRD AMENDED COMPLAINT** with the Clerk of Court by using the CM/ECF system, which has notified all counsels of record.

          */s/ Christopher M. Ward*
          CHRISTOPHER M. WARD
          *Pro hac vice* (Ohio Bar # 0076293)