IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and **)**<br>on Behalf of a Class of persons similarly **)**<br>situated, **)**<br>*Plaintiff,* **)**<br>**)**<br>v. **)**<br>**)**<br>3M COMPANY, ET AL., **)**<br>*Defendants.* **)** | Civil Action No. 4:20-cv-0008-AT |

### DEFENDANT POLYVENTIVE'S MOTION FOR MORE DEFINITE STATEMENT IN RESPONSE TO PLAINTIFF's FOURTH AMENDED COMPLAINT

Defendant Polyventive, LLC ("Polyventive") respectfully requests leave of the Court to file pursuant to Federal Rule of Civil Procedure 12(e), Local Rule 7.1, and this Court's Order of January 11, 2022, # 715, this motion for a more definite pleading as to Plaintiff's Fourth Amended Individual and Class Action Complaint, # 716 ("4AC"). Polyventive's Memorandum of Law is attached. and respectfully requests that the Court order Plaintiff's to (1) specifically identify by Chemical Abstract Service ("CAS") number the compound or compounds for which it seeks relief, and (2) specifically identify its claims as to Polyventive.

Respectfully submitted this 1st Day of February, 2022.

/s/ *David Montgomery Moore*
Georgia Bar 518830
Earth & Water Law, LLC

1

1230 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
David.moore@earthanwatergroup.com
Direct: (404)245-5421
Fax: (706)553-4463

*Counsel for Defendant Polyventive, LLC*

2

## LOCAL RULE 7.1D CERTIFICATION

Counsel certifies that the foregoing document was prepared in Times NewRoman, 14-point font, in compliance with Local Rule 5.1B.

This 1st day of February 2022.

<u>/s/ *David Montgomery Moore*</u>
Georgia Bar 518830
Earth & Water Law, LLC
1230 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
David.moore@earthanwatergroup.com
Direct: (404)245-5421
Fax: (706)553-4463

*Counsel for Defendant Polyventive, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br>*Defendants.* | Civil Action No. 4:20-cv-0008-AT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2022 I electronically filed the foregoing **DEFENDANT POLYVENTIVE'S MOTION FOR MORE DEFINITE STATEMENT IN RESPONSE TO PLAINTIFF's FOURTH AMENDED COMPLAINT** with the Clerk of Court by using the CM/ECF system, which has notified all counsel of record.

/s/ *David Montgomery Moore*
Georgia Bar 518830
Earth & Water Law, LLC
1230 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
David.moore@earthanwatergroup.com
Direct: (404)245-5421
Fax: (706)553-4463

*Counsel for Defendant Polyventive, LLC*