IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br>*Plaintiff,*<br><br>v.<br><br>3M COMPANY, ET AL.,<br>*Defendants.* | Civil Action No. 4:20-cv-0008-AT |

### ORDER GRANTING DEFENDANT POLYVENTIVE'S MOTION FOR MORE DEFINITE STATEMENT IN RESPONSE TO PLAINTIFF's FOURTH AMENDED COMPLAINT

Upon motion filed January 31, 2022, the Court hereby orders Plaintiff to modify the Fourth Amended Complaint with respect to specific chemical compounds for which Plaintiff alleges liability and damages as to Polyventive, and as to Plaintiff's allegations of discharge and/or supply in the Fourth Amended Complaint.

IT IS SO ORDERED This ___ day of February 2022.

_____

Honorable Amy Totenberg
United States District Judge