IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br>*Plaintiff,*<br><br>v.<br><br>3M COMPANY, ET AL.,<br>*Defendants.* | Civil Action No. 4:20-cv-0008-AT |

**DEFENDANT POLYVENTIVE, LLC's WITHDRAWAL OF MOTION FOR MORE DEFINITE STATEMENT AS TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Defendant PSG Functional Materials, LLC ("Polyventive") hereby respectfully requests that the Court permit withdrawal of Polyventive's Motion for More Definite Statement (Doc. # 754). This request is filed following conferral with Plaintiff regarding the subject matter of the motion. Plaintiff consents to withdrawal. This withdrawal is not intended to affect Polyventive's Answer to the Fourth Amended Complaint ("4AC")(Doc.# 753).

Respectfully submitted this 14th Day of February, 2022.

/s/ *David Montgomery Moore*
Georgia Bar 518830
Earth & Water Law, LLC
1230 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
David.moore@earthanwatergroup.com
Direct: (404)245-5421
Fax: (706)553-4463

*Counsel for Defendant Polyventive, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br><br>*Plaintiff,*<br><br>V.<br><br>3M COMPANY, ET AL.,<br><br>*Defendants.* | Civil Action No. 4:20-cv-0008-AT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2022 I electronically filed the foregoing **DEFENDANT POLYVENTIVE'S WITHDRAWAL OF MOTION FOR MORE DEFINITE STATEMENT AS TO PLAINTIFF'S FOURTH AMENDED COMPLAINT** with the Clerk of Court by using the CM/ECF system, which has notified all counsel of record.

/s/ *David Montgomery Moore*
Georgia Bar 518830
Earth & Water Law, LLC
1230 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
David.moore@earthanwatergroup.com
Direct: (404)245-5421
Fax: (706)553-4463

*Counsel for Defendant Polyventive, LLC*