IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br><br>     Plaintiff,<br>v.<br><br>3M COMPANY; *et al.,*<br><br>     Defendants. | Civil Action<br>File No.:     4:20-cv-00008-AT |

## CERTIFICATE OF DISCOVERY FILING PURSUANT TO RULE 5.4

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on March 9, 2022, I served true and correct copies of Defendant Dalton Whitfield Regional Solid Waste Authority's Responses to Plaintiff's Second Interrogatories and Second Requests for Production of Documents via electronic mail upon all counsel of record.

     This 9th day of March, 2022.

                              /s/ STEPHANIE F. GLICKAUF
                              Stephanie F. Glickauf
                              GA State Bar No.:  257540
                              sglickauf@GM-LLP.com
                              Goodman McGuffey LLP
                              3340 Peachtree Road NE, Suite 2100
                              Atlanta, GA 30326-1084
                              (404) 264-1500 Phone, (404) 264-1737 Fax