# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, ) <br> and on Behalf of a Class of Persons ) <br> Similarly Situated, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, et al., ) <br> ) <br>     Defendants. ) <br> ) | CIVIL ACTION FILE <br> NO. 4:20-cv-00008-AT |

## NOTICE OF SERVICE OF DISCOVERY

Plaintiff Jarrod Johnson ("Plaintiff") hereby certifies that the following discovery was served upon all counsel of record via electronic mail on March 9, 2022:

- Plaintiff's Cross-Notice of Plaintiff's Third Notice of Rule 30(b)(6) Deposition of Tarkett USA, Inc.

- Plaintiff's Cross-Notice of Plaintiff's Third Revised Notice of Rule 30(b)(6) Deposition of Daikin America, Inc.

- Plaintiff's Cross-Notice of Plaintiff's Second Re-Notice of Rule 30(b)(6) Deposition of Defendant 3M Company.

This 9th day of March, 2022.

*/s/ R. Akira Watson*
R. Akira Watson, Esq. (*phv*)
Nina Towle Herring, Esq. (*phv*)

Brett C. Thompson, Esq. (*phv*)
Hirlye R. "Ryan" Lutz, III, Esq. (*phv)*
F. Jerome Tapley, Esq. (*phv*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205
bthompson@corywatson.com
rlutz@corywatson.com
jtapley@corywatson.com
nherring@corywatson.com
awatson@corywatson.com
Telephone: (800) 852-6299
Fax: (205) 324-7896

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Fax: (404) 445-8003
ryals@stonelaw.com
billstone@stonelaw.com

James S. Whitlock (*phv*)
Gary A. Davis (*phv*)
Davis & Whitlock, P.C.
Attorneys at Law
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
jwhitlock@enviroattorney.com
gadavis@enviroattorney.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

This 9th day of March, 2022.

*/s/ R. Akira Watson*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This 9th day of March, 2022.

*/s/ R. Akira Watson*