# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | Case No. 4:20-cv-00008-AT |

## CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on March 9, 2022, I served true and correct copies of Defendant Daikin America, Inc.'s First Set of Requests for Admission, Interrogatories, and Requests for Production to Plaintiff via electronic mail upon all counsel of record.

Respectfully submitted this 9th day of March, 2022.

/s/Jeffrey A. Kaplan, Jr.
Jeffrey A. Kaplan, Jr.
Georgia Bar No. 859280
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, Georgia 30361
(404) 581-8325
jkaplan@jonesday.com
*Attorney for Defendant Daikin America, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

Respectfully submitted this 9th day of March, 2022.

                                          */s/Jeffrey A. Kaplan, Jr.*
                                        Jeffrey A. Kaplan, Jr.
                                        Georgia Bar No. 859280
                                        JONES DAY
                                        1221 Peachtree Street NE, Suite 400
                                        Atlanta, Georgia 30361
                                        (404) 581-8325
                                        jkaplan@jonesday.com
                                        *Attorney for Defendant Daikin America, Inc.*