IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually and on behalf of a class of persons similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>   Defendants. | Civil Action No. 4:20-cv-0008-AT |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that *Defendant The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities' Responses and Objections to Defendant Tarkett USA, Inc.'s First Requests for Production of Documents* was served upon all counsel of record by email.

This 10th day of March, 2022.

              **TROUTMAN PEPPER HAMILTON**
              **SANDERS LLP**

              */s/ Lindsey B. Mann*
              E. Fitzgerald Veira (GA Bar No. 726726)
              fitzgerald.veira@troutman.com
              Lindsey B. Mann (GA Bar No. 431819)
              lindsey.mann@troutman.com
              J. Houston Shaner (GA Bar No. 908399)

houston.shaner@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404-885-3000

Brooks M. Smith (*pro hac vice*)
brooks.smith@troutman.com
1001 Haxall Point, Suite 1500
Richmond, VA 23219
804-697-1200

**Counsel for The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities**