## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:20-cv-00008-AT |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS
## THE DIXIE GROUP, INC. AND MILLIKEN AND COMPANY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to Plaintiff dismissing without prejudice his individual claims in this matter against Defendants The Dixie Group, Inc. ("Dixie") and Milliken and Company ("Milliken"). Plaintiff, Dixie, and Milliken shall each bear its own costs and attorneys' fees with regard to the claims asserted against Dixie and Milliken. No party waives any rights it otherwise has under Georgia law by agreeing to this dismissal.

Respectfully submitted this 13th day of April 2022.

**CORY WATSON, P.C.**

/s/Hirlye R. Lutz, III
Hirlye R. "Ryan" Lutz, III
F. Jerome Tapley
Brett C. Thompson
2131 Magnolia Avenue South
Birmingham, AL 35205
205-328-2200 Telephone
205-324-7896 Facsimile
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@corywatson.com

**THE STONE LAW GROUP –
TRIAL LAWYERS, LLC**
Ryals D. Stone, GA Bar # 831761
William S. Stone, GA Bar # 684636
5229 Roswell Road NE
Atlanta, GA 30342
404-239-0305 Telephone
404-445-8003 Facsimile
ryals@stonelaw.com
billstone@stonelaw.com

*Attorneys for Plaintiff*

**LIGHTFOOT FRANKLIN &
WHITE, LLC**

/s/Benjamin P. Harmon
Benjamin P. Harmon
GA Bar No. 979043
Jackson R. Sharman, III
GA Bar No. 637930
Harlan I. Prater, IV (*pro hac vice*)
M. Christian King, (*pro hac vice*)
W. Larkin Radney, IV (*pro hac vice*)
The Clark Building
400 North 20th Street

**MILLER & MARTIN PLLC**

/s/ Scott Parrish
Scott Parrish, GA Bar # 564980
M. Ellis Lord, TN Bar # 26642*
Neil L. Wilcove, GA Bar # 758401
Meredith C. Lee, GA Bar # 294856
Jenna Fullerton, TN Bar # 36522*
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
423-756-6600 Telephone
423-785-8480 Facsimile
scott.parrish@millermartin.com
ellis.lord@millermartin.com
neil.wilcove@millermartin.com
meredith.lee@millermartin.com
jenna.fullerton@millermartin.com

*Attorneys for Defendant The Dixie Group,
Inc.*

*Admitted Pro Hac Vice

**ALSTON & BIRD, LLP**

/s/David Carpenter
Doug Scribner, GA Bar # 632755
David Carpenter, GA Bar # 292101
Fiona O'Carroll, GA Bar # 442663
1201 West Peachtree St.
Atlanta, GA 30309-3424
404-881-7000
doug.scribner@alston.com
david.carpenter@alston.com
fiona.ocarroll@alston.com

Birmingham, AL 35203
205-949-5826
bharmon@lightfootlaw.com
jsharman@lightfootlaw.com
hprater@lightfootlaw.com
cking@lightfootlaw.com
lradney@lightfootlaw.com

Robert B. Remar, GA Bar # 600575
S. Gardner Culpepper, GA Bar #
201210
Monica P. Witte, GA Bar # 405952
Katherine L. D'Ambrosio, GA Bar #
780128
Smith, Gambrell & Russell, LLP
1105 W. Peachtree Street, N.E., Suite
1000
Atlanta, GA 30309
(404) 815-3500
rremar@sgrlaw.com
sculpepper@sgrlaw.com
kdambrosio@sgrlaw.com
mwitte@sgrlaw.com

*Attorneys for 3M Company*

**COPPEDGE, MICHMERHUIZEN
& RAYBURN**

*/s/Warren N. Coppedge, Jr.*
Warren N. Coppedge, Jr.
Stephen Michmerhuizen
508 South Thornton Ave.
Dalton, GA 30720
706-226-0040
trisha@coppedgefirm.com
steve@coppedgefirm.com

*Attorneys for Arrowstar, LLC*

*Attorneys for Aladdin Manufacturing
Corporation, Mohawk Carpet, LLC, and
Mohawk Industries, Inc.*

**LIGHTFOOT FRANKLIN & WHITE,
LLC**

*/s/Brian P. Kappel*
John M. Johnson (*pro hac vice*)
AL Bar No.: asb-7318-o52j
jjohnson@lightfootlaw.com
Adam K. Peck (*pro hac vice*)
AL Bar No.: asb-0851-p68a
apeck@lightfootlaw.com
Lana A. Olson (*pro hac vice*)
AL Bar No.: asb-6841-a59l
lolson@lightfootlaw.com
Brian P. Kappel

GA Bar No. 916728
bkappel@lightfootlaw.com
Suzanne A. Fleming (*pro hac vice*)
AL Bar No.: asb-0185-f53s
sfleming@lightfootlaw.com
Amaobi J. Enyinnia
GA Bar No. 327957
aenyinnia@lightfootlaw.com
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700

Blair Cash, GA Bar # 360457
Moseley Marcinak Law Group LLP
P.O. Box 1688
Kennesaw, Georgia 30156
(470) 480-7258
blair.cash@momarlaw.com

*Attorneys for E.I. duPont de Nemours and Company and The Chemours Company*

**MILLER & MARTIN PLLC**

/s/Elizabeth J. Marquardt
Elizabeth J. Marquardt, GA Bar # 944547
1180 W. Peachtree Street Suite 2100
Atlanta, GA 30309
404-962-6100
elizabeth.marquardt@millermartin.com

W. Randall Wilson (*pro hac vice*)
Michael J. Dumitru (*pro hac vice*)
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
(423) 756-6600
randy.wilson@millermartin.com
michael.dumitru@millermartin.com

**CARROLL & WEISS LLP**

/s/Jameson B. Carroll
Jameson B. Carroll, GA Bar # 112640
Michael Weiss, GA Bar # 746494
M. Russell Wofford, Jr., GA Bar # 773002
M. Scott Cole, GA Bar # 880787
2870 Peachtree Road, N.W.
Suite 193
Atlanta, GA 30305
404-514-5061
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
rwofford@carrollweiss.com
scole@carrollweiss.com

*Attorneys for Milliken & Company*

4

*Attorneys for Engineered Floors, LLC*

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/William V. Custer
William V. Custer, GA Bar # 202910
Jennifer B. Dempsey, GA Bar # 217536
Christian J. Bromley, GA Bar # 206633
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309
(404) 572-6600
bill.custer@bclplaw.com
jennifer.dempsey@bclplaw.com
christian.bromley@bclplaw.com

*Attorneys for Shaw Industries, Inc. and
Shaw Industries Group, Inc.*

**SCOTT DUKES & GEISLER, PC**

/s/John W. Scott
John W. Scott (pro hac vice)
Christian C. Feldman (pro hac vice)
211 Twenty-Second Street, North
Birmingham, AL 35203
205-251-2300
jscott@scottdukeslaw.com
cfeldman@scottdukeslaw.com

**WOMBLE BOND DICKINSON, LLP**
Michael J. Sullivan, GA Bar # 142203
Brendan H. White, GA Bar # 458316
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
michael.sullivan@wbd-us.com
brendan.white@wbd-us.com

**GRANT KONVALINKA & HARRISON**

/s/David C. Higney
David C. Higney, GA Bar # 352780
633 Chestnut Street
Suite 900, One Republic Centre
Chattanooga, TN 37450-0900
423-756-8400
dhigney@gkhpc.com

*Attorneys for Oriental Weavers USA, Inc.*

**ALSTON & BIRD LLP**

/s/Meaghan G. Boyd
Meaghan G. Boyd, GA Bar # 14521
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
meaghan.boyd@alston.com

**CALFEE HALTER & GRISWOLD LLP**
Christopher Jones
Pro hac vice (Ohio Bar # 0046959)
Christopher M. Ward
Pro hac vice (Ohio Bar # 0076293)
1200 Huntington Center
41 S. High Street
Columbus, Ohio 43215
Tel: 614-621-1500; Fax: 614-621-0010

cjones@calfee.com
cward@calfee.com

*Attorneys for Tarkett USA, Inc.*

*Attorneys for Defendant Americhem, Inc.*

**ARNALL GOLDEN GREGORY LLP**

*/s/David J. Marmins*

David J. Marmins, GA Bar # 470630
Morgan E.M. Harrison, GA Bar # 470983
171 17th Street, Suite 2100
Atlanta, GA 30363
(404) 873-8126
david.marmins@agg.com
morgan.harrison@agg.com

*Attorneys for Chem-Tech Finishers, Inc.*

**BAKER & HOSTETLER LLP**

*/s/Ronald B. Gaither, Jr.*

Ronald B. Gaither, Jr., GA Bar # 282292
Douglas A. Vonderharr (*pro hac vice*)
Kayla M. Prieto (*pro hac vice*)
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309-7676
(404) 459-0050
dvonderharr@bakerlaw.com
kprieto@bakerlaw.com
rgaither@bakerlaw.com

*Attorneys for Cycle-Tex, Inc.*

**WOODEN LAW FIRM, PC**

*/s/Tracy C. Wooden*

Tracy C. Wooden, GA Bar # 775070
735 Broad Street
Suite 900
Chattanooga, TN 37402
423-756-9972
tracywooden@woodenlaw.com

*Attorneys for Columbia Recycling Corp.*

**BURR & FORMAN LLP**

*/s/Kwende B. Jones*

Elizabeth B. Davis, GA Bar # 208260
Kwende B. Jones, GA Bar # 041155
171 17th Street, N.W.
Suite 1100
Atlanta, GA 30363
404-685-4323
bdavis@burr.com
kbjones@burr.com

*Attorneys for Fibro Chem, LLC*

**GOODMAN McGUFFEY LLP**

*/s/Stephanie F. Glickauf*

Stephanie F. Glickauf, GA Bar # 257540

**HUSCH BLACKWELL LLP**

*/s/Samantha A. Lunn*

Samantha A. Lunn, GA Bar # 303099
736 Georgia Avenue, Suite 300

6

3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
sglickauf@gm-llp.com

*Attorneys for Dalton/Whitfield Regional Solid Waste Authority*

## ALSTON & BIRD LLP

/s/Meaghan G. Boyd
Meaghan G. Boyd, GA Bar # 142521
Shannon Vreeland, GA Bar # 472552
One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA 30309-3424
Telephone: 404-881-7000
meaghan.boyd@alston.com
shannon.vreeland@alston.com

*Attorneys for IMACC Corporation*

## PARKER POE ADAMS & BERNSTEIN, LLP

/s/Steven D. Weber
Steven D. Weber (*pro hac vice*)
Elizabeth A. Dieck (*pro hac vice*)
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 335-9065
steveweber@parkerpoe.com

## MAYNARD COOPER & GALE, P.C.

Alexander B. Feinberg, GA Bar # 956505
Chris Williams

Chattanooga, TN 37402
423-266-5500
samantha.lunn@huschblackwell.com

*Attorneys for Secoa Technology, LLC*

## LEWIS, BRISBOIS, BISGAARD & SMITH LLP

/s/Martin A. Shelton
R. Scott Masterson, GA Bar # 476359
Keith M. Kodosky, GA Bar # 404814
Martin A. Shelton, GA Bar # 640749
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
scott.masterson@lewisbrisbois.com
keith.kodosky@lewisbrisbois.com
martin.shelton@lewisbrisbois.com

*Attorneys for MFG Chemical, Inc.*

## JONES WALKER LLP

/s/William E. Underwood
William E. Underwood, GA Bar #401805
Steven F. Casey (*pro hac vice*)
Kary Bryant Wolfe (*pro hac vice*)
1360 Peachtree Street, Suite 1030
Atlanta, GA 30309
(770) 870-7506
wunderwood@joneswalker.com
scasey@joneswalker.com
kwolfe@joneswalker.com

## BALCH & BINGHAM LLP

Christopher L. Yeilding (*pro hac vice*)
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203

1901 Sixth Avenue North
1700 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1000
afeinberg@maynardcooper.com
cwilliams@maynardcooper.com

*Attorneys for Dystar, L.P.*

(205)226-8728
cyeilding@balch.com

**JONES DAY**
Theodore M. Grossman (*pro hac vice*)
250 Vesey Street
New York, NY 10281
(212) 326-3939
tgrossman@jonesday.com

**JONES DAY**
Jeffrey A. Kaplan, Jr., GA Bar # 859280
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
(404) 581-8325
jkaplan@jonesday.com

*Attorney for Defendant Daikin America, Inc.*

**TROUTMAN, PEPPER, HAMILTON, & SANDERS, LLP**

*/s/Lindsey B. Mann*
Lindsey B. Mann, GA Bar # 431819
E. Fitzgerald Veira, GA Bar # 726726
J. Houston Shaner, GA Bar # 908399
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
(404) 885-3000
lindsey.mann@troutman.com
fitzgerald.veira@troutman.com
houston.shaner@troutman.com

Brooks M. Smith (*pro hac vice*)
1001 Haxall Point, Suite 1500
Richmond, VA 23219
(804) 697-1200
brooks.smith@troutman.com

**EARTH AND WATER LAW, LLC**

*/s/David Montgomery Moore*
David Montgomery Moore
Promenade, Suite 1900
1230 Peachtree Street, NE
Atlanta, GA 30309
404-245-5421
david.moore@earthandwatergroup.com

*Attorneys for Polyventive, LLC*

*Attorneys for City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities*

**HUNTON ANDREWS KURTH LLP**

*/s/Alexandra B. Cunningham*
Merideth Snow Daly (*pro hac vice*)
Alexandra B. Cunningham
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219-4047
804-788-8645
mdaly@huntonak.com
acunningham@huntonak.com

Brooke F. Voelzke
Bank of America Plaza, Suite 4100
600 Peachtree Street NE
Atlanta, GA 30308-2216
404-888-4171
bvoelzke@huntonak.com

*Attorneys for INV Performance Surfaces, LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

Undersigned counsel certifies that the foregoing document has been prepared using an approved font (Times New Roman, 14 points) in compliance with Local Rules 5.1(C) and 7.1(D).

This 13th day of April 2022.

**CARROLL & WEISS LLP**

**/s/ M. Scott Cole**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**CARROLL & WEISS LLP**

**/s/ M. Scott Cole**