IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JARROD JOHNSON, individually and
on behalf of a class of persons similarly
situated,

          Plaintiff,

v.

3M COMPANY, et al.,

          Defendants.

Civil Action No. 4:20-cv-0008-AT

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that *Defendant The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities' Responses and Objections to DyStar LP's Second Request for Production of Documents, Responses and Objections to DyStar LP's First Request for Admission, and Responses and Objections to DyStar LP's Second Interrogatories* were served upon all counsel of record by email.

This 2nd day of May, 2022.

**TROUTMAN PEPPER HAMILTON
SANDERS LLP**

*/s/ Lindsey B. Mann*
Lindsey B. Mann (GA Bar No. 431819)

124802496v1

lindsey.mann@troutman.com
E. Fitzgerald Veira (GA Bar No. 726726)
fitzgerald.veira@troutman.com
J. Houston Shaner (GA Bar No. 908399)
houston.shaner@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404-885-3000

Brooks M. Smith (*pro hac vice*)
brooks.smith@troutman.com
1001 Haxall Point, Suite 1500
Richmond, VA 23219
804-697-1200

**Counsel for The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities**

2