# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Case No. 4:20-cv-00008-AT<br><br>Hon. Amy Totenberg |

## NOTICE OF INTENT TO SERVE SUBPOENA

COMES NOW Defendant 3M Company, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby notifies the parties in this case that it will serve the subpoena attached as Exhibit A on May 6, 2022, or as soon thereafter as service may be effectuated, on the following entities:

    Cox, Byington, Twyman and Johnson LLP
    711 Broad Street
    Rome, GA 30161

Respectfully submitted, this 6th day of May, 2022.

                */s/ Robert B. Remar*
                Robert B. Remar, GA Bar No. 600575
                S. Gardner Culpepper, GA Bar No. 201210
                Monica P. Witte, GA Bar No. 405952
                Katherine L. D'Ambrosio, GA Bar No. 780128

SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E., Suite 1000
Atlanta, GA 30309
Telephone (404) 815-3500
Email: rremar@sgrlaw.com
Email: sculpepper@sgrlaw.com
Email: kdambrosio@sgrlaw.com
Email: mwitte@sgrlaw.com

Benjamin P. Harmon, GA Bar No. 979043
Jackson R. Sharman, III, GA Bar No. 637930
Harlan I. Prater, *Pro Hac Vice*
M. Christian King, *Pro Hac Vice*
W. Larkin Radney, *Pro Hac Vice*
LIGHTFOOT, FRANKLIN AND WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Email: bharmon@lightfootlaw.com
Email: jsharman@lightfootlaw.com
Email: hprater@lightfootlaw.com
Email: cking@lightfootlaw.com
Email: lradney@lightfootlaw.com

Andrew J. Calica, *Pro Hac Vice*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
Email: ACalica@mayerbrown.com

*Counsel for Defendant 3M Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Case No. 4:20-cv-00008-AT<br><br>Hon. Amy Totenberg |

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　/s/ Robert B. Remar
　　　　　　　　　　　　　　　　　　Robert B. Remar, GA Bar No. 600575
　　　　　　　　　　　　　　　　　　Email: rremar@sgrlaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendant 3M Company*

1