# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and on Behalf of a Class of persons similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>3M Company, *et. al*<br><br>Defendants. | Case No. 4:20-cv-00008-AT |

## DEFENDANT 3M COMPANY'S
## RULE 5.4 NOTICE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 and 26.3(A), I hereby certify that on May 31, 2022, I caused the following to be served via e-mail upon all counsel of record in this matter:

- 3M Company's Supplemental Response Plaintiff's First and Second Sets of Interrogatories 6, 10, 11, 12; and

- Defendant 3M Company's Amended Rule(a)(1) Initial Disclosures.

This 31st day of May, 2022.

> /s/ Robert B. Remar
> Robert B. Remar
> Georgia Bar No. 600575
> Monica P. Witte
> Georgia Bar No. 405952
> Katherine L. D'Ambrosio

Georgia Bar No. 780128
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3500
Facsimile: (404) 815-3509
rremar@sgrlaw.com
mwitte@sgrlaw.com
kdambrosio@sgrlaw.com

Benjamin P. Harmon, GA Bar No. 979043
Jackson R. Sharman, III, GA Bar No. 637930
Harlan I. Prater, *Pro Hac Vice*
M. Christian King, *Pro Hac Vice*
W. Larkin Radney, *Pro Hac Vice*
Lightfoot, Franklin and White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel: (205) 581-0700
bharmon@lightfootlaw.com
jsharman@lightfootlaw.com
hprater@lightfootlaw.com
cking@lightfootlaw.com
lradney@lightfootlaw.com

Andrew J. Calica, *Pro Hac Vice*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
ACalica@mayerbrown.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE AND <u>COMPLIANCE WITH LOCAL RULE 5.1</u>

I hereby certify that on May 31, 2022, I electronically filed the foregoing**,** which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 31st day of May, 2022.

/s/ *Robert B. Remar*
Robert B. Remar
GA Bar No. 600575
rremar@sgrlaw.com