# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and on behalf of a Class of persons similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:20-cv-00008-AT |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 31st of May, 2022, I caused to be served, via email, a true and correct copy of the foregoing **DEFENDANTS ALADDIN MANUFACTURING CORPORATION, MOHAWK INDUSTRIES, INC., AND MOHAWK CARPET, LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND INTERROGATORIES AND THIRD REQUEST FOR PRODUCTION OF DOCUMENTS** on all counsel of record.

This the 31st day of May, 2022.

/s/ *Fiona O'Carroll*
Fiona O'Carroll
Georgia Bar No. 442663

## CERTIFICATION UNDER L.R. 7.1.D.

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

*/s/ Fiona O'Carroll*
Fiona O'Carroll
Georgia Bar No. 442663