# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of Persons Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OWUSA COMPANY, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 4:20-cv-00008-AT<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on March 31, 2022, I caused Defendant Oriental Weavers USA, Inc.'s Responses to Plaintiff's Fourth Interrogatories and Fifth Request for Production of Documents to be served via electronic mail to all counsel of record in this matter:

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**GRANT KONVALINKA & HARRISON, P.C.**

　　　　　　　　　　　　　　　　By: /s/ David C. Higney
　　　　　　　　　　　　　　　　　　David C. Higney, GA Bar No. 352780
　　　　　　　　　　　　　　　　　　633 Chestnut Street, Suite 900
　　　　　　　　　　　　　　　　　　Chattanooga, TN 37450-0900
　　　　　　　　　　　　　　　　　　(423) 756-8400
　　　　　　　　　　　　　　　　　　(423) 756-6518  facsimile
　　　　　　　　　　　　　　　　　　dhigney@gkhpc.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　 *Oriental Weavers USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3rd, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David C. Higney
Grant Konvalinka & Harrison, P.C.