## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| **JARROD JOHNSON individually, and on Behalf of a Class of persons similarly situated,** | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| **v.** | ) ) | **Civil Action No. 4:20-cv-00008-AT** |
| **3M COMPANY, et al.,** | ) ) | |
| *Defendants.* | ) ) ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff and Defendant IMACC Corporation (collectively "the Parties") hereby move the Court to enter the Consent Decree filed herewith, and in support thereof state as follows:

1. On May 6, 2022, the Parties filed a Joint Notice of Lodging of Proposed Consent Decree [Doc. 877] and a Proposed Consent Decree [Doc. 877-1] in order to provide the Court with notice of the Parties' proposed settlement.

2. Also on May 6, 2022, Plaintiff served a copy of the Proposed Consent Decree on the Department of Justice ("USDOJ") and on the Administrator of the United States Environmental Protection Agency ("USEPA").

3.  On May 13, 2022, as required by 40 C.F.R. 135.5(b), Plaintiff filed a Notice of Service of Proposed Consent Decree [Doc. 882], demonstrating service of the Proposed Consent Decree on both USDOJ and USEPA. As shown in Exhibit A thereto [Doc. 882-1], USDOJ determined that the 45-day review and comment period ended on June 21, 2022.

4.  On June 21, 2022, USDOJ provided the letter attached hereto as Exhibit 1 to counsel for the Parties, confirming that the United States has no objection to the entry of the Consent Decree by this Court. To ensure that the government's position is on the public record, the Parties file USDOJ's letter herewith.

Now that USDOJ has completed its review of the Consent Decree, and has no objection to its entry, the Parties respectfully request that the Court enter the Consent Decree filed herewith as expeditiously as possible.

This the 22nd day of June, 2022.

| | |
|---|---|
| */s/ James S. Whitlock* | */s/ Meaghan G. Boyd* |
| James S. Whitlock (*phv*) | Meaghan G. Boyd (GA Bar No. |
| Gary A. Davis (*phv*) | 142521) |
| DAVIS & WHITLOCK, P.C. | ALSTON & BIRD LLP |
| 21 Battery Park Avenue, Suite 206 | One Atlantic Center |
| Asheville, North Carolina 28801 | 1201 West Peachtree Street NW |
| Telephone: (828) 622-0044 | Telephone: (404) 881-7000 |
| Fax: (828) 398-0435 | Fax: (404) 881-7777 |
| jwhitlock@enviroattorney.com | Meaghan.Boyd@alston.com |
| gadavis@enviroattorney.com | |
| | *Attorney for IMACC Corporation* |

Hirlye R. "Ryan" Lutz, III *(phv)*
F. Jerome Tapley (*phv*)
Brett C. Thompson (*phv*)
Nina Towle Herring *(phv)*
R. Akira Watson *(phv)*
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Telephone: (800) 852-6299
Fax: (205) 324-7896
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@corywatson.com
nherring@corywatson.com
awatson@corywatson.com

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
THE STONE LAW GROUP –TRIAL
LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Fax: (404) 445-8003
ryals@stonelaw.com
billstone@stonelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Norther District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF CONSENT DECREE** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 22nd day of June, 2022.

*/s James S. Whitlock*