UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON, Individually and on behalf of a class of persons similarly situated,** ) ) ) ) ) ) **Plaintiff,** ) vs. ) ) **3M COMPANY,** *et al.* ) ) **Defendants.** ) | **Civil Action No. 4:20-cv-0008 AT** |

## AMENDED SCHEDULING ORDER

In its previous Amended Scheduling Order, this Court noted that, given the number of Defendants and the potential number of experts required, some deadlines may have to be extended by mutual agreement of the Parties.  [~~Dkt. 856~~ n.2]  Being advised that additional time will be necessary in order for the parties to complete expert reports and depositions in both this and the related state court action of *City of Rome, Georgia v. 3M, et al.* No. 19CV02405 (Floyd Super. Ct. Nov. 19, 2019), the Court hereby orders that the deadlines contained in the Amended Scheduling Order entered in this action on April 25, 2022 [~~Dkt. 856~~] are revised and replaced with the deadlines contained in this Revised Scheduling

Order. Deadlines that have already expired are not revived by this Revised Scheduling Order.

|     | EVENT | DEADLINE |
| --- | --- | --- |
| 1.  | Fact Discovery Closes | May 31, 2022 |
| 2.  | Plaintiff's Expert Disclosures | July 14, 2022 |
| 3.  | Plaintiffs' Motion for Class Certification[1] | August 11, 2022 |
| 4.  | Deadline to Depose Plaintiff's Experts | September 8, 2022 |
| 5.  | Defendant's Expert Disclosures | October 20, 2022 |
| 6.  | Defendants' Opposition to Plaintiff's Motion for Class Certification | November 17, 2022 |
| 7.  | Deadline to Depose Defendants' Experts | December 15, 2022[2] |
| 8.  | Plaintiff's Reply in Support of Class Certification | January 12, 2022 |
| 9.  | Rebuttal Expert Disclosures | December 20, 2022 |
| 10. | Deadline to Depose Rebuttal Experts | January 19, 2023 |
| 11. | Motions for Summary Judgment / Daubert Motions | March 16, 2023 |
| 12. | Responses to Motions for Summary Judgment / Daubert Motions | May 11, 2023 |

---

[1] The City of Dalton, Georgia, Acting on Behalf of its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities ("Dalton Utilities") and/or Dalton-Whitfield Regional Solid Waste Authority ("DWSWA") [Dkt. 475] reserve the right to seek resolution of motions for summary judgment related to the federal Clean Water Act claims asserted against Dalton Utilities and DWSWA, which are brought on an individual basis and not a class-wide basis, in advance of Plaintiff's motion for class certification.

[2] Given the number of Defendants and the potential number of experts Defendants may use in support of their opposition to class certification, the Parties understand and acknowledge that this deadline may have to be reasonably extended by mutual agreement of the Parties.

| 13. | Replies in Support of Motions for Summary Judgment / Daubert Motions | June 8, 2023 |

IT IS SO ORDERED.

Date: June 28, 2022

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE