# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON, individually,** ) <br> **and on Behalf of a Class of Persons** ) <br> **Similarly Situated,** ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **3M COMPANY, et al.,** ) <br> ) <br>     **Defendants.** ) <br> ) | **CIVIL ACTION FILE** <br> **NO. 4:20-cv-00008-AT** |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S EXPERT REPORTS

Plaintiff Jarrod Johnson ("Plaintiff") hereby certifies that the following expert reports were served upon all counsel of record via electronic mail on July 14, 2022:

- Report of Steven Amter, dated July 14, 2022; and
- Report of Charles B. Andrews, Ph.D., dated July 14, 2022; and
- Report of William Zieburtz, dated July 14, 2022; and
- Report of Jamie C. DeWitt, Ph.D., dated July 12, 2022; and
- Report of Andrew Stahl, P.G., C.P.G, dated July 13, 2022; and
- Report of Dr. Mark J. Benotti, Ph.D., dated July 14, 2022; and
- Report of Bernard F. Pettingill, Jr., Ph.D., dated July 14, 2022.

This 14th day of July, 2022.

/s/ F. Jerome Tapley
F. Jerome Tapley, Esq. (*phv*)
Hirlye R. "Ryan" Lutz, III, Esq. (*phv*)
R. Akira Watson, Esq. (*phv*)
Brett C. Thompson, Esq. (*phv*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205
bthompson@corywatson.com
rlutz@corywatson.com
jtapley@corywatson.com
awatson@corywatson.com
Telephone: (800) 852-6299
Fax: (205) 324-7896

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Fax: (404) 445-8003
ryals@stonelaw.com
billstone@stonelaw.com

James S. Whitlock (*phv*)
Gary A. Davis (*phv*)
Davis & Whitlock, P.C.
Attorneys at Law
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
jwhitlock@enviroattorney.com
gadavis@enviroattorney.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1**

Pursuant to LR, NDGa 7.1D, I hereby certify that the foregoing has been prepared using one of the fonts and point selections approved by the Court in LR, NDGa 5.1. This document was prepared using Times New Roman, 14 pt. font.

This the 14th day of July, 2022.

*/s/ F. Jerome Tapley*
F. Jerome Tapley

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 14th day of July, 2022.

*/s/ F. Jerome Tapley*