# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated, | )<br>)<br>) |
| | ) CIVIL ACTION FILE NO.: |
| Plaintiff, | ) 4:20-cv-0008-AT |
| v. | ) |
| 3M COMPANY, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW Tala Amirfazli of Burr & Forman LLP, and hereby gives notice of her appearance as additional counsel in the above-styled action on behalf of Defendant Fibro Chem, LLC and respectfully requests that from this point forward, all notices, correspondence, pleadings, orders and other matters relating to this action also be served upon her at the following address:

Tala Amirfazli
Burr & Forman LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia  30363
Telephone:  404-815-3000
Facsimile:  404-817-3244
tamirfazli@burr.com

48830617 v1

Respectfully submitted this 18th day of August, 2022.

                                               s/Tala Amirfazli
                                               Tala Amirfazli
                                               Georgia Bar No. 532890
                                               tamirfazli@burr.com

                                               *Attorney for Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **NOTICE OF APPEARANCE AS COUNSEL** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1C.

s/Tala Amirfazli
Tala Amirfazli
Georgia Bar No. 532890
tamirfazli@burr.com

*Attorney for Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

48830617 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE AS COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to the attorneys of record.

                                                  s/Tala Amirfazli
                                                  Tala Amirfazli
                                                  Georgia Bar No. 532890
                                                 tamirfazli@burr.com

                                               *Attorney for Defendant Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244