IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br><br>　　Plaintiff,<br>v.<br><br>3M COMPANY, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE NO.:<br><br>4:20-CV-0008-AT |

## CERTIFICATE OF COMPLIANCE

I, Tala Amirfazli, do hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg, and that I will comply with its provisions during the pendency of this litigation.

Submitted this 18th day of August, 2022.

　　　　　　　　　　　　　　　　　　s/Tala Amirfazli
　　　　　　　　　　　　　　　　　　Tala Amirfazli
　　　　　　　　　　　　　　　　　　Georgia Bar No. 532890
　　　　　　　　　　　　　　　　　　tamirfazli@burr.com

　　　　　　　　　　　　　　　　　　*Attorney for Fibro Chem, LLC*

1

48832079 v1

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

48832079 v1

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **CERTIFICATE OF COMPLIANCE** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1C.

                                              s/Tala Amirfazli
                                              Tala Amirfazli
                                              Georgia Bar No. 532890
                                              tamirfazli@burr.com

                                              *Attorney for Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2022, I electronically filed the foregoing **CERTIFICATE OF COMPLIANCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to the attorneys of record.

        s/Tala Amirfazli
        Tala Amirfazli
        Georgia Bar No. 532890
        tamirfazli@burr.com

        *Attorney for Defendant Fibro Chem, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

48832079 v1