# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON, individually,** ) <br> **and on Behalf of a Class of Persons** ) <br> **Similarly Situated,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v.                            ) <br> ) <br> **3M COMPANY, et al.,** ) <br> ) <br> **Defendants.** ) | **CIVIL ACTION NUMBER** <br> **No. 4:20-cv-00008-AT** |

## NOTICE OF FILING PUBLIC EXHIBITS
## IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff gives notice of filing the following exhibits in support of Plaintiff's Motion for Class Certification:

- Exhibit 31 – Deposition of Robert Kissell (DuPont) (Apr. 26, 2022);

- Exhibit 32 – Memorandum from Michael P. Stevens, Ga. Dep't of Nat. Res., Envtl. Prot. Div., to Alan W. Hallum, *Information on Stainmaster/Stainblocker* (Sept. 20, 1988);

- Exhibit 34 – *In re: Dalton Utilities Loopers Bend Land Application System*, Administrative Order No. EPD-WQ-1517 (Ga. EPD 1989);

- Exhibit 35 – *In re: Dalton Utilities Loopers Bend Land Application System*, Consent Order No. EDP-WQ-AH 4-93 (Ga. EPD 1995);

- Exhibit 36 – Murray Coleman, *U.S. Agents Raid Dalton Utilities*, Daily Citizen-News (Aug. 17, 1995);

1

- Exhibit 37 – U.S Environmental Protection Agency, Criminal Investigation Division, Memorandum of Interview with Richard J. Belanger (June 16, 1995);

- Exhibit 38 – Complaint, *United States and the State of Georgia v. Dalton Utilities*, Civil Action No. 4:98-cv-0191-HLM (N.D. Ga., July 17, 1998);

- Exhibit 39 – Criminal Indictment, *United States v. Dalton Utilities*, Criminal Information No. 4 99-CR-044 (N.D. Ga., Sept. 9, 1999);

- Exhibit 40 – Memorandum from S. Charles Murray, U.S. EPA, Southeastern District Counsel, to Robert F. Meunier, U.S. EPA, Debarring Official, *Request for the Debarment of Dalton Utilities* (Dec. 13, 1999);

- Exhibit 41 – Guilty Plea and Plea Agreement, *United States v. Dalton Utilities*, Criminal No. 4 99-CR-044 (N.D. Ga., Sept. 9, 1999);

- Exhibit 42 – Consent Decree, *United States et al. v. Dalton Utilities*, Civil Action No. 4:98-CV-191-HLM (N.D. Ga., Mar. 28, 2001);

- Exhibit 43 – Withdrawal of Request for Proposed Debarment, *In the Matters of Dalton Utilities*, EPA Case Nos. 98-0082-01, 98-0082-02 (Aug. 16, 2000);

- Exhibit 44 – Deposition of Tom Bundros (Dalton Utilities 30(b)(6)) (Mar. 4, 2022);

- Exhibit 49 – Deposition of Carey Mitchell (Shaw Industries 30(b)(6)) (Sept. 1, 2021);

- Exhibit 53 – Email from Robert C. Buck, DuPont, to Alan E. Luedtke, DuPont (Apr. 9, 2002);

- Exhibit 54 – Email from Lam H. Leung, DuPont, to Mary A. Kaiser, DuPont (May 31, 2000);

- Exhibit 57 – U.S. Environmental Protection Agency, Revised Draft Hazard Assessment of Perfluorooctanoic Acid and Its Salts (Nov. 4, 2002);

- Exhibit 58 – U.S. Environmental Protection Agency, Preliminary Risk Assessment of the Developmental Toxicity Associated with Exposure to Perfluorooctanoic Acid and Its Salts (April 10, 2003);

- Exhibit 59 – U.S. Environmental Protection Agency, *PFOA ECA Telomer Monitoring Technical Subgroup Meeting Summary, 10/09/03* (Oct. 24, 2003);

- Exhibit 60 – Telomer Monitoring Technical Subgroup presentation (Oct. 9, 2003);

Plaintiff is noticing the filing of additional exhibits to his Motion for Class Certification in other submissions.

Respectfully submitted,

*/s/ Brett C. Thompson*
Brett C. Thompson, Esq. (*phv*)
Hirlye R. "Ryan" Lutz, III, Esq. (*phv*)
F. Jerome Tapley, Esq. (*phv*)
R. Akira Watson (*phv*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205
bthompson@corywatson.com
rlutz@corywatson.com
jtapley@corywatson.com
awatson@corywatson.com
Telephone: (800) 852-6299
Fax: (205) 324-7896

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Fax: (404) 445-8003

ryals@stonelaw.com
billstone@stonelaw.com

James S. Whitlock (*phv*)
Gary A. Davis (*phv*)
Davis & Whitlock, P.C.
Attorneys at Law
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
jwhitlock@enviroattorney.com
gadavis@enviroattorney.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by Court Electronic Filing to counsel of records as follows:

This 18th day of August 2022.

<em>/s Brett C. Thompson</em>

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Norther District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.:

This 18th day of August 2022.

*/s Brett C. Thompson*