# EXHIBIT 34

ENVIRONMENTAL PROTECTION DIVISION
OF THE
DEPARTMENT OF NATURAL RESOURCES
STATE OF GEORGIA

IN RE:    Dalton Utilities
         Loopers Bend Land Application System

ORDER NO. EPD-WQ-1517

ADMINISTRATIVE ORDER

WHEREAS, Dalton Utilities (hereinafter "Utilities") presently owns and operates the Loopers Bend Land Application System (hereinafter "Loopers Bend LAS") which results in the spraying of treated wastewater onto a land application site and then into the waters of the State; and

WHEREAS, the Director of the Georgia Environmental Protection Division (hereinafter "Director" and "EPD") has issued Land Application System Permit No. GA02-056 (hereinafter "LAS Permit") to the Utilities which authorizes the Utilities to spray treated wastewater from the Riverbend Road water pollution control plant onto a land application site in accordance with the conditions and effluent limitations contained therein; and

WHEREAS, Section 12-5-9(a) of the Official Code of Georgia Annotated (hereinafter "Code"), makes it unlawful to use any waters of the State for the disposal of sewage, or other wastes, except in such a manner as to conform to and comply with the Code and all rules, regulations, orders and permits established under the provisions of the Code and applicable to the water involved; and

WHEREAS, the Utilities failed to construct the necessary preapplication wastewater treatment facilities as approved by the EPD and used as a basis for the current LAS Permit limits for spray application to the sprayfields; and

WHEREAS, Condition 3. of the LAS Permit requires that the wastewater and disposal system must be maintained as a no-discharge system; and

WHEREAS, investigations conducted by representatives of the EPD have documented that the sprayfield area experiences significant runoff of treated wastewater resulting in discharges of wastewater to the Conasauga River; and

WHEREAS, the runoff at the land application site constitutes a violation of the LAS Permit.

NOW, THEREFORE, the Director hereby ORDERS the Utilities to comply with the following:

1. Comply with the following Effluent Limitations and Monitoring Requirements, beginning on the effective date of the Order:

| Parameter | LAS Limitations mg/l unless otherwise noted Monthly Avg. | Weekly Avg. | Monitoring Requirements Measurement Frequency | Sample Type | Sample Location |
|---|---|---|---|---|---|
| Flow (MGD) | 28 | | Daily | Continuous Recording | *Influent, Effluent and Flow to Sprayfields |
| Biochemical Oxygen Demand (5-Day) | 50 | 75 | Daily | Composite | *Influent, Effluent and Flow to Sprayfields |
| Suspended Solids | 50 | 75 | Daily | Composite | *Influent, Effluent and Flow to Sprayfields |

*Influent to the Riverbend WPCP
 Effluent from the Riverbend WPCP
 Flow to Sprayfields shall be measured at Area B and C pump stations.

Land Application System Monitoring Requirements

(a) Pretreatment Plant Monitoring-Riverbend WPCP

| Parameter | Frequency | Location |
|---|---|---|
| Flow (MGD) | Daily* | Influent |
| Biochemical Oxygen Demand (5-Day) | Daily | Influent and Effluent |
| Suspended Solids | Daily | Influent and Effluent |

| | | |
|---|---|---|
| Chemical Oxygen Demand | Daily | Influent and Effluent |
| pH | Daily | Effluent |
| TKN | One/Week | Effluent |
| $NH_3$-N | One/Week | Effluent |
| $NO_3$-N | One/Week | Effluent |
| Phosphorus | One/Week | Effluent |

*Continuous recording measurements are required.

(b)  Flow to the Sprayfields* (Areas B and C)

| Parameter | Frequency |
|---|---|
| Flow | |
|    -Total Volume Irrigated (Areas B and C) | Daily** |
|    -Volume and inches applied per Sprayfield | Daily** |
| Biochemical Oxygen Demand (5-Day) | Daily |
| Suspended Solids | Daily |
| Fecal Coliform | Daily |

 *Samples should be collected at pump stations B and C.
**Continuous recording measurements are required.

(c)  Groundwater Well Monitoring (Areas A, B and C)

| Parameter | Frequency |
|---|---|
| Depth to Groundwater ✓ | One/Month |
| Chloride ✓ | One/Month |
| $NO_3$-N ✓ | One/Month |
| pH ✓ | One/Month |
| Electrical Conductivity ✓ | One/Month |
| Total Alkalinity ✓ | One/Quarter* |
| Total Hardness ✓ | One/Quarter* |
| Sulfate ✓ | One/Quarter* |
| MBAS ✓ | One/Quarter* |
| Total Phosphorus ✓ | One/Quarter* |
| Cadmium ✓ | Two/Year** |
| Chromium ✓ | Two/Year** |
| Copper ✓ | Two/Year** |
| Zinc ✓ | Two/Year** |
| Lead | Two/Year** |

 *For those parameters requiring a measurement frequency of One/Quarter, samples shall be analyzed and reported during the months of January, April, July, and October.
**For those parameters requiring a measurement frequency of Two/Year, samples shall be analyzed and reported during the months of January and July.

Dalton_Johnson_00106485

(d) Soil Monitoring (Areas A, B and C)

| Parameter | Frequency |
|---|---|
| pH | One/Year |
| Cation Exchange Capacity | If pH changes by one unit. |
| Percent Base Saturation | If pH changes by one unit. |
| Phosphorus Adsorption | If pH changes by one unit. |
| Cadmium | One/Year |
| Chromium | One/Year |
| Lead | One/Year |
| Mercury | One/Year |
| Nickel | One/Year |
| Zinc | One/Year |

(e) Surface Water Monitoring

Samples shall be collected from the following sites:
- Conasauga River - upstream of Holly Creek
  - downstream of the LAS site at Tilton Bridge
- Holly Creek - upstream of the LAS site at Fox Bridge Road *
  - at the confluence with the Conasauga River

| Parameter | Frequency |
|---|---|
| Biochemical Oxygen Demand (5-Day) | One/Week |
| Suspended Solids | One/Week |
| Dissolved Oxygen | One/Week |
| pH | One/Week |
| Fecal Coliform Bacteria | One/Week |

* The Utilities will not be held responsible for violations of State water quality standards at or above this sampling point.

(f) Sludge Monitoring

| Parameter | Frequency |
|---|---|
| Volume applied per field (inches) and source of sludge (Loopers Bend aerobic digester or Riverbend clarifiers) | Daily |
| Suspended Solids | Daily |
| $NH_4$-N | One/Month |
| TKN | One/Month |
| $NO_3$-N | One/Month |
| Total Phosphorus | One/Month |
| pH | One/Month |
| Zinc | Two/Year* |
| Lead | Two/Year* |
| Mercury | Two/Year* |
| Nickel | Two/Year* |
| Chromium | Two/Year* |
| Cadmium | Two/Year* |
| PCBs | Two/Year* |

Dalton_Johnson_00106486

*For those parameters requiring a measurement frequency of Two/Year, samples shall be analyzed and reported during the months of January and July.

2. The Looper's Bend LAS must be upgraded to eliminate runoff and adequately treat a 30 MGD monthly average flow of wastewater with construction to be completed by April 30, 1990.

3. The Looper's Bend Pretreatment Plant must be designed for a 10 MGD, 5 consecutive day average flow capacity. Construction must be completed by July 30, 1990.

4. a) The Utilities must complete and submit to the EPD an independent and comprehensive study on long-term sludge handling and disposal by June 1, 1990. This study shall include but not be limited to an environmental evaluation of sludge process and disposal alternatives.

   b) The Utilities must also develop a plan to improve existing sludge disposal methods in accordance with the EPD's guidelines for land application of municipal sludge. This plan must be submitted to the EPD by December 31, 1989 and implemented by April 30, 1990.

5. Allow no additional sewer connections or increases in flow from existing connections served by the Loopers Bend LAS without prior written approval from the EPD. The following exceptions shall apply:

   a) The Utilities may allow the connection of essential services. These are defined as hospitals, churches, and schools.

   b) The Utilities may allow the connection of single-family residences which are built on land <u>owned by the resident</u> prior to the effective date of this Order.

    c) The Utilities shall provide the EPD with a monthly report on all connections allowed under this exception clause. This report shall include the date of the connection, the address or location of the connection, the type of connection and the anticipated flow from the connection.

6. Maintain the prohibitions specified in Condition #5 above until adequate treatment has been provided at the Loopers Bend Pretreatment Plant and LAS as specified in Conditions #2 and #3. The prohibitions specified in Condition #5 will remain in effect until all discharges have been completely eliminated, and the system is functioning properly as a no-discharge system.

THE DIRECTOR ADVISES THAT this ORDER does not constitute a waiver with respect to, or imply that the EPD will not take appropriate enforcement action against the Utilities for failure to: (1) meet the said LAS Permit requirements, if the Utilities does not fully satisfy the conditions set forth above; or (2) fully comply with other relevant statutory, regulatory, or other legal requirements imposed upon the Utilities.

The Utilities is hereby informed of the right to be represented by legal counsel, to petition for a hearing on this ORDER within thirty (30) days from the date of issuance of same, and that such ORDER shall become final unless a petition for hearing is filed within thirty (30) days from the date of issuance of same.

The original of any petition for hearing, response or other pleading in this matter shall be filed with the Administrative Law Judge for the Board of Natural Resources, to wit:

    The Honorable Mark A. Dickerson  
    Administrative Law Judge  
    Department of Natural Resources  
    Suite 1254, Floyd Towers East  
    205 Butler Street, S.E.  
    Atlanta, Georgia  30334

Dalton_Johnson_00106488

One copy of any such petition for hearing, response or other pleading in this matter be filed with the Director of the EPD, to wit:

> J. Leonard Ledbetter, Director
> Environmental Protection Division
> Department of Natural Resources
> Suite 1252, Floyd Towers East
> 205 Butler Street, S.E.
> Atlanta, Georgia 30334

and a separate copy served on his counsel of record, to wit:

> The Honorable Robert S. Bomar
> Senior Assistant Attorney General
> Room 108, State Judicial Building
> Atlanta, Georgia 30334

IT IS SO ORDERED this \_\_\_\_9th\_\_\_\_ day of \_\_November_____, 1989.

/s/ J. Leonard Ledbetter
J. LEONARD LEDBETTER
Director

Dalton_Johnson_00106489