# EXHIBIT 36

# The Daily Citizen-News

**Thursday**

August 17, 1995 — Dalton, Ga. — Vol. 33, No. 137 — 50 Cents



**BOXING**
**Fighting words**
◀ See Sports, Page 1B

**Statistics**
Rape numbers double ▶ 8A

## U.S. agents raid Dalton Utilities

### Water treatment practices questioned

By MURRAY COLEMAN
Citizen-News Business Editor

Federal agents raided Dalton Utilities Wednesday as part of a criminal investigation into waste disposal.

The investigation concerns waste water treatment practices on 9,000 acres in Whitfield County. Bill Toliver of the U.S. Attorney's Office in Atlanta said the investigation was initiated by the Environmental Protection Agency and the FBI. He said the probe was looking only at the utility company's water systems and specifically its land application operation.

"The EPA and the FBI are coordinating it," he said. "The EPD (Georgia Environmental Protection Department) is also involved. But this is a criminal, federally run investigation."

Agents carted away boxes of company and personal documents.

Dalton Utilities treats up to 40 million gallons of waste daily at its main treatment plant near Tilton Road south of Southeast Whitfield High School.

The company's land application operation distributes the treated waste to foliage and soil along 9,000 adjacent acres partially bordered by the Conasauga River.

The treated liquid and solid waste is sprayed through 32,000 sprinklers on the utility's property that contains 321 miles of piping, according to

See RAID, Page 5A



Citizen-News/Phil Farmer
Consultant V.D. Parrott, left, and Dalton Utilities General Manager DeForrest Parrott answer questions about the raid by federal agents Wednesday at utility headquarters.

### Raid surprises utility employees

By MURRAY COLEMAN
Citizen-News Business Editor

Early Wednesday morning Joe Blankenship was mowing grass outside Dalton Utilities' main administration building when he noticed several people approach the main entrance.

The visitors' FBI lettering on their jackets caught his attention, said the utility company's maintenance worker.

"They probably rolled in about 7 (a.m.)," he said. "A supervisor told me later in the day that they were looking into possible violations of the Clean Water Act at the land application operation."

An official with the privately chartered but municipally owned company confirmed Blankenship's understanding of the investigation.

"This was something that must have been ongoing," he said, requesting anonymity in

See UTILITY, Page 5A

### Utility paid EPD $115,000 'agreement'

By RICHELLE TURNER-COLLINS
Citizen-News Staff Writer

Dalton Utilities paid a $115,000 consent order this June to the Environmental Protection Division. The company said Wednesday it was not a fine, but an agreement.

According to David Bullard with the EPD, the order was issued June 20.

"Basically the order was issued because of violations at their land application treatment system ... and industrial pre-treatment regulation," said Bullard.

The order required the utility company to pay $115,000; Bullard said the EPD got the check June 19.

The order was issued because of violations the EPD documented, Bullard said. Some of the problems had been documented since 1993, he said.

The order also had some requirements for Dalton Utilities to resolve problems with permit violations of the land application system and its implementation of the industrial pre-treatment program, he said.

The utility company is supposed to keep track of the industries that discharge waste to its system. The utility issues permits and monitors the industries, analyzes collected samples and there were some problems with the said Bullard.

"It's not a fine, it's an agreement," said Dalton Utilities General Manager DeForrest Parrott.

He said it was something that was done both by the company and EPD.

This is not out of the ordinary, Parrott added.

V.D. Parrott, a company consultant and former general manager, said the consent order was negotiated and it's a common practice around the state to work out consent orders.

A copy of the consent order from Dalton Utilities was not made available Wednesday.

"Dalton has got the lowest rates

See EPD, Page 5A



### Schools name No. 1 educators

By DAVID W. HAMILTON



**Top teachers**
Susan Hill
City Park School
Rhonda Brown