# EXHIBIT 37

United States
# Environmental Protection Agency
## Criminal Investigation Division

## Memorandum of Interview

| 1. Case Title: DALTON UTILITIES | 2. Case Number: 0400-0255 |
|---|---|
| 3. Person Interviewed: RICHARD JOHN BELANGER | 4. Office: Atlanta Area |
| 5. Location of Interview: DALTON, GEORGIA | 6. Date of Interview: 16 June 1995 |

On 16 June 1995, I interviewed RICHARD JOHN BELANGER, a former employee at DALTON UTILITIES, Dalton, GA. After I identified myself as a U.S. EPA CID Special Agent and informed BELANGER of the nature of the interview he provided the following information:

BELANGER stated that he was employed by DALTON UTILITIES from July 1985 to November 1993. BELANGER began working as an operation helper and within two weeks was promoted to Pretreatment Coordinator where he served for seven years. BELANGER has a B.S. in Business Administration and an M.S. in Organic Chemistry. BELANGER stated that DEFORREST PARROT fired him after stating that BELANGER could no longer continue to perform his duties subsequent to BELANGER wrecking a company truck. BELANGER stated that he had an insulin attack.

BELANGER stated that DEFORREST PARROT'S idea of a pretreatment program differs from those of the U.S. EPA. BELANGER stated, "The pretreatment program was only a paper program and a sham." BELANGER also stated that DEFORREST PARROT told him, "The state could kiss my ass...." in regard to operating the pretreatment program. BELANGER stated that writing letters to industries was a waste of time since DEFORREST PARROT "handled it." BELANGER further stated that DALTON UTILITIES has limits set by the Georgia Environmental Protection Division (GA EPD) on their influent. The limits are 750 Chemical Oxygen Demand (COD), 400 Biological Oxygen Demand (BOD) and .05 Phenols. BELANGER stated that DEFORREST PARROT wanted as few companies out of compliance as possible, or at least on an average basis. BELANGER stated that DEFORREST PARROT wanted skewed numbers and took averages. BELANGER stated that this meant taking data from the last 12 months and averaging the total to obtain a number in compliance instead of using the companies' current data. BELANGER further stated that composite sampling was conducted. BELANGER stated that composite sampling consists of grouping a company with all their plants regardless as to whether they are industrial dischargers or not and average their total in order to gain compliance. BELANGER stated that composite sampling is misleading since no flow rating is involved and since office buildings are grouped with industrial discharges in order to gain compliance. BELANGER stated that this system still did not meet DEFORREST PARROT's liking and WEIDEMAN & SINGLETON ENGINEERS (W&S) were hired to investigate and change the Industrial Discharge Limits. W&S suggested the limits be changed to 1600 COD, 750 BOD and 15 PPM total Phenols. BELANGER stated that reports went back and forth with the GA EPD and that he does not believe the GA EPD ever approved the higher limits. BELANGER further stated that DEFORREST PARROT told him he consulted with the city attorneys and that these were now the new limits. BELANGER stated that letters with the new guidelines were mailed to the industries. BELANGER stated that prior to DEFORREST PARROT'S adoption of the higher limits 12-17 companies were out of compliance and after adoption only three or so could not meet the new limits.

BELANGER stated that in 1988 V.D. PARROT approached BRUCE PARKER and stated, "The river is high and why couldn't they discharge to the (Conasauga) river." BELANGER stated that V.D. PARROT asked PARKER to "exercise" the valves on the towers.

| REPORT MADE BY: | Name: DAVID G. McLEOD, SA/EPA/CID/ATLANTA | Date Signed: |
| | Signature: David G. McLeod | 06/26/95 |
| APPROVING OFFICIAL: | Name: JAMES F. JOHNSON, SAC/EPA/CID/ATLANTA | Date Signed: |
| | Signature: James F. Johnson by Mrt | 6/29/95 |

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Page 1 of 4 pages
CIDForm 008 (5/94)

GOVERNMENT EXHIBIT 16

Dalton_Johnson_00160469

| United States<br>**Environmental Protection Agency**<br>**Criminal Investigation Division** | 2. Case Number:<br>0400-0255 |
|---|---|

## Continuation Sheet

BELANGER also stated that PARKER was adamant against discharging into the river and that PARKER opened and immediately closed the valves. BELANGER further stated that V.D. PARROT then instructed JOHN BEARDEN to "exercise" the valves, but to keep them open at V.D. PARROT's discretion. BELANGER stated that the reservoir level lowered notably. BELANGER stated that PARKER was removed from this position because PARKER would not follow V.D. PARROT'S instructions to discharge. BELANGER also stated that the reservoir was used to help basically as a clarifier and a mixing tank for the waste water prior to being applied to the Land Application System.

BELANGER stated that he was not allowed to keep any documents and that all monitoring reports were moved to the administration building on South Harris Street. BELANGER further stated that PARKER, who now overseas the pretreatment program, told him he had copies of documents. BELANGER stated that DEFORREST PARROT told him to eliminate "sensitive information" when all the records were removed from BELANGER's office and sent to the administration building.

BELANGER stated, "Pole Cat Creek and Holly Creek stayed purple and foamy since DALTON UTILITIES went on line through my entire employment." BELANGER stated that the spray heads are placed close to the creeks and on top of the rolling hills which lead to the creeks. BELANGER stated that the spray heads are possibly positioned to maximize discharge into the creeks. BELANGER further stated that V.D. PARROT directly oversaw the spray fields and that spray was applied every day except when the pipes froze. BELANGER stated, "Any common sense would tell you that the spray would go into the creeks." BELANGER stated, "On some fields, the minute you turn the heads on there is runoff." BELANGER stated that in the summer of 1992 a monitoring well, one of 36 located in a sludge field, tested high in nitrates and possibly phenols and metals. BELANGER stated that the GA EPD became concerned with the high readings. BELANGER further stated V.D. PARROT instructed MIkE JOLLY, an engineer, to attempt to correct the readings by having JOLLY pour peroxide, potassium permanganate and other chemicals into the well. BELANGER stated that the chemicals did not correct the high readings and the well was removed and placed in a new pristine location. BELANGER stated that ROBERT LEDFORD and BRUCE PARKER should also be aware of the high readings at this well.

BELANGER stated that the WATER, LIGHT & SINKING FUND COMMISSION is a rubber stamp for V.D. and DEFOREST PARROT. BELANGER also stated, "The buck stops with V.D. and DEFORREST PARROT." BELANGER further stated that the city of Dalton does not question DALTON UTILITIES' operations. BELANGER further stated that V.D. PARROT has one idea and does things accordingly. BELANGER also stated that V.D. PARROT received a Cadillac automobile which was purchased from the CEOs of various corporations when V.D. PARROT retired from DALTON UTILITIES.

BELANGER stated that maintenance and personnel were never sufficient. BELANGER further stated that both he and BRUCE PARKER once offered suggestions which were later used by V.D. PARROT against them. BELANGER also stated that PARKER had copies of documents that have been altered.

BELANGER stated, "I am certain reservoir discharges are currently taking place." BELANGER stated that the testing is questionable and not completely accurate due to chemical chains occurring in the influent. BELANGER stated that phenol tests gave different results depending on which tests are conducted due to their chemical chains. BELANGER also stated that DALTON UTILITIES never required scans of hazardous wastes, only monthly and yearly analyses of organics, metals and phenols. BELANGER further stated priority metals were only checked once a year and that Chromium was high. BELANGER lastly stated that you could smell the dye carriers daily at the plant and that the plant operated with a lack of aeration.

BELANGER stated that BILL JOHNSON, the maintenance supervisor, and JEROME GUINN told him a sludge pond was drained by a backhoe at V.D. PARROT's discretion and that the sludge went directly into the creek and turned the creek black. BELANGER also stated that V.D. PARROT told JEROME GUINN, "That's okay since it's all organic."

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Page 2 of 4 pages
CID Form 008 (5/94)

Dalton_Johnson_00160470

| United States<br>**Environmental Protection Agency**<br>**Criminal Investigation Division** | 2. Case Number:<br>0400-0255 |
|---|---|

### Continuation Sheet

BELANGER stated that when the plant gets lost, W&S engineers come in redesign it and "bandaid it." BELANGER further stated that Dr. ECKENFELDER was on CARL SCHNEIDER's thesis board and that both have consulted for DALTON UTILITIES.

BELANGER stated that GEORGIA CHEMICAL & TESTING performed many of DALTON UTILITIES' tests and that DALTON UTILITIES used the testing lab which submitted the lowest bids. BELANGER further stated that to the best of his knowledge the labs reported correctly and did not falsify any data. BELANGER stated that he did not alter the data on the report that the Georgia Bureau of Investigation investigated. BELANGER also stated that often the mail was opened prior to his receiving it.

BELANGER stated that he has seen V.D. PARROT threaten and browbeat people in front of him and heard V.D. PARROT tell people they would never work in Dalton, GA again. BELANGER has no doubt that they (DALTON UTILITIES) could do this.

BELANGER recalled one incident when a 36" main cracked over Mill Creek and he notified MICKY SPINKS and BOB MITCHELL of the GA EPD. BELANGER stated that common sense would dictate that they notify the city of Dalton, GA given the amount of waste water spilled, but DALTON UTILITIES did not. BELANGER further stated that DEFORREST PARROT was "more than upset" because BELANGER contacted the GA EPD. BELANGER stated that DEFORREST PARROT instructed BELANGER to notify him first if there were any other incidents and DEFORREST PARROT stated, "Then we will notify them (GA EPD)."

BELANGER provided the following names of persons who worked at DALTON UTILITIES:
  BABB, JON - Lead operator at STP2 / Abutment Road Plant
  BAKER, MAX - Sewer line drafter
  BROWN, JAMES - Commissioner on the WATER, LIGHT & SINKING FUND COMMISSION
  BEARDEN, JOHN - Opened valves to discharge into the Conasauga River by direction of V.D. PARROT
  CARLISLE, LINDA K. - Administrative secretary for both V.D. PARROT and DEFORREST PARROT
  EKENFELDER, Dr. - Engineer retained for DALTON UTILITIES
  GUINN, JEROME - Operator
  JOHNSON, BILL - Maintenance supervisor
  JOLLY, MIKE - Engineer
  LEDFORD, ROBERT - Lab supervisor
  MULLINS, ROGER - Engineer demoted to customer service
  PARKER, BRUCE - In charge of the pretreatment program
  PARROT DEFORREST - General manager & CEO of DALTON UTILITIES
  PARROT, V.D. - President of PARROT & ASSOCIATES, a consulting firm retained by DALTON UTILITIES
  RENFREW, HORACE - Operator "serious about his job"
  SELBY, TED - In charge of gas, water and sewer / no longer works at DALTON UTILITIES
  SCHNEIDER, CARL Dr. - Engineer retained for DALTON UTILITIES
  THOMAS, CHARLES - Commissioner on the WATER, LIGHT & SINKING FUND COMMISSION
  TRAVIS, BILLY - Resident engineer during construction phase of theLoopers Bend Plant
  VANCE, RANDY - Sewer line drafter

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its contents are not to be distributed outside your agency.

| United States<br>**Environmental Protection Agency**<br>**Criminal Investigation Division** | 2. Case Number:<br>0400-0255 |
|---|---|

## Continuation Sheet

**RICHARD JOHN BELANGER**
Home:       1132 Ridgeleigh Circle
            Dalton, GA 30720
Work:       Carpet Capital Consulting
            Same as home
Telephone:  706-217-7959
DOB:        09/15/60
Sex:        Male
Race:       Caucasian
Height:     5'10"
Weight:     220
SSN:        386 82 1286

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Page 4 of 4 pages
CID Form 008 (5/94)

Dalton_Johnson_00160472