# EXHIBIT 41





# GUILTY PLEA and PLEA AGREEMENT

United States Attorney
Northern District of Georgia

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

4 99-CR-044

CRIMINAL NO.

Dalton Utilities, defendant, having received a copy of the above-numbered INFORMATION, hereby agrees to waive formal indictment and enter a plea of GUILTY to Count(s) ONE through FIVE thereof. The defendant, their counsel, and counsel for the United States, subject to approval by the Court, have agreed upon a negotiated plea in this case, the terms of which are as follows:

1. The defendant is fully aware that as a consequence of its GUILTY PLEA and conviction, the Court may impose a fine of up to $500,000 for each count of conviction, for a total of $2,500,000. In addition, the Court may impose a sentence of probation for a period of up to three years. The Court must impose a special assessment of $200.00 for each count of conviction, for a total of $1,000. The government and the defendant are presently unaware of any facts which would require that the Court order the defendant to pay restitution to alleged victims of the offense of conviction as part of the sentence in this case.

2. The defendant and the government agree and stipulate that the fine guidelines applicable to organizations under U.S.S.G., §§ 8C2.2 through 8C2.9 do not apply to the offense conduct charged in the criminal information. U.S.S.G. § 8C2.1, comment. (backg'd); U.S.S.G. § 8C2.10. In addition, the defendant and the government agree, pursuant to the relevant provisions of the sentencing guideline, that the Court may exercise its discretion to impose any fine authorized by statute pursuant to 18 U.S.C. § 3571.

3. The defendant and the government will recommend that the Court fashion and impose a sentence that will require the defendant to pay a fine in the amount of $500,000 upon the imposition of sentence. In addition, the defendant and the Government will recommend that the Court impose an additional fine of $500,000, the payment of which will be suspended pending

GOVERNMENT EXHIBIT 20

the satisfactory completion of any period of probation imposed by the Court as part of the sentence in this case. The defendant will not be required to pay any part of the suspended fine unless the Court finds that the defendant has violated the terms and conditions of probation ordered as a part of the sentence in this case. All fines and special assessments, except for those the payment of which has been suspended, will be payable at the time sentence is imposed. However, the defendant may be permitted to pay the fine over a period of time, not to exceed six months if the defendant is able to show the Court either that it does not have the funds to pay the fine or that payment of the fine would create a substantial hardship on the defendant.

4. The defendant, Dalton Utilities, agrees that no part of any criminal fine imposed in this case may be passed on to customers of Dalton Utilities through increased rates or new or increased fees. This requirement, however, will not prohibit Dalton Utilities from increasing customer rates or fees that become necessary in the normal course of business based upon factors unrelated to the impact of the criminal fine on the defendant's operating revenues.

5. The defendant and the government will recommend that the Court sentence the defendant to probation for a term of three years. In addition, the defendant and the government will recommend that the following terms be included as special conditions of probation:

a. Dalton Utilities will implement the procedures set forth in Appendix A, which is hereby incorporated by reference and made part of this plea agreement, in connection with the preparation, review, submission, and auditing or all reports, data compilations, documents and other written materials created and generated by Dalton Utilities to be distributed to or maintained for the use of any federal, state, county, or municipal oversight or regulatory agency.

b. Dalton Utilities, may not assert their compliance with the conditions of probation imposed by the Court in this case, including the procedures described above in ¶ 5(a) of this agreement, as a defense or bar to any criminal, civil, or administrative actions based upon their failure to comply with applicable federal, state or local statutes, laws, regulations, permits, court orders, administrative orders, or other restrictions. Dalton Utilities, however, is not precluded from asserting their successful compliance with the conditions of probation as a mitigating circumstance, which may be relevant for purposes of determining the appropriate sanctions for such violations.

c. Conditions of probation relating to compliance by Dalton Utilities with federal, state, or local, administrative laws, regulations and permits, will be monitored (at the outset) by the appropriate federal and/or state regulatory agency. Any official judicial or agency finding that Dalton Utilities has violated such laws, regulations, and permits will be reviewed by the United States Probation Office and presented to the Court, where appropriate, to determine whether further action should be taken in connection with the defendant's probation.

d. Dalton Utilities will take no retaliatory personnel action against any person employed by Dalton Utilities who also appeared as a witness before the grand jury investigating this case. At any hearing to determine whether this condition has been violated, once it is shown that adverse action was taken against such a witness, Dalton Utilities will have the burden of going forward with evidence that such action was not taken because of, as a result of, or in relation to that person's appearance before the grand jury. No violation of this condition of probation will be found unless the violation has been established by a preponderance of the evidence.

e. Dalton Utilities will, within 10 business days after the date of sentencing, obtain a full page of advertising space in the newspaper or other periodical having the largest circulation in the areas serviced by Dalton Utilities and, therein, Dalton Utilities will do the following: 1) state and describe the nature of the offenses of conviction, 2) admit pleading guilty to the offenses, 3) describe the general nature of the offenses, 4) accept responsibility, 5) fix the wrong doing and describe corrective and remedial actions that have been taken, or will be taken, by Dalton Utilities to prevent and minimize future violations. The said statement must also be screened and approved by the United States Attorney to assure that it is fair and accurate.

6. The terms of this agreement are binding on the Court to the extent that the Court will allow Dalton Utilities to withdraw its plea of GUILTY to the charges in the criminal information should the Court determine that the appropriate goals of punishment and the ends of justice require the imposition of fines or penalties are greater than those set out above in this agreement, or that they require the inclusion of special conditions of probation that are significantly more burdensome than those set out above in this agreement.

7. The defendant and the government agree to the following terms with regard to current and former employees of Dalton Utilities:

a. Dalton Utilities agrees that former or current officers, managers, or employees who either authorized, had supervisory control over, or were otherwise substantially involved in the acts and/or conduct of the corporation which resulted in violations of either state or federal law, and which conduct was the subject of the investigation conducted in this case, and whose names will be communicated to the United States Probation Office, have relinquished or will relinquish all management, control, and association with the wastewater and sewage treatment system operation of Dalton Utilities. During the period of probation, any such person who is currently associated with, or who remains associated with, Dalton Utilities will be required to relinquish all federal, state, and local wastewater permits and licenses which they now hold. This agreement, however, will not prohibit Dalton Utilities from contacting such persons that are currently or remain associated with Dalton Utilities from time to time to obtain the assistance or advice necessary for the continued effective and efficient operation of the wastewater and sewage treatment system, so long as there is no contractual agreement requiring that the said persons provide such assistance and advice to Dalton Utilities, and so long as it is not the duty or responsibility of such employees to provide such assistance and advice as part of their job description, duties, or responsibilities.

b. The United States Attorney's Office for the Northern District of Georgia will not present or otherwise bring charges against any current or former employees, current or former management personnel, or current or former officers of Dalton Utilities for any conduct of which either the E.P.A., Georgia Environmental Protection Department, or the Federal Bureau of Investigation had actual knowledge of, <u>or through the exercise of due diligence should have become aware of during the investigation of this case</u>, prior to the date of this agreement, so long as those persons responsible for the management of Dalton Utilities during the period over which the violations specified in the criminal information occurred remain uninvolved in the future management of Dalton Utilities' wastewater and sewage treatment system.

c. Furthermore, Dalton Utilities agrees that it will not rehire any former employees or officers responsible for the management, supervision, and operation of the Dalton Utilities wastewater treatment facility during the time period over which the violations specified in the criminal information occurred, and such former officers and employees will remain uninvolved

in the future management, supervision and operation of the Dalton Utilities' wastewater treatment facility.

8. The United States Attorney's Office for the Northern District of Georgia will not seek to bring additional criminal charges against Dalton Utilities for any conduct of which either the EPA, Georgia Environmental Protection Department ("EPD"), or Federal Bureau of Investigation ("FBI") had actual knowledge of, or through the exercise of due diligence should have been aware of, prior to the date on which this agreement is filed.

9. So long as Dalton Utilities complies with the terms and conditions of probation imposed by the Court, the United States Attorney for the Northern District of Georgia will not recommend that Dalton Utilities be debarred from receipt of any grants, contracts, or other tangible benefits from the United States, as a result of the conduct specified in the criminal information in this case. The agreement of the United States Attorney not to make an affirmative recommendation concerning debarment or listing, extends only to the unlawful conduct charged in the criminal information for this case. The position that the United States Attorney has agreed to take relative to debarment, however, will not be construed or interpreted as creating a bar, defense or any limitation whatsoever on the United States, or on any state, to initiate or conduct listing or debarment proceedings to restrict the rights and opportunities of the defendant to contract with or receive assistance, loans and benefits from agencies of the United States. This agreement, however, does not preclude the defendant from presenting evidence of their successful compliance with the conditions of probation as a mitigating circumstance for purposes of determining the appropriate sanctions.

10. The defendant acknowledges and agrees to pay at sentencing a special assessment in the amount of $1,000.00. This amount is payable by cash, cashier's check, or U.S. Postal Money Order to the United States District Court Clerk.

In Open Court this ___ day of September 1999.

SIGNATURE (Attorney for Defendant)
Joe D. Whitley

SIGNATURE (Defendant)
Don Cope, Chief Executive Officer
(On behalf of Dalton Utilities)

SIGNATURE (Assistant U.S. Attorney)
William R. Toliver

SIGNATURE (Approving Official)

Sept. 9, 1999
DATE

INFORMATION BELOW MUST BE TYPED OR PRINTED

Joe D. Whitley
NAME (Attorney for Defendant)

Dalton Utilities
NAME (Defendant)

STREET

STREET

CITY & STATE ZIP CODE

CITY & STATE ZIP CODE

PHONE NUMBER ______________

PHONE NUMBER ______________

STATE BAR OF GEORGIA NUMBER ______________

Filed in Open Court

______________________________

By ______________________________

# REVIEW PROCESS
# FOR SUBMITTAL OF REPORTS/COMMUNICATIONS
# TO EXTERNAL AGENCIES

## 1.1 Purpose & Scope

The purpose of this procedure is to provide clear guidance regarding the generation, submittal and periodic audit of any reports or communications to external agencies. This procedure includes monthly reports required by operating permits, permit applications and renewals, service extensions, financial reports, and any other document that is produced based on a local, state or federal regulation or a Dalton Utilities internal procedure.

## 1.2 General Guidelines

1.2.1 All documents must have a Review Sheet and Checklist for Reports, Logs, and Manuals form (See Attachment A) that has been routed through appropriate personnel to assure a complete and thorough review.

1.2.2 All communication must be printed on Dalton Utilities letterhead and in an unsigned state when presented to the President and Chief Executive Officer.

1.2.3 All attempts must be made for the document (in its final state with all corrections being made) to be seen by the President and Chief Executive Officer one week in advance of the due date.

1.2.4 The internally generated Environmental, Health, and Safety Monthly Report (See Attachment B), along with the Incident Summary (See Attachment C), is reviewed by the Board of Water, Light and Sinking Fund Commissioners at the scheduled Commission meetings.

## 1.3 Roles and Responsibilities

1.3.1 The President and Chief Executive Officer shall perform final review of all documents and communication to external agencies prior to submittal as indicated in Attachments D and E.

1.3.2 The Vice President of Engineering shall review all engineering and regulatory reports and communication. This includes, but is not limited to, items that are to be sent to the Georgia Environmental Protection Division, the Pipeline Safety Division of the Public Service Commission, the Environmental Protection Agency, and the Department of Transportation. The Vice President of Engineering shall be the final reviewer for documents such as extension, project documents, and land disturbance documents that do not need to be reviewed by the President and Chief Executive Officer. A more complete listing of these documents can be found in Attachment D.

1.3.3 The Vice President of Financial Services shall review all financial reports and communication to external agencies. This includes, but is not limited to, The Energy Information Administration report sent to the Department

of Energy, the Bureau of Census surveys, Comprehensive Financial Reporting, and quarterly tax filings to the Internal Revenue Service and the Georgia Department of Revenue. The Vice President of Financial Services shall be the final reviewer for all other financial communications that do not need to be reviewed by the President and Chief Executive Officer. A more complete listing of these documents can be found in Attachment E.

1.3.4 The Regulatory Compliance Manager shall review all reports and communication to regulatory agencies. This includes, but is not limited to, items that are to be sent to the Georgia Environmental Protection Division and the Environmental Protection Agency.

1.3.5 Additional personnel will be involved in the submittal review process based on the type of submittal.

**1.4 Specific Responsibilities**

1.4.1 Originator of Document

a. Make sure the document is generated according to any applicable regulations, rules or guidelines. This requires the use of applicable reference materials and guidance documents, noting and addressing any requirements located within them, during the development of the document.

b. Make sure the document is generated properly and that all data is accurate. This requires several quality checks to assure data has not been transferred incorrectly or mistyped.

c. Formulate a cover letter or notify the individual who will be writing the cover letter that one is needed.

d. Attach a Review Sheet and Checklist for Reports, Logs and Manuals form to the front of the document and fill in the top portion, including the title and final destination. Sign the review sheet and write the names of those individuals who will be reviewing the document on the appropriate lines on the form.

e. Selection of individuals to be included in the review process shall be based on the nature of the submittal and designed to ensure an appropriate level of cross-functional and managerial oversight.

f. Route the document and make any required changes identified during the review process.

g. All attempts must be made for the document (in its final state with all corrections being made) to be seen by the President and Chief Executive Officer one week in advance of the due date.

1.4.2 Reviewer of Document

a. Review document closely, looking for any errors. All reviewers should analyze the log or document to ensure that operational indicators and trends are accurate and correct.

b. Review for conformance to any applicable governing documents.

c. Note any corrections on the document and sign the review sheet.

d. If corrections are noted, return document to originator.

e. If no corrections are noted, forward to the next person on the routing list.

f. The final reviewer shall return the document to the originator for final corrections.

g. The originator will make final changes and give the document to the person designated to take it to the President and Chief Executive Officer for review. If the document does not need to be reviewed by the President and Chief Executive Officer, it will be given to the person responsible for releasing the document.

1.4.3 President and Chief Executive Officer

a. Review cover letter and submittal document.
b. If corrections are required, return to originator for revisions.
c. If no corrections are required, sign routing sheet and return to originator for submittal.

**1.5 Recordkeeping**

Specific departments will maintain files for the current year plus three previous years, unless specific regulations direct a longer time period. Copies of all regulatory reports and communication are stored in a centralized file and maintained by the Regulatory Compliance Manager. Copies of all financial reports are stored and maintained in Financial Services.

**1.6 Auditing Procedures**

1.6.1 Annually, in the month of January, the President and Chief Executive Officer shall cause a random review of records submitted under this procedure to ensure that they have been reviewed, recorded and submitted properly. This audit will be performed by a third party possessing the appropriate professional qualifications to perform such an audit and will consist of a representative percentage (not less than ten percent) of all documents produced under this procedure during the year.

1.6.2 All audit findings requiring corrective measures will be referred to the appropriate Vice President for further appropriate action, including necessary revisions to the Review Process.