# EXHIBIT 43

AUG -16' 00(WED) 14:20   ALSTON&BIRD LLP         TEL:404 881 7277              P.001
Case 4:20-cv-00008-AT   Document 931-12   Filed 08/18/22   Page 2 of 6

C. to Millard & Susan

> **Confidentiality Note:**
> The information contained in this facsimile message is confidential and its contents are intended to be legally privileged information solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message and its contents is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the address shown above via air courier service, the United States Postal Service or your national postal service (air mail). Thank You.

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
404-881-7000
Fax: 404-881-7777

## TELECOPY

PLEASE DELIVER AS SOON AS POSSIBLE

DATE:   August 16, 2000

TO:   **Don Cope**

From:   Lee A. DeHihns, III

## Attached 8/16/00 fax from U.S. EPA which we just received

NO. OF PAGES: 5
(Including cover page)

OPERATOR: [signature]

**IF NOT RECEIVED PROPERLY, PLEASE NOTIFY ME IMMEDIATELY AT (404) 881-7606**

| USER CODE: | LHDH | FAX NUMBER: | 706-278-7230 |
| CLIENT/MATTER: | 40211/167075 | | |
| REQUESTED BY: | Gail Adams | VOICE NUMBER: | 706-278-1313 |

Dalton_Johnson_00106982



# U.S. ENVIRONMENTAL PROTECTION AGENCY
## DISTRICT COUNSEL'S OFFICE
## SUSPENSION and DEBARMENT
## 61 FORSYTH STREET
## ATLANTA, GEORGIA 30303
## FAX#: (404) 562-9875
## Phone#: (404) 562-9872

### Facsimile Cover Sheet

**TO:** Mr. Lee DeHihns

**DATE:** 8/16/00

**TELEPHONE NO.:** (404) 881-7151

**FAX TELEPHONE NO.:** (404) 881-7777

**OFFICE OR FIRM:** Alston & Bird

**FROM:**

S. Charles Murray, District Counsel

**REMARKS:**

Number of pages (including cover): 4

Dalton_Johnson_00106983

## BEFORE THE

## UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

| | |
|---|---|
| In the Matters of ) | |
| ) | |
| DALTON UTILITIES and ) | EPA Case Nos. 98-0082-01 |
| THE BOARD OF WATER, LIGHT and ) | 98-0082-02 |
| SINKING FUND COMMISSION OF THE ) | |
| CITY OF DALTON, GEORGIA, ) | AUG 1 6 2000 |
| ) | |
| Respondents. ) | |

### WITHDRAWAL OF REQUEST FOR PROPOSED DEBARMENT

COMES NOW, Counsel on behalf of the U.S. EPA, Suspension and Debarment Division ("SDD") withdraws the request for proposed debarment in the above-referenced cases at this time.

On September 9, 1999, Dalton Utilities ("Dalton") entered a Guilty Plea and Plea Agreement with the U.S. Attorney for the Northern District of Georgia, Rome Division. The Plea Agreement, with approval of the Court and subject to Dalton's compliance with its terms, resolved the criminal case.

On July 17, 1998, Department of Justice, Environmental Enforcement Section on behalf of EPA Region IV and the State of Georgia filed a civil complaint against the Respondents seeking penalties and injunctive relief for, among other things, Dalton's alleged violations of the federal Clean Water Act, Title 33, U.S.C. §§ 1311 and 1345. After months of settlement discussions, Respondents and the Government have reached a settlement in principal, which is expected to be

2

concluded with a Consent Decree. The Consent Decree will address the concerns set forth in the civil complaint and imposes appropriate compliance requirements for the Respondents. In light of the foregone developments, and Respondents' future compliance obligations, SDD withdraws its request for debarment of the Respondents at this time.

SDD is seriously committed to monitoring the Respondents' future compliance efforts and their conformity with the Consent Decree and Plea Agreement, and reserves the right to reinitiate debarment and/or suspension actions as they may be necessary.

Respectfully submitted,

8/16/00
Date

S. CHARLES MURRAY
District Counsel
Suspension and Debarment Division
Southeastern District
U.S. Environmental Protection Agency
61 Forsyth Street
Atlanta, Georgia 30303
(404) 562-9872

Dalton_Johnson_00106985

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing **WITHDRAWAL OF REQUEST FOR PROPOSED DEBARMENT** was sent by first class U.S. Mail to the U.S. Environmental Protection Agency's Debarring Official, and a true and correct copy was sent by first class mail to the other addresses listed below on the ___16th___ day of August 2000.

*Jo Ann Brown*
Jo Ann Brown, Paralegal

**ADDRESSEES:**
Robert Meunier
Debarring Official
Office of Grants and Debarment (3901R)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

David Sims, Esquire
U.S. EPA Chief Hearing Officer
Office of Grants and Debarment (3901R)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Lee DeHihns, III, Esquire
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

Stefan Silzer, Esquire
Acting Director
Suspension an Debarment Division (3902R)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, D.C. 20460

Dkk1909CADoc.ldalton.gov

Dalton_Johnson_00106986