# EXHIBIT 44

```
 1              IN THE SUPERIOR COURT OF FLOYD COUNTY
                         STATE OF GEORGIA
 2
     THE CITY OF ROME,            § CIVIL ACTION FILE NO.
 3   GEORGIA,                     § 19CV02405JFL003
                                  §
 4                                §
               Plaintiff,         §
 5                                §
          vs.                     §
 6                                §
                                  §
 7   3M COMPANY, et al.,          §
                                  §
 8                                §
                                  §
 9            Defendants.         §
     ~~~~~~~~~~~~~~~~~~~~~~~~
10
               IN THE UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF GEORGIA
                         ROME DIVISION
12
     JARROD JOHNSON,              § CIVIL ACTION FILE NO.
13   individually, and on         § 4:20-CV-00008-AT
     Behalf of a Class of         §
14   Persons Similarly            §
     Situated,                    §
15                                §
16            Plaintiffs,         §
                                  §
17        vs.                     §
                                  §
18                                §
     3M COMPANY, et al.,          §
19                                §
                                  §
20            Defendants.         §
     ~~~~~~~~~~~~~~~~~~~~~~~~
21
22
23
24
25
```

```
 1            IN THE CIRCUIT COURT OF ETOWAH COUNTY
                      STATE OF ALABAMA
 2

 3   THE WATER WORKS AND SEWER    §
     BOARD OF THE CITY OF         § CIVIL ACTION FILE NO.
 4   GADSDEN,                     § 31-CV-2016-900676.00
                                  §
 5                                §
              Plaintiff,          §
 6                                §
        vs.                       §
 7                                §
                                  §
 8   3M COMPANY, et al.,          §
                                  §
 9                                §
                                  §
10                                §
                                  §
11            Defendants.         §
                                  §
12   ~~~~~~~~~~~~~~~~~~~~~~~~~

13         IN THE CIRCUIT COURT OF CHEROKEE COUNTY
                      STATE OF ALABAMA
14

15   THE WATER WORKS AND SEWER    §
     BOARD OF THE TOWN OF         § CIVIL ACTION FILE NO.
16   CENTRE, GEORGIA,             § 13-CV-2017-900049
                                  §
17                                §
              Plaintiff,          §
18                                §
        vs.                       §
19                                §
                                  §
20   3M COMPANY, et al.,          §
                                  §
21                                §
                                  §
22                                §
                                  §
23            Defendants.         §
                                  §
24   ~~~~~~~~~~~~~~~~~~~~~~~~~

25
```

1                VIDEOTAPED DEPOSITION OF
                30(b)(6) DALTON UTILITIES
2                     TOM BUNDROS

3

4
                   9:08 a.m. EST
5        Friday, the 4th day of March 2022

6

7              Dalton Convention Center
              2211 Dug Gap Battle Road
8                 Dalton, Georgia

9

10

11    Blanche J. Dugas, CRR, RPR, CCR No. B-2290

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    APPEARANCES OF COUNSEL

 2    On Behalf of the Plaintiff City of Rome, Georgia:
          JEFFREY E. FRIEDMAN, Esquire
 3        MATT D. CONN, Esquire
          LEE T. PATTERSON, Esquire
 4        Friedman Dazzio & Zulanas, PC
          3800 Corporate Woods Drive
 5        Birmingham, Alabama  35242
          (205) 278-7000
 6        (205) 278-7001 (facsimile)
          jfriedman@friedman-lawyers.com
 7        mconn@friedman-lawyers.com
          lpatterson@friedman-lawyers.com
 8
          J. ANDERSON DAVIS, Esquire
 9        A. FRANKLIN BEACHAM III, Esquire
          Brinson, Askew, Berry, Seigler, Richardson &
10        Davis, LLP
          615 West 1st Street
11        Post Office Box 5007
          Rome, Georgia  30161
12        (706) 291-8853
          (706) 234-3574 (facsimile)
13        adavis@brinson-askew.com
          fbeacham@brinson-askew.com
14
      On behalf of the Plaintiff Jarrod Johnson:
15        GARY A. DAVIS, Esquire
          JAMES S. WHITLOCK, Esquire
16        Davis & Whitlock, PC
          Suite 206
17        21 Battery Park Avenue
          Asheville, North Carolina  28801
18        (828) 622-0044
          (828) 398-0435 (facsimile)
19        gadavis@enviroattorney.com
          jwhitlock@enviroattorney.com
20

21

22

23

24

25
```

```
 1    On behalf of the Plaintiff Jarrod Johnson:
         F. JEROME TAPLEY, Esquire
 2       R. AKIRA WATSON, Esquire
         RYAN LUTZ, Esquire
 3       HUNTER PHARES, Esquire
         Cory Watson, PC
 4       Suite 200
         2131 Magnolia Avenue South
 5       Birmingham, Alabama  35205-2836
         (205) 328-2200
 6       (205) 324-7896 (facsimile)
         jtapley@corywatson.com
 7       awatson@corywatson.com
         rlutz@corywatson.com
 8       hphares@corywatson.com

 9    On Behalf of the Defendant Dalton Utilities:
         J. HOUSTON SHANER, Esquire
10       LINDSEY MANN, Esquire
         E. FITZGERALD VEIRA, Esquire
11       Troutman, Pepper, Hamilton, Sanders, LLP
         Suite 3000, Bank of America Building
12       600 Peachtree Street, NE
         Atlanta, Georgia  30308-2216
13       (404) 885-3909
         (404) 962-6578 (facsimile)
14       houston.shaner@troutman.com
         lindsay.mann@troutman.com
15       fitzgerald.veira@troutman.com

16    On Behalf of the Defendant Shaw Industries:
         WILLIAM V. CUSTER IV, Esquire
17       CHRISTIAN BROMLEY, Esquire
         JENNIFER B. DEMPSEY, Esquire
18       Bryan Cave Leighton Paisner, LLP
         Fourteenth Floor, One Atlantic Center
19       1201 West Peachtree Street, NW
         Atlanta, Georgia  30309-3488
20       (404) 572-6600
         (404) 572-6999 (facsimile)
21       bill.custer@bclplaw.com
         christian.bromley@bclplaw.com
22       jennifer.dempsey@bclplaw.com
         justin.jorgensen@bclplaw.com
23

24

25
```

```
 1    On Behalf of the Defendant Americhem, Inc.:
           CHRISTOPHER M. WARD, Esquire
 2         Calfee, Halter & Griswold, LLP
           1200 Huntington Center
 3         41 South High Street
           Columbus, Ohio   43215-3465
 4         (614) 621-7102
           (614) 621-0010 (facsimile)
 5         cward@calfee.com

 6    On Behalf of the Plaintiffs Water Works and Sewer
      Board for the City of Gadsden and the Town of Centre:
 7         DAVID DIAB, Esquire
           RICHARD D. STRATTON, Esquire
 8         GAVIN KING, Esquire
           Beasley Allen, Crow, Methvin, Portis & Miles, PC
 9         301 St. Louis Street
           Mobile, Alabama   36602
10         (251) 308-1515
           (334) 954-7555 (facsimile)
11         david.diab@beasleyallen.com
           rick.stratton@beasleyallen.com
12         gavin.king@beasleyallen.com

13    On Behalf of the Defendant The Dixie Group, Inc.:
           ALEXIS B. CRUTCHFIELD, Esquire
14         Miller & Martin, PLLC
           Suite 1200, Volunteer Building
15         832 Georgia Avenue
           Chattanooga, Tennessee   37402-2289
16         (423) 785-8302
           (423) 321-1534 (facsimile)
17         alexis.crutchfield@millermartin.com

18    On Behalf of the Defendant Fibro Chem, LLC:
           ELIZABETH B. DAVIS, Esquire
19         Burr & Forman, LLP
           Suite 1100
20         171 17th Street, NW
           Atlanta, Georgia   30363
21         (404) 685-4242
           (404) 817-3244 (facsimile)
22         bdavis@burr.com

23

24

25
```

```
 1   On Behalf of the Defendant MFG Chemical, LLC:
         CARISSA LAVIN, Esquire
 2       Lewis, Brisbois, Bisgaard & Smith, LLP
         Suite 4700, Bank of America Plaza
 3       600 Peachtree Street, NE
         Atlanta, Georgia  30308
 4       (404) 348-8585
         (404) 467-8845 (facsimile)
 5       carissa.lavin@lewisbrisbois.com

 6   On Behalf of the Defendant Oriental Weavers USA, Inc.:
         DAVID C. HIGNEY, Esquire
 7       Grant, Konvalinka & Harrison, PC
         Republic Centre, Ninth Floor
 8       633 Chestnut Street
         Chattanooga, Tennessee  37450
 9       (423) 756-8400
         (423) 756-6518 (facsimile)
10       dhigney@gkhpc.com

11   On Behalf of the Defendants Chem-Tech, Global Textile
     and Premier Polymers:
12       DAVID J. MARMINS, Esquire
         Arnall Golden Gregory, LLP
13       Suite 2100
         Atlanta, Georgia  30363-1031
14       (404) 873-8500
         (404) 873-8647 (facsimile)
15       david.marmins@agg.com

16   On Behalf of the Defendant Engineered Flooring, LLC:
         ELIZABETH J. MARQUARDT, Esquire
17       Miller & Martin, PLLC
         Suite 2100
18       1180 West Peachtree Street, NW
         Atlanta, Georgia 30309
19       (404) 962-6452
         elizabeth.marquardt@millermartin.com
20
     On Behalf of the Defendant DuPont and Chemours:
21       HARLAN I. PRATER IV, Esquire
         Lightfoot, Franklin & White, LLC
22       400 20th Street North
         Birmingham, Alabama  35203
23       (205) 581-0700
         (205) 581-0799 (facsimile)
24       hprater@lightfootlaw.com

25
```

```
 1    On Behalf of the Defendant Industrial Chemicals:
          JEFFREY W. SPEEGLE, Esquire
 2        Lloyd Gray Whitehead & Monroe, PC
          Suite 100
 3        880 Montclair Road
          Birmingham, Alabama   35213-1972
 4        (205) 967-8822
          jspeegle@lgwmlaw.com
 5
      On Behalf of the Defendant Daikin America, Inc.:
 6        HOLLY M. BOGGS, Esquire
          Jones Day
 7        Suite 400
          1221 Peachtree Street, NE
 8        Atlanta, Georgia   30361
          (404) 581-8325
 9        hboggs@jonesday.com

10        KARY WOLFE, Esquire
          Jones Walker, LLP
11        Suite 1100
          420 20th Street North
12        Birmingham, Alabama   35203
          (205) 244-5282
13        (205) 244-5482 (facsimile)
          kwolfe@joneswalker.com
14
      On Behalf of the Defendant Tarkett USA, Inc.:
15        JOHN W. SCOTT, Esquire
          Scott Dukes & Geisler, PC
16        211 Twenty-Second Street, North
          Birmingham, Alabama   35203
17        (205) 244-2501
          jscott@scottdukeslaw.com
18
          MICHAEL J. SULLIVAN, Esquire
19        Womble Bond Dickinson (US), LLP
          Suite 2400, Atlantic Station
20        271 17th Street, NW
          Atlanta, Georgia   30363
21        (404) 862-7000
          (404) 888-7490 (facsimile)
22        michael.sullivan@wbd-us.com

23

24

25
```

```
 1   On Behalf of the Defendant Dalton-Whitfield Solid
     Waste Authority:
 2        KAREN J. KERECHANIN, Esquire
          Goodman McGuffey, LLP
 3        Suite 2100
          3340 Peachtree Road, NE
 4        Atlanta, Georgia  30326
          (404) 926-4143
 5        (404) 264-1737 (facsimile)
          kkerechanin@gm-llp.com
 6
     On Behalf of the Defendant INV Performance Surfaces,
 7   LLC:
          KATHERINE W. DURANTE, Esquire
 8        Hunton Andrews Kurth, LLP
          Riverfront Plaza, East Tower
 9        951 East Byrd Street
          Richmond, Virginia  23219
10        (804) 788-8645
          (804) 788-8218 (facsimile)
11        kdurante@huntonak.com

12   On Behalf of the Defendant Cycle Tex, LLC:
          RONALD B. GAITHER, Esquire
13        BakerHostetler, LLP
          Suite 2400
14        1170 Peachtree Street, NE
          Atlanta, Georgia  30309-7676
15        (404) 946-9311
          (404) 459-5734 (facsimile)
16        rgaither@bakerlaw.com

17   On Behalf of the Defendant Mohawk Carpet, LLC:
          DOUGLAS SCRIBNER, Esquire
18        Alston & Bird, LLP
          One Atlantic Center
19        1201 West Peachtree Street, NW
          Atlanta, Georgia  30309-3424
20        (404) 881-7000
          (404) 881-7777 (facsimile)
21        doug.scribner@alston.com

22

23

24

25
```

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

```
 1    Also Present:
      A.J. Gallo, videographer
 2    Lacey James, Huseby technician
      Henry C. Tharpe, Esq.
 3    Cynthia Walaitis
      Marla Ayers, Bryan Cave
 4    Mike Hackett
      Nancy Moore
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                     INDEX OF EXAMINATION

 2      EXAMINATION                           PAGE

 3      EXAMINATION                           1061
        BY MR. LUTZ
 4
        EXAMINATION                           1229
 5      BY MR. FRIEDMAN

 6      EXAMINATION                           1273
        BY MR. SCRIBNER
 7
        EXAMINATION                           1303
 8      BY MR. CUSTER

 9      EXAMINATION                           1318
        BY MR. RADNEY
10
        EXAMINATION                           1323
11      BY MR. MARMINS

12      EXAMINATION                           1326
        BY MR. MOORE
13

14                          - - -

15                     INDEX TO EXHIBITS

16      EXHIBIT    DESCRIPTION                PAGE

17       D-49    The Carpet and Rug           1288
                 Institute board of
18               directors meeting agenda
                 dated June 23, 1988,
19               Bates-stamped CRI
                 PRODUCTION 006155 through
20               6159 and Rome-0316281
                 through 0316285
21
         D-50    CRI Board of Directors       1289
22               meeting minutes dated June
                 23, 1988, Bates-stamped CRI
23               PRODUCTION 005970 through
                 5980 and Rome-0316096
24               through 0316106

25
```

| 1 | D-51 | Article titled "Dalton Utilities cites industries for pollution" | 1296 |
| 2 | | | |
| 3 | P-51 | Dalton Utilities board members - January 1986 through February 2022 | 1086 |
| 4 | | | |
| 5 | P-52 | E-mail string, Subject: PFOA questions, Bates-stamped EF-706591 and 706592 | 1131 |
| 6 | | | |
| 7 | | | |
| | P-53 | Rome News-Tribune newspaper dated Tuesday, March 1, 2022 | 1135 |
| 8 | | | |
| 9 | | | |
| | P-54 | E-mail from Robert Cuthriell dated 2/11/2008, Subject: Sampling of drinking water to track emerging chemical (3 stories in Chattanooga Times Free Press Feb. 10-11), Bates-stamped DCL001531 through 1536 | 1153 |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| | P-55 | E-mail from Charlie Bethel dated 2/7/2008, Subject: PFOA, Bates-stamped Dalton_Johnson_00172086 | 1173 |
| 15 | | | |
| 16 | | | |
| 17 | P-56 | E-mail string, Subject: CRI Crisis Management Team, Bates-stamped 3M_AFFF_MDL00849227 through 229 | 1178 |
| 18 | | | |
| 19 | | | |
| 20 | P-57 | The Carpet and Rug Institute Board of Directors Meeting Minutes dated Friday, May 13, 2004, Bates-stamped CONFIDENTIAL-CRI PRODUCTION 001845 through 1852 | 1186 |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

```
 1   P-58   The Carpet and Rug        1188
            Institute Board of
 2          Directors Meeting Minutes
            dated October 24, 2003,
 3          Bates-stamped
            CONFIDENTIAL-CRI PRODUCTION
 4          001726 through 1771

 5   P-59   E-mail string, Subject:   1191
            Policy Committee - PFOA
 6          issue, Bates-stamped
            MHK_Johnson_0002718 through
 7          2721

 8   P-60   User-Site Monitoring Update  1197
            5 May 2004 - EPA Update
 9          Teleconference,
            Bates-stamped
10          Dalton_Johnson_00172157
            through 1712162
11
     P-61   E-mail string, Subject:   1204
12          PFOA, Bates-stamped
            3M_AFFF_MDL00477363 and
13          477364

14   P-62   The Carpet and Rug        1209
            Institute Board of
15          Directors draft minutes
            dated May 18, 2016,
16          Bates-stamped
            CONFIDENTIAL-CRI PRODUCTION
17          002748 through 2772

18   P-63   E-mail from Tom Bundros   1212
            dated 4/22/2016, Subject:
19          CEO Update, Bates-stamped
            EF-706664 and 706665
20
     P-64   The Carpet and Rug        1222
21          Institute Strategic Issues
            Leadership Council draft
22          agenda dated June 7, 2016,
            Bates-stamped
23          Milliken.Rome_0000427
            through 441
24

25
```

```
 1   P-65    E-mail from Tom Bundros       1227
             dated 10/7/2016, Subject:
 2           CEO Update, Bates-stamped
             EF-706556 and 706557
 3
     P-66    FC initiative environmental   1320
 4           program, Bates-stamped
             3M_AFFF_MDL00018389 through
 5           18471

 6

 7              (Original Exhibits P-51 through P-66
         and D-49 through D-51 have been attached to
         the original transcript.)
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              Videotaped Deposition of Tom Bundros
                         March 4, 2022
 2

 3              VIDEOGRAPHER:  This will be Tape No. 1

 4        to the videotaped deposition of Tom Bundros

 5        taken in the matter of The City of Rome

 6        versus 3M Company, et al.  Today's

 7        deposition is being held on March 4, 2022,

 8        and the time is now 9:08 a.m.

 9              Will all counsel please introduce

10        themselves for the record.

11                      TOM BUNDROS,

12   having been first duly sworn, was examined and

13   testified as follows:

14   EXAMINATION

15   BY MR. LUTZ:

16        Q.   Good morning, Mr. Bundros.  My name is Ryan

17   Lutz, and I represent Mr. Johnson in the lawsuit

18   that's been filed against Dalton Utilities and a

19   number of the carpet mills around Dalton.  This is

20   going to be the easiest question I ask you all day;

21   all right?  Can you please state your name for the

22   record.

23        A.   Yes.  It's Tom Bundros.

24        Q.   I'm going to lob some softballs to you for

25   the next few minutes and we're going to discuss kind
```

1    of your background and your education and then we'll

2    get into the meat of your deposition.  What's your

3    current position?

4        A.    CEO of Dalton Utilities.

5        Q.    And, Mr. Bundros, typically in this type of

6    setting, I will break up my questioning and we won't

7    ask you for a narrative, but for the sake of time, I'm

8    going to ask you to go over your background and, you

9    know, starting with where you went to high school,

10   where you went to college, what your degree was, and

11   then a brief history of -- of the positions that

12   you've held.

13           Obviously, you know, you've been involved in

14   a number of different companies.  So the first -- I

15   guess my first question will be, you know:  Where did

16   you graduate from high school?

17       A.    Grimsley High School, Greensboro, North

18   Carolina.

19       Q.    And did you go to college after that?

20       A.    Yes.

21       Q.    Where?

22       A.    UNC at Greensboro.

23       Q.    Sorry.  I didn't get that.

24       A.    UNC at Greensboro.

25       Q.    Okay.  UNC at Greensboro.  Did you graduate?

```
 1      A.   Yes.
 2      Q.   What did you get your degree in?
 3      A.   Undergrad, business in economics and
 4  business admin.
 5      Q.   And then after that, did you take any
 6  training?
 7      A.   Yes.
 8      Q.   Postgraduate training?
 9      A.   Yes.
10      Q.   Can you explain that to the jury?
11      A.   MBA in finance.
12      Q.   Where did you get that MBA?
13      A.   UNC at Greensboro also.
14      Q.   Following UNC at Greensboro, take us through
15  your history of employment.
16      A.   Okay.  First job out of college was with
17  Conoco, the oil and gas company.  Initially in
18  Greensboro, North Carolina.  I later transferred to
19  Houston, Texas, back to North Carolina.
20           I was with them for a period right at three
21  years, then went to work for Georgia Power Company in
22  1984 as a financial analyst inside their finance
23  department, was with them a couple years.  Transferred
24  to Southern Company Services, which is the parent
25  company of Georgia Power Company, spent two and a half
```

1    three years in their Wall Street office.  Transferred

2    back.  Worked a myriad of jobs in diverse facets of

3    finance.

4            Left the Southern Company System in

5    December.  December 1996, I believe.  Went to work as

6    CFO for Dalton Utilities, was with Dalton Utilities

7    for the period of 1997 through 2009.

8        Q.  Let me ask you this:  With your position as

9    CFO, can you explain what that -- kind of your general

10   job duties of CFO of Dalton Utilities was.

11       A.  Responsible for the overall accounting and

12   finance, treasury, billing, establishing rates.

13   Basically the back office financial functions of a

14   utility company.

15       Q.  And I assume during -- during that time

16   you've got to know the City of Dalton and the carpet

17   industry; right?

18       A.  Yes.

19       Q.  And did you actually live in the city of

20   Dalton during those years?

21       A.  Yes.

22       Q.  And I forgot to ask you this, but where do

23   you currently live?

24       A.  In Dalton.

25       Q.  So you've been in Dalton since 1996?

```
 1      A.   There was a three-period interruption.

 2      Q.   Which you were about to get to; right?

 3      A.   Yes.

 4      Q.   Okay.  All right.  So you served as CFO of

 5   Dalton Utilities from '96 to 2009 --

 6      A.   Well, '97 through 2012.

 7      Q.   Okay.

 8      A.   No.  Excuse me.  '97 through 2009.

 9      Q.   And then -- then you left Dalton Utilities,

10   and what did you do after that?

11      A.   CFO of Colonial Pipeline.

12      Q.   And where was that?

13      A.    In Alpharetta, Georgia.

14      Q.   And how long did you work there?

15      A.   About three and a half years.

16      Q.   And then you came back to Dalton?

17      A.   Correct.

18      Q.   And you were named the CEO?

19      A.   COO.

20      Q.   COO.

21      A.   Yes.

22      Q.   Dalton Utilities?

23      A.   Correct.

24      Q.   And what year was that?

25      A.   Late 2012.
```

1    Q.    Okay.  And you served in that role for how

2    long?

3    A.    Through December of 2015.

4    Q.    And can you explain to the jury what your

5    role as COO was for Dalton Utilities.

6    A.    Basically, overseeing the daily operations

7    of the utility, primarily the electric and gas sector.

8    Q.    And following that position, you became the

9    CEO of Dalton Utilities in 2016?

10    A.    Correct.

11    Q.    And, you know, briefly explain -- I think

12    everybody knows what a CEO is.  They're the head

13    person in charge of the -- of the company; right?

14    A.    The overseer of the -- of the utility, yes.

15    Q.    Okay.  And can you generally explain, you

16    know, what your roles and responsibilities are for

17    Dalton Utilities as the CEO.

18    A.    Overseeing the daily operational and

19    financial performance of the various utility sectors.

20    Q.    That includes the wastewater treatment plant

21    in Dalton; right?

22    A.    Yes.

23    Q.    And you've been in that position since 2016.

24    A.    Correct.

25    Q.    Has your role changed at all since you first

```
 1    took the position?

 2        A.    No.

 3        Q.    Now, Mr. Bundros, you understand that you're

 4    here today to testify on behalf of Dalton Utilities;

 5    right?

 6        A.    Yes.

 7        Q.    And, you know, I'm sure you're used to this

 8    as the CEO, but here in this deposition, you've

 9    been -- you have been nominated to be a corporate

10    representative of Dalton Utilities.  You understand

11    that?

12        A.    Yes.

13        Q.    And that means that you speak for the

14    company as if you are the company.

15        A.    Correct.

16        Q.    You understand that?

17              And, you know, while, Mr. Bundros -- while

18    you may not have personal knowledge of some of these

19    events -- although I think you will -- you understand

20    that it's your obligation to prepare for this

21    deposition because it's asking for the knowledge of

22    the entity Dalton Utilities, not necessarily of

23    Mr. Bundros; right?

24        A.    Yes.

25        Q.    Okay.  And you have been prepared on certain
```

 1    topics for this deposition; true?

 2         A.    True.

 3         Q.    And I'm going to read the topics, and you

 4    can tell me whether those are the topics that you're

 5    prepared to testify here about; okay?

 6         A.    All right.

 7         Q.    All right.  No. 1, the corporate

 8    organizational structure and board members.

 9         A.    Yes.

10         Q.    Okay.  And that's of Dalton Utilities --

11         A.    Uh-huh (affirmative).

12         Q.    -- obviously.

13               No. 2, meetings of the board of Water, Light

14    and Sinking Fund Commission pertaining to the land

15    application system, the PFAS.  You understand what

16    PFAS is; right?

17         A.    Yes.

18         Q.    Okay.  And/or spills from 1986 to present.

19    Do you understand --

20         A.    Yes.

21         Q.    -- what the spills are?

22               Okay.  And when we say "PFAS," you know, a

23    lot of us around the room generally collectively refer

24    to -- to these per- and polyfluoroalkyl chemicals as

25    PFAS chemicals; okay?  And so everybody's kind of been

 1    using PFAS as a general nomenclature of the chemicals

 2    that really are at issue in this case.

 3            You understand that?

 4    A.    Yes.

 5    Q.    Okay.  And you know there's been various

 6    other names for these chemicals that, you know, may be

 7    specific names over the years like PFOA, P -- PF --

 8    PFOS and, you know, there's -- there's a number of

 9    these chemicals.  But you've heard of PFOA and PFOS;

10    true?

11    A.    Yes.

12    Q.    And --

13    A.    Excuse me.

14    Q.    -- the fifth topic on the notice is the

15    participation by any of your employees or agents in or

16    with the Carpet and Rug Institute, including but not

17    limited to attendance at meetings or other events,

18    participation as a board or committee member and/or

19    communications with any CRI board or committee from

20    1986 to present.

21            You understand that --

22    A.    Yes.

23    Q.    -- as a topic, and you're here ready to

24    testify on that topic; true?

25    A.    Yes.

```
 1      Q.   Okay.  And as I understand it, there's a lot
 2   of overlap between the members that are of CRI and
 3   members -- board members of Dalton Utilities --
 4          MS. MANN:  Object to form.
 5      Q.   (By Mr. Lutz)  -- is that right?
 6      A.   There's no overlap or relationship between
 7   the two entities.
 8      Q.   Well, you know, I guess what I'm trying to
 9   get to -- and we'll go through this when we go through
10   the board member list, but a lot of people that serve
11   on the CRI board also serve on the Dalton board.
12          MS. MANN:  Object to form.
13          THE WITNESS:  There's not a lot.  Our
14       current board chair is the only individual
15       I'm aware of that has ever had a
16       relationship with CRI.
17      Q.   (By Mr. Lutz)  Okay.  Well, we'll get into
18   that because that's not actually accurate.  But we'll
19   talk about that in a little bit.
20          Now, I imagine that as a result of this
21   deposition, you have -- you did some preparation;
22   right?
23      A.   Correct.
24      Q.   And can you explain what you did to prepare
25   for this deposition.
```

1    A.    I met with legal counsel to review board

2    meeting minutes and e-mail communications.

3    Q.    And how many times did you meet with legal

4    counsel?

5    A.    I can't recall right off the top of my head.

6    Q.    Can you give me an estimate?

7    A.    Three or four times.

8    Q.    Okay.  And what's just another estimate of

9    how many -- how many hours have you put into

10   preparation for your testimony today?

11   A.    Boy, that's -- so ten to 15.

12   Q.    Hours?

13   A.    Ten to 15 hours, yes.

14   Q.    Okay.  All right.  Did you do anything else

15   in preparation for your deposition?

16   A.    No.

17   Q.    Did you speak with any other Dalton

18   Utilities employees or board members?

19   A.    Only in the presence of legal counsel.

20   Q.    Okay.   But who -- and I don't want to ever

21   know what you spoke about with your legal counsel.

22   That's kind of off -- off limits.  But who was present

23   during those conversations?  And I'm not -- I don't

24   care about your legal counsel.  I'm talking about

25   people that are not lawyers.

30(b)(6)                                                                    Page 1072

```
 1      A.    Okay.  Don Cope and Leslie Rush.

 2      Q.    And who is Don Cope?

 3      A.    Don Cope is the former CEO of Dalton

 4   Utilities.

 5      Q.    And as I understand it, he was CEO of Dalton

 6   Utilities for a pretty good amount of time; right?

 7      A.    Correct.

 8      Q.    And he became CEO of Dalton Utilities in the

 9   early 2000s; is that right?

10      A.    I believe 1997.

11      Q.    1997.  Okay.  I was thinking that one of the

12   Parrotts was the CEO of Dalton Utilities, but maybe

13   I'm wrong.  So strike that.

14            Now, you said Mr. Cope, and who was the

15   other person that you identified that you spoke with

16   about -- in preparation for this deposition?

17      A.    Leslie Rush.

18      Q.    Okay.  And I -- I know Mr. Rush.  He's been

19   here all -- all week.  He's been -- he's been a

20   trooper.

21            And what is Mr. Rush's position with Dalton

22   Utilities?

23      A.    Leslie Rush is in charge of watershed

24   initiatives.

25      Q.    And outside of any Dalton Utilities
```

1    employees, did you speak with anybody else about your

2    deposition?

3         A.   No, sir.

4         Q.   Just the lawyers and Mr. Rush and Mr. Cope?

5         A.   Correct.

6         Q.   And did you have any conversations with

7    Mr. Rush or Mr. Cope outside the presence of your

8    attorneys?

9         A.   No.

10        Q.   Now, Mr. Bundros, I get the impression that

11   Dalton is a close-knit community.  Would you agree

12   with that?

13        A.   Yes.

14        Q.   And Dalton is also known as the carpet

15   capital of the world, isn't it?

16        A.   Correct.

17        Q.   You have the two largest manufacturing

18   companies in the world of flooring and carpet right

19   here in Dalton; right?

20        A.   Yes.

21        Q.   You got Shaw and Mohawk; true?

22        A.   Yes.

23        Q.   Have you ever met with the CEOs of either

24   Mohawk or Shaw?

25        A.   Yes.

1      Q.    And did you meet with them in preparation

2    for your deposition?

3      A.    No.

4      Q.    Okay.  And during the time that you did meet

5    with the CEOs of Mohawk and Shaw, what -- what

6    circumstances did you -- did you meet with them about?

7      A.    Discussions about the utility service rates.

8      Q.    Did you ever have discussions with them

9    about PFAS?

10     A.    No.

11     Q.    And as I understand it, the carpet industry

12   dominates the economy here in Dalton, Georgia, doesn't

13   it?

14     A.    Yes.

15     Q.    And I have seen that it also appears to

16   dominate sort of the local politics around here; is

17   that right?

18     A.    I don't know.

19     Q.    Well, and I guess the reason I say that is

20   because I see a lot of carpet industry members that

21   have served on Dalton's board, carpet industry members

22   that are part of the city council, either former or

23   current.  And you understand that; right?

24     A.    Yes.

25     Q.    Okay.  And it seems like everybody here in

1    Dalton is somehow connected to the carpet industry.

2    Is that a fair characterization?

3        A.    Yes.

4        Q.    And it -- you know, I've read some of the

5    presentations that have been given throughout the

6    years and looked at those presentations and -- and

7    I've seen, you know, the story of carpet, you know, is

8    largely associated with the story of Dalton, you know,

9    from those humble beginnings early on to what it's

10   become now, which is a dominant market in the world,

11   isn't it?

12       A.    Yes.

13       Q.    Now, the carpet industry is Dalton's largest

14   customer base; is that true?

15       A.    Yes.

16       Q.    In fact, without the carpet industry, Dalton

17   Utilities would not be what it is today; right?

18       A.    Correct.

19       Q.    It wouldn't generate the substantial amount

20   of revenues that it generates without the carpet

21   industry, would it?

22            MS. MANN:  Object to form.

23            THE WITNESS:  The carpet industry is

24       Dalton Utilities' largest industrial

25       sector.

1    Q.   (By Mr. Lutz)  And it generates substantial

2    revenues from the carpet industry; true?

3           MS. MANN:  Same objection.

4           THE WITNESS:  The carpet industry

5       comprises the majority of our industrial

6       sector.

7    Q.   (By Mr. Lutz)  Okay.  And as the majority of

8    your industrial sector, I guess you could say that

9    that's a majority of the revenue that you obtain from

10   your industrial sector; is that true?

11   A.   Yes.

12   Q.   And as -- as its largest customer, Dalton

13   Utilities relies on the carpet companies to prosper.

14   A.   Yes.

15   Q.   In fact, I saw an article when you were

16   named as CEO of Dalton Utilities, you were quoted by

17   the Dalton Times that said, "Dalton's fortunes are

18   tied to the carpet industry."

19           You remember saying that?

20   A.   I do recall that, yes.

21   Q.   And I've seen, you know, in these

22   presentations and such, the carpet industry could not

23   have grown to become this dominant world presence here

24   in Dalton, Georgia without Dalton Utilities, could it?

25           MS. MANN:  Object to form.

```
 1              MR. SCRIBNER:  Same objection.
 2              You may answer.
 3              THE WITNESS:  Dalton Utilities and the
 4       carpet industry grew up together.
 5       Q.   (By Mr. Lutz)  And the carpet industry needs
 6   Dalton Utilities to prosper, doesn't it?
 7              MS. MANN:  Object to form.
 8              THE WITNESS:  There is -- the fortunes
 9       of the two are somewhat tied together.
10       Q.   (By Mr. Lutz)  And that's because Dalton
11   Utilities supplies water to the carpet industry and
12   also treats the carpet industry's waste; is that
13   right?
14       A.   That is a true statement.
15       Q.   And the carpet industry needs a lot of water
16   for their manufacturing processes; isn't that true?
17       A.   Not as much as in the past.
18       Q.   But perhaps they're not using as much water
19   at this time, but they have used a -- they have
20   generally needed a lot of water in their manufacturing
21   processes.
22       A.   True.
23       Q.   And as a result of all that water, they
24   create a lot of waste; right?
25       A.   Yes.
```

1    Q.    And that's -- that's the waste that Dalton

2    Utilities treats at its -- at its treatment plant;

3    right?

4    A.    Yes.

5    Q.    And that's known as a publicly-owned

6    treatment works; right?

7    A.    Yes.

8    Q.    And Dalton Utilities supplies the carpet

9    industry with a water source that is mainly from the

10   Conasauga River; is that true?

11        MS. MANN:  Object to form.

12        THE WITNESS:  Dalton Utilities draws

13         water off of several sources.

14   Q.    (By Mr. Lutz)  The Conasauga River being

15   one.

16   A.    True.

17   Q.    Now, you also understand that during the

18   manufacturing process, the carpet industry uses a

19   number of chemicals in that process; right?

20   A.    Yes.

21   Q.    And they use chemicals to treat their

22   carpets to ensure that they are soil and

23   stain-resistant.  You know that; right?

24   A.    Yes.

25   Q.    Okay.  And, you know, the chemicals that

1    we're here today about are the PFAS chemicals.  You

2    understand that; right?

3        A.    Yes.

4        Q.    And so once these chemicals are sprayed onto

5    the carpet and -- and, you know, sent down the sewer

6    drain, they go to Dalton Utilities' treatment plant;

7    right?

8            MR. SCRIBNER:  Object to form.

9            You may answer.

10           MR. CUSTER:  Same objection.

11           MS. MANN:  Same objection.

12           THE WITNESS:  Dalton Utilities

13      receives the effluent from the carpet

14      industry.

15       Q.    (By Mr. Lutz)  And can you explain to the

16   jury what effluent is.

17       A.    Effluent is the water that is their

18   wastewater discharge.

19       Q.    And Dalton Utilities has -- has treated the

20   carpet industry's wastewater for as long as I can

21   tell, for decades; true?

22       A.    Yes.

23       Q.    And I've seen this -- and you can correct me

24   if I'm wrong -- but I've seen that the carpet industry

25   accounts for nearly 87 to 90 percent of the wastewater

1    treated at Dalton Utilities.  Is that -- is that an

2    accurate statement?

3              MS. MANN:  Object to form.

4              THE WITNESS:  The volume from the

5         carpet industry is a large majority of the

6         wastewater we receive.

7         Q.   (By Mr. Lutz)  Yeah, and I guess I've seen

8    Dalton Utilities talk about how much that volume is,

9    and the estimates that I've seen are between 87 and

10   90 percent wastewater that is treated by Dalton

11   Utilities.  Is that a fair estimate?

12        A.   Not in -- in the absence of seeing numbers

13   in front of me, I don't feel comfortable painting a

14   range or estimate.  But I will say that the majority

15   of the wastewater we receive is from the carpet

16   industry.

17        Q.   That's fair.

18             And would you agree with me that Dalton --

19   Dalton does everything in its power to protect the

20   value of the relationship with the carpet industry.

21   You'd agree with me on that, wouldn't you?

22             MS. MANN:  Object to form.

23             MR. CUSTER:  Same objection.

24             THE WITNESS:  Dalton Utilities does

25        everything to promote good relationships

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Tom Bundros on 03/04/2022

```
 1        with all of its customers.
 2        Q.   (By Mr. Lutz)  And over the years, Dalton
 3    Utilities has partnered with the carpet industry to
 4    address very important issues like -- like PFAS; isn't
 5    that true?
 6        A.   No.
 7             MS. MANN:  Object to form.
 8             THE WITNESS:  No.  No.
 9        Q.   (By Mr. Lutz)  They haven't?
10        A.   They have not.
11        Q.   Explain that.
12        A.   Dalton Utilities' relationship with the
13    carpet industry is to ensure compliance under our
14    regulatory permits.
15        Q.   Yeah.  And I guess, you know, I'm -- and
16    we're going to get to the meat of this.
17        A.   Uh-huh (affirmative).
18        Q.   But during -- during some substantial years
19    where PFAS was a hot topic, you know, there's been a
20    lot of dialogue back and forth and a working
21    relationship with the carpet industry to address
22    PFAS-related issues; is that not true?
23             MS. MANN:  Object to form.
24             THE WITNESS:  Dalton Utilities'
25        discussions with the carpet industry were
```

```
1        to ensure compliance under our regulatory
2        permits.
3    Q.   (By Mr. Lutz)  We'll get to that, then.
4    A.   Okay.
5    Q.   We'll come back to that question after we go
6  over some documents.
7           Now, I wanted to talk a bit about the Carpet
8  and Rug Institute just for -- just for the jury to
9  understand what the Carpet and Rug Institute is.  And
10  as I've said, you know, there's definitely been
11  throughout the years an overlap of members who have
12  served on the Dalton board and the CRI board at the
13  same time, and we're going to go over that.
14          But my question is:  Can you explain what
15  the Carpet and Rug Institute is?
16          MR. CUSTER:  Object to form.
17          THE WITNESS:  CRI is an industrial
18    trade group.
19   Q.   (By Mr. Lutz)  And it's an industrial trade
20  group for the carpet industry, isn't it?
21   A.   Yes.
22   Q.   And do you know what sort of tasks CRI is --
23  and CRI is short for Carpet and Rug Institute; true?
24   A.   Correct.
25   Q.   And do you know what kind of -- what is
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)                    Tom Bundros on 03/04/2022                    Page 1083

```
 1   their primary role in -- with respect to the carpet
 2   industry?
 3            MR. SCRIBNER:  Object to form.
 4            You may answer.
 5            THE WITNESS:  I do not know.
 6       Q.   (By Mr. Lutz)  Okay.  Do you understand that
 7   the Carpet -- Carpet and Rug Institute is
 8   headquartered right here in Dalton?
 9       A.   Yes.
10       Q.   And do you understand that the Carpet -- the
11   Carpet and Rug Institute is made up of -- of members
12   of the carpet industry?
13       A.   Yes.
14       Q.   Members of the carpet industry right here in
15   Dalton, Georgia.
16       A.   Yes.
17            Excuse me.
18       Q.   And over the years, Dalton Utilities has
19   attended board meetings of the Carpet and Rug
20   Institute, hasn't it?
21       A.   Under my tenure, no.  Under the tenure of
22   the previous CEO, he may have attended some meetings.
23       Q.   Yeah, I think I've seen where Mr. Cope
24   attended some meetings and gave some presentations to
25   the Carpet and Rug Institute.  Is that a fair account,
```

```
 1   based on your preparation for this deposition?

 2       A.   Yes.

 3       Q.   So -- and do you know -- you know that the

 4   Carpet and Rug Institute is charged with the task of

 5   promoting the carpet industry; right?

 6            MS. MANN:  Object to form.

 7            MR. SCRIBNER:  Same objection.

 8            THE WITNESS:  I have not read their

 9       mission and objectives statements.

10       Q.   (By Mr. Lutz)  Yeah, I'm just talking about

11   your general understanding.  One of their purposes is

12   to promote the carpet industry.  Is that what you

13   understand?

14            MS. MANN:  Same objection.

15            MR. SCRIBNER:  Same.

16            MR. CUSTER:  Same.

17            THE WITNESS:  CRI is an industrial

18       trade group.

19       Q.   (By Mr. Lutz)  And do you understand that

20   the carpet industry -- the Carpet and Rug Institute

21   also lobbies on behalf of the carpet manufacturers?

22            MR. SCRIBNER:  Object to form.

23            You may answer.

24            THE WITNESS:  I don't know that

25       specifically.
```

```
1        Q.    (By Mr. Lutz)  Now, I know we talked about
2    this earlier, and we're about to go over a list of
3    your board members, but many of your board members,
4    both past and present, are or were former executives
5    or members of the carpet industry; right?
6             MS. MANN:  Object to form.
7             THE WITNESS:  Dalton Utilities' board
8         members have included members of industry.
9        Q.    (By Mr. Lutz)  And we're talking about
10   carpet industry.
11       A.    Carpet industry.
12       Q.    Right.
13       A.    As well as other local industries.
14       Q.    Did -- when you became CEO of Dalton
15   Utilities, did -- you know, you said earlier -- let me
16   strike that.
17            You said earlier that as -- during your
18   tenure as -- as a CEO of Dalton Utilities that you
19   have personally not attended the Carpet and Rug
20   Institute meetings?
21       A.    I have never attended any CRI meeting.
22       Q.    Okay.  And was that a -- was that a policy
23   change under your direction or is that just out of
24   circumstance?
25       A.    Prior to discovering that Mr. Cope had
```

```
 1   attended CRI meetings, I was not aware of any meetings
 2   between CRI and Dalton Utilities.
 3       Q.   All right.  Well, Mr. Bundros, I'm going to
 4   have you look at what's going to be marked as
 5   Plaintiffs' Exhibit No. 51.
 6            MR. LUTZ:  And, Lindsey, for the
 7       record, it's the board -- it's probably
 8       right after that because that -- he
 9       answered that question.
10       Q.   (By Mr. Lutz)  Yeah, it's the list that your
11   counsel provided me of the board members of Dalton
12   Utilities.
13            (Plaintiffs' Exhibit 51 was marked for
14       identification.)
15            THE WITNESS:  Okay.  Uh-huh
16       (affirmative).
17            MS. MANN:  It has a -- do you mean to
18       include the tab, the sticky note?
19            MR. LUTZ:  Yeah.  It's 100 for the --
20       for Lacey.
21       Q.   (By Mr. Lutz)  And after you have a chance
22   to look at that, will you let us know whether that
23   looks like an accurate reflection of the board members
24   as they have been on the Dalton Utilities board since,
25   I think, 1986.
```

```
 1      A.    Looks to be accurate.

 2      Q.    All right.  And so I'm going to kind of --

 3   I'm going to go through this stuff with you and we'll

 4   see if we could agree on some things.

 5            Now, presently, the board has five members;

 6   is that true?

 7      A.    Correct.

 8      Q.    And in all, I've seen somewhere in the

 9   documents it used to have three members, but at some

10   point it added a couple more; is that right?

11      A.    Correct.  That's true.

12      Q.    And I think I saw that it was in the

13   mid-'90s that -- that Dalton Utilities added a few

14   extra board members; is that right?

15      A.    Yes.

16      Q.    Okay.  And so, you know, right now you have

17   five present board members, and that's Joe Yarbrough.

18      A.    Uh-huh (affirmative).

19      Q.    Tommy Boggs.

20      A.    Yes.

21      Q.    Hal Long.

22      A.    Uh-huh (affirmative).

23      Q.    Mark Mixer.

24      A.    Yes.

25      Q.    And Jackie Killings; right?
```

```
 1    A.   Correct.

 2    Q.   And Mrs. Killings, she was a Mohawk

 3  executive, wasn't she?

 4         MR. SCRIBNER:  Object to form.

 5         You may answer.

 6         THE WITNESS:  Jackie Killings is a

 7    retired employee of Mohawk Industries.

 8    Q.   (By Mr. Lutz)  She was the senior manager of

 9  research and development at Mohawk; is that right?

10    A.   I don't know for certain.

11    Q.   Well, and Mr. Hal Long, who is also a

12  present board member, he was an executive at Shaw,

13  wasn't he?

14    A.   Yes.

15    Q.   And Mr. Tommy Boggs, he's in the -- he was a

16  members of the carpet industry as well, wasn't he?

17    A.   Yes.

18    Q.   And then Mr. Yarbrough, he was a former

19  Mohawk executive, wasn't he?

20    A.   Yes.

21    Q.   He's also the chairman of the Carpet and Rug

22  Institute, isn't he?

23    A.   Yes.

24    Q.   And over the years -- over the years, many

25  of the board members have been associated or employed
```

1    by the carpet industry, and I'm going to talk about a

2    few of those members.  Mr. Pendley, who served from

3    August 2009 through January of 2018, he was a -- an

4    executive with J&J Industries, wasn't he?

5        A.    Correct.

6        Q.    And he also served on the -- did you know

7    that he also served on the Carpet and Rug Institute

8    board?

9        A.    I did not know that.

10        Q.    Smith Foster, who served on the Dalton board

11    from February 2006 through January of 2011, was -- is

12    also a carpet company executive, isn't he?

13        A.    Yes.

14        Q.    Lamar Hennon, who served on the board from

15    February '04 through January of '09, he was with

16    Carpets of Dalton, wasn't he?

17        A.    Yes.

18        Q.    Justin Robinson, who served from

19    February '97 through January of 2002, he was an

20    executive at Coronet Carpets; isn't that true?

21        A.    Yes.

22        Q.    Jim Bethel, who was a Dalton board member

23    from 1996 to January of 2004, was also part of the

24    carpet industry.  He was an executive at J&J

25    Industries, wasn't he?

```
 1      A.    Correct.

 2      Q.    Dr. Randall Bryant was with Advent

 3   Chemicals.  He served on the board from '89 to '95,

 4   didn't he?

 5      A.    I wasn't aware of Dr. Bryant's background.

 6      Q.    Okay.  That's fair.

 7            And then we get back all the way to the 1986

 8   board where you have James Brown, who was -- started

 9   Brown Industries, and that was in the carpet industry,

10   wasn't it?

11      A.    He prepared samples boards, yes.

12      Q.    And C.S. Thomas, Jr., who was on the board

13   at least as of 1990 -- 1986 and served through

14   February of 1996, he was also with the carpet

15   industry.  He was -- he started the Log Cabin Company,

16   did he not?

17      A.    I do not know that for a fact.

18      Q.    Do you know whether Mr. Thomas was

19   associated with the carpet industry?

20      A.    I cannot honestly say one way or another.

21      Q.    Okay.  And so it's fair to say that the

22   carpet industry and the -- is it -- it's fair to say

23   that a substantial number of board members of Dalton

24   Utilities over the years have been former or current

25   carpet industry executives; isn't that true?
```

```
 1              MS. MANN:  Object to form.

 2              THE WITNESS:  Several members of

 3         Dalton Utilities' boards have had

 4         employment with the carpet industry.

 5         Q.   (By Mr. Lutz)  Now, Mr. Bundros, we kind of

 6    got into this a little bit.  This is sort of

 7    foundational questioning for the jury so that they can

 8    understand Dalton Utilities' role in the -- in the

 9    treatment of wastewater for the carpet industry.

10              I'm sure you have a pretty good

11    understanding of that, don't you?

12         A.   I oversee the operations of the wastewater

13    sector.

14         Q.   All right.  And we already went through

15    this, but the carpet industry needs water for its

16    manufacturing processes.  That's --

17         A.   That's true.

18         Q.   And Dalton Utilities supplies that water to

19    the carpet industry.

20         A.   Correct.

21         Q.   Now, I've seen accounts that 80 percent of

22    the carpet made in the United States is made right

23    here in Dalton.  Is that -- is that what you

24    understand?

25         A.   I've read that same statistic, yes.
```

1    Q.   And I've seen -- seen that statistic applied

2  to the world, but I don't know if that's accurate.  Is

3  that -- do you understand it to be the United States

4  or the world?

5    A.   I really don't know.

6    Q.   Okay.  But we know at least that 80 percent

7  of the carpet in the United States is made here right

8  in Dalton, Georgia.

9    A.   I have read that statistic, yes.

10    Q.   And Dalton Utilities is tasked with treating

11  the waste that's generated from all of -- all of the

12  carpet manufacturing processes; is that accurate?

13         MS. MANN:  Object to form.

14         THE WITNESS:  Dalton Utilities treats

15      waste from a myriad of sources, including

16      the carpet industry.

17    Q.   (By Mr. Lutz)  And I think you said earlier

18  that the carpet industry was the most substantial

19  source of waste that Dalton Utilities treats; right?

20    A.   True.

21         MS. MANN:  Just for the record, I

22      think -- we don't treat waste, just

23      wastewater.

24         MR. LUTZ:  Wastewater.  That's fine.

25         THE WITNESS:  Yeah.  Thank you.

1    Q.   (By Mr. Lutz)  And we talked earlier about

2  the chemicals that the carpet industry uses, and that

3  Dalton Utilities is tasked with treating those

4  chemicals, is that -- in the wastewater; right?

5    A.   Dalton Utilities is tasked to treat as per

6  its regulatory permits.

7    Q.   And does it -- does it -- is Dalton

8  Utilities tasked with treating the chemicals in the

9  wastewater, is that so that these chemicals won't get

10  out into the environment and harm it?

11         MS. MANN:  Object to form.

12         THE WITNESS:  Dalton Utilities is

13     required to treat those chemicals that are

14     identified in its permits issued by

15     regulatory agencies.

16    Q.   (By Mr. Lutz)  Right.  But the reason you're

17  treating wastewater is so that it doesn't get out into

18  the environment and pollute it; right?

19         MS. MANN:  Object to form.

20    Q.   (By Mr. Lutz)  And that's your -- that's

21  your main objective at Dalton Utilities.

22         MS. MANN:  Object to form.

23    Q.   (By Mr. Lutz)  Or one of them; right?

24    A.   Dalton Utilities' objectives is to be in

25  regulatory compliance with its permits as issued.

1    Q.   Yeah, but why do you think those permits

2    have been issued?  You understand that those permits

3    are issued so that -- you know, to prevent pollution;

4    right?

5    A.   Those permits are issued by regulatory

6    agencies that oversee the -- the environment.

7    Q.   And the ultimate goal is to prevent

8    pollution in the environment.  Wouldn't you agree with

9    that, as a CEO of Dalton Utilities?

10        MR. RADNEY:  Object to form.

11        MS. MANN:  Object to form.

12        THE WITNESS:  The regulatory agencies

13        oversee that responsibility.

14    Q.   (By Mr. Lutz)  Okay.  So Dalton Utilities

15    doesn't have any responsibility to ensure that the

16    chemicals it treats in the carpet manufacturers'

17    wastewaters don't pollute the environment; is that

18    what you're saying?

19    A.   Dalton --

20        MS. MANN:  Object to form.

21        THE WITNESS:  Dalton Utilities'

22        responsibility is to be in regulatory

23        compliance with the permits that are issued

24        by its regulatory agencies that govern

25        chemicals.

```
 1      Q.   (By Mr. Lutz)  Okay.  But does Dalton
 2   Utilities not have a responsibility to ensure that
 3   it's not polluting the environment?
 4           MS. MANN:  Object to form.
 5           THE WITNESS:  Dalton Utilities'
 6       responsibility is to be in regulatory
 7       compliance with its permits as issued by
 8       regulatory agencies.
 9      Q.   (By Mr. Lutz)  Does Dalton Utilities have an
10   obligation to prevent pollution in the environment?
11           MS. MANN:  Object to form.
12           THE WITNESS:  Our obligation and
13       responsibility is to be in compliance with
14       our permits.
15      Q.   (By Mr. Lutz)  Does Dalton Utilities have a
16   policy or a -- does Dalton Utilities have a policy in
17   place that states that it -- that, you know, part of
18   its mission is to ensure that it's not polluting the
19   environment?
20           MS. MANN:  Object to form.
21           THE WITNESS:  Our policy is to be in
22       legal and regulatory compliance with
23       environmental laws and with our regulatory
24       permits.
25      Q.   (By Mr. Lutz)  Irrespective of whether it --
```

```
 1    irrespective of whether pollution is occurring; is
 2    that what you're saying?
 3              MS. MANN:  Object to form.
 4              THE WITNESS:  We look to our
 5         regulatory agencies to provide guidance on
 6         that.
 7         Q.    (By Mr. Lutz)  So there's no guidance
 8    provided by Dalton Utilities' leadership.
 9              MS. MANN:  Object to form.
10              THE WITNESS:  We look to our
11         regulatory agencies for that guidance.
12         Q.    (By Mr. Lutz) So when it comes to pollution,
13    is it Dalton Utilities' policy to do whatever the
14    governmental authorities allows you to do?
15              MS. MANN:  Object to form.
16              THE WITNESS:  Dalton Utilities'
17         objective is to be in full compliance with
18         what our regulatory agencies are telling us
19         to do.
20         Q.    (By Mr. Lutz)  So, Mr. Bundros, I'm going to
21    get back to the process of treating wastewater.  Does
22    Dalton Utilities have a responsibility to ensure that
23    the chemicals in the carpet manufacturers' wastewater
24    don't pollute the waters of the Conasauga River?
25         A.    Our responsibility is to be in compliance
```

 1    with our permits as issued by our regulatory agencies.

 2         Q.   Now, Mr. Bundros, you understand that you're

 3    here today on a very serious matter, don't you?

 4         A.   Yes.

 5         Q.   And you understand that there are

 6    allegations against your client that essentially have

 7    claimed that Dalton Utilities is polluting the

 8    environment with -- with toxic PFAS chemicals.  You

 9    understand that; right?

10         A.   Yes.

11         Q.   And it's a serious, serious matter; true?

12         A.   Yes.

13         Q.   And you also understand that these PFAS

14    chemicals, they're known to persist in the

15    environment; right?

16         A.   Yes.

17         Q.   They're called "Forever Chemicals."  You've

18    heard that term; right?

19         A.   I have not heard that specific term.

20         Q.   Okay.  All right.  Well, they're generally

21    known as Forever Chemicals.  You know that they don't

22    degrade; right?  You understand that?

23              MR. SCRIBNER:  Object to form.

24         Q.   (By Mr. Lutz)  They resist degradation.

25         A.   Yes.

```
 1      Q.   And you also understand they bioaccumulate
 2  in animals and in humans.
 3          MR. SCRIBNER:  Object to form.
 4          MR. RADNEY:  Object to form.
 5          THE WITNESS:  Yes.
 6      Q.   (By Mr. Lutz)  And when I say
 7  "bioaccumulate," you understand that they build up in
 8  the human body?
 9      A.   Yes.
10      Q.   And some of these PFAS chemicals are known
11  to be toxic; right?
12          MS. MANN:  Object to form.
13          MR. SCRIBNER:  Object to form.
14          MR. RADNEY:  Same objection.
15          THE WITNESS:  I have heard allegations
16       that they are toxic.
17      Q.   (By Mr. Lutz)  So you don't believe they're
18  toxic?
19          MS. MANN:  Object to form.
20          THE WITNESS:  I am not a scientist to
21       make a determination.
22      Q.   (By Mr. Lutz)  Yeah, but you're the CEO of
23  Dalton Utilities, and you treat wastewater that
24  contains PFAS and you spray it onto a 10,000-acre
25  field site.  Don't you think it's your responsibility
```

1    to understand whether these chemicals are toxic to the

2    environment and to human health?

3              MS. MANN:  Object to form.

4              THE WITNESS:  Because I am not a

5         scientist, I look to my regulatory bodies

6         to provide that guidance as to what

7         chemicals are or are not dangerous.

8    Q.   (By Mr. Lutz)  Okay.  So you'd look to the

9    EPA, wouldn't you?

10   A.   Yes.

11   Q.   Okay.  And back on this policy, Dalton

12   Utilities' policy, one of the promises that you make

13   on your website is that you will "Deliver our services

14   in an efficient, safe and environmentally responsible

15   manner."

16             Do you see that?

17   A.   Correct.  Yes.

18   Q.   And -- and --

19             MS. MANN:  For the record, you didn't

20        show it to him.  He can't see it.

21             MR. LUTZ:  It's Dalton Utilities'

22        website.  It's fine.

23             THE WITNESS:  Yeah.

24             MS. MANN:  I'm just clarifying the

25        record --

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

```
 1              MR. LUTZ:  I don't think he needs it
 2       to see that.
 3              MR. SCRIBNER:  Aware of.
 4       Q.   (By Mr. Lutz)  And you agree with that
 5   statement; right?   That is a promise that Dalton
 6   Utilities makes to the community --
 7       A.   Correct.
 8       Q.   -- that they will deliver services in an
 9   efficient, safe and environmentally responsible
10   manner; right?
11       A.   Correct.
12       Q.   So that's a standard.
13       A.   Yes, sir.
14       Q.   Okay.  And is it -- you know, with all the
15   chemicals that you treat in the carpet industry's
16   wastewater, Dalton Utilities takes that as a serious
17   responsibility, doesn't it?
18       A.   Very much so.
19       Q.   And why does it do that?
20       A.   To be in full regulatory legal compliance
21   with our permits as issued by regulatory agencies.
22       Q.   And it's also to ensure that they're
23   disposed of in an environmentally responsible manner;
24   right?
25       A.   We look to regulatory agencies for guidance
```

1    on what is responsible environmental stewardship.

2        Q.    Yeah, but I'm just going back to your

3    policy.  Did I -- that we just read.

4        A.    Correct.

5        Q.    And I think you can agree with me that --

6    we've just read it -- that, you know, one of the

7    tenets that Dalton Utilities abides by is to -- is to

8    dispose of the waste that it treats in an

9    environmentally responsible manner; right?

10       A.    Correct.

11       Q.    Now, have you ever been out to the carpet

12   mills out around Dalton, Georgia?

13       A.    Yes.

14       Q.    How often do you -- how often do you visit

15   carpet mills around Dalton, Georgia?

16       A.    My visitation is typically limited to the

17   administrative offices of the carpet industry.

18       Q.    Have you ever gone out to the carpet

19   industry and looked at their processes for

20   manufacturing carpet?

21       A.    Yes.

22       Q.    Okay.  And so you have a general

23   understanding of how that carpet is made and how the

24   wastewater is generated; right?

25       A.    Yes.

1      Q.    And explain what your general understanding

2    is.

3      A.    Water is used in the production process and

4    discharged to Dalton Utilities.

5      Q.    And the chemicals that are used in that --

6    that manufacturing process are contained within that

7    wastewater; right?

8      A.    Yes.

9      Q.    And then that wastewater is collected and

10   sent down the drain to -- the sewage drain to Dalton

11   Utilities' treatment plant.

12     A.    Correct.

13     Q.    Okay.  And at the treatment plant, Dalton

14   Utilities treats the wastewater; right?

15     A.    Yes.

16     Q.    Okay.  And what is -- what does Dalton

17   Utilities do to treat that wastewater, just from a

18   general overview?

19     A.    There is a biological treatment and aeration

20   to -- to treat the wastewater.  I have people with

21   responsibility that are closer to that process that

22   can probably -- they can describe it in considerably

23   better detail than myself.

24     Q.    Right.  You have bigger things to worry

25   about; right?

1    A.   Yes, sir.

2    Q.   Okay.  All right.  And you do understand

3    that Dalton Utilities is not equipped to remove PFAS

4    from the carpet manufacturers' waste stream; right?

5         MS. MANN:  Object to form.

6         THE WITNESS:  We are equipped to treat

7      all chemicals as identified in our permits

8      as issued by regulatory issues.

9    Q.   (By Mr. Lutz)  And PFAS chemicals aren't

10   identified in those permits; right?

11   A.   PFAS is not a regulated constituent in our

12   permits.

13   Q.   But just so the jury understands, and this

14   is not -- I'm not trying to pick a fight with you.

15   But the -- you can't treat the PFAS; isn't that true?

16        MS. MANN:  Object to form.

17        MR. SCRIBNER:  Object to form.

18        MR. CUSTER:  Same objection.

19   Q.   (By Mr. Lutz)  Let me -- let me ask a better

20   question.

21        Dalton Utilities cannot remove PFAS from the

22   carpet manufacturers' waste stream; isn't that

23   accurate?

24        MS. MANN:  Object to form.

25        MR. SCRIBNER:  Same objection.

1          THE WITNESS:  I do not know the
2      specifics.  All I do know, I will restate
3      that we are equipped to treat those
4      chemicals that are identified in our
5      regulatory permits.
6      Q.   (By Mr. Lutz)  And you understand that those
7  chemicals do not include PFAS chemicals; true?
8      A.   PFAS is not a regulated constituent in our
9  regulatory permits.
10     Q.   Okay.  So after -- after the carpet
11 manufacturers create the waste, send it down the sewer
12 drain, Dalton Utilities treats it at its treatment
13 plant.  It's sprayed onto this almost 10,000-acre
14 field site that's called the land application system;
15 isn't that right?
16     A.   That's true.
17          MS. MANN:  Object on "waste," again.
18      It's wastewater.
19          MR. LUTZ:  Wastewater.  Sorry.
20     Q.   (By Mr. Lutz)  Now, the land application
21 system is surrounded on three sides by the Conasauga
22 River; isn't that true?
23          MS. MANN:  Object to form.
24          THE WITNESS:  I know that it's
25      surrounded at least by one side.

```
 1      Q.   (By Mr. Lutz)  Have you ever been out to the
 2   land application system?
 3      A.   Several times.
 4      Q.   And would you dispute the fact that it is
 5   surrounded on three sides by the Conasauga River?
 6           MS. MANN:  Object to form.
 7           THE WITNESS:  I don't know that
 8        specifically.  I know it is -- it is
 9        surrounded at least on one side by the
10        Conasauga River.
11      Q.   (By Mr. Lutz)  And, you know, in many areas
12   of the -- of the land application system, the
13   topography of the system is sloped downward; isn't it?
14           MS. MANN:  Object to form.
15      Q.   (By Mr. Lutz)  It's hilly.
16      A.   There's all types of topographical
17   undulations on the LAS.
18      Q.   And I've seen pictures of the LAS.  It looks
19   kind of like a giant hill.
20           MS. MANN:  Object to form.
21           THE WITNESS:  There are hills inside
22        of the land application system, yes.
23      Q.   (By Mr. Lutz)  Now, how many -- you know, as
24   I understand it, Dalton Utilities sprays the -- the
25   effluent that's been treated at its treatment plant
```

1  across this huge 10,000-acre field land application

2  site; right?

3          MS. MANN:  Object to form.

4          THE WITNESS:  Dalton Utilities sprays

5      treated effluent across that

6      10,000-some-acre site.

7      Q.   (By Mr. Lutz)  And they spray millions and

8  millions and millions of gallons a day onto that site,

9  don't they?

10          MS. MANN:  Object to form.

11          THE WITNESS:  Dalton Utilities sprays

12      treated effluent over the land application

13      system.

14      Q.   (By Mr. Lutz)  But you'll agree with me they

15  spray millions of gallons -- well, I mean, even

16  hundreds of millions of gallons over the course of a

17  year onto that site.

18          MS. MANN:  Object to form.

19          THE WITNESS:  Dalton Utilities sprays

20      the treated effluent under guidance by our

21      permits and influenced by weather, ground

22      saturation, several factors.

23      Q.   (By Mr. Lutz)  You know, I'm just trying to

24  get a sense for the jury of the amount of waste -- of

25  the effluent that is sprayed onto -- onto these --

1    onto the land application site.  So if you want to

2    start, we can start --

3            MS. MANN:  Object to form, Ryan.  He

4        was not designated to discuss the operation

5        of the land application system.

6            MR. LUTZ:  Well, this is all

7        foundational stuff.  If he can answer the

8        question, he can answer it.  He's the CEO

9        of Dalton Utilities.

10           MS. MANN:  If he can answer the

11       question, he can answer.

12           THE WITNESS:  I will agree during the

13       course of a year, millions of gallons of

14       treated effluent are sprayed upon the LAS.

15   Q.   (By Mr. Lutz)  And that effluent that is

16   treated is -- is not treated to remove PFAS.  It's

17   treated to remove the chemicals that are identified in

18   the permit; right?

19   A.   Correct.  PFAS is not a regulated

20   constituent under our regulatory permits.

21   Q.   And you know on the land application system

22   there's a number of creeks, there's ditches, there's

23   drainages and there's channels; right?

24           MS. MANN:  Object to form.

25           THE WITNESS:  There are all kinds of

```
 1        topical changes in the geography of the

 2        land application system.  I am not an

 3        expert on the land application system.

 4    Q.   (By Mr. Lutz)  And -- but you would agree

 5   with me that -- that these -- some of these waterways

 6   flow directly into the Conasauga River, wouldn't you?

 7        MS. MANN:  Object to form and object

 8        on scope.  He is not designated to talk to

 9        you about the operation of the land

10        application system.

11        MR. LUTZ:  That's fine.

12    Q.   (By Mr. Lutz) You can answer.

13        MS. MANN:  In your individual -- based

14        on your individual knowledge, if you know

15        the answer, you can give it.

16        THE WITNESS:  I'm going outside of my

17        scope of knowledge of the land -- of the

18        land application system and its topography.

19    Q.   (By Mr. Lutz)  So you've never been told as

20   CEO of Dalton Utilities that -- that the -- that some

21   of these waterways that are on the land application

22   site are getting -- are flowing into the Conasauga

23   River?

24        MS. MANN:  Object to form.

25        THE WITNESS:  During extreme
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Tom Bundros on 03/04/2022

```
 1        rainfalls, I will acknowledge that there
 2        could be ditches and gullies of water that
 3        flows.
 4        Q.   (By Mr. Lutz)  Well, you know we were out
 5   there and did a site inspection with your counsel in
 6   the spring, last spring.  You know that; right?
 7        A.   Yes.
 8        Q.   And you understand it wasn't raining at that
 9   point in time; right?
10             MS. MANN:  Object --
11             THE WITNESS:  I can't recall --
12        Q.   (By Mr. Lutz)  Okay.
13        A.   -- what the weather was that day.
14        Q.   Okay.  Did you ever look at the pictures of
15   these waterways that were flowing directly from the
16   land application site into the Conasauga River?
17             MS. MANN:  Object to form, object on
18        scope, object to lack of foundation.  He is
19        not designated to talk to you about the
20        operation of the land application system.
21        He wasn't at the site visit.
22        Q.   (By Mr. Lutz)  Have you seen pictures of the
23   site visit?
24        A.   No, I have not.
25        Q.   Have you asked to see them?
```

```
 1      A.   No, I -- no, I have not.
 2      Q.   Did you -- did you ever see the results of
 3   the -- the PFAS levels that are contained on the land
 4   application system?
 5      A.   Yes, I have.
 6      Q.   Okay.  They're astonishing, aren't they?
 7           MS. MANN:  Object to form.
 8           MR. RADNEY:  I object to form.
 9           THE WITNESS:  I have no bogie by which
10        to gauge them.
11      Q.   (By Mr. Lutz)  As the CEO of Dalton
12   Utilities, shouldn't -- isn't that an important issue
13   for you?
14           MS. MANN:  Object to form.
15           THE WITNESS:  If it was a regulated
16        constituent in our permits, I would be very
17        concerned, yes.
18      Q.   (By Mr. Lutz)  But because it's not
19   regulated, you don't have that concern; is that right?
20           MS. MANN:  Object to form,
21        mischaracterizes testimony.
22           THE WITNESS:  My responsibility as CEO
23        of Dalton Utilities is to ensure legal and
24        regulatory compliance across all of our
25        utility sectors, including wastewater.
```

```
 1      Q.   (By Mr. Lutz)  Now, you've seen the results

 2   of the -- of the parties' inspection.  Those

 3   results -- both your lawyer and the plaintiffs'

 4   lawyer, all the lawyers got together and -- and

 5   performed this site inspection.  And so you're aware

 6   of the results that were provided to you by your

 7   lawyer; right?

 8      A.   I can't recall seeing specific reports from

 9   that site visit.

10      Q.   Well, you just said earlier that you did.

11           MS. MANN:  He --

12      Q.   (By Mr. Lutz)  And I'm sorry -- I'm not

13   trying to spar with you.  I'm just trying to

14   understand.  I thought you said earlier that you were

15   aware of the site visit and that you had seen reports

16   from the site visit; is that true?

17           MS. MANN:  I think he said he's seen

18       results.

19      Q.   (By Mr. Lutz)  Results.  Results.

20      A.   I've seen results, but I haven't -- yes.

21           THE WITNESS:  Thank you for clarifying

22       that.

23      Q.   (By Mr. Lutz)  Sorry, Mr. Bundros, that was

24   my bad on that vernacular.

25      A.   Yes.
```

```
 1      Q.   You know, I asked you if you thought those
 2   were astonishing and they were high, and I didn't
 3   really get a response.  But you do know that some of
 4   the -- the results showed, at least at the highest
 5   amount, 180,000 parts per trillion of PFAS chemicals.
 6   You saw that; right?
 7           MR. RADNEY:  Object to form.
 8           THE WITNESS:  I don't recall seeing
 9      those exact numbers.
10      Q.   (By Mr. Lutz)  But you know those numbers
11   were -- were -- when you looked at the -- at the
12   results, did those results concern you at all?
13           MS. MANN:  Object to form.
14           You can answer.
15           THE WITNESS:  Okay.  I'm sorry.  I
16      thought --
17      Q.   (By Mr. Lutz)  Yes, sir.
18      A.   I was awaiting your -- your sidebar there.
19   Okay.
20           MR. FRIEDMAN:  We've been going about
21      an hour.  You want to take a -- can we take
22      a bathroom break?
23           MR. LUTZ:  Sure.
24           VIDEOGRAPHER:  Take a break?
25           MS. MANN:  How much time?  Five
```

1        minutes?

2               VIDEOGRAPHER:  The time is 10:11.

3        We're off the record.

4               (A recess was taken.)

5               VIDEOGRAPHER:  All right.  The time is

6        10:29.  We're back on the video record.

7        Q.    (By Mr. Lutz)  Mr. Bundros, before we took

8    the break, we were talking about the results of the

9    parties' site inspection of the LAS that you were

10   aware of and had reviewed.  Do you recall that was

11   the --

12       A.    Yes.

13       Q.    And I wanted to show you what has already

14   been marked as Plaintiffs' Exhibit No. 32.  It's right

15   there to your -- to your right, I think.

16       A.    32?

17       Q.    Yeah.  And just that -- not that one.

18       A.    Oh, okay.  Yes.

19       Q.    There you go.  Yes.

20             And those are the results of the -- or some

21   of the results of the parties' inspection, and I want

22   you to look at the second page, Figure 2.

23       A.    Okay.

24       Q.    And you see that that's the land application

25   system there.  And, you know, I'm going to direct you

```
 1    to the -- the left -- the No. 4.  Do you see the

 2    No. 4?

 3        A.   Yes.

 4        Q.   And do you see the arrow that's pointed at

 5    the No. 4?

 6        A.   Correct.

 7        Q.   Okay.  And it's got the results right there.

 8    It says SW-04.  Do you see that?

 9        A.   Yes.

10        Q.   Okay.  And it's got PFBS -- well, next to

11    the SW-04, it says, "Wetland pond flows to the

12    Conasauga River."

13             Do you see that?

14        A.   Yes.

15        Q.   Okay.  And then underneath -- underneath the

16    SW-04, it's got a list of PFAS chemicals.  Do you see

17    those?

18        A.   Yes.

19        Q.   Okay.  And the first one listed is PFBS,

20    47,000.  Do you see that?

21        A.   Yes.

22        Q.   Okay.  And that's 47,000 parts per trillion.

23    You understand that; right?

24        A.   Yes.

25        Q.   Okay.  And then underneath that, it's got
```

```
 1    PFPeA.  Do you see that?

 2        A.   Yes.

 3        Q.   And that's -- the results there were

 4    19,600 parts per trillion.  You see that?

 5        A.   Yes.

 6        Q.   Okay.   And then underneath that, there is

 7    PFOS.  You see that?

 8        A.   Yes.

 9        Q.   And it's got 18,100 parts per trillion;

10    right?

11        A.   Yes.

12        Q.   Okay.  And then underneath PFOA -- I mean

13    underneath PFOS is PFOA, and it reads 26,700 parts per

14    trillion.  You see that?

15        A.   Yes.

16        Q.   Okay.  And, you know, Dalton is certainly

17    aware of these results as we've discussed; right?

18        A.   Yes.

19        Q.   And do you know -- did you know that the

20    carpet industry phased out of PFOA and PFOS in the

21    mid-2000s, around 2008?  Did you know that?

22             MR. SCRIBNER:  Object to form.

23             MS. MANN:  Object to form.

24             MR. SCRIBNER:  You may answer.

25             MR. CUSTER:  Object to form.
```

1          MR. RADNEY:  Object to form.

2          THE WITNESS:  I'm aware there was a

3      change in the underlying number of the

4      carbons inside these chemicals, but that's

5      it.

6      Q.   (By Mr. Lutz)  You're aware that PFOA and

7  PFOS were eight-chain carbons; right?

8      A.   That sounds right.

9      Q.   Yeah.  They were kind of known as the C8

10  chemicals.

11     A.   Okay.

12     Q.   Okay.  And you know that 3M phased out of

13  the PFOS in the very early 2000s.  I think it was the

14  year 2000.  Did you understand that?

15     A.   I did not know it was specifically -- that

16  specific change by 3M.

17     Q.   But you're not --

18     A.   I was aware there was a change in the number

19  of carbons, but I did not know by who --

20     Q.   Okay.  And --

21     A.   -- or used by whom.

22     Q.   And were you aware that DuPont and INVISTA

23  and the chemical suppliers stopped making PFOA

24  chemistry as of -- or I say stopped making -- stopped

25  supplying PFOA chemistry as of around 2008?

```
 1             MR. PECK:  Object to form.
 2             THE WITNESS:  I am not a scientist.
 3        I'm not a toxicologist.  I don't even know
 4        which acronym goes with what chemical
 5        structure.  To be truthful, all I know is
 6        that there was a change in the number of
 7        carbon atoms inside one of the PFAS
 8        compounds done somewhere in time.
 9        Q.   (By Mr. Lutz)  And you know, just generally
10   speaking, that these PFOA and PFOS chemicals were
11   phased out by the chemical suppliers and the carpet
12   industry at some point in time in the last 20 years;
13   right?
14             MS. MANN:  Object to form, asked and
15        answered.
16             THE WITNESS:  I cannot recall specific
17        timing.
18        Q.   (By Mr. Lutz)  Do you know why these
19   chemicals are still found on Dalton's land application
20   system?
21             MS. MANN:  Object to form, outside of
22        scope.
23             THE WITNESS:  I do not know
24        specifically.
25        Q.   (By Mr. Lutz)  All right.  Now -- and you
```

1    see at the bottom, the total PFAS chemicals right

2    there in the wetland pond close to the Conasauga

3    River, you see that is 180,800 parts per trillion.

4          You see that?

5    A.    Yes.

6    Q.    Okay.  And do you know what the EPA's

7    advisory drinking water limit is for PFOA and PFOS?

8          MR. PECK:  Object to form.

9          THE WITNESS:  I believe so, but again,

10       I'm getting outside of my scope of

11       knowledge here.

12   Q.    (By Mr. Lutz)  Yeah, well, I mean, as a CEO

13   of a water utility board, you have to have some

14   knowledge of the -- what the EPA is -- has -- has said

15   are safe drinking limits for PFOA and PFOS; right?

16         MS. MANN:  Object to form.

17   Q.    (By Mr. Lutz)  And you know what?  I'll just

18   represent to you that it's 70 -- 70 parts per

19   trillion.

20   A.    Okay.

21   Q.    And that's a combined 70 parts per trillion.

22   And you see that the results of PFOS and PFOA are

23   18,126,700.  Do you see that?

24   A.    Yes.

25   Q.    And so if my math is correct, that is about

```
1    44,000 parts per trillion for PFOA and PFOS alone.  Do

2    you see that?

3         A.   Yes.

4         Q.   Okay.  And you would agree with me that that

5    is much, much higher than the 70 parts per trillion

6    that the EPA advisory limit has recommended for safe

7    drinking water.  Do you see that?

8              MS. MANN:  Object to form.

9              THE WITNESS:  I agree with you -- with

10     your math.

11        Q.   (By Mr. Lutz)  Okay.  All right.  And you

12   agree with me that it's many times, hundred -- or

13   actually thousands of times higher of PFOA and PFOS

14   than what the EPA has advised as safe for drinking

15   water; right?

16        A.   I agree with your math.

17        Q.   Okay.  And let's pull up the EPA advisory.

18   It's Plaintiffs' Exhibit No. 14.

19        A.   Uh-huh (affirmative).

20        Q.   And do you have that in front of you, Mr.

21   Bundros?

22        A.   Yes.

23        Q.   Okay.  All right.  And I'm sure as the CEO

24   of Dalton Utilities, at some point in time, you've had

25   to -- had to review this advisory limit; right?
```

1              MS. MANN:  Object to form.

2              THE WITNESS:  I don't recall.

3        Q.   (By Mr. Lutz)  So underneath the background

4   on PFOA -- PFOA and PFOS, it states that "PFOA and

5   PFOS are fluorinated organic chemicals that are part

6   of larger group of chemicals referred to as

7   perfluoroalkyl substances, PFASs."

8              You see that?

9        A.   Yes.

10       Q.   Okay.  And that's generally what we were

11  speaking about today, is that the PFAS chemicals;

12  right?

13       A.   Yes.

14       Q.   Okay.  And then -- and then in 2016, the

15  EPA -- this is the EPA's 2016 lifetime health

16  advisories.  You see that?  The next page.

17       A.   Okay.  Yes.

18       Q.   Okay.  And I'm going to just read the first

19  sentence.  And this lifetime health advisory that's

20  provided by the EPA, it's to provide "Americans,

21  including the most sensitive populations, with the

22  margin of protection from a lifetime of exposure to

23  PFOA and PFOS from drinking water, EPA established the

24  health advisory levels at 70 parts per trillion."

25             You see that?

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)                    Tom Bundros on 03/04/2022                    Page 1121

```
 1        A.    Yes.

 2        Q.    Okay.  So we can now all agree -- I know you

 3   had a little trouble with it, but we can all agree

 4   that the advisory limit as of 2016 was 70 parts per

 5   trillion; right?

 6        A.    Correct.

 7        Q.    Okay.  All right.  Now, you see the next

 8   paragraph that says, "How the health advisories were

 9   developed"?  You see that?

10        A.    Yes.

11        Q.    Okay.  Will you read that paragraph to me --

12   to the jury, please.

13        A.    "EPA's health advisories are based on the

14   best available peer-reviewed studies of the effects of

15   PFOA and PFOS on laboratory animals (rats and mice)

16   and were also informed by epidemiological studies of

17   human populations that have been exposed to PFAS.

18   These studies indicate that exposure to PFOA and PFOS

19   over certain levels may result in adverse health

20   effects, including developmental effects to fetuses

21   during pregnancies or to breastfed infants (ergo low

22   birth weight) accelerated puberty, skeletal

23   variations, cancer (ergo, testicular , kidney) liver

24   effects, tissue damage, immune effects (antibody

25   production and immunity) thyroid effects and other
```

1  effects, ergo cholesterol changes."

2      Q.    And we talked about it earlier.  You said

3  earlier that you would rely on the regulators to let

4  you know whether these chemicals were toxic and could

5  be harmful.  Do you recall that?

6      A.    Yes.

7      Q.    And you agree with me that the EPA was a

8  regulator that you would rely on for this type of

9  information; right?

10     A.    Yes.

11     Q.    Okay.  And so -- and so you know how -- you

12 have no reason to dispute the findings of the EPA that

13 these chemicals and studies about these chemicals

14 indicate that it can cause cancer; right?

15          MR. RADNEY:  Object to form.

16          MS. MANN:  Object to form.

17          THE WITNESS:  Well, when I'm reading

18       this paragraph, I see that these studies

19       indicate --

20     Q.    (By Mr. Lutz)  Yeah.

21     A.    -- and I see the word "may result," but I

22 don't see anything that says definitive -- that it's

23 definitive.  And that's why I go back to earlier

24 statements that I have to rely on the guidance and our

25 permits from the EPD as to treatment of chemicals in

```
 1    our wastewater.
 2        Q.   And so there's no definitive -- so it's your
 3    understanding that there's no definitive studies
 4    that -- that show that PFOA and PFOS cause cancer; is
 5    that what you're trying to say?
 6        A.   I'm not a scientist or toxicologist, but I'm
 7    just going off of what I'm reading here.  The word
 8    "indicate" and "may result" don't sound definitive to
 9    me.
10        Q.   Well, let me ask you this:  But given all
11    these -- these -- these known potential health risks;
12    right?
13        A.   Yes.
14        Q.   Do you fault the people of the City of Rome
15    for not wanting to drink water that contains PFOA or
16    PFOS?
17             MS. MANN:  Object to form.
18             THE WITNESS:  Can you rephrase the
19        question?  I'm sorry.
20        Q.   (By Mr. Lutz)  Yes, sir.
21             MR. LUTZ:  B.J., will you read it
22        back, please.
23             (The record was read by the reporter
24        as requested.)
25             THE WITNESS:  Again, I come back to I
```

```
1        have to -- I'm not a scientist, not a

2        toxicologist.  I have to rely on the

3        guidance and what's inside our permits at

4        the utility --

5     Q.   (By Mr. Lutz)  Yeah --

6     A.   -- regulating wastewater.

7     Q.   That's not what I'm asking; okay?  I'm

8  asking you, I mean, as head of the water authority

9  here in Dalton, whether you would blame anyone in the

10 community of Rome for not wanting to drink water that

11 contains these chemicals that may cause cancer.

12          MR. RADNEY:  Object to form.

13          MS. MANN:  Object to form.

14          THE WITNESS:  I keep on coming back to

15       I don't know because my educational

16       background is not in science or toxicology.

17       I've got to rely on what the regulators are

18       telling me, and the guidance I seek from

19       them as -- just as well as I'm sure the

20       people in Rome rely on their regulatory

21       agencies for guidance.

22    Q.   (By Mr. Lutz)  Well, yeah, I get that.  But

23 given -- given these health risks that are associated

24 with PFOA and PFOS, you are aware that those -- those

25 are potential health risks that have been identified
```

```
 1   by the EPA in their advisory; right?

 2           Is that a yes?

 3      A.   I see that they indicate and may -- and use

 4   language "may result."

 5      Q.   It's a risk; right?

 6           MS. MANN:  Object to form, asked and

 7        answered.

 8           THE WITNESS:  Potential risk, yeah, I

 9        can see that.

10      Q.   (By Mr. Lutz)  And -- and you wouldn't want

11   to -- you wouldn't want a potential risk of drinking

12   water with PFOA and PFOS to your customers here in

13   Dalton, Georgia, would you?

14           MS. MANN:  Object to form.

15           MR. RADNEY:  Object to form.

16           THE WITNESS:  I don't have -- I do not

17        have the professional knowledge or

18        experience to be making that determination,

19        which is why I point back to what's inside

20        my permits and rely on the guidance from

21        regulatory agencies.

22      Q.   (By Mr. Lutz)  Well, let me ask you this:

23   If your unfinished drinking water was one -- 100 parts

24   per trillion of PFOA and PFOS, would you be concerned

25   about your citizens drinking it?
```

```
 1              MS. MANN:  Object to scope -- object
 2         to the question.  It lacks foundation.
 3              THE WITNESS:  Dalton -- Dalton
 4         Utilities' drinking water meets all
 5         regulatory requirements.
 6         Q.   (By Mr. Lutz)  That's not my question.
 7    Listen to my question, okay, and we'll get through
 8    this a lot quicker.
 9              My question is is that if your community
10    right here in Dalton --
11         A.   Uh-huh (affirmative).
12         Q.   -- is faced with contaminated drinking water
13    that exceeded the advice limit of 70 parts per
14    trillion of PFOA and PFOS, would you want your
15    citizens drinking that water?
16              MS. MANN:  Same objection.
17              THE WITNESS:  Dalton Utilities'
18         drinking water meets all regulatory permit
19         levels.
20         Q.   (By Mr. Lutz)  Yeah, I understand that.  I'm
21    setting that aside.
22              MR. LUTZ:  Can you repeat my question,
23         B.J., so we can get a response, please.
24              (The record was read by the reporter
25         as requested.)
```

```
 1              MS. MANN:  Same objection.  You're

 2        asking him to answer a hypothetical

 3        question.

 4              THE WITNESS:  Come back to Dalton

 5        Utilities.  We could show records.  Our

 6        treated -- our drinking water is in --

 7        meets all regulatory requirements.

 8        Q.   (By Mr. Lutz)  Okay.  So you're not going to

 9   answer my question?

10              MS. MANN:  He has answered your

11        question.

12              MR. LUTZ:  No, no, no, he's not

13        answered my question.  That's not an answer

14        to my question.  I asked him what he would

15        do in a situation like the situation that

16        City of Rome is facing right now.

17              MS. MANN:  No, that's not the question

18        you asked.

19              MR. LUTZ:  That is the question I

20        asked.

21              MS. MANN:  You asked him a

22        hypothetical question that ties the

23        drinking water standards to wastewater

24        results.

25              MR. LUTZ:  I didn't ask anything about
```

1        wastewater.

2            B.J., would you repeat my question one

3        more time.

4        **Q.    (By Mr. Lutz)  And, Mr. Bundros, I**

5    **respectfully ask -- I think it's a pretty easy**

6    **question.  Given -- given the fact that we're looking**

7    **at these potential risks, would you want those**

8    **potential risks -- potential risks for your community?**

9    **Not -- you know --**

10            MR. LUTZ:  B.J., will you ask the

11        question in the proper scope, please.

12            MR. SCRIBNER:  Before you do, let me

13        lodge an objection to improper hypothetical

14        to a fact witness.

15            Subject to that, you may ask the

16        question and you can repeat your answer.

17            (The record was read by the reporter

18        as requested.)

19            MS. MANN:  Same objection.

20            You can answer it if you can.

21            THE WITNESS:  There's a myriad of

22        hypotheticals that could be presented in

23        which I would not want our citizenry to be

24        exposed to.  Again, I come back to Dalton

25        Utilities' drinking water meets all

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

```
 1        regulatory requirements.
 2        Q.    (By Mr. Lutz)  Yes, sir, I understand that.
 3   And that -- one of those myriad of -- of hypotheticals
 4   would be if your citizens were faced with drinking
 5   water that was above the advisory limit of 70 parts
 6   per trillion of PFOA and PFOS.  Is that -- that's
 7   correct; right?
 8             MR. RADNEY:  Object to form.
 9             MS. MANN:  Same objection.
10             You can answer.
11             THE WITNESS:  Pardon me?
12             MS. MANN:  You can answer.
13             THE WITNESS:  I know I'm starting to
14        sound like a broken record.  Dalton
15        Utilities' drinking water meets all of its
16        regulatory requirements.
17        Q.    (By Mr. Lutz)  And y'all don't have do worry
18   about levels of PFAS in your drinking water, do you,
19   Mr. Bundros?  They're essentially non-detect; isn't
20   that correct?
21             MS. MANN:  Object to form.
22             MR. CUSTER:  Same objection.
23             THE WITNESS:  I come back to our
24        drinking water -- Dalton Utilities'
25        drinking water meets all of its regulatory
```

1        requirements.

2        Q.   (By Mr. Lutz)  Yeah, I understand that, but

3   my question is:  Is -- Dalton Utilities certainly has

4   tested its drinking water for PFOA and PFOS; isn't

5   that right?  I've seen an e-mail from you about it.

6   So I'm asking you --

7        A.   Okay.  I don't recall that e-mail.

8        Q.   Okay.  All right.  Let's look at --

9             MR. LUTZ:  Lindsey, it's going to be

10        the -- bear with me one second.

11             Let's look at 93.  So it's probably

12        going to be right -- right there, Lindsey.

13        Like the very back.  Yep.

14             No, no, no.

15             MS. MANN:  I don't see a 93.  I see --

16             MR. LUTZ:  It may be on a piece of

17        paper.

18             MS. MANN:  I see 39 twice.  Is that

19        it?  I don't see a 93, Ryan.

20             MR. LUTZ:  Let me -- let's go off the

21        record for one second.

22             VIDEOGRAPHER:  The time is 10:50.

23        We're off the record.

24             (A recess was taken.)

25             VIDEOGRAPHER:  The time is 10:52.

```
 1          We're back on the record.
 2              (Plaintiffs' Exhibit 52 was marked for
 3          identification.)
 4      Q.   (By Mr. Lutz)  Mr. Bundros, you recall
 5   before we had to take a quick break that I was asking
 6   you whether -- well, I was making the statement that
 7   Dalton didn't have to worry about PFOA and PFOS --
 8      A.   Uh-huh (affirmative).
 9      Q.   -- in their drinking water because it was
10   virtually non-detect.  Do you recall that questioning?
11      A.   I recall your questioning, yes.
12      Q.   Okay.  And then, you know, when this EPA
13   advisory limit was -- was promulgated by the EPA in
14   2016, you were asked by someone with The Dalton
15   Citizen about the levels of PFOA and PFOS in your
16   drinking water, weren't you?
17      A.   I don't recall, but I got this e-mail right
18   in front of me saying I did.
19      Q.   Okay.  And it says, "Charles" -- this is
20   from Lori McDaniel.  Is that your assistant?
21      A.   She was in charge of PR and marketing at the
22   time, yes, but not my assistant.
23      Q.   Okay.  I'm sorry.  It says -- Lori McDaniel
24   says to Charles, "Charles, please find Tom's responses
25   below on the original questions.  Thanks."
```

```
 1                And then below that, it states, "When the
 2      EPA was here in 2009, they found no PFOA or PFOs in
 3      the drinking water or in the treated samples from
 4      Dalton Utilities' treatment plants."  To your
 5      knowledge, is that still the case?  How have the new
 6      standards changed that, if at all?"
 7                And the answer that, I guess, you provided
 8      to Ms. McDaniel is, "Answer:  Yes, that is still the
 9      case.  There are no PFOA or PFOS in the drinking water
10      from Dalton Utilities."
11                Do you see that?
12      A.   Yes.
13      Q.   Okay.  And at least as of October -- as of
14      2016 when this lifetime health advisory limit was
15      promulgated by the EPA, Dalton Utilities had no PFOA
16      or PFOS in their drinking water; isn't that true?
17      A.   Yes.
18      Q.   But the City of Rome did.  You were aware
19      that the City of Rome, their drinking water exceeded
20      the health advisory limit.  Do you recall that in
21      2016?
22                MS. MANN:  Object to form.
23                THE WITNESS:  At that time, I was not
24           aware of the quality of Rome's drinking
25           water.
```

```
 1     Q.   (By Mr. Lutz)  Understood.

 2          Now, one of the -- you know, now that we've

 3     established that, you know, the Dalton's drinking

 4     water was essentially free of PFOA and PFOS, can you

 5     explain to the jury where you pull your drinking water

 6     from?

 7          MR. RADNEY:  Object to form.

 8     Q.   (By Mr. Lutz)  As I understand it, it's all

 9     upstream from the -- from the Dalton land application

10     system; isn't that right?

11          MR. SCRIBNER:  Object to form.

12          MR. RADNEY:  Object to form.

13          MS. MANN:  Object to form and object

14       to scope.

15          You can answer if you know.

16          MR. CUSTER:  And I'm objecting on the

17       ground that it misstates the record.

18          THE WITNESS:  Leslie Rush would be

19       best positioned to answer that question.

20     Q.   (By Mr. Lutz)  So you don't know where -- do

21     you understand that Dalton gets its drinking water --

22     does not get any drinking water from sources that are

23     below the land application system?

24          MS. MANN:  Same objection.

25     Q.   (By Mr. Lutz)  Downstream from -- let me --
```

1    let me -- let me clean this up for the record.

2            You -- you understand as CEO of Dalton

3    Utilities that Dalton Utilities does not get its

4    drinking water source that's supplied to the citizens

5    and the carpet industry around Dalton, Georgia below

6    the stream of -- downstream from the LAS; right?

7        A.   Yes.

8        Q.   Now, you understand, Mr. Bundros, that

9    there's a couple things that the -- that Mr. Johnson,

10   on behalf of -- of the Rome community, you understand

11   that there's some things that he's asked for in his

12   lawsuit that we call damages?  You understand that;

13   right?

14       A.   Yes.

15       Q.   Okay.  And you -- do you understand that

16   Mr. Johnson is asking, you know, Dalton Utilities and

17   the carpet manufacturers to pay for the increased

18   rates that have occurred as a result of PFAS

19   contamination in the -- the Conasauga and Oostanaula

20   Rivers?  Do you understand that allegation?

21       A.   Yes, I understand that allegation.

22       Q.   Okay.  All right.  And so I'm going to mark

23   as Plaintiffs' Exhibit No. 53 a newspaper article from

24   the Rome newspaper that was published actually a

25   couple days ago.

```
 1              Do you see that -- that newspaper article?
 2    You see the headline of it?
 3       A.   Yes.
 4              (Plaintiffs' Exhibit 53 was marked for
 5        identification.)
 6       Q.   (By Mr. Lutz)  Okay.  What's that headline
 7    state?
 8       A.   "Rome water rate hike approved."
 9       Q.   All right.  And down below that, it states
10    that "The Rome city commission approved a cumulative
11    nine percent water rate hike beginning on March 1st
12    with the same rate increase at the beginning of the
13    year through -- through 2025."
14              Do you see that?
15       A.   Yes.
16       Q.   And you would agree with me that's a pretty
17    substantial hike rate for the consumers around the
18    community in the City of Rome, wouldn't you?
19              MR. RADNEY:  Object to form.
20              MS. MANN:  Object to form.
21              THE WITNESS:  I don't fully understand
22        what they're trying to state there.
23       Q.   (By Mr. Lutz)  Okay.  All right.  And then
24    it says -- underneath that, it says, "After the
25    four-year hike at nine percent, it will then decrease
```

1    to three percent for a period of six years ending in

2    2031."

3              You see that?

4    A.   Yes.

5    Q.   Let me ask you this:  Has Dalton ever had to

6    raise its water customer rates close to ten percent in

7    a year that you're aware of?

8    A.   Yes, we have.

9    Q.   And when was that?

10   A.   Probably back in the early two -- late '90s,

11   early 2000s.

12   Q.   Okay.  And do you know why?

13   A.   Previous management did not have adequate

14   rate recovery of operating the utility systems.

15   Q.   It wasn't as a result of trying to treat

16   PFAS chemicals and removing it from the drinking water

17   for the citizens of Dalton; right?

18   A.   Correct.

19             TECHNICIAN:  Mr. Lutz, what was this

20     in your tabs?

21             MR. LUTZ:  There is no tab.

22             TECHNICIAN:  Okay.  Thank you.

23             MR. FRIEDMAN:  What is the exhibit

24     number?

25             MR. LUTZ:  The exhibit number is 53.

```
 1              MR. FRIEDMAN:   Thank you.
 2         Q.   (By Mr. Lutz)  Down below, it says, "The
 3    rate hike is to pay for 99.4 million reverse osmosis
 4    system to filter harmful perfluorinated chemicals from
 5    the Oostanaula River.  Rome's water and sewer systems
 6    are funded by customers, not general tax dollars which
 7    means that an initial cost of 3.07 million annually in
 8    operating costs falls to the taxpayers."
 9              Do you see that?
10         A.   Yes.
11         Q.   And you understand that it's the taxpayers
12    that are going to have to pay these increased rates as
13    a result of PFAS contamination in the -- the Conasauga
14    that flows down into the Oostanaula River; right?
15              MR. RADNEY:   Object to form.
16              MS. MANN:   Object to form.
17              MR. SCRIBNER:   Object to form.
18              THE WITNESS:   It does make -- this
19         statement that the operating costs fall to
20         taxpayers doesn't make sense.  Operating
21         costs fall to consumers of the utility.
22         Q.   (By Mr. Lutz)  Ratepayers; right?
23         A.   Yes.
24         Q.   Okay.
25         A.   Ratepayers and taxpayers are not one and the
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Tom Bundros on 03/04/2022

1    same, though.

2        Q.   That's actually -- that's a good -- good

3    catch.  I guess the newspaper wasn't quite accurate on

4    that.

5        A.   Yeah.

6        Q.   But as far as -- as far as the ratepayers

7    are concerned, you understand that as a result of the

8    PFAS contamination and the -- and the Conasauga that

9    flows into the Oostanaula, that -- that the community

10   of the City of Rome is going to be forced and has been

11   forced to pay substantially higher rates for their

12   water to be cleaned and free of PFOA and PFOS?  You

13   understand that; right?

14           MS. MANN:  Object to form.

15           MR. RADNEY:  Object to form.

16           MR. CUSTER:  Object to form, lack of

17       foundation, lack of personal knowledge.

18           THE WITNESS:  The installation of

19       reverse osmosis is the gold standard of

20       water treatment.  It is designed to not

21       only treat chemicals, but to revert to

22       remove all type of biological agents, too.

23       So they're going for the gold standard.

24       Q.   (By Mr. Lutz)  Okay.  I understand that.

25   But you -- you do understand that the reason that --

```
 1    that the City of Rome is considering -- or
 2    implementing this reverse osmosis system is to remove
 3    PFAS from their customers' drinking water; right?
 4          MR. CUSTER:  Object to form, lack of
 5       foundation, lack of personal knowledge.
 6          THE WITNESS:  Yeah, I can't opine as
 7       to exactly what's the purpose of the
 8       reverse insulation or reverse osmosis.
 9       Q.  (By Mr. Lutz) Let me ask you this:  Do you
10    disagree with this newspaper article from the City of
11    Rome right here that says that the rate hike is to pay
12    for a 99.4 million reverse osmosis system to filter
13    harmful perfluorinated chemicals like PFAS from the
14    Oostanaula River?
15          MR. SCRIBNER:  Object to form.
16          MS. MANN:  Object to form.
17          MR. SCRIBNER:  Lack of foundation and
18       lack of personal knowledge.
19          MR. RADNEY:  Same objection.
20          THE WITNESS:  Should I -- do I need to
21       answer?
22          MS. MANN:  Yes.
23          MR. SCRIBNER:  Yes.
24          THE WITNESS:  Oh, okay. I don't -- I
25       would accept your characterization if you
```

```
 1        were to add that in addition to PFAS

 2        chemicals, it was for all other chemicals

 3        and all other emerging -- and all other

 4        biological and viral agents, which is the

 5        purpose of reverse osmosis, like I said.

 6    Q.   (By Mr. Lutz)  Have you ever had a

 7  conversation with the -- with anyone at the City of

 8  Rome asking them why they're -- why they're going to

 9  be forced to have this -- this reverse osmosis --

10  osmosis plant installed?

11    A.   No.

12        MR. RADNEY:  Object to form.

13    Q.   (By Mr. Lutz)  Now, down below the

14  article -- but you do understand that the rate players

15  [sic] like my client, Mr. Johnson, are going to have

16  to pay considerably higher rates as a result, at least

17  according to this article, of PFAS contamination in

18  the -- in the Rome's drinking source; right?

19        MR. SCRIBNER:  Object to form.

20        MR. CUSTER:  Object to form, lack of

21        foundation, lack of personal knowledge.

22        MS. MANN:  Object to form.

23        MR. RADNEY:  Same objection.

24        THE WITNESS:  All I can say is when I

25        read the article, the City of Rome is
```

```
 1          approving a rate action to pay for
 2          $99.4 million cap ex project.
 3      Q.   (By Mr. Lutz)  And you also understand
 4   generally based on the allegations of the plaintiffs'
 5   complaint that the plaintiffs are seeking Dalton and
 6   the carpet industry to pay for these -- these rate
 7   hikes.  You understand that; right?
 8          MS. MANN:  Object to form.
 9          THE WITNESS:  I know they are seeking
10       damages specifically.  I do not know if it
11       is to cover these rate hikes.
12      Q.   (By Mr. Lutz)  And you don't -- you don't
13   blame the -- the community of Rome for wanting to --
14   to recover their money from those that they believe
15   are accountable for the contamination of PFAS in the
16   river system of the Conasauga River, do you?
17          MS. MANN:  Object to form.
18          MR. SCRIBNER:  Object to form.
19          MR. CUSTER:  Object to form.  The
20       concept is irrelevant to these proceedings.
21       You may answer.
22          THE WITNESS:  Can you repeat your
23       question, please.
24      Q.   (By Mr. Lutz)  Sure?
25          MR. LUTZ:  B.J., will you read it
```

```
 1      back.
 2           (The record was read by the reporter
 3      as requested.)
 4           MR. CUSTER:  Same objection.
 5           THE WITNESS:  The Rome city commission
 6      is -- has the freedom to elect whatever
 7      source they seek to re- -- to recapture
 8      revenues.
 9      Q.   (By Mr. Lutz)  Not -- yeah, I know, but I'm
10   talking about the community of Rome, not the City of
11   Rome.  I want to talk about the people of the City of
12   Rome.  They're going to be, you know, forced to pay
13   these -- these rate hikes.  And so my question is --
14   is centered around the people of the City of Rome.
15           And I guess my question to you is:  You
16   wouldn't blame these people for wanting to recover
17   money that they've had to spend as a result of PFAS
18   contamination in their drinking water source; right?
19           MS. MANN:  Object to form, outside the
20      scope.
21           MR. CUSTER:  Same objection.
22           MS. MANN:  You can answer.
23           THE WITNESS:  It would be pure tee
24      speculation on my part.
25      Q.   (By Mr. Lutz)  What -- let me -- the people
```

1    of the City of Rome didn't do anything wrong, did
2    they?
3                 MS. MANN:  Object to form.
4                 THE WITNESS:  The City -- the City of
5         Rome --
6         Q.    (By Mr. Lutz)  No, I'm talking about the
7    people.
8         A.    The people of Rome would be the benefactor
9    of a gold standard water treatment facility.
10        Q.    My question is -- is --
11        A.    And if they are the benefactors or requiring
12   through their commission the installation of what I
13   consider a gold -- the gold standard for water
14   treatment, they should be prepared to pay for that.
15        Q.    So again, my question is -- and let me make
16   it more specific.  The people of the City of Rome
17   didn't contribute, to your knowledge, to the
18   contamination of the Conasauga and Oostanaula Rivers
19   with PFAS chemicals; isn't that true?
20                MR. SCRIBNER:  Object to form.
21                MS. MANN:  Object to form.
22                You can answer
23                THE WITNESS:  I don't know that for a
24        fact.  They could have been a contributor
25        to the PFAS.

1      Q.   (By Mr. Lutz)  Well, let's talk about that.

2   What do you think the people of Rome have done wrong?

3      A.   What have the people of Rome done wrong?

4           I don't know.

5      Q.   You can't think of anything right now, can

6   you?

7           MS. MANN:  Ryan, that's outside the

8      scope -- I don't even know which topic this

9      would be.

10     Q.   (By Mr. Lutz)  Now, down below, if you look

11  at -- and you may have to open that newspaper article,

12  Mr. Bundros.  But it says, "Perfluorinated chemicals,

13  also known as PFAS or PFOAs, are part of a -- a group

14  of persistent industrial chemicals that have been

15  dubbed Forever Chemicals."

16          You see that?

17     A.   Yes.

18     Q.   And then in the next paragraph down below

19  it, it says, "Alongside the existence of the chemicals

20  in the Oostanaula River, looming additional

21  Environmental Protection Agency regulations are

22  pushing the need for it."

23          Do you see that?

24     A.   Yes.

25     Q.   Okay.  And are you -- have you been kept

1    up -- kept apprised of these -- what it refers to as

2    additional Environmental Protection Agency regulations

3    that have occurred over the last, let's say, six

4    months?

5         A.    Over the last six months, no.

6         Q.    Has anyone -- has anyone come to you, Mr.

7    Bundros, and told you that the -- the federal

8    government is likely to put some very strict

9    regulations in place with respect to these -- these

10   PFAS chemicals?

11            MS. MANN:  Object to form.

12            THE WITNESS:  No one has told me.  I

13        may have read it and -- and -- over some

14        media source.

15        Q.    (By Mr. Lutz)  One of the other -- so back

16   to the -- the complaint.  The plaintiffs, my

17   plaintiff, Mr. Johnson has made -- you also understand

18   that Mr. Johnson has alleged in his complaint that

19   Dalton Utilities, in conjunction with the carpet

20   mills, have created a nuisance.  You understand that?

21        A.    I'm aware of the allegation, yes.

22        Q.    Okay.  All right.  And you're also aware of

23   the allegations that Mr. Johnson has made in this case

24   that Dalton Utilities is violating the Clean Water

25   Act.  You understand that?

1    A.    I'm aware of that allegation.

2    Q.    And under both of those scenarios, you

3  understand that the -- Mr. Johnson and the downstream

4  community of Rome, they're seeking to abate the

5  nuisance.  Do you -- do you generally understand that?

6    A.    Yes.

7    Q.    Okay.  And you understand that the

8  plaintiffs -- or Mr. Johnson in this case claims that

9  the land application system is a nuisance; right?

10   A.    Yes.

11   Q.    Okay.  And part of the remedy under the

12  Clean Water Act is remediation, and that would be the

13  plaintiff in my case, Mr. Johnson, is asking Dalton to

14  remediate the land application system.  Do you

15  understand that?

16   A.    Yes.

17   Q.    Okay.  And you essentially understand

18  that -- that my client, Mr. Johnson, on behalf of that

19  community of the City of Rome is asking the carpet

20  industry, including Dalton Utilities, to clean up this

21  mess.  You understand that; right?

22   A.    I understand that allegation, yes.

23   Q.    Okay.  And I would imagine that at some

24  point in time when you were young, your mom or your

25  dad taught you that, you know, you clean up the mess

```
 1   you make; right?
 2              MS. MANN:  Object to form.
 3              MR. CUSTER:  Object to the form.
 4      Q.   (By Mr. Lutz)  Is that a --
 5      A.   What are you asking?
 6      Q.   I said I would imagine at some point in
 7   time, you know, when you were a young child, your
 8   mother or father taught you that, you know, one of
 9   those life lessons that you clean up the mess you
10   make; right?
11              MR. CUSTER:  Same objection.
12              MS. MANN:  Same objection.
13              MR. SCRIBNER:  Object to form.
14              THE WITNESS:  My parents told me to be
15       honest and always tell the truth.
16      Q.   (By Mr. Lutz)  Did they not tell you to
17   clean up your mess, too?
18              MS. MANN:  Same objection.
19              THE WITNESS:  I'll go ahead and answer
20       yes.
21      Q.   (By Mr. Lutz)  Okay.  All right.  And you
22   think that's -- and that should be true for -- that's
23   a -- that's a well-regarded life lesson, isn't it?
24      A.   If I create the mess, yes, it's my
25   responsibility to clean it up.  If somebody else
```

```
 1   cleaned up -- created the mess, it's their

 2   responsibility to clean it up.

 3       Q.   Okay.  Well, let me ask you this:  Do you

 4   think that the -- the makers and users of PFAS

 5   should -- should help clean the PFAS mess up?

 6            MR. RADNEY:  Object to form.

 7            MR. CUSTER:  Object to form.

 8            MR. SCRIBNER:  Object to form.

 9            You can answer.

10            MR. RADNEY:  Calls for a legal

11       conclusion.

12            THE WITNESS:  PFAS was never a

13       regulated constituent in Dalton Utilities'

14       permits from any of our regulatory

15       agencies.

16       Q.   (By Mr. Lutz)  Mr. Bundros -- Bundros, I've

17   seen, you know, going back to this -- this -- this

18   issue of remediation and abating the nuisance.  I want

19   to ask you, have you ever sought any advice, outside

20   of your legal advice, on how much it would cost to --

21   to remediate what plaintiffs claim is the nuisance,

22   the land application system?

23       A.   Those studies have been done -- have been

24   done under legal privilege.

25       Q.   And when did those -- and I'm not going to
```

1    ask you necessarily -- when did those studies begin?

2         A.   Again, those studies were done under legal

3    privilege.

4         Q.   Yeah, I'm not getting into the substance of

5    it.  I'm asking when those studies began?

6              MS. MANN:  If you know when, you can

7         answer.

8              THE WITNESS:  I cannot recall.

9         Q.   (By Mr. Lutz)  I mean, was it this year,

10   last year or a couple years ago?

11        A.   It definitely was not in 2021 is the only

12   statement I can confidently say.

13        Q.   And let me see if I can kind of get us

14   closer to where we need to be.  Were those studies

15   being undertaken by Dalton Utilities in 2016 when you

16   became the CEO?

17        A.   I cannot -- I cannot -- I cannot recall.

18        Q.   Okay.  All right.  So at least those

19   studies -- we know that they didn't happen this year

20   or last year, 2022 or 2021; right -- or begin this

21   year or last year, 2022 or 2021.  We can agree to

22   that; true?

23        A.   Yes.

24        Q.   Okay.  And then you're just not sure between

25   2016 and 2020 whether -- when those studies began?

```
1       A.   Correct.

2       Q.   Well, have you had any discussions with,

3   outside of your counsel, any of the parties in this

4   case relating to, you know, the land application

5   system and remediating it?

6       A.   No.

7       Q.   Do you know -- we've been going for about an

8   hour and 15 minutes.  I think this is -- I've got a

9   good time to break.

10      A.   Okay.

11           VIDEOGRAPHER:  All right.  The time is

12       11:17.  We're off the record.

13           (A recess was taken.)

14           VIDEOGRAPHER:  The time is 11:34.

15       We're back on the record.

16      Q.   (By Mr. Lutz)  All right, Mr. Bundros.

17   Before we -- we're back on the record after a break.

18   And the next part of this examination, I wanted to ask

19   you about a few distinct time periods that I intend

20   to -- to address in conjunction with, you know, the

21   topics that you have been prepared to testify about;

22   okay?  And I'm just going to kind of give you a

23   preview.  It's not really a question.

24      A.   Okay.

25      Q.   So this is just more of a preview.  So
```

1    first, we're going to talk about the 2008 time period.

2    And that is the significant event that we're going to

3    talk about in 2008 is when the Chattanooga Times Free

4    Press came out with the article, you know, talking

5    about the high levels of PFAS in the Conasauga River;

6    okay?

7              And as I understand, I mean, you -- you were

8    certainly aware of that -- that article when it was

9    published back in 2008, weren't you?

10        A.   I can't recall specifics, but that sounds

11   about right.

12        Q.   Well, as a result of your preparation --

13        A.   Yes.

14        Q.   -- you would have -- you would have at least

15   run across some of this stuff.  In fact, I think

16   Mr. Cope gave a statement to a -- to the Chattanooga

17   Times Free Press.  Do you recall that?

18        A.   Being under oath, I can't recall it exactly.

19        Q.   We'll get to it and I'm going to refresh --

20        A.   Okay --

21        Q.   -- Dalton Utilities' recollection --

22        A.   -- yes.

23        Q.   -- of that event.

24        A.   Please.

25        Q.   Okay.  All right.  And then -- and then

1    we're going to talk about the 2003 to 2004 time

2    period, and that's where the EPA came to the carpet

3    industry, including Dalton, and the chemical suppliers

4    and asked the general area in Dalton and the general

5    industry here in Dalton, the carpet industry, about --

6    you know, to conduct site monitoring.  Do you recall

7    that -- that at all?

8        A.    Yes.

9        Q.    Okay.  You've prepared yourself for, you

10   know, that area, that distinct time period?

11       A.    Yes.

12       Q.    Okay.  All right.  And then the last -- the

13   last thing we're going to do is we're going to -- I

14   feel like we're going to be in a time machine; right?

15   We're going to go from '08 to '03 and then we're going

16   to go back to -- we're going to come back to 2016.

17   We're going to talk about when the EPA set the -- this

18   new advisory limit and what happened; okay?  All

19   right.

20            So, Mr. Bundros, if you will, first let

21   me -- let me reorient us.  We're talking about the

22   first part of this conversation and your questions,

23   we're going to talk about in 2008 when the Chattanooga

24   free -- Chattanooga Times Free Press published an

25   article alerting, you know, everyone, you know, in the

1    community, in the public for the first time that PFAS

2    were found in the Conasauga River.  And you recall

3    that at least with respect --

4        A.    Uh-huh (affirmative).

5        Q.    -- as your -- as a corporate representative;

6    right?

7        A.    Correct.

8        Q.    Okay.  All right.  And what we're going to

9    do is I'm going to have you pull up my Document

10   No. 38, which is going to be Plaintiffs' Exhibit

11   No. 54.  And what I've done, Mr. Bundros, this is -- I

12   don't expect for you to have been part of this e-mail,

13   but what I'm looking -- what I want to discuss is

14   the -- there's three articles that are on here, and I

15   want to discuss the first two -- or the second two,

16   which would be -- if you look on the third page, it's

17   titled "EPA finds high levels of stain-resistant

18   ingredient in the Conasauga River."

19            (Plaintiffs' Exhibit 54 was marked for

20       identification.)

21            THE WITNESS:  Uh-huh (affirmative).

22       Q.    (By Mr. Lutz)  Do you see that?

23            THE WITNESS:  Yes.

24       Q.    (By Mr. Lutz)  And this is -- have you --

25   I'm sure you've reviewed this article before today;

1    right?

2         A.    I can't recall, but --

3         Q.    Okay.

4         A.    This exact article.

5         Q.    Okay.  And so the first sentence states,

6    "Five years after federal regulators began seeking

7    changes in the makeup of a chemical used to produce

8    carpet stain repellent, researchers have found, quote,

9    staggeringly high amounts of the EPA advisory board

10   labeled likely carcinogen in the Conasauga River."

11           Do you see that?

12        A.    Yes.

13        Q.    And you can see -- you can see on down the

14   page that they're referring to perfluoro- -- or PFOA.

15   Do you see that in the third -- fourth paragraph,

16   perfluorooctanoic acid?

17        A.    In the fourth paragraph?

18        Q.    Yeah.  It says, "Waste from the" --

19        A.    Oh, yes, yes, yes.  Okay.

20        Q.    Okay.  And you can see throughout this

21   article that it's generally talking about PFOA, do you

22   see that?

23        A.    Uh-huh (affirmative).

24        Q.    Okay.  And that's one of the PFAS chemicals

25   that we've been discussing here today; right?

```
 1      A.   Yes.

 2      Q.   Okay.  And so the -- the second -- the

 3  second sentence, second paragraph says, "Former

 4  University of Georgia professor, Aaron Fisk, who

 5  oversaw a graduate student study measuring amounts of

 6  the chemical in rivers in 2006 and 2007 said levels of

 7  perfluorooctanoic acid and its compounds in the

 8  Conasauga River were among the highest ever measured

 9  in water at a non-spill location."

10           Do you see that?

11      A.   Yes.

12      Q.   Okay.  And I -- and as I understand from the

13  testimony that your -- that Dalton Utilities has given

14  over the past few days, the -- this Georgia study was

15  shared with Dalton Utilities back in 2008.  Is that --

16  is that correct?

17           MR. CUSTER:  Object to form.

18           THE WITNESS:  I can't recall.

19      Q.   (By Mr. Lutz)  Yeah, it's my understanding

20  that someone from the Georgia Environmental Protection

21  Division tipped Dalton Utilities off to the study back

22  in 2006.  Do you know that?

23           MR. CUSTER:  Object to form.

24           MR. SCRIBNER:  Same objection.

25           THE WITNESS:  I do not know that for a
```

1      fact.

2          Q.   (By Mr. Lutz)  Okay.  All right.  Well, you

3      know, did you know that back in 2006, that Dalton

4      Utilities had prepared a statement with respect to

5      PFAS chemicals in the event that the public would --

6      would be alerted to the fact that the PFAS chemicals

7      were found in the Conasauga River?  Do you recall

8      that?

9          A.   I don't recall that specific statement.  I

10     do recall the e-mail you showed me earlier today where

11     we made a statement about PFAS chemicals would be --

12     the absence of PFAS chemicals regarding Dalton

13     Utilities' drinking water.

14         Q.   Well -- all right.  So -- and then the third

15     paragraph says, "These levels are staggeringly high,

16     he said, nobody should be eating fish in that Loopers

17     Bend area."

18              Next paragraph, "Each day the sprinklers at

19     Loopers Bend water -- wastewater treatment plant spray

20     30 million to 40 million gallons of wastewater,

21     87 percent of which is industrial waste, onto a

22     9,200-acre peninsula forested land surrounded on three

23     sides by the Conasauga River, Dalton Utilities

24     officials said."

25              Do you see that?

1      A.    Yes.

2      Q.    And, you know, Mr. Bundros, and I'm not

3   faulting you for this, but that's where I came up with

4   the information about 30 to 40 million gallons of

5   wastewater.  Do you see that?

6      A.    Yes.

7      Q.    Okay.  And it also says this was what Dalton

8   Utilities officials said.  You see that?

9      A.    Yes.

10      Q.    Okay.  And so as you sit here today, you

11   don't have any reason to disagree that at least during

12   this time period, Dalton Utilities was sprinkling this

13   effluent from the treated wastewater of about 30 to 40

14   million gallons of wastewater a day; right?

15      A.    I will not dispute that for that time

16   period.

17      Q.    Okay.  And -- and then it says, "87 percent

18   of which is industrial waste."  And, you know, I asked

19   you -- you told me, yes, we treat -- a substantial

20   amount of our -- of the wastewater that we treat is

21   from the -- is from the carpet industry.  But it

22   appears that an official for Dalton Utilities said

23   that that's, at least at this time, 87 percent of the

24   wastewater that you treated was from the carpet

25   industry.  Do you have any reason to disagree with

```
 1   that statement?

 2           MR. CUSTER:  Object to form.

 3           THE WITNESS:  At the time, those -- at

 4       the time those were true statements.

 5       Q.   (By Mr. Lutz)  Okay.  And then you talked

 6   about -- we talked about earlier that -- you know, I

 7   mentioned that the Conasauga River was -- was -- was

 8   surrounding the land application site on three sides.

 9   You remember that?

10       A.   Yes.

11       Q.   Okay.  And it appears that one of your

12   Dalton Utilities officials confirmed that in this --

13   for this article; right?

14       A.   Yes.

15       Q.   And so you don't have any reason to dispute

16   it here today, do you?

17       A.   Correct.

18       Q.   Okay.  All right.  And so "Waste from the

19   federally-approved sewage treatment system is supposed

20   to decompose in the soil, but both Dr. Fisk and EPA

21   officials now believe that the manmade

22   perfluorooctanoic acids and its compounds slip

23   virtually unchanged into the river."

24           You see that?

25       A.   Yes.
```

```
 1       Q.   Okay.  And so at least -- setting aside --
 2   at least Dalton Utilities was aware of the possibility
 3   at this point in 2008 that these chemicals were not
 4   able to decompose, and they were eventually ultimately
 5   getting into the river.  You understand that?
 6            MS. MANN:  Object to form.
 7            MR. SCRIBNER:  Objection.
 8            You may answer.
 9            THE WITNESS:  I see what is being
10       stated in the article, yes.
11       Q.   (By Mr. Lutz)  Okay.  And that -- and Dalton
12   Utilities would have had knowledge of what is stated
13   in that article or would have been aware of what was
14   stated in that article; true?
15            MS. MANN:  Object to form.
16            THE WITNESS:  Can you rephrase your
17       question, please?
18       Q.   (By Mr. Lutz)  Yeah.  And so we're talking
19   about this -- this sentence that says, "Waste from the
20   federally approved sewage treatment system is supposed
21   to decompose in the soil, but both Dr. Fisk and EPA
22   officials now believe the manmade perfluoro" --
23   "perfluorooctanoic acid and its compounds slip
24   virtually unchanged into the river."
25            Did I read that right?
```

```
 1      A.   Yes.

 2      Q.   Okay.  And Dalton Utilities, at this time,

 3   as a result of this article, was certainly aware of

 4   that allegation; right?

 5           MS. MANN:  Object to form.

 6           THE WITNESS:  I don't know.

 7      Q.   (By Mr. Lutz)  Well, you -- you know, you

 8   gave a -- Mr. Cope gave a statement to -- on behalf of

 9   Dalton Utilities.

10      A.   Mr. -- yes.

11      Q.   You see that?

12      A.   Yes.

13      Q.   You think he -- you think he read this

14   article?

15      A.   Yeah, I keep on forgetting I'm testifying

16   on -- as Dalton Utilities.  As Dalton Utilities, yes,

17   we would have had knowledge of this.

18      Q.   All right.  Thank you.

19           And then down below, in the -- on the next

20   page, Mr. Bundros, I'm going to direct you to about

21   the fourth paragraph.  And it says, "While carpet

22   industry leaders knew about the EPA's concern, they

23   rejected an offer to participate with the EPA in local

24   PFOA monitoring and wastewater, solid waste and air,

25   EPA records show."
```

```
 1              Do you see that?
 2     A.    Yes.
 3     Q.    And did I read that correctly?
 4     A.    Yes.
 5     Q.    And you do recall that -- that the EPA --
 6  both the carpet industry and Dalton Utilities rejected
 7  the EPA's request to -- to monitor for PFOA in the
 8  early 2000s; right?
 9              MR. CUSTER:  Object to form.
10              MR. SCRIBNER:  Object to form.
11              MS. MANN:  Object to form.
12              MR. SCRIBNER:  You may answer.
13              THE WITNESS:  The Carpet and Rug
14          Institute may -- was operating
15          independently of Dalton Utilities when
16          making that position statement.
17     Q.    (By Mr. Lutz)  Now, how do you know that
18  position statement came from the Carpet and Rug
19  Institute?
20     A.    It's right here.  You said, "On May 13th
21  position statement on the chemical from CRI."
22     Q.    No, I -- maybe we're mistaken.  It says,
23  "While carpet industry leaders knew about the EPA's
24  concern" -- "concerns, they rejected an offer to
25  participate with the EPA and local PFOA monitoring and
```

1  wastewater, solid waste and air, EPA records show."

2  You see that?

3       A.   Yes.

4       Q.   Okay.  So it's not -- it's not necessarily

5  talking about the -- the CRI.  It's talking about the

6  carpet industry.  Do you see that?

7       A.   Yes.

8       Q.   Okay.  And so does that better reflect

9  Dalton Utilities' awareness?

10           MS. MANN:  Object to form.

11           MR. SCRIBNER:  Objection.

12           MR. CUSTER:  Same objection.

13           MR. LUTZ:  Yeah, it's a bad question.

14           THE WITNESS:  Can you restate -- I'm

15      trying to understand what you're asking.

16       Q.   (By Mr. Lutz)  Okay.  So the sentence

17  states, "While carpet industry leaders knew about the

18  EPA's concerns, they rejected an offer to participate

19  with the EPA and local PFOA monitoring and wastewater,

20  solid waste and air, EPA records show."

21           I read that correctly?

22       A.   Correct.  I see that.

23       Q.   And my question is:  Is that both Dalton

24  Utilities and the carpet industry as a whole did not

25  allow the EPA to conduct site monitoring around

```
 1    Dalton, Georgia in 2003; correct?

 2              MS. MANN:  Object to form.

 3              MR. SCRIBNER:  Same objection.

 4              MR. CUSTER:  Same objection.

 5              THE WITNESS:  The carpet industry and

 6         Dalton Utilities operate independent of one

 7         another.  There is no -- there was no

 8         conferencing or discussion.  There may have

 9         been Don Cope had discussions with carpet

10         industry leaders, but they wouldn't have

11         influenced him and he wouldn't have

12         influenced -- he wouldn't have been able to

13         dictate to them nor vice versa regarding

14         participating with the EPA in monitoring or

15         sampling.

16         Q.   (By Mr. Lutz)  Yeah.  Let me -- let me break

17    it up --

18         A.   Okay.

19         Q.   -- because I think -- I think I'm confusing

20    you, and it's my fault.

21              This article is referring to the EPA's

22    request --

23         A.   Uh-huh (affirmative).

24         Q.   -- to request site monitoring in and around

25    Dalton, Georgia; right?
```

```
1        A.    Correct.
2        Q.    All right.  Okay.  And that site monitoring
3    request involved a couple of entities.  It involved
4    Dalton Utilities.
5        A.    Yes.
6        Q.    Right?
7              And it also involved the -- the carpet
8    mills; right?
9        A.    Yes.
10       Q.    Okay.  All right.  And so let me cut that
11   question in half.  Dalton Utilities -- at that time
12   this article was referring to Dalton Utilities didn't
13   allow the EPA to conduct site monitoring; right?
14             MR. SCRIBNER:  Object to form.
15             MS. MANN:  Object to form.
16             THE WITNESS:  I don't think we could
17        have disallowed the EPA to do anything.
18       Q.    (By Mr. Lutz)  Okay.  All right.  We'll look
19   into that later.  We'll get to that.  So down below
20   Dalton Utilities president, Don Cope, gives a
21   statement and stated that "Dalton Utilities'
22   president, Don Cope, said no regulatory requirements
23   exist for the utility to test for or limit the still
24   legal chemical in the utility's water.  Quote, It's
25   not part of my permit and it's not something I've been
```

1    told to analyze for, Mr. Cope said.  At this juncture,

2    quote -- or quote, At this juncture, nobody has told

3    anybody to monitor, modify or do anything to that" --

4    "in regards to that."

5            Did I read that correctly?

6        A.   Yes.

7        Q.   Okay.  And as a result of -- of this -- the

8    publication that there was PFAS found in the Conasauga

9    River, did y'all -- did Dalton Utilities take any

10   action as a result of this?

11       A.   What time period was this?

12       Q.   2008.

13       A.   2008.  I don't believe so.

14       Q.   Now -- now, in -- down below on the next

15   page -- well, let's see.  This is -- the next

16   paragraph states, "The utility, like the trade group,

17   knew the concerns that the EPA already had raised and

18   in 2006 when national media reports surfaced about

19   PFOA and Teflon, Dalton Utilities officials

20   created" -- "crafted their own media statement,

21   according to Mr. Cope and Dalton Utilities

22   spokeswoman, Lori McDaniel."

23           You see that?

24       A.   Yes.

25       Q.   Okay.  So y'all had crafted a -- a statement

1    specific to PFOA back in 2006; right?

2        A.    Yes.

3        Q.    Okay.  And that statement indicated that

4    "The utility would take no action until the regulatory

5    agencies who permit our operations provide us with

6    guidance indicating any action is necessary."

7             Do you see that?

8        A.    Yes.

9        Q.    Okay.  And, in fact, the -- the EPA and the

10   EPD did give Dalton Utilities guidance about a year

11   later when it made Dalton Utilities begin to test the

12   carpet mills' wastewater; isn't that right?

13            MS. MANN:  Object to form.

14            THE WITNESS:  What period are you

15        referring to now?  Rephrase the question,

16        please.

17       Q.    (By Mr. Lutz)  Okay.  I said the -- the EPA

18   did, in fact, make Dalton Utilities take action about

19   a year later in 2009 and 2010 when it told Dalton

20   Utilities that it had to test the carpet mills' waste

21   stream for PFAS; right?

22            MS. MANN:  Object to form.

23            THE WITNESS:  I know that the EPA

24        asked us to do sampling at the land

25        application system 2008/2009.

1        Q.   (By Mr. Lutz)  And they also asked you to

2    sample the carpet manufacturers' wastewater for PFAS

3    as well too -- true?

4        A.   I don't know -- I do not know that to be

5    true.

6        Q.   Okay.  And then on the next page, Mr.

7    Bundros, it says -- third paragraph down, "High PFOA

8    levels in the carpet capital would mean that PFOA

9    users such as the carpet industry could be one of the

10   sources of the chemicals out in the environment, she

11   said."

12            You see that?

13       A.   Yes.

14       Q.   And you're certainly aware of that knowledge

15   as of 2008 and the publication of this article; true?

16       A.   Yes.

17       Q.   And then the -- I'm going to skip a

18   paragraph.  The last paragraph that -- where it was

19   discussed, said, "When meetings of PFOA makers and the

20   EPA began in 2003, some Dalton industry leaders took

21   part, EPA records show.  Representatives from both

22   Shaw Industries and the Carpet and Rug Institute were

23   at the meeting where environmental consultant Ranjit

24   Machado of Environ presented a plan for PFOA

25   monitoring in Dalton, according to the EPA's records.

```
 1    The records showed industry leaders like the trade
 2    group declined to help carry out the monitoring plan,
 3    citing a lack of EPA monitoring standards."
 4            Do you see that?
 5    A.    Yes.
 6    Q.    And do you -- does that accurately reflect
 7    Dalton Utilities's recollection?
 8            MR. SCRIBNER:  Object to form.
 9            You may answer.
10            THE WITNESS:  You're asking if this
11         paragraph --
12    Q.    (By Mr. Lutz)  Yeah.
13    A.    -- reflects Dalton Utilities?  Yes.
14    Q.    And then the next -- we're going to talk
15    about the next article, which says -- it's titled,
16    "Once heralded wastewater system reviewed."
17            You see that?
18    A.    Yes.
19    Q.    And it was another Chattanooga Free Times
20    Press article, and it's dated on the same date,
21    Sunday, February 10th of 2008.  Do you see that?
22    A.    Yes.
23    Q.    And it says -- the first sentence says,
24    "Dalton, Georgia.  Researchers are questioning if the
25    way Dalton disposes of its sewage and industrial
```

1  wastewater may make the area more vulnerable to

2  contamination by a chemical used in the carpet

3  manufacturing."

4          Do you see that?

5      A.   Yes.

6      Q.   Did I read that?

7      A.   Yes.

8      Q.   And -- and at this time, did Dalton

9  Utilities question the way it was disposing of the

10  carpet manufacturers' wastewater?

11      A.   I don't know.

12      Q.   But we do know that as a result of this, the

13  publication of this article, that Dalton Utilities

14  didn't -- didn't change any course of action with

15  respect to treating the carpet manufacturers'

16  wastewater; right?

17      A.   Dalton Utilities at that time was in full

18  compliance with its regulatory permits.

19      Q.   Yeah, and that's not my question.  I was

20  just asking if they changed any -- any way in which it

21  treated the carpet manufacturers' wastewater, and I

22  think that we can all agree that it didn't; right?

23      A.   It kept its operations in order to be

24  compliant with its regulatory permits.

25      Q.   So the second paragraph says, "The Loopers

1    Bend wastewater treatment plant is a 9,200-acre land

2    application sewage treatment facility that was held as

3    cutting edge, eco-friendly technology when it was

4    built in 1986.  There, the waste from homes and the

5    industry are treated with chlorine and screened before

6    being sprinkled on a peninsula surrounded on three

7    sides by the Conasauga River."

8          You see that?

9    A.   Yes.

10   Q.   And you don't have any reason to dispute the

11   accuracy of those statements, do you?

12   A.   I'm going outside of my field of knowledge

13   regarding the treatment -- the specifics of the

14   treatment program.

15   Q.   Well, let me ask you this:  You don't have

16   any reason to dispute the accuracy of those

17   statements, do you?

18   A.   I'm not a subject matter expert as to what

19   else constitutes treatment besides chlorine and

20   screening.

21   Q.   Let me ask you this:  At this time, did

22   Dalton ever consider evaluating processes that could,

23   in fact, remove these PFAS chemicals from the waste

24   treatment process to ensure that they didn't make

25   their way to the environment?

```
1              MS. MANN:  Object to form.
2              THE WITNESS:  I don't know.  I don't
3         believe so.
4         Q.   (By Mr. Lutz) And then the next paragraph,
5    if we go on to read, states, "'Perfluorinated
6    compounds don't necessarily bond with soil,'" said
7    Rebecca Fauver, a graduate student who worked on the
8    University of Georgia study that found high levels of
9    the chemical and its compounds in the Conasauga River.
10   'So they would maybe runoff pretty easily into the
11   water.'"
12              You see that?
13        A.   Yes.
14        Q.   And that's certainly knowledge that -- that
15   Dalton Utilities had or was aware of at this time;
16   right?
17              MS. MANN:  Object to form.
18              THE WITNESS:  Dalton Utilities would
19         have been aware of Ms. Fauver's statement,
20         yes.
21        Q.   (By Mr. Lutz)  And then it says, "In Dalton,
22   high levels of the acid and its compounds have been
23   found in the Conasauga River are near the city's
24   wastewater treatment plant."
25              You see that?
```

1     A.    Yes.

2     Q.    And there's no reason to dispute that fact;

3   right?

4     A.    We were not doing any sampling at that -- I

5   don't believe we were sampling at that time, so I

6   don't see how that statement -- we could have verified

7   that statement.

8     Q.    Well -- but that's the whole point of this

9   article, is that the University of Georgia study had

10   found high levels of PFOA in the Conasauga River near

11   the city's wastewater treatment plant; right?

12         I'm not asking you to confirm it.  I'm just

13   saying you were aware of that information; right?

14     A.    Yes.

15     Q.    And then let's -- let's -- let's look at

16   Exhibit No. 98.

17         MS. MANN:  I don't think I have that

18     one.

19         MR. RADNEY:  Did you say 98?

20         MR. LUTZ:  I'm sorry, not Exhibit 98.

21     My Document 98.  Actually, strike that.

22         Yeah, my Document No. 98, which is

23     going to be Exhibit No. 55.

24         MS. MANN:  And I don't see that one in

25     our stack.  The last one we have is 94.

1           MR. LUTZ:  It's going to be in the
2      front -- it should be in the front.  It'll
3      be on a piece of paper.
4           MS. MANN:  I see it.
5           (Plaintiffs' Exhibit 55 was marked for
6      identification.)
7           MR. LUTZ:  Actually, I don't want
8      that.  Sorry, Lindsey.  Let's look at --
9      I'm going to -- I'm going to skip that one.
10     Let's look at 37.
11          Q.  (By Mr. Lutz)  And do you see what I'm going
12     to mark as Plaintiffs' Exhibit No. 55 is an e-mail
13     from Charlie Bethel to Denise Clopton and copying
14     Werner Braun and Don Cope.  Do you see that?
15          A.  Yes.
16          Q.  Okay.  And we've talked earlier today about
17     Mr. Bethel.  He was an executive with J&J Industries,
18     wasn't he?
19          A.  Yes.
20          Q.  Okay.  And he also served on Dalton's board;
21     true?
22          A.  No.  That was his father, Jim Bethel.
23          Q.  Oh, okay.
24          A.  This is his son, Charlie Bethel.
25          Q.  That's a good catch.

```
 1              MR. CUSTER:  I think you earlier were
 2        talking about Jim.
 3              MR. LUTZ:  And I did.
 4        Q.   (By Mr. Lutz)  And so -- so let me say this.
 5   It says on his e-mail that Mr. Bethel was -- was with
 6   J&J Industries.  Do you see that?
 7        A.   Yeah, director of HR.
 8        Q.   Okay.  All right.  So thank you for
 9   correcting me.
10              MR. DAVIS:  He served on the city
11        council.
12              MR. LUTZ:  He served on the city
13        council.  Okay.
14              MR. CUSTER:  But he went further than
15        that, just so you know.
16              MR. DAVIS:  He's now on the supreme
17        court.
18              MR. LUTZ:  Oh, yeah.  You're right.
19        Q.   (By Mr. Lutz)  So Mr. Bethel sends Denise
20   Clopton and Werner Braun and Don Cope an e-mail about
21   PFOA.  You see that?
22        A.   Uh-huh (affirmative).
23        Q.   Okay.  And this is in February of 2008, and
24   it appears that Mrs. Clopton works for Senator
25   Isaacman [sic] based on the -- based on the e-mail
```

```
 1   address right there.  You see that?

 2       A.   Yes.

 3       Q.   And do you know who Senator Isaacman was?

 4       A.   Senator -- yeah.

 5       Q.   Johnny Isakson was a United States Senator

 6   and a congressman from Georgia for many years; right?

 7       A.   Yes.

 8       Q.   He was a pretty prominent politician; isn't

 9   that correct?

10       A.   Yes.

11       Q.   Okay.  And so Mr. Bethel states, "Denise,

12   I'll call you, if we do not speak, please feel free to

13   call Werner Braun at CRI or Don Cope at Dalton

14   Utilities before getting back to the folks at the

15   TFP."

16            I think that's the -- Times Free Press.

17            "They have been trying to work up a story

18   and many, including me, have been approached by the

19   reporter.  You and Senator -- Senator Isaacman need

20   the backstory before you weigh into this thing.

21   Thanks for calling,  my cell is," whatever it is.

22            Do you see that?

23       A.   Yes.

24       Q.   Okay.  Now, at the time of this

25   communication, Werner Braun was the president of CRI,
```

1  wasn't he?

2      A.  Yes.

3      Q.  Okay.  And Don Cope was the president of

4  Dalton Utilities; right?

5      A.  Correct.

6      Q.  Okay.  And so we have Charlie Bethel, who

7  was with the -- the J&J Carpet industries.  We have

8  Johnny Isaacman, who is a prominent politician.  We

9  have Werner von Braun [sic], who was the president of

10  CRI at the time, and we have Don Cope, who was the

11  president or CEO of Dalton Utilities at the time, all

12  on this string of communication; right?

13      A.  Yes.

14      MR. RADNEY:  Object to form.

15      Q.  (By Mr. Lutz)  Okay.  And -- and then we see

16  that, you know -- we see that, at least it appears to

17  me, that this subject is "PFOA."  Do you see that in

18  the subject line?

19      A.  Yes.

20      Q.  Okay.  And this was directly preceding the

21  release of the news article in the Times Free Press;

22  right?

23      A.  Uh-huh (affirmative).

24      Q.  Okay.  Now, do you know -- and do you know,

25  did Mr. Cope ever let you know about this, you know --

1    this e-mail right here?

2         A.   He did not.

3         Q.   Okay.  All right.  But it appears that

4    before this article was published, you know -- you

5    know, politicians and members of the local carpet

6    community were being called by the -- by the Free

7    Press to give a statement; isn't that true?

8              MR. SCRIBNER:  Object to form, to the

9         extent you're asking this man what the

10        carpet industry was being asked at the

11        time.

12             MS. MANN:  Objection.

13             MR. SCRIBNER:  All right.

14             MR. CUSTER:  Object to form.

15             MR. LUTZ:  That's fine.

16        Q.   (By Mr. Lutz)  Well, let me ask you this:

17   Do you know the purpose of this communication right

18   here in February of 2008 between a member -- at least

19   a few members of the carpet industry, Mr. Don Cope and

20   a local politician?  Do you know -- do you know why

21   they were discussing the issue of PFOA?

22        A.   Myself, no.

23        Q.   I'm asking you as Dalton -- Dalton

24   Utilities.

25        A.   Even as Dalton, this is the first time I've

1    seen this e-mail.

2        Q.   Now, let's look at Plaintiffs' Exhibit

3    No. 39.  No.  I'm sorry.  My bad.  Plaintiffs -- this

4    is my Document No. 39.  This will be Plaintiffs'

5    Exhibit No. 56.

6            When you have that ready, I'll ask you

7    questions about it.  And I've got a couple of

8    questions.

9            Do you have the document in front of you,

10   Mr. Bundros?

11           (Plaintiffs' Exhibit 56 was marked for

12       identification.)

13           THE WITNESS:  Yes.

14       Q.   (By Mr. Lutz)  Okay.  All right.  And just

15   for context, this is -- this is an e-mail string that

16   is forwarding communications among the Carpet and Rug

17   Institute and a number of -- of members of the carpet

18   industry.

19           Do you see down at the bottom where it says,

20   "Werner Braun, 2/6/2008"?  That's the e-mail string I

21   want to look at.  It's on the second page.

22       A.   Second page.  Okay.

23       Q.   Down at the bottom.

24       A.   Yeah.

25       Q.   So down at the bottom, it says, "All:  Pam

```
 1   Sohn from the Chattanooga Free Press is contacting
 2   people about PFOA in the water.  In anticipation of
 3   the article's publication, CRI is forming a crisis
 4   management team to manage the issue in the event it is
 5   required."  And then it goes through and names of the
 6   following team as -- that would make up this crisis
 7   team.
 8           Do you see that?
 9   A.   Yes.
10   Q.   Okay.  And then you see that Mr. Jim
11   Bethel, who was a Dalton board member -- do you see
12   he's on this crisis committee?
13   A.   Yes.
14   Q.   Okay.  And it says, "The first order of
15   business is to draft a standby statement and circulate
16   to potentially affected CRI members.  After the
17   article is published, the technical issues committee
18   will review the article for technical accuracy, and a
19   CRI response statement will be developed and
20   circulated to potentially affected members."
21           Do you see -- do you see that?
22   A.   Yes.
23   Q.   Okay.  And -- and I -- you know, as a result
24   of Mr. Bethel's involvement with the CRI, with the
25   Dalton Utilities board, Dalton Utilities was certainly
```

```
 1    aware that the CRI was creating a crisis committee in
 2    response to this news article; right?
 3              MR. CUSTER:  Object to form.
 4              MS. MANN:  Object to form.
 5              THE WITNESS:  Jim Bethel was not a
 6         member of Dalton Utilities' board during
 7          this time.
 8    Q.   (By Mr. Lutz)  Was he not?
 9    A.   No.  His -- he left the board in the year
10    2004, and this e-mail is in 2008.
11    Q.   Okay.  Well, then let me -- let me strike
12    that.
13         So let me ask you this:  I think it was
14    general knowledge within the industry, but Dalton
15    Utilities would have been aware of CRI's formation of
16    this crisis committee; isn't that right?
17              MS. MANN:  Object to form.
18              THE WITNESS:  I don't believe so.
19         There's not -- Dalton Utilities and CRI
20         are -- they're aware of one another, but
21         there's no what I call cross-fertilization
22         or formalized relationship between the two
23         entities.
24              No member of Dalton Utilities'
25         management team has ever been a member of
```

1         CRI.  I myself have never even attended a

2         CRI meeting.  Don Cope was not a member of

3         CRI.  We've never funded anything with CRI.

4         Q.   (By Mr. Lutz)  Yeah, and we've -- we've

5     discussed the -- earlier today, you know, a number of

6     the -- of the industry executives that have served on

7     Dalton's board have also been members of the CRI.  You

8     don't have any reason to dispute that, do you?

9              MS. MANN:  Object to form.

10             MR. CUSTER:  Object to form.

11             MS. MANN:  Mischaracterizes testimony.

12             MR. SCRIBNER:  Same objection.

13             THE WITNESS:  There had been

14         represent- -- there had been members of

15         industry that have been on Dalton

16         Utilities' board.  That is a true

17         statement.  They act as a fiduciary and

18         responsible board member of Dalton

19         Utilities.  They are not representing the

20         interest of CRI, nor --

21        Q.   (By Mr. Lutz)  Yeah, I understand that, but

22    it's -- and I've seen it with Mr. --

23        A.   Yarbrough.

24        Q.   -- Yarbrough.

25             I mean, he shares information to the Dalton

1    board that he learns from the CRI and vice versa.

2        A.   That is not a true statement.

3        Q.   Okay.  We'll look at some e-mails, then.

4    And again, we can -- we can move on.

5             So --

6        A.   Okay.

7        Q.   -- you know, so now we're back to the news

8    articles.  It's 2008, and I think, you know, one --

9    one of the witnesses testified earlier now everybody

10   knew that PFAS had been found in the Conasauga

11   River --

12            MS. MANN:  Object -- object to form.

13       Q.   (By Mr. Lutz)  -- including Dalton

14   Utilities; right?

15            MS. MANN:  Object to form.

16            MR. SCRIBNER:  Object to form.

17            THE WITNESS:  Please re- -- restate

18    your question.

19       Q.   (By Mr. Lutz)  Sure.

20            I mean, you know, the presence of PFAS in

21   the Conasauga River was now known by the -- the

22   general population as a result of this news article in

23   the Times Free Press; right?

24       A.   I'm not sure I agree with that

25   characterization.  I will acknowledge that the

1   Universe- -- it was the University of Georgia had

2   disclosed their research.

3       Q.    Yeah, and Dalton Utilities is not aware of

4   any other publications before this 2008 article that

5   would have alerted the -- the people in northern

6   Georgia that there was the presence of PFAS chemicals

7   that were found in the Conasauga River; right?

8       A.    Correct.

9           MR. SCRIBNER:  Ryan, how much more do

10      you have?

11          MR. LUTZ:  Probably another 30,

12      45 minutes.

13          MR. SCRIBNER:  I don't know how we're

14      going to power through this afternoon, as I

15      originally suggested, because plaintiffs

16      also have questions from Rome, and I -- the

17      witness -- I want to keep going, but I'm

18      definitely afraid that we're going to go

19      until 3:00, 4:00.

20          MR. LUTZ:  I'm just going to go --

21          MR. SCRIBNER:  We're going to have to

22      take a break, I think.

23          MR. LUTZ:  Well, let's go through --

24      it's 12 -- let's go to 1:00, see if I can

25      get --

1          MS. MANN:  Suits us fine.

2          MR. SCRIBNER:  That's fine, but

3      there's more of us, is my point.

4          MS. MANN:  I understand.

5      Q.   (By Mr. Lutz)  Now, you know, Mr. Bundros,

6   we've been talking about 2008 when it became sort of

7   out there in the public domain that the Conasauga

8   River had the presence of PFAS chemicals in it.  And I

9   want to go back to 2003 when the EPA requested site

10  monitoring in and around Dalton Utilities.  You recall

11  that -- I mean, in and around Dalton area.  You recall

12  that; right?

13     A.   Yes.

14     Q.   Okay.  So, you know, it wasn't 2008 that

15  Dalton Utilities first learned that there could be

16  PFAS chemicals in the environment in and around

17  Dalton, Georgia, including the Conasauga River.  It

18  was actually back in 2003 when the EPA came to --

19  to -- well, when the EPA asked Dalton Utilities to

20  monitor for these chemicals around their -- around

21  their land; right?

22         MS. MANN:  Object to form.

23         THE WITNESS:  Can you ask your

24      question a little more clearer?  I'm sorry.

25      I'm getting confused.

```
 1       Q.   (By Mr. Lutz)  Yeah.  It's my fault.  I --
 2   you know, we do this a lot and we're not perfect in
 3   asking questions.
 4            So now, we've talked about 2008 when the
 5   public first -- you know, it was publicized that there
 6   was the presence of PFAS chemicals in the Conasauga
 7   River as a result of this --
 8       A.   Uh-huh (affirmative).
 9       Q.   -- Free Press article; right?
10       A.   Correct.
11       Q.   Okay.  And I guess my -- the point that I'm
12   trying to make is that wasn't the first year that
13   Dalton Utilities knew of the potential presence of
14   PFAS chemicals in and around Dalton, Georgia; right?
15            MS. MANN:  Object to form.
16            THE WITNESS:  I'm still not sure as to
17         what you're trying to ascertain.
18       Q.   (By Mr. Lutz)  Yeah, so you recall back in
19   2003 when the EPA requested that Dalton Utilities and
20   the carpet industry monitor for PF- -- one of the PFAS
21   chemicals around Dalton, Georgia?  You recall that;
22   right?
23       A.   Yes.
24       Q.   And so my point is that would have been at
25   least, as early as I can tell, that the -- that Dalton
```

1    Utilities would have been aware of the potential for

2    presence of these PFAS chemicals in and around the

3    environment, including the river, the Conasauga River

4    in Georgia -- in Dalton.

5        A.   Yes.

6        Q.   And let's look at Exhibit No. 32.  And we're

7    going to look at this, you know, EPA -- what looks

8    like the EPA requested of the community -- or the

9    carpet industry.

10            So that's my Document 32, and it's going to

11   be Plaintiffs' Exhibit No. 57.

12            (Plaintiffs' Exhibit 57 was marked for

13        identification.)

14            MR. CUSTER:  Plaintiffs' 57?

15            MR. LUTZ:  It's Plaintiffs' Exhibit

16        No. 57.

17        Q.   (By Mr. Lutz)  And I'm going to start in

18   2004, and then we're going to go back in time a few --

19   a little bit through some other documents.  But in

20   2004, Plaintiffs' Exhibit No. 57 is the Carpet and Rug

21   Institute board of directors meeting on Friday,

22   May 13th of 2004.

23            Do you see that at the top?

24        A.   Yes.

25        Q.   Okay.  And you will see down at -- on the

Case 4:20-cv-00008-AT    Document 931-13    Filed 08/18/22    Page 142 of 390
THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
30(b)(6)                    Tom Bundros on 03/04/2022                    Page 1187

1    second page that Mr. Cope is giving a -- is giving a

2    presentation to the -- to the CRI board of directors.

3    Do you see that?

4        A.   Yes.

5        Q.   Okay.  And then he's giving an update on

6    the -- on the -- the improvements that have been made

7    to the wastewater operations at Dalton Utilities over

8    the past seven years in order to comply with

9    government regulations and general cleanup issues

10   associated with previous management.

11            You see that?

12       A.   Yes.

13       Q.   Okay.  And then -- and then down below, it

14   states that the -- the next paragraph, "The carpet

15   industry and Dalton Utilities have been under some

16   pressure from the United States Environmental

17   Protection Agency (EPA) to do environmental monitoring

18   around the City of Dalton."

19            Do you see that?

20       A.   Uh-huh (affirmative).

21       Q.   And you were -- you recall the pressure --

22   Dalton Utilities recalls that -- that pressure from

23   the EPA, right, to conduct monitoring -- environmental

24   monitoring for PFOA?

25            MS. MANN:  Object to form.

```
 1              THE WITNESS:  I recall that we were
 2        being requested to do environmental
 3        monitoring.
 4        Q.   (By Mr. Lutz)  Okay.  And that was -- and
 5   we're going to look back.  That, as I understand it,
 6   it happened in -- it started in 2003.
 7              MR. LUTZ:  And if you could pull up,
 8        Lacey, my Exhibit -- or my Document 16, and
 9        we'll mark in this as Plaintiffs' Exhibit
10        No. 58.
11              (Plaintiffs' Exhibit 58 was marked for
12        identification.)
13        Q.   (By Mr. Lutz)  And this is a Carpet and Rug
14   Institute board of directors meeting that's dated
15   October 24th of 2003.  Do you see that?
16        A.   Yes.
17        Q.   And then it's got Mr. Jim Bethel as -- as
18   attending this meeting.  Do you see that?
19        A.   Yeah, he was standing in for another CRI
20   member.
21        Q.   Yeah, but he was at this meeting.  You see
22   that; right?
23        A.   Yes.
24        Q.   Okay.  And at the same time, he was also
25   serving on Dalton's board, as we've discussed; right?
```

1      A.    I believe so.

2      Q.    And so down below, it appears -- this is the

3   fifth page.  It says, "Updates:  PFOA" underneath the

4   heading.

5            Do you see where I am?

6      A.    Yes.

7      Q.    Okay.  And I'm going to read the first

8   paragraph that says, "PFOA, Dr. Steve Korzeniowski of

9   DuPont and the spokesperson for the Telomer Working

10  Group working with the EPA and Ed Lampert of Daikin

11  Industries reported that EPA, as a part of their

12  general investigation of PFOA has indicated a need for

13  monitoring data from specific sites that manufacture,

14  process, and use fluoropolymers and telomers.  EPA

15  plans to identify major sources of PFOA in the

16  environment that might explain the widespread presence

17  of PFOA found in human blood banks and also in the

18  wildlife."

19           Do you see that?

20     A.    Yes.

21     Q.    Okay.  And is that -- is that Dalton

22  Utilities' general understanding of what the EPA was

23  seeking?

24           MS. MANN:  Object to form.

25           THE WITNESS:  I don't know what the

```
 1          EPA was seeking.

 2     Q.    (By Mr. Lutz)  Okay.  Well, let's keep

 3   going.  "EPA is seeking information on consumer

 4   products and point sources."

 5          Do you see that?

 6     A.    Yes.

 7     Q.    Okay.  And then down below, it says, "Dr.

 8   Korzeniowski advised the Telomer Work Group will be

 9   meeting with the EPA during the upcoming week and

10   would like to advise EPA what steps the carpet

11   industry is recommending to move forward on this

12   issue."

13          You see that?

14     A.    Yes.

15     Q.    And as you understand it, Mr. Bundros,

16   during this 2003 EPA request for monitoring around

17   Dalton, they were looking for major sources of PFOA in

18   the environment; right?

19          MS. MANN:  Object to form.

20          THE WITNESS:  I don't know what the

21      EPA was actually -- what their perspective

22      or objectives were.

23     Q.    (By Mr. Lutz)  I mean, do you have any

24   reason to dispute that they were looking for major

25   sources of PFOA in the environment?
```

30(b)(6)                                                                          Page 1191

```
 1        A.    They were looking for PFOA, yes.

 2        Q.    Okay.  Let's look at my Document No. 17,

 3   which is going to be Plaintiffs' Exhibit No. 59.  And

 4   really, Mr. Bundros, I'm looking to see whether -- if

 5   you look down at this briefing paper, it says, "PFOA

 6   monitoring request."  Do you see that?  It's going to

 7   be the -- the third -- third page down.

 8              (Plaintiffs' Exhibit 59 was marked for

 9         identification.)

10              THE WITNESS:  Okay.

11        Q.    (By Mr. Lutz)  Okay.  And in particular, the

12   second paragraph says, "The EPA intends to identify

13   the major sources of PFOA in the environment that

14   might explain the widespread presence of PFOA found in

15   samples from U.S. human blood banks and the various

16   studies showing PFOA in wildlife species."

17              You see that?

18        A.    Yes.

19        Q.    And they were trying to understand the

20   potential sources of PFOA under -- in two fronts.  One

21   was consumer products, and one was point sources.

22              You see that?

23        A.    Yes.

24        Q.    And under the point sources, they were

25   talking about -- if you look down in the second
```

1    paragraph, that they were look -- "Looking for the

2    possible release and migration of PFOA from telomer

3    product manufacturing operations, telomer processing

4    and use site and disposal facilities."

5            Do you see that?

6    A.    Yes.

7        Q.    And at the time, Dalton Utilities operated

8    as a disposal facility; isn't that true?

9    A.    We operated as a treatment facility.

10       Q.    Or a treatment facility, yes.  That disposed

11   of treated wastewater; right?

12   A.    Land-sprayed, applied treated effluent, yes.

13       Q.    Okay.  And do you see down here, it says,

14   "EPA's recommended monitoring plan for a specific" --

15   "for a specific carpet industry site"?

16   A.    Yes.

17       Q.    Okay.  And so under this -- this monitoring

18   plan that the EPA was -- was requesting of -- of

19   Dalton Utilities and the carpet industry, it's got

20   a -- it's got some -- some requests down below it.  Do

21   you see that?

22   A.    Yes.

23       Q.    Okay.  And so one of the requests from the

24   EPA to Dalton Utilities would have been to sample its

25   wastewater effluent discharges for PFAS chemicals;

```
 1  right?
 2      A.   Where -- where do you see that in this --
 3      Q.   Under media.
 4      A.   Yes.
 5      Q.   Look underneath it; right?  It says --
 6      A.   Oh, "Wastewater effluent discharges"?
 7      Q.   Yep.
 8      A.   Okay.  Now, is that referring to wastewater
 9  effluent discharges from carpet manufacturers?
10      Q.   Yeah -- well, actually, it does.  It says,
11  "Discharge points."
12      A.   Okay.
13      Q.   You see that?
14           MR. SCRIBNER:  Object to form.
15      Q.   (By Mr. Lutz)  Okay.  And so the EPA -- it
16  looks as though the EPA was asking the carpet
17  manufacturers to -- to monitor and test for PFAS
18  chemicals in its wastewater effluent discharges."
19           Do you see that?
20      A.   Yes.
21      Q.   Okay.  And then underneath that, it's got,
22  you know, sludge from onsite wastewater treatment, and
23  that would be at the Dalton Utilities treatment plant.
24  Do you see that?
25      A.   Yes.
```

1      Q.   Okay.  And -- and then it's got surface

2   water.  "The receiving water body up and downstream."

3   Do you see that?

4      A.   Yes.

5      Q.   Okay.  And presumably they asked Dalton

6   Utilities to test the Conasauga River at this --

7   during this 2003 EPA request; right?

8           MS. MANN:  Object to form.

9           MR. SCRIBNER:  Object to form.

10          You may answer.  It's outside the

11      scope.

12          THE WITNESS:  I see what's in print

13      here.

14      Q.   (By Mr. Lutz)  Well, you don't have any

15   reason to disagree with it; right?

16      A.   I mean, it's here see in print.  Correct.

17      Q.   Okay.  All right.  Now -- now, down at the

18   bottom, the -- if you look down at the last page, Mr.

19   Bundros, do you see where it says, "The CRI technical

20   issues committees' recommendations"?

21          You see that?

22      A.   Yes.

23      Q.   Okay.  And it talks about working -- you

24   know, "In order to preserve the industry's

25   relationship with the EPA, the carpet industry is

```
 1    going to proceed in the spirit of cooperation."
 2              Do you see that?
 3         A.    Yes.
 4         Q.    Okay.  And, you know, then on number -- on
 5    No. 4, it lists a number of things that the -- this
 6    CRI technical issues committee recommends.  You see
 7    that?
 8         A.    Yes.
 9         Q.    Okay.  And one of those recommendations was
10    "Monitoring of Dalton Utilities effluent stream and
11    sludge."
12              Do you see that?
13         A.    Yes.
14         Q.    Okay.  They claim that it's more
15    representative of the general area than any specific
16    site.  Do you see that?
17         A.    Yes.
18         Q.    Okay.  And were you aware that the Carpet
19    and Rug Institute and the members of the Carpet and
20    Rug Institute were volunteering Dalton Utilities for
21    sampling of their effluent stream and sludge?
22         A.    Yes.
23         Q.    Okay.  And that -- that didn't actually take
24    place, did it?
25         A.    Correct.
```

1      Q.   Okay.   The -- Dalton Utilities ultimately

2   declined the EPA's request to monitor for these PFAS

3   chemicals; right?

4      A.   Correct.

5      Q.   And then down below it, it also talks about

6   "Monitoring groundwater via existing landfill

7   monitoring wells and monitoring of the Conasauga River

8   above and below Dalton."

9           You see that?

10     A.   Yes.

11     Q.   And Dalton Utilities never undertook either

12   of those monitoring requests by the EPA, did they?

13          MS. MANN:   Object to form.   We don't

14      operate a landfill.

15     Q.   (By Mr. Lutz)  Did you say -- did you say

16   correct?

17     A.   We don't -- yeah, we don't operate a

18   landfill.

19     Q.   Well, okay.  I'm sorry.  Let's -- let's

20   focus on the last one.  "Monitoring of the Conasauga

21   River above and below Dalton."

22          Did Dalton Utilities ever undertake the

23   EPA's request to do that?

24     A.   We monitored above and below the Conasauga

25   River for -- for bacteria.

```
 1      Q.   Never for PFAS -- or during -- at this point
 2   in time, you didn't monitor for -- for PFAS as the EPA
 3   had requested; right?
 4      A.   Correct.
 5      Q.   Now I want to go to what I'm marking as --
 6   my document is 29, and this would be Plaintiffs'
 7   Exhibit No. 60.
 8           And, Mr. Bundros, I'm going to -- this was
 9   produced by -- by Dalton Utilities in the case.  So it
10   was in their -- in their filing cabinet.  And it's
11   a -- titled "User site monitoring update, May 5, 2004,
12   EPA update teleconference."
13           Do you see that?
14           (Plaintiffs' Exhibit 60 was marked for
15        identification.)
16           THE WITNESS:  Yes.
17      Q.   (By Mr. Lutz)  And I want to go over a
18   couple of the representations that were made in this
19   to the EPA that Dalton Utilities was aware of; okay?
20      A.   All right.
21           MR. SCRIBNER:  Object to this line of
22        questioning, completely outside of the
23        scope of this man's designated testimony,
24        as far as I can tell.
25           MR. LUTZ:  You can object.
```

1           MR. SCRIBNER:  I'll object.  You can

2       ask your question.

3       Q.   (By Mr. Lutz)  All right.  So you see on

4   the -- the third slide, it says, "Carpet CRI actions"?

5   Do you see that?

6       A.   Yes.

7       Q.   Okay.  And it talks about -- the first

8   bullet point says, "The significant effort made by

9   TRP, 3M over the past six months to develop this

10  program."

11          Do you see that?

12      A.   Yes.

13      Q.   Okay.  And it says that "All customers

14  declined to participate."

15          Do you see that?

16      A.   Yes.

17      Q.   Okay.  And the next bullet says, "Proposed a

18  community-based program in the absence of direct

19  volunteers."

20          Do you see that?

21      A.   Yes.

22      Q.   Okay.  And the next bullet point says,

23  "Multiple visits made to the Dalton area to discuss

24  user site monitoring, concept with CRI"?

25      A.   Yes.

```
 1       Q.   And the next bullet point says, "Held

 2   discussions with several CRI committees, including

 3   CA-" -- "CEOs of carpet companies."

 4            Do you see that?

 5       A.   Yes.

 6       Q.   Okay.  And down on the next slide, it

 7   continues that "The community-based monitoring plan

 8   presented to the Telomer Working Group on December 8th

 9   of 2003."

10            You see that?

11       A.   Yes.

12       Q.   Okay.  And it says --

13            MR. CUSTER:  Excuse me.  What page are

14       we on?  We're seeing just a -- we're just

15       seeing the scrolling.

16            MR. WHITLOCK:  Lacey is just clipping

17       through.

18            MR. CUSTER:  What page are you on?

19            MR. LUTZ:  This is two.

20            TECHNICIAN:  I got it.  I found it.

21       I'm sorry.

22            MR. CUSTER:  That's okay, Lacey.  I

23       just want to give you a chance to get it.

24            So we're on Page 2?

25            MR. LUTZ:  Two.
```

```
 1      Q.   (By Mr. Lutz)  Now, down below that bullet

 2   point, Mr. Bundros, it says, "Local Dalton municipal

 3   authority formed the cornerstone of this plan."

 4          Do you see that?

 5      A.   Yes.

 6      Q.   And did the EPA or the carpet industry

 7   inform you, Dalton Utilities, that -- that it formed

 8   the cornerstone of the plan for the site monitoring in

 9   and around Dalton, Georgia?

10          MS. MANN:  Object to form.

11          THE WITNESS:  I don't know.

12      Q.   (By Mr. Lutz)  Okay.  And then next, it

13   said, "Monitoring plan contingent on gaining authority

14   approvals to develop monitoring on their site."

15          Do you see that?

16      A.   Yes.

17      Q.   Referencing the Dalton Utilities site --

18          MS. MANN:  Object to form.

19      Q.   (By Mr. Lutz)  -- you understand that?

20      A.   I don't understand that.  I don't know who

21   the authority is and what -- what the reference to

22   authority is, nor what the -- what the reference to

23   site is.

24      Q.   Okay.  Well, you were the authority that the

25   EPA came to to request site monitoring in Dalton,
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)                    Tom Bundros on 03/04/2022                    Page 1201

```
 1   Georgia; right?

 2       A.   We were.

 3       Q.   Okay.  And you don't know of any other

 4   authorities that had -- had -- that the EPA requested

 5   to monitor for PFAS chemicals; right?

 6            MS. MANN:  Object to form.

 7            THE WITNESS:  Maybe I'm just not

 8        reading this correctly.  To me, it's -- I

 9        can't understand what -- what's being said

10        on this document.

11       Q.   (By Mr. Lutz)  Yeah, it says, "Dalton

12   municipal authority."

13       A.   Okay.

14       Q.   That would be Dalton Utilities --

15       A.   So that's referenced to Dalton Utilities.

16       Q.   Yeah.  You understand that; right?

17       A.   Okay.  That, I understand.  I would disagree

18   that we formed the cornerstone of this plan.

19       Q.   All right.  And then another bullet point

20   says, "Multiple discussions have occurred with CRI and

21   its board members, as well as CRI with various Dalton

22   municipal authorities."

23            You see that?

24       A.   Yes.

25       Q.   And I think, you know, as I understand it,
```

1    CRI did have a role in communicating this plan to --

2    to Dalton Utilities.  Is that a fair representation?

3       A.   CRI did communicate with Dalton Utilities,

4    yes.

5       Q.   And then it says, "Status:  Original

6    community-based monitoring plan not viable.  Reasons:

7    Key authority controlling community monitoring site

8    has unequivocally declined to participate; therefore,

9    work on the original cornerstone plan has been

10   discontinued."

11            Do you see that?

12      A.   Yes.

13      Q.   And it's true that Dalton Utilities declined

14   to participate in the EPA's request to monitor for

15   PFAS chemicals at this time; right?

16      A.   We -- yes, we declined the request to

17   participate, but CRI made the decision to discontinue

18   this on their own.  Dalton Utilities would not have

19   been able to influence -- would not have been able to

20   dictate or determine any decision the CRI was made

21   with regard to the EPA's request.

22            MR. LUTZ:  All right.  Mr. Bundros,

23        I've got about -- we're going to take a

24        short break because I've got to use the

25        restroom.

1          Off the record.

2          VIDEOGRAPHER:  All right.  The time is

3      12:42.  Off the record.

4          (A recess was taken.)

5          VIDEOGRAPHER:  The time is 12:50.

6      We're back on the record.

7      **Q.   (By Mr. Lutz)  Mr. Bundros, after having the**

8  **consultation with the lawyers that are representing**

9  **you here, you here today, I understand that you have**

10 **a -- you want to make a remark for the record based on**

11 **some of your previous testimony, and I want to give**

12 **you that opportunity.**

13     A.   Okay.  Well, thank you.  Yeah, I'd like to

14 correct where I misspoke.  You asked me if we had ever

15 done any studies regarding remediation over at the

16 land application system, and I said, yes, they have

17 been done under privilege.

18          I was wrong.  We have never done any study

19 regarding remediation, be it under privilege or not

20 under privilege.

21     **Q.   Okay.  Thank you.**

22          MS. MANN:  Thank you.

23          VIDEOGRAPHER:  The time is 12:50.

24      We're off the record.

25          (A lunch recess was taken at 12:50

```
 1        p.m. and the deposition reconvened at 1:57

 2        p.m.)

 3             VIDEOGRAPHER:  The time is 1:57.

 4        We're back on the record.

 5        Q.   (By Mr. Lutz)  Mr. Bundros, before we took a

 6   break, we were discussing the EPA -- the EPA's request

 7   in 2003 for Dalton Utilities and the carpet industry

 8   to conduct monitor site testing for PFAS chemicals.

 9             Do you recall that?

10        A.   Yes.

11             MR. MOORE:  Object to the form.

12        Q.   (By Mr. Lutz)  Okay.  I'd like for you to

13   pull up what I have marked as Plaintiffs' Exhibit

14   No. 23.

15             MS. MANN:  One of the ones that was

16        already entered?

17             MR. LUTZ:  No.  My Document 23.  My

18        Document 23.  This will be Plaintiffs'

19        Exhibit No. 61.

20             I think it's numbered a tab.

21             MS. MANN:  I do not see it.

22             MR. LUTZ:  I got it.  Never mind.

23             Do you mind if I just bring one copy?

24             MS. MANN:  Sure, yeah.  That's fine.

25             (Plaintiffs' Exhibit 61 was marked for
```

1          identification.)

2          Q.   (By Mr. Lutz)  And, Mr. Bundros, I'm going

3     to read portions of this e-mail to you --

4          A.   Uh-huh (affirmative).

5          Q.   -- to start with.

6               It says, "At this year's CRI annual meeting,

7     Carey Mitchell, Shaw Industries' technical director,

8     made a presentation on PFOA.  No overheads were

9     provided.  Quotes are from his overheads, and the rest

10    are his comments, as I remember.  Quote:  EPA wants

11    telomer producers to obtain user site data on PFOA

12    entering the environment, close quote.  Quote:  The

13    telomer producers cannot obtain the data without the

14    consent of the customer, close quote.  The EPA's

15    interest in, quote, soil samples, surfaces,

16    groundwater, air sampling, effluent sampling, parens,

17    at Dalton Utilities, close quote. At this time, there

18    are no mills that are willing to allow any telomer

19    producer to monitor their site for PFOA.  Dalton

20    Utilities has said not no, but hell no."

21               Did I read that correctly?

22         A.   Yes.

23         Q.   Okay.  And was that the response that Dalton

24    Utilities gave to the EPA at the time that EPA made

25    the request for site monitoring for PFOA?

1       A.   My understanding is that's the response that

2    Don Cope told CRI, but I seriously doubt he would have

3    said hell no to a regulatory agency.

4       Q.   Okay.  All right.  Now, and we've talked a

5    lot today about how Dalton relies on its regulators

6    like the EPA for guidance and instruction and to set

7    standards; right?

8       A.   Yes.

9       Q.   And if you're going to rely on the EPA for

10   such guidance, I mean, don't you think that you have

11   an obligation to cooperate with them when they seek

12   your assistance?

13          MS. MANN:  Object to form.

14          THE WITNESS:  We -- we are compliant

15       with their rules and regulations, and we

16       have never said no to those, but if

17       something is a request, we elect to -- we

18       reserve the election to say no.

19      Q.   (By Mr. Lutz)  Okay.  And you -- and you, in

20   fact -- and you did.  You did say no to the EPA in

21   2003; isn't that correct?

22          MR. CUSTER:  Object to form.

23      Q.   (By Mr. Lutz)  Let me rephrase that.

24   Actually, let me strike it because we've already

25   talked about it.

```
 1      A.   Uh-huh (affirmative).
 2      Q.   I'm going to move on.  I have a few more
 3   questions, and then -- and then we're going to go to a
 4   different subject, and I'm going to finish up.
 5           So now, when the EPA -- when the EPA made
 6   the request in 2003 and 2004 to Dalton Utilities to
 7   monitor for -- for PFAS, did you ever tell the
 8   community of Rome that the EPA had made that request
 9   to Dalton Utilities?
10           MR. CUSTER:  Object to form.
11           MS. MANN:  Object to form.
12           THE WITNESS:  I do not know.
13      Q.   (By Mr. Lutz)  And did you -- well, do you
14   recall whether you made -- did you or are you aware of
15   anyone in the carpet industry that told the community
16   members of the City of Rome that the EPA was
17   investigating the presence of PFAS in and around
18   Dalton, Georgia?
19      A.   I do not know.
20      Q.   You haven't seen anything in prep- --
21   preparation for your deposition that would suggest
22   that Dalton Utilities told anyone other than the
23   carpet industry about the EPA's request to monitor for
24   PFAS around Dalton; right?
25      A.   Repeat your question one more time.  I'm
```

1   sorry.  I was...

2       Q.   It's okay.

3            MR. LUTZ:  B.J., will you repeat that

4       question, please.

5            (The record was read by the reporter

6       as requested.)

7            THE WITNESS:  Correct.

8       Q.   (By Mr. Lutz)  And you -- you and Dalton

9   Utilities and the carpet industry, based on your

10  preparation -- well, strike that.

11           All right.  So we've talked today about --

12  we've talked about in 2008 when the Chattanooga Free

13  Times Press published the article alerting everyone to

14  the presence of PFAS in the Conasauga River.  You

15  recall that?

16      A.   Yes.

17      Q.   Okay.  And we've just finished talking about

18  the EPA's request for Dalton Utilities and the carpet

19  industry to -- to monitor and -- for PFAS around the

20  Dalton area --

21      A.   Correct.

22      Q.   -- right?

23           And so now I want to fast-forward in time to

24  2016 when you were the CEO and talk about the EPA

25  lowering its advisory drinking water level to 70 parts

 1    per trillion.  Dalton was aware of that?

 2        A.    Yes.

 3              MR. MOORE:  Object to form.

 4        Q.    (By Mr. Lutz)  Now, Mr. Bundros, I'm going

 5    to -- I want you to look at -- strike -- strike that.

 6    Bear with me one second.

 7              If you will, Mr. Bundros, will you look at

 8    what's my Document No. 49, and it's going to be

 9    Plaintiffs' Exhibit No. 62.

10              MS. MANN:  62?

11              MR. LUTZ:  Yep.

12              (Plaintiffs' Exhibit 62 was marked for

13        identification.)

14              MR. LUTZ:  Wait.  My document -- it's

15        49.

16        Q.    (By Mr. Lutz)  Now, Mr. Bundros, I want to

17    ask you to -- I want to direct your attention down --

18    this is a Carpet and Rug Institute board of director

19    meeting minutes of May 18th of 2016.  Do you see

20    that --

21        A.    Yes.

22        Q.    -- at the top?  Okay.

23              And -- and if we go down to the -- to the

24    fifth page, it's got an "EPA position perfluorinated

25    chemistry, dash, Joe Yarbrough."  Do you see that?

1    A.    Yes.

2    Q.    Okay.  Now, at the time that

3    Mr. Yarbrough -- at this time in 2016, Mr. Yarbrough

4    was both the CRI president, and he was also the

5    chairman of the board of Dalton Utilities, is he not?

6    A.    Correct.

7    Q.    Okay.  Now, down below, in the second

8    paragraph -- you see the heading that says, "EPA

9    position perfluorinated chemistry" right there?

10   A.    I'm sorry?

11   Q.    It's --

12   A.    Where should I be looking?

13   Q.    It says, "EPA position perfluorinated

14   chemistry, dash, Joe Yarbrough."  You see that?

15   A.    Yes, I see that.

16   Q.    Okay.  And in the second paragraph,

17   Mr. Yarbrough presents to the -- to the board, and in

18   that paragraph -- I'm going to read it right now for

19   you.  It says, "The Georgia EPD has notified our local

20   utility that they need to be prepared to do some

21   additional testing and understand the upstream water,

22   the downstream water from our land application

23   treatment system.  We have done much testing over the

24   last 15 years.  We have had sample wells drilled

25   around the LAS and looked at levels of this chemistry

1    in groundwater and drinking water wells."

2           Do you see that?

3    A.    Yes.

4    Q.    Now, we did talk about it briefly in this --

5    in your deposition, but it appears that based on -- on

6    these minutes that Mr. Yarbrough is bringing his

7    knowledge of what the water utility has told to Dalton

8    Utilities -- I mean, what the Georgia EPD has told to

9    Dalton Utilities and letting the -- the members of the

10   CRI know that something's going on with the EPD.  You

11   see that?

12   A.    Yes.

13   Q.    Okay.  And you wouldn't dispute that, would

14   you?

15          MS. MANN:  Object to form.

16          THE WITNESS:  I wasn't there, but if

17       it's in the minutes, I'll take that as

18       somebody's recall of events.

19   Q.    (By Mr. Lutz)  Okay.  And then at the

20   last -- the last sentence says, "We want you to be

21   aware that there's something going on and stay

22   informed.  It was agreed that CRI and the

23   FluoroCouncil would speak every two weeks or if

24   something comes up in between."

25          Did I read that correctly?

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Tom Bundros on 03/04/2022

30(b)(6)                                                              Page 1212

```
 1      A.   I'm sorry, are you in the second or third

 2   paragraph?

 3      Q.   Skip to the last paragraph.

 4      A.   Oh, okay.

 5           Okay.  Yeah.  I read the last paragraph.

 6      Q.   All right.  And then let's -- let's look,

 7   Mr. Bundros, at my Document No. 84, and that's going

 8   to be Plaintiffs' Exhibit No. 63.  And that's an

 9   e-mail from you, Mr. Bundros, to it looks like a

10   number of members of Dalton's board; is that accurate?

11           (Plaintiffs' Exhibit 63 was marked for

12        identification.)

13           THE WITNESS:  Yes.

14      Q.   (By Mr. Lutz)  And I know that some of these

15   members have Carpet and Rug Institute e-mail addresses

16   and/or carpet industry e-mail addresses, but it

17   appears that this purpose -- this communication is for

18   the board of Dalton Utilities.  Is that a fair

19   statement?

20      A.   Yes.

21      Q.   Okay.  Now, this is April 22nd of 2016, and

22   the subject is a CEO update.  Do you see that?

23      A.   Yes.

24      Q.   Okay.  And you state -- in the e-mail with

25   two stars, you said, "We received a phone call
```

1    yesterday from the EPD regarding PFCs.  The EPA will

2    soon reissue provisional health advisories on PFC

3    levels in the drinking water.  We were advised that

4    both the City of Rome and Chatsworth have levels that

5    will be in excess of these new levels and they're

6    drinking water.  We have started re-examining past

7    data collected on our facilities and will continue

8    additional research."

9         Did I read that right?

10    A.    Yes.

11    Q.    Okay.  Now, so the EPA is calling Dalton at

12    this time and advising them that the -- that the

13    limits for drinking water is going to be lowered to

14    70 parts per trillion; right?

15    A.    I believe so, yes.

16    Q.    Okay.  And then go on to tell you that "Both

17    Rome" -- they go on to tell Dalton Utilities that both

18    Rome and Chatsworth, their drinking waters are above

19    the -- the limits that the EPA is about to -- to set;

20    right?

21    A.    Correct.

22    Q.    Okay.  And both Rome and Chatsworth, they

23    are downstream from Dalton's land application system,

24    aren't they?

25    A.    Geographically, yes.

30(b)(6)                                                              Page 1214

```
 1        Q.   Yes.  And they -- they -- they -- they're
 2   downstream of the Conasauga River; isn't that right?
 3        A.   I think so, but not 100 percent sure.
 4        Q.   Okay.  Now, why -- why did the -- why did
 5   the EPD, the Georgia -- that's the environmental
 6   protection department; right?
 7        A.   Yes.
 8        Q.   Why did the Georgia EPD notify Dalton at
 9   this time that Chatsworth and -- and Rome had elevated
10   levels of PFAS in their drinking water source?
11        A.   I don't know what the reasoning was.
12        Q.   And you also stated you started re-examining
13   past data.  And I imagine that past data that you're
14   referring to PFAS sampling data; right?
15        A.   Yes.
16        Q.   Okay.  And why did you start to re-examine
17   the PFAS sampling data in 2016 when this new EPA
18   advisory limit was about to take effect?
19        A.   Just to refamiliarize ourselves what -- what
20   data we had collected.
21        Q.   Now, were you concerned at the time of these
22   communities downstream from -- from Dalton, were you
23   concerned about their -- their drinking water?
24             MS. MANN:  Object to form.
25             THE WITNESS:  Please restate the
```

1          question.  I'm sorry.

2          Q.    (By Mr. Lutz)  Sure.

3               Were you concerned about the drinking water

4     of these -- the drinking water -- strike that.

5               Were you -- at this time, was Dalton

6     Utilities concerned about the drinking water sources

7     for these downstream communities like Chatsworth and

8     Rome?

9          A.    I can't recall exactly what I was concerned

10    about.

11         Q.    Is it possible that you had a concern about

12    PFAS in the -- in the drinking water sources of

13    Chatsworth and Rome?

14               MS. MANN:  Object to form.

15               THE WITNESS:  Can you reformulate your

16         question, please?

17         Q.    (By Mr. Lutz)  Well, I'm just -- I'm just

18    trying to get -- I'm just trying to understand

19    whether -- whether Dalton Utilities had any concern at

20    this time about the -- the levels, the high levels

21    of -- of PFAS in the drinking water in both Rome and

22    Chatsworth that exceeded the advisory limits.

23               MS. MANN:  Object to form.

24               THE WITNESS:  Our concern, we would --

25         we would have been concerned, but probably

```
 1            more interested as to what was the source
 2            of those PFAS downstream.
 3       Q.   (By Mr. Lutz)  But, I mean, we've gone over
 4   a lot of this stuff.  I mean, you guys had a pretty
 5   good indication of what the source of the PFAS
 6   chemicals downstream from Dalton's land application
 7   system was; right?
 8            MS. MANN:  Object to form.
 9            THE WITNESS:  We were aware that there
10       were levels of PFAS downstream of Dalton
11       Utilities, but were not 100 percent
12       convinced as to what the source of those
13       were.
14       Q.   (By Mr. Lutz)  Not 100 percent convinced,
15   but you did -- there was a whole lot of indication
16   that the source of those PFAS chemicals was the
17   manufacturer -- manufacturing processes of the carpet
18   industry in Dalton, Georgia; right?
19       A.   There were additional sources between the
20   Dalton and the City of Rome and Chatsworth that could
21   have been a con- -- that we were or were not sure
22   could have or could not have been an additional
23   source.
24       Q.   Yeah, when you say there was additional
25   sources, did you ever look at the -- at the sampling
```

1    that was done between those -- those areas to

2    determine whether those areas could be additional

3    sources of PFAS?

4            MS. MANN:  Object to form.

5            THE WITNESS:  Yes, and the data -- I

6        can't recall if some of these --

7        Q.   (By Mr. Lutz)  If you want --

8        A.   I believe the data -- some of the sampling

9    that we did, I believe was done under privilege.

10       Q.   That's fine.  We'll move on because I can

11   represent to you, Mr. Bundros, that, you know, based

12   on the analysis that I've seen, the high levels of

13   PFAS were right around the land application system,

14   and the highest levels were right around the --

15       A.   Okay.

16       Q.   -- the land application system and the

17   Conasauga River.

18            Do you have any reason to dispute that?

19            MS. MANN:  Object to form, outside the

20        scope.

21            MR. CUSTER:  Object to form.

22       Q.   (By Mr. Lutz)  You can answer.

23       A.   We -- we may have data collected under

24   privilege that may challenge your statement.

25            MS. MANN:  And I'll just say that Mr.

```
 1        Bundros is not here to testify about the
 2        PFAS sampling.  I think other witnesses
 3        have sufficiently covered that.
 4             MR. LUTZ:  I understand.  All right.
 5        Q.   (By Mr. Lutz)  Well -- and then, you know,
 6   it says, "We've started re-examining past data
 7   collected at our facilities and will consider
 8   additional research."
 9             What additional research did you consider at
10   this time?
11        A.   I may be alluding to the additional research
12   and sampling that we did under privilege.
13        Q.   Well, did you consider researching how
14   the -- the PFAS chemicals got into the Conasauga
15   River?
16             MS. MANN:  Object to form and object
17        to scope.
18             THE WITNESS:  We would have been doing
19        that under privilege at this point.
20        Q.   (By Mr. Lutz)  Well, did you ever consider
21   researching and investigating whether the LAS was the
22   main culprit for the depositing PFAS chemicals into
23   the Conasauga River?
24             MS. MANN:  Object to form.  Object to
25        outside the scope of this witness's
```

1      designated topics.

2           THE WITNESS:  I should answer this?

3           MS. MANN:  Yes.

4      Q.   (By Mr. Lutz)  Yes.

5      A.   Okay.  That data, again, would have been

6  collected under privilege.

7      Q.   And are you aware whether that data has been

8  produced in this case?

9      A.   That data would be covered under privilege.

10     Q.   Okay.  Now, let me ask you this:  Were

11  you -- at this point in time, were you concerned

12  that -- of a lawsuit that could be filed against

13  Dalton Utilities in 2016 that would...

14     A.   I can't recall what my level of concern was

15  at that time.

16     Q.   Okay.  Now, did you ever -- did you ever --

17  you've heard of fate and transport; right?

18     A.   I'm not an expert in it, but, yeah, I've

19  heard of it.

20     Q.   It's kind of, like, how chemicals travel,

21  and -- and I'm not an expert in it either.  So I'm

22  probably about to butcher this definition.  So let

23  me -- let me go back and rephrase it.

24           So you've heard of fate and transport;

25  right?

1      A.    Yes.

2      **Q.    Okay.  And what is your understanding of**

3   **fate and transport?**

4      A.    It is the migration of aquifers underground.

5      **Q.    And it's the migration of how chemicals --**

6   **how chemicals migrate through water; right?**

7           MR. SCRIBNER:  Object to form, outside

8       the scope, speculation.

9           You may answer.

10          MS. MANN:  Same objection.

11          MR. LUTZ:  Well, let me strike that.

12          THE WITNESS:  My limited understanding

13      of it --

14          MR. MOORE:  Object to form.

15          MR. SCRIBNER:  We are so far beyond

16      the scope of this deposition, Ryan --

17          MR. LUTZ:  Let me strike -- hey --

18      hey -- be -- hush.  Hush.  Hush.

19          MR. SCRIBNER:  This is way beyond --

20      don't point at me and say hush.

21          MR. LUTZ:  Yeah, this is not --

22          MR. SCRIBNER:  Tell me how this ties

23      to one of your categories, please.

24          MR. LUTZ:  The board -- CRI minutes

25      that we're talking about, the 2016, are you

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

1    kidding me?

2        MR. SCRIBNER:  Correct.

3        MR. LUTZ:  Yeah, that's exactly right.

4        MR. SCRIBNER:  He's going to talk

5    about the connections --

6        MR. LUTZ:  That's exactly right.

7    We're talking --

8        MR. SCRIBNER:  -- with the CRI and

9    you're talking about fate and transport.

10       MR. LUTZ:  We're talking about the

11   2016 advisory limits and what happened.

12       MR. SCRIBNER:  I object.  It's not

13   even close.

14       MR. LUTZ:  Who cares if you object?

15       MR. SCRIBNER:  It's not even close.

16       MR. LUTZ:  Who cares if you object?

17   You stated it.  Now be quiet.

18       MR. SCRIBNER:  Keep asking your

19   questions.

20       MR. LUTZ:  Now be quiet.  Everybody

21   was quiet for you.  You be quiet and sit

22   down and let -- let me finish my

23   deposition; okay?

24       MR. SCRIBNER:  Are you done?

25       MR. LUTZ:  Yeah, I'm done.

```
 1              MR. SCRIBNER:  Okay.  Continue.
 2         Q.   (By Mr. Lutz)  All right.  So, Mr. Bundros,
 3    I'm sorry for that interruption.
 4              MR. LUTZ:  We'll go to the next
 5         document.  Let's go down to -- this is
 6         going to be Plaintiffs' Exhibit No. 64, and
 7         it's -- and it's my Document No. 99.
 8              (Plaintiffs' Exhibit 64 was marked for
 9         identification.)
10         Q.   (By Mr. Lutz)  And, Mr. Bundros, this is
11    a -- if you look at the -- if you look at the second
12    page, it -- it states, "The Carpet and Rug Institute
13    strategic issues leadership council meeting May 3rd,
14    2016."
15              You see that?
16         A.   Yes.
17         Q.   Okay.  And you see present was Tom Pendley
18    right there.  Do you see that?
19         A.   Yes.
20         Q.   Okay.  And he was a board member of Dalton
21    Utilities at the time of -- of this; right?
22         A.   Correct.
23         Q.   And Joe Yarbrough, you see him on here;
24    right?
25         A.   Yes.
```

```
 1        Q.   And just to refresh the jury's recollection,
 2   he was a member of both -- he was the chairman of
 3   Dalton's board at this time and the -- the president
 4   of the Carpet and Rug Institute; right?
 5        A.   Correct.
 6        Q.   All right.  Now, I'm going to ask you to go
 7   down, Mr. Bundros, to about the 13th page.  It'll --
 8   the heading on the very top is "Promotion panel
 9   report, May" -- it says 2106, but we -- I believe
10   that's a typo.
11        A.   Yes.  Okay.
12        Q.   May 2016.  You see that?
13        A.   Yes.
14        Q.   And it says, "Potential or emerging issues
15   to watch.  On May 19th, 2016, the EPA published a new
16   provisional healthcare advisement that reduced the
17   allowable amount of PFOA and PFOS in drinking water to
18   70 parts per trillion combined."
19             You see that?
20        A.   Yes.
21        Q.   Okay.  And then down below that it talks --
22   it's got a bullet point that says, "Rome, Georgia."
23   Do you see that?
24        A.   Yes.
25        Q.   "Rome, Georgia.  A May 29th article in the
```

```
 1    northwestgeorgianews.com, the Rome News-Tribune

 2    online, states that a sample taken from the Oostanaula

 3    showed 70 parts per -- 72 parts per trillion for PFOS

 4    and 39 parts per trillion for PFOA, or 111 combined.

 5    As a result, Rome switched its water intake to the

 6    Etowah River.  The article states, quote, The textile

 7    industry near Dalton is thought to be the source of

 8    the elevated levels locally, close quote.  The story

 9    notes that the carpeting contains no PFOA or PFOS."

10         You see that?

11    A.    Yes.

12    Q.    Okay.  Now, the city of -- or Dalton

13    Utilities knew at this time that Rome's central

14    drinking water source was now above levels that the

15    EPA had advised were safe; right?

16    A.    Repeat your question one more time.  I'm

17    sorry.

18         MR. LUTZ:  B.J., can you read that

19         back, please.

20         (The record was read by the reporter

21         as requested.)

22         THE WITNESS:  We had -- we had read

23         that, but did not have direct data -- we

24         had assembled to establish that.

25    Q.    (By Mr. Lutz)  Well, you didn't go down to
```

1    the City of Rome and sample its intake -- its drinking

2    water source intake, did you?

3        A.   No, we did not, not that I'm aware.

4        Q.   But you're not disputing in this case that

5    the City -- that the City of Rome did, in fact, sample

6    its water intake and it did, in fact, contain levels

7    of PFOA and PFOS that were above the advisory limit;

8    right?

9            MS. MANN:  Object to form.

10           MR. SCRIBNER:  Object to form.

11           You may answer.

12           THE WITNESS:  I read this report here

13       where I see that the combined was 111.

14       Q.   (By Mr. Lutz)  And that's more than 70 parts

15   per trillion; right?

16       A.   Correct.

17       Q.   And you were also notified by the Georgia

18   EPD that it was higher than the advisory limit; right?

19   We just went over that.

20           MS. MANN:  Object to form,

21       mischaracterizes testimony.

22       Q.   (By Mr. Lutz)  We just -- and, Mr. Bundros,

23   I'm not trying to trick you, but we just -- I just

24   showed you an e-mail where you e-mailed the entire --

25   or part of the Dalton board about the discussion that

1    you had with the EPD where they alerted you that --

2    that the drinking water in both Chatsworth and Rome

3    were above the advisory limits.  You remember that?

4        A.   Yes.

5        Q.   Okay.  So not only were you aware that the

6    advisory -- that the drinking water in Rome was above

7    the advisory limits from this -- this -- from the EPD,

8    but also from the -- from the news article; right?

9             MS. MANN:  Object to form.

10       Q.   (By Mr. Lutz)  Strike that.  We can go on.

11            Do you know, as we sit here today, what Rome

12   had to do -- what emergency measures that the City of

13   Rome had to take to try to get these -- this 111 parts

14   per trillion combined of PFOA and PFOS below the EPA's

15   advisory limit of 70 parts per trillion?

16            MR. SCRIBNER:  Object to form.

17            MS. MANN:  Object to form.

18            MR. RADNEY:  Object to form.

19            MR. SCRIBNER:  You may answer.

20            THE WITNESS:  I don't know.

21       Q.   (By Mr. Lutz)  Did you ever try to find that

22   out?

23       A.   No, I did not.

24       Q.   Now, we've talked about it earlier today,

25   but the City of Dalton didn't have the problem that

1    the City of Rome was facing with respect to exceeding

2    the 70 parts per trillion of PFOA and PFOS in their

3    water at this time, did they?

4              MR. SCRIBNER:  Object to form.

5              You may answer.

6              THE WITNESS:  Dalton Utilities'

7         drinking water was in regulatory compliance

8         with -- with EPD -- with EPD.

9         Q.   (By Mr. Lutz)  Yeah, I guess my point,

10   though, is we looked at that e-mail earlier today --

11        A.   Yes.

12        Q.   -- where you were quoted to the Dalton Times

13   as saying there was no PFOA or PFOS in Dalton's

14   drinking water.

15              You remember that?

16        A.   Yes.

17        Q.   Now, Mr. Bundros, if you will, if you'll

18   look at -- at Plaintiffs' Exhibit -- or my Document

19   No. 94, and this is going to be Plaintiffs' Exhibit

20   No. 65.  And this is an e-mail from you -- it appears,

21   again, to be from you to the Dalton Utilities board of

22   October 7th of 2016.  Do you see that?

23              (Plaintiffs' Exhibit 65 was marked for

24         identification.)

25              THE WITNESS:  Yes.

1     Q.   (By Mr. Lutz)  Okay.  And I want to -- I'm

2  going to skip some paragraphs, but one of the

3  paragraphs that's three-quarters of the way down the

4  page, it starts with "We."

5           "We have responded to several requests this

6  week for sample data from the last round of PFC

7  sampling we have done on our pretreatment customers."

8           You see that?

9     A.   Yes.

10     Q.   "Of our 51 such customers, we have

11  personally talked to the 13 customers that have

12  combined PFOA and PFOS greater than the EPA health

13  advisory level of .07 parts per billion, or 70 parts

14  per trillion."

15           You see that?

16     A.   Yes.

17     Q.   Okay.

18           "During those conversations, we have made

19  them aware that their sampling results exceed the

20  EPA's new level and that they need to take steps to

21  reduce those levels."

22           You see that?

23     A.   Yes.

24     Q.   Okay.  Now, do you know whether the carpet

25  industry actually took any steps to reduce those

1    levels?

2        A.    No, I do not.

3        Q.    "And additionally, we have told them that we

4    may be required to disclose their names to the Daily

5    Citizen if we were asked to do -- asked to."

6            You see that?

7        A.    Yes.

8        Q.    And did you actually disclose the names of

9    these carpet mills who exceeded the advisory limit of

10   70 parts per trillion in the wastewater?

11       A.    I cannot recall.

12           MR. LUTZ:    I'm going to pass -- Mr.

13       Bundros, I appreciate your time, and I'm

14       going to pass the witness.

15           Thank you.

16           We can go off for a second.

17           VIDEOGRAPHER:    The time is 2:33.

18       We're off the record.

19           (A recess was taken.)

20           VIDEOGRAPHER:    The time is 2:35.

21       We're back on the record.

22   EXAMINATION

23   BY MR. FRIEDMAN:

24       Q.    Good afternoon, Mr. Bundros.

25       A.    Good afternoon.

1      Q.    My name is Jeff Friedman.  You know, in

2   depositions like this, usually we start out, and

3   everybody goes around the room introducing themselves.

4   We've been here all week, and we've become a little

5   lax in our formalities, but I want to take just a

6   minute to introduce myself.

7           I'm Jeff Friedman.  This is Andy Davis.  We

8   represent the City of Rome, Georgia.  You understand

9   in this deposition it's -- thanks to your lawyers'

10  scheduling efforts and coordination, it involves

11  multiple lawsuits, so you don't have to give

12  depositions over and over in different cases.  And

13  that -- and that should or hopefully account for the

14  fact that we're coming up and asking some questions on

15  behalf of Rome.

16          I will try not to duplicate the questions

17  you've already been asked and hopefully be efficient.

18  And I might -- in my efforts to be efficient, sir, I

19  may jump around on topics, and if you don't follow

20  where I'm going, just please tell me.

21     A.    Okay.

22     Q.    And I'll back up and try to give context to

23  some of these questions.

24          We're covering a lot of ground, and some of

25  which you -- you possibly prepared for other things

1    that have been thrown at you today, you may not have

2    looked at.  I appreciate that.  I'll try to stay on

3    script as much as I can; okay?  So with that

4    introduction, let me begin my questioning.

5            You've told us you're the CEO of Dalton

6    Utilities; right?

7    A.   Correct.

8    Q.   And you're a graduate of UNC Greensboro, so

9    that would make you a Spartan; right?

10   A.   Yes.

11   Q.   I've spent many afternoons up there.  I'll

12   talk to you about that another time.  But it's a

13   beautiful campus.  I will give you that.  And you've

14   got an undergrad and master's degree there?

15   A.   Yes.

16   Q.   When you talk about the services -- when we

17   talk about the services provided by Dalton Utilities,

18   we are talking about electricity.

19   A.   Correct.

20   Q.   We're talking about natural gas.

21   A.   Yes.

22   Q.   We're talking about providing water.

23   A.   Yes.

24   Q.   For industrial purposes as well as drinking

25   purposes.

```
 1      A.    Yes.

 2      Q.    And we're talking about wastewater

 3   treatment.

 4      A.    Yes.

 5      Q.    In addition, I understand that Dalton

 6   Utilities has gotten into things like providing

 7   Internet access or that type of thing.

 8      A.    Correct.

 9      Q.    So it's a diverse type of company.

10      A.    Very much so.

11      Q.    And you sit at the pinnacle of it, at the

12   top, and you can't be expected to micromanage every

13   facet of the company; right?

14      A.    Correct.

15      Q.    So I think I know that much about CEOs, but

16   I've never been one, but I understand you have a lot

17   of responsibilities.  So there will be a lot of

18   things --

19           MR. FRIEDMAN:   Thank you.

20      Q.    (By Mr. Friedman)  There will be a lot of

21   things that you know about it from a high level and

22   not from a day-to-day, boots-on-the-ground

23   perspective --

24      A.    Very much so.

25      Q.    -- is that fair?
```

1          And so if you're -- if there's something I
2    ask you that you're not involved in or don't have any
3    knowledge of, that's fine.  I understand that.  But to
4    the extent there are some questions that we want to
5    get on the record, and they may seem obvious to you, I
6    just want to touch on those.  And here's an example.
7          So all these things about
8    perfluorochemicals, PFOS and PFOA and all those
9    chemicals, I just want to get this on the record.
10   Dalton Utilities does not make them and never has made
11   them.
12        A.   Correct.
13        Q.   Dalton Utilities does not use them and never
14   has used them.
15        A.   Correct.
16             MR. RADNEY:  Object to form.
17        Q.   (By Mr. Friedman)  Dalton Utilities has
18   never given advice on how to use perflurochemicals or
19   how to apply them.
20        A.   Correct.
21        Q.   Dalton Utilities has never made a dime
22   from -- or let me make -- never made one cent from a
23   carpet manufacturer applying a perfluorochemical such
24   as Scotchgard to its carpets.
25        A.   Correct.

```
 1      Q.    I may have not said that question -- I may
 2   not have asked that perfectly.
 3            When carpet manufacturers apply chemicals to
 4   treat their carpet for soil resistance, that's
 5   something that the carpet manufacturers do without any
 6   input or involvement by Dalton Utilities.
 7      A.    Correct.
 8      Q.    All right.  And if any profit is derived
 9   from the manufacture of these chemicals or the
10   application of these chemicals, it has no relationship
11   whatsoever to Dalton Utilities, does it?
12      A.    Correct.
13      Q.    And as a matter of fact, y'all don't charge
14   a higher wastewater rate because someone uses --
15   someone being a -- a -- a commercial customer --
16   because they use those chemicals, they are not charged
17   a higher rate for treating their water.
18      A.    Correct.
19      Q.    All right.  So you learn what you can about
20   them, but y'all are not in the business of making
21   them, distribute -- distributing them or anything
22   else; right?
23      A.    Correct.
24      Q.    Okay.  Now, you were asked a question today
25   about the relationship between Dalton Utilities and
```

1    the carpet manufacturing industry.  You were asked a

2    lot of questions about that.  I heard one of your

3    answers that you didn't get to finish.

4              And when you were asked about the

5    relationship between Dalton Utilities and the carpet

6    manufacturers, I think I heard you say it was

7    symbiotic, or you were starting to say it was

8    symbiotic.  Did I remember that correctly?

9        A.   Yes, and I'm not sure that was the best

10   word.

11       Q.   Okay.  Well, I -- I wasn't sure I understood

12   at the time, so I went back and looked at that.  And

13   according to Webster's, symbiotic is -- is a

14   relationship characterized by being -- by having two

15   or more entities that are interdependent on one

16   another.

17       A.   That's why I said I did not -- probably did

18   not pick the best word.

19       Q.   But would you agree -- okay.  And I want to

20   follow up on that.

21       A.   Yeah.

22       Q.   Would you agree with me, though, that

23   there's some level of dependency between the two

24   entities?

25       A.   To the extent that any business is dependent

1    on its customers and its customers is depending on --

2    on its business for service or a product.

3        Q.   Yeah.  That's fair.

4        A.   That's how business works.

5        Q.   So your customers would be dependent --

6    dependent on -- on Dalton Utilities to provide power;

7    right?

8        A.   Uh-huh (affirmative).

9        Q.   For which you charge; correct?

10       A.   Correct.

11       Q.   Water, for which you charge.

12       A.   Yes.

13       Q.   Handling of wastewater for which you charge,

14   probably not enough, but you charge it; right?

15       A.   Yes.

16            MS. MANN:  Object to form.

17       Q.   (By Mr. Friedman)  And -- and -- and any

18   other services, whether it's broadband or whatever,

19   they -- you provide those to the carpet manufacturing

20   industry and they pay you for that.

21       A.   Yes.

22       Q.   On the other hand, the carpet industry

23   depends on Dalton Utilities for treating their

24   wastewater; right?

25       A.   Uh-huh (affirmative).  Yes.

```
 1        Q.    Providing water.

 2        A.    Yes.

 3        Q.    Providing electricity and gas, and for which

 4   they -- they pay you for that service.

 5        A.    Correct.

 6        Q.    And so there's a dependency -- I don't know

 7   if it's a codependency or symbiotic relationship, but

 8   you have a close working relationship.

 9        A.    Yes.  And the reason I -- I'm -- I guess the

10   point I'd like to make is Dalton Utilities has made

11   significant investments in utility infrastructure.  If

12   the carpet industry was not there, financially, we

13   would be significantly impaired because we would have

14   significant fixed expenses that we would -- we would

15   have no place to procure revenue from.

16        Q.    Right.  And -- and I understand as a

17   layperson how that works.  You -- you issue bonds;

18   right?

19        A.    Correct.

20        Q.    And you -- you get capital, and you invest

21   this capital in a huge infrastructure to be able to

22   provide services.

23        A.    Yes.

24        Q.    And those services are enjoyed not just by

25   the carpet manufacturers, but for residents of the
```

1    area; right?

2        A.   Yes.

3        Q.   And you do business not just in Dalton, but

4    across several counties, as I understand it.   For

5    different --

6        A.   That is a true statement for our natural gas

7    sector.   In our broadband sector, we are in two

8    counties.   For water and waste -- wastewater, pretty

9    much limited to Whitfield County and very small parts

10   of Murray County.

11       Q.   Okay.

12       A.   Electricity is solely limited to the City of

13   Dalton and to customer choice jobs inside of Whitfield

14   County.

15       Q.   So the other thing like the gas, that's a --

16   what counties does that involve?

17       A.   For gas, we are in Whitfield, we are in

18   Bartow, and I feel like there might be another county,

19   but I can't --

20       Q.   Floyd County?

21       A.   Yes, sir.   Thank you.

22       Q.   That's -- that's who we represent, so...

23       A.   Yeah.   Yeah.

24       Q.   The citizens of Rome.

25            So I know you're originally from -- from

```
 1   North Carolina, but you've lived here most of your

 2   adult life, in Dalton; right?

 3        A.   No, that's not a true statement.

 4        Q.   Okay.  Help me with that.

 5        A.   I moved to Dalton in 1997.

 6        Q.   Okay.  Are you originally from North

 7   Carolina?

 8        A.   From about the age of 18 months on.

 9        Q.   Okay.  Then I got that right.

10        A.   Yes.

11        Q.   Okay.  So you've never resided in Rome or

12   Floyd County, have you?

13        A.   Correct.

14        Q.   You never drank any water down there?

15        A.   It's been years since I visited Rome.

16        Q.   Okay.  All right.  As CEO -- I'm changing

17   gears now and touching -- trying to touch on some

18   high-level stuff.  When I say high level, doesn't mean

19   it's necessarily important, but from an overview

20   standpoint.

21             As the CEO with responsibility for many

22   different things, do you try to make it a practice to

23   keep up with important regulatory matters?

24        A.   Yes.

25        Q.   All right.  And do you also try to make it a
```

1    practice to keep up with important developments in

2    environmental regulations?

3        A.   Yes.

4        Q.   For example -- I'll give you a for example.

5    Yesterday in the paper I read that the State of

6    Maryland, that their state senate voted to outlaw use

7    of all perfluorochemicals.  Did you see that?

8        A.   No, I did not.

9        Q.   You are aware, are you not, that many states

10   have adopted their own limits on what would be a safe

11   limit for perfluorochemicals in drinking water?

12       A.   I have heard of that, yes.

13       Q.   Some of them much, much lower than the EPA

14   lifetime health advisory of 70 parts per trillion.

15   Some as low as ten or 12 parts per trillion, you've

16   heard -- you're familiar with that?

17            MR. SCRIBNER:  Object to form.

18            You may answer.

19            THE WITNESS:  I wasn't aware of those

20    exact numbers.

21       Q.   (By Mr. Friedman)  But you're aware of many

22   states have enacted their own standards.

23       A.   Correct.

24       Q.   And you've told us and I've written it down,

25   that y'all rely on the regulators, EPA and Georgia

1    Environmental -- EPD; is that right?

2        A.   Yes.

3        Q.   -- to give you guidance on -- on regulations

4    that apply to water treatment or -- or safe water for

5    example; right?

6        A.   Yes.

7        Q.   Okay.  Now, in the vein of following up on

8    important environmental matters, have you followed the

9    events that have taken place in Chattooga County

10   involving the city of Summerville, Georgia?

11       A.   I have not.

12       Q.   Okay.  Have you -- and I want to make this a

13   little more specific to see if it refreshes your

14   recollection.  Have you heard that the Georgia EPD

15   shut down for a time the Summerville water supply

16   because it exceeded 70 parts per trillion in finished

17   water?

18       A.   I do not recall.

19            MR. MOORE:  Object to form.

20       Q.   (By Mr. Friedman)  Is that news to you?

21       A.   Yes.

22       Q.   Have you heard or do you know that the

23   Georgia EPD is -- is enforcing a de facto limit of 70

24   parts per trillion on a combined limit of PFOS and

25   PFOA, which is the same as the EPA lifetime health

1    advisory in -- for water utilities that provide water,

2    finished water to citizens in the state?

3        A.    I am aware of that.

4            MR. MOORE:  Object to form.

5        Q.    (By Mr. Friedman)  Now, in relying on

6    information provided to you -- or guidance was your

7    word.  I'm going to use that word -- guidance provided

8    to you at Dalton Utilities by the EPA and the Georgia

9    Department of Environmental regulations, would you

10   also rely or at least accept information from your

11   licensed or permitted industrial users?

12           MS. MANN:  Object to form.

13           MR. RADNEY:  Object to form.

14       Q.    (By Mr. Friedman)  Let me state that

15   question a different way; okay?

16           If your permitted users had information that

17   they were provided by chemical manufacturers

18   concerning how particular contaminants should be used

19   that is relevant to Dalton Utilities' treatment of

20   wastewater, would you pay attention to that if it were

21   shared with you?

22           MR. RADNEY:  Object to form.

23           MS. MANN:  Object to form and to the

24        scope.

25           MR. SCRIBNER:  Same objection.

```
 1        Q.   (By Mr. Friedman)  You can answer.
 2        A.   During the course of any decision-making
 3   regarding operation of the utility, I consider
 4   information from all sources, but -- okay.  That's --
 5   that's the end of my response.
 6        Q.   Right.  And, look, I want to just make
 7   this -- I'm not playing hide the ball.  I'm just going
 8   to put this right out there.  If your -- if your
 9   carpet manufacturers had been told for years that they
10   shouldn't put these perfluorochemicals in their
11   wastewater, A, would you expect them to do that if
12   that's what they were told by the chemical
13   manufacturers?
14             MR. SCRIBNER:  Object to form,
15        misstates facts.
16             You may answer.
17             MS. MANN:  Object to form.
18             MR. CUSTER:  Same objection.
19        Q.   (By Mr. Friedman)  You can answer.
20        A.   Listening to the objections, I forgot the
21   original question.
22        Q.   That was their intent.  We'll read it back
23   to you.
24             (The record was read by the reporter
25        as requested.)
```

1             MS. MANN:  Same objection.

2             THE WITNESS:  I would expect our

3        industrial customers to be compliant with

4        pretreatment -- with our pretreatment

5        policies that are a direct reflection of

6        the regulations that we are required to

7        keep under our permits.

8        Q.   (By Mr. Friedman)  Okay.  My question -- all

9   right.  I understand your answer, and I -- as I

10  understood your answer, you expect them to follow your

11  regulations.

12       A.   Yes.

13       Q.   Regulations promulgated by --

14       A.   Regulated by our regulators.

15       Q.   That are -- that are issued by regulators

16  and given to Dalton --

17       A.   Yeah.

18       Q.   -- Utilities?

19       A.   I cannot speculate as to what our industrial

20  customers should or should not be doing with any

21  information they should receive from their upstream

22  providers.

23       Q.   So if a chemical manufacturer tells them,

24  Don't put these perfluorochemicals in the wastewater,

25  you've taken no position on that.

```
 1            MR. SCRIBNER:  Object to form.

 2            MR. CUSTER:  Objection, misstates the

 3       evidence.

 4            You can answer.

 5       Q.   (By Mr. Friedman)  You may answer.

 6       A.   I will come back that it's not in a position

 7   to dictate to industrial customers how to operate the

 8   business beyond what is required of them to be in

 9   compliance -- in -- what is required of them in order

10   for us to be in compliance with our permits.

11       Q.   Let me ask you this question.  It's a little

12   bit different.  Do you know that studies have been

13   done -- have been performed by chemical manufacturers

14   of impact to the environment and risk management

15   pertaining to the use of perfluorochemicals by carpet

16   manufacturers here in Dalton?

17            MR. RADNEY:  Object to form.

18            THE WITNESS:  I'm not aware that the

19       chemical -- of any studies actually done by

20       chemical manufacturers.

21       Q.   (By Mr. Friedman)  What about carpet

22   manufacturers?

23       A.   I am not aware of studies that they have

24   done.

25       Q.   None -- no information of that nature has
```

```
 1    ever been shared with Dalton Utilities, has it?

 2         A.    Correct.

 3         Q.    And as a CEO, you understand what risk

 4    management is, don't you?

 5         A.    Yes.

 6         Q.    That includes potential liability for

 7    environmental claims, tort liability, harm to the

 8    public.  All of that goes into risk management,

 9    doesn't it --

10         A.    Correct.

11         Q.    -- in the broad sense?

12               And environmental harm -- let me put it this

13    way if I can get the language right.  Ecological

14    impact as a broad topic relate -- as it pertains to

15    chemicals would pertain to the impact that those

16    chemicals may have when released into the environment;

17    right?

18         A.    Yes.

19         Q.    And just so that we're communicating on the

20    same level, no chemical manufacturer, such as 3M or

21    DuPont or Daikin, none of those chemical manufacturers

22    have ever shared any studies that they have done with

23    Dalton Utilities.

24         A.    Correct.

25         Q.    And the same thing would be true for carpet
```

1  makers like Mohawk and Shaw.  They've never shared any

2  studies they've done on ecological impact or risk

3  management pertaining to perfluorochemicals with

4  Dalton Utilities.

5      A.   Correct.

6      Q.   And your chemical manufacturer -- excuse me.

7           And your carpet manufacturers have never

8  shared any information with Dalton Utilities

9  pertaining to instructions that they were given not to

10 put these chemicals in their wastewater.

11          MR. SCRIBNER:  Object to form.

12          MR. CUSTER:  Same objection.

13          MR. SCRIBNER:  You may answer.

14     Q.   (By Mr. Friedman)  It's different from my

15 last question; okay?  My last question was would you

16 expect them to follow, and we got your answer.  This

17 is purely have they ever shared that type of

18 information with Dalton Utilities?

19          MR. SCRIBNER:  Same objection.

20     Q.   (By Mr. Friedman)  You can answer.

21          MR. CUSTER:  Same objection.

22          THE WITNESS:  The only sharing that

23     I'm aware of is from having read the

24     documented meeting minutes of CRI from CRI.

25     Q.   (By Mr. Friedman)  And that would have been

```
 1   the sharing of information with Mr. Cope --
 2        A.   Correct.
 3        Q.   -- not yourself.
 4        A.   Correct.
 5        Q.   Now, you -- since you have been CEO, you
 6   don't attend Carpet and Research Institute --
 7        A.   I've never attended a CRI meeting.
 8        Q.   And why is that?  Just good judgment?
 9        A.   I've never been --
10             MS. MANN:  Object to form.
11             THE WITNESS:  I've never been invited
12        nor expressed an interest to attend.
13        Q.   (By Mr. Friedman)  You mean they haven't
14   invited you?
15        A.   No.
16        Q.   Well, they've invited you to receptions
17   they've had for senate candidates, haven't they?
18        A.   Yes.
19        Q.   They've invited you to receptions they've
20   had for local politicians, haven't they?
21        A.   That was not done -- it may have been done
22   by a CRI employee, but it was not done as a CRI
23   fundraiser for a politician.
24        Q.   I'm not talking about fundraisers.  I'm
25   talking about get-togethers.
```

```
 1      A.    Yeah.
 2      Q.    You know as well as I knew the Carpet and
 3   Rug Institute is a political force, aren't they?
 4            MS. MANN:  Object to form.
 5            MR. SCRIBNER:  Object to form.
 6            MR. CUSTER:  Same objection.
 7            THE WITNESS:  I view them as being an
 8      industrial -- what was the word I used
 9      earlier?  Kind of an industrial trade
10      group.
11      Q.    (By Mr. Friedman)  Sure.  It's one that
12   senate candidates would like to rub elbows with;
13   right?
14            MR. SCRIBNER:  Object to form.
15            MS. MANN:  Object to form.
16            MR. CUSTER:  Object to form.
17            THE WITNESS:  I imagine any elected
18      official would be interested in talking to
19      an industrial group.
20      Q.    (By Mr. Friedman)  Sure.  Coming up here to
21   Dalton to do it, too; right?
22      A.    Yes.
23      Q.    And they have cocktails and they have
24   dinners and they have music, right, all those things?
25      A.    I -- those events that you describe, I have
```

```
 1   not attended.
 2        Q.   You've been invited to them.
 3        A.   I don't recall being invited to them.
 4        Q.   Well, what are the ones that you have
 5   attended?
 6        A.   I have been -- I have been to political
 7   fundraisers in which I was invited to by a CRI
 8   employee --
 9        Q.   Okay.
10        A.   -- but not -- it was through -- the
11   invitation was through a relationship other than that
12   between Dalton Utilities and CRI.
13        Q.   If you wanted to come to one of their board
14   meetings or one of their events, you know as well as I
15   do the Carpet and Rug Institute would trample each
16   other trying to get to the door to open it for you,
17   wouldn't they?
18             MR. SCRIBNER:  Object to form.
19             MR. CUSTER:  Object to form.
20             MS. MANN:  Object to form.
21             THE WITNESS:  I don't know.
22        Q.   (By Mr. Friedman)  Well, they would give you
23   a warm reception; how about that?
24             MS. MANN:  Object to form.
25        Q.   (By Mr. Friedman)  Right?
```

```
 1        A.   I really don't know.
 2        Q.   I want to follow up on CRI just a minute.
 3   Do you know from your review of -- of Don Cope's
 4   minutes or any other documents from Mr. Cope that CRI,
 5   carpet and research institute, has sent delegations to
 6   Washington -- to Washington, D.C. to meet with
 7   politicians.
 8        A.   I do not know that.
 9        Q.   Do you know that the Carpet and Rug
10   Institute has sent delegations to Atlanta, Georgia to
11   lobby politicians on the state level?
12        A.   I do not know that directly.
13        Q.   Well, do you know that from reading the
14   minutes?
15        A.   Yes.
16        Q.   Okay.  And do you know from reading the
17   minutes that they've --
18        A.   Well, I will stand corrected.  Nothing I
19   read in the minutes indicated that they were sending
20   CRI representatives for any type of political lobbying
21   in Atlanta.
22        Q.   What about for meetings with the Georgia
23   Environmental Protection Division?  Did you see those
24   minutes?
25        A.   I saw minutes that referenced their
```

```
 1  discussions with the EPD.
 2      Q.   And meetings with the EPD?
 3      A.   I go back to what I am recalling is I saw
 4  minutes in which they had discussions with the EPD.
 5      Q.   And I don't want to get documents out and go
 6  line for line --
 7      A.   Yeah.
 8      Q.   -- because you weren't there and I wasn't
 9  there --
10      A.   Correct.
11      Q.   -- but the minutes reflected what they did.
12      A.   There was discussions, but I don't recall it
13  exactly saying that they met face-to-face.
14      Q.   Do you ever remember a set of minutes that
15  talk about they wanted to set up a, quote, private,
16  close quote, meeting with representatives of the EPD
17  to discuss perfluorochemicals, the same chemicals that
18  we're talking about in this lawsuit?
19           MR. CUSTER:  Object to form.
20           THE WITNESS:  I do not recall seeing
21        those minutes.
22      Q.   (By Mr. Friedman)  So changing gears just a
23  second, talking about -- I want to talk about reverse
24  osmosis.  I wrote down in the questioning that you
25  were involved in in respect -- with respect to a
```

1   question that Ryan asked you, and you said, "If

2   Rome -- if they want RO, they should be prepared to

3   pay for it."

4           Do you remember that answer?

5      A.   Yes.

6      Q.   And I think you referred to reverse osmosis,

7   or RO, as the, quote, gold standard, close quote,

8   regarding water filtration.

9      A.   Correct.

10     Q.   I would like to show you -- and I have to

11  pull it up on the -- on the screen, if we could.  This

12  is going to be Exhibit 47 from Jim Kotsmith's

13  deposition.

14          And this, what I'm going to show you, is

15  a -- it's a document prepared by a -- by a scientist,

16  an environmental scientist by the name of Mike

17  Santoro.  Do you see that on the first page of the

18  document there?

19          MS. MANN:  We don't have it yet.

20          Is this a document you've entered

21     before?

22          MR. FRIEDMAN:  Yes.  It's Exhibit 47

23     to -- to Mike Kotsmith -- Jim Kotsmith's

24     deposition, a 3M representative.

25          MS. MANN:  But you've not entered it

1       in this deposition?

2           MR. FRIEDMAN:  No, but after we pull

3       it up on the screen, we're going to make it

4       an exhibit here.

5           TECHNICIAN:  Jeff, what was it called

6       in your tab?

7           MR. FRIEDMAN:  That great exhibit.

8           TECHNICIAN:  I gotcha.

9           MR. FRIEDMAN:  It's called Exhibit 47

10      to Jim Kotsmith's deposition.

11          TECHNICIAN:  The only one I have is

12      the 46.

13          MR. FRIEDMAN:  Okay.  Maybe it's 46.

14          It's 47.  3M Exhibit 47.

15          TECHNICIAN:  Okay.  Jeff, give me a

16      minute because Matt just told me that it's

17      not in this right now.  Give me a second;

18      okay?

19          MR. FRIEDMAN:  Matt, stay out of this.

20      Q.   (By Mr. Friedman)  So we took a deposition

21   of a representative of 3M, and we asked them to give

22   us some of their documents, which they did.  One of

23   the documents that was produced was a document

24   concerning perfluorochemicals, PFOS, PFOA, and

25   short-chain perfluorochemicals that were used for the

1    treatment of carpets for soil repellency.

2            And I'm going to show you a study that was

3    provided to us that was done by a scientist by the

4    name of -- or Mike Santoro, which is employed by 3M.

5            MS. FRIEDMAN:  Do we have it yet?

6            MR. RADNEY:  Let me object to the

7        preamble.

8        Q.   (By Mr. Friedman)  Okay.  Well, let's go on.

9    I thought it was ready to be pulled up, but I was

10   obviously mistaken.

11           So I want to make sure I understand your

12   answer with respect to this reverse osmosis issue.

13   Reverse osmosis, you're familiar with various types of

14   filtration systems to remove perfluorochemicals from

15   water; right?

16       A.   I'm aware of maybe one or two, yes.

17       Q.   Okay.  And one of them that you're familiar

18   with is reverse osmosis, because we kind of talked

19   about it.

20       A.   Yes.

21       Q.   You believe that's up at the top -- very top

22   shelf type of filtration.

23       A.   Yes, sir.

24       Q.   And there -- there are some very elementary

25   type of filtration systems, like sand filters and

1    things that have been around for hundreds of years

2    that would be more on the bottom end of filtration;

3    right?

4         A.    Correct.

5         Q.    And we have established in this case and the

6    witnesses leading up to your questioning that -- that

7    there are basically two standards for dealing with

8    water.  In other words, there's a standard on the

9    drinking water side that regulates certain standards

10   that have to be made to provide water to customers for

11   their drinking; right?

12            You have to actually answer.

13            MR. MOORE:  Object to form.

14            THE WITNESS:  Yes.  Yes.  Excuse me.

15        Q.    (By Mr. Friedman)  Then there's standards

16   for treatment of wastewater and that type of thing,

17   which is on the other end.

18        A.    Correct.

19        Q.    And you were -- Ryan read you some language

20   from the EPA that had to do with the lifetime health

21   advisory.  You remember him going through that and the

22   cancer risk and the different warnings that were in

23   their information?  You remember that?

24        A.    Yes.

25        Q.    And that is that a water -- and those

1  pertain to water standards as they -- as they pertain

2  to PFOS and PFOA and a combined limit of 70 parts per

3  trillion in drinking water; right?

4       A.   Correct.

5       Q.   Now, I want --

6            MR. MOORE:  Object to form.

7       Q.   (By Mr. Friedman)  In going back to this RO

8  system, I -- that would be a system that would be used

9  for the treatment of drinking water; correct?

10      A.   Yes.

11      Q.   All right.  This is the exhibit from Jim

12  Kotsmith's folder on the ShareFile.  No. 47.

13           And do you see the first page of that?

14           Is it up?

15           MS. MANN:  Yeah, we can see it.

16      Q.   (By Mr. Friedman)  All right.  So the first

17  page has environmental, and it talks -- it has

18  Mr. Santoro's name.

19      A.   Okay.

20      Q.   And if you would go to the seventh page, it

21  talks about the range of potential environmental

22  effects of perfluorochemicals.  Are you with me there?

23      A.   Yes.

24      Q.   It has five bullet points.  I want to talk

25  about the first three.  It says, "Range of potential

1    environmental effects."  The first one is persistence,

2    the second one is bioaccumulation and the third one is

3    toxicity; all right?

4            Those three environmental effects are

5    referred to sometimes as PBTs or a PBT.  Have you ever

6    heard the term "PBT" used in -- in reference to a

7    perfluorochemical?

8    A.    No.

9    Q.    None of your -- none of your customers --

10           MR. MOORE:  Object to form.

11   Q.    (By Mr. Friedman)  None of your customers

12   have ever said these perfluorochemicals are considered

13   PBTs?

14   A.    No.

15   Q.    As a -- as a CEO for a utility responsible

16   for treating wastewater, if one of your customers was

17   using a PBT, would that set off any alarms or is that

18   something I'd have to ask a person more directly

19   involved in treatment?

20           MR. RADNEY:  Object to form.

21           MS. MANN:  Object to form.

22   Q.    (By Mr. Friedman)  You can answer.

23   A.    I would have to rely on someone in my

24   organization that is a subject matter expert on

25   wastewater treatment in order to discern what does the

```
 1    acronym "PBT" refer to.

 2         Q.   Got you.

 3              Now, if you go down to Page 13, it talks

 4    about FC, and it's a -- exposure assessment plan.  You

 5    see that?

 6         A.   Yes.

 7         Q.   And the FC, I'll represent to you, stands

 8    for fluorochemical.  But it talks about -- remember

 9    before I asked you about risk management and

10    ecological risk assessment programs?  Do you see that

11    referenced in those bottom two boxes there?

12         A.   Yes.

13         Q.   So it gives you a little context if -- does

14    it not, as to what this document is talking about?

15              MR. RADNEY:  Object to form.

16              MS. MANN:  Object to form.

17         Q.   (By Mr. Friedman) I'll move on.  I'll move

18    on.

19              I want you to look at the summary of initial

20    findings, which is your final Page 15.  Do you see

21    that?

22         A.   Yes.

23         Q.   And it says, "PFOS is a stable compound in

24    the environment."

25              Did I read that correctly?
```

1    A.   Yes.

2        Q.   This document was put together in the late

3    '90s.  In the late '90s, did any manufacturing --

4    carpet manufacturing companies or chemical

5    manufacturers ever share with you that PFOS is a

6    stable compound in the environment?

7            MR. RADNEY:  Object to form.

8            THE WITNESS:  Not during the late

9        '90s.

10       Q.   (By Mr. Friedman)  And then the next one --

11   topic, "PFOS is very mobile in the aquatic

12   environment."

13           Did I read that correctly?

14   A.   Yes.

15       Q.   Did the chemical manufacturers or the carpet

16   manufacturers ever share that information with Dalton

17   Utilities going back to the late '90s?

18   A.   I'm not aware that they did, no.

19       Q.   And the next -- the next topic, "PFOS

20   bioconcentrates."

21           Did I read that correctly?

22   A.   Yes.

23       Q.   Do you know what bioconcentration means?

24   A.   That once entered into -- an organism, into

25   the body of a living organism, it never disperses,

```
 1    almost analogous to lead.
 2        Q.   Yeah.  Never disperses, and it builds up
 3    over time; right?
 4        A.   Yes.
 5        Q.   Do you think that -- that any company has
 6    the right to put something into the environment that
 7    bioconcentrates in your tissues and in your blood
 8    without your permission?
 9            MS. MANN:  Object to form.
10            MR. RADNEY:  Object to form.
11            MR. CUSTER:  Object to form.
12        Q.   (By Mr. Friedman)  Don't you have a
13    fundamental problem with that, as a -- not as a CEO,
14    but as a human being?
15            MR. RADNEY:  Object to form.
16            MS. MANN:  Object to form.
17            THE WITNESS:  I -- I'm not a
18        scientist.  I'm not a tox- -- I don't have
19        a background in toxicology.  I'm -- I'll be
20        honest with you.  I am a very
21        quantitatively-oriented individual.  I rely
22        on numbers.  So I would -- I'd have to have
23        some very convincing evidence.  But if I
24        had absolutely convincing evidence that
25        something was a danger, I would be
```

1      concerned.

2        Q.    (By Mr. Friedman)  Especially if it

3      bioconcentrates in your vital organs; right?

4              MS. MANN:  Object.

5        Q.    (By Mr. Friedman)  Or one's vital organs

6      like you described.

7              MS. MANN:  Object to form.

8              MR. RADNEY:  Object to form.

9              MR. SCRIBNER:  Object to form.

10       Q.    (By Mr. Friedman)  You can answer.

11       A.    Yes.

12       Q.    Now, you remember when we got into this

13     document and I had a little trouble pulling it up, now

14     we finally have it up, but I was asking you about this

15     document as it pertains to my questions about your

16     answer of RO being the gold standard.  And if you

17     would go to Page 30.

18             So it's with Page 30, it starts at the top

19     of the page, "Abatement technology evaluations."  Did

20     I read that correctly?  Are you with me?

21       A.    Yes.

22       Q.    And you understand abatement?  That means

23     to -- to remove something or to treat it; right?

24       A.    Yes.

25       Q.    And it says right here that "3M studied 17

1    technologies" if this document is true.  You see that

2    bullet point?

3         A.   Yes.

4         Q.   And then it says, "Results."  Let's look at

5    this.  The first one says, "Existing systems effective

6    in removing some sulfonated-based FCs."

7              Did I read that correctly?

8         A.   Yes.

9         Q.   And then it says, "Carbon absorption

10   effective in removing sulfonated-based FCs, PFOS and

11   POAA."

12             Did I read that correctly?

13        A.   Yes

14        Q.   But then it says, "Most technologies not

15   effective in moving lower molecule weight carboxylic

16   fluorochemicals."

17             Did I read that correctly or did I

18   mispronounce something?

19        A.   Yes.

20        Q.   And then I want you to read the last

21   sentence on that document that was put together by

22   3M's scientist.  Read this sentence into the record.

23        A.   "Reverse osmosis is the only treatment

24   method that will remove all FCs.

25        Q.   Now, are you familiar with the wide array of

```
 1    perfluorochemicals used in the carpet industry?

 2         A.   I'm aware there is a wild array, yes.

 3         Q.   Sure.  I mean, when -- when it became widely

 4    known that the long-chain, PFOS and PFOA,

 5    perfluorochemicals were potentially harmful to human

 6    beings, there was a rush to find workarounds to treat

 7    carpet for soil resistance; right?

 8              MS. MANN:  Object to form.

 9              MR. RADNEY:  Object to form.

10              MR. SCRIBNER:  Object to form.

11              MR. CUSTER:  Same objection.

12         Q.   (By Mr. Friedman)  Are you aware of that?

13         A.   I'm aware of it.

14         Q.   And from -- and remember the study that was

15    done in 2009 or 2010, that time period that Dalton

16    Utilities did at the request or at the directive of

17    the EPA and the Georgia Department of Environmental

18    management?  Remember that?

19         A.   I'm aware of that, yes.

20         Q.   They didn't just have y'all test for PFOS

21    and PFOA, did they?

22              MS. MANN:  Object to form.

23              THE WITNESS:  I can't recall.

24         Q.   (By Mr. Friedman)  And I don't know the

25    exact number.  I think there may have been a dozen or
```

```
 1   so chemicals, or perfluorochemical --
 2   perfluorochemicals tested for.  Is that consistent
 3   with your recollection?
 4       A.   I can't recall that exactly.  I do know that
 5   there was testing for some type of -- for PFCs.  What
 6   array that the moniker PFC was referring to, I can't
 7   recall.
 8       Q.   But there -- there have been a lot of
 9   different types of PFCs used by the carpet industry;
10   right?
11            MS. MANN:  Object to form.
12            MR. SCRIBNER:  Same objection.
13       Q.   (By Mr. Friedman)  Based on the tests that
14   y'all conducted for or had conducted for; is that
15   right?
16            MR. SCRIBNER:  Same objection.
17            MS. MANN:  Object to form.  Object to
18        scope.
19            MR. SCRIBNER:  It's outside the scope.
20            THE WITNESS:  I'm aware that the
21        industry has used a variety of PFC
22        compounds.
23       Q.   (By Mr. Friedman)  And you say that you are
24   a very data-driven person.  You understand that
25   that -- that the EPA -- have you followed some of the
```

```
 1    press conferences they had?

 2              MS. MANN:  Object to form.

 3        Q.   (By Mr. Friedman)  Just within the last 12

 4    months.

 5              MS. MANN:  Same objection.

 6              THE WITNESS:  Yeah, I have not

 7          followed their press conferences.

 8        Q.   (By Mr. Friedman)  Well, their -- their

 9    informational releases.

10              MS. MANN:  Object to form.

11              THE WITNESS:  I have read about them

12          in industry trade writings.

13        Q.   (By Mr. Friedman)  And do you know that

14    there's a question right now before the EPA as to

15    whether any fluorochemical is safe?  Long-chain,

16    short-chain, no chain, any chain, they're all under

17    consideration for being potential contaminants and

18    harmful to humans; right?

19              MS. MANN:  Object to form.

20              MR. RADNEY:  Object to form.

21              THE WITNESS:  I'm not aware of that.

22              MR. SCRIBNER:  Object to form.

23              MR. MOORE:  Object to form.

24              That's not true.

25        Q.   (By Mr. Friedman)  So if Rome -- if the
```

1    citizens of Rome want all of the perfluorochemical

2    pollutants out of their water, according to 3M and the

3    document you have in front of you, they need to get

4    reverse osmosis, don't they?

5            MS. MANN:  Object to form.

6            MR. CUSTER:  Object to form.

7            MR. SCRIBNER:  Object to form.

8        Q.  (By Mr. Friedman)  Wait.  Did you laugh at

9    that question?

10       A.  Sir?

11       Q.  You understand that the City of Rome did a

12   pilot study to get these chemicals out of their water?

13   You understand that?

14           MS. MANN:  Object to form.  Object to

15       scope.  I don't even know what topic this

16       is.

17           MR. MOORE:  Object to form.

18           THE WITNESS:  I'm going to say I --

19           Yeah, of the topics that I was

20       prepared to be deposed on today, I was not

21       prepared to do a deep dive into the science

22       behind here.

23       Q.  (By Mr. Friedman)  Well, then are you

24   prepared to withdraw your statement that the RO system

25   is a gold standard, and if -- and if the citizens of

1   Rome want RO, then they need to pay for it themselves?

2   Are you prepared to withdraw that and apologize to

3   those people right now?

4          MS. MANN:  Object to form.

5          MR. SCRIBNER:  Objection.

6       Q.   (By Mr. Friedman)  Are you prepared to offer

7   an apology?

8          MS. MANN:  Mr. Friedman --

9       Q.   (By Mr. Friedman)  Answer my question.

10         MR. SCRIBNER:  Object to form.

11         MS. MANN:  Object to form.

12      Q.   (By Mr. Friedman)  Sir?

13         MS. MANN:  You can answer the

14      question.

15         THE WITNESS:  I still believe, based

16      on my reading and knowledge, the reverse

17      osmosis is the gold standard for water

18      treatment.

19         Beyond removal of PFCs, any other

20      chemical, it will remove viruses of the

21      most smallest amount that will escape --

22      that will escape treatment in any other

23      system.

24      Q.   (By Mr. Friedman)  And are you of the

25   opinion that the chemical companies that have made

1    these perfluorochemicals and put those chemicals in

2    the water, they should have no responsibility for

3    paying for a reverse osmosis system?

4              MR. RADNEY:  Object to form.

5              MS. MANN:  Object to form,

6         mischaracterizes the testimony.

7              MR. RADNEY:  And calls for a legal

8         conclusion.

9              THE WITNESS:  My opinion is  -- please

10        restate your question, Counsel -- sir.

11    Q.   (By Mr. Friedman)  If the citizens of Rome

12    want all fluorochemicals taken out of their water,

13    it's your belief that they should pay for it to the

14    exclusion of the chemical maker -- manufacturers who

15    made them, the carpet manufacturers who put them in

16    their waste against instructions, and even the

17    utilities that's supposed to filter them out of the

18    water before they go into the river.

19             MS. MANN:  Object to form.

20    Q.   (By Mr. Friedman)  Those entities should not

21    pay a dime; is that what you --

22             MR. MOORE:  Object to form.

23    Q.   (By Mr. Friedman)  Is that what you're

24    sitting here telling us?

25             MS. MANN:  That mischaracterizes the

```
 1      testimony.
 2         Q.    (By Mr. Friedman)  You could answer.  You
 3      should answer.
 4             MR. MOORE:  Object to form.
 5             MR. RADNEY:  Object.
 6             MS. MANN:  This is outside the scope
 7          of his deposition testimony.
 8             MR. FRIEDMAN:  He invited these
 9          questions.
10         Q.    (By Mr. Friedman)  Answer my question.
11         A.    PFC compounds are not a regulated
12      constituent in -- by the EPD in the state of Georgia.
13      So they're not --
14         Q.    Well, you just told me when we started these
15      questions you're aware of the EPD having a de facto
16      limit on what water -- on what finished water levels
17      could be provided to people in the state of Georgia.
18      Remember that answer?
19         A.    Yes, and that was from -- as a health
20      advisory limit, not as a requirement of a regulated
21      permit.
22         Q.    Well, are you telling me that those people
23      standing in line to get fresh water in Summerville,
24      Georgia are doing it because they don't have anything
25      better to do with their time?
```

```
 1              MR. CUSTER:  Object to form.

 2              MS. MANN:  Object to form.

 3      Q.   (By Mr. Friedman)  Do you know the city of

 4   Summerville, Georgia water treatment facility was shut

 5   down because they couldn't get their water levels of

 6   PFOS and PFOA below 70 parts per trillion?

 7              MS. MANN:  He's already answered that

 8         question.  He already told you he doesn't

 9         know anything about it.

10              MR. MOORE:  Object to form.

11              MR. FRIEDMAN:  He also said he knew

12         there was a de facto limit.

13      Q.   (By Mr. Friedman)  It can't be a de facto

14   limit enforced by the state of Georgia and then be

15   voluntary at the same time, can it?

16      A.   Okay.  I am aware that there's a health

17   advisory limit of PFCs.  I also know that PFCs in and

18   of themselves are not a regulated constituent in -- in

19   permits.

20      Q.   Well, maybe I can get at it this way.  You

21   understand, sir, in our lawsuit --

22      A.   Uh-huh (affirmative).

23      Q.   -- of which Dalton Utilities at least at

24   this time is not a party to, you understand that the

25   decision of who pays to get the PFAS out of the
```

1    drinking water is going to be decided by a jury, and

2    not based on somebody's opinion that it's a gold

3    standard; right?

4           MS. MANN:  Object to form.

5      Q.   (By Mr. Friedman)  You agree with that?

6           MS. MANN:  And relevance.

7           MR. CUSTER:  Same objection.

8      Q.   (By Mr. Friedman)  That's for a jury to

9    decide, isn't it?

10     A.   I can't opine on what -- what a jury will or

11   will not do.

12     Q.   I didn't say that.  It's their decision,

13   though.  It's not based on -- on your opinion that

14   this is a gold standard.

15          MR. SCRIBNER:  Same objection.

16          MS. MANN:  Object to form.

17     Q.   (By Mr. Friedman)  Right?

18     A.   Please restate.

19     Q.   I can't restate it.  Please answer it.

20          MR. SCRIBNER:  Same objection.

21          THE WITNESS:  Can you repeat the

22        question, please.

23          MR. FRIEDMAN:  Sure, she can.

24          (The record was read by the reporter

25        as requested.)

```
 1            THE WITNESS:  I do understand that.
 2            MR. FRIEDMAN:  That's all the
 3      questions I have.  Thank you.
 4            MR. SCRIBNER:  Keep going?
 5            Keep going?
 6            MS. MANN:  Fine by me.  Fine by us.
 7            You need a break?
 8            MR. SCRIBNER:  You need a break?
 9            THE WITNESS:  No.  I'm good.
10  EXAMINATION
11  BY MR. SCRIBNER:
12      Q.   Good afternoon, Mr. Bundros.  My name is
13  Doug Scribner, and I represent Mohawk in these four
14  cases.
15            Have you ever had your deposition taken
16  before?
17      A.   No, sir.
18      Q.   Have you ever been spoken to like that in
19  your entire life?
20            MR. LUTZ:  Object to the form.  That
21       has nothing to do with the scope of his
22       deposition.
23      Q.   (By Mr. Scribner)  Have you ever been --
24            MR. LUTZ:  Hold on.  I want to make
25       sure that that's crystal clear on the
```

```
 1        record.  That has nothing to do with the

 2        scope of his -- of the topics.

 3        Q.   (By Mr. Scribner)  We've been here for six

 4   and a half hours, and I'd like to know have you ever

 5   been spoken to like that before?

 6        A.   No.

 7        Q.   Okay.

 8             MR. DAVIS:  Objection.

 9        Q.   (By Mr. Scribner)  I want to talk a little

10   bit about your background, make sure I have it

11   straight.  You worked as a CFO for Dalton Utilities

12   from 1997 to 2009; true?

13        A.   Correct.

14        Q.   And then you had a three-year frolic with

15   Colonial Pipeline, but came back in 2012; true?

16        A.   Correct.

17        Q.   And then you've worked at Dalton Utilities

18   ever since 2020.

19        A.   Correct.

20        Q.   And you became the CEO in 2016.

21        A.   Correct.

22        Q.   So but for that three-year period, you've

23   been employed by Dalton Utilities as an officer since

24   1997.

25        A.   Yes.
```

1    Q.   You have been designated, according to

2    counsel, on one topic that I want to ask you about.  I

3    want to make sure that you're prepared to talk about

4    it.  The topic is as follows, it says, "Mr. Bundros

5    will testify regarding the participation by Dalton

6    Utilities in or with the Carpet and Rug Institute,

7    including attendance at meetings or other events,

8    participation as a board or committee member and/or

9    communications with any CRI board or committee from

10   1986 to present."

11          You're prepared to testify on that topic;

12   true?

13   A.   Yes.

14          MR. LUTZ:  Asked and answered.

15   Q.   (By Mr. Scribner)  And they asked you

16   earlier what you did to prepare for the deposition,

17   and I had it written down that you spoke with

18   Mr. Leslie Rush and Mr. Don Cope; true?

19   A.   Correct.

20   Q.   Mr. Rush is still employed by Dalton

21   Utilities; correct?

22   A.   Yes.

23   Q.   When did he start at the company, if you

24   know?

25   A.   I would say late '90s, early 2000s.

1      Q.    And I think you said, Mr. Bundros, that

2    Mr. Don Cope was the CEO from 1997 to 2016; is that

3    true?

4      A.    Yes.

5      Q.    Was he with the company before 1997?

6      A.    No.

7      Q.    Are there any other folks at Dalton

8    Utilities who have been there going back further than

9    Mr. Rush, for example?

10     A.    Yes, there are other employees that predate

11   Mr. Rush.

12     Q.    And who would those folks be?

13     A.    I mean, there's probably several hundred.

14     Q.    Okay.

15     A.    But not inside in the employment of the

16   watershed area.

17     Q.    Yeah, if we were to limit it to people who

18   are associated with wastewater treatment, are there

19   people like that that go back further in time than

20   Mr. Rush?

21     A.    No.

22     Q.    Who is V.D. Parrott?

23     A.    V.D. Parrott was the patriarch or kind of

24   the general manager of Dalton Utilities for a period

25   of the early 1940s all the way through the period of

```
 1   late '80s and continued on as a consultant to the
 2   company to the period of 1997.
 3       Q.   And was he the CEO before Mr. Cope?
 4       A.   No.  His son was the CEO before Mr. Cope.
 5       Q.   So at the time Mr. Cope became the CEO, was
 6   Mr. Parrott a consultant?
 7       A.   Consultant, yes.
 8       Q.   Have you ever had the opportunity to work
 9   with Mr. Parrott?
10       A.   Not work with --
11            MR. DAVIS:  Let me just -- when you
12        say Mr. Parrott, which Mr. Parrott?
13            MR. SCRIBNER:  Fair.
14       Q.   (By Mr. Scribner)  I think junior, which is
15   the gentleman that you were talking about that was a
16   consultant in and around 1997.
17       A.   I did not work directly for him, no.
18       Q.   Did you --
19            MR. LUTZ:  I'm still trying to figure
20        out what does this have to do with the
21        Carpet and Rug Institute meeting minutes
22        that you talk about?
23            MR. SCRIBNER:  We'll get to it.
24            MR. LUTZ:  Okay.
25       Q.   (By Mr. Scribner)  Did you ever meet him?
```

```
 1    A.   Yes.

 2    Q.   What kind of person was he?

 3         MS. MANN:  Object to form.

 4         THE WITNESS:  I met him when he was in

 5    his late '80s.  He seemed like a nice

 6    gentleman.

 7    Q.   (By Mr. Scribner)  You didn't know him well

 8 enough to --

 9    A.   Exactly.  I had maybe two five-minute

10 conversations with him.

11    Q.   All right.  Was the land application system

12 his idea; do you know?

13    A.   Yes.

14    Q.   And did he take great pride in the land

15 application system?

16         MS. MANN:  Object to form.

17         THE WITNESS:  He did, yes.

18    Q.   (By Mr. Scribner)  I saw that there's a

19 street in the city named after him; true?

20    A.   Yes.

21    Q.   And Dalton Utilities has a facility named

22 after him; true?

23         MS. MANN:  Object to form.

24         THE WITNESS:  Yes.

25    Q.   (By Mr. Scribner)  But one of the things he
```

```
 1   was most proud about was the creation of the land

 2   application system; do you remember that?

 3            MS. MANN:  Object to form.

 4            THE WITNESS:  One of many things.

 5       Q.   (By Mr. Scribner)  All right.  Let me call

 6   your attention to a document that the plaintiffs have

 7   marked as Exhibit 57.

 8            MR. SCRIBNER:  Ms. Mann, if you have

 9      that.

10            THE WITNESS:  Is this it here?

11            MS. MANN:  Yes.

12       Q.   (By Mr. Scribner)  Just to make sure, Mr.

13   Bundros, we're on the same page, are those the CRI

14   meeting minutes from May 2004?

15       A.   Yes.

16       Q.   And if you move to the second page, I

17   believe you were asked questions about these meeting

18   minutes by the plaintiffs' lawyer.  Do you recall

19   that?

20       A.   Yes.

21       Q.   Let me read from the bottom of the page, and

22   tell me if I read this right.

23            "The board approves the CRI policy

24   committee's recommendation for CRI to continue to be

25   engaged and continue dialogue with the EPA regarding
```

1    the issue of PFOA.  Through the Telomer Work Group,

2    CRI should clearly state its position to EPA that the

3    industry is willing to do some monitoring at the right

4    time, but it must be in the context of understanding

5    the risk assessment in order to develop the right

6    analytical techniques so that once the data is

7    available, it can be interpreted."

8            Do you see that?

9    A.   Yes.

10    Q.   Do you recall counsel for the plaintiffs

11    handing you an article from the newspaper that said

12    that CRI's position is that they would never detest

13    it?  Do you recall that?

14    A.   Yes.

15    Q.   The newspaper was wrong; isn't that true?

16            MR. LUTZ:  Object to form.

17            THE WITNESS:  It was an --

18    Q.   (By Mr. Scribner)  You may answer.

19    A.   Yeah.  It was an incorrect characterization.

20    Q.   The proper characterization is right here,

21    right, that the CRI group said, We're willing to

22    engage in testing, but there must be a risk assessment

23    performed first; true?

24    A.   True.

25    Q.   And if you go on to the next page, Mr.

1    Bundros, it says, "Mr. Cope stated that once the final

2    section of the consent decree pending against Dalton

3    Utilities is satisfied and the EPA has established a

4    risk assessment, he would not be opposed to some

5    testing for PFOA."

6           You see that?

7    A.   Yes.

8    Q.   Now, to provide context for what's going

9    on --

10          MR. LUTZ:  I'll object.  Was that a

11      question?

12   Q.   (By Mr. Scribner)  -- in 2004 --

13          MR. LUTZ:  Was that a question,

14      because I want to move to strike it if it

15      wasn't?

16          MS. MANN:  I believe he said yes.

17          MR. LUTZ:  He asked him if he saw

18      that.  That's not a question.  Anyway, I

19      want to object to the form of that

20      question.

21          MR. SCRIBNER:  I'll rephrase.

22   Q.   (By Mr. Scribner)  Let's do it this way, Mr.

23   Bundros, tell me if I read this correctly from this

24   document.

25          "Mr. Cope stated that once the final section

1    of the consent decree pending against Dalton Utilities

2    is satisfied and the EPA has established a risk

3    assessment, he would not be opposed to some testing

4    for PFOA."

5            Did I read correctly the meeting minutes

6    from the May 13th, 2004 CRI meeting minutes?

7        A.   Yes.

8            MR. LUTZ:   Object to the form.  That's

9        not a question.

10       Q.   (By Mr. Scribner)  To put in context what

11   was going on at this time, I want to ask a couple of

12   questions.  But before I do that, Mr. Bundros, I've

13   sat through a lot of your testimony today, and you

14   have been very clear that when the regulating

15   authorities instruct you to do something, you do it;

16   true?

17       A.   Yes.

18       Q.   And I have the benefit of having deposed

19   Mr. Oxford earlier, and he talked a little bit about

20   how EPA, the Environmental Protection Agency, the

21   federal watchdog in this country, and the Georgia EPD

22   provide your company, Dalton Utilities, with a land

23   application system permit, and you have to follow it;

24   true?

25       A.   Yes.

```
 1      Q.   And we have talked only this morning for the
 2   better part of five and a half hours about PFAS, but
 3   the reality is you get regulated on all sorts of
 4   substances, don't you?
 5      A.   Correct.
 6      Q.   You have to test and measure all kinds of
 7   pollutants, do you not?
 8      A.   Yes.
 9           MR. LUTZ:  Object to form, outside the
10      scope.
11      Q.   (By Mr. Scribner)  In turn, you, Dalton
12   Utilities, issue permits to carpet companies and
13   industrial users like my client, Mohawk, and we also
14   have to test and monitor for all sorts of pollutants;
15   true?
16           MR. LUTZ:  Object to form, outside the
17      scope.
18           THE WITNESS:  Yes.
19      Q.   (By Mr. Scribner)  And so when you say
20   Dalton Utilities follows the regulators, it's a very
21   comprehensive regulatory scheme set forth by the
22   United States Environmental Protection Agency and the
23   U.S. -- or the Georgia EPD; true?
24      A.   Yes.
25           MR. LUTZ:  Same objections.
```

1      Q.   (By Mr. Scribner)  Now, when Mr. Cope says,

2   "We don't have a risk assessment yet," I read that to

3   mean there's no risk assessment for wastewater

4   treatment; true?

5           MR. LUTZ:  Object to form, foundation.

6           THE WITNESS:  I think that was one of

7       the things he was referring to, yes.

8      Q.   (By Mr. Scribner)  And the reality is, sir,

9   that the EPA and the Georgia EPD to this day haven't

10   imposed upon Dalton Utilities a standard for PFAS,

11   have they?

12      A.   Correct.

13      Q.   And in turn, Georgia -- strike that.

14           In turn, Dalton Utilities has not imposed

15   limits on its industrial users like my client, Mohawk,

16   regarding PFAS; true?

17      A.   Correct.

18      Q.   And there was a lot of talk about how

19   dangerous these chemical are in your deposition.

20      A.   Yes.

21      Q.   You got yelled at for it.

22      A.   Yes.

23      Q.   Okay.

24           MR. DAVIS:  Object to the form.

25      Q.   (By Mr. Scribner)  So to be clear, I am not

1    a scientist, just like you.  I have a background much

2    like yours.  But we do know this, EPA has been

3    studying these chemicals for 20 years, have they not?

4         A.   Yes.

5         Q.   And they still haven't told Dalton Utilities

6    that there's a limit for PFAS; correct?

7         A.   Correct.

8         Q.   And all of the scientists that they have in

9    Washington, D.C. and everywhere else and based upon

10   all the testing they performed, they still haven't

11   imposed any restrictions on you as it relates to PFAS;

12   correct?

13        A.   Correct.

14             MR. DAVIS:  Object to form.

15        Q.   (By Mr. Scribner)  And you haven't, in turn,

16   imposed any restrictions on people like my client,

17   Mohawk; true?

18        A.   Yes.

19        Q.   And do you draw a conclusion -- recognizing

20   you're not a scientist, but what conclusion do you

21   draw from the fact that EPA and all of the best

22   scientists in the world have been studying this for

23   20 years and haven't been able to impose any maximum

24   contaminant level or limits yet, what does that tell

25   you?

```
 1              MS. MANN:  Object to form.

 2              MR. DAVIS:  Object to form.

 3       Q.   (By Mr. Scribner)  What does that tell you?

 4       A.   That the science is still inconclusive.  The

 5  data does not support an absolute finding.

 6       Q.   If it was a simple answer, they would have

 7  done something; true?

 8       A.   Yes.

 9       Q.   It's complicated, is it not?

10       A.   Yes.

11       Q.   I need a response.

12       A.   Yes.

13       Q.   Thank you.

14              You also said during questioning -- and I

15  wrote this down -- there were a lot of questions

16  about, well, the carpet industry isn't letting people

17  test, and Dalton is preventing people from testing,

18  but you said very candidly if the EPA wants to come

19  out to Dalton Utilities and test, they're going to do

20  it; true?

21       A.   True.

22       Q.   If you get a call from the head honcho at

23  the EPA and he says, I want to test at Dalton

24  Utilities, you're going to let him; true?

25       A.   Yes.
```

1    Q.    Same with Georgia EPD.  They have the

2    regulatory power and if they want to come out and

3    test, they can do it; true?

4    A.    True.

5    Q.    So all of these questions about testing and

6    who is allowed what, we can all agree that the people

7    that are studying it and have been for 20 years, if

8    they want to come out to your facility and test, they

9    can do it; true?

10         MR. LUTZ:  Object to form.

11         THE WITNESS:  True.

12    Q.    (By Mr. Scribner)  In preparing for this

13    deposition, Mr. Bundros, I wrote down that you read

14    board meeting minutes and e-mails; true?

15    A.    Correct.

16    Q.    Did you read all of the meeting minutes from

17    the Carpet and Rug Institute?

18    A.    Not all of them, no.

19    Q.    Okay.  And did counsel select for you which

20    ones you'd read, just which ones you were going to

21    review for the deposition?

22    A.    Yes.

23    Q.    All right, sir.  I'm going to show you two

24    documents which I believe will be Exhibits 47 and 48.

25         COURT REPORTER:  49 and 50.

1    Q.   (By Mr. Scribner)  49 and 50.

2         And what I'll do is 49 is from Shaw 10.  You

3    don't have it yet.

4    A.   Okay.  All right.

5    Q.   And Exhibit 50, Defendants' Exhibit 50 is

6    going to be Shaw 9.

7         TECHNICIAN:  Mr. Scribner, do you have

8    these in your tabs?

9         MR. SCRIBNER:  They are in Shaw's tab.

10   And it should be -- Shaw Tab 10 will be 49,

11   and Shaw Tab 9 will be Defendants' 50.

12        (Defendants' Exhibit 49 was marked for

13   identification.)

14        MR. SCRIBNER:  Lacey, do you have 49

15   pulled up?

16        TECHNICIAN:  I'm getting them right

17   now.

18        MR. SCRIBNER:  Take your time.

19   Q.   (By Mr. Scribner)  Mr. Bundros, in the

20   meantime, if you want to thumb through those, the ones

21   I want to ask you about relate to Page 2, "EPA and

22   water effluence," on Exhibit 49.

23        And then on Exhibit 50, I want to ask about

24   the top of Page 4, Section 6, "EPA and water

25   effluence."

```
 1              (Defendants' Exhibit 50 was marked for

 2         identification.)

 3              MR. SCRIBNER:  Lacey, you let me know

 4         when you get there.

 5              MS. MANN:  Are they meeting minutes

 6         from the same day?

 7              MR. SCRIBNER:  One is an agenda, Ms.

 8         Mann, and the other are the meeting

 9         minutes.

10              MS. MANN:  Got it.  Thank you.

11              THE WITNESS:  And on Page 6, where

12         should I focus attention?

13         Q.   (By Mr. Scribner)  If you see, it's

14    Section 6 on Exhibit 50 where it says, "EPA and water

15    effluence" on the top.

16         A.   All right.

17         Q.   Ms. Mann is correct, they are very similar

18    in scope, and that's why I wanted to hand them to you

19    at the same time.

20         A.   Okay.

21              MR. LUTZ:  And this is a 1988 board

22         minutes; right?

23              MR. SCRIBNER:  Correct.  The first

24         one, Ryan, is the agenda.

25              MR. LUTZ:  Can you say what the Bates
```

1     is.

2          MR. SCRIBNER:  Sure.  Bates CRI

3     production 006155, and Exhibit 50 is CRI

4     Exhibit 005973.

5          TECHNICIAN:  And bear with me.

6     Christian is trying to help me.

7          MR. SCRIBNER:  Okay.  Lacey, do you

8     need a minute or two?

9          TECHNICIAN:  Yes, please.

10          MR. SCRIBNER:  We'll take a short

11     break.  No reason to keep you sitting

12     there.

13          VIDEOGRAPHER:  The time is 3:46.

14     We're off the record.

15          (A recess was taken.)

16          VIDEOGRAPHER:  The time is 3:59.

17     We're back on the record.

18     Q.   (By Mr. Scribner)  Mr. Bundros, before we

19     took a break, I handed you Defendants' Exhibit 49 and

20     50, which I think are pretty related.  And if you'll

21     indulge me, let me read from both of these documents

22     and I have a series of questions for you about them;

23     okay?

24     A.   All right.

25     Q.   So Exhibit 49 is the Carpet and Rug

```
 1    Institute setting an agenda for a meeting in June of
 2    1988.  And on the second page, there's a Section 6.2
 3    that says, "EPA and water effluence.  Interim report
 4    from ad hoc committee of carpet manufacturers, fiber
 5    producers and public utilities.  Objectives and
 6    reasonable expectations.  Recommendation:  That CRI
 7    continue to coordinate the communication of efforts
 8    relative to exchange of information and the finding of
 9    solutions to the water effluence problem and develop a
10    state of the industry paper which will help all
11    concerned parties in the industry facilitate the
12    implementation of acceptable programs in compliance
13    with EPA standards."
14            Did I read that right?
15       A.   Yes.
16       Q.   And then if you go to Exhibit 50, you go to
17    the bottom of Page 2 where it starts out, "EPA and
18    water effluence," it suggests that not only was that
19    topic on the agenda, but it was, in fact, discussed at
20    that CRI meeting on June 23, 1988.  It says the
21    following.
22            "EPA and water effluence.  It was concluded
23    at a recent meeting of an ad hoc committee of carpet
24    manufacturers" --
25       A.   Excuse me.  Where are you reading now?
```

```
 1      Q.   Yes, sir.  Bottom of Page 2, maybe three.
 2  Maybe three.
 3      A.   Okay.
 4      Q.   Where it says, "EPA and water effluence."
 5  You let me know when you're there.
 6           MS. MANN:  I think you've changed
 7      documents on him.
 8           MR. SCRIBNER:  Yep.  Sorry.  I was
 9      going too fast.
10      Q.   (By Mr. Scribner)  Exhibit 50 is the actual
11  meeting minutes --
12      A.   All righty.  Okay.  Thank you.
13      Q.   -- following that agenda.
14      A.   All right.
15      Q.   Which, to me, suggests that that topic that
16  I just read was on the agenda --
17      A.   Uh-huh (affirmative).
18      Q.   -- and then they actually did have a meeting
19  and followed through on the agenda and discussed these
20  matters.  And you let me know --
21      A.   Yeah, I see it now.  I'm sorry.
22      Q.   You with me?  All right.
23           MR. DAVIS:  Doug, let me -- is it --
24      the page is under "Governmental affairs."
25           MR. SCRIBNER:  Yes, it is second the
```

```
 1           paragraph under "Governmental affairs."

 2      You there?

 3           MR. DAVIS:  Yeah.

 4      Q.   (By Mr. Scribner)  Mr. Bundros, it says,

 5  "EPA and water effluence.  It was concluded at a

 6  recent meeting of an ad hoc committee of carpet

 7  manufacturers, fiber producers and Dalton Utilities

 8  officials that there were many unanswered questions

 9  regarding the water effluence problem.  The committee

10  prepared a questionnaire to gather information

11  hopefully to come up with answers.  It was suggested

12  that the questions regarding specific CODs and BODs

13  for individual companies be eliminated from the

14  question" -- "questionnaire inasmuch as the acceptable

15  limits are already known.  It was moved and seconded

16  that CRI continue to coordinate the communication of

17  efforts relative to exchange of information and the

18  finding of solutions to the water effluence problem

19  and develop a state of the industry paper which will

20  help all concerned parties in the industry facilitate

21  the implementation of acceptable programs in

22  compliance with EPA standards."

23           Did I read that right?

24      A.   Yes.

25      Q.   All right.  So that was the reading portion
```

1    of it, but now I want to ask some questions.  When

2    they reference "compliance with EPA standards," I

3    presume that, as you've discussed throughout this

4    deposition, that when the EPA or the Georgia EPD sets

5    limits on Dalton Utilities, you have to follow them;

6    right?

7         A.   Correct.

8         Q.   And they discussed here an ad hoc committee

9    of the carpet manufacturers, fiber producers and

10   Dalton Utilities officials.  Do you know which Dalton

11   Utilities officials participated in this committee?

12        A.   Yes.

13        Q.   And who would that be?

14        A.   Don Cope, former CEO.

15        Q.   Do you know if anybody else participated in

16   that meeting?

17        A.   No.

18        Q.   Strike that.  Sorry.  That was a bad

19   question.

20             Do you know if anybody else participated on

21   that committee other than Mr. Cope?

22        A.   No.

23        Q.   Okay.  And what was the water effluence

24   problem in 1988 that related to CODs --

25        A.   Oh, excuse me.  I'm sorry.  1988.  I'm

1    sorry.  I am sorry.

2            1988, Don Cope was not there.  This was

3    almost ten years before Don Cope's arrival.  I do not

4    know who that reference would be.

5        Q.   So as you sit here, you don't know who from

6    Dalton Utilities participated on this committee?

7        A.   Correct.

8        Q.   But we do know that V.D. Parrott was the

9    head honcho over there at that time; right?

10           MS. MANN:  Object to form.

11           THE WITNESS:  V.D. Parrott was

12        involved with the utility.  Whether or not

13        he was formally the general manager or if

14        his son was, I do not know.

15       Q.   (By Mr. Scribner)  And you don't know if

16   V.D. Parrott, the senior, participated on that

17   committee or not.

18       A.   Correct.  I do not know.

19       Q.   Are you familiar with the water effluence

20   problem that they're discussing here involving CODs

21   and BODs?

22       A.   I do not.

23       Q.   And it says that the committee prepared a

24   questionnaire.  I suspect you're not familiar with the

25   questionnaire.

```
 1      A.    Correct.

 2      Q.    All right.  Let me hand you what you should

 3   have over there, Mr. Bundros, as Exhibit 51.  This

 4   is --

 5            MR. LUTZ:  I think is Bundros.

 6      Q.    (By Mr. Scribner)  Is it Budro or Budro?

 7      A.    Bundros.

 8      Q.    Bundros.  Thank you.  I apologize.

 9      A.    No worries.

10            (Defendants' Exhibit 51 was marked for

11       identification.)

12      Q.    (By Mr. Scribner)  There's an article I want

13   to hand you as Exhibit 51.  And the reason I want to

14   ask you questions about it is because it seems to

15   mirror a lot of the things in those meeting minutes we

16   just read, and it's also a document that was produced

17   by CRI.  You see in the bottom right, it says, "CRI

18   production"?

19      A.    Uh-huh (affirmative).

20      Q.    Your counsel will tell you that means CRI

21   produced those documents in this case; okay?

22      A.    Yes.

23      Q.    This article is entitled "Dalton Utilities

24   cites industries for pollution."

25            Do you see that?
```

1      A.   Yes.

2      Q.   And the first paragraph says, "Nearly every

3    carpet mill in Dalton pollutes the sewer system, but

4    all are working to eliminate the problem."

5           You see that?

6      A.   Yes.

7      Q.   If you go down on the second column, there's

8    a paragraph there that references COD and BOD.  It

9    says, "No fines or penalties will be assessed against

10   the 33" -- I think he means 33 of the industrial

11   users -- "Parrott said, but he indicated that future

12   water bills might include assessed charges for not

13   lowering chemical oxygen demand (COD) and biological

14   oxygen demand (BOD) levels to that which EPA will

15   accept."

16          You see that?

17     A.   Yes.

18     Q.   And I know you are not hardcore on the

19   science, but it is true that the EPA imposes upon

20   various industrial users and Dalton Utilities COD and

21   BOD limits; correct?

22     A.   Correct.

23     Q.   And if you flip over to the third column of

24   this article, which you have to turn it on its side.

25   I apologize for copying.  Down in the middle, it says,

1    "Dalton residents, as well as nearly every television

2    viewer, has seen the commercials extolling virtues of

3    new carpets which resist stains.  The chemical which

4    keep carpets from staining carpets spells problems for

5    the environmentalists."

6            You see that?

7    A.    Yes.

8    Q.    And then underneath that -- well, strike

9    that.

10           Is that your recollection that -- well, you

11   weren't living in Dalton at this time, were you?

12   A.    Correct.

13   Q.    All right.  I'll skip that question.

14           But what they seem to be suggesting in this

15   article is that anyone with a television set knew that

16   these new carpets could resist stains, and that was

17   good and everybody wanted one; right?

18           MS. MANN:  Object to form.

19           MR. DAVIS:  Object to form.

20   Q.    (By Mr. Scribner)  You may answer.

21   A.    Yes.

22   Q.    The next paragraph says -- and it's a quote

23   from Mr. Parrott, "A stain blocker carries a high COD

24   and BOD with it, Parrott said."

25           You see that?

```
1    A.   Yes.
2    Q.   Next paragraph says, "These COD and BOD
3    pollutants require additional chemicals on the part of
4    Dalton Utilities to neutralize, Parrott said."
5         You see that?
6    A.   Yes.
7    Q.   So Mr. Parrott seems to be suggesting that
8    the COD and BOD pollutants require an extra form of
9    treatment from Dalton Utilities; true?
10        MR. DAVIS:  Object to the form.
11        THE WITNESS:  I see -- see that in
12    print, yes.
13   Q.   (By Mr. Scribner)  Okay.  The next
14   paragraph -- this is the one I want to focus on a
15   little bit.  It says, "The stain blocker, because of
16   it's chemical content, aggravated a problem which
17   Dalton has had since the first tufted carpet plant
18   began operations, Parrott said."
19        Do you see that?
20   A.   Yes.
21   Q.   So that seems to me to suggest that V.D.
22   Parrott, who had developed this land application
23   system, knew that these stain blockers had a chemical
24   content that were causing problems for Dalton
25   Utilities at that time; true?
```

1          MS. MANN:  Object to form, outside the
2      scope.
3      Q.  (By Mr. Scribner)  You may answer.
4      A.  Per this -- per this news article, yes.
5      Q.  Okay.  And if you drop down, there's a
6  paragraph that starts with "The carpet manufacturers"
7  that reads as follows:  "The carpet manufacturers have
8  help in their fight to control pollution.  Quote,
9  DuPont changed the formulation of its stain blocker.
10  It took out a chemical that was causing part of the
11  problem, Parrott advised."
12          Do you see that?
13      A.  Yes.
14      Q.  So that seems to suggest that Mr. V.D.
15  Parrott had communications with DuPont and they told
16  him that they had changed their chemical formula;
17  true?
18          MS. MANN:  Object to form, outside the
19      scope of this witness's testimony.
20      Q.  (By Mr. Scribner)  You can answer.
21      A.  I really don't know.
22      Q.  Is there any way to read that other than
23  I've just described?
24          MS. MANN:  Object to form.
25          THE WITNESS:  I guess the document

1        stands on its own.

2        Q.   (By Mr. Scribner)  Well, in fairness, I do

3    want to make clear that I'm asking you these questions

4    because these meeting minutes and this agenda talk

5    about the very same thing, and I've asked for a Dalton

6    Utilities representative to talk about those meeting

7    minutes.  So that's why I'm asking you these

8    questions.

9        A.   Okay.

10       Q.   Okay?

11            So let me go to the final paragraph we'll

12   talk about.  It says, "The other manufacturers such as

13   3M realize the problem also, Parrott said.  I've met

14   with them four times to discuss the problem, he said."

15            Do you see that?

16       A.   Yes.

17       Q.   So Mr. Parrott is reporting that he knows

18   DuPont has changed their chemistry and that he met on

19   four separate occasions with 3M to discuss the

20   chemistries in these stain blockers that are causing

21   these pollution problems for Dalton Utilities; true?

22            MS. MANN:  Object to form.

23            THE WITNESS:  Yes.

24       Q.   (By Mr. Scribner)  And it's a little unfair

25   for you, I know, because you came along a lot later

1   than this, sir, but do you know what was discussed in

2   those four conversations between Mr. Parrott and 3M?

3       A.   I do not know.

4       Q.   And would there be anybody at Dalton

5   Utilities who can tell me what those conversations

6   consisted of?

7       A.   There would not be anybody now, not going

8   back to 1988.

9       Q.   And that's because I think you said earlier

10  in the deposition, sir, that you have folks that may

11  have been there since 1988, but they wouldn't be in a

12  position where they'd know about those types of

13  conversations.

14      A.   Yeah.  Correct.

15      Q.   And is there any way for y'all to search for

16  documents, if you know, that can shed light on these

17  conversations?

18           MS. MANN:  Object to form.

19      Q.   (By Mr. Scribner)  If you know.

20      A.   We have provided any and all documents

21  covering any of these topics through various discovery

22  requests over the last several years.  And I will tell

23  you prior to Don Cope and myself coming on in 1997,

24  there was not much of a document retention.  There was

25  not good office administration that would have even

1    provided a place for us to look.

2        Q.    Right.  Well, we're going back a long ways,

3    are we not?

4        A.    Yes.

5        Q.    Yes.

6              Would Mr. Cope have any more information

7    than you do about communications between Dalton

8    Utilities and either 3M or DuPont about the chemical

9    content of their stain-resist or stain blockers?

10             MS. MANN:  Object to form.

11             THE WITNESS:  I would doubt it.

12             MR. SCRIBNER:  I appreciate your time.

13       I have no further questions for you.  Thank

14       you so much.  Thank you.

15   EXAMINATION

16   BY MR. CUSTER:

17       Q.    Mr. Bundros, I'm Bill Custer.  We met today

18   for the first time; is that right?

19       A.    Yes.

20       Q.    As I told you then, I represent Shaw

21   Industries, Inc., Shaw Industries Group, Inc. in this

22   litigation, these four pieces of litigation that

23   you're here to testify about today.  I'm going to -- I

24   have just a few follow-up questions.  I'm not going to

25   replow old ground if I can avoid it.

1              You talked about how Dalton Utilities and

2      CRI are two separate entities and have separate

3      managements and separate corporate governance; true?

4          A.   Correct.

5          Q.   And that's also true with respect to each

6      individual member of the carpet industry.  With

7      respect to my client, Shaw Industries, it's a separate

8      organization from Dalton Utilities; true?

9          A.   Yes.

10         Q.   They -- it has separate management, separate

11     corporate governance; true?

12         A.   Yes.

13         Q.   And Shaw Industries has no control over

14     Dalton Utilities, does it, sir?

15         A.   Correct.

16         Q.   It's never sought to exercise any control

17     over Dalton Utilities, has it, sir?

18         A.   Correct.

19         Q.   As I understand it, Shaw Industries is one

20     of many industrial customers that Dalton Utilities

21     has; is that right, sir?

22         A.   Yes.

23         Q.   And occasionally you have to have

24     conversations with Shaw about rates, as you do many of

25     your other customers; right?

1     A.   Correct.

2     Q.   And occasionally you show up at the same

3  political functions as people from Shaw Industries;

4  right?

5     A.   Yes.

6     Q.   And there's nothing inappropriate about

7  that, is it, sir?

8     A.   No.

9     Q.   Both -- both you and various individual

10  members of Shaw Industries management are fully

11  entitled under the Constitution to pursue, you know,

12  those politicians that are -- vote for politicians or

13  support politicians that you think will represent you

14  best; isn't that right, sir?

15     A.   Correct.

16     Q.   The -- the only documents I've seen today

17  that -- that really connected your organization with

18  CRI were a couple of sets of minutes, one in 2004, and

19  one in 1988.  You recall those, sir?

20          MR. LUTZ:  Object to form.

21          THE WITNESS:  Yes.

22     Q.   (By Mr. Custer)  Are there -- out of -- of

23  the last 36 years that is the subject matter for this

24  deposition, were there any other meetings between

25  Dalton Utilities and the Carpet and Rug Institute that

```
 1    you're aware of?

 2              MR. LUTZ:  Object to form.

 3              THE WITNESS:  Not that I'm aware of.

 4        Q.    (By Mr. Custer)  I mean, I'm sure there were

 5    some informal conversations in and about town, but

 6    really formal meetings where -- between Dalton

 7    Utilities and the Carpet and Rug Institute, other than

 8    these two examples that we've seen here today, are you

 9    aware of any others?

10        A.    No.

11              MR. LUTZ:  Same objection.

12        Q.    (By Mr. Custer)  Is it -- is it also true,

13    sir, that in the last 36 years from 1986 to present,

14    there's never been a current Shaw employee or officer

15    or director who served on your board?

16              MR. LUTZ:  Object to form.

17              THE WITNESS:  Correct.

18        Q.    (By Mr. Custer)  And as I understand it, in

19    2018, a gentleman named Hal Long joined your board; is

20    that right, sir?

21        A.    Yes.

22        Q.    And at the time he joined your board, he had

23    been retired from Shaw Industries for some time,

24    hadn't he, sir?

25        A.    Yes.
```

1    Q.    And he did not join your board as a

2    representative of Shaw Industries, did he?

3    A.    Correct.

4    Q.    He was just a citizen who was a resident of

5    Dalton, Georgia; correct?

6    A.    Yes.

7    Q.    And he has not acted as the representative

8    of Shaw Industries on your board.

9    A.    Correct.

10   Q.    And he was the first former employee of Shaw

11   Industries to serve on your board in the last

12   36 years; true?

13   A.    Yes.

14   Q.    And he is not purported to act as Shaw's

15   representative on that board, has he, sir?

16   A.    Correct.

17   Q.    Been a lot of discussions today about the

18   carpet industry as if it is some homogenous entity

19   that always acts in one single way on every single

20   issue.  Do you believe that's a fair characterization

21   of the carpet industry?

22            MR. LUTZ:  Object to form.

23            THE WITNESS:  Not necessarily.

24   Q.    (By Mr. Custer)  There are a lot of

25   different types of businesses that fall under the

```
 1   broad umbrella of the carpet industry; true?

 2       A.   Correct.

 3       Q.   There are fiber producers; true?

 4       A.   Yes.

 5       Q.   And there are people who make sample boards;

 6   true?

 7       A.   Yes.

 8       Q.   And there are people who just do tufting,

 9   right, tufting mills?

10       A.   Correct.

11       Q.   And there are finishing mills, people who

12   just finish the carpet; right?

13       A.   Yes.

14       Q.   And then there are companies that make

15   backing to carpet; right?

16       A.   Yes.

17       Q.   There are people that make various

18   chemicals, like the latex that goes on the back of

19   carpet; true?

20       A.   Yes.

21       Q.   And then there are chemical companies like

22   Daikin and DuPont and 3M that supply various chemicals

23   to the industry; true?

24       A.   Yes.

25       Q.   And can you understand how the interest of
```

1    all of those different types of companies don't always

2    align?

3        A.    Yes.

4        Q.    And so it wasn't clear to me always in the

5    questions this morning when people said "the carpet

6    industry" who they were referring to.  Was it always

7    clear to you today?

8        A.    Somewhat, yes.

9        Q.    When you say somewhat, yes, what does that

10   mean?

11       A.    When I hear the word "carpet industry," I

12   have a tendency to think of maybe the top four or five

13   manufacturers.

14       Q.    And that's how you would have interpreted

15   those questions.

16       A.    Yes.

17             MR. LUTZ:  Same here.

18             THE WITNESS:  But with that being

19       said, to your point earlier, there are

20       folks that are tangentially involved as

21       both suppliers and retailers that, at

22       times, may be in competition with or, at

23       times, you know, have a beneficial business

24       interest with.

25       Q.    (By Mr. Custer)  And you try not to get in

1    between people who are in competition.

2         A.   Correct.

3         Q.   For instance, you understand my client, Shaw

4    Industries, is in competition with everybody?

5         A.   Yes.

6         Q.   Certainly in competition with Mohawk.

7         A.   Very competitive industry.

8         Q.   Competition with Engineered Floors.  When

9    Beaulieu existed, they were in competition with

10   Beaulieu; true?

11        A.   Yes.

12        Q.   I want to talk to you a little bit about

13   these minutes from CRI --

14        A.   You know, can I correct myself?  And I'm

15   sitting here just kind of looking at the composition

16   of Dalton Utilities' board members, Exhibit 51, going

17   all the way back to the late '80s.

18             You could broadly say that some of those

19   board members were involved in the carpet industry,

20   and that would be a true statement.  But if you look

21   at what each of those individuals did, some of them

22   were never inside a carpet mill.  Some of them were

23   retailers.  Some of them were suppliers.  Some of them

24   made backing boards.  Some of them were chemical

25   salesmen.

```
 1        So --
 2     Q.   With that in -- with that in mind --
 3     A.   Yes.
 4     Q.   -- that distinction in mind, would you mind
 5  going back through that list and sort of highlighting
 6  the differences between the members of your board in
 7  terms of what they did?
 8     A.   All right.  Starting on -- looking at
 9  Exhibit 51, James Brown, his company made sample
10  boards.  I do not know what Mr. Thomas did.  Jim
11  Bethel was involved with a carpet manufacturer that
12  had a niche for commercial carpets only.
13     Q.   That was a fairly small carpet company.
14     A.   Yes.
15        MR. DAVIS:  Object to form.
16        THE WITNESS:  Justin Robinson worked
17     as a manufacturing executive for a carpet
18     company.  Todd Regal owned a printing
19     company that made sample boards and
20     marketing materials for a -- the carpet
21     industry.  Frank Robertson is a CPA that
22     provided financial services to various
23     carpet manufacturers.
24        James Gambling was a chemical salesman
25     to the carpet industry.  Lamar Hennon
```

1    operated Carpets of Dalton, which was a

2    retailer of carpet to the public.  Smith

3    Foster, I am not exactly sure of.  Cathy

4    Holmes was manager of a local Dow Chemical

5    plant that sold feed stocks to the

6    industry.

7        Tom Pendley worked for a very small

8    carpet company.  Ken White owned a couple

9    of chemical company -- oh, excuse me -- a

10    small carpet manufacturer.  Joe Yarbrough

11    was an operational executive with Mohawk

12    Industries.  Brian Hare provided logistical

13    support and sample boards for the carpet

14    industry.  Tommy Boggs, financial services

15    to the carpet industry and currently

16    employed by family carpet manufacturer.

17    Hal Long, who you referenced, operational

18    executive for Shaw Industries.  Jackie

19    Killings worked in the environmental

20    section of Mohawk.

21    Q.   (By Mr. Custer)  And really it's only been

22    in the last few years with the addition of

23    Mr. Yarbrough and Mr. Long that you really had anyone

24    who had either currently or formerly been involved in

25    the big carpet mills.

```
 1              MR. LUTZ:  Object to form.

 2              THE WITNESS:  True statement.

 3         Q.   (By Mr. Custer)  When did Mr. Yarbrough

 4    join?

 5         A.   I believe in 20- -- let's see here.  March

 6    of 2012, and he was retired at that point from Mohawk.

 7         Q.   All right.  Let's -- let's, then, go to

 8    Exhibit 57.

 9              MR. CUSTER:  Pull that up again,

10         Lacey.

11              THE WITNESS:  57.  I'm sorry.  Here it

12         is right on the top.

13         Q.   (By Mr. Custer)  I pull that out only

14    because it deals with this request for testing in the

15    city of Dalton, and perhaps from some industrial users

16    that Dalton Utilities found out about in 2004.  Do you

17    recall that, sir?

18         A.   Yes.

19         Q.   And it's your understanding that that

20    request grew out of something that was called the

21    Telomer Working Group and its activities with the EPA

22    in the early 2000s.  Do you recall that, sir?

23         A.   Yes.

24         Q.   And there was an expression on the part of

25    the EPA for testing to be done in Dalton; is that your
```

1    understanding, sir?

2        A.    Yes.

3        Q.    All right.  And here's my question:  Did the

4    EPA directly come to Dalton Utilities in the early

5    2000s and ask Dalton Utilities to participate in

6    testing?

7        A.    No.  I believe they came to CRI and asked

8    for testing.

9        Q.    Why do you believe they came to CRI?

10       A.    And I may be in error because I'm sitting

11   here reading the -- the minutes that say the carpet

12   industry and Dalton Utilities have been under pressure

13   from the United States EPA.  So I stand corrected.

14       Q.    Well, you're just reading off of the

15   minutes; correct, sir?

16       A.    Yes.

17       Q.    My understanding -- well, let me not tell

18   you my understanding.  Let me ask you if this is your

19   understanding.  Is it your understanding that those

20   participants in the Telomer Working Group heard the

21   request for testing on the part of EPA, and they came

22   to CRI, and CRI came up with a plan that would involve

23   Dalton Utilities participating in the testing, and

24   that is how the issue was then par- -- presented to

25   Dalton Utilities?

```
 1      A.    I do not know about the very genesis of the
 2  telomer group, whether EPA came to them.  My
 3  understanding is the telomer group came to -- came
 4  to -- came to carpet manufacturers.
 5      Q.    And then the carpet manufacturers and/or the
 6  CRI came to Dalton Utilities; is that how it worked?
 7      A.    Yes.  That's my understanding.
 8      Q.    So it is fair to say, then, that this is not
 9  one of those instances where your supreme regulator,
10  the EPA, came to you, came to Dalton Utilities and
11  said, Please let us do testing?
12          MR. LUTZ:  Object to form.  He just
13      answered.
14          THE WITNESS:  Correct.
15      Q.    (By Mr. Custer)  Because we know that
16  happened in 2009.  The EPA did come to Dalton
17  Utilities and say, We want you to participate in
18  testing in 2009.
19      A.    In 2009, yes.
20      Q.    And what was the response of Dalton
21  Utilities when its regulator came to it in 2009 with
22  that request?
23      A.    We undertook testing and sampling.
24      Q.    All right.  And Mr. Scribner asked you a few
25  questions about this incident in 1988 involving BOD
```

```
 1    and COD problems that Dalton Utilities was
 2    experiencing.  Have you ever heard of that issue come
 3    up before?
 4        A.   No.
 5        Q.   If you wanted to find out what happened in
 6    1988, who would you turn to?
 7        A.   I don't know of anybody that was in -- that
 8    would have been involved in 1988 that is still living.
 9        Q.   There's no person that y'all call when you
10    want to know the answer to how you set the valve on X,
11    Y, Z pipe that's been there forever or something like
12    that?
13           MS. MANN:  Object to form.  Let me
14        object too to say that Mr. Rush is prepared
15        to testify about conversations in the '80s.
16        He'll be prepared to answer your questions.
17           MR. CUSTER:  I'm just trying to
18        identify potential witnesses.
19        Q.   (By Mr. Custer)  And if you tell me you
20    can't possibly think of anybody that might know the
21    answer to that, I'm willing to accept that answer.
22    I'm just asking --
23        A.   I will tell you that in 1988, there were
24    only two people at the utility that had any
25    communication with externalities at a high level.
```

```
 1   That would have been V.D. Parrott and his son,

 2   DeForrest Parrott, not -- neither of which are able to

 3   answer questions.

 4        Q.   Without -- without a medium?

 5        A.   Yeah.  Exactly.  Yeah.

 6             MR. DAVIS:  Objection to the form.

 7             MR. LUTZ:  What does that mean?  Are

 8        they not alive?

 9             MR. DAVIS:  No.

10             THE WITNESS:  The elder Mr. Parrott

11        has passed, and the junior Mr. Parrott is

12        suffering health issues.

13        Q.   (By Mr. Custer)  And where does the junior

14   Mr. Parrott live?

15        A.   I believe he lives in Dalton.

16        Q.   Was there a secretary or an administrative

17   person who handled paperwork for filing or something

18   like that at the time?

19        A.   There was a secretary, yes.

20        Q.   Do you know who that was?

21        A.   I can only recall her first name.

22        Q.   What was her first name?

23        A.   Linda.

24        Q.   And is she still alive?

25        A.   I -- I don't know.
```

```
 1      Q.   Have -- have you made any effort to contact
 2   Mr. Parrott, Jr. about any of these issues?
 3      A.   No.
 4      Q.   When is the last time you had a conversation
 5   with him?
 6      A.   About four years ago I saw him socially at a
 7   local restaurant.
 8           MR. CUSTER:  I think those are all the
 9      questions I have for you.  Thank you, sir.
10           MS. MANN:  Do any of the other
11      defendants have questions?
12           VIDEOGRAPHER:  Online, they do.  We've
13      got David Moore and David Marmins.
14           MR. RADNEY:  I've got three minutes.
15           MS. MANN:  Go ahead, Larkin.  Larkin
16      is up first.  He's here.  You gotta be
17      present to win.
18   EXAMINATION
19   BY MR. RADNEY:
20      Q.   Mr. Bundros, my name is Larkin Radney.  I
21   represent 3M Company in this litigation.  I don't have
22   very much for you, and I know it's late in the day.
23   We'll try to get you out of here.
24           You've told us several times today that
25   Dalton Utilities' policy is to comply with its
```

1    environmental regulations and its regulators; right?

2        A.    Correct.

3        Q.    Was that the policy when you got to Dalton

4    Utilities in 1997?

5        A.    Yes.

6        Q.    And that's true on both the water treatment

7    side and the water distribution supply side; correct?

8        A.    During what time period?

9        Q.    Well, at any time period.

10       A.    Starting in 1997, the policy of the utility

11   was to be in full regulatory compliance.

12       Q.    And what I'm really getting at is you

13   conduct your operations at the utility to meet those

14   regulations that are imposed in your permits and the

15   environment regulations by EPA and EPD.

16       A.    Correct.

17       Q.    And has -- has Dalton Utilities ever set its

18   own lower treatment standards or drinking water

19   standards?

20       A.    No.

21       Q.    Do you know of any other utilities that do

22   that?

23       A.    No.

24             MR. RADNEY:  Thank you, sir.

25             MR. DAVIS:  Are we waiting on someone

1    from --

2        VIDEOGRAPHER:  We've got Mr. Moore and

3    Mr. Marmins.  They have questions.

4        MR. DAVIS:  While we're in a lull, let

5    us mark the Kotsmith deposition Exhibit 47

6    as Plaintiffs' Exhibit 66.  I don't think

7    we did that earlier.

8        MR. RADNEY:  I need to ask a few

9    questions about that.  I didn't -- I

10   thought you had abandoned that one and were

11   not marking it.

12       MS. MANN:  I'm sorry, Andy.  I missed

13   which ones you were talking about.

14       MR. DAVIS:  It was the Kotsmith

15   environmental report that was shown on

16   screen.

17       MS. MANN:  You're marking that as 65?

18       MR. DAVIS:  It was Exhibit No. 47 from

19   his deposition.

20       (Plaintiffs' Exhibit 66 was marked for

21   identification.)

22       MS. MANN:  Okay.

23       MR. DAVIS:  And we're marking it -- I

24   think the next number for plaintiffs'

25   exhibits would be 66.

```
1              MS. MANN:  I think it's 65; right?

2              MR. LUTZ:  The boss says 66.

3              MS. MANN:  Okay.  Okay.

4         Q.   (By Mr. Radney)  All right, Mr. Bundros.  A

5    few more questions from you.  And as a matter of fact,

6    let me go back to what I was just asking you about.

7              So Dalton Utilities has never set lower

8    limits than the ones imposed by EPA or EPD.

9         A.   Correct.

10        Q.   And -- and you would obviously take in any

11   information that you might receive from some other

12   source, whether it's your customer or chemical

13   supplier or a news article, and that might be useful

14   or interesting information to you, but you wouldn't

15   use that to set your own internal standards for

16   wastewater treatment or drinking water.

17        A.   Correct.  It's always been the position of

18   the utility to be in full regulatory compliance with

19   its permits.

20        Q.   So if in 1997 you had been provided some

21   information from just say my client, 3M, about a

22   certain chemical, you might have been interested in

23   it, but it wouldn't have changed the way you ran your

24   wastewater treatment operation.

25             MR. LUTZ:  Object to form.
```

1          MS. MANN:  Object to form.
2          THE WITNESS:  We look to guidance from
3      our regulators regarding any type of
4      chemical or treatment requirements.
5      Q.   (By Mr. Radney)  You were shown a document
6  earlier, and it was just marked as an exhibit, so I
7  want to ask you a couple of questions about it.  And
8  it was a 3M document that I'm quite certain you've
9  never seen before; is that true?
10     A.   Correct.
11     Q.   Do you have any idea who Mr. Mike Santoro
12  is?
13     A.   No, I do not.
14     Q.   Do you have any idea why the document you
15  were shown was put together?
16     A.   No, I do not.
17     Q.   Do you know when it was compiled at 3M?
18     A.   I cannot recall a date on that.
19     Q.   Do you have any idea what the purpose of
20  that document was within 3M?
21     A.   I do not.
22     Q.   There was a statement in there regarding
23  some various treatment methods that had been evaluated
24  at the time that document was made, which I'll just
25  say I think our best guess is somewhere in the late

1    '90s time frame.  Do you remember those?

2        A.   Yes, the treatment options.

3        Q.   You didn't happen to read Mr. Jim Kotsmith's

4    deposition in this case, did you --

5        A.   No.

6        Q.   -- in prep?

7             So you don't know what he had to say about

8    the current state of research regarding treating PFAS

9    chemicals in water.

10       A.   Correct.

11       Q.   It wouldn't surprise you, would it, that

12   there's new information that's been developed between

13   the late '90s and today regarding treatment

14   methodologies for PFAS?

15       A.   I would not be surprised.

16            MR. RADNEY:  Thank you, sir.  That's

17       all I have.

18            MR. MARMINS:  This is David Marmins.

19       You want me to go next?

20            MS. MANN:  Sure.  Go for it.

21   EXAMINATION

22   BY MR. MARMINS:

23       Q.   I just have a few questions for you, Mr.

24   Bundros.  Again, my name is David Marmins, and I

25   represent Chem-Tech Finishers and Global Textile

1    Services and Premier Polymers in this case.  And these

2    folks have been very thorough, so I'm not going to go

3    over that, but I did have one particular point that I

4    wanted to ask you about.

5           My defendants that I represent, Chem-Tech is

6    in the case brought by the citizens of Rome, and then

7    Chem-Tech, Global and Premier are all defendants in

8    the case brought by the City of Rome.  And you

9    understand that those are two of the cases you're here

10   for today; right?

11       A.   Yes.

12       Q.   And you understand that one of those cases

13   brought by individuals who live in the City of Rome,

14   those individuals have sued Dalton Utilities alleging

15   that Dalton Utilities is responsible for PFAS in the

16   water.  You understand that; right?

17       A.   Yes.

18       Q.   And you understand that they've also sued a

19   host of Dalton carpet manufacturers and chemical

20   manufacturers; right?

21       A.   Yes.

22       Q.   Now, in the other lawsuit brought by the

23   City of Rome, the City of Rome has also sued a host of

24   carpet manufacturers and chemical manufactures

25   alleging they're responsible for PFAS in their water;

```
 1   right?

 2       A.   Yes.

 3       Q.   But the City of Rome, unlike the individual

 4   citizens of Rome, has not sued Dalton Utilities;

 5   correct?

 6            MR. DAVIS:  Object to form.

 7            MR. LUTZ:  Yet.

 8            THE WITNESS:  Correct.

 9       Q.   (By Mr. Marmins)  And do you know why?

10       A.   No, I do not know why.

11       Q.   Does Dalton Utilities have any agreement

12   with the City of Rome related to claims the City of

13   Rome may have against Dalton Utilities related to PFAS

14   in its water?

15       A.   I'm sorry, please ask your question again.

16       Q.   Sure.

17            Does Dalton Utilities have any agreement

18   with the City of Rome related to claims that the City

19   of Rome may have against Dalton Utilities related to

20   PFAS in its water?

21            MR. DAVIS:  Object to form.

22            THE WITNESS:  No, I do not.

23       Q.   (By Mr. Marmins)  Have you had any

24   discussions with the City of Rome about whether it

25   would sue Dalton Utilities?
```

```
 1    A.   I have not.
 2    Q.   Has the City of Rome made any promises to
 3   Dalton Utilities that you're aware of regarding
 4   whether Rome would sue Dalton Utilities for PFAS in
 5   its water?
 6         MR. DAVIS:  Object to form.
 7         THE WITNESS:  I am not aware.
 8    Q.   (By Mr. Custer)  And has Dalton Utilities
 9   made any promises to the City of Rome regarding
10   whether Dalton Utilities would become a defendant in
11   this case?
12    A.   No, we have not.
13         MR. MARMINS:  Thank you very much.
14      Those are all the questions I have for you.
15         MS. MANN:  David Moore, do you have
16      questions?
17         MR. MOORE:  Can you hear me, Lindsey?
18         MS. MANN:  Yes, we can hear you.
19         MR. MOORE:  Okay.  I'm going to be
20      very brief.
21   EXAMINATION
22   BY MR. MOORE:
23    Q.   This is David Moore.  I represent
24   Polyventive, which is a defendant in one of the
25   litigations.  Thank you very much for your time today.
```

```
 1    I really appreciate you being here.  I'm just going to

 2    have some questions.

 3              There's been a lot of discussion today using

 4    some terminology that I want to make sure I know what

 5    that means.  Do you know what the term means?

 6        A.   P what, I'm sorry?

 7        Q.   PFOA.  You recall testifying about PFOA

 8    today?

 9        A.   Yes, I recall testifying about all of the

10    PFCs.

11        Q.   And that's what I'm trying to get at, is

12    what -- when you were talking about -- you used

13    several terms today, and one of them, PFOA, I've heard

14    PFOS.  I've heard PFC, and then I heard PFAS, although

15    we haven't been -- so my question is:  Do you recall

16    testifying or being asked questions about PFOA?  Can

17    you tell me what that -- what that stands for, that

18    acronym stands for?

19        A.   No.

20              MR. WHITLOCK:  Object to form.

21              THE WITNESS:  All I know is it's one

22         of the many compounds inside the overall

23         PFAS family.

24        Q.   (By Mr. Moore)  Okay.  Do you know what the

25    PFAS family is?
```

```
 1              MS. MANN:  Object to form.

 2              THE WITNESS:  Not specifically, no.

 3       Q.   (By Mr. Moore)  Do you know how many

 4   chemicals might be in what you term the PFAS family?

 5              MR. WHITLOCK:  Object to form.

 6              THE WITNESS:  I've heard ranges, but I

 7    do not know.

 8       Q.   (By Mr. Moore)  Yeah, what range is it?

 9       A.   It's more like --

10       Q.   Can you tell us what the ranges are that you

11   heard?

12       A.   It would be pure speculation, but I'd say 30

13   to 60.

14       Q.   And can you tell me what PFOS -- and I'm

15   going to spell it, P-F-O-S -- can you tell me what

16   that is?

17              MR. WHITLOCK:  Object to form.

18              THE WITNESS:  Again --

19       Q.   (By Mr. Moore)  So really, I'm asking --

20   pardon me.  Go ahead.

21       A.   To me, PFOA, PFOS and the other myriad of

22   compounds are the overall group of family called PFAS.

23       Q.   So when you were testifying regarding those

24   terms, you -- well, let me strike that.

25              Can you name any other compounds, chemicals
```

```
 1   in the -- the term you used, PFAS family?

 2            MS. MANN:  Object to form.

 3       Q.   (By Mr. Moore)  Other than PFOA and PFOS?

 4            MS. MANN:  Object to form.

 5            THE WITNESS:  I cannot.

 6       Q.   (By Mr. Moore)  Can you name any other --

 7   I'm going to use a different term now, and tell me if

 8   you don't know what it means -- per- and

 9   polyfluoroalkyl substances that Dalton Utilities has

10   managed over the years?

11       A.   I don't know the question.

12            MS. MANN:  David, we're having trouble

13        hearing you.

14            MR. MOORE:  You need me to repeat?

15            MS. MANN:  Yes, please.

16            MR. MOORE:  Yeah, I'm sorry.  I'm not

17        in a good spot at all.  Let me get real

18        close here.

19       Q.   (By Mr. Moore)  I'm going to use a term

20   called "per- and polyfluoroalkyl substances," and my

21   question is:  Are you aware of or do you know of, as

22   you're testifying, whether you're referring to any

23   other per- or polyfluoroalkyl substances other than

24   PFOA and PFOS?

25       A.   My reference was to -- as a matter of fact,
```

```
 1   I thought at the very beginning we were going to use
 2   the terminology "PFAS" to refer to the entire family.
 3        Q.   And that would be those 60 compounds you
 4   referred to earlier.
 5             MR. WHITLOCK:  Object to form.
 6             THE WITNESS:  Yes.
 7             MR. MOORE:  I have no further
 8   questions.  Thank you very much.  Thank you
 9   for your time.
10             MS. MANN:  Anybody else have
11   questions?
12             No?
13             Let's go off the record for just a
14   second.
15             VIDEOGRAPHER:  The time is 4:45.
16   We're off the record.
17             (A recess was taken.)
18             VIDEOGRAPHER:  All right.  The time is
19   4:51.  We're back on the record.
20             MS. MANN:  I think Mr. Bundros has
21   been released.  We finished his testimony,
22   and I just want to come on the record
23   really quickly to talk about the remainder
24   of Dalton Utilities' deposition.
25             So upon receipt of notice of 28
```

1    topics, we coordinated with plaintiffs'

2    counsel and defense counsel to schedule

3    this deposition.  Plaintiffs' counsel

4    indicated they needed three days.  Dalton

5    Utilities reserved four days, and we

6    ultimately agreed to complete the

7    deposition at 6:00 p.m. today.

8         Dalton Utilities also received

9    additional topics from certain defendants,

10   which was also served on plaintiffs'

11   counsel, and attempted to align designees

12   for the sake of efficiency.  For reasons

13   outside of Dalton Utilities' control, we

14   have not gotten through all the topics.  To

15   avoid further dispute, Dalton Utilities

16   will make Mr. Rush available either Monday,

17   March 7th or Friday, March 11th to address

18   those topics assigned to him.

19        All other topics are closed.

20        VIDEOGRAPHER:  The time is 4:52.  This

21   concludes the deposition.

22        (Deposition concluded at 4:52 p.m.)

23

24

25

1                          DISCLOSURE

2

            Pursuant to Article 10.B of the Rules
3    and Regulations of the Board of Court
     Reporting of the Judicial Council of
4    Georgia which states:   "Each court reporter
     shall tender a disclosure form at the time
5    of the taking of the deposition stating the
     arrangements made for the reporting
6    services of the certified court reporter,
     by the certified court reporter, the court
7    reporter's employer or the referral source
     for the deposition, with any party to the
8    litigation, counsel to the parties, or
     other entity.  Such form shall be attached
9    to the deposition transcript," I make the
     following disclosure:

10

            I am a Georgia Certified Court
11   Reporter.  I am here as a representative of
     Huseby Global Litigation.  Huseby Global
12   Litigation was contacted to provide court
     reporting services for the deposition.
13   Huseby Global Litigation will not be taking
     this deposition under any contract that is
14   prohibited by O.C.G.A. 9-11-28(c).

15          Huseby Global Litigation has no
     contract/agreement to provide reporting
16   services with any party to the case, any
     counsel in the case, or any reporter or
17   reporting agency from whom a referral might
     have been made to cover this deposition.

18
            Huseby Global Litigation will charge
19   its usual and customary rates to all
     parties in the case, and a financial
20   discount will not be given to any party to
     this litigation.

21                         *Blanche J. Dugas* (signature)

22
                           Blanche J. Dugas
23                         CCR No. B-2290

24

25

1    STATE OF GEORGIA:

2    COUNTY OF FULTON:

3

4           I hereby certify that the foregoing

5        transcript was reported, as stated in the

6        caption, and the questions and answers

7        thereto were reduced to typewriting under

8        my direction; that the foregoing pages

9        represent a true, complete, and correct

10       transcript of the evidence given upon said

11       hearing, and I further certify that I am

12       not of kin or counsel to the parties in the

13       case; am not in the employ of counsel for

14       any of said parties; nor am I in any way

15       interested in the result of said case.

16

17

18

19

20            BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25

1                              CAPTION

2

3              The Deposition of TOM BUNDROS, taken in the

4    matter, on the date, and at the time and place set out

5    on the title page hereof.

6              It was requested that the deposition be

7    taken by the reporter and that same be reduced to

8    typewritten form.

9              It was agreed by and between counsel and

10   the parties that the Deponent will read and sign the

11   transcript of said deposition.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      CERTIFICATE

 2   STATE OF GEORGIA

 3   COUNTY OF FULTON

 4            Before me, this day, personally appeared,

 5   TOM BUNDROS, who, being duly sworn, states that the

 6   foregoing transcript of his deposition, taken in the

 7   matter, on the date, and at the time and place set out

 8   on the title page hereof, constitutes a true and

 9   accurate transcript of said deposition.

10

11   _____

12   TOM BUNDROS

13

14            SUBSCRIBED and SWORN to before me this

15   _____day of_____, 20____ in the

16   jurisdiction aforesaid.

17

18   _____        _____

19   My Commission Expires       Notary Public

20

21   *If no changes need to be made on the following two

22   pages, place a check here _____, and return only this

23   signed page.*

24

25
```

1                     DEPOSITION ERRATA SHEET

2

3   Our Assignment No.  386823

4   Case Caption:  The City of Rome, Georgia, et al. vs.

5                     3M Company, et al.

6

7   Witness:  TOM BUNDROS - 03/04/2022

8              DECLARATION UNDER PENALTY OF PERJURY

9   I declare under penalty of perjury that I have read

10   the entire transcript of my deposition taken in the

11   captioned matter or the same has been read to me, and

12   The same is true and accurate, save and except for

13   changes and/or corrections, if any, as indicated by me

14   on the DEPOSITION ERRATA SHEET hereof, with the

15   understanding that I offer these changes as if still

16   under oath.

17

18   Signed on the _____ day of

19   _____, 20____.

20

21   _____

22   TOM BUNDROS

23

24

25

```
 1                    DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25    TOM BUNDROS
```

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

```
 1                    DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25    TOM BUNDROS
```

Exhibits

BundrosT-P51
  1058:3
  1060:6

BundrosT-D49
  1057:17
  1288:12,22
  1290:19,25

BundrosT-D50
  1057:21
  1288:5,23
  1289:1,14
  1290:3
  1291:16
  1292:10

BundrosT-D51
  1058:1
  1086:5,13
  1296:3,10,
  13 1310:16
  1311:9

BundrosT-P52
  1058:5
  1131:2

BundrosT-P53
  1058:7
  1134:23
  1135:4

BundrosT-P54
  1058:9
  1153:10,
  11,19

BundrosT-P55
  1058:14

1172:23
1173:5,12

BundrosT-P56
  1058:17
  1178:5,11

BundrosT-P57
  1058:20
  1186:11,
  12,15,16,
  20 1279:7
  1313:8

BundrosT-P58
  1059:1
  1188:9,10,
  11

BundrosT-P59
  1059:5
  1191:3,8

BundrosT-P60
  1059:8
  1197:7,14

BundrosT-P61
  1059:11
  1204:19,25

BundrosT-P62
  1059:14
  1209:9,12

BundrosT-P63
  1059:18
  1212:8,11

BundrosT-P64
  1059:20
  1222:6,8

BundrosT-P65

1060:1
1227:19,
20,23

BundrosT-P66
  1060:3
  1320:6,20

$

$99.4   1141:2

0

005973
  1290:4

006155
  1290:3

03   1152:15

04   1089:15

07   1228:13

08   1152:15

09   1089:15

1

1   1061:3
  1068:7

10   1288:2,
  10

10,000-acre
  1098:24
  1104:13
  1106:1

10,000-some-
acre   1106:6

10.B   1332:2

100   1086:19
  1125:23
  1214:3
  1216:11,14

10:11   1113:2

10:29   1113:6

10:50
  1130:22

10:52
  1130:25

10th
  1168:21

111   1224:4
  1225:13
  1226:13

11:17
  1150:12

11:34
  1150:14

11th
  1331:17

12   1183:24
  1240:15
  1266:3

12:42   1203:3

12:50
  1203:5,23,
  25

13   1228:11
  1259:3

13th
  1161:20

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
Tom Bundros on 03/04/2022

30(b)(6)                                                    Index: 14..2008

1186:22
1223:7
1282:6

**14**  1119:18

**15**  1071:11,
13  1150:8
1210:24
1259:20

**16**  1188:8

**17**  1191:2
1262:25

**18**  1239:8

**18,100**
1115:9

**18,126,700**
1118:23

**180,000**
1112:5

**180,800**
1118:3

**18th**
1209:19

**19,600**
1115:4

**1940s**
1276:25

**1984**
1063:22

**1986**
1068:18
1069:20
1086:25
1090:7,13

1170:4
1275:10
1306:13

**1988**
1289:21
1291:2,20
1294:24,25
1295:2
1302:8,11
1305:19
1315:25
1316:6,8,
23

**1990**
1090:13

**1996**
1064:5,25
1089:23
1090:14

**1997**  1064:7
1072:10,11
1239:5
1274:12,24
1276:2,5
1277:2,16
1302:23
1319:4,10
1321:20

**19th**
1223:15

**1:00**
1183:24

**1:57**
1204:1,3

**1st**  1135:11

— 2 —

**2**  1068:13
1113:22
1199:24
1288:21
1291:17
1292:1

**2/6/2008**
1178:20

**20**  1117:12
1285:3,23
1287:7

**20-**  1313:5

**2000**
1116:14

**2000s**  1072:9
1116:13
1136:11
1161:8
1275:25
1313:22
1314:5

**2002**
1089:19

**2003**  1152:1
1163:1
1167:20
1184:9,18
1185:19
1188:6,15
1190:16
1194:7
1199:9
1204:7

1206:21
1207:6

**2004**
1089:23
1152:1
1180:10
1186:18,
20,22
1197:11
1207:6
1279:14
1281:12
1282:6
1305:18
1313:16

**2006**
1089:11
1155:6,22
1156:3
1165:18
1166:1

**2007**  1155:6

**2008**
1115:21
1116:25
1151:1,3,9
1152:23
1155:15
1159:3
1165:12,13
1167:15
1168:21
1174:23
1177:18
1180:10
1182:8
1183:4

1184:6,14
1185:4
1208:12

**2008/2009**
1166:25

**2009**   1064:7
1065:5,8
1089:3
1132:2
1166:19
1264:15
1274:12
1315:16,
18,19,21

**2010**
1166:19
1264:15

**2011**
1089:11

**2012**
1065:6,25
1274:15
1313:6

**2015**   1066:3

**2016**
1066:9,23
1120:14,15
1121:4
1131:14
1132:14,21
1149:15,25
1152:16
1208:24
1209:19
1210:3

1212:21
1214:17
1219:13
1220:25
1221:11
1222:14
1223:12,15
1227:22
1274:20
1276:2

**2018**   1089:3
1306:19

**2020**
1149:25
1274:18

**2021**
1149:11,
20,21

**2022**
1061:1,7
1149:20,21

**2025**
1135:13

**2031**   1136:2

**2106**   1223:9

**22nd**
1212:21

**23**   1204:14,
17,18
1291:20

**24th**
1188:15

**26,700**
1115:13

**28**   1330:25

**29**   1197:6

**29th**
1223:25

**2:33**
1229:17

**2:35**
1229:20

---

### 3

---

**3.07**   1137:7

**30**   1156:20
1157:4,13
1183:11
1262:17,18
1328:12

**32**   1113:14,
16  1186:6,
10

**33**   1297:10

**36**   1305:23
1306:13
1307:12

**37**   1173:10

**38**   1153:10

**39**   1130:18
1178:3,4
1224:4

**3:00**
1183:19

**3:46**
1290:13

**3:59**
1290:16

**3M**   1061:6
1116:12,16
1198:9
1246:20
1253:24
1254:14,21
1255:4
1262:25
1267:2
1301:13,19
1302:2
1303:8
1308:22
1318:21
1321:21
1322:8,17,
20

**3m's**
1263:22

**3rd**   1222:13

---

### 4

---

**4**   1061:1,7
1114:1,2,5
1195:5
1288:24

**40**   1156:20
1157:4,13

**44,000**
1119:1

**45**   1183:12

**46**   1254:12,
13

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
Tom Bundros on 03/04/2022

30(b)(6)                                                    Index: 47..94

**47** 1253:12, 22 1254:9, 14 1257:12 1287:24 1320:5,18

**47,000** 1114:20,22

**48** 1287:24

**49** 1209:8, 15 1287:25 1288:1,2, 10,12,14, 22 1290:19,25

**4:00** 1183:19

**4:45** 1330:15

**4:51** 1330:19

**4:52** 1331:20,22

**5**

**5** 1197:11

**50** 1287:25 1288:1,5, 11,23 1289:1,14 1290:3,20 1291:16 1292:10

**51** 1086:5, 13 1228:10

**52** 1296:3,10, 13 1310:16 1311:9

**52** 1131:2

**53** 1134:23 1135:4 1136:25

**54** 1153:11, 19

**55** 1172:23 1173:5,12

**56** 1178:5, 11

**57** 1186:11, 12,14,16, 20 1279:7 1313:8,11

**58** 1188:10, 11

**59** 1191:3,8

**6**

**6** 1288:24 1289:11,14

**6.2** 1291:2

**60** 1197:7, 14 1328:13 1330:3

**61** 1204:19, 25

**62** 1209:9, 10,12

**63** 1212:8, 11

**64** 1222:6,8

**65** 1227:20, 23 1320:17 1321:1

**66** 1320:6, 20,25 1321:2

**6:00** 1331:7

**7**

**70** 1118:18, 21 1119:5 1120:24 1121:4 1126:13 1129:5 1208:25 1213:14 1223:18 1224:3 1225:14 1226:15 1227:2 1228:13 1229:10 1240:14 1241:16,23 1257:2 1271:6

**72** 1224:3

**7th** 1227:22 1331:17

**8**

**80** 1091:21 1092:6

**80s** 1277:1 1278:5 1310:17 1316:15

**84** 1212:7

**87** 1079:25 1080:9 1156:21 1157:17,23

**89** 1090:3

**8th** 1199:8

**9**

**9** 1288:6,11

**9,200-acre** 1156:22 1170:1

**9-11-28(c)** 1332:14

**90** 1079:25 1080:10

**90s** 1136:10 1260:3,9, 17 1275:25 1323:1,13

**93** 1130:11, 15,19

**94** 1172:25 1227:19

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

**95** 1090:3

**96** 1065:5

**97** 1065:6,8
1089:19

**98** 1172:16,
19,20,21,
22

**99** 1222:7

**99.4** 1137:3
1139:12

**9:08** 1061:8

———————————

**A**

———————————

**a.m.** 1061:8

**Aaron** 1155:4

**abandoned**
1320:10

**abate** 1146:4

**abatement**
1262:19,22

**abating**
1148:18

**abides**
1101:7

**absence**
1080:12
1156:12
1198:18

**absolute**
1286:5

**absolutely**
1261:24

**absorption**
1263:9

**accelerated**
1121:22

**accept**
1139:25
1242:10
1297:15
1316:21

**acceptable**
1291:12
1293:14,21

**access**
1232:7

**account**
1083:25
1230:13

**accountable**
1141:15

**accounting**
1064:11

**accounts**
1079:25
1091:21

**accuracy**
1170:11,16
1179:18

**accurate**
1070:18
1080:2
1086:23
1087:1
1092:2,12
1103:23

**1138:**3
1212:10

**accurately**
1168:6

**acid**
1154:16
1155:7
1159:23
1171:22

**acids**
1158:22

**acknowledge**
1109:1
1182:25

**acronym**
1117:4
1259:1
1327:18

**act** 1145:25
1146:12
1181:17
1307:14

**acted** 1307:7

**action**
1141:1
1165:10
1166:4,6,
18 1169:14

**actions**
1198:4

**activities**
1313:21

**acts**
1307:19

**actual**
1292:10

**ad** 1291:4,
23 1293:6
1294:8

**add** 1140:1

**added**
1087:10,13

**addition**
1140:1
1232:5
1312:22

**additional**
1144:20
1145:2
1210:21
1213:8
1216:19,
22,24
1217:2
1218:8,9,
11 1299:3
1331:9

**additionally**
1229:3

**address**
1081:4,21
1150:20
1175:1
1331:17

**addresses**
1212:15,16

**adequate**
1136:13

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

admin   1063:4

administration
   1302:25

administrative
   1101:17
   1317:16

adopted
   1240:10

adult   1239:2

Advent
   1090:2

adverse
   1121:19

advice
   1126:13
   1148:19,20
   1233:18

advise
   1190:10

advised
   1119:14
   1190:8
   1213:3
   1224:15
   1300:11

advisement
   1223:16

advising
   1213:12

advisories
   1120:16
   1121:8,13
   1213:2

advisory
   1118:7
   1119:6,17,
   25
   1120:19,24
   1121:4
   1125:1
   1129:5
   1131:13
   1132:14,20
   1152:18
   1154:9
   1208:25
   1214:18
   1215:22
   1221:11
   1225:7,18
   1226:3,6,
   7,15
   1228:13
   1229:9
   1240:14
   1242:1
   1256:21
   1270:20
   1271:17

aeration
   1102:19

affairs
   1292:24
   1293:1

affected
   1179:16,20

affirmative
   1068:11
   1081:17
   1086:16

1087:18,22
1119:19
1126:11
1131:8
1153:4,21
1154:23
1163:23
1174:22
1176:23
1185:8
1187:20
1205:4
1207:1
1236:8,25
1271:22
1292:17
1296:19

afraid
   1183:18

afternoon
   1183:14
   1229:24,25
   1273:12

afternoons
   1231:11

age   1239:8

agencies
   1093:15
   1094:6,12,
   24 1095:8
   1096:5,11,
   18 1097:1
   1100:21,25
   1124:21
   1125:21
   1148:15

1166:5

agency
   1144:21
   1145:2
   1187:17
   1206:3
   1282:20
   1283:22
   1332:17

agenda
   1289:7,24
   1291:1,19
   1292:13,
   16,19
   1301:4

agents
   1069:15
   1138:22
   1140:4

aggravated
   1299:16

agree
   1073:11
   1080:18,21
   1087:4
   1094:8
   1100:4
   1101:5
   1106:14
   1107:12
   1108:4
   1119:4,9,
   12,16
   1121:2,3
   1122:7
   1135:16

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1149:21
1169:22
1182:24
1235:19,22
1272:5
1287:6

agreed
 1211:22
 1331:6

agreement
 1325:11,17

ahead
 1147:19
 1318:15
 1328:20

air  1160:24
 1162:1,20
 1205:16

alarms
 1258:17

alerted
 1156:6
 1183:5
 1226:1

alerting
 1152:25
 1208:13

align  1309:2
 1331:11

alive
 1317:8,24

allegation
 1134:20,21
 1145:21

1146:1,22
1160:4

allegations
 1097:6
 1098:15
 1141:4
 1145:23

alleged
 1145:18

alleging
 1324:14,25

allowable
 1223:17

allowed
 1287:6

alluding
 1218:11

Alongside
 1144:19

Alpharetta
 1065:13

Americans
 1120:20

amount
 1072:6
 1075:19
 1106:24
 1112:5
 1157:20
 1223:17
 1268:21

amounts
 1154:9
 1155:5

analogous
 1261:1

analysis
 1217:12

analyst
 1063:22

analytical
 1280:6

analyze
 1165:1

and/or
 1068:18
 1069:18
 1212:16
 1275:8
 1315:5

Andy  1230:7
 1320:12

animals
 1098:2
 1121:15

annual
 1205:6

annually
 1137:7

answers
 1235:3
 1293:11
 1333:6

antibody
 1121:24

anticipation
 1179:2

apologize
 1268:2
 1296:8
 1297:25

apology
 1268:7

appears
 1074:15
 1157:22
 1158:11
 1174:24
 1176:16
 1177:3
 1189:2
 1211:5
 1212:17
 1227:20

application
 1068:15
 1104:14,20
 1105:2,12,
 22 1106:1,
 12 1107:1,
 5,21
 1108:2,3,
 10,18,21
 1109:16,20
 1110:4
 1113:24
 1117:19
 1133:9,23
 1146:9,14
 1148:22
 1150:4
 1158:8
 1166:25
 1170:2

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1203:16
1210:22
1213:23
1216:6
1217:13,16
1234:10
1278:11,15
1279:2
1282:23
1299:22

**applied**
1092:1
1192:12

**apply**
1233:19
1234:3
1241:4

**applying**
1233:23

**apprised**
1145:1

**approached**
1175:18

**approvals**
1200:14

**approved**
1135:8,10
1159:20

**approves**
1279:23

**approving**
1141:1

**April**
1212:21

**aquatic**
1260:11

**aquifers**
1220:4

**area**
1152:4,10
1156:17
1169:1
1184:11
1195:15
1198:23
1208:20
1238:1
1276:16

**areas**
1105:11
1217:1,2

**arrangements**
1332:5

**array**
1263:25
1264:2
1265:6

**arrival**
1295:3

**arrow**  1114:4

**article**
1076:15
1134:23
1135:1
1139:10
1140:14,
17,25
1144:11
1151:4,8

1152:25
1153:25
1154:4,21
1158:13
1159:10,
13,14
1160:3,14
1163:21
1164:12
1167:15
1168:15,20
1169:13
1172:9
1176:21
1177:4
1179:17,18
1180:2
1182:22
1183:4
1185:9
1208:13
1223:25
1224:6
1226:8
1280:11
1296:12,23
1297:24
1298:15
1300:4
1321:13
1332:2

**article's**
1179:3

**articles**
1153:14
1182:8

**ascertain**

1185:17

**assembled**
1224:24

**assessed**
1297:9,12

**assessment**
1259:4,10
1280:5,22
1281:4
1282:3
1284:2,3

**assigned**
1331:18

**assistance**
1206:12

**assistant**
1131:20,22

**assume**
1064:15

**astonishing**
1110:6
1112:2

**Atlanta**
1251:10,21

**atoms**  1117:7

**attached**
1332:8

**attempted**
1331:11

**attend**
1248:6,12

**attendance**
1069:17

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1275:7

**attended**
1083:19,
22,24
1085:19,21
1086:1
1181:1
1248:7
1250:1,5

**attending**
1188:18

**attention**
1209:17
1242:20
1279:6
1289:12

**attorneys**
1073:8

**August**
1089:3

**authorities**
1096:14
1201:4,22
1282:15

**authority**
1124:8
1200:3,13,
21,22,24
1201:12
1202:7

**avoid**
1303:25
1331:15

**awaiting**
1112:18

**aware**
1070:15
1086:1
1090:5
1100:3
1111:5,15
1113:10
1115:17
1116:2,6,
18,22
1124:24
1132:18,24
1136:7
1145:21,22
1146:1
1151:8
1159:2,13
1160:3
1167:14
1171:15,19
1172:13
1180:1,15,
20 1183:3
1186:1
1195:18
1197:19
1207:14
1209:1
1211:21
1216:9
1219:7
1225:3
1226:5
1228:19
1240:9,19,
21 1242:3
1245:18,23
1247:23

1255:16
1260:18
1264:2,12,
13,19
1265:20
1266:21
1270:15
1271:16
1306:1,3,9
1326:3,7
1329:21

**awareness**
1162:9

_____

            **B**
_____

**B-2290**
1332:23

**B.J.**
1123:21
1126:23
1128:2,10
1141:25
1208:3
1224:18

**back**
1063:19
1064:2,13
1065:16
1081:20
1082:5
1090:7
1096:21
1099:11
1101:2
1113:6
1122:23

1123:22,25
1124:14
1125:19
1127:4
1128:24
1129:23
1130:13
1131:1
1136:10
1142:1
1145:15
1148:17
1150:15,17
1151:9
1152:16
1155:15,21
1156:3
1166:1
1175:14
1182:7
1184:9,18
1185:18
1186:18
1188:5
1203:6
1204:4
1219:23
1224:19
1229:21
1230:22
1235:12
1243:22
1245:6
1252:3
1257:7
1260:17
1274:15
1276:8,19

1290:17
1302:8
1303:2
1308:18
1310:17
1311:5
1321:6
1330:19

**background**
1062:1,8
1090:5
1120:3
1124:16
1261:19
1274:10
1285:1

**backing**
1308:15
1310:24

**backstory**
1175:20

**bacteria**
1196:25

**bad** 1111:24
1162:13
1178:3
1294:18

**ball** 1243:7

**banks**
1189:17
1191:15

**Bartow**
1238:18

**base**
1075:14

**based** 1084:1
1108:13
1121:13
1141:4
1174:25
1203:10
1208:9
1211:5
1217:11
1265:13
1268:15
1272:2,13
1285:9

**basically**
1064:13
1066:6
1256:7

**Bates**
1289:25
1290:2

**bathroom**
1112:22

**bear**
1130:10
1209:6
1290:5

**Beaulieu**
1310:9,10

**beautiful**
1231:13

**began**
1149:5,25
1154:6
1167:20
1299:18

**begin**
1149:1,20
1166:11
1231:4

**beginning**
1135:11,12
1330:1

**beginnings**
1075:9

**behalf**
1067:4
1084:21
1134:10
1146:18
1160:8
1230:15

**beings**
1264:6

**belief**
1269:13

**Bend**
1156:17,19
1170:1

**benefactor**
1143:8

**benefactors**
1143:11

**beneficial**
1309:23

**benefit**
1282:18

**Bethel**
1089:22
1173:13,

17,22,24
1174:5,19
1175:11
1176:6
1179:11
1180:5
1188:17
1311:11

**Bethel's**
1179:24

**big** 1312:25

**bigger**
1102:24

**Bill**
1303:17

**billing**
1064:12

**billion**
1228:13

**bills**
1297:12

**bioaccumulate**
1098:1,7

**bioaccumulatio
n** 1258:2

**bioconcentrate
s** 1260:20
1261:7
1262:3

**bioconcentrati
on** 1260:23

**biological**
1102:19
1138:22

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1140:4
1297:13

**birth**
1121:22

**bit** 1070:19
1082:7
1091:6
1186:19
1245:12
1274:10
1282:19
1299:15
1310:12

**blame** 1124:9
1141:13
1142:16

**Blanche**
1332:22
1333:20

**blocker**
1298:23
1299:15
1300:9

**blockers**
1299:23
1301:20
1303:9

**blood**
1189:17
1191:15
1261:7

**board**
1068:8,13
1069:18,19
1070:3,10,

11,14
1071:1,18
1074:21
1082:12
1083:19
1085:3,7
1086:7,11,
23,24
1087:5,14,
17
1088:12,25
1089:8,10,
14,22
1090:3,8,
12,23
1118:13
1154:9
1173:20
1179:11,25
1180:6,9
1181:7,16,
18 1182:1
1186:21
1187:2
1188:14,25
1201:21
1209:18
1210:5,17
1212:10,18
1220:24
1222:20
1223:3
1225:25
1227:21
1250:13
1275:8,9
1279:23
1287:14

1289:21
1306:15,
19,22
1307:1,8,
11,15
1310:16,19
1311:6
1332:3

**boards**
1090:11
1091:3
1308:5
1310:24
1311:10,19
1312:13

**BOD** 1297:8,
14,21
1298:24
1299:2,8
1315:25

**bodies**
1099:5

**BODS**
1293:12
1295:21

**body** 1098:8
1194:2
1260:25

**Boggs**
1087:19
1088:15
1312:14

**bogie** 1110:9

**bond** 1171:6

**bonds**

1237:17

**boots-on-the-
ground**
1232:22

**boss** 1321:2

**bottom**
1118:1
1178:19,
23,25
1194:18
1256:2
1259:11
1279:21
1291:17
1292:1
1296:17

**boxes**
1259:11

**Boy** 1071:11

**Braun**
1173:14
1174:20
1175:13,25
1176:9
1178:20

**break** 1062:6
1112:22,24
1113:8
1131:5
1150:9,17
1163:16
1183:22
1202:24
1204:6
1273:7,8
1290:11,19

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

breastfed
  1121:21

Brian
  1312:12

briefing
  1191:5

briefly
  1066:11
  1211:4

bring
  1204:23

bringing
  1211:6

broad
  1246:11,14
  1308:1

broadband
  1236:18
  1238:7

broadly
  1310:18

broken
  1129:14

brought
  1324:6,8,
  13,22

Brown
  1090:8,9
  1311:9

Bryant
  1090:2

Bryant's
  1090:5

Budro  1296:6

build  1098:7

builds
  1261:2

built  1170:4

bullet
  1198:8,17,
  22 1199:1
  1200:1
  1201:19
  1223:22
  1257:24
  1263:2

Bundros
  1061:1,4,
  11,16,23
  1062:5
  1067:3,17,
  23 1073:10
  1086:3
  1091:5
  1096:20
  1097:2
  1111:23
  1113:7
  1119:21
  1128:4
  1129:19
  1131:4
  1134:8
  1144:12
  1145:7
  1148:16
  1150:16
  1152:20
  1153:11

1157:2
1160:20
1167:7
1178:10
1184:5
1190:15
1191:4
1194:19
1197:8
1200:2
1202:22
1203:7
1204:5
1205:2
1209:4,7,
16 1212:7,
9 1217:11
1218:1
1222:2,10
1223:7
1225:22
1227:17
1229:13,24
1273:12
1275:4
1276:1
1279:13
1281:1,23
1282:12
1287:13
1288:19
1290:18
1293:4
1296:3,5,
7,8
1303:17
1318:20
1321:4

1323:24
1330:20

business
  1063:3,4
  1179:15
  1234:20
  1235:25
  1236:2,4
  1238:3
  1245:8
  1309:23

businesses
  1307:25

butcher
  1219:22

─────────
        C
─────────

C.s.
  1090:12

C8  1116:9

CA-  1199:3

Cabin
  1090:15

cabinet
  1197:10

call
  1134:12
  1175:12,13
  1180:21
  1212:25
  1279:5
  1286:22
  1316:9

called

1097:17
1104:14
1177:6
1254:5,9
1313:20
1328:22
1329:20

calling
  1175:21
  1213:11

calls
  1148:10
  1269:7

campus
  1231:13

cancer
  1121:23
  1122:14
  1123:4
  1124:11
  1256:22

candidates
  1248:17
  1249:12

candidly
  1286:18

cap  1141:2

capital
  1073:15
  1167:8
  1237:20,21

caption
  1333:6

carbon

1117:7
1263:9

carbons
  1116:4,7,
  19

carboxylic
  1263:15

carcinogen
  1154:10

care
  1071:24

cares
  1221:14,16

Carey  1205:7

Carolina
  1062:18
  1063:18,19
  1239:1,7

carpet
  1061:19
  1064:16
  1069:16
  1073:14,18
  1074:11,
  20,21
  1075:1,7,
  13,16,20,
  23  1076:2,
  4,13,18,22
  1077:4,5,
  11,12,15
  1078:8,18
  1079:5,13,
  20,24
  1080:5,15,

20 1081:3,
13,21,25
1082:7,9,
15,20,23
1083:1,7,
10,11,12,
14,19,25
1084:4,5,
12,20,21
1085:5,10,
11,19
1088:16,21
1089:1,7,
12,24
1090:9,14,
19,22,25
1091:4,9,
15,19,22
1092:7,12,
16,18
1093:2
1094:16
1096:23
1100:15
1101:11,
15,17,18,
20,23
1103:4,22
1104:10
1115:20
1117:11
1134:5,17
1141:6
1145:19
1146:19
1152:2,5
1154:8
1157:21,24

1160:21
1161:6,13,
18,23
1162:6,17,
24 1163:5,
9 1164:7
1166:12,20
1167:2,8,
9,22
1169:2,10,
15,21
1176:7
1177:5,10,
19
1178:16,17
1185:20
1186:9,20
1187:14
1188:13
1190:10
1192:15,19
1193:9,16
1194:25
1195:18,19
1198:4
1199:3
1200:6
1204:7
1207:15,23
1208:9,18
1209:18
1212:15,16
1216:17
1222:12
1223:4
1228:24
1229:9
1233:23

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1234:3,4,5
1235:1,5
1236:19,22
1237:12,25
1243:9
1245:15,21
1246:25
1247:7
1248:6
1249:2
1250:15
1251:5,9
1260:4,15
1264:1,7
1265:9
1269:15
1275:6
1277:21
1283:12
1286:16
1287:17
1290:25
1291:4,23
1293:6
1294:9
1297:3
1299:17
1300:6,7
1304:6
1305:25
1306:7
1307:18,21
1308:1,12,
15,19
1309:5,11
1310:19,22
1311:11,
13,17,20,

23,25
1312:2,8,
10,13,15,
16,25
1314:11
1315:4,5
1324:19,24

carpeting
  1224:9

carpets
  1078:22
  1089:16,20
  1233:24
  1255:1
  1298:3,4,
  16  1311:12
  1312:1

carries
  1298:23

carry  1168:2

case  1069:2
  1132:5,9
  1145:23
  1146:8,13
  1150:4
  1197:9
  1219:8
  1225:4
  1256:5
  1296:21
  1323:4
  1324:1,6,8
  1326:11
  1332:16,19
  1333:13,15

cases

1230:12
1273:14
1324:9,12

catch  1138:3
  1173:25

categories
  1220:23

Cathy  1312:3

causing
  1299:24
  1300:10
  1301:20

CCR    1332:23

CCR-B-2290
  1333:20

cell
  1175:21

cent
  1233:22

centered
  1142:14

central
  1224:13

CEO  1062:4
  1065:18
  1066:9,12,
  17  1067:8
  1072:3,5,
  8,12
  1076:16
  1083:22
  1085:14,18
  1094:9
  1098:22

1107:8
1108:20
1110:11,22
1118:12
1119:23
1134:2
1149:16
1176:11
1208:24
1212:22
1231:5
1239:16,21
1246:3
1248:5
1258:15
1261:13
1274:20
1276:2
1277:3,4,5
1294:14

CEOS
  1073:23
  1074:5
  1199:3
  1232:15

certified
  1332:6,10

certify
  1333:4,11

CFO  1064:6,
  9,10
  1065:4,11
  1274:11

chain
  1266:16

chair

1070:14

**chairman**
1088:21
1210:5
1223:2

**challenge**
1217:24

**chance**
1086:21
1199:23

**change**
1085:23
1116:3,16,
18 1117:6
1169:14

**changed**
1066:25
1132:6
1169:20
1292:6
1300:9,16
1301:18
1321:23

**changing**
1239:16
1252:22

**channels**
1107:23

**characterizati
on** 1075:2
1139:25
1182:25
1280:19,20
1307:20

**characterized**

1235:14

**charge**
1066:13
1072:23
1131:21
1234:13
1236:9,11,
13,14
1332:18

**charged**
1084:4
1234:16

**charges**
1297:12

**Charles**
1131:19,24

**Charlie**
1173:13,24
1176:6

**Chatsworth**
1213:4,18,
22 1214:9
1215:7,13,
22 1216:20
1226:2

**Chattanooga**
1151:3,16
1152:23,24
1168:19
1179:1
1208:12

**Chattooga**
1241:9

**Chem-tech**
1323:25

1324:5,7

**chemical**
1116:23
1117:4,11
1152:3
1154:7
1155:6
1161:21
1164:24
1169:2
1171:9
1242:17
1243:12
1244:23
1245:13,
19,20
1246:20,21
1247:6
1260:4,15
1268:20,25
1269:14
1284:19
1297:13
1298:3
1299:16,23
1300:10,16
1303:8
1308:21
1310:24
1311:24
1312:4,9
1321:12,22
1322:4
1324:19,24

**chemicals**
1068:24,25
1069:1,6,9

1078:19,
21,25
1079:1,4
1090:3
1093:2,4,
8,9,13
1094:16,25
1096:23
1097:8,14,
17,21
1098:10
1099:1,7
1100:15
1102:5
1103:7,9
1104:4,7
1107:17
1112:5
1114:16
1116:4,10
1117:10,19
1118:1
1120:5,6,
11 1122:4,
13,25
1124:11
1136:16
1137:4
1138:21
1139:13
1140:2
1143:19
1144:12,
14,15,19
1145:10
1154:24
1156:5,6,
11,12

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1159:3
1167:10
1170:23
1183:6
1184:8,16,
20 1185:6,
14,21
1186:2
1192:25
1193:18
1196:3
1201:5
1202:15
1204:8
1216:6,16
1218:14,22
1219:20
1220:5,6
1233:9
1234:3,9,
10,16
1246:15,16
1247:10
1252:17
1265:1
1267:12
1269:1
1285:3
1299:3
1308:18,22
1323:9
1328:4,25

**chemistries**
1301:20

**chemistry**
1116:24,25
1209:25

1210:9,14,
25 1301:18

**child** 1147:7

**chlorine**
1170:5,19

**choice**
1238:13

**cholesterol**
1122:1

**Christian**
1290:6

**circulate**
1179:15

**circulated**
1179:20

**circumstance**
1085:24

**circumstances**
1074:6

**cites**
1296:24

**citing**
1168:3

**citizen**
1131:15
1229:5
1307:4

**citizenry**
1128:23

**citizens**
1125:25
1126:15
1129:4

1134:4
1136:17
1238:24
1242:2
1267:1,25
1269:11
1324:6
1325:4

**city** 1061:5
1064:16,19
1074:22
1123:14
1127:16
1132:18,19
1135:10,18
1138:10
1139:1,10
1140:7,25
1142:5,10,
11,14
1143:1,4,
16 1146:19
1174:10,12
1187:18
1207:16
1213:4
1216:20
1224:12
1225:1,5
1226:12,25
1227:1
1230:8
1238:12
1241:10
1267:11
1271:3
1278:19
1313:15

1324:8,13,
23 1325:3,
12,18,24
1326:2,9

**city's**
1171:23
1172:11

**claim**
1148:21
1195:14

**claimed**
1097:7

**claims**
1146:8
1246:7
1325:12,18

**clarifying**
1099:24
1111:21

**clean** 1134:1
1145:24
1146:12,
20,25
1147:9,17,
25 1148:2,
5

**cleaned**
1138:12
1148:1

**cleanup**
1187:9

**clear**
1273:25
1282:14
1284:25

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1301:3
1309:4,7

**clearer**
1184:24

**client**
1097:6
1140:15
1146:18
1283:13
1284:15
1285:16
1304:7
1310:3
1321:21

**clipping**
1199:16

**Clopton**
1173:13
1174:20,24

**close** 1118:2
1136:6
1205:12,
14,17
1221:13,15
1224:8
1237:8
1252:16
1253:7
1329:18

**close-knit**
1073:11

**closed**
1331:19

**closer**
1102:21

1149:14

**cocktails**
1249:23

**COD** 1297:8,
13,20
1298:23
1299:2,8
1316:1

**codependency**
1237:7

**CODS**
1293:12
1294:24
1295:20

**collected**
1102:9
1213:7
1214:20
1217:23
1218:7
1219:6

**collectively**
1068:23

**college**
1062:10,19
1063:16

**Colonial**
1065:11
1274:15

**column**
1297:7,23

**combined**
1118:21
1223:18

1224:4
1225:13
1226:14
1228:12
1241:24
1257:2

**comfortable**
1080:13

**comments**
1205:10

**commercial**
1234:15
1311:12

**commercials**
1298:2

**commission**
1068:14
1135:10
1142:5
1143:12

**committee**
1069:18,19
1179:12,17
1180:1,16
1195:6
1275:8,9
1291:4,23
1293:6,9
1294:8,11,
21 1295:6,
17,23

**committee's**
1279:24

**committees**
1199:2

**committees'**
1194:20

**communicate**
1202:3

**communicating**
1202:1
1246:19

**communication**
1175:25
1176:12
1177:17
1212:17
1291:7
1293:16
1316:25

**communications**
1069:19
1071:2
1178:16
1275:9
1300:15
1303:7

**communities**
1214:22
1215:7

**community**
1073:11
1100:6
1124:10
1126:9
1128:8
1134:10
1135:18
1138:9
1141:13
1142:10

1146:4,19
1153:1
1177:6
1186:8
1202:7
1207:8,15

community-
based
1198:18
1199:7
1202:6

companies
1062:14
1073:18
1076:13
1199:3
1260:4
1268:25
1283:12
1293:13
1308:14,21
1309:1

company
1061:6
1063:17,
21,24,25
1064:4,14
1066:13
1067:14
1089:12
1090:15
1232:9,13
1261:5
1275:23
1276:5
1277:2
1282:22

1311:9,13,
18,19
1312:8,9
1318:21

competition
1309:22
1310:1,4,
6,8,9

competitive
1310:7

compiled
1322:17

complaint
1141:5
1145:16,18

complete
1331:6
1333:9

completely
1197:22

compliance
1081:13
1082:1
1093:25
1094:23
1095:7,13,
22
1096:17,25
1100:20
1110:24
1169:18
1227:7
1245:9,10
1291:12
1293:22

1294:2
1319:11
1321:18

compliant
1169:24
1206:14
1244:3

complicated
1286:9

comply
1187:8
1318:25

composition
1310:15

compound
1259:23
1260:6

compounds
1117:8
1155:7
1158:22
1159:23
1171:6,9,
22 1265:22
1270:11
1327:22
1328:22,25
1330:3

comprehensive
1283:21

comprises
1076:5

con-
1216:21

Conasauga
1078:10,14
1096:24
1104:21
1105:5,10
1108:6,22
1109:16
1114:12
1118:2
1134:19
1137:13
1138:8
1141:16
1143:18
1151:5
1153:2,18
1154:10
1155:8
1156:7,23
1158:7
1165:8
1170:7
1171:9,23
1172:10
1182:10,21
1183:7
1184:7,17
1185:6
1186:3
1194:6
1196:7,20,
24 1208:14
1214:2
1217:17
1218:14,23

concept
1141:20
1198:24

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Tom Bundros on 03/04/2022

30(b)(6)                                    Index: concern..context

concern
  1110:19
  1112:12
  1160:22
  1161:24
  1215:11,
  19,24
  1219:14
concerned
  1110:17
  1125:24
  1138:7
  1214:21,23
  1215:3,6,
  9,25
  1219:11
  1262:1
  1291:11
  1293:20
concerns
  1161:24
  1162:18
  1165:17
concluded
  1291:22
  1293:5
  1331:22
concludes
  1331:21
conclusion
  1148:11
  1269:8
  1285:19,20
conduct
  1152:6
  1162:25

  1164:13
  1187:23
  1204:8
  1319:13
conducted
  1265:14
conferences
  1266:1,7
conferencing
  1163:8
confidently
  1149:12
confirm
  1172:12
confirmed
  1158:12
confused
  1184:25
confusing
  1163:19
congressman
  1175:6
conjunction
  1145:19
  1150:20
connected
  1075:1
  1305:17
connections
  1221:5
Conoco
  1063:17
consent

  1205:14
  1281:2
  1282:1
considerably
  1102:22
  1140:16
consideration
  1266:17
considered
  1258:12
consisted
  1302:6
consistent
  1265:2
constituent
  1103:11
  1104:8
  1107:20
  1110:16
  1148:13
  1270:12
  1271:18
constitutes
  1170:19
Constitution
  1305:11
consultant
  1167:23
  1277:1,6,
  7,16
consultation
  1203:8
consumer
  1190:3

  1191:21
consumers
  1135:17
  1137:21
contact
  1318:1
contacted
  1332:12
contacting
  1179:1
contained
  1102:6
  1110:3
contaminant
  1285:24
contaminants
  1242:18
  1266:17
contaminated
  1126:12
contamination
  1134:19
  1137:13
  1138:8
  1140:17
  1141:15
  1142:18
  1143:18
  1169:2
content
  1299:16,24
  1303:9
context
  1178:15

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1230:22
1259:13
1280:4
1281:8
1282:10

contingent
1200:13

continue
1213:7
1222:1
1279:24,25
1291:7
1293:16

continued
1277:1

continues
1199:7

contract
1332:13

contract/
agreement
1332:15

contribute
1143:17

contributor
1143:24

control
1300:8
1304:13,16
1331:13

controlling
1202:7

conversation
1140:7

1152:22
1318:4

conversations
1071:23
1073:6
1228:18
1278:10
1302:2,5,
13,17
1304:24
1306:5
1316:15

convinced
1216:12,14

convincing
1261:23,24

COO
1065:19,20
1066:5

cooperate
1206:11

cooperation
1195:1

coordinate
1291:7
1293:16

coordinated
1331:1

coordination
1230:10

Cope
1072:1,2,
3,14
1073:4,7

1083:23
1085:25
1151:16
1160:8
1163:9
1164:20,22
1165:1,21
1173:14
1174:20
1175:13
1176:3,10,
25 1177:19
1181:2
1187:1
1206:2
1248:1
1251:4
1275:18
1276:2
1277:3,4,5
1281:1,25
1284:1
1294:14,21
1295:2
1302:23
1303:6

Cope's
1251:3
1295:3

copy
1204:23

copying
1173:13
1297:25

cornerstone
1200:3,8
1201:18

1202:9

Coronet
1089:20

corporate
1067:9
1068:7
1153:5
1304:3,11

correct
1065:17,23
1066:10,24
1067:15
1070:23
1072:7
1073:5,16
1075:18
1079:23
1082:24
1087:7,11
1088:1
1089:5
1090:1
1091:20
1099:17
1100:7,11
1101:4,10
1102:12
1107:19
1114:6
1118:25
1121:6
1129:7,20
1136:18
1150:1
1153:7
1155:16
1158:17

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1162:22
1163:1
1164:1
1175:9
1176:5
1183:8
1185:10
1194:16
1195:25
1196:4,16
1197:4
1203:14
1206:21
1208:7,21
1210:6
1213:21
1221:2
1222:22
1223:5
1225:16
1231:7,19
1232:8,14
1233:12,
15,20,25
1234:7,12,
18,23
1236:9,10
1237:5,19
1239:13
1240:23
1246:2,10,
24 1247:5
1248:2,4
1252:10
1253:9
1256:4,18
1257:4,9
1274:13,

16,19,21
1275:19,21
1283:5
1284:12,17
1285:6,7,
12,13
1287:15
1289:17,23
1294:7
1295:7,18
1296:1
1297:21,22
1298:12
1302:14
1304:4,15,
18 1305:1,
15 1306:17
1307:3,5,
9,16
1308:2,10
1310:2,14
1314:15
1315:14
1319:2,7,
16 1321:9,
17 1322:10
1323:10
1325:5,8
1333:9

corrected
1251:18
1314:13

correcting
1174:9

correctly
1161:3
1162:21

1165:5
1201:8
1205:21
1211:25
1235:8
1259:25
1260:13,21
1262:20
1263:7,12,
17 1281:23
1282:5

cost  1137:7
1148:20

costs
1137:8,19,
21

council
1074:22
1174:11,13
1222:13
1332:3

counsel
1061:9
1071:1,4,
19,21,24
1086:11
1109:5
1150:3
1269:10
1275:2
1280:10
1287:19
1296:20
1331:2,3,
11 1332:8,
16
1333:12,13

counties
1238:4,8,
16

country
1282:21

county
1238:9,10,
14,18,20
1239:12
1241:9
1333:2

couple
1063:23
1087:10
1134:9,25
1149:10
1164:3
1178:7
1197:18
1282:11
1305:18
1312:8
1322:7

court
1174:17
1287:25
1332:3,4,
6,10,12

cover
1141:11
1332:17

covered
1218:3
1219:9

covering
1230:24

1302:21

CPA   1311:21

crafted
  1165:20,25

create
  1077:24
  1104:11
  1147:24

created
  1145:20
  1148:1
  1165:20

creating
  1180:1

creation
  1279:1

creeks
  1107:22

CRI   1069:19
  1070:2,11,
  16
  1082:12,
  17,22,23
  1084:17
  1085:21
  1086:1,2
  1161:21
  1162:5
  1175:13,25
  1176:10
  1179:3,16,
  19,24
  1180:1,19
  1181:1,2,
  3,7,20

1182:1
1187:2
1188:19
1194:19
1195:6
1198:4,24
1199:2
1201:20,21
1202:1,3,
17,20
1205:6
1206:2
1210:4
1211:10,22
1220:24
1221:8
1247:24
1248:7,22
1250:7,12
1251:2,4,
20  1275:9
1279:13,
23,24
1280:2,21
1282:6
1290:2,3
1291:6,20
1293:16
1296:17,20
1304:2
1305:18
1310:13
1314:7,9,
22  1315:6

CRI's
  1180:15
  1280:12

crisis
  1179:3,6,
  12  1180:1,
  16

cross-
fertilization
  1180:21

crystal
  1273:25

culprit
  1218:22

cumulative
  1135:10

current
  1062:3
  1070:14
  1074:23
  1090:24
  1306:14
  1323:8

Custer
  1079:10
  1080:23
  1082:16
  1084:16
  1103:18
  1115:25
  1129:22
  1133:16
  1138:16
  1139:4
  1140:20
  1141:19
  1142:4,21
  1147:3,11
  1148:7

1155:17,23
1158:2
1161:9
1162:12
1163:4
1174:1,14
1177:14
1180:3
1181:10
1186:14
1199:13,
18,22
1206:22
1207:10
1217:21
1243:18
1245:2
1247:12,21
1249:6,16
1250:19
1252:19
1261:11
1264:11
1267:6
1271:1
1272:7
1303:16,17
1305:22
1306:4,12,
18  1307:24
1309:25
1312:21
1313:3,9,
13  1315:15
1316:17,19
1317:13
1318:8
1326:8

customary
  1332:19

customer
  1075:14
  1076:12
  1136:6
  1205:14
  1234:15
  1238:13
  1321:12

customers
  1081:1
  1125:12
  1137:6
  1198:13
  1228:7,10,
  11 1236:1,
  5 1244:3,
  20 1245:7
  1256:10
  1258:9,11,
  16
  1304:20,25

customers'
  1139:3

cut  1164:10

cutting
  1170:3

─────────────
       D
─────────────

D.C.  1251:6
  1285:9

dad  1146:25

Daikin
  1189:10

1246:21
1308:22

daily
  1066:6,18
  1229:4

Dalton
  1061:18,19
  1062:4
  1064:6,10,
  16,20,24,
  25 1065:5,
  9,16,22
  1066:5,9,
  17,21
  1067:4,10,
  22 1068:10
  1070:3,11
  1071:17
  1072:3,5,
  8,12,21,25
  1073:11,
  14,19
  1074:12
  1075:1,8,
  16,24
  1076:12,
  16,17,24
  1077:3,6,
  10 1078:1,
  8,12
  1079:6,12,
  19 1080:1,
  8,10,18,
  19,24
  1081:2,12,
  24 1082:12
  1083:8,15,

18 1085:7,
14,18
1086:2,11,
24 1087:13
1089:10,
16,22
1090:23
1091:3,8,
18,23
1092:8,10,
14,19
1093:3,5,
7,12,21,24
1094:9,14,
19,21
1095:1,5,
9,15,16
1096:8,13,
16,22
1097:7
1098:23
1099:11,21
1100:5,16
1101:7,12,
15 1102:4,
10,13,16
1103:3,21
1104:12
1105:24
1106:4,11,
19 1107:9
1108:20
1110:11,23
1115:16
1119:24
1124:9
1125:13
1126:3,10,

17 1127:4
1128:24
1129:14,24
1130:3
1131:7,14
1132:4,10,
15 1133:9,
21 1134:2,
3,5,16
1136:5,17
1141:5
1145:19,24
1146:13,20
1148:13
1149:15
1151:21
1152:3,4,5
1155:13,
15,21
1156:3,12,
23 1157:7,
12,22
1158:12
1159:2,11
1160:2,9,
16 1161:6,
15 1162:9,
23 1163:1,
6,25
1164:4,11,
12,20,21
1165:9,19,
21
1166:10,
11,18,19
1167:20,25
1168:7,13,
24,25

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

1169:8,13,
17 1170:22
1171:15,
18,21
1175:13
1176:4,11
1177:23,25
1179:11,25
1180:6,14,
19,24
1181:15,
18,25
1182:13
1183:3
1184:10,
11,15,17,
19
1185:13,
14,19,21,
25 1186:4
1187:7,15,
18,22
1189:21
1190:17
1192:7,19,
24 1193:23
1194:5
1195:10,20
1196:1,8,
11,21,22
1197:9,19
1198:23
1200:2,7,
9,17,25
1201:11,
14,15,21
1202:2,3,
13,18

1204:7
1205:17,
19,23
1206:5
1207:6,9,
18,22,24
1208:8,18,
20 1209:1
1210:5
1211:7,9
1212:18
1213:11,17
1214:8,22
1215:5,19
1216:10,
18,20
1219:13
1222:20
1224:7,12
1225:25
1226:25
1227:6,12,
21 1231:5,
17 1232:5
1233:10,
13,17,21
1234:6,11,
25 1235:5
1236:6,23
1237:10
1238:3,13
1239:2,5
1242:8,19
1244:16
1245:16
1246:1,23
1247:4,8,
18 1249:21

1250:12
1260:16
1264:15
1271:23
1274:11,
17,23
1275:5,20
1276:7,24
1278:21
1281:2
1282:1,22
1283:11,20
1284:10,14
1285:5
1286:17,
19,23
1293:7
1294:5,10
1295:6
1296:23
1297:3,20
1298:1,11
1299:4,9,
17,24
1301:5,21
1302:4
1303:7
1304:1,8,
14,17,20
1305:25
1306:6
1307:5
1310:16
1312:1
1313:15,
16,25
1314:4,5,
12,23,25

1315:6,10,
16,20
1316:1
1317:15
1318:25
1319:3,17
1321:7
1324:14,
15,19
1325:4,11,
13,17,19,
25 1326:3,
4,8,10
1329:9
1330:24
1331:4,8,
13,15

Dalton's
1074:21
1075:13
1076:17
1117:19
1133:3
1173:20
1181:7
1188:25
1212:10
1213:23
1216:6
1223:3
1227:13

damage
1121:24

damages
1134:12
1141:10

danger
  1261:25

dangerous
  1099:7
  1284:19

dash
  1209:25
  1210:14

data
  1189:13
  1205:11,13
  1213:7
  1214:13,
  14,17,20
  1217:5,8,
  23 1218:6
  1219:5,7,9
  1224:23
  1228:6
  1280:6
  1286:5

data-driven
  1265:24

date
  1168:20
  1322:18

dated
  1168:20
  1188:14

David
  1318:13
  1323:18,24
  1326:15,23
  1329:12

Davis

1174:10,16
1230:7
1274:8
1277:11
1284:24
1285:14
1286:2
1292:23
1293:3
1298:19
1299:10
1311:15
1317:6,9
1319:25
1320:4,14,
18,23
1325:6,21
1326:6

day  1061:20
1106:8
1109:13
1156:18
1157:14
1284:9
1289:6
1318:22

day-to-day
  1232:22

days
  1134:25
  1155:14
  1331:4,5

de  1241:23
  1270:15
  1271:12,13

dealing

1256:7

deals
  1313:14

decades
  1079:21

December
  1064:5
  1066:3
  1199:8

decide
  1272:9

decided
  1272:1

decision
  1202:17,20
  1271:25
  1272:12

decision-
making
  1243:2

declined
  1168:2
  1196:2
  1198:14
  1202:8,13,
  16

decompose
  1158:20
  1159:4,21

decrease
  1135:25

decree
  1281:2
  1282:1

deep
  1267:21

defendant
  1326:10,24

defendants
  1318:11
  1324:5,7
  1331:9

defendants'
  1288:5,11,
  12 1289:1
  1290:19
  1296:10

defense
  1331:2

definition
  1219:22

definitive
  1122:22,23
  1123:2,3,8

Deforrest
  1317:2

degradation
  1097:24

degrade
  1097:22

degree
  1062:10
  1063:2
  1231:14

delegations
  1251:5,10

deliver
  1099:13

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

| | | | |
|---|---|---|---|
| 1100:8 | 1072:16 | 1109:19 | 1240:1 |
| **demand** | 1073:2 | 1197:23 | **dialogue** |
| 1297:13,14 | 1074:2 | 1219:1 | 1081:20 |
| **Denise** | 1084:1 | 1275:1 | 1279:25 |
| 1173:13 | 1204:1 | **designed** | **dictate** |
| 1174:19 | 1207:21 | 1138:20 | 1163:13 |
| 1175:11 | 1211:5 | **designees** | 1202:20 |
| **department** | 1220:16 | 1331:11 | 1245:7 |
| 1063:23 | 1221:23 | **detail** | **differences** |
| 1214:6 | 1230:9 | 1102:23 | 1311:6 |
| 1242:9 | 1253:13,24 | **determination** | **dime** |
| 1264:17 | 1254:1,10, | 1098:21 | 1233:21 |
| **dependency** | 20 1270:7 | 1125:18 | 1269:21 |
| 1235:23 | 1273:15,22 | **determine** | **dinners** |
| 1237:6 | 1275:16 | 1202:20 | 1249:24 |
| **dependent** | 1284:19 | 1217:2 | **direct** |
| 1235:25 | 1287:13,21 | **detest** | 1113:25 |
| 1236:5,6 | 1294:4 | 1280:12 | 1160:20 |
| **depending** | 1302:10 | **develop** | 1198:18 |
| 1236:1 | 1305:24 | 1198:9 | 1209:17 |
| **depends** | 1320:5,19 | 1200:14 | 1224:23 |
| 1236:23 | 1323:4 | 1280:5 | 1244:5 |
| **deposed** | 1330:24 | 1291:9 | **direction** |
| 1267:20 | 1331:3,7, | 1293:19 | 1085:23 |
| 1282:18 | 21,22 | **developed** | 1333:8 |
| **depositing** | 1332:5,7, | 1121:9 | **directive** |
| 1218:22 | 9,12,13,17 | 1179:19 | 1264:16 |
| **deposition** | **depositions** | 1299:22 | **directly** |
| 1061:1,4,7 | 1230:2,12 | 1323:12 | 1108:6 |
| 1062:2 | **derived** | **development** | 1109:15 |
| 1067:8,21 | 1234:8 | 1088:9 | 1176:20 |
| 1068:1 | **describe** | **developmental** | 1251:12 |
| 1070:21,25 | 1102:22 | 1121:20 | 1258:18 |
| 1071:15 | 1249:25 | **developments** | 1277:17 |
| | **designated** | | 1314:4 |
| | 1107:4 | | |
| | 1108:8 | | |

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

director
  1174:7
  1205:7
  1209:18
  1306:15

directors
  1186:21
  1187:2
  1188:14

disagree
  1139:10
  1157:11,25
  1194:15
  1201:17

disallowed
  1164:17

discern
  1258:25

discharge
  1079:18
  1193:11

discharged
  1102:4

discharges
  1192:25
  1193:6,9,
  18

disclose
  1229:4,8

disclosed
  1183:2

disclosure
  1332:1,4,9

discontinue

  1202:17

discontinued
  1202:10

discount
  1332:20

discovering
  1085:25

discovery
  1302:21

discuss
  1061:25
  1107:4
  1153:13,15
  1198:23
  1252:17
  1301:14,19

discussed
  1115:17
  1167:19
  1181:5
  1188:25
  1291:19
  1292:19
  1294:3,8
  1302:1

discussing
  1154:25
  1177:21
  1204:6
  1295:20

discussion
  1163:8
  1225:25
  1327:3

discussions

1074:7,8
1081:25
1150:2
1163:9
1199:2
1201:20
1252:1,4,
12 1307:17
1325:24

disperses
  1260:25
  1261:2

disposal
  1192:4,8

dispose
  1101:8

disposed
  1100:23
  1192:10

disposes
  1168:25

disposing
  1169:9

dispute
  1105:4
  1122:12
  1157:15
  1158:15
  1170:10,16
  1172:2
  1181:8
  1190:24
  1211:13
  1217:18
  1331:15

disputing
  1225:4

distinct
  1150:19
  1152:10

distinction
  1311:4

distribute
  1234:21

distributing
  1234:21

distribution
  1319:7

ditches
  1107:22
  1109:2

dive
  1267:21

diverse
  1064:2
  1232:9

Division
  1155:21
  1251:23

document
  1153:9
  1172:21,22
  1178:4,9
  1186:10
  1188:8
  1191:2
  1197:6
  1201:10
  1204:17,18

1209:8,14
1212:7
1222:5,7
1227:18
1253:15,
18,20
1254:23
1259:14
1260:2
1262:13,15
1263:1,21
1267:3
1279:6
1281:24
1296:16
1300:25
1302:24
1322:5,8,
14,20,24

**documented**
1247:24

**documents**
1082:6
1087:9
1186:19
1251:4
1252:5
1254:22,23
1287:24
1290:21
1292:7
1296:21
1302:16,20
1305:16

**dollars**
1137:6

**domain**
1184:7

**dominant**
1075:10
1076:23

**dominate**
1074:16

**dominates**
1074:12

**Don**  1072:1,
2,3 1163:9
1164:20,22
1173:14
1174:20
1175:13
1176:3,10
1177:19
1181:2
1206:2
1251:3
1275:18
1276:2
1294:14
1295:2,3
1302:23

**door**
1250:16

**doubt**  1206:2
1303:11

**Doug**
1273:13
1292:23

**Dow**  1312:4

**downstream**
1133:25

1134:6
1146:3
1194:2
1210:22
1213:23
1214:2,22
1215:7
1216:2,6,
10

**downward**
1105:13

**dozen**
1264:25

**draft**
1179:15

**drain**  1079:6
1102:10
1104:12

**drainages**
1107:23

**drank**
1239:14

**draw**
1285:19,21

**draws**
1078:12

**drilled**
1210:24

**drink**
1123:15
1124:10

**drinking**
1118:7,15
1119:7,14

1120:23
1125:11,
23,25
1126:4,12,
15,18
1127:6,23
1128:25
1129:4,15,
18,24,25
1130:4
1131:9,16
1132:3,9,
16,19,24
1133:3,5,
21,22
1134:4
1136:16
1139:3
1140:18
1142:18
1156:13
1208:25
1211:1
1213:3,6,
13,18
1214:10,23
1215:3,4,
6,12,21
1223:17
1224:14
1225:1
1226:2,6
1227:7,14
1231:24
1240:11
1256:9,11
1257:3,9
1272:1

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1319:18
1321:16

drop  1300:5

dubbed
 1144:15

Dugas
 1332:22
 1333:20

duly
 1061:12

duplicate
 1230:16

Dupont
 1116:22
 1189:9
 1246:21
 1300:9,15
 1301:18
 1303:8
 1308:22

duties
 1064:10

─────── E ───────

e-mail
 1071:2
 1130:5,7
 1131:17
 1153:12
 1156:10
 1173:12
 1174:5,20,
 25 1177:1
 1178:1,15,
 20 1180:10

1205:3
1212:9,15,
16,24
1225:24
1227:10,20

e-mailed
 1225:24

e-mails
 1182:3
 1287:14

earlier
 1085:2,15,
 17 1092:17
 1093:1
 1111:10,14
 1122:2,3,
 23 1156:10
 1158:6
 1173:16
 1174:1
 1181:5
 1182:9
 1226:24
 1227:10
 1249:9
 1275:16
 1282:19
 1302:9
 1309:19
 1320:7
 1322:6
 1330:4

early  1072:9
 1075:9
 1116:13
 1136:10,11
 1161:8

1185:25
1275:25
1276:25
1313:22
1314:4

easiest
 1061:20

easily
 1171:10

easy  1128:5

eating
 1156:16

eco-friendly
 1170:3

ecological
 1246:13
 1247:2
 1259:10

economics
 1063:3

economy
 1074:12

Ed  1189:10

edge  1170:3

education
 1062:1

educational
 1124:15

effect
 1214:18

effective
 1263:5,10,
 15

effects
 1121:14,
 20,24,25
 1122:1
 1257:22
 1258:1,4

efficiency
 1331:12

efficient
 1099:14
 1100:9
 1230:17,18

effluence
 1288:22,25
 1289:15
 1291:3,9,
 18,22
 1292:4
 1293:5,9,
 18 1294:23
 1295:19

effluent
 1079:13,
 16,17
 1105:25
 1106:5,12,
 20,25
 1107:14,15
 1157:13
 1192:12,25
 1193:6,9,
 18
 1195:10,21
 1205:16

effort
 1198:8

1318:1

efforts
1230:10,18
1291:7
1293:17

eight-chain
1116:7

elbows
1249:12

elder
1317:10

elect   1142:6
1206:17

elected
1249:17

election
1206:18

electric
1066:7

electricity
1231:18
1237:3
1238:12

elementary
1255:24

elevated
1214:9
1224:8

eliminate
1297:4

eliminated
1293:13

emergency

1226:12

emerging
1140:3
1223:14

employ
1333:13

employed
1088:25
1255:4
1274:23
1275:20
1312:16

employee
1088:7
1248:22
1250:8
1306:14
1307:10

employees
1069:15
1071:18
1073:1
1276:10

employer
1332:7

employment
1063:15
1091:4
1276:15

enacted
1240:22

end   1243:5
1256:2,17

ending

1136:1

enforced
1271:14

enforcing
1241:23

engage
1280:22

engaged
1279:25

Engineered
1310:8

enjoyed
1237:24

ensure
1078:22
1081:13
1082:1
1094:15
1095:2,18
1096:22
1100:22
1110:23
1170:24

entered
1204:16
1253:20,25
1260:24

entering
1205:12

entire
1225:24
1273:19
1330:2

entities

1070:7
1164:3
1180:23
1235:15,24
1269:20
1304:2

entitled
1296:23
1305:11

entity
1067:22
1307:18
1332:8

Environ
1167:24

environment
1093:10,18
1094:6,8,
17 1095:3,
10,19
1097:8,15
1099:2
1167:10
1170:25
1184:16
1186:3
1189:16
1190:18,25
1191:13
1205:12
1245:14
1246:16
1259:24
1260:6,12
1261:6
1319:15

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

environmental
  1095:23
  1101:1
  1144:21
  1145:2
  1155:20
  1167:23
  1187:16,
  17,23
  1188:2
  1214:5
  1240:2
  1241:1,8
  1242:9
  1246:7,12
  1251:23
  1253:16
  1257:17,21
  1258:1,4
  1264:17
  1282:20
  1283:22
  1312:19
  1319:1
  1320:15
environmentali
sts  1298:5
environmentall
y  1099:14
  1100:9,23
  1101:9
EPA  1099:9
  1118:14
  1119:6,14,
  17
  1120:15,
  20,23

1122:7,12
1125:1
1131:12,13
1132:2,15
1152:2,17
1153:17
1154:9
1158:20
1159:21
1160:23,25
1161:5,25
1162:1,19,
20,25
1163:14
1164:13,17
1165:17
1166:9,17,
23
1167:20,21
1168:3
1184:9,18,
19 1185:19
1186:7,8
1187:17,23
1189:10,
11,14,22
1190:1,3,
9,10,16,21
1191:12
1192:18,24
1193:15,16
1194:7,25
1196:12
1197:2,12,
19 1200:6,
25 1201:4
1204:6
1205:10,24

1206:6,9,
20 1207:5,
8,16
1208:24
1209:24
1210:8,13
1213:1,11,
19 1214:17
1223:15
1224:15
1228:12
1240:13,25
1241:25
1242:8
1256:20
1264:17
1265:25
1266:14
1279:25
1280:2
1281:3
1282:2,20
1284:9
1285:2,21
1286:18,23
1288:21,24
1289:14
1291:3,13,
17,22
1292:4
1293:5,22
1294:2,4
1297:14,19
1313:21,25
1314:4,13,
21 1315:2,
10,16
1319:15

1321:8

EPA's  1118:6
  1120:15
  1121:13
  1160:22
  1161:7,23
  1162:18
  1163:21
  1167:25
  1192:14
  1196:2,23
  1202:14,21
  1204:6
  1205:14
  1207:23
  1208:18
  1226:14
  1228:20

EPD  1122:25
  1166:10
  1210:19
  1211:8,10
  1213:1
  1214:5,8
  1225:18
  1226:1,7
  1227:8
  1241:1,14,
  23 1252:1,
  2,4,16
  1270:12,15
  1282:21
  1283:23
  1284:9
  1287:1
  1294:4
  1319:15

1321:8

epidemiologica
l   1121:16

equipped
  1103:3,6
  1104:3

ergo
  1121:21,23
  1122:1

error
  1314:10

escape
  1268:21,22

essentially
  1097:6
  1129:19
  1133:4
  1146:17

establish
  1224:24

established
  1120:23
  1133:3
  1256:5
  1281:3
  1282:2

establishing
  1064:12

estimate
  1071:6,8
  1080:11,14

estimates
  1080:9

et al  1061:6

Etowah
  1224:6

evaluated
  1322:23

evaluating
  1170:22

evaluations
  1262:19

event
  1151:2,23
  1156:5
  1179:4

events
  1067:19
  1069:17
  1211:18
  1241:9
  1249:25
  1250:14
  1275:7

eventually
  1159:4

everybody's
  1068:25

evidence
  1245:3
  1261:23,24
  1333:10

exact  1112:9
  1154:4
  1240:20
  1264:25

examination
  1061:14

1150:18
1229:22
1273:10
1303:15
1318:18
1323:21
1326:21

examined
  1061:12

examples
  1306:8

exceed
  1228:19

exceeded
  1126:13
  1132:19
  1215:22
  1229:9
  1241:16

exceeding
  1227:1

excess
  1213:5

exchange
  1291:8
  1293:17

exclusion
  1269:14

excuse
  1065:8
  1069:13
  1083:17
  1199:13
  1247:6
  1256:14

1291:25
1294:25
1312:9

executive
  1088:3,12,
  19  1089:4,
  12,20,24
  1173:17
  1311:17
  1312:11,18

executives
  1085:4
  1090:25
  1181:6

exercise
  1304:16

exhibit
  1086:5,13
  1113:14
  1119:18
  1131:2
  1134:23
  1135:4
  1136:23,25
  1153:10,19
  1172:16,
  20,23
  1173:5,12
  1178:2,5,
  11  1186:6,
  11,12,15,
  20  1188:8,
  9,11
  1191:3,8
  1197:7,14
  1204:13,
  19,25

1209:9,12
1212:8,11
1222:6,8
1227:18,
19,23
1253:12,22
1254:4,7,
9,14
1257:11
1279:7
1288:5,12,
22,23
1289:1,14
1290:3,4,
19,25
1291:16
1292:10
1296:3,10,
13 1310:16
1311:9
1313:8
1320:5,6,
18,20
1322:6

exhibits
1287:24
1320:25

exist
1164:23

existed
1310:9

existence
1144:19

existing
1196:6
1263:5

expect
1153:12
1243:11
1244:2,10
1247:16

expectations
1291:6

expected
1232:12

expenses
1237:14

experience
1125:18

experiencing
1316:2

expert
1108:3
1170:18
1219:18,21
1258:24

explain
1063:10
1064:9
1066:4,11,
15 1070:24
1079:15
1081:11
1082:14
1102:1
1133:5
1189:16
1191:14

exposed
1121:17
1128:24

exposure
1120:22
1121:18
1259:4

expressed
1248:12

expression
1313:24

extent
1177:9
1233:4
1235:25

externalities
1316:25

extolling
1298:2

extra
1087:14
1299:8

extreme
1108:25

_____

F

_____

face-to-face
1252:13

faced
1126:12
1129:4

facet
1232:13

facets
1064:2

facilitate

exposure
1291:11
1293:20

facilities
1192:4
1213:7
1218:7

facility
1143:9
1170:2
1192:8,9,
10 1271:4
1278:21
1287:8

facing
1127:16
1227:1

fact
1075:16
1076:15
1090:17
1105:4
1128:6,14
1143:24
1151:15
1156:1,6
1166:9,18
1170:23
1172:2
1206:20
1225:5,6
1230:14
1234:13
1285:21
1291:19
1321:5
1329:25

facto
  1241:23
  1270:15
  1271:12,13

factors
  1106:22

facts
  1243:15

fair  1075:2
  1080:11,17
  1083:25
  1090:6,21,
  22 1202:2
  1212:18
  1232:25
  1236:3
  1277:13
  1307:20
  1315:8

fairly
  1311:13

fairness
  1301:2

fall
  1137:19,21
  1307:25

falls  1137:8

familiar
  1240:16
  1255:13,17
  1263:25
  1295:19,24

family
  1312:16
  1327:23,25

1328:4,22
1329:1
1330:2

fast  1292:9

fast-forward
  1208:23

fate
  1219:17,24
  1220:3
  1221:9

father
  1147:8
  1173:22

fault
  1123:14
  1163:20
  1185:1

faulting
  1157:3

Fauver
  1171:7

Fauver's
  1171:19

FC  1259:4,7

FCS  1263:6,
  10,24

February
  1089:11,
  15,19
  1090:14
  1168:21
  1174:23
  1177:18

federal
  1145:7
  1154:6
  1282:21

federally
  1159:20

federally-
approved
  1158:19

feed  1312:5

feel
  1080:13
  1152:14
  1175:12
  1238:18

fetuses
  1121:20

fiber  1291:4
  1293:7
  1294:9
  1308:3

fiduciary
  1181:17

field
  1098:25
  1104:14
  1106:1
  1170:12

fight
  1103:14
  1300:8

figure
  1113:22
  1277:19

filed
  1061:18
  1219:12

filing
  1197:10
  1317:17

filter
  1137:4
  1139:12
  1269:17

filters
  1255:25

filtration
  1253:8
  1255:14,
  22,25
  1256:2

final
  1259:20
  1281:1,25
  1301:11

finally
  1262:14

finance
  1063:11,22
  1064:3,12

financial
  1063:22
  1064:13
  1066:19
  1311:22
  1312:14
  1332:19

financially
  1237:12

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

find
  1131:24
  1226:21
  1264:6
  1316:5

finding
  1286:5
  1291:8
  1293:18

findings
  1122:12
  1259:20

finds
  1153:17

fine
  1092:24
  1099:22
  1108:11
  1177:15
  1184:1,2
  1204:24
  1217:10
  1233:3
  1273:6

fines  1297:9

finish
  1207:4
  1221:22
  1235:3
  1308:12

finished
  1208:17
  1241:16
  1242:2
  1270:16
  1330:21

Finishers
  1323:25

finishing
  1308:11

fish
  1156:16

Fisk  1155:4
  1158:20
  1159:21

five-minute
  1278:9

fixed
  1237:14

flip
  1297:23

flooring
  1073:18

Floors
  1310:8

flow  1108:6

flowing
  1108:22
  1109:15

flows  1109:3
  1114:11
  1137:14
  1138:9

Floyd
  1238:20
  1239:12

fluorinated
  1120:5

fluorochemical

1259:8
1266:15

fluorochemical
s  1263:16
  1269:12

Fluorocouncil
  1211:23

fluoropolymers
  1189:14

focus
  1196:20
  1289:12
  1299:14

folder
  1257:12

folks
  1175:14
  1276:7,12
  1302:10
  1309:20
  1324:2

follow
  1230:19
  1235:20
  1244:10
  1247:16
  1251:2
  1282:23
  1294:5

follow-up
  1303:24

force  1249:3

forced
  1138:10,11
  1140:9

1142:12

foregoing
  1333:4,8

forested
  1156:22

forever
  1097:17,21
  1144:15
  1316:11

forgetting
  1160:15

forgot
  1064:22
  1243:20

form
  1070:4,12
  1075:22
  1076:25
  1077:7
  1078:11
  1079:8
  1080:3,22
  1081:7,23
  1082:16
  1083:3
  1084:6,22
  1085:6
  1088:4
  1091:1
  1092:13
  1093:11,
  19,22
  1094:10,
  11,20
  1095:4,11,
  20  1096:3,

| | | | |
|---|---|---|---|
| 9,15 | 16 | 1201:6 | 1261:9,10, |
| 1097:23 | 1140:12, | 1204:11 | 11,15,16 |
| 1098:3,4, | 19,20,22 | 1206:13,22 | 1262:7,8,9 |
| 12,13,19 | 1141:8,17, | 1207:10,11 | 1264:8,9, |
| 1099:3 | 18,19 | 1209:3 | 10,22 |
| 1103:5,16, | 1142:19 | 1211:15 | 1265:11,17 |
| 17,24 | 1143:3,20, | 1214:24 | 1266:2,10, |
| 1104:23 | 21 1145:11 | 1215:14,23 | 19,20,22, |
| 1105:6,14, | 1147:2,3, | 1216:8 | 23 1267:5, |
| 20 1106:3, | 13 1148:6, | 1217:4,19, | 6,7,14,17 |
| 10,18 | 7,8 | 21 | 1268:4,10, |
| 1107:3,24 | 1155:17,23 | 1218:16,24 | 11 1269:4, |
| 1108:7,24 | 1158:2 | 1220:7,14 | 5,19,22 |
| 1109:17 | 1159:6,15 | 1225:9,10, | 1270:4 |
| 1110:7,8, | 1160:5 | 20 1226:9, | 1271:1,2, |
| 14,20 | 1161:9,10, | 16,17,18 | 10 1272:4, |
| 1112:7,13 | 11 1162:10 | 1227:4 | 16 1273:20 |
| 1115:22, | 1163:2 | 1233:16 | 1278:3,16, |
| 23,25 | 1164:14,15 | 1236:16 | 23 1279:3 |
| 1116:1 | 1166:13,22 | 1240:17 | 1280:16 |
| 1117:1,14, | 1168:8 | 1241:19 | 1281:19 |
| 21 1118:8, | 1171:1,17 | 1242:4,12, | 1282:8 |
| 16 1119:8 | 1176:14 | 13,22,23 | 1283:9,16 |
| 1120:1 | 1177:8,14 | 1243:14,17 | 1284:5,24 |
| 1122:15,16 | 1180:3,4, | 1245:1,17 | 1285:14 |
| 1123:17 | 17 1181:9, | 1247:11 | 1286:1,2 |
| 1124:12,13 | 10 | 1248:10 | 1287:10 |
| 1125:6,14, | 1182:12, | 1249:4,5, | 1295:10 |
| 15 1129:8, | 15,16 | 14,15,16 | 1298:18,19 |
| 21 1132:22 | 1184:22 | 1250:18, | 1299:8,10 |
| 1133:7,11, | 1185:15 | 19,20,24 | 1300:1,18, |
| 12,13 | 1187:25 | 1252:19 | 24 1301:22 |
| 1135:19,20 | 1189:24 | 1256:13 | 1302:18 |
| 1137:15, | 1190:19 | 1257:6 | 1303:10 |
| 16,17 | 1193:14 | 1258:10, | 1305:20 |
| 1138:14, | 1194:8,9 | 20,21 | 1306:2,16 |
| 15,16 | 1196:13 | 1259:15,16 | 1307:22 |
| 1139:4,15, | 1200:10,18 | 1260:7 | 1311:15 |

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1313:1
1315:12
1316:13
1317:6
1321:25
1322:1
1325:6,21
1326:6
1327:20
1328:1,5,
17 1329:2,
4 1330:5
1332:4,8

formal
1306:6

formalities
1230:5

formalized
1180:22

formally
1295:13

formation
1180:15

formed
1200:3,7
1201:18

forming
1179:3

formula
1300:16

formulation
1300:9

fortunes
1076:17

1077:8

forward
1190:11

forwarding
1178:16

Foster
1089:10
1312:3

found
1117:19
1132:2
1153:2
1154:8
1156:7
1165:8
1171:8,23
1172:10
1182:10
1183:7
1189:17
1191:14
1199:20
1313:16

foundation
1109:18
1126:2
1138:17
1139:5,17
1140:21
1284:5

foundational
1091:7
1107:7

four-year
1135:25

fourth
1154:15,17
1160:21

frame  1323:1

Frank
1311:21

free  1133:4
1138:12
1151:3,17
1152:24
1168:19
1175:12,16
1176:21
1177:6
1179:1
1182:23
1185:9
1208:12

freedom
1142:6

fresh
1270:23

Friday
1186:21
1331:17

Friedman
1112:20
1136:23
1137:1
1229:23
1230:1,7
1232:19,20
1233:17
1236:17
1240:21
1241:20

1242:5,14
1243:1,19
1244:8
1245:5,21
1247:14,
20,25
1248:13
1249:11,20
1250:22,25
1252:22
1253:22
1254:2,7,
9,13,19,20
1255:5,8
1256:15
1257:7,16
1258:11,22
1259:17
1260:10
1261:12
1262:2,5,
10
1264:12,24
1265:13,23
1266:3,8,
13,25
1267:8,23
1268:6,8,
9,12,24
1269:11,
20,23
1270:2,8,
10 1271:3,
11,13
1272:5,8,
17,23
1273:2

frolic
  1274:14

front
  1080:13
  1119:20
  1131:18
  1173:2
  1178:9
  1267:3

fronts
  1191:20

full
  1096:17
  1100:20
  1169:17
  1319:11
  1321:18

fully
  1135:21
  1305:10

FULTON
  1333:2

functions
  1064:13
  1305:3

Fund
  1068:14

fundamental
  1261:13

funded
  1137:6
  1181:3

fundraiser
  1248:23

fundraisers
  1248:24
  1250:7

future
  1297:11

— G —

gaining
  1200:13

gallons
  1106:8,15,
  16  1107:13
  1156:20
  1157:4,14

Gambling
  1311:24

gas  1063:17
  1066:7
  1231:20
  1237:3
  1238:6,15,
  17

gather
  1293:10

gauge
  1110:10

gave
  1083:24
  1151:16
  1160:8
  1205:24

gears
  1239:17
  1252:22

general
  1064:9
  1069:1
  1084:11
  1101:22
  1102:1,18
  1137:6
  1152:4
  1180:14
  1182:22
  1187:9
  1189:12,22
  1195:15
  1276:24
  1295:13

generally
  1066:15
  1068:23
  1077:20
  1097:20
  1117:9
  1120:10
  1141:4
  1146:5
  1154:21

generate
  1075:19

generated
  1092:11
  1101:24

generates
  1075:20
  1076:1

genesis
  1315:1

gentleman

general
  1277:15
  1278:6
  1306:19

Geographically
  1213:25

geography
  1108:1

Georgia
  1063:21,25
  1065:13
  1074:12
  1076:24
  1083:15
  1092:8
  1101:12,15
  1125:13
  1134:5
  1155:4,14,
  20  1163:1,
  25  1168:24
  1171:8
  1172:9
  1175:6
  1183:1,6
  1184:17
  1185:14,21
  1186:4
  1200:9
  1201:1
  1207:18
  1210:19
  1211:8
  1214:5,8
  1216:18
  1223:22,25
  1225:17
  1230:8

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1240:25
1241:10,
14,23
1242:8
1251:10,22
1264:17
1270:12,
17,24
1271:4,14
1282:21
1283:23
1284:9,13
1287:1
1294:4
1307:5
1332:4,10
1333:1

get-togethers
1248:25

giant
1105:19

give   1071:6
1108:15
1150:22
1166:10
1177:7
1199:23
1203:11
1230:11,22
1231:13
1240:4
1241:3
1250:22
1254:15,
17,21

giving
1187:1,5

Global
1323:25
1324:7
1332:11,
13,15,18

goal   1094:7

gold
1138:19,23
1143:9,13
1253:7
1262:16
1267:25
1268:17
1272:2,14

good
1061:16
1072:6
1080:25
1091:10
1138:2
1150:9
1173:25
1216:5
1229:24,25
1248:8
1273:9,12
1298:17
1302:25
1329:17

gotcha
1254:8

gotta
1318:16

govern
1094:24

governance
1304:3,11

government
1145:8
1187:9

governmental
1096:14
1292:24
1293:1

graduate
1062:16,25
1155:5
1171:7
1231:8

great   1254:7
1278:14

greater
1228:12

Greensboro
1062:17,
22,24,25
1063:13,
14,18
1231:8

grew   1077:4
1313:20

Grimsley
1062:17

ground
1106:21
1133:17
1230:24
1303:25

groundwater

1196:6
1205:16
1211:1

group
1082:18,20
1084:18
1120:6
1144:13
1165:16
1168:2
1189:10
1190:8
1199:8
1249:10,19
1280:1,21
1303:21
1313:21
1314:20
1315:2,3
1328:22

grown
1076:23

guess
1062:15
1070:8
1074:19
1076:8
1080:7
1081:15
1132:7
1138:3
1142:15
1185:11
1227:9
1237:9
1300:25
1322:25

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

guidance
  1096:5,7,
  11 1099:6
  1100:25
  1106:20
  1122:24
  1124:3,18,
  21 1125:20
  1166:6,10
  1206:6,10
  1241:3
  1242:6,7
  1322:2

gullies
  1109:2

guys    1216:4

─────────
       H
─────────

Hal    1087:21
  1088:11
  1306:19
  1312:17

half
  1063:25
  1065:15
  1164:11
  1274:4
  1283:2

hand
  1236:22
  1289:18
  1296:2,13

handed
  1290:19

handing

1280:11

handled
  1317:17

Handling
  1236:13

happen
  1149:19
  1323:3

happened
  1152:18
  1188:6
  1221:11
  1315:16
  1316:5

hardcore
  1297:18

Hare
  1312:12

harm
  1093:10
  1246:7,12

harmful
  1122:5
  1137:4
  1139:13
  1264:5
  1266:18

He'll
  1316:16

head
  1066:12
  1071:5
  1124:8
  1286:22

1295:9

heading
  1189:4
  1210:8
  1223:8

headline
  1135:2,6

headquartered
  1083:8

health
  1099:2
  1120:15,
  19,24
  1121:8,13,
  19 1123:11
  1124:23,25
  1132:14,20
  1213:2
  1228:12
  1240:14
  1241:25
  1256:20
  1270:19
  1271:16
  1317:12

healthcare
  1223:16

hear
  1309:11
  1326:17,18

heard    1069:9
  1097:18,19
  1098:15
  1219:17,
  19,24
  1235:2,6

1240:12,16
1241:14,22
1258:6
1314:20
1316:2
1327:13,14
1328:6,11

hearing
  1329:13
  1333:11

held    1061:7
  1062:12
  1170:2
  1199:1

hell
  1205:20
  1206:3

Hennon
  1089:14
  1311:25

heralded
  1168:16

hey
  1220:17,18

hide    1243:7

high
  1062:9,16,
  17 1112:2
  1151:5
  1153:17
  1154:9
  1156:15
  1167:7
  1171:8,22
  1172:10

1215:20
1217:12
1232:21
1239:18
1298:23
1316:25

high-level
 1239:18

higher
 1119:5,13
 1138:11
 1140:16
 1225:18
 1234:14,17

highest
 1112:4
 1155:8
 1217:14

highlighting
 1311:5

hike
 1135:8,11,
 17,25
 1137:3
 1139:11

hikes
 1141:7,11
 1142:13

hill
 1105:19

hills
 1105:21

hilly
 1105:15

history
 1062:11
 1063:15

hoc   1291:4,
 23 1293:6
 1294:8

Hold
 1273:24

Holmes
 1312:4

homes   1170:4

homogenous
 1307:18

honcho
 1286:22
 1295:9

honest
 1147:15
 1261:20

honestly
 1090:20

host
 1324:19,23

hot   1081:19

hour
 1112:21
 1150:8

hours
 1071:9,12,
 13 1274:4
 1283:2

Houston
 1063:19

HR   1174:7

huge   1106:1
 1237:21

human   1098:8
 1099:2
 1121:17
 1189:17
 1191:15
 1261:14
 1264:5

humans
 1098:2
 1266:18

humble
 1075:9

hundred
 1119:12
 1276:13

hundreds
 1106:16
 1256:1

Huseby
 1332:11,
 13,15,18

hush
 1220:18,20

hypothetical
 1127:2,22
 1128:13

hypotheticals
 1128:22
 1129:3

─────────
      I
─────────

idea
 1278:12
 1322:11,
 14,19

identification
 1086:14
 1131:3
 1135:5
 1153:20
 1173:6
 1178:12
 1186:13
 1188:12
 1191:9
 1197:15
 1205:1
 1209:13
 1212:12
 1222:9
 1227:24
 1288:13
 1289:2
 1296:11
 1320:21

identified
 1072:15
 1093:14
 1103:7,10
 1104:4
 1107:17
 1124:25

identify
 1189:15
 1191:12

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1316:18

**imagine**
1070:20
1146:23
1147:6
1214:13
1249:17

**immune**
1121:24

**immunity**
1121:25

**impact**
1245:14
1246:14,15
1247:2

**impaired**
1237:13

**implementation**
1291:12
1293:21

**implementing**
1139:2

**important**
1081:4
1110:12
1239:19,23
1240:1
1241:8

**impose**
1285:23

**imposed**
1284:10,14
1285:11,16
1319:14

1321:8

**imposes**
1297:19

**impression**
1073:10

**improper**
1128:13

**improvements**
1187:6

**inappropriate**
1305:6

**incident**
1315:25

**include**
1086:18
1104:7
1297:12

**included**
1085:8

**includes**
1066:20
1246:6

**including**
1069:16
1092:15
1110:25
1120:21
1121:20
1146:20
1152:3
1175:18
1182:13
1184:17
1186:3

1199:2
1275:7

**inconclusive**
1286:4

**incorrect**
1280:19

**increase**
1135:12

**increased**
1134:17
1137:12

**independent**
1163:6

**independently**
1161:15

**indicating**
1166:6

**indication**
1216:5,15

**individual**
1070:14
1108:13,14
1261:21
1293:13
1304:6
1305:9
1325:3

**individuals**
1310:21
1324:13,14

**indulge**
1290:21

**industrial**
1075:24

1076:5,8,
10
1082:17,19
1084:17
1144:14
1156:21
1157:18
1168:25
1231:24
1242:11
1244:3,19
1245:7
1249:8,9,
19 1283:13
1284:15
1297:10,20
1304:20
1313:15

**industries**
1085:13
1088:7
1089:4,25
1090:9
1167:22
1173:17
1174:6
1176:7
1189:11
1296:24
1303:21
1304:7,13,
19 1305:3,
10 1306:23
1307:2,8,
11 1310:4
1312:12,18

**Industries'**

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1205:7

**industry**
1064:17
1074:11,
20,21
1075:1,13,
16,21,23
1076:2,4,
18,22
1077:4,5,
11,15
1078:9,18
1079:14,24
1080:5,16,
20 1081:3,
13,21,25
1082:20
1083:2,12,
14 1084:5,
12,20
1085:5,8,
10,11
1088:16
1089:1,24
1090:9,15,
19,22,25
1091:4,9,
15,19
1092:16,18
1093:2
1101:17,19
1115:20
1117:12
1134:5
1141:6
1146:20
1152:3,5
1157:21,25

1160:22
1161:6,23
1162:6,17,
24 1163:5,
10 1167:9,
20 1168:1
1170:5
1177:10,19
1178:18
1180:14
1181:6,15
1185:20
1186:9
1187:15
1190:11
1192:15,19
1194:25
1200:6
1204:7
1207:15,23
1208:9,19
1212:16
1216:18
1224:7
1228:25
1235:1
1236:20,22
1237:12
1264:1
1265:9,21
1266:12
1280:3
1286:16
1291:10,11
1293:19,20
1304:6
1307:18,21
1308:1,23

1309:6,11
1310:7,19
1311:21,25
1312:6,14,
15 1314:12

**industry's**
1077:12
1079:20
1100:15
1194:24

**infants**
1121:21

**influence**
1202:19

**influenced**
1106:21
1163:11,12

**inform**
1200:7

**informal**
1306:5

**information**
1122:9
1157:4
1172:13
1181:25
1190:3
1242:6,10,
16 1243:4
1244:21
1245:25
1247:8,18
1248:1
1256:23
1260:16

1291:8
1293:10,17
1303:6
1321:11,
14,21
1323:12

**informational**
1266:9

**informed**
1121:16
1211:22

**infrastructure**
1237:11,21

**ingredient**
1153:18

**initial**
1137:7
1259:19

**Initially**
1063:17

**initiatives**
1072:24

**input**  1234:6

**inside**
1063:22
1105:21
1116:4
1117:7
1124:3
1125:19
1238:13
1276:15
1310:22
1327:22

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

inspection
  1109:5
  1111:2,5
  1113:9,21

installation
  1138:18
  1143:12

installed
  1140:10

instance
  1310:3

instances
  1315:9

institute
  1069:16
  1082:8,9,
  15,23
  1083:7,11,
  20,25
  1084:4,20
  1085:20
  1088:22
  1089:7
  1161:14,19
  1167:22
  1178:17
  1186:21
  1188:14
  1195:19,20
  1209:18
  1212:15
  1222:12
  1223:4
  1248:6
  1249:3
  1250:15

  1251:5,10
  1275:6
  1277:21
  1287:17
  1291:1
  1305:25
  1306:7

instruct
  1282:15

instruction
  1206:6

instructions
  1247:9
  1269:16

insulation
  1139:8

intake
  1224:5
  1225:1,2,6

intend
  1150:19

intends
  1191:12

intent
  1243:22

interdependent
  1235:15

interest
  1181:20
  1205:15
  1248:12
  1308:25
  1309:24

interested

  1216:1
  1249:18
  1321:22
  1333:15

interesting
  1321:14

Interim
  1291:3

internal
  1321:15

Internet
  1232:7

interpreted
  1280:7
  1309:14

interruption
  1065:1
  1222:3

introduce
  1061:9
  1230:6

introducing
  1230:3

introduction
  1231:4

invest
  1237:20

investigating
  1207:17
  1218:21

investigation
  1189:12

investments

  1237:11

INVISTA
  1116:22

invitation
  1250:11

invited
  1248:11,
  14,16,19
  1250:2,3,7
  1270:8

involve
  1238:16
  1314:22

involved
  1062:13
  1164:3,7
  1233:2
  1252:25
  1258:19
  1295:12
  1309:20
  1310:19
  1311:11
  1312:24
  1316:8

involvement
  1179:24
  1234:6

involves
  1230:10

involving
  1241:10
  1295:20
  1315:25

irrelevant

1141:20

irrespective
1095:25
1096:1

Isaacman
1174:25
1175:3,19
1176:8

Isakson
1175:5

issue   1069:2
1110:12
1148:18
1177:21
1179:4
1190:12
1237:17
1255:12
1280:1
1283:12
1307:20
1314:24
1316:2

issued
1093:14,25
1094:2,3,
5,23
1095:7
1097:1
1100:21
1103:8
1244:15

issues
1081:4,22
1103:8
1179:17

1187:9
1194:20
1195:6
1222:13
1223:14
1317:12
1318:2

_____

J

J&j   1089:4,
24  1173:17
1174:6
1176:7

Jackie
1087:25
1088:6
1312:18

James   1090:8
1311:9,24

January
1089:3,11,
15,19,23

Jeff
1230:1,7
1254:5,15

Jim   1089:22
1173:22
1174:2
1179:10
1180:5
1188:17
1253:12,23
1254:10
1257:11
1311:10

1323:3

job   1063:16
1064:10

jobs   1064:2
1238:13

Joe   1087:17
1209:25
1210:14
1222:23
1312:10

Johnny
1175:5
1176:8

Johnson
1061:17
1134:9,16
1140:15
1145:17,
18,23
1146:3,8,
13,18

join   1307:1
1313:4

joined
1306:19,22

Jr   1090:12
1318:2

judgment
1248:8

Judicial
1332:3

jump
1230:19

juncture
1165:1,2

June
1291:1,20

junior
1277:14
1317:11,13

jury
1063:10
1066:4
1079:16
1082:8
1091:7
1103:13
1106:24
1121:12
1133:5
1272:1,8,
10

jury's
1223:1

Justin
1089:18
1311:16

_____

K

Ken   1312:8

Key   1202:7

kidding
1221:1

kidney
1121:23

Killings
1087:25

1088:2,6
1312:19

kin  1333:12

kind
1061:25
1064:9
1068:25
1071:22
1082:25
1087:2
1091:5
1105:19
1116:9
1149:13
1150:22
1219:20
1249:9
1255:18
1276:23
1278:2
1310:15

kinds
1107:25
1283:6

knew
1160:22
1161:23
1162:17
1165:17
1182:10
1185:13
1224:13
1249:2
1271:11
1298:15
1299:23

knowledge
1067:18,21
1108:14,17
1118:11,14
1125:17
1132:5
1138:17
1139:5,18
1140:21
1143:17
1159:12
1160:17
1167:14
1170:12
1171:14
1180:14
1211:7
1233:3
1268:16

Korzeniowski
1189:8
1190:8

Kotsmith
1253:23
1320:5,14

Kotsmith's
1253:12,23
1254:10
1257:12
1323:3

_____
L
_____

labeled
1154:10

laboratory
1121:15

Lacey
1086:20
1188:8
1199:16,22
1288:14
1289:3
1290:7
1313:10

lack
1109:18
1138:16,17
1139:4,5,
17,18
1140:20,21
1168:3

lacks  1126:2

Lamar
1089:14
1311:25

Lampert
1189:10

land
1068:14
1104:14,20
1105:2,12,
22 1106:1,
12 1107:1,
5,21
1108:2,3,
9,17,18,21
1109:16,20
1110:3
1113:24
1117:19
1133:9,23
1146:9,14

1148:22
1150:4
1156:22
1158:8
1166:24
1170:1
1184:21
1203:16
1210:22
1213:23
1216:6
1217:13,16
1278:11,14
1279:1
1282:22
1299:22

Land-sprayed
1192:12

landfill
1196:6,14,
18

language
1125:4
1246:13
1256:19

large  1080:5

largely
1075:8

larger
1120:6

largest
1073:17
1075:13,24
1076:12

Larkin

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1318:15,20

**LAS**
1105:17,18
1107:14
1113:9
1134:6
1210:25
1218:21

**late**
1065:25
1136:10
1260:2,3,
8,17
1275:25
1277:1
1278:5
1310:17
1318:22
1322:25
1323:13

**latex**
1308:18

**laugh**    1267:8

**laws**
1095:23

**lawsuit**
1061:17
1134:12
1219:12
1252:18
1271:21
1324:22

**lawsuits**
1230:11

**lawyer**

1111:3,4,7
1279:18

**lawyers**
1071:25
1073:4
1111:4
1203:8

**lawyers'**
1230:9

**lax**    1230:5

**layperson**
1237:17

**lead**    1261:1

**leaders**
1160:22
1161:23
1162:17
1163:10
1167:20
1168:1

**leadership**
1096:8
1222:13

**leading**
1256:6

**learn**
1234:19

**learned**
1184:15

**learns**
1182:1

**left**    1064:4
1065:9
1114:1

1180:9

**legal**
1071:1,3,
19,21,24
1095:22
1100:20
1110:23
1148:10,
20,24
1149:2
1164:24
1269:7

**Leslie**
1072:1,17,
23  1133:18
1275:18

**lesson**
1147:23

**lessons**
1147:9

**letting**
1211:9
1286:16

**level**
1208:25
1219:14
1228:13,20
1232:21
1235:23
1239:18
1246:20
1251:11
1285:24
1316:25

**levels**

1110:3
1120:24
1121:19
1126:19
1129:18
1131:15
1151:5
1153:17
1155:6
1156:15
1167:8
1171:8,22
1172:10
1210:25
1213:3,4,5
1214:10
1215:20
1216:10
1217:12,14
1224:8,14
1225:6
1228:21
1229:1
1270:16
1271:5
1297:14

**liability**
1246:6,7

**licensed**
1242:11

**life**
1147:9,23
1239:2
1273:19

**lifetime**
1120:15,
19,22

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1132:14
1240:14
1241:25
1256:20

light
 1068:13
 1302:16

limit   1118:7
 1119:6,25
 1121:4
 1126:13
 1129:5
 1131:13
 1132:14,20
 1152:18
 1164:23
 1214:18
 1225:7,18
 1226:15
 1229:9
 1240:11
 1241:23,24
 1257:2
 1270:16,20
 1271:12,
 14,17
 1276:17
 1285:6

limited
 1069:17
 1101:16
 1220:12
 1238:9,12

limits
 1071:22
 1118:15
 1213:13,19

1215:22
1221:11
1226:3,7
1240:10
1284:15
1285:24
1293:15
1294:5
1297:21
1321:8

Linda
 1317:23

Lindsey
 1086:6
 1130:9,12
 1173:8
 1326:17

list
 1070:10
 1085:2
 1086:10
 1114:16
 1311:5

listed
 1114:19

Listen
 1126:7

Listening
 1243:20

lists   1195:5

litigation
 1303:22
 1318:21
 1332:8,11,
 12,13,15,

18,20

litigations
 1326:25

live
 1064:19,23
 1317:14
 1324:13

lived   1239:1

liver
 1121:23

lives
 1317:15

living
 1260:25
 1298:11
 1316:8

lob   1061:24

lobbies
 1084:21

lobby
 1251:11

lobbying
 1251:20

local
 1074:16
 1085:13
 1160:23
 1161:25
 1162:19
 1177:5,20
 1200:2
 1210:19
 1248:20
 1312:4

1318:7

locally
 1224:8

location
 1155:9

lodge
 1128:13

Log   1090:15

logistical
 1312:12

long
 1065:14
 1066:2
 1079:20
 1087:21
 1088:11
 1303:2
 1306:19
 1312:17,23

long-chain
 1264:4
 1266:15

looked
 1075:6
 1101:19
 1112:11
 1210:25
 1227:10
 1231:2
 1235:12

looming
 1144:20

Loopers
 1156:16,19

1169:25

**Lori**
 1131:20,23
 1165:22

**lot** 1068:23
 1070:1,10,
 13 1074:20
 1077:15,
 20,24
 1081:20
 1126:8
 1185:2
 1206:5
 1216:4,15
 1230:24
 1232:16,
 17,20
 1235:2
 1265:8
 1282:13
 1284:18
 1286:15
 1296:15
 1301:25
 1307:17,24
 1327:3

**low** 1121:21
 1240:15

**lower**
 1240:13
 1263:15
 1319:18
 1321:7

**lowered**
 1213:13

**lowering**

1208:25
1297:13

**lull** 1320:4

**lunch**
 1203:25

**Lutz**
 1061:15,17
 1070:5,17
 1076:1,7
 1077:5,10
 1078:14
 1079:15
 1080:7
 1081:2,9
 1082:3,19
 1083:6
 1084:10,19
 1085:1,9
 1086:6,10,
 19,21
 1088:8
 1091:5
 1092:17,24
 1093:1,16,
 20,23
 1094:14
 1095:1,9,
 15,25
 1096:7,12,
 20 1097:24
 1098:6,17,
 22 1099:8,
 21 1100:1,
 4 1103:9,
 19 1104:6,
 19,20
 1105:1,11,

15,23
1106:7,14,
23 1107:6,
15 1108:4,
11,12,19
1109:4,12,
22
1110:11,18
1111:1,12,
19,23
1112:10,
17,23
1113:7
1116:6
1117:9,18,
25
1118:12,17
1119:11
1120:3
1122:20
1123:20,21
1124:5,22
1125:10,22
1126:6,20,
22 1127:8,
12,19,25
1128:4,10
1129:2,17
1130:2,9,
16,20
1131:4
1133:1,8,
20,25
1135:6,23
1136:19,
21,25
1137:2,22
1138:24

1139:9
1140:6,13
1141:3,12,
24,25
1142:9,25
1143:6
1144:1,10
1145:15
1147:4,16,
21 1148:16
1149:9
1150:16
1153:22,24
1155:19
1156:2
1158:5
1159:11,18
1160:7
1161:17
1162:13,16
1163:16
1164:18
1166:17
1167:1
1168:12
1171:4,21
1172:20
1173:1,7,
11 1174:3,
4,12,18,19
1176:15
1177:15,16
1178:14
1180:8
1181:4,21
1182:13,19
1183:11,
20,23

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)                Tom Bundros on 03/04/2022          Index: Machado..making

| | | | |
|---|---|---|---|
| 1184:5 | 1224:18,25 | 1092:7 | 1137:18,20 |
| 1185:1,18 | 1225:14,22 | 1101:23 | 1143:15 |
| 1186:15,17 | 1226:10,21 | 1145:17,23 | 1147:1,10 |
| 1188:4,7, | 1227:9 | 1156:11 | 1166:18 |
| 13 1190:2, | 1228:1 | 1166:11 | 1169:1 |
| 23 1191:11 | 1229:12 | 1187:6 | 1170:24 |
| 1193:15 | 1273:20,24 | 1197:18 | 1179:6 |
| 1194:14 | 1275:14 | 1198:8,23 | 1185:12 |
| 1196:15 | 1277:19,24 | 1202:17,20 | 1203:10 |
| 1197:17,25 | 1280:16 | 1205:8,24 | 1231:9 |
| 1198:3 | 1281:10, | 1207:5,8, | 1233:10,22 |
| 1199:19,25 | 13,17 | 14 1228:18 | 1237:10 |
| 1200:1,12, | 1282:8 | 1233:10, | 1239:22,25 |
| 19 1201:11 | 1283:9,16, | 21,22 | 1241:12 |
| 1202:22 | 25 1284:5 | 1237:10 | 1243:6 |
| 1203:7 | 1287:10 | 1256:10 | 1254:3 |
| 1204:5,12, | 1289:21,25 | 1268:25 | 1255:11 |
| 17,22 | 1296:5 | 1269:15 | 1273:24 |
| 1205:2 | 1305:20 | 1310:24 | 1274:10 |
| 1206:19,23 | 1306:2,11, | 1311:9,19 | 1275:3 |
| 1207:13 | 16 1307:22 | 1318:1 | 1279:12 |
| 1208:3,8 | 1309:17 | 1322:24 | 1301:3 |
| 1209:4,11, | 1313:1 | 1326:2,9 | 1308:5,14, |
| 14,16 | 1315:12 | 1332:5,17 | 17 1327:4 |
| 1211:19 | 1317:7 | | 1331:16 |
| 1212:14 | 1321:2,25 | **main** | 1332:9 |
| 1215:2,17 | 1325:7 | 1093:21 | |
| 1216:3,14 | | 1218:22 | **maker** |
| 1217:7,22 | ——— | | 1269:14 |
| 1218:4,5, | M | **major** | |
| 20 1219:4 | ——— | 1189:15 | **makers** |
| 1220:11, | **Machado** | 1190:17,24 | 1148:4 |
| 17,21,24 | 1167:24 | 1191:13 | 1167:19 |
| 1221:3,6, | | | 1247:1 |
| 10,14,16, | **machine** | **majority** | |
| 20,25 | 1152:14 | 1076:5,7,9 | **makes**  1100:6 |
| 1222:2,4, | **made** | 1080:5,14 | **makeup** |
| 10 | 1083:11 | **make** | 1154:7 |
| | 1091:22 | 1098:21 | **making** |
| | | 1099:12 | |

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

| | | | |
|---|---|---|---|
| 1116:23,24 | 1070:4,12 | 1119:8 | 1180:4,17 |
| 1125:18 | 1075:22 | 1120:1 | 1181:9,11 |
| 1131:6 | 1076:3,25 | 1122:16 | 1182:12,15 |
| 1161:16 | 1077:7 | 1123:17 | 1184:1,4, |
| 1234:20 | 1078:11 | 1124:13 | 22 1185:15 |
| **man** 1177:9 | 1079:11 | 1125:6,14 | 1187:25 |
| | 1080:3,22 | 1126:1,16 | 1189:24 |
| **man's** | 1081:7,23 | 1127:1,10, | 1190:19 |
| 1197:23 | 1084:6,14 | 17,21 | 1194:8 |
| **manage** | 1085:6 | 1128:19 | 1196:13 |
| 1179:4 | 1086:17 | 1129:9,12, | 1200:10,18 |
| **managed** | 1091:1 | 21 | 1201:6 |
| 1329:10 | 1092:13,21 | 1130:15,18 | 1203:22 |
| **management** | 1093:11, | 1132:22 | 1204:15, |
| 1136:13 | 19,22 | 1133:13,24 | 21,24 |
| 1179:4 | 1094:11,20 | 1135:20 | 1206:13 |
| 1180:25 | 1095:4,11, | 1137:16 | 1207:11 |
| 1187:10 | 20 1096:3, | 1138:14 | 1209:10 |
| 1245:14 | 9,15 | 1139:16,22 | 1211:15 |
| 1246:4,8 | 1098:12,19 | 1140:22 | 1214:24 |
| 1247:3 | 1099:3,19, | 1141:8,17 | 1215:14,23 |
| 1259:9 | 24 1103:5, | 1142:19,22 | 1216:8 |
| 1264:18 | 16,24 | 1143:3,21 | 1217:4,19, |
| 1304:10 | 1104:17,23 | 1144:7 | 25 |
| 1305:10 | 1105:6,14, | 1145:11 | 1218:16,24 |
| **managements** | 20 1106:3, | 1147:2,12, | 1219:3 |
| 1304:3 | 10,18 | 18 1149:6 | 1220:10 |
| **manager** | 1107:3,10, | 1159:6,15 | 1225:9,20 |
| 1088:8 | 24 1108:7, | 1160:5 | 1226:9,17 |
| 1276:24 | 13,24 | 1161:11 | 1236:16 |
| 1295:13 | 1109:10,17 | 1162:10 | 1242:12,23 |
| 1312:4 | 1110:7,14, | 1163:2 | 1243:17 |
| | 20 | 1164:15 | 1244:1 |
| **manmade** | 1111:11,17 | 1166:13,22 | 1248:10 |
| 1158:21 | 1112:13,25 | 1171:1,17 | 1249:4,15 |
| 1159:22 | 1115:23 | 1172:17,24 | 1250:20,24 |
| | 1117:14,21 | 1173:4 | 1253:19,25 |
| **Mann** | 1118:16 | 1177:12 | 1257:15 |

1258:21
1259:16
1261:9,16
1262:4,7
1264:8,22
1265:11,17
1266:2,5,
10,19
1267:5,14
1268:4,8,
11,13
1269:5,19,
25 1270:6
1271:2,7
1272:4,6,
16 1273:6
1278:3,16,
23 1279:3,
8,11
1281:16
1286:1
1289:5,8,
10,17
1292:6
1295:10
1298:18
1300:1,18,
24 1301:22
1302:18
1303:10
1316:13
1318:10,15
1320:12,
17,22
1321:1,3
1322:1
1323:20
1326:15,18

1328:1
1329:2,4,
12,15
1330:10,20

manner
1099:15
1100:10,23
1101:9

manufacture
1189:13
1234:9

manufacturer
1216:17
1233:23
1244:23
1246:20
1247:6
1311:11
1312:10,16

manufacturers
1084:21
1104:11
1134:17
1193:9,17
1234:3,5
1235:6
1237:25
1242:17
1243:9,13
1245:13,
16,20,22
1246:21
1247:7
1260:5,15,
16
1269:14,15
1291:4,24

1293:7
1294:9
1300:6,7
1301:12
1309:13
1311:23
1315:4,5
1324:19,
20,24

manufacturers'
1094:16
1096:23
1103:4,22
1167:2
1169:10,
15,21

manufactures
1324:24

manufacturing
1073:17
1077:16,20
1078:18
1091:16
1092:12
1101:20
1102:6
1169:3
1192:3
1216:17
1235:1
1236:19
1260:3,4
1311:17

March
1061:1,7
1135:11
1313:5

1331:17

margin
1120:22

mark
1087:23
1134:22
1173:12
1188:9
1320:5

marked
1086:4,13
1113:14
1131:2
1135:4
1153:19
1173:5
1178:11
1186:12
1188:11
1191:8
1197:14
1204:13,25
1209:12
1212:11
1222:8
1227:23
1279:7
1288:12
1289:1
1296:10
1320:20
1322:6

market
1075:10

marketing
1131:21

1311:20

marking
  1197:5
  1320:11,
  17,23

Marmins
  1318:13
  1320:3
  1323:18,
  22,24
  1325:9,23
  1326:13

Maryland
  1240:6

master's
  1231:14

materials
  1311:20

math
  1118:25
  1119:10,16

Matt
  1254:16,19

matter
  1061:5
  1097:3,11
  1170:18
  1234:13
  1258:24
  1305:23
  1321:5
  1329:25

matters
  1239:23
  1241:8

1292:20

maximum
  1285:23

MBA
  1063:11,12

Mcdaniel
  1131:20,23
  1132:8
  1165:22

means
  1067:13
  1137:7
  1260:23
  1262:22
  1296:20
  1297:10
  1327:5
  1329:8

meantime
  1288:20

measure
  1283:6

measured
  1155:8

measures
  1226:12

measuring
  1155:5

meat    1062:2
  1081:16

media
  1145:14
  1165:18,20
  1193:3

medium
  1317:4

meet    1071:3
  1074:1,4,6
  1251:6
  1277:25
  1319:13

meeting
  1071:2
  1085:21
  1167:23
  1181:2
  1186:21
  1188:14,
  18,21
  1190:9
  1205:6
  1209:19
  1222:13
  1247:24
  1248:7
  1252:16
  1277:21
  1279:14,17
  1282:5,6
  1287:14,16
  1289:5,8
  1291:1,20,
  23
  1292:11,18
  1293:6
  1294:16
  1296:15
  1301:4,6

meetings
  1068:13
  1069:17

1083:19,
22,24
  1085:20
  1086:1
  1167:19
  1250:14
  1251:22
  1252:2
  1275:7
  1305:24
  1306:6

meets
  1126:4,18
  1127:7
  1128:25
  1129:15,25

member
  1069:18
  1070:10
  1088:12
  1089:22
  1177:18
  1179:11
  1180:6,24,
  25  1181:2,
  18  1188:20
  1222:20
  1223:2
  1275:8
  1304:6

members
  1068:8
  1070:2,3
  1071:18
  1074:20,21
  1082:11
  1083:11,14

1085:3,5,8
1086:11,23
1087:5,9,
14,17
1088:16,25
1089:2
1090:23
1091:2
1177:5,19
1178:17
1179:16,20
1181:7,14
1195:19
1201:21
1207:16
1211:9
1212:10,15
1305:10
1310:16,19
1311:6

**mentioned**
1158:7

**mess**
1146:21,25
1147:9,17,
24 1148:1,
5

**met** 1071:1
1073:23
1252:13
1278:4
1301:13,18
1303:17

**method**
1263:24

**methodologies**

1323:14

**methods**
1322:23

**mice**
1121:15

**micromanage**
1232:12

**mid-'90s**
1087:13

**mid-2000s**
1115:21

**middle**
1297:25

**migrate**
1220:6

**migration**
1192:2
1220:4,5

**Mike**
1253:16,23
1255:4
1322:11

**mill** 1297:3
1310:22

**million**
1137:3,7
1139:12
1141:2
1156:20
1157:4,14

**millions**
1106:7,8,
15,16
1107:13

**mills**
1061:19
1101:12,15
1145:20
1164:8
1205:18
1229:9
1308:9,11
1312:25

**mills'**
1166:12,20

**mind**
1204:22,23
1311:2,4

**minute**
1230:6
1251:2
1254:16
1290:8

**minutes**
1061:25
1071:2
1113:1
1150:8
1183:12
1209:19
1211:6,17
1220:24
1247:24
1251:4,14,
17,19,24,
25 1252:4,
11,14,21
1277:21
1279:14,18
1282:5,6
1287:14,16

1289:5,9,
22 1292:11
1296:15
1301:4,7
1305:18
1310:13
1314:11,15
1318:14

**mirror**
1296:15

**mischaracteriz
es** 1110:21
1181:11
1225:21
1269:6,25

**mispronounce**
1263:18

**missed**
1320:12

**mission**
1084:9
1095:18

**misspoke**
1203:14

**misstates**
1133:17
1243:15
1245:2

**mistaken**
1161:22
1255:10

**Mitchell**
1205:7

**Mixer**
1087:23

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

mobile
  1260:11

modify
  1165:3

Mohawk
  1073:21,24
  1074:5
  1088:2,7,
  9,19
  1247:1
  1273:13
  1283:13
  1284:15
  1285:17
  1310:6
  1312:11,20
  1313:6

molecule
  1263:15

mom   1146:24

Monday
  1331:16

money
  1141:14
  1142:17

moniker
  1265:6

monitor
  1161:7
  1165:3
  1184:20
  1185:20
  1193:17
  1196:2
  1197:2

1201:5
1202:14
1204:8
1205:19
1207:7,23
1208:19
1283:14

monitored
  1196:24

monitoring
  1152:6
  1160:24
  1161:25
  1162:19,25
  1163:14,24
  1164:2,13
  1167:25
  1168:2,3
  1184:10
  1187:17,
  23,24
  1188:3
  1189:13
  1190:16
  1191:6
  1192:14,17
  1195:10
  1196:6,7,
  12,20
  1197:11
  1198:24
  1199:7
  1200:8,13,
  14,25
  1202:6,7
  1205:25
  1280:3

months
  1145:4,5
  1198:9
  1239:8
  1266:4

Moore
  1204:11
  1209:3
  1220:14
  1241:19
  1242:4
  1256:13
  1257:6
  1258:10
  1266:23
  1267:17
  1269:22
  1270:4
  1271:10
  1318:13
  1320:2
  1326:15,
  17,19,22,
  23 1327:24
  1328:3,8,
  19 1329:3,
  6,14,16,19
  1330:7

morning
  1061:16
  1283:1
  1309:5

mother
  1147:8

move   1182:4
  1190:11
  1207:2

1217:10
1259:17
1279:16
1281:14

moved   1239:5
  1293:15

moving
  1263:15

multiple
  1198:23
  1201:20
  1230:11

municipal
  1200:2
  1201:12,22

Murray
  1238:10

music
  1249:24

myriad
  1064:2
  1092:15
  1128:21
  1129:3
  1328:21

─────────────

N

named
  1065:18
  1076:16
  1278:19,21
  1306:19

names
  1069:6,7

1179:5
1229:4,8

**narrative**
1062:7

**national**
1165:18

**natural**
1231:20
1238:6

**nature**
1245:25

**necessarily**
1067:22
1149:1
1162:4
1171:6
1239:19
1307:23

**needed**
1077:20
1331:4

**neutralize**
1299:4

**news**
1176:21
1180:2
1182:7,22
1226:8
1241:20
1300:4
1321:13

**News-tribune**
1224:1

**newspaper**

1134:23,24
1135:1
1138:3
1139:10
1144:11
1280:11,15

**nice**    1278:5

**niche**
1311:12

**nomenclature**
1069:1

**nominated**
1067:9

**non-detect**
1129:19
1131:10

**non-spill**
1155:9

**North**
1062:17
1063:18,19
1239:1,6

**northern**
1183:5

**northwestgeorg
ianews.com**
1224:1

**note**
1086:18

**notes**    1224:9

**notice**
1069:14
1330:25

**notified**
1210:19
1225:17

**notify**
1214:8

**nuisance**
1145:20
1146:5,9
1148:18,21

**number**
1061:19
1062:14
1069:8
1078:19
1090:23
1107:22
1116:3,18
1117:6
1136:24,25
1178:17
1181:5
1195:4,5
1212:10
1264:25
1320:24

**numbered**
1204:20

**numbers**
1080:12
1112:9,10
1240:20
1261:22

————————

**O**

————————

**O.C.G.A.**

1332:14

**oath**
1151:18

**object**
1070:4,12
1075:22
1076:25
1077:7
1078:11
1079:8
1080:3,22
1081:7,23
1082:16
1083:3
1084:6,22
1085:6
1088:4
1091:1
1092:13
1093:11,
19,22
1094:10,
11,20
1095:4,11,
20  1096:3,
9,15
1097:23
1098:3,4,
12,13,19
1099:3
1103:5,16,
17,24
1104:17,23
1105:6,14,
20  1106:3,
10,18
1107:3,24

1108:7,24        7,8              1216:8           10,22
1109:10,         1155:17,23       1217:4,19,       1265:11,17
17,18            1158:2           21               1266:2,10,
1110:7,8,        1159:6,15        1218:16,24       19,20,22,
14,20            1160:5           1220:7,14        23 1267:5,
1112:7,13        1161:9,10,       1221:12,         6,7,14,17
1115:22,         11 1162:10       14,16            1268:4,10,
23,25            1163:2           1225:9,10,       11 1269:4,
1116:1           1164:14,15       20 1226:9,       5,19,22
1117:1,14,       1166:13,22       16,17,18         1270:4,5
21 1118:8,       1168:8           1227:4           1271:1,2,
16 1119:8        1171:1,17        1233:16          10 1272:4,
1120:1           1176:14          1236:16          16 1273:20
1122:15,16       1177:8,14        1240:17          1278:3,16,
1123:17          1180:3,4,        1241:19          23 1279:3
1124:12,13       17 1181:9,       1242:4,12,       1280:16
1125:6,14,       10               13,22,23         1281:10,19
15 1126:1        1182:12,         1243:14,17       1282:8
1129:8,21        15,16            1245:1,17        1283:9,16
1132:22          1184:22          1247:11          1284:5,24
1133:7,11,       1185:15          1248:10          1285:14
12,13            1187:25          1249:4,5,        1286:1,2
1135:19,20       1189:24          14,15,16         1287:10
1137:15,         1190:19          1250:18,         1295:10
16,17            1193:14          19,20,24         1298:18,19
1138:14,         1194:8,9         1252:19          1299:10
15,16            1196:13          1255:6           1300:1,18,
1139:4,15,       1197:21,25       1256:13          24 1301:22
16               1198:1           1257:6           1302:18
1140:12,         1200:10,18       1258:10,         1303:10
19,20,22         1201:6           20,21            1305:20
1141:8,17,       1204:11          1259:15,16       1306:2,16
18,19            1206:13,22       1260:7           1307:22
1142:19          1207:10,11       1261:9,10,       1311:15
1143:3,20,       1209:3           11,15,16         1313:1
21 1145:11       1211:15          1262:4,7,        1315:12
1147:2,3,        1214:24          8,9              1316:13,14
13 1148:6,       1215:14,23       1264:8,9,        1321:25

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1322:1
1325:6,21
1326:6
1327:20
1328:1,5,
17 1329:2,
4 1330:5

objecting
 1133:16

objection
 1076:3
 1077:1
 1079:10,11
 1080:23
 1084:7,14
 1098:14
 1103:18,25
 1126:16
 1127:1
 1128:13,19
 1129:9,22
 1133:24
 1139:19
 1140:23
 1142:4,21
 1147:11,
 12,18
 1155:24
 1159:7
 1162:11,12
 1163:3,4
 1177:12
 1181:12
 1220:10
 1242:25
 1243:18
 1244:1

1245:2
1247:12,
19,21
1249:6
1264:11
1265:12,16
1266:5
1268:5
1272:7,15,
20 1274:8
1306:11
1317:6

objections
 1243:20
 1283:25

objective
 1093:21
 1096:17

objectives
 1084:9
 1093:24
 1190:22
 1291:5

obligation
 1067:20
 1095:10,12
 1206:11

obtain
 1076:9
 1205:11,13

obvious
 1233:5

occasionally
 1304:23
 1305:2

occasions
 1301:19

occurred
 1134:18
 1145:3
 1201:20

occurring
 1096:1

October
 1132:13
 1188:15
 1227:22

offer
 1160:23
 1161:24
 1162:18
 1268:6

office
 1064:1,13
 1302:25

officer
 1274:23
 1306:14

offices
 1101:17

official
 1157:22
 1249:18

officials
 1156:24
 1157:8
 1158:12,21
 1159:22
 1165:19
 1293:8

1294:10,11

oil  1063:17

one's  1262:5

online
 1224:2
 1318:12

onsite
 1193:22

Oostanaula
 1134:19
 1137:5,14
 1138:9
 1139:14
 1143:18
 1144:20
 1224:2

open
 1144:11
 1250:16

operate
 1163:6
 1196:14,17
 1245:7

operated
 1192:7,9
 1312:1

operating
 1136:14
 1137:8,19,
 20 1161:14

operation
 1107:4
 1108:9
 1109:20

1243:3
1321:24

operational
1066:18
1312:11,17

operations
1066:6
1091:12
1166:5
1169:23
1187:7
1192:3
1299:18
1319:13

opine   1139:6
1272:10

opinion
1268:25
1269:9
1272:2,13

opportunity
1203:12
1277:8

opposed
1281:4
1282:3

options
1323:2

order
1169:23
1179:14
1187:8
1194:24
1245:9
1258:25

1280:5

organic
1120:5

organism
1260:24,25

organization
1258:24
1304:8
1305:17

organizational
1068:8

organs
1262:3,5

original
1131:25
1202:5,9
1243:21

originally
1183:15
1238:25
1239:6

osmosis
1137:3
1138:19
1139:2,8,
12 1140:5,
9,10
1252:24
1253:6
1255:12,
13,18
1263:23
1267:4
1268:17
1269:3

outlaw
1240:6

overheads
1205:8,9

overlap
1070:2,6
1082:11

oversaw
1155:5

oversee
1091:12
1094:6,13

overseeing
1066:6,18

overseer
1066:14

overview
1102:18
1239:19

owned
1311:18
1312:8

Oxford
1282:19

oxygen
1297:13,14

—————————
            P
—————————

P-F-O-S
1328:15

p.m.
1204:1,2
1331:7,22

pages    1333:8

painting
1080:13

Pam   1178:25

panel   1223:8

paper
1130:17
1173:3
1191:5
1240:5
1291:10
1293:19

paperwork
1317:17

par-
1314:24

paragraph
1121:8,11
1122:18
1144:18
1154:15,17
1155:3
1156:15,18
1160:21
1165:16
1167:7,18
1168:11
1169:25
1171:4
1187:14
1189:8
1191:12
1192:1
1210:8,16,
18 1212:2,

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

3,5 1293:1
1297:2,8
1298:22
1299:2,14
1300:6
1301:11

paragraphs
1228:2,3

pardon
1129:11
1328:20

parens
1205:16

parent
1063:24

parents
1147:14

Parrott
1276:22,23
1277:6,9,
12 1295:8,
11,16
1297:11
1298:23,24
1299:4,7,
18,22
1300:11,15
1301:13,17
1302:2
1317:1,2,
10,11,14
1318:2

Parrotts
1072:12

part

1074:22
1089:23
1095:17
1120:5
1142:24
1144:13
1146:11
1150:18
1152:22
1153:12
1164:25
1167:21
1189:11
1225:25
1283:2
1299:3
1300:10
1313:24
1314:21

participants
1314:20

participate
1160:23
1161:25
1162:18
1198:14
1202:8,14,
17 1314:5
1315:17

participated
1294:11,
15,20
1295:6,16

participating
1163:14
1314:23

participation
1069:15,18
1275:5,8

parties
1150:3
1291:11
1293:20
1332:8,19
1333:12,14

parties'
1111:2
1113:9,21

partnered
1081:3

parts  1112:5
1114:22
1115:4,9,
13 1118:3,
18,21
1119:1,5
1120:24
1121:4
1125:23
1126:13
1129:5
1208:25
1213:14
1223:18
1224:3,4
1225:14
1226:13,15
1227:2
1228:13
1229:10
1238:9
1240:14,15
1241:16,24

1257:2
1271:6

party
1271:24
1332:7,16,
20

pass
1229:12,14

passed
1317:11

past
1077:17
1085:4
1155:14
1187:8
1198:9
1213:6
1214:13
1218:6

patriarch
1276:23

pay  1134:17
1137:3,12
1138:11
1139:11
1140:16
1141:1,6
1142:12
1143:14
1236:20
1237:4
1242:20
1253:3
1268:1
1269:13,21

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Tom Bundros on 03/04/2022

30(b)(6)                                                    Index: paying..permits

paying
  1269:3

pays
  1271:25

PBT   1258:5,
  6,17
  1259:1

PBTS
  1258:5,13

PECK   1117:1
  1118:8

peer-reviewed
  1121:14

penalties
  1297:9

pending
  1281:2
  1282:1

Pendley
  1089:2
  1222:17
  1312:7

peninsula
  1156:22
  1170:6

people
  1070:10
  1071:25
  1102:20
  1123:14
  1124:20
  1142:11,
  14,16,25
  1143:7,8,

16  1144:2,
3  1179:2
1183:5
1268:3
1270:17,22
1276:17,19
1285:16
1286:16,17
1287:6
1305:3
1308:5,8,
11,17
1309:5
1310:1
1316:24

per-
1068:24
1329:8,20,
23

percent
  1079:25
  1080:10
  1091:21
  1092:6
  1135:11,25
  1136:1,6
  1156:21
  1157:17,23
  1214:3
  1216:11,14

perfect
  1185:2

perfectly
  1234:2

perfluorinated
  1137:4

1139:13
1144:12
1171:5
1209:24
1210:9,13

perfluoro
  1159:22

perfluoro-
  1154:14

perfluoroalkyl
  1120:7

perfluorochemi
cal   1233:23
  1258:7
  1265:1
  1267:1

perfluorochemi
cals
  1233:8,18
  1240:7,11
  1243:10
  1244:24
  1245:15
  1247:3
  1252:17
  1254:24,25
  1255:14
  1257:22
  1258:12
  1264:1,5
  1265:2
  1269:1

perfluorooctan
oic   1154:16
  1155:7
  1158:22

1159:23

performance
  1066:19

performed
  1111:5
  1245:13
  1280:23
  1285:10

period
  1063:20
  1064:7
  1136:1
  1151:1
  1152:2,10
  1157:12,16
  1165:11
  1166:14
  1264:15
  1274:22
  1276:24,25
  1277:2
  1319:8,9

periods
  1150:19

permission
  1261:8

permit
  1107:18
  1126:18
  1164:25
  1166:5
  1270:21
  1282:23

permits
  1081:14
  1082:2

1093:6,14,
25 1094:1,
2,5,23
1095:7,14,
24 1097:1
1100:21
1103:7,10,
12 1104:5,
9 1106:21
1107:20
1110:16
1122:25
1124:3
1125:20
1148:14
1169:18,24
1244:7
1245:10
1271:19
1283:12
1319:14
1321:19

**permitted**
1242:11,16

**persist**
1097:14

**persistence**
1258:1

**persistent**
1144:14

**person**
1066:13
1072:15
1258:18
1265:24
1278:2

1316:9
1317:17

**personal**
1067:18
1138:17
1139:5,18
1140:21

**personally**
1085:19
1228:11

**perspective**
1190:21
1232:23

**pertain**
1246:15
1257:1

**pertaining**
1068:14
1245:15
1247:3,9

**pertains**
1246:14
1262:15

**PF**  1069:7

**PF-**  1185:20

**PFAS**
1068:15,
16,22,25
1069:1
1074:9
1079:1
1081:4,19
1097:8,13
1098:10,24
1103:3,9,

11,15,21
1104:7,8
1107:16,19
1110:3
1112:5
1114:16
1117:7
1118:1
1120:11
1121:17
1129:18
1134:18
1136:16
1137:13
1138:8
1139:3,13
1140:1,17
1141:15
1142:17
1143:19,25
1144:13
1145:10
1148:4,5,
12 1151:5
1153:1
1154:24
1156:5,6,
11,12
1165:8
1166:21
1167:2
1170:23
1182:10,20
1183:6
1184:8,16
1185:6,14,
20 1186:2
1192:25

1193:17
1196:2
1197:1,2
1201:5
1202:15
1204:8
1207:7,17,
24
1208:14,19
1214:10,
14,17
1215:12,21
1216:2,5,
10,16
1217:3,13
1218:2,14,
22 1271:25
1283:2
1284:10,16
1285:6,11
1323:8,14
1324:15,25
1325:13,20
1326:4
1327:14,
23,25
1328:4,22
1329:1
1330:2

**PFAS-RELATED**
1081:22

**PFASS**  1120:7

**PFBS**
1114:10,19

**PFC**  1213:2
1228:6
1265:6,21

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1270:11
1327:14

**PFCS**  1213:1
1265:5,9
1268:19
1271:17
1327:10

**PFOA**
1069:7,9
1115:12,
13,20
1116:6,23,
25 1117:10
1118:7,15,
22 1119:1,
13 1120:4,
23
1121:15,18
1123:4,15
1124:24
1125:12,24
1126:14
1129:6
1130:4
1131:7,15
1132:2,9,
15 1133:4
1138:12
1154:14,21
1160:24
1161:7,25
1162:19
1165:19
1166:1
1167:7,8,
19,24
1172:10

1174:21
1176:17
1177:21
1179:2
1187:24
1189:3,8,
12,15,17
1190:17,25
1191:1,5,
13,14,16,
20 1192:2
1205:8,11,
19,25
1223:17
1224:4,9
1225:7
1226:14
1227:2,13
1228:12
1233:8
1241:25
1254:24
1257:2
1264:4,21
1271:6
1280:1
1281:5
1282:4
1327:7,13,
16 1328:21
1329:3,24

**PFOAS**
1144:13

**PFOS**
1069:8,9
1115:7,13,
20 1116:7,

13 1117:10
1118:7,15,
22 1119:1,
13 1120:4,
5,23
1121:15,18
1123:4,16
1124:24
1125:12,24
1126:14
1129:6
1130:4
1131:7,15
1132:2,9,
16 1133:4
1138:12
1223:17
1224:3,9
1225:7
1226:14
1227:2,13
1228:12
1233:8
1241:24
1254:24
1257:2
1259:23
1260:5,11,
19 1263:10
1264:4,20
1271:6
1327:14
1328:14,21
1329:3,24

**PFPEA**  1115:1

**phased**
1115:20

1116:12
1117:11

**phone**
1212:25

**pick**
1103:14
1235:18

**pictures**
1105:18
1109:14,22

**piece**
1130:16
1173:3

**pieces**
1303:22

**pilot**
1267:12

**pinnacle**
1232:11

**pipe**
1316:11

**Pipeline**
1065:11
1274:15

**place**
1095:17
1145:9
1195:24
1237:15
1241:9
1303:1

**plaintiff**
1145:17
1146:13

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

plaintiffs
  1141:5
  1145:16
  1146:8
  1148:21
  1178:3
  1183:15
  1279:6
  1280:10

plaintiffs'
  1086:5,13
  1111:3
  1113:14
  1119:18
  1131:2
  1134:23
  1135:4
  1141:4
  1153:10,19
  1173:5,12
  1178:2,4,
  11
  1186:11,
  12,14,15,
  20 1188:9,
  11 1191:3,
  8 1197:6,
  14
  1204:13,
  18,25
  1209:9,12
  1212:8,11
  1222:6,8
  1227:18,
  19,23
  1279:18
  1320:6,20,
  24 1331:1,

3,10

plan
  1167:24
  1168:2
  1192:14,18
  1199:7
  1200:3,8,
  13 1201:18
  1202:1,6,9
  1259:4
  1314:22

plans
  1189:15

plant
  1066:20
  1078:2
  1079:6
  1102:11,13
  1104:13
  1105:25
  1140:10
  1156:19
  1170:1
  1171:24
  1172:11
  1193:23
  1299:17
  1312:5

plants
  1132:4

players
  1140:14

playing
  1243:7

POAA
  1263:11

point
  1087:10
  1109:9
  1117:12
  1119:24
  1125:19
  1146:24
  1147:6
  1159:3
  1172:8
  1184:3
  1185:11,24
  1190:4
  1191:21,24
  1197:1
  1198:8,22
  1199:1
  1200:2
  1201:19
  1218:19
  1219:11
  1220:20
  1223:22
  1227:9
  1237:10
  1263:2
  1309:19
  1313:6
  1324:3

pointed
  1114:4

points
  1193:11
  1257:24

policies
  1244:5

policy
  1085:22
  1095:16,21
  1096:13
  1099:11,12
  1101:3
  1279:23
  1318:25
  1319:3,10

political
  1249:3
  1250:6
  1251:20
  1305:3

politician
  1175:8
  1176:8
  1177:20
  1248:23

politicians
  1177:5
  1248:20
  1251:7,11
  1305:12,13

politics
  1074:16

pollutants
  1267:2
  1283:7,14
  1299:3,8

pollute
  1093:18
  1094:17
  1096:24

pollutes
  1297:3

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

polluting
  1095:3,18
  1097:7

pollution
  1094:3,8
  1095:10
  1096:1,12
  1296:24
  1300:8
  1301:21

polyfluoroalky
l   1068:24
  1329:9,20,
  23

Polymers
  1324:1

Polyventive
  1326:24

pond
  1114:11
  1118:2

population
  1182:22

populations
  1120:21
  1121:17

portion
  1293:25

portions
  1205:3

position
  1062:3
  1064:8
  1066:8,23
  1067:1

  1072:21
  1161:16,
  18,21
  1209:24
  1210:9,13
  1244:25
  1245:6
  1280:2,12
  1302:12
  1321:17

positioned
  1133:19

positions
  1062:11

possibility
  1159:2

possibly
  1230:25
  1316:20

Postgraduate
  1063:8

potential
  1123:11
  1124:25
  1125:8,11
  1128:7,8
  1185:13
  1186:1
  1191:20
  1223:14
  1246:6
  1257:21,25
  1266:17
  1316:18

potentially

  1179:16,20
  1264:5

power
  1063:21,25
  1080:19
  1183:14
  1236:6
  1287:2

PR   1131:21

practice
  1239:22
  1240:1

preamble
  1255:7

preceding
  1176:20

predate
  1276:10

pregnancies
  1121:21

Premier
  1324:1,7

prep   1323:6

prep-
  1207:20

preparation
  1070:21
  1071:10,15
  1072:16
  1074:1
  1084:1
  1151:12
  1207:21
  1208:10

prepare
  1067:20
  1070:24
  1275:16

prepared
  1067:25
  1068:5
  1090:11
  1143:14
  1150:21
  1152:9
  1156:4
  1210:20
  1230:25
  1253:2,15
  1267:20,
  21,24
  1268:2,6
  1275:3,11
  1293:10
  1295:23
  1316:14,16

preparing
  1287:12

presence
  1071:19
  1073:7
  1076:23
  1182:20
  1183:6
  1184:8
  1185:6,13
  1186:2
  1189:16
  1191:14
  1207:17
  1208:14

present
  1068:18
  1069:20
  1071:22
  1085:4
  1087:17
  1088:12
  1222:17
  1275:10
  1306:13
  1318:17

presentation
  1187:2
  1205:8

presentations
  1075:5,6
  1076:22
  1083:24

presented
  1128:22
  1167:24
  1199:8
  1314:24

presently
  1087:5

presents
  1210:17

preserve
  1194:24

president
  1164:20,22
  1175:25
  1176:3,9,
  11  1210:4
  1223:3

press
  1151:4,17
  1152:24
  1168:20
  1175:16
  1176:21
  1177:7
  1179:1
  1182:23
  1185:9
  1208:13
  1266:1,7

pressure
  1187:16,
  21,22
  1314:12

presume
  1294:3

pretreatment
  1228:7
  1244:4

pretty
  1072:6
  1091:10
  1128:5
  1135:16
  1171:10
  1175:8
  1216:4
  1238:8
  1290:20

prevent
  1094:3,7
  1095:10

preventing
  1286:17

preview
  1150:23,25

previous
  1083:22
  1136:13
  1187:10
  1203:11

pride
  1278:14

primarily
  1066:7

primary
  1083:1

print
  1194:12,16
  1299:12

printing
  1311:18

prior
  1085:25
  1302:23

private
  1252:15

privilege
  1148:24
  1149:3
  1203:17,
  19,20
  1217:9,24
  1218:12,19
  1219:6,9

problem
  1226:25
  1261:13

1291:9
1293:9,18
1294:24
1295:20
1297:4
1299:16
1300:11
1301:13,14

problems
  1298:4
  1299:24
  1301:21
  1316:1

proceed
  1195:1

proceedings
  1141:20

process
  1078:18,19
  1096:21
  1102:3,6,
  21  1170:24
  1189:14

processes
  1077:16,21
  1091:16
  1092:12
  1101:19
  1170:22
  1216:17

processing
  1192:3

procure
  1237:15

produce

1154:7

**produced**
1197:9
1219:8
1254:23
1296:16,21

**producer**
1205:19

**producers**
1205:11,13
1291:5
1293:7
1294:9
1308:3

**product**
1192:3
1236:2

**production**
1102:3
1121:25
1290:3
1296:18

**products**
1190:4
1191:21

**professional**
1125:17

**professor**
1155:4

**profit**
1234:8

**program**
1170:14
1198:10,18

**programs**
1259:10
1291:12
1293:21

**prohibited**
1332:14

**project**
1141:2

**prominent**
1175:8
1176:8

**promise**
1100:5

**promises**
1099:12
1326:2,9

**promote**
1080:25
1084:12

**promoting**
1084:5

**Promotion**
1223:8

**promulgated**
1131:13
1132:15
1244:13

**proper**
1128:11
1280:20

**Proposed**
1198:17

**prosper**
1076:13

1077:6

**protect**
1080:19

**protection**
1120:22
1144:21
1145:2
1155:20
1187:17
1214:6
1251:23
1282:20
1283:22

**proud**   1279:1

**provide**
1096:5
1099:6
1120:20
1166:5
1236:6,19
1237:22
1242:1
1256:10
1281:8
1282:22
1332:12,15

**provided**
1086:11
1096:8
1111:6
1120:20
1132:7
1205:9
1231:17
1242:6,7,
17  1255:3

1270:17
1302:20
1303:1
1311:22
1312:12
1321:20

**providers**
1244:22

**providing**
1231:22
1232:6
1237:1,3

**provisional**
1213:2
1223:16

**puberty**
1121:22

**public**
1153:1
1156:5
1184:7
1185:5
1246:8
1291:5
1312:2

**publication**
1165:8
1167:15
1169:13
1179:3

**publications**
1183:4

**publicized**
1185:5

**publicly-owned**

1078:5

published
  1134:24
  1151:9
  1152:24
  1177:4
  1179:17
  1208:13
  1223:15

pull
  1119:17
  1133:5
  1153:9
  1188:7
  1204:13
  1253:11
  1254:2
  1313:9,13

pulled
  1255:9
  1288:15

pulling
  1262:13

pure
  1142:23
  1328:12

purely
  1247:17

purported
  1307:14

purpose
  1139:7
  1140:5
  1177:17
  1212:17

1322:19

purposes
  1084:11
  1231:24,25

Pursuant
  1332:2

pursue
  1305:11

pushing
  1144:22

put   1071:9
  1145:8
  1243:8,10
  1244:24
  1246:12
  1247:10
  1260:2
  1261:6
  1263:21
  1269:1,15
  1282:10
  1322:15

─────────────

          Q
─────────────

quality
  1132:24

quantitatively
-oriented
  1261:21

question
  1061:20
  1062:15
  1082:5,14
  1086:9
  1103:20

1107:8,11
1123:19
1126:2,6,
7,9,22
1127:3,9,
11,13,14,
17,19,22
1128:2,6,
11,16
1130:3
1133:19
1141:23
1142:13,15
1143:10,15
1150:23
1159:17
1162:13,23
1164:11
1166:15
1169:9,19
1182:18
1184:24
1198:2
1207:25
1208:4
1215:1,16
1224:16
1234:1,24
1242:15
1243:21
1244:8
1245:11
1247:15
1253:1
1266:14
1267:9
1268:9,14
1269:10

1270:10
1271:8
1272:22
1281:11,
13,18,20
1282:9
1293:14
1294:19
1298:13
1314:3
1325:15
1327:15
1329:11,21

questioning
  1062:6
  1091:7
  1131:10,11
  1168:24
  1197:22
  1231:4
  1252:24
  1256:6
  1286:14

questionnaire
  1293:10,14
  1295:24,25

questions
  1131:25
  1152:22
  1178:7,8
  1183:16
  1185:3
  1207:3
  1221:19
  1230:14,
  16,23
  1233:4

1235:2
1262:15
1270:9,15
1273:3
1279:17
1282:12
1286:15
1287:5
1290:22
1293:8,12
1294:1
1296:14
1301:3,8
1303:13,24
1309:5,15
1315:25
1316:16
1317:3
1318:9,11
1320:3,9
1321:5
1322:7
1323:23
1326:14,16
1327:2,16
1330:8,11
1333:6

quick   1131:5

quicker
  1126:8

quickly
  1330:23

quiet
  1221:17,
  20,21

quote   1154:8

1164:24
1165:2
1205:10,
12,14,15,
17 1224:6,
8 1252:15,
16 1253:7
1298:22
1300:8

quoted
  1076:16
  1227:12

Quotes
  1205:9

——————————
        R
——————————

Radney
  1094:10
  1098:4,14
  1110:8
  1112:7
  1116:1
  1122:15
  1124:12
  1125:15
  1129:8
  1133:7,12
  1135:19
  1137:15
  1138:15
  1139:19
  1140:12,23
  1148:6,10
  1172:19
  1176:14
  1226:18

1233:16
1242:13,22
1245:17
1255:6
1258:20
1259:15
1260:7
1261:10,15
1262:8
1264:9
1266:20
1269:4,7
1270:5
1318:14,
19,20
1319:24
1320:8
1321:4
1322:5
1323:16

rainfalls
  1109:1

raining
  1109:8

raise   1136:6

raised
  1165:17

ran   1321:23

Randall
  1090:2

range
  1080:14
  1257:21,25
  1328:8

ranges

1328:6,10

Ranjit
  1167:23

rate
  1135:8,11,
  12,17
  1136:14
  1137:3
  1139:11
  1140:14
  1141:1,6,
  11 1142:13
  1234:14,17

ratepayers
  1137:22,25
  1138:6

rates
  1064:12
  1074:7
  1134:18
  1136:6
  1137:12
  1138:11
  1140:16
  1304:24
  1332:19

rats
  1121:15

re-   1142:7
  1182:17

re-examine
  1214:16

re-examining
  1213:6
  1214:12

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1218:6

**read**  1068:3
 1075:4
 1084:8
 1091:25
 1092:9
 1101:3,6
 1120:18
 1121:11
 1123:21,23
 1126:24
 1128:17
 1140:25
 1141:25
 1142:2
 1145:13
 1159:25
 1160:13
 1161:3
 1162:21
 1165:5
 1169:6
 1171:5
 1189:7
 1205:3,21
 1208:5
 1210:18
 1211:25
 1212:5
 1213:9
 1224:18,
 20,22
 1225:12
 1240:5
 1243:22,24
 1247:23
 1251:19
 1256:19

 1259:25
 1260:13,21
 1262:20
 1263:7,12,
 17,20,22
 1266:11
 1272:24
 1279:21,22
 1281:23
 1282:5
 1284:2
 1287:13,
 16,20
 1290:21
 1291:14
 1292:16
 1293:23
 1296:16
 1300:22
 1323:3

**reading**
 1122:17
 1123:7
 1201:8
 1251:13,16
 1268:16
 1291:25
 1293:25
 1314:11,14

**reads**
 1115:13
 1300:7

**ready**
 1069:23
 1178:6
 1255:9

**real**
 1329:17

**reality**
 1283:3
 1284:8

**realize**
 1301:13

**reason**
 1074:19
 1093:16
 1122:12
 1138:25
 1157:11,25
 1158:15
 1170:10,16
 1172:2
 1181:8
 1190:24
 1194:15
 1217:18
 1237:9
 1290:11
 1296:13

**reasonable**
 1291:6

**reasoning**
 1214:11

**reasons**
 1202:6
 1331:12

**Rebecca**
 1171:7

**recall**
 1071:5
 1076:20

 1109:11
 1111:8
 1112:8
 1113:10
 1117:16
 1120:2
 1122:5
 1130:7
 1131:4,10,
 11,17
 1132:20
 1149:8,17
 1151:10,
 17,18
 1152:6
 1153:2
 1154:2
 1155:18
 1156:7,9,
 10 1161:5
 1184:10,11
 1185:18,21
 1187:21
 1188:1
 1204:9
 1207:14
 1208:15
 1211:18
 1215:9
 1217:6
 1219:14
 1229:11
 1241:18
 1250:3
 1252:12,20
 1264:23
 1265:4,7
 1279:18

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1280:10,13
1305:19
1313:17,22
1317:21
1322:18
1327:7,9,
15

recalling
1252:3

recalls
1187:22

recapture
1142:7

receipt
1330:25

receive
1080:6,15
1244:21
1321:11

received
1212:25
1331:8

receives
1079:13

receiving
1194:2

recent
1291:23
1293:6

reception
1250:23

receptions
1248:16,19

recess
1113:4
1130:24
1150:13
1203:4,25
1229:19
1290:15
1330:17

recognizing
1285:19

recollection
1151:21
1168:7
1223:1
1241:14
1265:3
1298:10

recommendation
1279:24
1291:6

recommendation
s  1194:20
1195:9

recommended
1119:6
1192:14

recommending
1190:11

recommends
1195:6

reconvened
1204:1

record
1061:10,22
1086:7

1092:21
1099:19,25
1113:3,6
1123:23
1126:24
1128:17
1129:14
1130:21,23
1131:1
1133:17
1134:1
1142:2
1150:12,
15,17
1203:1,3,
6,10,24
1204:4
1208:5
1224:20
1229:18,21
1233:5,9
1243:24
1263:22
1272:24
1274:1
1290:14,17
1330:13,
16,19,22

records
1127:5
1160:25
1162:1,20
1167:21,25
1168:1

recover
1141:14
1142:16

recovery
1136:14

reduce
1228:21,25

reduced
1223:16
1333:7

refamiliarize
1214:19

refer
1068:23
1259:1
1330:2

reference
1200:21,22
1258:6
1294:2
1295:4
1329:25

referenced
1201:15
1251:25
1259:11
1312:17

references
1297:8

Referencing
1200:17

referral
1332:7,17

referred
1120:6
1253:6
1258:5

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1330:4

**referring**
1154:14
1163:21
1164:12
1166:15
1193:8
1214:14
1265:6
1284:7
1309:6
1329:22

**refers**
1145:1

**reflect**
1162:8
1168:6

**reflected**
1252:11

**reflection**
1086:23
1244:5

**reflects**
1168:13

**reformulate**
1215:15

**refresh**
1151:19
1223:1

**refreshes**
1241:13

**Regal**
1311:18

**regard**

1202:21

**regulated**
1103:11
1104:8
1107:19
1110:15,19
1148:13
1244:14
1270:11,20
1271:18
1283:3

**regulates**
1256:9

**regulating**
1124:6
1282:14

**regulations**
1144:21
1145:2,9
1187:9
1206:15
1240:2
1241:3
1242:9
1244:6,11,
13 1319:1,
14,15
1332:3

**regulator**
1122:8
1315:9,21

**regulators**
1122:3
1124:17
1154:6
1206:5

1240:25
1244:14,15
1283:20
1319:1
1322:3

**regulatory**
1081:14
1082:1
1093:6,15,
25 1094:5,
12,22,24
1095:6,8,
22,23
1096:5,11,
18 1097:1
1099:5
1100:20,
21,25
1103:8
1104:5,9
1107:20
1110:24
1124:20
1125:21
1126:5,18
1127:7
1129:1,16,
25 1148:14
1164:22
1166:4
1169:18,24
1206:3
1227:7
1239:23
1283:21
1287:2
1319:11
1321:18

**reissue**
1213:2

**rejected**
1160:23
1161:6,24
1162:18

**relate**
1246:14
1288:21

**related**
1290:20
1294:24
1325:12,
13,18,19

**relates**
1285:11

**relating**
1150:4

**relationship**
1070:6,16
1080:20
1081:12,21
1180:22
1194:25
1234:10,25
1235:5,14
1237:7,8
1250:11

**relationships**
1080:25

**relative**
1291:8
1293:17

**release**
1176:21

1192:2

**released**
1246:16
1330:21

**releases**
1266:9

**relevance**
1272:6

**relevant**
1242:19

**relies**
1076:13
1206:5

**rely**
1122:3,8,
24  1124:2,
17,20
1125:20
1206:9
1240:25
1242:10
1258:23
1261:21

**relying**
1242:5

**remainder**
1330:23

**remark**
1203:10

**remediate**
1146:14
1148:21

**remediating**
1150:5

**remediation**
1146:12
1148:18
1203:15,19

**remedy**
1146:11

**remember**
1076:19
1158:9
1205:10
1226:3
1227:15
1235:8
1252:14
1253:4
1256:21,23
1259:8
1262:12
1264:14,18
1270:18
1279:2
1323:1

**removal**
1268:19

**remove**
1103:3,21
1107:16,17
1138:22
1139:2
1170:23
1255:14
1262:23
1263:24
1268:20

**removing**
1136:16

1263:6,10

**reorient**
1152:21

**repeat**
1126:22
1128:2,16
1141:22
1207:25
1208:3
1224:16
1272:21
1329:14

**repellency**
1255:1

**repellent**
1154:8

**rephrase**
1123:18
1159:16
1166:15
1206:23
1219:23
1281:21

**replow**
1303:25

**report**
1223:9
1225:12
1291:3
1320:15

**reported**
1189:11
1333:5

**reporter**
1123:23

1126:24
1128:17
1142:2
1175:19
1208:5
1224:20
1243:24
1272:24
1287:25
1332:4,6,
11,16

**reporter's**
1332:7

**reporting**
1301:17
1332:3,5,
12,15,17

**reports**
1111:8,15
1165:18

**represent**
1061:17
1118:18
1217:11
1230:8
1238:22
1259:7
1273:13
1303:20
1305:13
1318:21
1323:25
1324:5
1326:23
1333:9

**represent-**

Case 4:20-cv-00008-AT    Document 931-13    Filed 08/18/22    Page 367 of 390

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
30(b)(6)                    Tom Bundros on 03/04/2022        Index: representation..responsibilities

1181:14

**representation**
1202:2

**representations** 1197:18

**representative**
1067:10
1153:5
1195:15
1253:24
1254:21
1301:6
1307:2,7,
15 1332:11

**representatives** 1167:21
1251:20
1252:16

**representing**
1181:19
1203:8

**request**
1161:7
1163:22,24
1164:3
1190:16
1191:6
1194:7
1196:2,23
1200:25
1202:14,
16,21
1204:6
1205:25
1206:17
1207:6,8,

23 1208:18
1264:16
1313:14,20
1314:21
1315:22

**requested**
1123:24
1126:25
1128:18
1142:3
1184:9
1185:19
1186:8
1188:2
1197:3
1201:4
1208:6
1224:21
1243:25
1272:25

**requesting**
1192:18

**requests**
1192:20,23
1196:12
1228:5
1302:22

**require**
1299:3,8

**required**
1093:13
1179:5
1229:4
1244:6
1245:8,9

**requirement**

1270:20

**requirements**
1126:5
1127:7
1129:1,16
1130:1
1164:22
1322:4

**requiring**
1143:11

**research**
1088:9
1183:2
1213:8
1218:8,9,
11 1248:6
1251:5
1323:8

**researchers**
1154:8
1168:24

**researching**
1218:13,21

**reserve**
1206:18

**reserved**
1331:5

**resided**
1239:11

**resident**
1307:4

**residents**
1237:25
1298:1

**resist**
1097:24
1298:3,16

**resistance**
1234:4
1264:7

**respect**
1083:1
1145:9
1153:3
1156:4
1169:15
1227:1
1252:25
1255:12
1304:5,7

**respectfully**
1128:5

**responded**
1228:5

**response**
1112:3
1126:23
1179:19
1180:2
1205:23
1206:1
1243:5
1286:11
1315:20

**responses**
1131:24

**responsibilities** 1066:16
1232:17

responsibility
 1094:13,
 15,22
 1095:2,6,
 13
 1096:22,25
 1098:25
 1100:17
 1102:21
 1110:22
 1147:25
 1148:2
 1239:21
 1269:2

responsible
 1064:11
 1099:14
 1100:9,23
 1101:1,9
 1181:18
 1258:15
 1324:15,25

rest  1205:9

restate
 1104:2
 1162:14
 1182:17
 1214:25
 1269:10
 1272:18,19

restaurant
 1318:7

restrictions
 1285:11,16

restroom
 1202:25

result
 1070:20
 1077:23
 1121:19
 1122:21
 1123:8
 1125:4
 1134:18
 1136:15
 1137:13
 1138:7
 1140:16
 1142:17
 1151:12
 1160:3
 1165:7,10
 1169:12
 1179:23
 1182:22
 1185:7
 1224:5
 1333:15

results
 1110:2
 1111:1,3,
 6,18,19,20
 1112:4,12
 1113:8,20,
 21  1114:7
 1115:3,17
 1118:22
 1127:24
 1228:19
 1263:4

retailer
 1312:2

retailers

 1309:21
 1310:23

retention
 1302:24

retired
 1088:7
 1306:23
 1313:6

revenue
 1076:9
 1237:15

revenues
 1075:20
 1076:2
 1142:8

reverse
 1137:3
 1138:19
 1139:2,8,
 12 1140:5,
 9 1252:23
 1253:6
 1255:12,
 13,18
 1263:23
 1267:4
 1268:16
 1269:3

revert
 1138:21

review
 1071:1
 1119:25
 1179:18
 1251:3
 1287:21

reviewed
 1113:10
 1153:25
 1168:16

righty
 1292:12

risk
 1125:5,8,
 11 1245:14
 1246:3,8
 1247:2
 1256:22
 1259:9,10
 1280:5,22
 1281:4
 1282:2
 1284:2,3

risks
 1123:11
 1124:23,25
 1128:7,8

river
 1078:10,14
 1096:24
 1104:22
 1105:5,10
 1108:6,23
 1109:16
 1114:12
 1118:3
 1137:5,14
 1139:14
 1141:16
 1144:20
 1151:5
 1153:2,18
 1154:10

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1155:8
1156:7,23
1158:7,23
1159:5,24
1165:9
1170:7
1171:9,23
1172:10
1182:11,21
1183:7
1184:8,17
1185:7
1186:3
1194:6
1196:7,21,
25 1208:14
1214:2
1217:17
1218:15,23
1224:6
1269:18

rivers
1134:20
1143:18
1155:6

RO  1253:2,7
1257:7
1262:16
1267:24
1268:1

Robertson
1311:21

Robinson
1089:18
1311:16

role

1066:1,5,
25 1083:1
1091:8
1202:1

roles
1066:16

Rome  1061:5
1123:14
1124:10,20
1127:16
1132:18,19
1134:10,24
1135:8,10,
18 1138:10
1139:1,11
1140:8,25
1141:13
1142:5,10,
11,12,14
1143:1,5,
8,16
1144:2,3
1146:4,19
1183:16
1207:8,16
1213:4,17,
18,22
1214:9
1215:8,13,
21 1216:20
1223:22,25
1224:1,5
1225:1,5
1226:2,6,
11,13
1227:1
1230:8,15

1238:24
1239:11,15
1253:2
1266:25
1267:1,11
1268:1
1269:11
1324:6,8,
13,23
1325:3,4,
12,13,18,
19,24
1326:2,4,9

Rome's
1132:24
1137:5
1140:18
1224:13

room
1068:23
1230:3

round  1228:6

rub  1249:12

Rug  1069:16
1082:8,9,
15,23
1083:7,11,
19,25
1084:4,20
1085:19
1088:21
1089:7
1161:13,18
1167:22
1178:16
1186:20

1188:13
1195:19,20
1209:18
1212:15
1222:12
1223:4
1249:3
1250:15
1251:9
1275:6
1277:21
1287:17
1290:25
1305:25
1306:7

rules
1206:15
1332:2

run  1151:15

runoff
1171:10

rush
1072:1,17,
18,23
1073:4,7
1133:18
1264:6
1275:18,20
1276:9,11,
20 1316:14
1331:16

Rush's
1072:21

Ryan
1061:16
1107:3

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1130:19
1144:7
1183:9
1220:16
1253:1
1256:19
1289:24

——————————

s

safe
  1099:14
  1100:9
  1118:15
  1119:6,14
  1224:15
  1240:10
  1241:4
  1266:15

sake  1062:7
  1331:12

salesman
  1311:24

salesmen
  1310:25

sample
  1167:2
  1192:24
  1210:24
  1224:2
  1225:1,5
  1228:6
  1308:5
  1311:9,19
  1312:13

samples

1090:11
1132:3
1191:15
1205:15

sampling
  1163:15
  1166:24
  1172:4,5
  1195:21
  1205:16
  1214:14,17
  1216:25
  1217:8
  1218:2,12
  1228:7,19
  1315:23

sand
  1255:25

Santoro
  1253:17
  1255:4
  1322:11

Santoro's
  1257:18

sat  1282:13

satisfied
  1281:3
  1282:2

saturation
  1106:22

scenarios
  1146:2

schedule
  1331:2

scheduling
  1230:10

scheme
  1283:21

school
  1062:9,16,
  17

science
  1124:16
  1267:21
  1286:4
  1297:19

scientist
  1098:20
  1099:5
  1117:2
  1123:6
  1124:1
  1253:15,16
  1255:3
  1261:18
  1263:22
  1285:1,20

scientists
  1285:8,22

scope
  1108:8,17
  1109:18
  1117:22
  1118:10
  1126:1
  1128:11
  1133:14
  1142:20
  1144:8
  1194:11

1197:23
1217:20
1218:17,25
1220:8,16
1242:24
1265:18,19
1267:15
1270:6
1273:21
1274:2
1283:10,17
1289:18
1300:2,19

Scotchgard
  1233:24

screen
  1253:11
  1254:3
  1320:16

screened
  1170:5

screening
  1170:20

Scribner
  1077:1
  1079:8
  1083:3
  1084:7,15,
  22 1088:4
  1097:23
  1098:3,13
  1100:3
  1103:17,25
  1115:22,24
  1128:12
  1133:11

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

| | | | |
|---|---|---|---|
| 1137:17 | 13,19 | 1296:6,12 | 1142:7 |
| 1139:15, | 1249:5,14 | 1298:20 | 1206:11 |
| 17,23 | 1250:18 | 1299:13 | **seeking** |
| 1140:19 | 1262:9 | 1300:3,20 | 1141:5,9 |
| 1141:18 | 1264:10 | 1301:2,24 | 1146:4 |
| 1143:20 | 1265:12, | 1302:19 | 1154:6 |
| 1147:13 | 16,19 | 1303:12 | 1189:23 |
| 1148:8 | 1266:22 | 1315:24 | 1190:1,3 |
| 1155:24 | 1267:7 | **script** | **select** |
| 1159:7 | 1268:5,10 | 1231:3 | 1287:19 |
| 1161:10,12 | 1272:15,20 | **scrolling** | **senate** |
| 1162:11 | 1273:4,8, | 1199:15 | 1240:6 |
| 1163:3 | 11,13,23 | **search** | 1248:17 |
| 1164:14 | 1274:3,9 | 1302:15 | 1249:12 |
| 1168:8 | 1275:15 | **seconded** | **Senator** |
| 1177:8,13 | 1277:13, | 1293:15 | 1174:24 |
| 1181:12 | 14,23,25 | **secretary** | 1175:3,4, |
| 1182:16 | 1278:7,18, | 1317:16,19 | 5,19 |
| 1183:9,13, | 25 1279:5, | **section** | **send** |
| 21 1184:2 | 8,12 | 1281:2,25 | 1104:11 |
| 1193:14 | 1280:18 | 1288:24 | **sending** |
| 1194:9 | 1281:12, | 1289:14 | 1251:19 |
| 1197:21 | 21,22 | 1291:2 | **sends** |
| 1198:1 | 1282:10 | 1312:20 | 1174:19 |
| 1220:7,15, | 1283:11,19 | **sector** | **senior** |
| 19,22 | 1284:1,8, | 1066:7 | 1088:8 |
| 1221:2,4, | 25 1285:15 | 1075:25 | 1295:16 |
| 8,12,15, | 1286:3 | 1076:6,8, | **sense** |
| 18,24 | 1287:12 | 10 1091:13 | 1106:24 |
| 1222:1 | 1288:1,7, | 1238:7 | 1137:20 |
| 1225:10 | 9,14,18,19 | **sectors** | 1246:11 |
| 1226:16,19 | 1289:3,7, | 1066:19 | **sensitive** |
| 1227:4 | 13,23 | 1110:25 | 1120:21 |
| 1240:17 | 1290:2,7, | **seek** | **sentence** |
| 1242:25 | 10,18 | 1124:18 | |
| 1243:14 | 1292:8,10, | | |
| 1245:1 | 25 1293:4 | | |
| 1247:11, | 1295:15 | | |

1120:19
1154:5
1155:3
1159:19
1162:16
1168:23
1211:20
1263:21,22

**separate**
1301:19
1304:2,3,
7,10

**series**
1290:22

**serve**
1070:10,11
1307:11

**served**
1065:4
1066:1
1074:21
1082:12
1089:2,6,
7,10,14,18
1090:3,13
1173:20
1174:10,12
1181:6
1306:15
1331:10

**service**
1074:7
1236:2
1237:4

**services**
1063:24

1099:13
1100:8
1231:16,17
1236:18
1237:22,24
1311:22
1312:14
1324:1
1332:6,12,
16

**serving**
1188:25

**set**   1152:17
1206:6
1213:19
1252:14,15
1258:17
1283:21
1298:15
1316:10
1319:17
1321:7,15

**sets**   1294:4
1305:18

**setting**
1062:6
1126:21
1159:1
1291:1

**seventh**
1257:20

**sewage**
1102:10
1158:19
1159:20
1168:25

1170:2

**sewer**   1079:5
1104:11
1137:5
1297:3

**share**
1260:5,16

**shared**
1155:15
1242:21
1246:1,22
1247:1,8,
17

**Sharefile**
1257:12

**shares**
1181:25

**sharing**
1247:22
1248:1

**Shaw**
1073:21,24
1074:5
1088:12
1167:22
1205:7
1247:1
1288:2,6,
10,11
1303:20,21
1304:7,13,
19,24
1305:3,10
1306:14,23
1307:2,8,

10  1310:3
1312:18

**Shaw's**
1288:9
1307:14

**shed**
1302:16

**shelf**
1255:22

**short**
1082:23
1202:24
1290:10

**short-chain**
1254:25
1266:16

**show**
1099:20
1113:13
1123:4
1127:5
1160:25
1162:1,20
1167:21
1253:10,14
1255:2
1287:23
1305:2

**showed**
1112:4
1156:10
1168:1
1224:3
1225:24

**showing**

1191:16

**shown**
1320:15
1322:5,15

**shut**
1241:15
1271:4

**sic**  1140:15
1174:25
1176:9

**side**
1104:25
1105:9
1256:9
1297:24
1319:7

**sidebar**
1112:18

**sides**
1104:21
1105:5
1156:23
1158:8
1170:7

**significant**
1151:2
1198:8
1237:11,14

**significantly**
1237:13

**similar**
1289:17

**simple**
1286:6

**single**
1307:19

**Sinking**
1068:14

**sir**  1073:3
1100:13
1103:1
1112:17
1123:20
1129:2
1230:18
1238:21
1255:23
1267:10
1268:12
1269:10
1271:21
1273:17
1284:8
1287:23
1292:1
1302:1,10
1304:14,
17,21
1305:7,14,
19
1306:13,
20,24
1307:15
1313:17,22
1314:1,15
1318:9
1319:24
1323:16

**sit**  1157:10
1221:21
1226:11

1232:11
1295:5

**site**
1098:25
1104:14
1106:2,6,
8,17
1107:1
1108:22
1109:5,16,
21,23
1111:5,9,
15,16
1113:9
1152:6
1158:8
1162:25
1163:24
1164:2,13
1184:9
1192:4,15
1195:16
1197:11
1198:24
1200:8,14,
17,23,25
1202:7
1204:8
1205:11,
19,25

**sites**
1189:13

**sitting**
1269:24
1290:11
1310:15
1314:10

**situation**
1127:15

**skeletal**
1121:22

**skip**
1167:17
1173:9
1212:3
1228:2
1298:13

**slide**  1198:4
1199:6

**slip**
1158:22
1159:23

**sloped**
1105:13

**sludge**
1193:22
1195:11,21

**small**  1238:9
1311:13
1312:7,10

**smallest**
1268:21

**Smith**
1089:10
1312:2

**socially**
1318:6

**softballs**
1061:24

**Sohn**  1179:1

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

soil
  1078:22
  1158:20
  1159:21
  1205:15
  1234:4
  1255:1
  1264:7

soil,'
  1171:6

sold  1312:5

solely
  1238:12

solid
  1160:24
  1162:1,20

solutions
  1291:9
  1293:18

somebody's
  1211:18
  1272:2

something's
  1211:10

son  1173:24
  1277:4
  1295:14
  1317:1

sort
  1074:16
  1082:22
  1091:6
  1184:6
  1311:5

sorts
  1283:3,14

sought
  1148:19
  1304:16

sound  1123:8
  1129:14

sounds
  1116:8
  1151:10

source
  1078:9
  1092:19
  1134:4
  1140:18
  1142:7,18
  1145:14
  1214:10
  1216:1,5,
  12,16,23
  1224:7,14
  1225:2
  1321:12
  1332:7

sources
  1078:13
  1092:15
  1133:22
  1167:10
  1189:15
  1190:4,17,
  25
  1191:13,
  20,21,24
  1215:6,12
  1216:19,25

1217:3
1243:4

Southern
  1063:24
  1064:4

spar
  1111:13

Spartan
  1231:9

speak
  1067:13
  1071:17
  1073:1
  1175:12
  1211:23

speaking
  1117:10
  1120:11

species
  1191:16

specific
  1069:7
  1097:19
  1111:8
  1116:16
  1117:16
  1143:16
  1156:9
  1166:1
  1189:13
  1192:14,15
  1195:15
  1241:13
  1293:12

specifically

1084:25
1105:8
1116:15
1117:24
1141:10
1328:2

specifics
  1104:2
  1151:10
  1170:13

speculate
  1244:19

speculation
  1142:24
  1220:8
  1328:12

spell
  1328:15

spells
  1298:4

spend
  1142:17

spent
  1063:25
  1231:11

spills
  1068:18,21

spirit
  1195:1

spoke
  1071:21
  1072:15
  1275:17

spoken

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1273:18
1274:5

spokesperson
1189:9

spokeswoman
1165:22

spot
1329:17

spray
1098:24
1106:7,15
1156:19

sprayed
1079:4
1104:13
1106:25
1107:14

sprays
1105:24
1106:4,11,
19

spring
1109:6

sprinkled
1170:6

sprinklers
1156:18

sprinkling
1157:12

stable
1259:23
1260:6

stack
1172:25

staggeringly
1154:9
1156:15

stain  1154:8
1298:23
1299:15,23
1300:9
1301:20
1303:9

stain-resist
1303:9

stain-
resistant
1078:23
1153:17

staining
1298:4

stains
1298:3,16

stand
1251:18
1314:13

standard
1100:12
1138:19,23
1143:9,13
1253:7
1256:8
1262:16
1267:25
1268:17
1272:3,14
1284:10

standards
1127:23

1132:6
1168:3
1206:7
1240:22
1256:7,9,
15 1257:1
1291:13
1293:22
1294:2
1319:18,19
1321:15

standby
1179:15

standing
1188:19
1270:23

standpoint
1239:20

stands
1259:7
1301:1
1327:17,18

stars
1212:25

start  1107:2
1186:17
1205:5
1214:16
1230:2
1275:23

started
1090:8,15
1188:6
1213:6
1214:12

1218:6
1270:14

starting
1062:9
1129:13
1235:7
1311:8
1319:10

starts
1228:4
1262:18
1291:17
1300:6

state
1061:21
1135:7,22
1212:24
1240:5,6
1242:2,14
1251:11
1270:12,17
1271:14
1280:2
1291:10
1293:19
1323:8
1333:1

stated
1159:10,
12,14
1164:21
1214:12
1221:17
1281:1,25
1333:5

statement

```
1077:14          1095:17         stocks          1294:18
1080:2           1120:4           1312:5         1298:8
1100:5           1132:1                          1328:24
1131:6           1135:9          stopped
1137:19          1154:5           1116:23,24     string
1149:12          1162:17         story            1176:12
1151:16          1165:16          1075:7,8        1178:15,20
1156:4,9,        1171:5           1175:17        structure
11  1158:1       1175:5,11        1224:8          1068:8
1160:8           1187:14,16      straight         1117:5
1161:16,         1222:12          1274:11
18,21            1224:2,6        strategic       student
1164:21          1240:9,22        1222:13         1155:5
1165:20,25       1283:22                          1171:7
1166:3           1314:13         stream
1171:19          1332:4           1103:4,22      studied
1172:6,7                          1134:6          1262:25
1177:7           stating          1166:21
1179:15,19        1332:5          1195:10,21     studies
1181:17                                           1121:14,
1182:2           statistic       street          16,18
1212:19           1091:25         1064:1          1122:13,18
1217:24           1092:1,9        1278:19         1123:3
1238:6                                            1148:23
1239:3           Status          strict           1149:1,2,
1267:24           1202:5          1145:8          5,14,19,25
1310:20                                           1191:16
1313:2           stay            strike           1203:15
1322:22           1211:21         1072:13         1245:12,
                  1231:2          1085:16         19,23
statements        1254:19         1172:21         1246:22
 1084:9                           1180:11         1247:2
 1122:24         steps            1206:24
 1158:4           1190:10         1208:10        study
 1170:11,17       1228:20,25      1209:5          1155:5,14,
states                            1215:4          21  1171:8
 1091:22         Steve   1189:8   1220:11,17      1172:9
 1092:3,7                         1226:10         1203:18
                 stewardship      1281:14         1255:2
                  1101:1          1284:13         1264:14
                 sticky                           1267:12
                  1086:18
```

studying
  1285:3,22
  1287:7

stuff   1087:3
  1107:7
  1151:15
  1216:4
  1239:18

subject
  1128:15
  1170:18
  1176:17,18
  1207:4
  1212:22
  1258:24
  1305:23

substance
  1149:4

substances
  1120:7
  1283:4
  1329:9,20,
  23

substantial
  1075:19
  1076:1
  1081:18
  1090:23
  1092:18
  1135:17
  1157:19

substantially
  1138:11

sue   1325:25
  1326:4

sued
  1324:14,
  18,23
  1325:4

suffering
  1317:12

sufficiently
  1218:3

suggest
  1207:21
  1299:21
  1300:14

suggested
  1183:15
  1293:11

suggesting
  1298:14
  1299:7

suggests
  1291:18
  1292:15

Suits   1184:1

sulfonated-
based
  1263:6,10

summary
  1259:19

Summerville
  1241:10,15
  1270:23
  1271:4

Sunday
  1168:21

supplied

  1134:4

supplier
  1321:13

suppliers
  1116:23
  1117:11
  1152:3
  1309:21
  1310:23

supplies
  1077:11
  1078:8
  1091:18

supply
  1241:15
  1308:22
  1319:7

supplying
  1116:25

support
  1286:5
  1305:13
  1312:13

supposed
  1158:19
  1159:20
  1269:17

supreme
  1174:16
  1315:9

surface
  1194:1

surfaced
  1165:18

surfaces
  1205:15

surprise
  1323:11

surprised
  1323:15

surrounded
  1104:21,25
  1105:5,9
  1156:22
  1170:6

surrounding
  1158:8

suspect
  1295:24

SW-04
  1114:8,11,
  16

switched
  1224:5

sworn
  1061:12

symbiotic
  1235:7,8,
  13  1237:7

system
  1064:4
  1068:15
  1104:14,21
  1105:2,12,
  13,22
  1106:13
  1107:5,21
  1108:2,3,

10,18
1109:20
1110:4
1113:25
1117:20
1133:10,23
1137:4
1139:2,12
1141:16
1146:9,14
1148:22
1150:5
1158:19
1159:20
1166:25
1168:16
1203:16
1210:23
1213:23
1216:7
1217:13,16
1257:8
1267:24
1268:23
1269:3
1278:11,15
1279:2
1282:23
1297:3
1299:23

**systems**
1136:14
1137:5
1255:14,25
1263:5

**T**

**tab**  1086:18
1136:21
1204:20
1254:6
1288:9,10,
11

**tabs**
1136:20
1288:8

**takes**
1100:16

**taking**
1332:5,13

**talk**
1070:19
1080:8
1082:7
1089:1
1108:8
1109:19
1142:11
1144:1
1151:1,3
1152:1,17,
23 1168:14
1208:24
1211:4
1221:4
1231:12,
16,17
1252:15,23
1257:24
1274:9
1275:3

1277:22
1284:18
1301:4,6,
12 1310:12
1330:23

**talked**
1085:1
1093:1
1122:2
1158:5,6
1173:16
1185:4
1206:4,25
1208:11,12
1226:24
1228:11
1255:18
1282:19
1283:1
1304:1

**talking**
1071:24
1084:10
1085:9
1113:8
1142:10
1143:6
1151:4
1152:21
1154:21
1159:18
1162:5
1174:2
1184:6
1191:25
1208:17
1220:25

1221:7,9,
10
1231:18,
20,22
1232:2
1248:24,25
1249:18
1252:18,23
1259:14
1277:15
1320:13
1327:12

**talks**
1194:23
1196:5
1198:7
1223:21
1257:17,21
1259:3,8

**tangentially**
1309:20

**Tape**  1061:3

**task**  1084:4

**tasked**
1092:10
1093:3,5,8

**tasks**
1082:22

**taught**
1146:25
1147:8

**tax**  1137:6

**taxpayers**
1137:8,11,
20,25

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
30(b)(6)                    Tom Bundros on 03/04/2022                    Index: team..Texas

**team**
    1179:4,6,7
    1180:25

**technical**
    1179:17,18
    1194:19
    1195:6
    1205:7

**TECHNICIAN**
    1136:19,22
    1199:20
    1254:5,8,
    11,15
    1288:7,16
    1290:5,9

**techniques**
    1280:6

**technologies**
    1263:1,14

**technology**
    1170:3
    1262:19

**tee**  1142:23

**Teflon**
    1165:19

**teleconference**
    1197:12

**television**
    1298:1,15

**telling**
    1096:18
    1124:18
    1269:24
    1270:22

**tells**
    1244:23

**telomer**
    1189:9
    1190:8
    1192:2,3
    1199:8
    1205:11,
    13,18
    1280:1
    1313:21
    1314:20
    1315:2,3

**telomers**
    1189:14

**ten**
    1071:11,13
    1136:6
    1240:15
    1295:3

**tendency**
    1309:12

**tender**
    1332:4

**tenets**
    1101:7

**tenure**
    1083:21
    1085:18

**term**
    1097:18,19
    1258:6
    1327:5
    1328:4
    1329:1,7,

19

**terminology**
    1327:4
    1330:2

**terms**  1311:7
    1327:13
    1328:24

**test**
    1164:23
    1166:11,20
    1193:17
    1194:6
    1264:20
    1283:6,14
    1286:17,
    19,23
    1287:3,8

**tested**
    1130:4
    1265:2

**testicular**
    1121:23

**testified**
    1061:13
    1182:9

**testify**
    1067:4
    1068:5
    1069:24
    1150:21
    1218:1
    1275:5,11
    1303:23
    1316:15

**testifying**

**1160:15**
    1327:7,9,
    16  1328:23
    1329:22

**testimony**
    1071:10
    1110:21
    1155:13
    1181:11
    1197:23
    1203:11
    1225:21
    1269:6
    1270:1,7
    1282:13
    1300:19
    1330:21

**testing**
    1204:8
    1210:21,23
    1265:5
    1280:22
    1281:5
    1282:3
    1285:10
    1286:17
    1287:5
    1313:14,25
    1314:6,8,
    21,23
    1315:11,
    18,23

**tests**
    1265:13

**Texas**
    1063:19

**textile**
1224:6
1323:25

**TFP** 1175:15

**thereto**
1333:7

**thing**
1152:13
1175:20
1232:7
1238:15
1246:25
1256:16
1301:5

**things**
1087:4
1102:24
1134:9,11
1195:5
1230:25
1232:6,18,
21 1233:7
1239:22
1249:24
1256:1
1278:25
1279:4
1284:7
1296:15

**thinking**
1072:11

**Thomas**
1090:12,18
1311:10

**thought**
1111:14

1112:1,16
1224:7
1255:9
1320:10
1330:1

**thousands**
1119:13

**three-period**
1065:1

**three-quarters**
1228:3

**three-year**
1274:14,22

**thrown**
1231:1

**thumb**
1288:20

**thyroid**
1121:25

**tied**
1076:18
1077:9

**ties**
1127:22
1220:22

**time** 1061:8
1062:7
1064:15
1072:6
1074:4
1077:19
1082:13
1109:9
1112:25

1113:2,5
1117:8,12
1119:24
1128:3
1130:22,25
1131:22
1132:23
1146:24
1147:7
1150:9,11,
14,19
1151:1
1152:1,10,
14 1153:1
1157:12,
15,23
1158:3,4
1160:2
1164:11
1165:11
1169:8,17
1170:21
1171:15
1172:5
1175:24
1176:10,11
1177:11,25
1180:7
1186:18
1188:24
1192:7
1197:2
1202:15
1203:2,5,
23 1204:3
1205:17,24
1207:25
1208:23

1210:2,3
1213:12
1214:9,21
1215:5,20
1218:10
1219:11,15
1222:21
1223:3
1224:13,16
1227:3
1229:13,
17,20
1231:12
1235:12
1241:15
1261:3
1264:15
1270:25
1271:15,24
1276:19
1277:5
1280:4
1282:11
1288:18
1289:19
1290:13,16
1295:9
1298:11
1299:25
1303:12,18
1306:22,23
1317:18
1318:4
1319:8,9
1322:24
1323:1
1326:25
1330:9,15,

18 1331:20
1332:4

**times**
1071:3,7
1076:17
1105:3
1119:12,13
1151:3,17
1152:24
1168:19
1175:16
1176:21
1182:23
1208:13
1227:12
1301:14
1309:22,23
1318:24

**timing**
1117:17

**tipped**
1155:21

**tissue**
1121:24

**tissues**
1261:7

**titled**
1153:17
1168:15
1197:11

**today**  1067:4
1071:10
1075:17
1079:1
1097:3
1120:11

1153:25
1154:25
1156:10
1157:10
1158:16
1173:16
1181:5
1203:9
1206:5
1208:11
1226:11,24
1227:10
1231:1
1234:24
1267:20
1282:13
1303:17,23
1305:16
1306:8
1307:17
1309:7
1318:24
1323:13
1324:10
1326:25
1327:3,8,
13 1331:7

**Today's**
1061:6

**Todd**
1311:18

**told**
1108:19
1145:7,12
1147:14
1157:19
1165:1,2

1166:19
1206:2
1207:15,22
1211:7,8
1229:3
1231:5
1240:24
1243:9,12
1254:16
1270:14
1271:8
1285:5
1300:15
1303:20
1318:24

**Tom**  1061:1,
4,11,23
1222:17
1312:7

**Tom's**
1131:24

**Tommy**
1087:19
1088:15
1312:14

**top**  1071:5
1186:23
1209:22
1223:8
1232:12
1255:21
1262:18
1288:24
1289:15
1309:12
1313:12

**topic**
1069:14,
23,24
1081:19
1144:8
1246:14
1260:11,19
1267:15
1275:2,4,
11 1291:19
1292:15

**topical**
1108:1

**topics**
1068:1,3,4
1150:21
1219:1
1230:19
1267:19
1274:2
1302:21
1331:1,9,
14,18,19

**topographical**
1105:16

**topography**
1105:13
1108:18

**tort**  1246:7

**total**  1118:1

**touch**  1233:6
1239:17

**touching**
1239:17

**town**  1306:5

tox-
    1261:18

toxic 1097:8
    1098:11,
    16,18
    1099:1
    1122:4

toxicity
    1258:3

toxicologist
    1117:3
    1123:6
    1124:2

toxicology
    1124:16
    1261:19

trade
    1082:18,19
    1084:18
    1165:16
    1168:1
    1249:9
    1266:12

training
    1063:6,8

trample
    1250:15

transcript
    1332:9
    1333:5,10

transferred
    1063:18,23
    1064:1

transport

1219:17,24
1220:3
1221:9

travel
    1219:20

treasury
    1064:12

treat
    1078:21
    1092:22
    1093:5,13
    1098:23
    1100:15
    1102:17,20
    1103:6,15
    1104:3
    1136:15
    1138:21
    1157:19,20
    1234:4
    1262:23
    1264:6

treated
    1079:19
    1080:1,10
    1105:25
    1106:5,12,
    20
    1107:14,
    16,17
    1127:6
    1132:3
    1157:13,24
    1169:21
    1170:5
    1192:11,12

treating
    1092:10
    1093:3,8,
    17 1096:21
    1169:15
    1234:17
    1236:23
    1258:16
    1323:8

treatment
    1066:20
    1078:2,6
    1079:6
    1091:9
    1102:11,
    13,19
    1104:12
    1105:25
    1122:25
    1132:4
    1138:20
    1143:9,14
    1156:19
    1158:19
    1159:20
    1170:1,2,
    13,14,19,
    24 1171:24
    1172:11
    1192:9,10
    1193:22,23
    1210:23
    1232:3
    1241:4
    1242:19
    1255:1
    1256:16
    1257:9

1258:19,25
1263:23
1268:18,22
1271:4
1276:18
1284:4
1299:9
1319:6,18
1321:16,24
1322:4,23
1323:2,13

treats
    1077:12
    1078:2
    1092:14,19
    1094:16
    1101:8
    1102:14
    1104:12

trick
    1225:23

trillion
    1112:5
    1114:22
    1115:4,9,
    14 1118:3,
    19,21
    1119:1,5
    1120:24
    1121:5
    1125:24
    1126:14
    1129:6
    1209:1
    1213:14
    1223:18
    1224:3,4

1225:15
1226:14,15
1227:2
1228:14
1229:10
1240:14,15
1241:16,24
1257:3
1271:6

**trooper**
1072:20

**trouble**
1121:3
1262:13
1329:12

**TRP** 1198:9

**true**
1068:1,2
1069:10,24
1073:21
1075:14
1076:2,10
1077:14,
16,22
1078:10,16
1079:21
1081:5,22
1082:23
1087:6,11
1089:20
1090:25
1091:17
1092:20
1097:11
1103:15
1104:7,16,
22 1111:16

1132:16
1143:19
1147:22
1149:22
1158:4
1159:14
1167:3,5,
15 1173:21
1177:7
1181:16
1182:2
1192:8
1202:13
1238:6
1239:3
1246:25
1263:1
1266:24
1274:12,15
1275:12,18
1276:3
1278:19,22
1280:15,
23,24
1282:16,24
1283:15,23
1284:4,16
1285:17
1286:7,20,
21,24
1287:3,4,
9,11,14
1297:19
1299:9,25
1300:17
1301:21
1304:3,5,
8,11

1306:12
1307:12
1308:1,3,
6,19,23
1310:10,20
1313:2
1319:6
1322:9
1333:9

**truth**
1147:15

**truthful**
1117:5

**tufted**
1299:17

**tufting**
1308:8,9

**turn**
1283:11
1284:13,14
1285:15
1297:24
1316:6

**type** 1062:5
1122:8
1138:22
1232:7,9
1247:17
1251:20
1255:22,25
1256:16
1265:5
1322:3

**types**
1105:16

1255:13
1265:9
1302:12
1307:25
1309:1

**typewriting**
1333:7

**typically**
1062:5
1101:16

**typo**
1223:10

———————

U

———————

**U.S.**
1191:15
1283:23

**Uh-huh**
1068:11
1081:17
1086:15
1087:18,22
1119:19
1126:11
1131:8
1153:4,21
1154:23
1163:23
1174:22
1176:23
1185:8
1187:20
1205:4
1207:1
1236:8,25
1271:22

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)                  Tom Bundros on 03/04/2022        Index: ultimate..undulations

1292:17
1296:19

**ultimate**
1094:7

**ultimately**
1159:4
1196:1
1331:6

**umbrella**
1308:1

**unanswered**
1293:8

**UNC**
1062:22,
24,25
1063:13,14
1231:8

**unchanged**
1158:23
1159:24

**undergrad**
1063:3
1231:14

**underground**
1220:4

**underlying**
1116:3

**underneath**
1114:15,25
1115:6,12,
13  1120:3
1135:24
1189:3
1193:5,21

1298:8

**understand**
1067:3,10,
16,19
1068:15,19
1069:3,21
1070:1
1072:5
1074:11,23
1078:17
1079:2
1082:9
1083:6,10
1084:13,19
1091:8,24
1092:3
1094:2
1097:2,5,
9,13,22
1098:1,7
1099:1
1103:2
1104:6
1105:24
1109:8
1111:14
1114:23
1116:14
1126:20
1129:2
1130:2
1133:8,21
1134:2,8,
10,12,15,
20,21
1135:21
1137:11
1138:7,13,

24,25
1140:14
1141:3,7
1145:17,
20,25
1146:3,5,
7,15,17,
21,22
1151:7
1155:12
1159:5
1162:15
1181:21
1184:4
1188:5
1190:15
1191:19
1200:19,20
1201:9,16,
17,25
1203:9
1210:21
1215:18
1218:4
1230:8
1232:5,16
1233:3
1237:16
1238:4
1244:9
1246:3
1255:11
1262:22
1265:24
1267:11,13
1271:21,24
1273:1
1304:19

1306:18
1308:25
1310:3
1324:9,12,
16,18

**understanding**
1084:11
1091:11
1101:23
1102:1
1123:3
1155:19
1189:22
1206:1
1220:2,12
1280:4
1313:19
1314:1,17,
18,19
1315:3,7

**understands**
1103:13

**understood**
1133:1
1235:11
1244:10

**undertake**
1196:22

**undertaken**
1149:15

**undertook**
1196:11
1315:23

**undulations**
1105:17

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

unequivocally
  1202:8

unfair
  1301:24

unfinished
  1125:23

United
  1091:22
  1092:3,7
  1175:5
  1187:16
  1283:22
  1314:13

Universe-
  1183:1

University
  1155:4
  1171:8
  1172:9
  1183:1

unlike
  1325:3

upcoming
  1190:9

update
  1187:5
  1197:11,12
  1212:22

Updates
  1189:3

upstream
  1133:9
  1210:21
  1244:21

user
  1197:11
  1198:24
  1205:11

users  1148:4
  1167:9
  1242:11,16
  1283:13
  1284:15
  1297:11,20
  1313:15

usual
  1332:19

utilities
  1061:18
  1062:4
  1064:6,10
  1065:5,9,
  22 1066:5,
  9,17
  1067:4,10,
  22 1068:10
  1070:3
  1071:18
  1072:4,6,
  8,12,22,25
  1075:17
  1076:13,
  16,24
  1077:3,6,
  11 1078:2,
  8,12
  1079:12,19
  1080:1,8,
  11,24
  1081:3
  1083:18

1085:15,18
1086:2,12,
24 1087:13
1090:24
1091:18
1092:10,
14,19
1093:3,5,
8,12,21
1094:9,14
1095:2,9,
15,16
1096:22
1097:7
1098:23
1100:6,16
1101:7
1102:4,14,
17 1103:3,
21 1104:12
1105:24
1106:4,11,
19 1107:9
1108:20
1110:12,23
1119:24
1127:5
1130:3
1132:10,15
1134:3,16
1145:19,24
1146:20
1149:15
1155:13,
15,21
1156:4,23
1157:8,12,
22 1158:12

1159:2,12
1160:2,9,
16 1161:6,
15 1162:24
1163:6
1164:4,11,
12,20
1165:9,19,
21
1166:10,
11,18,20
1168:13
1169:9,13,
17
1171:15,18
1175:14
1176:4,11
1177:24
1179:25
1180:15,19
1181:19
1182:14
1183:3
1184:10,
15,19
1185:13,19
1186:1
1187:7,15,
22 1192:7,
19,24
1193:23
1194:6
1195:10,20
1196:1,11,
22 1197:9,
19 1200:7,
17
1201:14,15

1202:2,3,
13,18
1204:7
1205:17,
20,24
1207:6,9,
22 1208:9,
18 1210:5
1211:8,9
1212:18
1213:17
1215:6,19
1216:11
1219:13
1222:21
1224:13
1227:21
1231:6,17
1232:6
1233:10,
13,17,21
1234:6,11,
25 1235:5
1236:6,23
1237:10
1242:1,8
1244:18
1246:1,23
1247:4,8,
18 1250:12
1260:17
1264:16
1269:17
1271:23
1274:11,
17,23
1275:6,21
1276:8,24

1278:21
1281:3
1282:1,22
1283:12,20
1284:10,14
1285:5
1286:19,24
1291:5
1293:7
1294:5,10,
11 1295:6
1296:23
1297:20
1299:4,9,
25 1301:6,
21 1302:5
1303:8
1304:1,8,
14,17,20
1305:25
1306:7
1313:16
1314:4,5,
12,23,25
1315:6,10,
17,21
1316:1
1319:4,17,
21 1321:7
1324:14,15
1325:4,11,
13,17,19,
25 1326:3,
4,8,10
1329:9
1331:5,8,
15

**Utilities'**
1075:24
1079:6
1081:12,24
1085:7
1091:3,8
1093:24
1094:21
1095:5
1096:8,13,
16
1099:12,21
1102:11
1126:4,17
1128:25
1129:15,24
1132:4
1148:13
1151:21
1156:13
1162:9
1164:21
1180:6,24
1181:16
1189:22
1227:6
1242:19
1310:16
1318:25
1330:24
1331:13

**Utilities's**
1168:7

**utility**
1064:14
1066:7,14,
19 1074:7

1110:25
1118:13
1124:4
1136:14
1137:21
1164:23
1165:16
1166:4
1210:20
1211:7
1237:11
1243:3
1258:15
1295:12
1316:24
1319:10,13
1321:18

**utility's**
1164:24

---

**V**

---

**V.D.**
1276:22,23
1295:8,11,
16 1299:21
1300:14
1317:1

**valve**
1316:10

**variations**
1121:23

**variety**
1265:21

**vein**  1241:7

**verified**

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1172:6

vernacular
1111:24

versa
1163:13
1182:1

versus
1061:6

viable
1202:6

vice
1163:13
1182:1

video  1113:6

view  1249:7

viewer
1298:2

violating
1145:24

viral  1140:4

virtually
1131:10
1158:23
1159:24

virtues
1298:2

viruses
1268:20

visit
1101:14
1109:21,23
1111:9,15,
16

visitation
1101:16

visited
1239:15

visits
1198:23

vital
1262:3,5

volume
1080:4,8

voluntary
1271:15

volunteering
1195:20

volunteers
1198:19

von  1176:9

vote
1305:12

voted  1240:6

vulnerable
1169:1

_____

W

_____

Wait
1209:14
1267:8

waiting
1319:25

Wall  1064:1

wanted
1082:7

1113:13
1150:18
1250:13
1252:15
1289:18
1298:17
1316:5
1324:4

wanting
1123:15
1124:10
1141:13
1142:16

warm
1250:23

warnings
1256:22

Washington
1251:6
1285:9

waste
1077:12,24
1078:1
1092:11,
15,19,22
1101:8
1103:4,22
1104:11,17
1106:24
1154:18
1156:21
1157:18
1158:18
1159:19
1160:24
1162:1,20

1166:20
1170:4,23
1238:8
1269:16

wastewater
1066:20
1079:18,
20,25
1080:6,10,
15  1091:9,
12
1092:23,24
1093:4,9,
17
1096:21,23
1098:23
1100:16
1101:24
1102:7,9,
14,17,20
1104:18,19
1110:25
1123:1
1124:6
1127:23
1128:1
1156:19,20
1157:5,13,
14,20,24
1160:24
1162:1,19
1166:12
1167:2
1168:16
1169:1,10,
16,21
1170:1
1171:24

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

1172:11
1187:7
1192:11,25
1193:6,8,
18,22
1229:10
1232:2
1234:14
1236:13,24
1238:8
1242:20
1243:11
1244:24
1247:10
1256:16
1258:16,25
1276:18
1284:3
1321:16,24

**wastewaters**
1094:17

**watch**
1223:15

**watchdog**
1282:21

**water**
1068:13
1077:11,
15,18,20,
23 1078:9,
13 1079:17
1091:15,18
1102:3
1109:2
1118:7,13
1119:7,15
1120:23

1123:15
1124:8,10
1125:12,23
1126:4,12,
15,18
1127:6,23
1128:25
1129:5,15,
18,24,25
1130:4
1131:9,16
1132:3,9,
16,19,25
1133:4,5,
21,22
1134:4
1135:8,11
1136:6,16
1137:5
1138:12,20
1139:3
1142:18
1143:9,13
1145:24
1146:12
1155:9
1156:13,19
1164:24
1179:2
1194:2
1208:25
1210:21,22
1211:1,7
1213:3,6,
13
1214:10,23
1215:3,4,
6,12,21

1220:6
1223:17
1224:5,14
1225:2,6
1226:2,6
1227:3,7,
14 1231:22
1234:17
1236:11
1237:1
1238:8
1239:14
1240:11
1241:4,15,
17 1242:1,
2 1253:8
1255:15
1256:8,9,
10,25
1257:1,3,9
1267:2,12
1268:17
1269:2,12,
18
1270:16,23
1271:4,5
1272:1
1288:22,24
1289:14
1291:3,9,
18,22
1292:4
1293:5,9,
18 1294:23
1295:19
1297:12
1319:6,7,
18 1321:16

1323:9
1324:16,25
1325:14,20
1326:5

**water.'**
1171:11

**waters**
1096:24
1213:18

**watershed**
1072:23
1276:16

**waterways**
1108:5,21
1109:15

**ways**  1303:2

**weather**
1106:21
1109:13

**website**
1099:13,22

**Webster's**
1235:13

**week**
1072:19
1190:9
1228:6
1230:4

**weeks**
1211:23

**weigh**
1175:20

**weight**
1121:22

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Tom Bundros on 03/04/2022

1263:15

well-regarded
  1147:23

wells   1196:7
  1210:24
  1211:1

Werner
  1173:14
  1174:20
  1175:13,25
  1176:9
  1178:20

wetland
  1114:11
  1118:2

whatsoever
  1234:11

White   1312:8

Whitfield
  1238:9,13,
  17

WHITLOCK
  1199:16
  1327:20
  1328:5,17
  1330:5

wide
  1263:25

widely
  1264:3

widespread
  1189:16
  1191:14

wild   1264:2

wildlife
  1189:18
  1191:16

win   1318:17

withdraw
  1267:24
  1268:2

witness's
  1218:25
  1300:19

witnesses
  1182:9
  1218:2
  1256:6
  1316:18

word
  1122:21
  1123:7
  1235:10,18
  1242:7
  1249:8
  1309:11

words   1256:8

work
  1063:21
  1064:5
  1065:14
  1175:17
  1190:8
  1202:9
  1277:8,10,
  17 1280:1

workarounds
  1264:6

worked
  1064:2
  1171:7
  1274:11,17
  1311:16
  1312:7,19
  1315:6

working
  1081:20
  1189:9,10
  1194:23
  1199:8
  1237:8
  1297:4
  1313:21
  1314:20

works   1078:6
  1174:24
  1236:4
  1237:17

world
  1073:15,18
  1075:10
  1076:23
  1092:2,4
  1285:22

worries
  1296:9

worry
  1102:24
  1129:17
  1131:7

writings
  1266:12

written
  1240:24

1275:17

wrong
  1072:13
  1079:24
  1143:1
  1144:2,3
  1203:18
  1280:15

wrote
  1252:24
  1286:15
  1287:13

——————

Y

——————

y'all
  1129:17
  1165:9,25
  1234:13,20
  1240:25
  1264:20
  1265:14
  1302:15
  1316:9

Yarbrough
  1087:17
  1088:18
  1181:23,24
  1209:25
  1210:3,14,
  17 1211:6
  1222:23
  1312:10,23
  1313:3

year
  1065:24
  1106:17

30(b)(6)                    Tom Bundros on 03/04/2022                    Index: year's..young

1107:13
1116:14
1135:13
1136:7
1149:9,10,
19,20,21
1166:10,19
1180:9
1185:12

**year's**
1205:6

**years**
1063:21,23
1064:1,20
1065:15
1069:7
1075:6
1081:2,18
1082:11
1083:18
1088:24
1090:24
1117:12
1136:1
1149:10
1154:6
1175:6
1187:8
1210:24
1239:15
1243:9
1256:1
1285:3,23
1287:7
1295:3
1302:22
1305:23

1306:13
1307:12
1312:22
1318:6
1329:10

**yelled**
1284:21

**yesterday**
1213:1
1240:5

**young**
1146:24
1147:7