# EXHIBIT 53

**Robert C Buck**
04/09/2002 07:39 AM

To: Alan E Luedtke/CL/DuPont@DuPont
cc:
Subject: Re: CRI Questions

Al,

This is the statement we have created to address questions.

PFOA is not used in the manufacture or formulation of Zonyl® Fluorotelomer-based Products used to treat carpet branded as Stainmaster® with Teflon® Carpet Protection or Antron®. Based on 35 years of research and use, there is no evidence that PFOA is present in Zonyl® Fluorotelomer-based Products used on articles branded with Teflon® Carpet Protection. As we have done for the past 35 years, DuPont is committed to product stewardship and will continue to develop additional information on our products.

To your points:
- We have no evidence that there is PFOA in our products.
- We do not forsee a route by which PFOA would be created during carpet manufacture using DuPont's telomer-based products.
- We do not forsee exposure to carpet treated with DuPont telomer-based products as a potential route of exposure to PFOA.

Also, here are the additional background and talking points provided by Diane Shomper, Fluoroproducts.

  

WW Q&A on PFO Customer Talking Points on APFO and WV  11-9-01 C-8 Fact Sheet Un
Alan E Luedtke



Alan E Luedtke
04/08/2002 05:06 PM

To: Robert C Buck/DuPont@DuPont
cc: Cheryl Parker/DuPont@DuPont
Subject: pfoa - help

Bob,

Werner Braun wants our insight on the attached. I'm scheduled to talk to him about it at 10 a.m. Tuesday.

I have not read through it in any detail, but I think I can convey the following vs his questions below:

- There is no PFOA in any product DuPont supplies to the carpet industry
- There is no ready available chemical route to PFOA in capet manufacturing processes from DuPont telomer based products for carpet
- Versus the two previous responses we do not see an avenue for occupational exposures to PFOA in carpet manufacturing using DuPont telomer based products for carpet

016-0146-0010664

- Accumulation of PFOA by consumers from DuPont telomer based products for carpet appears highly improbable

The above are based on what I believe I know about our telomer based carpet protectors and their related chemistries. Bob, do you guys support these views, have any additional insight or info, or have any clarification for me on this.

thanks.

al

 Werner Braun <wbraun@carpet-rug.com> on 04/08/2002 04:50:27 PM

To:     "Carey Mitchell (E-mail)" <carey.mitchell@shawinc.com>, Ken McIntosh <kmcintosh@carpet-rug.com>, Alan E Luedtke/CL/DuPont@DuPont
cc:     Steve Phillips <sphillips@carpet-rug.com>, Frank Hurd <fhurd@carpet-rug.com>
Subject: FW: AR-226: Draft Hazard Assessment Of PFOA And Its Salts

```
The troubling issue for me in this report is the determination that PFOA is
carcinogenic in rats. On the positive side, the findings were at a
relatively high dose and most certainly were secondary to cytotoxicity. I
haven't looked at the safety margins between either occupationally or
environmentally exposed folks but I assume the safety level must be large.

A number of questions occur to me:

* Is PFOA present at a detectable level on the product applied to carpet?
* Can PFOA be produced during carpet manufacture?
* Can occupational exposure to PFOA occur in the carpet manufacturing
process?
* Can consumer accumulate PFOA from exposure to carpet?

Al, could you share your data, answers or thoughts on the above.

Werner

-----Original Message-----
From: Dominiak.Mary@epamail.epa.gov [mailto:Dominiak.Mary@epamail.epa.gov]
Sent: Thursday, March 28, 2002 4:31 PM
To: Dominiak.Mary@epamail.epa.gov
Subject: AR-226: Draft Hazard Assessment Of PFOA And Its Salts

You are receiving this email message because you had indicated an
interest in tracking U.S. Environmental Protection Agency actions
concerning perfluorooctyl sulfonates (PFOS), perfluoroalkyl sulfonates
(PFAS), perfluorooctanoic acid and its salts (PFOA), and related telomer
chemicals. If you no longer wish to receive this information, please
reply to this message with a request to be removed from our email
distribution list, and you will receive no further email messages on
these topics.

If you have any problem receiving this message or downloading the
attached files, please contact me by return email or at 202-564-8104.
```

016-0146-0010665

```
****************************************************************************
*********************************************
```
Dear Interested Party:

Attached is a copy in PDF file format (389KB) of the Draft Hazard Assessment Of Perfluorooctanoic Acid (PFOA) And Its Salts, prepared by the Risk Assessment Division of the EPA Office of Pollution Prevention and Toxics. The Annex to the assessment, which contains robust summaries of the studies reviewed in the assessment, is not attached because of its very large size (785KB), but is available upon request as a separate file. Both files have been placed in the PFOA section of the publicly accessible Administrative Record file AR226: PFOS, PFOA, Telomers, and Related Chemicals. This preliminary assessment reviews the studies that were available as of July 2001, but does not incorporate any information received by the Agency after that date. The cut-off date was adopted to allow the release of this preliminary assessment while additional studies were still underway. The assessment specifically recognizes that additional data, particularly including the final report on a two-generation reproductive study in rats, are still under development. As the Agency receives further study information, it will be included in AR226 and in the Agency's review process.

Based on the existing data, PFOA may present some concerns similar to those raised by perfluorooctyl sulfonates (PFOS). Like PFOS, it is persistent in the environment and does not appear to degrade. PFOA also appears to have a half-life in humans of between 1 and 3.5 years, indicating that it may bioaccumulate in humans in the same manner as PFOS does, remaining in enterohepatic circulation. PFOA has been found in human blood samples, although at levels lower than PFOS. PFOA is carcinogenic in animals. Reproductive study data on PFOA comparable to the studies that raised the initial concerns on PFOS are not yet available, although the final report on the two-generation reproductive study in rats should be completed in the first half of 2002 and will be included in AR226 as soon as it is submitted to the Agency.

The Agency will continue to review data on PFOA as they are received.

If you have any questions concerning the Assessment, please contact Jennifer Seed by phone at 202-564-7634, or by email at seed.jennifer@epa.gov. If you wish to receive a copy of the Annex, or if you have any difficulties opening the files, please contact Mary Dominiak by phone at 202-564-8104, by fax at 202-564-4775, or by email at dominiak.mary@epa.gov.

                                                Sincerely,

/s/

                                      Charles M. Auer, Director
                                      Chemical Control Division

(See attached file: PFOA_hazard 2-20-2002.pdf)(See attached file: Dear Interested PFOA Assessment (secure).pdf)

 - C.htm

- PFOA_hazard 2-20-2002.pdf
- Dear Interested PFOA Assessment (secure).pdf

016-0146-0010667