# EXHIBIT 54

Case 4:20-cv-00008-AT   Document 931-16   Filed 08/18/22   Page 2 of 5



| | Lam H Leung | 05/31/2000 09:20 AM |

To: Mary A Kaiser/AE/DuPont@DuPont
cc:
Subject: Re: C8 Analysis

------------------------ Forwarded by Lam H Leung/AE/DuPont on 05/31/2000 09:21 AM ------------------------



Lam H Leung
08/13/99 10:26 AM

To: Susan S Mileti/DuPont@DuPont
cc: Stephen J Getty/AE/DuPont@DuPont, Charles J Hensler/AE/DuPont@DuPont, Robert C Buck/DuPont@DuPont, Patrick H Fitzgerald/AE/DuPont@DuPont
Subject: Re: C8 Analysis

Sue,

In response to your note below, I'll try to address your questions:

1. The approximate concentrations of C8 for the samples in questions are:
- N-130     1.1 ppm
- TLF-8315 CR    1.7 ppm
- ZONYL 8779    2.2 ppm
- ZONYL FSO    6.2 ppm

The uncertainty in the above numbers are probably in the 10-20% range.

2. I am very confident with regard to the analytical detection of the method. The only reservation I have is with the sample preparation step. As I mentioned in the previous note, the difficulties we had with "extracting" the C8 from some of your samples can lead to a low concentration of C8. There might be a better way of extracting the C8 from these samples prior to the derivatization step but we'll need to invest more time into doing this. I believe the one sample which gave us the most problems was the TBA Crude sample and this probably explains the unexpected results.
The GC methods we used are using ECD and MSD. Although the ECD might yield questionable results, we have subsequently developed the MSD method to confirm the ID of the C8 methyl ester. Very briefly, the MSD method used the Selective Ion Monitoring (SIM) mode in which the selected ions (as in finger-prints) of C8 methyl ester molecules were monitored (in this case, they are 59, 131, & 169 m/e) during the GC run. Based on the retention time (which we established by running the prepared standard C8 methyl ester) and the changes in the monitored ion abundance, this GC/MSD(SIM) method is very compound-specific and has a detection limit of around 0.5 ppm. As far as interference from other F-containing compounds in your samples, unless they have similar structure as C8 and the corresponding ester (if it's formed) has similar boiling point, they would not interfere with the current method. Although we have not extensively established a calibration curve for GC/MSD(SIM) method, the concentrations of C8 in most samples obtained from both ECD and MSD are comparable.

3. I suppose C8 acid can be injected into GC directly but given the acidic nature of the compound, the resulting peak shape will be rather broad which in turn will give you a detection limit of probably around 100-1000ppm at best. As far as injecting your samples directly into a GC, I think the above statement has answered your question.

We'll attempt to look at the TBA Crude sample again probably sometime next week. Please let me know if you should have any more questions.

Lam

------------------------ Forwarded by Lam H Leung/AE/DuPont on 08/13/99 09:27 AM ------------------------

Susan S Mileti
08/12/99 05:12 PM

To: Lam H Leung/AE/DuPont@DuPont
cc: Stephen J Getty/AE/DuPont@DuPont, Charles J Hensler/AE/DuPont@DuPont, Robert C Buck/DuPont@DuPont, Patrick H Fitzgerald/AE/DuPont@DuPont
Subject: Re: C8 Analysis

Lam, it is urgent that we determine whether N-130 and Zonyl -8779 contain C-8.

1. Is the C-8 level for these close to 1 ppm below? Do you have an approximation of the C-8 range levels reported so far as: in "Samples containing >1ppm C8: N-130; TLF-8315 CR; Zonyl-8779; and Zonyl FSO." that you did not give "Probably contains" ranges for in your note below?

2. Have you been able to verify with GC-MS whether the peak with the same retention time as the C-8 methyl ester has the same mass or whether we might have another alcohol or other fluorinated material in our product that can react with the 3N methanolic HCl @ 50-60 C for 2 hours? Is it possible that our alcohols can form methyl esters at these method reaction conditions?

3. Is it possible to run our products directly on the GC without making the methyl ester and compare to the C-8 standards likewise just prepared in methanol without esterification?

Thanks, Sue

Susan S Mileti

Susan S Mileti
08/03/99 03:17 PM

To: Lam H Leung/AE/DuPont@DuPont
cc: Stephen J Getty/AE/DuPont Charles J Hensler/AE/DuPont@DuPont, Robert D Gotwals_II/DuPont@DuPont, Robert C Buck/DuPont@DuPont, Carol S Lyell/AE/DuPont@DuPont, Jim E Pesek/AE/DuPont@DuPont, Patrick H Fitzgerald/AE/DuPont@DuPont, James E Dowd/AE/DuPont@DuPont
Subject: Re: C8 Analysis

Lam and Chuck , I agree with Steve that we likely have more method validation work to be confident that the preliminary C-8 levels identified do not represent some other fluorinated materials in our products that can react with this method's 3N methanolic HCl @ 50-60 C for 2 hours to form some other material(s) with similar mass and co-elution time as the C-8 methyl ester. The Method Code WW-3690 determins the Ammonium Perfluorooctanoate (C-8) in Fine Powder Teflon TFE flurorocarbon Resin. Our products have other fluorinated materials present of similar molecular weight range to C-8.

My comment: Determining C8 AS SOON AS POSSIBLE in the telomer intermediates and final products is DEFINITE as a critical task.


Do you have an approximation of the C-8 range levels found so far as: in "Samples containing >1ppm C8:

010-0158-0000191

N-130; TLF-8315 CR; Zonyl-8779; and Zonyl FSO."

that you did not give "Probably contains" ranges for in your note below?

Thanks, Sue

Stephen J Getty on 08/03/99 10:02:26 AM



Stephen J Getty on 08/03/99 10:02:26 AM

To: Lam H Leung/AE/DuPont@DuPont
cc: Susan S Mileti/DuPont@DuPont, Charles J Hensler/AE/DuPont, Robert D Gotwals_II/DuPont@DuPont,

Subject: Re: C8 Analysis

Lam:

I'm at a complete loss to explain these results. I took a good deal of care to make sure that the samples of Telomer B Alcohol Crude (TBA Crude), Telomer B Alcohol Acetate Washed (TBA-AW), ZFM Crude, and ZFM Distilled all came from the same production lot, and were sampled and stored exclusively in polyethylene. The supply chain looks like this:

$$\text{Telomer B} \rightarrow \text{TBA Crude} \rightarrow \text{TBA-AW} \rightarrow \text{ZFM Crude} \rightarrow \text{ZFM Distilled}$$

The only chemical process run under sufficiently severe conditions to generate C8 (perfluorooctanoic acid) directly from either Telomer A or Telomer B is the reaction of Telomer B with oleum, producing Telomer B Alcohol Crude. Residual Telomer A in the Telomer B would likely react with oleum to produce C8 directly. It's difficult for me to postulate a mechanism whereby either Telomer B Alcohol or ZFM could be oxidatively degraded all the way down to C8.

In light of your comment that the sample prep for both Telomer B Alcohol samples entailed 'great difficulties', we probably want to make sure we understand exactly what detection capability your method permits for this type of sample. Based on what I hear regarding both your work and the HPLC work at the Station, it's likely that some additional method development would be necessary before we can measure C8 levels in Telomer intermediates with any degree of confidence.

In any event, the business will probably need to invest some non-trivial level of time and people resources, if determining C8 in the telomer intermediates is regarded as a critical task. Comments?

Steve

Lam H Leung



Lam H Leung
08/03/99 08:31 AM

010-0158-0000192

To:       Susan S Mileti/DuPont@DuPont, Stephen J Getty/AE/DuPont@DuPont
cc:       Charles J Hensler/AE/DuPont@DuPont
Subject:  C8 Analysis

Sue and Steve,

Your samples were analyzed for C8 contents using our GC/ECD method and some of the samples were found to contain more than 1ppm C8 (by weight). We are still in the process of estimating the exact C8 concentration in these samples. We have also independently confirm the presence of C8 in these samples using our GC/MSD method (that's what causing the delay in relating these results to you).

Samples containing >1ppm C8:

N-130; TLF-8315 CR; Zonyl FSP (probably has 20-50 ppm); Zonyl-8779; Zonyl RP (probably has 20-50 ppm); Telomer B Alc Acetate wash (probably has 20-50 ppm); Zonyl FSO.

Samples containing <1ppm C8:

N-140; Zonyl-7040; Telomer B Alc Crude; ZFM Distilled; ZFM Crude.

I'm still puzzled by the results from the 2 Telomer B samples as I mentioned to Steve over the phone (we did have great difficulties during the sample prep steps). We'll attempt to repeat these 2 samples.

Please let me know if you should have questions or need more information regarding our methods.

Lam

---

Lam Leung
CR&D/CCAS, Jackson Lab
Chambers Works - Deepwater, NJ  08023
Tel:  609-540-3482 / DUCOM 540-3482 -  Fax:  609-540-4463
Lam.H.Leung-1@USA.dupont.com

010-0158-0000193