# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, )<br>and on Behalf of a Class of Persons )<br>Similarly Situated, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>3M COMPANY, et al., )<br> )<br>    Defendants. ) | **CIVIL ACTION NUMBER**<br>No. 4:20-cv-00008-AT |

## NOTICE OF FILING PUBLIC EXHIBITS
## IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff gives notice of filing the following exhibits in support of Plaintiff's

Motion for Class Certification:

- Exhibit 61 – Email from Denise Wood, Mohawk, to Nathan Peters, Mohawk (Nov. 13, 2004);

- Exhibit 62 – Deposition of Werner Braun (Carpet and Rug Institute) (April 20, 2022);

- Exhibit 64 – U.S. Environmental Protection Agency, *PFOA ECA Telomer Technical Workgroup Meeting Summary, 12/8/03* (Jan. 8, 2004);

- Exhibit 68 – Deposition of Stephen Korzeniowski (DuPont 30(b)(6)) (Oct. 26, 2021);

- Exhibit 69 – Deposition of Jim Kotsmith, vol. I (3M 30(b)(6)) (Jan. 18, 2022);

- Exhibit 70 – Deposition of Julie Brumbelow, vol. II (Shaw Industries 30(b)(6)) (June 9, 2022);

1

- Exhibit 73 – Deposition of Dennis Jones (Shaw Industries) (Oct. 7, 2021);

- Exhibit 77 – Email from Lori McDaniel, Dalton Utilities, to Don Cope, Dalton Utilities, and Denise Wood, Mohawk (Feb. 6, 2008);

- Exhibit 78 – Email from James Beach, CRI, to Don Cope, Dalton Utilities (Feb. 4, 2008);

- Exhibit 80 – Email from Charlie Bethel, J&J Industries, to Denise Clopton, Office of U.S. Senator John Isakson (Feb. 7, 2008);

- Exhibit 81 – Email from Werner Braun, CRI, to multiple recipients (Feb. 6, 2008);

- Exhibit 85 – Daikin America, Presentation slides;

- Exhibit 87 – Letter from Douglas F. Mundrick, U.S. EPA, P.E. Chief of Clean Water Enf't Branch – Water Prot. Div., to Don Cope, Dalton Utilities, President and CEO, *Information Request – Section 308 of the Clean Water Act: Dalton Utilities Land Application System* (May 20, 2009);

- Exhibit 91 – Dalton Utilities, Summary of Dalton Utilities PFAS Testing;

- Exhibit 92 – U.S Environmental Protection Agency, *Fact Sheet: PFOA & PFOS Drinking Water Health Advisories* (May 2016);

- Exhibit 93 – Complaint, *The Water Works and Sewer Board of the City of Gadsden v. 3M Company et al.*, Civil Action No. 31-CV-2016-900676.00 (Cir. Ct. of Etowah Cty., Ala. Sept. 22, 2016);

- Exhibit 94 – Complaint, *The Water Works and Sewer Board of the Town of Centre v. 3M Company et al.*, Civil Action No. 13-CV-2017-900049.00 (Cir. Ct. of Cherokee Cty., Ala. May 15, 2017);

- Exhibit 95 – Deposition of Michael Hackett, vol. I (City of Rome 30(b)(6)) (Nov. 2, 2021);

- Exhibit 96 – Expert Report of William Zieburtz;

- Exhibit 97 – City of Rome Water & Sewer, Utility Bill (Due Aug. 8, 2022);

- Exhibit 98 – U.S. Environmental Protection Agency, *PFC Q&A* (Oct. 8, 2009);

- Exhibit 100 – Deposition of Michael Hackett, vol. III (City of Rome 30(b)(6)) (Dec. 1, 2021);

- Exhibit 101 – Declarations of Counsel for Plaintiff Jarrod Johnson;

- Exhibit 102 – Deposition of Jarrod Johnson (Plaintiff) (May 24, 2022).

Plaintiff is noticing the filing of additional exhibits to his Motion for Class Certification in other submissions.

Respectfully submitted,

    */s/ Brett C. Thompson*
Brett C. Thompson, Esq. (*phv*)
Hirlye R. "Ryan" Lutz, III, Esq. (*phv*)
F. Jerome Tapley, Esq. (*phv*)
R. Akira Watson (*phv*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205
bthompson@corywatson.com
rlutz@corywatson.com
jtapley@corywatson.com
awatson@corywatson.com
Telephone: (800) 852-6299
Fax: (205) 324-7896

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342

3

        Telephone: (404) 239-0305
        Fax: (404) 445-8003
        ryals@stonelaw.com
        billstone@stonelaw.com

        James S. Whitlock (*phv*)
        Gary A. Davis (*phv*)
        Davis & Whitlock, P.C.
        Attorneys at Law
        21 Battery Park Avenue, Suite 206
        Asheville, NC 28801
        Telephone: (828) 622-0044
        Fax: 828-398-0435
        jwhitlock@enviroattorney.com
        gadavis@enviroattorney.com

        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by Court Electronic Filing to counsel of records as follows:

This 18th day of August 2022.

*/s Brett C. Thompson*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Norther District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.:

This 18th day of August 2022.

*/s Brett C. Thompson*