```
 1           IN THE SUPERIOR COURT OF FLOYD COUNTY
                    STATE OF GEORGIA
 2
     THE CITY OF ROME,            )
 3   GEORGIA,                     )
                                  )
 4        Plaintiff,             )
                                  )
 5   vs.                         )   Civil Action File No.
                                  )   19CV02405JFL003
 6   3M COMPANY, et al.,          )
                                  )
 7        Defendants.            )
                                  )
 8                                )
                                  )
 9                                )
                                  )
10

11                       - - -

12

13      VIDEOTAPED DEPOSITION OF 30(b)(6) CORPORATE
     REPRESENTATIVE OF MOHAWK CARPET, LLC AND ALADDIN
14             MANUFACTURING CORPORATION

15                     JIM WILLIAMS

16                 (Taken by Plaintiffs)

17                   Atlanta, Georgia

18                    July 2, 2021

19                      Volume II

20   Reported by:   Lynne C. Fulwood

21               Certified Court Reporter

22

23

24

25
```

```
 1            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
 2                     ROME DIVISION

 3   JARROD JOHNSON,              )
     individually, and on        )
 4   Behalf of a Class of        )
     Persons Similarly           )
 5   Situated,                   )
                                 )   Civil Action File No.
 6        Plaintiffs,            )   4:20-cv-00008-AT
                                 )
 7   vs.                         )
                                 )
 8   3M COMPANY, ET AL.,         )
                                 )
 9        Defendants.            )
                                 )
10                               )

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   STATE OF GEORGIA

 2   COUNTY OF COBB

 3   VIDEOTAPED DEPOSITION OF 30(b)(6) CORPORATE

 4   REPRESENTATIVE OF MOHAWK CARPET, LLC AND ALADDIN

 5   MANUFACTURING COMPANY JIM WILLIAMS

 6

 7            Pursuant to Article 8.B of the RULES AND

 8   REGULATIONS OF THE BOARD OF COURT REPORTING OF THE

 9   JUDICIAL COUNCIL OF GEORGIA, I make the following

10   disclosure:

11            I am a Georgia Certified Court Reporter.

12   I am here as a representative of Huseby Global

13   Litigation.

14            Huseby Global Litigation was contacted by

15   the offices of FRIEDMAN, DAZZIO, ZULANAS & BOWLING,

16   PC, to provide court reporting services for this

17   deposition.  Huseby Global Litigation will not be

18   taking this deposition by O.C.G.A. 15-14-37 (a) and

19   (b).

20

21

22

23

24

25
```

```
 1    ON BEHALF OF THE PLAINTIFF:

 2              MATTHEW D. CONN
                JEFF FRIEDMAN
 3              CARMEN WEITZ
                Attorneys at Law
 4              Friedman, Dazzio, Zulanas &
                 Bowling, PC
 5              3800 Corporate Woods Drive
                Birmingham, Alabama 35242
 6              205-278-7028
                Mconn@friedman.lawyers.com
 7              Jfriedman@friedman.lawyers.com

 8              JAMES S. WHITLOCK
                Attorney at Law
 9              Davis & Whitlock
                21 Battery Park Avenue
10              Suite 206
                Asheville, North Carolina 28801
11              828-622-0044
                Jwhitlock@enviroattorney.com

12
      ON BEHALF OF THE MOHAWK ENTITIES AND THE WITNESS:
13
                DOUG SCRIBNER
14              Attorney at Law
                Alston & Bird
15              1201 West Peachtree Street
                Suite 4900
16              Atlanta, Georgia 30309
                Doug.Scribner@alston.com
17
      ON BEHALF OF THE DEFENDANT CITY OF DALTON D/B/A
18    DALTON UTILITIES:

19              J. HOUSTON SHANER
                Attorney at Law
20              Troutman Pepper
                600 Peachtree Street, N.E.
21              Suite 3000
                Atlanta, Georgia 30308
22              404-885-3909
                Houston.shaner@troutman.com
23


24


25
```

```
 1    ON BEHALF OF THE DEFENDANT DALTON WHITFIELD
      REGIONAL SOLID WASTE AUTHORITY:
 2
                        ROBERT E. NOBLE, III
 3                      Attorney at Law
                        Goodman McGuffey, LLP
 4                      3340 Peachtree Road, N.E.
                        Suite 2100
 5                      Atlanta, Georgia 30326
                        404-264-1500
 6                      Rnoble@gm-llp.com

 7    ON BEHALF OF THE DEFENDANT 3M CORPORATION:

 8                      W. LARKIN RADNEY, IV
                        Attorney at Law
 9                      Lightfoot
                        The Clark Building
10                      400 20th Street, North
                        Birmingham, Alabama 35203
11                      205-581-0700
                        Lradney@lightfootlaw.com
12
      ON BEHALF OF THE DEFENDANT CHEM-TECH FINISHERS,
13    GLOBAL TEXTILE AND PREMIER POLYMERS:

14                      DAVID J. MARMINS
                        Attorney at Law
15                      Arnall Golden Gregory, LLP
                        171 17th Street, N.W.
16                      Suite 2100
                        Atlanta, Georgia 30363-1031
17                      404-873-8126
                        David.marmins@agg.com
18
      ALSO PRESENT:
19
              Ms. Daly - INV Performance Surfaces LLC
20            Mr. Gaither - Cycle-Tex, LLC
              Ms. Brown - Mannington Mills, Inc.
21            Mr. Higney - Oriental Weavers USA Inc.
              Mr. Johnson - DuPont and Chemours
22            Mr. Lord - The Dixie Group, Inc.
              Mr. Scott
23            Mr. Doerr - Americhem
              Mr. Dumitru - Engineered Floors
24            Ms. Marquardt - Engineered Floors
              Mr. Shelton - MFG Chemical, LLC
25
```

1    Ms. Watson
     Mr. Sullivan - Tarkett
2    Ms. Howell - Fibro-Chem, LLC
     Mr. Davis - Mr. Johnson
3    Mr. Michmerhuizen - ArrowStar, LLC
     Mr. Casey - Daikin America, Inc.
4

5                    - - -

6          Videotaped deposition of 30(b)(6)

7    corporate representative for Mohawk Carpet,

8    LLC and Aladdin Manufacturing Corporation,

9    JIM WILLIAMS, taken by the Defendants, at

10   1201 West Peachtree Street, N.W., Suite

11   4200, Atlanta, Georgia 30309, on the 2nd

12   day of July 2021, at 9:00 a.m., before

13   Lynne C. Fulwood, Certified Court Reporter.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        INDEX TO EXHIBITS
```

```
 2    Exhibit 46       3M Purchase Orders              288
      Exhibit 47       3M Purchase Orders              293
 3    Exhibit 48       3M Safety Data Sheet            300
      Exhibit 49       3M Material Safety Data Sheet   305
 4    Exhibit 50       3M Safety Data Sheet            309
      Exhibit 51       Phoenix Chemical Company
 5                       Safety Data Sheet             311
      Exhibit 52       EPA Questions                   323
 6    Exhibit 53       Fluorochemical Release
                         Estimation                    365
 7    Exhibit 54       Chemical Issues Oversight/
                         Crisis Management Teams
 8                       January 18, 1999              376
      Exhibit 55       Followup of Industrial Hygiene
 9                       Visits                        395
      Exhibit 56       Customer Followup               408
10    Exhibit 57       Fluorochemical Release
                         Estimation Status Report      410
11    Exhibit 58       Session:  Health, Safety and
                         Environmental Issues          413
12    Exhibit 59       The Carpet and Rug Institute
                         Dated May 16, 2000            415
13    Exhibit 60       Telomer Monitoring Technical
                         Subgroup 9 October 2003       422
14    Exhibit 61       E-mail from Nathan Peters to
                         Denise Wood, dated November
15                       13, 2003                      427
      Exhibit 62       CRI Briefing 10 October 2003  439
16    Exhibit 63       Preliminary Risk Assessment
                         Of the Developmental Toxicity
17                       Associated with Exposure to
                         Perfluorooctanoic Acid
18                       And Its Salts                 443
      Exhibit 64       1998 Sampling Results           448
19    Exhibit 65       E-mail from Denise Wood to
                         Frank Peters, dated May 6,
20                       2004                          457
      Exhibit 66       December 19, 2005 Letter        461
21    Exhibit 67       Subject Shareholder Proposal  468
      Exhibit 68       E-mail from Todd Shail to
22                       Frank Endrenyi, dated
                         January 30, 2006              470
23    Exhibit 69       DuPont Accountability
                         Project                       473
24

25
```

```
 1    Exhibit 70      3M EHS&R Update for Mohawk
                      Industries dated October
 2                    3, 2006                        476
      Exhibit 71      Skipped
 3    Exhibit 72      Testing Accreditation Lab
                      Report                         508
 4    Exhibit 73      Handwritten Notes              514
      Exhibit 74      E-mail from Denise Wood to
 5                    Tom Caylor, dated January
                      25, 2016                        519
 6    Exhibit 75      Generic Statement Trace
                      Chemistries and PVC             524
 7    Exhibit 76      E-mail from Robert Marshall
                      To Jim Williams, dated
 8                    September 30, 2016              535

 9
                      INDEX TO EXAMINATION
10
      Examination by Mr. Whitlock                    277
11    Examination by Mr. Lutz                        364
      Examination by Mr. Conn                        484
12    Examination by Mr. Noble                       538

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          P R O C E E D I N G S,

2                    - - -

3          (Whereupon, the video camera was

4     turned on.)

5          THE VIDEOGRAPHER:  This is the

6     beginning of Media 1, in the 30(b)(6)

7     deposition of Mohawk Industries, Mohawk

8     Carpet, LLC, and Aladdin Manufacturing

9     Corporation in the matter of the City of

10    Rome, Georgia versus 3M Company et al., and

11    Jarrod Johnson et al., versus 3M Company

12    et al.  Today's date is July the 2nd, 2021.

13    The time is 8:59 a.m.

14         If the attorneys present could please

15    introduce themselves for the record after

16    which the Court Reporter will swear in the

17    witness.

18         MR. WHITLOCK:  Jamie Whitlock on

19    behalf of Mr. Johnson.

20         MR. LUTZ:  Ryan Lutz on behalf of

21    Mr. Johnson as well.

22         MR. CONN:  Matt Conn on behalf of the

23    City of Rome.

24         MS. WEITZ:  Carmen Weitz on behalf of

25    the City of Rome.

```
 1                MR. BEACHAM:  Frank Beacham, City of
 2         Rome.
 3                MR. MARMINS:  David Marmins on behalf
 4         of Chem-Tech Finishers, Global Textile and
 5         Premier Polymers.
 6                MR. SCRIBNER:  Doug Scribner on behalf
 7         of the Mohawk defendants.
 8                MR. RADNEY:  Larkin Radney for 3M
 9         Company.
10                MR. SHANER:  Houston Shaner for the
11         City of Dalton.
12                MR. NOBLE:  Bert Noble, Dalton
13         Whitfield Regional Solid Waste Authority.
14                MR. WHITLOCK:  Do we want to take roll
15         call on Zoom?
16                MR. SCRIBNER:  I think we're good.
17                MR. WHITLOCK:  Absolutely.
18                Good morning, Mr. Williams.
19                     JIM WILLIAMS,
20    having first been duly sworn, was deposed and
21    examined as follows:
22                     EXAMINATION
23    BY MR. WHITLOCK:
24         Q    I like it better when you're sworn in.
25    Thank you.
```

```
 1                   Good morning, Mr. Williams.

 2        A    Good morning.

 3        Q    We appreciate you coming back today, but

 4   I guess you didn't have much choice, did you?  So I

 5   think you might already have Exhibit 7 in front of

 6   you there.

 7        A    I do.

 8        Q    It's your -- AMC's amended interrogatory

 9   responses and direct your attention over to -- you

10   can look at page 2 if you want to for the question

11   and that was the question that just asked to identify

12   each type of PFC and/or chemical that was used at

13   the -- used at Mohawk's various facilities, correct?

14        A    Correct.

15        Q    And then if you go over, bottom of

16   page 3, top of page 4, those chemicals were

17   identified and I know Mr. Friedman went through some

18   of these with you, and I want to go through them with

19   you quickly for a different reason, which is to kind

20   of identify them by their classification, long chain,

21   short chain, and then also by their chemistry.  Let's

22   see if we can do that.  Okay?

23        A    I'll try my best.

24        Q    All right.

25        A    I don't know them all, but I know a few
```

 1    of them.
 2          Q    Sure.  Sure.  So if we start with this
 3    first group, I think these first one, two, three,
 4    four or so, those -- these were ArrowStar chemicals,
 5    correct?
 6          A    Yes, sir.
 7          Q    Okay.  So tell me about -- what do you
 8    know about the Arrotex F6X?
 9          A    To the best of my recollection, the
10    Arrotex materials were of the C6 variety.
11          Q    And would that be the same for the F10X?
12          A    I think so, yes, sir.
13          Q    And also for the 2600 Anti-so?
14          A    Yes, sir.
15          Q    And also the 2446M?
16          A    Correct.
17          Q    And what dates was Mohawk using the
18    Arrotex C6 chemicals or materials?
19          A    Best of my recollection, it would have
20    been sometime after 2009/2010.
21          Q    Up through 2019?
22          A    I don't think we were still using Arrotex
23    up through 2019.  I think we discontinued them a few
24    years earlier.
25          Q    Did you keep using C6 chemistry up to --

1    up through 2019?

2        A    Yes, sir.

3        Q    I think we get into a short little block

4    of 3M chemicals here starting with FC365

5    fluorocarbon?

6        A    Yes, sir.

7        Q    And is that a C8?  Do you know?

8        A    I do not know.  That's not one -- I'm not

9    familiar with that one.

10        Q    What about on the dates of the --

11    Mohawk's dates of use on that one?

12        A    I would have to look it up for you.  I

13    think we've got that information available.

14        Q    And --

15            MR. LUTZ:  Maybe at a break, we can do

16        that if that's okay with Doug.

17            MR. SCRIBNER:  Yeah.  I mean, it's a

18        tall ask, right, to get into -- tell you

19        when we were using all these.  We can get

20        you that information.  I'm not sure we can

21        do it on a break.

22            MR. WHITLOCK:  Sure.  I might have

23        some documents I can follow up.

24            MR. SCRIBNER:  But if y'all want it,

25        we can get it for you.

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

```
 1              MR. LUTZ:  If we get the information
 2         whether -- it's not going to be contentious
 3         so...
 4              MR. SCRIBNER:  Yeah.  We'll get it for
 5         you.
 6              THE WITNESS:  We've got some follow-up
 7         items so we can add that to the list.
 8              MR. WHITLOCK:  Sure.  Sure.  The next
 9         one is the FX1367F Fluorochemical.  Again,
10         that's a 38 chemical and that is a C8,
11         correct?
12         A    I believe it is, yes, sir.
13    BY MR. WHITLOCK:
14         Q    And then the dates of use just to your
15    best -- best estimation?
16         A    It would have -- would have been in, you
17    know, late '90s, early 2000.
18         Q    Use it in the '80s, do you know?
19         A    Don't know.
20         Q    The next one, the FC1374M Fluorocarbon?
21         A    Also C8, I think.
22         Q    Okay.  Same question on the dates of use?
23         A    Would be the similar range, yes, sir.
24         Q    And it's been your testimony that Mohawk
25    stopped using the C8 chemicals in approximately
```

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

```
 1   2008/2009; is that accurate?

 2             MR. SCRIBNER:  Object.

 3             You may answer.

 4        A    So we stopped using C8 from 3M much

 5   earlier than that but other C8s were around until the

 6   late 2008-ish, 2009.

 7   BY MR. WHITLOCK:

 8        Q    Fair enough.  Fair enough.  Then we've

 9   got the FX1395 Fluorochem, I believe that's another

10   C8?

11        A    I think so.

12        Q    And would that be the same dates of use

13   to your understanding?

14        A    Yes, sir.

15        Q    Okay.  Now, we're getting in -- looks

16   like we've just got a couple of the Daikin chemicals

17   here at here.  The Unidyne TG4702A, do you know what

18   chemistry that is?

19        A    I believe C8.  We can verify all this for

20   you if you need us to.

21        Q    Sure.  Sure.  If you'll just be patient

22   with me and let me run through it quick this morning,

23   I'd appreciate it.

24             And then the TG581?

25        A    C8 also.
```

```
 1        Q    And what about the dates of use on the
 2   Daikin C8s?
 3        A    Would have been through the 2000s up
 4   until the 2008, '9 time frame most likely.
 5        Q    Do you know when you started -- started
 6   in the 2000s, too?
 7        A    I think it did.
 8        Q    And then I think the -- the Arrowshield
 9   chemicals, are those ArrowStar chemicals as well?
10        A    Those are ArrowStar's chemicals, yes,
11   sir.
12        Q    So the SR 5 percent?
13        A    I believe their SR series were a C3
14   chemistry.
15        Q    And so that would be the same for the
16   next, the SR-spray, the SR and the SR3?
17        A    Yes, sir.
18        Q    And tell me when Mohawk was using the C3
19   chemistry.
20        A    I really don't recall, but we're glad to
21   look it up for you.  We can do that.
22        Q    I'd appreciate that.  Looks like now
23   we're getting back into some 3M chemicals.
24             PM-1396, is that a C4?
25        A    I believe that's a C4 chemistry.
```

1        Q     And tell me about the dates of Mohawk's

2    dates of use of the PM-1396.

3        A     Let me just say the C4 versions in

4    general because there's several renditions of it

5    would have been I want to say probably from the mid

6    2002, 2003, '4 time frame.

7        Q     Just for a couple of years?

8        A     No.  We used it for quite sometime after;

9    continued into the 20 teens.

10       Q     Beginning in the mid 2000s?

11       A     Yes, sir.

12       Q     Thank you.  That reminds me.

13             Let me ask you this:  So on the 3M

14    chemicals in particular, if it's an FC chemical, to

15    your knowledge, does that generally denote it's a

16    certain type of chemistry and same with the FX or the

17    PM, or is there variation in there?

18       A     Unfortunately, there's variation.

19       Q     So PM-1399?

20       A     A C4 chemistry to my knowledge.

21       Q     Same time -- same time period?

22       A     Same time period.

23       Q     How about the 1400?

24       A     Also --

25       Q     And just how about as we go through all

 1    these PM's, if there's a different time period if you

 2    could -- that you know of, would you tell me that?

 3         A    Sure.

 4         Q    The 1451?

 5         A    Same.

 6         Q    1507?

 7         A    Same.

 8         Q    And then so now we've got the 1680, the

 9    1690, the 2055, the 9750 and the 3180.

10              Are those all C4's?

11         A    I believe they are.  I will acknowledge

12    that of those, I don't ever recall seeing 3180 until

13    preparing for this before, but the others I remember

14    seeing before.

15         Q    Okay.  We've then got a couple of DuPont

16    or, perhaps, Invista chemicals.

17              N-140, is that a C6?

18         A    N-140 was C6, yes, sir.

19         Q    Same for the N-141?

20         A    Yes, sir.

21         Q    And the N-145?

22         A    Yes.

23         Q    And on the DuPont C6's, would the time

24    periods be similar to the ArrowStar C6's we talked

25    about earlier?

1    A    The DuPont C6's would be similar.  It
2  would be late 2000s up until 2018, '19.
3      Q    Unidyne TG591D, it's a Daikin chemical,
4  correct?
5    A    That's a Daikin Chemical, correct.
6      Q    And do you know what the chemistry is on
7  that one?
8    A    I believe this next series are C6
9  materials.
10      Q    Okay.  And that would include the
11  TG-2211?
12    A    Yes, sir.
13      Q    And so the other -- the Daikins we talked
14  about earlier were the C8's.  Tell me about the time
15  period Mohawk was using the Daikin C6's?
16    A    Daikin C6's would be from around 2010.
17      Q    Up through 2019?
18    A    It may have gone that far, yes.  Seems I
19  don't recall it going quite that far but could have.
20      Q    Okay.  The Prilox T, I believe you
21  testified yesterday that was a formulation from
22  Phoenix Chemical?
23    A    Yes, sir.
24      Q    Do you know what the chemistry on that
25  one is?

```
 1        A     I believe it to be C6.

 2        Q     C6.  Was the Flurex EX5R another -- that

 3   was another formulation from Phoenix Chemical?

 4        A     Correct.

 5        Q     Is that another C6?

 6        A     I think so.

 7        Q     Same question on the time period with the

 8   Phoenix Chemical --

 9        A     Similar.

10        Q     C6's?

11        A     C6's would have been from sometime around

12   2009/2010 forward.

13        Q     The Bayguard F2311A, I believe that's a

14   Bayer chemical?

15        A     Bayer, yes, sir.

16        Q     You know the chemistry on that one?

17        A     I do not.  I do not recall that one.

18        Q     And then the two Nuva chemicals, which I

19   believe were Clariant chemicals?

20        A     Yes, sir.

21        Q     You know the chemistry on those?

22        A     I believe those are C6 chemicals.  I can

23   verify for you again.

24        Q     Yes.  So I think we got through the list

25   there so, yeah, if you could verify just on all
```

1    those --

2         A    Glad to.

3         Q    -- as a follow-up to this, we'd

4    appreciate that.  Now, I believe yesterday when

5    Mr. Friedman was asking you some questions, I believe

6    you told him that this list was complete and

7    inclusive, correct?

8         A    I believe it was best of our ability at

9    the time, yes, sir.

10               (Whereupon, Plaintiffs' Exhibit No. 46

11          was marked for identification by the court

12          reporter.)

13   BY MR. WHITLOCK:

14        Q    Let me show you what I'm going to mark as

15   Exhibit No. 46 and, Doug, I just have one copy of

16   this.  I apologize.  It's a big one.  Lacey, this is

17   my document 16.

18               Mr. Williams, I'll represent to you this

19   is just a collection of Bates-labeled Mohawk/Johnson

20   27 through 99 of purchase orders and similar

21   documents that y'all produced to us in this case.

22        A    Okay.

23        Q    If I could ask you, Mr. Williams, if you

24   could look over at the page Bates-stamped 32.

25        A    (Witness complies with request of

```
 1    counsel.)

 2         Q    Are you there?

 3         A    I am, yes, sir.

 4         Q    Okay.  And that appears to be a purchase

 5    order of sorts for an FX672 fluorochemical.

 6         A    Yes, sir.

 7         Q    Okay.  And then there on the quantity, it

 8    looks like a hundred thousand pounds.  Does that look

 9    accurate?

10         A    Help me find it.  You've already scouted

11    it so...

12         Q    Sure.  It's item number there across the

13    top and then quantities kind of in the middle.

14         A    There it is.  Yes, sir.  I found it in

15    the middle.

16         Q    And these are -- these are generally in

17    pounds, correct?

18         A    That would be typical, yes, sir.

19         Q    And then up in the upper right-hand

20    corner, it shows an order date of December 31st, 2098

21    [sic]?

22         A    Yes, sir.

23              MR. RADNEY:  Object to form.

24    BY MR. WHITLOCK:

25         Q    And the FX672 fluorochemical is a -- is a
```

```
 1   PFOS, correct?

 2        A    If it's a fluorochemical from that time

 3   frame, it would be a PFOS, yes sir.  I think this is

 4   the one that we said yesterday we would go do some

 5   more research on because we're familiar with an

 6   FC672.  It's a stain blocker but we were not certain

 7   about FX.

 8        Q    So is this one a C8 to your knowledge?

 9        A    In this time frame, it would be a C8 to

10   my knowledge.

11        Q    Okay.  And so -- but that one was not

12   listed in the response to Interrogatory No. 1, the

13   amended response, was it?

14        A    It is -- it is not in this one, no, sir.

15        Q    Okay.  Then if you'll flip over just to

16   the next page, which has got the Bates 33 at the

17   bottom, there's -- and you see there at the same line

18   under the description an FC398 fluorochem.

19        A    Yes, sir.

20        Q    And, again, looks like a hundred thousand

21   pounds --

22        A    Yes, sir.

23        Q    -- of that chemical also ordered in

24   December of '98, correct?

25        A    Correct.
```

```
 1         Q     And that is also a PFOS, correct?

 2               MR. RADNEY:  Object to form.

 3         A     Sir, I would have to look that one up for

 4   you.  I'm not familiar with it.  I was not at Mohawk

 5   in '98.

 6   BY MR. WHITLOCK:

 7         Q     Well, the fact it's called a

 8   fluorochemical --

 9         A     It would suggest that.

10         Q     -- tends to give it away, doesn't it?

11         A     Correct.  It would suggest but we're not

12   beyond erroneously labeling things.

13         Q     Understood.

14               And that's another one not listed in the

15   response to interrogatory 1, correct?

16         A     That's correct.

17         Q     Okay.  Let me ask you to also flip over

18   to the page Bates 42 at the bottom.

19         A     (Witness complies with request of

20   counsel.)

21         Q     And this is, again, the FX672

22   fluorochemical we already talked about.

23         A     Yes, sir.

24         Q     And that's a C8, correct?

25         A     If it's a fluorochemical, it would be C8
```

1    in this time period, yes, sir.

2        Q    And then this is a different order date

3    of December 22nd, 1998 in the upper right-hand

4    corner, correct?

5        A    Yes, sir.

6        Q    And it looks like 500,000 pounds,

7    correct?

8        A    Correct.

9        Q    Okay.  And, again, that one was not

10   listed in the interrogatory response, correct?

11       A    Not in this one, correct.

12       Q    Okay.  And so in late December of '98

13   alone, Mohawk bought 600,000 pounds of this FC -- of

14   the FX672, correct?

15       A    We ordered it, yes, sir, looks like, made

16   purchase orders for it.

17       Q    Okay.  Lacey, if I could pull up -- if

18   you could pull up, excuse me, my doc 17 please,

19   ma'am, and we'll mark this.  I've only got -- Doug,

20   I've got one copy again.  Apologize.  This will be

21   Plaintiffs' Exhibit 47.

22            (Whereupon, Plaintiffs' Exhibit No. 47

23        was marked for identification by the court

24        reporter.)

25            MR. SCRIBNER:  Let me suggest this.

1    If you have others, I don't mind, you know,

2    we can do a couple of documents like this

3    but if you have more, let's just go get

4    copies.

5         MR. WHITLOCK:  These are the only --

6    this is the only other one, I think, I have

7    one copy of.  Absolutely.

8         MR. SCRIBNER:  Thanks.

9         MR. WHITLOCK:  So these were some more

10   purchase orders or --

11        MR. SCRIBNER:  Jamie, not to

12   interrupt.

13        MR. WHITLOCK:  Sure.

14        MR. SCRIBNER:  Let's mark these.  What

15   was the purchase orders -- the purchase

16   orders?

17        MR. WHITLOCK:  The first one was 46

18   and this one's going to be 47.

19        MR. SCRIBNER:  Can you just write 47

20   on there?

21        THE WITNESS:  47 on there, sure.

22        MR. SCRIBNER:  Thank you.

23        MR. WHITLOCK:  And so Mr. Williams

24   Exhibit 47, which is Bates-stamped -- same

25   Bates stamp, 2928, it looks like it goes

1      through 2940, and then it's also got a

2      33928 attached on the end.  These appear to

3      be kind of fiscal year summaries of

4      Mohawk's purchases from 3M; is that

5      correct?

6          A    It does, yes, sir.

7    BY MR. WHITLOCK:

8          Q    Okay.  Did you review these purchase

9    orders?

10         A    Did I?

11         Q    In preparing for your testimony?

12         A    No, sir, I did not.

13         Q    Would these be the type of document that

14    you would have normally reviewed in the normal course

15    of your employment with Mohawk?

16         A    I was not employed at Mohawk during this

17    time frame.  I have had -- certain roles I've had at

18    Mohawk, I would have reviewed monthly usage

19    statements but not in every role I've had at Mohawk.

20         Q    So Mohawk has monthly usage statements

21    for raw materials including PFAS materials?

22         A    We have them.  I don't know how far back

23    they go.  If you can find P -- it's depends on what

24    you use for PFAS.  PFAS, yes, sir.

25         Q    PFAS is what I'm talking about.  I

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

```
 1    don't -- who would maintain those monthly usage
 2    statements at Mohawk?
 3         A    Our accounting department.
 4         Q    Who's the head of the accounting
 5    department?
 6         A    I would steer you toward Mr. Gary Kidd
 7    for this information.
 8         Q    K-I-D-D?
 9         A    Yes, sir.
10         Q    So, again, on the first page here with
11    the Bates-stamped 2928 at the bottom, it looks like
12    this is fiscal year '99 and we see the FX672
13    fluorochem that we talked about previously at the
14    bottom, correct?
15         A    Yes, sir.
16         Q    Yeah.  Let me also back up.
17              For both Exhibits 46 and 47, you don't
18    have any reason to believe these documents are not
19    accurate, do you?
20         A    No reason to believe they're not
21    accurate, no, sir.
22         Q    Then I wanted to ask you to flip over to
23    the page with the Bates-stamp 2931 at the bottom.
24         A    (Witness complies with request of
25    counsel.)
```

1          Q      And then the top chemical, there is a

2     PM-1396 and then it's also got another L18196

3     fluorochemical, although it's cut off.  Does that

4     look correct?

5          A      Yes, sir.

6          Q      Are you familiar with that chemical?

7          A      Yes, sir.

8          Q      And is that a PFOS?

9          A      Yes, sir.

10         Q      And what is the -- you know the chemistry

11    on that one?

12         A      I'm not certain whether that's C8 or C4.

13         Q      And so as you look at these documents,

14    this Exhibit 47, which are kind of these fiscal year

15    summaries, it's got -- as you look across the top,

16    it's got the item number, the description, the

17    quantity received and then the amount received.

18                Would the quantity received, to your

19    knowledge, be the pounds of the material?

20         A      To my knowledge, that's what they would

21    be, pounds.

22         Q      And then what about the amount received,

23    would that have been the money that Mohawk paid 3M

24    for these chemicals or materials?

25         A      That's a likely explanation.

```
 1         Q    I thought so.  I just wanted to ask you.
 2    And then going over to the -- and so it looks like
 3    there that's 872,000 pounds?  Is that how you'd read
 4    that of this PM-1396?
 5         A    Yes, sir.
 6         Q    And was that again -- was that one --
 7    that one was identified in the interrogatory, wasn't
 8    it?
 9         A    It was, yes, sir.
10         Q    Okay.  And then if you flip over to the
11    next page, we've again -- the top chemical there is
12    the PM-1396?
13         A    Yes, sir.
14         Q    And this is for fiscal year '03, correct?
15         A    Correct.
16         Q    And you say you're not sure if that's a
17    C8 or a C4?
18         A    Correct, sir.
19         Q    That's something you could find out for
20    us, sir?
21         A    Yes, sir.
22         Q    All right.  All right.  So I think
23    there's at least a couple of chemicals there that
24    haven't been identified.
25              Can you tell me what type of
```

1    investigation was done to go back and identify all of

2    the PFOS materials in responding to this

3    interrogatory?

4         A    So, sir, to my knowledge, there was a

5    group of documents, electronic searches, those did

6    include records of individuals and certain other

7    criteria, search words, etcetera, and they would have

8    produced I would presume purchase orders and other

9    things if they hit the target so...

10        Q    I guess in addition, I think we've just

11   asked if Mohawk could go back and just make sure this

12   is, in fact, a complete list.

13        A    Sure.

14        Q    Because, you know, I found two fairly

15   easily and I imagine there might be more.

16        A    (Witness nods head affirmatively.)

17        Q    While we're here on this interrogatory,

18   do you still have that in front of you?  You can put

19   Exhibit 47 to the side.  Going back to number --

20        A    47 to the side?

21        Q    Going back to 7, please, sir.

22        A    Yes, sir.

23        Q    At the bottom of page 4 -- I'll skip

24   ahead a little bit -- it says:  AMC further states it

25   discontinued the use of chemicals in its

1    manufacturing processes in around 2019.

2              Then kind of going over to page 5, after

3    discontinuing the use of the chemicals, AMC has used

4    the following raw materials in its manufacturing

5    operations.  It then identifies two chemicals

6    Permaseal WSR-XF, which is manufactured by

7    Polyventive and PM-1700, which is manufactured by 3M.

8              So my first question is:  Are these the

9    only two chemicals that Mohawk is currently using and

10   has used since stopping using PFOS as you and

11   Mr. Faircloth have testified in around 2019 to

12   replace all of these other chemicals?  Does that

13   question make sense?

14       A    I think I understand what you're saying.

15   These are the two products we settled on as currently

16   being used in manufacturing.  We trialed others.

17   There may be a -- you know, a 500-gallon tote or

18   something but not in any significant quantity.

19       Q    But these are the chemicals Mohawk's now

20   using for soil or water resistance?

21       A    Yes, sir.

22       Q    And is it your testimony that these two

23   chemicals do not contain or in any way degrade to

24   PFOS?

25       A    Yes, sir.

1      Q    Okay.  And tell me how you know that.

2      A    We know that by we can look at the MSDS

3    sheets and see whether or not any fluorinated

4    material has been disclosed.

5              (Whereupon, Plaintiffs' Exhibit No. 48

6          was marked for identification by the court

7          reporter.)

8              MR. WHITLOCK:  Okay.  Lacey, if we

9    could pull up my doc 59, please, ma'am.

10             MR. SCRIBNER:  We're going to have to

11   get somebody to mute on the phone, I

12   believe.

13             THE VIDEOGRAPHER:  Lacey sent a

14   message for them to do that.

15             MR. SCRIBNER:  Or stop surfing the

16   Internet made for TV, movies, or whatever

17   that was.

18             MR. WHITLOCK:  Lacey, did you get my

19   request on document 59, please, ma'am?

20             MS. JAMES:  Yes, sir, I have it pulled

21   up now.

22             MR. WHITLOCK:  Thank you so much.

23             MS. JAMES:  You're very welcome.

24             MR. SCRIBNER:  What number is this?

25             MR. WHITLOCK:  This will be

```
 1          Plaintiffs' Exhibit 48.

 2                Am I speaking slowly enough this

 3          morning, Madam Court Reporter?

 4                THE COURT REPORTER:  Yes.

 5                MR. WHITLOCK:  Just let me know if I'm

 6          not.

 7                Mr. Williams, this is a 3M safety data

 8          sheet for the PM-1700; does that look

 9          correct?

10          A    Yes, sir.

11   BY MR. WHITLOCK:

12          Q    This document was not produced to us but

13   comes off of the 3M website.  I'm sure you know you

14   can go on the 3M website --

15          A    Sure.

16          Q    -- and look for MSDS's.

17                Can you show me where on here you would

18   look to know that this chemical doesn't contain any

19   PFOS or degrade to any PFOS?

20          A    So the first category we look at would be

21   section 3.

22          Q    Okay.  And so it notes there a polymer

23   resin, which is a trade secret, correct?

24          A    Yes, sir.

25          Q    And so how do you know what is in this
```

1    polymer resin that's a trade secret?

2        A    How do I know?  We know generally what it

3    is through conversations with our supplier.

4        Q    Through conversations with 3M?

5        A    Yes, sir.

6        Q    And what has 3M told you?

7        A    That it's nonfluorochemicals, sir.

8        Q    What is it?  Do you know?

9        A    What is it?  It's an acrylate polymer, a

10   urethane polymer of some type.

11       Q    If we look on down at section --

12       A    I would -- I was going to say yes, where

13   else we would look.  I'm looking for other places.

14       Q    Sure.  Sure.  Take your time, please.

15       A    Just so you'll know, we would also look

16   through other sections, for example, if there was an

17   issue where it burned HF would be released, then

18   generally, that would be commented and I don't see

19   that here.

20       Q    That would be hydrogen fluorine?

21       A    Yeah.

22       Q    If you look down at section -- I want to

23   make sure you're finished.

24       A    Yes.

25       Q    If you look down in section 6, 6.2,

1    environmental precautions on page 2 there, do you see

2    that?

3         A    Yes, sir.

4         Q    And it says:  Avoid release to the

5    environment, correct?

6         A    Correct.

7         Q    If you turn over to page 3 of 8 under

8    section 7, handling and storage, at the end of

9    section 7.1, again, it says avoid release to the

10   environment, correct?

11        A    Yes, sir.

12        Q    And if you flip over to page 6 of 8,

13   section 13, disposal considerations, and then

14   section -- do you see section 13.1, disposal methods?

15        A    Yes, sir.

16        Q    And it says:  Prior to disposal, consult

17   all applicable authorities and regulations to ensure

18   proper classification, dispose of waste product in a

19   permitted industrial waste facility.

20             Do you see that?

21        A    Yes, sir.

22        Q    And is that how Mohawk disposes of the

23   PM-1700 it's currently using?

24        A    You're looking for material that we don't

25   use or what are you -- what disposal are we talking

```
 1   about?
 2        Q    I'm talking about waste -- disposal of
 3   industrial wastewater?
 4        A    We send our industrial wastewater to our
 5   local utility, Dalton Utilities through a permit.
 6        Q    And that -- your testimony, that is a
 7   permitted industrial waste facility?
 8        A    Yes, sir.
 9        Q    While we're looking at some MSDS's, why
10   don't we look at a few other ones.  And I know we've
11   just talked about and I think -- I think there was
12   some discussion yesterday that certainly Mohawk
13   relies on statements from manufacturers and MSDS's in
14   particular for -- to understand how to properly use,
15   handle, apply and dispose -- dispose of the chemicals
16   and the raw materials that it uses, correct?
17        A    Yes, sir.
18             (Whereupon, Plaintiffs' Exhibit No. 49
19        was marked for identification by the court
20        reporter.)
21   BY MR. WHITLOCK:
22        Q    Lacey, if I can get my dock 45, please,
23   ma'am.  This will be Plaintiffs' Exhibit 49.
24   Mr. Williams, I'll give you a quick minute to look
25   through that if you like.
```

```
 1        A     (Witness complies with request of
 2   counsel.)
 3        Q     Do you recognize Exhibit 49 as a material
 4   safety data sheet or MSDS for 3M protective material
 5   PM-1680?
 6        A     Yes, sir.
 7        Q     And I believe we established earlier at
 8   least to the best of your knowledge, that that's a C4
 9   chemical, correct?
10        A     Yes, sir.
11        Q     I'd like to ask you to look over on
12   page 2 of 7, section 3.3, potential environmental
13   effects.  It says testing indicates this product is
14   harmful to aquatic organisms, correct?
15        A     Yes, sir.
16        Q     And then the last sentence of that
17   section says:  This substance did not degrade
18   significantly in a ready biodegradation test,
19   correct?
20        A     That's what it says, yes, sir.
21              MR. SCRIBNER:  Where are you reading
22        that?  Did you skip a sentence?
23              MR. WHITLOCK:  I did.
24              THE WITNESS:  He did.
25              MR. SCRIBNER:  All right.  Sorry.
```

```
 1        Okay.
 2     BY MR. WHITLOCK:
 3        Q     Does that go to the persistence of these
 4     chemicals, Mr. Williams, to your understanding, that
 5     last sentence there?
 6        A     Yes, sir.  It suggests there's a
 7     persistence.
 8        Q     Okay.  If we go over to the next page, 3
 9     of 7, section 6, I'm going down about three lines
10     over to the right.  Do you see the sentence starting
11     with for larger spills?
12        A     I found it, yes, sir.
13        Q     And it says:  For larger spills, cover
14     drains and build dykes to prevent entry into sewer
15     systems or bodies of water, correct?
16        A     Yes, sir.
17        Q     And then over on page 5 of 7, section 11,
18     the toxicological information.
19              Do you see that?
20        A     Yes, sir.
21        Q     It says:  Please contact the address
22     listed on the first page of the MSDS for
23     toxicological information on this material and/or its
24     components.  So the toxicological information is not
25     actually set forth in this MSDS, correct?
```

1        A     Not on this copy here, sir.

2        Q     And so would Mohawk contact the address

3    on the first page of that to obtain that information?

4        A     We would probably contact our sales and

5    tech service representative directly.

6        Q     And then down at section 13, the disposal

7    considerations, do you see that on page 5 of 7 again?

8        A     Yes, sir.

9        Q     And it says:  Waste disposal method,

10   incinerate in an industrial or commercial facility in

11   the presence of a combustible material, correct?

12       A     Yes, sir.

13       Q     Okay.  And is that how Mohawk disposes?

14       A     No, sir.  We don't send anything to an

15   incinerator.

16       Q     But I believe you testified earlier that

17   you follow all the manufacturers' recommendations for

18   the use, handling and disposal of these chemicals,

19   correct?

20       A     Yes, sir, we do.

21       Q     Okay.  But you don't incinerate?

22       A     We do not directly dispose of this

23   material.  We might indirectly dispose of a piece of

24   carpet that was treated with it but we don't dispose.

25   We return our containers back to the supplier.

1    Q    You dispose of these chemicals via

2    wastewater, correct?

3    A    We move -- yes, sir, we do have the

4    potential for some to be in the wastewater and go to

5    Dalton Utilities.

6    Q    And Mr. Friedman went through -- went

7    through a long session yesterday looking at the

8    results of analytical -- the analytical results of

9    sampling of Mohawk's industrial wastewater, correct?

10    A    We did, yes, sir.

11    Q    And there were high levels of PFOS in

12    almost every single sample, wasn't there?

13        MR. RADNEY:  Object to form.

14    A    Sir, I believe we read the levels in

15    detail and high is a relative term.

16    BY MR. WHITLOCK:

17    Q    They were -- they were dangerously high,

18    weren't they?

19    A    That's your opinion, not mine.

20        MR. RADNEY:  Object to form.

21    BY MR. WHITLOCK:

22    Q    But, again, you don't dispose -- you do

23    not dispose of this PM-1680 by incineration, correct?

24    A    We do not.

25        (Whereupon, Plaintiffs' Exhibit No. 50

1              was marked for identification by the court

2              reporter.)

3    BY MR. WHITLOCK:

4         Q    Lacey, if I could get my document 57,

5    please, ma'am.  This will be Plaintiffs' Exhibit 50.

6         A    Is this one, 49?  Are we done with this

7    one, whichever one it was?

8         Q    Keep those -- the interrogatory

9    responses?

10        A    Yes.

11        Q    Just keep those out just in case so we

12   don't have to dig for them later.  Try to make it

13   easier on you.

14        A    I appreciate it.

15        Q    You want to have a second to review this

16   one?  It's a safety data sheet for PM-1400, which I

17   believe also you identified earlier as we sit here

18   today anyway as a C4, correct?

19        A    Correct.

20        Q    If you turn over to the top of the second

21   page, 2 of 8, do you see the hazard statements, the

22   very top of page 2 of 8?

23        A    Yes, sir.

24        Q    And it says:  Suspected of damaging

25   fertility or the unborn child?

1          A    Yes, sir, I see that.

2          Q    You see that.

3               Is that the type of information from

4     these MSDS's or SDS's, material safety data sheets or

5     safety data sheets, that Mohawk takes into account

6     when using these chemicals or materials?

7          A    Yes, sir.

8          Q    How so?

9          A    And certainly these are the kinds of

10    statements that we rely on our vendors to explain in

11    further detail to us exactly what -- what that's

12    relative to.  Is it relative to animal studies,

13    humans, etcetera, and then we would look for how if

14    we can safely use it to make sure we're not exposing

15    our workers to it.

16         Q    And so let's look over at section 13,

17    which as in a lot of these is the disposal

18    considerations on page 7 of 8.

19               And, again, it says:  Dispose -- skipping

20    to the first sentence but going to that full

21    paragraph:  Dispose of the waste product in a

22    permitted industrial waste facility, correct?

23         A    Correct.

24               (Whereupon, Plaintiffs' Exhibit No. 51

25         was marked for identification by the court

```
 1              reporter.)
 2    BY MR. WHITLOCK:
 3         Q    You can put that one aside.  And, Lacey,
 4    if I could get my doc 58, please, ma'am.  This will
 5    be Plaintiff's Exhibit 51.
 6              MR. SCRIBNER:  51?
 7              MR. WHITLOCK:  Mr. Williams, this is a
 8         safety data sheet for the Phoenix Chemical
 9         Prilox T formulation; is that correct?
10         A    Yes, sir.
11    BY MR. WHITLOCK:
12         Q    Okay.  I believe you testified earlier
13    that was a C6?
14         A    Yes, sir.
15         Q    Okay.  And if you look over on the second
16    page on section 6, the environmental precautions, do
17    you see that?
18         A    Yes, sir.
19         Q    The first sentence says:  Prevent further
20    leakage or spillage if safe to do so.  And then the
21    second sentence says:  Do not let product enter
22    drains, correct?
23         A    Yes, sir, specifically related to
24    accidental releases, yes, sir.
25         Q    Has Mohawk let this product -- put this
```

1    product into sewer drains at anytime?

2                MR. SCRIBNER:  Object to form.

3                You can answer.

4      A    Into our industrial sewer.  It goes to

5    our wastewater treatment provider.

6    BY MR. WHITLOCK:

7      Q    And that's a drain, correct?

8      A    It is a drain.  We would call it a drain

9    in the plant, yes, sir.

10     Q    So when it says do not let the product

11   enter drain, Mohawk is not following that, correct?

12                MR. SCRIBNER:  Object to form.

13                You can answer.

14     A    Sir, we would consider a process drain in

15   the plant part of our system.  Not the same thing as

16   a sewer drain that goes to a, you know, like

17   bathrooms or storm water.

18   BY MR. WHITLOCK:

19     Q    So, Mr. Williams, is what -- is it what

20   the manufacturer tells you, or is it what the

21   manufacturer tells you but tempered by what Mohawk

22   wants to do?  Which one is it?  You told me earlier

23   that you follow these things to the letter in the

24   handling, use and disposal of them and -- but then

25   we're reading these things and you're then trying to

1    qualify them.  So I'm trying to understand which one

2    it is.

3            MR. SCRIBNER:  I'm going object to the

4        form of the question.  This is just an

5        argument between two human beings and so if

6        you have a question, you should ask it but

7        if you're just going to argue with him over

8        your absurd interpretation of this

9        document, we're just wasting our time.  If

10       you have a question, please ask it.

11           MR. WHITLOCK:  Well, I think we can

12       all decide what's absurd.

13           Do you follow these to the letter or

14       does Mohawk make its own decisions about

15       which parts to follow and which parts not

16       to?

17       A    We follow these to the best of our

18   ability, sir.

19   BY MR. WHITLOCK:

20       Q    To the best of your ability.  Okay.

21   Section 8 on further down on -- doesn't have a page

22   number but it's the second page.  You see where it's

23   talking about PPE, personal protective equipment?

24       A    Yes, sir.

25       Q    And then for eyes, it says:  Splash

1  goggles and body, it says proper clothing and gloves

2  and it's also got some respiratory instructions.

3      A    Yes, sir.

4      Q    I believe, and obviously the record will

5  reflect this, and I'm not trying to characterize his

6  testimony but I believe you were here the other day

7  when Mr. Faircloth testified, correct?

8      A    I was, yes, sir.

9      Q    And didn't Mr. Faircloth testify that

10 Mohawk workers do not wear any PPE when handling

11 these materials?

12          MR. SCRIBNER:  Object to form.

13          You may answer.

14     A    Best of my recollection, Mr. Faircloth

15 was asked about what PPE was being worn by workers on

16 the process line and these materials would be handled

17 with these safety precautions when they were being

18 handled in bulk or in concentrated form such as the

19 totes they came in.

20          But as used in the manufacturing plant,

21 they're diluted in water to levels that do not

22 require this type of protection.

23 BY MR. WHITLOCK:

24     Q    So it's your testimony that when these

25 materials are being handled in bulk or in the totes

1    when they're completely sealed up, the Mohawk

2    employees wear PPE?

3        A    No, sir.  If they have to use the

4    material directly in concentrated form.  So if

5    someone needs to access a tote, open the tote in

6    order to pull a sample of the concentrated material,

7    we would expect them to have this PPE on.

8        Q    And where in section 8, exposure controls

9    personal protection, does it include the qualifier

10   that these PPE directions are only when dealing with

11   this chemical in concentrated form?

12       A    I do not see that it includes that

13   qualifier, sir.

14       Q    Thank you.

15            Mohawk could have incinerated these

16   chemicals after usage, correct?

17            MR. SCRIBNER:  Object to form.

18            You may answer.

19            MR. WHITLOCK:  Let me clarify that a

20        little bit.

21            THE WITNESS:  Help me with that.

22   BY MR. WHITLOCK:

23       Q    Sure.  That was -- that was a poor

24   question.  I apologize.  The -- the remnants if you

25   will of these chemicals that came off during the

1    manufacturing process that were discharged via

2    industrial wastewater into the Dalton POTW, the

3    publicly owned treatment works, Mohawk could have --

4    instead of discharging those, they could have

5    incinerated these chemicals as a few of these MSDS's

6    have recommended, correct?

7        A    No, sir, we have no capability to

8    incinerate.

9        Q    And what do you base that on?

10        A    My knowledge of our facilities.

11        Q    Is there -- you know where any

12    incinerator is in Whitfield County or nearby?

13        A    I do not know where an incinerator is in

14    Whitfield County.  Possibly could be one but I've

15    never looked into it, no, sir.

16        Q    Did Mohawk ever do any type of

17    investigation or evaluation into whether these

18    chemicals as we're discussing them in the

19    manufacture -- as used in the manufacturing process

20    should be incinerated?

21        A    Not to my knowledge.  I believe our

22    discussions were related to working with our

23    suppliers to make sure that we understood that these

24    materials could be safely discharged in our

25    wastewater.

1       Q    And on any of -- on either exhibits,

2    these past few exhibits I've shown you, 49, 50 and

3    51, where does it say that they could be safely

4    discharged into wastewater?

5       A    Sir, repeat that again, please.  Which

6    page you want me to look at?

7       Q    I want you to tell me where on either of

8    these past three exhibits, which I think have been

9    49, 50 and 51, the two -- the PM-1680 MSDS, the

10   PM-1400 SDS and the Prilox TSDS, where in any of

11   those three documents does it say these chemicals can

12   be safely put into the sewer?

13      A    Sir, again, I think that we had this

14   conversation yesterday around what we know, what

15   we're permitted to do, our permits outlined to us

16   things that are not --

17      Q    That's not my question.

18           MR. SCRIBNER:  Hold on.  He's still

19      answering.  You can't cut him off.

20           MR. WHITLOCK:  If he's not answering

21      my question, I think I can.

22           MR. SCRIBNER:  Well, you don't like

23      his answer and I understand that.

24           MR. WHITLOCK:  Well, it's not

25      responsive, Doug.  That's the problem.

```
 1                    MR. SCRIBNER:  It is responsive.  I
 2         disagree.
 3                    MR. WHITLOCK:  Go ahead, Mr. Williams.
 4         A    So -- so we're informing to you is that
 5    the documents don't outline that we cannot discharge
 6    it to an industrial treatment facility, which we do.
 7    And that we in conversations with both our utility
 8    provider and the manufacturers determine that it was
 9    acceptable to allow the small amounts that did not go
10    in the product to travel with the industrial
11    wastewater.
12    BY MR. WHITLOCK:
13         Q    Go back to Exhibit 49, which was the MSDS
14    for PM-1680, page 5 of 7, section 13, disposal
15    considerations?
16         A    (Witness complies with request of
17    counsel.)
18         Q    Are you there?
19         A    Yes, sir.
20         Q    Waste disposal method:  Incinerate in an
21    industrial commercial facility in the presence of a
22    combustible material, correct?
23         A    That's what it says about this product in
24    concentrated form, sir.
25         Q    Where does it say in concentrated form?
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

Jim Williams Vol. II on 07/02/2021

```
 1        A     I believe this to be an MSDS sheet about

 2    the material as I procure it from 3M, not an MSDS

 3    sheet about the material as it has been mixed to

 4    apply.

 5        Q     And that's just your interpretation,

 6    right?

 7        A     Yes, sir.

 8        Q     So tell me which manufacturers you have

 9    had specific conversations with about disposal of

10    these chemicals via your manufacturing process and

11    what they've told you.

12        A     So specifically we've had conversations

13    with DuPont, 3M, Daikin, Phoenix, possibly others,

14    over the course of time about how to safely use the

15    materials.  As we've testified earlier, they were in

16    our plants routinely.  They not only supplied the

17    materials.  They gave us recipes on how to use them.

18    In some cases, they provided the equipment to apply

19    it.

20        Q     Can you give me some dates on these

21    conversations?

22        A     These conversations would have been

23    ongoing over our entire course of using it but

24    certainly when we were making product transitions,

25    for example, from C8's to C6's, at those points in
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

```
 1    time, these were the types of subjects that would
 2    have been discussed.
 3         Q    Are there any documents reflecting these
 4    conversations?
 5         A    Not that I'm aware of.
 6         Q    So it's your testimony there are no
 7    documents where 3M or DuPont or Phoenix Chemical is
 8    telling you it's okay to dispose of this stuff in
 9    wastewater, which is contrary to the MSDS's I would
10    note?
11              MR. SCRIBNER:  Object to the form of
12         the question, particularly that last part
13         which is pure argument.
14              I direct you not to answer that.
15              Please rephrase.
16              MR. WHITLOCK:  Would you read that
17         question back, please.
18              (Whereupon, the Court Reporter read
19         the record:  Question:  So it's your
20         testimony there are no documents where 3M
21         or DuPont or Phoenix Chemical is telling
22         you it's okay to dispose of this stuff in
23         wastewater, which is contrary --)
24              MR. WHITLOCK:  Okay.  That's fine.
25              So is that your testimony,
```

1          Mr. Williams, that Mohawk has no documents
2          whatsoever where any of these suppliers
3          that you just mentioned, 3M, DuPont,
4          Phoenix Chemical, Daikin or otherwise, told
5          Mohawk that it was okay to dispose of these
6          chemicals in industrial wastewater.
7      A    I'm not aware of any documents.
8  BY MR. WHITLOCK:
9      Q    And so, of course, you would want --
10 Mohawk would want to cooperate fully with DuPont and
11 3M, Phoenix Chemicals and others in terms of, you
12 know, giving them information about your industrial
13 wastewater, where it's going, things like that,
14 right?
15     A    We would communicate with them where our
16 wastewater went, yes, sir.
17     Q    And you want to give them all the
18 accurate information so that they could then give you
19 the best information in return?
20          MR. SCRIBNER:  Object to form.
21          MR. WHITLOCK:  Correct?
22          MR. SCRIBNER:  What information?
23     Accurate information?  Object to form.
24          You may answer.
25          MR. WHITLOCK:  How you -- how you are

1    disposing of the chemicals, where it's

2    going.

3          MR. SCRIBNER:  Object to form.  You've

4    answered this three times.

5          He literally has answered this now

6    three times in terms of the fact that they

7    are there in the plant and they know

8    precisely where the water is going.  And

9    you've established that there's no written

10   agreement on that.  I think we can move on.

11         MR. WHITLOCK:  Okay.  We'll do it your

12   way.  This will be Plaintiffs' Exhibit 52.

13         MS. JAMES:  Mr. Whitlock, what was the

14   number on your tabs?

15         MR. WHITLOCK:  I apologize.  Thank you

16   for reminding me, Lacey.  This is doc 69.

17   Let me make sure on that.

18         MR. SCRIBNER:  And Exhibit 52?

19         MR. WHITLOCK:  Yes.

20         MR. SCRIBNER:  Thank you.

21          (Whereupon, Plaintiffs' Exhibit No. 52

22    was marked for identification by the court

23    reporter.)

24         MR. WHITLOCK:  Yes, Lacey, doc 69.

25   Series of e-mails here between Mohawk and

```
 1          3M including yourself, Mr. Williams.  I'll

 2          give you a minute to look through this.

 3                  Do you recall this?

 4      A    I haven't finished reading it.

 5   BY MR. WHITLOCK:

 6      Q    Sure.  Just let me know when you're

 7   finished.

 8      A    Yes, sir.

 9      Q    Okay.  So generally this is a -- some

10   e-mail correspondence back and forth between 3M and

11   Denise Wood and yourself at Mohawk in February of

12   2015, correct?

13      A    Yes, sir, I believe that's correct.

14      Q    And if you look on the bottom of the page

15   that has the -- ends in the Bates-stamped 532?

16      A    Yes, sir.

17      Q    And that's where Jay -- can you pronounce

18   his last name for me?

19      A    Nierengarten.

20      Q    Nierengarten.

21          Mr. Nierengarten sent you an e-mail and

22   said:  We are working on an EPA profile for our new

23   chemicals and I have a couple of questions I was

24   hoping you could answer or direct me to someone who

25   can.  The questions are in regards to the Antioch
```

1   Road, Duval Road, Industrial Park and Lyerly plants,

2   correct?

3        A    Yes, sir.

4        Q    And the questions he's -- he's getting at

5   as you look through the chains, the e-mail chain,

6   he's trying to figure out your -- your -- the MPDS

7   permits for the -- for the POTW where you're

8   discharging is essentially the information he's

9   asking for, correct?

10       A    That is one of the items he's asking for,

11  yes, sir.

12       Q    Right.  And then I think he also was

13  interested in -- in Mohawk's industrial discharge or

14  pretreatment permits, correct?

15       A    Yes, sir.

16       Q    Okay.  So before we move on, though, when

17  he talks about profile for our new chemicals, what

18  were those new chemicals at this time?

19       A    In 2015, I would have to review exactly

20  which ones they were talking about, whether it was an

21  improved version of one of their steam blockers or

22  fluorochemicals or if they were asking us to look at

23  a new non-fluorine treatment by that time.  My

24  supposition is they would probably bring us an

25  improved product of some type.

1     Q    And then the page ending in 31, Denise

2     responds to Mr. Nierengarten, and says:  Jay, the

3     pretreatment permit numbers are just internal to

4     Dalton Utilities, not Georgia EPD, why do you need

5     them, correct?

6     A    Correct.

7     Q    And he responded to Denise and if you

8     could back on the previous page ending in 30 at the

9     bottom and said, I'm working with our regulatory

10    person who has stated that EPA will probably want the

11    POTW as well as the MPDS number for the plants that

12    drain into sewers that contain our materials,

13    correct?

14    A    Yes, sir.

15    Q    And Denise responded:  Good morning, Jay.

16    I've never had a chemical vendor ask for Mohawk

17    permit information before, and though we are in

18    compliance with our pretreatment direct discharge

19    permits, I am not comfortable with the possibility of

20    additional scrutiny of our sites by USEPA.  Jim,

21    asking you who's -- who was also sent -- a recipient

22    of the e-mail:  What is the 3M chemical being

23    considered and has environmental received an approval

24    request and chemicals of concern sheet, right?

25    A    Yes, sir.

1      Q      Okay.  Why is -- why is Mohawk and here

2   Denise Wood not comfortable with the possibility of

3   additional scrutiny of our sites by EPA?

4           MR. SCRIBNER:  Object to form.  You

5      may answer.

6      A      I think you'd have to ask Ms. Wood that

7   question.  I don't --

8   BY MR. WHITLOCK:

9      Q      Well, I'm asking you Mohawk.

10     A      I do not know what would have been her

11  objection at this point.

12     Q      What was she -- she's referencing

13  additional scrutiny.  What was the other scrutiny of

14  your sites --

15          MR. SCRIBNER:  Same objection.

16          You may answer.

17          MR. WHITLOCK:  -- by EPA?

18          MR. SCRIBNER:  Sorry.  Same objection.

19          You may answer.

20     A      I'm not -- I'm not aware of other

21  scrutiny of our sites in February of 2015.

22  BY MR. WHITLOCK:

23     Q      And then you -- and then looks like at

24  the top of page, the Bates-stamped 30, you responded

25  to somebody else at 3M, an EM Ruppert.

1              Who is that?

2        A    Eric Ruppert was our sales representative

3    at the time.

4        Q    So you're getting -- you're going away

5    from the technical guy and going to your sales rep

6    and just put five or six question marks, correct?

7        A    Yes, sir.

8        Q    What did you mean by that?

9        A    That if there was a need for definitive

10   chemical information, that we would have to get it

11   from them.

12       Q    And then if you look on the page ending

13   in 29, is it Mr. Ruppert?

14       A    Mr. Ruppert.

15       Q    Ruppert, excuse me.  Thank you.

16            He responded to your -- the e-mail we

17   just referenced with the question marks and says:

18   Apparently our -- for our new filing with the EPA for

19   any new products, we have to somewhat know where our

20   chemical is being used and where or how it will be

21   processed, correct?

22       A    Correct.

23       Q    And then your response to him right above

24   that is:  Okay, POTW, Dalton Utilities, should be

25   enough.  Probably, in quotes, doesn't warrant

```
 1   activity.  Do you absolutely positively have to have

 2   it, correct?

 3       A    Yes, sir.

 4       Q    Mr. Williams, what was the problem with

 5   giving 3M this information?

 6       A    At this time in 2015, I would not have

 7   been the one trying to make that determination.

 8   Ms. Wood would have been.  I don't know.  I was

 9   supporting her position.  It was hers to --

10       Q    You just said probably doesn't warrant

11   activity, right?

12       A    Yes, sir.  Probably in reference to

13   something that was in a phone conversation or

14   something else.  I'm not sure I have the context for

15   that probably in front of me.

16       Q    So 3M doesn't even know where Mohawk

17   discharges its industrial wastewater, does it?

18            UNIDENTIFIED SPEAKER:  Of course it

19       does.

20            MR. SCRIBNER:  Object to form.

21            You may answer.

22       A    Can you rephrase the question, please.

23   BY MR. WHITLOCK:

24       Q    Does 3M know where Mohawk discharges its

25   industrial wastewater?
```

 1        A    They do know, yes, sir.

 2        Q    **They do know but they're asking here why?**

 3        A    They're asking for some detailed

 4   information about where the wastewater goes that I'm

 5   not privy to the decisionmaking process at the time

 6   as why Ms. Wood did not want to share.

 7        Q    **And you've -- there's been a lot of**

 8   **testimony and you've testified a lot about how much**

 9   **Mohawk relies on the manufacturers, correct?**

10        A    That's correct.

11        Q    **And in order for Mohawk to rely on the**

12   **manufacturers, would you agree with me you've got to**

13   **give them good information?**

14        A    Yes, sir.

15        Q    **But certainly information they request?**

16        A    I think we did give them good

17   information.  Information they already knew.

18        Q    **Why didn't you want to give them your**

19   **permit numbers?**

20        A    Again, I think I've answered that

21   question.  That would be Ms. Wood would have been the

22   one obviously made that decision.  I do not know.

23        Q    **I'm asking you as Mohawk.  Why didn't**

24   **Mohawk want to give 3M its industrial permit?**

25        A    And I'm answering.

```
 1          MR. SCRIBNER:  Hold still.  Hold
 2   still.  Hold still.  Hold still.  I'm going
 3   to object to the form of the question.  He
 4   has been designated as the corporate
 5   representative to testify on certain
 6   topics.  That doesn't mean that he can
 7   speculate on every single document about
 8   decision processes made six years ago.
 9   That's unfair.  So I object to it.
10          You may answer.
11          THE WITNESS:  And my answer was going
12   to be at the time Ms. Wood would have been
13   the person in the corporation that would
14   have been responsible for making that
15   decision and we can see what the decision
16   apparently was, but we do not have the
17   background as to why or how it was made.
18          MR. WHITLOCK:  Okay.  Let's take a
19   five-minute break.
20          THE VIDEOGRAPHER:  This is the end of
21   Media 1.  The time is 10:10 a.m.  We're now
22   off the record.
23          (Whereupon, the video camera was
24   turned off.)
25          (Whereupon, a brief recess was taken.)
```

```
 1                  (Whereupon, the video camera was

 2          turned on.)

 3                  THE VIDEOGRAPHER:  This is the

 4          beginning of Media 2.  The time is

 5          10:27 a.m.  We're back on the record.

 6  BY MR. WHITLOCK:

 7          Q    So Mr. Williams, just to wrap up this

 8  line of questioning on Plaintiff's Exhibit 52, in

 9  these e-mails, Mohawk did inform 3M that the

10  industrial wastewater was going into the Dalton POTW,

11  correct?

12          A    Correct.

13          Q    And would it be a fair statement to say

14  that since 1986 all of Mohawk's suppliers, not just

15  limited to 3M, 3M, DuPont, Daikin, on down the list,

16  have all known that Mohawk has been discharging

17  industrial wastewater into the Dalton POTW?

18          A    Correct, sir.

19          Q    Okay.  Thank you for that.  Mr. Williams,

20  I want to talk to you a little bit more -- explore a

21  little bit more Mohawk's purchase history of PFOS

22  materials over the years.  In terms of what -- and

23  I'm not trying to be -- make any derogatory

24  statements about the document production just for the

25  record.
```

1           But what we have -- what we -- the

2    documents we've been given to date, for example, for

3    3M, we just have some records that don't seem

4    complete from 1998 to 2012.

5           Am I correct when I would -- if I would

6    ask you that Mohawk's relationship with 3M has -- has

7    gone on longer than just 1998 to 2012, correct?

8        A    I believe it has, yes.

9        Q    Okay.  And we might have been through

10   with this Mr. Friedman yesterday, so I'm not trying

11   to go back over old ground.

12          But do you have a rough estimate on what

13   the time frame of Mohawk's business relationship with

14   3M is?  How far it goes back?  And I think it

15   continues, correct?

16       A    It continues today, yes, sir.

17       Q    And in terms of how far it goes back do

18   you know --

19       A    I really don't know.

20       Q    You think it would be into the '80s?

21       A    I would think so.

22       Q    And if we were wanting to talk to someone

23   who had more knowledge about the purchase orders, who

24   would you recommend that we talk to?  Is there a

25   custodian of those -- of purchase orders for example?

1      A    So you're looking for the current

2  organization, who in the corporation.  It's Jill

3  Schubert is head of our purchasing right now.

4      **Q    Could you spell her last name, please,**

5  **sir?**

6      A    I'll get it right.  I can look it up.

7      **Q    I don't feel bad for asking when you have**

8  **to look it up.**

9      A    S-C-H-U-B-E-R-T, I believe, is the

10  correct spelling.

11      **Q    B-E-R-T?**

12      A    B, as in boy.

13      **Q    So she is currently -- tell me -- and**

14  **tell me what her position is?**

15      A    I believe she's currently our vice

16  president of purchasing.

17      **Q    Anybody else?**

18      A    In her department, Ms. Angie Parrish.  I

19  think her name is noted somewhere else in these

20  documents as well.

21      **Q    I believe you're correct about that.  And**

22  **kind of the same question for DuPont.  I believe**

23  **right now we've only been given some documents from**

24  **1998 to '99.  And again, I just want to make sure I**

25  **understand that.  That relationship has been going on**

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)                   Jim Williams Vol. II on 07/02/2021                   Page 334

```
 1   much --
 2        A    Yes, sir, I think so.
 3        Q    -- longer than that, correct?
 4        A    Yes, sir.
 5        Q    And again, if you have just --
 6        A    DuPont.  When you say DuPont, I assume
 7   you mean DuPont and Invista or (inaudible).
 8        Q    Well, we -- and I was going to get to
 9   Invista next.
10        A    Okay.  Yeah.
11        Q    So if we're just talking DuPont --
12        A    DuPont, yes, sir.
13        Q    Could you give me -- and again, you know,
14   not going to hold you strictly to this, but the rough
15   time periods of what that relationship's been?
16        A    For quite a long time as you're aware of
17   maybe bought fiber from them back into the '80s.  We
18   do business with them -- yeah, I think -- I think
19   that's getting ready to change.  I think that
20   business unit is going to sell but...
21        Q    '80s to the present with the possibility
22   of -- understood.  And then Invista, I think, we
23   have -- well, we don't have any specific purchase
24   orders.  We have some documents from 2003, 2007 and
25   '8 and 2012.
```

1             Does that seem like the only time periods

2    where Mohawk did business with Invista?

3        A    I think a more accurate description is

4    when DuPont spun off Invista we continued to do

5    business with Invista and do so today.

6        Q    And kind of the same question with

7    ArrowStar.  Again, we don't have any specific

8    purchase orders at the time or at this time.  We have

9    some kind of generic documents from 1999 to 2002,

10   2004 to 2006 and 2009 to 2011.

11            Do you have -- can you tell me your

12   understanding of how long Mohawk has had a business

13   relationship of buying PFOS from ArrowStar?

14       A    And again, there's Arrow and Star and

15   then became ArrowStar.

16       Q    Right.  Arrow Engineering and Star

17   Chemical?

18       A    Correct.  I'm not -- in my recollection,

19   it would have gone back into the 2000s, but I'm not

20   aware of it in the '90s.

21       Q    And does that continue to present?

22       A    No PFOS material.

23       Q    Understood.  Or up to --

24       A    We still -- they still supply us, yes,

25   sir.

30(b)(6)                                                          Page 336

```
 1        Q     And PFOS up until 2019?
 2        A     I think we stopped with some of their
 3   materials earlier than that, but it was just we chose
 4   a different supplier's material.
 5        Q     And then the kind of the same questions
 6   for Daikin.  We have a few kind of blanket documents
 7   from 2004 to 2011 and then 2015.  Can you tell me
 8   your understanding of --
 9        A     Yes.  I thought I mentioned yesterday
10   that we've done business with Daikin on and off.
11   They've not always had a position as a supplier with
12   us, but we consider them a good supplier.  We do use
13   them routinely, have used them quite a bit in the
14   past.
15        Q     Used them before 2004?
16        A     I don't recall using them before 2004,
17   no, sir.
18        Q     So that seems like an accurate --
19        A     That's about when they came into the
20   industry, yes, sir.
21        Q     And did you continue to use Daikin for
22   PFOS, the short chains, up until 2019?
23        A     I believe we did, yes, sir.
24        Q     And do you know are y'all still using any
25   Daikin chemicals today?
```

1          A    I don't think currently.

2          **Q    Same questions on Clariant.  Again, we've**

3    **just got kind of some general documents for 2007 and**

4    **2008.**

5          A    So Clariant, they've never achieved a

6    very strong position with us.  We did buy a little

7    bit of material at one point in time.  We've run

8    samples from time to time over the years, but they've

9    never been a very significant supplier to us.

10         **Q    And would the 2007/2008, does that sound**

11   **about right that that might be --**

12         A    That sounds about right.

13         **Q    And then what about Phoenix Chemical?**

14   **The years that I've seen some documents that have**

15   **been produced from are 2014 and 2015.**

16         A    So they supplied us a number of chemicals

17   through the years.  Mostly what I would refer to as

18   dye auxiliaries that would not be PFOS materials.

19   We've done business for a long time, and then

20   occasionally they did some business with us that did

21   have some PFOS materials.

22         **Q    And would business relationship between**

23   **Mohawk and Phoenix Chemical have started prior to**

24   **2014?**

25         A    Yes, sir, I think so.

```
 1        Q     Okay.  What's your best guess on when
 2   that would have started?
 3        A     Sometime in the early 2000s.
 4        Q     And is that still -- is that had an
 5   ongoing relationship today generally?
 6        A     It's Polyventive.
 7        Q     Right.
 8              THE COURT REPORTER:  I'm sorry, say
 9        that again.
10              THE WITNESS:  Polyventive, they
11        changed names.
12   BY MR. WHITLOCK:
13        Q     They've changed names several times, I
14   think, haven't they?
15        A     (Witness nods head affirmatively.)
16              MR. WHITLOCK:  Go off the record just
17        real quick.
18              THE VIDEOGRAPHER:  The time is
19        10:37 a.m.  We're now off the record.
20              (Whereupon, the video camera was
21        turned off.)
22              (Whereupon, a brief recess was taken.)
23              (Whereupon, the video camera was
24        turned on.)
25              THE VIDEOGRAPHER:  The time is
```

```
1              10:40 a.m.  We're back on the record.

2    BY MR. WHITLOCK:

3         Q    So Mr. Williams, in this litigation, 3M

4    has produced a document to us.  It's a spreadsheet of

5    sales to -- not only to Mohawk but to multiple of

6    its -- of its customers, to many of its customers

7    listing out amounts and dollar figures of sales of

8    PFOS chemicals between 1995 and 2018.

9              And just for purposes of the record, I'd

10   represent to you that I have sorted that spreadsheet

11   just to bring it down into the Mohawk entities and

12   specifically the three facilities that are active in

13   Whitfield County and actively discharging into the

14   Dalton POTW.  You know those facilities, the Antioch

15   Road?

16        A    Yes, sir.

17        Q    The Industrial Park and the Durkan

18   facility?

19        A    Yes, sir.

20        Q    At least in terms of where these products

21   were delivered, is it safe to say if they were

22   delivered to a certain facility that's most likely

23   where they were used?

24        A    Correct.

25        Q    Okay.  And based on --
```

1              MR. MARMINS:  If you're not going to

2        enter the exhibit, could you at least give

3        us the Bates number.

4              MR. WHITLOCK:  Yes, I can.  The Bates

5        on this is 3M-AL-GA_00206822.

6              MR. MARMINS:  Thank you.

7              UNIDENTIFIED SPEAKER:  Can you repeat

8        that Bates number again, please?

9              MR. WHITLOCK:  3M-AL-GA_00206822.

10             MS. JAMES:  Is this number 30 in your

11       tabs?

12             MR. WHITLOCK:  Yes, ma'am, it is.

13  BY MR. WHITLOCK:

14       Q    And so, Mr. Williams, I'll represent to

15  you that when I sorted it as we had just discussed --

16       A    Yes, sir.

17       Q    -- again, it showed that Mohawk's

18  purchases from 3M between 1995 and 2018 for the three

19  facilities in Whitfield County came up to 10,274,765

20  pounds of PFOS materials.

21             Again, assuming -- I mean I understand

22  you don't have the document in front of you, but

23  assuming that I've represented that right, do you

24  have any reason to dispute that number?

25       A    So I would not know that number

1  accurately today.  We have some ability to look it

2  up, but we would suggest that 3M's records might be

3  better than ours.

4       Q    And you say that Mohawk has some ability

5  to look it up.  How would you do that?

6       A    You showed me some purchase records

7  earlier today.  We would have some records like that

8  that we'd use to try to find it to the best of our

9  ability.

10      Q    Okay.  Do you know if those documents

11  have been produced in this litigation by Mohawk?

12      A    My expectation -- I'll ask my attorney.

13  He's much more involved in --

14      Q    Sure.

15      A    -- document production --

16      Q    Sure.

17      A    -- than me.

18      Q    And I'm asking you.

19      A    Right.

20      Q    I'm just asking you if you know?

21      A    Sure.  I don't know if they were or not.

22      Q    Okay.  And the capability to do that

23  would be in the purchasing department?

24      A    Yes, sir.

25      Q    Is that accurate?  Okay.

 1              And so am I correct that Mohawk maintains

 2      summaries of purchases in addition to the purchase

 3      orders, some of which we looked at earlier?

 4          A    Correct.

 5          Q    Okay.  And we'd just ask if -- obviously,

 6      if your counsel agrees that if you would work with us

 7      on getting us those summaries, we'd appreciate it.

 8          A    Okay.

 9          Q    Thank you.

10              MR. SCRIBNER:  Jamie, we will pull

11          what we have.

12              MR. WHITLOCK:  Sure.  Sure.

13              MR. SCRIBNER:  I don't know that it

14          goes back as far as y'all are going to

15          want.  But we'll -- whatever we have we'll

16          give you.

17              MR. WHITLOCK:  And that's all we can

18          ask.  Thank you, Doug.

19              MR. LUTZ:  Back to the '50s.

20      BY MR. WHITLOCK:

21          Q    And the -- and the same goes for DuPont

22      as well?

23          A    Yes, sir.

24          Q    Or any other suppliers?

25          A    Yes, sir.

1        Q    Thank you.

2             Mr. Williams, do you have what was

3    marked -- I believe it was during Mr. Faircloth's

4    deposition.  It seems like a long time ago, doesn't

5    it?

6        A    It does.

7        Q    As Plaintiff's Exhibit 10.  The title of

8    the document was the -- looks like (inaudible) had it

9    ready for you.  Have you reviewed this?

10       A    I have seen this document before.  I

11   wouldn't say that I've reviewed it.  I'm aware of it.

12       Q    You saw it before the other day you had

13   seen it?

14       A    I've seen this, yes.  In my history, I've

15   seen this before, yes, sir.

16       Q    I appreciate that.

17            And so if you flip over there on that

18   first page which is -- it's kind of a strangely

19   formatted document.  But on the page with the table

20   of contents down at the bottom left-hand corner, it

21   says it was published in December of 2018, correct?

22       A    Embarrassingly, sir, even my cheaters I

23   cannot read that.

24       Q    Mr. Williams -- I will accept your

25   word --

```
 1          A    I'm not --
 2          Q    -- for it.  That's okay.  I'm not far
 3    from you and, yeah, it might -- I might have read it
 4    better at another time.  But it does say December of
 5    2018.
 6          A    I'll accept that.
 7          Q    Sure.  And then down on page -- it's got
 8    a page 5 in the lower right-hand corner, which is the
 9    next page in the document I have.
10               Do you see that?  It says about this
11    research.
12          A    Help me find it.  I see a five in the
13    lower right-hand corner, but you may be on the page
14    that's marked four in the lower left-hand corner.
15          Q    It is.  Yes, I apologize.
16          A    This report is based on research by?
17          Q    Right.
18          A    Yes, sir, I see that.
19          Q    Right.  And I'll probably not do a great
20    job of this, but Vrije University in Amsterdam,
21    report is based on research by Vrije University in
22    Amsterdam, the Ecology Center and the University of
23    Notre Dame, correct?
24          A    I will accept that, yes, sir.
25          Q    And then it goes on down and it lists for
```

```
 1    the Amsterdam University Pim Leonards, who is a
 2    professor in environmental bioanalytical chemistry
 3    who has more than 20 years of experience in studies
 4    related to environmental chemistry, analytical method
 5    development, indoor exposure assessment and
 6    metabolomics.  He has published more than a hundred
 7    peer-reviewed articles on the topics of environmental
 8    chemistry, analysis, ecotoxicology and metabolomics.
 9              You see that?
10       A    I will again acknowledge that I cannot
11    read that, but I -- I followed along with you and I
12    think you're reading it correctly.
13       Q    Fair enough.  It also -- under that it
14    references a -- and I apologize again, I'm probably
15    not pronouncing these names correctly, a Sicco
16    Brandsman, Ph.D., who performs research on emerging
17    chemicals and fast-screening methods, and then a
18    Mrs. Ike van der Veen, who has worked for years on
19    the analysis of per- and polyfluorinated compounds.
20              Then goes on to talk about folks at the
21    ecology center and the University of Notre Dame.  But
22    I'm not going to take our time this morning to...
23              If you flip over to page 6, do you see
24    the big header executive summary?
25       A    Yes, sir.
```

1        Q    And I'll just read that quickly:  About

2    this report, it says the objective of this

3    investigation was to provide a snapshot of the toxic

4    substances present in carpet sold by some of the

5    largest carpet manufacturers in the United States.

6    Products from each company were tested.  This report

7    summarizes the findings and of these tests and

8    compares them to the companies' marketing claims as

9    well as to regulatory requirements and certifications

10    standards.

11            Again, fair enough?

12        A    Fair enough.

13        Q    Okay.  So let's see, on -- going on down

14    over to page, it would be, 8, I believe, do you see

15    the heading Key Findings?

16        A    Yes, sir.

17        Q    And if you go down to the third full

18    paragraph that starts with per- or polyfluoroalkyl

19    substances, do you see that?

20        A    I do.

21        Q    And it says per- or polyfluoroalkyl

22    substances or PFAS or the presence of total fluorine

23    were detected in six of the 12 carpets tested.  PFAS

24    are a large class of chemicals.  These substance have

25    attracted attention in recent years due to their

1    persistence in the environment and suspected -- and

2    then a parenthetical -- and in some cases confirmed,

3    end parenthetical, health impacts.  Perfluorooctanoic

4    acid, PFOA, and perfluorooctanesulfonic acid, PFOS,

5    are suspected carcinogens, toxic to reproduction and

6    may cause developmental disorders.  PFHxA, PFBA and

7    PFBS are potential endocrine disruptors.  PFHxA and

8    PFHpA are suspected of harming developing fetuses.

9    In a number of carpets, more than one PFAS was

10   detected.

11              Did anything I read there sound wrong to

12   you?

13        A    No, sir.  I think that's what's written

14   there.

15        Q    Okay.  So let's flip over to page 34 and

16   35.  And so obviously -- and we've touched on this

17   earlier, Mr. Friedman asked you a fair amount of

18   questions and we spent some time yesterday talking

19   about the results of sampling of Mohawk's industrial

20   wastewater discharge into the Dalton POTW and the

21   presence or not of PFAS in those discharges, correct?

22        A    Yes, sir.

23        Q    So I want to -- this is a little bit

24   different, so I want to ask you a few questions on --

25   on the testing of Mohawk carpets themselves.

1              Let me first ask you this question:  Has

2    Mohawk to your knowledge ever -- ever done any

3    testing of its carpet itself for the presence of

4    PFAS, its carpet fibers?

5         A    So we have tested our carpet fibers for

6    the presence of fluorine.

7         Q    And tell me when that was.

8         A    We've had that capability in our internal

9    lab I want to say probably since the early to mid

10   2000s.

11        Q    And how often is that done or has it been

12   done?

13        A    I would say it was in a test that was --

14   it was not routine, but it was probably done several

15   times a week maybe.

16        Q    And -- and for what time periods?

17        A    So those time periods would have been

18   from the early 2000s up until -- we still had that

19   capability up until 2019.

20        Q    And was that testing going on for that

21   entire time from the early --

22        A    From time to time.  It's what we would

23   describe as ad hoc testing.  It was not on any kind

24   of schedule.

25        Q    And being ad hoc testing, what would

1    prompt -- what would prompt the testing?

2        A    So we would do that testing in order to

3    try to validate that we were getting fluoropolymers

4    appropriately applied to the carpet to make sure that

5    we were -- we call it exhausting the materials

6    successfully onto the carpet.

7            There were some specifications in the

8    marketplace such as Antron fiber that required us to

9    try to meet a minimum amount or a target amount of

10   fluorine.  And we would test from time to time to

11   make sure we were getting the target amount that we

12   had been told to put on.

13       Q    Or perhaps with Stainmaster carpets since

14   you had the warranty issues and what not, would you

15   also do it with the those type of carpet?

16       A    Occasionally, yes, sir.

17       Q    Okay.  And would the -- would the results

18   of these fluorine tests have been reported -- I

19   imagine they would have been -- would they have been

20   reported internally in the company?

21       A    They would have been reported internally

22   in the company and possibly externally too.

23       Q    Okay.  So who internally would have

24   gotten those reports?

25       A    Typically, those reports would have gone

 1    to a dye technical manager, possibly a coating

 2    technical manager or site manager of that site.

 3         Q    And then what about externally?

 4         A    We would share those sometimes with our

 5    suppliers in conversations around making sure that we

 6    were using the material and successfully.

 7         Q    Ever any further than the suppliers?

 8         A    Not to my knowledge.

 9         Q    Okay.  And I believe yesterday at the

10    beginning of your testimony -- and I apologize, I

11    don't remember the exact context -- you testified you

12    had talked to somebody in preparation for your

13    testimony about a specific --

14         A    Yeah, Mr. Hall.  Yes.

15         Q    On fluorine testing?

16         A    Yes, sir.

17         Q    And what was that detail?

18         A    I just wanted to refresh my memory that I

19    recalled exactly how that test was run in case

20    someone asked.

21         Q    And that gentleman's name again was

22    Mr. Hall?

23         A    Hall, H-A-L-L.

24         Q    First name?

25         A    Matthew.

1      Q    And what is Mr. Hall's position?

2      A    He's our laboratory supervisor.

3      Q    And where is the laboratory that does

4    this fluorine testing?  Where is it located?

5      A    Lyerly, Georgia.

6      Q    And in your capacity at Mohawk, are you

7    the -- are you the supervisor of this lab?

8      A    Yes, sir.  The laboratory reports to me

9    today.

10      Q    Okay.  So looking back at Exhibit 10 on

11   page 34, and I know -- I apologize again, this is

12   hard to read.  But at the top, there it's got a

13   section 324 Mohawk.  And I'll just read that.

14           It says:  Mohawk is one of the largest

15   carpet manufacturers in the world.  It sells

16   residential and commercial carpet and its annual

17   revenue is U.S. $9.5 billion.  The company is

18   headquartered in Dalton, Georgia and sells carpet in

19   the U.S. under the brand names Mohawk, Karastan, IVC,

20   PERGO, Quick-Step, Durkan and Mohawk Group.

21           Do those brand names all sound correct to

22   you?

23      A    No, sir.  I don't think some of those are

24   carpet brand names.  They're all Mohawk brand names

25   but not all carpet.

```
 1        Q     Okay.  What kind of brand names would

 2    they be?

 3        A     IVC would refer to our resilient flooring

 4    business.  PERGO is a reference generally to our

 5    wooden laminate business.  (Inaudible) is also wooden

 6    laminate.

 7        Q     So tile or laminate, just other -- other

 8    flooring?

 9        A     Yes.

10        Q     Okay.  Fair enough.  So let's go down to

11    section 3.241 or actually -- I'm sorry, before I get

12    there, let me read the last part of that first

13    section.

14              It says:  The Mohawk products chosen for

15    testing were Bigelow, a low cost and popular Mohawk

16    carpet, and Air.o, and it's got a parenthetical, Eco,

17    which is in quotes, choice using fully recycled

18    fiber.

19              Does that -- does that statement ring

20    true to you?

21        A     Yes, sir, I think that's --

22        Q     Okay.

23        A     -- fair.

24        Q     Fair enough.  And then so going into the

25    Bigelow carpet in that section 3.241 on page 34, it
```

1    says the Bigelow Mindful is a commercial carpet with

2    a face fiber made from EnviroStrand, PET, containing

3    up to 100 percent recycled content.

4              Does that sound accurate to you?

5        A    It does.

6        Q    And then it says:  It has a WeldLok

7    Unitary (SBR) backing and is advertised as having a

8    finish of Sentry Plus stain repellant.

9              Does that sound accurate to you?

10       A    It does.

11       Q    Okay.  Tell me about the Sentry -- what

12   you know about the Sentry Plus stain repellant.

13       A    Sentry Plus is a brand name.

14       Q    Sure.

15       A    It's a moniker.  It means that the carpet

16   would have stain and soil protection added to it.

17       Q    And would the Sentry Plus contain PFOS to

18   your knowledge?

19       A    The Sentry Plus would contain PFOS, yes.

20       Q    Is the Sentry Plus stain repellant still

21   used today in Dalton?

22       A    I believe the moniker Sentry Plus is

23   still active at Mohawk.

24       Q    That last sentence there says:  The

25   carpet has CRI green label plus certification and a

```
 1   Declare label that states it is red list free.
 2              So let me break that up into two
 3   questions.  Can you tell me what the CRI green label
 4   plus certification means?
 5      A    The CRI green label plus is an indoor air
 6   quality certification where products are tested to
 7   meet a battery of criteria analytes as we discussed
 8   earlier and demonstrate that they are low emitting
 9   products.
10      Q    And CRI is the Carpet and Rug Institute?
11      A    Carpet and Rug Institute.
12      Q    And does CRI do that testing?
13      A    CRI manages that testing.  It actually
14   hands it to an external laboratory that does the
15   actual testing.
16      Q    Okay.  So the testing is not done by
17   Mohawk --
18      A    No, sir.
19      Q    -- in-house?  Okay.
20              And then it says a Declare label, and
21   Declare is with a capital D, that states it is,
22   quote, red list free.
23              Do you know what a Declare label is?
24      A    Yes, sir.
25      Q    With a capital D?
```

```
 1        A    Yes, sir.

 2        Q    What is that?

 3        A    It's a program run through I believe it's

 4   ILFI that is an aspirational type of program where

 5   people are trying to make a demonstration that

 6   they're trying to improve the sustainability of

 7   products they make.

 8        Q    And that is a label that Mohawk does put

 9   on some of its carpets?

10        A    It is.

11        Q    And then red list free, do you know what

12   the red list is?

13        A    The red list is a list of chemicals that

14   the ILFI has identified that they would like

15   manufacturers to try to reduce or eliminate.

16        Q    And so in -- in the testing conducted by

17   the entities here that we've talked about in this

18   study or analysis, it says:  The following substances

19   ere found.  First PFBA at 22 parts per million in the

20   fiber.  And so that would be 22,000 parts per

21   trillion, correct?

22        A    Yes, sir.

23        Q    And then also PFBS at 160 parts per

24   million in the fiber, 160,000 or 160,000 parts per

25   trillion, correct?
```

```
 1          A    Yes, sir.

 2          Q    And then it also lists the total fluorine

 3    there in the bottom as greater than 25 parts per

 4    million.

 5               Do you see that?

 6          A    Yes, sir.

 7          Q    And so it then says PFBA and PFBS were

 8    found in the fiber of this carpet which could be

 9    linked to the advertised stain repellant finish.

10               Would you agree with that statement?

11          A    Yes, sir.

12          Q    It then notes that PFBA and PFBS are on

13    the LBC red list.  Do you know that to be true?

14          A    I think PFAs in general are on the red

15    list, yes, sir.

16          Q    Okay.  Okay.  Do the total fluorine

17    numbers there, do those look consistent with testing

18    that Mohawk has done?

19          A    So the total fluorine is greater than 25

20    parts per million.  We would expect if we put them on

21    there it would be greater than 25 parts per million.

22          Q    And then on the PFBA and the PFBS that

23    we -- go ahead.

24               UNIDENTIFIED SPEAKER:  That's okay.

25          That's okay.
```

```
 1    BY MR. WHITLOCK:

 2         Q    Do either of those numbers surprise you,

 3    the 22,000 parts per trillion or the 160,000 parts

 4    per trillion?

 5         A    We do not have the capability to test for

 6    those materials.

 7         Q    But you don't have any reason to dispute

 8    these results, correct?

 9         A    No, sir.

10         Q    And you said you had become familiar with

11    this report at some time previously?

12         A    Yeah, I'd seen it.

13         Q    Did Mohawk do anything in response to

14    this, conduct any testing, do anything else to

15    respond to this in any fashion?

16         A    Not that I'm aware of.

17         Q    Okay.  And so moving on down to the next

18    section which is the Air.o residential carpet, it

19    says that's a hundred percent PET.  That's polyester,

20    correct?

21         A    PET is a polyester, correct?

22         Q    Face fiber and backing.  It has a CRI

23    green label plus certification.  The Mohawk website

24    states that its Air.o carpets are a hundred percent

25    recyclable.  Does that seem accurate to you?
```

1          A     Yes, sir.

2          Q     **And tell me what exactly that means that**

3    **the carpets are a hundred percent recyclable.**

4          A     The Air.o product in -- in particular has

5    been constructed to be all of one polymer family so

6    that all the components are compatible.  For those

7    who know a little bit about carpet recycling, one of

8    the difficulties is with a traditional carpet not

9    every component readily recycles with the other

10   components.  This carpet's been engineered to be

11   readily -- all the components will readily recycle

12   back together.

13         Q     **And I apologize if this has come up:**

14   **Does Mohawk recycle carpet in Whitfield County?**

15         A     No, sir.

16         Q     **Does Mohawk do any of type of carpet**

17   **recycling itself?**

18         A     We are not currently doing any carpet

19   recycling.

20         Q     **Do you know does Mohawk take any baled**

21   **carpet to the carpet landfill in Dalton?**

22         A     We do send some baled carpet waste to the

23   landfill in Dalton, yes, sir.

24         Q     **You have any ideas on the amounts?**

25         A     No, sir.  We would have to go look it up.

```
 1        Q    And so again on the testing as you see as
 2   we go over to page 35 of this Plaintiff's Exhibit 10,
 3   the same -- the same two PFAS chemicals were found,
 4   PFBA, PFBS, PFBA at 71,000 parts per trillion if we
 5   convert it.
 6             Did I do that correctly?
 7        A    Yes.
 8        Q    And then PFBS at 27,000 parts per
 9   trillion, correct?
10        A    Yes, sir.
11        Q    And then the total fluorine was also
12   consistent with the last one greater than 25 parts
13   per million, correct?
14        A    Yes, sir.
15        Q    And just the same questions again.  Did
16   anything about this testing -- let me strike that.
17             Again, I just want to confirm Mohawk
18   didn't do anything after seeing this document, didn't
19   do any -- conduct any independent testing?
20        A    Not to my knowledge.
21        Q    Okay.  You still have Exhibit 7 there,
22   Mr. Williams, the interrogatories?
23        A    I do.
24        Q    Interrogatory responses?
25        A    I do.
```

```
 1          Q    I told you I'd go back to those.  That's

 2   fine.  Glad you kept them out.  And just for the

 3   record, you did -- and I'm not sure what the folks on

 4   Zoom are looking at.  But in the version I have here,

 5   you did -- you signed a written verification of these

 6   amended responses.

 7               Do you recall that?

 8          A    Yes, sir.  That's correct.

 9          Q    Okay.  And if you turn over to page 17,

10   please, sir, which is interrogatory No. 8?

11          A    (Witness complies with request of

12   counsel.)

13          Q    And you see the question there is:

14   Identify any person not named as a party in this

15   action that has caused or contributed to causing PFCs

16   or any other perfluorinated compounds to enter into

17   the Conasauga River, Oostanaula River, Etowah River,

18   Coosa River, any tributary of these rivers.

19               And then in the response it -- after some

20   objections and what not, on page 19, middle of the

21   page it says:  Upon information and belief and

22   following the reasonable and diligent search for

23   responsive information, AMC identifies the following

24   entities who would be responsive to the question I

25   just read, correct?
```

1        A     Yes, sir.

2        Q     And it's got -- starts a bullet list

3    there on page 19 that goes over to page 21, correct?

4        A     Correct.

5        Q     Now I wanted to ask you in particular

6    about that third bullet point on the bottom of

7    page 19, and identifies the Environmental Protection

8    Division of the Georgia Department of Natural

9    Resources.

10            Do you see that?

11       A     I do.

12       Q     And can you tell me how Mohawk contends

13   that the Georgia EPD has caused or contributed to

14   causing PFOS to enter into any of the rivers or

15   tributaries identified in Interrogatory No. 8?

16            MR. SCRIBNER:  Object to form.

17            You may answer if you know.

18       A     Sir, I do not know the exact path that I

19   believe would have to do with their regulatory

20   position.

21   BY MR. WHITLOCK:

22       Q     Does Georgia EPD, to your knowledge -- to

23   Mohawk's knowledge has Georgia EPD directly put PFOS

24   into any of those surface waters?

25       A     To my knowledge, they do not directly put

```
 1    any into those waters.
 2         Q    And so you said it would be their -- I'm
 3    sorry, I'd rather you repeat your answer.
 4         A    That it could be via the regulatory
 5    responsibility.
 6         Q    And tell what you mean by that.
 7         A    If indeed they're -- have oversight and
 8    failed to exercise that oversight you could say
 9    they're responsible.
10         Q    Have they failed to do so exercise their
11    oversight?
12         A    Not to my knowledge.
13         Q    Then why are they listed here?
14         A    I believe this thing said "may."
15         Q    And same thing for the United States
16    Environmental Protection Agency.  Is it Mohawk's or
17    is it your testimony that EPA has put PFOS into any
18    of these surface waters?
19              MR. SCRIBNER:  Object to form.
20              You can answer.
21         A    I'm not aware of them directly doing it,
22    no, sir.
23    BY MR. WHITLOCK:
24         Q    Indirectly?
25         A    Possibly.
```

1      Q     How so?

2      A     Same as the Georgia DNR.

3      Q     And so by failing to exercise regulatory

4  oversight?

5      A     Yes, sir.

6      Q     And tell me how United States EPA's

7  failed to exercise regulatory --

8      A     I'm not aware that they have.  Again,

9  asked us entities that may or might have, not that

10  did.

11      Q     So you don't have any facts that would

12  establish that the Georgia EPD or the United States

13  EPA has caused or contributed to the PFOS

14  contamination of any of these surface waters?

15           MR. SCRIBNER:  Object to the form of

16      the question.

17           You may answer.

18      A     No, sir, I have no direct evidence.

19           MR. WHITLOCK:  Let's take a ten-minute

20      break, and then I can probably get my part

21      wrapped up.

22           THE VIDEOGRAPHER:  The time is

23      11:12 a.m.  We're now off the record.

24           (Whereupon, the video camera was

25      turned off.)

```
 1                    (Whereupon, a brief recess was taken.)

 2                    (Whereupon, the video camera was

 3         turned on.)

 4                    THE VIDEOGRAPHER:  The time is

 5         11:28 a.m.  We're back on the record.

 6                    MR. WHITLOCK:  Mr. Williams, those are

 7         all my questions for you this morning.

 8         Thank you for your patience.  Appreciate

 9         it.

10                    THE WITNESS:  Thank you.

11                         EXAMINATION

12    BY MR. LUTZ:

13         Q    Mr. Williams, good afternoon or morning,

14    whichever you prefer.  My name is Ryan Lutz, and I

15    represent the -- Mr. Johnson in the Rome class action

16    case that's pending in federal court.  War Eagle?

17         A    War Eagle.  Are you an Auburn man?

18         Q    That's right.

19         A    Very good.

20         Q    So we will get done a lot quicker if you

21    just agree with everything I say.  All right.

22    Otherwise we could be here past dinner.

23         A    Okay.

24         Q    But no, and just for your information,

25    I'm going to kind of cover the topics that Mr.
```

```
 1   Friedman covered yesterday.  I'm not going to go over
 2   those things, but I'm going to sort of fill in some
 3   holes at least with respect to what my case --
 4   because we have two separate cases -- wants to know
 5   about some of these issues.  And so it's really going
 6   to be talking about the knowledge of the Mohawk
 7   entities and, you know, their knowledge of the
 8   environmental impacts of PFAS with an A, and also any
 9   health and safety concerns.
10           So let's pull up RL4, please, and this is
11   a 3M document.  The Bates number is, for everybody on
12   the call, 3M_Alabama_AL_GA_00228105.
13               MR. SCRIBNER:  And this is exhibit?
14               MR. LUTZ:  This is Exhibit No. 53.
15               MR. SCRIBNER:  53, thank you.
16           (Whereupon, Exhibit No. 53 was marked for
17        identification by the court reporter.)
18   BY MR. LUTZ:
19       Q   And, Mr. Williams, I'd ask you to look at
20   that document.  Have you ever seen that document
21   before?
22       A   No, sir, I don't recall seeing this
23   before.
24       Q   And you didn't -- you didn't review this
25   in preparation for your deposition today, true?
```

```
 1        A    I did not.  That's true.

 2        Q    I'm going to have some questions about

 3   this document, not necessarily -- well, let me just

 4   go through it.

 5             So this is -- it appears to me and you

 6   can correct me if I'm wrong, this is 3M doing a

 7   fluorochemical release estimation.  And the date of

 8   this document is January 14th of 1999.

 9             Do you see that?

10        A    I do see that.

11        Q    Okay.  And I read that correctly, true?

12        A    You did.

13        Q    Okay.  As far as -- and do you know what

14   a fluorochemical release estimation would be?

15        A    I do not know how it's defined here.

16        Q    Generally it's --

17        A    Normally it would be some type of

18   release, yes, or estimate, yes.

19        Q    And probably in the water and the land --

20        A    That's right.

21        Q    -- and the air?

22        A    Agreed.  Don't know what media based on

23   what we see so far.

24        Q    Have you ever seen on that first little

25   slide, Battelle, the business of innovation?  Have
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)                    Jim Williams Vol. II on 07/02/2021                    Page 367

```
 1   you ever heard of Battelle before?

 2        A    I have heard of Battelle National Labs

 3   before, yes, sir.

 4        Q    Have y'all ever used Battelle National

 5   Labs in any of the --

 6        A    I'm not aware that Mohawk has ever used

 7   Battelle National Labs.

 8        Q    Now, has Mohawk ever performed a

 9   fluorochemical release estimation as you generally

10   understand it?

11        A    No, sir.

12        Q    Okay.  And then down below in the next

13   what I'll call slide, it says relationship to the

14   overall program.

15             Do you see that?

16        A    Yes, sir.

17        Q    And then down below it, it's kind of hard

18   to read, but I'm going to read a couple of these

19   little bullet points.  Characterize releases from the

20   supply chain, product use and disposition,

21   characterize fate and dispersion in the environment

22   and estimate exposure distribution A human, B

23   ecological.

24             Do you see those right there?

25        A    I see the boxes and even with my
```

```
 1   magnifying glass I could not read it.  So thank you.
 2        Q    Do you know what fate and dispersion in
 3   the environment means?
 4        A    My understanding of those terms,
 5   dispersion would be the degree to which it is
 6   dispersed or -- in widespread, and fate would be what
 7   its ultimate result would be.
 8        Q    And so I've heard the term "fate and
 9   transport."  Is that your understanding the same sort
10   of --
11        A    Fate and --
12        Q    Transport?
13        A    Fate and transport, I've not heard that
14   term before.
15        Q    All right.  So as we look through this,
16   you know, based on these first two slides, 3M's
17   performing a fluorochemical release estimation to
18   determine, you know, where these chemicals are going
19   in the environment; is that fair?
20             MR. SCRIBNER:  Object to form.
21             You may answer.
22        A    It seems to be fair, yes, sir.
23   BY MR. LUTZ:
24        Q    Okay.  And do you see down below the
25   tasks objectives?  Next page, I'm sorry.
```

```
 1        A    Next page.

 2        Q    Next slide.

 3        A    Okay.  Got it.  Yes, sir.  I do see -- I

 4   can read that, yes.

 5        Q    Okay.  And I'll read it for the record

 6   that the task objectives, at least the first three,

 7   are make reliable estimates of the most important FC

 8   releases to the environment that may result in human

 9   and ecological exposure; perform screening to

10   identify important FCs based on both volume and mode

11   or pathway of release; and the third bullet point is

12   provide basis for further analysis of fate, transport

13   and exposure.

14             Do you see that?

15        A    Yes, sir.

16        Q    Did I read that correctly?

17        A    I think you did.

18        Q    And when we're talking about FCs, we're

19   talking about fluorochemicals, correct?

20        A    I think that's what it refers to here,

21   yes, sir.

22        Q    Okay.  And those three bullet points that

23   I read, did Mohawk or any of the entities that are

24   under the Mohawk umbrella, did they ever do any of

25   these estimates or screenings or any analysis of
```

1    fate, transport and exposure?

2    A    No, sir.

3    Q    Okay.  And do you see down below in the

4    next slide, it's titled Status of Lifecycle

5    Inventories?

6    A    Yes, sir.

7    Q    And it's got at the very bottom bullet

8    says estimates of landfill and wastewater treatment

9    releases just beginning.

10    Do you see that?

11    A    I do.

12    Q    Okay.  Did Mohawk ever estimate any

13    landfill or wastewater treatment releases ever?

14    A    So I believe we've already testified that

15    we had records that showed how much material we sent

16    to landfills as well as Mr. Cucksea has the ability

17    to provide what we know about our quantities of

18    wastewater we sent to Dalton Utilities.

19    Q    And we've already discussed those and I'm

20    not going to go back over them, but have we discussed

21    all the ones that you're aware of?

22    A    We have the ones I'm aware of, yes, sir.

23    Q    Now, was Mohawk aware that 3M was

24    conducting this fluorochemical release estimation it

25    looks like in 1999 but we're going to -- in the late

```
 1   '90s?

 2        A    I do not think Mohawk was aware that this

 3   work was going on.

 4        Q    And is that based on your knowledge, or

 5   is that just because you're unaware of it?

 6        A    That's because I'm unaware of it.

 7        Q    Okay.  And if there was somebody I wanted

 8   to talk to that would have -- you know, that would

 9   have a really good understanding and knowledge about,

10   you know, 3M and the relationship with 3M during this

11   time, the late '90s, would that -- I understand you

12   were not --

13        A    I was not there, correct.

14        Q    You were not there.

15             So is there someone that you would

16   recommend that we speak to?

17        A    So, you know, we -- we had Mr. Faircloth

18   here.  Mr. Faircloth was an employee during that

19   time.  He would be one.  As you're aware, I owe him a

20   few references.  And also Mr. Frank Peters who was

21   with us at the time might know something about that.

22        Q    Now I'm going to keep on going down.

23   This is the -- if you'll turn to page 4 and it's the

24   second slide on page 4.  It says:  Carpet FC releases

25   by year.
```

1        A    Got it.

2        Q    And it appears that 3M is estimating that

3    at least 700,000 pounds of its product are released

4    by the carpet industry in -- it says by year.  I

5    think we'll find out further that it's in 1997.

6    Actually, you can look at the next slide to confirm

7    that.

8             Do you -- do you see that in 1997 on the

9    next slide?

10       A    Yes, sir, I do.

11       Q    And so you see the objective in the next

12   slide says:  To identify products that represent a

13   majority of FC solids or PFOS sold in the U.S. in

14   1997.

15            Do you see that?

16       A    I see that.

17       Q    And so essentially, 3M is evaluating, you

18   know, where these possible PFOS chemicals could have

19   been out in the environment, true?

20            MR. RADNEY:  Object to form.

21       A    Yes, sir.

22   BY MR. LUTZ:

23       Q    Based on this document, that's what it

24   appears?

25       A    Yes.

```
 1        Q    Now, did 3M ever disclose to you that

 2   they estimated at least in -- in this chart that

 3   there was 700,000 pounds of -- of fluorochemicals

 4   released, I guess, in the carpet process?

 5        A    No, sir, not that I'm aware of.

 6        Q    And if you look down, you see where the

 7   screen results are next slide?

 8        A    I do.

 9        Q    It's got carpet.  You see the product

10   names FC364, FC365, FC398, FC1367.  You see that?

11        A    Yes, sir.

12        Q    And do you understand that these were all

13   products that contained PFOS?

14        A    It would be my understanding that these

15   products would not necessarily have contained PFOS at

16   that time but might have been manufactured with PFOS

17   as an ingredient in the supply chain.

18        Q    And degraded to PFOS?

19        A    Could have degraded to PFOS, yes, sir.

20        Q    And do you recognize these product names

21   as some of the ones that Mohawk used over the years?

22        A    Yes, sir, I recognize some of these from

23   the document earlier today.

24        Q    And then if you go down to the next

25   slide, it says use of results for subsequent tasks.
```

```
 1                    You see that?
 2        A     I do.
 3        Q     All right.  It says:  Release estimates
 4   used for fate and exposure modeling needed for human
 5   and ecological risk assessment.
 6                    Did I read that right?
 7        A     You did.
 8        Q     Okay.  And did Mohawk ever perform any
 9   release estimates for fate and exposure modeling
10   needed for human and ecological risk assessments?
11        A     Not to my knowledge.
12        Q     And you're not aware that 3M ever shared
13   these release estimates with Mohawk?
14        A     Not aware that they did.
15        Q     And you see down here the next -- the
16   next slide, estimated FC releases for specific
17   locations.
18                    Do you see that?
19        A     I do.
20        Q     And you see Dalton is identified and
21   Mohawk is identified.
22                    Do you see there?
23        A     I do.
24        Q     Okay.  And there's also an FC solid
25   releases.  It looks like it's 1997 and then it's
```

1    measured in pounds.

2              Do you see that?

3        A    Steer me a little bit.  It will be

4    quicker.

5        Q    Okay.

6        A    In the little box right there --

7        Q    In the little box --

8        A    Yeah.

9        Q    -- it says FC solid releases.

10       A    1997 pounds, yes, sir.

11       Q    Okay.  All right.  And so it appears at

12   least to me that 3M has estimated that the

13   fluorochemical releases in Dalton by Mohawk in 1997

14   in the air would be about 250 pounds; in the water,

15   it would be 2,137; and as a solid, it would be 2,129

16   pounds.

17             Did I get that accurately?

18       A    I believe you read it correctly.

19       Q    And did 3M ever disclose this information

20   to Mohawk?

21       A    No, sir, I'm not aware of them disclosing

22   this document to us.

23       Q    Let's go to RL-5, please.  It's going to

24   be a 3M_AFF_MDL 17875.  And that's going to be

25   Exhibit 54.

```
 1                    (Whereupon, Exhibit No. 54 was marked for
 2           identification by the court reporter.)
 3    BY MR. LUTZ:
 4           Q    And I'm going to give you an opportunity,
 5    Mr. Williams, to just -- I'm going to direct you
 6    where I want you to answer questions, but if you want
 7    to just familiarize yourself with the document
 8    quickly, then I can start.
 9           A    Okay.
10           Q    Okay.  And you see the title of the
11    document is Chemical Issues Oversight Crisis
12    Management Team.
13                Do you see that?
14           A    That's on this page, I suspect?
15           Q    Yes.
16           A    Yes, sir.
17           Q    And the date of the document is
18    January 18, 1999?
19           A    Correct.
20           Q    Okay.  And I guess -- I know this is a 3M
21    document, but I just want to make sure.  You're not
22    aware of anybody at Mohawk that was on this chemical
23    issues oversight crisis management team, correct?
24           A    Correct.
25           Q    And then you see down on the next page,
```

1    Mr. Williams, it says combined crisis management team

2    fluorochemical oversight committee.  I guess that's

3    kind of a similar terminology.  And it's got an

4    agenda, and it looks like there's various people that

5    are going to speak about this.

6              Do you see that?

7         A    I do.

8         Q    And then on the next page -- well, let me

9    say go down two pages.  Do you see where it says

10   societal trends?

11        A    Yes, sir.

12        Q    Okay.  Societal trends and then below

13   that, the bullet point says:  Increasing interest in

14   fate and effects of chemicals, dash, dash, lifecycle

15   and effect on human health and the environment.

16             Do you see that?

17        A    I do.

18        Q    And did Mohawk understand that was a

19   societal trend in the late '90s?

20        A    Not that I'm aware of.

21        Q    And -- well, let me ask you this:  Did

22   you review any Mohawk documents in the late 1990s?

23        A    Did I review any Mohawk documents in the

24   late 1990s?

25        Q    Yeah.  In preparation for your

1    deposition --

2          A    Yeah.

3          Q    -- or in producing documents in

4    discovery?

5          A    Right.  And I'm trying to reflect now on

6    the large binder of material that I reviewed.  I

7    don't recall any from that early a time.

8          Q    Okay.  All right.  And so -- and just so

9    I'm clear, did you do any -- did you have any

10   conversations with anyone at Mohawk who would have

11   provided information about what were general

12   environmental concerns or health and safety concerns

13   in the, let's just say, '90s?

14         A    So Mr. Faircloth and I, we prepared

15   together and we did try to revisit the Mohawk history

16   and make sure we had -- understand relative time

17   periods we were in C8 chemistry versus PFOS versus

18   PFOA versus C4, etcetera.

19         Q    But as far as talking to, like, employees

20   or former employees that -- that were employed at --

21   during the '90s and late '90s --

22         A    No, sir.

23         Q    You didn't -- you didn't go and speak to

24   those people, right?  Okay.

25         A    With one exception for you, sir.  I was

1    asked to reach out to Mr. Yarbrough and confirm the
2    period of time when he was both a Mohawk employee and
3    served on the board at Dalton utilities.  He would --
4    he would have been an employee of Mohawk at this
5    time.
6        Q    And he would -- is he an extremely long
7    tenured employee at Mohawk?
8        A    He was until he retired.
9        Q    And do you recall when that tenure was?
10   I mean would it have been in the -- from the '80s to
11   the '90s and then --
12       A    And into the 2000s.
13       Q    And into the 2000s and then he became
14   CRI's CEO or president, whatever.
15       A    Correct.  Correct.
16       Q    So as far as this statement that is on
17   this piece of paper from 3M, societal trends,
18   understanding that this is about the time that 3M is
19   getting out of this C8 business, do you have any
20   reason to disagree that there was an increase
21   interest in fate and effects of chemicals and the
22   effect of them on human health and the environment?
23       A    No, sir.  I think this was close in time
24   to when they came to us and announced they were
25   phasing out of the material.

1    Q    Okay.  Now, did -- did Mohawk share this

2    increased interest at that point in time?

3    A    I do not think we did.

4    Q    And why not?

5    A    Primarily because this appears to be an

6    issue that was of concern to our supplier and we

7    focused on, you know, what our customers' needs were.

8    And this was not one that we were being pressed on at

9    this point in time.

10    Q    But Mohawk's -- you know, they should

11    have -- and I don't want to argue with you.

12         But I would imagine that Mohawk is always

13    concerned about the human health and the environment?

14    A    Certainly we're always concerned about

15    that.

16    Q    Okay.  But at this point in time, you

17    weren't -- Mohawk wasn't worried about how these

18    chemicals, the C8 chemicals, could get into the

19    environment and how those chemicals could affect --

20    A    Not to my knowledge.

21    Q    Okay.  I want to finish my question.

22    It's okay.  This is -- it's very typical in a

23    deposition.

24         And at least in 1999, Mohawk has not

25    performed any analysis on the effect of these C8

1  chemicals on human health or the environment, true?

2      A    True.

3      Q    Let's go down, Mr. Williams, to the -- go

4  two slides down to the key facts.  You see that where

5  I said key facts?

6      A    I see it, yes, sir.

7      Q    All right.  And you see the first bullet

8  point says fluorochemicals, persistent, potential to

9  accumulate.

10         Do you see that?

11     A    Yes, sir.

12     Q    All right.  And that was well known in

13  the industry as of 19 -- late '90s, correct?

14     A    Was well known in the industry in the

15  late '90s.  I certainly would say it was well known

16  in the early 2000s after 3M's announcement they were

17  getting out, they were forthcoming with the reasons

18  why and shared what they had learned.  The degree of

19  how much was known and the run up to that, I'm

20  unaware.

21     Q    Okay.  We'll get to it, but I'm going to

22  promise you that --

23     A    Okay.

24     Q    -- Mohawk knew about the persistence of

25  C8 chemicals in the late '90s.

1          But as far as you're concerned you're not

2     aware of that until let's say 2000 when 3M publicly

3     announced that they were getting out of the C8

4     business, right?

5          A     Correct.

6          Q     Okay.  And then underneath that bullet

7     point, it says fluorochemicals in the body known

8     since the 1970s.

9          Was that known by Mohawk since the 1970s

10    that fluorochemicals had been discovered in the

11    bodies of human beings across the -- across the

12    globe?

13         A     Not to my knowledge.

14         Q     Okay.  And I think again if we were going

15    to ask someone at Mohawk, you think that Mr. -- CRI

16    president --

17         A     Mr. Yarbrough would have been --

18         Q     Mr. Yarbrough --

19         A     -- an employee at that time.

20         Q     Yes.  He may -- he may know about that

21    kind of stuff.  All right.

22         And do you see there's a bullet point

23    halfway down:  Aggressive research program to advance

24    understanding of human health environmental.

25         Do you see that?

1        A    I do.

2        Q    Now, did -- at least at this point in

3   time, in the '90s, late '90s, did 3M ever disclose

4   any sort of aggressive research program to advance

5   the understanding of human health and the

6   environment, the effects of C8 on that?

7        A    Again, not to my knowledge.

8        Q    And are you aware of any research

9   programs that Mohawk undertook to -- to advance

10  Mohawk's understanding of, you know, C8's effects on

11  human health and the environment?

12       A    I'm not aware of any.

13       Q    And we're going to skip down a couple of

14  pages to innovative transition you'll see at the very

15  top of the page.

16       A    I found it.

17       Q    And let's see.  It says that 3M is

18  committed to reducing and/or eliminating exposure to

19  PFOS.  Do you see that right under the innovative --

20       A    Oh, the first bullet point.  I see it,

21  yes, sir.

22       Q    Yes.

23            Did Mohawk at this point in time share

24  that commitment?

25            MR. SCRIBNER:  Object to form.

```
 1                You may answer.

 2        A     Sir, I'm not aware that we had any -- any

 3   knowledge of PFOS and its issues at that point in

 4   time.

 5   BY MR. LUTZ:

 6        Q     In the late 1990s?

 7        A     Late '90s.

 8        Q     Okay.  But if I show you a document that

 9   says that --

10        A     You might be able to confirm.  That's

11   okay.  Yeah.  If it's something I hadn't seen --

12        Q     We'll get there.  I just wanted to make

13   sure that -- I don't want to close the testimony.

14                All right.  And then if you could scroll

15   down, this is going to be, Mr. Williams, it looks

16   like a form letter that 3M was going to send out and

17   it's dated January 19th of 1999.  That's at the very

18   top.

19        A     Right.

20        Q     I think it's page 12.  It's the 12th

21   page.

22                You see that?

23        A     I do.

24        Q     Okay.  Now, the first bullet point, first

25   sentence says:  There's a growing interest in
```

 1   understanding the effects of chemicals on human

 2   health and the environment.

 3          Do you see that?

 4     A    I do.

 5     Q    And we just discussed that that interest

 6   was not necessarily shared by Mohawk at that point in

 7   time, true?

 8     A    True.

 9     Q    All right.  Now, the -- one, two, three,

10   four -- fifth bullet point I'm going to read to you:

11   Fluorochemicals such as PFOS are stable molecules and

12   therefore persistent.  As such, PFOS has the

13   potential to accumulate in the body with repeated

14   exposures and to resist degradation in the

15   environment.  This information was reported to your

16   company previously in an updated material safety data

17   sheet as recently as late 1998.

18          Do you see that?

19     A    I do.

20     Q    All right.  And the -- Mohawk doesn't

21   have any reason to dispute these facts as they're

22   presented here as of 1999, true?

23          MR. SCRIBNER:  Object to the form of

24      the question.

25          You may answer.

```
 1        A    True to the best of my knowledge.
 2   BY MR. LUTZ:
 3        Q    Yeah.  Well, let me -- let me fix the --
 4   let me fix it.  At least as of late 1990 -- or early
 5   1999, Mohawk knew that PFOS was a stable molecule and
 6   therefore persistent, true?
 7             MR. SCRIBNER:  Object to form.
 8             You may answer.
 9        A    I would -- I would answer that if we were
10   provided this MSDS sheet, we would have had that
11   information.  To the degree that we actually, you
12   know, interpreted it correctly, that might be another
13   matter.  But --
14   BY MR. LUTZ:
15        Q    And if you --
16        A    I'm with you.  If they sent it to us we
17   had it.
18        Q    And it says that they sent it to you
19   in --
20        A    Correct.
21        Q    -- as late as 1998, right?
22        A    Right.
23        Q    Okay.  So there's no -- and if they
24   didn't send it to you, you obviously had access to
25   it?
```

```
1              A    I would think we would have.
2              Q    Okay.  All right.  And you possibly
3     received this letter as well, true?  It looks like a
4     form letter --
5              A    Yes.
6              Q    -- that's going out to all of its
7     customers informing them about their -- their
8     decision to stop the C8 chemical supply, true?
9              A    Yes, sir.  I would say that Mohawk was
10    one of the customers at that time.  If they were
11    sending this to all their customers we likely would
12    have gotten a letter.
13             Q    And so the information that's contained
14    within that bullet point, if you received that letter
15    in early 1999, you would have been well aware of that
16    information, true?
17             A    At that point, yes, sir.
18             Q    All right.  Now, the letter goes on to
19    state and I'm going to talk about the third bullet
20    point on the next page, Mr. Williams.
21             A    Next page.
22             Q    Do you see where I am?
23             A    Yes, sir.
24             Q    All right.  Exposure could occur from
25    manufacturing processes of 3M and its downstream
```

1    users as well as from product use and disposal.

2              Do you see that?

3        A    I do.

4        Q    Okay.  And if you received this letter,

5    you would have understood that this type of exposure

6    that they're talking about could be from the disposal

7    of the product, true?

8        A    True.

9        Q    And then it says:  3M is actively

10   developing further human health and toxicological

11   information to advance our scientific understanding.

12             Do you see that?

13       A    I do.

14       Q    Okay.  Are you aware of whether 3M shared

15   that information with Mohawk?

16       A    Sir, I am aware that 3M did come and make

17   some presentations about the toxicology, what they

18   had learned about the bioaccumulation in animals they

19   had found there that was done.

20       Q    And --

21       A    I don't remember the exact date.

22       Q    Okay.  All right.  Likely late '90s?

23       A    Early 2000s, late '90s, possibly.

24       Q    All right.  That's a good time frame.

25             And as far as Mohawk was concerned, did

```
 1   they develop any -- you know, after these
 2   presentations, did they do any further development
 3   of, you know, human health and toxological [sic]
 4   evaluations?
 5       A    No, sir.  We relied on our suppliers to
 6   do those things.
 7       Q    Why did you -- why would you rely on your
 8   supplier?
 9       A    Because --
10            MR. SCRIBNER:  Hold on.  Object to
11       form.  And this was covered ad nauseam
12       yesterday.
13            Subject to that, you may answer.
14       A    It's not our skill set, sir.  It's our
15   skill set to manufacture flooring products and to
16   validate what our suppliers tell us with other
17   entries like DNR, EPA, etcetera.
18   BY MR. LUTZ:
19       Q    So the people that you're relying on, the
20   people that are actually trying to sell you the
21   infrastructure to determine whether it's safe or not;
22   is that right?
23       A    To some degree.
24       Q    Okay.  And they obviously have a
25   financial interest to tell you that it's safe, true?
```

1     A     They -- they do have a financial interest

2  to try to sell us product which includes convincing

3  us it's safe.  That's correct.

4     Q     Right.  I mean if they said, hey, look,

5  this is a bunch of unsafe stuff --

6     A     We probably --

7     Q     -- don't use it, are you going to buy it?

8     A     No, sir.

9     Q     Okay.  All right.  All right.  And then

10  if you go down to the bottom, this is -- this may be

11  two pages down, page 14.  You see where I am?

12     A     You're on page --

13     Q     It says --

14     A     Oh, 614 is your stamp at the bottom?

15     Q     Yes, sir.

16     A     Okay.  I got it.

17     Q     It says:  In summary, our efforts are

18  being guided by the concept that reducing unnecessary

19  human and environmental exposure to a persistent

20  chemical is the prudent and responsible thing to do.

21         Would Mohawk have agreed with that

22  statement as of early 1999?

23         MR. RADNEY:  Object to form.

24     A     I think so if we had been given this

25  information.  Yes, sir.

1    BY MR. LUTZ:

2         Q    Okay.  But we do know that Mohawk

3    continued to use this persistent chemical at least up

4    through 2008 or '9, true?

5              MR. SCRIBNER:  Object to form.

6              You may answer.

7         A    No, sir.  To my knowledge, this has --

8    this document is about PFOS and Mohawk was not using

9    PFOS in '08 or '09.  We were well out of it before

10   then.

11   BY MR. LUTZ:

12        Q    True.  And I misspoke.  But -- but Mohawk

13   continued to use a C8 product that was persistent

14   until 2008 or '9, true?

15        A    We used --

16             MR. SCRIBNER:  Object to the form --

17             THE WITNESS:  Go ahead.

18             MR. SCRIBNER:  -- of the question.

19             You may answer.

20        A    Yes, sir.  We used some C8-based products

21   from other suppliers based on their information that

22   their product did not share the attributes of PFOS.

23   BY MR. LUTZ:

24        Q    So you're saying as -- well, let me

25   strike that.

1              Now, if you will look, Mr. Williams, down

2    at -- I'm going to just call it by Bates.  It's going

3    to be 618.  Those are the last three letters.

4        A   Yes, sir.

5        Q   And it's talking about a debriefing form

6    for customer meetings.

7              You see that at the top?

8        A   I do.

9        Q   Okay.  And this account on the very left

10   is CRI.

11             Do you see that?

12       A   I do.

13       Q   Okay.  And it's got C. Mitchell to

14   organize Zobel -- excuse me, let me just orient you.

15   You see where it says customer questions/concerns

16   identified?

17       A   Yes.

18       Q   Okay.  And it's got C. Mitchell to

19   organize Zobel/Weppner meeting with CRI.

20             You see that?

21       A   I do see that.

22       Q   And this appears that 3M is coming to

23   debrief the CRI organization, true?

24       A   Yes, sir.

25       Q   Okay.  Are you aware of whether that

```
 1    debriefing ever took place?

 2         A    No, sir, I'm not aware.

 3         Q    Okay.  And remind me, Cary Mitchell, is

 4    that Shaw or is that Mohawk?

 5         A    It says Shaw right here on the paper.

 6         Q    Now, do you know the last name of Zobel

 7    or Weppner?

 8         A    No, sir.

 9         Q    How about you see the audience where it

10    says Vangeldren, K. Cellers, C. Mitchell?  I mean

11    that is Shaw.  But the other two names, you see

12    those?

13         A    Do I see a list of 3M reps and the

14    audience has three people listed on my sheet?

15         Q    That's right.  And I'm butchering this

16    the -- the Vangeldren.

17         A    Yeah, Vangeldren.

18         Q    K. Cellers.  Do you know either of those

19    people?

20         A    I do not know Vangeldren or Cellers.

21         Q    Okay.  Not aware that they were part of

22    the organization -- Mohawk's organization, true?

23         A    True.

24         Q    Okay.  And then down below, we've got

25    Mohawk.  Do you see the next page?
```

```
 1        A    Yes, sir.
 2        Q    The account is Mohawk and the audience
 3   looks like to be Mr. Lorberbaum and Mr. Yarbrough.
 4             You see that?
 5        A    I do.
 6        Q    And the meeting date's 1/12/99 and the
 7   location is Dalton.
 8             You see that?
 9        A    I see that.
10        Q    And I guess since you weren't at this
11   meeting and, you know, you didn't have this
12   information to prepare with, would you defer
13   information that 3M provided to the company to
14   Mr. Lorberbaum and Mr. Yarbrough?
15        A    For this point in time, yes, sir.
16        Q    And then below it, it says:  Overall tone
17   of meeting, no real sense of Mohawk problem
18   responsibility.  If it's good enough for 3M, it's
19   good enough for Mohawk.  What did -- and it says what
20   do you want us to do?
21             Do you have any reasonable interpretation
22   of what that means?
23             MR. SCRIBNER:  Object to form.
24             You may answer.
25        A    I think you need to ask the 3M
```

1    representative that was there what his intent to

2    convey was based on that.

3    BY MR. LUTZ:

4         Q    And just so we're clear I want to make

5    sure that you don't have any information that you're

6    aware of that was conveyed at this meeting by 3M to

7    Mohawk or vice versa, true?

8         A    True.

9         Q    All right.  So this is going to be

10   Jamie's document.  Let's start with Jamie or JW71,

11   please.  And I haven't handed you guys that, so Doug,

12   we'll come over and hand that to you.  55.  Yeah,

13   this is Exhibit 55.  Sorry.

14              (Whereupon, Exhibit No. 55 was marked for

15              identification by the court reporter.)

16   BY MR. LUTZ:

17        Q    Mr. Williams, I'm going to give you a

18   second to familiarize yourself with that document.

19        A    (Witness complies with request of

20   counsel.)

21        Q    And, Mr. Williams, I'm not going to ask

22   you about the entire document.  I will direct you to

23   what I want to -- and I'm not trying to rush you.

24   I'm just telling you I'm not going to ask you the

25   whole thing.

1        A    Yeah, I --

2        Q    You just tell me when you're ready.

3        A    (Witness reviews document.)  Okay.

4        Q    First, are you familiar with this type of

5    document, a follow-up of industrial hygiene visit by

6    a chemical supplier?

7        A    No, sir.  First time I've seen this.

8        Q    Okay.  But is it regular practice for the

9    chemical suppliers to do, quote, hygiene visits or

10    some other terminology that's maybe -- that you know?

11        A    It was -- it was common for them to be in

12    our plants.  We actually sometimes engaged in asking

13    them to participate in our safety audits in our

14    plants.

15        Q    And this would have been -- and I'm going

16    to try to get a time frame so that we can understand

17    this.

18            Is this as long as they've been supplying

19    those chemicals -- and we'll talk about the PFOS

20    chemicals as -- with an A.  As long as they have been

21    supplying those chemicals the chemical suppliers

22    would -- would come to the plant and do visits to the

23    plant, true?

24        A    Routinely, yes.

25        Q    Okay.  And we're talking -- when we talk

1    about routinely are we -- we're talking about perhaps

2    a few times a year?

3         A    No, sir.

4         Q    Once a year?

5         A    No, sir.

6         Q    Are we talking about a dozen times a year

7    or more?

8         A    More.

9         Q    Okay.  So they would have been at

10   Mohawk's plants and -- and throughout -- throughout

11   the year doing visits and looking at operations and

12   things of that nature, true?

13        A    Correct.

14        Q    And that goes for DuPont, Daikin, 3M, all

15   the entities that supplied fluorochemicals to Mohawk,

16   true?

17        A    True.

18        Q    Now, this is a letter to Mr. Yarbrough,

19   who is a senior vice president of manufacturing in

20   April of -- April 16th of 1999, right?

21        A    Yes.

22        Q    And I know you haven't reviewed this, but

23   there's no dispute that Mohawk would have received

24   this communication from 3M?

25             MR. SCRIBNER:  Object to the form.

```
 1              You may answer.
 2       A    It would seem reasonable, yes, sir.
 3   BY MR. LUTZ:
 4       Q    Okay.  And the first Mr. Yarbrough -- or
 5   this is from -- let's see, who is this from?  It
 6   doesn't matter.  The subject is a follow-up of
 7   industrial hygiene visits to Mohawk Industries carpet
 8   facilities.
 9              You see that?
10       A    Yes, sir.
11       Q    Okay.  And then the first paragraph
12   basically thanks Mohawk for allowing 3M to observe
13   their -- their processes using 3M protective
14   chemicals.  You see that in the first sentence?
15       A    Yes, sir.
16       Q    I got it right.  And it says that
17   specifically the visits were conducted to the Aladdin
18   Duval Road and World Industry Park facilities on
19   February 17th through the 18th of 1999.
20              You see that?
21       A    I do.
22       Q    Okay.  And no reason to dispute the fact
23   that that actually occurred?
24       A    No reason to dispute it.
25       Q    Okay.  And it looks like Mr. Yarbrough
```

1    was -- was at least involved in two of those what

2    I'll call visits?  The --

3         A    No, sir.

4         Q    Do what?

5         A    No, sir.

6         Q    Okay.  I'm --

7         A    We have a Joe Yarbrough and we have a

8    Chris Yarbrough.

9         Q    Oh, you're right.  I didn't catch that.

10   Okay.  I'm imagining that they're relatives?

11        A    They are.

12        Q    All right.  That's a good one.  All

13   right.  Well, one of the Yarbrough's was -- was at

14   most of these site inspections?

15        A    Yes.

16        Q    And the purpose of the industrial hygiene

17   visit, I'm just going to read this, it said:  3M

18   visited the Mohawk facilities in order to evaluate

19   the potential for exposure to fluorochemical

20   containing compounds and to offer suggestions for how

21   Mohawk might avoid or reduce worker and to a lesser

22   extent environmental exposures.  Below are the

23   observations and suggestions for your consideration.

24             You see that?

25        A    I do.

1      Q     Okay.  And would it be a typical practice

2   for Mohawk to have, you know, followed through with

3   most of these type of recommendations that we're

4   going to go through in a minute?

5      A     Yes, sir.

6      Q     Okay.  And why is it important to

7   evaluate the potential for exposure to fluorochemical

8   containing compounds?

9      A     Sir, I would say based on the previous

10  documents you reviewed with me, 3M would have been

11  aware that there were some potentials for

12  bioaccumulation and persistence and that might have

13  been their impetus to do it.

14     Q     And the health and safety of Mohawk's

15  workers, right?

16     A     Sure.

17     Q     And to a lesser extent, it says it in

18  here, the environment?

19     A     Yeah.

20     Q     That's right?  Okay.

21           Now, you know, I'm going down and I'm

22  just going to skip kind of at a high level.  But the

23  first bullet point talks about the Aladdin plant and

24  it talks about some conditions that pose a potential

25  for incidental skin, ingestion and environmental

```
 1   exposure.
 2            Do you see that?
 3       A    Yes, sir.
 4       Q    Okay.  And again, the reason they're
 5   pointing that out and the reason that you want to
 6   resolve that issue is because you don't want this
 7   chemical on your skin.  You don't want to eat it and
 8   you really don't want to expose the environment to
 9   it, right?
10            MR. SCRIBNER:  Object to form.
11       A    Yes, sir.
12   BY MR. LUTZ:
13       Q    Okay.  And then the next little bullet
14   point that I wanted to discuss is two down, and it's
15   talking about a spray.
16            During spray application, an aerosol
17   cloud rises above the spray bar depositing a 3M
18   chemical coating (solid) onto surfaces near the
19   application process (such as on the catwalk railings,
20   etcetera).  This aerosol presents the potential for
21   inhalation exposure and ultimately dermal and
22   incidental ingestion exposure once it is deposited on
23   surfaces in the work area.
24            And, again, the reason that you don't
25   want this to be inhaled, you don't want it on your
```

1   skin or you don't want it ingested is because it

2   could potentially cause adverse health effects in

3   your workers, true?

4        A    No, sir.  At this point I think we were

5   aware that it might bioaccumulate and that it was

6   persistent, but I'm not aware of health effects.

7        **Q    Well, the simple fact that it could**

8   **bioaccumulate and persist, why would that -- why**

9   **would you be concerned about inhaling it or eating it**

10  **or drinking it or getting it out into the environment**

11  **if it wasn't -- if it wasn't -- pose some sort of**

12  **risk to the health and safety of your workers?**

13              MR. SCRIBNER:  Object to form.

14              You may answer.

15       A    So again, I think clearly, our

16  understanding of bioaccumulation is undesirable, may

17  not know the exact effects at this point in time, but

18  we would be trying to reduce that because we would be

19  trying to avoid bioaccumulation in our workers or

20  anyone else.

21  BY MR. LUTZ:

22       **Q    And so you don't have any concerns about**

23  **the health and safety of the C8 chemicals that were**

24  **being used at this point in time.**

25              **Is that what you're saying?**

1      A    We're saying is that we relied on the

2   best information we could get.  And at this point in

3   time we were not aware of -- of human health issues.

4      Q    Okay.  Now, going on down to the next

5   page, second bullet point on the next page:  Line

6   operators allowed to eat and drink near manufacturing

7   lines.  No formal policy requiring washing up after

8   chemical handling, or before eating, drinking or

9   smoking.  These conditions present an increased

10  potential for incidental chemical ingestion.

11           You see that?

12     A    I do.

13     Q    And again, we don't want this chemical

14  ingested for the reasons that we've discussed

15  earlier, true?

16     A    True.

17     Q    Okay.  Next bullet point:  Not all

18  employees reportedly used gloves during chemical

19  handling, and gloves are reportedly not used at all

20  during spray tip cleaning resulting in the potential

21  for direct skin contact with 3M chemical materials.

22           Don't want that skin contact because of

23  the same reasons that we discussed earlier, true?

24     A    True.

25     Q    And the last one says:  Used drums were

1    at one time rinsed at the facility prior to shipping

2    (it is unknown if this is still done).  Rinse

3    material sent to city sanitary sewer would result in

4    environmental exposure.

5              You see that?

6         A    Yes, sir.

7         Q    Okay.  And no reason to disagree that if

8    you're sending rinse materials to the city sanitary

9    sewer, it could result in environmental exposure,

10   true?

11             MR. SHANER:  I'll object to the scope.

12        A    It's true.  Doesn't say there were any.

13   It says that they could.

14   BY MR. LUTZ:

15        Q    Right.  But you're certainly aware of

16   this as of 1999, probably way before that, right?

17        A    Right.

18        Q    Okay.  And then if you go on down, it

19   talks about Duval Road, the third bullet point talks

20   about an aerosol, presents the potential for

21   inhalation exposure.  And even the smallest amount of

22   inhalation exposure, that's not what Mohawk wants its

23   employees to do, true?

24        A    Where did you jump to?

25        Q    So this is the third bullet point on --

1          A    At Duval Road?

2          Q    Yes, sir.  It's like the last sentence.

3    It says:  This aerosol still presents the potential

4    for inhalation exposure and ultimately dermal and

5    incidental ingestion exposure once it is deposited on

6    surfaces in the work area.

7          A    Yes, sir.

8          Q    Yeah.  And again, I guess my question is:

9    Even in the smallest amounts, Mohawk does not want

10   their employees to have the C8 chemical in their

11   lungs, on their skin or -- or in their body, true?

12         A    Correct.

13         Q    Okay.  And then I'm going to skip down to

14   the next page, the very -- the very last bullet

15   point, and I'm going to read it for you:  Drinking

16   and eating mainly in break room.  Employees told not

17   to eat or drink at line but not enforced.  Eating and

18   drinking at the lines near chemical handling and

19   processing may lead to possible incidental chemical

20   ingestion.

21              Mohawk doesn't want their -- even in the

22   most small trace amounts, Mohawk did not want their

23   employees to ingest the C8 chemicals, true?

24         A    True.

25         Q    Okay.  And then the -- if you look at the

1    recommendation, the second paragraph it says:  In

2    general, we commend to your attention the information

3    and cautions on the 3M protective chemical MSDS's.

4            Do you see that?

5        A    I do.

6        Q    And that's the material safety data

7    sheets, right?

8        A    Correct.

9        Q    Okay.  And is that the type of

10   recommendation that Mohawk would have employed?

11           MR. SCRIBNER:  Object to form.

12           You may answer.

13       A    Are you suggesting we would go do that

14   after we got the message?

15   BY MR. LUTZ:

16       Q    Yeah, if you got the message, is it

17   likely that Mohawk -- you know, at that time in 1999

18   would they have referred to the MSDS's?

19       A    They would have probably paid even more

20   attention to the recommendations that followed.

21       Q    Okay.  And I think we've covered most of

22   this.  I wanted to point your attention to the second

23   the last page, Mr. Williams.

24       A    757?

25       Q    Yes, sir.  And if you will it's the tenth

1   bullet point or ten.  Materials recovered by cleanup

2   operations or in containment pans should be

3   containerized and disposed of according to

4   recommendations on the MSDS, parens, incineration.

5            You see that?

6   A    Yes, sir.

7   Q    Okay.  But we know that generally

8   speaking, that was not a recommendation that Mohawk

9   ever followed, true?

10           MR. SCRIBNER:  Object to form.

11           You may answer.

12   A    I'm not aware of us incinerating any

13   materials, sir.

14   BY MR. LUTZ:

15   Q    Okay.

16   A    Not that we didn't.  We may have.

17   Q    I got one more document then we'll --

18           MR. LUTZ:  Y'all want to break for

19       lunch?

20           MR. SCRIBNER:  How long is this

21       document, because I'm starving?

22           MR. LUTZ:  I'm hungry too.

23           MR. SCRIBNER:  If you promise it's

24       five minutes or less.

25           MR. LUTZ:  Let me look at it real

```
 1      quick.  You know, it's actually just --
 2      it's going to be very easy and quick.
 3           MR. SCRIBNER:  All right.  I trust
 4      you.
 5           MR. LUTZ:  I only have one question on
 6      it.  All right.  So this is JW 37.  Carmen,
 7      can you -- Exhibit 56, please.  Thanks.
 8           (Whereupon, a discussion ensued off the
 9       record.)
10           (Whereupon, Exhibit No. 56 was marked for
11        identification by the court reporter.)
12  BY MR. LUTZ:
13      Q    And, Mr. Williams, I'm just going to
14  direct you where I want you because there's only --
15  this looks like a --
16           MR. SCRIBNER:  Does this need a
17      number?
18           MR. LUTZ:  Yeah, it's 56.
19  BY MR. LUTZ:
20      Q    And this looks like to me a summary of
21  3M's site visits to various people who they supplied
22  C8 to.
23           You see that?
24      A    Yes, sir.
25      Q    Okay.  And if you will go to -- the last
```

1    three digits are 976.

2         A    I'm there.

3         Q    You see that?  Okay.

4              And so this has got Mohawk Industries

5    listed.  There's a date on there that says 12/15 of

6    '98.  It looks like there was a visit at least at

7    that point in time, and then if you kind of go over,

8    there's a bunch of dates, 1/12/99, 1/17/99, 2/4 of

9    '99, 2/17 of '99, 4/16 of '99.

10             Do you know anything about these visits?

11        A    I do not, sir.

12        Q    Okay.  And again, probably

13   Mr. Yarbrough --

14        A    Yes.

15        Q    Which brother would know more about it?

16   Not Chris but --

17        A    Joe.

18        Q    Joe.  Well, maybe they both would know

19   about it, right?

20        A    Possibly.

21        Q    All right.

22             MR. LUTZ:  That's all I have for now.

23             THE VIDEOGRAPHER:  This is the end of

24        Media 2.  The time is 12:24 p.m.  We're now

25        off the record.

 1              (Whereupon, the video camera was
 2       turned off.)
 3              (Whereupon, a lunch recess was taken.)
 4              (Whereupon, the video camera was
 5       turned on.)
 6              THE VIDEOGRAPHER:  This is the
 7       beginning of Media 3.  The time is
 8       1:46 p.m.  We're back on the record.
 9   BY MR. LUTZ:
10       Q    All right, Mr. Williams.  Before we took
11   a lunch break, we were discussing at least a couple
12   of documents before the last document.  We were
13   discussing 3M's fluorochemical release analysis.  And
14   it was a -- some sort of a slideshow.
15              Do you recall that testimony?
16       A    Yes, sir.
17              (Whereupon, Exhibit No. 57 was marked for
18       identification by the court reporter.)
19   BY MR. LUTZ:
20       Q    Okay.  And I am marking what is going to
21   be 57 as an exhibit, and this is the actual report or
22   one of the reports.  And I wanted to ask you a few
23   questions about that.  Okay?
24       A    Okay.
25       Q    And you have Exhibit 57 in front of you?

```
 1        A    I do.
 2        Q    Okay.  And the title of this document is
 3   called Fluorochemical Release Estimation Status
 4   Report submitted to the 3M chemical division,
 5   submitted by Battelle Memorial Institute and the date
 6   is March 3rd of 1999.
 7             Did I get all that right?
 8        A    Correct.
 9        Q    Okay.  Now, I want to direct your
10   attention to -- well, let me just go ahead so the
11   record is clear and give the Bates range.  So the
12   Bates range is 3M_AFFF_MDL 01060965 -- and then the
13   last document if I can get it all the way down there
14   is going to be 1061046.  I get that right?
15        A    You did.
16        Q    All right.  And so I want to direct your
17   attention to -- it was going to be the fifth page
18   where it starts with business sensitive, A,
19   introduction objective.
20             Do you see that?
21        A    I do.
22        Q    Okay.  And do you see at the bottom of
23   this on the actual document itself, not on the Bates
24   label, it says page 1?
25        A    I do.
```

1        Q     Okay.  So I'm going to refer to this for

2    the rest of this exam on this document as the way

3    they were originally paginated.  Is that okay?

4        A     Fine.

5        Q     All right.  So this is beginning on

6    page 1.  This states that this is a summary of

7    program status.  And it says:  Since the spring of

8    1998 with the assistance of Battelle and other

9    contractors, 3M has been conducting a comprehensive

10   assessment of potential environmental exposure

11   pathways associated with the manufactured use and

12   disposition of its fluorochemical products.

13            Did I read that right?

14       A     Sir, I did not find you.  You lost me.

15   Can you go back?  I'm on page 1.  Where did you

16   start?

17       Q     Well, actually -- you know what, this may

18   not be -- let's see.

19            MR. LUTZ:  Off the record for one

20       second.  I think --

21            THE VIDEOGRAPHER:  The time is

22       1:50 p.m.  We're now off the record.

23            (Whereupon, the video camera was

24       turned off.)

25            (Whereupon, a discussion ensued off the

```
 1        record.)
 2              (Whereupon, the video camera was turned
 3        on.)
 4              THE VIDEOGRAPHER:  The time is
 5        1:53 p.m.  We're back on the record.
 6   BY MR. LUTZ:
 7        Q    All right, Mr. Williams.  Sorry about
 8   that.  I'll have to clean that up in a little bit but
 9   not take any additional time.  So we'll come back to
10   that in a little bit.
11              MR. LUTZ:  Pull up my document 49,
12        please, which will be marked as Exhibit
13        No. 58.  And that begins with MHK 0000328.
14              (Whereupon, Exhibit No. 58 was marked for
15        identification by the court reporter.)
16   BY MR. LUTZ:
17        Q    Mr. Williams, have you seen this document
18   before or series of documents?
19        A    I'm not familiar with this document, no,
20   sir.
21        Q    And it looks because it's got a Mohawk
22   document sticker on it, it was produced by you.  So
23   any reason to disagree with that?
24        A    No.  No.
25        Q    Okay.  And it looks like this is a -- if
```

1   you look at the second page of this document, it's

2   just -- it says a Burlington interoffice memorandum.

3              You see that?

4   A   Yes, sir, I do see that.

5   Q   And the date is July 17th of 2000.

6              Do you see that?

7   A   Yes.

8   Q   And it looks like it's a -- it's

9   attaching a letter from 3M announcing their intention

10  to continue in the stain release and water repellant

11  markets with alternative chemistries.

12             Do you see that?

13  A   Yes, sir.

14  Q   And if you look, the next page, July 6,

15  2000, is the 3M letter.

16             You see that?

17  A   Yes, sir.

18  Q   And this is the -- Mohawk probably would

19  have received this letter at around the same time

20  from 3M just telling them that they're getting out of

21  the C8 chemistry, right?

22  A   Likely, yes, sir.

23  Q   And we've already talked about the

24  meetings that 3M had with Mohawk back in the late

25  '90s about -- this probably became an official

```
 1    announcement in 2000 sometime, right?

 2            MR. SCRIBNER:  Object to form.

 3            You may answer.

 4    A    Yes, sir, 2000 is the date.

 5    BY MR. LUTZ:

 6    Q    I mean, in your recollection, it was

 7    early 2000 when 3M notified its customers that it was

 8    getting out of C8 business, true?

 9    A    True.

10    Q    And then I'm going to pull up my

11    document 57, which is MHK 0051606.

12            MR. SCRIBNER:  59.

13            MR. LUTZ:  59, yes.

14            MR. SCRIBNER:  CRI document?

15            MR. LUTZ:  It is.

16            (Whereupon, Exhibit No. 59 was marked for

17         identification by the court reporter.)

18    BY MR. LUTZ:

19    Q    And, Mr. Williams, after you've had a

20    chance to look at that, I'm going to ask you a few

21    questions.  Just tell me when you're ready.

22    A    (Witness complies with request of

23    counsel.)

24            I'm ready.

25    Q    The date of this letter is Tuesday,
```

1    May 16th, and it's to all CRI members.

2              Do you see that?

3         A    Yes, sir.

4         Q    And Mohawk would have received this in

5    its normal course of being part of the Carpet and Rug

6    Institute, true?

7         A    Yes, sir.

8         Q    Okay.  And it's got an attachment which

9    is the press release and website materials that were

10   posted today.

11             Do you see that?

12        A    I do.

13        Q    Okay.  And then it's got a statement from

14   the Carpet and Rug Institute.  Do you see that kind

15   of close to the bottom of the page?

16        A    I do.

17        Q    Okay.  And I'm going to read this for the

18   record:  3M has assured the public and our carpet

19   manufacturers that the product used for stain

20   resistance on carpet is safe with no health risk

21   associated with the chemicals found in their testing.

22             Did I read that right?

23        A    You did.

24        Q    And is this -- during this time, is that

25   what 3M communicated to Mohawk that the C8 used for

1   stain resistance on carpet is safe with no health

2   risks?

3        A     So I know this is semantics to you, but

4   for those of us in the industry, when we read stain

5   treatment, we don't think fluorochemical.  We think

6   stain blocker.

7        Q     Well, do you think --

8        A     I don't think there was an intent to

9   mislead there, but as is written we would -- second

10  page clarifies, I think, that it's fluorochemistry

11  they're really talking about.

12       Q     We're talking about C8 though, right?

13       A     Yes, sir.

14       Q     Okay.  But -- and they are communicating

15  the fact that -- well, strike that.

16             During this time, did 3M communicate to

17  Mohawk that the C8 that was used on carpets of Mohawk

18  is safe with no health risks?

19       A     Yes.

20       Q     And did 3M make this same type of

21  representation during the time it provided C8 to

22  Mohawk?

23       A     Yes.

24       Q     And that would be from at least, I

25  believe, the late '80s all the way up until late '90s

1    or 2000s, true?

2         A    True.

3         Q    Okay.  And even after 3M discontinued the

4    use -- the supply of C8, did it continue to make

5    those representations that C8 was safe and posed no

6    health risks?

7         A    Yes, sir.

8         Q    Now, 3M if you see, it says:  We are

9    heartened to read -- this is the next sentence:  We

10   are heartened to read that they still believe that

11   it's safe.  Making the statement that this decision

12   is based on, quote, their principles of responsible

13   environmental management.

14            Do you see where I read that?

15        A    Yes, sir.

16        Q    And that was -- that was part of the

17   press release why they claimed that they were

18   withdrawing from the market, true?

19        A    True.

20        Q    And that's what Mohawk understood, right?

21        A    Correct.

22        Q    Okay.  And do you agree -- did Mohawk

23   agree with the principle of responsible environmental

24   management?

25        A    I don't see that term defined here, but I

1    think the concept, yes.

2         Q    And did Mohawk -- did Mohawk infer from

3    this statement from 3M that C8 was no longer a

4    principle of responsible environmental management?

5              MR. SCRIBNER:  Object to form.

6              You may answer.

7         A    Can you restate the question, please?

8    BY MR. LUTZ:

9         Q    Sure.  So I guess it's kind of the

10   inverse of what they said.  So they're withdrawing

11   from the supply of C8 as because what they claimed

12   was principles of responsible environmental

13   management.  Do you follow me?

14        A    Yes, sir.

15        Q    Okay.  And so is it -- was it Mohawk's

16   understanding at that point in time that -- that 3M

17   no longer believed that C8 was a principle that

18   furthered responsible environmental management?

19        A    Sir, I believe it was their position that

20   we stated earlier that the material was persistent

21   and bioaccumulative and that was not something they

22   desired and they were going to get out of the

23   chemical (inaudible).

24        Q    And they thought that could be

25   irresponsible with respect to environmental

1   management, true?

2        A      True.

3               MR. SCRIBNER:  Object to form.

4               You may answer.

5        A      True.

6   BY MR. LUTZ:

7        Q      And again, Mohawk, even after 3M phased

8   out of C8, continued to use a different form of C8

9   albeit it wasn't PFOS, it was PFOA, true?

10       A      True.

11       Q      Okay.

12       A      Well, again, we used materials are made

13   from that material, yes.

14       Q      That degraded --

15       A      Correct.

16       Q      -- into PFOA?

17              And again, I think we've -- if you go

18   down to the actual press release, our decision is --

19   the second paragraph, it states, this is a quote by

20   3M:  Our decision anticipates increasing attention to

21   the appropriate use and management of persistent

22   materials.

23              And at this point in time, I think we've

24   discussed it even earlier, the industry -- the carpet

25   industry and Mohawk in particular was well aware that

1    PFOS was a persistent material, true?

2        A    True.

3        Q    And then the next paragraph it talks

4    about this decision is not in the public -- not only

5    in the public interest, it's in the best interest of

6    all our constituencies.

7             And do you know why it would be in the

8    public interest to discontinue the supply of C8, the

9    PFOS type?

10            MR. SCRIBNER:  Object to form.

11            You may answer.

12       A    The reasons we've stated, it's persistent

13   and bioaccumulative.

14   BY MR. LUTZ:

15       Q    And there's also concerns over whether it

16   has adverse health effects around this time, too?

17       A    Concerns had been expressed, yes.

18       Q    And again, the article goes on to say

19   that, you know, this -- the PFOS has been detected in

20   people, in the environment, and all this information

21   was known to Mohawk at this point in time and perhaps

22   a little bit before, true?

23       A    True.

24       Q    Next document is going to be RL-51.  And

25   for the record, it begins with Bates MHK 0051582.

```
 1              MR. SCRIBNER:  60?

 2              MR. LUTZ:  Yes, it's Exhibit 60.

 3              (Whereupon, Exhibit No. 60 was marked for

 4         identification by the court reporter.)

 5    BY MR. LUTZ:

 6         Q    And after you have an opportunity to

 7    quickly scan the document, I'll have some questions

 8    for you.  Just let me know when you're ready.

 9         A    (Witness complies with request of

10    counsel.)

11              Okay.

12         Q    All right.  So this is -- the title of

13    this first slide looks like The Telomer Monitoring

14    Technical Subgroup, and it's dated October 9th of

15    2003.

16              Do you see that?

17         A    Yes, sir.

18         Q    And do you know what the telomer

19    monitoring technical subgroup was?

20         A    I don't know this particular name.  I

21    know there was a telomer working group at the time.

22    This would suggest it was a subset of that group.

23         Q    And who was part of that telomer working

24    group at the time?

25         A    The major fluorochemical manufacturers.
```

```
 1    It would have been DuPont, Daikin, Clariant and

 2    Asahi.

 3         Q    And 3M not included, true?

 4         A    I believe that 3M would not be included

 5    in that group, yes, sir.

 6         Q    Okay.  And was -- were carpet

 7    manufacturers part of this group?

 8         A    No, sir.

 9         Q    Like for example Mohawk?

10         A    No, sir.

11         Q    And if you look on down to the next slide

12    it appears that -- well, this is the TWG monitoring

13    subgroup meeting agenda.  And the proposed agenda

14    states:  Circumstances and conditions under which the

15    companies would conduct monitoring at telomer use

16    facilities, design elements to be used in a

17    monitoring program at telomer use facilities.  This

18    would include proposed media and frequency of

19    sampling.

20              Next bullet point:  How decisions

21    concerning next steps will be made and develop a plan

22    and objectives for the next meeting.

23              Did I -- did I get those bullet points

24    right?

25         A    Sir, I did not follow you.  I apologize.
```

```
 1        Q   Oh, okay.  So it's just the next slide,
 2   I'll call it underneath the title slide.  See where
 3   it says proposed agenda.
 4             UNIDENTIFIED SPEAKER:  Still on
 5        page 1.
 6             THE WITNESS:  Oh, we're still on
 7        page 1.  When you said next slide, I went
 8        to the next page.  Sorry.
 9             MR. LUTZ:  You're good.
10             THE WITNESS:  Yeah, okay.
11   BY MR. LUTZ:
12        Q   And so did I read that proposed agenda
13   correct?
14        A   I think you did.
15        Q   Okay.  And what is your understanding of
16   what the TWG monitoring subgroup was trying to
17   accomplish if you know?
18        A   I don't know for certain.  This is my
19   only information, but it certainly looks like they
20   were trying to understand where these materials might
21   be going.
22        Q   And I'm going to direct you to -- if you
23   look at the 585 Bates number --
24        A   Uh-huh.
25        Q   Do you see where it says user site
```

1    monitoring plan for consideration?

2         A    Yes, sir.

3         Q    Okay.  And it's got sort of a chart that

4    talks about media frequency and location.

5              Do you see that?

6         A    Yes, sir.

7         Q    And it's got releases and ambient.  You

8    see that on the page --

9         A    Yes, I do.  Yeah, I see.  It's just not

10   very...

11        Q    And it talks about wastewater effluent

12   discharges.  One sample (inaudible) monthly for one

13   year at the discharge point.

14             Do you see that?

15        A    I see that under releases there, yes,

16   sir, above.

17        Q    Yeah.  And then under ambient, it talks

18   about sampling the surface water, the ground water

19   and the soil.

20        A    Correct.

21        Q    You see that?

22        A    I do.

23        Q    Okay.  So it looks like at least this --

24   this group was evaluating a plan to consider sampling

25   these areas around Dalton and -- from the

1   manufacturers, true?

2          A    Yes, sir.

3          Q    Okay.  And do you know whether Mohawk

4   ever agreed to this what I'll call proposed plan for

5   consideration?

6          A    I do not believe Mohawk ever agreed to

7   this.  I believe this -- I'll go ahead and jump ahead

8   probably on you.  I believe this was then trying to

9   be brought forward to the industry through CRI.

10         Q    And do you know the reasons why Mohawk

11  would not have adopted a plan such as this in 2003?

12         A    I think one of the biggest reasons that

13  Mohawk is -- that again, there were concerns about

14  the ability to actually be able to analyze these

15  materials at the time.  We're going way back.

16  Capabilities are obviously bigger now, but I would

17  point out this issue about tool box dependents is

18  mentioned.

19         Q    And I don't know what tool box dependents

20  means.  Can you explain that to me?

21         A    It simply means they're not good

22  analytical methods to -- to make these

23  determinations.

24         Q    Well, did -- did Mohawk ever evaluate the

25  analytical methods to determine whether it would

1    implement a plan such as this during this time frame

2    in 2003?

3         A    No, sir, we relied on people that had

4    much better skill at that than us.

5         Q    And when you say that, you're talking

6    about the chemical suppliers, right?

7         A    Yes, sir.

8         Q    Next document, 52, and it's Bates MHK

9    0051587.  It's going to be Exhibit 61.  And after you

10   have a chance of looking -- after you look at that,

11   you let me know and I'll ask you a few questions.

12        A    (Witness complies with request of

13   counsel.)

14             (Whereupon, Exhibit No. 61 was marked for

15             identification by the court reporter.)

16   BY MR. LUTZ:

17        Q    And so the original e-mail is from Nathan

18   Peters to Denise Wood in November of 2013.  And it's

19   preceded by -- no.

20             MR. MARMINS:  2003.

21             MR. LUTZ:  2003.  Did I say something

22        different?  Oh, I meant '3.

23   BY MR. LUTZ:

24        Q    And it's preceded by an e-mail from Joe

25   Yarbrough -- or from Jeff Lorberbaum to J. Yarbrough

```
 1    asking for an opinion about it looks like a CRI

 2    evaluation of a position whether to take or not,

 3    true?

 4         A    True.

 5         Q    All right.  And if you will, it's the

 6    next -- the second page, Mr. Williams.  It says "to

 7    the CRI policy committee."  Do you see that?

 8         A    Yes.

 9         Q    Okay.  What is a CRI policy committee?

10         A    I'm probably not the greatest one to

11    answer this in this time frame, but I think it was

12    similar to this silk committee that we talked to, a

13    group of leaders from the industry.  It may have been

14    a subset of the board of directors but...

15         Q    Okay.  And then below that, in the first

16    sentence, it talks about the technical issues

17    committee.  I assume that's another committee within

18    the CRI?

19         A    Correct.

20         Q    Okay.  And probably both committees

21    interact with one another and PFOS and PFOA were

22    points of discussion throughout the years, true?

23         A    True.

24         Q    And the first paragraph reads:  The CRI

25    technical issues committee, TIC, is requesting
```

```
 1    immediate consideration of the recommendations

 2    regarding the PFOA issue.  EPA's indicating a need

 3    for monitoring environmental data from specific sites

 4    that manufacture, process and use fluoropolymers and

 5    telomer.

 6              Did I read that right?

 7       A    You did.

 8       Q    And I think I know the answer to this,

 9    but did Mohawk support the recommendation or reject

10    the recommendation?

11       A    I don't know how we actually voted on

12    this at this time.

13       Q    But you do know that you never went

14    forward with the testing --

15       A    I do know --

16       Q    -- that the EPA had suggested?

17       A    As I just mentioned, I do know the

18    industry did not go forward with any testing, yes,

19    sir.

20       Q    So based on that, you can deduce that

21    you -- you did not support that recommendation, true?

22       A    Again, I don't know how we voted.  I

23    don't know if we got voted down or if it was

24    unanimous.

25       Q    And if you will, Mr. Williams, go down to
```

1    the next page, it says the EPA -- this is the second

2    paragraph:  The EPA intends to identify the major

3    sources of PFOA in the environment that might explain

4    the widespread presence of PFOA found in samples from

5    U.S. human blood banks in the various studies showing

6    PFOA in wildlife species.

7                Did I read that right?

8    A    Yes, sir.

9    Q    Now, we had talked earlier about PFOS and

10   now there's becoming, at least as indicated in this,

11   a concern about PFOA and its persistence, true?

12   A    Yes, sir.

13   Q    Okay.  And now it's being found in human

14   blood and wildlife species, true?

15   A    True.

16   Q    That was well aware of that throughout

17   the industry including Mohawk, right?

18   A    Yes, sir.

19   Q    Okay.  And then there's two bullet points

20   below that.  The second bullet point says:  Point

21   sources:  Test sites related to the production and

22   use of telomers and other fluorochemicals in which

23   PFOA might be transferred through atmospheric and

24   hydraulic -- hydrologic mechanisms to the environment

25   in general.  Tests for possible release and migration

1    of PFOA from telomer product manufacturing

2    operations; telomer processing and use sites, and

3    disposal facilities (particularly incinerators).

4             You see that?

5        A    I do.

6        Q    And at this point in time, we're clearly

7    aware that PFOA is persistent and that it is -- it's

8    been transferred to the Conasauga River through the

9    LAS system, true?

10            MR. SHANER:  Object to the scope and

11        foundation.

12        A    I would have to go back and look at prior

13   documents to validate for certain, but I think that's

14   probably correct.

15   BY MR. LUTZ:

16       Q    Yeah, and this sounds about the general

17   time frame?

18       A    It's in the reasonable time frame when it

19   was happening, yes.

20       Q    It seems likes PFOS was earlier and then

21   DuPont came out with PFOA and then, you know, there's

22   a few years of lag time, and then after that, it

23   starts showing up in the environment, true?

24       A    Yes, sir.

25       Q    And so the EPA, if you look further down,

```
 1    Mr. Williams, the EPA's recommended monitoring plan

 2    for specific carpet industry site.

 3              Do you see that?

 4        A    I do, yes, sir.

 5        Q    Okay.  And so basically, this is, you

 6    know, the EPA's recommending that you test or you

 7    sample wastewater effluent discharges, you test the

 8    surface water, the ground water and the soil.

 9              You see that?

10        A    Yes, sir.

11        Q    And that at the time, Mohawk doesn't have

12    any reason to disagree with the fact that that's what

13    the EPA had recommended, true?

14        A    True.

15        Q    And as I understand your testimony,

16    Mohawk didn't undertake any of these recommendations

17    by the EPA, true?

18        A    Not on our own, no, sir.

19        Q    And I think you've already talked about

20    the reasons for this, but can you think of any other

21    reason other than you didn't know if the test results

22    or the testing equipment was -- strike that.  Let me

23    just ask it this way.

24              Why did Mohawk not follow the EPA's

25    recommendations?
```

1          A     I think that Mohawk chose to work with

2     the industry and work through the industry

3     association, CRI, based on what we're reviewing here

4     is consistent in the organization amongst its members

5     came to the conclusion there wasn't a good way to

6     effect this study that they mentioned.

7          Q     And I don't know how often it happens in

8     practice, but Mohawk doesn't have to follow CRI's

9     recommendations, true?

10         A     That's true.  We're not required -- we're

11    not required to, yeah.

12         Q     Not obligated to whatsoever.  They can

13    make -- they can pave their own way if they want to,

14    true?

15         A     True.

16         Q     Okay.  And then there's

17    recommendations -- you see that, Mr. Williams, on

18    down the page?  It's the last page.  It says "CRI

19    technical issues committee's recommendations"?

20         A     Yes, sir.

21         Q     Again, do you know whether these four

22    recommendations were followed by Mohawk?

23         A     No, sir, I don't know.

24         Q     And I guess my next question, we're

25    looking back at the top of this, you know,

```
 1    Mr. Yarbrough and Mr. Lorberbaum are talking about it
 2    and they ask each other -- or Mr. Yarbrough asks Mr.
 3    Lorberbaum does he have an opinion, it looks
 4    reasonable to me.
 5              Do you see that?
 6       A    Yes, sir.
 7       Q    You think those would be the best sources
 8    of information about whether Mohawk decided to follow
 9    the recommendation of CRI?
10       A    Yes.
11       Q    And then down at the bottom back to the
12    recommendations, this is in order to preserve -- the
13    recommendations are:  In order to preserve the
14    industry's relationship with the EPA, that the carpet
15    industry proceed in a spirit of cooperation as much
16    as possible.
17              Is that something CRI is interested in
18    doing is cooperating with the EPA?
19       A    What it says, yes, sir.
20       Q    There's --
21       A    Pretty much what it says, yeah.
22       Q    That's -- that's something for not only
23    the CRI, but for manufacturers such as Mohawk too,
24    true?
25       A    Correct.
```

1       Q       Okay.  And then No. 2 says:  Discuss off

2    record whether concerns can be addressed.

3               Is that -- is that a typical way of

4    communication between the members of CRI to discuss

5    maybe hot issues off the record?

6       A    I don't know that this relates to members

7    discussing with each other or members discussing or

8    CRI discussing with EPA if it can be addressed.

9       Q       Okay.  And I'm going to get down to the

10   proposal:  Therefore, the CRI technical issues

11   committee proposes the following alternatives to

12   EPA's requested monitoring activities.

13              Do you see that?

14      A    Yes, sir, I do now.

15      Q       Okay.  Monitoring of Dalton Utilities

16   effluent stream and sludge, this is more

17   representative of the general area than any specific

18   site.

19              You see that?

20      A    Yes, sir.

21      Q       And do you know whether that

22   recommendation was carried forward?

23      A    I know that EPA did do some monitoring at

24   Dalton Utilities.

25      Q       Do you know when that occurred?

```
 1          A     I'd have to look it up.
 2          Q     Do you think it was around this time in
 3   2003, or was it later on in -- a few years later?
 4          A     I do not recall as I sit here.
 5          Q     And then the next bullet point is:  Off
 6   manufacturing site soil sampling.
 7                Do you see that?
 8          A     I do.
 9          Q     I don't know, what does off manufacturing
10   site mean?
11          A     I join you with that.  I don't know.
12          Q     Okay.  But we know it's not on the
13   manufacturing site, true?
14          A     Correct.  Correct.
15          Q     Okay.  And then it says:  Monitoring
16   ground water via existing landfill, monitoring wells.
17                You see that?
18          A     I do.
19          Q     Do you know if this recommendation was
20   ever implemented?
21          A     I do not.
22          Q     Okay.  And then the last one is:
23   Monitoring of the Conasauga River above and below
24   Dalton.
25                Do you see that?
```

```
 1        A    Yes, sir.
 2        Q    All right.  And do you know whether that
 3   recommendation was ever approved and implemented?
 4        A    As we just discussed, we know that at
 5   some point EPA did do that kind of work.
 6        Q    Did -- and I think I know the answer to
 7   this.  But Mohawk never -- never did any independent
 8   monitoring of the Conasauga River either above it or
 9   below it, true?
10        A    Correct.
11        Q    And why do you think -- and this is a CRI
12   question but you're here to talk about CRI.  So why
13   would it be important to monitor the Conasauga River
14   both above and below Dalton?
15             MR. SCRIBNER:  Hold on.  Let me object
16        to the form of the question.  The topic is
17        participation in CRI.
18             MR. LUTZ:  Right.
19             MR. SCRIBNER:  You may answer.  You're
20        not here to testify on behalf of CRI.
21   BY MR. LUTZ:
22        Q    And let me correct that because I wasn't
23   asking you on behalf of CRI.  I was asking you as a
24   member of CRI why -- why monitoring of the Conasauga
25   River above and below Dalton would be a
```

1    recommendation, if you know?

2        A    I don't know for sure.  I would be

3    speculating.

4        Q    Well, do you think it could be to monitor

5    the drinking water above and below Dalton?

6        A    Drinking water wouldn't come directly

7    from the river.  It would go through a processing

8    plant first.  So if you want to monitor drinking

9    water, you'd do it after the plant, not before.

10       Q    Okay.  SO can you think of any other

11   reasons why you'd want to monitor the Conasauga

12   River?

13            MR. SHANER:  Objection.

14       A    I think as it noted for your earlier part

15   of this, that it was recommended they look at a --

16   what was going on with Dalton Utilities as that was

17   kind of the central point where waste was being

18   flowed to.  That could have been the source of the

19   recommendation.

20   BY MR. LUTZ:

21       Q    So perhaps to monitor whether the

22   Conasauga River was contaminated with PFOA and PFOS?

23       A    Yes, sir, to see if it could be found.

24       Q    All right.  I want to mark Exhibit No. 62

25   which is RL-55.

```
 1                 (Whereupon, Exhibit No. 62 was marked for

 2          identification by the court reporter.)

 3    BY MR. LUTZ:

 4          Q    And after you have a chance to look at

 5    it, I'll ask you a few questions.

 6          A    (Witness complies with request of

 7    counsel.)  Okay.

 8          Q    So the title of this document is CRI

 9    briefing, October 10, 2003.  You see that?

10          A    I do.

11          Q    And part of the CRI, this would be a

12    document that you would have -- that Mohawk would

13    have received or --

14          A    Someone at Mohawk would have likely have

15    seen this.

16          Q    Would have seen it, yeah, in the normal

17    course of business?

18          A    Yeah.

19          Q    And then below it, it talks about the

20    telomer research program.  I think we were just

21    talking about one of those working groups, right?

22          A    Correct.

23          Q    Does this help you recollect what the

24    telomer research program was?

25          A    Yes, sir.
```

1       Q     And essentially, it says it was founded

2    over three years ago in response to the need to

3    develop data on telomer products.

4             Do you see what I just said --

5       A     I do.

6       Q     -- read?

7             And when it's talking about telomer

8    products, are we -- is this talking about PFOA at

9    this point in time?

10      A     Again, without getting into all the

11   details of chemistry, I think we're talking about

12   materials that could degrade to issues at hand, yes,

13   sir.

14      Q     Right.  And it looks like they're trying

15   to develop test methods and protocols to be used by

16   member companies in studies on their own products.

17            Do you see that?

18      A     I do.

19      Q     Okay.  And member companies, is that --

20   that would be the suppliers; is that right?

21      A     That would be my interpretation.

22      Q     Okay.  And then there's -- it looks like

23   there's a -- it says it's conducting its research

24   program with a focus on three parallel work streams,

25   toxicology, pharmacokinetics and environmental fate

1    and effect studies.

2         Do you see that?

3    A    Yes, sir.

4    Q    And do you know whether any of these

5    research program or studies were ever shared with

6    either CRI that you or Mohawk was a part of or Mohawk

7    itself?

8    A    I don't know if we ever received any

9    briefing directly from the telomer research program,

10   no, sir.  I know we were briefed by our suppliers on

11   some of these topics.

12   Q    And then if you look down on page 4, it

13   talks about program objectives.

14        You see that?

15   A    Yes, sir.

16   Q    Well, let me back up.  It says the group

17   was formed about three years ago, and the date of

18   this document is 2003.  So we can agree that this

19   group was likely formed around 2000?

20   A    Agreed.

21   Q    Okay.  And it looks like, you know, this

22   group was formed to look at -- to help better

23   understand telomer based polymeric product

24   environmental fate and disposal.  You see that on the

25   fourth slide on page 4?

```
1        A     Yes, sir, it's the bottom bullet point.
2        Q     Okay.  And do you recall whether this
3    group helped the manufacturers -- the carpet
4    manufactures like Mohawk better understand this --
5    how the product -- and we'll say PFOA -- gets into
6    the environment and how it is disposed of?
7        A     Again, I'm not aware of this group making
8    any presentations directly to Mohawk.
9        Q     And if you go down to page 10, it talks
10   about a final report will be submitted in the next
11   two to four weeks.
12       A     Yes, sir.
13       Q     And I'm going to guess your answer and
14   you tell me if I'm right.  You don't know whether you
15   received a report from this group or not, true?
16       A     True.
17       Q     And then at the bottom, page 11, it says:
18   TRP is actively working on the LOI item related to
19   calculation of release estimates from the three cited
20   markets.
21             Do you see that?
22       A     I do.
23       Q     Were you aware -- was Mohawk aware of
24   these release estimates?
25       A     I'm not aware that we were.
```

```
 1        Q    And then let's pull up RL-62 and that's
 2   going to be Bates No. 63 [sic].  And for the record,
 3   it's MHK 0051660.  You ready?
 4        A    I really don't want to read this
 5   (inaudible).
 6               (Whereupon, Exhibit No. 63 was marked for
 7          identification by the court reporter.)
 8   BY MR. LUTZ:
 9        Q    Yeah, I just have a couple of questions
10   for you.  This will be -- this will be a breeze.
11               So do you know what that document is,
12   Mr. Williams?
13        A    I do.
14        Q    And this is a document that was published
15   in 2003, true?
16        A    It appears to be 2003, yes, sir.
17        Q    Yeah.  And it was -- it's titled The
18   Preliminary Risk Assessment of the Developmental
19   Toxicity Associated with Exposure to
20   Perfluorooctanoic Acid and Its Salts.
21               Did I read that right?
22        A    You did.
23        Q    I know I pronounced -- mispronounced it
24   but...
25               Mohawk was well aware of this article
```

1    when it was published, true?

2         A    Most likely.

3         Q    And the summary -- and I'm going to read

4    it:  The EPA has identified potential human health

5    concerns from exposure to perfluorooctanoic acid,

6    PFOA, parens, and its salts although there remains

7    considerable scientific uncertainty regarding

8    potential risks.

9              Do you see -- did I read that right?

10        A    You did.

11        Q    Okay.  And Mohawk would have understood

12   that there was potential human health concerns with

13   respect to PFOA around this time in 2003, true?

14        A    True.

15        Q    And in response to these potential health

16   concerns, did -- at least in 2003 and 2004, did

17   Mohawk change any of its practices with respect to

18   the use of PFOA?

19        A    So again --

20        Q    Yeah, or -- or products --

21        A    Correct.

22        Q    -- that degrade to PFOA.  And we can just

23   have that clarification on the record.

24        A    I'm not aware that we made any -- any

25   changes to our practices at that time.

```
 1        Q     In fact, you think the changes probably
 2   occurred later on in --
 3        A     Slightly later on, yes, sir.
 4        Q     '7 and '8?
 5        A     In terms of product -- product line
 6   changes, yes, sir.
 7        Q     2007/2008, maybe even 2009, right?
 8        A     Correct.
 9        Q     Okay.  And then if you go down to -- I'm
10   going to say 666, and it's titled Background.
11              Do you see where I'm -- and it states:
12   In 1999, the EPA began an investigation after
13   receiving data on perfluorocytlsulfonate, PFOS,
14   indicating that PFOS was persistent, unexpectedly
15   toxic and bioaccumulative.  These data also show that
16   PFOS had been found in very low concentrations in the
17   blood of the general population and wildlife around
18   the world.
19              We've discussed that and we've discussed
20   that Mohawk knew about this in around that period of
21   time, true?
22        A     True.
23        Q     And then in June of 2000 -- if you look
24   at the next paragraph, it states:  In June of 2000,
25   the EPA indicated that it was expanding its
```

1    investigation of PFOS to encompass other

2    fluorochemicals including PFOA.

3                Do you see that?

4         A    I do.

5         Q    Okay.  And I would imagine that Mohawk

6    was aware of that EPA investigation that began to

7    include PFOA in June of 2000, right?

8         A    I think we could have been, yes, sir.

9         Q    And then if you will, Mr. Williams, on

10   669, second paragraph, says:  APFO is the most widely

11   used salt of PFOA and most animal toxicity studies

12   have been conducted with APFOA -- I mean APFO.  An

13   extensive array of animal toxicity studies have been

14   conducted in rodents and monkeys.  These studies have

15   shown that APFO exposure can result in a variety of

16   toxic effects in animals, including liver toxicity,

17   developmental toxicity and immunotoxicity.  In

18   addition, rodent bioassays have shown that chronic

19   APFO exposure is associated with a variety of tumor

20   types.

21               Do you see that?

22        A    I do.

23        Q    And Mohawk was aware of these animal

24   studies at least by this point in time in 2003, true?

25        A    We have the document, yes, sir.

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)                Jim Williams Vol. II on 07/02/2021                Page 447

```
 1         Q    And now I've got -- we're going to go

 2    back to what I originally tried to introduce right

 3    after our break.  And that's going to be unmarked

 4    Document No. 2.

 5              We have to have a break.  Yep.  We'll

 6    take a five-minute break.

 7                   (Whereupon, a discussion ensued off the

 8         record.)

 9              MR. LUTZ:  Off the record, please.

10              THE VIDEOGRAPHER:  The time is

11    2:40 p.m.  We're now off the record.

12                   (Whereupon, the video camera was

13         turned off.)

14                   (Whereupon, a brief recess was taken.)

15                   (Whereupon, the video camera was

16         turned on.)

17              THE VIDEOGRAPHER:  The time is

18    2:50 p.m.  We're back on the record.

19                   (Whereupon, Exhibit No. 64 was marked for

20         identification by the court reporter.)

21    BY MR. LUTZ:

22         Q    All right, Mr. Williams.  We're back on

23    the record, and I have provided you what is being

24    marked as Exhibit 64.  And if you have -- I'm going

25    to direct you where I want you to go.  I know you
```

1    haven't seen this document or I'll ask you that

2    but --

3        A    I have not, so we can just go where you

4    want to go.

5        Q    Okay.  All right.  It's unmarked too for

6    the Zoom participants.  And, you know, I thought this

7    was the same document that I marked as Exhibit

8    No. 57, but it actually is a document that looks like

9    the same analysis but perhaps a few weeks before

10    that.

11            So the title of the document is called

12    Exposure Assessment For Fluorochemical Products,

13    Program, Overview and Status.  It was submitted to 3M

14    chemical division.  It was submitted by Battelle

15    Memorial Institute on February 15th of 1999.

16            Did I accurately reflect the cover page

17    of the document?

18        A    You did.

19        Q    And then if you go down to the third

20    page, it's got a summary of the program status.

21            You see that?

22        A    I do.

23        Q    Okay.  And the first paragraph states:

24    Since the spring of 1998 with the assistance of

25    Battelle and other contractors, 3M has been

1    conducting a comprehensive assessment of potential

2    environmental exposure pathways associated with the

3    manufacture, use and disposition of its

4    fluorochemical products.

5              Did I read that right?

6    A    You did.

7    Q    Okay.  And as I understand your previous

8    testimony, we may have seen a slideshow that sort of

9    had this same type of information.  But as I

10   understand your previous testimony, Mohawk was

11   unaware of this analysis that was being performed by

12   3M in 19 -- since the spring of 1998, true?

13   A    I think up to the point where you had

14   documents that showed we did have some employees that

15   were informed in '99 or so.

16   Q    Right.  In '99.  Okay.

17             And then below that, it says:  Estimates

18   of fluorochemical releases to the environment have

19   been developed for a selected group of 23 products

20   which collectively represent approximately 89 percent

21   of the FC solids and 90 percent of the PFOS

22   equivalents based on the total 1990 sales of

23   fluorochemical compounds.

24             Skipping down:  Not surprisingly, the

25   city with the largest combined FC solid release in

```
 1   all media for these 38 supply chain locations is
 2   Dalton, Georgia, due to the presence of several large
 3   carpet mills.
 4            Did I read that correctly?
 5     A    You did.
 6     Q    Okay.  And would that have been
 7   surprising to Mohawk in 1998 that the largest
 8   combined fluoro- -- fluoro- -- I'm drawing a blank.
 9     A    Fluorochemical (inaudible).
10     Q    Fluorochemicals releases was in Dalton?
11            MR. SCRIBNER:  Object to the form.
12            You may answer.
13     A    I don't think it would be a surprise that
14   we used quite a lot, but I'm not sure that Mohawk
15   would have understood 3M's fluorochemical business
16   well enough to know where it all was going.
17   BY MR. LUTZ:
18     Q    And again, 3M never gave you this --
19   this -- this study?
20     A    Not to my knowledge.
21     Q    Okay.  And had you known this in 1998,
22   would that have concerned Mohawk?
23            MR. RADNEY:  Object to form.
24     A    So had we known this in 1998, I think we
25   would have done what we typically do, is we would
```

1    have sat down with 3M and asked them to explain to us

2    exactly what was going on, what's the likely progress

3    or progression of where they were going with these

4    materials.

5    BY MR. LUTZ:

6        Q    I mean at least based on this report, I

7    mean 3M is concerned about the release of these

8    materials into the environment because it could, you

9    know, also get into people, true?  And I'm para- --

10            MR. RADNEY:  Object to form.

11       A    My struggle is I'm not sure what the

12   releases in media is actually applying to without

13   being able to get some clarification.  I mean putting

14   stuff in a landfill?

15   BY MR. LUTZ:

16       Q    Go down to page 6.  If you look on it on

17   the bottom, it's just the actual page 6.

18       A    Got it.

19       Q    And do you see the top of it says

20   lifecycle model of releases?

21       A    I do.

22       Q    Okay.  And it -- and it says about

23   halfway through the paragraph:  Most of the

24   fluorochemical waste is removed through wastewater

25   treatment and the treatment sludge is either

```
 1    landfilled or land incorporated.

 2            Did I read that right?

 3    A    Yes, sir.

 4    Q    Okay.  And was that Mohawk's

 5    understanding at the time of this 1998 analysis or

 6    1999 analysis?

 7            MR. RADNEY:  Object to form.

 8            MR. SCRIBNER:  Object to the form of

 9        that.

10            You may answer.

11    A    I think we would have expected it ended

12    up in the landfill, yes, sir.

13    BY MR. LUTZ:

14    Q    And if you look down at page 11, it's a

15    table B-1 preliminary selection of exposure pathway

16    for further analysis.

17    A    Uh-huh.

18    Q    You see that?

19    A    I do.

20    Q    And it's got general consumer right

21    there.  You see that?  Local resident, general

22    consumer --

23    A    I do.

24    Q    -- on the receptor?

25    A    Yes.
```

1    Q    And it also has on No. 12 a pathway

2    ingestion via -- via food chain or drinking water.

3             Do you see that?

4    A    I do.

5    Q    And did 3M ever disclose this pathway to

6    Mohawk during this time period?

7    A    Not that I'm aware of.

8    Q    And then if you go down to page 16, it's

9    table C-1, and it's primary supply chain locations

10   included in release estimates.

11            Do you see that?

12   A    I do.

13   Q    Okay.  And it's got six Dalton locations.

14   Do you see those?  Five.

15   A    Help me with the sixth one.  There we go,

16   five.

17   Q    Five Dalton locations, true?

18   A    Yes, sir.

19   Q    Okay.  And it's all in the associated

20   business of carpet.

21            You see that?

22   A    I do.

23   Q    Okay.  And then it lists five facility

24   names:  Beaulieu, Mohawk, Queen, Shaw and World.

25            Do you see that?

```
 1        A    I do.
 2        Q    Okay.  Now, Mohawk acquired World at some
 3   point in time, true?
 4        A    Correct.
 5        Q    Okay.  Do you know if this was in --
 6   before or after this report?
 7        A    I don't.  I think we covered some of that
 8   with Mr. Faircloth of the exact dates of
 9   acquisitions, etcetera.
10        Q    Okay.  And then it's got an estimate of
11   the pounds of PFOS equivalent that it is releasing in
12   the air and the water and in solids.
13             Do you see that?
14        A    I do.
15        Q    Okay.  And it says:  Mohawk is releasing
16   820 pound in the air, 3,400 pounds in the water and
17   2600 pounds in -- as a solid.
18             Do you see that?
19        A    I see that.  I would point out I have no
20   idea what a PFOS equivalent would be.
21        Q    My question, though, is not about that.
22   It's did -- did 3M disclose that to Mohawk at this
23   point in time?
24        A    Not to my knowledge.
25        Q    Okay.  And if you will scroll down to
```

1    page 21, please.

2         A    (Witness complies with request of

3    counsel.)

4         Q    And there's a -- at the bottom of

5    page 21, it says multi-city study.

6              Do you see that?

7         A    I do.

8         Q    Okay.  It says:  Shakedown test sampling

9    was conducted in Dalton, Georgia and Decatur, Alabama

10   and samples were extracted and analyzed for the FC

11   polar residuals.

12             Do you see that?

13        A    I do.

14        Q    Do you know what a shakedown test

15   sampling is?

16        A    I do not.

17        Q    Okay.  PFOS was detected in a landfill

18   (inaudible).  Sample POTW, effluent sample and

19   several surface water samples.  Preliminary data

20   results are listed in table C-5.

21             Do you see that?

22        A    I do.

23        Q    Did 3M notify you of these samples?

24        A    Not that I'm aware of, sir.

25        Q    So back to you said you didn't know what

```
 1    the PFOS equivalent was.  Let me ask you, if this
 2    helps you.  PFOS equivalent is the amount of PFOS
 3    that would be released from the product in the
 4    environment.
 5              Does that make sense?
 6        A    Okay.
 7        Q    No reason to disagree with that?
 8        A    No reason to disagree, no.
 9        Q    And then the final page I want to look at
10    is page 23.  You see that?
11        A    I do.
12        Q    Is table C-5 concentrations of polar FC
13    residuals in shakedown test water samples.
14              Do you see that?
15        A    I do.
16        Q    And it appears that 3M has tested the
17    Conasauga River near the landfill and the drinking
18    water.
19              Do you see that?
20        A    I do.
21        Q    And did 3M share any of these test
22    results with you?
23        A    Again, not to my knowledge.
24        Q    All right.  We're done with that
25    document.  If you will look at -- this is Exhibit No.
```

 1   35 from yesterday.

 2        A    A little help.

 3        Q    **Actually you know what, we're not going**

 4   **to talk about that.**

 5             MR. SCRIBNER:  After all that work.

 6             MR. LUTZ:  Sorry.  Sorry, Doug.

 7             MR. SCRIBNER:  I actually object.  Ask

 8        a question.

 9             MR. LUTZ:  Well, I want to ask some

10        real good questions.  You don't want me to

11        do it so --

12             MR. SCRIBNER:  I'm backing off.

13             MR. LUTZ:  Okay.

14             (Whereupon, Exhibit No. 65 was marked for

15        identification by the court reporter.)

16   BY MR. LUTZ:

17        Q    **Let's look at RL-53 and this is going to**

18   **be marked as Exhibit No. 65.**

19             (Whereupon, a discussion ensued off the

20        record.)

21             THE WITNESS:  Okay.

22   BY MR. LUTZ:

23        Q    **All right.  And this may provide some**

24   **further clarification about Mohawk's position on the**

25   **EPA's recommendation to -- for, you know, sampling.**

1    If you will this is sent from Denise Wood to Frank

2    Peters and the subject is PFOA.

3                 Do you see that?

4       A    I do.

5       Q    Okay.  And this is May 6th of 2004.  You

6    see that?

7       A    Yes.

8       Q    Okay.  And it states in one of these

9    e-mails that may have been forwarded:  As I recall,

10   EPA was trying to get some industry members to

11   voluntarily allow testing at some of the

12   manufacturing facilities.  No one stepped forward at

13   that time and I don't think DuPont or 3M has

14   voluntarily either.  I believe Frank Peters may have

15   attended this same meeting.

16                Does that put it into perspective that

17   the -- that Mohawk declined to follow the

18   recommendations that the EPA provided in that

19   document that we just looked at in 2003?

20      A    I think it says -- suggests that we did

21   not volunteer either, correct.

22      Q    Yeah, and if you look down at the next

23   e-mail it says:  I'll find out if we have an industry

24   position that is consistent with Mohawk's position.

25   I'll pass the information along to all of you.

```
 1        A    Uh-huh.

 2        Q    So it's -- based on this e-mail, it does

 3   not appear that Mohawk followed the EPA's

 4   recommend -- testing recommendations, true?

 5        A    Yes, sir.  As we mentioned, it did not

 6   appear that there was actually a credible testing

 7   regime at the time.

 8        Q    And then let's look at RL-60.  Actually,

 9   let's look at RL-7 first, sorry, and that will be

10   Exhibit No. 66.

11             MR. SCRIBNER:  '7?

12             MR. LUTZ:  Yeah, '7 first.

13   BY MR. LUTZ:

14        Q    And this was a document -- actually, you

15   know what, strike this.  This is a document that was

16   already introduced as Exhibit No. 41.

17        A    Yes, sir.

18        Q    And let's see if I can do this without --

19   just refreshing your recollection.  Do you recall the

20   Steelworkers fax to -- to Mohawk in August of 2005?

21   We discussed that yesterday, right?

22        A    We discussed that yesterday.  I recall

23   it, yes, sir.

24        Q    Yeah, and it was essentially material

25   talking about PFOA as a likely carcinogen in humans,
```

1    Dupont's mixed messages, things of that nature.

2            Do you recall that testimony yesterday?

3       A    I do.

4       Q    Okay.  And there was also -- you know, it

5    also talked about how Mothering magazine, the

6    nation's leading publication for expectant mothers

7    and natural family living identifies PFOA as a

8    chemical that accumulates in the body and may be

9    especially harmful to fetuses and children.

10           At that point in time based on the

11   information that was provided to the Steelworkers,

12   Mohawk would have been aware of that potential issue

13   for PFOA to accumulate in the body and could be

14   harmful to fetuses and children, true?

15      A    If it was an EPA statement, we would

16   probably have been aware of it, yes, sir.  But if it

17   was somebody writing a magazine article, we may not

18   have been.

19      Q    Yeah, well, the magazine article was

20   written in 2004, but then the Steelworkers put this

21   in the steel worker letter to Mohawk.

22           And my question is:  When you got the

23   letter, you would have read the contents of it and

24   understood that they were making --

25      A    We would have --

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
30(b)(6)                    Jim Williams Vol. II on 07/02/2021                    Page 461

1       Q    -- making that claim?

2       A    Yes, sir, we would have looked to see if

3    we could validate that claim somewhere else, not --

4    other than this document.

5       Q    And then there was a response to that

6    letter, which I'll mark as Exhibit No. 65 [sic].  And

7    Dupont's response.  It's dated December 19th of 2005.

8            (Whereupon, a discussion ensued off the

9         record.)

10           MR. LUTZ:  Okay.  We'll use this as

11        66.  Sorry about that.  We're pulling up

12        RL-60.  And the Bates is MHK 0051630.

13           MR. SCRIBNER:  I don't think that's

14        it.

15           MR. LUTZ:  Does it say December 19th,

16        2005 on it?

17           MR. SCRIBNER:  No.  What tab is it?

18           MR. LUTZ:  I have it as tab 60, RL --

19           MR. SCRIBNER:  We don't have a tab 60

20        in the package you gave us.  I don't

21        believe.  I haven't seen it.  Hold on.  No.

22           (Whereupon, a discussion ensued off the

23        record.)

24           (Whereupon, Exhibit No. 66 was marked for

25        identification by the court reporter.)

```
 1    BY MR. LUTZ:

 2         Q    Mr. Williams, when you're ready, I'll ask

 3    you questions.

 4         A    I have seen this document before.

 5         Q    Okay.  You looked at in preparation for

 6    the deposition?

 7         A    Yes.

 8         Q    And this is a document that is dated

 9    December 19th of 2005, true?

10         A    Yes.

11         Q    And it's a document that Mohawk would

12    have received in the normal course of business around

13    that time, true?

14         A    Yes, sir.

15         Q    Okay.  And it begins:  Dear carpet

16    retailers, you may have recently received a letter

17    from the United States Steelworkers, USW, containing

18    inaccurate and misleading information about carpet

19    products made with DuPont fluoropolymer chemistry.

20    The USW alleges that these products may be harmful to

21    consumers.  That is simply not true.

22              Did I read that right?

23         A    You did.

24         Q    So was this the type of communication

25    document that Mohawk received talking about the
```

1    safety of Dupont's C8 product?

2        A    Yes, sir, this and possibly others

3    that -- where DuPont made presentations about the

4    safety of their products.

5        **Q    And would DuPont have made these**

6    **presentations to Mohawk about the safety of their**

7    **products, you know, beginning when you began using**

8    **those products.**

9            MR. JOHNSON:  This is Johnny Johnson

10        for DuPont.  I want to object to the form

11        to the extent this addresses (inaudible).

12        This is not accurate.

13            MR. LUTZ:  PFOA products.  Let me --

14        let me go back and I'll clean this up.

15        Thanks.  Thanks, Johnny.

16            With respect to representations that

17        were made about DuPont's PFOA products,

18        were these the type of representations that

19        Mohawk received from DuPont about the

20        safety of the product?

21            MR. JOHNSON:  (Inaudible).

22            THE WITNESS:  I know what he's saying.

23        Use PFC.

24            MR. LUTZ:  PFC.

25            MR. JOHNSON:  (Inaudible) objection.

```
 1        To be accurate, what you should say

 2        (inaudible) products.  This is not a PFOA

 3        product.  That's my objection and you can

 4        fix it or not (inaudible).  And I apologize

 5        for having to interrupt.

 6             MR. LUTZ:  No, you're fine and we'll

 7        get the record cleaned up.  We've discussed

 8        this yesterday.  We'll use PFC.  Is that

 9        fair?

10             THE WITNESS:  That's fine.

11             So can you ask the question again?

12   BY MR. LUTZ:

13        Q    So my question is:  Is this the type of

14   representation that DuPont made to Mohawk about the

15   safety of its PFC products?

16        A    Yes, sir.

17        Q    I mean looking back on this 16 years

18   later, do you believe that DuPont was being honest

19   with the carpet industry in this communication?

20             MR. SCRIBNER:  Object to form.

21             You can answer.

22             MR. JOHNSON:  Object to the form, lack

23        of foundation.

24        A    Sir, I mean I would be guessing as to how

25   honest they were being at 16 years ago.  I'd rather
```

1    not guess.

2    BY MR. LUTZ:

3         Q    Well, let me ask you this.  DuPont

4    claimed there is no risk to consumers from potential

5    exposures to trace levels of PFOA.

6              Do you see that?

7         A    Guide me again.

8         Q    It's in the fourth paragraph.

9         A    Yeah, the study confirmed that there's no

10   risk to consumers?

11        Q    Yeah.

12        A    I see that.

13        Q    And that carpets made with our -- with or

14   using DuPont materials including Stainmaster carpet

15   are safe.

16             Do you see that?

17        A    I do.

18        Q    And that the -- that these products may

19   be harmful to consumers.  Do you see that at the

20   beginning?  It says "that is simply not true," the

21   first paragraph.

22        A    Where are you looking at again?

23        Q    First paragraph.

24        A    Oh, you went back to the first paragraph.

25        Q    Yes.

1        A     I do see that, yes.

2        Q     **And I think we can all agree that today**

3     **we understand that PFOA may be harmful to consumers,**

4     **true?**

5              MR. SCRIBNER:  I'm going to object to

6         the form of the question, Ryan.  I think

7         you're asking him to give opinions on

8         toxicology and the like.  And I think it's

9         inappropriate for a fact witness.

10             Subject to that, you may answer his

11        question if you can.

12             MR. JOHNSON:  Object to form, lack of

13        foundation.

14    BY MR. LUTZ:

15       Q     **You can answer it if you know it.**

16       A     So I don't know.

17       Q     **What is the position of -- of Mohawk is**

18    **really what my question is.**

19             MR. SCRIBNER:  Same objection, same

20        reason.  You can answer.

21       A     I think at this point in time that Mohawk

22    felt DuPont was being straightforward with us and we

23    continued to use the product.

24    BY MR. LUTZ:

25       Q     **Now, in this communication do you see**

1    anywhere where DuPont disclosed to Mohawk that PFOA

2    was either a likely or potential carcinogen?

3         A    I do not see any reference to that on

4    here.

5         Q    And did DuPont ever disclose any studies

6    they had performed over the years on either humans or

7    animals in this communication to the carpet retailers

8    that allege PFOA is safe?

9         A    There's no disclosures in this particular

10   document.

11        Q    And would that have been the type of

12   disclosure that would have been important to Mohawk

13   at this time this was communicated to Mohawk?

14             MR. SCRIBNER:  Object to the form.

15             You may answer.

16             MR. JOHNSON:  Object to the form, lack

17        of foundation and calls for speculation.

18   BY MR. LUTZ:

19        Q    You may answer.

20        A    Agree.  It's speculation.  I think we

21   established that there were other routes by this

22   point in time which we would have had cause to begin

23   to try to understand that issue.

24        Q    Yeah, but I guess my question is, is that

25   would Mohawk wanted -- would have -- would Mohawk

```
 1   would have wanted -- strike that.  Let me just move

 2   on.  Let's pull up RL-48.

 3              MR. SCRIBNER:  Tab 48?

 4              MR. LUTZ:  Tab 48 which we'll mark as

 5        67.

 6              THE WITNESS:  They're not in order.

 7              (Whereupon, Exhibit No. 67 was marked for

 8        identification by the court reporter.)

 9   BY MR. LUTZ:

10        Q    You ready?

11        A    Ready.

12        Q    And this looks like a shareholder letter

13   to DuPont, so I don't expect that Mohawk would have

14   reviewed this.  But you can state for the record

15   whether you ever saw this document.

16        A    No, sir.

17        Q    If you look on the fifth page which is

18   896.

19        A    I'm there.

20        Q    And if you -- you look down, it states

21   that -- the first real paragraph, it says:  PFOA is a

22   chemical used to help make fluoropolymers and

23   fluoroelastomers, i.e., DuPont de Nemours & Company,

24   parens, DuPont, is the only U.S. producer of PFOA.

25              Did I read that right?
```

1       A     Yes, sir.

2       Q     And they were supplying that chemical

3    to -- or supplying PFOA to Mohawk during this period

4    of time in 2006?

5       A     No, sir.

6       Q     They were out of that?

7       A     Again, we never bought PFOA.

8       Q     Right.  But the --

9       A     PFCs, it might have.

10       Q     Degrade to PFOA, true.

11             And you see that the -- that DuPont

12    voluntarily agreed with the U.S. Environmental

13    Protection Agency request to work towards eliminating

14    emissions of PFOA?

15       A     Yes, sir.

16       Q     And you were aware of that in 2006?

17       A     Yes, sir.

18       Q     And were you aware that the company

19    settled civil charges filed by the EPA related to the

20    alleged concealment of information regarding health

21    and environmental impacts of PFOA?

22       A     I believe we testified earlier that we

23    were not aware of that.  We were aware of the

24    settlement in West Virginia.

25       Q     And we already talked about the EPA's

1    advisory board and likely declaring it to be a likely

2    human carcinogen.

3              Has -- has Mohawk ever evaluated or done

4    anything to try to remove the -- this PFOA from the

5    Conasauga River?

6        A    Not to my knowledge, no, sir.

7        Q    If you will look at this, what I'm going

8    to pull up as RL-44.  And this will be Exhibit

9    No. 68.

10       A    I got 42.  I got 47.  I got 10, 53, 60,

11   7.  I got a 44.  Got it.

12             (Whereupon, Exhibit No. 68 was marked for

13             identification by the court reporter.)

14   BY MR. LUTZ:

15       Q    All right.  And this is an e-mail from

16   Todd Shaill to Frank Endrenyi in -- on January 30th

17   of 2006.

18             You see that?

19       A    Yes, sir, I see that.

20       Q    Okay.  Have you reviewed this document in

21   preparation for your --

22       A    I believe I have.

23       Q    Okay.

24       A    I believe I've seen this before.

25       Q    And this is a document about PFOA.

```
 1              You see that?
 2      A    Yes.
 3      Q    Or an e-mail about PFOA.  And what I'm
 4   interested in is the second e-mail and it's from
 5   Mr. Endrenyi?
 6      A    Endrenyi.
 7      Q    Endrenyi, okay.
 8              And that was a Mohawk employee, right?
 9      A    He was, yes, sir.
10      Q    Okay.  And he says yes, the last position
11   statement approved by the policy committee was issued
12   last week.  Sal Perillo has been sent that statement
13   so that response to any inquiries are consistent.  We
14   should pass on any PFOA to Sal as this is a hot
15   potato issue -- wait, as this is a hot potato and we
16   don't want anyone to, quote, wing it and put us in an
17   untenable position.
18              Did I read that almost correctly?
19      A    Almost.
20      Q    Now, do you know what he's talking about,
21   this hot potato issue?
22      A    I don't know exactly how he's
23   representing it as a hot potato.
24      Q    Okay.  And is this just the issue of PFOA
25   and whether it's safe and --
```

1      A      Could be.  There's -- it could be a hot

2   potato for a variety of reasons.

3      **Q      Okay.  And he doesn't want anybody to**

4   **wing it because that could put them in an untenable**

5   **position.  Do you know what he's talking about in**

6   **that?**

7      A      I suspect he doesn't want mixed messages

8   coming from Mohawk because it could confuse people.

9      **Q      And then if you will pull up RL-8,**

10  **please.**

11     A      I got it.  Next one I think.

12     **Q      Yep.**

13     A      I got the tab but I didn't get the

14  document.

15     **Q      And this is marked as Exhibit No. 69.**

16            MR. SCRIBNER:  I think we might have

17        an incomplete copy here.

18            MR. LUTZ:  It should be two pages.

19            MR. SCRIBNER:  Yeah, we only got one.

20        You got one?

21            THE WITNESS:  I got the tab 8, but I

22        need a document with it.

23            MR. LUTZ:  I won't ask you about the

24        first page.

25            MR. SCRIBNER:  We don't have the

1    second page.

2            MR. LUTZ:  It's 26484.  We can go off

3    the record.  Oh, never mind.  And you

4    can --

5            THE WITNESS:  Thank you.

6            MR. LUTZ:  Mr. Williams, you can throw

7    away the first -- you want the entire

8    exhibit.  So just get rid of the one page.

9            MR. SCRIBNER:  It's a two-page

10   document.  He's got it.

11           MR. LUTZ:  Got it.

12           (Whereupon, Exhibit No. 69 was marked for

13       identification by the court reporter.)

14   BY MR. LUTZ:

15       Q    For the record, this is Exhibit No. 69.

16   It's another public service letter from the United

17   Steelworkers International Union dated August 30th of

18   2006, and it's addressed to Mr. Lorberbaum, who is

19   the CEO of Mohawk Industries.

20           Did I get that right?

21       A    You did.

22       Q    Okay.  And it's -- as I understand it,

23   this is just a follow-up letter to the -- to the

24   letter that we discussed in 2005 from the

25   Steelworkers union; is that correct?

1        A    Quite possibly, yes, sir.

2        Q    And this would be a letter that would

3   have been received by Mohawk in the normal course of

4   business, true?

5        A    True.

6        Q    And one of the first bullet points in the

7   letter, it's about PFOA and that it may be harmful in

8   that first paragraph, true?

9        A    That's what it says.

10       Q    And you know it says:  We urge you along

11  with other manufacturers and retailers to warn

12  customers of potential harmful effects.

13            You see that?

14       A    I do.

15       Q    And as I understand it, Mohawk did not

16  warn customers or consumers of the potential harmful

17  effects of PFOA at this time or ever, true?

18       A    I'm not aware that we did, correct.

19       Q    Okay.  And then it has a couple of new

20  studies that have come out since the last letter.

21  The first bullet point talks about the Johns Hopkins

22  hospitals.  Researchers analyzed the blood of

23  newborns' umbilical cords and discovered PFOA in the

24  blood of 298 of 300 samples, meaning that it can be

25  transferred from mother to child.

```
 1                    Do you see that?

 2        A    I do.

 3        Q    And that's obviously information Mohawk

 4   had in its possession at the time that it received

 5   this letter at or around August of 2006, true?

 6        A    Yes.

 7        Q    Okay.  And obviously, the second bullet

 8   point talks about the EPA when they wrote that the

 9   agency can no longer conclude that these polymers

10   will not present an unreasonable risk to human health

11   or the environment.

12                    Do you see that?

13        A    I do see that, yes.

14        Q    And so would this be something that

15   Mohawk would have known at least by this time, true?

16        A    Correct.

17        Q    And we've already talked about the third

18   bullet point that it was likely to cause cancer,

19   true?

20        A    True.

21        Q    And then the second page at the bottom

22   says:  Media, consumer, scientific and legal scrutiny

23   of PFOAs likely increase in the coming months.  We

24   urge you once again to take action to protect both

25   the health of your customers and the success of your
```

```
 1   business.

 2           I think we've discussed it already, but

 3   you didn't take any actions as a result of this

 4   letter or the concerns with the health and safety of

 5   PFOA, true?

 6           MR. SCRIBNER:  I'm going to object to

 7       the form of that question and perhaps not

 8       intentionally but mischaracterizes his

 9       testimony of yesterday.

10           You may answer.

11       A   I think as we discussed yesterday, that

12   the actions we would have taken would have been to go

13   and look for more information both from our

14   suppliers, credible organizations like EPA and try to

15   make sure we understood the merits of this document.

16   BY MR. LUTZ:

17       Q   And I guess my question to you is,

18   though:  Do you have any documentation that

19   actually -- that you did that, or is this based on a

20   pattern and practice type of thing?

21       A   Pattern and practice, sir.

22       Q   If you will, I'm going to pull up,

23   please, RL-9.  And we'll mark this as Exhibit 70.

24       A   Got it.

25           (Whereupon, Exhibit No. 70 was marked for
```

```
 1            identification by the court reporter.)
 2   BY MR. LUTZ:
 3        Q    All right.  This is a -- the title of
 4   this document is 3M EHS&R Update From Mohawk
 5   Industries, and it's titled October 3rd of 2006.
 6            Do you see that?
 7        A    I do.
 8        Q    And have you looked at that before?
 9        A    Not in preparation -- I don't think this
10   was a Mohawk document, was it?
11        Q    No.  This is actually a 3M document.
12        A    Correct.  So no, sir.  I didn't see it in
13   preparation.
14        Q    But it appears that this was a
15   presentation and an update from Mohawk Industries.
16        A    It does.
17        Q    Do you see that?
18        A    Correct.
19        Q    And no reason to dispute that?
20        A    None.
21        Q    Okay.  And I have just one -- if you look
22   at the second page -- or actually, I'm sorry, not the
23   second page.  It will be the 11th page.  The Bates
24   would be -- the last three is 970.
25        A    I'm there.
```

1      Q    See that?  And it's got advice for

2  customers on PFOA.

3                You see that?

4      A    Yes, sir.

5      Q    It says:  Understand your PFOA footprint.

6                You see that?

7      A    Yes, sir.

8      Q    And did Mohawk take the advice from 3M

9  and try to understand its PFOA footprint?

10     A    I think we did.  I know that we spoke

11  with our suppliers.  And, again, for us, we were

12  really interested in making sure that our products

13  did not contain PFOA as it came to us, and we did

14  validate that with our suppliers that they were

15  getting PFOA even in trace quantities out of their

16  products.

17     Q    But I guess my -- my question is really

18  about -- and as I think about footprint, it's like

19  where does the -- the wastewater go and how does PFOA

20  get into the environment.

21                So my question is, really:  Did Mohawk do

22  anything to determine how its products could degrade

23  into PFOA and get into the environment?

24     A    Yes, sir.  We made sure that we, you

25  know, were allowed to discharge to Dalton Utilities.

 1    We discharged based on our permits and...

 2                MR. LUTZ:  All right.  Let's take a

 3        five-minute break.  I think I'm going to

 4        look at some stuff and probably wrap up and

 5        pass the witness.

 6                THE VIDEOGRAPHER:  This is the end of

 7        Media 3.  The time is 3:34 p.m.  We're now

 8        off the record.

 9                (Whereupon, the video camera was

10        turned off.)

11                (Whereupon, a brief recess was taken.)

12                (Whereupon, the video camera was

13        turned on.)

14                THE VIDEOGRAPHER:  This is the

15        beginning of Media 4.  The time is

16        3:51 p.m.  We're back on the record.

17    BY MR. LUTZ:

18        Q    All right, Mr. Williams.  I have a few

19    more questions and they're going to just tie up some

20    loose ends.  And I don't believe they've been asked,

21    but if they have I apologize.  It's been three days.

22    So let me get to the first one.

23                Did Mohawk ever disclose to Dalton

24    utility that it was discharging PFAS in its

25    wastewater?

1              MR. SCRIBNER:  Object to form.

2              You can answer.

3      A    I think it would have been common

4  knowledge that there were PFCs in our wastewater

5  (inaudible) try to call these things to keep it a bit

6  cleaner for us all -- going to Dalton Utilities.  I'm

7  not aware if we ever sent them a notice in writing.

8  I mean I...

9  BY MR. LUTZ:

10     Q    So what you're saying is that it's your

11  brief -- Mohawk's belief that Dalton Utilities was

12  aware that PFAS, P-F-A-S, was discharged into the

13  wastewater to Dalton Utilities, true?

14     A    Yes.

15     Q    But you're not aware of any specific

16  written communication --

17     A    Correct.

18     Q    -- to Dalton Utilities --

19     A    Correct.

20     Q    -- about that issue?

21     A    Correct.

22     Q    CRI, changing subjects to CRI.  I see

23  there's a bunch of different committees.  Can you

24  explain the -- that organization, like is it -- we've

25  seen policy committee.  We've seen a technical

1    committee.  There's the board of directors.

2                How many different arms are with the CRI?

3        A    And I think some of that difficulty is

4    they've changed organizational structure over the

5    years, and as we go through this time horizon that's

6    now 20 years long, it gets confusing.

7                Today I think best to describe it is

8    there's a board of directors and that board of

9    directors are senior officials at carpet mills

10   primarily.  And there is a policy committee that's a

11   subset of that that's asked to try to work a little

12   extra and do some policy work.  There is a committee

13   called the strategic issues leadership committee.  I

14   think that's what SILC stands for.

15               And that committee then has three

16   working -- three subcommittees under it.  Those three

17   subcommittee are what is now PP&S which is product

18   performance and standards, which would have been the

19   technical issues committee 15 years ago.

20               There's a committee known as the

21   promotion panel under that, which had something

22   around marketing terms as I recall.  And then there

23   is a -- there's a third group.  I'm trying to sit

24   here and remember what they're called.

25               But anyway, those three committees report

 1    up to the silk committee.  And then within those

 2    committees there often are work groups but not

 3    necessarily other committees.  And a work group might

 4    be -- say there's 15 members on the technical issue

 5    committee from 15 different mills, and there might be

 6    an issue that comes up and they would say, We're

 7    looking for a group to work on a HUD standard.  And

 8    four or five people might volunteer to be on that

 9    work group.  And that's the way it functions today.

10        Q    And if I understand what you've just

11    said, the promotion panel probably is not dealing

12    with anything relating to PFOA or PFOS or PFAS, F

13    with an A; is that correct?

14        A    That's actually incorrect.

15        Q    Okay.  Well --

16        A    Say occasionally they do monitor and they

17    monitor media reports about carpet.  And sometimes

18    those media reports cross carpet and the PFAs and

19    they note that, you know, several of these reports

20    were about carpet because of a PFA issue in some

21    community, etcetera.

22        Q    And so it is fair to say that just about

23    every little group, subgroup, committee, whatever it

24    is within the CRI, they've all touched on the issue

25    of --

```
1          A    They probably --

2          Q    -- of PFAS?

3          A    Some facet of it, probably, yes, sir.

4          Q    Throughout the years?

5          A    Yes, sir.

6          Q    Okay.  And do you remember when -- and

7     again, we only have stuff that goes back to 1995.

8               Do you have any -- and I say

9     recollection.  Did you see anything before 1995

10    talking about how any of these -- these chemicals

11    were disposed of or whether they were safe for the

12    environment or people or anything like that?

13         A    No, sir.

14         Q    Okay.  All right.  And if you wanted to

15    know that, would you -- would you go look in the

16    historical minutes before 1995 to determine whether

17    that was even a point of discussion?

18         A    If they exist, yes, sir.

19         Q    If they exist, okay.  The last -- has --

20    and I know -- maybe I've asked this in a -- in a form

21    one way or the other but I just want to make it

22    clear.

23              Has Mohawk or the CRA -- CRI ever

24    undertaken an evaluation of what it would take to

25    clean up PFAS, P-F-A-S, from the LAS and the
```

```
 1   Conasauga River?
 2              MR. SCRIBNER:  Object to the scope.
 3         A    Not to my knowledge.
 4   BY MR. LUTZ:
 5         Q    If I told you it would cost more than a
 6   billion dollars, would that surprise you?
 7         A    I have no way to put a reference on what
 8   it may or may not cost.
 9         Q    Would that be information that the
10   executives at Mohawk would want to know?
11              MR. SCRIBNER:  Object to form, outside
12        the scope.
13              You may answer.
14         A    It's subjective.  I don't know if -- you
15   know, to what degree they're -- they're trying to
16   stay in tune with somebody's estimate of those costs.
17              MR. LUTZ:  And, Mr. Williams, I
18        appreciate your time.  Thank you.  I'm
19        going to pass you to Mr. Conn.
20              MR. CONN:  And War Eagle.
21              THE WITNESS:  And War Eagle.  Okay.
22                        EXAMINATION
23   BY MR. CONN:
24         Q    All right, Mr. Williams.  Well, I know
25   it's getting late in the day.
```

```
 1        A     (Inaudible) day.

 2        Q     Sorry to keep you here.  And I'm going to

 3   tell you, I'm going to jump around a bunch because

 4   I'm just trying to clean up --

 5        A     Okay.  That's fine.

 6        Q     -- some things.  And so bear with me.

 7   I'm glad you got your cup of coffee there.  So we're

 8   going to jump around and do a lot of things in a lot

 9   of exhibits in a short amount of time.

10             So first I want to start with yesterday

11   you stated that the -- and I'm talking about the UGA

12   study.  Okay.  You remember talking about the UGA

13   study yesterday, right?

14        A     I believe there were two we talked about

15   yesterday.

16        Q     Yes, there were.

17        A     So which one you want to talk about?

18        Q     I'm going to let you -- I'm going to let

19   you clarify that for me after I ask you this

20   question.

21             So you stated that the UGA study and the

22   article got Mohawk's attention, correct?  Were you

23   talking about the first one or the actual testing

24   when you said that?

25        A     I need to look at them.
```

1        Q     Well, let's just say both of them.   They
2    would have gotten Mohawk's attention, right?
3        A     There was one that -- and I think it was
4    maybe the first one in 2006 that media attention was
5    brought to that we would have recognized, yes, sir.
6        Q     Okay.   And what about when the UGA came
7    out on behalf of Dalton Utilities and did effluent
8    sampling, would that have gotten Mohawk's attention?
9        A     Sir, I'm not sure that we were aware they
10   did that effluent sampling as we discussed yesterday.
11   We're only aware of a few samples that we went and
12   took ourselves.
13       Q     Okay.   We went through it yesterday that
14   Mr. Lorberbaum got an invoice for it, correct?
15       A     He did.
16       Q     So Mohawk knew that the sampling was
17   done, correct?
18       A     Correct.
19       Q     Okay.   After that was done, did Mohawk
20   conduct any effluent testing other than what we --
21   the one we talked about?
22       A     I believe we've disclosed all that we
23   know about.
24       Q     Okay.   I think you stated yesterday as
25   well that it was not Mohawk's responsibility to treat

1    its wastewater, correct?

2              MR. SCRIBNER:  Object to the form.

3              You may answer.

4        A    We discussed our pretreatment obligations

5    around temperatures, pHs, etcetera.  But beyond that

6    we passed -- that material went to Dalton Utilities.

7    BY MR. CONN:

8        Q    Okay.  That's right.

9              It's Mohawk's position that Dalton

10   Utilities is responsible for treating Mohawk's

11   wastewater, correct?

12       A    Yes, sir.

13       Q    I think you actually said at one point

14   that Dalton Utilities was the leader in treating the

15   wastewater, correct?

16             MR. SCRIBNER:  Matt, I'm going to

17        object.  You're asking him, you know,

18        verbatim quotes from yesterday and he's

19        been giving testimony for two full days.

20        You may be right.  That may be precisely

21        what he said, but I object to, you know,

22        giving him quotes and saying is this what

23        you testified to at 11:00 o'clock

24        yesterday.  That's unfair.

25             MR. CONN:  All right.

 1    BY MR. CONN:

 2         Q    Would you agree that it's Mohawk's

 3    position that Dalton Utilities is the leader in

 4    treating Mohawk's wastewater?

 5         A    I think they are the largest treater of

 6    our wastewater, yes, sir.

 7         Q    Okay.  So that's what I was getting at.

 8    That assumes there are other parties responsible,

 9    correct?

10         A    At Mohawk Industries?

11         Q    No, for treating your -- Mohawk's

12    wastewater?

13         A    To your point we have facilities at

14    other -- locations other than Dalton, Georgia.

15         Q    You're tracking with me.  I'm just --

16    that's what I'm -- I'm asking is --

17         A    Right.

18         Q    -- were you trying to differentiate there

19    that there are other wastewater treatment plants who

20    also treat Mohawk's --

21         A    There are, yes, sir.

22         Q    -- wastewater?

23         A    Yes.

24         Q    We're going in the same direction.  All

25    right.

```
 1              And now I want to talk about Dalton

 2    Utilities right now.  Explain to me how Dalton

 3    Utilities treats Mohawk's wastewater.  Do you know?

 4              MR. NOBEL:  Object to form.

 5              MR. SCRIBNER:  Same objection.

 6        A    I do not know the details of their

 7    process.

 8    BY MR. CONN:

 9        Q    Okay.  Is it your understanding --

10    Mohawk's understanding that Dalton Utilities has a

11    method for treating PFCs?

12              MR. SCRIBNER:  Object to the form of

13         the question, outside the scope.  Same

14         objection.

15              You may answer if you know.

16        A    I'm aware they have land application

17    system.  I'm aware they have some standard filtration

18    systems, clarifiers, etcetera.  I do not know the

19    details of those designs and whether they intended to

20    treat PFCs.

21    BY MR. CONN:

22        Q    Okay.  Mohawk knows that Dalton Utilities

23    cannot treat the PFCs that are coming from Mohawk's

24    facilities, correct?

25              MR. SCRIBNER:  Object to form, calls
```

```
 1        for speculation, outside the scope of
 2        30(b)(6) topics.
 3             If you can point me to one of the
 4        topics that this relates to we'll move
 5        forward with it.  But otherwise --
 6             MR. CONN:  16.
 7             MR. SCRIBNER:  Yeah, that's -- that's
 8        knowledge of PFAS in --
 9             MR. CONN:  Knowledge of the presence
10        of PFAS in the Conasauga River.  That's
11        what I'm laying the foundation --
12             MR. SCRIBNER:  But you're asking about
13        what Dalton Utilities does.  He doesn't
14        know that and he said that three times now.
15        So I'm going to object to that.
16   BY MR. CONN:
17        Q    Okay.  Does Mohawk know where the PFCs
18   that it discharges ultimately end up?
19             MR. SCRIBNER:  Same objection.
20             You may answer.
21        A    So we discharge to Dalton Utilities and
22   that's what we know.
23   BY MR. CONN:
24        Q    You discharge PFCs to Dalton Utilities,
25   correct?
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

```
 1        A    Yes, sir.
 2        Q    And Mohawk knows that those PFCs get into
 3    the Conasauga River after that, correct?
 4             MR. SHANER:  Object to scope,
 5        foundation.
 6             MR. SCRIBNER:  Same objection.
 7             You may answer.
 8        A    What we know is yes, we do discharge to
 9    Dalton Utilities.  We also know that degradation
10    products of PFCs have been found in the Conasauga
11    River.
12    BY MR. CONN:
13        Q    And you're saying that Mohawk has no
14    knowledge of that connection between its --
15        A    I --
16        Q    Hold on.  Hold on.  You have --
17             (Simultaneous conversation.)
18    BY MR. CONN:
19        Q    You're saying that Mohawk has no
20    knowledge of the connection between the PFCs it
21    discharges and the PFCs found in the Conasauga River?
22             MR. SCRIBNER:  Let me lodge an
23        objection because you're asking a fact
24        witness to testify about fate and transport
25        in areas about which he knows nothing.
```

1                Subject to that, you may answer.

2        A    So we are aware of the connection between

3    the materials we use and the fact that they can

4    degrade.  The details in between is not our area of

5    expertise.

6    BY MR. CONN:

7        Q    **Is it Mohawk's position that the PFCs it**

8    **discharges in its wastewater to Dalton Utilities do**

9    **not end up in the Conasauga River?**

10              MR. SCRIBNER:  Same objection.  I

11       won't repeat it, but same objection.

12              You may answer.

13       A    Again, we don't know.

14   BY MR. CONN:

15       Q    **Who would know?**

16              MR. SCRIBNER:  You mean at Mohawk?

17              MR. CONN:  Yeah.

18              MR. SCRIBNER:  Same objection.

19       A    I don't know of anyone at Mohawk that

20   would know the answer to that.

21   BY MR. CONN:

22       Q    **Has anybody at Mohawk ever tried to find**

23   **that connection out?**

24       A    Not to my knowledge.

25       Q    **Okay.  Do you remember the MPI testing we**

```
 1   went over yesterday?  It was Exhibit 33 if you want

 2   to pull it out.  It was your testing.  You can pull

 3   it out if you want to look at it.  I don't want to --

 4        A    Which one were they?

 5        Q    It's Exhibit 33.  It's the -- it was done

 6   by MPI and I think --

 7             THE WITNESS:  33?

 8             MR. SCRIBNER:  Let's look at it.

 9        Yeah, it's the --

10             MR. CONN:  Exhibit 33.  Should be the

11        one that was done at the behest of Mohawk.

12             MR. SCRIBNER:  I have it.

13             THE WITNESS:  We got it now.  Yeah,

14        got it.

15   BY MR. CONN:

16        Q    Okay.  And instead of asking you what you

17   said yesterday, I'm going to ask you:  Did Denise

18   Wood tell you that the MPI sampling was done at the

19   request of Dalton utilities?

20        A    Denise Wood told Rebecca Bolden that.

21        Q    Who --

22        A    Ms. Bolden told me.

23        Q    Okay.  Do you know how Dalton Utilities

24   requested that?

25        A    I don't.
```

```
 1        Q     Have you ever seen an e-mail where they
 2   requested that?
 3        A     I have not.
 4        Q     Okay.  And if they would have requested
 5   it, who would they have requested it from?
 6              MR. SCRIBNER:  Object to form, calls
 7        for speculation.
 8              You may answer.
 9        A     I think the likely individual they would
10   have contacted would have been either Ms. Wood or
11   Mr. Yarbrough, who was her boss at the time.
12   BY MR. CONN:
13        Q     Got it.  All right.
14              You said you were a member of the CRI
15   technical committee?
16        A     I am, yes, sir.
17        Q     You are right now currently?
18        A     Currently, yes, sir.
19        Q     Okay.  How long have you been a member?
20        A     I've been a member of the technical
21   committee in this current stint since I returned to
22   Mohawk in 2019.
23        Q     Okay.  And were you a member of any other
24   committees or groups at any time in your tenure at
25   Mohawk, any other CRI --
```

```
 1        A    No, I've been a member of the technical
 2   committee other times, but that's the only committee
 3   I've ever been a member of.
 4        Q    Okay.  What are the -- tell me all the
 5   time periods you were a member of the technical
 6   committee.
 7        A    I don't remember.
 8        Q    You don't remember.  Okay.
 9             When was the first time you were on it?
10   How about that?
11        A    The first time I sat with the technical
12   committee I was not a Mohawk employee.  I was a
13   solution employee at the time.
14        Q    Okay.
15        A    That was my first experience with them.
16        Q    I've got you.  So that would have been
17   back in the --
18        A    Early 2000s.
19        Q    Right.  But if you were a member of the
20   technical committee at anytime -- when you were a
21   member, I guess is, would you have been getting
22   e-mail copies of all of the meeting notes while you
23   were a member?
24        A    Yes, sir, I would.
25        Q    Okay.  And would you still have copies of
```

```
 1    those in your e-mail?

 2         A    Subject to our retention records

 3    policies, yes, sir.

 4         Q    Okay.  Again, I'm going to switch gears

 5    again.  Then I'm going to do document retention

 6    policy (inaudible).

 7              But do you know whether Mohawk has ever

 8    had an employee as a member of the Dalton Utilities

 9    board?

10         A    We have.  I described that earlier, I

11    think, when we were asked the question about whether

12    or not Mr. Yarbrough -- I reached out to

13    Mr. Yarbrough to specifically find out what overlap

14    and tenure he had with Mohawk Industries and the

15    Dalton Utilities board.

16         Q    Is there anybody else that you know of?

17         A    It's my understanding that Ms. Wood

18    was -- had a relationship with them.  I do not

19    believe she was a board member while she was at

20    Mohawk.  I believe she was a city council person who

21    represented the city council, their liaison is a

22    better description of what my understanding is.

23         Q    Okay.  And we can ask Ms. Wood that,

24    right?

25         A    Yeah, sure.
```

1      Q      Anybody else?

2      A      That's it.

3      Q      Okay.  All right.  And back to

4   Mr. Yarbrough for a second.  He's worked at Mohawk

5   before, correct?

6      A      He did, yes.

7      Q      He worked for CRI, correct?

8      A      He does now.

9      Q      He's worked for -- or he's been a board

10  member of Dalton Utilities, correct?

11     A      Correct.

12     Q      What other roles in the carpet industry

13  are you aware of that he's had?

14     A      That would be it.

15     Q      And I'm going to pull up --

16            MR. CONN:  This is Jeff tab 16, Lacey.

17        This is your document retention policy.

18            MR. SCRIBNER:  So, Matt, what topic is

19        this?

20            MR. CONN:  Topic 23.

21            MR. SCRIBNER:  Topic 23 says:  The

22        custodians of documents pertaining to the

23        designated issues above and the location

24        and form in which the documents are kept.

25            I don't think that has anything to do

```
 1    with your records management policy.  He's
 2    not prepared to testify about it.  You can
 3    ask him generally questions about it, but
 4    he's not binding the company on this.  He's
 5    not prepared to testify about this.
 6         That's not within your topic at all.
 7         MR. CONN:  Does the records management
 8    policy not pertain to the location and form
 9    in which the document are kept?
10         MR. SCRIBNER:  No.
11         MR. CONN:  All right.
12         MR. SCRIBNER:  You've asked for ESI
13    which -- hold on, you've asked the question
14    so (inaudible).  We know what ESI has been
15    produced and the search terms.  Y'all are
16    aware of that.
17         In terms of custodians who, you know,
18    searched or had their documents searched
19    for hard copy files, we're prepared to talk
20    about that.  We are not prepared to talk
21    about the records management policy
22    (inaudible).
23 BY MR. CONN:
24    Q    Do you know what search terms were used
25 in this case to get the document production?
```

```
 1      A     No, sir.  My understanding in
 2  conversations with our attorneys, that those were
 3  agreed upon amongst the attorneys and the plaintiff's
 4  attorneys.
 5      Q     Okay.  And we can talk to your lawyer
 6  about that.  Tell me this:  Did you ever see anything
 7  like a litigation hold letter or a litigation
 8  preservation letter go out around Mohawk?
 9             MR. SCRIBNER:  Same --
10  BY MR. CONN:
11      Q     -- after this case was filed?
12             MR. SCRIBNER:  Same objection, outside
13      the scope.  Doesn't bind the company.
14             But if you want to answer the
15      question, you can.
16      A     I'm generally familiar with one.  I have
17  not seen one relative to this case personally, no.
18  BY MR. CONN:
19      Q     All right.  Then I'm just going to move
20  on if --
21             MR. LUTZ:  Is (inaudible).
22             MR. SCRIBNER:  This whole topic is in
23      my opinion.
24             MR. LUTZ:  (Inaudible) in search
25      terms.  You don't have a problem with us
```

1      confirming about that issue?

2           MR. SCRIBNER:  Oh, no, my

3      understanding -- y'all know it better than

4      I do is that the ESI and the search terms

5      was agreed with the Alabama plaintiff's

6      lawyers.  And so that's what y'all have to

7      look at right now.  If you want extra

8      searches --

9           MR. LUTZ:  I don't know anything about

10     the agreement with Alabama attorneys.  That

11     would be certainly part of that agreement.

12          MR. CONN:  When you say Alabama

13     attorneys, you mean in the Alabama file?

14          MR. SCRIBNER:  Correct, yes.

15          MR. LUTZ:  Not in our case or your

16     case?

17          MR. SCRIBNER:  No, understood.

18          MR. LUTZ:  We can just talk about that

19     off the record.

20          MR. SCRIBNER:  Yeah, agreed.  It's

21     legal question, anyway.

22          MR. LUTZ:  Let's not even spend time

23     on the record discussing it.

24     BY MR. CONN:

25          Q    All right.  A couple of times in your

1   testimony you have referred to the degradation of

2   PFCs, correct?

3        A    Yes.

4        Q    Okay.  Which materials and products that

5   Mohawk uses degrade to PFOA?  Is there a general

6   category you could give or do you have -- will you

7   have to get really specific with the actual material?

8        A    So we would have to get fairly specific

9   with the actual material.

10        Q    But it would be what we've been referring

11   to in this case as the -- I think you called them the

12   soil repellency and soil resistance product?

13        A    Yes, sir.

14        Q    Okay.  What about the stain blockers?

15        A    The chemicals that we refer to as stain

16   blockers do not have fluorine.

17        Q    Okay.  And so they cannot degrade to

18   PFOA, correct?

19        A    Cannot.

20        Q    Okay.  And just so we're talking about

21   apples to apple here, you were here for

22   Mr. Faircloth's deposition, correct?

23        A    I was.

24        Q    And he went through the manufacturing

25   process with me, didn't he?

```
 1        A     He did.

 2        Q     Do you remember -- if you can recall, do

 3   you remember where he said the stain blockers went on

 4   and then it went through the process a little further

 5   and then the soil chemistries went on at the end?

 6        A     Yes, sir.

 7        Q     And so when we're talking about that

 8   stain stuff going on earlier in the process, the

 9   stain repellants, that's what you and I are talking

10   about right now, correct?

11        A     Stain, yes.

12        Q     No fluorine in the stain repellant?

13        A     Correct, sir.

14        Q     Chemicals.  Okay.  All right.

15              So when the soil resistant chemicals

16   degrade, how does this occur, do you know?

17        A     I do not know the details of that

18   degradation.

19        Q     Okay.  Do you know or does Mohawk know

20   when the degradation occurs?

21        A     We do not know the exact time, sir.

22        Q     Okay.  So you couldn't tell me whether

23   the degradation occurred prior to leaving your

24   facility or after leaving your facility?

25        A     I cannot say for certain whether it be
```

 1    prior or after, no.

 2         Q    Okay.  Is there anyone at Mohawk who

 3    would know that?

 4         A    I don't think so.

 5         Q    Okay.  And we've been provided a lot of

 6    documents and minutes from the CRI board of directors

 7    meetings and certain committee meetings in this case.

 8    Okay.  And I'm just -- I'm not asking you a question.

 9    I'm just letting you know that.

10              And what I want to ask you is this:

11    Would you agree with me that Mohawk, as a company,

12    would have knowledge of anything found in those CRI

13    minutes?

14              MR. SCRIBNER:  Object to form.

15              Can you repeat that, please.

16    BY MR. CONN:

17         Q    Yeah, I'm just asking -- I'll ask it

18    exactly the same.  Would you agree with me that

19    Mohawk as company would have knowledge of anything

20    found in the CRI minutes?

21              MR. SCRIBNER:  I'm going to object to

22         the form of the question.  If you --

23         A    So I will clarify and maybe I can help

24    us, all I know is that Mohawk participates in CRI.

25    We participate on multiple committees.  Individuals

1    at Mohawk during the periods of time that they

2    participate would have gotten meeting minutes,

3    etcetera.  Many of the individuals that had

4    participated in the past no longer work for us.  So I

5    don't know that there are records, for example, that

6    we would have.

7            But at the time the meeting occurred,

8    there was likely someone at Mohawk that knew what

9    happened.

10   BY MR. CONN:

11       Q    And that had -- would impart knowledge to

12   the company, correct?

13       A    It would.

14       Q    Okay.  And I wasn't even asking for the

15   records that time.

16            All right.  Exhibit 7, back to the

17   interrogatories.

18            MR. SCRIBNER:  Matt, you're going to

19       have to take a pass through these exhibits

20       again before y'all leave.

21            MR. CONN:  What?

22            MR. SCRIBNER:  You're going to have to

23       take a pass through these again.

24            MR. CONN:  They're doing digital

25       exhibits.  We can talk about --

1          All right.  I want you to go to
2      page 14.
3          A    (Witness complies with request of
4      counsel.)
5          Yes, sir.
6    BY MR. CONN:
7          Q    Well, actually, go back to page 13 first,
8      sorry, so you can actually read the interrogatory or
9      I'll read it to you.  It says:  State whether any
10     waste and/or wastewater from any of your facilities
11     in or around the affected area have been discharged
12     in any way other than through a wastewater system and
13     describe with specificity the dates, nature, location
14     and extent of any such discharge.
15          Did I read that correctly?
16          A    Yes, sir.
17          Q    And now go to page 14.
18          MR. SCRIBNER:  Read the response.
19     Don't go fast forward two pages.
20          MR. CONN:  Let me know when you've had
21     a chance to read the response.
22          A    Yes, sir.  I've read it.
23    BY MR. CONN:
24          Q    Okay.  All right.  So in this response,
25     Mohawk identifies I'm just going to call them three

```
 1   events.
 2             You see that?
 3       A    I do.
 4       Q    There's the February 2014 event at
 5   Industrial Park, correct?
 6       A    Yes, sir.
 7       Q    There's the August 2016 event at
 8   Industrial Park, correct?
 9       A    Correct.
10       Q    And the March 2019 event at McFarland,
11   correct?
12       A    Yes, sir.
13       Q    And then -- and it's about in the middle
14   of the page.  It says:  Based on AMC's investigation
15   to date, no PFCs were discharged into the environment
16   in the February 2014 event, August 2016 event or
17   March 2019 event, correct?
18       A    Yes, sir.
19       Q    Okay.  And if you scroll down to the next
20   paragraph it says:  AMC further clarifies that its
21   initial response to this interrogatory incorrectly
22   indicated that the August 2016 event included a small
23   amount of PFBS.
24             Do you read that?
25       A    I do see that.
```

```
 1        Q    Okay.  Do you know what the reason was
 2   that Mohawk first believed that it was PFBS in that
 3   spill?
 4        A    No, sir.  I'm not sure why they first
 5   included PFBS in that spill.  I'm familiar with the
 6   follow-up work where we interviewed the employees to
 7   make sure we understood exactly what was spilled, and
 8   what was spilled is the material that goes to the dye
 9   head.  So it would have been a dye.  It would not
10   have been a material that goes -- either stain
11   blocker or for chemistry.
12        Q    All right.  So you were -- you actually
13   reviewed the materials about the investigation or you
14   were part of the investigation?
15        A    I reviewed the materials and information
16   about the investigation.
17        Q    All right.  And what kind of -- you told
18   me a little bit of it.  What kind of investigation
19   did Mohawk do into this spill, the August 2016 event?
20        A    In August, we reviewed with the personnel
21   because fortunately, it was recent enough that we
22   actually had access to people that were there,
23   exactly what was spilled, how it was spilled, what
24   was done to clean it up.
25        Q    Did Mohawk do any testing related to the
```

```
 1   spill?

 2        A    Not to my knowledge, sir.

 3        Q    But to figure out whether there was PFCs

 4   in there, you would expect to do testing, correct?

 5             MR. SCRIBNER:  Object to form.

 6             You may answer.

 7        A    Sir, you could do testing.  That would be

 8   a way to find it, yes, sir.

 9   BY MR. CONN:

10        Q    Okay.  All right.  Pull up, Jeff, tab 65.

11             (Whereupon, a discussion ensued off the

12        record.)

13             (Whereupon, Exhibit No. 72 was marked for

14        identification by the court reporter.)

15   BY MR. CONN:

16        Q    Have you seen this before?

17        A    I've not seen this exact document before,

18   no, sir.  I don't think so.

19        Q    Okay.  I'll look at the date up here.

20   You see the date sampled, 8/4/2016?

21        A    Yes, sir.

22        Q    Does that correspond to the August 2016

23   event at Industrial Park?

24        A    It could be possible it did, yes, sir.

25        Q    Okay.  And it says right here -- if you
```

1    look above lab report 291935, it says:  Industrial

2    Park Stormwater Pond Truck Puddle, right?

3        A    Yes, sir.

4        Q    Okay.  All right.  And what I want you to

5    look at is where here in this testing does it show

6    where Mohawk tested for PFCs or PFAS?

7        A    Let me say again I'm not -- not certain

8    that these are related.  It's possible, but I don't

9    see any PFCs or PFAS nor would there be any reason

10   based on what we know to have tested for any PFC.

11       Q    Okay.  Tell me how -- when the spill

12   occurred, tell me how it happened, where it went and

13   then where it ultimately ended up in the August 2016

14   event.

15       A    It's my understanding August 2016 event

16   we had a spill of our dye -- dye head material.  I'm

17   not sure exactly what we -- how we -- what failed to

18   cause the spill.  But the material got out of the

19   building and it's -- I'm going to call it, it missed

20   going into the containment troughs to go into and it

21   found its way into a local creek if I recall

22   correctly.

23       Q    So before the spill got to the creek, it

24   would have actually flowed across Mohawk's facility,

25   correct?

```
 1        A    Yes, sir.
 2        Q    And you were here for Mr. Faircloth's
 3   deposition yesterday, correct?
 4        A    I was.
 5        Q    He said that you guys used soil
 6   repellant, PFCs, in that industrial park facility,
 7   correct?
 8        A    We do.
 9        Q    And you know that?
10        A    Yes, sir.
11        Q    And you spray them on topically, correct?
12        A    We do.
13        Q    And Mr. Faircloth told us that sometimes
14   that spray gets into the facility, doesn't it?
15        A    It's possible the spray could get into
16   the facility, yes, sir.
17        Q    So it's possible there could be PFCs on
18   the floor of that facility at anytime, correct?
19        A    It would be very unlikely to be in the
20   same location, sir, but --
21        Q    Explain that to me.
22        A    It's possible.
23        Q    Explain that to me.
24        A    As he described yesterday the dye head
25   location physically and then after that, it goes
```

```
 1   through the steamer, quite a long steamer.  Comes
 2   out, goes through the stain blocker application, goes
 3   through another steamer.  Comes out of that into, I
 4   guess, an accumulator area we call it, and then heads
 5   for the drying section.
 6            And as he described yesterday, the
 7   material would have been put on near the drying
 8   section, and this would have been back at the dye
 9   head.  So several hundred feet apart.
10        Q    Is it still in the same building, though?
11        A    It is in the same building.
12        Q    Do you have to go through a door to get
13   from one to the other?
14        A    You do not.
15        Q    And based on all the stuff that Ryan just
16   showed you, if their PFC's on the floor of the
17   facility they can be tracked all over that facility,
18   correct?
19            MR. SCRIBNER:  Object to form.
20            You can answer.
21   BY MR. CONN:
22        Q    By workers?  It's possible.
23        A    It is possible you can track it on your
24   shoes.
25        Q    That's right.
```

```
 1        A    It's possible.
 2        Q    That's right.  And so it's possible that
 3   there was PFCs that got into the creek during this
 4   August 2016 event based on what we just talked about,
 5   correct?
 6        A    Hypothetically, sir.
 7        Q    It's possible?  That's all I asked for
 8   you, is it possible?
 9        A    You're describing a hypothetical and I
10   agree hypothetically.
11        Q    All right.  So if it was a possibility,
12   how would you determine that there were not PFCs in
13   the spill?
14        A    We would do it to the best of our
15   judgment and that's what we did.
16        Q    Could you have tested for PFC?
17        A    Could we have tested for PFCs?  We don't
18   have that ability to test for PFCs.  We would have
19   had -- we might -- could have asked AIRL.  I do not
20   know that they had the capability to test for PFC.
21        Q    Could you have asked MPI?  You've asked
22   them before, correct?
23        A    Possibly we could have asked PMI.  They
24   had that skill.
25        Q    But you didn't?
```

```
 1       A    We did not.

 2       Q    Okay.  And so sitting here today, you

 3  cannot say beyond a shadow of a doubt that there were

 4  not PFCs in that August 2016 event, correct?

 5       A    Sir, again, our position is we do not

 6  believe there were PFCs in that event.  To the best

 7  of our ability, we reviewed the event and reviewed

 8  what material was spilled, where it was spilled, how

 9  it transferred, and we do not think there were any

10  there.

11       Q    You don't think that, to the best of your

12  ability, you could have done a test for PFCs?

13       A    I don't think there was a cause to do a

14  test for PFCs.

15       Q    Is it because Mohawk didn't want to know

16  what was in that spill?

17            MR. SCRIBNER:  Oh, Lord have mercy.

18       Objection.

19            You can answer.

20       A    Sir, we obviously had some interest.  If

21  this is relative to it then we check it for these

22  items.  But I'm not -- I have no way to know if this

23  and that are actually connected.

24  BY MR. CONN:

25       Q    There's a lot of items on here, aren't
```

**there?**

A There's a lot. These are -- what these appear to be are a lot of the items that we're required to test for by our permits.

**Q Let me ask you this. Can you pull up tab 57 and that will be Exhibit 73.**

(Whereupon, Exhibit No. 73 was marked for identification by the court reporter.)

BY MR. CONN:

**Q Exhibit 73 will be tab 57.**

**And while they're -- what employees did you talk to or what employees did Mohawk talk to when they were investigating this spill, do you know?**

A I believe that Mr. Bill Brown would have been involved. At this period of time possibly some others over who the dye line manager was at the time. There was another Brown. I forget first name. There was a gentleman named Dean Heddin that was over there for a while.

**Q And who did you talk to or who did Mohawk talk to when they were getting answers to these interrogatories responses about the August 2016 event? The same employees?**

A Yes, sir. Those would have been the employees we talked to.

1      Q    Okay.  Are you familiar with this

2   document that I just put in front of you that's

3   Exhibit 73?

4      A    No, sir, it doesn't look familiar.

5      Q    All right.  Well, if you want to read it

6   over, that's totally fine.  But it is -- I'll just

7   represent to you that it appears to be related to

8   this August 2016 event once again.

9           Is it your understanding that August 2016

10  event, there was a fish kill?

11     A    Yes, sir, I do think there was.

12     Q    And it's Mohawk's position that that was

13  due to the pH levels?

14     A    I think so, yes, sir.

15     Q    And so if you go -- tell me this:  Is --

16  would you relate toxicity to pH levels?

17          MR. RADNEY:  Objection.

18     A    Yes, sir.  The pH indicates a quantity of

19  acid or base that's available.  And certain acids and

20  bases can certainly be toxic at high level.

21  BY MR. CONN:

22     Q    All right.  Turn to the second page of

23  that document and look right in the middle.  Do you

24  see right there in the middle above where somebody

25  scratched a line across, it says:  Where is intake

```
 1    for drinking water?

 2         A    Where am I?

 3         Q    The second page of those notes.  Do you

 4    know who wrote these notes?

 5         A    I don't, sir.

 6         Q    You assumed it was somebody at Mohawk,

 7    correct?

 8         A    Yes, sir.

 9         Q    You see right there where it says where

10    is intake for drinking water?

11         A    No, sir, I hadn't found that yet.

12         Q    There you go, page 2.

13         A    Ah, found it.  Yes, sir.

14         Q    Whose intake was Mohawk concerned about

15    after this August 2016 event?

16              MR. SCRIBNER:  Object to the form of

17         the question.  He just told you he's never

18         seen the document, he didn't write the

19         document, and you're getting him to

20         interpret whatever the author of that

21         document thought.  And I object to it.

22    BY MR. CONN:

23         Q    Was Mohawk concerned about intakes for

24    drinking water at the August 2016 event?

25              MR. SCRIBNER:  Same objection.
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

```
 1                 You may answer.
 2        A    I do not know what is meant by that
 3   comment.
 4   BY MR. CONN:
 5        Q    And just after any spill or any sort of
 6   event that gets to the waters of the state of
 7   Georgia, would Mohawk be concerned about drinking
 8   water intakes and those spills getting into those
 9   drinking water intakes?
10                 MR. SCRIBNER:  Same objection.
11                 You may answer.
12        A    Again, sir, I don't know what drinking
13   water intake this is relative to.  I've never seen
14   the document.  I just don't know.
15   BY MR. CONN:
16        Q    Okay.  Well, tell me this:  Did Mohawk,
17   after this August 2016 spill, did they notify any
18   water utilities about the spill?
19        A    I believe we notified the DNR.
20        Q    DNR is not a water utility, right?
21        A    No, sir.
22        Q    And that's -- that's fair.
23             Who did you notify?
24        A    DNR, I believe, is who we notified.
25        Q    Did you notify any water utilities
```

1    downstream?

2          A    Not to my knowledge.

3          Q    That's all -- that's all I'm getting at.

4               What would it take in relation to a spill

5    for you as Mohawk to notify a downstream water

6    utility?

7               MR. SCRIBNER:  Object to form.

8               You can answer.

9          A    To my knowledge, we don't have a policy

10   or a practice that outlines at what time we should

11   notify a downstream water utility of a spill.

12   BY MR. CONN:

13         Q    That's fair.

14              And so Mohawk has no other knowledge of

15   any spills other than these three that have been

16   identified in Exhibit 7, correct.

17         A    Correct.

18              MR. SCRIBNER:  Object to the form of

19       the question.

20         A    Correct.

21   BY MR. CONN:

22         Q    Pull up tab 104-A.  It's two pages.

23              (Whereupon, a discussion ensued off the

24       record.)

25              MR. SCRIBNER:  Here you go.

1           MR. RADNEY:  Is this going to be

2    Exhibit 74?

3           MR. CONN:  This will be Exhibit 74,

4    yes.

5           (Whereupon, Exhibit No. 74 was marked for

6        identification by the court reporter.)

7    BY MR. CONN:

8      Q    Have you seen this e-mail before?

9      A    I see it.  I'm looking at it.

10     Q    All right.  Turn to the second page.  And

11   the subject line of this e-mail is:  Chemical lost

12   over weekend at Industrial Park plant, correct?

13     A    Yes, sir.

14     Q    That's the same plant we were just

15   talking about, correct?

16     A    Yes, sir.

17     Q    And this e-mail -- all these e-mails in

18   this are dated January 25th, 2016.  It's an e-mail

19   chain.  It's all the same date, correct?

20     A    Yes, sir.

21     Q    Go to that second page.  Who is Tom

22   Caylor?

23     A    Tom works at our Industrial Park plant.

24   He works in our dyes and chemicals area.  He's one of

25   our inventory managers there.

1      Q    Okay.  I'm just going to read this e-mail

2    to you right here on the second page.  It says:  I

3    discovered that our inventory of PM 1451 was lower

4    than predicted this morning.

5           What is PM 1451?

6      A    It's a soil treatment material that we

7    buy from 3M.

8      Q    And it contains PFCs, correct?

9      A    It does.

10     Q    After speaking with several Custer

11   employees and physically inspecting the spray bar

12   area, I determined that roughly 1500 pounds of PM

13   1451 had overran the tank at the line and mostly went

14   into the ditch going to the north lint drag.

15          Did I read that correct?

16     A    Yes, sir.

17     Q    And so what I want to ask you is:  What

18   is the ditch going to north lint drag?

19     A    We had a problem with that word earlier

20   today as you recall.

21     Q    Okay.

22     A    Something that we call the ditch, okay,

23   which is a trough basically in the manufacturing

24   facility that excess water and other things collect

25   in.  That material then goes to our outfall through

 1  the lint drag and to Dalton Utilities.

 2      Q    Okay.  So in the end this -- if this

 3  1500 pounds of PM 1451 just got released directly to

 4  Dalton Utilities, correct?

 5      A    It went to Dalton Utilities most likely,

 6  yes, sir.

 7      Q    Okay.  Is 15 -- 1500 pounds of PFCs is a

 8  pretty significant amount, isn't it?

 9          MR. RADNEY:  Object to form.

10      A    Significant is relative, so it's --

11  BY MR. CONN:

12      Q    How did I know you were going to say

13  that?

14      A    In our perspective, it's about three

15  quarters of a tote.  Totes can handle about

16  2,000 pounds, so it's certainly an amount of material

17  we would not want to lose.  But unfortunately, we

18  did.

19      Q    Because of how much it cost, correct?

20      A    Sure.

21      Q    How many totes do you use at that

22  facility a day on soil repellency?

23      A    I'd have to go look it up for you.

24      Q    Okay.  And yesterday Mr. Faircloth was

25  talking about these trace amounts.  How long would it

1    take for all of the trace amounts that are getting

2    into this facility to add up to 1500 pounds?

3         A    Take quite a while.

4         Q    All right.  I'm going to move on from

5    that document.  You can put that down.

6              Yesterday you and Mr. Friedman discussed

7    corporate stewardship, correct?

8         A    Yes, sir.

9         Q    We talked about that for a little while.

10             And would you agree with me that

11   eliminating materials that are persistent in the

12   environment represents good corporate stewardship?

13        A    Yes.

14        Q    And that includes eliminating the use of

15   these materials, correct?

16             MR. SCRIBNER:  Object to form.

17             You may answer.

18        A    This is not something I understand this

19   question.  Could you tell me exactly what you mean by

20   that pronoun.

21   BY MR. CONN:

22        Q    "The"?  What, the material?

23        A    These, what material are you talking

24   about?

25        Q    PFCs.

```
 1        A     PFCs, yes, sir.
 2        Q     Would you agree that -- that it's good
 3   corporate stewardship to eliminate PFCs from the
 4   environment?
 5              MR. SCRIBNER:  Object to form.
 6              You may answer.
 7        A     Sir, as we discussed several times, we
 8   understand that persistence in some of the materials
 9   that the PFCs can biodegrade to, we do not use those
10   materials directly, but we do agree it's good
11   corporate stewardship to try to not have things
12   bioaccumulate.
13   BY MR. CONN:
14        Q     Okay.  And this one's obvious, but the
15   waters of the state of Georgia are part of the
16   environment, aren't they?
17        A     They are.
18        Q     Conasauga River is part of the
19   environment, correct?
20        A     It is.
21        Q     And so is the Oostanaula River, correct?
22        A     It is.
23        Q     You'd agree with me that PFOA is present
24   as a byproduct of telomer reaction chemistry,
25   correct?
```

1    A    You don't want to get into this.  The
2    answer is no, sir.
3         Q    Okay.  Why not?
4    A    Because we're going to have a discussion
5    about the manufacturing process from stem to stern or
6    these chemicals (inaudible) 3M.  That might take a
7    while.
8         Q    Okay.  Has anyone ever told Mohawk that?
9    A    Told us what?
10        Q    That PFOA is present as a byproduct of
11   telomer reaction chemistry.
12   A    I do not know if we were told that or
13   not.  Possibly.
14        Q    But you disagree with it, correct?
15   A    I think it is a -- what's the right word?
16   It's just (inaudible), okay.  Whether it's an actual
17   telomer or it is the alkylation of a telomer or the
18   acidification of a telomer, etcetera, etcetera.
19        Q    Well, I'm not smart enough to understand
20   that, so I'm going to move on.
21   A    So -- yeah.
22        Q    I'd like -- I'm going to turn to tab 30.
23   This will be Exhibit 75.
24             (Whereupon, Exhibit No. 75 was marked for
25             identification by the court reporter.)

1    BY MR. CONN:

2        Q    Have you ever seen this document before?

3        A    I see something similar, maybe not this

4    exact form.

5        Q    It's a Mohawk document, though, correct?

6        A    Yes, it is.

7        Q    You can tell that because it says Mohawk

8    all over it.

9        A    Yes, correct.

10       Q    All right.  And it doesn't have a date on

11   it, but I'm going to try to see if we can agree of a

12   time frame on this date.  If you'll turn to page 3, I

13   think, it will be helpful.  And it's that second

14   paragraph on page 3 above the line.

15            Are you there?  Like the line that goes

16   across?

17       A    Yes, sir.

18       Q    And if you start reading down a little

19   bit, it says -- go to where it says Sorona.  Okay.

20            Sorona has led Mohawk Industries in the

21   reduction of the use of soil perfluorinated materials

22   by 63 percent by the end of 2006.

23            So they're saying that's already

24   happened, right?

25       A    Yes, sir.

1        Q     So it's after the end of 2006 at least.

2    And then it says:  As production of Sorona increases

3    and as our suppliers reduce their trace amounts of

4    this chemical in their processes, we expect a

5    96 percent reduction by the end of 2007, correct?

6        A     Yes, sir.

7        Q     So we're sometime in between the end of

8    2006 and end of 2007 with this document, correct?

9              MR. SCRIBNER:  Object to form.

10   BY MR. CONN:

11       Q     Is that what it appears?

12       A     I think we're in that time frame.  Agree

13   to that.

14       Q     And then go back to page 1 for me.  Oh,

15   beside trace chemistry, it says:  Mohawk Industries

16   as guided by its corporate environmental policy

17   continually examines all phases of manufacturing as

18   well as all raw materials used in the manufacture of

19   its carpet product.

20             Did I read that correctly?

21       A     You did.

22       Q     All right.  Have you ever seen this

23   corporate environmental policy?

24       A     I have seen our corporate environmental

25   policy.  It's not this document.  We actually have a

1    document that says corporate environmental policy.  I

2    do think it was in the discovery documents somewhere.

3        Q    Okay.  That's fair.  I'm just -- and

4    that's what I'm about to ask you about, is who would

5    be the custodian of the corporate environmental

6    policy at Mohawk?

7        A    It could come from a number of places

8    but --

9        Q    Who would you ask for -- if you were

10   asking for it, who would you go to?

11       A    If I was looking for it, I would probably

12   go to Robert Webb.

13       Q    And I'm going to let you -- I'm going to

14   go down here.  It says dramatic statement PFOA.

15       A    Right.

16       Q    You knew where I was headed.  PFOA,

17   Mohawk Industries as guided by its corporate

18   environmental policy continually examines all phases

19   of manufacturing as well as all raw materials used in

20   the manufacture of its carpet products.

21       A    Correct.

22       Q    You agree with that statement?  You do?

23       A    I do.

24       Q    Turn the page, it says soil/stain

25   retardant technologies have been safely employed by

```
 1    the carpet industry as well as Mohawk industry for

 2    decades.

 3              Did I read that correct?

 4        A    Yes, sir.

 5        Q    And sitting here today, do you agree with

 6    that statement?

 7        A    Yes, sir.

 8        Q    What's your definition of safety?

 9              MR. SCRIBNER:  What's his personal

10        definition of safety?

11    BY MR. CONN:

12        Q    No.  What's Mohawk's definition of

13    safety?

14              MR. SCRIBNER:  I'm going to object to

15        the form of the question.

16              You may answer.

17        A    I think our definition of safety would be

18    to try to make sure that we operate in a manner that

19    protects our employees and tries -- and also protects

20    the environment.

21    BY MR. CONN:

22        Q    All right.  Then come back -- come to the

23    next paragraph.  It says all soil retardant processes

24    involve the use of fluorochemicals which retard the

25    attraction of soils on carpet fibers.
```

```
 1              Okay.  That's a true statement at the
 2    time, correct?
 3         A    I believe at this time all the ones we
 4    used were fluorochemicals, yes, sir.
 5         Q    Okay.  And so I mean Mohawk admits to
 6    using fluorochemicals for decades, right, correct?
 7         A    Yes, sir.  I'd say it would be close to
 8    decades by this point.
 9         Q    Okay.  Go to the next paragraph, it says:
10    An unintended byproduct from the manufacturer of
11    these chemicals is a chemical known as PFOA, paren,
12    perfluorinated octanoic acid, close paren, which is
13    present in trace amounts in the parts per million
14    range.
15              Did I read that correctly?
16         A    Yes, sir.
17         Q    Is it Mohawk's position that it safely
18    employed PFOA because this PFOA was only present in
19    trace amounts?
20         A    Sir, I'm not aware of the accuracy of
21    that, number one.  We know that as disclosed to us,
22    PFOA is not an ingredient in the products we buy.  We
23    also know that if it is there in a trace amount, that
24    we had no knowledge of it.  We would not have known
25    it at the time.  Somebody would have had to come
```

1    along and told us this at this point.

2              At this point, we're getting ready to

3    phase moving out of PFOA type chemistry.  So by then

4    somebody may have acknowledged that they were able to

5    detect small amounts in the products we buy.  And

6    again, analytical history, chemistry through this

7    point is getting better and better.  We're getting

8    into parts per trillion and etcetera, etcetera.

9         Q    But you're not saying that -- are you

10   saying that statement's inaccurate?

11             MR. SCRIBNER:  Object to form.  He

12        just explained it.  Object to the form of

13        the question.

14   BY MR. CONN:

15        Q    I'm asking if Mohawk knew that PFOA was

16   an unintended byproduct for the manufacture of these

17   chemicals at this time -- during this time frame?

18             MR. SCRIBNER:  And what time frame are

19        you talking about?

20             MR. CONN:  We already established

21        that.

22             MR. SCRIBNER:  You can't establish the

23        time frame of a document that doesn't have

24        a date on it.  The last page says 2007.

25             MR. CONN:  We just -- we just did.  We

```
 1        established the time frame between the end

 2        of 2006 and the end of 2007.  He agreed

 3        with that.

 4              MR. SCRIBNER:  Okay.

 5        A    Likely I said, yes, sir.

 6   BY MR. CONN:

 7        Q    And my question was:  Does Mohawk believe

 8   that it safely employed PFOA because it was only

 9   present in these trace amounts?

10              MR. SCRIBNER:  Object to form.

11              You may answer.

12        A    If -- if there was PFOA present in these

13   trace amounts, then yes, sir, we think it would have

14   been at levels that would have been safe.  If they

15   had been unsafe, our expectations our suppliers would

16   have come to us and told us and stopped putting it in

17   there.

18   BY MR. CONN:

19        Q    Right.  But if you read this, it's saying

20   that PFOA is present in trace amounts in the parts

21   per million range, correct?

22        A    Yes, sir.

23        Q    In Mohawk's products, correct?

24        A    Possibly.

25        Q    Tell me this.  In the parts per million
```

1  range, if you've got one part per million, how many

2  is that in parts per billion?

3       A    A thousand.

4       Q    And how much is that in parts per

5  trillion?

6       A    It would be a million.

7       Q    So during this time frame, Mohawk was

8  finding PFOA present in a million parts per trillion?

9       A    Incorrect.

10      Q    Okay.  Why not?

11      A    Mohawk never found PFOS in its product.

12      Q    Degrading?

13      A    It hasn't found degraded PFOA in our

14  products.

15      Q    How does Mohawk know at this time that

16  PFOA is present in trace amounts in the parts per

17  million range?

18           MR. SCRIBNER:  Object to form.

19           You may answer.

20      A    It would be my estimation that one of our

21  suppliers had suggested that they had achieved the

22  ability to find it.  And they found some in our --

23  our product they were selling us.

24  BY MR. CONN:

25      Q    Okay.  And sitting here today, it's

1    Mohawk's position that finding these trace amounts in

2    the parts per million range is safe?

3         A    We believe the products we use were safe

4    when used as intended, yes, sir.

5         Q    What's your definition of trace amounts?

6         A    I don't have one.

7         Q    Okay.  Turn to the next page.  I really

8    just want to ask you:  What is Smartstrand fibers?

9         A    Smartstrand fibers --

10        Q    Mohawk Smartstrand fibers.

11        A    Yeah, it's made from a DuPont polymer

12   known as Triexta or Sorona.

13        Q    And that was made in conjunction with

14   DuPont, correct?

15        A    DuPont makes it.  DuPont makes a polymer.

16   We make a fiber.

17        Q    Like Mr. Faircloth told me yesterday?

18        A    Correct.

19        Q    Two days ago, I'm sorry.  And the Triexta

20   has PFCs in it, correct?

21        A    No, sir.

22        Q    Has no PFCs in it?

23        A    Not in the fiber, no, sir.

24        Q    Not in the fiber, but you apply them

25   later, correct?

```
 1          A    We do on some products, yes, sir.

 2          Q    To the Smartstrand fibers?

 3          A    Yes, sir.

 4          Q    Is there something about Smartstrand

 5   fibers that allows you to use less PFCs in the

 6   application process than other fibers?

 7          A    So for a number of years, we used no PFCs

 8   on Smartstrand fibers.

 9          Q    What years were they again?

10          A    I would have to go look it up.  I'm not

11   certain, but for several years.

12          Q    So when -- go down to that paragraph from

13   when Mohawk's talking about Sorona has led Mohawk

14   Industries in the reduction of the use of soil for

15   fluorinated materials by 63 percent by the end of

16   2006, would that be due to the fact that you weren't

17   putting soil-retardant chemicals on these Smartstrand

18   fibers?

19          A    That was part of it, yes, sir.

20          Q    Okay.  But then later you started putting

21   PFCs on these --

22          A    We did.

23          Q    -- Smartstrand fibers, correct?

24          A    Yes, sir.

25          Q    Look at the very last sentence of that
```

1    paragraph, it says:  By 2010, we estimate we will

2    have a 99 percent reduction and complete elimination

3    by 2015.

4              And they're talking about PFCs, correct,

5    or soil-retardant chemistries.  You can read it if

6    you need to because I skipped ahead a little bit.

7              MR. SCRIBNER:  Object to the form of

8        that question.

9              You may answer.

10    A    I think they're talking about a reduction

11    in trace amounts of this chemical.

12    BY MR. CONN:

13    Q    PFOA, right?  We're still under a header

14    of PFOA, correct?

15    A    We are -- I think we are still under the

16    header of PFOA in this document and likely that was

17    the intent of this sentence.

18    Q    Did Mohawk meet that goal?

19    A    Did we meet this goal by 2010, yes, sir.

20    I think we did.  I think we described earlier that C8

21    chemistry was gone in late 2008, 2009.

22    Q    Sorry.  I told you I was going to be

23    skipping around.  111.  This will be tab 111.  This

24    will be Exhibit 76.

25              (Whereupon, Exhibit No. 76 was marked for

```
 1              identification by the court reporter.)
 2    BY MR. CONN:
 3         Q    I'll tell you this is just an e-mail, and
 4    this is one you're actually on so maybe you'll know?
 5         A    Maybe I'll remember this one, yeah.
 6         Q    Are you familiar with this e-mail?
 7         A    No, sir, I don't recall it.  I know
 8    Mr. Marshall, so --
 9         Q    Who is Mr. Marshall?
10         A    Mr. Marshall works for us.  He's
11    currently director of sustainability is his current
12    role.
13         Q    What was his role at this time of this
14    e-mail, do you know?
15         A    In 2016, he was probably director of
16    sustainability or sustainability manager.
17         Q    Okay.  And go down to -- the bottom of
18    this will be the first e-mail on September 30th,
19    2016.  It says:  What were your thoughts on the
20    chemical breakdown that I sent yesterday?  While most
21    of the info was before my time, I was still surprised
22    by the findings.  While most of the chemistries were
23    post 2005, I still thought I would find one or two
24    old chemistries.  And old is in quotes.
25                   Did I read that correct?
```

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

30(b)(6)                Jim Williams Vol. II on 07/02/2021                Page 537

```
 1        A     You did.
 2        Q     What chemical breakdown is he referring
 3   to he sent you?
 4        A     Unless you can show me, I have no idea.
 5        Q     Let's just go up to your response.  You
 6   said:  Surprised also.  Expected a couple of legacy
 7   products to have shown up.
 8              Do you know what you're referring to with
 9   legacy products?
10        A     Materials that would have been older
11   products, not the newest versions of the products we
12   were buying.
13        Q     What is PM 1369?
14        A     PM 1396 is a product we buy -- bought
15   from 3M.  It's fluorochemicals, if I recall
16   correctly.
17        Q     And TG 2211?
18        A     Fluorochemical we brought from Daikin.
19   And I believe that's a --
20        Q     Go ahead.
21        A     I think 2211 is a C6 material.
22        Q     Do you know whether you're talking about
23   inventory here or whether you're talking about
24   testing?
25        A     Don't know.
```

1          Q     Okay.

2                MR. CONN:  Do you have any questions?

3                MR. RADNEY:  Are you done?

4                MR. CONN:  I think so.  All right.

5     I'm done.

6                (Whereupon, a discussion ensued off the

7      record.)

8                MR. RADNEY:  I don't have any

9     questions.

10               THE VIDEOGRAPHER:  The time is

11    4:59 p.m.  We're now off the record.

12               (Whereupon, the video camera was

13    turned off.)

14               (Whereupon, a brief recess was taken.)

15               (Whereupon, the video camera was

16    turned on.)

17               THE VIDEOGRAPHER:  The time is

18    5:08 p.m.  We're back on the record.

19                          EXAMINATION

20    BY MR. NOBLE:

21          Q    My name is Bert Noble.  After hearing

22    from all the other lawyers for a lot of time over the

23    last few days, I promise to be very brief.

24               I represent Dalton Whitfield Regional

25    Solid Waste Authority in this case.  Are you familiar

```
 1   at all with the regional solid waste authority?

 2       A    What we would call the landfill?

 3       Q    The landfill, the garbage man, such

 4   things as that?

 5       A    Yes, sir.

 6       Q    Earlier someone asked you a question if

 7   Mohawk disposes of its solid waste to my client.  And

 8   I believe you said they did?

 9       A    We do.

10       Q    Does Mohawk take its post-carpet

11   production waste directly to Dalton Whitfield?

12       A    I believe we do, yes.

13       Q    So you don't hire a third party to --

14       A    Oh, we might use Republic Services or

15   somebody like that to actually transport it,

16   possibly.  I don't know the details.  I think

17   Mr. Faircloth was trying to cover that.

18       Q    Okay.  Topic 21 is post-industrial waste

19   disposal, and I believe that was one that you were

20   identified for, correct?

21            UNIDENTIFIED SPEAKER:  I think that

22       was (inaudible).

23            MR. NOBLE:  Oh, well, then I may be

24       even shorter than that.

25            Do you know --
```

```
1                    MR. SCRIBNER:  It was Joe.

2                    MR. NOBLE:  Okay.  I missed that

3          somehow in the topic identification.

4   BY MR. NOBLE:

5          Q    Do you know the identity of the third

6   parties you used to dispose of waste?

7          A    No, sir, I don't.  I'd be guessing.

8                    MR. SCRIBNER:  I can help you.  I

9          believe Joe actually testified to that.

10         And if not, we can get you that

11         information.

12                   MR. NOBLE:  I just need to know the

13         names.

14         A    Glad to go out and get it for you

15   afterward.

16  BY MR. NOBLE:

17         Q    And would Mohawk have information showing

18  whether waste from your various plants and production

19  facilities that are not in Whitfield County, whether

20  that waste is also sent to Dalton Whitfield, or is it

21  sent to each individual county or municipal waste

22  facility?

23         A    I don't know the details, but I'm

24  confident we can find out for you where the waste

25  goes.
```

1      Q    And does Mohawk also dispose of its

2   non-commercial or non-carpet waste in the same

3   truckloads, so to speak, as its post-industrial

4   carpet waste?

5      A    I do not think so.  I think we keep it

6   separate.

7      Q    It's done separately?  Is that because

8   there's some waste that's baled carpet that's sent

9   directly to monofills like the one that

10  Dalton/Whitfield has?

11     A    Yes, sir.

12     Q    What about waste that is sent to a

13  regular municipal solid waste landfill?  Would that

14  include potentially some post-carpet waste?

15     A    Small amounts possibly, yes, sir.

16     Q    Scraps?

17     A    Right.

18     Q    And that would only be solid waste,

19  correct?

20     A    Yes, sir.

21     Q    No liquid waste?

22     A    No liquid waste.

23     Q    Sludge, biosolids, that type of thing?

24          And does Mohawk keep records of the

25  pounds or tonnage of waste that is sent solely to the

1    municipal solid waste landfill at Dalton Whitfield?

2        A    Again, not my topic.  But to the best of

3    my knowledge, we would have records of what our third

4    party or if we ourselves carried, yes, sir.

5        Q    All right.  If the other guy was the one

6    that would know a little bit more of my questions, I

7    don't think I have anything.  You're just going to

8    tell me I don't know?

9        A    That's correct.

10            MR. NOBLE:  Thank you.

11            MR. SCRIBNER:  Anybody on Zoom have

12    any questions?

13            THE VIDEOGRAPHER:  Anybody on the Zoom

14    have questions?

15            This concludes the deposition.  The

16    time is 5:12 p.m.  We're now off the

17    record.

18            (Whereupon, the video camera was

19    turned off.)

20                    - - -

21      (Deposition concluded at 5:15 p.m.)

22

23

24

25

```
 1                    E R R A T A   S H E E T

 2
            Pursuant to Rule 30(7)(e) of the Federal
 3    Rules of Civil Procedure and/or Georgia Code
      Annotated 81A-130(B)(6)(e), any changes in form
 4    or substance which you desire to make to your
      deposition testimony shall be entered upon the
 5    deposition with  a statement of the reasons given
      for making them.
 6
            To assist you in making any such corrections,
 7    please use the form below.  If supplemental or
      additional pages are necessary, please furnish
 8    same and attach them to this errata sheet.

 9                         - - -

10       I, the undersigned, JIM WILLIAMS, do hereby
      certify that I have read the foregoing deposition
11    and that to the best of my knowledge said
      deposition is true and accurate (with the
12    exception of the following corrections listed
      below).

13

14

15    Page_____ Line_____should read:_____

16    Reason for change:_____

17

18    Page_____ Line_____should

19    read:_____

20    Reason for change:_____

21

22    Page_____ Line_____should

23    read:_____

24    Reason for change:_____

25
```

```
 1    Page_____ Line_____should

 2    read:_____

 3    Reason for

 4    change:_____

 5

 6    Page_____ Line_____should

 7    read:_____

 8    Reason for

 9    change:_____

10

11    Page_____ Line_____should

12    read:_____

13    Reason for

14    change:_____

15

16    Page_____ Line_____should

17    read:_____

18    Reason for

19    change:_____

20

21    Page_____ Line_____should

22    read:_____

23    Reason for

24    change:_____

25
```

```
 1    Page_____ Line_____should

 2    read:_____ Reason for

 3    change:_____

 4

 5    Page_____ Line_____should

 6    read:_____ Reason for

 7    change:_____

 8

 9    _____

10    Signature

11    Sworn to and Subscribed before me

12    _____, Notary Public.

13    This_____day of _____, 2021.

14    My Commission Expires:

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                 C E R T I F I C A T E

 2    STATE OF GEORGIA:

 3    COUNTY OF COBB:

 4

 5         I hereby certify that the foregoing

 6    transcript was taken down as stated in the

 7    caption and the questions and answers thereto

 8    were reduced to typewriting under my direction,

 9    that the foregoing pages 268 through 545

10    represent a true, complete and correct transcript

11    of the evidence given upon said hearing, and I

12    further certify that I'm not of kin or counsel to

13    the parties in the case; am not in the regular

14    employ of counsel of any of said parties; nor am

15    I in anywise interested in the result of said

16    case.

17         This 20th day of July 2021.

18

19                              Lynne C. Fulwood

20

21                              LYNNE C. FULWOOD,
                                Certified Court Reporter
22                              State of Georgia
                                License No. B-1075
23

24

25
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Jim Williams Vol. II on 07/02/2021

30(b)(6)                                                    Index: $9.5..09

---

**Exhibits**

**WilliamsJ 46**
274:2
288:10,15

**WilliamsJ 47**
274:2
292:21,22
293:24
296:14
298:19

**WilliamsJ 48**
274:3
300:5
301:1

**WilliamsJ 49**
274:3
304:18,23
305:3
318:13

**WilliamsJ 50**
274:4
308:25
309:5

**WilliamsJ 51**
274:4
310:24
311:5

**WilliamsJ 52**
274:5
322:12,18,
21 331:8

**WilliamsJ 53**
274:6
365:14,16

**WilliamsJ 54**
274:7
375:25
376:1

**WilliamsJ 55**
274:8
395:13,14

**WilliamsJ 56**
274:9
408:7,10

**WilliamsJ 57**
274:10
410:17,25
448:7,8

**WilliamsJ 58**
274:11
413:12,13,
14

**WilliamsJ 59**
274:12
415:16

**WilliamsJ 60**
274:13
422:2,3

**WilliamsJ 61**
274:14
427:9,14

**WilliamsJ 62**
274:15
438:24
439:1

**WilliamsJ 63**
274:16
443:6

**WilliamsJ 64**
274:18
447:19,24

**WilliamsJ 65**
274:19
457:14,18
461:6

**WilliamsJ 66**
274:20
459:10
461:24

**WilliamsJ 67**
274:21
468:7

**WilliamsJ 68**
274:21
470:8,9,12

**WilliamsJ 69**
274:23
472:15
473:12,15

**WilliamsJ 70**
275:1
476:23,25

**WilliamsJ 71**
275:2

**WilliamsJ 72**
275:3
508:13

**WilliamsJ 73**
275:4
514:6,7,10
515:3

**WilliamsJ 74**

275:4
519:2,3,5

**WilliamsJ 75**
275:6
524:23,24

**WilliamsJ 76**
275:7
535:24,25

---

**$**

**$9.5**   351:17

---

**0**

**0000328**
413:13

**0051582**
421:25

**0051587**
427:9

**0051606**
415:11

**0051630**
461:12

**0051660**
443:3

**01060965**
411:12

**03**   297:14

**08**   391:9

**09**   391:9

---

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

30(b)(6)                    Jim Williams Vol. II on 07/02/2021                    Index: 1..1999

---

**1**

---

**1**  276:6
290:12
291:15
330:21
411:24
412:6,15
424:5,7
526:14

**1/12/99**
394:6
409:8

**1/17/99**
409:8

**10**  343:7
351:10
359:2
439:9
442:9
470:10

**10,274,765**
340:19

**100**  353:3

**104-A**  518:22

**1061046**
411:14

**10:10**  330:21

**10:27**  331:5

**10:37**  338:19

**10:40**  339:1

**11**  306:17
442:17

452:14

**111**  535:23

**11:00**  487:23

**11:12**  363:23

**11:28**  364:5

**11th**  477:23

**12**  346:23
384:20
453:1

**12/15**  409:5

**12:24**  409:24

**12th**  384:20

**13**  303:13
307:6
310:16
318:14
505:7

**13.1**  303:14

**1369**  537:13

**1396**  537:14

**14**  390:11
505:2,17

**1400**  284:23

**1451**  285:4
520:3,5,13
521:3

**14th**  366:8

**15**  481:19
482:4,5
521:7

**1500**  520:12

521:3,7
522:2

**1507**  285:6

**15th**  448:15

**16**  288:17
453:8
464:17,25
490:6
497:16

**160**  355:23

**160,000**
355:24
357:3

**1680**  285:8

**1690**  285:9

**16th**  397:20
416:1

**17**  292:18
360:9

**17875**  375:24

**17th**  398:19
414:5

**18**  376:18

**18th**  398:19

**19**  286:2
360:20
361:3,7
381:13
449:12

**1970s**  382:8,
9

**1986**  331:14

**1990**  386:4
449:22

**1990s**
377:22,24
384:6

**1995**  339:8
340:18
483:7,9,16

**1997**  372:5,
8,14
374:25
375:10,13

**1998**  292:3
332:4,7
333:24
385:17
386:21
412:8
448:24
449:12
450:7,21,
24  452:5

**1999**  335:9
366:8
370:25
376:18
380:24
384:17
385:22
386:5
387:15
390:22
397:20
398:19
404:16
406:17

411:6
445:12
448:15
452:6

**19th** 384:17
461:7,15
462:9

**1:46** 410:8

**1:50** 412:22

**1:53** 413:5

---

**2**

---

**2** 278:10
303:1
305:12
309:21,22
331:4
409:24
435:1
447:4
516:12

**2,000** 521:16

**2,129** 375:15

**2,137** 375:15

**2/17** 409:9

**2/4** 409:8

**20** 284:9
345:3
481:6

**2000** 281:17
382:2
414:5,15
415:1,4,7

441:19
445:23,24
446:7

**2000s** 283:3,
6 284:10
286:2
335:19
338:3
348:10,18
379:12,13
381:16
388:23
418:1
495:18

**2002** 284:6
335:9

**2003** 284:6
334:24
422:15
426:11
427:2,20,
21 436:3
439:9
441:18
443:15,16
444:13,16
446:24
458:19

**2004** 335:10
336:7,15,
16 444:16
458:5
460:20

**2005** 459:20
461:7,16
462:9

473:24
536:23

**2006** 335:10
469:4,16
470:17
473:18
475:5
477:5
486:4
525:22
526:1,8
531:2
534:16

**2007** 334:24
337:3
526:5,8
530:24
531:2

**2007/2008**
337:10
445:7

**2008** 283:4
337:4
391:4,14
535:21

**2008-ish**
282:6

**2008/2009**
282:1

**2009** 282:6
335:10
445:7
535:21

**2009/2010**
279:20

287:12

**2010** 286:16
535:1,19

**2011** 335:10
336:7

**2012** 332:4,
7 334:25

**2013** 427:18

**2014**
337:15,24
506:4,16

**2015** 323:12
324:19
326:21
328:6
336:7
337:15
535:3

**2016** 506:7,
16,22
507:19
508:22
509:13,15
512:4
513:4
514:22
515:8,9
516:15,24
517:17
519:18
536:15,19

**2018** 286:2
339:8
340:18
343:21

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

30(b)(6)                    Jim Williams Vol. II on 07/02/2021                    Index: 2019..3M

344:5

**2019**
279:21,23
280:1
286:17
299:1,11
336:1,22
348:19
494:22
506:10,17

**2021**  276:12

**2055**  285:9

**2098**  289:20

**21**  361:3
455:1,5
539:18

**22**  355:19

**22,000**
355:20
357:3

**2211**
537:17,21

**22nd**  292:3

**23**  449:19
456:10
497:20,21

**2446M**  279:15

**25**  356:3,
19,21
359:12

**250**  375:14

**25th**  519:18

**2600**  279:13
454:17

**26484**  473:2

**27**  288:20

**27,000**  359:8

**29**  327:13

**291935**  509:1

**2928**  293:25
295:11

**2931**  295:23

**2940**  294:1

**298**  474:24

**2:40**  447:11

**2:50**  447:18

**2nd**  276:12

---
**3**
---

**3**  278:16
301:21
303:7
306:8
410:7
427:22
479:7
525:12,14

**3,400**  454:16

**3.241**
352:11,25

**3.3**  305:12

**30**  325:8
326:24

340:10
524:22

**30(b)(6)**
276:6
490:2

**300**  474:24

**30th**  470:16
473:17
536:18

**31**  325:1

**3180**  285:9,
12

**31st**  289:20

**32**  288:24

**324**  351:13

**33**  290:16
493:1,5,7,
10

**33928**  294:2

**34**  347:15
351:11
352:25

**35**  347:16
359:2
457:1

**37**  408:6

**38**  281:10
450:1

**3:34**  479:7

**3:51**  479:16

**3M**  276:10,
11  277:8

280:4
282:4
283:23
284:13
294:4
296:23
299:7
301:7,13,
14  302:4,6
305:4
319:2,13
320:7,20
321:3,11
323:1,10
325:22
326:25
328:5,16,
24  329:24
331:9,15
332:3,6,14
339:3
340:18
365:11
366:6
370:23
371:10
372:2,17
373:1
374:12
375:12,19
376:20
379:17,18
382:2
383:3,17
384:16
387:25
388:9,14,
16  392:22

393:13
394:13,18,
25 395:6
397:14,24
398:12,13
399:17
400:10
401:17
403:21
406:3
411:4
412:9
414:9,15,
20,24
415:7
416:18,25
417:16,20
418:3,8
419:3,16
420:7,20
423:3,4
448:13,25
449:12
450:18
451:1,7
453:5
454:22
455:23
456:16,21
458:13
477:4,11
478:8
520:7
524:6
537:15

**3m's** 341:2
368:16
381:16

408:21
410:13
450:15

**3M-AL-GA_
00206822**
340:5,9

**3M_AFF_MDL**
375:24

**3M_AFFF_MDL**
411:12

**3m_alabama_al_
ga_00228105**
365:12

**3rd** 411:6
477:5

---
**4**
---

**4** 278:16
284:6
298:23
371:23,24
441:12,25
479:15

**4/16** 409:9

**41** 459:16

**42** 291:18
470:10

**44** 470:11

**45** 304:22

**46** 288:10,
15 293:17
295:17

**47** 292:21,

22 293:18,
19,21,24
295:17
296:14
298:19,20
470:10

**48** 300:5
301:1
468:3,4

**49** 304:18,
23 305:3
309:6
317:2,9
318:13
413:11

**4:59** 538:11

---
**5**
---

**5** 283:12
299:2
306:17
307:7
318:14
344:8

**50** 308:25
309:5
317:2,9

**500,000**
292:6

**500-gallon**
299:17

**50s** 342:19

**51** 310:24
311:5,6

317:3,9

**52** 322:12,
18,21
331:8
427:8

**53** 365:14,
15,16
470:10

**532** 323:15

**54** 375:25
376:1

**55** 395:12,
13,14

**56** 408:7,
10,18

**57** 309:4
410:17,21,
25 415:11
448:8
514:6,10

**58** 311:4
413:13,14

**585** 424:23

**59** 300:9,19
415:12,13,
16

**5:08** 538:18

**5:12** 542:16

**5:15** 542:21

---
**6**
---

**6** 302:25

303:12
306:9
311:16
345:23
414:14
451:16,17

**6.2**   302:25

**60**   422:1,2,
3  461:18,
19  470:10

**600,000**
292:13

**61**   427:9,14

**614**   390:14

**618**   392:3

**62**   438:24
439:1

**63**   443:2,6
525:22
534:15

**64**   447:19,
24

**65**   457:14,
18  461:6
508:10

**66**   459:10
461:11,24

**666**   445:10

**669**   446:10

**67**   468:5,7

**68**   470:9,12

**69**   322:16,

24  472:15
473:12,15

**6th**   458:5

---

**7**

**7**   278:5
298:21
303:8
305:12
306:9,17
307:7
310:18
318:14
359:21
445:4
459:11,12
470:11
504:16
518:16

**7.1**   303:9

**70**   476:23,
25

**700,000**
372:3
373:3

**71,000**   359:4

**72**   508:13

**73**   514:6,7,
10  515:3

**74**   519:2,3,
5

**75**   524:23,
24

**757**   406:24

**76**   535:24,
25

---

**8**

**8**   303:7,12
309:21,22
310:18
313:21
315:8
334:25
346:14
360:10
361:15
445:4
472:21

**8/4/2016**
508:20

**80s**   281:18
332:20
334:17,21
379:10
417:25

**820**   454:16

**872,000**
297:3

**89**   449:20

**896**   468:18

**8:59**   276:13

---

**9**

**9**   283:4
391:4,14

**90**   449:21

**90s**   281:17
335:20
371:1,11
377:19
378:13,21
379:11
381:13,15,
25  383:3
384:7
388:22,23
414:25
417:25

**96**   526:5

**970**   477:24

**9750**   285:9

**976**   409:1

**98**   290:24
291:5
292:12
409:6

**99**   288:20
295:12
333:24
409:9
449:15,16
535:2

**9th**   422:14

---

**A**

**a.m.**   276:13
330:21
331:5
338:19

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

339:1
363:23
364:5

**ability**
288:8
313:18,20
341:1,4,9
370:16
426:14
512:18
513:7,12
532:22

**absolutely**
277:17
293:7
328:1

**absurd**
313:8,12

**accept**
343:24
344:6,24

**acceptable**
318:9

**access** 315:5
386:24
507:22

**accidental**
311:24

**accomplish**
424:17

**account**
310:5
392:9
394:2

**accounting**
295:3,4

**accumulate**
381:9
385:13
460:13

**accumulates**
460:8

**accumulator**
511:4

**accuracy**
529:20

**accurate**
282:1
289:9
295:19,21
321:18,23
335:3
336:18
341:25
353:4,9
357:25
463:12
464:1

**accurately**
341:1
375:17
448:16

**achieved**
337:5
532:21

**acid** 347:4
443:20
444:5
515:19

529:12

**acidification**
524:18

**acids** 515:19

**acknowledge**
285:11
345:10

**acknowledged**
530:4

**acquired**
454:2

**acquisitions**
454:9

**acrylate**
302:9

**action**
360:15
364:15
475:24

**actions**
476:3,12

**active**
339:12
353:23

**actively**
339:13
388:9
442:18

**activities**
435:12

**activity**
328:1,11

**actual**

354:15
410:21
411:23
420:18
451:17
485:23
501:7,9
524:16

**ad** 348:23,
25 389:11

**add** 281:7
522:2

**added** 353:16

**addition**
298:10
342:2
446:18

**additional**
325:20
326:3,13
413:9

**address**
306:21
307:2

**addressed**
435:2,8
473:18

**addresses**
463:11

**admits** 529:5

**adopted**
426:11

**advance**
382:23

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

383:4,9
388:11

**adverse**
402:2
421:16

**advertised**
353:7
356:9

**advice**
478:1,8

**advisory**
470:1

**aerosol**
401:16,20
404:20
405:3

**affect**
380:19

**affected**
505:11

**affirmatively**
298:16
338:15

**afternoon**
364:13

**afterward**
540:15

**agency**
362:16
469:13
475:9

**agenda**  377:4
423:13
424:3,12

**aggressive**
382:23
383:4

**agree**  329:12
356:10
364:21
418:22,23
441:18
466:2
467:20
488:2
503:11,18
512:10
522:10
523:2,10,
23  525:11
526:12
527:22
528:5

**agreed**
366:22
390:21
426:4,6
441:20
469:12
499:3
500:5,20
531:2

**agreement**
322:10
500:10,11

**agrees**  342:6

**ahead**  298:24
318:3
356:23
391:17

411:10
426:7
535:6
537:20

**air**  354:5
366:21
375:14
454:12,16

**Air.o**  352:16
357:18,24
358:4

**AIRL**  512:19

**Alabama**
455:9
500:5,10,
12,13

**Aladdin**
276:8
398:17
400:23

**albeit**  420:9

**alkylation**
524:17

**allege**  467:8

**alleged**
469:20

**alleges**
462:20

**allowed**
403:6
478:25

**allowing**
398:12

**alternative**
414:11

**alternatives**
435:11

**ambient**
425:7,17

**AMC**  298:24
299:3
360:23
506:20

**AMC's**  278:8
506:14

**amended**
278:8
290:13
360:6

**amount**
296:17,22
347:17
349:9,11
404:21
456:2
485:9
506:23
521:8,16
529:23

**amounts**
318:9
339:7
358:24
405:9,22
521:25
522:1
526:3
529:13,19
530:5

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

531:9,13,
20 532:16
533:1,5
535:11
541:15

**Amsterdam**
344:20,22
345:1

**analysis**
345:8,19
355:18
369:12,25
380:25
410:13
448:9
449:11
452:5,6,16

**analytes**
354:7

**analytical**
308:8
345:4
426:22,25
530:6

**analyze**
426:14

**analyzed**
455:10
474:22

**and/or**
278:12
306:23
383:18
505:10

**Angie** 333:18

**animal**
310:12
446:11,13,
23

**animals**
388:18
446:16
467:7

**announced**
379:24
382:3

**announcement**
381:16
415:1

**announcing**
414:9

**annual**
351:16

**answering**
317:19,20
329:25

**answers**
514:21

**Anti-so**
279:13

**anticipates**
420:20

**Antioch**
323:25
339:14

**Antron** 349:8

**anytime**
312:1
495:20

510:18

**APFO**
446:10,12,
15,19

**APFOA** 446:12

**apologize**
288:16
292:20
315:24
322:15
344:15
345:14
350:10
351:11
358:13
423:25
464:4
479:21

**apparently**
327:18
330:16

**appears**
289:4
366:5
372:2,24
375:11
380:5
392:22
423:12
443:16
456:16
477:14
515:7
526:11

**apple** 501:21

**apples**
501:21

**applicable**
303:17

**application**
401:16,19
489:16
511:2
534:6

**applied**
349:4

**apply** 304:15
319:4,18
533:24

**applying**
451:12

**appropriately**
349:4

**approval**
325:23

**approved**
437:3
471:11

**approximately**
281:25
449:20

**April** 397:20

**aquatic**
305:14

**area** 401:23
405:6
435:17
492:4
505:11

511:4
519:24
520:12

areas   425:25
491:25

argue   313:7
380:11

argument
313:5
320:13

arms   481:2

array   446:13

Arrotex
279:8,10,
18,22

Arrow
335:14,16

Arrowshield
283:8

Arrowstar
279:4
283:9
285:24
335:7,13,
15

Arrowstar's
283:10

article
421:18
443:25
460:17,19
485:22

articles
345:7

Asahi   423:2

asks   434:2

aspirational
355:4

assessment
345:5
374:5
412:10
443:18
448:12
449:1

assessments
374:10

assistance
412:8
448:24

association
433:3

assume   334:6
428:17

assumed
516:6

assumes
488:8

assuming
340:21,23

assured
416:18

atmospheric
430:23

attached
294:2

attaching

414:9

attachment
416:8

attended
458:15

attention
278:9
346:25
406:2,20,
22 411:10,
17 420:20
485:22
486:2,4,8

attorney
341:12

attorneys
276:14
499:2,3,4
500:10,13

attracted
346:25

attraction
528:25

attributes
391:22

Auburn
364:17

audience
393:9,14
394:2

audits
396:13

August
459:20

473:17
475:5
506:7,16,
22 507:19,
20 508:22
509:13,15
512:4
513:4
514:22
515:8,9
516:15,24
517:17

author
516:20

authorities
303:17

authority
277:13
538:25
539:1

auxiliaries
337:18

avoid   303:4,
9 399:21
402:19

aware   320:5
321:7
326:20
334:16
335:20
343:11
357:16
362:21
363:8
367:6
370:21,22,

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

23 371:2,
19 373:5
374:12,14
375:21
376:22
377:20
382:2
383:8,12
384:2
387:15
388:14,16
392:25
393:2,21
395:6
400:11
402:5,6
403:3
404:15
407:12
420:25
430:16
431:7
442:7,23,
25 443:25
444:24
446:6,23
453:7
455:24
460:12,16
469:16,18,
23 474:18
480:7,12,
15 486:9,
11 489:16,
17 492:2
497:13
498:16
529:20

——————————
        **B**
——————————

**B-1**   452:15

**B-E-R-T**
333:11

**back**   278:3
283:23
294:22
295:16
298:1,11,
19,21
307:25
318:13
320:17
323:10
325:8
331:5
332:11,14,
17 334:17
335:19
339:1
342:14,19
351:10
358:12
360:1
364:5
370:20
410:8
412:15
413:5,9
414:24
426:15
431:12
433:25
434:11
441:16
447:2,18,

22 455:25
463:14
464:17
465:24
479:16
483:7
495:17
497:3
504:16
505:7
511:8
526:14
528:22
538:18

**background**
330:17
445:10

**backing**
353:7
357:22
457:12

**bad**   333:7

**baled**
358:20,22
541:8

**banks**   430:5

**bar**   401:17
520:11

**base**   316:9
515:19

**based**   339:25
344:16,21
366:22
368:16
369:10

371:4
372:23
391:21
395:2
400:9
418:12
429:20
433:3
441:23
449:22
451:6
459:2
460:10
476:19
479:1
506:14
509:10
511:15
512:4

**bases**   515:20

**basically**
398:12
432:5
520:23

**basis**   369:12

**Bates**   290:16
291:18
293:25
340:3,4,8
365:11
392:2
411:11,12,
23 421:25
424:23
427:8
443:2
461:12

477:23

Bates-labeled
288:19

Bates-stamp
295:23

Bates-stamped
288:24
293:24
295:11
323:15
326:24

bathrooms
312:17

Battelle
366:25
367:1,2,4,
7 411:5
412:8
448:14,25

battery
354:7

Bayer
287:14,15

Bayguard
287:13

Beacham
277:1

bear 485:6

Beaulieu
453:24

began 445:12
446:6
463:7

begin 467:22

beginning
276:6
284:10
331:4
350:10
370:9
410:7
412:5
463:7
465:20
479:15

begins
413:13
421:25
462:15

behalf
276:19,20,
22,24
277:3,6
437:20,23
486:7

behest
493:11

beings 313:5
382:11

belief
360:21
480:11

believed
419:17
507:2

Bert 277:12
538:21

big 288:16

345:24

Bigelow
352:15,25
353:1

bigger
426:16

biggest
426:12

Bill 514:14

billion
351:17
484:6
532:2

bind 499:13

binder 378:6

binding
498:4

bioaccumulate
402:5,8
523:12

bioaccumulatio
n 388:18
400:12
402:16,19

bioaccumulativ
e 419:21
421:13
445:15

bioanalytical
345:2

bioassays
446:18

biodegradation

305:18

biodegrade
523:9

biosolids
541:23

bit 298:24
315:20
331:20,21
336:13
337:7
347:23
358:7
375:3
413:8,10
421:22
480:5
507:18
525:19
535:6
542:6

blank 450:8

blanket
336:6

block 280:3

blocker
290:6
417:6
507:11
511:2

blockers
324:21
501:14,16
502:3

blood 430:5,
14 445:17

474:22,24

**board** 379:3
428:14
470:1
481:1,8
496:9,15,
19 497:9
503:6

**bodies**
306:15
382:11

**body** 314:1
382:7
385:13
405:11
460:8,13

**Bolden**
493:20,22

**boss** 494:11

**bottom**
278:15
290:17
291:18
295:11,14,
23 298:23
323:14
325:9
343:20
356:3
361:6
370:7
390:10,14
411:22
416:15
434:11
442:1,17

451:17
455:4
475:21
536:17

**bought**
292:13
334:17
469:7
537:14

**box** 375:6,7
426:17,19

**boxes** 367:25

**boy** 333:12

**brand**
351:19,21,
24 352:1
353:13

**Brandsman**
345:16

**break**
280:15,21
330:19
354:2
363:20
405:16
407:18
410:11
447:3,5,6
479:3

**breakdown**
536:20
537:2

**breeze**
443:10

**briefed**
441:10

**briefing**
439:9
441:9

**bring** 324:24
339:11

**brother**
409:15

**brought**
426:9
486:5
537:18

**Brown**
514:14,17

**build** 306:14

**building**
509:19
511:10,11

**bulk**
314:18,25

**bullet**
361:2,6
367:19
369:11,22
370:7
377:13
381:7
382:6,22
383:20
384:24
385:10
387:14,19
400:23
401:13

403:5,17
404:19,25
405:14
407:1
423:20,23
430:19,20
436:5
442:1
474:6,21
475:7,18

**bunch** 390:5
409:8
480:23
485:3

**Burlington**
414:2

**burned**
302:17

**business**
332:13
334:18,20
335:2,5,12
336:10
337:19,20,
22 352:4,5
366:25
379:19
382:4
411:18
415:8
439:17
450:15
453:20
462:12
474:4
476:1

butchering
  393:15

buy  337:6
  390:7
  520:7
  529:22
  530:5
  537:14

buying
  335:13
  537:12

byproduct
  523:24
  524:10
  529:10
  530:16

---
C
---

C-1  453:9

C-5  455:20
  456:12

C3  283:13,
  18

C4  283:24,
  25 284:3,
  20 296:12
  297:17
  305:8
  309:18
  378:18

C4's  285:10

C6  279:10,
  18,25
  285:17,18

286:8
287:1,2,5,
  22 311:13
  537:21

C6's
  285:23,24
  286:1,15,
  16 287:10,
  11 319:25

C8  280:7
281:10,21,
  25 282:4,
  10,19,25
  290:8,9
  291:24,25
  296:12
  297:17
  378:17
  379:19
  380:18,25
  381:25
  382:3
  383:6
  387:8
  391:13
  402:23
  405:10,23
  408:22
  414:21
  415:8
  416:25
  417:12,17,
  21 418:4,5
  419:3,11,
  17 420:8
  421:8
  463:1

535:20

C8's  286:14
  319:25
  383:10

C8-based
  391:20

C8s  282:5
  283:2

calculation
  442:19

call  277:15
  312:8
  349:5
  365:12
  367:13
  392:2
  399:2
  424:2
  426:4
  480:5
  505:25
  509:19
  511:4
  520:22
  539:2

called  291:7
  411:3
  448:11
  481:13,24
  501:11

calls  467:17
  489:25
  494:6

camera  276:3
  330:23

331:1
338:20,23
363:24
364:2
410:1,4
412:23
413:2
447:12,15
479:9,12
538:12,15
542:18

cancer
  475:18

Capabilities
  426:16

capability
  316:7
  341:22
  348:8,19
  357:5
  512:20

capacity
  351:6

capital
  354:21,25

carcinogen
  459:25
  467:2
  470:2

carcinogens
  347:5

Carmen
  276:24
  408:6

carpet  276:8

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

307:24
346:4,5
348:3,4,5
349:4,6,15
351:15,16,
18,24,25
352:16,25
353:1,15,
25 354:10,
11 356:8
357:18
358:7,8,
14,16,18,
21,22
371:24
372:4
373:4,9
398:7
416:5,14,
18,20
417:1
420:24
423:6
432:2
434:14
442:3
450:3
453:20
462:15,18
464:19
465:14
467:7
481:9
482:17,18,
20 497:12
526:19
527:20
528:1,25

541:4,8

**carpet's**
358:10

**carpets**
346:23
347:9,25
349:13
355:9
357:24
358:3
417:17
465:13

**carried**
435:22
542:4

**Cary**  393:3

**case**  288:21
309:11
350:19
364:16
365:3
498:25
499:11,17
500:15,16
501:11
503:7
538:25

**cases**  319:18
347:2
365:4

**catch**  399:9

**category**
301:20
501:6

**catwalk**

401:19

**caused**
360:15
361:13
363:13

**causing**
360:15
361:14

**cautions**
406:3

**Caylor**
519:22

**Cellers**
393:10,18,
20

**center**
344:22
345:21

**central**
438:17

**CEO**  379:14
473:19

**certification**
353:25
354:4,6
357:23

**certifications**
346:9

**chain**
278:20,21
324:5
367:20
373:17
450:1

453:2,9
519:19

**chains**  324:5
336:22

**chance**
415:20
427:10
439:4
505:21

**change**
334:19
444:17

**changed**
338:11,13
481:4

**changing**
480:22

**characterize**
314:5
367:19,21

**charges**
469:19

**chart**  373:2
425:3

**cheaters**
343:22

**check**  513:21

**Chem-tech**
277:4

**chemical**
278:12
281:10
284:14
286:3,5,22

287:3,8,14
290:23
296:1,6
297:11
301:18
305:9
311:8
315:11
320:7,21
321:4
325:16,22
327:10,20
335:17
337:13,23
376:11,22
387:8
390:20
391:3
396:6,9,21
401:7,18
403:8,10,
13,18,21
405:10,18,
19  406:3
411:4
419:23
427:6
448:14
460:8
468:22
469:2
519:11
526:4
529:11
535:11
536:20
537:2

chemicals
278:16
279:4,18
280:4
281:25
282:16
283:9,10,
23 284:14
285:16
287:18,19,
22 296:24
297:23
298:25
299:3,5,9,
12,19,23
304:15
306:4
307:18
308:1
310:6
315:16,25
316:5,18
317:11
319:10
321:6,11
322:1
323:23
324:17,18
325:24
336:25
337:16
339:8
345:17
346:24
355:13
359:3
368:18
372:18

377:14
379:21
380:18,19
381:1,25
385:1
396:19,20,
21 398:14
402:23
405:23
416:21
483:10
501:15
502:14,15
519:24
524:6
529:11
530:17
534:17

chemistries
414:11
502:5
535:5
536:22,24

chemistry
278:21
279:25
282:18
283:14,19,
25 284:16,
20 286:6,
24 287:16,
21 296:10
345:2,4,8
378:17
414:21
440:11
462:19

507:11
523:24
524:11
526:15
530:3,6
535:21

child 309:25
474:25

children
460:9,14

choice 278:4
352:17

chose 336:3
433:1

chosen
352:14

Chris 399:8
409:16

chronic
446:18

Circumstances
423:14

cited 442:19

city 276:9,
23,25
277:1,11
404:3,8
449:25
496:20,21

civil 469:19

claim 461:1,
3

claimed

418:17
419:11
465:4

claims  346:8

Clariant
287:19
337:2,5
423:1

clarification
444:23
451:13
457:24

clarifiers
489:18

clarifies
417:10
506:20

clarify
315:19
485:19
503:23

class  346:24
364:15

classification
278:20
303:18

clean  413:8
463:14
483:25
485:4
507:24

cleaned
464:7

cleaner

480:6

cleaning
403:20

cleanup
407:1

clear  378:9
395:4
411:11
483:22

client  539:7

close  379:23
384:13
416:15
529:7,12

clothing
314:1

cloud  401:17

coating
350:1
401:18

coffee  485:7

collect
520:24

collection
288:19

collectively
449:20

combined
377:1
449:25
450:8

combustible
307:11

318:22

comfortable
325:19
326:2

commend
406:2

comment
517:3

commented
302:18

commercial
307:10
318:21
351:16
353:1

commitment
383:24

committed
383:18

committee
377:2
428:7,9,
12,17,25
435:11
471:11
480:25
481:1,10,
12,13,15,
19,20
482:1,5,23
494:15,21
495:2,6,
12,20
503:7

committee's

433:19

committees
428:20
480:23
481:25
482:2,3
494:24
503:25

common
396:11
480:3

communicate
321:15
417:16

communicated
416:25
467:13

communicating
417:14

communication
397:24
435:4
462:24
464:19
466:25
467:7
480:16

community
482:21

companies
423:15
440:16,19

companies'
346:8

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

company
 276:10,11
 277:9
 346:6
 349:20,22
 351:17
 385:16
 394:13
 468:23
 469:18
 498:4
 499:13
 503:11,19
 504:12

compares
 346:8

compatible
 358:6

complete
 288:6
 298:12
 332:4
 535:2

completely
 315:1

compliance
 325:18

complies
 288:25
 291:19
 295:24
 305:1
 318:16
 360:11
 395:19
 415:22

422:9
427:12
439:6
455:2
505:3

component
 358:9

components
 306:24
 358:6,10,
 11

compounds
 345:19
 360:16
 399:20
 400:8
 449:23

comprehensive
 412:9
 449:1

Conasauga
 360:17
 431:8
 436:23
 437:8,13,
 24  438:11,
 22  456:17
 470:5
 484:1
 490:10
 491:3,10,
 21  492:9
 523:18

concealment
 469:20

concentrated
 314:18
 315:4,6,11
 318:24,25

concentrations
 445:16
 456:12

concept
 390:18
 419:1

concern
 325:24
 380:6
 430:11

concerned
 380:13,14
 382:1
 388:25
 402:9
 450:22
 451:7
 516:14,23
 517:7

concerns
 365:9
 378:12
 402:22
 421:15,17
 426:13
 435:2
 444:5,12,
 16  476:4

conclude
 475:9

concluded

542:21

concludes
 542:15

conclusion
 433:5

conditions
 400:24
 403:9
 423:14

conduct
 357:14
 359:19
 423:15
 486:20

conducted
 355:16
 398:17
 446:12,14
 455:9

conducting
 370:24
 412:9
 440:23
 449:1

confident
 540:24

confirm
 359:17
 372:6
 379:1
 384:10

confirmed
 347:2
 465:9

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

confirming
  500:1

confuse
  472:8

confusing
  481:6

conjunction
  533:13

Conn  276:22
  484:19,20,
  23  487:7,
  25  488:1
  489:8,21
  490:6,9,
  16,23
  491:12,18
  492:6,14,
  17,21
  493:10,15
  494:12
  497:16,20
  498:7,11,
  23  499:10,
  18  500:12,
  24  503:16
  504:10,21,
  24  505:6,
  20,23
  508:9,15
  511:21
  513:24
  514:9
  515:21
  516:22
  517:4,15
  518:12,21
  519:3,7

521:11
522:21
523:13
525:1
526:10
528:11,21
530:14,20,
25  531:6,
18  532:24
535:12
536:2
538:2,4

connected
  513:23

connection
  491:14,20
  492:2,23

considerable
  444:7

consideration
  399:23
  425:1
  426:5
  429:1

considerations
  303:13
  307:7
  310:18
  318:15

considered
  325:23

consistent
  356:17
  359:12
  433:4
  458:24

471:13

constituencies
  421:6

constructed
  358:5

consult
  303:16

consumer
  452:20,22
  475:22

consumers
  462:21
  465:4,10,
  19  466:3
  474:16

contact
  306:21
  307:2,4
  403:21,22

contacted
  494:10

contained
  373:13,15
  387:13

containerized
  407:3

containers
  307:25

containment
  407:2
  509:20

contaminated
  438:22

contamination
  363:14

contends
  361:12

content
  353:3

contentious
  281:2

contents
  343:20
  460:23

context
  328:14
  350:11

continually
  526:17
  527:18

continue
  335:21
  336:21
  414:10
  418:4

continued
  284:9
  335:4
  391:3,13
  420:8
  466:23

continues
  332:15,16

contractors
  412:9
  448:25

contrary

320:9,23

**contributed**
360:15
361:13
363:13

**controls**
315:8

**conversation**
317:14
328:13
491:17

**conversations**
302:3,4
318:7
319:9,12,
21,22
320:4
350:5
378:10
499:2

**convert**
359:5

**convey**  395:2

**conveyed**
395:6

**convincing**
390:2

**cooperate**
321:10

**cooperating**
434:18

**cooperation**
434:15

**Coosa**  360:18

**copies**  293:4
495:22,25

**copy**  288:15
292:20
293:7
307:1
472:17
498:19

**cords**  474:23

**corner**
289:20
292:4
343:20
344:8,13,
14

**corporate**
330:4
522:7,12
523:3,11
526:16,23,
24 527:1,
5,17

**corporation**
276:9
330:13
333:2

**correct**
278:13,14
279:5,16
281:11
286:4,5
287:4
288:7
289:17

290:1,24,
25 291:1,
11,15,16,
24 292:4,
7,8,10,11,
14 294:5
295:14
296:4
297:14,15,
18 301:9,
23 303:5,
6,10
304:16
305:9,14,
19 306:15,
25 307:11,
19 308:2,
9,23
309:18,19
310:22,23
311:9,22
312:7,11
314:7
315:16
316:6
318:22
321:21
323:12,13
324:2,9,14
325:5,6,13
327:6,21,
22 328:2
329:9,10
331:11,12,
18 332:5,
7,15
333:10,21
334:3

335:18
339:24
342:1,4
343:21
344:23
347:21
351:21
355:21,25
357:8,20,
21 359:9,
13 360:8,
25 361:3,4
366:6
369:19
371:13
376:19,23,
24 379:15
381:13
382:5
386:20
390:3
397:13
405:12
406:8
411:8
418:21
420:15
424:13
425:20
428:19
431:14
434:25
436:14
437:10,22
439:22
444:21
445:8
454:4

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

458:21
473:25
474:18
475:16
477:12,18
480:17,19,
21 482:13
485:22
486:14,17,
18 487:1,
11,15
488:9
489:24
490:25
491:3
497:5,7,
10,11
500:14
501:2,18,
22 502:10,
13 504:12
506:5,8,9,
11,17
508:4
509:25
510:3,7,
11,18
511:18
512:5,22
513:4
516:7
518:16,17,
20 519:12,
15,19
520:8,15
521:4,19
522:7,15
523:19,21,

25 524:14
525:5,9
526:5,8
527:21
528:3
529:2,6
531:21,23
533:14,18,
20,25
534:23
535:4,14
536:25
539:20
541:19
542:9

**correctly**
345:12,15
359:6
366:11
369:16
375:18
386:12
450:4
471:18
505:15
509:22
526:20
529:15
537:16

**correspond**
508:22

**correspondence**
323:10

**cost**   352:15
484:5,8
521:19

**costs**   484:16

**council**
496:20,21

**counsel**
289:1
291:20
295:25
305:2
318:17
342:6
360:12
395:20
415:23
422:10
427:13
439:7
455:3
505:4

**county**
316:12,14
339:13
340:19
358:14
540:19,21

**couple**
282:16
284:7
285:15
293:2
297:23
323:23
367:18
383:13
410:11
443:9
474:19
500:25

537:6

**court**   276:16
288:11
292:23
300:6
301:3,4
304:19
309:1
310:25
320:18
322:22
338:8
364:16
365:17
376:2
395:15
408:11
410:18
413:15
415:17
422:4
427:15
439:2
443:7
447:20
457:15
461:25
468:8
470:13
473:13
477:1
508:14
514:8
519:6
524:25
536:1

**cover**   306:13

Case 4:20-cv-00008-AT    Document 935-8    Filed 08/18/22    Page 301 of 367

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
30(b)(6)                    Jim Williams Vol. II on 07/02/2021 Index: covered..Dalton/whitfield

364:25
448:16
539:17

**covered**
365:1
389:11
406:21
454:7

**CRA** 483:23

**credible**
459:6
476:14

**creek**
509:21,23
512:3

**CRI** 353:25
354:3,5,
10,12,13
357:22
382:15
392:10,19,
23 415:14
416:1
426:9
428:1,7,9,
18,24
433:3,18
434:9,17,
23 435:4,
8,10
437:11,12,
17,20,23,
24 439:8,
11 441:6
480:22
481:2

482:24
483:23
494:14,25
497:7
503:6,12,
20,24

**CRI's** 379:14
433:8

**crisis**
376:11,23
377:1

**criteria**
298:7
354:7

**cross** 482:18

**Cucksea**
370:16

**cup** 485:7

**current**
333:1
494:21
536:11

**Custer**
520:10

**custodian**
332:25
527:5

**custodians**
497:22
498:17

**customer**
392:6,15

**customers**
339:6

387:7,10,
11 415:7
474:12,16
475:25
478:2

**customers'**
380:7

**cut** 296:3
317:19

————————————

————————————
D
————————————

**Daikin**
282:16
283:2
286:3,5,
15,16
319:13
321:4
331:15
336:6,10,
21,25
397:14
423:1
537:18

**Daikins**
286:13

**Dalton**
277:11,12
304:5
308:5
316:2
325:4
327:24
331:10,17
339:14
347:20

351:18
353:21
358:21,23
370:18
374:20
375:13
379:3
394:7
425:25
435:15,24
436:24
437:14,25
438:5,16
450:2,10
453:13,17
455:9
478:25
479:23
480:6,11,
13,18
486:7
487:6,9,14
488:3,14
489:1,2,
10,22
490:13,21,
24 491:9
492:8
493:19,23
496:8,15
497:10
521:1,4,5
538:24
539:11
540:20
542:1

**Dalton/
whitfield**

541:10

**damaging**
309:24

**Dame** 344:23
345:21

**dangerously**
308:17

**dash** 377:14

**data** 301:7
305:4
309:16
310:4,5
311:8
385:16
406:6
429:3
440:3
445:13,15
455:19

**date** 276:12
289:20
292:2
332:2
366:7
376:17
388:21
409:5
411:5
414:5
415:4,25
441:17
506:15
508:19,20
519:19
525:10,12
530:24

**date's** 394:6

**dated** 384:17
422:14
461:7
462:8
473:17
519:18

**dates** 279:17
280:10,11
281:14,22
282:12
283:1
284:1,2
319:20
409:8
454:8
505:13

**David** 277:3

**day** 314:6
343:12
484:25
485:1
521:22

**days** 479:21
487:19
533:19
538:23

**de** 468:23

**dealing**
315:10
482:11

**Dean** 514:18

**Dear** 462:15

**debrief**

392:23

**debriefing**
392:5
393:1

**decades**
528:2
529:6,8

**Decatur**
455:9

**December**
289:20
290:24
292:3,12
343:21
344:4
461:7,15
462:9

**decide**
313:12

**decided**
434:8

**decision**
329:22
330:8,15
387:8
418:11
420:18,20
421:4

**decisionmaking**
329:5

**decisions**
313:14
423:20

**Declare**

354:1,20,
21,23

**declaring**
470:1

**declined**
458:17

**deduce**
429:20

**defendants**
277:7

**defer** 394:12

**defined**
366:15
418:25

**definition**
528:8,10,
12,17
533:5

**definitive**
327:9

**degradation**
385:14
491:9
501:1
502:18,20,
23

**degrade**
299:23
301:19
305:17
440:12
444:22
469:10
478:22

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

492:4
501:5,17
502:16

**degraded**
373:18,19
420:14
532:13

**Degrading**
532:12

**degree** 368:5
381:18
386:11
389:23
484:15

**delivered**
339:21,22

**demonstrate**
354:8

**demonstration**
355:5

**Denise**
323:11
325:1,7,15
326:2
427:18
458:1
493:17,20

**denote**
284:15

**department**
295:3,5
333:18
341:23
361:8

**dependents**
426:17,19

**depends**
294:23

**deposed**
277:20

**deposited**
401:22
405:5

**depositing**
401:17

**deposition**
276:7
343:4
365:25
378:1
380:23
462:6
501:22
510:3
542:15,21

**der** 345:18

**dermal**
401:21
405:4

**derogatory**
331:23

**describe**
348:23
481:7
505:13

**describing**
512:9

**description**

290:18
296:16
335:3
496:22

**design**
423:16

**designated**
330:4
497:23

**designs**
489:19

**desired**
419:22

**detail**
308:15
310:11
350:17

**detailed**
329:3

**details**
440:11
489:6,19
492:4
502:17
539:16
540:23

**detect** 530:5

**detected**
346:23
347:10
421:19
455:17

**determination**
328:7

**determinations**
426:23

**determine**
318:8
368:18
389:21
426:25
478:22
483:16
512:12

**determined**
520:12

**develop**
389:1
423:21
440:3,15

**developed**
449:19

**developing**
347:8
388:10

**development**
345:5
389:2

**developmental**
347:6
443:18
446:17

**differentiate**
488:18

**difficulties**
358:8

**difficulty**
481:3

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

dig   309:12

digital
  504:24

digits   409:1

diligent
  360:22

diluted
  314:21

dinner
  364:22

direct   278:9
  320:14
  323:24
  325:18
  363:18
  376:5
  395:22
  403:21
  408:14
  411:9,16
  424:22
  447:25

direction
  488:24

directions
  315:10

directly
  307:5,22
  315:4
  361:23,25
  362:21
  438:6
  441:9
  442:8
  521:3

523:10
539:11
541:9

director
  536:11,15

directors
  428:14
  481:1,8,9
  503:6

disagree
  318:2
  379:20
  404:7
  413:23
  432:12
  456:7,8
  524:14

discharge
  318:5
  324:13
  325:18
  347:20
  425:13
  478:25
  490:21,24
  491:8
  505:14

discharged
  316:1,24
  317:4
  479:1
  480:12
  505:11
  506:15

discharges
  328:17,24

347:21
425:12
432:7
490:18
491:21
492:8

discharging
  316:4
  324:8
  331:16
  339:13
  479:24

disclose
  373:1
  375:19
  383:3
  453:5
  454:22
  467:5
  479:23

disclosed
  300:4
  467:1
  486:22
  529:21

disclosing
  375:21

disclosure
  467:12

disclosures
  467:9

discontinue
  421:8

discontinued
  279:23

298:25
418:3

discontinuing
  299:3

discovered
  382:10
  474:23
  520:3

discovery
  378:4
  527:2

discuss
  401:14
  435:1,4

discussed
  320:2
  340:15
  354:7
  370:19,20
  385:5
  403:14,23
  420:24
  437:4
  445:19
  459:21,22
  464:7
  473:24
  476:2,11
  486:10
  487:4
  522:6
  523:7

discussing
  316:18
  410:11,13
  435:7,8

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

500:23

discussion
304:12
408:8
412:25
428:22
447:7
457:19
461:8,22
483:17
508:11
518:23
524:4
538:6

discussions
316:22

disorders
347:6

dispersed
368:6

dispersion
367:21
368:2,5

disposal
303:13,14,
16,25
304:2
307:6,9,18
310:17
312:24
318:14,20
319:9
388:1,6
431:3
441:24
539:19

dispose
303:18
304:15
307:22,23,
24 308:1,
22,23
310:19,21
320:8,22
321:5
540:6
541:1

disposed
407:3
442:6
483:11

disposes
303:22
307:13
539:7

disposing
322:1

disposition
367:20
412:12
449:3

dispute
340:24
357:7
385:21
397:23
398:22,24
477:19

disruptors
347:7

distribution

367:22

ditch
520:14,18,
22

division
361:8
411:4
448:14

DNR   363:2
389:17
517:19,20,
24

doc   292:18
300:9
311:4
322:16,24

dock   304:22

document
288:17
294:13
300:19
301:12
309:4
313:9
330:7
331:24
339:4
340:22
341:15
343:8,10,
19 344:9
359:18
365:11,20
366:3,8
372:23
373:23

375:22
376:7,11,
17,21
384:8
391:8
395:10,18,
22 396:3,5
407:17,21
410:12
411:2,13,
23 412:2
413:11,17,
19,22
414:1
415:11,14
421:24
422:7
427:8
439:8,12
441:18
443:11,14
446:25
447:4
448:1,7,8,
11,17
456:25
458:19
459:14,15
461:4
462:4,8,
11,25
467:10
468:15
470:20,25
472:14,22
473:10
476:15
477:4,10,

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

11  496:5
497:17
498:9,25
508:17
515:2,23
516:18,19,
21  517:14
522:5
525:2,5
526:8,25
527:1
530:23
535:16

**documentation**
476:18

**documents**
280:23
288:21
293:2
295:18
296:13
298:5
317:11
318:5
320:3,7,20
321:1,7
332:2
333:20,23
334:24
335:9
336:6
337:3,14
341:10
377:22,23
378:3
400:10
410:12

413:18
431:13
449:14
497:22,24
498:18
503:6
527:2

**dollar**  339:7

**dollars**
484:6

**door**  511:12

**doubt**  513:3

**Doug**  277:6
280:16
288:15
292:19
317:25
342:18
395:11
457:6

**downstream**
387:25
518:1,5,11

**dozen**  397:6

**drag**
520:14,18
521:1

**drain**  312:7,
8,11,14,16
325:12

**drains**
306:14
311:22
312:1

**dramatic**
527:14

**drawing**
450:8

**drink**  403:6
405:17

**drinking**
402:10
403:8
405:15,18
438:5,6,8
453:2
456:17
516:1,10,
24  517:7,
9,12

**drums**  403:25

**drying**
511:5,7

**due**  346:25
450:2
515:13
534:16

**duly**  277:20

**Dupont**
285:15,23
286:1
319:13
320:7,21
321:3,10
331:15
333:22
334:6,7,
11,12
335:4

342:21
397:14
423:1
431:21
458:13
462:19
463:3,5,
10,19
464:14,18
465:3,14
466:22
467:1,5
468:13,23,
24  469:11
533:11,14,
15

**Dupont's**
460:1
461:7
463:1,17

**Durkan**
339:17
351:20

**Duval**  324:1
398:18
404:19
405:1

**dye**  337:18
350:1
507:8,9
509:16
510:24
511:8
514:16

**dyes**  519:24

**dykes**  306:14

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

Jim Williams Vol. II on 07/02/2021

**E**

**e-mail**
323:10,21
324:5
325:22
327:16
427:17,24
458:23
459:2
470:15
471:3,4
494:1
495:22
496:1
519:8,11,
17,18
520:1
536:3,6,
14,18

**e-mails**
322:25
331:9
458:9
519:17

**Eagle**
364:16,17
484:20,21

**earlier**
279:24
282:5
285:25
286:14
305:7
307:16
309:17

311:12
312:22
319:15
336:3
341:7
342:3
347:17
354:8
373:23
403:15,23
419:20
420:24
430:9
431:20
438:14
469:22
496:10
502:8
520:19
535:20
539:6

**early** 281:17
338:3
348:9,18,
21 378:7
381:16
386:4
387:15
388:23
390:22
415:7
495:18

**easier**
309:13

**easily**
298:15

**easy** 408:2

**eat** 401:7
403:6
405:17

**eating** 402:9
403:8
405:16,17

**Eco** 352:16

**ecological**
367:23
369:9
374:5,10

**ecology**
344:22
345:21

**ecotoxicology**
345:8

**effect**
377:15
379:22
380:25
433:6
441:1

**effects**
305:13
377:14
379:21
383:6,10
385:1
402:2,6,17
421:16
446:16
474:12,17

**effluent**
425:11

432:7
435:16
455:18
486:7,10,
20

**efforts**
390:17

**EHS&R** 477:4

**electronic**
298:5

**elements**
423:16

**eliminate**
355:15
523:3

**eliminating**
383:18
469:13
522:11,14

**elimination**
535:2

**EM** 326:25

**Embarrassingly**
343:22

**emerging**
345:16

**emissions**
469:14

**emitting**
354:8

**employed**
294:16
378:20

406:10
527:25
529:18
531:8

employee
371:18
379:2,4,7
382:19
471:8
495:12,13
496:8

employees
315:2
378:19,20
403:18
404:23
405:10,16,
23 449:14
507:6
514:11,12,
23,25
520:11
528:19

employment
294:15

encompass
446:1

end  294:2
303:8
330:20
347:3
409:23
479:6
490:18
492:9
502:5

521:2
525:22
526:1,5,7,
8 531:1,2
534:15

ended  452:11
509:13

ending
325:1,8
327:12

endocrine
347:7

Endrenyi
470:16
471:5,6,7

ends  323:15
479:20

enforced
405:17

engaged
396:12

engineered
358:10

Engineering
335:16

ensued  408:8
412:25
447:7
457:19
461:8,22
508:11
518:23
538:6

ensure

303:17

enter  311:21
312:11
340:2
360:16
361:14

entire
319:23
348:21
395:22
473:7

entities
339:11
355:17
360:24
363:9
365:7
369:23
397:15

entries
389:17

entry  306:14

environment
303:5,10
347:1
367:21
368:3,19
369:8
372:19
377:15
379:22
380:13,19
381:1
383:6,11
385:2,15
400:18

401:8
402:10
421:20
430:3,24
431:23
442:6
449:18
451:8
456:4
475:11
478:20,23
483:12
506:15
522:12
523:4,16,
19 528:20

environmental
303:1
305:12
311:16
325:23
345:2,4,7
361:7
362:16
365:8
378:12
382:24
390:19
399:22
400:25
404:4,9
412:10
418:13,23
419:4,12,
18,25
429:3
440:25
441:24

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

449:2
469:12,21
526:16,23,
24 527:1,
5,18

Envirostrand
353:2

EPA  323:22
325:10
326:3,17
327:18
362:17
363:13
389:17
429:16
430:1,2
431:25
432:13,17
434:14,18
435:8,23
437:5
444:4
445:12,25
446:6
458:10,18
460:15
469:19
475:8
476:14

EPA's  363:6
429:2
432:1,6,24
435:12
457:25
459:3
469:25

EPD  325:4
361:13,22,
23 363:12

equipment
313:23
319:18
432:22

equivalent
454:11,20
456:1,2

equivalents
449:22

ere  355:19

Eric  327:2

erroneously
291:12

ESI  498:12,
14 500:4

essentially
324:8
372:17
440:1
459:24

establish
363:12
530:22

established
305:7
322:9
467:21
530:20
531:1

estimate
332:12

366:18
367:22
370:12
454:10
484:16
535:1

estimated
373:2
374:16
375:12

estimates
369:7,25
370:8
374:3,9,13
442:19,24
449:17
453:10

estimating
372:2

estimation
281:15
366:7,14
367:9
368:17
370:24
411:3
532:20

et al
276:10,11,
12

etcetera
298:7
310:13
378:18
389:17
401:20

454:9
482:21
487:5
489:18
504:3
524:18
530:8

Etowah
360:17

evaluate
399:18
400:7
426:24

evaluated
470:3

evaluating
372:17
425:24

evaluation
316:17
428:2
483:24

evaluations
389:4

event  506:4,
7,10,16,
17,22
507:19
508:23
509:14,15
512:4
513:4,6,7
514:23
515:8,10
516:15,24

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

517:6

events    506:1

evidence
  363:18

EX5R    287:2

exact    350:11
  361:18
  388:21
  402:17
  454:8
  502:21
  508:17
  525:4

exam    412:2

EXAMINATION
  277:22
  364:11
  484:22
  538:19

examined
  277:21

examines
  526:17
  527:18

exception
  378:25

excess
  520:24

excuse
  292:18
  327:15
  392:14

executive
  345:24

executives
  484:10

exercise
  362:8,10
  363:3,7

exhausting
  349:5

exhibit
  278:5
  288:10,15
  292:21,22
  293:24
  296:14
  298:19
  300:5
  301:1
  304:18,23
  305:3
  308:25
  309:5
  310:24
  311:5
  318:13
  322:12,18,
  21  331:8
  340:2
  343:7
  351:10
  359:2,21
  365:13,14,
  16  375:25
  376:1
  395:13,14
  408:7,10
  410:17,21,
  25  413:12,
  14  415:16

422:2,3
427:9,14
438:24
439:1
443:6
447:19,24
448:7
456:25
457:14,18
459:10,16
461:6,24
468:7
470:8,12
472:15
473:8,12,
15  476:23,
25  493:1,
5,10
504:16
508:13
514:6,7,10
515:3
518:16
519:2,3,5
524:23,24
535:24,25

exhibits
  295:17
  317:1,2,8
  485:9
  504:19,25

exist
  483:18,19

existing
  436:16

expanding
  445:25

expect    315:7
  356:20
  468:13
  508:4
  526:4

expectant
  460:6

expectation
  341:12

expectations
  531:15

expected
  452:11
  537:6

experience
  345:3
  495:15

expertise
  492:5

explain
  310:10
  426:20
  430:3
  451:1
  480:24
  489:2
  510:21,23

explained
  530:12

explanation
  296:25

explore
  331:20

expose    401:8

exposing
  310:14

exposure
  315:8
  345:5
  367:22
  369:9,13
  370:1
  374:4,9
  383:18
  387:24
  388:5
  390:19
  399:19
  400:7
  401:1,21,
  22 404:4,
  9,21,22
  405:4,5
  412:10
  443:19
  444:5
  446:15,19
  448:12
  449:2
  452:15

exposures
  385:14
  399:22
  465:5

expressed
  421:17

extensive
  446:13

extent
  399:22

400:17
463:11
505:14

external
  354:14

externally
  349:22
  350:3

extra   481:12
  500:7

extracted
  455:10

extremely
  379:6

eyes   313:25

———————

F

———————

F10x   279:11

F2311a
  287:13

F6x   279:8

face   353:2
  357:22

facet   483:3

facilities
  278:13
  316:10
  339:12,14
  340:19
  398:8,18
  399:18
  423:16,17
  431:3

458:12
488:13
489:24
505:10
540:19

facility
  303:19
  304:7
  307:10
  310:22
  318:6,21
  339:18,22
  404:1
  453:23
  502:24
  509:24
  510:6,14,
  16,18
  511:17
  520:24
  521:22
  522:2
  540:22

fact   291:7
  298:12
  322:6
  398:22
  402:7
  417:15
  432:12
  445:1
  466:9
  491:23
  492:3
  534:16

facts   363:11
  381:4,5

385:21

failed
  362:8,10
  363:7
  509:17

failing
  363:3

fair   282:8
  331:13
  345:13
  346:11,12
  347:17
  352:10,23,
  24 368:19,
  22 464:9
  482:22
  517:22
  518:13
  527:3

Faircloth
  299:11
  314:7,9,14
  371:17,18
  378:14
  454:8
  510:13
  521:24
  533:17
  539:17

Faircloth's
  343:3
  501:22
  510:2

fairly
  298:14
  501:8

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

familiar
 280:9
 290:5
 291:4
 296:6
 357:10
 396:4
 413:19
 499:16
 507:5
 515:1,4
 536:6
 538:25

familiarize
 376:7
 395:18

family  358:5
 460:7

fashion
 357:15

fast  505:19

fast-screening
 345:17

fate  367:21
 368:2,6,8,
 11,13
 369:12
 370:1
 374:4,9
 377:14
 379:21
 440:25
 441:24
 491:24

fax  459:20

FC  284:14
 292:13
 369:7
 371:24
 372:13
 374:16,24
 375:9
 449:21,25
 455:10
 456:12

FC1367
 373:10

FC1374M
 281:20

FC364  373:10

FC365  280:4
 373:10

FC398  290:18
 373:10

FC672  290:6

FCS  369:10,
 18

February
 323:11
 326:21
 398:19
 448:15
 506:4,16

federal
 364:16

feel  333:7

feet  511:9

felt  466:22

fertility
 309:25

fetuses
 347:8
 460:9,14

fiber  334:17
 349:8
 352:18
 353:2
 355:20,24
 356:8
 357:22
 533:16,23,
 24

fibers
 348:4,5
 528:25
 533:8,9,10
 534:2,5,6,
 8,18,23

figure  324:6
 508:3

figures
 339:7

file  500:13

filed  469:19
 499:11

files  498:19

filing
 327:18

fill  365:2

filtration
 489:17

final  442:10
 456:9

financial
 389:25
 390:1

find  289:10
 294:23
 297:19
 341:8
 344:12
 372:5
 412:14
 458:23
 492:22
 496:13
 508:8
 532:22
 536:23
 540:24

finding
 532:8
 533:1

findings
 346:7,15
 536:22

fine  320:24
 360:2
 412:4
 464:6,10
 485:5
 515:6

finish  353:8
 356:9
 380:21

finished
 302:23

323:4,7

Finishers
  277:4

fiscal   294:3
  295:12
  296:14
  297:14

fish   515:10

five-minute
  330:19
  447:6
  479:3

fix   386:3,4
  464:4

flip   290:15
  291:17
  295:22
  297:10
  303:12
  343:17
  345:23
  347:15

floor   510:18
  511:16

flooring
  352:3,8
  389:15

flowed
  438:18
  509:24

fluorinated
  300:3
  534:15

fluorine

302:20
346:22
348:6
349:10,18
350:15
351:4
356:2,16,
19 359:11
501:16
502:12

fluoro-
  450:8

fluorocarbon
  280:5
  281:20

fluorochem
  282:9
  290:18
  295:13

fluorochemical
  281:9
  289:5,25
  290:2
  291:8,22,
  25 296:3
  366:7,14
  367:9
  368:17
  370:24
  375:13
  377:2
  399:19
  400:7
  410:13
  411:3
  412:12
  417:5

422:25
448:12
449:4,18,
23 450:9,
15 451:24
537:18

fluorochemical
s 324:22
  369:19
  373:3
  381:8
  382:7,10
  385:11
  397:15
  430:22
  446:2
  450:10
  528:24
  529:4,6
  537:15

fluorochemistr
y 417:10

fluoroelastome
rs   468:23

fluoropolymer
  462:19

fluoropolymers
  349:3
  429:4
  468:22

Flurex   287:2

focus   440:24

focused
  380:7

folks   345:20

360:3

follow
  280:23
  307:17
  312:23
  313:13,15,
  17 419:13
  423:25
  432:24
  433:8
  434:8
  458:17

follow-up
  281:6
  288:3
  396:5
  398:6
  473:23
  507:6

food   453:2

footprint
  478:5,9,18

forget
  514:17

form   289:23
  291:2
  308:13,20
  312:2,12
  313:4
  314:12,18
  315:4,11,
  17 318:24,
  25 320:11
  321:20,23
  322:3
  326:4

328:20
330:3
361:16
362:19
363:15
368:20
372:20
383:25
384:16
385:23
386:7
387:4
389:11
390:23
391:5,16
392:5
394:23
397:25
401:10
402:13
406:11
407:10
415:2
419:5
420:3,8
421:10
437:16
450:11,23
451:10
452:7,8
463:10
464:20,22
466:6,12
467:14,16
476:7
480:1
483:20
484:11

487:2
489:4,12,
25 494:6
497:24
498:8
503:14,22
508:5
511:19
516:16
518:7,18
521:9
522:16
523:5
525:4
526:9
528:15
530:11,12
531:10
532:18
535:7

**formal** 403:7

**formatted**
343:19

**formed**
441:17,19,
22

**formulation**
286:21
287:3
311:9

**forthcoming**
381:17

**fortunately**
507:21

**forward**
287:12

426:9
429:14,18
435:22
458:12
490:5
505:19

**forwarded**
458:9

**found** 289:14
298:14
306:12
355:19
356:8
359:3
383:16
388:19
416:21
430:4,13
438:23
445:16
491:10,21
503:12,20
509:21
516:11,13
532:11,13,
22

**foundation**
431:11
464:23
466:13
467:17
490:11
491:5

**founded**
440:1

**fourth**

441:25
465:8

**frame** 283:4
284:6
290:3,9
294:17
332:13
388:24
396:16
427:1
428:11
431:17,18
525:12
526:12
530:17,18,
23 531:1
532:7

**Frank** 277:1
371:20
458:1,14
470:16

**free** 354:1,
22 355:11

**frequency**
423:18
425:4

**Friedman**
278:17
288:5
308:6
332:10
347:17
365:1
522:6

**front** 278:5
298:18

328:15
340:22
410:25
515:2

full  310:20
346:17
487:19

fully  321:10
352:17

functions
482:9

furthered
419:18

FX  284:16
290:7

FX1367F
281:9

FX1395  282:9

FX672  289:5,
25  291:21
292:14
295:12

_____

_____
G
_____

garbage
539:3

Gary  295:6

gave  319:17
450:18
461:20

gears  496:4

general
284:4

337:3
356:14
378:11
406:2
430:25
431:16
435:17
445:17
452:20,21
501:5

generally
284:15
289:16
302:2,18
323:9
338:5
352:4
366:16
367:9
407:7
498:3
499:16

generic
335:9

gentleman
514:18

gentleman's
350:21

Georgia
276:10
325:4
351:5,18
361:8,13,
22,23
363:2,12
450:2

455:9
488:14
517:7
523:15

get all
411:7

give  291:10
304:24
319:20
321:17,18
323:2
329:13,16,
18,24
334:13
340:2
342:16
376:4
395:17
411:11
466:7
501:6

giving
321:12
328:5
487:19,22

glad  283:20
288:2
360:2
485:7
540:14

glass  368:1

Global  277:4

globe  382:12

gloves  314:1
403:18,19

goal
535:18,19

goggles
314:1

good
277:16,18
278:1,2
325:15
329:13,16
336:12
364:13,19
371:9
388:24
394:18,19
399:12
424:9
426:21
433:5
457:10
522:12
523:2,10

great  344:19

greater
356:3,19,
21  359:12

greatest
428:10

green  353:25
354:3,5
357:23

ground
332:11
425:18
432:8
436:16

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

group   279:3
  298:5
  351:20
  422:21,22,
  24  423:5,7
  425:24
  428:13
  441:16,19,
  22  442:3,
  7,15
  449:19
  481:23
  482:3,7,9,
  23

groups
  439:21
  482:2
  494:24

growing
  384:25

guess   278:4
  298:10
  338:1
  373:4
  376:20
  377:2
  394:10
  405:8
  419:9
  433:24
  442:13
  465:1
  467:24
  476:17
  478:17
  495:21
  511:4

guessing
  464:24
  540:7

Guide   465:7

guided
  390:18
  526:16
  527:17

guy   327:5
  542:5

guys   395:11
  510:5

_____

**H**
_____

H-A-L-L
  350:23

halfway
  382:23
  451:23

Hall
  350:14,22,
  23

Hall's   351:1

hand   395:12
  440:12

handed
  395:11

handle
  304:15
  521:15

handled
  314:16,18,
  25

handling
  303:8
  307:18
  312:24
  314:10
  403:8,19
  405:18

hands   354:14

happened
  504:9
  509:12
  525:24

happening
  431:19

hard   351:12
  367:17
  498:19

harmful
  305:14
  460:9,14
  462:20
  465:19
  466:3
  474:7,12,
  16

harming
  347:8

hazard
  309:21

head   295:4
  298:16
  333:3
  338:15
  507:9
  509:16

510:24
  511:9

headed
  527:16

header
  345:24
  535:13,16

heading
  346:15

headquartered
  351:18

heads   511:4

health   347:3
  365:9
  377:15
  378:12
  379:22
  380:13
  381:1
  382:24
  383:5,11
  385:2
  388:10
  389:3
  400:14
  402:2,6,
  12,23
  403:3
  416:20
  417:1,18
  418:6
  421:16
  444:4,12,
  15  469:20
  475:10,25
  476:4

heard  367:1,
2 368:8,13

hearing
538:21

heartened
418:9,10

Heddin
514:18

helped  442:3

helpful
525:13

helps  456:2

hey  390:4

HF  302:17

high
308:11,15,
17 400:22
515:20

hire  539:13

historical
483:16

history
331:21
343:14
378:15
530:6

hit  298:9

hoc  348:23,
25

hold  317:18
330:1,2
334:14
389:10

437:15
461:21
491:16
498:13
499:7

holes  365:3

honest
464:18,25

hoping
323:24

Hopkins
474:21

horizon
481:5

hospitals
474:22

hot  435:5
471:14,15,
21,23
472:1

Houston
277:10

HUD  482:7

human  313:5
367:22
369:8
374:4,10
377:15
379:22
380:13
381:1
382:11,24
383:5,11
385:1

388:10
389:3
390:19
403:3
430:5,13
444:4,12
470:2
475:10

humans
310:13
459:25
467:6

hundred
289:8
290:20
345:6
357:19,24
358:3
511:9

hungry
407:22

hydraulic
430:24

hydrogen
302:20

hydrologic
430:24

hygiene
396:5,9
398:7
399:16

hypothetical
512:9

hypothetically
512:6,10

---
I
---

i.e.  468:23

idea  454:20
537:4

ideas  358:24

identification
288:11
292:23
300:6
304:19
309:1
310:25
322:22
365:17
376:2
395:15
408:11
410:18
413:15
415:17
422:4
427:15
439:2
443:7
447:20
457:15
461:25
468:8
470:13
473:13
477:1
508:14
514:8
519:6
524:25

536:1
540:3

**identified**
278:17
297:7,24
309:17
355:14
361:15
374:20,21
392:16
444:4
518:16
539:20

**identifies**
299:5
360:23
361:7
460:7
505:25

**identify**
278:11,20
298:1
360:14
369:10
372:12
430:2

**identity**
540:5

**Ike**  345:18

**ILFI**  355:4,
14

**imagine**
298:15
349:19
380:12
446:5

**imagining**
399:10

**immunotoxicity**
446:17

**impacts**
347:3
365:8
469:21

**impart**
504:11

**impetus**
400:13

**implement**
427:1

**implemented**
436:20
437:3

**important**
369:7,10
400:6
437:13
467:12

**improve**
355:6

**improved**
324:21,25

**in-house**
354:19

**inaccurate**
462:18
530:10

**inappropriate**
466:9

**inaudible**
334:7
343:8
352:5
419:23
425:12
443:5
450:9
455:18
463:11,21,
25  464:2,4
480:5
485:1
496:6
498:14,22
499:21,24
524:6,16
539:22

**incidental**
400:25
401:22
403:10
405:5,19

**incinerate**
307:10,21
316:8
318:20

**incinerated**
315:15
316:5,20

**incinerating**
407:12

**incineration**
308:23
407:4

**incinerator**

307:15
316:12,13

**incinerators**
431:3

**include**
286:10
298:6
315:9
423:18
446:7
541:14

**included**
423:3,4
453:10
506:22
507:5

**includes**
315:12
390:2
522:14

**including**
294:21
323:1
430:17
446:2,16
465:14

**inclusive**
288:7

**incomplete**
472:17

**incorporated**
452:1

**incorrect**
482:14
532:9

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

incorrectly
  506:21

increase
  379:20
  475:23

increased
  380:2
  403:9

increases
  526:2

increasing
  377:13
  420:20

independent
  359:19
  437:7

indicating
  429:2
  445:14

indirectly
  307:23
  362:24

individual
  494:9
  540:21

individuals
  298:6
  503:25
  504:3

indoor   345:5
  354:5

industrial
  303:19
  304:3,4,7

307:10
308:9
310:22
312:4
316:2
318:6,10,
21 321:6,
12 324:1,
13 328:17,
25 329:24
331:10,17
339:17
347:19
396:5
398:7
399:16
506:5,8
508:23
509:1
510:6
519:12,23

Industries
276:7
398:7
409:4
473:19
477:5,15
488:10
496:14
525:20
526:15
527:17
534:14

industry
336:20
372:4
381:13,14

398:18
417:4
420:24,25
426:9
428:13
429:18
430:17
432:2
433:2
434:15
458:10,23
464:19
497:12
528:1

industry's
  434:14

infer   419:2

info   536:21

inform   331:9

information
  280:13,20
  281:1
  295:7
  306:18,23,
  24 307:3
  310:3
  321:12,18,
  19,22,23
  324:8
  325:17
  327:10
  328:5
  329:4,13,
  15,17
  360:21,23
  364:24

375:19
378:11
385:15
386:11
387:13,16
388:11,15
390:25
391:21
394:12,13
395:5
403:2
406:2
421:20
424:19
434:8
449:9
458:25
460:11
462:18
469:20
475:3
476:13
484:9
507:15
540:11,17

informed
  449:15

informing
  318:4
  387:7

infrastructure
  389:21

ingest
  405:23

ingested
  402:1

403:14

ingestion
  400:25
  401:22
  403:10
  405:5,20
  453:2

ingredient
  373:17
  529:22

inhalation
  401:21
  404:21,22
  405:4

inhaled
  401:25

inhaling
  402:9

initial
  506:21

innovation
  366:25

innovative
  383:14,19

inquiries
  471:13

inspecting
  520:11

inspections
  399:14

Institute
  354:10,11
  411:5
  416:6,14

448:15

instructions
  314:2

intake
  515:25
  516:10,14
  517:13

intakes
  516:23
  517:8,9

intended
  489:19
  533:4

intends
  430:2

intent   395:1
  417:8
  535:17

intention
  414:9

intentionally
  476:8

interact
  428:21

interest
  377:13
  379:21
  380:2
  384:25
  385:5
  389:25
  390:1
  421:5,8
  513:20

interested
  324:13
  434:17
  471:4
  478:12

internal
  325:3
  348:8

internally
  349:20,21,
  23

International
  473:17

Internet
  300:16

interoffice
  414:2

interpret
  516:20

interpretation
  313:8
  319:5
  394:21
  440:21

interpreted
  386:12

interrogatorie
s   359:22
  504:17
  514:22

interrogatory
  278:8
  290:12
  291:15
  292:10

297:7
  298:3,17
  309:8
  359:24
  360:10
  361:15
  505:8
  506:21

interrupt
  293:12
  464:5

interviewed
  507:6

introduce
  276:15
  447:2

introduced
  459:16

introduction
  411:19

Inventories
  370:5

inventory
  519:25
  520:3
  537:23

inverse
  419:10

investigating
  514:13

investigation
  298:1
  316:17
  346:3

445:12
446:1,6
506:14
507:13,14,
16,18

Invista
 285:16
 334:7,9,22
 335:2,4,5

invoice
 486:14

involve
 528:24

involved
 341:13
 399:1
 514:15

irresponsible
 419:25

issue  302:17
 380:6
 401:6
 426:17
 429:2
 460:12
 467:23
 471:15,21,
 24 480:20
 482:4,6,
 20,24
 500:1

issued
 471:11

issues
 349:14

365:5
376:11,23
384:3
403:3
428:16,25
433:19
435:5,10
440:12
481:13,19
497:23

item  289:12
 296:16
 442:18

items  281:7
 324:10
 513:22,25
 514:3

IVC  351:19
 352:3

_____

J

_____

JAMES
 300:20,23
 322:13
 340:10

Jamie  276:18
 293:11
 342:10
 395:10

Jamie's
 395:10

January
 366:8
 376:18
 384:17

470:16
519:18

Jarrod
 276:11

Jay  323:17
 325:2,15

Jeff  427:25
 497:16
 508:10

Jill  333:2

Jim  277:19
 325:20

job  344:20

Joe  399:7
 409:17,18
 427:24
 540:1,9

Johnny
 463:9,15

Johns  474:21

Johnson
 276:11,19,
 21 364:15
 463:9,21,
 25 464:22
 466:12
 467:16

join  436:11

judgment
 512:15

July  276:12
 414:5,14

jump  404:24

426:7
485:3,8

June
 445:23,24
 446:7

JW  408:6

JW71  395:10

_____

K

_____

K-I-D-D
 295:8

Karastan
 351:19

key  346:15
 381:4,5

Kidd  295:6

kill  515:10

kind  278:19
 289:13
 294:3
 296:14
 299:2
 333:22
 335:6,9
 336:5,6
 337:3
 343:18
 348:23
 352:1
 364:25
 367:17
 377:3
 382:21
 400:22

409:7
416:14
419:9
437:5
438:17
507:17,18

**kinds** 310:9

**knew** 329:17
381:24
386:5
445:20
486:16
504:8
527:16
530:15

**knowledge**
284:15,20
290:8,10
296:19,20
298:4
305:8
316:10,21
332:23
348:2
350:8
353:18
359:20
361:22,23,
25 362:12
365:6,7
371:4,9
374:11
380:20
382:13
383:7
384:3
386:1

391:7
450:20
454:24
456:23
470:6
480:4
484:3
490:8,9
491:14,20
492:24
503:12,19
504:11
508:2
518:2,9,14
529:24
542:3

———————

**L**

———————

**L18196** 296:2

**lab** 348:9
351:7
509:1

**label** 353:25
354:1,3,5,
20,23
355:8
357:23
411:24

**labeling**
291:12

**laboratory**
351:2,3,8
354:14

**Labs** 367:2,
5,7

**Lacey** 288:16
292:17
300:8,13,
18 304:22
309:4
311:3
322:16,24
497:16

**lack** 464:22
466:12
467:16

**lag** 431:22

**laminate**
352:5,6,7

**land** 366:19
452:1
489:16

**landfill**
358:21,23
370:8,13
436:16
451:14
452:12
455:17
456:17
539:2,3
541:13
542:1

**landfilled**
452:1

**landfills**
370:16

**large** 346:24
378:6
450:2

**larger**
306:11,13

**largest**
346:5
351:14
449:25
450:7
488:5

**Larkin** 277:8

**LAS** 431:9
483:25

**late** 281:17
282:6
286:2
292:12
370:25
371:11
377:19,22,
24 378:21
381:13,15,
25 383:3
384:6,7
385:17
386:4,21
388:22,23
414:24
417:25
484:25
535:21

**lawyer** 499:5

**lawyers**
500:6
538:22

**laying**
490:11

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

LBC  356:13

lead  405:19

leader
  487:14
  488:3

leaders
  428:13

leadership
  481:13

leading
  460:6

leakage
  311:20

learned
  381:18
  388:18

leave  504:20

leaving
  502:23,24

led  525:20
  534:13

left  392:9

left-hand
  343:20
  344:14

legacy
  537:6,9

legal  475:22
  500:21

Leonards
  345:1

lesser

399:21
400:17

letter
  312:23
  313:13
  384:16
  387:3,4,
  12,14,18
  388:4
  397:18
  414:9,15,
  19 415:25
  460:21,23
  461:6
  462:16
  468:12
  473:16,23,
  24 474:2,
  7,20 475:5
  476:4
  499:7,8

letters
  392:3

letting
  503:9

level  400:22
  515:20

levels
  308:11,14
  314:21
  465:5
  515:13,16
  531:14

liaison
  496:21

lifecycle
  370:4
  377:14
  451:20

likes  431:20

limited
  331:15

lines  306:9
  403:7
  405:18

linked  356:9

lint
  520:14,18
  521:1

liquid
  541:21,22

list  281:7
  287:24
  288:6
  298:12
  331:15
  354:1,22
  355:11,12,
  13 356:13,
  15 361:2
  393:13

listed
  290:12
  291:14
  292:10
  306:22
  362:13
  393:14
  409:5
  455:20

listing
  339:7

lists  344:25
  356:2
  453:23

literally
  322:5

litigation
  339:3
  341:11
  499:7

liver  446:16

living  460:7

LLC  276:8

local  304:5
  452:21
  509:21

located
  351:4

location
  394:7
  425:4
  497:23
  498:8
  505:13
  510:20,25

locations
  374:17
  450:1
  453:9,13,
  17 488:14

lodge  491:22

LOI  442:18

**long** 278:20
  308:7
  334:16
  335:12
  337:19
  343:4
  379:6
  396:18,20
  407:20
  481:6
  494:19
  511:1
  521:25

**longer** 332:7
  334:3
  419:3,17
  475:9
  504:4

**looked**
  316:15
  342:3
  458:19
  461:2
  462:5
  477:8

**loose** 479:20

**Lorberbaum**
  394:3,14
  427:25
  434:1,3
  473:18
  486:14

**Lord** 513:17

**lose** 521:17

**lost** 412:14
  519:11

**lot** 310:17
  329:7,8
  364:20
  450:14
  485:8
  503:5
  513:25
  514:2,3
  538:22

**low** 352:15
  354:8
  445:16

**lower** 344:8,
  13,14
  520:3

**lunch** 407:19
  410:3,11

**lungs** 405:11

**Lutz** 276:20
  280:15
  281:1
  342:19
  364:12,14
  365:14,18
  368:23
  372:22
  376:3
  384:5
  386:2,14
  389:18
  391:1,11,
  23 395:3,
  16 398:3
  401:12
  402:21
  404:14

406:15
407:14,18,
22,25
408:5,12,
18,19
409:22
410:9,19
412:19
413:6,11,
16 415:5,
13,15,18
419:8
420:6
421:14
422:2,5
424:9,11
427:16,21,
23 431:15
437:18,21
438:20
439:3
443:8
447:9,21
450:17
451:5,15
452:13
457:6,9,
13,16,22
459:12,13
461:10,15,
18 462:1
463:13,24
464:6,12
465:2
466:14,24
467:18
468:4,9
470:14

472:18,23
473:2,6,
11,14
476:16
477:2
479:2,17
480:9
484:4,17
499:21,24
500:9,15,
18,22

**Lyerly** 324:1
  351:5

---

**M**

**Madam** 301:3

**made** 292:15
  300:16
  329:22
  330:8,17
  353:2
  420:12
  423:21
  444:24
  462:19
  463:3,5,17
  464:14
  465:13
  478:24
  533:11,13

**magazine**
  460:5,17,
  19

**magnifying**
  368:1

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

maintain
  295:1

maintains
  342:1

major  422:25
  430:2

majority
  372:13

make  298:11
  299:13
  302:23
  309:12
  310:14
  313:14
  316:23
  322:17
  328:7
  331:23
  333:24
  349:4,11
  355:5,7
  369:7
  376:21
  378:16
  384:12
  388:16
  395:4
  417:20
  418:4
  426:22
  433:13
  456:5
  468:22
  476:15
  483:21
  507:7
  528:18

  533:16

makes  533:15

making
  319:24
  330:14
  350:5
  418:11
  442:7
  460:24
  461:1
  478:12

man  364:17
  539:3

management
  376:12,23
  377:1
  418:13,24
  419:4,13,
  18 420:1,
  21 498:1,
  7,21

manager
  350:1,2
  514:16
  536:16

managers
  519:25

manages
  354:13

manner
  528:18

manufacture
  316:19
  389:15
  429:4

449:3
526:18
527:20
530:16

manufactured
  299:6,7
  373:16
  412:11

manufacturer
  312:20,21
  529:10

manufacturers
  304:13
  318:8
  319:8
  329:9,12
  346:5
  351:15
  355:15
  416:19
  422:25
  423:7
  426:1
  434:23
  442:3
  474:11

manufacturers'
  307:17

manufactures
  442:4

manufacturing
  276:8
  299:1,4,16
  314:20
  316:1,19
  319:10

387:25
397:19
403:6
431:1
436:6,9,13
458:12
501:24
520:23
524:5
526:17
527:19

March  411:6
  506:10,17

mark  288:14
  292:19
  293:14
  438:24
  461:6
  468:4
  476:23

marked
  288:11
  292:23
  300:6
  304:19
  309:1
  310:25
  322:22
  343:3
  344:14
  365:16
  376:1
  395:14
  408:10
  410:17
  413:12,14
  415:16

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

30(b)(6)        Jim Williams Vol. II on 07/02/2021        Index: market..media

422:3
427:14
439:1
443:6
447:19,24
448:7
457:14,18
461:24
468:7
470:12
472:15
473:12
476:25
508:13
514:7
519:5
524:24
535:25

**market**
418:18

**marketing**
346:8
481:22

**marketplace**
349:8

**markets**
414:11
442:20

**marking**
410:20

**marks** 327:6,
17

**Marmins**
277:3
340:1,6
427:20

**Marshall**
536:8,9,10

**material**
296:19
300:4
303:24
305:3,4
306:23
307:11,23
310:4
315:4,6
318:22
319:2,3
335:22
336:4
337:7
350:6
370:15
378:6
379:25
385:16
404:3
406:6
419:20
420:13
421:1
459:24
487:6
501:7,9
507:8,10
509:16,18
511:7
513:8
520:6,25
521:16
522:22,23
537:21

**materials**
279:10,18
286:9
294:21
296:24
298:2
299:4
304:16
310:6
314:11,16,
25 316:24
319:15,17
325:12
331:22
336:3
337:18,21
340:20
349:5
357:6
403:21
404:8
407:1,13
416:9
420:12,22
424:20
426:15
440:12
451:4,8
465:14
492:3
501:4
507:13,15
522:11,15
523:8,10
525:21
526:18
527:19
534:15

537:10

**Matt** 276:22
487:16
497:18
504:18

**matter** 276:9
386:13
398:6

**Matthew**
350:25

**Mcfarland**
506:10

**meaning**
474:24

**means** 353:15
354:4
358:2
368:3
394:22
426:20,21

**meant** 427:22
517:2

**measured**
375:1

**mechanisms**
430:24

**media** 276:6
330:21
331:4
366:22
409:24
410:7
423:18
425:4

450:1
451:12
475:22
479:7,15
482:17,18
486:4

meet  349:9
354:7
535:18,19

meeting
392:19
394:6,11,
17 395:6
423:13,22
458:15
495:22
504:2,7

meetings
392:6
414:24
503:7

member
437:24
440:16,19
494:14,19,
20,23
495:1,3,5,
19,21,23
496:8,19
497:10

members
416:1
433:4
435:4,6,7
458:10
482:4

memorandum
414:2

Memorial
411:5
448:15

memory
350:18

mentioned
321:3
336:9
426:18
429:17
433:6
459:5

mercy  513:17

merits
476:15

message
300:14
406:14,16

messages
460:1
472:7

metabolomics
345:6,8

method  307:9
318:20
345:4
489:11

methods
303:14
345:17
426:22,25
440:15

MHK  413:13
415:11
421:25
427:8
443:3
461:12

mid  284:5,
10 348:9

middle
289:13,15
360:20
506:13
515:23,24

migration
430:25

million
355:19,24
356:4,20,
21 359:13
529:13
531:21,25
532:1,6,8,
17 533:2

mills  450:3
481:9
482:5

mind  293:1
473:3

Mindful
353:1

mine  308:19

minimum
349:9

minute

304:24
323:2
400:4

minutes
407:24
483:16
503:6,13,
20 504:2

mischaracteriz
es  476:8

mislead
417:9

misleading
462:18

mispronounced
443:23

missed
509:19
540:2

misspoke
391:12

Mitchell
392:13,18
393:3,10

mixed  319:3
460:1
472:7

mode  369:10

model  451:20

modeling
374:4,9

Mohawk  276:7
277:7

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
Jim Williams Vol. II on 07/02/2021

30(b)(6)                                                              Index: ..Mohawk

| | | | |
|---|---|---|---|
| 279:17 | 351:6,13, | 398:7,12 | 458:17 |
| 281:24 | 14,19,20, | 399:18,21 | 459:3,20 |
| 283:18 | 24 352:14, | 400:2 | 460:12,21 |
| 286:15 | 15 353:23 | 404:22 | 462:11,25 |
| 291:4 | 354:17 | 405:9,21, | 463:6,19 |
| 292:13 | 355:8 | 22 406:10, | 464:14 |
| 294:15,16, | 356:18 | 17 407:8 | 466:17,21 |
| 18,19,20 | 357:13,23 | 409:4 | 467:1,12, |
| 295:2 | 358:14,16, | 413:21 | 13,25 |
| 296:23 | 20 359:17 | 414:18,24 | 468:13 |
| 298:11 | 361:12 | 416:4,25 | 469:3 |
| 299:9 | 365:6 | 417:17,22 | 470:3 |
| 303:22 | 367:6,8 | 418:20,22 | 471:8 |
| 304:12 | 369:23,24 | 419:2 | 472:8 |
| 307:2,13 | 370:12,23 | 420:7,25 | 473:19 |
| 310:5 | 371:2 | 421:21 | 474:3,15 |
| 311:25 | 373:21 | 423:9 | 475:3,15 |
| 312:11,21 | 374:8,13, | 426:3,6, | 477:4,10, |
| 313:14 | 21 375:13, | 10,13,24 | 15 478:8, |
| 314:10 | 20 376:22 | 429:9 | 21 479:23 |
| 315:1,15 | 377:18,22, | 430:17 | 483:23 |
| 316:3,16 | 23 378:10, | 432:11,16, | 484:10 |
| 321:1,5,10 | 15 379:2, | 24 433:1, | 486:16,19 |
| 322:25 | 4,7 380:1, | 8,22 | 488:10 |
| 323:11 | 12,17,24 | 434:8,23 | 489:22 |
| 325:16 | 381:24 | 437:7 | 490:17 |
| 326:1,9 | 382:9,15 | 439:12,14 | 491:2,13, |
| 328:16,24 | 383:9,23 | 441:6 | 19 492:16, |
| 329:9,11, | 385:6,20 | 442:4,8,23 | 19,22 |
| 23,24 | 386:5 | 443:25 | 493:11 |
| 331:9,16 | 387:9 | 444:11,17 | 494:22,25 |
| 335:2,12 | 388:15,25 | 445:20 | 495:12 |
| 337:23 | 390:21 | 446:5,23 | 496:7,14, |
| 339:5,11 | 391:2,8,12 | 449:10 | 20 497:4 |
| 341:4,11 | 393:4,25 | 450:7,14, | 499:8 |
| 342:1 | 394:2,17, | 22 453:6, | 501:5 |
| 347:25 | 19 395:7 | 24 454:2, | 502:19 |
| 348:2 | 397:15,23 | 15,22 | 503:2,11, |

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

19,24
504:1,8
505:25
507:2,19,
25 509:6
513:15
514:12,20
516:6,14,
23 517:7,
16 518:5,
14 524:8
525:5,7,20
526:15
527:6,17
528:1
529:5
530:15
531:7
532:7,11,
15 533:10
534:13
535:18
539:7,10
540:17
541:1,24

**Mohawk's**
278:13
280:11
284:1
294:4
299:19
308:9
324:13
331:14,21
332:6,13
340:17
347:19
361:23

362:16
380:10
383:10
393:22
397:10
400:14
419:15
452:4
457:24
458:24
480:11
485:22
486:2,8,25
487:9,10
488:2,4,
11,20
489:3,10,
23 492:7
509:24
515:12
528:12
529:17
531:23
533:1
534:13

**Mohawk/johnson**
288:19

**molecule**
386:5

**molecules**
385:11

**money**  296:23
**moniker**
353:15,22
**monitor**
437:13

438:4,8,
11,21
482:16,17
**monitoring**
422:13,19
423:12,15,
17 424:16
425:1
429:3
432:1
435:12,15,
23 436:15,
16,23
437:8,24
**monkeys**
446:14
**monofills**
541:9
**monthly**
294:18,20
295:1
425:12
**months**
475:23
**morning**
277:18
278:1,2
282:22
301:3
325:15
345:22
364:7,13
520:4
**mother**
474:25

**Mothering**
460:5

**mothers**
460:6

**move**  308:3
322:10
324:16
468:1
490:4
499:19
522:4
524:20

**movies**
300:16

**moving**
357:17
530:3

**MPDS**  324:6
325:11

**MPI**  492:25
493:6,18
512:21

**MSDS**  300:2
305:4
306:22,25
317:9
318:13
319:1,2
386:10
407:4

**MSDS's**
301:16
304:9,13
310:4
316:5

320:9
406:3,18

multi-city
455:5

multiple
339:5
503:25

municipal
540:21
541:13
542:1

mute  300:11

_____

**N**
_____

N-140
285:17,18

N-141  285:19

N-145  285:21

named  360:14
514:18

names
338:11,13
345:15
351:19,21,
24 352:1
373:10,20
393:11
453:24
540:13

Nathan
427:17

nation's
460:6

National
367:2,4,7

natural
361:8
460:7

nature
397:12
460:1
505:13

nauseam
389:11

nearby
316:12

necessarily
366:3
373:15
385:6
482:3

needed
374:4,10

Nemours
468:23

newborns'
474:23

newest
537:11

Nierengarten
323:19,20,
21 325:2

NOBEL  489:4

Noble  277:12
538:20,21
539:23
540:2,4,

12,16
542:10

nods  298:16
338:15

non-carpet
541:2

non-commercial
541:2

non-fluorine
324:23

nonfluorochemi
cals  302:7

normal
294:14
416:5
439:16
462:12
474:3

north
520:14,18

note  320:10
482:19

noted  333:19
438:14

notes  301:22
356:12
495:22
516:3,4

notice  480:7

notified
415:7
517:19,24

notify

455:23
517:17,23,
25 518:5,
11

Notre  344:23
345:21

November
427:18

number
289:12
296:16
298:19
300:24
313:22
322:14
325:11
337:16
340:3,8,
10,24,25
347:9
365:11
408:17
424:23
527:7
529:21
534:7

numbers
325:3
329:19
356:17
357:2

Nuva  287:18

_____

**O**
_____

object  282:2

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

289:23
291:2
308:13,20
312:2,12
313:3
314:12
315:17
320:11
321:20,23
322:3
326:4
328:20
330:3,9
361:16
362:19
363:15
368:20
372:20
383:25
385:23
386:7
389:10
390:23
391:5,16
394:23
397:25
401:10
402:13
404:11
406:11
407:10
415:2
419:5
420:3
421:10
431:10
437:15
450:11,23

451:10
452:7,8
457:7
463:10
464:20,22
466:5,12
467:14,16
476:6
480:1
484:2,11
487:2,17,
21 489:4,
12,25
490:15
491:4
494:6
503:14,21
508:5
511:19
516:16,21
518:7,18
521:9
522:16
523:5
526:9
528:14
530:11,12
531:10
532:18
535:7

objection
326:11,15,
18 438:13
463:25
464:3
466:19
489:5,14
490:19

491:6,23
492:10,11,
18 499:12
513:18
515:17
516:25
517:10

objections
360:20

objective
346:2
372:11
411:19

objectives
368:25
369:6
423:22
441:13

obligated
433:12

obligations
487:4

observations
399:23

observe
398:12

obtain   307:3

obvious
523:14

occasionally
337:20
349:16
482:16

occur   387:24

502:16

occurred
398:23
435:25
445:2
502:23
504:7
509:12

occurs
502:20

octanoic
529:12

October
422:14
439:9
477:5

offer   399:20

official
414:25

officials
481:9

older   537:10

one's   293:18
523:14

ongoing
319:23
338:5

Oostanaula
360:17
523:21

open   315:5

operate
528:18

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

operations
  299:5
  397:11
  407:2
  431:2

operators
  403:6

opinion
  308:19
  428:1
  434:3
  499:23

opinions
  466:7

opportunity
  376:4
  422:6

order  289:5,
  20  292:2
  315:6
  329:11
  349:2
  399:18
  434:12,13
  468:6

ordered
  290:23
  292:15

orders
  288:20
  292:16
  293:10,15,
  16  294:9
  298:8
  332:23,25
  334:24

335:8
342:3

organisms
  305:14

organization
  333:2
  392:23
  393:22
  433:4
  480:24

organizational
  481:4

organizations
  476:14

organize
  392:14,19

orient
  392:14

original
  427:17

originally
  412:3
  447:2

outfall
  520:25

outline
  318:5

outlined
  317:15

outlines
  518:10

overlap
  496:13

overran
  520:13

oversight
  362:7,8,11
  363:4
  376:11,23
  377:2

Overview
  448:13

owe   371:19

owned   316:3

_____

P

_____

P-F-A-S
  480:12
  483:25

p.m.  409:24
  410:8
  412:22
  413:5
  447:11,18
  479:7,16
  538:11,18
  542:16,21

package
  461:20

pages   377:9
  383:14
  390:11
  472:18
  505:19
  518:22

paginated
  412:3

paid   296:23
  406:19

panel   481:21
  482:11

pans   407:2

paper   379:17
  393:5

para-  451:9

paragraph
  310:21
  346:18
  398:11
  406:1
  420:19
  421:3
  428:24
  430:2
  445:24
  446:10
  448:23
  451:23
  465:8,21,
  23,24
  468:21
  474:8
  506:20
  525:14
  528:23
  529:9
  534:12
  535:1

parallel
  440:24

paren
  529:11,12

parens   407:4
   444:6
   468:24

parenthetical
   347:2,3
   352:16

park   324:1
   339:17
   398:18
   506:5,8
   508:23
   509:2
   510:6
   519:12,23

Parrish
   333:18

part   312:15
   320:12
   352:12
   363:20
   393:21
   416:5
   418:16
   422:23
   423:7
   438:14
   439:11
   441:6
   500:11
   507:14
   523:15,18
   532:1
   534:19

participants
   448:6

participate

396:13
503:25
504:2

participated
   504:4

participates
   503:24

participation
   437:17

parties
   488:8
   540:6

parts   313:15
   355:19,20,
   23,24
   356:3,20,
   21 357:3
   359:4,8,12
   529:13
   530:8
   531:20,25
   532:2,4,8,
   16 533:2

party   360:14
   539:13
   542:4

pass   458:25
   471:14
   479:5
   484:19
   504:19,23

passed   487:6

past   317:2,
   8 336:14
   364:22

504:4

path   361:18

pathway
   369:11
   452:15
   453:1,5

pathways
   412:11
   449:2

patience
   364:8

patient
   282:21

pattern
   476:20,21

pave   433:13

peer-reviewed
   345:7

pending
   364:16

people   355:5
   377:4
   378:24
   389:19,20
   393:14,19
   408:21
   421:20
   427:3
   451:9
   472:8
   482:8
   483:12
   507:22

per-   345:19

346:18,21

percent
   283:12
   353:3
   357:19,24
   358:3
   449:20,21
   525:22
   526:5
   534:15
   535:2

perfluorinated
   360:16
   525:21
   529:12

perfluorocytls
ulfonate
   445:13

perfluorooctan
esulfonic
   347:4

perfluorooctan
oic   347:3
   443:20
   444:5

perform
   369:9
   374:8

performance
   481:18

performed
   367:8
   380:25
   449:11
   467:6

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

**performing**
  368:17

**performs**
  345:16

**PERGO**  351:20
  352:4

**Perillo**
  471:12

**period**
  284:21,22
  285:1
  286:15
  287:7
  292:1
  379:2
  445:20
  453:6
  469:3
  514:15

**periods**
  285:24
  334:15
  335:1
  348:16,17
  378:17
  495:5
  504:1

**Permaseal**
  299:6

**permit**  304:5
  325:3,17
  329:19,24

**permits**
  317:15
  324:7,14

  325:19
  479:1
  514:4

**permitted**
  303:19
  304:7
  310:22
  317:15

**persist**
  402:8

**persistence**
  306:3,7
  347:1
  381:24
  400:12
  430:11
  523:8

**persistent**
  381:8
  385:12
  386:6
  390:19
  391:3,13
  402:6
  419:20
  420:21
  421:1,12
  431:7
  445:14
  522:11

**person**
  325:10
  330:13
  360:14
  496:20

**personal**

  313:23
  315:9
  528:9

**personally**
  499:17

**personnel**
  507:20

**perspective**
  458:16
  521:14

**pertain**
  498:8

**pertaining**
  497:22

**PET**  353:2
  357:19,21

**Peters**
  371:20
  427:18
  458:2,14

**PFA**  482:20

**PFAS**
  294:21,24,
  25 346:22,
  23 347:9,
  21 348:4
  356:14
  359:3
  365:8
  479:24
  480:12
  482:12,18
  483:2,25
  490:8,10
  509:6,9

**PFBA**  347:6
  355:19
  356:7,12,
  22 359:4

**PFBS**  347:7
  355:23
  356:7,12,
  22 359:4,8
  506:23
  507:2,5

**PFC**  278:12
  463:23,24
  464:8,15
  509:10
  512:16,20

**PFC's**  511:16

**PFCS**  360:15
  469:9
  480:4
  489:11,20,
  23 490:17,
  24 491:2,
  10,20,21
  492:7
  501:2
  506:15
  508:3
  509:6,9
  510:6,17
  512:3,12,
  17,18
  513:4,6,
  12,14
  520:8
  521:7
  522:25
  523:1,3,9

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

533:20,22
534:5,7,21
535:4

**PFHPA** 347:8

**PFHXA** 347:6,
7

**PFOA** 347:4
378:18
420:9,16
428:21
429:2
430:3,4,6,
11,23
431:1,7,21
438:22
440:8
442:5
444:6,13,
18,22
446:2,7,11
458:2
459:25
460:7,13
463:13,17
464:2
465:5
466:3
467:1,8
468:21,24
469:3,7,
10,14,21
470:4,25
471:3,14,
24 474:7,
17,23
476:5
478:2,5,9,

13,15,19,
23 482:12
501:5,18
523:23
524:10
527:14,16
529:11,18,
22 530:3,
15 531:8,
12,20
532:8,13,
16 535:13,
14,16

**PFOAS** 475:23

**PFOS** 290:1,
3 291:1
296:8
298:2
299:10,24
301:19
308:11
331:21
335:13,22
336:1,22
337:18,21
339:8
340:20
347:4
353:17,19
361:14,23
362:17
363:13
372:13,18
373:13,15,
16,18,19
378:17
383:19

384:3
385:11,12
386:5
391:8,9,22
396:19
420:9
421:1,9,19
428:21
430:9
431:20
438:22
445:13,14,
16 446:1
449:21
454:11,20
455:17
456:1,2
482:12
532:11

**ph** 515:13,
16,18

**Ph.d.** 345:16

**pharmacokineti**
**cs** 440:25

**phase** 530:3

**phased** 420:7

**phases**
526:17
527:18

**phasing**
379:25

**Phoenix**
286:22
287:3,8
311:8

319:13
320:7,21
321:4,11
337:13,23

**phone** 300:11
328:13

**phs** 487:5

**physically**
510:25
520:11

**piece** 307:23
379:17

**Pim** 345:1

**place** 393:1

**places**
302:13
527:7

**plaintiff's**
311:5
331:8
343:7
359:2
499:3
500:5

**Plaintiffs'**
288:10
292:21,22
300:5
301:1
304:18,23
308:25
309:5
310:24
322:12,21

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

plan  423:21
  425:1,24
  426:4,11
  427:1
  432:1

plant  312:9,
  15 314:20
  322:7
  396:22,23
  400:23
  438:8,9
  519:12,14,
  23

plants
  319:16
  324:1
  325:11
  396:12,14
  397:10
  488:19
  540:18

PM  284:17
  520:3,5,12
  521:3
  537:13,14

PM's  285:1

PM-1396
  283:24
  284:2
  296:2
  297:4,12

PM-1399
  284:19

PM-1400
  309:16
  317:10

PM-1680
  305:5
  308:23
  317:9
  318:14

PM-1700
  299:7
  301:8
  303:23

PMI  512:23

point  326:11
  337:7
  361:6
  369:11
  377:13
  380:2,9,16
  381:8
  382:7,22
  383:2,20,
  23 384:3,
  24 385:6,
  10 387:14,
  17,20
  394:15
  400:23
  401:14
  402:4,17,
  24 403:2,
  5,17
  404:19,25
  405:15
  406:22
  407:1
  409:7
  419:16
  420:23
  421:21

423:20
  425:13
  426:17
  430:20
  431:6
  436:5
  437:5
  438:17
  440:9
  442:1
  446:24
  449:13
  454:3,19,
  23 460:10
  466:21
  467:22
  474:21
  475:8,18
  483:17
  487:13
  488:13
  490:3
  529:8
  530:1,2,7

pointing
  401:5

points
  319:25
  367:19
  369:22
  423:23
  428:22
  430:19
  474:6

polar  455:11
  456:12

policies
  496:3

policy  403:7
  428:7,9
  471:11
  480:25
  481:10,12
  496:6
  497:17
  498:1,8,21
  518:9
  526:16,23,
  25 527:1,
  6,18

polyester
  357:19,21

polyfluorinate
d  345:19

polyfluoroalky
l  346:18,21

polymer
  301:22
  302:1,9,10
  358:5
  533:11,15

polymeric
  441:23

polymers
  277:5
  475:9

Polyventive
  299:7
  338:6,10

Pond  509:2

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

poor  315:23

popular
 352:15

population
 445:17

pose  400:24
 402:11

posed  418:5

position
 328:9
 333:14
 336:11
 337:6
 351:1
 361:20
 419:19
 428:2
 457:24
 458:24
 466:17
 471:10,17
 472:5
 487:9
 488:3
 492:7
 513:5
 515:12
 529:17
 533:1

positively
 328:1

possession
 475:4

possibility
 325:19

326:2
334:21
512:11

possibly
 316:14
 319:13
 349:22
 350:1
 362:25
 387:2
 388:23
 409:20
 463:2
 474:1
 512:23
 514:15
 524:13
 531:24
 539:16
 541:15

post  536:23

post-carpet
 539:10
 541:14

post-
industrial
 539:18
 541:3

posted
 416:10

potato
 471:15,21,
 23 472:2

potential
 305:12
 308:4

347:7
381:8
385:13
399:19
400:7,24
401:20
403:10,20
404:20
405:3
412:10
444:4,8,
12,15
449:1
460:12
465:4
467:2
474:12,16

potentially
 402:2
 541:14

potentials
 400:11

POTW  316:2
 324:7
 325:11
 327:24
 331:10,17
 339:14
 347:20
 455:18

pound  454:16

pounds
 289:8,17
 290:21
 292:6,13
 296:19,21

297:3
340:20
372:3
373:3
375:1,10,
14,16
454:11,16,
17 520:12
521:3,7,16
522:2
541:25

PP&S  481:17

PPE  313:23
 314:10,15
 315:2,7,10

practice
 396:8
 400:1
 433:8
 476:20,21
 518:10

practices
 444:17,25

precautions
 303:1
 311:16
 314:17

preceded
 427:19,24

precisely
 322:8
 487:20

predicted
 520:4

prefer

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

364:14

preliminary
443:18
452:15
455:19

Premier
277:5

preparation
350:12
365:25
377:25
462:5
470:21
477:9,13

prepare
394:12

prepared
378:14
498:2,5,
19,20

preparing
285:13
294:11

presence
307:11
318:21
346:22
347:21
348:3,6
430:4
450:2
490:9

present
276:14
334:21

335:21
346:4
403:9
475:10
523:23
524:10
529:13,18
531:9,12,
20 532:8,
16

presentation
477:15

presentations
388:17
389:2
442:8
463:3,6

presented
385:22

presents
401:20
404:20
405:3

preservation
499:8

preserve
434:12,13

president
333:16
379:14
382:16
397:19

press   416:9
418:17
420:18

pressed
380:8

presume
298:8

pretreatment
324:14
325:3,18
487:4

pretty
434:21
521:8

prevent
306:14
311:19

previous
325:8
400:9
449:7,10

previously
295:13
357:11
385:16

Prilox
286:20
311:9
317:10

primarily
380:5
481:10

primary
453:9

principle
418:23
419:4,17

principles
418:12
419:12

prior   303:16
337:23
404:1
431:12
502:23
503:1

privy   329:5

problem
317:25
328:4
394:17
499:25
520:19

proceed
434:15

process
312:14
314:16
316:1,19
319:10
329:5
373:4
401:19
429:4
489:7
501:25
502:4,8
524:5
534:6

processed
327:21

processes

299:1
330:8
387:25
398:13
526:4
528:23

processing
405:19
431:2
438:7

procure
319:2

produced
288:21
298:8
301:12
337:15
339:4
341:11
413:22
498:15

producer
468:24

producing
378:3

product
303:18
305:13
310:21
311:21,25
312:1,10
318:10,23
319:24
324:25
358:4
367:20

372:3
373:9,20
388:1,7
390:2
391:13,22
416:19
431:1
441:23
442:5
445:5
456:3
463:1,20
464:3
466:23
481:17
501:12
526:19
532:11,23
537:14

production
331:24
341:15
430:21
498:25
526:2
539:11
540:18

products
299:15
327:19
339:20
346:6
352:14
354:6,9
355:7
372:12
373:13,15

389:15
391:20
412:12
440:3,8,16
444:20
448:12
449:4,19
462:19,20
463:4,7,8,
13,17
464:2,15
465:18
478:12,16,
22 491:10
501:4
527:20
529:22
530:5
531:23
532:14
533:3
534:1
537:7,9,11

professor
345:2

profile
323:22
324:17

program
355:3,4
367:14
382:23
383:4
412:7
423:17
439:20,24
440:24

441:5,9,13
448:13,20

programs
383:9

progress
451:2

progression
451:3

promise
381:22
407:23
538:23

promotion
481:21
482:11

prompt   349:1

pronoun
522:20

pronounce
323:17

pronounced
443:23

pronouncing
345:15

proper
303:18
314:1

properly
304:14

proposal
435:10

proposed
423:13,18

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

424:3,12
426:4

proposes
435:11

protect
475:24

protection
314:22
315:9
353:16
361:7
362:16
469:13

protective
305:4
313:23
398:13
406:3

protects
528:19

protocols
440:15

provide
346:3
369:12
370:17
457:23

provided
319:18
378:11
386:10
394:13
417:21
447:23
458:18

460:11
503:5

provider
312:5
318:8

prudent
390:20

public
416:18
421:4,5,8
473:16

publication
460:6

publicly
316:3
382:2

published
343:21
345:6
443:14
444:1

Puddle    509:2

pull
292:17,18
300:9
315:6
342:10
365:10
413:11
415:10
443:1
468:2
470:8
472:9
476:22

493:2
497:15
508:10
514:5
518:22

pulled
300:20

pulling
461:11

purchase
288:20
289:4
292:16
293:10,15
294:8
298:8
331:21
332:23,25
334:23
335:8
341:6
342:2

purchases
294:4
340:18
342:2

purchasing
333:3,16
341:23

pure    320:13

purpose
399:16

purposes
339:9

put    298:18

311:3,25
317:12
327:6
349:12
355:8
356:20
361:23,25
362:17
458:16
460:20
471:16
472:4
484:7
511:7
515:2
522:5

putting
451:13
531:16
534:17,20

---

Q

qualifier
315:9,13

qualify
313:1

quality
354:6

quantities
289:13
370:17
478:15

quantity
289:7
296:17,18

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

299:18
515:18

**quarters**
521:15

**Queen**   453:24

**question**
278:10,11
281:22
287:7
299:8,13
313:4,6,10
315:24
317:17,21
320:12,17,
19  326:7
327:6,17
328:22
329:21
330:3
333:22
335:6
348:1
360:13,24
363:16
380:21
385:24
391:18
405:8
408:5
419:7
433:24
437:12,16
454:21
457:8
460:22
464:11,13
466:6,11,

18  467:24
476:7,17
478:17,21
485:20
489:13
496:11
498:13
499:15
500:21
503:8,22
516:17
518:19
522:19
528:15
530:13
531:7
535:8
539:6

**questioning**
331:8

**questions**
288:5
323:23,25
324:4
336:5
337:2
347:18,24
354:3
359:15
364:7
366:2
376:6
410:23
415:21
422:7
427:11
439:5

443:9
457:10
462:3
479:19
498:3
538:2,9
542:6,12,
14

**questions/**
**concerns**
392:15

**quick**   282:22
304:24
338:17
408:1,2

**Quick-step**
351:20

**quicker**
364:20
375:4

**quickly**
278:19
346:1
376:8
422:7

**quote**   354:22
396:9
418:12
420:19
471:16

**quotes**
327:25
352:17
487:18,22
536:24

———————

**R**

**Radney**   277:8
289:23
291:2
308:13,20
372:20
390:23
450:23
451:10
452:7
515:17
519:1
521:9
538:3,8

**railings**
401:19

**range**   281:23
411:11,12
529:14
531:21
532:1,17
533:2

**raw**   294:21
299:4
304:16
526:18
527:19

**reach**   379:1

**reached**
496:12

**reaction**
523:24
524:11

**read**   297:3

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

308:14
320:16,18
343:23
344:3
345:11
346:1
347:11
351:12,13
352:12
360:25
366:11
367:18
368:1
369:4,5,
16,23
374:6
375:18
385:10
399:17
405:15
412:13
416:17,22
417:4
418:9,10,
14 424:12
429:6
430:7
440:6
443:4,21
444:3,9
449:5
450:4
452:2
460:23
462:22
468:25
471:18
505:8,9,

15,18,21,
22 506:24
515:5
520:1,15
526:20
528:3
529:15
531:19
535:5
536:25

**readily**
358:9,11

**reading**
305:21
312:25
323:4
345:12
525:18

**reads** 428:24

**ready** 305:18
334:19
343:9
396:2
415:21,24
422:8
443:3
462:2
468:10,11
530:2

**real** 338:17
394:17
407:25
457:10
468:21

**reason**
278:19

295:18,20
340:24
357:7
379:20
385:21
398:22,24
401:4,5,24
404:7
413:23
432:12,21
456:7,8
466:20
477:19
507:1
509:9

**reasonable**
360:22
394:21
398:2
431:18
434:4

**reasons**
381:17
403:14,23
421:12
426:10,12
432:20
438:11
472:2

**Rebecca**
493:20

**recall**
283:20
285:12
286:19
287:17
323:3

336:16
360:7
365:22
378:7
379:9
410:15
436:4
442:2
458:9
459:19,22
460:2
481:22
502:2
509:21
520:20
536:7
537:15

**recalled**
350:19

**received**
296:17,18,
22 325:23
387:3,14
388:4
397:23
414:19
416:4
439:13
441:8
442:15
462:12,16,
25 463:19
474:3
475:4

**receiving**
445:13

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

recent
   346:25
   507:21

recently
   385:17
   462:16

receptor
   452:24

recess
   330:25
   338:22
   364:1
   410:3
   447:14
   479:11
   538:14

recipes
   319:17

recipient
   325:21

recognize
   305:3
   373:20,22

recognized
   486:5

recollect
   439:23

recollection
   279:9,19
   314:14
   335:18
   415:6
   459:19
   483:9

recommend
   332:24
   371:16
   459:4

recommendation
   406:1,10
   407:8
   429:9,10,
   21 434:9
   435:22
   436:19
   437:3
   438:1,19
   457:25

recommendation
s  307:17
   400:3
   406:20
   407:4
   429:1
   432:16,25
   433:9,17,
   19,22
   434:12,13
   458:18
   459:4

recommended
   316:6
   432:1,13
   438:15

recommending
   432:6

record
   276:15
   314:4
   320:19

330:22
331:5,25
338:16,19
339:1,9
360:3
363:23
364:5
369:5
408:9
409:25
410:8
411:11
412:19,22
413:1,5
416:18
421:25
435:2,5
443:2
444:23
447:8,9,
11,18,23
457:20
461:9,23
464:7
468:14
473:3,15
479:8,16
500:19,23
508:12
518:24
538:7,11,
18 542:17

records
   298:6
   332:3
   341:2,6,7
   370:15
   496:2

498:1,7,21
504:5,15
541:24
542:3

recovered
   407:1

recyclable
   357:25
   358:3

recycle
   358:11,14

recycled
   352:17
   353:3

recycles
   358:9

recycling
   358:7,17,
   19

red  354:1,
   22 355:11,
   12,13
   356:13,14

reduce
   355:15
   399:21
   402:18
   526:3

reducing
   383:18
   390:18

reduction
   525:21
   526:5

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

534:14
535:2,10

refer   337:17
352:3
412:1
501:15

reference
328:12
352:4
467:3
484:7

referenced
327:17

references
345:14
371:20

referencing
326:12

referred
406:18
501:1

referring
501:10
537:2,8

refers
369:20

reflect
314:5
378:5
448:16

reflecting
320:3

refresh
350:18

refreshing
459:19

regime   459:7

regional
277:13
538:24
539:1

regular
396:8
541:13

regulations
303:17

regulatory
325:9
346:9
361:19
362:4
363:3,7

reject   429:9

relate
515:16

related
311:23
316:22
345:4
430:21
442:18
469:19
507:25
509:8
515:7

relates
435:6
490:4

relating
482:12

relation
518:4

relationship
332:6,13
333:25
335:13
337:22
338:5
367:13
371:10
434:14
496:18

relationship's
334:15

relative
308:15
310:12
378:16
499:17
513:21
517:13
521:10

relatives
399:10

release
303:4,9
366:7,14,
18 367:9
368:17
369:11
370:24
374:3,9,13
410:13
411:3

414:10
416:9
418:17
420:18
430:25
442:19,24
449:25
451:7
453:10

released
302:17
372:3
373:4
456:3
521:3

releases
311:24
367:19
369:8
370:9,13
371:24
374:16,25
375:9,13
425:7,15
449:18
450:10
451:12,20

releasing
454:11,15

reliable
369:7

relied   389:5
403:1
427:3

relies
304:13

329:9

rely   310:10
329:11
389:7

relying
389:19

remains
444:6

remember
285:13
350:11
388:21
481:24
483:6
485:12
492:25
495:7,8
502:2,3
536:5

remind   393:3

reminding
322:16

reminds
284:12

remnants
315:24

remove   470:4

removed
451:24

renditions
284:4

rep   327:5

repeat   317:5

340:7
362:3
492:11
503:15

repeated
385:13

repellant
353:8,12,
20  356:9
414:10
502:12
510:6

repellants
502:9

repellency
501:12
521:22

rephrase
320:15
328:22

replace
299:12

report
344:16,21
346:2,6
357:11
410:21
411:4
442:10,15
451:6
454:6
481:25
509:1

reported
349:18,20,

21  385:15

reportedly
403:18,19

reporter
276:16
288:12
292:24
300:7
301:3,4
304:20
309:2
311:1
320:18
322:23
338:8
365:17
376:2
395:15
408:11
410:18
413:15
415:17
422:4
427:15
439:2
443:7
447:20
457:15
461:25
468:8
470:13
473:13
477:1
508:14
514:8
519:6
524:25

536:1

reports
349:24,25
351:8
410:22
482:17,18,
19

represent
288:18
339:10
340:14
364:15
372:12
449:20
515:7
538:24

representation
417:21
464:14

representation
s   418:5
463:16,18

representative
307:5
327:2
330:5
395:1
435:17

represented
340:23
496:21

representing
471:23

represents
522:12

reproduction
  347:5

reps  393:13

Republic
  539:14

request
  288:25
  291:19
  295:24
  300:19
  305:1
  318:16
  325:24
  329:15
  360:11
  395:19
  415:22
  422:9
  427:12
  439:6
  455:2
  469:13
  493:19
  505:3

requested
  435:12
  493:24
  494:2,4,5

requesting
  428:25

require
  314:22

required
  349:8
  433:10,11
  514:4

requirements
  346:9

requiring
  403:7

research
  290:5
  344:11,16,
  21 345:16
  382:23
  383:4,8
  439:20,24
  440:23
  441:5,9

Researchers
  474:22

resident
  452:21

residential
  351:16
  357:18

residuals
  455:11
  456:13

resilient
  352:3

resin  301:23
  302:1

resist
  385:14

resistance
  299:20
  416:20
  417:1
  501:12

resistant
  502:15

resolve
  401:6

Resources
  361:9

respect
  365:3
  419:25
  444:13,17
  463:16

respiratory
  314:2

respond
  357:15

responded
  325:7,15
  326:24
  327:16

responding
  298:2

responds
  325:2

response
  290:12,13
  291:15
  292:10
  327:23
  357:13
  360:19
  440:2
  444:15
  461:5,7
  471:13
  505:18,21,

24 506:21
  537:5

responses
  278:9
  309:9
  359:24
  360:6
  514:22

responsibility
  362:5
  394:18
  486:25

responsible
  330:14
  362:9
  390:20
  418:12,23
  419:4,12,
  18 487:10
  488:8

responsive
  317:25
  318:1
  360:23,24

rest  412:2

restate
  419:7

result  368:7
  369:8
  404:3,9
  446:15
  476:3

resulting
  403:20

results

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

308:8
347:19
349:17
357:8
373:7,25
432:21
455:20
456:22

**retailers**
462:16
467:7
474:11

**retard**
528:24

**retardant**
527:25
528:23

**retention**
496:2,5
497:17

**retired**
379:8

**return**
307:25
321:19

**returned**
494:21

**revenue**
351:17

**review** 294:8
309:15
324:19
365:24
377:22,23

**reviewed**
294:14,18
343:9,11
378:6
397:22
400:10
468:14
470:20
507:13,15,
20 513:7

**reviewing**
433:3

**reviews**
396:3

**revisit**
378:15

**rid** 473:8

**right-hand**
289:19
292:3
344:8,13

**ring** 352:19

**rinse** 404:2,
8

**rinsed** 404:1

**rises** 401:17

**risk** 374:5,
10 402:12
416:20
443:18
465:4,10
475:10

**risks** 417:2,
18 418:6

444:8

**river**
360:17,18
431:8
436:23
437:8,13,
25 438:7,
12,22
456:17
470:5
484:1
490:10
491:3,11,
21 492:9
523:18,21

**rivers**
360:18
361:14

**RL** 461:18

**RL-44** 470:8

**RL-48** 468:2

**RL-5** 375:23

**RL-51** 421:24

**RL-53** 457:17

**RL-55** 438:25

**RL-60** 459:8
461:12

**RL-62** 443:1

**RL-7** 459:9

**RL-8** 472:9

**RL-9** 476:23

**RL4** 365:10

**Road** 324:1
339:15
398:18
404:19
405:1

**Robert**
527:12

**rodent**
446:18

**rodents**
446:14

**role** 294:19
536:12,13

**roles** 294:17
497:12

**roll** 277:14

**Rome**
276:10,23,
25 277:2
364:15

**room** 405:16

**rough** 332:12
334:14

**roughly**
520:12

**routes**
467:21

**routine**
348:14

**routinely**
319:16
336:13
396:24

397:1

**Rug** 354:10,
11 416:5,
14

**run** 282:22
337:7
350:19
355:3
381:19

**Ruppert**
326:25
327:2,13,
14,15

**rush** 395:23

**Ryan** 276:20
364:14
466:6
511:15

—————————

**S**

**S-C-H-U-B-E-R-
T** 333:9

**safe** 311:20
339:21
389:21,25
390:3
416:20
417:1,18
418:5,11
465:15
467:8
471:25
483:11
531:14
533:2,3

**safely**
310:14
316:24
317:3,12
319:14
527:25
529:17
531:8

**safety** 301:7
305:4
309:16
310:4,5
311:8
314:17
365:9
378:12
385:16
396:13
400:14
402:12,23
406:6
463:1,4,6,
20 464:15
476:4
528:8,10,
13,17

**Sal** 471:12,
14

**sales** 307:4
327:2,5
339:5,7
449:22

**salt** 446:11

**salts** 443:20
444:6

**sample**

308:12
315:6
425:12
432:7
455:18

**sampled**
508:20

**samples**
337:8
430:4
455:10,19,
23 456:13
474:24
486:11

**sampling**
308:9
347:19
423:19
425:18,24
436:6
455:8,15
457:25
486:8,10,
16 493:18

**sanitary**
404:3,8

**sat** 451:1
495:11

**SBR** 353:7

**scan** 422:7

**schedule**
348:24

**Schubert**
333:3

**scientific**
388:11
444:7
475:22

**scope** 404:11
431:10
484:2,12
489:13
490:1
491:4
499:13

**scouted**
289:10

**Scraps**
541:16

**scratched**
515:25

**screen** 373:7

**screening**
369:9

**screenings**
369:25

**Scribner**
277:6,16
280:17,24
281:4
282:2
292:25
293:8,11,
14,19,22
300:10,15,
24 305:21,
25 311:6
312:2,12
313:3

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

314:12
315:17
317:18,22
318:1
320:11
321:20,22
322:3,18,
20 326:4,
15,18
328:20
330:1
342:10,13
361:16
362:19
363:15
365:13,15
368:20
383:25
385:23
386:7
389:10
391:5,16,
18 394:23
397:25
401:10
402:13
406:11
407:10,20,
23 408:3,
16 415:2,
12,14
419:5
420:3
421:10
422:1
437:15,19
450:11
452:8

457:5,7,12
459:11
461:13,17,
19 464:20
466:5,19
467:14
468:3
472:16,19,
25 473:9
476:6
480:1
484:2,11
487:2,16
489:5,12,
25 490:7,
12,19
491:6,22
492:10,16,
18 493:8,
12 494:6
497:18,21
498:10,12
499:9,12,
22 500:2,
14,17,20
503:14,21
504:18,22
505:18
508:5
511:19
513:17
516:16,25
517:10
518:7,18,
25 522:16
523:5
526:9
528:9,14

530:11,18,
22 531:4,
10 532:18
535:7
540:1,8
542:11

scroll
384:14
454:25
506:19

scrutiny
325:20
326:3,13,
21 475:22

SDS   317:10

SDS's   310:4

sealed   315:1

search   298:7
360:22
498:15,24
499:24
500:4

searched
498:18

searches
298:5
500:8

secret
301:23
302:1

section
301:21
302:11,22,
25 303:8,

9,13,14
305:12,17
306:9,17
307:6
310:16
311:16
313:21
315:8
318:14
351:13
352:11,13,
25 357:18
511:5,8

sections
302:16

selected
449:19

selection
452:15

sell   334:20
389:20
390:2

selling
532:23

sells
351:15,18

semantics
417:3

send   304:4
307:14
358:22
384:16
386:24

sending
387:11

404:8

**senior**
397:19
481:9

**sense** 299:13
394:17
456:5

**sensitive**
411:18

**sentence**
305:16,22
306:5,10
310:20
311:19,21
353:24
384:25
398:14
405:2
418:9
428:16
534:25
535:17

**Sentry**
353:8,11,
12,13,17,
19,20,22

**separate**
365:4
541:6

**separately**
541:7

**September**
536:18

**series**
283:13

286:8
322:25
413:18

**served** 379:3

**service**
307:5
473:16

**Services**
539:14

**session**
308:7

**set** 306:25
389:14,15

**settled**
299:15
469:19

**settlement**
469:24

**sewer** 306:14
312:1,4,16
317:12
404:3,9

**sewers**
325:12

**shadow** 513:3

**Shaill**
470:16

**shakedown**
455:8,14
456:13

**Shaner**
277:10
404:11

431:10
438:13
491:4

**share** 329:6
350:4
380:1
383:23
391:22
456:21

**shared**
374:12
381:18
385:6
388:14
441:5

**shareholder**
468:12

**Shaw** 393:4,
5,11
453:24

**sheet** 301:8
305:4
309:16
311:8
319:1,3
325:24
385:17
386:10
393:14

**sheets** 300:3
310:4,5
406:7

**shipping**
404:1

**shoes** 511:24

**short** 278:21
280:3
336:22
485:9

**shorter**
539:24

**show** 288:14
301:17
384:8
445:15
509:5
537:4

**showed**
340:17
341:6
370:15
449:14
511:16

**showing**
430:5
431:23
540:17

**shown** 317:2
446:15,18
537:7

**shows** 289:20

**sic** 289:21
389:3
443:2
461:6

**Sicco** 345:15

**side**
298:19,20

**signed** 360:5

**significant**
  299:18
  337:9
  521:8,10

**significantly**
  305:18

**SILC** 481:14

**silk** 428:12
  482:1

**similar**
  281:23
  285:24
  286:1
  287:9
  288:20
  377:3
  428:12
  525:3

**simple** 402:7

**simply**
  426:21
  462:21
  465:20

**simultaneous**
  491:17

**single**
  308:12
  330:7

**sir** 279:6,
  12,14
  280:2,6
  281:12,23
  282:14
  283:11,17
  284:11

285:18,20
286:12,23
287:15,20
288:9
289:3,6,
14,18,22
290:3,14,
19,22
291:3,23
292:1,5,15
294:6,12,
24 295:9,
15,21
296:5,7,9
297:5,9,
13,18,20,
21 298:4,
21,22
299:21,25
300:20
301:10,24
302:5,7
303:3,11,
15,21
304:8,17
305:6,10,
15,20
306:6,12,
16,20
307:1,8,
12,14,20
308:3,10,
14 309:23
310:1,7
311:10,14,
18,23,24
312:9,14
313:18,24

314:3,8
315:3,13
316:7,15
317:5,13
318:19,24
319:7
321:16
323:8,13,
16 324:3,
11,15
325:14,25
327:7
328:3,12
329:1,14
331:18
332:16
333:5
334:2,4,12
335:25
336:17,20,
23 337:25
339:16,19
340:16
341:24
342:23,25
343:15,22
344:18,24
345:25
346:16
347:13,22
349:16
350:16
351:8,23
352:21
354:18,24
355:1,22
356:1,6,
11,15

357:9
358:1,15,
23,25
359:10,14
360:8,10
361:1,18
362:22
363:5,18
365:22
367:3,11,
16 368:22
369:3,15,
21 370:2,
6,22
372:10,21
373:5,11,
19,22
375:10,21
376:16
377:11
378:22,25
379:23
381:6,11
383:21
384:2
387:9,17,
23 388:16
389:5,14
390:8,15,
25 391:7,
20 392:4,
24 393:2,8
394:1,15
396:7
397:3,5
398:2,10,
15 399:3,5
400:5,9

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

401:3,11
402:4
404:6
405:2,7
406:25
407:6,13
408:24
409:11
410:16
412:14
413:20
414:4,13,
17,22
415:4
416:3,7
417:13
418:7,15
419:14,19
422:17
423:5,8,
10,25
425:2,6,16
426:2
427:3,7
429:19
430:8,12,
18 431:24
432:4,10,
18 433:20,
23 434:6,
19 435:14,
20 437:1
438:23
439:25
440:13
441:3,10,
15 442:1,
12 443:16

445:3,6
446:8,25
452:3,12
453:18
455:24
459:5,17,
23 460:16
461:2
462:14
463:2
464:16,24
468:16
469:1,5,
15,17
470:6,19
471:9
474:1
476:21
477:12
478:4,7,24
483:3,5,
13,18
486:5,9
487:12
488:6,21
491:1
494:16,18
495:24
496:3
499:1
501:13
502:6,13,
21 505:5,
16,22
506:6,12,
18 507:4
508:2,7,8,
18,21,24

509:3
510:1,10,
16,20
512:6
513:5,20
514:24
515:4,11,
14,18
516:5,8,
11,13
517:12,21
519:13,16,
20 520:16
521:6
522:8
523:1,7
524:2
525:17,25
526:6
528:4,7
529:4,7,
16,20
531:5,13,
22 533:4,
21,23
534:1,3,
19,24
535:19
536:7
539:5
540:7
541:11,15,
20 542:4

**sit**  309:17
436:4
481:23

**site**  350:2

399:14
408:21
424:25
432:2
435:18
436:6,10,
13

**sites**  325:20
326:3,14,
21 429:3
430:21
431:2

**sitting**
513:2
528:5
532:25

**sixth**  453:15

**skill**
389:14,15
427:4
512:24

**skin**  400:25
401:7
402:1
403:21,22
405:11

**skip**  298:23
305:22
383:13
400:22
405:13

**skipped**
535:6

**skipping**
310:19

449:24
535:23

slide  366:25
367:13
369:2
370:4
371:24
372:6,9,12
373:7,25
374:16
422:13
423:11
424:1,2,7
441:25

slides
368:16
381:4

slideshow
410:14
449:8

Slightly
445:3

slowly  301:2

sludge
435:16
451:25
541:23

small  318:9
405:22
506:22
530:5
541:15

smallest
404:21
405:9

smart  524:19

Smartstrand
533:8,9,10
534:2,4,8,
17,23

smoking
403:9

snapshot
346:3

societal
377:10,12,
19 379:17

soil  299:20
353:16
425:19
432:8
436:6
501:12
502:5,15
510:5
520:6
521:22
525:21
528:23
534:14

soil-retardant
534:17
535:5

soil/stain
527:24

soils  528:25

sold  346:4
372:13

solely

541:25

solid  277:13
374:24
375:9,15
401:18
449:25
454:17
538:25
539:1,7
541:13,18
542:1

solids
372:13
449:21
454:12

solution
495:13

somebody's
484:16

Sorona
525:19,20
526:2
533:12
534:13

sort  365:2
368:9
383:4
402:11
410:14
425:3
449:8
517:5

sorted
339:10
340:15

sorts  289:5

sound  337:10
347:11
351:21
353:4,9

sounds
337:12
431:16

source
438:18

sources
430:3,21
434:7

speak  371:16
377:5
378:23
541:3

SPEAKER
328:18
340:7
356:24
424:4
539:21

speaking
301:2
407:8
520:10

species
430:6,14

specific
319:9
334:23
335:7
350:13
374:16

429:3
432:2
435:17
480:15
501:7,8

**specifically**
311:23
319:12
339:12
398:17
496:13

**specifications**
349:7

**specificity**
505:13

**speculate**
330:7

**speculating**
438:3

**speculation**
467:17,20
490:1
494:7

**spell**   333:4

**spelling**
333:10

**spend**   500:22

**spent**   347:18

**spill**   507:3,
5,19  508:1
509:11,16,
18,23
512:13
513:16

514:13
517:5,17,
18  518:4,
11

**spillage**
311:20

**spilled**
507:7,8,23
513:8

**spills**
306:11,13
517:8
518:15

**spirit**
434:15

**Splash**
313:25

**spoke**   478:10

**spray**
401:15,16,
17  403:20
510:11,14,
15  520:11

**spreadsheet**
339:4,10

**spring**   412:7
448:24
449:12

**spun**   335:4

**SR**   283:12,
13,16

**SR-SPRAY**
283:16

**SR3**   283:16

**stable**
385:11
386:5

**stain**   290:6
353:8,12,
16,20
356:9
414:10
416:19
417:1,4,6
501:14,15
502:3,8,9,
11,12
507:10
511:2

**Stainmaster**
349:13
465:14

**stamp**   293:25
390:14

**standard**
482:7
489:17

**standards**
346:10
481:18

**stands**
481:14

**Star**
335:14,16

**start**   279:2
376:8
395:10
412:16

485:10
525:18

**started**
283:5
337:23
338:2
534:20

**starting**
280:4
306:10

**starts**
346:18
361:2
411:18
431:23

**starving**
407:21

**state**   387:19
468:14
505:9
517:6
523:15

**stated**
325:10
419:20
421:12
485:11,21
486:24

**statement**
331:13
352:19
356:10
379:16
390:22
416:13

418:11
419:3
460:15
471:11,12
527:14,22
528:6
529:1

statement's
530:10

statements
294:19,20
295:2
304:13
309:21
310:10
331:24

states
298:24
346:5
354:1,21
357:24
362:15
363:6,12
412:6
420:19
423:14
445:11,24
448:23
458:8
462:17
468:20

status  370:4
411:3
412:7
448:13,20

stay  484:16

steam  324:21

steamer
511:1,3

steel  460:21

Steelworkers
459:20
460:11,20
462:17
473:17,25

steer  295:6
375:3

stem  524:5

stepped
458:12

steps  423:21

stern  524:5

stewardship
522:7,12
523:3,11

sticker
413:22

stint  494:21

stop  300:15
387:8

stopped
281:25
282:4
336:2
531:16

stopping
299:10

storage
303:8

storm  312:17

Stormwater
509:2

straightforward  466:22

strangely
343:18

strategic
481:13

stream
435:16

streams
440:24

strictly
334:14

strike
359:16
391:25
417:15
432:22
459:15
468:1

strong  337:6

structure
481:4

struggle
451:11

studies
310:12
345:3
430:5
440:16
441:1,5
446:11,13,

14,24
467:5
474:20

study  355:18
433:6
450:19
455:5
465:9
485:12,13,
21

stuff  320:8,
22 382:21
390:5
451:14
479:4
483:7
502:8
511:15

subcommittee
481:17

subcommittees
481:16

subgroup
422:14,19
423:13
424:16
482:23

subject
389:13
398:6
458:2
466:10
492:1
496:2
519:11

subjective
    484:14

subjects
    320:1
    480:22

submitted
    411:4,5
    442:10
    448:13,14

subsequent
    373:25

subset
    422:22
    428:14
    481:11

substance
    305:17
    346:24

substances
    346:4,19,
    22  355:18

success
    475:25

successfully
    349:6
    350:6

suggest
    291:9,11
    292:25
    341:2
    422:22

suggested
    429:16
    532:21

suggesting
    406:13

suggestions
    399:20,23

suggests
    306:6
    458:20

summaries
    294:3
    296:15
    342:2,7

summarizes
    346:7

summary
    345:24
    390:17
    408:20
    412:6
    444:3
    448:20

supervisor
    351:2,7

supplied
    319:16
    337:16
    397:15
    408:21

supplier
    302:3
    307:25
    336:11,12
    337:9
    380:6
    389:8
    396:6

supplier's
    336:4

suppliers
    316:23
    321:2
    331:14
    342:24
    350:5,7
    389:5,16
    391:21
    396:9,21
    427:6
    440:20
    441:10
    476:14
    478:11,14
    526:3
    531:15
    532:21

supply
    335:24
    367:20
    373:17
    387:8
    418:4
    419:11
    421:8
    450:1
    453:9

supplying
    396:18,21
    469:2,3

support
    429:9,21

supporting
    328:9

supposition
    324:24

surface
    361:24
    362:18
    363:14
    425:18
    432:8
    455:19

surfaces
    401:18,23
    405:6

surfing
    300:15

surprise
    357:2
    450:13
    484:6

surprised
    536:21
    537:6

surprising
    450:7

surprisingly
    449:24

suspect
    376:14
    472:7

suspected
    309:24
    347:1,5,8

sustainability
    355:6
    536:11,16

swear   276:16

switch   496:4

sworn
277:20,24

system
312:15
431:9
489:17
505:12

systems
306:15
489:18

**T**

tab   461:17,
18,19
468:3,4
472:13,21
497:16
508:10
514:6,10
518:22
524:22
535:23

table   343:19
452:15
453:9
455:20
456:12

tabs   322:14
340:11

takes   310:5

talk   331:20
332:22,24

345:20
371:8
387:19
396:19,25
437:12
457:4
485:17
489:1
498:19,20
499:5
500:18
504:25
514:12,20,
21

talked
285:24
286:13
291:22
295:13
304:11
350:12
355:17
414:23
428:12
430:9
432:19
460:5
469:25
475:17
485:14
486:21
512:4
514:25
522:9

talking
294:25
303:25

304:2
313:23
324:20
334:11
347:18
365:6
369:18,19
378:19
388:6
392:5
396:25
397:1,6
401:15
417:11,12
427:5
434:1
439:21
440:7,8,11
459:25
462:25
471:20
472:5
483:10
485:11,12,
23  501:20
502:7,9
519:15
521:25
522:23
530:19
534:13
535:4,10
537:22,23

talks   324:17
400:23,24
404:19
421:3
425:4,11,

17  428:16
439:19
441:13
442:9
474:21
475:8

tall   280:18

tank   520:13

target   298:9
349:9,11

task   369:6

tasks   368:25
373:25

team
376:12,23
377:1

tech   307:5

technical
327:5
350:1,2
422:14,19
428:16,25
433:19
435:10
480:25
481:19
482:4
494:15,20
495:1,5,
11,20

technologies
527:25

teens   284:9

telling

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

320:8,21
395:24
414:20

tells
312:20,21

telomer
422:13,18,
21,23
423:15,17
429:5
431:1,2
439:20,24
440:3,7
441:9,23
523:24
524:11,17,
18

telomers
430:22

temperatures
487:5

tempered
312:21

ten   407:1

ten-minute
363:19

tenth   406:25

tenure   379:9
494:24
496:14

tenured
379:7

term   308:15
368:8,14

418:25

terminology
377:3
396:10

terms   321:11
322:6
331:22
332:17
339:20
368:4
445:5
481:22
498:15,17,
24 499:25
500:4

test   305:18
348:13
349:10
350:19
357:5
430:21
432:6,7,21
440:15
455:8,14
456:13,21
512:18,20
513:12,14
514:4

tested
346:6,23
348:5
354:6
456:16
509:6,10
512:16,17

testified

286:21
299:11
307:16
311:12
314:7
319:15
329:8
350:11
370:14
469:22
487:23
540:9

testify
314:9
330:5
437:20
491:24
498:2,5

testimony
281:24
294:11
299:22
304:6
314:6,24
320:6,20,
25 329:8
350:10,13
362:17
384:13
410:15
432:15
449:8,10
460:2
476:9
487:19
501:1

testing

305:13
347:25
348:3,20,
23,25
349:1,2
350:15
351:4
352:15
354:12,13,
15,16
355:16
356:17
357:14
359:1,16,
19 416:21
429:14,18
432:22
458:11
459:4,6
485:23
486:20
492:25
493:2
507:25
508:4,7
509:5
537:24

tests   346:7
349:18
430:25

Textile
277:4

TG   537:17

TG-2211
286:11

TG4702A

282:17

TG581   282:24

TG591D   286:3

thing   312:15
 362:14,15
 390:20
 395:25
 476:20
 541:23

things
 291:12
 298:9
 312:23,25
 317:16
 321:13
 365:2
 389:6
 397:12
 460:1
 480:5
 485:6,8
 520:24
 523:11
 539:4

thought
 297:1
 336:9
 419:24
 448:6
 516:21
 536:23

thoughts
 536:19

thousand
 289:8
 290:20

532:3

throw   473:6

TIC   428:25

tie   479:19

tile   352:7

time   276:13
 283:4
 284:6,21,
 22 285:1,
 23 286:14
 287:7
 288:9
 290:2,9
 292:1
 294:17
 302:14
 313:9
 319:14
 320:1
 324:18,23
 327:3
 328:6
 329:5
 330:12,21
 331:4
 332:13
 334:15,16
 335:1,8
 337:7,8,19
 338:18,25
 343:4
 344:4
 345:22
 347:18
 348:16,17,
 21,22

349:10
357:11
363:22
364:4
371:11,19,
21 373:16
378:7,16
379:2,5,
18,23
380:2,9,16
382:19
383:3,23
384:4
385:7
387:10
388:24
394:15
396:7,16
402:17,24
403:3
404:1
406:17
409:7,24
410:7
412:21
413:4,9
414:19
416:24
417:16,21
419:16
420:23
421:16,21
422:21,24
426:15
427:1
428:11
429:12
431:6,17,

18,22
432:11
436:2
440:9
444:13,25
445:21
446:24
447:10,17
452:5
453:6
454:3,23
458:13
459:7
460:10
462:13
466:21
467:13,22
469:4
474:17
475:4,15
479:7,15
481:5
484:18
485:9
494:11,24
495:5,9,
11,13
500:22
502:21
504:1,7,15
514:15,16
518:10
525:12
526:12
529:2,3,25
530:17,18,
23 531:1
532:7,15

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

536:13,21
538:10,17,
22 542:16

**times** 322:4,
6 338:13
348:15
397:2,6
490:14
495:2
500:25
523:7

**tip** 403:20

**title** 343:7
376:10
411:2
422:12
424:2
439:8
448:11
477:3

**titled** 370:4
443:17
445:10
477:5

**today** 278:3
309:18
332:16
335:5
336:25
338:5
341:1,7
351:9
353:21
365:25
373:23
416:10

466:2
481:7
482:9
513:2
520:20
528:5
532:25

**Today's**
276:12

**Todd** 470:16

**told** 288:6
302:6
312:22
319:11
321:4
349:12
360:1
405:16
484:5
493:20,22
507:17
510:13
516:17
524:8,9,12
530:1
531:16
533:17
535:22

**Tom** 519:21,
23

**tone** 394:16

**tonnage**
541:25

**tool**
426:17,19

**top** 278:16
289:13
296:1,15
297:11
309:20,22
326:24
351:12
383:15
384:18
392:7
433:25
451:19

**topic** 437:16
497:18,20,
21 498:6
499:22
539:18
540:3
542:2

**topically**
510:11

**topics** 330:6
345:7
364:25
441:11
490:2,4

**total** 346:22
356:2,16,
19 359:11
449:22

**totally**
515:6

**tote** 299:17
315:5
521:15

**totes**
314:19,25
521:15,21

**touched**
347:16
482:24

**toxic** 346:3
347:5
445:15
446:16
515:20

**toxicity**
443:19
446:11,13,
16,17
515:16

**toxicological**
306:18,23,
24 388:10

**toxicology**
388:17
440:25
466:8

**toxological**
389:3

**trace** 405:22
465:5
478:15
521:25
522:1
526:3,15
529:13,19,
23 531:9,
13,20
532:16

533:1,5
535:11

track   511:23

tracked
  511:17

tracking
  488:15

trade   301:23
  302:1

traditional
  358:8

transferred
  430:23
  431:8
  474:25
  513:9

transition
  383:14

transitions
  319:24

transport
  368:9,12,
  13 369:12
  370:1
  491:24
  539:15

travel
  318:10

treat   486:25
  488:20
  489:20,23

treated
  307:24

treater
  488:5

treating
  487:10,14
  488:4,11
  489:11

treatment
  312:5
  316:3
  318:6
  324:23
  370:8,13
  417:5
  451:25
  488:19
  520:6

treats   489:3

trend   377:19

trends
  377:10,12
  379:17

trialed
  299:16

tributaries
  361:15

tributary
  360:18

Triexta
  533:12,19

trillion
  355:21,25
  357:3,4
  359:4,9
  530:8

532:5,8

trough
  520:23

troughs
  509:20

TRP   442:18

Truck   509:2

truckloads
  541:3

true   352:20
  356:13
  365:25
  366:1,11
  372:19
  381:1,2
  385:7,8,22
  386:1,6
  387:3,8,16
  388:7,8
  389:25
  391:4,12,
  14 392:23
  393:22,23
  395:7,8
  396:23
  397:12,16,
  17 402:3
  403:15,16,
  23,24
  404:10,12,
  23 405:11,
  23,24
  407:9
  415:8,9
  416:6
  418:1,2,

18,19
  420:1,2,5,
  9,10
  421:1,2,
  22,23
  423:3
  426:1
  428:3,4,
  22,23
  429:21
  430:11,14,
  15 431:9,
  23 432:13,
  14,17
  433:9,10,
  14,15
  434:24
  436:13
  437:9
  442:15,16
  443:15
  444:1,13,
  14 445:21,
  22 446:24
  449:12
  451:9
  453:17
  454:3
  459:4
  460:14
  462:9,13,
  21 465:20
  466:4
  469:10
  474:4,5,8,
  17 475:5,
  15,19,20
  476:5

480:13
529:1

trust    408:3

TSDS    317:10

Tuesday
415:25

tumor    446:19

tune    484:16

turn    303:7
309:20
360:9
371:23
515:22
519:10
524:22
525:12
527:24
533:7

turned    276:4
330:24
331:2
338:21,24
363:25
364:3
410:2,5
412:24
413:2
447:13,16
479:10,13
538:13,16
542:19

TV    300:16

TWG    423:12
424:16

two-page
473:9

type    278:12
284:16
294:13
297:25
302:10
310:3
314:22
316:16
324:25
349:15
355:4
358:16
366:17
388:5
396:4
400:3
406:9
417:20
421:9
449:9
462:24
463:18
464:13
467:11
476:20
530:3
541:23

types    320:1
446:20

typical
289:18
380:22
400:1
435:3

typically
349:25
450:25

—————————
U
—————————

U.S.
351:17,19
372:13
430:5
468:24
469:12

UGA    485:11,
12,21
486:6

Uh-huh
424:24
452:17
459:1

ultimate
368:7

ultimately
401:21
405:4
490:18
509:13

umbilical
474:23

umbrella
369:24

unanimous
429:24

unaware
371:5,6
381:20

449:11

unborn
309:25

uncertainty
444:7

underneath
382:6
424:2

understand
299:14
304:14
313:1
317:23
333:25
340:21
367:10
371:11
373:12
377:18
378:16
396:16
424:20
432:15
441:23
442:4
449:7,10
466:3
467:23
473:22
474:15
478:5,9
482:10
522:18
523:8
524:19

understanding

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

282:13
306:4
335:12
336:8
368:4,9
371:9
373:14
379:18
382:24
383:5,10
385:1
388:11
402:16
419:16
424:15
452:5
489:9,10
496:17,22
499:1
500:3
509:15
515:9

understood
291:13
316:23
334:22
335:23
388:5
418:20
444:11
450:15
460:24
476:15
500:17
507:7

undertake
432:16

undertaken
483:24

undertook
383:9

undesirable
402:16

unexpectedly
445:14

unfair   330:9
487:24

UNIDENTIFIED
328:18
340:7
356:24
424:4
539:21

Unidyne
282:17
286:3

unintended
529:10
530:16

union
473:17,25

unit   334:20

Unitary
353:7

United   346:5
362:15
363:6,12
462:17
473:16

University
344:20,21,

22 345:1,
21

unknown
404:2

unmarked
447:3
448:5

unnecessary
390:18

unreasonable
475:10

unsafe   390:5
531:15

untenable
471:17
472:4

update
477:4,15

updated
385:16

upper   289:19
292:3

urethane
302:10

urge   474:10
475:24

usage
294:18,20
295:1
315:16

USEPA   325:20

user   424:25

users   388:1

USW   462:17,
20

utilities
304:5
308:5
325:4
327:24
370:18
379:3
435:15,24
438:16
478:25
480:6,11,
13,18
486:7
487:6,10,
14 488:3
489:2,3,
10,22
490:13,21,
24 491:9
492:8
493:19,23
496:8,15
497:10
517:18,25
521:1,4,5

utility
304:5
318:7
479:24
517:20
518:6,11

---

**V**

---

validate
  349:3
  389:16
  431:13
  461:3
  478:14

van  345:18

Vangeldren
  393:10,16,
  17,20

variation
  284:17,18

variety
  279:10
  446:15,19
  472:2

Veen  345:18

vendor
  325:16

vendors
  310:10

verbatim
  487:18

verification
  360:5

verify
  282:19
  287:23,25

versa  395:7

version
  324:21

360:4

versions
  284:3
  537:11

versus
  276:10,11
  378:17,18

vice  333:15
  395:7
  397:19

video  276:3
  330:23
  331:1
  338:20,23
  363:24
  364:2
  410:1,4
  412:23
  413:2
  447:12,15
  479:9,12
  538:12,15
  542:18

Virginia
  469:24

visit  396:5
  399:17
  409:6

visited
  399:18

visits
  396:9,22
  397:11
  398:7,17
  399:2

408:21
  409:10

volume
  369:10

voluntarily
  458:11,14
  469:12

volunteer
  458:21
  482:8

voted
  429:11,22,
  23

Vrije
  344:20,21

---

**W**

---

wait  471:15

wanted
  295:22
  297:1
  350:18
  361:5
  371:7
  384:12
  401:14
  406:22
  410:22
  467:25
  468:1
  483:14

wanting
  332:22

War  364:16,

17 484:20,
  21

warn
  474:11,16

warrant
  327:25
  328:10

warranty
  349:14

washing
  403:7

waste  277:13
  303:18,19
  304:2,7
  307:9
  310:21,22
  318:20
  358:22
  438:17
  451:24
  505:10
  538:25
  539:1,7,
  11,18
  540:6,18,
  20,21,24
  541:2,4,8,
  12,13,14,
  18,21,22,
  25 542:1

wastewater
  304:3,4
  308:2,4,9
  312:5
  316:2,25
  317:4

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

318:11
320:9,23
321:6,13,
16 328:17,
25 329:4
331:10,17
347:20
370:8,13,
18 425:11
432:7
451:24
478:19
479:25
480:4,13
487:1,11,
15 488:4,
6,12,19,22
489:3
492:8
505:10,12

**wasting**
313:9

**water** 299:20
306:15
312:17
314:21
322:8
366:19
375:14
414:10
425:18
432:8
436:16
438:5,6,9
453:2
454:12,16
455:19

456:13,18
516:1,10,
24 517:8,
9,13,18,
20,25
518:5,11
520:24

**waters**
361:24
362:1,18
363:14
517:6
523:15

**wear** 314:10
315:2

**Webb** 527:12

**website**
301:13,14
357:23
416:9

**week** 348:15
471:12

**weekend**
519:12

**weeks** 442:11
448:9

**Weitz** 276:24

**Weldlok**
353:6

**wells** 436:16

**Weppner**
393:7

**West** 469:24

**whatsoever**
321:2
433:12

**whichever**
309:7
364:14

**Whitfield**
277:13
316:12,14
339:13
340:19
358:14
538:24
539:11
540:19,20
542:1

**Whitlock**
276:18
277:14,17,
23 280:22
281:8,13
282:7
288:13
289:24
291:6
293:5,9,
13,17,23
294:7
300:8,18,
22,25
301:5,11
304:21
305:23
306:2
308:16,21
309:3
311:2,7,11

312:6,18
313:11,19
314:23
315:19,22
317:20,24
318:3,12
320:16,24
321:8,21,
25 322:11,
13,15,19,
24 323:5
326:8,17,
22 328:23
330:18
331:6
338:12,16
339:2
340:4,9,
12,13
342:12,17,
20 357:1
361:21
362:23
363:19
364:6

**widely**
446:10

**widespread**
368:6
430:4

**wildlife**
430:6,14
445:17

**Williams**
277:18,19
278:1
288:18,23

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

293:23
301:7
304:24
306:4
311:7
312:19
318:3
321:1
323:1
328:4
331:7,19
339:3
340:14
343:2,24
359:22
364:6,13
365:19
376:5
377:1
381:3
384:15
387:20
392:1
395:17,21
406:23
408:13
410:10
413:7,17
415:19
428:6
429:25
432:1
433:17
443:12
446:9
447:22
462:2
473:6

479:18
484:17,24

wing 471:16
472:4

withdrawing
418:18
419:10

Wood 323:11
326:2,6
328:8
329:6,21
330:12
427:18
458:1
493:18,20
494:10
496:17,23

wooden 352:5

word 343:25
520:19
524:15

words 298:7

work 342:6
371:3
401:23
405:6
433:1,2
437:5
440:24
457:5
469:13
481:11,12
482:2,3,7,
9 504:4
507:6

worked
345:18
497:4,7,9

worker
399:21
460:21

workers
310:15
314:10,15
400:15
402:3,12,
19 511:22

working
316:22
323:22
325:9
422:21,23
439:21
442:18
481:16

works 316:3
519:23,24
536:10

world 351:15
398:18
445:18
453:24
454:2

worn 314:15

worried
380:17

wrap 331:7
479:4

wrapped
363:21

write 293:19
516:18

writing
460:17
480:7

written
322:9
347:13
360:5
417:9
460:20
480:16

wrong 347:11
366:6

wrote 475:8
516:4

WSR-XF 299:6

_____

Y

y'all 280:24
288:21
336:24
342:14
367:4
407:18
498:15
500:3,6
504:20

Yarbrough
379:1
382:17,18
394:3,14
397:18
398:4,25
399:7,8

Case 4:20-cv-00008-AT    Document 935-8    Filed 08/18/22    Page 367 of 367

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
30(b)(6)          Jim Williams Vol. II on 07/02/2021       Index: Yarbrough's..Zoom

409:13
427:25
434:1,2
494:11
496:12,13
497:4

**Yarbrough's**
399:13

**year** 294:3
295:12
296:14
297:14
371:25
372:4
397:2,4,6,
11 425:13

**years** 279:24
284:7
330:8
331:22
337:8,14,
17 345:3,
18 346:25
373:21
428:22
431:22
436:3
440:2
441:17
464:17,25
467:6
481:5,6,19
483:4
534:7,9,11

**yesterday**
286:21
288:4

290:4
304:12
308:7
317:14
332:10
336:9
347:18
350:9
365:1
389:12
457:1
459:21,22
460:2
464:8
476:9,11
485:10,13,
15 486:10,
13,24
487:18,24
493:1,17
510:3,24
511:6
521:24
522:6
533:17
536:20

— **Z** —

**Zobel** 392:14
393:6

**Zobel/weppner**
392:19

**Zoom** 277:15
360:4
448:6
542:11,13