IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON** individually, and on Behalf of a Class of persons similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**3M COMPANY, et al.**,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:20-cv-00008-AT<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff and Defendant Tarkett USA Inc. (collectively "the Parties") hereby move the Court to enter the Consent Decree filed herewith, and in support thereof state as follows:

1. On August 25, 2022, the Parties filed a Joint Notice of Lodging of Proposed Consent Decree [Doc. 941] and a Proposed Consent Decree [Doc. 941-1] in order to provide the Court with notice of the Parties' proposed settlement.

2. Also on August 25, 2022, Plaintiff served a copy of the Proposed Consent Decree on the Department of Justice ("USDOJ") and the Administrator of the United States Environmental Protection Agency ("USEPA").

3. On September 12, 2022, as required by 40 C.F.R. 135.5(b), Plaintiff filed a Notice of Service of Proposed Consent Decree [Doc. 963], demonstrating service of the Proposed Consent Decree on both USDOJ and USEPA. As shown in Exhibit A thereto [Doc. 963-1], USDOJ determined that the 45-day review and comment period ended on October 10, 2022.

4. On September 27, 2022, USDOJ provided the letter attached hereto as Exhibit 1 to counsel for the Parties, confirming that the United States has no objection to the entry of the Consent Decree by this Court. As requested by USDOJ, and to ensure that the government's position is on the public record, the Parties file USDOJ's letter herewith.

Now that USDOJ has completed its review of the Consent Decree, and has no objection to its entry, the Parties respectfully request that the Court enter the Consent Decree filed herewith as expeditiously as possible.

This the 28th day of September, 2022.

/s/ James S. Whitlock
James S. Whitlock (*phv*)
Gary A. Davis (*phv*)
DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue, Suite 206
Asheville, North Carolina 28801
Telephone: (828) 622-0044
Fax: (828) 398-0435
jwhitlock@enviroattorney.com
gadavis@enviroattorney.com

/s/ John W. Scott
John W. Scott (*phv*)
Christian C. Feldman (*phv*)
SCOTT DUKES & GEISLER, PC
211 Twenty-Second Street North
Birmingham, Alabama 35203
205-251-2300
jscott@scottdukeslaw.com
cfeldman@scottdukeslaw.com

| | |
|---|---|
| Hirlye R. "Ryan" Lutz, III *(phv)*<br>F. Jerome Tapley *(phv)*<br>Brett C. Thompson *(phv)*<br>Nina Towle Herring *(phv)*<br>R. Akira Watson *(phv)*<br>CORY WATSON, P.C.<br>2131 Magnolia Avenue South<br>Birmingham, Alabama 35205<br>Telephone: (800) 852-6299<br>Fax: (205) 324-7896<br>rlutz@corywatson.com<br>jtapley@corywatson.com<br>bthompson@corywatson.com<br>nherring@corywatson.com<br>awatson@corywatson.com<br><br>Ryals D. Stone (GA Bar No. 831761)<br>William S. Stone (GA Bar No. 684636)<br>THE STONE LAW GROUP –TRIAL LAWYERS, LLC<br>5229 Roswell Road NE<br>Atlanta, Georgia 30342<br>Telephone: (404) 239-0305<br>Fax: (404) 445-8003<br>ryals@stonelaw.com<br>billstone@stonelaw.com<br><br>*Attorneys for Plaintiff* | */s/ Michael J. Sullivan*<br>Michael J. Sullivan<br>GA Bar No. 142203<br>Brendan H. White<br>GA Bar No. 458316<br>WOMBLE BOND DICKINSON (US) LLP<br>271 17th Street, NW, Suite 2400<br>Atlanta, Georgia 30363<br>(404) 872-7000 – telephone<br>(404) 879-2940 – fax<br>michael.sullivan@wbd-us.com<br>Brendan.white@wbd-us.com<br><br>*Attorneys for Defendant Tarkett USA Inc.* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Norther District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF CONSENT DECREE** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 28th day of September, 2022.

<u>/s James S. Whitlock</u>