# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **JARROD JOHNSON** individually, and on Behalf of a Class of persons similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**3M COMPANY, et al.**,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:20-cv-00008-AT<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Plaintiff and Defendant Polyventive LLC (collectively "the Parties") hereby notify the Court that they are lodging the proposed Consent Decree filed herewith for the purpose of providing notice of the proposed settlement of this matter to the Attorney General of the United States ("Attorney General") and the Administrator of the United States Environmental Protection Agency ("Administrator") as required by Section 505(c)(3) of the federal Clean Water Act ("CWA"), 33 U.S.C. § 1365(c)(3).

A copy of the proposed Consent Decree was sent to the Department of Justice, Citizen Suit Coordinator, via email, on October 11, 2022. A copy was also sent to the Administrator via certified mail, return receipt requested, on October 11, 2022.

Pursuant to 40 C.F.R. § 135.3, Plaintiff will notify the Court of the dates of service of the proposed Consent Decree on the Attorney General and the Administrator.

The attached proposed Consent Decree has been signed by the Parties and will, pursuant to its terms, fully resolve this litigation as to the Parties upon entry by the Court. The Parties respectfully request that the Court not sign the proposed Consent Decree at this time. Instead, the Consent Decree should remain lodged until after the statutory 45-day period for review by the Administrator and the Attorney General has passed, or until the Attorney General informs the Court that it has completed its review. At such time, if the Court finds the Consent Decree to be fair, reasonable, and in the public interest, the Parties respectfully request that the Court enter it as expeditiously as possible.

This the 11th day of October, 2022.

| | |
|---|---|
| /s/ Gary A. Davis | /s/ David M. Moore |
| Gary A. Davis (*phv*) | David M. Moore (Georgia Bar No. 518830) |
| DAVIS ATTORNEYS, P.C. | Earth & Water Law, LLC |
| 21 Battery Park Avenue, Suite 206 | 1230 Peachtree Street, NE, Suite 1900 |
| Asheville, North Carolina 28801 | Atlanta, Georgia 30309 |
| Telephone: (828) 622-0044 | David.moore@earthandwatergroup.com |
| Fax: (828) 398-0435 | Telephone: (404)245-5421 |
| gadavis@enviroattorney.com | |

Hirlye R. "Ryan" Lutz, III *(phv)*
F. Jerome Tapley *(phv)*
Brett C. Thompson *(phv)*
R. Akira Watson *(phv)*
CORY WATSON, P.C.

2131 Magnolia Avenue South
Birmingham, Alabama 35205
Telephone: (800) 852-6299
Fax: (205) 324-7896
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@corywatson.com
awatson@corywatson.com

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Fax: (404) 445-8003
ryals@stonelaw.com
billstone@stonelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **JOINT NOTICE OF LODGING OF PROPOSED CONSENT DECREE** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 11th day of October, 2022.

<em>/s/ Gary A. Davis</em>