IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON,<br>individually, and on Behalf of a<br>Class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY; et al.,<br><br>    Defendants. | Civil Action<br>File No.:   4:20-cv-00008-AT |

**RULE 26(A)(2) SUPPLEMENTAL DISCLOSURE STATEMENT OF DALTON WHITFIELD REGIONAL SOLID WASTE AUTHORITY**

COMES NOW Defendant Dalton Whitfield Regional Solid Waste Authority, by and through its undersigned counsel, and hereby supplements its initial disclosures pursuant to FED. R. CIV. P. 26(a) and (e) as follows:

(6)   Provide the name of any person who may be used at trial to present evidence under rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P.26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

**Response:**   Shrawan Singh, PhD, PE. See Attachment B.

This 2nd day of December, 2022.

- 2 -

        Goodman McGuffey LLP
        Attorneys for
        Dalton Whitfield Regional Solid Waste Authority

By:   */s/ Stephanie F. Glickauf*
        STEPHANIE F. GLICKAUF
        GA State Bar No. 257540
        sglickauf@GM-LLP.com
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        (404) 264-1500 Phone
        (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY; et al., <br><br> Defendants. | Civil Action <br> File No.:  4:20-cv-00008-AT |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed **Dalton Whitfield Regional Solid Waste Authority's Rule 26(A)(2) Supplemental Disclosure Statement** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 2nd day of December, 2022.

/s/ Stephanie F. Glickauf
STEPHANIE F. GLICKAUF
GA State Bar No.  257540
sglickauf@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax

1950-0039/Doc ID #7631518