Johnson v. 3M Company, *et al*.

ATTACHMENT B to Defendant DWSWA's Initial Disclosures

The following expert witnesses may be used at trial by Defendant Dalton Whitfield Regional Solid Waste Authority ("DWSWA") to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

**Shrawan Singh, PhD, PE**
**Senior Project Professional for Stearns, Conrad and Schmidt Consulting Engineers, Inc.**
**3175 Satellite Blvd, Building 600, Suite 100**
**Duluth, GA 30096**
**(678) 319-9849**

Mr. Singh's Report is attached hereto.

Defendant DWSWA will supplement these disclosures as required under Fed.R.Civ.P. 26(e)(2) once a determination has been made as to expert witnesses which will be used at trial.

# Old Dixie Highway Municipal Solid Waste Landfill – Phase 6

## Operational, Environmental Monitoring, and Compliance Evaluation

Expert Report by
Shrawan Kumar Singh, Ph.D., P.E.

## SCS ENGINEERS

09222132.00    I         December 01, 2022

3175 Satellite Blvd.
Bldg 600, Suite 100
Duluth, GA   30096
678-319-9849

# Table of Contents

Section                                                                                                                    Page

Introduction ........................................................................................................................................4
Summary of Opinions...........................................................................................................................4
Landfill Design, Operations, Monitoring, and Compliance Evaluation ...........................................7
    Background ......................................................................................................................................7
    Design and Operational Plans.......................................................................................................7
    Waste Collection, Characteristics, and Disposal.........................................................................9
    Leachate Removal and Management........................................................................................... 11
    Leachate Discharge Characteristics ........................................................................................... 12
    Groundwater Monitoring............................................................................................................. 16
        Groundwater Monitoring Requirements ............................................................................. 16
        Groundwater Monitoring Plan and Quality Evaluation ...................................................... 16
    Surface Water Monitoring............................................................................................................ 19
    Landfill Gas Collection and Control.............................................................................................. 20
    Subsurface Landfill Gas Migration Monitoring........................................................................... 20
    GA EPD's Compliance Evaluations.............................................................................................. 20
Limitations............................................................................................................................................ 21
List of Documents Reviewed .............................................................................................................. 22
        DWSWA Provided Documents ........................................................................................... 22
        SCS Collected Data .............................................................................................................. 28

## Figures

Figure 1.   Waste Disposal Areas at the Old Dixie Highway MSW Landfill................................................7
Figure 2.   Bottom Liner Cross-section View.............................................................................................8
Figure 3.   Annual Waste Disposal at the Facility Between 1997 and 2021...........................................9
Figure 4.   Waste Characteristics based on the Amount of Waste Disposed of in the Facility between 2002 and 2021 ....................................................................................................... 10
Figure 5.   Annual and Cumulative Leachate Disposal at Dalton Utility's WWTP Between 2005 and 2020 ...................................................................................................................................... 12

## Tables

Table 1.   Monitoring Frequency and Limitation on Leachate Quality Parameters for Leachate Discharged through Sewer Forcemain ................................................................................... 13
Table 2.   Leachate Quality Summary for the Parameters Required to be Analyzed in Accordance with Discharge Permit Q-010113-C Issued on January 1, 2013, September 1, 2014, and July 1, 2019....................................................................................................................... 14

Table 3.    Concentration of PFOA and PFOS Observed in Leachate Sample Collected from Cell 1A, Cell 1, Cell2, and Tank 4 on November 10, 2011 ............................................................ 16
Table 4.    Summary of Detected Groundwater Monitoring Parameters................................................ 18
Table 5.    Surface Water and Underdrain Monitoring Parameters ........................................................ 19

## Appendices

Appendix A    Curriculum Vitae Dr. Singh
Appendix B    Summary of Types of Document Reviewed and Associated Timeframe
Appendix C    Existing Conditions Site Plan

# INTRODUCTION

SCS Engineers (SCS) was contracted to provide expert opinions on operational practices, environmental monitoring, and compliance status of Phase 6 (hereafter referred to as 'Landfill') of the Old Dixie Highway municipal solid waste (MSW) landfill, owned and operated by the Dalton Whitfield Regional Solid Waste Management Authority (DWSWA). The Old Dixie Highway Landfill consists of other disposal areas that are collectively referred to hereafter as the 'Facility'.

Shrawan Kumar Singh, PhD, PE, Senior Project Professional at SCS performed this evaluation. Dr. Singh is a registered professional engineer (Georgia and Texas) with over nine years of experience as a project engineer and project/task manager for various aspects of solid waste management. Dr. Singh has worked on several projects involving design, permitting, and construction of MSW landfill liner, gas collection and control system (GCCS), closure design, leachate recirculation system, and leachate treatment system, and developing solid waste management master plan and recycling strategies for public entities. Dr. Singh has also worked on groundwater and soil contamination assessment and remediation plans for landfills, engineering support for a landfill experiencing a subsurface smoldering event, coal combustion residue (CCR) landfill and surface impoundments, and evaluation of post-closure care (PCC) performance of landfills, beneficial reuse of waste to energy bottom ash, and market analysis of waste materials and waste composition studies. Dr. Singh has provided technical support and engineering services to the Office and Research and Development (ORD) division of the US EPA on several projects and has published several peer-reviewed research and trade magazine articles. Dr. Singh's curriculum vitae is attached in Appendix A.

Dr. Singh is being compensated for this work at the rate of $175 per hour, plus expenses.

# SUMMARY OF OPINIONS

The Facility has four MSW disposal areas, of which three disposal areas have been under post closure care since 2003. The other MSW disposal area, Phase 6, is an active, lined landfill that began accepting waste in 1996. Phase 6 is the primary subject area of this report. Design, operational, monitoring, and compliance documents of Phase 6 were reviewed and analyzed to formulate the opinions presented in this report. The facility also has one permitted unlined active waste disposal area used for disposal of baled carpet and inert waste only (Monofill). A summary of types of documents reviewed and the associated timeframes are presented in Appendix B.

Phase 6 is operated under permit number 155-047D(SL) issued by the Georgia Environmental Protection Division (GA EPD). Leachate removed from Phase 6 is either stored at the facility, recirculated, or discharged to the Dalton Utilities (DU) Wastewater Treatment Plants (WWTPs) for treatment and disposal as required by the discharge permit issued by the DU. Groundwater and surface water quality monitoring program for Phase 6 is detailed in permit number 155-047D(SL). The Facility has a voluntary GCCS collecting gas from three MSW disposal areas, including Phase 6, to beneficially use landfill gas as fuel.

The opinions and observations presented herein are based on the review and analysis of available data and documents (at the time of writing) related to Phase 6 design, leachate quantity and quality, groundwater and surface water quality monitoring, GCCS data, compliance documents, and the author's experience in the solid waste industry, and education. In the report, each presented analysis includes relevant available data for the reported timeframe. If additional information or

data become available which changes the opinion(s) presented in the report, a supplementary report may be provided, as deemed appropriate.

1. Phase 6 is designed, constructed, and operated in general accordance with Georgia's Solid Waste Management Rule 391-3-4 and the conditions listed in the permit number 155-047D(SL) issued by the Georgia Environmental Protection Division (GA EPD).

2. Between 2002 and 2021, the Facility disposed of approximately 4.0 million tons of solid waste, of which approximately 85 percent was disposed of in Phase 6. About 23 percent of the total waste accepted at the Facility is textile waste, which is disposed of in Phase 6 or Monofill. Between 2016 and 2021, textile waste comprised approximately 18 percent of the total waste disposed of in Phase 6, which is 6.4 percent greater than the national average for textile waste disposal in MSW landfills of 11.6 percent.

3. The average leachate discharge rate to DU's WWTPs is a small fraction of the overall daily intake at the DU WWTPs. Historically, leachate removed from the Landfill has been managed through recirculation, site storage, and/or discharging to the DU's WWTPs. Leachate is discharged to DU's WWTPs in accordance with the discharge permit requirements issued by DU. Leachate was discharged at an average rate of 25,000 gallons per day between 2005 and 2021, which is about 0.1 percent of DU's WWTPs intake of up to 25 million gallons per day. The discharge permit does not set a limit on the amount of leachate being discharged to the WWTPs.

4. Leachate quality is compliant with the limits established in the discharge permits issued over the years. The discharge permits were prepared in accordance with DU's Sewer Use Rules and Regulations that established specific prohibited discharge limits in accordance with the National Pretreatment Standards 40 CFR §403.5. DU also established maximum concentration limits on the specific parameters typically found in leachate prior to being discharged on the forced sewer main line at the landfill. Based on the leachate quality data available from 2013 to 2020, the only parameter that exceeded the permit limit is ammonia in three samples (collected in different monitoring events); however, each follow up sample (collected within 30 days of initial sampling) showed ammonia concertation below the permit limit. Based on the parameters analyzed in the leachate during this timeframe, the leachate discharged to DU's WWTPs appears to be compliant with the discharge permit requirements.

5. Analysis of per- and polyfluoroalkyl substances (PFASs) in landfill leachate is not a regulatory requirement and the discharge permit between DWSWA and DU does not require the Landfill to analyze leachate for PFASs as well. One leachate sampling event (November 10, 2011) for identifying PFAS related compounds per-fluorooctanoic acid (PFOA) and per-fluorooctane sulfonic acid (PFOS) in the Landfill leachate showed maximum PFOA and PFOS concentration as 4,500 ng/L and 110 ng/L, respectively. These observed concentrations correspond to an annual average PFAS and PFOS discharge to DU's WWTP to approximately 0.004 kg/yr and 0.157 kg/yr, respectively, between 2005 to 2021.

6. Groundwater monitoring at the Landfill is performed following the detection monitoring program as per GA Rule 391-3-4-.14. The analytical results are compared against maximum contaminant level as defined in the Primary Drinking Water Standards (PDWS), Secondary Drinking Water Standards (SDWS), or established groundwater protection standards (GWPS). Concentrations of the parameters that have been historically (since 1995) detected at least once were available. Iron, total dissolved solids (TDS), silver, and pH that have SDWS showed exceedance to regulatory limits in at least one downgradient well; however, with the

exception of pH, these exceedances were infrequent and are not likely to have a significant effect on groundwater quality.  Based on the pH value observed in upgradient and downgradient wells, the facility's groundwater appears to have characteristically low pH that could potentially mobilize the naturally occurring metals present in the soil, as observed with the release of naturally occurring cobalt.  Barium has also been detected in upgradient and several downgradient groundwater monitoring wells; however, the detected concentrations were below its PDWS. Additional monitoring should be performed to evaluate the impact of barium and cobalt on groundwater.

7. Surface water monitoring is also performed to evaluate the potential impact the Facility may have on adjacent surface waters. The specific parameters listed in Landfill's D&O plan are analyzed semiannually. The first semiannual water quality monitoring report of 2022 mentioned that the concentration of analyzed parameters were below the surface water standards listed in GA Rule 391-3-6, and no apparent recent or long-term trends were reported. No additional surface water monitoring data were available for review.

8. The Facility is not required to have an active GCCS in accordance with current federal regulations (40 CFR §62 Subpart OOO); however, the Facility installed a voluntary GCCS in 2008.  Historically, the collected gas was used as a fuel source at an industrial facility located off site; however, currently, the gas is destructed onsite through the flare.

9. The Landfill is also required to monitor for subsurface migration of potentially explosive landfill gas quarterly.  Based on the available records from 1996 to 2021, no subsurface migration of landfill gas was observed.

10. The Landfill received letters of compliance notification from GA EPD on November 10, 2014 and February 15, 2017. Both the notices were primarily related to storm water management structures; the landfill addressed the issues within the timeframe specified by GA EPD.

# LANDFILL DESIGN, OPERATIONS, MONITORING, AND COMPLIANCE EVALUATION

## BACKGROUND

DWSWA operates the Facility located at 4189 Old Dixie Hwy SE, Dalton, GA 30721. The Facility has four permitted MSW disposal areas of which three areas, Phase 2, Phase 4, and Phase 5, ceased waste acceptance in 2002, 1996, and 1998, respectively, and have been under post closure care since 2003.  Currently, the Facility has two active waste disposal areas. One active waste disposal area is unlined and permitted as Monofill for baled carpet and construction and demolition (C&D) waste disposal.  The other active area (Phase 6) is a lined landfill permitted for MSW disposal that started accepting waste in 1996. **Figure 1** shows Google Earth Imagery (dated 06/2022) of the disposal areas of the Facility. This report presents the design, operations, monitoring, and compliance evaluation of the currently active MSW disposal area Phase 6, unless stated specifically otherwise.



Figure 1.   Waste Disposal Areas at the Old Dixie Highway MSW Landfill

## DESIGN AND OPERATIONAL PLANS

The Landfill is designed, constructed, and operated in general accordance with the regulations of the Title 40 Code of Federal Regulations (CFR) Part 258 and Georgia's Solid Waste Management Rule 391-3-4 under permit number 155-047D(SL) issued by the GA EPD.  Under this permit, the Design and Operational (D&O) plans for the Landfill were initially approved by the GA EPD in 1994. The

initial permit was revised as part of a five-year permit review cycle in 2019 and approved by GA EPD in 2020.  The D&O plans contain details related to landfill design, landfill construction and construction quality assurance requirements, erosion and sediment control details, waste filling plans, gas management, operational narratives, and monitoring plans for groundwater, surface water and subsurface landfill gas migration. The Landfill is constructed and operated in accordance with the approved D&O plans.

The Landfill has approximately 90-acres permitted for MSW disposal with a total volumetric capacity of approximately 11.8 million cubic yards (CY), per the D&O plans. The bottom liner system is designed to be constructed over the subgrade, consisting of a low permeability 24-inch thick compacted soil liner overlain by a Geosynthetic Clay Liner (GCL), and 60-mil thick High Density Polyethylene (HDPE) liner, as shown in **Figure 2**. A 24-inch thick high-permeability leachate drainage layer is placed over the bottom liner separated by a cushioning geotextile. The bottom liner system is divided into ten landfill cells.  Leachate is removed from the landfill via the leachate collection system and is stored at one of the six leachate storage tanks located within the Facility property and then either recirculated or discharged to the DU's WWTPs via trucking or sewer forcemain.  The Landfill has a permitted groundwater and surface water monitoring program as well. Additionally, the Facility has an active GCCS that commenced operation in 2008.  Collected landfill gas (LFG) is transported to an offsite industrial facility owned by a separate entity, to be used as boiler fuel.  The following sections present an evaluation of the above-mentioned aspects of Landfill design, operation, monitoring, and compliance based on the review of available data.  The details of the available data are presented in the respective sections.



Figure 2.     Bottom Liner Cross-section View

## WASTE COLLECTION, CHARACTERISTICS, AND DISPOSAL

The facility primarily accepts MSW (residential and commercial), industrial waste, and C&D waste that originates from within the City of Dalton and the unincorporated areas of Whitfield County.  A small fraction of the waste received originates from the other Whitfield County municipalities and neighboring counties. Waste disposal in Phase 6 began in 1996 and, based on the 2021 remaining capacity report submitted to GA EPD, DWSWA estimates that about 60 percent of the permitted Landfill capacity has been consumed. The Landfill is expected to reach capacity by November 2036.

**Figure 3** shows the annual waste disposal at the facility starting 1997.  In addition to Phase 6, MSW was also disposed of in Phases 2 and 5 until they were closed in 2002 and 1998, respectively. Information on the specific distribution of the amount of waste disposed of in Phases 2 and 5 during that period were not available for review. As shown in **Figure 3**, since 1997 the landfill has disposed of a total of approximately 4.8 million tons of waste.  The total annual waste disposal rate increased from about 120,000 tons in 1996 to 240,000 tons in 2005.  In 2006 the annual waste disposal rate dropped to about 157,000 tons followed by some variation in annual disposal rates until 2017 when it was about 203,000 tons.  Between 2018 and 2021, the annual waste disposal rate ranged from 246,000 tons to 264,000 tons.  The Monofill started in 2002 and since then approximately 15 percent of the waste accepted by the Facility was disposed in the Monofill, the remainder (85 percent) being disposed in Phase 6, based on the waste disposal data available for the Monofill and Phase 6 between 2002 and 2021.



Figure 3.    Annual Waste Disposal at the Facility Between 1997 and 2021

Data characterizing the accepted waste as MSW, textile, inert, and WWTP screening waste were available starting in 2002. The MSW portion is primarily composed of waste originating from residential and commercial sectors and the textile waste originates from the commercial sector and carpet industries. The inert portion includes C&D waste and cover soil. The landfill also accepted

screening waste from the City of Calhoun WWTP, which was reported as sludge in the Landfill's waste tonnage records.

Cumulatively between 2002 and 2021, approximately 4.0 million tons of waste was disposed of in the active areas of Phase 6 and the Monofill of which approximately 68 percent was MSW as shown in **Figure 4.** About 23 percent was textiles related waste, of which about 10 percent was contributed by commercial sector and the remainder (about 13 percent) from the carpet industries.  About eight (8) percent of waste was inert material. The  Facility accepted MSW and WWTP screening waste is disposed of in Phase 6, and textile related and inert waste are distributed between Phase 6 and the Monofill. Currently, the Facility is disposing of all textile waste into Phase 6.



Figure 4.      Waste Characteristics based on the Amount of Waste Disposed of in the Facility between 2002 and 2021

Based on the more detailed waste composition data available for 2016 to 2021, the majority of waste disposed of in Phase 6 is MSW with a small fraction of inert waste such as C&D waste and screening waste from WWTP. About 18 percent of the waste disposed of in Phase 6 was textile waste, which is about 6.4 percent greater than the national average of textile waste disposed of in MSW landfills (11.6 percent), based on a US EPA 2018 fact sheet for advancing Sustainable Materials Management.

The Facility has established protocols to prevent the disposal of prohibited wastes as defined in the GA Rule 391-3-4-.04(6).  As discussed in the D&O plans, the Landfill has a screening procedure established at multiple levels to identify and prevent restricted waste disposal.  Random load inspections are also performed at the Landfill and the results are kept in the Facility records. This is a generally accepted protocol used in the solid waste industry to limit disposal of restricted waste in a landfill.

# LEACHATE REMOVAL AND MANAGEMENT

The low permeability components of the bottom liner system prevent the vertical downward movement of leachate (rainwater percolating through the waste) and promotes leachate flow horizontally through a high-permeability leachate drainage layer consisting of perforated pipes. The drainage layer is sloped to gravity drain leachate towards the leachate collection sumps constructed within the lined area of each cell. Leachate collected in the sumps is pumped out using sump access risers which are extended from the bottom of the sump to the top of the landfill perimeter berm. Leachate from the sump goes to manholes constructed at the outer side of the Landfill berm.  The manholes transfer leachate through dual-contained forcemain or gravity flow pipe to one of the lift stations, ultimately reaching the leachate storage area.

The leachate storage area has six leachate collection tanks that are connected to a lift station with a cumulative capacity of approximately 390,000 gallons. From the lift stations, leachate is either transported via truck or pumped to DU's sewer line for offsite disposal and treatment at WWTP. A sewer forcemain extension connecting the leachate lift station to DU's sewer line was constructed in 2013.  The Landfill has also practiced leachate recirculation into the waste by discharging leachate through tanker trucks into the active phase of the landfill. Landfills can use leachate recirculation to accelerate the waste degradation and landfill gas production, and as an alternative leachate treatment and management practice.

The Landfill records the daily amount of leachate removed from the waste disposal area and the amount discharged through each alternative method.  This leachate quantity data were available for 2007 to 2020.  During this period, a total of 154.4 million gallons of leachate was removed from the landfill, which corresponds to approximately 30,000 gallons per day. The Landfill practiced leachate recirculation in a specific section of the Landfill between 2007 and 2014, recirculating approximately 27 percent (approximately 23.7 million gallons) of the total leachate removed from the Landfill during this period. Overall, approximately 90 percent of the leachate removed from the Landfill was discharged to DU's WWTPs between 2007 and 2020, with the remaining leachate either recirculated (from 2007 to 2014) or stored in tanks.

Data of total leachate discharged to DU's WWTP through hauling and sewer forcemain were available for 2005 through 2021. As shown in **Figure 5**, during this period, approximately 156.5 million gallons of leachate was discharged to the WWTP, which corresponds to an average of approximately 25,000 gallons per day leachate discharge rate. Following the sewer forcemain construction in 2013, leachate was primarily discharged through the sewer forcemain. The Landfill has discharged about two times more leachate from 2013 to 2021 through sewer forcemain than it discharged via hauling from 2005 to 2013. This is most likely a result of the larger waste filling area, the cessation of leachate recirculation in 2014, and the greater cumulative amount of waste disposed in progressive years.



Figure 5.    Annual and Cumulative Leachate Disposal at Dalton Utility's WWTP Between 2005 and 2020

## LEACHATE DISCHARGE CHARACTERISTICS

DU has issued permits to DWSWA allowing discharge of landfill leachate at a DU operated WWTPs since 1999. Discharge permits have been issued for a limited duration; since 1999, eight discharge permits have been issued, with the latest being issued on July 1, 2019 effective until June 30, 2024. Each discharge permit was prepared in accordance with the DU's Sewer Use Rules and Regulations (SURR).

Previous and current discharge permit require DWSWA to meet the limitations on discharge quality, and monitoring and record keeping requirements listed in the permit for the specified duration of the permit.  The permit also requires DWSWA to comply with DU's SURR and applicable pretreatment regulations, standards, requirements, and Local, State, and Federal laws, including that may become effective during the term of a specific permit. Additionally, each permit set specific limits on leachate at the point of discharge (WWTP or Landfill sewer forcemain) in accordance with the prohibited discharge standards listed in Section 2.4 of DU's SURR and prohibited discharge limits listed in the National Pretreatment Standards 40 CFR §403.5.  No monitoring data related to these prohibited discharge standards were available for review.

DU has also established limitations on leachate quality discharged on the sewer forcemain at the Facility, since the commencement of leachate discharge through sewer forcemain in 2013. Since then discharge permit has been revised twice (2014 and 2019). Discharge permit listed leachate quality parameters maximum acceptable limit, monitoring frequency, resampling protocol for exceedances, and reporting requirements to DU.

**Table 1** shows discharge permit limitations for the leachate quality discharged through the sewer forcemain as listed in the discharge permits (Q-010113-C) issued on January 1, 2013, September 1, 2014, and July 1, 2019.  The discharge limits for a few parameters such as ammonia, biochemical oxygen demand, chemical oxygen demand, oil & grease have been modified since the initial permit

was issued in 2013; however, the currently active permit has several additional monitoring parameters (antimony, arsenic, cyanide, silver) not included in the initial permit.

As shown in **Table 1**, the discharge permits require the Landfill to monitor the amount of leachate being hauled or discharged through the sewer forcemain; however, the permits do not have a limit on daily leachate discharge rate or quantity.  As discussed earlier, between 2005 and 2021, the average leachate discharge rate to DU's WWTP was approximately 25,000 gallon per day, which is a considerably small fraction (0.10 percent) of DU's WWTPs daily intake of up to 25 million gallons per day (MGD).

Although leachate discharge can affect WWTPs treatment processes effectiveness, it depends on the leachate chemical characteristics, leachate discharge rate, and types of treatment processes at the WWTP. WWTP operators regulate leachate discharge flow rates to limit the effect on treatment effectiveness.  Typical MSW landfill leachate contains organic matter measured as Biochemical Oxygen Demand (BOD) and Chemical Oxygen Demand (COD), ammonia, dissolved solids, trace metals, and volatile organic compounds (VOCs). GA Rule 391-3-4-.07 pertaining to landfill design and operation does not require leachate quality monitoring, and typically leachate quality analysis or monitoring is required by the WWTPs accepting the leachate for treatment. In some cases, limits on leachate characteristics such as those listed in **Table 1** are also enforced.

In accordance with the discharge permit requirements, the Landfill analyzes leachate quality for the parameters listed in **Table 1** at the required frequency.  Leachate quality data for these parameters collected between June 2013 and June 2022 were available for review and are summarized in **Table 2**.  Among the analyzed parameters, only ammonia showed an exceedance to the permit limit (700 mg/L) in three samples; however, each follow up sample (collected within 30 days of initial sampling) analyzed for ammonia showed concentrations less than the permit limit. Landfills that recirculate leachate typically show slightly greater ammonia concentration than landfills that operate without leachate recirculation.  As shown in **Table 1**, starting September 2014, the discharge permits allowed ammonia as a monitoring-only parameter and does not have an upper permissible limit.

Table 1.     Monitoring Frequency and Limitation on Leachate Quality Parameters for Leachate Discharged through Sewer Forcemain

| Parameter | Unit | Frequency | Limitation Listed in Discharge Permit (Q-010113-C) | | |
|---|---|---|---|---|---|
| Permit issued on | | | Jan 1, 2013 | Sep 1, 2014 | Jul 1, 2019 |
| Effective Period | | | Jan 1, 2013 to Jun 30, 2014 | Sep 1, 2014 to Jun 30, 2019 | Jul 1, 2019 to Jun 30, 2024 |
| Leachate Flow | MGD | Daily | Maximum or average | Monitor only | Monitor only |
| Biochemical Oxygen Demand | mg/L | Quarterly | 1,400 | 2,500 | 2,500 |
| Chemical Oxygen Demand | mg/L | Quarterly | 2,600 | 5,000 | 5,000 |
| Ammonia | mg/L | Quarterly | 700 | Monitor only | Monitor only |
| Oil & Grease (Total) | mg/L | Quarterly | 100 | Monitor only | Monitor only |
| Oil & Grease (TPH) | mg/L | Quarterly | | 200 | 200 |
| pH | std units | Quarterly | 6.0 – 9.0 | 6.0 – 9.0 | 6.0 – 9.0 |
| Phosphorus | mg/L | Quarterly | Monitor only | Monitor only | Monitor only |
| Temperature | degrees | Quarterly | 65 °C / 150 °F | 65 °C / 150 °F | 65 °C / 150 °F |
| Total Suspended Solids | mg/L | Quarterly | 675 | 675 | 675 |

| Parameter | Unit | Frequency | Limitation Listed in Discharge Permit (Q-010113-C) | | |
|---|---|---|---|---|---|
| Flash Point | degrees | Biannually | | 65°C/150°F | 65°C/150°F |
| Chromium | mg/L | Biannually | 1.0 | 1.0 | 1.0 |
| Copper | mg/L | Biannually | 0.6 | 0.6 | 0.6 |
| Lead | mg/L | Biannually | 0.10 | 0.10 | 0.10 |
| Mercury | mg/L | Biannually | 0.01 | 0.01 | 0.01 |
| Nickel | mg/L | Biannually | 0.45 | 0.45 | 0.45 |
| Zinc | mg/L | Biannually | 2 | 3 | 3 |
| Antimony | mg/L | Biannually | | | Monitor only |
| Arsenic | mg/L | Biannually | | | Monitor only |
| Cadmium | mg/L | Biannually | 0.02 | | Monitor only |
| Cyanide | mg/L | Biannually | | | Monitor only |
| Molybdenum | mg/L | Biannually | 0.1 | | Monitor only |
| Selenium | mg/L | Biannually | 0.035 | | Monitor only |
| Silver | mg/L | Biannually | | | Monitor only |
| Total Sulfide | | Biannually | Monitor only | | |

The Landfill also analyzed for a few volatile organic compounds (VOCs) typically observed in MSW landfill leachate between September 2014 and March 2017. As shown in **Table 2**, among the VOCs analyzed, only ethylbenzene, o-xylene, and m+p xylene were measured above laboratory detection limits.  The maximum detected concentration for ethylbenzene was 6.2 µg/L, which is more than 100 times lower than its maximum contaminant level (MCL) of 700 µg/L, in accordance with the national PDWS defined in 40 CFR §141. No MCL is listed for o-xylene and m+p xylene in 40 CFR §141.

Table 2.    Leachate Quality Summary for the Parameters Required to be Analyzed in Accordance with Discharge Permit Q-010113-C Issued on January 1, 2013, September 1, 2014, and July 1, 2019

| Parameter | Unit | Permit Limit | Number of Samples | Samples Detected | Number of Samples Above Permit Limit | Range of Concentration | Average Detected Concentration |
|---|---|---|---|---|---|---|---|
| Ammonia | mg/L | 700 - monitor only | 39 | 100% | 3 | 18 - 1170 | 615.74 |
| pH | std units | 6.0 - 9.0 | 37 | 100% | 0 | 7.06 - 8.6 | 7.58 |
| Temperature | degrees | 65°C / 150°C | 37 | 97% | 0 | 54.3 – 83.3 | 69.65 |
| Flash Point | °F | >150°F | 8 | 100% | 0 | 180 - 212 | 196.50 |
| Total sulfide | mg/L | Monitor Only | 2 | 0% | 0 | - | |
| Total Suspended Solids | mg/L | 675 | 37 | 97% | 0 | 12 - 675 | 46.51 |
| Biochemical Oxygen Demand | mg/L | 1400 - 2500 | 37 | 100% | 0 | 45.6 - 454 | 116.97 |
| Chemical Oxygen Demand | mg/L | 2600 - 5000 | 37 | 100% | 0 | 824 - 2190 | 1567.70 |
| Antimony | mg/L | Monitor Only | 5 | 0% | 0 | - | |
| Arsenic | mg/L | Monitor Only | 5 | 20% | 0 | 0.11 | 0.11 |
| Cadmium | mg/L | 0.2 - monitor only | 7 | 14% | 0 | 0.001 | 0.001 |
| Chromium | mg/L | 1 | 18 | 100% | 0 | 0.067 - 0.196 | 0.12 |
| Copper | mg/L | 0.6 | 18 | 28% | 0 | 0.002 - 0.17 | 0.08 |
| Lead | mg/L | 0.1 | 18 | 0% | 0 | - | |
| Mercury | mg/L | 0.01 | 18 | 0% | 0 | - | |
| Molybdenum | mg/L | 0.1 - Monitor Only | 7 | 14% | 0 | 0.014 | 0.01 |
| Nickel | mg/L | 0.45 | 18 | 100% | 0 | 0.12 - 0.302 | 0.21 |
| Selenium | mg/L | 0.035 - Monitor Only | 7 | 0% | 0 | - | |
| Sodium | mg/L | Monitor Only | 5 | 100% | 0 | 1230 - 1400 | 1300.00 |
| Silver | mg/L | Monitor Only | 5 | 0% | 0 | - | |
| Zinc | mg/L | 2 - 3 | 18 | 83% | 0 | 0.023 - 0.16 | 0.05 |

| Parameter | Unit | Permit Limit | Number of Samples | Samples Detected | Number of Samples Above Permit Limit | Range of Concentration | Average Detected Concentration |
|---|---|---|---|---|---|---|---|
| Cyanide | mg/L | Monitor Only | 5 | 20% | 0 | 0.0089 | 0.01 |
| Phosphorus | mg/L | Monitor Only | 37 | 100% | 0 | 1 - 12.2 | 7.52 |
| Oil & Grease | mg/L | 100 | 6 | 50% | 0 | 6.1 - 16 | 10.37 |
| Oil & Grease (Total) | mg/L | Monitor Only | 32 | 78% | 0 | 5.3 - 14 | 9.23 |
| Oil & Grease (TPH) | mg/L | 200 | 32 | 0% | 0 | - | |
| 1,1,2,2-Terachloroethane | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| 1,2,4 Trimetheylbenzene | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| 2-Butanone (MEK) | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| 4-Methyl 2-Pentanone (MBK) | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| Acetone | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| Chloroform | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| Dichlorobromomethane | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| Ethylbenzene | µg/L | Monitor Only | 6 | 83% | 0 | 2.5 - 6.2 | 3.54 |
| Isopropylbenzene | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| Toluene | µg/L | Monitor Only | 6 | 0% | 0 | - | |
| m+p-Xylene | µg/L | Monitor Only | 6 | 67% | 0 | 5.2 - 13 | 8.58 |
| o-Xylene | µg/L | Monitor Only | 6 | 50% | 0 | 5 - 8.7 | 6.30 |

It is understood that per- and polyfluoroalkyl substances (PFASs) are widely used in various consumer products that are disposed of in MSW landfills. Several peer review articles have reported the presence of variety of PFASs in MSW and MSW landfill leachate (Benskin et al. 2012, Lang et al. 2017, Wei et al. 2019, Liu et al. 2022).  However, analysis of PFASs in landfill leachate is not a regulatory requirement and is typically not required by WWTPs accepting leachate. The discharge permit between DWSWA and DU does not require the Landfill to analyze leachate for PFASs.

Among the variety of PFASs, per-fluorooctanoic acid (PFOA) and per-fluorooctane sulfonic acid (PFOS) are two of the most detected PFASs in the aquatic systems. DWSWA analyzed the presence of PFOA and PFOS in the leachate samples collected from Cell 1A, Cell 1, Cell2, and Tank 4 on November 10, 2011. The maximum observed concentration of PFOA and PFOS were 4,500 ng/L and 110 ng/L, respectively, as shown in **Table 3**.  As a comparison, Lang et al. (2017) observed PFOA and PFOS concentration up to 2,000 ng/L and 200 ng/L, respectively, in leachate samples collected from 18 MSW landfills. Lang et al. (2017) reported that landfills used in the study primarily accepted MSW and in some cases biosolids, but did not disclose disposal of wastes from PFAS, carpet, or textile manufacturing industries; therefore, leachate from landfills that do not dispose of significant amounts of such industrial waste may still contain PFAS.  No other leachate PFAS related analytical data for the Landfill were available for review.

Based on the amount of leachate discharged to DU's WWTP from 2005 to 2021 (about 156 million gallons) and the maximum observed concentration of PFAS and PFOS in leachate during 2011 sampling, PFOA and PFOS contribution to DU's WWTP is approximately 0.065 kilogram (kg) and 2.67 kg, respectively, in these 17 years. This also corresponds to an annual average PFAS and PFOS contribution to approximately 0.004 kg/yr and 0.157 kg/yr, respectively. No other data pertaining to PFAS contribution of leachate to DU's WWTP were available for review.

Table 3.    Concentration of PFOA and PFOS Observed in Leachate Sample Collected from Cell 1A, Cell 1, Cell2, and Tank 4 on November 10, 2011

| Sample Location | PFOA (ng/L) | PFOS (ng/L) |
|---|---|---|
| Cell 1A | 3,500 | 50 |
| Cell 2 | 4,500 | 90 |
| Cell 1 | 980 | 110 |
| Tank 4 | 4,400 | 71 |

# GROUNDWATER MONITORING

## Groundwater Monitoring Requirements

Solid waste landfills are required to install a groundwater monitoring system in accordance with 40 CFR §258 subpart E and GA Rule 391-3-4-.14.  The groundwater monitoring system is designed to detect and quantify any contamination and evaluate the effectiveness of the disposal system.  The monitoring system should have a sufficient number of wells installed at appropriate locations and depth for groundwater samples to be collected from the upper most aquifer.  The groundwater samples are collected from the wells representing background groundwater quality using up-gradient wells, and to detect potential pollutants from the landfill unit passing relevant points of compliance using down-gradient wells. The relevance point of compliance shall be no more than 150 meters from the waste management unit boundary and shall be located on land owned by the landfill facility owner in accordance with the GA Rule 391-3-4-.07.

Groundwater monitoring is performed under a detection monitoring or assessment monitoring program. The detection monitoring shall be performed at least semiannually at the groundwater monitoring wells for the parameters listed in Appendix I of 40 CFR §258, Subpart E (Appendix I) and Appendix IIII of 40 CFR §257, Subpart D (Appendix III).  Assessment monitoring is required if a statistically significant increase over background concentrations are detected for any parameter listed in Appendix I.  During assessment monitoring, groundwater monitoring shall be performed for the parameters listed in Appendix II of 40 CFR §258, Subpart E.  Groundwater elevations are also measured during each sampling event.

The analytical results are compared with maximum contaminant level (MCL) as defined in the national PDWS or secondary maximum contaminant level (SMCL) defined as SDWS or established GWPS.  An MCL is a federal human-health risk-based standard and SMCLs are based on aesthetics (e.g., color, taste), cosmetics (e.g., skin discoloration), and technical considerations (e.g., impact to water treatment process) and are not based on human-health risk considerations. State regulatory agencies can also establish an alternative site-specific GWPS for specific parameters. Statistical analysis of concentrations for contaminants is performed to evaluate any groundwater impact from the landfill.

## Groundwater Monitoring Plan and Quality Evaluation

The Landfill's groundwater monitoring plan is detailed in the D&O plan. The Landfill has groundwater monitoring wells installed to evaluate the impact of the Landfill operations on the groundwater quality of the uppermost aquifer. The D&O plan shows that beneath Phase 6, groundwater flows predominantly from west to east and northeast.  The Landfill has two active upgradient and 21 downgradient groundwater monitoring wells around Phase 6, as shown in the existing conditions

plan drawing extracted from D&O plan and provided in Appendix C to the report. The monitoring network was expanded progressively with the expansion of Phase 6.  One upgradient well (6-GWA-1) of this network also serves as a detection monitoring system well for the Monofill and Phases 2, 4, 5. Two other wells (6-GWC-1 and 6-GWC-2) are also utilized in the detection monitoring system of the adjacent Phases 2, 4, and 5.  Groundwater monitoring is performed following the detection monitoring program and monitors the parameters listed in Appendix I. In October 2017, EPD approved a minor modification and specified to add Appendix III compounds to the parameter list of select wells.

The analytical results are compared against MCL/SMCL or established GWPS for specific contaminants.  One parameter, cobalt has a site specific GWPS of 0.035 mg/L.  Groundwater elevations at these wells are also measured in each monitoring event to identify the groundwater flow direction.  The Landfill's first 2022 semiannual water quality monitoring report suggested that groundwater beneath Phase 6 flows predominantly toward the east, which is generally consistent with the historical groundwater flow direction.

Concentrations of the parameters that have been historically (since 1995) detected at least once were available in the first 2022 semiannual water quality monitoring report.  **Table 4** shows a summary of the number of detects, exceedances, and maximum detected concentrations for the parameters that have been detected at least once since the start of groundwater monitoring.  Among the parameters analyzed, iron, silver, total dissolved solids (TDS), pH, cobalt, and lead showed at least one historically detected concentration exceeding their respective limits.

Iron and silver each showed one exceedance and TDS showed three exceedances of their respective SMCL.  These reported exceedances were in downgradient wells; however, these exceedances were in different wells and were observed in different monitoring events, except two exceedances of TDS that were observed in two different wells during the same monitoring event.  The exceedances observed were infrequent and are not likely to significantly affect groundwater quality. Additionally, these parameters have SMCL, which are not based on human health concerns, but rather on aesthetic, cosmetic, and technical considerations. Therefore, these exceedances are not likely to cause detrimental impact on groundwater quality.

Another parameter, pH (SMCL range of 6.5 to 8.5) was measured below 6.5 in upgradient and down-gradient wells.  Upgradient wells pH data were available starting in 2019; one upgradient well consistently showed pH less than 6.5. Downgradient wells pH data were available since the October 2017 monitoring event; since then 14 downgradient wells showed a pH less than 6.5. Based on the consistently observed low pH in upgradient as well as downgradient wells, it appears groundwater pH is characteristically low.  Low pH can potentially mobilize the naturally occurring metals present in the soil.

Cobalt does not have an MCL/SMCL but has a site specific GWPS and historically two downgradient wells have shown detected concentrations exceeding its GWPS. Overall, cobalt has been historically detected in three downgradient wells; two of these wells showed statistically significant increase (SSI) above background levels. Historical data showed a downward trend in one well and no trend in the other, as reported in the first 2022 semiannual water quality monitoring report. Cobalt is a naturally occurring element in the local shales and lower groundwater pH and oxidation reduction potential can mobilize the naturally occurring cobalt.  Additional monitoring should be performed to evaluate impact of cobalt on groundwater.

Table 4.    Summary of Detected Groundwater Monitoring Parameters

| Parameter | MCL[1]/SMCL[2] | Unit | Number of Detects | | Maximum detected concentration | | Number of Exceedances | |
|---|---|---|---|---|---|---|---|---|
| | | | Up-gradient wells | Down-gradient wells | Up-gradient wells | Down-gradient wells | Up-gradient wells | Down-gradient wells |
| Iron | 0.3[2] | mg/L | | 1 | | 0.417 | | 1 |
| Silver | 0.1[2] | mg/L | 2 | 2 | 0.1 | 0.13 | | 1 |
| Total Dissolved Solids | 500[2] | mg/L | 12 | 189 | 231 | 1240 | | 3 |
| pH | 6.5-8.5[2] | S.U. | 10 | 164 | 5.5 - 7.8 | 5.1 - 8.4 | 6 | 65 |
| Lead | 0.015 Action level | mg/L | | 4 | | 0.05 | | 4 |
| Cobalt | 0.035[3] | mg/L | | 27 | | 0.1 | | 17 |
| Barium | 2 | mg/L | 93 | 513 | 0.481 | 0.848 | | |
| Zinc | 5[2] | mg/L | 18 | 187 | 0.15 | 0.22 | | |
| Chloride | 250[2] | mg/L | 59 | 478 | 14.6 | 55 | | |
| Sulfate | 250[2] | mg/L | 9 | 158 | 5.3 | 36.2 | | |
| Fluoride | 4 | mg/L | 4 | 89 | 0.29 | 0.79 | | |
| Chromium | 0.1 | mg/L | 6 | 53 | 0.03 | 0.06 | | |
| Copper | 1.3[2] | mg/L | 5 | 50 | 0.15 | 0.26 | | |
| Beryllium | 0.004 | mg/L | | 1 | | 0.004 | | |
| Selenium | 0.05 | mg/L | 1 | 2 | 0.01 | 0.02 | | |
| Methylene Chloride | 5 | µg/L | | 1 | | 7 | | |
| Chloroform | 0.07 | mg/L | 1 | | 0.003 | | | |
| Calcium | | | 10 | 191 | 52.7 | 78.7 | | |
| Boron | | | | 18 | | 0.278 | | |
| Calcium, Dissolved | | | | 2 | | 3.31 | | |
| Carbon Disulfide | | | 1 | 8 | 0.01 | 0.013 | | |
| Dissolved Barium | | | | 1 | | 0.0264 | | |
| Dissolved Zinc | | | | 1 | | 0.037 | | |
| Nickel | | | 5 | 30 | 0.06 | 0.08 | | |
| Chloroethane | | | | 19 | | 0.026 | | |
| Total Organic Carbon | | | | 9 | | 65.2 | | |
| Chemical Oxygen Demand | | | | 5 | | 199 | | |

Notes:
[1]Maximum contaminant level as defined in Primary Drinking Water Standards or
[2]Secondary maximum contaminant levels as defined in Secondary Drinking Water Standards
[3]Site specific maximum contaminant level

Among the parameters analyzed, barium has been detected the most frequently in upgradient as well as downgradient wells; however, detected concentrations were below its MCL. The June 2022 semiannual water quality monitoring report suggested that barium has been detected in each downgradient well, of which 12 wells showed an SSI above the background data. Historical data showed no trend in nine wells, a downward trend in one well, and an upward trend in two wells; however, no detections were above the MCL.

Based on this data evaluated, it appears the Landfill has been complying with their groundwater monitoring plan. The Landfill follows the requirements of detection monitoring program and analyzes the collected samples for the parameters listed in Appendix I and Appendix III. The Landfill does not appear to have had a significant impact on the groundwater quality, for the parameters analyzed, except for observed concentrations of barium and cobalt above the background data.

## SURFACE WATER MONITORING

GA Rule 391-3-4-.07 requires surface water sampling to evaluate the impact of a facility on adjacent surface waters. The northern and eastern boundaries of the landfill are adjacent to surface water bodies: Thomson Creek and Thomson Creek Tributaries, respectively.  The Landfill D&O Plan requires surface water samples to be collected from a total of nine locations, including upgradient and downgradient of the Thomson Creek and Thomson Creek tributary, sediment basin outfalls, and an underdrain outfall location, as shown in the existing conditions plan drawing in Appendix C to the report. The samples are to be collected semiannually and monitored for the surface water quality parameters listed in **Table 5**.  These parameters are in accordance with the water quality parameters listed in GA Rule 391-3-6-.03.  A trend analysis is performed by comparing downstream concentration to upstream concentration for each parameter to identify landfill's impact on the surface water quality.

Table 5.    Surface Water and Underdrain Monitoring Parameters

| pH | Cadmium |
|---|---|
| Specific Conductance | Chromium |
| Temperature | Cyanide |
| Turbidity | Lead |
| Dissolved oxygen | Mercury |
| Chlorides | Nickel |
| Total organic carbon | Selenium |
| Chemical oxygen demand | Silver |
| Arsenic | Zinc |
| Barium | Appendix III (boron, calcium, chloride, Fluoride, pH, Sulfate, and TDS) |

Latest surface water monitoring was performed in April 2022, as presented in the first 2022 semiannual water quality monitoring report.  Samples were collected from nine monitoring locations as discussed earlier, and analyzed for the parameters listed in **Table 4**. Concentrations of analyzed parameters were below surface water standards as listed in GA Rule 391-3-6.  No apparent recent or long-term trends were reported.  No additional surface water monitoring data were available for review.

## LANDFILL GAS COLLECTION AND CONTROL

According to current federal regulations 40 CFR §62 Subpart OOO, a MSW landfill that has a design capacity greater than or equal 2.5 million megagrams by mass and 2.5 million cubic meters by volume is required to install a GCCS if the landfill's non-methane organic compounds (NMOC) emission rate is greater than or equal to 34 megagrams per year.  If the NMOC concentration is estimated to be less than the threshold of 34 megagrams per year, the rule requires the landfill to estimate the NMOC emission rates every five years.  Based on the recent NMOC analysis performed on June 14, 2021, facility's total NMOC emission rate was estimated as 7.808 megagrams per year; therefore, the facility is not required to have an active GCCS. Previously conducted NMOC analyses also estimated the total NMOC emission rate to be less than 34 megagrams per year.

Regardless, the facility voluntarily installed an active GCCS in 2008 for emission control to utilize LFG in gas-to-energy projects.  The GCCS collects gas from Phases 2, 5, and 6 of the facility.  The GCCS consists of a total of 59 vertical gas extraction wells, of which 22 were installed in Phase 6. Later, three horizontal extraction wells were also added in Phase 6. The vacuum at the gas wells is applied using the on-site blower placed at the flare station. The blower/flare system has a capacity to collect and destruct 1,500 standard cubic feet per minute (scfm) landfill gas. Historically, the collected gas was compressed and dehydrated at the landfill prior to sending for offsite destruction as boiler fuel; however, currently all the collected gas is being flared. The facility complies with the EPA regulations and reports its annual greenhouse gas emissions.

## SUBSURFACE LANDFILL GAS MIGRATION MONITORING

Landfill gas is predominantly composed of methane and carbon dioxide. Methane is an explosive gas at concentrations between 5% percent and 15 percent by volume (lower explosive limit (LEL) and upper explosive limit (UEL), respectively).  Methane, being lighter than atmospheric air, tends to move upward; however, when it is mixed with other, heavier gases such as carbon dioxide, it migrates along the path of least resistance from high to lower pressure zones. Therefore, Georgia rule 391-3-4-.07(3)(h), requires landfills to monitor for the migration of potentially explosive landfill gas in the subsurface and along the man-made pathways toward on-site and off-site structures. MSW landfills are required to have a methane monitoring program to detect subsurface offsite methane migration.  Typically, the monitoring is performed for the entire unsaturated zone from approximately 4 feet below ground surface to the top of saturated zone or the top of competent rock with a recommended maximum screen length of 25 feet.

Phase 6 has six (6) methane monitoring probes installed along the north, east, and south boundaries of the landfill, as shown in the existing conditions plan drawing in Appendix C, to monitor subsurface landfill gas migration.  The methane monitoring is performed every quarter and the results are submitted to GA EPD for evaluation. Each monitored locations appears to be in compliance with the regulations as shown in the reports submitted to GA EPD between 1996 and 2021.

## GA EPD'S COMPLIANCE EVALUATIONS

GA EPD routinely performs inspection to check the compliance status with the Solid Waste Handling Permit and Rules and Regulations for Solid Waste Management. Based on a review of available records, the Landfill received a total of two notice of violation, first on November 10, 2014 and the second on February 15, 2017.  A summary of violation and actions taken are presented below:

1. The first violation notice was primarily related to shortcoming on the Landfill's Storm Water Pollution Prevention Plan, such as updating the site map, updating data and records of corrective actions, and notifying that a contaminant (carbon tetrachloride) is not expected to be present in the stormwater discharges of the facility. In response, the Landfill provided corrective actions taken to address the violations on December 8, 2014.

2. The second violation was related to a broken sediment filtration riser in a sediment pond, addressing landfill cover vegetation, litter issues, and dust control measures. The Landfill received a score of 85 out of 100, but still received a compliance notice due to a category 1 violation related to the sediment pond.  On March 17, 2017, the Landfill responded that the issues pointed out during the inspection had been addressed.

## LIMITATIONS

The evaluations and opinions presented herein are based on the documents and data available at the time of writing.  The documents and data used in evaluation were provided by DWSWA per author's request.  Publicly available records on GA EPD's online platform GEOS were also obtained; however, all operational and monitoring data were not available for review.  Following specific limitations (but not limited to) were identified:

1. The Facility has two active landfills (Phase 6 and Monofill). Limited waste composition data were available specific to the waste disposed of in each landfill. More detailed data for the amount of each type of waste disposed of in Phase 6 could have provided a better assessment on the expected discharges from the landfill.

2. Some data for leachate collection and discharge to WWTP from early in the landfill's history was not available.  Average rate for leachate collection and discharge to WWTP was estimated for the period that data was available, which could vary if additional historical leachate discharge data were available.

3. Leachate quality data was only available for a limited period and was analyzed only for parameters required in the discharge permits between DWSWA and DU's WWTPs. However, it should be noted that leachate characteristics evaluation is not a regulatory requirement and is mostly performed to meet the requirements set by the WWTP that accepts leachate for disposal.

4. Landfill leachate was analyzed once for PFAS related compounds PFOA and PFOS. No additional data were available to understand the PFAS discharge through Landfill leachate. It should be noted that leachate analysis for PFAS is not a regulatory or permit requirement between DWSWA and DU's WWTP.

# LIST OF DOCUMENTS REVIEWED

## DWSWA Provided Documents

ACC (2020). Old Dixie Highway -Municipal Solid Waste Landfill Phase 6 Expansion 155-047D(SL) – D&O Plan

Amter, S. (2022). Expert Report of Steven Amter - Amter Expert Report - Signed

Analytical Services, Inc (2013). Laboratory Report - AWF0161_2nd_Qrt_2013_(WW4).pdf

Analytical Services, Inc (2013). Laboratory Report - AWF0929_2nd_Qrt_2013_Resample_(WW4).pdf

Analytical Services, Inc (2013). Laboratory Report - AWI0530_3rd_Qrt_2013_Resample_2_(WW4).pdf

Analytical Services, Inc (2013). Laboratory Report - AWI0795_3rd_Qrt_2013_Resample_3_(WW4).pdf

Andrews, Charles (2022). Expert Report - Andrews Expert Report 7-14-2022

Benotti, M. (2022). Expert Report - NewFields Final Expert Report 7-14-2022

Dalton Utilities (1999) Authorization to Discharge Hauled Wastewater at a Dalton Utilities Wastewater Treatment Facility - SKM_C30820061615380

Dalton Utilities (1999) Authorization to Discharge Hauled Wastewater at a Dalton Utilities Wastewater Treatment Facility - SKM_C30820061615390

Dalton Utilities (2004) Authorization to Discharge Hauled Wastewater at a Dalton Utilities Wastewater Treatment Facility - SKM_C30820061615400

Dalton Utilities (2009) Authorization to Discharge Hauled Wastewater at a Dalton Utilities Wastewater Treatment Facility - SKM_C30820061615410

Dalton Utilities (2012). Addendum 1 Contract Documents for the Water, Light and Sinking Fund Commissioners - ADDENDUM 1 - CONFORMED CONTRACT DRAWINGS.PDF

Dalton Utilities (2013) Authorization to Discharge Hauled Wastewater at a Dalton Utilities Wastewater Treatment Facility - SKM_C30820061615420

Dalton Utilities (2014) Authorization to Discharge Hauled Wastewater at a Dalton Utilities Wastewater Treatment Facility - SKM_C30820061615430

Dalton Utilities (2019) Authorization to Discharge Hauled Wastewater at a Dalton Utilities Wastewater Treatment Facility - SKM_C30820061615431

Dalton Utilities (2019) Authorization to Discharge Hauled Wastewater at a Dalton Utilities Wastewater Treatment Facility - SKM_C30820061615440

DeWitt, J. (2022). Expert Report of Jamie C. DeWitt, Ph.D. - Expert Report-DeWitt_7-12-2022

DWSWA (2014). Corrective Action Plan per Noncompliance Documentation Letter Dated November 10, 2014 -DWSWA_IGP_EPD_Noncompliance_Response_Letter_12-2014.pdf

DWSWA (2017). June 2017 Quarterly Waste Water Monitoring - DWSWA_2nd_Quarter_Waste_Water_Report_062317.pdf

DWSWA (2017). March 2017 Quarterly and Biannual Waste Water Monitoring - DWSWA_1st_Quarter_Waste_Water_Report_042417.pdf

DWSWA (2017). Routine Inspection - EPD_Routine Inspection_RTC_02-21-17.pdf

DWSWA (2017). Routine Inspection - EPD_SMarchant_Inspection_Update_03-17-17.pdf

DWSWA (2017). September 2017 Quarterly and Biannual Waste Water Monitoring - DWSWA_3rd_Quarter_Waste_Water_Report_092917.pdf

DWSWA (2018). December 2017 Quarterly Waste Water Monitoring - DWSWA_4th_Quarter_Waste_Water_Report_120517.pdf

DWSWA (2018). December 2018 Quarterly Waste Water Monitoring - DWSWA_4th_Quarter_Waste_Water_Report_120418.pdf

DWSWA (2018). June 2018 Quarterly Waste Water Monitoring - DWSWA_2nd_Quarter_Waste_Water_Report_062818.pdf

DWSWA (2018). March 2018 Quarterly and Biannual Waste Water Monitoring - DWSWA_1st_Quarter_Waste_Water_Report_040918.pdf

DWSWA (2018). September 2018 Quarterly and Biannual Waste Water Monitoring - DWSWA_3rd_Quarter_Waste_Water_Report_091118.pdf

DWSWA (2019). December 2019 Quarterly Waste Water Monitoring - DWSWA_4th_Quarter_Waste_Water_Report_121119.pdf

DWSWA (2019). June 2019 Quarterly Waste Water Monitoring - DWSWA_2nd_Quarter_Waste_Water_Report_062419.pdf

DWSWA (2019). March 2019 Quarterly and Biannual Waste Water Monitoring - DWSWA_1st_Quarter_Waste_Water_Report_040819.pdf

DWSWA (2019). September 2019 Quarterly and Biannual Waste Water Monitoring - DWSWA_3rd_Quarter_Waste_Water_Report_090519.pdf

DWSWA (2020). December 2020 Quarterly Waste Water Monitoring - DWSWA_4th_Quarter_Waste_Water_Report_121420.pdf

DWSWA (2020). December 2020 Quarterly Waste Water Monitoring - DWSWA_2nd_Quarter_Waste_Water_Report_060722.pdf

DWSWA (2020). June 2020 Quarterly Waste Water Monitoring - DWSWA_2nd_Quarter_Waste_Water_Report_060420.pdf

DWSWA (2020). March 2020 Quarterly and Biannual Waste Water Monitoring - DWSWA_1st_Quarter_Waste_Water_Report_030520.pdf

DWSWA (2020). September 2020 Quarterly and Biannual Waste Water Monitoring - DWSWA_3rd_Quarter_Waste_Water_Report_090220.pdf

DWSWA (2021). December 2021 Quarterly Waste Water Monitoring - DWSWA_4th_Quarter_Waste_Water_Report_122321.pdf

DWSWA (2021). June 2021 Quarterly Waste Water Monitoring - DWSWA_2nd_Quarter_Waste_Water_Report_061521.pdf

DWSWA (2021). March 2021 Quarterly and Biannual Waste Water Monitoring - DWSWA_1st_Quarter_Waste_Water_Report_031621.pdf

DWSWA (2021). September 2021 Quarterly and Biannual Waste Water Monitoring - DWSWA_3rd_Quarter_Waste_Water_Report_091621.pdf

DWSWA (2022). March 2022 Quarterly and Biannual Waste Water Monitoring - DWSWA_1st_Quarter_Waste_Water_Report_030222.pdf

DWSWA Disposal Rates - Phase 6 2016.xlsx

DWSWA Disposal Rates - Phase 6 2017.xlsx

DWSWA Disposal Rates - Phase 6 2018.xlsx

DWSWA Disposal Rates - Phase 6 2019.xlsx

DWSWA Disposal Rates - Phase 6 2020.xlsx

DWSWA Disposal Rates - Phase 6 2021.xlsx

DWSWA Periodic Methane Report (1996-2016) - DWSWA Methane Reports_01.pdf

DWSWA Periodic Methane Report (2016-2021) - DWSWA Methane Reports_02.pdf

DWSWA Resampling Report (2013). DWSWA_2nd_Quarter_Waste_Water_Resample_Report_07-2013.pdf

DWSWA Resampling Report (2014). DWSWA_2nd_Quarter_Waste_Water_Report_Re-Sample(2)_07-2014.pdf

DWSWA Resampling Report (2014). DWSWA_2nd_Quarter_Waste_Water_Report_Re-Sample_06-2014.pdf

DWSWA Tonnage History.xlsx

Easement for Forcemain - Prelim Easement.pdf

Georgia Department of Natural Resources (2008). - Minor_Mod_Approval_10-27-2008

Georgia Department of Natural Resources (2013). Buffer Variance Request Approval - GAEPD_BufferVariance_Letter.pdf

Georgia Department of Natural Resources (2013). Minor Modification: Notice of Deficiency - Leachate_Minor Mod_NOD.pdf

Georgia Department of Natural Resources (2013). Minor Modification: Approved - Phase6_Leachate_Minor_Mod_Approval.pdf

Georgia Department of Natural Resources (2014). Noncompliance Documentation Letter - IGP_EPD_Noncompliance_Letter_11-2014.pdf

Georgia Department of Natural Resources (2022). Authorization to Discharge Under the National Pollutant Discharge Elimination System Storm water Discharges Associated with Industrial Activity - 2022 IGP Permit_FINAL

Georgia Department of Natural Resources Environmental Protection Division (2017). Routine Inspection - EPD_Inspection_Phase6_02-13-17.pdf

Geosyntec (2012). Leachate System Reconfiguration - GA120565 Minor Mod Figures.pdf

Geosyntec (2013). Design and Operational Plan Old Dixie Municipal Solid Waste Landfill Phase 6 Expansion (Cover Sheet) - 5139-001-Layout1.pdf

Geosyntec (2013). General Layout / Composite Base Grade Plan Phase 5 Expansion - 5139-004-Layout1.pdf

Geosyntec (2013). General Narrative - 5139-029-Layout1.pdf

Geosyntec (2013). Leachate System Minor Modification - GA130163_Dalton_RTC.pdf

Geosyntec (2013). Realignment of Leachate System for Offsite Treatment - 5139-C01-Layout1.pdf

Geosyntec (2013). Realignment of Leachate System for Offsite Treatment - Sealed Drawing.pdf

Geosyntec (2013). Realignment of Leachate System for Offsite Treatment - Sewer_Minor_Mod_Sheet.pdf

Golder Associates (2008). Intermediate Gas Collection System As-Built - 0233470011-001-2-3 Minor Mod-Site Plan

Golder Associates (2008). Intermediate Gas Collection System As-Built - 0233470011-001-2-3 Minor Mod-Site Plan_10-09-08

Golder Associates (2008). Intermediate Gas Collection System Typical Details (1 of 2) - 0233470011-001-2-3 Minor Mod Details (1)

Golder Associates (2008). Intermediate Gas Collection System Typical Details (2 of 2) -
0233470011-001-2-3 Minor Mod Details (2)

Golder Associates (2009). Landfill Gas System Plan For Phase 6 – Cell 4 At The Old Dixie Highway

Gorman-Rupp Pumps (2012). DWSWA Lift Station Proposal/Contract - Dalton Whitfield RSWMA
Pump Sta..pdf

HDR Engineering (2022). First 2022 Semiannual Water Quality Monitoring Report- 2022 SPRING
PHASE 6 - FINAL.pdf

Leachate Disposal Cost by Year - Leachate_Management_Costs_YEAR.xlsx

Leachate Management Report 2005 - Leachate mgmt 2005.xlsx

Leachate Management Report 2006 - leachate mgmt 2006.xlsx

Leachate Management Report 2007 - Leachate management 07.xlsx

Leachate Management Report 2008 - Leachate management 08.xlsx

Leachate Management Report 2009 - Leachate Management 09.xlsx

Leachate Management Report 2010 - Leachate Management 10.xlsx

Leachate Management Report 2011 - Leachate Management 11.xlsx

Leachate Management Report 2012 - Leachate Management 12.xlsx

Leachate Management Report 2013 - Leachate Management 13.xlsx

Leachate Management Report 2014 - Leachate Management 14.xlsx

Leachate Management Report 2015 - Leachate Management 15.xlsx

Leachate Management Report 2016 - Leachate Management 16.xlsx

Leachate Management Report 2017 - Leachate Management 17.xlsx

Leachate Management Report 2018 - Leachate Management 18.xlsx

Leachate Management Report 2019 - Leachate Management 2019.xlsx

Leachate Management Report 2020 - Leachate Management 2020.xlsx

Municipal Solid Waste Landfill - 2009-9-22_LFG_Phase_6_Cell 4_Plan

PEI (2008). DWRSWMA_LFG_Control Panel Schematics.pdf

PEI (2008). DWRSWMA_LFG_GCCS_Schematics(2).pdf

PEI (2008). Gas Compression & Chilling System P&ID - ME-009-0224 P&ID.pdf

Pettingill, B. (2022). Expert Report of Pettingill 7-14-22

QORE (2004). QORE Property Sciences Certification Report Geosynthetic Liner.pdf

QORE (2004). QORE Property Sciences Report of Soil Liner Cert Phase 6 Cell 3 ...QORE Job No
    21363-B Report No 246684.pdf

QORE (2009). CQA Cert Report Phase 6 Expansion - Cells 5A and 5B ...SME Project No 2381-17-063
    Vol 2 of 2.pdf

QORE (2009). Leachate Collection System Certification - QORE Letter of Transmittal.pdf

Signed Minor Mod Sheet (2012) - Signed_Minor Mod_Leachate Forcemain.pdf

Stahl, A. (2022). Per- and Polyfloroalkyl Substances Evaluations Dalton Utilities Land Application
    System Vicinity Coosa River Basin, Georgia - Andrew Stahl, P.G., C.P.G - GEL Dalton -
    Expert_Report 7-13-22.pdf

Waste Water Sampling Event (2013) - DWSWA_WW4_Sampling_06-2013.xlsx

Waste Water Sampling Event (2013) - DWSWA_WW4_Sampling_09-2013.xlsx

Waste Water Sampling Event (2013) - DWSWA_WW4_Sampling_12-2013.xlsx

Waste Water Sampling Event (2014) - DWSWA_WW4_Sampling_03-2014.xlsx

Waste Water Sampling Event (2014) - DWSWA_WW4_Sampling_06-2014.xlsx

Waste Water Sampling Event (2014) - DWSWA_WW4_Sampling_09-2014.xlsx

Waste Water Sampling Event (2014) - DWSWA_WW4_Sampling_12-2014.xlsx

Waste Water Sampling Event (2015) - DWSWA_WW4_Sampling_03-2015.xlsx

Waste Water Sampling Event (2015) - DWSWA_WW4_Sampling_06-2015.xlsx

Waste Water Sampling Event (2015) - DWSWA_WW4_Sampling_09-2015.xlsx

Waste Water Sampling Event (2015) - DWSWA_WW4_Sampling_12-2015.xlsx

Waste Water Sampling Event (2016) - DWSWA_WW4_Sampling_03-2016.xlsx

Waste Water Sampling Event (2016) - DWSWA_WW4_Sampling_06-2016.xlsx

Waste Water Sampling Event (2016) - DWSWA_WW4_Sampling_09-2016.xlsx

Waste Water Sampling Event (2016) - DWSWA_WW4_Sampling_12-2016.xlsx

Weston (1994). Design Calculations & Supporting Documents - Phase 6 D&O Calcs

Weston (1996). DWRSWMA Waste characterization Update

Weston (1998). Construction Quality Assurance Report Old Dixie Municipal Solid Waste Landfill
Phase 6 Expansion Stage 2B CQA

Yearly Rain Fall - Copy of rainfall 2005.xlsx

Zieburtz, W. (2022). Zieburtz Expert Report - Zieburtz Report -Johnson vs. 3M 7-14-2022

## SCS Collected Data

Benskin, J.P., Li, B., Ikonomou, M.G., Grace, J.R., Li, L.Y., (2012). Per- and Polyfluoroalkyl Substances
in Landfill Leachate: Patterns, Time Trends, and Sources. Environ. Sci. Technol. 46 (21),
11532–11540

Dalton Utilities (2006), Sewer Used Rules and Regulations

Dalton Utilities Wastewater Facilities ([https://www.dutil.com/wastewater/)](https://www.dutil.com/wastewater/)

DWSWA (2019). 2018 Tons by Cells - RY2018_Tonnage.pdf

DWSWA (2019). Solid Waste Disposal and Recycling Report Apr-Jun 2019.pdf

DWSWA (2019). Solid Waste Disposal and Recycling Report Apr-Jun 2019_V2.pdf

DWSWA (2019). Solid Waste Disposal and Recycling Report Jan-Mar 2019.pdf

DWSWA (2019). Solid Waste Disposal and Recycling Report Jul-Sep 2019.pdf

DWSWA (2019). Solid Waste Disposal and Recycling Report Oct-Dec 2019.pdf

DWSWA (2020). Cell Summary 2019 for 15-17-21-121-131 - RY2019_Tonnage.pdf

DWSWA (2020). Solid Waste Disposal and Recycling Report Apr-Jun 2020.pdf

DWSWA (2020). Solid Waste Disposal and Recycling Report Jul-Sep 2020.pdf

DWSWA (2020). Solid Waste Disposal and Recycling Report Oct-Dec 2020.pdf

DWSWA (2021). Solid Waste Disposal and Recycling Report Apr-Jun 2021.pdf

DWSWA (2021). Solid Waste Disposal and Recycling Report Jan-Mar 2021.pdf

DWSWA (2021). Solid Waste Disposal and Recycling Report Jul-Sep 2021.pdf

DWSWA (2021). Solid Waste Disposal and Recycling Report Oct-Dec 2021.pdf

DWSWA (2022). Solid Waste Disposal and Recycling Report Apr-Jun 2022.pdf

DWSWA (2022). Solid Waste Disposal and Recycling Report Jan-Mar 2020.pdf

DWSWA (2022). Solid Waste Disposal and Recycling Report Jan-Mar 2022.pdf

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2010

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2011

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2012

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2013

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2014

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2015

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2016

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2017

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2018

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2019

EPA Greenhouse Gas Reporting Program - GHG Summary Report 2020

GA EPD (2015). Guidance Document- Methane Monitoring at Solid Waste Disposal Facilities

Lang, J.R., Allred, B.M., Field, J.A., Levis, J.W., Barlaz, M.A., (2017). National Estimate of Per- and Polyfluoroalkyl Substance (PFAS) Release to U.S. Municipal Landfill Leachate. Environ. Sci. Technol. 51 (4), 2197–2205

Remaining Capacity (2019) - 2019 Phase 6 MSW RCR.pdf

Remaining Capacity (2020) - 2020 DW RCR.pdf

Remaining Capacity (2021) - 2021-6-30 DW MSWL RCR FINAL.pdf

SCS (2021). Tonnage Breakdown - Dalton 2021

Seths End of Year Tonnage By Cell for 15-17-21-121-131 - 2021 Tonnage Notes_beh

US EPA (2020) Advancing Sustainable Materials Management: 2018 Fact Sheet. https://www.epa.gov/sites/default/files/2021-01/documents/2018_ff_fact_sheet_dec_2020_fnl_508.pdf

Zongsu Wei, Tianyuan Xu, and Dongye Zhao, (2019). Treatment of per- and polyfluoroalkyl substances in landfill leachate: status, chemistry and prospects Environ. Sci.: Water Res. Technol., 2019, 5, 1814

Liu, Y., Mendoza-Perilla, P., Clavier, K.A., Tolaymat, T.M., Bowden, J.A., Solo Gabriele, H.M., Townsend, T.G., (2022). Municipal solid waste incineration (MSWI) ash co-disposal: Influence on per- and polyfluoroalkyl substances (PFAS) concentration in landfill leachate. Waste Manage. 144, 49–56.

**APPENDIX A**

Curriculum Vitae Dr. Singh

**SCS ENGINEERS**

## SHRAWAN SINGH, PhD, PE

## Education



Ph.D.        Environmental Engineering Sciences, University of Florida,
             2011
M. Tech.     Environmental Engineering and Management, Indian Institute
             of Technology, Kanpur, India, 2004
B.Tech.      Agricultural Engineering, G.B.P. University of Agriculture and
             Technology, Pantnagar, India, 2002

## Professional Licenses and Certifications

Professional Engineer – Georgia, Texas
Certified Design Engineer for Erosion and Sediment Control – Georgia

## Professional Experience

Dr. Singh is a registered professional engineer (GA and TX) with over nine years of experience as an engineer and project/task manager for various aspects of solid waste management.  Dr. Singh has worked on several projects involving design and permitting of municipal solid waste (MSW) landfill liner, gas collection and control system (GCCS), closure design, leachate recirculation system, and leachate treatment system, and developing solid waste management master plan and recycling strategies for counties.  Dr. Singh has also worked on groundwater and soil contamination assessment and remediation plans for landfills, technical support for a landfill experiencing a subsurface smoldering event, operational assistance for coal combustion residue (CCR) landfill and surface impoundments, and evaluation of post-closure care (PCC) performance of landfills, beneficial reuse of waste to energy bottom ash, a market analysis of waste materials and waste composition studies. Dr. Singh has provided technical support and engineering services to the Office and Research and Development (ORD) division of the US EPA on several projects and has published several peer-reviewed research articles.

Dr. Singh is currently a Senior Project Professional at the SCS-Atlanta office.  His representative project experiences are presented below.

### Landfill Design, Permitting, Compliance, and Operation and Maintenance

**Seminole Road Landfill (SRLF) Compliance and O&M, DeKalb County, Georgia (2021-Present).**
Serving as Project Manager for environmental compliance and operation and maintenance of SRLF. The landfill contains an active MSW cell, a closed cell, active GCCS, flare, gas to energy system, and renewable fuel facility.  Major responsibilities include providing consulting to the landfill staff to conduct efficient day to day operation of landfill, keeping landfill compliant under landfill's solid waste and Title V permit requirements. Develop plans and budget for landfill's engineering, operational, and compliance needs.  As needed, identify and coordinate contractors to solve issues landfill faces during routine operations.

**Seminole Road Landfill (SRLF) Five Year Permit Review and Modification DeKalb County, Georgia (2021-February 2022).** Worked as an engineer to review and modify the SRLF's existing permit per new solid waste regulations in Georgia requiring a five-year permit review for the landfill.  Developed

**S C S   E N G I N E E R S**

high moisture content waste disposal plan for the landfill to be included in the permit.  The submitted permit was approved in February 2022.

## Bottom Liner Design

**Vega Baja Municipal Landfill, PR (2018-2019).**  Worked as a lead engineer to develop a design layout for the bottom liner of the new cell.  Provided guidance to the engineers for developing the design and construction level design drawings, reviewed design drawings and calculation package including settlement calculations, leachate generation, head over the liner, and LCS pipe perforation and strength, LCS pipe sizing, sump and pump sizing, geomembrane leakage rate, and geosynthetic liner equivalency. Communicated with the client about design and its progress.

**Kanjur Integrated Waste Management Facility Design, Mumbai, India (2015-2017).** Lead engineer to perform calculations and design the landfill cells bottom grades and leachate collection and removal system (LCRS). The design consisted of seven contiguous waste cells of one-year waste capacity. Each cell was planned to be mined after every five years of waste degradation. The calculation package included estimation of settlement, leachate generation, head over the liner, and LCS pipe perforation and strength, LCS pipe sizing, sump and pump sizing, geomembrane leakage rate, and geosynthetic liner equivalency. Developed permit level drawings in AutoCAD Civil 3D and bill of quantity for the design. Developed filling sequence. Communicated with the client about design and its progress.

**Solvi Group, Brazil (2017-2018).** Lead engineer to performed feasibility evaluation for retrofitting four landfills in Brazil: Belem, Quata, Sao Leopoldo, and Santa Maria into bioreactor landfills. Performed leachate injection design calculations for vertical well and horizontal trench leachate injection system to primarily promote organic substrates and nutrients transportation and cycling throughout the waste mass and not to substantially increase the waste moisture content. Developed and drew conceptual bioreactor design drawings in AutoCAD Civil 3D, calculation packages, material quantity, and the reports for each site.

**Kanjur Integrated Waste Management Facility Operation and Maintenance, Mumbai, India (2017).** Assisted the facility engineers on-site for the operation and maintenance of bioreactor landfills. Identified issues in their existing operational practices and provided design and consulting to improve operational practices. Provided on-site consulting for ongoing liner and GCCS construction.

**New River Regional Landfills, Raiford, Florida, Leachate Recirculation System Construction (2006-2007).**  Worked as a Research Assistant on-site during the installation of the leachate recirculation system (LRS) for a 27-acre landfill cell.  A hybrid LRS was installed in which leachate was planned to be recirculated through vertical wells completely buried under waste.

## Landfill Gas Collection and Control and Air Permitting

**Flare Installation at Seminole Road Landfill (SRLF) (2021-Present)**
Providing engineering support to SRLF in replacing existing Ultra-low NOx Flare with a Candlestick Flare.  Responsibilities include developing scope of flare procurement for vendors, obtaining quotes from flare manufacturers, developing design drawings, and assistance during construction.

**Gordon County GCCS Design, Georgia (2022)**
Served as an engineer of record for the GCCS plan and construction drawings for Gordon County Landfill, GA.  Responsibilities were to evaluate GCCS requirements, guiding engineers to prepare construction level drawings, reviewing the drawings, providing directions and recommendation to engineers to answer contractor's questions.

**Oak Grove Landfill, Republic Services, Atlanta, Georgia (2021-2022)**
Served as an engineer of record for the GCCS expansion of Oak Grove Landfill, GA.  Evaluated client requirements, provided guidance to engineers to prepare design drawings, reviewed the design drawings, assisted CQA engineers during the construction process, and reviewed as-built drawings and CQA certification report.

**Seminole Road Landfill (SRLF) DeKalb County, Georgia, Title V Permit Renewal (2022-Present)**
Engineer of record for the Title V permit application for SRLF.  Provided guidance to prepare the permit application package, review the package and submit to GA EPD.  Interacting with GA EPD for discussing changes with the permit renewal application.

**Gas System Evaluation at Taylor County Landfill, GA (2022)**
Performed review and provided recommendations to engineers for the gas system evaluation at Taylor County Landfill.  Assisted developing potential landfill gas recovery estimates for the landfill.

**Semiannual Title V and GHG Reporting (2021-Present).** Developed semiannual Title V and GHG reports for multiple landfills (Several private landfills, and DeKalb County Landfill) of Georgia.

**DeKalb County Landfill, GA, GCCS Evaluation and Upgrade, (2021-Present).** Assisted engineers at SCS to identify landfill area to install additional gas wells and re-drill other non LFG producing gas wells at the DeKalb County Landfill to increase the LFG generation.

**Vega Baja Municipal Landfill, Puerto Rico, GCCS Design (2019).** Lead engineer to perform calculations and design of the GCCS for Vega Baja Municipal Landfill, Vega Baja, PR.  Reviewed and finalized GCCS design prepared by engineers.  Developed a report for the GCCS design and installation.

**Mayaguez and Guaynabo Landfill, Puerto Rico, Non-methane Organic Compound (NMOC) Evaluation Plan (2018).** Develop NMOC testing and estimation plan for Mayaguez and Guaynabo landfills located in PR following the 40 CFR 60subpart WWW- Standards of Performance for MSW Landfills. The plans were submitted to PR Environmental Quality Board and the US EPA for approval. Addressed EPA's comments on the plan for Mayaguez Landfill.

**Kanjur Integrated Waste Management Facility Design, Mumbai, India, GCCS and LRS Design, (2016-2017).** Lead engineer to perform calculations and design the hybrid LRS and landfill GCCS for 4,000-metric tons per day solid waste management facility. Horizontal LRS and GCCS trenches were designed such that leachate recirculation and gas collection can be performed through alternate trenches of each level.  Developed permit level AutoCAD drawings and bill of quantity for the design.

**Pirana Landfill, Ahmadabad, India GCCS Design, (2016).** Lead engineer to develop design and calculation package of GCCS for closed section of Pirana Landfill.  The calculation package included an estimation of the landfill gas generation rate, vacuum required for GCCS operation, the design rationale for GCCS devices and their arrangements, a design for the condensate management system. Prepared construction level GCCS design drawings. Communicated with the client for data needs.

**Alachua County Southwest Landfill (ACL), Archer, Florida, GCCS Operation and Maintenance (2007-2010).** Worked as a research assistant to operate GCCS of a landfill operated as bioreactor. GCCS was modulated to generate an overall landfill gas quality with methane concentration greater than 51%. Landfill gas was used to operate the gas-to-energy project. Collected gas measurements from perimeter gas wells, and annual update reports.

**SCS ENGINEERS**

**Confidential Client, South Carolina, Landfill Gas Odor Issue Evaluation, (2011-2012).** Evaluated the operational effectiveness of landfill's GCCS for the correctness of odor complaints aroused from landfill neighbors. The project included extensive landfill gas data mining and modeling, evaluation of GCCS design components, and operational records. Provided recommendations for the effectiveness of the existing system.

## Landfill Closure

**Alternative Evapotranspiration (ET) Final Cover, Proposed Cortina Integrated Solid Waste Management Facility, CA (2022-present)**
Identified an alternative ET Cover configuration using on-site soils for the proposed Cortina Landfill that can provide equivalent performance to a regulatory prescribed composite final cover. Performed HELP and UNSAT-H modeling on multiple ET cover configurations to determine an ET final cover thickness suitable for the proposed site conditions. Developed technical memorandum for the client and to be included in the final report.

**Deans Bridge Landfill, Augusta, Georgia, Phase 2C Closure (2021-Present).** Certifying Engineer for the construction quality assurance (CQA) project for closure of Phase 2C section of the landfill. Responsible for evaluating drawings prepared by design engineers and communicating with the construction contractors. Address issues and provide responses to design questions as needed or communicate to the design engineers for clarifications. Evaluate quality of all material submittals, pay app review, and check on construction quality of the cover in accordance with the design.

**Vega Baja Municipal Landfill, PR (2018-2019).** Worked as project engineer for developing final grades and stormwater design of the final cover of the landfill. Provided guidance to staff engineers to develop design drawings and calculation package and conducted final review of the same.

## Landfill Leachate Management and Treatment

**Pilgrim's Pride Wastewater Pretreatment Pond Design, GA (2022)**
Engineer of record for designing lined pond for pretreatment of poultry industry wastewater. Reviewed and certified the design drawings. Provided guidance to engineer to perform liner stability calculations and wind uplift calculations and reviewed the calculations.

**Enterprise Florida Class III Landfill, Florida, Impact of Leachate Disposal on Unlined Pond and Design and Permitting of Lined Leachate Treatment Pond, (2020).** Project manager and lead technical engineer to evaluate the groundwater exceedances observed due to leachate disposal in the unlined leachate treatment pond. Assisted client in addressing and negotiating the consent order issued by the FDEP. Coordinated with FDEP to receive the feedback on proposed corrective action plan (CAP) to address exceedance issues and developed the CAP. Designed a lined leachate treatment aeration pond for removal of iron and manganese from leachate prior to disposal in unlined pond. Obtained permit for leachate treatment, disposal, and monitoring. Managed compliance monitoring associated with leachate treatment permit.

**Vega Baja Landfill, PR, Design and Permitting for On-site Landfill Leachate Treatment, (2019).** Lead engineer to develop research, demonstration, and development (RD&D) permit application for on-site landfill leachate treatment using reverse osmosis (RO) membrane systems. Conducted the evaluation in two phases. The first phase consisted of an evaluation of the effectiveness of existing RO systems used for leachate treatment at five sites in the US. In the second phase, developed an RD&D permit for site's leachate treatment using a low-pressure RO. The permit application was submitted to PR EQB.

**S C S   E N G I N E E R S**

**Enterprise Florida Class III Landfill, Florida, Leachate Quantity Estimation, (2016).** Performed HELP model runs to estimate the total quantity of leachate collected at the site. The site was planning to construct a toe drain at the northern toe of the landfill, which would collect leachate from all existing and future cells of the site.

**Florida International University, Miami (2012).** Conducted experimental and analytical research on improving the biodegradability of landfill leachate for co-treatment with municipal wastewater. Mentored graduate students in developing experimental plans and conducting various experiments for leachate treatment. Application of the Fenton process was assessed, evaluated, and recommended for biodegradability improvement of landfill leachate. Published three peer-review articles from this research.

**Alachua County Southwest landfill (ACL), Florida, Design, Permitting, and Operation and Maintenance of On-site Landfill Leachate Treatment, (2007- 2010).** Designed, installed, and operated a RO landfill leachate treatment system. Using initial operational and analytical results, prepared an RD&D permit to be submitted to the FDEP to operate the RO system at the landfill. Other leachate pretreatment methods air stripping and ion exchange were evaluated for removal of excess ammonia present in the treated leachate after membrane treatment.  Treated leachate was beneficially used in irrigating the vegetative cover of the landfill.

**The University of Florida, Leachate Characterization Study of the Waste Transfer Station, (2007).** Collected leachate samples from several transfer stations across the state of Florida and analyzed for leachate quality parameters.

## Solid Waste Management Plan

**Pinellas County, Florida in association with HDR, Tampa, Organic Waste Management Plan, (2018-2019).** Lead professional engineer to develop an organic waste management plan for the County's solid waste management master plan.  Estimated the amount of organic waste generated at the County, developed different scenarios, strategies, and cost estimates for management of organic waste generated by different sectors within the County.  Assisted in other components, including waste to energy ash and construction and demolition debris (CDD) management.

**HDR, Australia, State of Practice of Beneficial use of Waste-to-Energy (WTE) Ash (2017).** Lead engineer to prepare a review of the state of practice of beneficial reuse of WTE ash.  The review was to be used in determining WTE ash management practice at the Phoenix Kwinana WTE facility, Perth, Australia.

**Pasco County Utilities, FL, Waste to Energy Facility Bottom Ash Reuse (2017).** Lead Engineer to evaluate the impact of waste to energy facility bottom ash as a base course underneath a 2-inch thick pavement layer as compared to a 4-inch thick pavement layer and their impact on human health and groundwater. Rainwater infiltration rates were estimated using HELP modeling. Groundwater quality data were evaluated to determine the impact of rainwater leaching through the bottom ash base course. No significant difference in infiltration rate between a 4-inch and 2-inch thick pavement layer was observed. Aluminum (Al), antimony (Sb), and molybdenum (Mo) were observed as a constituent of concern (COCs); however, 2-inch and 4-inch thick base course layers showed a similar impact on the groundwater quality.

**Clay Cut, Polk County, Florida, Market Analysis of CDD Management, (2016).** Lead engineer to conduct market analysis for County's CDD management.  Evaluated the historical CDD collection and flow to different CDD management facilities in the County.  Estimated permitted available CDD management capacity in the County and measured the gap between County's future CDD generation

and current management infrastructure.  Additionally, presented the project outcomes in the public hearing of the County's Board of County Commissioners.

**Clay County, Florida and Polk County, Florida, End of Life Materials Management Plan (2015).** Lead engineer to develop end of life (EOL) materials management plan for both the counties. Reviewed current state-of-practice of EOL management of materials generated within the County. Developed a list of recycling scenarios for Counties to consider for increasing the materials recycling rate to 75% by 2020. Provided a list of challenges that may occur during the implementation of these scenarios.

**Orlando Utilities Commission (OUC) Stanton Energy Center, Orlando, Florida, Environmental Impact of Reuse of Flue-gas Desulfurization Products, (2015).** Performed a beneficial use assessment for the land application of Flue-gas desulfurization (FGD) byproducts from the OUC Stanton Energy Center in Orlando, FL.  Analyzed potential environmental and human health risks due to land application of FGD byproducts.

**Indiantown Cogeneration Facility in Indiantown, Florida, Safety Data Sheet Development (2015).** Developed Safety Data Sheets (SDS) for coal bottom ash, fly ash, and lime grit residuals generated at the facility. Collected lime grit samples at the site for its chemical analysis.

**Polk County, Florida, Waste Quantity Reports (2011).** Assisted the County in submitting the waste quantity online report to FDEP.  Developed a template for the County for their waste quantity reporting.

**Bill Hinkley Center for Solid and Hazardous Waste Management, Gainesville, FL, Florida Class-I Landfill Capacity Estimation (2012-2013).**  Managed the project for estimating the cumulative capacity of Florida class-I landfills (municipal solid waste landfill).  Collected and analyzed statewide landfill capacity data, created an excel database that can be easily managed and updated in the future; developed web GIS maps showing statewide remaining capacity, and prepared a report.

**The University of Florida, Gainesville, Florida, Waste Characterization Studies (2007 and 2010).** Involved in two waste characterization studies as a research assistant.  The first study was conducted at the Orange County landfill, Florida, to determine the amount and type of pharmaceutical waste generated in Orange County.  The second study was conducted at the Alachua County Transfer Station, Gainesville, Florida, to determine the amount of recyclable and biodegradable waste generated in Alachua County.

## Soil and Groundwater Contamination Assessment and Remediation

**Richland Creek Landfill, GA (2022-Present)**
Prepare and submit the groundwater monitoring quarterly reports at Georgia EPD portal for the two offsite monitoring wells.  Evaluate the monitoring data for 40 CFR 258 Appendix I VOC parameters and compare with standards to evaluate impact of potential subsurface landfill gas migration.

**Enterprise Class-III Landfill and Recycling Center, Dade City, Florida, Evaluation of Iron and Manganese Groundwater Exceedances in a Florida Class III landfill (2020).** Lead engineer to evaluate the observed exceedances of iron and manganese in the compliance wells surrounding an unlined leachate pond.  Prepared a memo on behalf of the site owner explaining FDEP that the observed exceedances are primarily due to the reductive dissolution of natural site soil iron. Listed the corrective actions to be implemented to address the observed exceedances.

**Central County Solid Waste Disposal Complex, Sarasota County, Florida, Soil Remediation for Landfill Liner Construction, (2018-2019).**  Lead engineer for analyzing groundwater and soil characterization

data, estimating potential arsenic and iron release into the groundwater due to changes in biogeochemistry caused by the development of planned landfill liner, recommending soil remediation strategies and bottom liner design options to reduce the amount of arsenic and iron release.

**Gainesville Regional Utilities (GRU) Coal Combustion Residue (CCR) Landfill, Gainesville, Florida, Contaminated Soil Remediation (2018-2019).** Lead engineer to estimate the extent of the presence of contaminated soil with coal combustion residue (CCR) surrounding the CCR landfill. Developed a plan and drawings for contaminated soil excavation, disposal, and clean fill at the excavation area.

**Gainesville Regional Utilities, Gainesville, Florida, Characterization and Disposal Option Evaluation for GRU Biomass Facility Ash, (2018).** Provided engineering services in characterizing the ash produced at the GRU's biomass burn facility. Evaluated disposal alternatives for the ash including soil amendment and disposal at existing CCR landfill. Due to radioactive contamination present in the ash, landfill disposal was recommended.

**Enterprise Class-III Landfill and Recycling Center, Dade City, Florida, Groundwater Quality Evaluation (2011).** Reviewed, organized, and analyzed all available historical groundwater monitoring data of the landfill to assess the impact of the landfill on the surrounding groundwater quality. Evaluated temporal impact on the groundwater quality at each monitoring well. Identified the constituents of concerns (COC) based on their temporal changes and exceedances to the Florida Groundwater Cleanup Target Levels. Identified the potential reasons for these exceedances.

## US EPA Office of Research and Development (ORD) Projects

**HELP Model v4.0 Testing and Recommending Features to update in Future Version (2019-2020).** US EPA has released an updated excel based HELP model v 4.0. As project engineer responsibilities were to test the HELP model during the model development and provide recommendations to model developers for model analytical and user interface improvement. Following the v4.0 release, the US EPA has also planned to add features related to leachate recirculation and extreme weather events. Developed a memo for US EPA to consider the potential features that can be added in the upcoming updated versions.

**State of Practice of On-site Leachate Treatment (2019-2020).** Lead engineer to develop a report on the state of practice of onsite leachate treatment in the US landfills. Case studies for the most common onsite leachate treatment processes including evaporation, biological treatment, membrane process, phytoremediation, and a combination of physico-chemical and biological processes were evaluated.

**Data Compilation of the Landfill Facilities in Southeast USA (2019-2020).** As the Project manager responsibilities were to collect all the publicly available data related to non-hazardous waste disposal across the southeast USA. Provided guidance to staff engineers and contacted state agencies for the effort. The compiled data are expected to be used to understand the state of practice of solid waste disposal in this region.

**Support for the Subsurface Heating Event at a Closed Municipal Solid Waste Landfill, Missouri (2015-2020).** Project engineer to analyze the monitoring data collected at a closed landfill experiencing the subsurface heating event. A variety of data such as subsurface waste temperature, gas temperature and quality, settlement, leachate removal systems, and waste heat extraction systems are being collected at the site. Conducted extensive data analysis and prepared monthly and annual reports consisting of critical evaluation of monitoring data for the EPA. The EPA uses the reports to provide further guidance to the site to manage existing SSE.

**S C S   E N G I N E E R S**

**Approaches to Evaluate the Impact of Subtitle D Landfills beyond the 30-year Post-Closure Care Period (2016-2019).** One of the lead engineers to identify the approaches for evaluating subtitle-D landfill performance after closure. Collected and analyzed a variety of data collected at nine landfills across the US closed for over 10 years. The data analyzed included leachate and gas quantity and quality, groundwater quality, PCC cost, settlement, subsurface methane monitoring, surface emission monitoring, etc.  Prepared a comprehensive report and recommendations for the ORD for PCC performance evaluation approaches.

**Performance of Double Lined MSW Landfills (2016-2019).** Project engineer to collect and analyze the performance of double-lined MSW landfills across the US. Leachate quantity and quality data were collected from a total of 54 double-lined landfills across the US. Data analysis was performed to determine the liner efficiencies and the size of the defects in the liner.  Evaluated the effectiveness of the HELP model in estimating leakage rate as compared to site measured data.

**Hydraulic Properties of Landfill Liner Geosynthetic Material, US EPA (2019).** Provided guidance to staff engineers to develop a database with the most updated information on the hydraulic properties of landfill liner geosynthetic materials. Conducted quality analysis and control for the database. The database is planned to be used by the US EPA in updating the existing HELP model default values.

**Hydraulic Properties of Waste Material, (2019).** Provided guidance to staff engineers to develop a database with the most updated information on the hydraulic properties of various waste materials. The EPA plans to add and/or update the existing HELP model default values.  Conducted quality analysis and control for the databases.

**Hydrologic Evaluation of Landfill Performance (HELP) Model Testing (2018, 2020).** Lead engineer to test the excel-based HELP model that EPA is developing.  Provided critical recommendations to the EPA for adding the missing features on the model that will greatly improve the usability and quality of excel based model.

**Wasted Food Generation in the US: Sources, Amounts, and Estimation Methodologies, Cincinnati, Ohio (2015-2016).** Lead engineer to review the existing methodologies to determine the amount of wasted food generation rate from individual industrial, commercial, and institutional entities across the US.  Improvised the existing methodologies as needed and developed extensive database listing names, locations, contact details, and an estimate of the wasted food generation rate from each of the 685,000 entities. The database was used by the ORD to develop an excess food opportunity mapping tool (https://www.epa.gov/sustainable-management-food/excess-food-opportunities-map) to locate the amount of wasted food generation across the US by each entity.

## Publications

Singh S. (2022). State of Landfill Leachate Management: Challenges and Opportunities. Talking Trash, Summer 2022.

Singh, S. and Descher S. (2022). SEM at Penetrations: The 10-Day Compliance Race.  Waste Advantage Magazine, February 2022 Issue, 60-62. 2022 Issues - Waste Advantage Magazine

Singh, S., Moody, C., Townsend, T., 2014.  Ozonation as a pretreatment for stabilized landfill leachate treatment using high pressure membranes.  Desalination 344,163-170. doi: 10.1016/j.desal.2014.03.011

**S C S   E N G I N E E R S**

Bernardo-Brisker, A.R., Singh, S., Trovo, A.G., Tang, W.Z., Tachiev, G., 2014. Biodegradability enhancement of mature landfill leachate using fenton process under different COD loading factors. Environmental Processes, 1-13. doi: 10.1007/s40710-014-0016-8

Singh, S., Tang, W.Z., Tachiev, G., 2013.  Fenton treatment of landfill leachate under different COD loading factors. Waste Management 33, 2116-2122. doi: 10.1016/j.wasman.2013.06.019

Singh, S., Tang, W.Z. 2013.  Statistical analysis of optimum fenton oxidation conditions for landfill leachate treatment.  Waste Management 33, 81-88. doi: 10.1016/j.wasman.2012.08.005

Singh, S., Townsend, T., Mazyck, D., Boyer, T., 2012. Equilibrium and intra-particle diffusion of stabilized landfill leachate onto micro and meso-porous activated carbon. Water Research 46 491-499. doi:10.1016/j.watres.2011.11.007

Singh, S., Townsend, T., Boyer, T., 2012.  Effect of coagulation and anion exchange resin (MIEX) as a pretreatment method for treating stabilized landfill leachate using membrane systems.  Separation and Purification Technology 96, 98-106. doi: http://dx.doi.org/10.1016/j.seppur.2012.05.014

Agarwal, D., Singh, S., Agarwal, A.K., 2011.  Effect of exhaust gas recirculation (EGR) on performance, emissions, deposits and durability of a constant speed compression ignition engine. Applied Energy 88 (8), 2900-2907.  doi:10.1016/j.apenergy.2011.01.066

Jang, Y., Jain, P., Tolaymat, T., Dubey, B., Singh, S., Townsend, T., 2010.  Characterization of roadway stormwater system residuals for reuse and disposal options. Science of the Total Environment, 408, 1878-1887.  doi:10.1016/j.scitotenv.2010.01.036

Tang, Z. and Singh, S., 2012.  Biodegradability enhancement of landfill leachate using Fenton processes.  Submitted to Hinkley Center for Solid and Hazardous Waste Management, Gainesville, Florida.

Link to Google scholar: http://scholar.google.com/citations?user=jbZpXLcAAAAJ&hl=en

## Significant Contributions to Other Publications

EPA/600/R-20/346. July 2020. Technical Considerations for Evaluating the Environmental Emissions from RCRA Subtitle D Landfills Beyond the 30-Year Post-Closure Care Period,

EPA/600/X-18/072/April 2018. Excess Food Opportunities Map – Technical Methodology

## Conference Publications, Presentations, and Posters

Singh, S. and Descher, S. 2021.  SEM at Penetrations: Challenges and Evaluation of Corrective Action Alternatives, Presented at Solid Waste Association of North America Georgia Chapter Fall Conference on November 8, 2021, Brasstown Valley Resort, Georgia, Young Harris, GA

Singh, S., Townsend, T., 2010.  Evaluation of coagulation and MIEX as a pretreatment option for treating stabilized landfill leachate using membrane systems.  Poster presentation, 47th Florida Air and Waste Management Conference, Crystal River, Florida.

Singh, S., Townsend, T., 2010.  Treatment of stabilized bioreactor landfill leachate using membrane system: Pretreatment Evaluation (Activated Carbon).  Poster presentation, 12th Annual EES poster symposium, University of Florida, Gainesville, Florida.

Singh, S., Townsend, T., 2009.  Treatment of stabilized bioreactor landfill leachate using membrane system: Pretreatment Evaluation.  Poster presentation, 46th Florida AWMA Conference, Captiva Island, Florida.

Singh, S., Townsend, T., 2009.  Comparison of pretreatment methods for treatment of stabilized bioreactor landfill leachate using membrane systems.  Poster symposium 11th Annual EES poster symposium, University of Florida, Gainesville, Florida.

Singh S., Bishop, R., Wood, D., Townsend, T., 2008.  Evaluation of use of reverse osmosis system for treatment of stabilized bioreactor landfill leachate.  Poster presentation: SWANA-FL, St. Augustine, Florida.

## Professional Affiliations and Services

*Affiliations*: Solid Waste Association of North America (2021-Present), Chi Epsilon (An honor society of Civil Engineers) (2009); Order of the Engineers (2010)

*Reviewer*: Waste Management and Research; Water Science and Technology; Science of the Total Environment; Chemosphere, Environmental Biology; Society of Automotive Engineers;

## Achievements and Awards

- Second prize in poster presentation competition at 12th Annual EES poster symposium, University of Florida, Gainesville, Florida (2010).
- First prize in poster presentation competition at 46th Florida Air and Waste Management Conference, Captiva Island, Florida (2009).
- Florida Air and Waste Management Association Scholarship (2008).
- Norm Casey Scholarship presented by Florida Water Works Association (2006).
- National Student Design Competition at WEFTEC (2006).  Winning team.
- FWEA Student Design Competition at Florida Water Resource Conference (2006).  Winning team.

**APPENDIX B**

Summary of Types of Document Reviewed and Associated Timeframe

Summary of Types of Document Reviewed and Associated Timeframe

| Item # | Documents Category | Additional Details/Timeframe |
|---|---|---|
| 1 | Landfill (Phase 6) Design and Operational Plan | Initial D&O Plan 1994<br>Renewed D&O Plan 2019 |
| 2 | Landfill bottom liner design and construction documents | Bottom liner construction quality assurance certification reports of Phase 6 Cell 2B, Cell 3, and Cell 4. |
| 3 | Gas collection system design and construction documents | As-built GCCS design (2008) and horizontal wells installation details |
| 4 | Industrial discharge permit | 1999 onward |
| 5 | Historical waste tonnage records | 1997 to 2021 tonnage data<br>Remaining waste capacity report 2021 |
| 6 | Historical waste composition | 2002 to 2021 |
| 7 | Historical waste composition data disposed of in Phase 6 | 2016 to 2021 |
| 8 | Leachate forcemain design and construction document | Construction drawings and reports |
| 9 | Historical leachate discharge rate | 2005 to 2021 |
| 10 | Historical leachate quality monitoring | June 2013 to June 2022<br>Leachate PFAS analytical data, November 10, 2011 |
| 11 | Groundwater monitoring data | 2022 first semiannual water quality report |
| 12 | Storm water discharge quality data | 2022 first semiannual water quality report |
| 13 | Historical methane monitoring records | 1996 to 2021 |
| 14 | Historical landfill gas monitoring records | Tier 2 reports from 2006 - 2021 |
| 15 | Green House Gas Report | 2010 to 2021 |
| 16 | Historical surface emission monitoring reports | Not required |
| 17 | Historical non-compliance notices from EPD | Notices on November 10, 2014 and February 15, 2017 |
| 18 | Plaintiff's expert report | |

# APPENDIX C

Existing Conditions Site Plan

ATLANTIC COAST CONSULTING, INC.
1150 Northmeadow Pkwy, Suite 100
Roswell, Ga 30076
770-594-5998
www.atlcc.net

PROJECT:

OLD DIXIE HWY - MUNICIPAL SOLID WASTE LANDFILL PHASE 6 EXPANSION

WHITFIELD COUNTY, GA

PERMIT #: 155-047D(SL)

DALTON-WHITFIELD SOLID WASTE AUTHORITY

587 GAZAWAY ROAD
DALTON, GEORGIA 30721
706-277-2545

REVISIONS

| | |
|---|---|
| 0. 5-year Permit Review | 05/06/2019 |
| 1. Revised Per EPD | 10/30/2019 |
| 2. Revised Per EPD | 05/06/2020 |

Drawn by: MMT
Checked by:

PROJECT NUMBER:

G016-113

MAY 2019

EXISTING CONDITIONS PLAN

Sheet 6 of 39

