# EXHIBIT R

# Expert Report of
# Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow
# in the Matter of
# Johnson *et al.*, Individually and on Behalf of
# a Class of Persons Similarly Situated
# *v.*
# 3M Company (f/k/a Minnesota Mining and
# Manufacturing Co.), *et al.*

## Case No. 4:20-CV-00008-AT

Prepared by

_____

Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow

Prepared for
Mayer Brown LLP
71 S. Wacker Drive, Suite 700
Chicago, IL 60606

December 2, 2022



**www.gradientcorp.com**
One Beacon Street, 17th Floor
Boston, MA 02108
617-395-5000

# *Table of Contents*

Page

1    Introduction .................................................................................................... 1
   1.1   Case Overview.......................................................................................... 1
   1.2   Qualifications of Dr. Barbara D. Beck................................................... 1

2    Summary of Opinions ...................................................................................... 3

3    Methodology.................................................................................................... 6
   3.1   Information Used ...................................................................................... 6
   3.2   Analyses Performed ................................................................................ 6

4    Variability in Exposure .................................................................................. 7
   4.1   Variability in Exposure Based on General Scientific Literature .............. 7
   4.2   Variability in Serum Concentrations Based on Pharmacokinetic Differences...... 10
   4.3   PFAS Concentrations in Municipal Water............................................ 11
   4.4   Conclusion ............................................................................................ 15

5    Agency Guidelines......................................................................................... 16
   5.1   Perfluorooctanoic Acid (PFOA) ........................................................... 17
       5.1.1   United States Environmental Protection Agency ................................. 17
           5.1.1.1   Reference Dose........................................................ 17
           5.1.1.2   Drinking Water ........................................................ 18
           5.1.1.3   Interim Health Advisory.......................................... 19
       5.1.2   Agency for Toxic Substances and Disease Registry ................................. 22
       5.1.3   Minnesota .................................................................... 23
           5.1.3.1   Reference Dose........................................................ 23
           5.1.3.2   Health Risk Limit .................................................... 24
           5.1.3.3   Goeden *et al.* (2019) Model ..................................... 24
       5.1.4   New York .................................................................... 25
       5.1.5   New Jersey .................................................................. 25
           5.1.5.1   Non-carcinogenic Effects........................................ 25
               5.1.5.1.1   Reference Dose ................................... 25
               5.1.5.1.2   Maximum Contaminant Level for Non-carcinogenic Effects ................................................. 26
           5.1.5.2   Carcinogenic Effects ............................................... 27
       5.1.6   Massachusetts ............................................................. 29
           5.1.6.1   Reference Dose........................................................ 29
           5.1.6.2   Maximum Contaminant Level .................................. 29
       5.1.7   Vermont ...................................................................... 29

5.1.8     New Hampshire.................................................................................. 30
          5.1.8.1   Reference Dose........................................................................ 30
          5.1.8.2   Maximum Contaminant Level .................................................. 30
5.1.9     California Office of Environmental Health Hazard Assessment ............. 30
          5.1.9.1   Reproductive Toxicity Listing.................................................. 30
          5.1.9.2   Carcinogenicity Listing............................................................ 31
5.2   Perfluorooctane Sulfonate (PFOS) ..................................................................... 32
      5.2.1     United States Environmental Protection Agency ............................... 32
                5.2.1.1   Reference Dose........................................................................ 32
                5.2.1.2   Drinking Water ........................................................................ 33
                5.2.1.3   Interim Health Advisory .......................................................... 34
      5.2.2     Agency for Toxic Substances and Disease Registry ........................... 34
      5.2.3     Minnesota ........................................................................................ 35
                5.2.3.1   Reference Dose........................................................................ 35
                5.2.3.2   Health-Based Value ................................................................. 35
      5.2.4     New York .......................................................................................... 36
      5.2.5     New Jersey ........................................................................................ 36
                5.2.5.1   Reference Dose........................................................................ 36
                5.2.5.2   Maximum Contaminant Level .................................................. 37
      5.2.6     Massachusetts .................................................................................. 38
                5.2.6.1   Reference Dose........................................................................ 38
                5.2.6.2   Maximum Contaminant Level .................................................. 38
      5.2.7     Vermont ........................................................................................... 38
      5.2.8     New Hampshire.................................................................................. 39
                5.2.8.1   Reference Dose........................................................................ 39
                5.2.8.2   Maximum Contaminant Level .................................................. 39
      5.2.9     California Office of Environmental Health Hazard Assessment ............. 39
                5.2.9.1   Reproductive Toxicity Listing.................................................. 39
                5.2.9.2   Carcinogenicity Listing............................................................ 40
5.3   Perfluorohexane Sulfonate (PFHxS) ................................................................... 40
      5.3.1     United States Environmental Protection Agency ............................... 40
      5.3.2     Agency for Toxic Substances and Disease Registry ........................... 41
      5.3.3     Minnesota ........................................................................................ 41
                5.3.3.1   Reference Dose........................................................................ 41
                5.3.3.2   Health-Based Value ................................................................. 41
      5.3.4     Massachusetts .................................................................................. 41
      5.3.5     Vermont ........................................................................................... 42
      5.3.6     New Hampshire.................................................................................. 42
                5.3.6.1   Reference Dose........................................................................ 42
                5.3.6.2   Maximum Contaminant Level .................................................. 42
5.4   Perfluorononanoic Acid (PFNA) .......................................................................... 43
      5.4.1     United States Environmental Protection Agency ............................... 43
      5.4.2     Agency for Toxic Substances and Disease Registry ........................... 43
      5.4.3     New Jersey ........................................................................................ 43

|  |  | 5.4.3.1 | Human Serum Target Level | 43 |
|  |  | 5.4.3.2 | Maximum Contaminant Level | 44 |
|  | 5.4.4 | Massachusetts | | 44 |
|  | 5.4.5 | Vermont | | 45 |
|  | 5.4.6 | New Hampshire | | 45 |
|  |  | 5.4.6.1 | Reference Dose | 45 |
|  |  | 5.4.6.2 | Maximum Contaminant Level | 45 |
| 5.5 | Perfluoroheptanoic Acid (PFHpA) | | | 45 |
|  | 5.5.1 | Massachusetts | | 45 |
|  | 5.5.2 | Vermont | | 46 |
| 5.6 | Perfluorobutane Sulfonate (PFBS) | | | 46 |
|  | 5.6.1 | United States Environmental Protection Agency | | 46 |
|  |  | 5.6.1.1 | Reference Dose | 46 |
|  |  | 5.6.1.2 | Drinking Water | 47 |
|  | 5.6.2 | Minnesota | | 47 |
|  |  | 5.6.2.1 | Reference Dose | 47 |
|  |  | 5.6.2.2 | Health-Based Value | 48 |
|  | 5.6.3 | Massachusetts | | 48 |
|  |  | 5.6.3.1 | Interim Reference Dose | 48 |
|  |  | 5.6.3.2 | Interim Maximum Contaminant Level | 48 |
| 5.7 | Relative Source Contribution | | | 49 |
| 5.8 | Comparison of Drinking Water Guidelines to Animal Data | | | 49 |
| | | | | |
| **6** | **Margins of Exposure** | | | **51** |
| 6.1 | Site Data | | | 51 |
| 6.2 | Potentially Exposed Populations | | | 52 |
| 6.3 | Development of Exposure Point Concentrations | | | 52 |
| 6.4 | Exposure Equations and Assumptions | | | 52 |
| 6.5 | Comparison of Exposures with Points of Departure Used to Set Agency Guidelines | | | 54 |
| 6.6 | Conclusions | | | 56 |
| | | | | |
| **7** | **Comments on Dr. DeWitt's Opinions** | | | **57** |
| 7.1 | Cancer | | | 58 |
| 7.2 | Developmental Toxicity | | | 61 |
| 7.3 | Immunotoxicity | | | 63 |
| 7.4 | Liver Toxicity | | | 64 |
| 7.5 | Consideration of Dose | | | 64 |
| 7.6 | Consideration of Causation | | | 65 |
| 7.7 | Consideration of Risk Assessment | | | 66 |
| 7.8 | PFAS Mixtures | | | 66 |
| 7.9 | Drinking Water Guidance | | | 66 |
| 7.10 | State of Knowledge | | | 69 |
| 7.11 | Appendix C of Dr. DeWitt's Report:  Estimating "Safe" PFOS Doses | | | 71 |

8   Declaration ................................................................................................... 72

References ....................................................................................................... 73


Appendix A   Methodology, PFAS Properties, Health Effects of PFAS, and Historical Knowledge of PFAS

Appendix B   *Curriculum Vitae* of Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow

Appendix C   Testimony of Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow (Last Four Years)

Appendix D   Analysis of NJDWQI's BMDL Modeling for PFOS

# *List of Tables*

Table 4.1        Drinking Water Ingestion Rates for the General Population

Table 4.2        Drinking Water Ingestion Rates for the General Population:  Bottled Water

Table 4.3        Time Spent Indoors at Work

Table 4.4        Summary of Data for Blended Effluent

Table 5.1        Comparative Doses from Animal Studies:  Number of 8-Ounce Glasses of Water at the Guideline Concentrations an Adult Would Need to Drink to Reach the NOEL, LOEL, or BMDL Used as the Basis for US EPA PFAS Guidance Values

Table 6.1        Summary of Drinking Water Results from Location 5 – Blended Effluent (Finished Water), 2016-2021, Hamler Water Treatment Plant, Rome, Georgia

Table 6.2        Summary of Exposure Parameters

Table 6.3        Hypothetical Daily Intakes and Margins of Exposure for Rome, Georgia

# *List of Figures*

Figure 4.1        Mean Water Concentrations for Carboxylic Acids in Blended Effluent

Figure 4.2        Mean Water Concentrations for Sulfonates in Blended Effluent

Figure 5.1        Antibody Levels in the Study by Grandjean *et al*. (2012)

# *Abbreviations*

| | |
|---|---|
| 3M | 3M Company |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ADME | Absorption, Distribution, Metabolism, and Excretion |
| AFFF | Aqueous Film-Forming Foam |
| APFO | Ammonium Perfluorooctanoate |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| BMD | Benchmark Dose |
| BMDL | Benchmark Dose Lower Bound |
| $BMDL_{0.5SD}$ | Benchmark Dose Response That Represents a 0.5 Standard Deviation Change from the Control Mean |
| $BMDL_{1SD}$ | Benchmark Dose Response That Represents a 1 Standard Deviation Change from the Control Mean |
| $BMDL_{10}$ | Benchmark Dose Lower Bound at 10% Response |
| $BMDL_{20}$ | Benchmark Dose Lower Bound at 20% Response |
| $BMDL_5$ | Benchmark Dose Lower Bound at 5% Response |
| BMI | Body Mass Index |
| BMR | Benchmark Response |
| CalOEHHA | California Office of Environmental Health Hazard Assessment |
| CDC | Centers for Disease Control and Prevention |
| DAF | Dosimetric Adjustment Factor |
| Danish EPA | Danish Environmental Protection Agency |
| DWEL | Drinking Water-Equivalent Level |
| DWI | Drinking Water Intake |
| EFSA | European Food Safety Authority |
| ELISA | Enzyme-linked Immunosorbent Assay |
| EPC | Exposure Point Concentration |
| F0 | Parental Generation |
| F1 | First Generation |
| F2 | Second Generation |
| FCWD | Floyd County Water Department |
| GD | Gestation Day |
| GFR | Glomerular Filtration Rate |
| HA | Health Advisory |
| HBV | Health-Based Value |
| HED | Human Equivalent Dose |
| HRL | Health Risk Limit |
| IARC | International Agency for Research on Cancer |
| IgG | Immunoglobulin G |
| IgM | Immunoglobulin M |
| iHA | Interim Health Advisory |
| $K^+PFBS$ | Potassium Perfluorobutane Sulfonate |
| LHA | Lifetime Health Advisory |
| LOAEL | Lowest Observed Adverse Effect Level |

| | |
|---|---|
| LOEL | Lowest Observed Effect Level |
| MassDEP | Massachusetts Department of Environmental Protection |
| MCL | Maximum Contaminant Level |
| MCLG | Maximum Contaminant Level Goal |
| MDH | Minnesota Department of Health |
| MOA | Mode of Action |
| MOE | Margin of Exposure |
| MRL | Minimal Risk Level |
| N-EtFOSE | N-ethyl Perfluorooctanesulfonamido Ethanol |
| NHANES | National Health and Nutrition Examination Survey |
| NHDES | New Hampshire Department of Environmental Services |
| NJDEP | New Jersey Department of Environmental Protection |
| NJDWQI | New Jersey Drinking Water Quality Institute |
| NOAEL | No Observed Adverse Effect Level |
| NOEL | No Observed Effect Level |
| NTP | National Toxicology Program |
| OECD | Organisation for Economic Co-operation and Development |
| PBPK | Physiologically Based Pharmacokinetic |
| PFAS | Per- and Polyfluoroalkyl Substances |
| PFBA | Perfluorobutanoic Acid |
| PFBS | Perfluorobutane Sulfonate |
| PFDA | Perfluorodecanoic Acid |
| PFHpA | Perfluoroheptanoic Acid |
| PFHxS | Perfluorohexane Sulfonate |
| PFNA | Perfluorononanoic Acid |
| PFOA | Perfluorooctanoic Acid |
| PFOS | Perfluorooctane Sulfonate; also FC-95 |
| pGV | Provisional Guideline Value |
| PND | Postnatal Day |
| POD | Point of Departure |
| PPARα | Peroxisome Proliferator-Activated Receptor α |
| ppt | Parts per Trillion |
| PXR | Pregnane X Receptor |
| RfD | Reference Dose |
| RME | Reasonable Maximum Exposure |
| RSC | Relative Source Contribution |
| RSL | Regional Screening Level |
| RWSD | Rome Water and Sewer Division |
| SAB | Science Advisory Board |
| SD | Standard Deviation |
| SRBC | Sheep Red Blood Cell |
| T3 | Triiodothyronine |
| T4 | Thyroxine |
| TSH | Thyroid-Stimulating Hormone |
| TWA | Time-Weighted Average |
| UCLM | Upper Confidence Limit on the Mean |
| UCMR3 | Third Unregulated Contaminant Monitoring Rule |
| UF | Uncertainty Factor |

| UK | United Kingdom |
| UK FSA | United Kingdom Food Standards Authority |
| US EPA | United States Environmental Protection Agency |
| US | United States |
| Vd | Volume of Distribution |
| VTDEC | Vermont Agency of Natural Resources, Department of Environmental Conservation |
| WHO | World Health Organization |

# 1   Introduction

## 1.1   Case Overview

This matter, Johnson *et al. vs.* 3M Company *et al.*, consists of claims that residents of Rome, Georgia, and Floyd County, Georgia, have been exposed to per- and polyfluoroalkyl substances (PFAS) in their drinking water as a result of groundwater contamination by several of the Defendants in this case who own and/or operate manufacturing or other facilities related to the carpet industry (Davis and Whitlock, 2022). The Plaintiff also alleges that other Defendants, including 3M Company (3M), manufactured and sold PFAS to the defendants who used PFAS in their manufacturing processes. Plaintiff further claims that use of PFAS resulted in PFAS release into the Conasauga River and its tributaries that eventually feed into the Oostanaula River. The Oostanaula River serves as a water source for the city of Rome (Davis and Whitlock, 2022).

It is my understanding that the Plaintiff is requesting class certification for individuals who are owners and occupants of property in Rome, Georgia, and Floyd County, Georgia, who are provided domestic water service through (1) the Rome Water and Sewer Division (RWSD) or (2) the Floyd County Water Department (FCWD), which purchases water from the City of Rome. Plaintiff claims that he and the putative class paid higher rates and surcharges for water and seeks remediation of the water supply (Davis and Whitlock, 2022).

I was retained by defendants in this matter to evaluate, to a reasonable degree of scientific certainty, the scientific basis of the claims for the proposed class from a toxicological perspective and the state of knowledge of the toxicology of perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) over time. A description of my methodology and the chemical properties of PFAS, and my analysis of the scientific literature regarding health effects associated with PFAS, are included in Appendix A. My *curriculum vitae* is attached as Appendix B. Gradient is compensated for my time at the rate of $675/hour. To the extent that I receive additional materials, I reserve the right to supplement or amend my report as appropriate.

## 1.2   Qualifications of Dr. Barbara D. Beck

I received an A.B. degree (*cum laude*) in biology from Bryn Mawr College and a Ph.D. in molecular biology and microbiology from Tufts University. I am an expert in toxicology, with a specialty in human health risk assessment. I hold several certifications in toxicology, listed as follows. I am a diplomate of the American Board of Toxicology and a fellow and past President of the Academy of Toxicological Sciences. Both of these certifications are internationally recognized. The membership of each includes individuals from many countries, including countries in Europe, Asia, and Africa, as well as North America. I am also certified as a European Registered Toxicologist, through the United Kingdom (UK) Registry of Toxicologists. All of these certifications are current. In 2020, I was appointed a fellow in the American Association for Advancement of Science. I was appointed to the United States Environmental Protection Agency's (US EPA) Science Advisory Board (SAB) from 2019 to March 2021 and reappointed in August 2021.

I was a visiting scientist in the Department of Environmental Health at the Harvard T.H. Chan School of Public Health through 2018 and am a principal at Gradient, an environmental consulting company that specializes in the fate and transport of chemicals in the environment and human health risk assessment.

I was a research associate and a fellow in the Interdisciplinary Program in Health at the Harvard T.H. Chan School of Public Health, where I developed a short-term bioassay to predict the toxicity of particulate matter and gases for the lungs.  I was also an editor and author of a monograph on variations in susceptibility to inhaled pollutants.

I was Regional Expert in Toxicology and chief of the Air Toxics Staff at Region I of the US EPA, which includes the New England states.  In this capacity, I provided advice on matters of toxicology, particularly as related to air toxics.

I joined Gradient in 1987.  My consulting practice consists of health risk assessments for cancer and non-cancer endpoints, review of animal toxicology and human epidemiology studies, multi-media assessment of exposure to environmental chemicals, and evaluation of the historical development of toxicology.

I have served in an advisory capacity to a wide range of governmental and non-profit institutions on issues relating to toxicology, risk assessment, and public health.  I have been active in the Society of Toxicology for many years, in both elected and appointed roles.

I have published articles on toxicology and risk assessment in peer-reviewed journals, books, and meeting proceedings.  These publications have addressed a range of topics, such as the use of toxicology in the regulatory process and the toxicology of specific chemicals, such as metals and complex organic compounds.  I have been a peer reviewer, which includes editorial positions, for multiple journals.

I have evaluated epidemiology, animal toxicology, and mechanistic studies for purposes of drawing conclusions regarding the risk to humans from exposure to specific chemicals.  These analyses, which have been conducted using appropriate scientific principles and various analytical frameworks, have addressed a wide range of chemicals, including metals, chlorinated solvents, PFAS, and aromatic compounds.

I co-authored a manuscript on PFAS (Pizzurro *et al*., 2019) and six studies of PFAS that were presented at the 47th, 55th, 57th, 58th, and 60th Annual Society of Toxicology meetings (Lewis *et al*., 2008; Lynch *et al*., 2016; Pizzurro *et al*., 2018; Seeley *et al*., 2018; Kerper *et al*., 2019; Yeh *et al*., 2021) and have been designated as an expert on the toxicology of PFAS in several litigation cases in the United States (US) since 2007.  See Appendix C for a record of my testimony for the past four years.

# 2    Summary of Opinions

As a toxicologist and human health risk assessor, I have been asked to provide an expert opinion on the scientific basis for claims for a proposed class in the matter of *Johnson et al. vs.* 3M Company *et al.*  My specific opinions are summarized below.  To the extent that I receive additional materials, I reserve the right to update my conclusions as appropriate.

- The development of reliable conclusions regarding risks from chemical exposures entails considering the principles of toxicology, epidemiology, and regulatory risk assessment, including an evaluation of exposure, dose, and risk.  For my analysis in this case, I evaluated the variability of exposure and dose from several PFAS in drinking water across individual proposed class members to assess whether individual assessments would be necessary to characterize risk.  I also evaluated the scientific bases of health-based agency guidelines for PFAS; relevant biomonitoring and environmental data for the proposed class and how these compare to health-effect levels; and the scientific bases of opinions expressed by the Plaintiff's expert.

- PFAS are a broad category of organic molecules containing fluorine and carbon.  A subset of these compounds contain a chain of between 4 and 16 carbons ("C4" to "C16") that are fully bonded to fluorine atoms and another chemical group, such as a carboxylate or sulfonate group, that varies with different PFAS.  For the purposes of this report, I focus on PFOA, PFOS, perfluorohexane sulfonate (PFHxS), perfluorononanoic acid (PFNA), perfluoroheptanoic acid (PFHpA), and perfluorobutane sulfonate (PFBS) because these are the PFAS for which I received drinking water data from the Bruce Hamler Water Treatment Facility (or Hamler Water Treatment Plant).

- Certain PFAS have been found to resist degradation in the environment and have the potential to accumulate in certain organisms.  Nonetheless, such findings do not indicate that the presence of PFAS in the environment or in living organisms means that adverse effects are occurring or are likely to occur.  Such a determination must be made in the context of other relevant information.

- The Plaintiff alleges that individuals in Rome, Georgia, and Floyd County, Georgia, are at increased risk from exposure to PFAS and has requested class certification.  I considered the nature and extent of variability in PFAS parameters relating to potential risk, such as exposure and dose, among proposed class members.[1]  Exposure factors such as water intake, body mass, age, gender, and pregnancy are critical determinants of chemical dose and risk.  All of these factors would be expected to vary among the proposed class members.

- Exposure, dose, and risk for the properties within the proposed class area are impacted by, among other things, the levels of PFAS in the domestic water supply.  The key variable that determines the rates of PFAS intake from exposure to drinking water is the drinking water ingestion rate.  There is variability in drinking water consumption across groups.  For example, the median and high-end (95th percentile) drinking water ingestion rates within age groups can differ by a factor of two to five.  In addition, for half of the population, the drinking water ingestion rate will be less than the median, further adding to the range of variability in this parameter.  Exposure to drinking water can also differ among members of a population depending on whether they work outside the home

---

[1] It is my opinion that the epidemiological, toxicological, and mode-of-action evidence do not confirm that humans have been harmed from PFAS exposure either in occupational or community studies (see, for example, ATSDR, 2018a; Australia, Expert Health Panel for PFAS, 2018).  Nonetheless, in this report, I discuss how risk-related parameters, such as exposure and dose, vary among individual proposed class members for consideration in connection with the class certification process.

and consume water from other sources.  Given the potential for significant variability of exposures among the proposed class members, assessing risk for each individual class member requires conducting individualized exposure assessments.

- Assuming the assertion of Plaintiff's expert Dr. Jamie DeWitt that PFAS exposures are capable of causing adverse health effects in humans, and given the variability in PFAS exposures and doses across the proposed class, it is not possible for any individual Plaintiff to represent all class members adequately with respect to potential health risk.  Thus, any evaluation of the potential health risks (if any) from exposure to PFAS would require individualized assessment of exposures to each proposed class member.

- US EPA, the Agency for Toxic Substances and Disease Registry (ATSDR), and state agencies in Minnesota, New Jersey, New York, Massachusetts, Vermont, and New Hampshire have developed or proposed guidelines concerning acceptable human exposures to certain PFAS.  I include certain agencies because their guidelines are discussed in the complaint (Davis and Whitlock, 2022) and/or in the Plaintiff's expert report (DeWitt, 2022a).  Agency exposure limits for chemicals represent levels below which no health effects are anticipated and are principally based on extrapolations from animal studies, even when causation has not been shown in humans.  These values tend to overestimate risk by design, and exceedance of a health-based guideline indicates that further investigation may be warranted but does not imply that any exposures above the recommended level will lead to health effects.  Note that there is a role for scientific judgment in the selection of critical effects, uncertainty factors (UFs), and other parameters in the derivation of guideline values, and this can lead to differences across agencies in the resulting guidelines for the same chemical.

- The vast majority of the agency PFAS guidelines I describe here are based on findings of health effects in animals and not in humans.[2]  All of the health effects chosen as guideline bases have not been confirmed in humans.  The choices of appropriate health effects endpoints and other parameters for developing PFAS drinking water guidelines require scientific assessment, and certain endpoints/parameters not used by these agencies are better supported by the underlying science.

- Alternative permissible levels for PFOA, PFOS, and certain other PFAS in drinking water that are higher than those developed by US EPA, ATSDR, Minnesota, New Jersey, New York, Massachusetts, Vermont, and New Hampshire would be scientifically supported and still health protective.  To put the health protectiveness of the US EPA guidelines for PFOA, PFOS, PFHxS, PFNA, and PFBS in drinking water into perspective, I compared the guideline values with the human equivalent doses (HEDs) at the no observed effect level (NOEL) and lowest observed effect level (LOEL) doses from the animal studies that provided the bases for the guidelines.  In order to reach the HEDs of these PFAS that were associated with health effects in the animal studies, an adult would have to drink thousands of glasses of water at the guideline concentrations.

- California Office of Environmental Health Hazard Assessment (CalOEHHA) (2016) issued notices of intent to list PFOA and PFOS as "known to the state to cause reproductive toxicity" and "known to the state to cause cancer" under Proposition 65.  These listings are not supported by the science.

- The Plaintiff's expert Dr. Jamie DeWitt stated in her report that no amount of PFAS in drinking water can be considered 100% protective of human health, and the only option that would guarantee safety is to remove 100% of PFAS from drinking water.  This statement is inaccurate and scientifically unsupported.   Many safety factors and conservative assumptions are built into agency exposure limits, and these contribute to guidance values that purposely overestimate risk in order to ensure health protectiveness.

---

[2] As of the date of this report, New York State has not provided any technical documentation outlining the scientific basis for the derivation of its proposed guideline values.

- While certain PFAS were detected in samples of municipal water in Rome and Floyd County, the significance of the detected concentrations must be evaluated based on a comprehensive analysis of the available data and the underlying health-based guidelines. I conducted an assessment of human exposures to PFAS in Rome and Floyd County drinking water for a hypothetical adult female and male, using accepted US EPA risk assessment methodology and assumptions. The calculated exposures are high-end hypothetical values that overestimate exposures for most residents. I compared the exposures with point of departure (POD) values chosen by US EPA to develop toxicity values and drinking water guidelines. The resulting comparisons yielded margin of exposure (MOE) values. MOE values greater than 1 indicate that hypothetical exposures are below those associated with possible health effects in animals.

- The MOE values for PFOA, PFOS, PFHxS, PFNA, and PFBS range from 1,700 to 62,000 (there is no US EPA guidance for PFHpA in drinking water). My exposure analysis shows that the potential exposures of residents drinking municipal water are well below the POD values in the toxicological studies that US EPA used to develop reference doses (RfDs) and associated drinking water guidelines for PFAS. My exposure analysis is conservative and generally employs high-end, plausible assumptions intended to overestimate, rather than underestimate, likely exposures. For example, I used the 95% upper confidence limit on the mean (UCLM) to estimate water PFAS exposures to provide reasonable confidence that the true average would not be underestimated. As another example of the conservatism in my analysis, I used the 90th percentile drinking water ingestion rate, a value that overestimates exposure for 90% of the population. The results of my MOE analysis, based on high-end, hypothetical dose estimates, and my consideration of the underlying toxicology of PFAS demonstrate that health effects from PFAS exposure are not expected for residents who drink municipal water in Rome and Floyd County.

- Interpretation of the historical state of knowledge of PFAS, particularly PFOA and PFOS, must be made in the context of the contemporaneous understanding of the overall low toxicity of PFAS, particularly at dose levels relevant to occupational and environmental settings. Moreover, much of the state of knowledge regarding PFAS comes from studies conducted by 3M that were published and provided to regulators starting in the late 1970s and early 1980s. The historical state of knowledge regarding PFAS is discussed in detail in Appendix A.

# 3    Methodology

## 3.1    Information Used

My opinions are based on my training and experience in toxicology and risk assessment and a review of the documents available as of the date of this report.  Specific documents I have cited are listed in the References section.  In addition, my opinions are informed by my extensive professional history and experience in toxicology and risk assessment.  The types of information I relied upon for my analyses in this matter include the following.

- Case-specific documents, such as complaints, expert reports, and biomonitoring and environmental sampling data from various public health agencies.
- General guidance documents in the fields of toxicology and risk assessment by agencies such as US EPA and ATSDR.
- Publicly available environmental and regulatory documents that are not case-specific but provide data and information that are relevant to my analyses.  Such documents include toxicity criteria or guidelines and secondary toxicological reviews.
- Scientific literature, such as peer-reviewed journal articles and scientific textbooks that review toxicology and epidemiology principles, and toxicological and epidemiological studies relating to PFAS.

## 3.2    Analyses Performed

The specific analyses I performed include the following.

- I identified the key scientific principles relevant to evaluating the potential health risks of chemicals in the environment.
- I evaluated whether risk-related parameters, such as PFAS exposure and dose, are sufficiently variable as to require individualized assessments.
- I evaluated the scientific bases of health-based agency guidelines developed by US EPA, ATSDR, and certain state agencies for PFOA, PFOS, PFHxS, PFNA, PFHpA, and PFBS.[3]
- I evaluated the relevant environmental data for the Plaintiff and compared that information to PFAS health-effect levels.
- I analyzed the scientific bases of the opinions expressed by the Plaintiff's expert Dr. Jamie DeWitt.

---

[3] I focus on these PFAS because these are the PFAS for which I received drinking water data from the Bruce Hamler Water Treatment Facility.

# 4    Variability in Exposure

The Plaintiff alleges that individuals in Rome, Georgia, who obtain their drinking water from the municipal water supply are at increased risk from exposure to PFAS, and has requested class certification (Davis & Whitlock, 2022).

> [The] Plaintiff and Members of the proposed Class are owners and occupants of property in Rome, Georgia…and Floyd County, Georgia, who are provided domestic water service through the Rome Water and Sewer Division ("RWSD") or the Floyd County Water Department ("FCWD"), which purchases water from the City of Rome.  (Davis & Whitlock, 2022).

I understand that considering variability among individuals is part of the class certification process.  The nature and extent of this variability among the proposed class members needs to be evaluated by considering differences in risk-related parameters across individuals, such as PFAS exposures.  For this reason, this section presents an analysis of the variability of factors that affect PFAS intake from drinking water, for members of the proposed class.

## 4.1    Variability in Exposure Based on General Scientific Literature

"Exposure" refers to the contact made between a chemical and the outer boundary of a receptor, such as the skin, lungs, or gut (US EPA, 2005a).  The level of exposure determines the dose of chemical that is available for interaction with metabolic processes, which can then be compared to toxicological information about the chemical to assess the risk (*i.e.*, probability) of an adverse event occurring as a result of the exposure (US EPA, 2005a).  The dose of a chemical and the risk associated with that dose can vary among individuals and even for a single individual across time.  Exposure factors such as water intake rate, body mass, age, gender, pregnancy, and (in the case of certain PFAS) menstruation are critical determinants of chemical dose and risk.  All of these factors would be expected to vary among the proposed class members in this matter.  Understanding exposure variability is key to understanding the likelihood that an individual or individuals may experience health effects from a chemical exposure (Paustenbach and Madl, 2014; US EPA, 2011a).

Exposure to PFAS for the occupants of properties within the proposed class area is driven by the levels of PFAS in the domestic water supply.  The key variable that determines the rates of PFAS intake from exposure to drinking water is the drinking water ingestion rate.  Data are not available for the drinking water ingestion rate for each putative class member, but the extent of variability can be demonstrated by values published in the literature.  US EPA (2019a) analyzed data from the 2005-2010 National Health and Nutrition Examination Survey (NHANES) to calculate drinking water ingestion rates for various age groups.  Table 4.1 summarizes the median and 95th percentile drinking water ingestion rates, normalized to body weight, for children and adults of different ages.

**Table 4.1  Drinking Water Ingestion Rates for the General Population[a]**

| Age Range (Years) | Drinking Water Ingestion Rate (mL/kg-day)[b] | |
|---|---|---|
| | **Median** | **95th Percentile** |
| Birth to <6 | 26.3 | 72.2 |
| 6 to <11 | 11.5 | 41.0 |
| 11 to <21 | 6.5 | 31.0 |
| 21 to <30 | 11.7 | 47.0 |
| 30 to <40 | 12.4 | 44.0 |
| 40 to <50 | 13.5 | 43.0 |
| 50 to <60 | 14.9 | 42.0 |
| 60 to <70 | 14.8 | 40.0 |
| 70 to <80 | 14.2 | 37.0 |

Notes:
(a)  The values presented are "consumer-only" estimates (*i.e.*, excludes individuals who did not drink water during the survey period).
(b)  The units are milliliters per kilogram of body weight per day.
Source:  US EPA (2019a, Table 3-21).

As shown in Table 4.1, there is variability in drinking water consumption across age groups.  More importantly, the median and the high-end drinking water ingestion rates within age groups differ by a factor of more than two to five, depending on the age group.  Thus, exposure to water for any particular Member of the proposed Class can vary by more than two- to five-fold, depending on whether their characteristics are better represented by low-end, average, or high-end values.[4]  In addition, exposure to domestic tap water could be greater for those Members of the proposed Class who do not work outside the home, because they are expected to be consuming more water at home as opposed to Members of the proposed Class who work outside the home and consume water from other sources.  Table 4.2 shows the drinking water ingestion rate for bottled water (US EPA, 2019a).  Comparing the median and 95th percentile values in each age group, this table shows a wide variation in the amount of water that is consumed as bottled water.  Individuals who consume bottled water are likely to consume less tap water at home.

The variations in exposure to PFAS will lead to variation in risks as well.  Assessment of exposure and dose on an individual level would be necessary to evaluate the impact of this variability on risk.

---

[4]  Throughout this section, I present average (characterized by the median or 50th percentile) and 95th percentile values to demonstrate the variability in exposure parameters.  It should be noted that exposure parameters for half the population will be less than the median, further adding to the range of variability in specific parameters.

**Table 4.2  Drinking Water Ingestion Rates for the General Population: Bottled Water[a]**

| Age Range (Years) | Drinking Water Ingestion Rate (mL/kg-day)[b] | |
|---|---|---|
| | Median | 95th Percentile |
| Birth to <6 | 11.22 | 43.7 |
| 6 to <11 | 8.7 | 34.4 |
| 11 to <16 | 6.7 | 25.4 |
| 16 to <21 | 8.3 | 29.6 |
| 21 to <30 | 8.8 | 30.4 |
| 30 to <40 | 8.4 | 33.2 |
| 40 to <50 | 7.9 | 29.6 |
| 50 to <60 | 7.3 | 28.2 |
| 60 to <70 | 6.3 | 23.3 |
| 70 to <80 | 5.9 | 25.8 |

Notes:
 (a)  The values presented are "consumer-only" estimates (*i.e.*, excludes individuals who did not drink water during the survey period).
(b)  The units are milliliters per kilogram of body weight per day.
Source:  US EPA (2019a, Table 3-22).

The magnitude of exposure to PFAS in drinking water also depends on factors such as residential occupancy duration, and the amount of time spent at the residence during the day.  Because information is not available on each particular class member's activity patterns, I reviewed US EPA's recommendations for activity patterns as published in the agency's "Exposure Factors Handbook" (US EPA, 2011a).

The exposure period at a given residence can vary considerably.  The 50th and 90th percentiles for current residence time (based on data from the US Census Bureau) are 8 years and 32 years, respectively (US EPA, 2011a, Table 16-111).  People within the class area who have longer residential occupancy times could have a greater duration of exposure to PFAS in residential tap water.

People who work outside the home likely consume some of their drinking water while at work, and thus consume less tap water at home.  I used data from the US EPA "Exposure Factors Handbook" to examine the variability in the amount of time people spend at work. I used data for the time spent indoors at work as a surrogate for the amount of time people spend at work, recognizing that it does not include people who work outdoors. The time spent indoors at work varies considerably for adults of working age and by employment status (Table 4.3) (US EPA, 2011a, Table 16-18).  For adults age 18-64, the 50th and 95th percentiles for time spent indoors at work are 450 and 793 minutes/day (approximately 8 to 13 hours/day), respectively (US EPA, 2011a, Table 16-18).  Employment status affects time spent at work (and thus presumably away from home), with median values of 480 minutes/day for employed status, and 150 minutes/day for unemployed status.

**Table 4.3  Time Spent Indoors at Work**

| Demographic | Time Indoors at Work (Minutes/Day) | |
|---|---|---|
| | Median | 95th Percentile |
| **By Gender** | | |
| Male | 473 | 840 |
| Female | 280 | 590 |
| **By Age** | | |
| 18 to 64 years old | 450 | 793 |
| **By Employment Status** | | |
| Full Time | 480 | 815 |
| Part Time | 330 | 610 |
| Unemployed | 150 | 635 |

Note:
Source:  US EPA (2011a, Table 16-18).

In the context of setting drinking water criteria, US EPA assumes that as much as 80% of an individual's PFOA exposure may come from non-drinking-water sources (US EPA, 2016a).  While this relative amount is likely to be lower for most individuals, it can still present a significant source of variability between proposed class members' exposures.  One PFOA drinking water study states that "no two people share the same exposure characteristics due to participant-specific exposure variables such as drinking water consumption rates, drinking water sources, and non-water PFOA exposures" (Shin *et al*., 2014).  This further supports that PFAS exposures (in general) are expected to vary among the proposed class members, and evaluating potential health risks (if any) from exposure to PFAS requires assessment of exposures on an individualized basis.

## 4.2    Variability in Serum Concentrations Based on Pharmacokinetic Differences

In addition to differences in drinking water ingestion rate, individual blood or serum PFAS concentrations can vary due to individual differences in pharmacokinetics (the way that a chemical is absorbed in the body, distributed, metabolized, and excreted).  There are numerous bodily processes that can affect the amount of PFAS in the serum, and these processes can differ among people such that two people who are exposed to the same amount of PFAS may have different serum concentrations.

Menstruating women, for example, excrete PFAS in their menstrual blood, which reduces their overall PFAS body burden compared to males and to females who are not menstruating (Wong *et al*., 2014).  Lactation is another excretion pathway for some PFAS; studies show that serum concentrations of PFOA, PFOS, and PFNA are lower in women who breastfeed compared to women who do not breastfeed (Brantsaeter *et al*., 2013; Mondal *et al*., 2014).  Glomerular filtration rate (GFR), an indicator of kidney function, is the rate at which blood is filtered through the kidneys, and varies among individuals.  It can also increase during pregnancy.  A higher GFR is associated with a higher rate of excretion of some PFAS (Watkins *et al*., 2013; Dhingra *et al*., 2016), resulting in lower serum PFAS concentrations.

There is also some evidence that increased dietary fiber intake can facilitate excretion of some PFAS (Dzierlenga *et al*., 2021; Lin *et al*., 2020).  Thus, differences in diet among individuals may also lead to differences in PFAS serum concentrations.  These examples of pharmacokinetic differences among individuals provide additional support that PFAS exposures (as measured by serum levels) are expected to vary among the proposed class members, and evaluating potential health risks (if any) from exposure to PFAS requires assessment of exposures on an individualized basis.

## 4.3   PFAS Concentrations in Municipal Water

The Plaintiff is requesting class certification for residents of properties supplied with municipal water by the City of Rome (either the RWSD or the FCWD) (Davis & Whitlock, 2022).  The City of Rome obtains its water from intakes on the Oostanaula River and Etowah River. The two water sources are blended, and the water is treated, at the Hamler Water Treatment Facility prior to distribution to the public (Davis & Whitlock, 2022).  I reviewed the Hamler Water Treatment Plant sampling data for the period 2016 to 2021, for six PFAS compounds, including three carboxylic acids (PFHpA, PFOA, PFNA) and three sulfonates (PFHxS, PFBS, PFOS). To evaluate variability in PFAS concentrations over time, I used data for samples of the "blended effluent," which represents the treated water provided to customers (Rome, Georgia, 2016-2021).

The mean concentrations of the six PFAS compounds measured in the "blended effluent" from the Hamler Water Treatment Plant are shown in Figures 4.1 and 4.2.  Summary statistics for all six PFAS compounds in the blended effluent are presented in Table 4.4 and Figures 4.1 and 4.2, and they show the variability in mean PFAS concentrations over time, with concentrations generally higher in 2016-2018 than they were in 2019-2021, particularly for PFOA and PFBS.  Although the PFAS concentrations at all the properties receiving municipal water were likely the same at any given period of time, exposure and risks can still vary across properties due to differences in factors, such as ingestion rates and time spent at home. Furthermore, exposure concentrations for the proposed class members could vary depending on which years they consumed the water.



**Figure 4.1  Mean Water Concentrations for Carboxylic Acids in Blended Effluent.**
PFHpA = Perfluoroheptanoic Acid; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid.  Source:  Rome, Georgia (2016-2021).



**Figure 4.2   Mean Water Concentrations for Sulfonates in Blended Effluent.**
PFBS = Perfluorobutane Sulfonate; PFHxS = Perfluorohexane Sulfonate; PFOS = Perfluorooctane Sulfonate.  Source:  Rome, Georgia (2016-2021).

**Table 4.4  Summary of Data for Blended Effluent**

| Year | Analyte | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|------|---------|------|------|------|------|------|------|
| Number of Samples | PFBS | 2 | 12 | 4 | 3 | 4 | 2 |
| Number of Detects | PFBS | 2 | 5 | 4 | 1 | 3 | 2 |
| Earliest Date Available | PFBS | 5/23/2016 | 2/15/2017 | 1/10/2018 | 4/24/2019 | 1/27/2020 | 1/5/2021 |
| Latest Date Available | PFBS | 8/16/2016 | 12/18/2017 | 8/9/2018 | 10/16/2019 | 10/5/2020 | 4/5/2021 |
| Minimum Detect (ng/L) | PFBS | 19 | 9 | 28 | 9 | 2 | 4 |
| Maximum Detect (ng/L) | PFBS | 48 | 199 | 39 | 10 | 10 | 16 |
| Mean (ng/L) | PFBS | 34 | 37 | 34 | 6.3 | 6.0 | 10 |
| Std Dev (ng/L) | PFBS | 21 | 59 | 5.6 | 3.2 | 3.9 | 8.5 |
| Number of Samples | PFHpA | 2 | 12 | 4 | 3 | 4 | 2 |
| Number of Detects | PFHpA | 2 | 11 | 4 | 1 | 2 | 1 |
| Earliest Date Available | PFHpA | 5/23/2016 | 2/15/2017 | 1/10/2018 | 4/24/2019 | 1/27/2020 | 1/5/2021 |
| Latest Date Available | PFHpA | 8/16/2016 | 12/18/2017 | 8/9/2018 | 10/16/2019 | 10/5/2020 | 4/5/2021 |
| Minimum Detect (ng/L) | PFHpA | 4.0 | 2.0 | 4.0 | 2.0 | 2.0 | 2.0 |
| Maximum Detect (ng/L) | PFHpA | 12 | 21 | 6.0 | 3.0 | 4.0 | 3.0 |
| Mean (ng/L) | PFHpA | 8.0 | 5.6 | 4.8 | 1.7 | 2.0 | 2.0 |
| Std Dev (ng/L) | PFHpA | 5.7 | 5.4 | 0.96 | 1.2 | 1.4 | 1.4 |
| Number of Samples | PFHxS | 2 | 12 | 4 | 3 | 4 | 2 |
| Number of Detects | PFHxS | 1 | 2 | 1 | 0 | 0 | 0 |
| Earliest Date Available | PFHxS | 5/23/2016 | 2/15/2017 | 1/10/2018 | 4/24/2019 | 1/27/2020 | 1/5/2021 |
| Latest Date Available | PFHxS | 8/16/2016 | 12/18/2017 | 8/9/2018 | 10/16/2019 | 10/5/2020 | 4/5/2021 |
| Minimum Detect (ng/L) | PFHxS | 3 | 3 | 2 | 2 | 2 | 2 |
| Maximum Detect (ng/L) | PFHxS | 4 | 5 | 3 | 3 | 2 | 2 |
| Mean (ng/L) | PFHxS | 2.8 | 1.9 | 1.8 | 1.3 | 1.0 | 1.0 |
| Std Dev (ng/L) | PFHxS | 1.8 | 1.1 | 0.9 | 0.3 | 0.0 | 0.0 |
| Number of Samples | PFNA | 2 | 12 | 4 | 3 | 4 | 2 |
| Number of Detects | PFNA | 1 | 1 | 1 | 0 | 0 | 0 |
| Earliest Date Available | PFNA | 5/23/2016 | 2/15/2017 | 1/10/2018 | 4/24/2019 | 1/27/2020 | 1/5/2021 |
| Latest Date Available | PFNA | 8/16/2016 | 12/18/2017 | 8/9/2018 | 10/16/2019 | 10/5/2020 | 4/5/2021 |
| Minimum Detect (ng/L) | PFNA | 2 | 2 | 2 | 2 | 2 | 2 |
| Maximum Detect (ng/L) | PFNA | 3 | 2 | 2 | 2 | 2 | 2 |
| Mean (ng/L) | PFNA | 2.0 | 1.1 | 1.3 | 1.0 | 1.0 | 1.0 |
| Std Dev (ng/L) | PFNA | 1.4 | 0.3 | 0.5 | 0 | 0 | 0 |

| Year | Analyte | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| Number of Samples | PFOA | 2 | 12 | 4 | 3 | 4 | 2 |
| Number of Detects | PFOA | 2 | 12 | 4 | 2 | 3 | 2 |
| Earliest Date Available | PFOA | 5/23/2016 | 2/15/2017 | 1/10/2018 | 4/24/2019 | 1/27/2020 | 1/5/2021 |
| Latest Date Available | PFOA | 8/16/2016 | 12/18/2017 | 8/9/2018 | 10/16/2019 | 10/5/2020 | 4/5/2021 |
| Minimum Detect (ng/L) | PFOA | 15 | 5 | 8 | 2 | 2 | 4 |
| Maximum Detect (ng/L) | PFOA | 28 | 21 | 15 | 9 | 11 | 7 |
| Mean (ng/L) | PFOA | 21.5 | 10.7 | 10.0 | 4.0 | 5.3 | 5.5 |
| Std Dev (ng/L) | PFOA | 9.2 | 4.9 | 3.4 | 4.4 | 4.6 | 2.1 |
| Number of Samples | PFOS | 2 | 12 | 4 | 3 | 4 | 2 |
| Number of Detects | PFOS | 2 | 6 | 3 | 0 | 2 | 1 |
| Earliest Date Available | PFOS | 5/23/2016 | 2/15/2017 | 1/10/2018 | 4/24/2019 | 1/27/2020 | 1/5/2021 |
| Latest Date Available | PFOS | 8/16/2016 | 12/18/2017 | 8/9/2018 | 10/16/2019 | 10/5/2020 | 4/5/2021 |
| Minimum Detect (ng/L) | PFOS | 9 | 4 | 4 | 2 | 2 | 2 |
| Maximum Detect (ng/L) | PFOS | 12 | 32 | 5 | 4 | 3 | 3 |
| Mean (ng/L) | PFOS | 10.5 | 6.8 | 3.8 | 1.7 | 1.8 | 2.0 |
| Std Dev (ng/L) | PFOS | 2.1 | 8.7 | 1.3 | 0.6 | 1.0 | 1.4 |

Notes:
PFBS = Perfluorobutane Sulfonate; PFHpA = Perfluoroheptanoic Acid; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate; Std Dev = Standard Deviation.
Mean calculated using half the detection limit for non-detects.
Source:  Rome, Georgia (2016-2021).

## 4.4    Conclusion

I evaluated the variability of factors that affect PFAS intake from drinking water.  The drinking water concentration and the amount of water consumed affect the degree of exposure to PFAS compounds. The concentrations of PFAS compounds in the city water provided by the Hamler Water Treatment Plant had significant variability over time (Figures 4.1 and 4.2).  Thus people who consumed the water at different times would have different exposures.  Drinking water ingestion rates vary across age groups, and even within age groups there is a wide variability.  The amount of residential tap water consumed will vary between individuals, depending on whether they also consume bottled water, and how much time an individual spends away from home (for instance, at work) during the week.  Thus, it is not possible for any individual Plaintiff or group of Plaintiffs to represent all class members adequately, nor are all the individuals within the proposed class area similar with respect to their risk-related parameters, such as exposures and doses.  An individualized assessment of exposures to each proposed class member would be required to evaluate their potential health risk from exposure to PFAS in drinking water.

# 5    Agency Guidelines

US EPA, ATSDR, and several state agencies have developed final criteria concerning acceptable human exposures to specific PFAS. Agencies may set limits for acceptable total daily or weekly intake of PFAS or acceptable concentrations of PFAS in drinking water, food, *etc.* It is important to note that these exposure limits for chemicals represent levels below which no health effects are anticipated. Exceedance of a health-based guideline does not imply that any exposures above the recommended level will lead to health effects (US EPA, 2000a; ATSDR, 2009).

For non-cancer effects, US EPA typically derives an RfD to determine exposure guidelines for a chemical. The RfD is defined as "an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime" (US EPA, 2011b). To derive an RfD, US EPA chooses a critical effect from a key study in which humans or animals were exposed to the chemical; determines a NOEL, LOEL, or benchmark dose (BMD); and applies UFs to reflect the limitations of the data used.

Once an RfD for a chemical is derived, US EPA may also derive a drinking water Lifetime Health Advisory (LHA) for the same chemical by estimating the proportion of daily intake of the chemical that comes from water intake and calculating a water concentration that is likely to ensure that exposures of the general population are below the RfD. It should be noted that the LHA is not a drinking water standard, as is a drinking water maximum contaminant level (MCL). The MCL is a health-protective value promulgated by US EPA that also considers other factors such as costs and technical feasibility of compliance (US EPA, 2017). The MCL represents a mandatory limit for a chemical in drinking water. The 2016 LHA levels for PFOA and PFOS were additive; the total LHA level for either PFAS or for both combined was 70 parts per trillion (ppt) (US EPA, 2016b).

ATSDR derives minimal risk levels (MRLs) using an approach similar to that used by US EPA to derive RfDs. An MRL is defined as "an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse non-cancer health effects over a specified route and duration of exposure," and MRLs "are intended to serve as a screening tool rather than a standard" (ATSDR, 2021). In 2021, ATSDR developed MRLs for PFOA, PFOS, PFHxS, and PFNA (ATSDR, 2021). Various state agencies also issued guidelines for PFAS in drinking water for non-cancer and cancer health effects based on toxicity values that are derived using similar procedures to those used by US EPA and ATSDR.

In this section, I describe the bases of the guidelines established by US EPA, ATSDR, and certain state agencies for PFOA, PFOS, PFHxS, PFNA, PFHpA, and PFBS. I included US EPA and ATSDR guidance values because many states rely on them or have based their own state guidance values on these agencies' methodologies. The US EPA and ATSDR guidelines are both mentioned in the complaint and are discussed by the Plaintiff's expert (DeWitt, 2022b). I included certain states because their guidelines are discussed in the complaint (Davis and Whitlock, 2022) or in the Plaintiff's expert report (DeWitt, 2022a).

## 5.1    Perfluorooctanoic Acid (PFOA)

### 5.1.1    United States Environmental Protection Agency

#### 5.1.1.1         Reference Dose

In 2016, US EPA (2016a) derived an RfD of 0.00002 mg/kg-day for PFOA based on a reproductive and developmental study in mice by Lau *et al.* (2006). In this study, pregnant mice received oral doses of PFOA at 0-20 mg/kg-day from gestation day (GD) 1 to GD 17 or 18. Fetuses from some dams were checked for malformations on GD 18, and pups from the dams that were allowed to give birth were monitored for growth and development. The authors reported delayed skeletal ossification (bone development) and accelerated male puberty in the mice, starting at the lowest dose group (1 mg/kg-day). However, neither the delayed skeletal ossification nor the accelerated male puberty showed increased effects in the higher dose groups in a dose-related manner. US EPA concluded that the LOEL from this study was 1 mg/kg-day, corresponding to a predicted serum concentration in mice of 38 μg/mL. US EPA calculated an HED of 0.0053 mg/kg-day based on a half-life of PFOA in humans of 2.3 years (Bartell *et al.*, 2010). A total UF of 300 (10 for intraspecies differences, 3 for interspecies differences, and 10 for use of a LOEL rather than a NOEL) was applied to the HED to derive an RfD of 0.00002 mg/kg-day for PFOA.

It is my opinion that US EPA's choice of these endpoints as the basis of the RfD for PFOA is not consistent with the underlying science. Specifically, none of the study endpoints used for RfD derivation exhibits a regular dose-response. For example, reduced ossification of the calvaria (part of the skull) has a U-shaped response, with the largest effects in the two lowest dose groups (1 and 3 mg/kg-day). Each of the other two reduced ossification endpoints, for forelimb and hindlimb proximal phalanges (toe bones), also have U-shaped responses. The dose-response for sexual maturation in males is the opposite of what would be expected, with the largest effect at the lowest dose and the smallest effect at the highest dose. Irregular dose-response patterns such as these call into question whether the effects are actually related to the agent being tested.

There are also irregularities in the way the endpoints were reported. Ossification effects are typically reported as the number of animals exhibiting the effect, as opposed to the number of affected sites (US EPA, 1986). This is important because if one animal has multiple affected sites, the effect reported as number of sites appears larger compared to the effect reported as number of animals. Thus, it is not possible to tell in this study whether the results would be statistically significant if they were reported in the more standard "number of animals exhibiting the effect" format.

In addition, reduced or delayed ossification is not necessarily an adverse effect. Ossification is usually considered a variation, not a malformation, because ossification reduction is mild and reversible. Variations are alterations in the body that are considered to have no adverse effect on health or body conformity, may have a high incidence, and represent slight deviations from normal morphology (Stump *et al.*, 2012). It is also notable that other agencies, including the United Kingdom Food Standards Authority (UK FSA) (2006) and the American Conference of Governmental Industrial Hygienists (ACGIH) (2001), did not include the ossification or puberty effects of PFOA reported by Lau *et al.* (2006) in their determinations of relevant endpoints. In my opinion, the NOEL for developmental effects in this study is 1 mg/kg-day, and the LOEL is 3 mg/kg-day based on reduced pup growth. The use of 1 mg/kg-day as a NOEL, rather than a LOEL, allows for elimination of the LOEL-to-NOEL UF of 10, and would result in a 10-fold higher RfD of 0.0002 mg/kg-day.

### 5.1.1.2    Drinking Water

Using the RfD of 0.00002 mg/kg-day, US EPA (2016a) derived an LHA of 0.07 µg/L for PFOA in drinking water according to these equations:

$$DWEL = RfD \times \frac{BW}{DWI}$$
$$\text{and}$$
$$Lifetime\ HA = DWEL \times RSC$$

where:

| | | |
|---|---|---|
| DWEL | = | Drinking Water-Equivalent Level (mg/L) |
| RfD | = | Reference Dose (mg/kg-day) |
| BW | = | Body Weight (kg) |
| DWI | = | Drinking Water Intake (L/kg-day) |
| HA | = | Health Advisory |
| RSC | = | Relative Source Contribution (unitless) |

The drinking water intake (DWI) used in the above equation is the 90th percentile value for lactating women, equal to 0.054 L/kg-day (US EPA, 2011a).[5]  US EPA chose this parameter because of the potential for increased susceptibility during pregnancy and lactation, based on the study of developmental toxicity that it used for the RfD determination (Lau *et al.*, 2006).  The relative source contribution (RSC) is the proportion of total PFOA exposure that comes from drinking water.  US EPA used an RSC value of 20% that is not scientifically supported and is more stringent than necessary to protect public health.  US EPA stated that the default RSC value was justified because there was not enough information about other sources of PFOA exposure to choose a value that is more specific to PFOA.  I will discuss this point further in Section 5.7.

Using the above equations, US EPA calculated the drinking water-equivalent level (DWEL) and LHA as follows:

$$DWEL\ \left(0.00037\ \frac{mg}{L}\right) = 0.00002\ \frac{mg}{kg \cdot day} \div 0.054\ \frac{L}{kg \cdot day}$$
$$\text{and}$$
$$Lifetime\ HA\ \left(0.07\ \frac{µg}{L}\right) = DWEL\ \left(0.00037\ \frac{mg}{L}\right) \times RSC\ (0.2) \times \frac{1,000\ µg}{1\ mg}$$

Because of the uncertainties in the study used as a basis for the RfD, as described above, and a choice of RSC that is more conservative than necessary (discussed in Section 5.7), it is my opinion that the LHA for PFOA developed by US EPA could be higher and still be health protective.

---

[5] US EPA (2019a) has since revised its water intake values.  In our analyses, however, we cite the values that the agencies used in determining their PFAS drinking water guidance in order to remain consistent with their calculations.  The revised recommended water intake value for lactating women is 0.047 L/kg-day at the 95th percentile intake rate (90th percentile was not reported) (US EPA, 2019a).  It should be noted that if the revised water intake value were used in the equation, the LHA would be higher.

### 5.1.1.3        Interim Health Advisory

In 2022, US EPA identified lifetime drinking water health HAs for both PFOA (US EPA, 2022a) and PFOS (US EPA, 2022b, also discussed below).  HAs are non-mandatory concentration levels for contaminants at or below which no health effects are expected for, in this case, a lifetime of exposure based on various assumptions and extrapolations.  These levels do not represent a bright line between adverse and non-adverse effects and are intended to provide technical information to public water systems and others evaluating potential contamination.  The HAs considered interim health advisories (iHAs) because the underlying documents (US EPA, 2021d,e), are draft and currently under review by the US EPA Science Advisory Board (SAB).  The iHA value for PFOA is 0.004 ppt (ng/L), a dramatic reduction (17,500-fold) from the 2016 lifetime health advisory (LHA) of 70 ppt.  US EPA developed the iHA based on its conclusion of an association between exposure to PFOA and antibody titers in response to diphtheria and tetanus while making various additional assumptions about the data.  This value is so low that it cannot be routinely or reliably measured in drinking water (US EPA, 2022c).

US EPA intends to use the PFOA and PFOS documents currently under review by SAB in setting draft maximum contaminant level goals (MCLGs) and draft MCLs in the fall of 2022, followed by a public comment period and potential revisions (US EPA, 2021a).  MCLGs are strictly health-based values for exposure to contaminants in drinking water.  In contrast, MCLs are health protective values that are legally enforceable, which must also consider other factors, such as feasibility, treatment methods, costs and benefits, and health risks potentially created by the establishment of a new MCL (US EPA, 2022d).  The agency states that final MCLG and MCL values for PFOA and PFOS are expected in the fall of 2023.

It must be emphasized that the iHAs for both PFOA and PFOS are draft, and it would be incorrect to interpret them as enforceable standards.  As discussed in this report, it is my opinion that the iHAs for both PFOA and PFOS are overly conservative and do not have a sound scientific and technical foundation.  For the reasons outlined below, much higher HAs would still be health protective.  I discuss both PFOA and PFOS here, because the same study serves as the underlying basis of both iHAs.

1.  US EPA (2021d,e) derived RfDs for both PFOA and PFOS, which serve as the bases of the iHAs. The RfDs are based on studies of cohorts of mother-child pairs in the Faroe Islands by Grandjean and coauthors (Grandjean *et al*., 2012, 2017a,b; Mogensen *et al*., 2015; Budtz-Jorgensen and Grandjean, 2018; Shih *et al*., 2021).  Inconsistencies regarding antibody titer responses to diphtheria and tetanus vaccines were observed across several studies conducted in the Faroe Islands by the same research group (Grandjean *et al*., 2012, 2017a,b; Mogensen *et al*., 2015; Shih *et al*., 2021), and across studies of other populations as well.

    • Internal inconsistencies include no effect; reductions in antibodies (and even increases in antibodies depending on which cohort was studied); the age at serum PFAS measurement; and the age at antibody measurements.  For example, differing results were observed for PFOA in maternal serum and antibodies against both diphtheria and tetanus at age 5 in two different cohorts (no effects in the 1997-2000 cohort *vs*. decreased antibodies in the 2007-2009 cohort). Differing results were also observed for PFOA in serum at age 5 and antibodies against diphtheria at age 5 in two different cohorts (1997-2000 *vs*. 2007-2009); for PFOS in maternal serum and antibodies against diphtheria at age 5 in two different cohorts (1997-2000 *vs*. 2007-2009); and for PFOS in serum at age 5 and antibodies against tetanus at age 5 in two different cohorts (1997-2000 *vs*. 2007-2009).  In some studies, increases in antibodies were observed (*e.g*., against diphtheria in adult males in association with both PFOA and PFOS in cord blood serum and against diphtheria in males at age 28 in association with PFOA in serum at age 28).

- Inconsistencies are also seen between the results presented by Grandjean's group and other studies. For example, several studies reported no associations between serum PFAS and antibody response to vaccines. These inconsistencies include reports of no associations between maternal or child serum concentrations of PFOA and response to vaccines (*i.e.*, Immunoglobulin G [IgG] antibody titer levels) for diphtheria (Kielsen *et al*., 2016) or tetanus (Granum *et al*., 2013; Kielsen *et al*., 2016), or between maternal or child serum concentrations of PFOS and antibody response to vaccines for diphtheria (Abraham *et al*., 2020; Grandjean *et al*., 2017) or tetanus (Abraham *et al*., 2020; Granum *et al*., 2013; Kielsen *et al*., 2016).

2. Evidence shows that the antibody levels in the population studied by Grandjean *et al*. (2012) were protective against diphtheria and tetanus.

- Grandjean *et al*. (2012) reported that a doubling of PFOA concentration at age 5 was associated with significantly increased odds of falling below a "clinically protective" level of diphtheria and tetanus antibodies at age 7, defined by the authors as 0.1 IU/mL. Note, however, that 0.1 IU/mL is not a bright line for protection against disease; the serum diphtheria and tetanus antibody titer levels measured by Grandjean *et al*. (2012) were within the range of what the Centers for Disease Control and Prevention (CDC) and the World Health Organization (WHO) would consider an indication of at least basic clinical immunity against disease and protection against death (*i.e.*, >0.01 IU/mL) (WHO, 2009, 2018; Tiwari, 2011; CDC, 2018; Desai *et al*., 2020).

- The acceptable level of circulating antidiphtheria antibodies is 0.01 IU/mL if measured using a Vero cell-based neutralization assay, as was used by Grandjean *et al*. (2012) (WHO, 2009; Desai *et al*., 2020). Similarly, the acceptable level of circulating antitetanus antibodies is 0.01 IU/mL if measured using a toxin binding inhibition enzyme-linked immunosorbent assay (ELISA), as was used by Grandjean *et al*. (2012) (CDC, 2018; WHO, 2018).

- Figure 5.1 shows antibody levels by decile in the Grandjean *et al*. (2012) study, prepared by Gradient staff under my direction using data presented by the European Food Safety Authority (EFSA) (2020) for PFOS. The median antibody level in every decile in the population falls well above 0.01, or even 0.1, overall indicating protective levels of antibodies in this population. Results are similar for PFOA.



**Figure 5.1  Antibody Levels in the Study by Grandjean *et al*. (2012).** PFOS serum levels at age 5 *vs*. diphtheria antibody titers at age 7 in the population studied by Grandjean *et al*. (2012) (adapted from data reported by EFSA, 2020).

3.  Most studies show no consistent evidence that PFOA or PFOS are associated with increases in infectious disease. Those that do report associations are not consistent either internally or across studies. For example,

    - A few studies reported positive associations between PFOA exposure and infectious disease symptoms including rhinitis (Kvalem *et al*., 2020; Stein *et al*., 2016), cough (Timmermann *et al*., 2020), diarrhea (Impinen *et al*., 2019; Wang *et al*., 2022), and fever (Dalsager *et al*., 2016). These findings are not consistent with other findings in the same studies; for example, Timmermann *et al*. (2020) reported an increase in cough in children at 9 months of age, but not at 4-7 months of age, and the authors reported no effects of PFOA on fever or gastrointestinal symptoms in either age group (see Appendix A).

    - For PFOS, Impinen *et al*. (2019) reported an increase in bronchitis/pneumonia in children from birth to 3 years, but not in children at 6-7 years, and no effect on lower respiratory symptoms such as cough in either age group (see Appendix A).

4.  Fiber intake may be a confounder in the Faroe Islands, as well as other, studies. There is evidence that increased fiber intake is associated with decreased serum levels of PFOA and PFOS (Dzierlenga *et al*., 2021). Increased fiber intake is also associated with improved immune function, and thus, differences in fiber intake could potentially account for some of the observed associations between PFAS and antibody response (Dzierlenga *et al*., 2021).

5.  Although the serum concentrations in the general population have been decreasing steadily since the phase-out of PFOA and PFOS manufacture and use, there is no correlated change in incidence of diphtheria or tetanus in vaccinated populations. For example, Krisko *et al*. (2015) reported that WHO data for diphtheria and tetanus from 1980 to 2013 indicate no ecological association between risks of these diseases and trends in serum PFOA or PFOS concentrations.

6.  There were no increases in infectious diseases among 652 fluorochemical workers, compared to unexposed workers, at the 3M production facility in Decatur, Alabama (Olsen *et al*., 2001). The mean serum PFOA concentration in exposed workers was 1,780 ng/mL in 2000, and mean PFOS serum concentration was 1,320 ng/mL (Olsen *et al*., 2003). These values are three orders of magnitude higher than concentrations in the general US population (CDC, 2021) and two orders of magnitude higher than the concentrations in the Faroe Islands cohorts (see Figure 5.1).

7.  US EPA (2021d,e) depended on the analysis by Budtz-Jorgensen and Grandjean (2018) to calculate the RfDs for PFOA and PFOS. Budtz-Jorgensen and Grandjean (2018) conducted a benchmark response (BMR) analysis using a BMR of 5% (the exposure that produces a 5% response rate). It is important to note that the BMR was based on antibody titer response, not on infectious disease or vaccine efficacy. The authors did not provide enough information to replicate or even evaluate the appropriateness of their analysis. US EPA did not conduct its own modeling analysis and did not provide adequate documentation for its methodology. While the analysis by Budtz-Jorgensen and Grandjean (2018) noted that the linear model and the piecewise model fit the data about equally well, US EPA chose to use the more conservative piecewise model to calculate the RfDs, without providing a clear rationale for this choice, as noted in the draft comments by US EPA (2022e).

8.  US EPA (2021d,e) did not provide adequate rationale for the selection of a BMR of 5%. As noted in US EPA guidance, "[b]iological considerations may warrant the use of a BMR of 5% or lower for some types of effects (*e.g.*, frank effects), or a BMR greater than 10% (*e.g.*, for early precursor effects) as the basis of a POD for a reference value" (US EPA, 2002). Frank effects are adverse health effects such as increased disease or serious symptoms, *e.g.*, difficulty breathing. Reduction of certain antibodies is not a frank effect. Furthermore, the frank effect that might be expected to

result from decreased antibodies at some level, *i.e.*, increased infectious disease, has not been observed.  Thus, US EPA's selection of a 5% BMR is unwarranted.

9.  There is no basis for the inclusion of a UF of 10 for intraspecies differences.  The critical effect chosen by US EPA is antibody level, which is not a frank effect.  There is no indication of frank effects (*i.e.*, increases in infectious diseases) in the study population from the study by Grandjean *et al*. (2012).  In addition, the study population is a sensitive population (developing children), and thus an intraspecies UF of 10 is redundant.  I note that the EFSA (2020) did not include an intraspecies UF in its calculation of a Tolerable Weekly Intake based on immune effects in children.  Indeed, US EPA did not follow its own recommendation to reduce the intraspecies UF below 10 "if data are sufficient to support the conclusion that the data set on which the POD is based is representative of the exposure/dose-response data for the susceptible subpopulation(s)" (US EPA, 2002).

10. I did not identify any other US EPA guidance that is based on antibody response to vaccines as a critical effect (using an internet search engine and a combination of keywords such as "antibody response," "critical effect," "reference dose," "RfD," and "vaccine," and limiting results to US EPA websites), confirming the highly unusual choice of this metric.  I note that the study by Grandjean *et al*. (2012), used by Budtz-Jorgensen and Grandjean (2018) to develop the 5% BMR, was available when US EPA derived its previous lifetime HAs in 2016, but US EPA chose not to use the study at that time.

### 5.1.2   Agency for Toxic Substances and Disease Registry

ATSDR (2021) derived an MRL of 0.000003 mg/kg-day, which is an order of magnitude lower, *i.e.*, more restrictive, than the US EPA RfD for PFOA (US EPA, 2016a).  In all its derivations, ATSDR limited the studies it considered to only those that used animal strains for which pharmacokinetic model parameters for the PFAS under consideration were available.  This greatly limited the studies available for use as the basis of ATSDR's MRL derivations.

The MRL for PFOA was based on a study by Koskela *et al*. (2016) that described developmental skeletal effects in the offspring of mice that received PFOA at doses of 0 or 0.3 mg/kg-day *via* the diet during gestation.  ATSDR identified a LOEL of 0.3 mg/kg-day, the only dose tested.  ATSDR calculated a predicted serum concentration of 8.29 mg/L and an HED of 0.000821 mg/kg-day based on a half-life for PFOA of 1,400 days (rounded up from 1,387 days, or 3.8 years) from an occupational study by Olsen *et al*. (2007).  It should be noted that US EPA (2016a) used a half-life of 839.5 days (2.3 years) for its derivation of the RfD for PFOA, based on a community study by Bartell *et al*. (2010), and this accounts for some of the difference between US EPA's RfD and ATSDR's more conservative MRL.  ATSDR applied a total UF of 300 to the HED (10 for intraspecies differences, 3 for interspecies differences, and 10 for the use of a LOEL) to derive the MRL of 0.000003 mg/kg-day.

The basis of the MRL for PFOA is weak.  The Koskela *et al*. (2016) study did not follow Organisation for Economic Co-operation and Development (OECD) (2015) guidance for reproductive and developmental toxicity studies, which states that at least three test groups and a control group should be used.[6]  Koskela *et al*. (2016) tested only one dose of PFOA, so there is no dose-response relationship to confirm that the effects were treatment related.  Furthermore, the use of multiple dose levels is important because a guideline study is designed to determine a no observed adverse effect level (NOAEL)/lowest observed adverse effect level

---

[6] In addition, the Koskela *et al*. (2016) study used small numbers of animals (6 dams treated and 5-10 pups/dose group) compared with the Lau *et al*. (2006) study (17-45 dams treated, 7-13 pups per litter, and 3-22 litters per data point).

(LOAEL) at the lowest dosage administered. The Koskela *et al.* (2016) study also did not follow these OECD (2015) guidelines:

- Both sexes should be assessed for reproductive and developmental effects as well as paternal and/or maternal toxicity;

- A minimum of eight dams should be used in a developmental toxicity study;

- One pup per litter should be examined to prevent litter-dependent effects; and

- A developmental study should administer the test substance during gestation and lactation.

ATSDR's (2021) decision to limit the studies it considered as the basis of an MRL for PFOA to those that used animal strains for which pharmacokinetic model parameters for PFOA were available (a limit that the other agencies discussed here did not impose) caused it to choose a study that does not meet OECD (2015) guidance for reproductive/developmental toxicity studies and resulted in an unreliable MRL.

In addition, ATSDR (2021) chose a more conservative half-life of 1,400 days, as opposed to the half-life of 839.5 days chosen by US EPA (2016a). The 1,400-day half-life is from an occupational exposure study, and so is less relevant to exposures in the general population. If ATSDR used a half-life of 839.5 days instead of 1,400 days, the HED and consequently the MRL would have been 1.67-fold higher, and still health protective.

### 5.1.3   Minnesota

#### 5.1.3.1        Reference Dose

Minnesota Department of Health (MDH) (2018) established an RfD for PFOA of 0.000018 mg/kg-day. MDH's evaluation relied heavily on US EPA's hazard assessment of PFOA (US EPA, 2016a), including the identification of Lau *et al.* (2006) as the key study and the developmental endpoints of delayed ossification and accelerated male puberty as the critical effects. Like US EPA, MDH concluded that the LOEL was 1 mg/kg-day, corresponding to a predicted serum PFOA concentration in the mouse of 38 μg/mL, and calculated an HED of 0.0053 mg/kg-day based on differences between mouse and human PFOA pharmacokinetics. While MDH also applied a total UF of 300, the individual UFs were different from those applied by US EPA. MDH applied a UF of 10 for intraspecies differences, 3 for interspecies differences, 3 for the use of the LOEL rather than the NOEL, and 3 for database uncertainty.[7]

The choice of a UF of 3 rather than 10 for interspecies differences was appropriate, because the differences in PFOA half-lives between mice and humans were already accounted for (by the calculation of an HED). However, the UF of 10 for intraspecies differences is excessive in the context of setting the health risk limit (HRL), and could be reduced to 3 to account for toxicodynamic (sensitivity to toxic effects of a chemical) differences among populations. The application of a pharmacokinetic component of 3 is typically included in a risk assessment to account for differences in absorption, distribution, metabolism, and excretion (ADME) among sensitive populations (US EPA, 2011c). The inclusion in the assessment of a pharmacokinetic component for population variability for PFOA is not necessary in this particular circumstance. The reason is that, in the exposure model that MDH used to derive an HRL, pharmacokinetics unique to the sensitive subpopulation (infants) are already accounted for.

---

[7] US EPA (2016a) also applied UFs of 10 for intraspecies differences and 3 for interspecies differences, but applied 10 for use of a LOEL and did not include a UF for database uncertainty.

The inclusion of a UF of 3 for database uncertainty is also unnecessary. MDH included this UF to account for the fact that there is no reliable two-generation study of reproductive effects of PFOA in rodents. However, this type of study is not an absolute requirement in standard risk assessments as long as there is a sufficient quantity of other high-quality studies for a chemical. For example, in contrast to MDH's conclusion that a two-generation reproductive study is required for a sufficient database of evidence, US EPA (2002a) recommends considering a wide range of information, such as route-specific information on multiple health endpoints and pharmacokinetic data across species, for determining the sufficiency of a database. In addition, based on the availability of epidemiological data on PFOA and extensive data on PFOA in animals, US EPA did not consider it necessary to include a database UF in its assessment of PFOA (US EPA, 2016a). Thus, the RfD derived by MDH for PFOA could be 30 times higher,[8] 0.00054 mg/kg-day, when used in setting the HRL and still be health protective.

### 5.1.3.2    Health Risk Limit

MDH (2018) established an HRL for PFOA of 0.035 µg/L, based on a model by Goeden *et al*. (2019), described below in Section 5.1.3.3. MDH chose infants who exclusively breastfeed for 1 year as the target population, as opposed to US EPA's target population of lactating women. The RSC used for this evaluation was 50%. The choice of infants as the target population effectively lowered the HRL, because infants take in a greater amount of fluid relative to their body weights than adults do.

To derive an HRL for PFOA, MDH calculated a maximum acceptable infant serum concentration of PFOA based on the serum concentration in maternal mice (38 µg/mL) from the Lau *et al*. (2006) study at the dose that MDH considered a LOEL. MDH then divided this value by the total UF of 300 to derive a maximum acceptable serum PFOA concentration in infants of 130 µg/L. This value was then divided by two to account for an RSC of 50%, resulting in a maximum acceptable serum PFOA concentration for infants of 65 µg/L from drinking water (*i.e.*, from maternal DWI, because the infant is assumed to be exclusively breastfeeding in this scenario).

In order to account for the complex pharmacokinetics of PFOA in humans (including for half-life and placental and breast milk transfer), MDH used the Goeden *et al*. (2019) pharmacokinetic model to derive the PFOA concentration in drinking water for mothers that would result in an infant serum concentration of ≤65 µg/L. Based on this model, the maximum concentration of PFOA in drinking water that corresponds to a serum concentration of ≤65 µg/L for infants, exclusively breastfed for 1 year, is 0.035 µg/L.

The HRL for PFOA is subject to the same uncertainties and limitations as discussed above for the US EPA RfD for PFOA. Specifically, the endpoints chosen as the critical effects from the key study (Lau *et al*., 2006) for the derivation of both the US EPA RfD and MDH HRL are not supported by the science. In addition, MDH incorporated UFs that overestimate risk to calculate the HRL and chose upper-end values for each variable in its calculations. Therefore, a higher HRL for PFOA would still be health protective, even for sensitive sub-populations (*i.e.*, the nursing infant).

### 5.1.3.3    Goeden *et al*. (2019) Model

This section provides specifics on the model developed by Goeden *et al*. (2019) for MDH and used by a number of agencies to estimate PFOA exposure to breastfeeding infants. Goeden *et al*. (2019) devised a model for an infant's exposure to PFOA through the mother's water intake and subsequently through breast milk up to 1 year of age. The pharmacokinetic parameters included 87% placental transfer of PFOA, 5.2%

---

[8] Based on the critical effect being a NOEL and using a total UF of 10 (UF of 3 for intraspecies differences, 3 for interspecies differences, and 1 for database uncertainty).

transfer of PFOA from maternal serum to breast milk, the 95th percentile DWI from birth to 21 years of age, the upper percentile intake for breast milk (mean plus two standard deviations [SDs]), and the time-weighted average (TWA) water ingestion rate from birth to 35 years of age.

Goeden *et al.* (2019) incorporated various pharmacokinetic parameters that overestimate exposure for most individuals into its model of PFOA exposure in infants from maternal DWI. In addition to high percentiles for water and breast milk intake values (95th percentile for both) (US EPA, 2011a), Goeden *et al.* (2019) incorporated a placental transfer factor of 87% based on mean values obtained from the primary literature Goeden *et al.* (2019). This value is higher than those used in other published physiologically based pharmacokinetic (PBPK) models of PFOA intake: approximately twice that used by Loccisano *et al.* (2013) (46%) and slightly higher than that used in Verner *et al.* (2016) (78%). Goeden *et al.* (2019) also incorporated an age adjustment factor for the volume of distribution (Vd), which, while reasonable, results in predictions that overestimate exposure for most individuals more than other published models.

The choice of infants as the target population, rather than lactating women, effectively lowers acceptable drinking water values compared to the US EPA LHA for PFOA, because infants take in a greater amount of fluid relative to their body weights than adults do.

### 5.1.4   New York

The New York State Department of Health has adopted an MCL for PFOA of 10 ppt (10 ng/L) (NYSDOH, 2022). As of the date of this report, New York State has not provided any technical documentation outlining the scientific basis for the derivation of its MCL.

### 5.1.5   New Jersey

New Jersey Department of Environmental Protection (NJDEP) (2020) adopted an MCL of 14 ng/L (0.014 µg/L) (rounded to 10 ng/L) for PFOA based on both non-carcinogenic and carcinogenic effects. The derivations of this level for each type of health effect are discussed below.

#### 5.1.5.1      Non-carcinogenic Effects

##### 5.1.5.1.1      Reference Dose

NJDEP (2019a) derived an RfD for PFOA of 2 ng/kg-day (0.000002 mg/kg-day) based on non-carcinogenic effects. This RfD is 10-fold lower than the PFOA RfD derived by US EPA (2016a). The NJDEP RfD for non-carcinogenic effects was based on increased liver weights in mice in a study by Loveless *et al.* (2006). The mice in this study received PFOA (in the form of ammonium perfluorooctanoate) at oral doses ranging from 0.3 to 30 mg/kg-day for 14 days. Relative, but not absolute, liver weights in the lowest dose group (0.3 mg/kg-day) were increased by approximately 19%. Both relative and absolute liver weights increased in a dose-related manner (starting at 3 mg/kg-day for absolute liver weights). Based on the mouse serum PFOA concentrations, NJDEP calculated a benchmark dose lower bound at 10% response (BMDL$_{10}$) of 4,351 ng/mL PFOA in serum for decreased relative liver weight. A total UF of 300 (10 for intraspecies differences, 3 for interspecies differences, and 10 for the potential for more sensitive toxic effects such as liver toxicity or altered mammary gland development at lower doses) was applied to the BMDL$_{10}$ to derive a target serum value of 14.5 ng/mL. To calculate the RfD, NJDEP used a clearance value for PFOA of $1.4 \times 10^{-4}$ L/kg-day based on a pharmacokinetic model by Lorber and Egeghy (2011), according to this equation:

$$RfD = \text{Target Serum Value} \times \text{Clearance}$$

This model was based on a half-life for PFOA in humans of 2.3 years (Bartell *et al*., 2010). NJDEP derived its PFOA RfD as follows:

$$14.5 \text{ ng/mL} \times (1.4 \times 10^{-4} \text{ L/kg-day}) = 2 \text{ ng/kg-day}$$

It is my opinion that NJDEP's choice of enlarged liver as the basis of the PFOA RfD is not supported by reliable scientific evidence. Liver enlargement alone is not a reliable indicator of hepatic toxicity, but may indicate a reversible, adaptive effect (US EPA, 2002b; Williams and Iatropoulos, 2002; Pohl and Chou, 2005; Hall *et al*., 2012). A 2012 report by the European Society of Toxicologic Pathology noted that "liver weight increases up to 150% of control values may be considered non-adverse in the context of safety evaluation for a chemical" in the absence of other histological and histochemical evidence of structural degeneration (Hall *et al*., 2012).

It is also my opinion that the UF of 10 that NJDEP included for potentially more sensitive toxic effects is unnecessary. NJDEP noted that effects on mammary gland development occurred in mice exposed to low doses (0.01 mg/kg-day), as reported in two studies by the same research group (Macon *et al.*, 2011; Tucker *et al.*, 2015). NJDEP (2019a) chose not to base the RfD on mammary gland development "[b]ecause the use of this endpoint as the basis for human health criteria is a currently developing topic." US EPA was critical of the studies by Macon *et al.* (2011) and Tucker *et al.* (2015), stating that "[t]issue was assessed qualitatively for the gross presence of several histological criteria by two independent scorers and a mean score calculated. Neither standardization of these subjective measures nor training of the scorers was described in the publications" (US EPA, 2016a). Because of these study limitations, and because there were no functional deficits in exposed mice for milk production or nourishment of pups, US EPA (2016a) did not consider the mammary gland development studies in its derivation of an RfD for PFOA. ATSDR (2021) also did not consider using these studies for its PFOA MRL derivation because of the uncertainty of the biological significance of the effect.

NJDEP also noted that liver toxicity occurred in mice at low doses of PFOA (0.01 mg/kg-day) in a study by Hines *et al*. (2009). In this study, increased serum insulin and leptin levels were observed in mice at 0.01 and 0.1 mg/kg-day PFOA, but not at 0.3 and 1.0 mg/kg-day; *i.e.*, the response was non-monotonic. Neither US EPA (2016a) nor ATSDR (2021) considered the study by Hines *et al*. (2009) in its toxicity criteria derivations.

In addition, there is evidence that liver enlargement, liver toxicity, and some developmental effects in rodents are mediated by peroxisome proliferator-activated receptor α (PPARα) (Rosen *et al*., 2008; Keller *et al*., 2000; Peraza *et al*., 2006). To the extent that PPARα is involved, and based on the fact that humans are less susceptible to PPARα-mediated effects than rodents, using the effects observed in the study by Loveless *et al*. (2006) as a basis for the NJDEP (2020) MCL for PFOA, and the studies by Hines *et al*. (2009) and Tucker *et al*. (2015) as justification for applying an additional 10-fold UF to that value, results in an overestimation of risk.

### 5.1.5.1.2    Maximum Contaminant Level for Non-carcinogenic Effects

Using the RfD of 0.000002 mg/kg-day, NJDEP (2019a) derived an MCL of 14 ng/L (0.014 μg/L) (and rounded it to 10 ng/L) for PFOA in drinking water according to the following equation:

$$MCL = RfD \times \frac{BW}{DWI} \times RSC$$

where:

| | | |
|---|---|---|
| MCL | = | Maximum Contaminant Level (ng/L) |
| RfD | = | Reference Dose (mg/kg-day) |
| BW | = | Body Weight (kg) |
| DWI | = | Drinking Water Intake (L/day) |
| RSC | = | Relative Source Contribution (unitless) |

The DWI rate used in the above equation is 2 L/day, the default DWI for adults, and the body weight used is 70 kg, the default weight for an adult male (US EPA, 2011a). The RSC is the proportion of total PFOA exposure that comes from drinking water. NJDEP used a default RSC value of 20%. NJDEP stated that the default RSC value was justified because there was not enough information about other sources of PFOA exposure to choose a value that is more specific to PFOA.

Using the above equation, NJDEP calculated the MCL as follows:

$$0.000002 \text{ mg/kg-day} \times \frac{70 \text{ kg}}{2 \text{ L/day}} \times 0.2 = 0.000014 \text{ mg/L}$$

Because of the uncertainties in the study used as a basis for the RfD, as described above, and the unnecessary UF of 10 for potential sensitive effects, it is my opinion that the MCL for non-carcinogenic effects of PFOA developed by NJDEP could be higher and still be health protective.

### 5.1.5.2    Carcinogenic Effects

NJDEP (2019a) derived a human cancer potency factor of 2.52 (mg/kg-day)$^{-1}$ and an MCL of 14 ng/L for PFOA based on testicular tumor data in a chronic (two-year) rat study of PFOA by Riker Laboratories, Inc. (1987), also published by Butenhoff *et al.* (2012a). NJDEP also cited increases in Leydig cell, liver, and pancreatic tumors in another rat study by Biegel *et al.* (2001) as supporting evidence. Because serum PFOA values were not reported in the Riker Laboratories, Inc. (1987) study, NJDEP used BMD modeling with linear low-dose extrapolation to derive a benchmark dose lower bound at 5% response (BMDL$_5$) of 2.36 mg/kg-day. This corresponds to a cancer potency factor of 0.021 (mg/kg-day)$^{-1}$, according to this equation:

$$\text{Cancer Potency Factor} = \text{Response of 5\%} \div \text{BMDL}_5$$

where:

BMDL$_5$    =    Benchmark dose lower bound at 5% response

NJDEP calculated its PFOA human cancer potency factor as follows:

$$0.05 \div 2.36 \text{ mg/kg-day} = 0.021 \text{ (mg/kg-day)}^{-1}$$

This in turn corresponds to a dose in rats of $4.8 \times 10^{-5}$ mg/kg-day for a 1-in-1-million ($10^{-6}$) risk of cancer, according to this equation:

$$\text{Dose at } 10^{-6} \text{ Cancer Risk} = 10^{-6} \div \text{Cancer Potency Factor}$$

$$10^{-6} \div 0.021 \text{ (mg/kg-day)}^{-1} = 4.8 \times 10^{-5} \text{ mg/kg-day}$$

The HED for a $10^{-6}$ cancer risk was calculated from the rat dose of $4.8 \times 10^{-5}$ mg/kg-day using the ratio of the human:rat half-lives for PFOA. NJDEP chose a half-life in humans of 2.3 years (840 days) based on Bartell *et al*. (2010) and a half-life in male rats of 7 days based on Kemper and Jepson (2003). The ratio of the human:rat half-lives is 120. The rat dose at $10^{-6}$ risk of cancer ($4.8 \times 10^{-5}$ mg/kg-day) was divided by 120 to derive the HED at $10^{-6}$ cancer risk of 0.0000004 mg/kg-day, or 0.4 ng/kg-day. Using the same default body weight (70 kg) and DWI rate (2 L/day) assumptions as above, NJDEP calculated an MCL for PFOA for carcinogenic effects of 14 ng/L (0.014 µg/L), according to the equation,

$$\text{MCL} = (\text{Dose at } 10^{-6} \text{ Cancer Risk} \times \text{Body Weight}) \div \text{DWI}$$

$$(0.4 \text{ ng/kg-day} \times 70 \text{ kg}) \div 2 \text{ L} = 14 \text{ ng/L}$$

Using the same half-life ratio, the human cancer potency factor of 2.52 (mg/kg-day)$^{-1}$ was derived by multiplying the rat cancer potency factor of 0.021 (mg/kg-day)$^{-1}$ by 120.

The MCL of 14 ng/L that NJDEP derived for carcinogenic effects is the same as the MCL that the agency derived for non-carcinogenic effects. I note that NJDEP chose the most conservative target cancer risk ($10^{-6}$) that is recommended by US EPA. US EPA (2005b) considers target cancer risks in the range of $10^{-4}$ to $10^{-6}$ to be protective of public health. The US EPA MCL for arsenic, for example, is based on a $10^{-4}$ target cancer risk (US EPA, 2001). If NJDEP had chosen a target risk of $10^{-5}$, the MCL would have been 140 ng/L, and at a target risk of $10^{-4}$, the MCL would be 1,400 ng/L.

NJDEP made several assumptions and methodological decisions that are not supported by the science in its derivation of a cancer MCL for PFOA. First, the choice of testicular Leydig cell tumors in rats in the study by Riker Laboratories, Inc. (1987) and testicular Leydig cell, liver, and pancreatic tumors in the study by Biegel *et al*. (2001) as the bases of the value is not supported. Leydig cell tumors, liver adenomas, and pancreatic acinar tumors often occur together in rodents and have come to be known as a "tumor triad." These tumors are thought to occur together because they share a common mode of action (MOA) that may involve PPARα agonism and thus may have limited human relevance (Biegel *et al.*, 2001; Kennedy and Symons, 2015; Corton *et al*., 2018). Butenhoff *et al*. (2012a) also hypothesized that the Leydig cell tumors in their study may have arisen as a result of hormonal changes brought about by enzyme induction that occurs at high doses of PFOA. Neither MOA is relevant to humans exposed to PFOA at concentrations in the environment. Recently, National Toxicology Program (NTP) (2019a) also found evidence of PFOA carcinogenicity in rats based on liver and pancreas tumors in males and pancreas tumors in females. These tumor types are part of the "tumor triad" noted above and thus have limited relevance to humans.

The choice of linear low-dose extrapolation in the BMD model is also not supported. Both of the hypothesized mechanisms for tumor development in the Riker Laboratories, Inc. (1987) and Biegel *et al*. (2001) studies are threshold MOAs, meaning that biological effects occur only when the dose exceeds a threshold level for a certain period of time. In addition, PFOA is not considered to be genotoxic or mutagenic (Crebelli *et al*., 2019; Kennedy and Symons, 2015; EFSA CONTAM *et al*., 2018; ATSDR, 2021), and therefore, a threshold MOA assumption is appropriate (US EPA, 2005b).

As noted above, NJDEP chose the most conservative target cancer risk ($10^{-6}$) in the range recommended by US EPA (2005b) as protective of public health. If NJDEP had used $10^{-5}$ or $10^{-4}$ as the target cancer risk, the MCL would have been 10- or 100-fold higher, respectively.

Finally, NJDEP used a methodology that differs from US EPA's default methodology to derive the HED. For oral exposures, US EPA (2005b) recommends "administered doses should be scaled from animals to humans on the basis of equivalence of $mg/kg^{3/4}$-d (milligrams of the agent normalized by the 3/4 power of body weight per day)." The half-life comparison approach used by NJDEP resulted in a 35-fold reduction of the HED as compared to the $mg/kg^{3/4}$-day approach typically used by US EPA.

Because of the uncertain relevance to humans of the testicular, pancreatic, and liver tumors in rats exposed to PFOA; the unsupported assumption of low-dose linearity for this effect; and the use of a very conservative $10^{-6}$ target cancer risk, it is my opinion that the PFOA MCL for carcinogenic effects developed by NJDEP could be higher and still be health protective.

### 5.1.6    Massachusetts

#### 5.1.6.1        Reference Dose

Massachusetts Department of Environmental Protection (MassDEP) (2019) derived an RfD for PFOA of 5 ng/kg-day (0.000005 mg/kg-day) based on reduced ossification and accelerated puberty in pups in the study by Lau *et al*. (2006). MassDEP based its derivation on the US EPA assessment, but included a total UF of 1,000 (10 for intraspecies differences, 3 for interspecies differences, 10 for use of a LOEL rather than a NOEL, and 3 for database uncertainties) to derive an RfD of 0.00005 mg/kg-day. The database UF was for potential immune, developmental, and other unknown effects. This derivation is subject to the same limitations as described for the US EPA RfD derivation in Section 5.1.1.1. It is also my opinion that the UF of 3 that MassDEP included for potential immune, developmental, and other unknown effects is unnecessary. Developmental effects are already included in the assessment, and the science does not support there being immune effects at such low doses of PFOA (see Appendix A, Sections A4.1.1.4 and A5.1.4.5). It is my opinion that the Massachusetts RfD for PFOA could be higher and still be health protective.

#### 5.1.6.2        Maximum Contaminant Level

Using the RfD of 0.000005 mg/kg-day, MassDEP (2019) derived an MCL of 20 ng/L (20 ppt) for PFOA in drinking water according to the methodology of US EPA (2016a) described in Section 5.1.1.2. It is my opinion that the Massachusetts MCL for PFOA could be higher and still be health protective. It should be noted that the RfD of 0.000005 mg/kg-day applies to the sum of the concentrations of the six long-chain PFAS (PFOA, PFOS, PFHxS, PFNA, perfluorodecanoic acid [PFDA], and PFHpA) as well as each individual compound. Different PFAS do not have equal toxicity and/or potency across classes and cannot be assumed to act in the same manner (Anderson *et al*., 2022), and it is therefore not appropriate to treat them as a single class.

### 5.1.7    Vermont

The Vermont Agency of Natural Resources, Department of Environmental Conservation (VTDEC) (2020) established a drinking water HA of 20 ppt for PFOA. This value is based on the US EPA (2016a) LHA for PFOA, with an additional adjustment for water intake. VTDEC included a body weight-adjusted water intake rate of 0.175/kg-day, the 95th percentile value associated with a child 0-1 year old (Levine, 2018). The drinking water HA of 20 ppt applies to the sum of the concentrations of five long-chain PFAS (PFOA, PFOS, PFNA, PFHxS, and PFHpA) as well as each individual compound.

In addition to the limitations noted above regarding the US EPA LHA for PFOA, the inclusion of an adjustment for water intake for a child 0-1 year old is unnecessary. According to US EPA (2016a), the most sensitive receptor is the adult female because the LHA is based on a study with prenatal exposure. The water intake of a pregnant female is already included in the LHA derivation, and thus the additional water intake adjustment included by VTDEC is not needed. In addition, different PFAS do not have equal toxicity and/or potency across classes and cannot be assumed to act in the same manner (Anderson *et al*., 2022), and it is therefore not appropriate to treat them as a single class.

### 5.1.8   New Hampshire

#### 5.1.8.1        Reference Dose

The New Hampshire Department of Environmental Services (NHDES) (2019) derived an RfD of 6.1 ng/kg-day for PFOA based on elevated relative liver weight in mice reported by Loveless *et al*. (2006), described above in Section 5.1.5.1.1. NHDES used a $BMDL_{10}$ of 4,351 ng/mL serum as calculated by New Jersey Drinking Water Quality Institute (NJDWQI) (2017), described in Section 5.1.5.1.1. A total UF of 100 (10 for intraspecies differences, 3 for interspecies differences, and 3 for "other health impacts observed in rodent and epidemiological studies" (NHDES, 2019) was applied to the POD. This value was then multiplied by a dosimetric adjustment factor (DAF) of $1.4 \times 10^{-1}$ mL serum/kg-day to derive an RfD of 6.1 ng/kg-day for PFOA (NHDES, 2019). The DAF accounts for kinetic differences between mice and humans; it is based on a Vd for PFOA of 170 mL/kg (Thompson *et al.*, 2010) and half-life of 2.3 years (Bartell *et al*., 2010) in humans.

#### 5.1.8.2        Maximum Contaminant Level

NHDES (2019) established an MCL of 12 ng/L for PFOA using the toxicokinetic model of Goeden *et al*. (2019), described in more detail in Section 5.1.3. The Goeden model includes several conservative assumptions (as described in Section 5.1.3), and the NHDES MCL for PFOA could be higher and still be health protective.

### 5.1.9   California Office of Environmental Health Hazard Assessment

#### 5.1.9.1        Reproductive Toxicity Listing

Following the release of the US EPA (2016a) review of PFOA, CalOEHHA (2016) issued a notice of intent to list PFOA as "known to the state to cause reproductive toxicity"[9] under Proposition 65 (California Dept. of Social Services and Dept of Health Services, 1986). The listing became effective the following year (CalOEHHA, 2017). The listing by CalOEHHA (2016) is based on the RfD for PFOA derived by US EPA (2016a) described above in Section 5.1.1. While US EPA did not explicitly state that PFOA caused the reproductive effects in the study by Lau *et al*. (2006), it did base its RfD on these effects.

It is important to note that CalOEHHA did not find causation. CalOEHHA's listing for PFOA and reproductive toxicity is not based on its own evaluation of the evidence, but on the analysis by US EPA (2016a). US EPA (2016a) did not make a formal causation determination for PFOA and human reproductive toxicity.

---

[9] Under Proposition 65, CalOEHHA (2021a) includes developmental toxicity in its definition of reproductive toxicity.

Moreover, the US EPA (2016a) evaluation of PFOA reproductive toxicity in animals is not based on reliable scientific evidence. As I noted in Section 5.1.1, the endpoints chosen by US EPA (2016a) are not robust and do not provide reliable evidence of causation for developmental endpoints. Specifically, none of the study endpoints used for the RfD derivation exhibits a regular dose-response (Lau *et al*., 2006). Irregular dose-response patterns such as these call into question whether the effects are actually related to the agent being tested. For example, reduced ossification of the calvaria has a U-shaped response, with the largest effects in the two lowest dose groups. Each of the other two reduced ossification endpoints, for forelimb and hindlimb proximal phalanges (toe bones), also has a U-shaped response. The dose-response for sexual maturation in males is the opposite of what would be expected, with the largest effect at the lowest dose, and the smallest effect at the highest dose.

There were also irregularities in the way the endpoints were reported. It is not possible to tell in the study by Lau *et al*. (2006) whether the results would be statistically significant if they were reported in the more standard "number of animals exhibiting the effect" format (US EPA, 1986) rather than the number of affected sites. Furthermore, reduced or delayed ossification is not necessarily an adverse effect. Ossification is usually considered a variation, not a malformation, because ossification reduction is mild and reversible (Stump *et al*., 2012).

US EPA (2016a) did not determine that there was a causal association between PFOA and reproductive or developmental toxicity in humans. In fact, US EPA did not use any human data in the derivation of its RfD for PFOA. Causal associations between PFOA and any health effects in humans have not been established (ATSDR, 2021).

Finally, the MOA for reproductive and developmental effects that have been reported in rodents may not be relevant to humans. There is evidence that some effects in rodents, including some reproductive and developmental effects, are mediated by PPARα, which is several-fold more active in rodents than in humans (Abbott *et al*., 2007; Albrecht *et al*., 2013; Wolf *et al*, 2010). To the extent that PPARα is involved, these effects are not relevant to potential effects in humans.

### 5.1.9.2    Carcinogenicity Listing

In March 2021, CalOEHHA (2021b) issued a notice of intent to list PFOA as "known to the state to cause cancer" under Proposition 65. The listing became effective in February 2022 (CalOEHHA, 2022a). The listing by CalOEHHA (2021b) is based on a NTP (2020) technical report for PFOA that concluded there was "clear evidence of carcinogenic activity of PFOA in male Sprague Dawley rats because of the increased incidence of hepatocellular neoplasms (predominately hepatocellular adenomas) and increased incidence of acinar cell neoplasms (predominately acinar cell adenomas) of the pancreas," and "some evidence of carcinogenic activity of PFOA in female Sprague Dawley rats…based on the increased incidence of pancreatic acinar cell adenoma or adenocarcinoma (combined) neoplasms."

It is important to note that hepatocellular tumors and pancreatic acinar tumors are thought to share a common MOA involving PPARα (Biegel *et al*., 2001). As discussed in Appendix A, Section A3.3, tumorigenesis involving this MOA is not considered relevant to humans. In addition, the increased incidence of pancreatic acinar cell adenoma or adenocarcinoma (combined) was not statistically significant. Furthermore, *in vitro* and *in vivo* studies indicate that PFOA is not genotoxic or mutagenic (Crebelli *et al*., 2019; Kennedy and Symons, 2015; EFSA CONTAM *et al*., 2018; ATSDR, 2021). Thus, there is no identified carcinogenic MOA for PFOA that is relevant to humans. NTP (2020) did not determine that there was a causal relationship between PFOA and cancer in humans.

## 5.2    Perfluorooctane Sulfonate (PFOS)

### 5.2.1    United States Environmental Protection Agency

#### 5.2.1.1        Reference Dose

In 2016, US EPA (2016c) derived an RfD of 0.00002 mg/kg-day for PFOS based on two reproductive and developmental studies in rats by Luebker *et al*. (2005a,b).  In the first study (Luebker *et al*., 2005a), male and female rats were dosed with PFOS for 6 weeks prior to mating, during mating, and through gestation and lactation across two generations.  US EPA chose reduced weight gain in the second generation (F2) pups as the critical effect and cited a NOEL for developmental effects of 0.1 mg/kg-day and a LOEL of 0.4 mg/kg-day.  The study authors noted that they did not consider the reduced weight gain in the F2 pups a toxicologically significant effect because it was transient (seen at days 7 and 14 but not at day 21 post-partum), could have been related to litter size (*i.e.*, larger litters tend to have smaller pups), or could have been a random effect of culling.  The first generation (F1) pups did not exhibit this effect; the NOEL for the F1 pups was 0.4 mg/kg-day (the highest dose tested in the F1 pups).  Luebker *et al*. (2005a) considered the NOEL for offspring effects to be 0.4 mg/kg-day.

The second study by Luebker *et al*. (2005b) was a one-generation reproduction and development study in rats of the same strain as those used by Luebker *et al*. (2005a).  In this study, females only were dosed for 6 weeks prior to mating through day 4 of lactation, and the lowest dose tested was 0.4 mg/kg-day.  At this dose, the F1 pups exhibited lower birth weight and reduced weight gain.  This is contrary to the first study, in which the F1 pups did not exhibit effects at this dose.  The authors did not address the differences in results between the two studies.  US EPA cited a LOEL for this study of 0.4 mg/kg-day and considered it to be support for its choice of a NOEL of 0.1 mg/kg-day for the critical effect of reduced weight gain in the F2 pups in the first study (Luebker *et al*., 2005a).

US EPA used a pharmacokinetic model to predict a rat serum concentration of 6.26 μg/mL at the NOEL dose of 0.1 mg/kg-day, and calculated an HED of 0.00051 mg/kg-day based on differences between rat and human PFOS pharmacokinetics, and a human half-life of 5.4 years for PFOS, derived from a study of retired workers by Olsen *et al*. (2007).  A total UF of 30 (10 for intraspecies differences and 3 for interspecies differences) was applied to the HED to derive an RfD of 0.00002 mg/kg-day.

The basis of US EPA's RfD for PFOS is weak.  US EPA based the RfD on non-adverse, transient effects (reduced weight gain in the F2 pups) that were not considered toxicologically significant by the study authors (Luebker *et al*., 2005a).  The supporting study that US EPA chose (Luebker *et al*., 2005b) had results (lower birth weight and reduced weight gain in the F1 pups) that were inconsistent with the first study.  Because of these inconsistencies, the toxicological endpoint used to develop the RfD for PFOS is not well founded.  A more scientifically supported NOEL would be four-fold higher, at 0.4 mg/kg-day, which would increase the HED to 0.002 mg/kg-day and the RfD to 0.00008 mg/kg-day.

In addition, the half-life of 5.4 years chosen by US EPA for PFOS is not well-supported.  This half-life was derived from an occupational exposure study (Olsen *et al*., 2007), and so is less relevant to exposures in the general population.  Discrepancies between occupationally derived half-lives *versus* values estimated from community studies may be attributable to study population characteristics and respective biology, exposure levels, and treatment of ongoing background exposures.  In establishing regulatory levels intended to protect the general population, community studies may be considered more appropriate.  In fact, US EPA (2016a) did so in its derivation of the PFOA LHA.  Rather than use a PFOA half-life derived from an occupational study, US EPA (2016a) chose the shorter half-life derived by Bartell *et al.* (2010) from a

community study "because it is the one most relevant to scenarios where exposures result from ingestion of contaminated drinking water by members of the general population" (US EPA, 2016a).

To this point, two community studies derived half-lives of 3.4 years (Li *et al.*, 2018) and 3.3 years (Worley *et al.*, 2017), and are more relevant choices. Worley *et al.* (2017) measured serum concentrations of several PFAS compounds (including PFOS) in a residentially exposed community between 2010 and 2016. Forty-five subjects provided test samples at both time points, offering a relatively robust data set for analyzing the kinetics of PFOS following exposure *via* contaminated drinking water. Worley *et al.* (2017) calculated PFAS half-lives according to the following equation:

$$\frac{d(CP)}{dt} = \frac{R_{intake}\,(t)}{Vd} - k_e \times CP(t)$$

where:

| | | |
|---|---|---|
| CP | = | Serum Concentration at Time t |
| $R_{intake}$ | = | Rate of Exposure to PFOS (ng/h) |
| Vd | = | Volume of Distribution (mL) |
| $k_e$ | = | First-Order Elimination Rate (hr$^{-1}$) |

Study authors assumed a Vd of 230 mL/kg as reported in the literature (see Thompson *et al.*, 2010), scaled to the average body weight of the study population. The intake rate of PFOS was scaled to the average body weight reported in the study population, and then calculated based on drinking water concentrations reported for West Morgan East Lawrence Water Authority in the US EPA's Third Unregulated Contaminant Monitoring Rule (UCMR3) data set (PFOS concentration = 0.12 µg/L), and a DWI of 1.2 liters per day taken from the US EPA's "Exposure Factors Handbook" (US EPA, 2011a). A statistical model was then applied to calculate the $k_e$ value (the first-order elimination rate) that produced a serum concentration curve, which predicted the geometric mean of serum concentration samples collected for a given individual in 2016. Once this value was established, Worley *et al.* (2017) calculated half-life according to this equation:

$$k_e = \frac{\ln(2)}{half-life}$$

In light of the robustness of the data set (serum concentrations at two time points almost 6 years apart for 45 individuals from a residential community), and study-specific values for intake rate and body weight, I consider this half-life estimate to be more relevant than occupationally derived values as reported by Olsen *et al.* (2007).

### 5.2.1.2      Drinking Water

Using the RfD, US EPA (2016c) derived an LHA of 0.07 µg/L for PFOS in drinking water as described in Section 5.1.1.2.

The DWI used to derive the LHA is the 90th percentile value for lactating women, equal to 54 mL/kg-day (US EPA, 2011a). US EPA chose this parameter because of the potential for increased susceptibility during pregnancy and lactation, based on the study of developmental toxicity that was used for the RfD determination (Luebker *et al.*, 2005b). For the RSC, US EPA used a default value of 20%. US EPA stated that the default value was justified because there was not enough information about other sources of PFOS exposure to choose a value that is more specific to PFOS. This is discussed further in Section 5.7.

Using the equations described in Section 5.1.1.2, US EPA calculated the DWEL and LHA as follows:[10]

$$\text{DWEL}\left(0.00037\ \frac{mg}{L}\right) = 0.00002\ \frac{mg}{kg \cdot day}\ \div 0.054\ \frac{L}{kg \cdot day}$$

and

$$\text{Lifetime HA}\left(0.07\ \frac{\mu g}{L}\right) = \text{DWEL}\left(0.00037\ \frac{mg}{L}\right) \times \text{RSC (0.2)} \times\ 0.000074\ mg/L\ (\text{rounded to } 0.00007\ mg/L)$$

Because of the overly conservative RfD, as described above, and choice of RSC that is more conservative than necessary (discussed in Section 5.7), it is my opinion that the LHA for PFOS developed by US EPA could be higher and still be health protective.

### 5.2.1.3 Interim Health Advisory

In 2022, US EPA identified lifetime drinking water health iHAs for both PFOA (US EPA, 2022a) and PFOS (US EPA, 2022b, also discussed above). The iHA value for PFOS is 0.020 ppt (ng/L), a dramatic reduction (3,500-fold) from the 2016 lifetime HA of 70 ppt. US EPA developed the iHA based on its conclusion of an association between exposure to PFOS and antibody titers in response to diphtheria and tetanus while making various additional assumptions about the data. This value is so low that it cannot be routinely or reliably measured in drinking water (US EPA, 2022c).

It must be emphasized that the iHAs for both PFOA and PFOS are draft, and it would be incorrect to interpret them as enforceable standards. As discussed in this report, it is my opinion that the iHAs for both PFOA and PFOS are overly conservative and do not have a sound scientific and technical foundation. For the reasons outlined above in Section 5.1.1.3, much higher HAs would still be health protective.

## 5.2.2 Agency for Toxic Substances and Disease Registry

ATSDR (2021) derived an MRL of 0.000002 mg/kg-day for PFOS, which is an order of magnitude lower than the US EPA RfD for PFOS (US EPA, 2016c). The MRL for PFOS was based on the same rat study (Luebker *et al.*, 2005a) that US EPA (2016c) used to derive an RfD. ATSDR identified a NOEL of 0.1 mg/kg-day based on a slight but statistically significant delayed eye opening (0.6 days compared with controls) in the F1 generation pups and transient decreased weight in the F2 pups. ATSDR calculated a predicted serum concentration of 7.43 mg/L and an HED of 0.000515 mg/kg-day based on the same half-life for PFOS that US EPA (2016c) used of 1,971 days (5.4 years) from an occupational study by Olsen *et al.* (2007). ATSDR applied a total UF of 300 to the HED (10 for intraspecies differences, 3 for interspecies differences, and 10 for concern that immunotoxicity may be a more sensitive endpoint than developmental toxicity) to derive the MRL of 0.000002 mg/kg-day.

As discussed above for the US EPA (2016c) RfD assessment for PFOS, a value of 0.4 mg/kg-day from the Luebker *et al.* (2005b) study is a more scientifically supported NOEL. In addition, an extra UF for possible immunotoxicity effects is unnecessary. ATSDR (2021) cited the Dong *et al.* (2009, 2011), Guruge *et al.* (2009), and Peden-Adams *et al.* (2008) studies as providing evidence of possible immunological effects at lower serum PFOS concentrations than the NOEL for developmental effects. However, the science does not support there being immune effects at such low doses of PFOS (see the discussion in Appendix A, Section A4.2.1.4).

---

[10] US EPA (2019a) has since revised its water intake values. In my analyses, however, I cite the values that the agencies used in determining their PFAS drinking water guidance in order to remain consistent with their calculations. The revised recommended water intake value for lactating women is 0.047 L/kg-day at the 95th percentile intake rate (90th percentile was not reported) (US EPA, 2019a). It should be noted that if the revised water intake value were used in the equation, the LHA would be higher.

In addition, also as described above in Section 5.2.1.1, the half-life of 5.4 years chosen by ATSDR is not well supported, and two community studies that derived half-lives of 3.4 years (Li *et al*., 2018) and 3.3 years (Worley *et al*., 2017), respectively, provide more relevant choices and would have yielded a higher MRL. It is my opinion that the MRL for PFOS could be much higher and still be health protective.

### 5.2.3   Minnesota

#### 5.2.3.1        Reference Dose

MDH (2019) established an RfD for PFOS of 0.0000031 mg/kg-day, based on immune system effects in a mouse study by Dong *et al*. (2011).  The critical effects were increased serum IL-4 and decreased sheep red blood cell (SRBC)-specific immunoglobulin M (IgM) levels.  The NOEL in this study was a mouse serum concentration of PFOS of 2.36 mg/L.  MDH applied a dose adjustment factor based on Vd and a PFOS half-life of 1,241 days in humans (Li *et al*., 2018) to derive an HED of 0.000307 mg/kg-d.  To this value, MDH applied a total UF of 100 (3 for interspecies differences, 10 for intraspecies variability, and 3 for database uncertainty based on limited data for possible thyroid and developmental immune system effects at lower doses) (MDH, 2019).

As noted above for PFOA, the choice of a UF of 3 for interspecies differences rather than 10 was appropriate.  However, the UF of 10 for intraspecies differences overestimates risk in the context of setting the health-based value (HBV) and could be reduced to 3.  The inclusion of a pharmacokinetic component in the intraspecies UF for PFOS is not necessary in this particular circumstance, because in the exposure model that MDH used to derive an HBV, pharmacokinetics unique to the sensitive subpopulation (infants) are already accounted for (see Section 5.1.3.3).

The UF of 3 for database uncertainty is also unnecessary.  The single immune study that reported PFOS effects at very low doses (Peden-Adams *et al*., 2008) was based on only five animals per sex per dose group, did not show a dose-response, was specific to one strain of mice only, and has not been replicated (as discussed in Appendix A, Section A4.2.1.4).  Other studies in mice (Keil *et al*., 2008; Lefebvre *et al*., 2008; Dong *et al*., 2009; Qazi *et al*., 2010) did not find immunotoxicity until doses are 50 or more times higher than the LOEL reported in the Peden-Adams *et al*. (2008) study.  It should be noted that, based on the availability of epidemiological data on PFOS and extensive data on PFOS in animals, US EPA did not consider it necessary to include a database uncertainty UF in its assessment of PFOS (US EPA, 2016c). Thus, the PFOS RfD derived by MDH could be higher when used in setting the HBV and still be health protective.

In addition, the immune system effects described by Dong, *et al*. (2011) may have been secondary to systemic toxicity.  Body weight gain and food intake were also reduced compared to controls in a dose-dependent manner, with a statistically significant difference at the highest dose.  At the second highest dose (0.42 mg/kg-day, the LOEL), body weight gain was reduced by 14% compared to controls.  Although this decrease was not statistically significant, it may indicate a systemic effect.

#### 5.2.3.2        Health-Based Value

MDH issued an HBV for PFOS of 0.015 μg/L, based on the RfD (MDH, 2019).  MDH chose infants that exclusively breastfed for 1 year as the target population, rather than US EPA's choice of lactating women. MDH devised a model for an infant's exposure to PFOS using the same methodology as described above

for the PFOA HBV.  The choice of infants as the target population effectively lowered the HBV, because infants take in a greater amount of fluid relative to their body weights than adults do.

To derive an HBV for PFOS for infants and young children, MDH calculated the apportionment of water ingestion of PFOS by taking a ceiling of 80% of the RfD (19.2 µg/L) and subtracting the 95th percentile serum PFOS level of the NHANES 2015-2016 biomonitoring data (8.82 µg/L) (CDC, 2019), on the assumption that this background level of serum PFOS comes from sources other than drinking water.  The remaining value (10.4 µg/L) is assumed to be the allowable ingestion of PFOS from drinking water, and is roughly equivalent to 50% of the RfD x 0.8.

For older children and adults, the 95th percentile of serum PFOS from the NHANES 2015-2016 biomonitoring data is 18.26 µg/L (CDC, 2019).  This was subtracted from the RfD value to yield a value of 5.74 µg/L.  This value is close to 20% of the RfD (4.8 µg/L).  Using the model by Goeden *et al*. (2019), MDH calculated that a PFOS water concentration of 0.0147 µg/L would not yield serum concentrations exceeding 50% of the RfD in breastfeeding infants nor 20% of the RfD in adults.  This value was rounded to 0.015 µg/L.

As discussed in in Section 5.1.3.3, MDH incorporated parameters that overestimate exposure for most individuals in its pharmacokinetic model of PFOS exposure from drinking water, such as the 95th percentile water and breast milk intake values for adults and infants, respectively (US EPA, 2011a).

The HBV for PFOS is subject to uncertainties and limitations.  The critical effects may have been due to systemic toxicity and not specific immune system effects.  In addition, MDH incorporated UFs that overestimate risk to calculate the HBV and chose upper-end maximum values for each variable in its calculations.  The HBV for PFOS should therefore not be considered a reliable measure by which to make claims of risk to human health.

### 5.2.4   New York

The New York State Department of Health has adopted an MCL for PFOS of 10 ppt (10 ng/L) (NYSDOH, 2022).  As of the date of this report, New York State has not provided any technical documentation outlining the scientific basis for the derivation of its MCL.

### 5.2.5   New Jersey

NJDEP (2020) adopted an MCL of 13 ng/L (0.013 µg/L) for PFOS based on non-carcinogenic effects.  The derivation of this value is discussed below.

#### 5.2.5.1        Reference Dose

NJDEP (2019b) derived an RfD for PFOS of 1.8 ng/kg-day (0.0000018 mg/kg-day) based on immune effects in mice.  This RfD is about 10-fold lower than the PFOS RfD derived by US EPA (2016c).  The NJDEP RfD was based on decreased SRBC response in mice in a study by Dong *et al*. (2009), also discussed in Appendix A, Section A4.2.1.4.  The mice in this study received PFOS by oral gavage at doses ranging from 0.008 to 2.1 mg/kg-day for 60 days.  SRBC-specific IgM plaque-forming cell response showed dose-dependent decreases at 0.08, 0.42, 0.83, and 2.1 mg/kg-day.  Based on the mouse serum PFOS concentration at the NOEL of 0.008 mg/kg-day, NJDEP established a POD of 674 ng/mL PFOS in serum.  A total UF of 30 (10 for intraspecies differences and 3 for interspecies differences) was applied to the POD to derive a target serum value of 22.5 ng/mL.  To calculate the RfD, NJDEP used a clearance value for

PFOS of $8.1 \times 10^{-5}$ L/kg-day that was calculated by US EPA (2016c) based on a half-life for PFOS in humans of 5.4 years (Olsen *et al.*, 2007) and a Vd of 0.23 L/kg (Thompson *et al.*, 2010). NJDEP calculated the RfD according to this equation:

$$RfD = \text{Target Serum Value} \times \text{Clearance}$$

NJDEP derived its PFOS RfD as follows:

$$22.5 \text{ ng/mL} \times (8.1 \times 10^{-5} \text{ L/kg-day}) = 1.8 \text{ ng/kg-day}$$

It is my opinion that the underlying study on which NJDEP (2019b) based its PFOS RfD is flawed for this purpose for a number of reasons. In the study by Dong *et al.* (2009), systemic toxicity was apparent in the mice that received 0.42, 0.83, or 2.1 mg/kg-day based on decreased body weight, decreased food intake, and increased serum corticosterone. Therefore, only the 0.08 mg/kg-day group had a decrease that could be determined to be likely treatment related, and no dose-response trend can be determined. The study by Dong *et al.* (2009) does not provide reliable evidence that PFOS induces immunotoxicity in the absence of other systemic effects.

The RfD calculation based on a NOEL is also flawed. NJDEP (2019b) stated that it considered using BMD modeling, as recommended by US EPA (2012), but the modeling "did not yield a valid POD" (NJDEP, 2019b). In fact, NJDEP incorrectly entered standard errors of the means of the data from the Dong *et al.* (2009) study in its BMD model instead of SDs. When the data are entered correctly into US EPA Benchmark Dose Software Version 3.1.1 (US EPA, 2019b), a valid benchmark dose lower bound (BMDL) of 3,400 ng/mL is derived that could have been used as a POD instead of the NOEL of 674 ng/mL chosen by NJDEP (see Appendix D for this analysis). If NJDEP had properly conducted the BMD modeling as recommended by US EPA (2012), its RfD could have been approximately 5 times higher.

In addition, the half-life of 5.4 years chosen by NJDEP for PFOS is not well-supported, as discussed in Section 5.2.1.1 above.

### 5.2.5.2    Maximum Contaminant Level

Using the RfD of 0.0000018 mg/kg-day, NJDEP (2019b) derived an MCL of 13 ng/L (0.013 µg/L) for PFOS in drinking water according to the following equation:

$$MCL = RfD \times \frac{BW}{DWI} \times RSC$$

where:

| | | |
|---|---|---|
| MCL | = | Maximum Contaminant Level (ng/L) |
| RfD | = | Reference Dose (mg/kg-day) |
| BW | = | Body Weight (kg) |
| DWI | = | Drinking Water Intake (L/day) |
| RSC | = | Relative Source Contribution (unitless) |

The DWI rate used in the above equation is 2 L/day, the default DWI for adults, and the body weight used is 70 kg, the default weight for an adult male (US EPA, 2011a). The RSC is the proportion of total PFOS exposure that comes from drinking water. NJDEP used a default RSC value of 20%. NJDEP stated that

the default RSC value was justified because there was not enough information about other sources of PFOS exposure to choose a value that is more specific to PFOS.

Using the above equation, NJDEP calculated the MCL as follows:

$$0.000002 \text{ mg/kg-day} \times \frac{70 \text{ kg}}{2 \text{ L/day}} \times 0.2 = 0.000014 \text{ mg/L}$$

This MCL is subject to uncertainties and limitations. The endpoint chosen as the critical effect from the key study (Dong *et al.*, 2009) is of questionable toxicological significance to humans. I note that both US EPA (2016c) and the Danish Environmental Protection Agency (Danish EPA) (2015) did not consider the animal and human data on PFOS and immune effects to be adequate for derivation of an RfD. In addition, if NJDEP (2019b) had properly conducted the BMD modeling of the Dong *et al.* (2009) data, it would have derived a POD based on the BMDL that was 5 times higher than the POD it chose.

For these reasons, the MCL for PFOS is more conservative than necessary to protect human health. Furthermore, exceedance of a toxicity value does not imply that any exposures above the recommended level will lead to health effects (US EPA, 2000a; ATSDR, 2009).

### 5.2.6   Massachusetts

#### 5.2.6.1       Reference Dose

MassDEP (2019) derived an RfD for PFOS of 5 ng/kg-day (0.000005 mg/kg-day) based on reduced weight gain in exposed pups in the studies by Luebker *et al.* (2005a,b). MassDEP based its derivation on the US EPA assessment for PFOS, but included a total UF of 100 (10 for intraspecies differences, 3 for interspecies differences, and 3 for database uncertainties) to derive an RfD of 0.00005 mg/kg-day. The database UF was for potential immune, developmental, and other unknown effects. This RfD is subject to the same limitations as described for the US EPA RfD derivation in Section 5.2.1.1. It is also my opinion that the UF of 3 that MassDEP included for potential immune, developmental, and other unknown effects is unnecessary. Developmental effects are already included in the assessment, and the science does not support there being immune effects at such low doses of PFOS (see Appendix A, Sections A4.2.1.4 and A5.2.4.5). It is my opinion that the Massachusetts RfD for PFOS could be higher and still be health protective.

#### 5.2.6.2       Maximum Contaminant Level

Using the RfD of 0.000005 mg/kg-day, MassDEP (2019) derived an MCL of 20 ng/L (20 ppt) for PFOS in drinking water according to the methodology of US EPA (2016c) described in Section 4.1.1.2. It is my opinion that the Massachusetts MCL for PFOS could be higher and still be health protective. The RfD of 0.000005 mg/kg-day applies to the sum of the concentrations of the six long-chain PFAS (PFOA, PFOS, PFHxS, PFNA, PFDA, and PFHpA) as well as each individual compound.

### 5.2.7   Vermont

VTDEC (2020) established a drinking water HA of 20 ppt for PFOS. This value is based on the US EPA (2016c) LHA for PFOS, with an additional adjustment for water intake. VTDEC included a body weight-adjusted water intake rate of 0.175 L/kg-day, the 95th percentile value associated with a child 0-1 year old

(Levine, 2018). The drinking water HA of 20 ppt applies to the sum of the concentrations of five long-chain PFAS (PFOA, PFOS, PFNA, PFHxS, and PFHpA) as well as each individual compound.

In addition to the limitations noted above regarding the US EPA LHA for PFOS, the inclusion of an adjustment for water intake for a child 0-1 year old is unnecessary. According to US EPA (2016c), the most sensitive receptor is the adult female because the LHA is based on a study with prenatal exposure. The water intake of a pregnant female was already included in the LHA derivation, and thus the additional water intake adjustment included by VTDEC is not needed.

## 5.2.8   New Hampshire

### 5.2.8.1      Reference Dose

NHDES (2019) derived an RfD of 3.0 ng/kg-day for PFOS based on reduction in IgM production in male mice (27%) as observed by Dong *et al*. (2011) In this study, C57BL/6 mice received oral doses of PFOS at 0-0.8333 mg/kg-day *via* oral gavage for 60 days. The NOEL from this study was 0.0167 mg/kg-day, corresponding to a predicted serum concentration equivalent of 2,360 ng/mL, which was used as the POD. A total UF of 100 (10 for intraspecies differences, 3 for interspecies differences, and 3 for concerns about potential thyroid disruption and its effect on neurodevelopment) was applied to the POD. This value was then multiplied by a DAF of $1.28 \times 10^{-1}$ mL/kg-day to derive an RfD of 3.0 ng/kg-day for PFOS (NHDES, 2019). The DAF is based on a Vd for PFOS of 230 mL/kg (Thompson *et al.*, 2010) and a half-life of 3.4 years (Li *et al.*, 2018) in humans.

### 5.2.8.2      Maximum Contaminant Level

NHDES (2019) established an MCL of 15 ng/L for PFOS using the toxicokinetic model of Goeden *et al*. (2019), described in more detail in Section 5.1.3. The Goeden model includes several conservative assumptions (as described in Section 5.1.3), and the NHDES MCL for PFOS could be higher and still be health protective.

## 5.2.9   California Office of Environmental Health Hazard Assessment

### 5.2.9.1      Reproductive Toxicity Listing

Following the release of the US EPA (2016c) review of PFOS, CalOEHHA (2016) issued a notice of intent to list PFOS as "known to the state to cause reproductive toxicity" under Proposition 65 (California Dept. of Social Services and Dept of Health Services, 1986). The listing became effective the following year (CalOEHHA, 2017). The listing by CalOEHHA (2016) is based on the RfD for PFOS derived by US EPA (2016c) described above in Section 5.2.1. While US EPA did not explicitly state that PFOS caused the developmental effect[11] in the study by Luebker *et al*. (2005a), it did base its RfD on this effect.

It is important to note that CalOEHHA did not find causation. CalOEHHA's listing of PFOS for reproductive toxicity is not based on its own evaluation of the evidence, but on the analysis by US EPA (2016c). US EPA (2016c) did not make a formal causation determination for PFOS and human reproductive toxicity.

---

[11] Under the auspices of Proposition 65, CalOEHHA (2021a) includes developmental toxicity in its definition of reproductive toxicity.

Moreover, the US EPA (2016c) evaluation of PFOS reproductive toxicity in animals is not based on reliable scientific evidence. As I noted in Section 5.2.1, the endpoint chosen by US EPA (2016c) is not robust and does not provide reliable evidence of causation for reproductive and developmental endpoints. Specifically, the reduced pup weight in the F2 pups was transient and non-adverse, and was not considered toxicologically significant by the study authors (Luebker *et al.*, 2005a). The reduced pup weight could have been related to litter size (*i.e.*, larger litters tend to have smaller pups), or could have been a random effect of culling. In addition, the supporting study that US EPA chose (Luebker *et al.*, 2005b) had results that were inconsistent with the first study.

US EPA (2016c) did not determine that there was a causal association between PFOS and reproductive or developmental toxicity in humans. In fact, US EPA did not use any human data in the derivation of its RfD for PFOS. Causal associations between PFOS and any health effects in humans have not been established (ATSDR, 2021).

### 5.2.9.2   Carcinogenicity Listing

In December 2021, CalOEHHA (2021c) issued a notice of intent to list PFOS as "known to the state to cause cancer" under Proposition 65. The listing became effective in February 2022 (CalOEHHA, 2022b). The listing by CalOEHHA (2021c,d) is based on an analysis by CalOEHHA (2021d) of human, animal, and mechanistic data. For its listing, CalOEHHA (2021d) relied in particular on the carcinogenicity study by Butenhoff *et al.* (2012b), which is described in detail in Appendix A, Section A4.2.3. CalOEHHA (2021d) did not conclude that there was a causal relationship between PFOS and cancer in humans.

While Butenhoff *et al.* (2012b) observed increased benign liver tumors in rats at a PFOS dose of approximately 1 mg/kg-day, there is evidence that rats may be more susceptible to developing liver tumors from PFOS exposure than humans due to the likely involvement of the pregnane x receptor (PXR), as discussed in Appendix A, Section A4.2.3, which is not as active in humans as it is in rats (Elcombe *et al.*, 2012). Other tumor findings were likely spurious or of questionable toxicological significance. Because of the potential for important species differences in the hepatic response to PFOS and because the tumors were benign, these findings in the rodents are unlikely to be relevant to humans. Causal associations between PFOS and cancer in humans have not been established.

## 5.3   Perfluorohexane Sulfonate (PFHxS)

### 5.3.1   United States Environmental Protection Agency

US EPA has a PFHxS regional screening level (RSL) for tap water of 0.390 µg/L (US EPA, 2022f) based on the chronic RfD of 0.00002 mg/kg-day derived by ATSDR as described in Section 5.3.2. As discussed in Appendix A, Section A1.5, RSLs present risk-based screening values for individual compounds in residential and industrial soil, air, and drinking water. These levels are considered to be protective for humans, but they do not indicate levels at which human health effects can or will occur. The RSL is based on a child resident with a water intake rate of 0.78 L/day for 6 years, 350 days/year, from ages 0 to 6 years (US EPA, 2014). US EPA has not issued an LHA for PFHxS.

### 5.3.2   Agency for Toxic Substances and Disease Registry

ATSDR (2021) derived an MRL for PFHxS of 0.00002 mg/kg-day based on a reproductive and developmental study by Butenhoff *et al.* (2009) in rats.  ATSDR chose thyroid follicular cell hyperplasia in the parental males as the critical effect, with a NOEL of 1 mg/kg-day, and calculated an HED of 0.0047 mg/kg-day based on a half-life for PFHxS of 8.5 years as reported by Olsen *et al.* (2007).  A total UF of 300 was applied to the HED (10 for intraspecies differences, 3 for interspecies differences, and 10 for database limitations, including small numbers of studies of intermediate duration and concern that immunotoxicity may be a more sensitive endpoint than developmental toxicity) to yield the MRL of 0.00002 mg/kg-day.

Butenhoff *et al.* (2009) noted that the mild-to-moderate thyroid follicular hyperplasia was consistent with the increase in liver hypertrophy and induction of liver enzymes that in turn induce the metabolism of thyroid hormones.  The authors did not measure thyroid hormones in this study, however, so the clinical significance of the thyroid cell hyperplasia is unknown (see discussion of thyroid hormones in Appendix A, Section A4.1.1.3).  In a more recent study by Chang *et al.* (2018) in mice, there were no changes in thyroid-stimulating hormone (TSH) in response to PFHxS, and no changes in thyroid histopathology at doses up to 3 mg/kg-day.  It should also be noted that Butenhoff *et al.* (2009) did not observe any reproductive or developmental effects in rats exposed to PFHxS.

In addition, ATSDR's choice of PFHxS half-life may be overly conservative.  ATSDR (2021) chose a half-life of 3,100 days (8.5 years), based on a study of retired workers.  Li *et al.* (2018) reported a half-life of 5.3 years in an exposed population.  Community exposures are more relevant to the general population than to worker exposures.  If ATSDR had used a half-life of 5.3 instead of 8.5 years, the HED and consequently the MRL would have been 1.6-fold higher and still health protective.

### 5.3.3   Minnesota

#### 5.3.3.1      Reference Dose

MDH (2020) established an RfD for PFHxS of 9.7 ng/kg-day based in changes in serum thyroxine (T4) in adult male rats in a study by NTP (2019b).  MDH derived a benchmark dose lower bound at 20% response (BMDL$_{20}$) based on a NOEL serum concentration of 32.4 µg/mL.  To this value, MDH applied a total UF of 300 (3 for interspecies differences, 10 for intraspecies variability, and 10 for database uncertainties), and a DAF based on a Vd of 0.25 L/kg (Sundstrom *et al.*, 2012) and a half-life of 5.3 years in humans (Li *et al.*, 2018).

#### 5.3.3.2      Health-Based Value

MDH (2020) established an HBV for PFHxS of 0.047 µg/L using the toxicokinetic model of Goeden *et al.* (2019), as described in more detail in Section 5.1.3.  The Goeden model includes several conservative assumptions (as described in Section 5.1.3), and the MDH HBV for PFHxS could be higher and still be health protective.

### 5.3.4   Massachusetts

MassDEP (2019) did not conduct its own derivation of an RfD or an MCL for PFHxS.  Instead, it relied on the ATSDR toxicity assessment.  MassDEP (2019) concluded that "the limited data relied upon by ATSDR

in its MRL derivations for PFHxS…are insufficient to conclude that a significant difference in potency exists between [PFHxS] and the more extensively studied PFOS and PFOA."  For this reason, MassDEP chose to apply the PFOA and PFOS RfDs of 0.000005 mg/kg-day and MCLs of 20 ng/L to PFHxS, as well as to three other long-chain PFAS for which limited toxicity data are available (PFNA, PFDA, and PFHpA).  This is not a reliable method, as it does not take into account differences in endpoints, dose-response relationships, or MOA.  In addition, for the same reasons given above for PFOA and PFOS, it is my opinion the MassDEP RfD and MCL for PFHxS, being based on the MassDEP values for PFOA and PFOS, could be higher and still be health protective.  The RfD of 0.000005 mg/kg-day applies to the sum of the concentrations of the six long-chain PFAS (PFOA, PFOS, PFHxS, PFNA, PFDA, and PFHpA) as well as each individual compound.

### 5.3.5   Vermont

VTDEC (2020) established a drinking water HA of 20 ppt for PFHxS individually and for the sum of the concentrations of five long-chain PFAS (PFOA, PFOS, PFNA, PFHxS, and PFHpA).  This value is based on the US EPA (2016a,c) LHAs for PFOA and PFOS, as described above.

In addition to the limitations noted above regarding the US EPA LHAs for PFOA and PFOS, the inclusion of an adjustment for water intake for a child 0-1 year old is unnecessary.  According to US EPA (2016a,c), the most sensitive receptor is the adult female because the LHAs are based on studies with prenatal exposure.  The water intake of a pregnant female was already included in the LHA derivation, and thus the additional water intake adjustment included by VTDEC is not needed.

### 5.3.6   New Hampshire

#### 5.3.6.1      Reference Dose

NHDES (2019) derived an RfD of 4.0 ng/kg-day for PFHxS based on reduced mean litter size in a study by Chang *et al*. (2018).  In this study, ICR mice received oral doses of PFHxS at 0-3 mg/kg-day *via* oral gavage prior to and during cohabitation for males and females, and continuing through gestation and lactation for females.  The NOEL from this study was 0.3 mg/kg-day, corresponding to an equivalent serum concentration of 16.8 µg/mL.  NHDES used a $BMDL_{10}$ of 13,900 ng/mL that was derived by Ali *et al*. (2019) from the study by Chang *et al*. (2018).  A total UF of 300 (10 for intraspecies differences, 3 for interspecies differences, 3 for duration of exposure, and 3 for database limitations) was applied to the POD, and this value was then multiplied by a DAF of $8.61 \times 10^{-2}$ mL/kg-day to derive the RfD of 4.0 ng/kg-day.  The DAF is based on a Vd for PFHxS of 213 mL/kg (Sundstrom *et al*., 2012) and a half-life of 4.7 years (Li *et al*., 2018) in humans.

#### 5.3.6.2      Maximum Contaminant Level

NHDES (2019) established an MCL of 18 ng/L for PFHxS using the toxicokinetic model of Goeden *et al*. (2019), described in more detail in Section 5.1.3.   The Goeden model includes several conservative assumptions (as described in Section 5.1.3), and the NHDES for PFHxS could be higher and still be health protective.

## 5.4    Perfluorononanoic Acid (PFNA)

### 5.4.1   United States Environmental Protection Agency

US EPA has a PFNA RSL for tap water of 0.0590 µg/L (US EPA, 2022f) based on the chronic RfD of 0.000003 mg/kg-day derived by ATSDR as described in Section 5.4.2.  The RSL is based on a child resident with a water intake rate of 0.78 L/day for 6 years, 350 days/year, from ages 0 to 6 years (US EPA, 2014).  US EPA has not issued an LHA for PFNA.

### 5.4.2   Agency for Toxic Substances and Disease Registry

ATSDR (2021) derived an MRL for PFNA of 0.000003 mg/kg-day based on a mouse study by Das *et al*. (2015).  ATSDR chose decreased body weight and developmental delays as the critical effects, with a NOEL of 1 mg/kg-day, and calculated an HED of 0.001 mg/kg-day based on an estimated TWA serum concentration of 6.8 µg/mL in the mice at the NOEL and a half-life for PFNA in humans of 2.5 years (900 days), as reported by Zhang *et al*. (2013a).  A total UF of 300 was applied to the HED (10 for intraspecies differences, 3 for interspecies differences, and 10 for database limitations, including the small number of studies examining the toxicity of PFNA and the concern that immunotoxicity may be a more sensitive endpoint than developmental toxicity) to yield the MRL of 0.000003 mg/kg-day.

PFNA is a potent inducer of PPARα (Vanden Heuvel *et al*., 2006; Takacs and Abbott, 2007; Wolf *et al*., 2008; Rosen *et al*., 2017), and there is evidence that many of the reported effects of PFNA, including developmental effects, are PPARα dependent.  Wolf *et al*. (2010) showed that delayed eye opening and reduced pup weight in PFNA-exposed mice were dependent on PPARα activity, as PPARα knockout mice did not exhibit these effects after PFNA exposure.  Because PPARα is less active in humans than in mice, the UF of 3 for interspecies differences may not be necessary.  For these reasons the MRL could be higher and still be health protective.

### 5.4.3   New Jersey

#### 5.4.3.1      Human Serum Target Level

The NJDWQI (2015) did not develop an RfD for PFNA; instead, it developed a human serum target level of 4.9 ng/mL based on the mouse study by Das *et al*. (2015).  The critical effect chosen by NJDEP was increased liver weight in both pregnant and non-pregnant mice on exposure day 17.  NJDEP identified a POD of 4.9 mg/L in serum based on BMD modeling for a 10% increase in liver weight.  NJDEP then applied a total UF of 1,000 (10 for intraspecies differences, 3 for interspecies differences, 10 for use of a subchronic study, and 3 for database concerns) to derive the human serum target level of 4.9 ng/mL.  Database uncertainties as noted by NJDEP included a lack of developmental neurobehavioral studies, the absence of chronic/carcinogenicity studies, a lack of a two-generation study in an appropriate species, a lack of studies of specific developmental effects such as mammary gland development, and the possibility that PFNA causes liver necrosis at doses below those that cause increased liver weight.

As I previously discussed in Section 5.1.5, NJDEP's choice of enlarged liver as an adverse effect is not supported by reliable scientific evidence.  In addition, the choice of a UF of 3 for interspecies differences is more conservative than may be necessary.  PFNA is a potent inducer of PPARα, perhaps even more potent than PFOA (Das *et al*., 2015).  Studies indicate that PPARα is involved in the liver effects in mice exposed to PFNA (Das *et al*., 2015).  Therefore, the interspecies UF of 3 may not be necessary.

NJDWQI (2015) cited a study by Stump *et al*. (2008) for evidence of liver necrosis at doses below those that cause increased liver weight.  Stump *et al*. (2008) reported "minimal" hepatocyte necrosis in 3 of 30 rats at a low PFNA dose that did not cause increased liver weight, compared to 0 of 30 control rats with necrosis; however, this difference was not statistically significant.  One non-statistically significant result in one study is not sound evidence for the possibility of necrosis occurring at doses below those that are associated with increased liver weight; therefore, the UF for database uncertainties may be overly conservative.

### 5.4.3.2          Maximum Contaminant Level

NJDWQI (2015) derived an MCL of 13 ng/L for PFNA, which was promulgated in 2018 (NJDEP, 2018), based on the human serum target value of 4.9 ng/mL.

NJDWQI (2015) chose an RSC of 50% based on data for the 95th percentile PFNA serum level for the total population in 2011-2012 as reported in NHANES data (CDC, 2015).  CDC (2015) reported a 95th percentile serum PFNA level of 2.54 ng/mL.  NJDEP assumed that because PFNA is infrequently found in drinking water, this value represents PFNA from other sources.  By rounding the 95th percentile serum PFNA level to 2.5 ng/mL, and subtracting this value from the human serum target value of 4.9 ng/mL, NJDEP calculated that up to 50% of serum PFNA could come from drinking water and stay at or below the human serum target value in people at the 95th percentile serum PFNA.

Instead of choosing a half-life for PFNA, NJDWQI (2015) assumed a 200:1 ratio for PFNA in serum:drinking water.  The rationale for this was that the half-life of PFNA is uncertain, but is estimated to be 2-30 times longer than that for PFOA in rodents.  According to NJDWQI (2015), studies indicate there is a >100:1 ratio of serum PFOA:water PFOA, and "[d]ata on the relative half-lives of PFOA and PFNA indicate that use of a ratio of 200:1 is not overly stringent" (NJDWQI, 2015).  Based on the 200:1 ratio (NJDWQI, 2015) calculated that a drinking water level of 12.5 ng/L would result in a serum level of 2.5 ng/mL.  This water concentration was rounded to 13 ng/L for the MCL.

For the reasons noted above in Section 5.4.3.1, the MCL for PFNA is more conservative than necessary to protect human health.  Furthermore, exceedance of a toxicity value does not imply that any exposures above the recommended level will lead to health effects (US EPA, 2000a; ATSDR, 2009).

## 5.4.4   Massachusetts

MassDEP (2019) did not conduct its own derivation of RfD or MCL for PFNA.  Instead, it relied on the ATSDR (2021) toxicity assessment.  MassDEP (2019) concluded that "the limited data relied upon by ATSDR in its MRL derivations for…PFNA are insufficient to conclude that a significant difference in potency exists between [PFNA] and the more extensively studied PFOS and PFOA."  For this reason, MassDEP (2019) chose to apply the PFOA and PFOS RfD of 0.000005 mg/kg-day to PFNA, based on "structural similarity."  This is not a reliable method, as it does not take into account differences in endpoints, dose-response relationships, or MOA.  In addition, for the same reasons given above for PFOA and PFOS, it is my opinion the MassDEP RfD and MCL for PFNA, being based on the PFOA and PFOS criteria, could be higher and still be health protective.  It should be noted that the RfD of 0.000005 mg/kg-day applies to the sum of the concentrations of the six long-chain PFAS (PFOA, PFOS, PFHxS, PFNA, PFDA, and PFHpA) as well as each individual compound.

### 5.4.5    Vermont

VTDEC (2020) established a drinking water HA of 20 ppt for PFNA individually and for the sum of the concentrations of five long-chain PFAS (PFOA, PFOS, PFNA, PFHxS, and PFHpA).  This value is based on the US EPA (2016a,c) LHAs for PFOA and PFOS, as described above.

In addition to the limitations noted above regarding the US EPA LHAs for PFOA and PFOS, the inclusion of an adjustment for water intake for a child 0-1 year old is unnecessary.  According to US EPA (2016a,c), the most sensitive receptor is the adult female because the LHAs are based on studies with prenatal exposure.  The water intake of a pregnant female was already included in the LHA derivation, and thus the additional water intake adjustment included by VTDEC is not needed.

### 5.4.6    New Hampshire

#### 5.4.6.1        Reference Dose

NHDES (2019) derived an RfD of 4.3 ng/kg-day based on elevated relative liver weight in pregnant mice in a study by Das *et al*. (2015).  In this study, pregnant CD-1 mice received oral doses of PFNA at 0-10 mg/kg-days *via* oral gavage for GDs 1-17.  The LOEL from this study was 1 mg/kg-day, corresponding to an equivalent serum concentration of 12,400 ng/mL, and a BMDL$_{10}$ of 4,900 ng/mL was derived as the POD.  A total UF of 100 (10 for intraspecies differences, 3 for interspecies differences, and 3 for database limitations) was applied, and this value was then multiplied by a DAF of 8.83 x 10$^{-2}$ mL/kg-day to derive an RfD of 4.3 ng/kg-day for PFNA.  The DAF is based on a Vd for PFNA of 200 mL/kg (ATSDR, 2018a) and a half-life of 4.3 years in humans (Zhang *et al*., 2013b).

#### 5.4.6.2        Maximum Contaminant Level

NHDES (2019) established an MCL of 11 ng/L for PFNA using the toxicokinetic model of Goeden *et al*. (2019), described in more detail in Section 5.1.3.  The Goeden model includes several conservative assumptions (as described in Section 5.1.3), and the NHDES MCL for PFNA could be higher and still be health protective.

## 5.5    Perfluoroheptanoic Acid (PFHpA)

There is no US EPA or ATSDR guidance for PFHpA intake.

### 5.5.1    Massachusetts

MassDEP (2019) did not conduct its own derivation of RfD or MCL for PFHpA.  Instead, MassDEP (2019) chose to apply the PFOA and PFOS RfD of 0.000005 mg/kg-day to PFHpA, based on "structural similarity."  This is not a reliable method, as it does not take into account differences in endpoints, dose-response relationships, or MOA.  In addition, for  the same reasons given above for PFOA and PFOS, it is my opinion the MassDEP RfD and MCL for PFHpA, being based on the PFOA and PFOS criteria, could be higher and still be health protective.  It should be noted that the RfD of 0.000005 mg/kg-day applies to the sum of the concentrations of the six long-chain PFAS (PFOA, PFOS, PFHxS, PFNA, PFDA, and PFHpA) as well as each individual compound.

### 5.5.2   Vermont

VTDEC (2020) established a drinking water HA of 20 ppt for PFHpA individually and for the sum of the concentrations of five long-chain PFAS (PFOA, PFOS, PFNA, PFHxS, and PFHpA). This value is based on the US EPA (2016a,c) LHAs for PFOA and PFOS, as described above.

In addition to the limitations noted above regarding the US EPA LHAs for PFOA and PFOS, the inclusion of an adjustment for water intake for a child 0-1 year old is unnecessary. According to US EPA (2016a,c), the most sensitive receptor is the adult female because the LHAs are based on studies with prenatal exposure. The water intake of a pregnant female was already included in the LHA derivation, and thus the additional water intake adjustment included by VTDEC is not needed.

## 5.6   Perfluorobutane Sulfonate (PFBS)

US EPA developed an RfD for PFBS in 2021. MassDEP uses interim PFBS guidance based on guidance developed by MDH (2017). ATSDR has not derived a value for PFBS.

### 5.6.1   United States Environmental Protection Agency

#### 5.6.1.1       Reference Dose

US EPA (2021b) derived subchronic and chronic RfDs for PFBS of 0.0009 mg/kg-day and 0.0003 mg/kg-day, respectively, based on a developmental study by Feng *et al.* (2017). The authors reported changes in thyroid hormones in the female offspring of mice that were administered 50, 200, or 500 mg/kg-day potassium perfluorobutane sulfonate ($K^+$PFBS) by oral gavage on GDs 1-20. US EPA identified a NOEL of 50 mg/kg-day for decreased serum T4 on postnatal day (PND) 1. US EPA calculated a benchmark dose response that represents a 0.5 standard deviation change from the control mean ($BMDL_{0.5SD}$)[12] in mice, then applied a DAF based on a ratio of half-lives in female mice (4.5 hours; Lau *et al.*, 2020) to humans (43.8 days; Xu *et al.*, 2020) to derive an HED $BMDL_{0.5SD}$ of 0.095 mg/kg-day (US EPA, 2021b). For the subchronic RfD, US EPA applied a total UF of 100 (3 for interspecies toxicodynamic differences, 10 for intraspecies variability, and 3 for a lack of neurodevelopmental data), to yield an RfD of 0.00095 mg/kg-day, rounded to 0.001 mg/kg-day for $K^+$PFBS. Correcting for differences in molecular weight between the potassium salt and the free acid form of PFBS yielded an RfD of 0.0009 mg/kg-day for PFBS. For the chronic RfD, US EPA applied a total UF of 300 (3 for interspecies toxicodynamic differences; 10 for intraspecies variability; and 10 for database uncertainties [lack of neurodevelopmental, immunotoxicity, or chronic exposure data]) to yield a PFBS RfD of 0.0003 mg/kg-day. My analysis below demonstrates the conservativeness of the RfDs for PFBS, and that higher values would also be health protective.

The body weights of the offspring in the 200 and 500 mg/kg-day PFBS dose groups of the Feng *et al.* (2017) study were lower than the body weights of the controls (approximately 28% lower in the 200 mg/kg-day dose group at PND 20) and of the mice in the 50 mg/kg-day PFBS dose group, and remained lower throughout development and adulthood. In addition, the magnitude of the thyroid hormone responses in the 200 and 500 mg/kg-day dose groups are similar, *i.e.*, the responses did not increase with increasing

---

[12] According to US EPA (2021b), "in the absence of information regarding the level of change that is considered biologically significant, a BMR [benchmark response] of 1 SD from the control mean for continuous data…is used to estimate the BMD and BMDL, and to facilitate a consistent basis of comparison across endpoints, studies, and assessments. For some types of effects (*e.g.*, frank effects, developmental effects), biological considerations may warrant the use of a BMR of 0.5 SD or lower."

dose. These observations may indicate that the endpoints reported by the authors are due to body weight effects, rather than specific effects on thyroid hormones, and thus may not be developmental effects.

The use of thyroid hormone changes in mice as the critical effect may result in an overly conservative RfD. Rodents are particularly susceptible to thyroid hormone perturbations because of differences in thyroid physiology that include differences in synthesis and serum protein binding affinity that lead to shorter serum half-lives of triiodothyronine (T3) and T4 in rodents compared with humans (NRC, 2005; Bartsch *et al.*, 2018; Parker and York, 2014; Brown-Grant, 1963). The increased susceptibility of rodents to changes in thyroid hormone levels compared with humans suggests that the interspecies UF of 3 for thyroid findings in the mice may be conservative. Also, the UF of 3 for database deficiencies is described as partly in response to the lack of neurodevelopment studies with respect to changes in neurodevelopment induced by toxicity to the thyroid gland. As noted by US EPA (2021b), while changes in thyroid hormones can under some circumstances be precursors to neurodevelopmental toxicity, the relevance of this endpoint to humans is uncertain because mice are particularly susceptible to thyroid hormone perturbations. The endpoint is also uncertain because of the lack of a dose-response relationship in the study upon which the RfD is based. Therefore, the lack of developmental neurotoxicity studies is unlikely to be relevant as a source of uncertainty, indicating that the UF for database deficiency may be overly conservative.

### 5.6.1.2        Drinking Water

US EPA (2022g) established a HA of 2 µg/L for PFBS in drinking water based on the chronic RfD of 0.0003 mg/kg-day. EPA used a body weight-adjusted DWI exposure factor of 0.0354 L/kg-day, a 2-day average of water consumption at the 90th percentile for women of childbearing age (US EPA, 2019a), and an RSC of 20% to derive the HA of 2 µg/L. Because of the conservatisms in the RfD derivation, and a choice of RSC that is more conservative than necessary (discussed in Section 5.7), it is my opinion that the HA for PFBS developed by US EPA could be higher and still be health protective.

### 5.6.2   Minnesota

### 5.6.2.1        Reference Dose

MDH (2022) derived an RfD of 0.000084 mg/kg-day for PFBS based on changes in T4 in adult female rats in a study by NTP (2019b). MDH chose a benchmark dose response that represents a 1 standard deviation change from the control mean ($BMDL_{1SD}$) of 6.97 mg/kg-day for decreased serum total T4. MDH calculated an HED of 0.0084 mg/kg-day by applying a half-life adjustment factor of 0.0012 for extrapolation from female rats to humans. The HED was further divided by a total UF of 100 (3 for interspecies toxicodynamic differences, 10 for intraspecies differences, and 3 for database insufficiencies due to a lack of studies on neurodevelopmental and immune system effects as well as lack of a 2-generation study "in a more appropriate species" [MDH, 2022]).

It should be noted that NTP (2019b) stated that it was unclear why there was a lack of TSH response associated with reduced thyroid hormone levels, and that these results were not consistent with a state of classical hypothyroidism or disruption of the hypothalamic-pituitary-thyroid axis. Considering that the reduced T4 in this study does not clearly indicate an adverse effect, together with the lack of evidence for neurotoxicity or immune system effects, in my opinion, MDH's RfD could be higher and still be health protective.

### 5.6.2.2        Health-Based Value

Based on the RfD of 0.000084 mg/kg-day, MDH derived an HBV for PFBS in drinking water of 0.1 µg/L (MDH, 2022).  The HBV was calculated according to this equation:

$$HBV = \frac{RfD \ \times \ RSC}{DWI}$$

where:

| | | |
|---|---|---|
| HBV | = | Health-Based Value |
| RFD | = | Reference Dose |
| RSC | = | Relative Source Contribution (20%) |
| DWI | = | Drinking Water Intake (0.043 L/kg-day, the 95th percentile US population average over a lifetime [US EPA, 2011a]) |

The overestimation of risk in the HBV is demonstrated by the choice of decreased serum T4 as the critical effect, and by the addition of an unnecessary UF of 3 for database deficiencies.  MDH's HBV for PFBS could be higher and still be health protective.

## 5.6.3  Massachusetts

MassDEP has not developed its own guidance for PFBS, and is currently relying on the Minnesota PFBS guidance (MDH, 2017) for interim values (MassDEP, 2019).

### 5.6.3.1        Interim Reference Dose

MassDEP is currently relying on an interim RfD based on the RfD derived by the MDH (2017).  MDH derived an RfD of 0.00043 mg/kg-day for PFBS based on histological changes in the kidney in a two-generation rat study by Lieder *et al.* (2009).  MDH calculated an HED of 0.129 mg/kg-day by applying a half-life adjustment factor of 350 for extrapolation from female rats to humans.  The HED was further divided by a total UF of 300 (3 for interspecies toxicodynamic differences, 10 for intraspecies variability, 3 for database uncertainty due to concerns regarding neurological effects and persistent effects observed following *in utero* only exposure, and 3 for the use of subchronic data).

### 5.6.3.2        Interim Maximum Contaminant Level

MassDEP currently has an interim MCL of 2 µg/L based on an HBV derived by MDH (2017).  From the RfD of 0.00043 mg/kg-day, MDH derived an HBV for PFBS in drinking water of 2 µg/L.  The HBV was calculated according to this equation:

$$HBV = \frac{RfD \ \times \ RSC}{DWI}$$

where:

| | | |
|---|---|---|
| HBV | = | Health-Based Value |

RFD   =   Reference Dose
RSC   =   Relative Source Contribution (20%)
DWI   =   Drinking Water Intake (0.044 L/kg-day, the 95th percentile US population average over a
          lifetime [US EPA, 2011a])

The MDH value is based on a two-generation rat study by Lieder *et al*. (2009) in which minimal-to-mild kidney hyperplasia was observed in the parental generation (F0) and F1 rats, with a NOEL for kidney effects of 100 mg/kg-day.  As described in Appendix A, Section A4.4.3, these effects were likely caused by the very high concentrations of PFBS, a strong surfactant, passing through the kidney during rapid elimination of high administered doses, *i.e*., a mechanical effect rather than a specific toxic effect.  If this is the case, it is unlikely that such a physical interaction would occur at lower doses to which humans may potentially be exposed, and this effect may therefore not be relevant to humans.  For this reason, MassDEP's interim RfD and MCL for PFBS could be higher and still be health protective.

## 5.7    Relative Source Contribution

In addition to concerns with the use of the underlying studies on which several of the guidelines are based, I also conclude that US EPA's use of a 20% RSC for deriving drinking water guidance values is not scientifically supported and is more stringent than is necessary to protect public health.  There have been several studies of dietary, dust, and inhalation exposure to PFOA (Fromme *et al*., 2009; Lorber and Egeghy, 2011; Tittlemier *et al*., 2007; Schecter *et al*., 2010; Haug *et al*., 2010; Noorlander *et al*., 2011; EFSA, 2012; Vestergren *et al*., 2012; Domingo and Nadal, 2017).  None of these studies indicates that exposures other than *via* drinking water are likely to add up to 80% of the allowable daily intakes of PFOA at the US EPA RfD.

## 5.8    Comparison of Drinking Water Guidelines to Animal Data

To put into perspective the health protectiveness of the agency guidelines for PFAS in drinking water, I compared the US EPA guideline values with the LOEL and BMDL doses in the animal studies that provided the bases for the guidelines (Table 5.1).  I used the agency's methods to calculate the HEDs.  In order to reach the human equivalent PFAS doses that were associated with health effects in the animal studies, an adult would have to drink thousands of glasses of water at the guideline concentrations every day for years.[13,14]  Considering the impossibility of this and the fact that most of the guideline values are based on uncertain science and/or non-adverse effects, it is clear that both the US EPA and the NJDEP guideline concentrations for PFAS in drinking water are lower than necessary to be protective of human health and that exposure to levels that exceed the guidelines does not mean that health effects will occur.  The guideline concentrations could be higher and still be health protective.

---

[13] For example, to reach the same human serum concentrations of PFOA as those associated with the health effects in the animal studies used as a basis for the guideline values, an adult would have to drink thousands of glasses of water at the guideline concentration every day for more than a decade (approximately 16 years).  This is because seven half-lives are required for a chemical to reach 99% of steady-state concentration in the blood (*i.e*., a constant concentration where the intake rate of the chemical equals its elimination rate) at any given dose (Krishnan, 2019), and the half-life of PFOA in humans is 2.3 years (Bartell *et al*., 2010); thus, 7 x 2.3 years = 16.1 years.

[14] For PFOA and PFOS, I employed the PODs from animal studies used in development of the 2016 LHA values.  I recognize that in 2021 US EPA published iHA values based on epidemiology studies that have important limitations (see Section 7.9 and Appendix A).  My glasses of drinking water comparison here provides a perspective on the protectiveness of the LHAs for PFOA and PFOS as based on the more robust animal studies.

**Table 5.1  Comparative Doses from Animal Studies:  Number of 8-Ounce Glasses of Water at the Guideline Concentrations an Adult Would Need to Drink to Reach the NOEL, LOEL, or BMDL Used as the Basis for US EPA PFAS Guidance Values**

| PFAS | Study | Agency Guidance | Guidance Value (ng/L) | Species | Critical Effects | LOEL/ NOEL/ BMDL | Dose (mg/kg-day) | HED[a] (mg/kg-day) | HED for a 70 kg Human (mg/day) | Intake of Water at Guideline Value Needed to Reach HED[b,c] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | L/Day | 8-ounce Glasses/Day |
| PFOA | Lau *et al.* (2006) | US EPA LHA | 70 | Mouse | Delayed skeletal ossification, accelerated male puberty | LOEL | 1 | 0.0053 | 0.371 | 5,300 | 22,000 |
| PFOS | Luebker *et al.* (2005a) | US EPA LHA | 70 | Rat | Reduced weight gain in the F2 pups | NOEL | 0.1 | 0.00051 | 0.0357 | 510 | 2,200 |
| PFBS | Feng *et al.* (2017) | US EPA HA | 2,000 | Mouse | Decreased serum T4 | BMDL$_{0.5SD}$ | 19.7 | 0.095 | 6.65 | 1,100 | 4,700 |
| PFHxS | Butenhoff *et al.* (2009) | US EPA RSL | 390 | Rat | Thyroid follicular cell hyperplasia in parental males | NOEL | 1 | 0.0047 | 0.329 | 840 | 3,600 |
| PFNA | Das *et al.* (2015) | US EPA RSL | 59 | Mouse | Decreased body weight and developmental delays | NOEL | 1 | 0.001 | 0.07 | 1,200 | 5,100 |

Notes:
ATSDR = Agency for Toxic Substances and Disease Registry; BMDL = Benchmark Dose Lower Bound; BMDL$_{0.5sd}$ = Benchmark Dose Response That Represents a 0.5 Standard Deviation Change from the Control Mean; F2 = Second Generation; HA = Health Advisory; HED = Human Equivalent Dose; LHA = Lifetime Health Advisory; LOEL = Lowest Observed Effect Level; NOEL = No Observed Effect Level; PFAS = Perfluoroalkyl Substances; PFBS = Perfluorobutane Sulfonate; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; RSL = Regional Screening Level; T4 = Thyroxine; US EPA = United States Environmental Protection Agency.
(a)  As calculated by US EPA (2021b, 2016a,c) or ATSDR (2021).
(b)  Water intake is rounded to two significant digits.
(c)  Some agency guidance values are based on potential effects in infants.  An infant age 1 to <2 years is assumed to weigh 11.4 kg (US EPA, 2011a), which is 16.3% the weight of a 70 kg adult. Therefore, for an infant age 1 to <2 years weighing 11.4 kg, 16.3% of the number of glasses of water shown above for a 70 kg adult would have to be drunk at the guidance value to reach the LOEL used as the basis of the guidance.

# 6    Margins of Exposure

To further quantify exposure variability in the context of class claims with respect to Plaintiff-specific exposure characteristics, I evaluated the variability and significance, in terms of impact to human health, of potential exposures of humans to PFAS in Rome, Georgia, drinking water.  Specifically, I performed an exposure assessment for a hypothetical adult, calculating receptor-specific doses and evaluating the toxicological significance of such exposures, in comparison with the PODs developed by US EPA (2016a) to set RfDs and develop drinking water guidelines (as discussed in Section 6.5).  These comparisons represent MOE values.  It should be emphasized that the dose estimates used in the MOE calculations are high-end estimates intended to overestimate exposure, and should be considered hypothetical values.

## 6.1    Site Data

For my analysis, I relied on data collected from the Bruce Hamler Water Treatment Facility and received by Gradient (Rome, Georgia, 2016-2021).  It is my understanding that the majority of the data have not been validated and are of unknown precision and accuracy.  Based on the sampling schematic (Rome, Georgia, 2016-2021, Bates Rome-00002906) included with the Hamler Water Treatment Plant data, I used data from the finished blended drinking water (labeled as sampling location "5 – Blended Effluent") (Rome, Georgia, 2016-2021).  There were 27 samples of blended, finished drinking water collected between May 2016 and April 2021.  Six PFAS compounds (PFOA, PFNA, PFHpA, PFOS, PFBS, and PFHxS) were detected in at least one sample.  Table 6.1 presents a summary of the results from the Location 5 (blended effluent, finished water) for 2016-2021.  For the remainder of my analysis, I evaluated compounds that were detected and that had US EPA (2016a,c, 2021b, 2022f) criteria as described in Section 4.  These include PFOA, PFOS, PFBS, PFHxS, and PFNA.

**Table 6.1  Summary of Drinking Water Results from Location 5 – Blended Effluent (Finished Water), 2016-2021, Hamler Water Treatment Plant, Rome, Georgia**

| Analyte | Number of Samples | Number of Detects | Minimum Detected (ng/L) | Maximum Detected (ng/L) | Average (ng/L) |
|---|---|---|---|---|---|
| PFBS | 27 | 17 | 4 | 199 | 27 |
| PFHpA | 27 | 21 | 2 | 21 | 4.4 |
| PFHxS | 27 | 4 | 3 | 5 | 1.7 |
| PFNA | 27 | 3 | 2 | 3 | 1.1 |
| PFOA | 27 | 25 | 2 | 28 | 9.4 |
| PFOS | 27 | 14 | 2 | 32 | 5.0 |

Notes:
PFBS = Perfluorobutane Sulfonate; PFHpA = Perfluoroheptanoic Acid; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate.
Average was calculated using half the detection limit for non-detects.
Source:  Rome, Georgia (2016-2021).

## 6.2    Potentially Exposed Populations

Because the bases for the US EPA PFOA, PFOS, PFBS, and PFNA guideline values are developmental effects on fetuses who are exposed *in utero* as well as during lactation (US EPA, 2016a,c, 2021b), I focused my exposure evaluation for these compounds on the drinking water exposure of a hypothetical reproductive-age adult female.  Because the basis for the US EPA PFHxS guideline value is the thyroid in the adult male (US EPA, 2022f), I focused my exposure evaluation for this compound on the drinking water exposure of a hypothetical adult male.  I did not evaluate dermal contact with PFAS in water (*e.g.*, for showering or bathing), because PFAS are typically present in ionized form in environmental media, and therefore dermal absorption is expected to be poor (ATSDR, 2021).

My analysis is based on using a reasonable maximum exposure (RME), which US EPA (1989) defines as "the highest exposure that is reasonably expected to occur at a site."  An RME is used to estimate a conservative exposure case (*i.e.*, well above the average case) that is still within the range of reasonably possible exposures.  An RME is calculated using a combination of high-end and central-tendency values for exposure parameters.  RMEs are estimated for individual pathways, and, if a population is exposed *via* more than one pathway, the combination of exposures across pathways also must represent an RME (US EPA, 1989, 2004).  It should be emphasized that the RME estimates represent hypothetical values that are generally intended to yield overestimates of exposure.

## 6.3    Development of Exposure Point Concentrations

I quantified exposures using water concentrations expressed as exposure point concentrations (EPCs) and equations modeling potential daily intake for an adult female resident or adult male resident, depending on the basis for the guideline value, consuming water from the public water supply in Rome.  It is important to evaluate daily intake estimates to understand the potential health impacts for residents consuming this drinking water.  EPCs represent an upper bound on the average concentration of a constituent of potential concern in a particular medium to which an individual may be exposed.  Because of the potential uncertainty associated with estimating an exposure concentration, the 95% UCLM is generally used for this estimate (US EPA, 1989).  I used the UCLM to provide reasonable confidence that the true average would not be underestimated (US EPA, 1989).  This approach is consistent with US EPA exposure assessment methodology.  I then used these EPCs to calculate exposure to PFAS in drinking water for a resident using the equations described in Section 6.4 (US EPA, 1989).

## 6.4    Exposure Equations and Assumptions

The equations and assumptions that I used to estimate exposure for the hypothetical adult female and adult male are based on US EPA exposure assessment guidelines and methodology.  I used assumptions that were recommended by US EPA for use in estimating chemical exposures in the general population.  Table 6.2 presents the exposure assumptions that I used in my exposure analysis and their bases.

**Table 6.2  Summary of Exposure Parameters**

| Exposure Parameter | Acronym | Adult Female | Adult Male | Comment (Reference) |
|---|---|---|---|---|
| Ingestion Rate (L/day) | $IR_{DW}$ | 2.5 | 2.5 | Recommended value for adult female or male resident (US EPA, 2022h) |
| Fraction from Source (unitless) | FS | 1 | 1 | High-end assumption |
| Exposure Frequency (days/year) | EF | 350 | 350 | Year-round exposure (US EPA, 1991) |
| Exposure Duration (years) | ED | 29 | 29 | Age 15-44 years for female of childbearing age (WHO, 2013); professional judgment for ED for male |
| Body Weight (kg) | BW | 67.3 | 80.2 | Mean female or male body weight for ages 15-44 (US EPA, 2011a, Table 8-10) |
| Averaging Time (days) | AT | 10,585 | 10,585 | Exposure duration × 365 days |

The equation I used to calculate intake is:

$$\text{Intake} = \frac{EPC_{DW} \times IR_{DW} \times EF \times ED \times FS}{BW \times AT}$$

where:

| | | |
|---|---|---|
| $EPC_{DW}$ | = | Exposure Point Concentration of PFAS in Drinking Water (mg/L) |
| $IR_{DW}$ | = | Drinking Water Ingestion Rate (L/day) |
| EF | = | Exposure Frequency (days/year) |
| ED | = | Exposure Duration (years) |
| FS | = | Fraction from Source (unitless) |
| BW | = | Body Weight (kg) |
| AT | = | Averaging Time (days) |

For the exposure duration for the adult female, I used the typical female reproductive age of 15-44 years old (WHO, 2013). I used the same exposure duration for the adult male, for simplicity. I assumed that men and women could potentially ingest 2.5 L/day of drinking water for 350 days per year for 29 years (from ages 15 to 44). I conservatively used US EPA's recommended residential water ingestion rate of 2.5 L/day for the adult female and male (US EPA, 2022h). This ingestion rate is based on the 90th percentile of drinking water ingestion rates for adults (US EPA, 2011a). I used a body weight of 67.3 kg for females and 80.2 for males, which represents the mean body weight for females and males, respectively, aged 15-44 years, as reported in US EPA's "Exposure Factors Handbook" (US EPA, 2011a). I used an averaging time of 10,585 days (365 days/year × the exposure duration of 29 years).

## 6.5    Comparison of Exposures with Points of Departure Used to Set Agency Guidelines

I performed an MOE analysis that compares the estimated exposure levels for each PFAS to health effect levels used as the basis for agency criteria.[15,16]   This comparison helps with the interpretation of the toxicological significance of potential exposures to drinking water from the Rome public drinking water supply and whether any health effects might be expected from such exposures.  The maximum detected concentrations of PFOA (28 ng/L) and PFOS (32 ng/L) are below the 2016 US EPA LHA for PFOA and PFOS combined.  The maximum detected concentration of PFBS (199 ng/L) is below the US EPA HA for PFBS.  There is no US EPA drinking water guideline for PFHxS or PFNA.  However, the maximum detected concentrations of PFHxS (5 ng/L) and PFNA (3 ng/L) are well below the US EPA tap water RSLs for these compounds.  RSLs are used in human health risk assessments to select compounds that warrant further assessment (US EPA, 2021c).  It is my understanding that the method for treating water at the Bruce Hamler Water Treatment Facility changed in 2017 (Rome, Georgia, 2018; Hackett, 2021); however, even the highest PFAS concentrations, some of which were collected before the treatment method changed in 2017, do not exceed any of the drinking water guidance values.

The MOE is the ratio of the POD to the calculated intake, where the POD and intake are in units of mg/kg-day for oral exposures:

$$\text{MOE} = \frac{\text{POD}}{\text{Intake}}$$

For this analysis, I compared the intake to PODs selected by US EPA.  The PODs used for the MOE analysis correspond to either the NOELs or the LOELs of the critical effects in the studies selected as the bases of the regulatory values.  For the purpose of comparing human exposure to NOELs and LOELs from animal studies, the NOELs and LOELs are converted to HEDs to account for differences in half-lives between animals and humans, as described in Section 4 and in US EPA (2016a,c, 2021b, 2022f).  The MOE is an indication of the magnitude by which the POD for the health effect exceeds the estimated hypothetical exposure estimate for a receptor; thus, an MOE greater than 1 indicates that the exposure estimate is less than the health-effect level.

For an adult female resident consuming drinking water from the Rome public drinking water supply, the MOEs for the four PFAS evaluated (PFOA, PFOS, PFBS, and PFNA) ranged from 1,700 to 54,000 (Table 6.3).  The highest estimated exposure levels were more than 1,000-fold lower than the PODs for the individual PFAS.

For an adult male resident consuming drinking water from the Rome public drinking water supply, the MOE for PFHxS was 13,000 (Table 6.3).  The highest estimated exposure level was more than 10,000-fold lower than the POD for PFHxS.

---

[15] The MOE approach has been used in regulatory assessments (see, for example Maier *et al.* [2015], in which an MOE approach was used to evaluate the safety of hand sanitizers by healthcare workers).

[16] I recognize that the points of departure I use for PFOA and PFOS here are based on the values  used in developing the 2016 US EPA LHAs and that in 2021 US EPA developed  iHAs for PFOA and PFOS based on draft RfD documents.  This is discussed in Section 5, where I also note limitations in the studies used to develop the iHAs.  I also discuss how the US EPA is planning to propose MCLGs and MCLs for PFOA and PFOS.  Because of these study limitations and because the agency plans to propose draft regulatory values, I chose to use the 2016 LHA values in my comparisons here.

For exposure to PFOA, the MOE calculated using the US EPA POD was 12,000.  The POD for PFOA is the HED that corresponds to the animal dose that US EPA chose as the LOEL (1 mg/kg-day) in a study of mice administered PFOA during gestation (Lau *et al*., 2006).  It should be noted that although US EPA chose this LOEL, I consider this value to be a NOEL (*i.e.*, a dose at which no health effects were observed; see Section 4.1.1).

For exposure to PFOS, the MOE calculated using the US EPA POD was 1,700.  The POD for PFOS is the HED that corresponds to the animal dose that US EPA chose as the NOEL (0.1 mg/kg-day) in a study of rats administered PFOS prior to and during mating, and through gestation and lactation, across two generations (Luebker *et al*., 2005a).  It should be noted that using an alternative and more scientifically supported NOEL of 0.4 mg/kg-day, as described in Section 4.2.1, would increase the MOE for PFOS in this scenario four-fold, and the MOE would then be 6,800.  Using this alternative NOEL to calculate MOEs is still conservative and health protective, based on my analysis of the underlying rat study (see Section 4.2.1).

For exposure to PFBS, the MOE calculated using the US EPA POD was 54,000.  The POD for PFBS is the HED (0.095 mg/kg-day) that corresponds to the mouse $BMDL_{0.5SD}$ for the critical effect of decreased serum total T4 in newborn mice from the study by Feng *et al*. (2017).

For exposure to PFHxS, the MOE calculated using the US EPA POD was 62,000.  The POD for PFHxS is the HED (0.0047 mg/kg-day) that corresponds to the rat NOEL for the critical effect of thyroid follicular cell hyperplasia in the parental males from the study by Butenhoff *et al*. (2009) and a half-life for PFHxS of 8.5 years as reported by Olsen *et al*. (2007).

For exposure to PFNA, the MOE calculated using the US EPA POD was 13,000.  The POD for PFNA is the HED (0.001 mg/kg-day) that corresponds to the mouse NOEL for the critical effects of decreased body weight and developmental delays from a study by Das *et al*. (2015).

**Table 6.3  Hypothetical Daily Intakes and Margins of Exposure for the Residents of Rome, Georgia**

| Constituent of Potential Concern | Drinking Water EPC (mg/L) | HDI from Drinking Water Ingestion (mg/kg-day) | Agency | POD (mg/kg-day) | MOE (POD/HDI)[a] |
|---|---|---|---|---|---|
| PFOA | 0.000012 | 4.3E-07 | US EPA | 0.0053 | 12,000 |
| PFOS | 0.000008 | 2.9E-07 | US EPA | 0.00051 | 1,700 |
|  | 0.000008 | 2.9E-07 | Alternate[b] | 0.002 | 6,800 |
| PFBS | 0.000049 | 1.7E-06 | US EPA | 0.095 | 54,000 |
| PFHxS | 0.000003 | 7.5E-08 | US EPA | 0.0047 | 62,000 |
| PFNA | 0.000002 | 7.5E-08 | US EPA | 0.001 | 13,000 |

Notes:
EPC = Exposure Point Concentration; HDI = Hypothetical Daily Intake; MOE = Margin of Exposure; NOEL = No Observed Effect Level; PFBS = Perfluorobutane Sulfonate; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; POD = Point of Departure; US EPA = United States Environmental Protection Agency.
(a)  MOEs were rounded to two significant digits.
(b)  I calculated an alternate MOE using a different NOEL than the one US EPA selected from the Luebker *et al*. (2005a) study (see Section 5.2.1).
Source:  Lau *et al*. (2006); Luebker *et al*. (2005a); Feng *et al*. (2017); Butenhoff *et al*. (2009); Das *et al*. (2015).

## 6.6     Conclusions

The results of the exposure analysis I conducted using US EPA methodology show that potential exposures to PFAS for residents who drink water provided by the Rome public drinking water supply are well below the POD levels in toxicological studies that US EPA used to develop the RfDs and associated drinking water criteria for those PFAS.  For PFOA, US EPA considered the POD to be a LOEL, although it is more correctly represented as a NOEL.  For PFOS, the US EPA POD should be four-fold higher to more correctly represent the underlying science.

My exposure analysis is conservative and generally employs high-end, plausible assumptions intended to overestimate, rather than underestimate, likely exposures.  For example, I used the 95% UCLM to estimate drinking water exposures to provide reasonable confidence that the true average would not be underestimated.  The results of my MOE analysis based on hypothetical dose estimates and my consideration of the underlying toxicology and epidemiology of the particular PFAS demonstrate that health effects from PFAS exposure are not expected for residents who drink water provided by the Rome public drinking water supply.

I also note that it is common for public drinking water supplies to include low concentrations of regulated chemicals.  Environmentally persistent chemicals that can be found in treated public water supplies include pharmaceuticals, fire retardants, pesticides, plasticizers, and steroids (Zhang *et al.*, 2021).  In addition to low concentrations of PFOA, PFOS, PFBS, PFHxS, PFHpA, and PFNA, the Rome public drinking water supply also contained other chemicals at detectable concentrations.  For example, samples of water collected during 2019 and 2020 from the Rome public drinking water supply included detectable levels of trihalomethanes, fluoride, nitrate, and nitrite (Rome, Georgia, 2020, 2021).  All of these chemicals are regulated by US EPA, and all were below their respective MCLs (US EPA, 2020a).

# 7    Comments on Dr. DeWitt's Opinions

Dr. Jamie DeWitt's overall conclusion is that PFAS pose a hazard to human health, based on what she identified as particularly strong evidence for associations between PFAS and cancer, developmental toxicity, and immunotoxicity (DeWitt, 2022a).  It is my opinion that in developing this conclusion, Dr. DeWitt did not perform an appropriate weight-of-evidence analysis (see Appendix A, Section A1.7 of this report).  Specifically, Dr. DeWitt overstated the evidence for PFAS's association with health effects, disregarded evidence that various PFAS should not be treated as a single group, did not consider the inconsistencies between animal study and human study results, did not conduct an independent analysis of the studies that are the bases of agency toxicity values, and did not critically evaluate the conclusions of various health agencies that made determinations regarding PFAS.  Thus, Dr. DeWitt's conclusion as to the claimed hazards of PFAS exposure is not supported by a comprehensive and balanced weight-of-evidence analysis of the potential health effects of PFAS or by consideration of potential exposures.  The bases for these statements are provided in this section.

In her deposition, Dr. DeWitt (2022c) stated that because she relied on "transparent and peer-reviewed systematic reviews" conducted by various agencies, "by extension, my report does contain those weights of evidence."  This does not constitute a proper weight-of-evidence analysis.

Much of the evidence that Dr. DeWitt cited in her report (DeWitt, 2022a). is also discussed in Appendix A, Section A4 of this report.  As noted above, Dr. DeWitt overstated the evidence from many of the animal studies that she cited.  My concerns about the interpretation of studies are discussed briefly in this section and the studies are discussed in more depth in Appendix A, Section A4.

Throughout her report, Dr. DeWitt claimed that health effects that were reported for one PFAS are also likely to induce similar toxicities in other PFAS that work through similar mechanisms "by extension" (DeWitt, 2022a).  She did not provide any citations to toxicity or epidemiology studies to support these broad statements.  Not only are these statements inconsistent with the underlying literature, which indicates that the target organs, endpoints, and MOA differ widely among different PFAS (see Appendix A, Sections A4 and A5 of this report), but also, these statements contradict the published textbook on PFAS that Dr. DeWitt edited:

> Caution needs to be exercised in projecting the biological activities of any of the chemicals in this family based on results from others.  For example, considering the three chemicals for which lifetime studies in rats are available, the [carcinogenicity] outcomes were different with no increase in tumors seen with perfluorohexanoic acid (PFHxA), liver adenomas seen with PFOS, and adenomas of the liver, testis, and pancreas seen with PFOA.  (Kennedy and Symons, 2015)

Furthermore, Dr. DeWitt implied throughout her report that studies conducted by or sponsored by 3M were tainted by bias and therefore not credible, even though they were peer-reviewed.  However, in her report, Dr. DeWitt did not acknowledge that if 3M had not initiated those studies, such studies might not have been conducted at all.

## 7.1    Cancer

Dr. DeWitt's discussion of the carcinogenicity of PFAS overstated the available evidence. For example, she stated that the International Agency for Research on Cancer (IARC) (2016a) cancer assessment reflects "substantial evidence that exposure to PFOA is associated with increased incidences of cancer" among exposed populations (DeWitt, 2022a), when in fact, IARC has concluded that there is "limited evidence" for the carcinogenicity of PFOA in humans and classified PFOA as Group 2B (*i.e.*, possibly carcinogenic to humans) (IARC, 2016a).[17] Dr. DeWitt stated, "The ATSDR did not make a statement about the ability of PFAS to induce cancer, but acknowledged the conclusions of the IARC and U.S. EPA (ATSDR, 2018)" (DeWitt, 2022a). This statement is an inadequate characterization of ATSDR's (2021) and US EPA's (2016a,c) conclusions. While it is correct that ATSDR (2021) did not include cancer in its list of health outcomes potentially associated with PFAS exposure, this means that ATSDR did not find the evidence of a cancer association to be compelling. ATSDR uses a weight-of-evidence approach to evaluate whether the available data support an association between a chemical and a specific health effect, taking into account consistency across studies, study quality, evidence of a dose-response relationship, and plausibility (ATSDR, 2021). US EPA (2016a,c) stated that there was "suggestive" (not conclusive) evidence of PFOA and PFOS association with cancer, and, as discussed above, IARC (2016a) concluded that there is "limited evidence" of PFOA carcinogenicity in both animals and humans.

In addition, Dr. DeWitt's statements regarding the carcinogenicity of PFOA and PFOS are contradicted by the textbook on PFAS that she edited:

> Epidemiologic studies have been reported for several levels of population exposure. Limited evidence of associations with kidney and testicular cancer has been reported in studies among community members exposed to drinking water contaminated by PFOA. Studies in workers exposed to higher levels of both PFOA and PFOS have not shown consistent evidence for an association with any specific cancer type. Studies in populations exposed to low levels of PFOA and PFOS have shown equivocal results for a variety of cancers with no consistent associations. Based on evidence reported to date, the prospect for developing a carcinogenic outcome following exposure to PFOA and PFOS is remote. For other perfluoroalkyl acids, there is not sufficient evidence regarding their potential carcinogenicity. (Kennedy and Symons, 2015)

In her expert report in this matter, Dr. DeWitt did not adequately discuss inconsistencies across carcinogenicity studies. For example, she cited several studies as providing evidence of the carcinogenicity of PFOA and PFOS (DeWitt, 2022a), but did not describe many other studies that did not show an association between these PFAS and the same types of cancer (see, for example, Grice *et al.*, 2007; Vassiliadou *et al.*, 2010; Steenland and Woskie, 2012). The absence of a discussion regarding why she considers the positive studies to be more illustrative of the weight of the evidence for carcinogenicity than the null studies indicates a lack of transparency in her evaluation and is akin to "cherry picking" only the evidence that supports a particular conclusion. Dr. DeWitt also cited studies that she claimed showed increased risk of cancer from PFOA or PFOS, but these studies' results were not statistically significant (*e.g.*, Eriksen *et al.*, 2009; Raleigh *et al.*, 2014; Steenland *et al.*, 2015) and, therefore, are not considered by the general scientific community to be evidence of PFAS' carcinogenicity.

Dr. DeWitt also cited a study by Shearer *et al.* (2020) as evidence of kidney cancer associated with PFOA in a case-control study of a population with low PFAS exposures. In this study, PFOA was associated with

---

[17] It should be noted that a large number of chemicals, agents, and environmental/mechanical phenomena are included in the Group 2B class, such as radiofrequency magnetic fields given off by cell phones (IARC, 2011).

kidney cancer when modeled by continuous exposure, but not by quartiles in a fully adjusted model. A 2020 review by former members of the C8 Science Panel and coauthors, which included the study by Shearer *et al*. (2020), called the overall evidence for kidney cancer "supportive but not definitive" (Steenland *et al*., 2020).

Dr. DeWitt also cited studies that reported increases in breast and prostate cancer in exposed populations (Bonefeld-Jorgensen *et al*., 2014; Vieira *et al*., 2013). It is of interest that there is no evidence of increased incidence of cancer in individuals residing in Floyd County, the county where the city of Rome is located. This conclusion is based on the CDC State Cancer Profiles for Georgia, which determined that the incidences of all cancers, breast cancer, prostate cancer, and kidney cancer in Floyd County in 2014-2018 were either not different from or lower than those of the state of Georgia (NCI and CDC, 2022a-d).[18]

Dr. DeWitt's assessment that there is "strong" evidence that PFOA is carcinogenic in animals (DeWitt, 2022a) is not consistent with the underlying studies and with regulatory guidance. She cited two animal studies in which rats were fed 300 ppm PFOA in the diet (DeWitt, 2022a). In the study by Butenhoff *et al*. (2012a), male rats had an increased incidence of testicular Leydig cell adenomas, and in the study by Biegel *et al*. (2001), male rats had an increased incidence of hepatocellular adenomas and pancreatic acinar cell adenomas, plus one pancreatic carcinoma. Adenomas are benign tumors and carcinomas are malignant. Agency guidelines by US EPA (2005b), NTP (2015), and IARC (2016b) all require findings of malignant tumors or a combination of benign and malignant tumors for evidence of carcinogenicity. The findings of benign adenomas only in the Butenhoff *et al*. (2012a) study and only one malignant carcinoma out of 76 total pancreatic tumors in the Biegel *et al*. (2001) study do not provide strong or sufficient evidence of PFOA's carcinogenicity according to US EPA, NTP, and IARC guidelines.

Dr. DeWitt's opinion that the carcinogenic potential of PFOA cannot be discounted as a species-specific response to peroxisome proliferation (DeWitt, 2022a) is not reliably supported either by the studies that she cited or by other relevant evidence that she did not discuss in her report. In support of her opinion that PFOA could cause liver cancer in humans, Dr. DeWitt (2022a) provided two lines of evidence: (1) that "hepatocellular hypertrophy and nonneoplastic liver lesions" were observed in mice lacking the PPARα gene (*i.e.*, PPARα-knockout mice) in studies by Filgo *et al*. (2015) and Das *et al*. (2017),[19] and (2) that humans are responsive to agents such as the lipid-lowering fibrate class of drugs that act *via* PPARα. These lines of evidence do not hold up to careful scrutiny.

- In the study by Filgo *et al*. (2015), there were no statistically significant neoplastic effects observed in the PPARα-knockout mice. The only non-neoplastic liver effects in the PPARα-knockout mice were a statistically significant trend for an increase in the size of hepatocytes (one type of liver cell) and a statistically significant decrease in the number of mice with enlarged Ito cells (another type of liver cell). Neither an increase in the size of hepatocytes nor a decrease in the number of mice with enlarged Ito cells translates to an increased risk of developing cancer, which involves an increase in the number of cells.

- Das *et al*. (2017) observed increased liver weight and cell size in PPARα-null mice treated with PFOA PFNA, or PFHxS. Hepatocyte steatosis was increased in PPARα-null mice treated with PFNA and PFHxS, but not PFOA, and triglyceride was increased in PPARα-null mice treated with PFNA only. As noted in Appendix A, Section A3.3 of my report, interpretation of results from studies with PPARα-null mice should be made with caution (Corton *et al*., 2018) due to differences

---

[18] I recognize that individual PFAS exposure estimates are not available for the population of Floyd County, Georgia. I provide the Floyd County data for perspective.

[19] It should also be noted that as discussed in Appendix A, Sections A4.1.1.1 and A4.2.1.1 of this report, liver hypertrophy associated with PFOA and PFOS exposure in rodents is reversible upon cessation of exposure.

in mitochondrial fatty acid metabolism when exposed to hypolipidemic agents (Lee *et al*., 1995; Aoyama *et al*., 1998), and to differences in the genes in PPARα-null mice that are affected compared to WT mice (Rosen *et al*., 2017). And while steatosis is an event that can be on a pathway to tumor formation, the presence of steatosis alone is not sufficient to demonstrate carcinogenicity (Chen *et al*., 2020).

- Although humans are certainly responsive to lipid-lowering drugs that act *via* PPARα, as discussed in Appendix A, Section A3.3, there are important differences between humans and rodents with respect to PPARα-mediated effects in the liver, with humans being much less sensitive to such effects than rodents. In addition, there is a lack of evidence from epidemiology studies that the incidence of liver cancer is increased for individuals treated chronically with lipid-lowering drugs (discussed in Corton *et al*., 2014). Experts from government, academia, and industry who reviewed differences in response to the lipid-lowering drugs between rodents and humans concluded that liver cancer associated with PPARα activation was either "not relevant to humans" or "unlikely to be relevant to humans" (Corton *et al*., 2014).

Dr. DeWitt also presented a 2-year rat study (Butenhoff *et al*., 2012b) in which thyroid follicular cell tumors increased in rats treated with PFOS as evidence of the carcinogenicity of PFOS (DeWitt, 2022a). Dr. DeWitt overstated the results in this study by referring to an increase in combined thyroid follicular cell adenomas and carcinomas in male rats. There were no thyroid follicular cell carcinomas in these rats, only adenomas, which are benign. Dr. DeWitt also did not address the fact that the rats in this study that were treated with PFOS for 1 year and allowed to recover for 1 year showed an increase in the adenomas, while the rats that were treated with PFOS for 2 years did not. If PFOS had caused the thyroid follicular cell adenomas, the adenomas should also have appeared in the rats treated for 2 years. Dr. DeWitt did not discuss this inconsistency in her report. Thus, the increase in thyroid follicular cell tumors does not provide evidence of PFOS carcinogenicity. Moreover, the increase in "combined hepatocellular adenomas and carcinomas in female rats" that Dr. DeWitt referred to as providing additional support for the carcinogenicity of PFOS (DeWitt, 2022a) included only one carcinoma in one rat.[20] As noted above, the finding of only one liver carcinoma in this study does not provide strong or sufficient evidence of PFOS's carcinogenicity according to US EPA (2005b), NTP (2015), and IARC (2016b) guidelines.

Dr. DeWitt discussed two studies in Sprague Dawley rats, supported by 3M, regarding the PFAS N-ethyl perfluorooctanesulfonamido ethanol (N-EtFOSE). She concluded that these studies demonstrated that N-EtFOSE is carcinogenic. Dr. DeWitt's conclusion is overly broad and not supported by a more complete analysis of the studies and relevant supporting material.

Dr. DeWitt stated that the consideration of historical control data by Riker Laboratories/3M Co. (1987) in a chronic bioassay of N-EtFOSE in Sprague Dawley rats was basically inappropriate. While it is correct that the incidence of hepatocellular carcinomas in female rats was somewhat outside control limits, Riker Laboratories' use of historical control data, along with the lack of tumors in the female controls, was reasonable support for its conclusion that N-EtFOSE was not a liver carcinogen in the rat. For example, as discussed by Keenan *et al*. (2009): "HCD [historical control data] should be considered as one of many sources of information that add to the 'weight of evidence' approach when assessing the potential carcinogenic effect of a compound."

Dr. DeWitt also discussed a subsequent analysis of the Riker Laboratories/3M Co. (1987) study by Pathology Associates International (1998), which concluded that N-EtFOSE should be considered a liver carcinogen in rats. However, Dr. DeWitt did not discuss other relevant material in the Pathology Associates International (1998) report. Pathology Associates International (1998) stated that epigenetic mechanisms

---

[20] The rest of the tumor findings were adenomas, which are benign.

(*e.g.*, peroxisome proliferation) played a likely role in the development of liver proliferative lesions (which could lead to tumors) with N-EtFOSE and that agents that promote liver enlargement and tumors in rodents *via* peroxisome proliferation have not been reported to cause liver damage, including cancer in humans.

Dr. DeWitt discussed a subsequent study by Covance Laboratories, Inc. (2001) of N-EtFOSE in Sprague Dawley rats and listed statistically significant increases in combined liver adenomas and carcinomas in female rats at the highest dose and statistically significant increases in combined thyroid follicular cell adenomas and carcinomas in male rats again at the highest administered dose.  However, Dr. DeWitt did not acknowledge that there was only a single liver carcinoma in the female rats, which was not statistically significant (Covance Laboratories, Inc., 2001).  Nor did Dr. DeWitt acknowledge that the study authors considered the significance of the thyroid follicular cell carcinoma in male rats questionable, given that it was not statistically significant by itself and did not show a clear dose-response relationship (Covance Laboratories, Inc., 2001).

Thus, the evidence for the carcinogenicity of N-EtFOSE is weak and inconsistent.  Moreover, liver findings, such as liver enlargement and proliferative lesions, are likely mediated by epigenetic mechanisms (especially peroxisome proliferation), which would be of limited, if any, relevance to humans.

## 7.2    Developmental Toxicity

Dr. DeWitt overstated the evidence for an association between developmental toxicity effects and exposure to PFAS.  She stated that ATSDR (2021) noted that epidemiology studies suggest an association between PFOA and PFOS serum levels and small decreases in birth weight (DeWitt, 2022a).  However, she did not note that ATSDR (2021) also stated that the results were mixed and were possibly confounded by GFR, and that overall, epidemiology studies did not find an increased risk of low birth weight in infants (typically defined as <2,500 g) in association with PFAS.  As discussed in Appendix A, Sections A5.1.4.1 and A5.1.4.6, the evidence suggests that decreased GFR is a cause of both lower birth weight and increased serum PFOA, and therefore the association between PFOA and birth weight is not causal (Verner *et al*., 2015; Dhingra *et al*., 2016).

Similarly, Dr. DeWitt overstated the findings in the review by Rappazzo *et al*. (2017) of developmental effects associated with PFAS.  Dr. DeWitt stated that Rappazzo *et al*. (2017) found that these effects "were diverse and include cardiometabolic effects, neurological, neurodevelopmental and attention effects, and thyroid changes.  They also noted that these early-life impacts on physiological parameters have the potential to increase an individual's disease risk trajectory as they age into adulthood."

Regarding cardiometabolic effects in children, Rappazzo *et al*. (2017) actually stated:

> The evidence for effects on weight or BMI [body mass index] in children across PFAS is mixed with PFOA most frequently associated with overweight status in females but some PFOA studies also show null results....  It is important to note that most of the studies reviewed here are cross-sectional, so temporality cannot be established, and do not account for dietary intake, which can be an import source of PFAS…and therefore a potential confounder.  Studies of glucose regulation in children have generally reported mixed effects, with limited agreement between studies.

Regarding neurodevelopmental outcomes, Rappazzo *et al*. (2017) stated, "Despite the evidence from animal literature, the mixed nature of findings in humans precludes firm conclusions for the effects of PFAS on neurological outcomes."

Furthermore, regarding thyroid changes, Rappazzo *et al.* (2017) stated, "While some associations are observed between thyroid hormones and PFAS, no clear patterns emerge....  Given the limited number of studies and the variability in the responses, no conclusions can be reached with certainty."

Dr. DeWitt relied on the US EPA (2016a,c) evaluations of PFOA and PFOS and on reviews of epidemiology studies of PFAS exposure and developmental effects (ATSDR, 2021; Rappazzo *et al.*, 2017) for her conclusions regarding the developmental toxicity of PFAS.  She did not conduct an independent analysis of PFAS developmental toxicity or of the epidemiology studies discussed in the reviews she relied on.

Dr. DeWitt did not address inconsistencies among developmental toxicity studies for PFAS or among agency evaluations of developmental toxicity evidence for PFAS.  For example, she noted that ATSDR (2021) found that decreased birth weight was associated with PFOA serum levels in epidemiology studies in the general population, but she did not address the fact that ATSDR (2021) also noted that no such association was found in studies of highly exposed populations, or that the C8 Science Panel (2011) concluded that there was no probable link between PFOA and lower birth weight or any birth defects.[21] Dr. DeWitt also did not acknowledge that ATSDR (2021) concluded that there was insufficient evidence of causation for any endpoint.  In addition, the PFAS textbook that Dr. DeWitt edited does not conclude that there is consistent evidence of reproductive or developmental effects from PFAS exposure in humans:

> Human population studies have reported inconsistent associations between PFAS exposure and reproductive and developmental outcomes….  None of these outcomes show consistent associations with any PFAS, and when positive associations have been reported, their magnitude has been small....  One meta-analysis of nine studies reported a significant association of lower birth weight with more PFOA at low general population levels, but is contradicted two other studies [*sic*] with much greater exposure contrasts, and not supported by three studies showing no association of PFOA with [low birth weight]. (Khalil *et al.*, 2015)

In her discussion of studies of developmental toxicity and PFAS exposure, Dr. DeWitt did not take into account the presence of maternal toxicity and its potential effects on development.  For example, Dr. DeWitt (2022a) highlighted studies by Thibodeaux *et al.* (2003) and Lau *et al.* (2003).  In both of these studies, developmental effects occurred at dose levels that were also associated with maternal toxicity.  When developmental effects occur at the same doses as maternal toxicity, the effects may be due to systemic toxicity in the dam rather than a direct result of chemical exposure to the fetus.

The Lau *et al.* (2006) study was used as the basis of the US EPA (2016d) LHA.  Dr. DeWitt claimed that this study provides evidence of PFOA causing developmental effects (DeWitt, 2022a), but she did not conduct a critical analysis of this study's results.  As noted in Section 4.1.1 of this report, neither of the endpoints chosen by US EPA (2016d) as the critical effects (delayed skeletal ossification and accelerated male puberty) for PFOA exhibited a normal dose-response pattern.  Dr. DeWitt did not address these irregularities, although she did state in general that some agents do not always generate a "standard" dose-response curve for health effects (DeWitt, 2022a).  The citation that she provided for this proposition, Vandenberg *et al.* (2012), is not broadly accepted in the scientific community, for a number of reasons (see, for example, Rhomberg and Goodman, 2012, and Lamb *et al.*, 2014), including the authors' use of anecdotal information, their assumption that statistically significant findings in and of themselves are indicative of causation, and their failure to consider other risk factors when interpreting epidemiological evidence as evidence of endocrine disruption.  Dr. DeWitt has not provided a reliable basis to conclude that the standard

---

[21] It should also be emphasized that the C8 Science Panel studies were done in the context of litigation and had a lower threshold for assessing possible causality than is typically used in epidemiology studies or accepted by the general scientific community.

dose-response pattern is not applicable to PFAS.  The dose-response relationship represents one of the most fundamental concepts in the field of toxicology (Aleksunes and Eaton, 2019), and the lack of a dose-response in the critical effects chosen by US EPA (2016d) calls into question whether the effects were actually related to PFOA treatment.

## 7.3    Immunotoxicity

In her discussion of the immunotoxicity of PFAS, Dr. DeWitt did not address several issues regarding the studies she highlighted, including the lack of consistency across studies, the lack of dose-response patterns, and the presence of systemic toxicity.

Across the PFOA immunotoxicity studies conducted by Dr. DeWitt's group and cited in her report (DeWitt, 2022a), there is inconsistency in the reported NOELs and LOELs.  For example, DeWitt *et al.* (2008) reported a NOEL for reduced antibody IgM production in C57BL/6N mice of 1.88 mg/kg-day PFOA and a LOEL of 3.75 mg/kg-day PFOA.  A follow-up study using the same strain of mice (DeWitt *et al.*, 2009) reported a NOEL for antibody IgM production of 7.5 mg/kg-day PFOA and a LOEL of 15 mg/kg-day PFOA.  In a third study with C57BL/6-Tac mice, DeWitt *et al.* (2016) again reported a NOEL for antibody IgM production of 7.5 mg/kg-day PFOA and a LOEL of 30 mg/kg-day PFOA.  Dr. DeWitt and her coauthors did not address these differences in NOELs in their publications, and Dr. DeWitt did not address them in her report.

In some of the immunotoxicology studies that Dr. DeWitt discussed in her report, the immune effects occurred at the same doses that systemic toxicity was observed and may have been secondary to systemic effects rather than directly caused by the chemical exposure.  For example, in the study by DeWitt *et al.* (2009), the PFOA dose associated with reduced antibody production was also associated with a 10% reduction in body weight, indicating possible systemic toxicity.  In the study by DeWitt *et al.* (2016), body weights were reduced by 15-20% at the LOEL for reduced antibody production, again indicating systemic toxicity.

Dr. DeWitt also did not address the lack of a dose-response pattern in some studies, aside from her general statement that some agents did not always generate a "standard" dose-response curve, as noted above (DeWitt, 2022a).  In the DeWitt *et al.* (2016) study, the authors demonstrated a reduced T-cell-independent antibody response (a primary effect) in mice treated with PFOA, but the reduction was roughly equivalent at all doses above the NOEL, indicating the lack of a dose-response.  Contrary to Dr. DeWitt's general statement about dose-response curves, if PFOA caused the reduced T-cell-independent antibody response, it would be expected that higher doses of PFOA would elicit greater effects.

Dr. DeWitt did not cite any specific studies of PFOS's effects on the immune system but relied on the NTP (2016) review to conclude that PFOS, as well as PFOA, was immunotoxic.  The NTP (2016) review has many of the same limitations as those that are present in Dr. DeWitt's report; specifically, most of the animal studies reviewed in the NTP evaluation that reported PFOA or PFOS dose-dependent immune effects also reported systemic toxicity at the same doses (in addition to the studies noted above, see, for example, Dong *et al.*, 2009, 2011; Zheng *et al.*, 2009).  The only animal study that reported a PFOS dose-dependent reduction in immune response without accompanying signs of systemic toxicity (Peden-Adams *et al.*, 2008) has not been replicated in publications by this or other research groups.  Thus, while the NTP (2016) review is comprehensive in its coverage of the immunotoxicology of PFOA and PFOS, much of the animal evidence it relied on does not provide reliable support for its conclusions.

Dr. DeWitt (2022a) stated that,

> Other PFAS are likely to induce immunotoxicity as an adverse health outcome in exposed
> humans as well.  In its toxicological profile on PFAS, the ATSDR included PFHxS and
> PFDA in its list of PFAS that have been linked to PFAS exposure and a decreased antibody
> response to vaccines (ATSDR, 2021).  They also noted that limited evidence for linkages
> to PFNA, PFUnA, and PFDoDa and decreased antibody responses exists and that marginal
> evidence for links to asthma exist for PFOA, PFOS, PFHxS, PFNA, PFDA, PFBS, and
> PFDoDA.  (ATSDR, 2021)

The studies that these outcomes are based on have several limitations, including a lack of adjustment for
potential confounding and inconsistencies regarding antibody titer responses, and are discussed in the
Appendix A, Section A5.

## 7.4    Liver Toxicity

Dr. DeWitt cited a study by Costello *et al.* (2022) as evidence that PFOA, PFOS, and PFNA are human
hepatotoxicants because of associations with elevations in liver enzymes.  However, this study did not
report associations between PFAS and any adverse outcomes, such as liver disease.  Thus, the biological
significance of the elevated liver enzymes is uncertain.

Dr. DeWitt also discussed findings from a recent study by Evans *et al.* (2020) regarding mechanisms of
PFOA action *via* PPARα perturbation *in vitro*.  Dr. DeWitt stated,

> The authors indicated that activation of PPARα likely contributes to adverse *in vivo* effects
> observed for PFAS.  Therefore, by extension, other PFAS that induce toxicities similar to
> PFOA and that work through similar mechanisms are likely to induce liver toxicity as an
> adverse health outcome in exposed humans as well. (DeWitt, 2022a)

This statement ignores findings from the recent expert panel on which Dr. DeWitt served that concluded
PFAS do not have equal toxicity and/or potency across classes and cannot be grouped or assumed to act in
the same manner (Anderson *et al.*, 2022).  Furthermore, the findings from the study by Evans *et al.* (2020)
have not to my knowledge been published in a peer-reviewed journal.  Therefore, it is premature to draw
firm conclusions from this study.

## 7.5    Consideration of Dose

Dr. DeWitt stated in her report that it is inappropriate to compare serum measurements in animals with
humans because there are toxicokinetic differences between animals and humans in relation to PFAS, and
"serum levels may underestimate exposures" (DeWitt, 2022a).  This is speculative; Dr. DeWitt did not
provide any evidence that PFAS exposure is underestimated when serum concentrations are reported.  The
vast majority of epidemiology studies that evaluated associations of health effects with PFAS are based on
serum measurements, as are many agency guidance values.  Furthermore, Dr. DeWitt reported the serum
PFOA concentrations of the mice in her own study and compared them to concentrations in human
populations (DeWitt *et al.*, 2008).

## 7.6    Consideration of Causation

Dr. DeWitt did not consider in her expert report (DeWitt, 2022a) whether the health effects that were reported to be associated with PFAS in humans were likely to have been caused by the PFAS exposure. For example, she cited Rappazzo *et al*. (2017) as finding consistent evidence for a positive association between serum PFAS and altered renal function.  However, Dr. DeWitt did not consider reverse causation, *i.e*., the possibility that increased serum PFAS was an effect, rather than a cause, of reduced kidney function, as discussed in several sections of this report (see for example Conway *et al*., 2018; Dhingra *et al*., 2016; Watkins *et al*., 2013).  Rappazzo *et al*. (2017) also did not discuss the possibility that reverse causation might have explained the association with altered renal function.  In fact, the authors only mentioned reverse causation in the context of interpreting cross-sectional outcomes *vs*. longitudinal outcomes but not in conjunction with any particular endpoint.

In her deposition, Dr. DeWitt (2022c) referred to a report by the National Academy of Sciences (2022). The report was produced by a committee of scientists and health professionals and included an assessment of the evidence for potential health effects due to PFAS exposure and recommendations for healthcare providers and patients exposed to certain levels of PFAS (NAS, 2022).  Overall, the committee determined that there was sufficient evidence of an association between PFAS exposure and decreased antibody response in adults and children, dyslipidemia in adults and children, small reductions in birth weight, and kidney cancer in adults.  The committee also recommended that for certain PFAS serum concentrations, clinicians should encourage PFAS reduction and perform additional screening or testing for certain health effects.  For 2-20 ng/mL serum PFAS, the committee recommended that clinicians should encourage PFAS reduction and, "[w]ithin the usual standard of care" (NAS, 2022, p. 12), prioritize screening for dyslipidemia, gestational hypertension, and breast cancer.  For >20 ng/mL serum PFAS, the committee recommended that clinicians apply different guidelines, including screening for dyslipidemia, thyroid function testing, assess for signs/symptoms of kidney cancer, and assess for signs/symptoms of testicular cancer and ulcerative colitis for certain age groups.

The NAS report does not conclude that any PFAS is causally associated with any health effects, nor does the report even refer to "causal" associations.  The methodology by which the NAS committee evaluated the evidence for potential health effects due to PFAS exposure was limited and less rigorous than other methodologies for establishing causation.  For example, the NAS report acknowledged that "existing frameworks were not designed to address situations characterized by limited evidence and substantial scientific uncertainty" (NAS, 2022, p. 42), yet the NAS committee "adapted the principles and frameworks it reviewed to develop a set of principles appropriate for decision making under substantial scientific uncertainty" (NAS, 2022, p. 42).  The committee characterized its methodology as permitting the "taking [of] actions to realize potentially significant benefits even when the evidence for those benefits is limited, as long as the potential harms associated with the actions are minimal" (NAS, 2022, p. 44).  The committee primarily relied on other scientific reviews (*e.g*., conducted by ATSDR, EFSA, and others) and generally did not evaluate the underlying studies of PFAS in the preceding reviews for potential confounders, reverse causation, or other important study limitations (as discussed in Appendix A).  For example, Steenland *et al*. (2018) provides evidence that apparent associations between PFOA and birth weight are likely due to reverse causation and confounding by kidney function (as discussed in Appendix A).  Further, the NAS report identified a study by Dzierlenga *et al*. (2021), which provides evidence that the association between PFOA and cholesterol may be a consequence of confounding by fiber intake (as discussed in Appendix A). A study by Dzierlenga *et al*. (2020) also reported that associations between PFOS and birth weight may be due to reverse causation.  The NAS report did not mention that these studies provide evidence of reverse causation.  The serum PFAS levels that the committee identified for additional health screening or evaluation by clinicians have not been shown to be causally associated with health effects in humans (as discussed in Appendix A).

The WHO recently prepared a draft background document on PFOA and PFOS in drinking water to assist in the development of guideline levels for these compounds (WHO, 2022).  It is of interest that the draft WHO (2022) report does not conclude that a causal association has been established between PFOA and PFOS and adverse health effects in humans.[22]

## 7.7     Consideration of Risk Assessment

Dr. DeWitt's discussions of risk assessment were overstated, unclear, and occasionally factually incorrect. In her report (DeWitt, 2022a), Dr. DeWitt mischaracterized and overstated the conclusions of IARC (2016a) and ATSDR (2021) regarding the strength of PFAS associations with health effects, as noted in this section. Dr. DeWitt also cited the C8 Cohort probable link findings as evidence of PFAS health effects.  As noted in Appendix A, Section A5.1.5 of this report, the probable link or "more likely than not" conclusion in a legal context is not the same as a statistically significant association in a scientific context and would not be acceptable in the scientific literature as evidence of an association or a causation.

## 7.8     PFAS Mixtures

Dr. DeWitt described a publication by McDonough *et al.* (2020) for which she stated that exposure of mice to an aqueous film-forming foam (AFFF) that contained a mixture of PFAS decreased the antibody response to a response level similar to that of the response level after exposure to PFOA alone, and that this implies that the PFAS mixture was as toxicologically potent as PFOA (DeWitt, 2022a).  As discussed in Appendix A, Section A4.1.1.4, the decreased antibody responses in this study do not show a clear dose-response, and were concurrent with systemic toxicity in male mice as evidenced by reductions in body weights.  In addition, McDonough *et al.* (2020) only briefly addressed the presence of other PFAS in AFFF.  The authors noted only that the present findings "suggest that PFOA alone was not responsible" for suppression of the antibody responses.  Furthermore, there was no mention of any other chemical constituents of AFFF, which typically only consists of less than 2% PFAS (ITRC, 2020).  Because of these limitations, this study does not provide evidence of the immunotoxicity of PFAS chemicals and therefore does not support Dr. DeWitt's assertions regarding the potency of PFAS mixtures.

## 7.9     Drinking Water Guidance

Dr. DeWitt briefly described the US EPA (2016a,c) PFAS drinking water guidance values (DeWitt, 2022a), but she did not conduct a critical evaluation of the studies that provided the bases of those values.  In particular, Dr. DeWitt did not evaluate the results of the Lau *et al.* (2006) and Luebker *et al.* (2005a) studies that provided the bases for the PFOA and PFOS RfDs used by US EPA in setting its guidance values for these PFAS.

The lack of robustness in the developmental endpoints in the Lau *et al.* (2006) study that were chosen by US EPA as the basis for its PFOA guidance value was already discussed in this section as well as in Section 5.1.1.  For PFOS, US EPA (2016c) chose the Luebker *et al.* (2005a) study as the basis of its guidance value. US EPA chose reduced weight gain in the F2 pups as the critical effect.  This endpoint also lacks robustness (*i.e.*, the effect was transient and may have been related to litter size or random effects of culling), as discussed in Section 5.2.1 and Appendix A, Section A4.2.1.5.

---

[22] I recognize the report is a draft and still undergoing review.

Dr. DeWitt noted that the MRLs set by ATSDR in 2021 (ATSDR, 2021) are lower than the US EPA RfDs for PFOA and PFOS. The bases for the development of these MRLs are weak, and the values have multiple limitations as discussed in Section 5 of this report.

Dr. DeWitt also discussed the development and implication of US EPA's recently proposed RfDs of $1.5 \times 10^{-9}$ mg/kg/day for PFOA and $7.9 \times 10^{-9}$ mg/kg/day for PFOS (US EPA, 2021d,e). The RfDs are based on studies of cohorts of mother-child pairs in the Faroe Islands by Grandjean and co-authors (Grandjean *et al.*, 2012, 2017a,b; Mogensen *et al.*, 2015; Budtz-Jorgensen and Grandjean, 2018; Shih *et al.*, 2021). It is my opinion that the RfDs for PFOA and PFOS are overly conservative and do not have a sound scientific and technical foundation. For example, as discussed in Appendix A, Sections A5.1.4.5 and A5.2.4.5, there are inconsistencies within and across studies, the antibody levels in the population were protective, and there were no documented increases in infectious disease. As described in Appendix A, Sections A5.1.4.5 and A5.2.4.5, studies overall show no consistent evidence that PFOA or PFOS are associated with increases in infectious disease. Those that do report associations are not consistent either internally or across studies. In addition, US EPA chose a conservative BMR of 5% (the exposure that produces a 5% response rate), and a UF of 10 for intraspecies differences. The UF for intraspecies differences in unnecessary because the study population is a sensitive population (developing children). These choices of BMR level and UF were more conservative than necessary to be health protective.

Based on the proposed RfDs, US EPA identified interim lifetime drinking water HAs for PFOA (US EPA, 2022a) and PFOS (US EPA, 2022b). HAs are non-mandatory concentration levels for contaminants at or below which no health effects are expected for, in this case, a lifetime of exposure based on various assumptions and extrapolations. These levels do not represent a bright line between adverse and non-adverse effects and are intended to provide technical information to public water systems and others evaluating potential contamination (US EPA, 2022a,b). The PFOA and PFOS values are considered interim HAs (iHAs) because the underlying documents (US EPA, 2021d,e), are draft and currently under review by the US EPA Science Advisory Board (SAB). The iHA values for PFOA and PFOS are 0.004 ppt (ng/L) and 0.020 ppt, a dramatic reduction (17,500-fold for PFOA and 3,500-fold for PFOS) from the 2016 lifetime HAs of 70 ppt for the two compounds either separately or combined. The iHAs are so low that they cannot be routinely or reliably measured in drinking water (US EPA, 2022c).

It should be noted that the underlying documents for the iHAs for PFOA and PFOS are draft, and it would be incorrect to interpret the iHAs as enforceable standards. It is my opinion that the iHAs for PFOA and PFOS are overly conservative and do not have a sound scientific and technical foundation (see the discussion of the underlying studies in Appendix A, Sections A5.1.4.5 and A5.2.4.5). Much higher HAs would still be health protective.

To put the iHAs in perspective, I identified several known human carcinogens (*e.g.*, vinyl chloride, benzene, and arsenic [US EPA, 2019c]) with MCLs much higher than the iHAs for PFOA and PFOS. For example, the MCL for arsenic is 10 μg/L[23] (US EPA, 2020b). Large scale epidemiological studies of populations exposed over years to arsenic in drinking water provide evidence of a threshold for cancer at approximately 50-150 μg/L (Tsuji *et al.*, 2019; Cohen *et al.*, 2021), as well as clear evidence for increased incidence of certain cancers at >300 μg/L of arsenic (as discussed in Cohen *et al.*, 2016). However, the MCL for arsenic is orders of magnitude greater, *i.e.*, less restrictive, than the iHAs for PFOA and PFOS, which have not been reliably shown to be causally associated with cancer or other adverse health effects in humans, illustrating the overly conservative nature of the iHAs.[24]

---

[23] The 10 μg/L is the same as 10,000 ng/L in comparison to the 0.004 ng/L iHA for PFOA and the 0.020 ng/L iHA for PFOS.

[24] I recognize that, in contrast to the iHAs, MCLs may also consider technical feasibility such as measurement capability and treatment cost (US EPA, 2017). Nonetheless, it should be recognized that MCLs are also health protective.

The iHAs of 0.004 ppt (ng/L) and 0.020 ppt (ng/L) for PFOA and PFOS, respectively, are dramatically different from the drinking water criteria set by multiple other agencies. For example, the Australian Department of Health has set PFAS health guidance values of 0.56 μg/L for PFOA and 0.07 μg/L for total PFOS and PFHxS combined in drinking water (Australia, Dept. of Health *et al*., 2017). Similarly, in the draft document referred to earlier, the WHO proposed provisional guideline values (pGVs) for PFOS and PFOA in drinking water of 0.1 μg/L, with a combined pGV for total PFAS of 0.5 μg/L (WHO, 2022). The proposed WHO values are not based on a formal risk analysis, but on factors such as treatability of PFAS compounds in water. However, WHO notes that its proposed values fall within the range of the health-based PFAS guidelines of many other regulatory agencies. Both the draft WHO and the Australian Department of Health's PFAS guidance values are several orders of magnitude greater than the proposed US EPA iHAs.

Dr. DeWitt (2022a) stated, "the only option that would guarantee safety is to remove 100% of PFAS from drinking water." This stance does not reflect standard regulatory agency practice (NJDEP, 2019a,b; US EPA, 2017, 2019d). In both her report (DeWitt, 2022a) and her deposition (DeWitt, 2022c), Dr. DeWitt misrepresented the definition and purpose of regulatory health-based guidelines such as drinking water guidance values. In her report she stated that "they should not be understood to reflect a chemical concentration at which there is *no* risk" (DeWitt, 2022a). This statement goes against the accepted understanding that regulatory agencies set exposure limits for chemicals that represent levels below which no health effects are anticipated. Exceedance of a health-based guideline does not imply that any exposures above the recommended level will lead to adverse health effects (US EPA, 2000a; ATSDR, 2009). While Dr. DeWitt correctly noted that such HBVs are subject to change over time given new information, she also stated that HBVs for PFAS have decreased over time with the generation of additional data about PFAS toxicity (DeWitt, 2022a). This statement is misleading, as PFAS health-based guidelines have evolved over time for various reasons, including agency management of uncertainty and decisions on exposure parameters, and not necessarily new toxicity data (Cordner *et al*., 2019). For example, many of the federal and state drinking water guidance values for PFOA and PFOS that were developed during the last decade are based on critical endpoints from studies published in 2006 or earlier, and the decrease in health-based guidance values for PFOA and PFOS from federal and state agencies over time is generally attributable to developments in exposure research, analytical measurement technology, and biomonitoring and toxicokinetic data, and to different agency choices in underlying studies and UFs, rather than new data from toxicology studies (Cordner *et al*., 2019).

In her deposition, Dr, DeWitt (2022c) referred to the US EPA (2021d,e) proposed RfDs for PFOA and PFOS as doses "that [have] been associated with adverse health outcomes." This is an incorrect interpretation of regulatory values. Reference doses are derived by applying UFs to a POD (either a LOEL, NOEL, or BMD) chosen from experimental or epidemiological data, and, as noted above, represent levels below which no health effects are anticipated (US EPA, 2000a).

Dr. DeWitt also discussed the need to regulate PFAS as a single class, based on her statement that the "number of described PFAS is in the thousands of individual substances and some estimates put that number over 9,000 individual substances" (DeWitt, 2022a). However, a recent study by Buck *et al*. (2021) found that only 256 individual PFAS were commercially relevant globally, and that this number of PFAS could be divided into manageable numbers of groups based on composition and structure for risk assessment purposes. Other investigators have suggested grouping PFAS for regulatory purposes using biologically based approaches (see for example, Bil *et al*., 2021; Mikkonen *et al*., 2020; Pizzurro *et al*., 2019; Anderson *et al*., 2022).

Dr. DeWitt also referred to the "Zürich Statement on Future Actions on Per- and Polyfluoroalkyl Substances" (Ritscher *et al*., 2018), which noted that, "Given the large number of substances in the PFAS family, the participants agreed that actions need to address groups of PFAS rather than individual

chemicals and that such a grouping approach needs to be scientifically sound" (Ritscher *et al.*, 2018). However she did not note that the statement continues: "Many participants shared the view that a grouping approach requires a better mechanistic understanding of the physicochemical and toxicological properties of PFASs as well as additional data that can be used to support grouping approaches for PFASs" (Ritscher *et al.*, 2018). Thus, these participants were advocating for groupings based on biological characteristics, not for the grouping of all PFAS as a single class.

Recently, a panel of experts met to discuss the scientific evidence that pertains to PFAS grouping (Anderson *et al.*, 2022). Dr. Dewitt served on the panel, which came to the overall agreement that it is inappropriate to assume equal toxicity and/or potency across classes of PFAS. The panel ultimately determined that appropriate subgroups can only be defined on a case-by-case manner (Anderson *et al.*, 2022).

According to standard US EPA methodology for conducting risk assessments of chemical mixtures (US EPA, 2000b), a dose additive-procedure for evaluating risk may be used if the chemicals behave similarly in terms of primary physiologic processes (uptake, metabolism, distribution, elimination) and toxicologic processes (same MOA/target organ). ATSDR (2018b) recommends a similar approach. Accordingly, only PFAS with similar biological processes and similar half-lives should be grouped together for establishing regulatory limits. For example, while the PFHxS half-life (5.3-8.5 years) is in a range similar to those of PFOA, PFOS, and PFNA, its critical effects are different (see Section 4), and therefore, it should not be grouped with those chemicals. In addition, perfluorobutanoic acid (PFBA) and perfluorobutane sulfonate (PFBS) have shorter half-lives than the longer-chain perfluorinated chemicals and different critical effects from them and from each other (see Section 4). These two short-chain chemicals should therefore not be grouped with any of the longer-chain chemicals or with each other. Thus, it is important to consider the toxicological effects and half-lives of individual PFAS in order to avoid setting overly stringent values by simply grouping the PFAS together based on shared structural properties (*i.e.*, the presence of carbon-fluorine bonds).

## 7.10   State of Knowledge

Dr. DeWitt (2022a) presented "a brief chronology of a few of the numerous toxicological studies on PFAS performed by 3M or their subcontractors." Dr. DeWitt inferred that 3M was aware of a number of toxicological issues with PFAS at times when it continued to manufacture them. Using some of the studies she presented as examples, however, it appears that Dr. DeWitt took the findings of these studies out of context, and they do not support her inferences regarding actions by 3M or its contractors over time.

### 1978 Monkey Study

Dr. DeWitt (2022a) stated that in 1978, 3M concluded that FC-95 (PFOS) was considerably more toxic to monkeys than anticipated because all of the dosed monkeys died in a 90-day subchronic toxicity study. In this study (Goldenthal *et al.*, 1979), monkeys were administered doses of 0, 10, 30, 100, or 300 mg/kg-day FC-95 by gavage. This method of administration is *via* a tube inserted into the esophagus, which results in the animals receiving all of a daily dose of a chemical at once, rather than the dose being spread out throughout the day, as would occur with occupational and environmental exposures. Clearly, the doses selected for this study were too high for the determination of dose-response data for milder toxicity. Any substance can cause toxicity if administered at sufficiently high doses (particularly with gavage administration). 3M initiated a second monkey study the same year (Goldenthal *et al.*, 1978) with more appropriate doses (0, 0.5, 1.5, or 4.5 mg/kg-day) for the evaluation of the dose-response for sub-lethal effects of FC-95. Notably, indications of adverse effects were not observed in its workers, indicating that the exposures at which adverse effects were observed in the animal studies were excessive relative to the

exposures experienced by 3M employees and/or that there were important differences between the responses of animals and humans to PFOS exposure.

## 1980-1983 PFAS Teratology

Dr. DeWitt (2022a) stated that 3M conducted several teratology studies of PFAS in rats between 1980 and 1983 and that these studies suggested that PFAS induced lens abnormalities and other birth defects in rat fetuses. She also concluded that the lens abnormalities, which 3M suggested may have been caused by a sectioning artifact, should not have been dismissed. With regard to PFOA and PFOS, these studies were unremarkable when statistical significance and maternal effects are taken into consideration (*i.e.*, structural abnormalities or other developmental effects were found in the highest dose groups, in which significant reduction of weight and food consumption were also observed in the pregnant dams). Considering maternal effects is important, because at doses that are maternally toxic, one cannot tell whether the chemical is acting specifically on the fetus or affecting maternal health to such an extent that fetal health is indirectly compromised. Thus, teratogenic agents (as a form of developmental toxicity) are typically considered to be those that exert a selective or greater toxicity to the developing organism relative to the adult (Lewandowski, 2015). The relevant studies involving PFOA and PFOS (or in the form of a product) in the timeframe of 1980-1983, or just after, are described below.

Regarding PFOA, Riker Laboratories, Inc. (1981) dosed rats with 0, 0.05, 1.5, 5, or 150 mg/kg-day PFOA. Maternal toxicity was seen in the high-dose group in the form of significant reductions in body weight, as well as ataxia and death in some dams. There were no dose-related fetal effects; PFOA was not teratogenic in this study. A fetal lens finding was observed to occur in individual fetuses of all dose groups, including the control group. It was interpreted histopathologically as either a freehand sectioning artifact or a normal area of primary lens fiber degeneration. Riker Laboratories, Inc. (1982) dosed pregnant rabbits with 0, 1.5, 5, or 50 mg/kg-day PFOA in drinking water. Dams in the 50 mg/kg-day dose group lost significantly more weight than the control group. There were some small effects on rib development in the 5 mg/kg-day dose group, but these findings were not considered to be malformations. PFOA was not teratogenic in this study. Finally, Staples *et al.* (1984) of DuPont conducted a developmental toxicity study of PFOA (in the form of ammonium perfluorooctanoate [APFO]) with both inhalation and oral exposure routes. Rats were exposed *via* inhalation to 0, 0.1, 1, 10, or 25 mg/m$^3$ APFO for 6 hours per day. In the oral portion of the study, rats were administered 0 and 100 mg/kg-day APFO by gavage. A teratogenic response from APFO was not demonstrated in either portion of the study, despite maternal toxicity. The types of lens changes previously reported were detected in several fetuses, but were determined not to be related to APFO administration because they occurred at similar incidence among all groups, including the control group. Lens clefts were determined to be postmortem artifacts that were caused by cutting through the center of the eyes. US EPA (2003) also dismissed the lens abnormalities in this study as an artifact of the tissue-preparation technique.

Regarding PFOS, Gortner (1980) administered FC-95 orally to pregnant rats at 0, 1, 5, or 10 mg/kg-day. The proportion of fetuses with teratogenic changes in the lens of the eye was significantly higher than in the control group at the 10 mg/kg-day dose level, at which maternal toxicity (decrease in body weight) also occurred. With regard to the lens abnormalities, Gortner (1980) explicitly stated that the effect occurred at all dose levels, except the controls, but was only statistically significant at the high dose, at which there was maternal toxicity. In a later study that was similar in design to the Gortner (1980) study, Wetzel *et al.* (1983) administered T-3351 (identified elsewhere as PFOS) to mated female rats by oral intubation at 0, 1, 5, or 10 mg/kg-day. The doses of 5 and 10 mg/kg-day resulted in maternal toxicity, including death in 2 of 25 dams dosed with 10 mg/kg-day T-3351, and significant body weight and food consumption reductions. Fetotoxicity and an increased incidence of external visceral anomalies and skeletal variants occurred in fetuses from the 10 mg/kg-day dose group dams, but no apparent teratogenicity occurred at dose levels up to 5 mg/kg-day. Thus, despite being of similar design to the Gortner (1980) study, OECD (2002) noted that this study did not find lens abnormalities even in the presence of maternal toxicity.

In my opinion, the authors' interpretations of the lens abnormalities in each of the above studies are consistent with standard practice for interpreting developmental studies. The authors considered the presence of the effect in the control group and statistical significance in comparing dose groups with the control group, as well as whether maternal toxicity was present when statistically significant findings were found. These considerations would be appropriate even without the explanation of a sectioning artifact. Furthermore, in my review of later developmental studies of PFOA (see Appendix A, Section A4.1.1.5) and PFOS (see Appendix A, Section A4.2.1.5) exposure, I am not aware of any significant findings of lens abnormalities or any other teratological effects from exposure to PFOA and PFOS (*e.g*., Thibodeaux *et al*., 2003; Butenhoff *et al.*, 2004). Although Dr. DeWitt may have disputed the sectioning artifact as an interpretation of the lens abnormality finding, the results of the above studies stand alone in supporting that lens abnormalities are not a direct effect of exposure to PFOA and PFOS.

## 7.11   Appendix C of Dr. DeWitt's Report:  Estimating "Safe" PFOS Doses

Dr. DeWitt (2022a) presented a rough calculation made by Dr. John Butenhoff (3M, c. 1998) regarding a "safe" dose of PFOS and compared it to the US EPA (2016e) LHA for PFOS. Dr. Butenhoff's approach was developed *circa* 1998, prior to the availability of more relevant information, and is superseded by subsequent analyses using updated methodology. Dr. DeWitt conceded that Dr. Butenhoff's calculation of a "safe" dose of PFOS is outdated, as Dr. Butenhoff's calculations do not reflect the current scientific understanding of the potential toxicity of PFOS. The purpose of including this calculation in her report is therefore unclear.

# 8    Declaration

I reserve the right to review any additional materials that become available in this matter and to amend my opinions accordingly.

Subject to the aforementioned reservation, this report contains a complete statement of all the opinions I will express in relation to Plaintiff's motion for class certification in this matter and the basis and reasons for them, as well as the facts or data I considered in forming these opinions.  I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and accurate to the best of my knowledge.

# References

3M. c. 1998. "Estimation of "Safe" Reference Level (ppb) of PFOS in Plasma." 1p. [3M_AFFF_MDL00412513]

Abbott, BD; Wolf, CJ; Schmid, JE; Das, KP; Zehr, RD; Helfant, L; Nakayama, S; Lindstrom, AB; Strynar, MJ; Lau, C. 2007. "Perfluorooctanoic acid induced developmental toxicity in the mouse is dependent on expression of peroxisome proliferator activated receptor-alpha." *Toxicol. Sci.* 98(2):571-581.

Abraham, K; Mielke, H; Fromme, H; Volkel, W; Menzel, J; Peiser, M; Zepp, F; Willich, SN; Weikert, C. 2020. "Internal exposure to perfluoroalkyl substances (PFASs) and biological markers in 101 healthy 1-year-old children: Associations between levels of perfluorooctanoic acid (PFOA) and vaccine response." *Arch. Toxicol*. doi: 10.1007/s00204-020-02715-4.

Agency for Toxic Substances and Disease Registry (ATSDR). 2009. "Glossary of Terms." January 1. Accessed at https://www.atsdr.cdc.gov/glossary.html.

Agency for Toxic Substances and Disease Registry (ATSDR). 2018a. "Toxicological Profile for Perfluoroalkyls (Draft for Public Comment)." 852p., June.

Agency for Toxic Substances and Disease Registry (ATSDR). 2018b. "Framework for Assessing Health Impacts of Multiple Chemicals and Other Stressors (Update)." Division of Toxicology, 154p., February. Accessed at https://www.atsdr.cdc.gov/interactionprofiles/IP-ga/ipga.pdf.

Agency for Toxic Substances and Disease Registry (ATSDR). 2021. "Toxicological Profile for Perfluoroalkyls." 993p., May.

Albrecht, PP; Torsell, NE; Krishnan, P; Ehresman, DJ; Frame, SR; Chang, SC; Butenhoff, JL; Kennedy, GL; Gonzalez, FJ; Peters, JM. 2013. "A species difference in the peroxisome proliferator-activated receptor alpha-dependent response to the developmental effects of perfluorooctanoic acid." *Toxicol. Sci*. 131(2):568-582. doi: 10.1093/toxsci/kfs318.

Aleksunes, LM; Eaton, DL. 2019. "Principles of toxicology." In *Casarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition)*. (Ed.: Klaassen, CD), McGraw-Hill Education, New York, NY. p25-64.

Ali, JM; Roberts, SM; Gordon, DS; Stuchal, LD. 2019. "Derivation of a chronic reference dose for perfluorohexane sulfonate (PFHxS) for reproductive toxicity in mice." *Regul. Toxicol. Pharmacol*. 108:104452. doi: 10.1016/j.yrtph.2019.104452.

American Conference of Governmental Industrial Hygienists (ACGIH). 2001. "Documentation of the Threshold Limit Values and Biological Exposure Indices (Seventh Edition)." American Conference of Governmental Industrial Hygienists (ACGIH). ACGIH Publication No. 0100Doc.

Anderson, JK; Brecher, RW; Cousins, IT; DeWitt, J; Fiedler, H; Kannan, K; Kirman, CR; Lipscomb, J; Priestly, B; Schoeny, R; Seed, J; Verner, M; Hays, SM. 2022. "Grouping of PFAS for human health risk assessment: Findings from an independent panel of experts." *Regul. Toxicol. Pharmacol*. 134:105226. doi: 10.1016/j.yrtph.2022.105226.

Aoyama, T; Peters, JM; Iritani, N; Nakajima, T; Furihata, K; Hashimoto, T; Gonzalez, FJ. 1998. "Altered constitutive expression of fatty acid-metabolizing enzymes in mice lacking the peroxisome proliferator-activated receptor alpha (PPARalpha)." *J. Biol. Chem*. 273(10):5678-5684.

Australia, Dept. of Health; Food Standards Australia New Zealand (FSANZ); Australia, National Health and Medical Research Council (NHMRC). 2017. "Health Based Guidance Values for PFAS." 3p., April.

Australia, Expert Health Panel for PFAS. 2018. "Expert Health Panel for PFAS: Summary Report." Report to Australia, Dept. of Health. 3p., April. Accessed at http://www.health.gov.au/internet/main/publishing.nsf/Content/C9734ED6BE238EC0CA2581BD00052C03/$File/summary-panels-findings.pdf.

Bartell, SM; Calafat, AM; Lyu, C; Kato, K; Ryan, PB; Steenland, K. 2010. "Rate of decline in serum PFOA concentrations after granular activated carbon filtration at two public water systems in Ohio and West Virginia." *Environ. Health Perspect*. 118(2):222-228.

Bartsch, R; Brinkmann, B; Jahnke, G; Laube, B; Lohmann, R; Michaelsen, S; Neumann, I; Greim, H. 2018. "Human relevance of follicular thyroid tumors in rodents caused by non-genotoxic substances." *Regul. Toxicol. Pharmacol*. 98:199-208. doi: 10.1016/j.yrtph.2018.07.025.

Biegel, LB; Hurtt, ME; Frame, SR; O'Connor, JC; Cook, JC. 2001. "Mechanisms of extrahepatic tumor induction by peroxisome proliferators in male CD rats." *Toxicol. Sci*. 60(1):44-55. doi: 10.1093/toxsci/60.1.44.

Bil, W; Zeilmaker, M; Fragki, S; Lijzen, J; Verbruggen, E; Bokkers, B. 2021. "Risk assessment of per- and polyfluoroalkyl substance mixtures: A relative potency factor approach." *Environ. Toxicol. Chem*. 40(3):859-870. doi: 10.1002/etc.4835.

Bonefeld-Jorgensen, EC; Long, M; Fredslund, SO; Bossi, R; Olsen, J. 2014. "Breast cancer risk after exposure to perfluorinated compounds in Danish women: A case-control study nested in the Danish National Birth Cohort." *Cancer Causes Control* 25(11):1439-1448. doi: 10.1007/s10552-014-0446-7.

Brantsaeter, AL; Whitworth, KW; Ydersbond, TA; Haug, LS; Haugen, M; Knutsen, HK; Thomsen, C; Meltzer, HM; Becher, G; Sabaredzovic, A; Hoppin, JA; Eggesbo, M; Longnecker, MP. 2013. "Determinants of plasma concentrations of perfluoroalkyl substances in pregnant Norwegian women." *Environ. Int*. 54:74-84. doi: 10.1016/j.envint.2012.12.014.

Brown-Grant, K. 1963. "Thyroid hormone metabolism in guinea-pigs, mice and rats." *J. Physiol*. 168(3):599-612. doi: 10.1113/jphysiol.1963.sp007210.

Buck, RC; Korzeniowski, SH; Laganis, E; Adamsky, F. 2021. "Identification and classification of commercially relevant per- and poly-fluoroalkyl substances (PFAS)." *Integr. Environ. Assess. Manag*. 17(5):1045-1055. doi: 10.1002/ieam.445.

Budtz-Jorgensen, E; Grandjean, P. 2018. "Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity." *PLoS ONE* 13(10):e0205388. doi: 10.1371/journal.pone.0205388.

Butenhoff, JL; Chang, S; Ehresman, DJ; York, RG. 2009. "Evaluation of potential reproductive and developmental toxicity of potassium perfluorohexanesulfonate in Sprague Dawley rats." *Reprod. Toxicol.* 27(3-4):331-341.

Butenhoff, JL; Chang, SC; Olsen, GW; Thomford, PJ. 2012b. "Chronic dietary toxicity and carcinogenicity study with potassium perfluorooctanesulfonate in Sprague Dawley rats." *Toxicology* 293(1-3):1-15. doi: 10.1016/j.tox.2012.01.003.

Butenhoff, JL; Kennedy, GL Jr.; Chang, SC; Olsen, GW. 2012a. "Chronic dietary toxicity and carcinogenicity study with ammonium perfluorooctanoate in Sprague-Dawley rats." *Toxicology* 298(1-3):1-13. doi: 10.1016/j.tox.2012.04.001.

Butenhoff, JL; Kennedy, GL; Frame, SR; O'Connor, JC; York, RG. 2004. "The reproductive toxicology of ammonium perfluorooctanoate (APFO) in the rat." *Toxicology* 196:95-116.

C8 Science Panel. 2011. "Probable Link Evaluation of Preterm Birth and Low Birthweight." 9p., December 5. Accessed at http://www.c8sciencepanel.org/pdfs/Probable_Link_C8_Preterm_and_LBW_birth_5Dec2011.pdf.

California Dept. of Social Services, Dept. of Health Services. 1986. "Safe Drinking Water and Toxic Enforcement Act of 1986 [Proposition 65]." 6p.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2016. "Notice of Intent to List: Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS)." 7p., September 16. Accessed at https://oehha.ca.gov/media/downloads/crnr/noilpfoapfos.pdf.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2017. "Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65), Notice to Interested Parties: Chemicals Listed Effective November 10, 2017 as Known to the State of California to Cause Reproductive Toxicity: Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS)." 2p., November 10. Accessed at https://oehha.ca.gov/media/downloads/crnr/listingnotice111017.pdf.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2021a. "Proposition 65 Glossary." Accessed at https://www.p65warnings.ca.gov/glossary.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2021b. "Notice of Intent to List Chemical by the Authoritative Bodies Mechanism: Perfluorooctanoic Acid." 4p., March 19.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2021c. "Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65), Notice to Interested Parties: Chemicals Listed Effective December 24, 2021 As Known to the State of California to Cause Cancer: Perfluorooctane Sulfonic Acid (PFOS) and Its Salts and Transformation and Degradation Precursors." December 24. Accessed at https://oehha.ca.gov/proposition-65/crnr/notice-interested-parties-chemicals-listed-effective-december-24-2021-known.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2021d. "Evidence on the Carcinogenicity of Perfluorooctane Sulfonic Acid (PFOS) and Its Salts and Transformation and Degradation Precursors." Reproductive and Cancer Hazard Assessment Branch, 372p., September. Accessed at https://oehha.ca.gov/media/downloads/crnr/pfoshid092421.pdf.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2022a. "Perfluorooctanoic Acid (PFOA)." Accessed at https://oehha.ca.gov/proposition-65/chemicals/perfluorooctanoic-acid-pfoa-and-its-salts.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2022b. "Safe Drinking Water and Toxic Enforcement Act of 1986: Chemicals Known to the State to Cause Cancer or Reproductive Toxicity [Proposition 65 list]." 23p., February 25. Accessed at https://oehha.ca.gov/media/downloads/proposition-65/p65chemicalslistsinglelisttable2021p.pdf.

Centers for Disease Control and Prevention (CDC). 2015. "Fourth National Report on Human Exposure to Environmental Chemicals (Revised - Updated Tables, February 2015)." 1095p., February. Accessed at http://www.cdc.gov/biomonitoring/pdf/FourthReport_UpdatedTables_Feb2015.pdf.

Centers for Disease Control and Prevention (CDC). 2018. "Prevention of pertussis, tetanus, and diphtheria with vaccines in the United States: Recommendations of the Advisory Committee on Immunization Practices (ACIP)." *MMWR Morb. Mortal. Wkly. Rep.* 67(2):1-44. doi: 10.15585/mmwr.rr6702a1.

Centers for Disease Control and Prevention (CDC). 2019. "Fourth National Report on Human Exposure to Environmental Chemicals (Revised - Updated Tables, January 2019). Volumes One and Two." 1860p., January. Accessed at https://www.cdc.gov/exposurereport/index.html.

Centers for Disease Control and Prevention (CDC). 2021. "Early release: Per- and Polyfluorinated Substances (PFAS) tables, NHANES 2011-2018." February 2. Accessed at https://www.cdc.gov/exposurereport/pfas_early_release.html.

Chang, S; Butenhoff, JL; Parker, GA; Coder, PS; Zitzow, JD; Krisko, RM; Bjork, JA; Wallace, KB; Seed, JG. 2018. "Reproductive and developmental toxicity of potassium perfluorohexanesulfonate in CD-1 mice." *Reprod. Toxicol.* 78:150-168. doi: 10.1016/j.reprotox.2018.04.007.

Chen, Y; Wu, W; Wu, M. 2020. "Microbiota-associated therapy for non-alcoholic steatohepatitis-induced liver cancer: A review." *Int. J. Mol. Sci.* 21(17):5999. doi: 10.3390/ijms21175999.

Cohen, JM; Beck, BD; Rhomberg, LR. 2021. "Historical perspective on the role of cell proliferation in carcinogenesis for DNA-reactive and non-DNA-reactive carcinogens: Arsenic as an example." *Toxicology* 456:152783. doi: 10.1016/j.tox.2021.152783.

Cohen, SM; Chowdhury, A; Arnold, LL. 2016. "Inorganic arsenic: A non-genotoxic carcinogen." *J. Environ. Sci.* (China) 49:28-37. doi: 10.1016/j.jes.2016.04.015.

Conway, BN; Badders, AN; Costacou, T; Arthur, JM; Innes, KE. 2018. "Perfluoroalkyl substances and kidney function in chronic kidney disease, anemia, and diabetes." *Diabetes Metab. Syndr. Obes.* 11:707-716. doi: 10.2147/DMSO.S173809.

Cordner, A; De La Rosa, VY; Schaider, LA; Rudel, RA; Richter, L; Brown, P. 2019. "Guideline levels for PFOA and PFOS in drinking water: The role of scientific uncertainty, risk assessment decisions, and social factors." *J. Expo. Sci. Environ. Epidemiol*. 29(2):157-171. doi: 10.1038/s41370-018-0099-9..

Corton, JC; Cunningham, ML; Hummer, BT; Lau, C; Meek, B; Peters, JM; Popp, JA; Rhomberg, L; Seed, J; Klaunig, JE. 2014. "Mode of action framework analysis for receptor-mediated toxicity: The peroxisome proliferator-activated receptor alpha (PPARa) as a case study." *Crit. Rev. Toxicol*. 44(1):1-49. doi: 10.3109/10408444.2013.835784.

Corton, JC; Peters, JM; Klaunig, JE. 2018. "The PPARalpha-dependent rodent liver tumor response is not relevant to humans: Addressing misconceptions." *Arch. Toxicol*. 92(1):83-119. doi: 10.1007/s00204-017-2094-7.

Costello, E; Rock, S; Stratakis, N; Eckel, SP; Walker, DI; Valvi, D; Cserbik, D; Jenkins, T; Xanthakos, SA; Kohli, R; Sisley, S; Vasiliou, V; La Merrill, MA; Rosen, H; Conti, DV; McConnell, R; Chatzi, L. 2022. "Exposure to per- and Polyfluoroalkyl Substances and Markers of Liver Injury: A Systematic Review and Meta-Analysis." *Environ. Health Perspect*. 130(4):46001. doi: 10.1289/EHP10092.

Covance Laboratories, Inc. 2001. "Final Report, 104-Week Dietary Carcinogenicity Study with Narrow Range (98.1%) N-Ethyl Perfluorooctanesulfonamido Ethanol in Rats." Report to 3M, St. Paul, MN. 4873p., December 13. [3M_AL_GA_00120266]

Crebelli, R; Caiola, S; Conti, L; Cordelli, E; De Luca, G; Dellatte, E; Eleuteri, P; Iacovella, N; Leopardi, P; Marcon, F; Sanchez, M; Sestili, P; Siniscalchi, E; Villani, P. 2019. "Can sustained exposure to PFAS trigger a genotoxic response? A comprehensive genotoxicity assessment in mice after subacute oral administration of PFOA and PFBA." *Regul. Toxicol. Pharmacol*. 106:169-177. doi: 10.1016/j.yrtph.2019.05.005.

Dalsager, L; Christensen, N; Husby, S; Kyhl, H; Nielsen, F; Host, A; Grandjean, P; Jensen, TK. 2016. "Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4 years among 359 children in the Odense Child Cohort." *Environ. Int*. 96:58-64. doi: 10.1016/j.envint.2016.08.026.

Danish Environmental Protection Agency (Danish EPA). 2015. "Perfluoroalkylated Substances: PFOA, PFOS and PFOSA: Evaluation of Health Hazards and Proposal of a Health Based Quality Criterion for Drinking Water, Soil and Ground Water." Environmental project No. 1665, 90p.

Das, KP; Grey, BE; Rosen, MB; Wood, CR; Tatum-Gibbs, KR; Zehr, RD; Strynar, MJ; Lindstrom, AB; Lau, C. 2015. "Developmental toxicity of perfluorononanoic acid in mice." *Reprod. Toxicol*. 51:133-144. doi: 10.1016/j.reprotox.2014.12.012.

Das, KP; Wood, CR; Lin, MT; Starkov, AA; Lau, C; Wallace, KB; Corton, JC; Abbott, BD. 2017. "Perfluoroalkyl acids-induced liver steatosis: Effects on genes controlling lipid homeostasis." *Toxicology* 378:37-52. doi: 10.1016/j.tox.2016.12.007.

Davis & Whitlock, PC. 2022. "Fourth amended individual and class action complaint [re: Jarrod Johnson, individually, and on Behalf of a Class of persons similarly situated *v*. 3M Co., *et al*.]." Submitted to US District Court, Northern District of Georgia, Rome Division. Civil Action No. 4:20-cv-0008-AT. 115p., January 11.

Desai, S; Scobie, HM; Cherian, T; Goodman, T; Expert Group on the Use of Td vaccine in Childhood. 2020. "Use of tetanus-diphtheria (Td) vaccine in children 4-7 years of age: World Health Organization consultation of experts." *Vaccine* 38(21):3800-3807. doi: 10.1016/j.vaccine.2020.01.018.

DeWitt, JC. [East Carolina University]. 2022a. "Expert Report of Jamie C. DeWitt, Ph.D." 114p. July 12.

DeWitt, JC. [East Carolina University]. 2022b. "Expert Report of Jamie C. DeWitt, Ph.D." 114p., July 12.

DeWitt, JC. [East Carolina University]. 2022c. "Videotaped deposition and exhibits of Jamie DeWitt [re: The City of Rome, Georgia *vs.* 3M Co., *et al.*; Jarrod Johnson, individually, and on behalf of a class or persons similarly situated *vs.* 3M Co., *et al.*]. Volumes I-III." Submitted to Georgia Superior Court, Floyd County; US District Court, Georgia Northern District, Rome Division. Civil Action File No. 19CV02405JFL003; Civil Action File No. 4:20-CV-00008-AT. 558p., October 6-7, October 21.

Dewitt, JC; Copeland, CB; Luebke, RW. 2009. "Suppression of humoral immunity by perfluorooctanoic acid is independent of elevated serum corticosterone concentration in mice." *Toxicol. Sci.* 109(1):106-112. doi: 10.1093/toxsci/kfp040.

DeWitt, JC; Williams, WC; Creech, NJ; Luebke, RW. 2016. "Suppression of antigen-specific antibody responses in mice exposed to perfluorooctanoic acid: Role of PPARα and T- and B-cell targeting." *J. Immunotoxicol.* 13(1):38-45. doi: 10.3109/1547691X.2014.996682.

Dhingra, R; Winquist, A; Darrow, LA; Klein, M; Steenland, K. 2016. "A study of reverse causation: Examining the associations of perfluorooctanoic acid serum levels with two outcomes." *Environ. Health Perspect*. doi: 10.1289/EHP273.

Domingo, JL; Nadal, M. 2017. "Per- and polyfluoroalkyl substances (PFASs) in food and human dietary intake: A review of the recent scientific literature." *J. Agric. Food Chem*. 65(3):533-543. doi: 10.1021/acs.jafc.6b04683.

Dong, GH; Liu, MM; Wang, D; Zheng, L; Liang, ZF; Jin, YH. 2011. "Sub-chronic effect of perfluorooctanesulfonate (PFOS) on the balance of type 1 and type 2 cytokine in adult C57BL6 mice." *Arch. Toxicol*. 85(10):1235-1244.

Dong, GH; Zhang, YH; Zheng, L; Liu, W; Jin, YH; He, QC. 2009. "Chronic effects of perfluorooctanesulfonate exposure on immunotoxicity in adult male C57BL/6 mice." *Arch. Toxicol*. 83(9):805-815.

Dzierlenga, MW; Crawford, L; Longnecker, MP. 2020. "Birth weight and perfluorooctane sulfonic acid: A random-effects meta-regression analysis." *Environ. Epidemiol*. 4(3):e095. doi: 10.1097/EE9.0000000000000095.

Dzierlenga, MW; Keast, DR; Longnecker, MP. 2021. "The concentration of several perfluoroalkyl acids in serum appears to be reduced by dietary fiber." *Environ. Int*. 146:106292. doi: 10.1016/j.envint.2020.106292.

Elcombe, CR; Elcombe, BM; Foster, JR; Chang, SC; Ehresman, DJ; Noker, PE; Butenhoff, JL. 2012. "Evaluation of hepatic and thyroid responses in male Sprague Dawley rats for up to eighty-four days following seven days of dietary exposure to potassium perfluorooctanesulfonate." *Toxicology* 293(1-3):30-40.

Eriksen, KT; Sorensen, M; McLaughlin, JK; Lipworth, L; Tjonneland, A; Overvad, K; Raaschou-Nielsen, O. 2009. "Perfluorooctanoate and perfluorooctanesulfonate plasma levels and risk of cancer in the general Danish population." *J. Natl. Cancer Inst*. 101(8):605-609.

European Food Safety Authority (EFSA). 2012. "Perfluoroalkylated substances in food: Occurrence and dietary exposure." *EFSA J*. 10(6):2743. doi: 10.2903/j.efsa.2012.2743. Accessed at http://www.efsa. europa.eu/sites/default/files/scientific_output/files/main_documents/2743.pdf.

European Food Safety Authority (EFSA). 2020. "Scientific opinion on the risk to human health related to the presence of perfluoroalkyl substances in food." Panel on Contaminants in the Food Chain (CONTAM). *EFSA J*. 18(9):6223. doi: 10.2903/j.efsa.2020.6223.

European Food Safety Authority (EFSA), Panel on Contaminants in the Food Chain (CONTAM); Knutsen, HK; Alexander, J; Barregard, L; Bignami, M; Bruschweiler, B; Ceccatelli, S; Cottrill, B; Dinovi, M; Edler, L; Grasl-Kraupp, B; Hogstrand, C; Hoogenboom, LR; Nebbia, CS; Oswald, IP; Petersen, A; Rose, M; Roudot, AC; Vleminckx, C; Vollmer, G; Wallace, H; Bodin, L; Cravedi, JP; Halldorsson, TI; Haug, LS; Johansson, N; van Loveren, H; Gergelova, P; Mackay, K; Levorato, S; van Manen, M; Schwerdtle, T. 2018. "Scientific opinion on the risk to human health related to the presence of perfluorooctane sulfonic acid and perfluorooctanoic acid in food." *EFSA J*. 16(12):5194. doi: 10.2903/j.efsa.2018.5194.

Evans, N; Cardon, M; Hartig, P; Medlock-Kakaley, E; Wilson, VS; Conley, JM; Gray, LE. 2020. "*In vitro* binding of human and rat PPAR alpha, beta/delta, and gamma receptors to PFAS, fatty acids, and clofibric acid." *Toxicologist* 174(1):508. Abstract 3140. Prepared for presentation to the Society of Toxicology (SOT) 59th Annual Meeting & ToxExpo, Anaheim, CA, March 15-19 (Conference cancelled).

Feng, X; Cao, X; Zhao, S; Wang, X; Hua, X; Chen, L; Chen, L. 2017. "Exposure of pregnant mice to perfluorobutanesulfonate causes hypothyroxinemia and developmental abnormalities in female offspring." *Toxicol. Sci.* 155(2):409-419. doi: 10.1093/toxsci/kfw219.

Filgo, AJ; Quist, EM; Hoenerhoff, MJ; Brix, AE; Kissling, GE; Fenton, SE. 2015. "Perfluorooctanoic acid (PFOA)-induced liver lesions in two strains of mice following developmental exposures: PPARa is not required." *Toxicol. Pathol.* 43(4):558-568. doi: 10.1177/0192623314558463.

Fromme, H; Tittlemier, SA; Volkel, W; Wilhelm, M; Twardella, D. 2009. "Perfluorinated compounds - Exposure assessment for the general population in western countries." *Int. J. Hyg. Environ. Health* 212(3):239-270. doi: 10.1016/j.ijheh.2008.04.007.

Goeden, HM; Greene, CW; Jacobus, JA. 2019. "A transgenerational toxicokinetic model and its use in derivation of Minnesota PFOA water guidance." *J. Expo. Sci. Environ. Epidemiol*. 29:183-195. doi: 10.1038/s41370-018-0110-5.

Goldenthal, EI; Jessup, DC; Geil, RG; Mehring, JS. [International Research and Development Corp.]. 1978. "Ninety-Day Subacute Rhesus Monkey Toxicity Study, with Fluorad Fluorochemical Surfactant FC-95." Report to 3M Co. 38p., December 18. [3M_AL_GA_00071007; 3M_AFFF_MDL00455595]

Goldenthal, EI; Jessup, DC; Geil, RG; Mehring, JS. [International Research and Development Corp.]. 1979. "90-Day Subacute Rhesus Monkey Toxicity Study: Fluorad Fluorochemical Surfactant FC-95." Report to 3M Co. 24p., January 2. [3M_AL_GA_00071045; 3M_AFFF_MDL00435533]

Gortner, EG. [Riker Laboratories, Inc.]. 1980. "Oral Teratology Study of FC-95 in Rats." 33p., December 17. [3M_AL_GA_00067748]

Grandjean, P; Andersen, EW; Budtz-Jorgensen, E; Nielsen, F; Mølbak, K; Weihe, P; Heilmann, C. 2012. "Serum vaccine antibody concentrations in children exposed to perfluorinated compounds." *JAMA* 307(4):391-397. doi: 10.1001/jama.2011.2034.

Grandjean, P; Heilmann, C; Weihe, P; Nielsen, F; Mogensen, UB; Budtz-Jorgensen, E. 2017a. "Serum vaccine antibody concentrations in adolescents exposed to perfluorinated compounds." *Environ. Health Perspect*. 125(7):077018. doi: 10.1289/EHP275.

Grandjean, P; Heilmann, C; Weihe, P; Nielsen, F; Mogensen, UB; Timmermann, A; Budtz-Jorgensen, E. 2017b. "Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5-years." *J. Immunotoxicol*. 14(1):188-195. doi: 10.1080/1547691X.2017.1360968.

Granum, B; Haug, LS; Namork, E; Stolevik, SB; Thomsen, C; Aaberge, IS; van Loveren, H; Lovik, M; Nygaard, UC. 2013. "Pre-natal exposure to perfluoroalkyl substances may be associated with altered vaccine antibody levels and immune-related health outcomes in early childhood." *J. Immunotoxicol*. 10(4):373-379. doi: 10.3109/1547691X.2012.755580.

Grice, MM; Alexander, BH; Hoffbeck, R; Kampa, DM. 2007. "Self-reported medical conditions in perfluorooctanesulfonyl fluoride manufacturing workers." *J. Occup. Environ. Med*. 49(7):722-729.

Guruge, KS; Hikono, H; Shimada, N; Murakami, K; Hasegawa, J; Yeung, LW; Yamanaka, N; Yamashita, N. 2009. "Effect of perfluorooctane sulfonate (PFOS) on influenza A virus-induced mortality in female B6C3F1 mice." *J. Toxicol. Sci*. 34(6):687-691.

Hackett, MF. [Rome, Georgia]. 2021. "Videotaped 30 (b) (6) deposition of Michael F. Hackett [re: The City of Rome, Georgia *vs*. 3M Co., *et al*.; Jarrod Johnson, *et al*. *vs*. 3M Co., *et al*.]." Submitted to Georgia Superior Court, Floyd County; US District Court, Northern District of Georgia, Rome Division. Civil Action File No. 19CV02405JFL003; Civil Action File No. 4:20-CV-00008-AT. 248p., November 2.

Hall, AP; Elcombe, CR; Foster, JR; Harada, T; Kaufmann, W; Knippel, A; Kuttler, K; Malarkey, DE; Maronpot, RR; Nishikawa, A; Nolte, T; Schulte, A; Strauss, V; York, MJ. 2012. "Liver hypertrophy: A review of adaptive (adverse and non-adverse) changes - Conclusions from the 3rd International ESTP Expert Workshop." *Toxicol. Pathol*. 40(7):971-994. doi: 10.1177/0192623312448935.

Haug, L; Salihovic, S; Jogsten, IE; Thomsen, C; van Bavel, B; Lindstrom, G; Becher, G. 2010. "Levels in food and beverages and daily intake of perfluorinated compounds in Norway." *Chemosphere* 80(10):1137-1143. doi: 10.1016/j.chemosphere.2010.06.023.

Hines, EP; White, SS; Stanko, JP; Gibbs-Flournoy, EA; Lau, C; Fenton, SE. 2009. "Phenotypic dichotomy following developmental exposure to perfluorooctanoic acid (PFOA) in female CD-1 mice: Low doses induce elevated serum leptin and insulin, and overweight in mid-life." *Mol. Cell. Endocrinol*. 304:97-105.

Impinen, A; Longnecker, MP; Nygaard, UC; London, SJ; Ferguson, KK; Haug, LS; Granum, B. 2019. "Maternal levels of perfluoroalkyl substances (PFASs) during pregnancy and childhood allergy and asthma related outcomes and infections in the Norwegian Mother and Child (MoBa) cohort." *Environ. Int.* 124:462-472. doi: 10.1016/j.envint.2018.12.041.

International Agency for Research on Cancer (IARC). 2011. "IARC Classifies Radiofrequency Electromagnetic Fields as Possibly Carcinogenic to Humans." IARC Press Release No. 208, 6p., May 31. Accessed at http://www.iarc.fr/en/media-centre/pr/2011/pdfs/pr208_E.pdf.

International Agency for Research on Cancer (IARC). 2016a. "Perfluorooctanoic Acid." IARC Monograph No. 110. In *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 110: Some Chemicals Used as Solvents in Polymer Manufacture*. p37-110. Accessed at http://monographs.iarc.fr/ENG/Monographs/vol110/mono110-01.pdf.

International Agency for Research on Cancer (IARC). 2016b. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 110: Some Chemicals Used as Solvents in Polymer Manufacture." IARC Monograph No. 110, 289p.

Interstate Technology and Regulatory Council (ITRC). 2020. "Per- and Polyfluoroalkyl Substances (PFAS) (Technical/Regulatory Guidance)." Per- and Polyfluoroalkyl Substances (PFAS) Team, 380p., April. Accessed at https://pfas-1.itrcweb.org/wp-content/uploads/2020/04/ITRC_PFAS_TechReg_April2020.pdf.

Keenan, C; Elmore, S; Francke-Carroll, S; Kemp, R; Kerlin, R; Peddada, S; Pletcher, J; Rinke, M; Schmidt, SP; Taylor, I; Wolf, DC. 2009. "Best practices for use of historical control data of proliferative rodent lesions." *Toxicol. Pathol.* 37(5):679-693.

Keil, DE; Mehlmann, T; Butterworth, L; Peden-Adams, MM. 2008. "Gestational exposure to perfluorooctane sulfonate (PFOS) suppresses immune function in B6C3F1 mice." Toxicol. Sci. 103(1):77-85. doi: 10.1093/toxsci/kfn015.

Keller, JM; Collet, P; Bianchi, A; Huin, C; Bouillaud-Kremarik, P; Becuwe, P; Schohn, H; Domenjoud, L; Dauca, M. 2000. "Implications of peroxisome proliferator-activated receptors (PPARS) in development, cell life status and disease." *Int. J. Dev. Biol.* 44(5):429-442. Accessed at http://www.ijdb.ehu.es/web/paper.php?doi=11032176.

Kemper, RA; Jepson, GW. [The DuPont Co., Haskell Laboratory for Health and Environmental Sciences]. 2003. "Pharmacokinetics of perfluorooctanoic acid in male and female rats." Presented at the Society of Toxicology (SOT) 42nd Annual Meeting, Salt Lake City, UT, March 9-13. 1p.

Kennedy, GL; Symons, JM. 2015. "Carcinogenicity of perfluoroalkyl compounds." doi: 10.1007/978-3-319-15518-0_12. In *Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances*. (Ed.: DeWitt, JC), Humana Press, Cham, Switzerland. p265-304.

Kerper, LE; Lynch, HN; Beck, BD; Pizzurro, DM; Seeley, M. 2019. "Considerations for Grouping Different PFAS Together to Develop Guidance Values." Poster # 1870/P253. Presented at the Society of Toxicology (SOT) 58th Annual Meeting, Baltimore, MD, March 10-14.

Khalil, N; Lee, M; Steenland, K. 2015. "Epidemiological findings." In *Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances.* (Ed.: DeWitt, JC), Humana Press, Cham, Switzerland. p305-335.

Kielsen, K; Shamim, Z; Ryder, LP; Nielsen, F; Grandjean, P; Budtz-Jorgensen, E; Heilmann, C. 2016. "Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates." *J. Immunotoxicol.* 13(2):270-273. doi: 10.3109/1547691X.2015.1067259.

Koskela, A; Finnila, MA; Korkalainen, M; Spulber, S; Koponen, J; Hakansson, H; Tuukkanen, J; Viluksela, M. 2016. "Effects of developmental exposure to perfluorooctanoic acid (PFOA) on long bone morphology and bone cell differentiation." *Toxicol. Appl. Pharmacol.* 301:14-21. doi: 10.1016/j.taap.2016.04.002.

Krishnan, K. 2019. "Toxicokinetics." *In Casarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition).* (Ed.: Klaassen, CD), McGraw-Hill Education, New York, NY. p401-430.

Krisko, R; Chang, S; Olsen, GW. 2015. "Perfluoroalkyl acid concentrations and WHO incidence time series data for diphtheria and tetanus: A descriptive analysis of Western Europe, North America, and China, 1980-2013." Presented at Fluoros 2015, An International Symposium on Fluorinated Organics in the Environment, Golden, Colorado, July 12-14.

Kvalem, HE; Nygaard, UC; Lodrup Carlsen, KC; Carlsen, KH; Haug, LS; Granum, B. 2020. "Perfluoroalkyl substances, airways infections, allergy and asthma related health outcomes – Implications of gender, exposure period and study design." *Environ. Int.* 134:105259. doi: 10.1016/j.envint.2019.105259.

Lamb, JC IV; Boffetta, P; Foster, WG; Goodman, JE; Hentz, KL; Rhomberg, LR; Staveley, J; Swaen, G; Van Der Kraak, G; Williams, AL. 2014. "Critical Comments on the WHO-UNEP State of the Science of Endocrine Disrupting Chemicals – 2012." *Regul. Toxicol. Pharmacol.* 69(1):22-40.

Lau, C; Rumpler, J; Das, KP; Wood, CR; Schmid, JE; Strynar, MJ; Wambaugh, JF. 2020. "Pharmacokinetic profile of perfluorobutane sulfonate and activation of hepatic nuclear receptor target genes in mice." *Toxicology* 441:152522. doi: 10.1016/j.tox.2020.152522.

Lau, C; Thibodeaux, JR; Hanson, RG; Narotsky, MG; Rogers, JM; Lindstrom, AB; Strynar, MJ. 2006. "Effects of perfluorooctanoic acid exposure during pregnancy in the mouse." *Toxicol. Sci.* 90(2):510-518.

Lau, C; Thibodeaux, JR; Hanson, RG; Rogers, JM; Grey, BE; Stanton, ME; Butenhoff, JL; Stevenson, LA. 2003. "Exposure to perfluorooctane sulfonate during pregnancy in rat and mouse. II. Postnatal evaluation." *Toxicol. Sci.* 74(2):382-392. doi: 10.1093/toxsci/kfg122.

Lee, SS; Pineau, T; Drago, J; Lee, EJ; Owens, JW; Kroetz, DL; Fernandez-Salguero, PM; Westphal, H; Gonzalez, FJ. 1995. "Targeted disruption of the alpha isoform of the peroxisome proliferator-activated receptor gene in mice results in abolishment of the pleiotropic effects of peroxisome proliferators." *Mol. Cell. Biol.* 15(6):3012-3022. doi: 10.1128/MCB.15.6.3012.

Lefebvre, DE; Curran, I; Armstrong, C; Coady, L; Parenteau, M; Liston, V; Barker, M; Aziz, S; Rutherford, K; Bellon-Gagnon, P; Shenton, J; Mehta, R; Bondy, G. 2008. "Immunomodulatory effects of dietary potassium perfluorooctane sulfonate (PFOS) exposure in adult Sprague-Dawley rats." *J. Toxicol. Environ. Health A* 71(23):1516-1525.

Levine, MA. [Vermont Dept. of Health]. 2018. Internal memorandum to E. Boedecker re: Drinking Water Health Advisory for five PFAS (per- and polyfluorinated alkyl substances). 6p., July 10.

Lewandowski, TA. [Gradient]. 2015. "Developmental toxicology." In *Hamilton and Hardy's Industrial Toxicology (Sixth Edition)*. (Eds.: Harbison, RD; Bourgeois, MM; Johnson, GT), John Wiley & Sons, Inc., Hoboken, NJ. p1229-1240.

Lewis, AS; Beyer, LA; Beck, BD. 2008. "Evaluating the toxicological significance of endpoints from human and animal studies: Using perfluorinated compounds (PFCs) as an example." Toxicologist 102 Abstract No. 1188. Presented at the Society of Toxicology (SOT) 47th Annual Meeting, Seattle, WA, March 16-20.

Li, Y; Fletcher, T; Mucs, D; Scott, K; Lindh, CH; Tallving, P; Jakobsson, K. 2018. "Half-lives of PFOS, PFHxS and PFOA after end of exposure to contaminated drinking water." *Occup. Environ. Med.* 75(1):46-51. doi: 10.1136/oemed-2017-104651.

Lieder, PH; York, RG; Hakes, DC; Chang, SC; Butenhoff, JL. 2009. "A two-generation oral gavage reproduction study with potassium perfluorobutanesulfonate (K+PFBS) in Sprague Dawley rats." *Toxicology* 259(1-2):33-45. doi: 10.1016/j.tox.2009.01.027.

Lin, PD; Cardenas, A; Hauser, R; Gold, DR; Kleinman, KP; Hivert, MF; Fleisch, AF; Calafat, AM; Sanchez-Guerra, M; Osorio-Yanez, C; Webster, TF; Horton, ES; Oken, E. 2020. "Dietary characteristics associated with plasma concentrations of per- and polyfluoroalkyl substances among adults with pre-diabetes: Cross-sectional results from the Diabetes Prevention Program Trial." *Environ. Int.* 137:105217. doi: 10.1016/j.envint.2019.105217.

Loccisano, AE; Longnecker, MP; Campbell, JL Jr.; Andersen, ME; Clewell, HJ III. 2013. "Development of PBPK models for PFOA and PFOS for human pregnancy and lactation life stages." *J. Toxicol. Environ. Health* A 76(1):25-57. doi: 10.1080/15287394.2012.722523.

Lorber, M; Egeghy, PP. 2011. "Simple intake and pharmacokinetic modeling to characterize exposure of Americans to perfluoroctanoic acid, PFOA." *Environ. Sci. Technol.* 45(19):8006-8014. doi: 10.1021/es103718h.

Loveless, SE; Finlay, C; Everds, NE; Frame, SR; Gillies, PJ; O'Connor, JC; Powley, CR; Kennedy, GL. 2006. "Comparative responses of rats and mice exposed to linear/branched, linear, or branched ammonium perfluorooctanoate (APFO)." *Toxicology* 220(2-3):203-217.

Luebker, DJ; Case, MT; York, RG; Moore, JA; Hansen, KJ; Butenhoff, JL. 2005a. "Two-generation reproduction and cross-foster studies of perfluorooctanesulfonate (PFOS) in rats." *Toxicology* 215(1-2):126-148. doi: 10.1016/j.tox.2005.07.018.

Luebker, DJ; York, RG; Hansen, KJ; Moore, JA; Butenhoff, JL. 2005b. "Neonatal mortality from *in utero* exposure to perfluorooctanesulfonate (PFOS) in Sprague-Dawley rats: Dose-response, and biochemical and pharamacokinetic parameters." *Toxicology* 215(1-2):149-169.

Lynch, HN; Kerper, LE; Seeley, M; Beck, BD. 2016. "Dietary Intake of Perfluorooctane Sulfonate (PFOS) and Implications for Drinking Water Limits." Presented at the Society of Toxicology (SOT) 55th Annual Meeting, New Orleans, LA, March 13-17.

Macon, MB; Villanueva, LR; Tatum-Gibbs, K; Zehr, RD; Strynar, MJ; Stanko, JP; White, SS; Helfant, L; Fenton, SE. 2011. "Prenatal perfluorooctanoic acid exposure in CD-1 mice: Low dose developmental effects and internal dosimetry." *Toxicol. Sci.* 122(1):134-145. doi: 10.1093/toxsci/kfr076.

Maier, A; Ovesen, JL; Allen, CL; York, RG; Gadagbui, BK; Kirman, CR; Poet, T; Quinones-Rivera, A. 2015. "Safety assessment for ethanol-based topical antiseptic use by health care workers: Evaluation of developmental toxicity potential." *Regul. Toxicol. Pharmacol.* 73(1):248-364. doi: 10.1016/j.yrtph.2015.07.015.

Massachusetts Dept. of Environmental Protection (MassDEP). 2019. "Summary of Proposed MCP Method 1 Standards Revisions." 34p., March.

McDonough, CA; Ward, C; Hu, Q; Vance, S; Higgins, CP; DeWitt, JC. 2020. "Immunotoxicity of an electrochemically fluorinated aqueous film-forming foam." *Toxicol. Sci.* 178(1):104-114. doi: 10.1093/toxsci/kfaa138.

Mikkonen, AT; Martin, J; Dourson, ML; Hinwood, A; Johnson, MS. 2020. "Suggestions for improving the characterisation of risk from exposures to per and polyfluorinated alkyl substances (PFAS)." *Environ. Toxicol. Chem.* doi: 10.1002/etc.4931.

Minnesota Dept. of Health (MDH). 2017. "Health Based Guidance for Water, Toxicological Summary for: Perfluorobutane sulfonate (CAS Nos. 45187-15-3 (anion); 375-73-5 (acid))." Environmental Health Division, Health Risk Assessment Unit. 10p., December.

Minnesota Dept. of Health (MDH). 2018. "Health Based Guidance for Water, Toxicological Summary for: Perfluorooctanoate (Various CAS Nos.)." Environmental Health Division, Health Risk Assessment Unit, 14p., August.

Minnesota Dept. of Health (MDH). 2019. "Health Based Guidance for Water, Toxicological Summary for Perfluorooctane sulfonate (PFOS) (Various CAS Nos.)." Environmental Health Division, Health Risk Assessment Unit, 19p., April. Accessed at https://www.health.state.mn.us/communities/ environment/risk/docs/guidance/gw/pfos.pdf.

Minnesota Dept. of Health (MDH). 2020. "Toxicological Summary for Perfluorohexane sulfonate (CAS: 108427-53-8 (anion), 355-46-4 (acid), 3871-99-6 (potassium salt))." 13p., August.

Minnesota Dept. of Health (MDH). 2022. "Toxicological Summary for Perfluorobutane sulfonate (CAS: 45187-15-3 [anion], 375-73-5 [free acid], 29420-49-3 [potassium salt], 68259-10-9 [ammonium salt], 60453-92-1 [sodium salt])." Environmental Health Division, Health Risk Assessment Unit, 9p., March.

Mogensen, UB; Grandjean, P; Heilmann, C; Nielsen, F; Weihe, P; Budtz-Jorgensen, E. 2015. "Structural equation modeling of immunotoxicity associated with exposure to perfluorinated alkylates." *Environ. Health* 14:47. doi: 10.1186/s12940-015-0032-9.

Mondal, D; Weldon, RH; Armstrong, BG; Gibson, LJ; Lopez-Espinosa, MJ; Shin, HM; Fletcher, T. 2014. "Breastfeeding: A potential excretion route for mothers and implications for infant exposure to perfluoroalkyl acids." *Environ. Health Perspect.* 122(2):187-192. doi: 10.1289/ehp.1306613.

National Academy of Sciences (NAS). 2022. "Guidance on PFAS Exposure, Testing, and Clinical Follow-Up." Engineering and Medicine. doi: 10.17226/26156. National Academies Press, Washington, DC, 298p. Accessed at https://nap.nationalacademies.org/catalog/26156/guidance-on-pfas-exposure-testing-and-clinical-follow-up.

National Cancer Institute (NCI); Centers for Disease Control and Prevention (CDC). 2022a. "Incidence Rate Report for Georgia by County, All Cancer Sites (All Stages), 2014-2018, All Races, Both Sexes, All Ages." 4p., October 3.

National Cancer Institute (NCI); Centers for Disease Control and Prevention (CDC). 2022b. "Incidence Rate Report for Georgia by County, Breast (All Stages), 2014-2018, All Races, Female, All Ages." 4p., October 3.

National Cancer Institute (NCI); Centers for Disease Control and Prevention (CDC). 2022c. "Incidence Rate Report for Georgia by County, Prostate (All Stages), 2014-2018, All Races, Male, All Ages." 4p., October 3.

National Cancer Institute (NCI); Centers for Disease Control and Prevention (CDC). 2022d. "Incidence Rate Report for Georgia by County, Kidney & Renal Pelvis (All Stages), 2015-2019, All Races (includes Hispanic), Both Sexes, All Ages." 4p., November 18. Accessed at https://statecancerprofiles.cancer.gov/data-topics/incidence.html.

National Research Council (NRC). 2005. "Health Implications of Perchlorate Ingestion." National Academies Press, Washington, DC. 276p. Accessed at http://www.nap.edu/catalog/11202.html..

National Toxicology Program (NTP). 2015. "Handbook for Preparing Report on Carcinogens Monographs." 89p., July 20. Accessed at http://ntp.niehs.nih.gov/pubhealth/roc/handbook/index.html.

National Toxicology Program (NTP). 2016. "NTP Monograph: Immunotoxicity Associated with Exposure to Perfluorooctanoic Acid or Perfluorooctane Sulfonate." 147p., September. [3M_AFFF_MDL01860610]

National Toxicology Program (NTP). 2019a. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Perfluorooctanoic Acid (CAS No. 335-67-1) Administered in Feed Sprague Dawley (Hsd:Sprague Dawley SD) Rats (Draft)." Technical Report 598, 139p.

National Toxicology Program (NTP). 2019b. "TOX-96: Toxicity report tables & curves." January 17. Accessed at https://tools.niehs.nih.gov/cebs3/views/?action=main.dataReview&bin_id=3874.

National Toxicology Program (NTP). 2020. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Perfluorooctanoic Acid (CASRN 335-67-1) Administered in Feed to Sprague Dawley (Hsd:Sprague Dawley® SD®) Rats." NTP TR 598, 106p., May. Accessed at https://ntp.niehs.nih.gov/ntp/htdocs/lt_rpts/tr598_508.pdf.

New Hampshire Dept. of Environmental Services (NHDES). 2019. "Technical Background Report for the June 2019 Proposed Maximum Contaminant Levels (MCLs) and Ambient Groundwater Quality Standards (AGQSs) for Perfluorooctane sulfonic Acid (PFOS), Perfluorooctanoic Acid (PFOA), Perfluorononanoic Acid (PFNA), and Perfluorohexane sulfonic Acid (PFHxS)." 57p., June 28.

New Jersey Dept. of Environmental Protection (NJDEP). 2018. "Safe Drinking Water Act Rules." N.J.A.C. 7:10. 141p., September 4. Accessed at https://www.nj.gov/dep/rules/rules/njac7_10.pdf.

New Jersey Dept. of Environmental Protection (NJDEP). 2019a. "Technical Support Document: Interim Specific Ground Water Criterion for Perfluorooctanoic Acid (PFOA, C8) (CAS No #: 335-67-1)." Division of Science and Research, 275p., March 6.

New Jersey Dept. of Environmental Protection (NJDEP). 2019b. "Technical Support Document: Interim Specific Ground Water Criterion for Perfluorooctane Sulfonate (PFOS) (CAS No #: 1763-23-1)." Division of Science and Research, 795p., March 6.

New Jersey Dept. of Environmental Protection (NJDEP). 2020. "Ground water quality standards and maximum contaminant levels (MCLs) for perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS) (Adopted amendments)." NJ Reg. 52(11):1165-1216. N.J.A.C. 7:10-5.2. June 1.

New Jersey Drinking Water Quality Institute (NJDWQI). 2015. "Health-Based Maximum Contaminant Level Support Document: Perfluorononanoic Acid (PFNA)." Health Effects Subcommittee, 195p., June 22.

New Jersey Drinking Water Quality Institute (NJDWQI). 2017. "Appendix A: Health-Based Maximum Contaminant Level Support Document: Perfluorooctanoic Acid (PFOA)." Health Effects Subcommittee, 458p., February 15.

New York State Dept. of Health (NYSDOH). 2022. "Maximum Contaminant Levels (MCLs) (Notice of proposed rulemaking)." NY State Reg. 44(40):16-20. October 5. Accessed at https://dos.ny.gov/system/files/documents/2022/10/100522.pdf.

Noorlander, CW; van Leeuwen, SP; Te Biesebeek, JD; Mengelers, MJ; Zeilmaker, MJ. 2011. "Levels of perfluorinated compounds in food and dietary intake of PFOS and PFOA in the Netherlands." *J. Agric. Food Chem*. 59(13):7496-7505. doi: 10.1021/jf104943p.

Olsen, GW; Burlew, MM; Hocking, BB; Skratt, JC; Burris, JM; Mandel, JH. [3M Co.]. 2001. "An Epidemiologic Analysis of Episodes of Care of 3M Decatur Chemical and Film Plant Employees, 1993-1998 (Final)." 118p., May 18. [3M_AFFF MDL01850129]

Olsen, GW; Burris, JM; Burlew, MM; Mandel, JH. 2003. "Epidemiologic assessment of worker serum perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) concentrations and medical surveillance examinations." *J. Occup. Environ. Med*. 45(3):260-270. doi: 10.1097/01.jom.0000052958.59271.10.

Olsen, GW; Burris, JM; Ehresman, DJ; Froehlich, JW; Seacat, AM; Butenhoff, JL; Zobel, LR. 2007. "Half-life of serum elimination of perfluorooctanesulfonate, perfluorohexanesulfonate, and perfluorooctanoate in retired fluorochemical production workers." *Environ. Health Perspect*. 115(9):1298-1305.

Organisation for Economic Co-operation and Development (OECD). 2002. "Hazard Assessment of Perfluorooctane Sulfonate (PFOS) and its Salts (Final)." Environment Directorate, Joint Meeting of the Chemicals Committee and the Working Party on Chemicals, Pesticides and Biotechnology, ENV/JM/RD(2002)17/FINAL, 362p., November 21. Accessed at https://www.oecd.org/env/ehs/risk-assessment/2382880.pdf.

Organisation for Economic Co-operation and Development (OECD). 2015. "OECD Guideline for Testing of Chemicals: Reproduction/Developmental Toxicity Screening Test." OECD/OCDE 421. 14p., July 28.

Parker, RM; York, RG. 2014. "Hormone assays and endocrine function." In *Hayes' Principles and Methods of Toxicology (Sixth Edition).* (Eds.: Hayes, AW; Kruger, CL), CRC Press, Boca Raton, FL. p1723-1792.

Pathology Associates International. 1998. "Pathology Review of Reported Tumorigenesis in a Two Year Study of FM-3924 in Rats." Report to 3M. 7p., November 25. [3M_AL_GA_00016089]

Paustenbach, DJ; Madl, AK. 2014. "The practice of exposure assessment." In *Hayes' Principles and Methods of Toxicology (Sixth Edition)*. (Eds.: Hayes, AW; Kruger, CL), CRC Press, Boca Raton, FL. p453-525.

Peden-Adams, MM; Keller, JM; EuDaly, JG; Berger, K; Gilkeson, GS; Keil, DE. 2008. "Suppression of humoral immunity in mice following exposure to perfluorooctane sulfonate (PFOS)." *Toxicol. Sci.* 104(1):144-154. doi: 10.1093/toxsci/kfn059.

Peraza, MA; Burdick, AD; Marin, HE; Gonzalez, FJ; Peters, JM. 2006. "The toxicology of ligands for peroxisome proliferator-activated receptors (PPAR)." *Toxicol. Sci.* 90(2):269-295.

Pizzurro, DM; Seeley, M; Kerper, LE; Beck, BD. 2019. "Interspecies differences in perfluoroalkyl substances (PFAS) toxicokinetics and application to health-based criteria." *Regul. Toxicol. Pharmacol.*

Pizzurro, DM; Seeley, M; Lynch, HN; Kerper, LE; Beck, BD. 2018. "An Analysis of Uncertainties in Minnesota's Reference Dose (RfD) and Health-based Value (HBV) Drinking Water Limits for PFOA and PFOS." Poster # 2868/P393. Presented at the Society of Toxicology (SOT) 57th Annual Meeting, San Antonio, TX, March 11-15.

Pohl, HR; Chou, CH. 2005. "Health effects classification and its role in the derivation of minimal risk levels: Hepatic effects." *Regul. Toxicol. Pharmacol.* 42:161-171.

Qazi, MR; Nelson, BD; Depierre, KW; Abedi-Valugerdi, M. 2010. "28-Day dietary exposure of mice to a low total dose (7mg/kg) of perfluorooctanesulfonate (PFOS) alters neither the cellular compositions of the thymus and spleen nor humoral immune responses: Does the route of administration play a pivotal role in PFOS-induced immunotoxicity?" *Toxicology* 267(1-3):132-139. doi: 10.1016/j.tox.2009.10.035.

Raleigh, KK; Alexander, BH; Olsen, GW; Ramachandran, G; Morey, SZ; Church, TR; Logan, PW; Scott, LL; Allen, EM. 2014. "Mortality and cancer incidence in ammonium perfluorooctanoate production workers." *Occup. Environ. Med.* 71:500-506. doi: 10.1136/oemed-2014-102109.

Rappazzo, KM; Coffman, E; Hines, EP. 2017. "Exposure to perfluorinated alkyl substances and health outcomes in children: A systematic review of the epidemiologic literature." I*nt. J. Environ. Res. Public Health* 14(7):691. doi: 10.3390/ijerph14070691.

Rhomberg, LR; Goodman, JE. 2012. "Low-dose effects and nonmonotonic dose–responses of endocrine disrupting chemicals: Has the case been made?" *Regul. Toxicol. Pharmacol.* 64(1):130-133.

Riker Laboratories, Inc. 1981. "Oral Teratology Study of T-2998 CoC in Rats." Report to 3M Co. 40p., December 15. [3M_AL_GA_00083997]

Riker Laboratories, Inc. 1982. "Oral Teratology Study of T-3141 CoC in Rabbits." Report to 3M Co. 29p., February 19. [3M_AL_GA_00597042]

Riker Laboratories, Inc. 1987. "Two Year Oral (Diet) Toxicity/Carcinogenicity Study of Fluorochemical FC-143 in Rats. Volume 1 of 4." Report to 3M Co. 1230p., November 2. [3M_AL_GA_00595762]

Riker Laboratories/3M Co. 1987. "Two Year Oral (Diet) Toxicity/Carcinogenicity Study of Fluorochemical FM-3924 in Rats." [The five volumes are at AR226-0257 to AR226-261.] [3M_AL_GA_00014468 (Volume 1); 3M_AL_GA_00014825 (Volume 2); 3M_AL_GA_00015151 (Volume 3); 3M_AL_GA_00015479 (Volume 4); 3M_AL_GA_00015802 (Volume 5)]

Ritscher, A; Wang, Z; Scheringer, M; *et al.* 2018. "Zurich statement on future actions on per- and polyfluoroalkyl substances (PFASs)." *Environ. Health Perspect.* 126(8):84502. doi: 10.1289/EHP4158.

Rome, Georgia. 2016-2021. "Bruce Hamler Water Treatment Facility sampling data." 57p.

Rome, Georgia. 2018. "City of Rome, Georgia Comprehensive Annual Financial Report, Year Ended December 31, 2017." Finance Dept., 192p., June 19. Accessed on December 1, 2022 at https://www.romega.us/Archive/ViewFile/Item/61

Rome, Georgia. 2020. "Water Quality Report 2020." 2p.

Rome, Georgia. 2021. "Water Quality Report 2021." 2p.

Rosen, MB; Abbott, BD; Wolf, DC; Corton, JC; Wood, CR; Schmid, JE; Das, KP; Zehr, RD; Blair, ET; Lau, C. 2008. "Gene profiling in the livers of wild-type and PPARalpha-null mice exposed to perfluorooctanoic acid." *Toxicol. Pathol.* 36(4):592-607.

Rosen, MB; Das, KP; Rooney, J; Abbott, B; Lau, C; Corton, JC. 2017. "PPARalpha-independent transcriptional targets of perfluoroalkyl acids revealed by transcript profiling." *Toxicology* 387:95-107. doi: 10.1016/j.tox.2017.05.013.

Schecter, A; Colacino, J; Haffner, D; Patel, K; Opel, M; Papke, O; Birnbaum, L. 2010. "Perfluorinated compounds, polychlorinated biphenyl, and organochlorine pesticide contamination in composite food samples from Dallas, Texas." *Environ. Health Perspect.* 118(6):796-802.

Seeley, M; Pizzurro, DM; Kerper, LE; Beck, BD. 2018. "Interspecies Comparison of Perfluorinated Chemical Pharmacokinetic Parameters." Poster # 3206/P846. Presented at the Society of Toxicology (SOT) 57th Annual Meeting, San Antonio, TX, March 11-15.

Shearer, JJ; Callahan, CL; Calafat, AM; Huang, WY; Jones, RR; Sabbisetti, VS; Freedman, ND; Sampson, JN; Silverman, DT; Purdue, MP; Hofmann, JN. 2020. "Serum concentrations of per- and polyfluoroalkyl substances and risk of renal cell carcinoma." *J. Natl. Cancer Inst.* doi:

Shih, YH; Blomberg, AJ; Bind, MA; Holm, D; Nielsen, F; Heilmann, C; Weihe, P; Grandjean, P. 2021. "Serum vaccine antibody concentrations in adults exposed to per- and polyfluoroalkyl substances: A birth cohort in the Faroe Islands." *J. Immunotoxicol.* 18(1):85-92. doi: 10.1080/1547691X.2021.1922957.

Shin, HM; Steenland, K; Ryan, PB; Vieira, VM; Bartell, SM. 2014. "Biomarker-based calibration of retrospective exposure predictions of perfluorooctanoic acid." *Environ. Sci. Technol*. 48:5636-5642. doi: 10.1021/es4053736.

Staples, RE; Burgess, BA; Kerns, WD. 1984. "The embryo-fetal toxicity and teratogenic potential of ammonium perfluorooctanoate (APFO) in the rat." *Fundam. Appl. Toxicol*. 4(3 pt. 1):429-440. doi: 10.1093/toxsci/4.3part1.429. [3M_AL_GA_00592140]

Steenland, K; Barry, V; Savitz, D. 2018. "Serum perfluorooctanoic acid and birthweight: An updated meta-analysis with bias analysis." *Epidemiology* 29(6):765-776. doi: 10.1097/EDE.0000000000000903.

Steenland, K; Fletcher, T; Stein, CR; Bartell, SM; Darrow, L; Lopez-Espinosa, MJ; Barry Ryan, P; Savitz, DA. 2020. "Review: Evolution of evidence on PFOA and health following the assessments of the C8 Science Panel." *Environ. Int*. 145:106125. doi: 10.1016/j.envint.2020.106125.

Steenland, K; Woskie, S. 2012. "Cohort mortality study of workers exposed to perfluorooctanoic acid." *Am. J. Epidemiol*. 176(10):909-917.

Steenland, K; Zhao, L; Winquist, A. 2015. "A cohort incidence study of workers exposed to perfluorooctanoic acid (PFOA)." *Occup. Environ. Med*. 72(5):373-380. doi: 10.1136/oemed-2014-102364.

Stein, CR; McGovern, KJ; Pajak, AM; Maglione, PJ; Wolff, MS. 2016. "Perfluoroalkyl and polyfluoroalkyl substances and indicators of immune function in children aged 12 - 19 years: National Health and Nutrition Examination Survey." *Pediatr. Res*. 79(2):348-357. doi: 10.1038/pr.2015.213.

Stump, DG; Holson, JF; Murphy, SR; Farr, CH; Schmit, B; Shinohara, M. 2008. "An oral two-generation reproductive toxicity study of S-111-S-WB in rats." *Reprod. Toxicol*. 25(1):7-20. doi: 10.1016/j.reprotox.2007.10.002.

Stump, DG; Nemec, MD; Parker, GA; Coder, PS; Sloter, ED; Varsho, BJ. 2012. "Significance, reliability, and interpretation of developmental and reproductive toxicity study findings." In *Developmental and Reproductive Toxicology: A Practical Approach (Third Edition)*. (Ed.: Hood, RD), Informa Healthcare, New York, NY. p229-301.

Sundstrom, M; Chang, SC; Noker, PE; Gorman, GS; Hart, JA; Ehresman, DJ; Bergman, A; Butenhoff, JL. 2012. "Comparative pharmacokinetics of perfluorohexanesulfonate (PFHxS) in rats, mice, and monkeys." *Reprod. Toxicol*. 33(4):441-451. doi: 10.1016/j.reprotox.2011.07.004.

Takacs, ML; Abbott, BD. 2007. "Activation of mouse and human peroxisome proliferator-activated receptors (alpha, beta/delta, gamma) by perfluorooctanoic acid and perfluorooctane sulfonate." *Toxicol. Sci*. 95(1):108-117.

Thibodeaux, JR; Hanson, RG; Rogers, JM; Grey, BE; Barbee, BD; Richards, JH; Butenhoff, JL; Stevenson, LA; Lau, C. 2003. "Exposure to perfluorooctane sulfonate during pregnancy in rat and mouse. I. Maternal and prenatal evaluations." *Toxicol. Sci*. 74(2):369-381. doi: 10.1093/toxsci/kfg121.

Thompson, J; Lorber, M; Toms, LM; Kato, K; Calafat, AM; Mueller, JF. 2010. "Use of simple pharmacokinetic modeling to characterize exposure of Australians to perfluorooctanoic acid and perfluorooctane sulfonic acid." *Environ. Int*. 36(4):390-397.

Timmermann, CAG; Jensen, KJ; Nielsen, F; Budtz-Jorgensen, E; Van der Klis, F; Benn, CS; Grandjean, P; Fisker, AB. 2020. "Serum perfluoroalkyl substances, vaccine responses, and morbidity in a cohort of Guinea-Bissau children." *Environ. Health Perspect.* 128(8):87002. doi: 10.1289/EHP6517.

Tittlemier, SA; Pepper, K; Seymour, C; Moisey, J; Bronson, R; Cao, XL; Dabeka, RW. 2007. "Dietary exposure of Canadians to perfluorinated carboxylates and perfluorooctane sulfonate *via* consumption of meat, fish, fast foods, and food items prepared in their packaging." J. *Agric. Food Chem*. 55(8):3203-3210.

Tiwari, TSP. 2011. "Chapter 1: Diphtheria." In *Manual for the Surveillance of Vaccine-Preventable Diseases (Fifth Edition)*. (Eds.: Roush, SW; Baldy, LM), Centers for Disease Control and Prevention, Atlanta, GA. 9p. Accessed at http://www.cdc.gov/vaccines/pubs/surv-manual/chpt01-dip.pdf.

Tsuji, JS; Chang, ET; Gentry, PR; Clewell, HJ; Boffetta, P; Cohen, SM. 2019. "Dose-response for assessing the cancer risk of inorganic arsenic in drinking water: The scientific basis for use of a threshold approach." *Crit. Rev. Toxicol.* 49(1):36-84. doi: 10.1080/10408444.2019.1573804.

Tucker, DK; Macon, MB; Strynar, MJ; Dagnino, S; Andersen, E; Fenton, SE. 2015. "The mammary gland is a sensitive pubertal target in CD-1 and C57Bl/6 mice following perinatal perfluorooctanoic acid (PFOA) exposure." *Reprod. Toxicol.* 54:26-36. doi: 10.1016/j.reprotox.2014.12.002.

United Kingdom (UK), Food Standards Agency (FSA). 2006. "COT Statement on the Tolerable Daily Intake for Perfluorooctanoic Acid." Committee on Toxicity of Chemicals in Food, Consumer Products and the Environment, COT Statement 2006/10. 21p., October.

US EPA. 1986. "Guidelines for the health assessment of suspect developmental toxicants (Final)." Fed. Reg. 51(185):34028-34040, September 24.

US EPA. 1989. "Risk Assessment Guidance for Superfund (RAGS). Volume I: Human Health Evaluation Manual (Part A) (Interim final)." Office of Emergency and Remedial Response, NTIS PB90-155581, EPA-540/1-89-002, 287p., December.

US EPA. 1991. "Risk Assessment Guidance for Superfund (RAGS). Volume I: Human Health Evaluation Manual - Supplemental Guidance: Standard Default Exposure Factors (Interim final)." Office of Emergency and Remedial Response, OSWER Directive 9285.6-03, NTIS PB91-921314, 20p., March 25.

US EPA. 2000a. "National Air Toxics Program: The Integrated Urban Strategy. Report to Congress." Office of Air Quality Planning and Standards, EPA-453/R-99-007, 159p., July.

US EPA. 2000b. "Supplementary Guidance for Conducting Health Risk Assessment of Chemical Mixtures." Risk Assessment Forum, EPA/630/R-00/002, 209p., August.

US EPA. 2001. "National Primary Drinking Water Regulations; Arsenic and clarifications to compliance and new source contaminants monitoring (Final rule)." Fed. Reg. 66(14):6976-7066. 40 CFR 9; 40 CFR 141; 40 CFR 142. January 22.

US EPA. 2002a. "A Review of the Reference Dose and Reference Concentration Processes (Final)." Risk Assessment Forum, Reference Dose/Reference Concentration (RfD/RfC) Technical Panel, EPA/630-P-02/002F. 192p., December. Accessed at https://www.epa.gov/sites/production/files/2014-12/documents/rfd-final.pdf

US EPA. 2002b. "Hepatocellular Hypertrophy." Office of Pesticide Programs, Health Effects Division, HED TOXicology Science Advisory Council (TOXSAC), HED Guidance Document G0201. 24p., October 21.

US EPA. 2003. "Preliminary risk assessment of the developmental toxicity associated with perfluorooctanoic acid and its salts (Draft)." Office of Pollution Prevention and Toxics, Risk Assessment Division, 61p., April 10.

US EPA. 2004. "Risk Assessment Guidance for Superfund (RAGS). Volume I: Human Health Evaluation Manual (Part E, Supplemental Guidance for Dermal Risk Assessment) (Final)." Office of Superfund Remediation and Technology Innovation, EPA/540/R/99/005, OSWER 9285.7-02EP, PB99-963312, 156p., July. Accessed at http://www.epa.gov/oswer/riskassessment/ragse/pdf/part_e_final_revision_10-03-07.pdf.

US EPA. 2005a. "Glossary of IRIS terms." Integrated Risk Information System, 15p., December. Accessed

US EPA. 2005b. "Guidelines for Carcinogen Risk Assessment." Risk Assessment Forum, EPA/630/P-03/001F, 166p., March.

US EPA. 2011a. "Exposure Factors Handbook: 2011 Edition." Office of Research and Development. US EPA, National Center for Environmental Assessment (NCEA), EPA/600/R-090/052F, 1436p., September. Accessed at https://www.epa.gov/expobox/about-exposure-factors-handbook.

US EPA. 2011b. "Integrated Risk InformationSystem (IRIS) Glossary/Acronyms & Abbreviations." 11p., August 31. Accessed at http://ofmpub.epa.gov/sor_internet/registry/termreg/searchandretrieve/glossariesandkeywordlists/search.do?details=&vocabName=IRIS%20Glossary.

US EPA. 2011c. "Guidance for Applying Quantitative Data to Develop Data-Derived Extrapolation Factors for Interspecies and Intraspecies Extrapolation (External Review Draft)." Office of the Science Advisor, Risk Assessment Forum, EPA/100/J-11/001, 58p., May.

US EPA. 2012. "Benchmark Dose Technical Guidance." Risk Assessment Forum, EPA/100/R-12/001, 99p., June.

US EPA. 2014. "Memorandum to Superfund National Policy Managers, Regions 1-10 re: Human Health Evaluation Manual, Supplemental Guidance: Update of standard default exposure factors." Office of Solid Waste and Emergency Response, OSWER Directive 9200.1-120, 7p., February 6. Accessed at https://www.epa.gov/sites/production/files/2015-11/documents/oswer_directive_9200.1-120_exposure factors_corrected2.pdf

US EPA. 2016a. "Health Effects Support Document for Perfluorooctanoic Acid (PFOA)." Office of Water, EPA 822-R-16-003, 322p., May. Accessed at https://www.epa.gov/sites/production/files/2016-05/documents/pfoa_hesd_final-plain.pdf.

US EPA. 2016b. "Fact Sheet: PFOA & PFOS Drinking Water Health Advisories." Office of Water, 4p., May. Accessed at https://www.epa.gov/ground-water-and-drinking-water/drinking-water-health-advisories-pfoa-and-pfos.

US EPA. 2016c. "Health Effects Support Document for Perfluorooctane Sulfonate (PFOS)." Office of Water, EPA 822-R-16-002, 245p., May. Accessed at https://www.epa.gov/sites/production/files/2016-05/documents/pfos_hesd_final_508.pdf.

US EPA. 2016d. "Drinking Water Health Advisory for Perfluorooctanoic Acid (PFOA)." Office of Water, EPA, 822-R-16-005, 103p., May. Accessed at https://www.epa.gov/sites/production/files/2016-05/documents/pfoa_health_advisory_final-plain.pdf.

US EPA. 2016e. "Drinking Water Health Advisory for Perfluorooctane Sulfonate (PFOS)." Office of Water, EPA 822-R-16-004, 88p., May. Accessed at https://www.epa.gov/sites/production/files/2016-05/documents/pfos_health_advisory_final-plain.pdf

US EPA. 2017. "Economic Analysis and Statutory Requirements." Accessed at https://www.epa.gov/dwregdev/economic-analysis-and-statutory-requirements.

US EPA. 2019a. "Update for Chapter 3 of the Exposure Factors Handbook: Ingestion of Water and Other Select Liquids." Office of Research and Development, National Center for Environmental Assessment (NCEA), EPA/600/R-18/259F, 157p., February. Accessed at https://www.epa.gov/sites/production/files/2019-02/documents/efh_-_chapter_3_update.pdf.

US EPA. 2019b. "Benchmark Dose Software (BMDS) Version 3.1.1." Accessed at https://www.epa.gov/bmds/benchmark-dose-software-bmds-version-311-download.

US EPA. 2019c. "National Primary Drinking Water Regulations." December 18. Accessed at https://www.epa.gov/ground-water-and-drinking-water/national-primary-drinking-water-regulations.

US EPA. 2019d. "How EPA regulates drinking water contaminants." June 6. Accessed at http://www.epa.gov/dwregdev/how-epa-regulates-drinking-water-contaminants

US EPA. 2020a. "National Primary Drinking Water Regulations." February 14. Accessed at https://www.epa.gov/ground-water-and-drinking-water/national-primary-drinking-water-regulations#four.

US EPA. 2020b. "Chemical Contaminant Rules [Arsenic in drinking water standard]." July 8. Accessed at https://www.epa.gov/dwreginfo/chemical-contaminant-rules.

US EPA. 2021a. "PFAS Strategic Roadmap: EPA's Commitments to Action 2021-2024." EPA-100-K-21-002, 26p., October Accessed at https://www.epa.gov/pfas/pfas-strategic-roadmap-epas-commitments-action-2021-2024.

US EPA. 2021b. "Human Health Toxicity Values for Perfluorobutane Sulfonic Acid (CASRN 375-73-5) and Related Compound Potassium Perfluorobutane Sulfonate (CASRN 29420-49-3)." Office of Research and Development (ORD), Center for Public Health and Environmental Assessment (CPHEA), EPA/600/R-20/345F, 169p., April. Accessed at https://www.epa.gov/pfas/learn-about-human-health-toxicity-assessment-pfbs.

US EPA. 2021c. "Regional Screening Level (RSL) Summary Table (TR=1E-06, HQ=1)." 11p., May. Accessed at https://semspub.epa.gov/work/HQ/400750.pdf.

US EPA. 2021d. "Proposed Approaches to the Derivation of a Draft Maximum Contaminant Level Goal for Perfluorooctanoic Acid (PFOA) (CASRN 335-67-1) in Drinking Water (External Peer Review Draft)." Office of Water, Health and Ecological Criteria Division, EPA 822-D-21-001, 834p., November. Accessed at https://sab.epa.gov/ords/sab/f?p=100:19:16076201951137:::19:P19_ID:963.

US EPA. 2021e. "Proposed Approaches to the Derivation of a Draft Maximum Contaminant Level Goal for Perfluorooctane Sulfonic Acid (PFOS) (CASRN 1763-23-1) in Drinking Water (External Peer Review Draft)." Office of Water, Health and Ecological Criteria Division, EPA 822-D-21-002, 726p., November. Accessed at https://sab.epa.gov/ords/sab/f?p=100:19:16076201951137:::19:P19_ID:963.

US EPA. 2022a. "Interim Drinking Water Health Advisory: Perfluorooctanoic Acid (PFOA) (CASRN 335-67-1)." Office of Water, Office of Science and Technology, Health and Ecological Criteria Division, EPA/822/R-22/003, 33p., June. Accessed at https://www.epa.gov/system/files/documents/2022-06/interim-pfoa-2022.pdf.

US EPA. 2022b. "Interim Drinking Water Health Advisory: Perfluorooctane Sulfonic Acid (PFOS) (CASRN 1763-23-1)." Office of Water, Office of Science and Technology, Health and Ecological Criteria Division, EPA/822/R-22/004, 33p., June. Accessed at https://www.epa.gov/system/files/documents/2022-06/interim-pfos-2022.pdf.

US EPA. 2022c. "Questions and answers: Drinking water health advisories for PFOA, PFOS, GenX chemicals and PFBS." July 18. Accessed at https://www.epa.gov/sdwa/questions-and-answers-drinking-water-health-advisories-pfoa-pfos-genx-chemicals-and-pfbs#q7.

US EPA. 2022d. "How EPA regulates drinking water contaminants." February 28. Accessed at https://www.epa.gov/sdwa/how-epa-regulates-drinking-water-contaminants#develop

US EPA. 2022e. "Review of EPA's Analyses to Support EPA's National Primary Drinking Water Rulemaking for PFAS (Draft)." Science Advisory Board (SAB) PFAS Review Panel, 124p., April 1. Accessed at https://sab.epa.gov/ords/sab/f?p=100:18:16490947993:::RP,18:P18_ID:2601.

US EPA. 2022f. "Regional Screening Level (RSL) Composite Summary Table (TR=1E-06, HQ=1.0)." 97p., May. Accessed at https://semspub.epa.gov/src/document/HQ/402397.

US EPA. 2022g. "Drinking Water Health Advisory: Perfluorobutane Sulfonic Acid (CASRN 375-73-5) and Related Compound Potassium Perfluorobutane Sulfonate (CASRN 29420-49-3)." Office of Water, Office of Science and Technology, Health and Ecological Criteria Division, EPA/822/R-22/006, 106p., June. Accessed at https://www.epa.gov/system/files/documents/2022-06/drinking-water-pfbs-2022.pdf.

US EPA. 2022h. "Regional Screening Levels (RSLs) - User's Guide." 176p., May. Accessed at https://www.epa.gov/risk/regional-screening-levels-rsls-users-guide.

Vanden Heuvel, JP; Thompson, JT; Frame, SR; Gillies, PJ. 2006. "Differential activation of nuclear receptors by perfluorinated fatty acid analogs and natural fatty acids: A comparison of human, mouse and rat PPAR(alpha), (beta), (gamma), LXR(beta)and RXR(alpha)." *Toxicol. Sci.* 92(2):476-489. doi: 10.1093/toxsci/kfl014.

Vandenberg, LN; Colborn, T; Hayes, TB; Heindel, JJ; Jacobs, DR Jr.; Lee, DH; Shioda, T; Soto, AM; Vom Saal, FS; Welshons, WV; Zoeller, RT; Myers, JP. 2012. "Hormones and endocrine-disrupting chemicals: Low-dose effects and nonmonotonic dose responses." *Endocr. Rev*. 33(3):378-455. doi: 10.1210/er.2011-1050.

Vassiliadou, I; Costopoulou, D; Ferderigou, A; Leondiadis, L. 2010. "Levels of perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) in blood samples from different groups of adults living in Greece." *Chemosphere* 80(10):1199-1206. doi: 10.1016/j.chemosphere.2010.06.014.

Vermont Agency of Natural Resources, Dept. of Environmental Conservation (VTDEC). 2020. "Environmental Protection Rules Chapter 21: Water Supply Rule (Revision)." Drinking Water and Groundwater Protection Division, 239p. March 17. Accessed at https://dec.vermont.gov/ sites/dec/files/dwgwp/DW/Water-Supply-Rule-March-17-2020.pdf.

Verner, MA; Loccisano, AE; Morken, NH; Yoon, M; Wu, H; McDougall, R; Maisonet, M; Marcus, M; Kishi, R; Miyashita, C; Chen, MH; Hsieh, WS; Andersen, ME; Clewell, HJ III; Longnecker, MP. 2015. "Associations of perfluoroalkyl substances (PFASs) with lower birth weight: An evaluation of potential confounding by glomerular filtration rate using a physiologically based pharmacokinetic model (PBPK)." *Environ. Health Perspect*. 123(12):1317-1324. doi: 10.1289/ehp.1408837.

Verner, MA; Ngueta, G; Jensen, ET; Fromme, H; Voelkel, W; Nygaard, UC; Granum, B; Longnecker, MP. 2016. "A simple pharmacokinetic model of prenatal and postnatal exposure to perfluoroalkyl substances (PFASs)." *Environ. Sci. Technol*. 50(2):978-986. doi: 10.1021/acs.est.5b04399.

Vestergren, R; Berger, U; Glynn, A; Cousins, IT. 2012. "Dietary exposure to perfluoroalkyl acids for the Swedish population in 1999, 2005 and 2010." *Environ. Int*. 49:120-127. doi: 10.1016/j.envint.2012.08.016.

Vieira, VM; Hoffman, K; Shin, HM; Weinberg, JM; Webster, TF; Fletcher, T. 2013. "Perfluorooctanoic acid exposure and cancer outcomes in a contaminated community: A geographic analysis." *Environ. Health Perspect*. 121(3):318-323. doi: 10.1289/ehp.1205829.

Wang, Z; Shi, R; Ding, G; Yao, Q; Pan, C; Gao, Y; Tian, Y. 2022. "Association between maternal serum concentration of perfluoroalkyl substances (PFASs) at delivery and acute infectious diseases in infancy." *Chemosphere* 289:133235. doi: 10.1016/j.chemosphere.2021.133235.

Watkins, DJ; Josson, J; Elston, B; Bartell, SM; Shin, HM; Vieira, VM; Savitz, DA; Fletcher, T; Wellenius, GA. 2013. "Exposure to perfluoroalkyl acids and markers of kidney function among children and adolescents living near a chemical plant." *Environ. Health Perspect*. 121(5):625-630. doi: 10.1289/ehp.1205838.

Wetzel, LT; Burdock, GA; Durloo, RS; Colpean, BR. [Hazleton Laboratories America, Inc.]. 1983. "Rat Teratology Study T-3351 (Final)." Report to 3M Co. 81p., December 19. [3M_AL_GA_00067665]

Williams, GM; Iatropoulos, MJ. 2002. "Alteration of liver cell function and proliferation: Differentiation between adaptation and toxicity." *Toxicol. Pathol*. 30(1):41-53.

Wolf, CJ; Takacs, ML; Schmid, JE; Lau, C; Abbott, BD. 2008. "Activation of mouse and human peroxisome proliferator-activated receptor alpha (PPAR{alpha}) by perfluoroalkyl acids (PFAAs) of different functional groups and chain lengths." *Toxicol. Sci*. 106(1):162-171.

Wolf, CJ; Zehr, RD; Schmid, JE; Lau, C; Abbott, BD. 2010. "Developmental effects of perfluorononanoic acid in the mouse are dependent on peroxisome proliferator-activated receptor-alpha." *PPAR Res*. 2010(1):1-12. doi: 10.1155/2010/282896.

Wong, F; MacLeod, M; Mueller, JF; Cousins, IT. 2014. "Enhanced elimination of perfluorooctane sulfonic acid by menstruating women: Evidence from population-based pharmacokinetic modeling." *Environ. Sci. Technol*. 48(15):8807-8814. doi: 10.1021/es500796y.

World Health Organization (WHO). 2009. "The immunological basis for immunization series: Module 2: Diphtheria." 39p. Accessed at https://www.who.int/immunization/documents/ISBN9789241597869/en/

World Health Organization (WHO). 2013. "Women's health." Fact sheet No. 334., September. Accessed at http://www.who.int/mediacentre/factsheets/fs334/en/.

World Health Organization (WHO). 2018. "The immunological basis for immunization series: Module 3: Tetanus." 71p. Accessed at https://www.who.int/immunization/documents/ISBN9789241513616/en/

World Health Organization (WHO). 2022. "PFOS and PFOA in Drinking-water: Background Document for Development of WHO Guidelines for Drinking-Water Quality (Draft - Version for public review)." 118p., September 29. Accessed at https://cdn.who.int/media/docs/default-source/wash-documents/wash-chemicals/pfos-pfoa-gdwq-bd-working-draft-for-public-review-29.9.22.pdf

Worley, RR; Moore, SM; Tierney, BC; Ye, X; Calafat, AM; Campbell, S; Woudneh, MB; Fisher, J. 2017. "Per- and polyfluoroalkyl substances in human serum and urine samples from a residentially exposed community." *Environ. Int*. 106:135-423. doi: 10.1016/j.envint.2017.06.007.

Xu, Y; Fletcher, T; Pineda, D; Lindh, CH; Nilsson, C; Glynn, A; Vogs, C; Norstrom, K; Lilja, K; Jakobsson, K; Li, Y. 2020. "Serum half-lives for short- and long-chain perfluoroalkyl acids after ceasing exposure from drinking water contaminated by firefighting foam." *Environ. Health Perspect*. 128(7):77004. doi: 10.1289/EHP6785.

Yeh, A; Kerper, LE; Beck, BD. 2021. "Key methodological considerations for dermal permeability studies of per-and polyfluoroalkyl substances (PFAS)." Toxicologist 180(S1):237-238. Abstract 2687. Presented at the Society of Toxicology (SOT) 60th Annual Meeting and ToxEpo, held virtually March 21-26.

Zhang, S; Gitungo, S; Dyksen, JE; Raczko, RF; Axe, L. 2021. "Indicator compounds representative of contaminants of emerging concern (CECs) found in the water cycle in the United States." *Int. J. Environ. Res. Public Health* 18(3):1288. doi: 10.3390/ijerph18031288.

Zhang, T; Sun, H; Lin, Y; Qin, X; Zhang, Y; Geng, X; Kannan, K. 2013a. "Distribution of poly- and perfluoroalkyl substances in matched samples from pregnant women and carbon chain length related maternal transfer." *Environ. Sci. Technol*. 47(14):7974-7981. doi: 10.1021/es400937y.

Zhang, Y; Beesoon, S; Zhu, L; Martin, JW. 2013b. "Biomonitoring of perfluoroalkyl acids in human urine and estimates of biological half-life." *Environ. Sci. Technol*. 47(18):10619-10627. doi: 10.1021/es401905e.

Zheng, L; Dong, GH; Jin, YH; He, QC. 2009. "Immunotoxic changes associated with a 7-day oral exposure to perfluorooctanesulfonate (PFOS) in adult male C57BL/6 mice." *Arch. Toxicol.* 83(7):679-689.

# Appendix A

---

**Methodology, PFAS Properties, Health Effects of PFAS, and**

**Historical Knowledge of PFAS**

# *Table of Contents*

Page

A1 Methodology:  Evaluating Risks from Chemical Exposures ............................... 1
    A1.1 Introduction to Toxicology ................................................................ 1
    A1.2 Introduction to Epidemiology ........................................................... 3
    A1.3 Extrapolation from Animals to Humans .......................................... 3
    A1.4 Toxicity Guidelines .......................................................................... 4
    A1.5 Risk Assessment Methodology ....................................................... 5
    A1.6 Regulatory Toxicology *vs.* Causation Analysis ............................. 7
    A1.7 Evaluating the Weight of Evidence ................................................ 8

A2 Overview of PFAS Chemistry and Properties ............................................... 10
    A2.1 The Chemistry of PFAS ................................................................ 10
    A2.2 Environmental and Biological Properties of PFAS ........................ 11

A3 Understanding Mechanisms of Toxicity ....................................................... 13
    A3.1 Absorption, Distribution, Metabolism, and Excretion ................... 13
        A3.1.1 Absorption ........................................................................ 13
            A3.1.1.1 Rats and Mice ................................................... 14
            A3.1.1.2 Monkeys and Humans ...................................... 14
        A3.1.2 Distribution ....................................................................... 15
            A3.1.2.1 Volume of Distribution ....................................... 15
            A3.1.2.2 Tissue Distribution ............................................ 16
            A3.1.2.3 Placental and Lactational Transfer ................... 20
        A3.1.3 Metabolism ....................................................................... 21
        A3.1.4 Excretion .......................................................................... 22
            A3.1.4.1 Sex Differences in Excretion ............................ 25
            A3.1.4.2 Excretion *via* Menstruation and Lactation ................ 26
            A3.1.4.3 Accounting for Interspecies Differences in Elimination Half-Lives ................................................... 26
    A3.2 Physiologically Based Pharmacokinetic (PBPK) Models ............. 27
    A3.3 PPARα Mode of Action Associated with a Species-specific Response for PFOA and Other PFAS ............................................. 29
        A3.3.1 PPARα and PFOA Liver Effects ....................................... 31
        A3.3.2 PPARα and PFOA Immunological Effects ........................ 32
        A3.3.3 PPARα and PFOA Developmental Effects ....................... 32
        A3.3.4 Implications of a PPARα Mode of Action for US EPA's LHA and ATSDR's MRL for PFOA ............................................. 33

A4 Animal Studies ............................................................................................ 35
    A4.1 PFOA ............................................................................................ 36

A4.1.1 Key Endpoints ........................................................................................... 36
   A4.1.1.1 Liver Effects .................................................................................... 36
   A4.1.1.2 Serum Lipid Effects ......................................................................... 40
   A4.1.1.3 Thyroid Hormone-Related Effects .................................................... 42
   A4.1.1.4 Immunotoxicity Effects ................................................................... 43
   A4.1.1.5 Developmental and Reproductive Effects ......................................... 49
A4.1.2 Cancer ....................................................................................................... 52
A4.1.3 Overall Conclusions for PFOA ..................................................................... 54
A4.2   PFOS ..................................................................................................................... 55
A4.2.1 Key Endpoints ........................................................................................... 55
   A4.2.1.1 Liver Effects .................................................................................... 55
   A4.2.1.2 Serum Lipid Effects ......................................................................... 58
   A4.2.1.3 Thyroid Hormone-Related Effects .................................................... 60
   A4.2.1.4 Immunotoxicity Effects ................................................................... 62
   A4.2.1.5 Developmental and Reproductive Effects ......................................... 67
A4.2.2 Morbidity and Mortality ............................................................................. 70
A4.2.3 Cancer ....................................................................................................... 71
A4.2.4 Overall Conclusions for PFOS ..................................................................... 72
A4.3   PFBA ..................................................................................................................... 72
A4.3.1 Liver Effects ............................................................................................... 72
A4.3.2 Serum Lipid Effects .................................................................................... 72
A4.3.3 Thyroid Hormone-Related Effects ............................................................... 73
A4.3.4 Developmental and Reproductive Effects ..................................................... 73
A4.3.5 Conclusions for PFBA ................................................................................. 73
A4.4   PFBS ..................................................................................................................... 73
A4.4.1 Liver Effects ............................................................................................... 74
A4.4.2 Serum Lipid Effects .................................................................................... 74
A4.4.3 Kidney Effects ............................................................................................ 75
A4.4.4 Blood Effects .............................................................................................. 75
A4.4.5 Thyroid Hormone-Related Effects ............................................................... 76
A4.4.6 Developmental and Reproductive Effects ..................................................... 76
A4.4.7 Conclusions for PFBS ................................................................................. 77
A4.5   PFHxS .................................................................................................................... 77
A4.5.1 Liver and Serum Lipid Effects .................................................................... 77
A4.5.2 Blood Effects .............................................................................................. 78
A4.5.3 Thyroid Hormone-Related Effects ............................................................... 78
A4.5.4 Developmental and Reproductive Effects ..................................................... 78
A4.5.5 Conclusions for PFHxS ............................................................................... 79
A4.6   PFNA .................................................................................................................... 79
A4.6.1 Liver and Serum Lipid Effects .................................................................... 80
A4.6.2 Immunotoxicity Effects ............................................................................... 81
A4.6.3 Thyroid Hormone-related Effects ................................................................ 82
A4.6.4 Developmental and Reproductive Effects ..................................................... 82
A4.6.5 Conclusions for PFNA ................................................................................. 83

A4.7 PFDA ........................................................................................................... 83
    A4.7.1 Effects on Body Weight ........................................................................ 83
    A4.7.2 Liver Effects ......................................................................................... 84
    A4.7.3 Reproductive and Developmental Effects ........................................... 84
    A4.7.4 Other Health Effects from Short-Term and Acute Exposures ................. 85
    A4.7.5 Conclusions for PFDA ......................................................................... 86
A4.8 PFHxA ......................................................................................................... 86
    A4.8.1 Liver and Serum Lipid Effects ............................................................... 86
    A4.8.2 Blood Effects ........................................................................................ 87
    A4.8.3 Kidney and Urinary Effects ................................................................... 87
    A4.8.4 Thyroid Hormone-Related Effects ......................................................... 87
    A4.8.5 Developmental Effects ......................................................................... 87
    A4.8.6 Cancer .................................................................................................. 88
    A4.8.7 Conclusions for PFHxA ........................................................................ 88
A4.9 PFHpA, PFHpS, and PFPeA ......................................................................... 88
A4.10 Overall Conclusions for Animal Toxicity ...................................................... 88

A5 Human Studies ................................................................................................... 89
A5.1 PFOA ........................................................................................................... 89
    A5.1.1 Serum Concentrations in Workers......................................................... 89
    A5.1.2 Occupational Health Studies ................................................................ 91
        A5.1.2.1 Reproductive and Developmental Effects............................. 91
        A5.1.2.2 Liver Enzymes and Disease ................................................. 92
        A5.1.2.3 Serum Lipids and Cardiovascular Disease .......................... 93
        A5.1.2.4 Immunological Effects .......................................................... 96
        A5.1.2.5 Kidney Effects ..................................................................... 97
        A5.1.2.6 Cancer ................................................................................. 98
    A5.1.3 Serum Concentrations in the General Population and Non-occupationally Exposed Cohorts ...................................................................... 100
    A5.1.4 Studies in the General Population ......................................................... 106
        A5.1.4.1 Reproductive and Developmental Effects............................. 106
        A5.1.4.2 Liver Enzymes and Disease ................................................. 122
        A5.1.4.3 Thyroid Hormones and Disease............................................ 123
        A5.1.4.4 Serum Lipids and Cardiovascular Disease .......................... 126
        A5.1.4.5 Immunological Effects .......................................................... 132
        A5.1.4.6 Kidney Effects ..................................................................... 149
        A5.1.4.7 Cancer ................................................................................. 150
    A5.1.5 C8 Science Panel ................................................................................. 155
        A5.1.5.1 High Cholesterol .................................................................. 156
        A5.1.5.2 Thyroid Disease ................................................................... 157
        A5.1.5.3 Pregnancy-Induced Hypertension and Preeclampsia ............. 157
        A5.1.5.4 Ulcerative Colitis ................................................................. 159
        A5.1.5.5 Kidney Cancer ..................................................................... 159
        A5.1.5.6 Testicular Cancer ................................................................. 160

A5.1.5.7 Overall Conclusions for C8 Science Panel.................................. 161
A5.1.6 Overall Conclusions for Human Studies of PFOA............................ 162
A5.2    PFOS ................................................................................................ 162
A5.2.1 Serum Concentrations in Workers.............................................. 163
A5.2.2 Health Endpoint Studies in Workers........................................... 164
         A5.2.2.1 Reproductive and Developmental Effects........................... 165
         A5.2.2.2 Liver Enzymes ............................................................. 165
         A5.2.2.3 Liver Disease .............................................................. 166
         A5.2.2.4 Serum Lipids .............................................................. 166
         A5.2.2.5 Cardiovascular Disease ................................................. 167
         A5.2.2.6 Cancer ...................................................................... 168
A5.2.3 Serum Concentrations in the General Population and Non-
         occupationally Exposed Cohorts................................................ 169
A5.2.4 Studies in the General Population .............................................. 172
         A5.2.4.1 Reproductive and Developmental Effects........................... 175
         A5.2.4.2 Liver Enzymes and Disease ........................................... 189
         A5.2.4.3 Thyroid Hormones and Disease....................................... 190
         A5.2.4.4 Serum Lipids and Cardiovascular Disease ......................... 194
         A5.2.4.5 Immunological Effects .................................................. 200
         A5.2.4.6 Kidney Effects ............................................................ 213
         A5.2.4.7 Cancer ...................................................................... 214
A5.2.5 The Australian National University Study .................................... 217
A5.2.6 Overall Conclusions for Human Studies of PFOS ......................... 218
A5.3    PFBA and PFBS .............................................................................. 218
A5.3.1 PFBA ..................................................................................... 218
         A5.3.1.1 Reproductive and Developmental Effects........................... 218
         A5.3.1.2 Cardiovascular Effects .................................................. 219
         A5.3.1.3 Immunological Effects .................................................. 219
A5.3.2 PFBS ..................................................................................... 220
         A5.3.2.1 Reproductive and Developmental Effects........................... 220
         A5.3.2.2 Thyroid Hormones and Disease....................................... 221
         A5.3.2.3 Serum Lipids .............................................................. 221
         A5.3.2.4 Immunological Effects .................................................. 221
         A5.3.2.5 Cardiovascular Effects .................................................. 222
A5.3.3 Overall Conclusions for Human Studies of PFBA and PFBS ......... 223
A5.4    PFHxS.............................................................................................. 223
A5.4.1 Reproductive and Developmental Effects .................................... 223
A5.4.2 Liver Enzymes and Disease ...................................................... 229
A5.4.3 Thyroid Hormones and Disease ................................................ 229
A5.4.4 Serum Lipids and Cardiovascular Disease.................................. 232
A5.4.5 Immunological Effects.............................................................. 234
A5.4.6 Kidney Effects......................................................................... 244
A5.4.7 Cancer ................................................................................... 244
A5.4.8 The Australian National University Study .................................... 246

A5.5    PFNA .................................................................................................. 246
        A5.5.1  Reproductive and Developmental Effects ............................................ 247
        A5.5.2  Liver Enzymes and Disease ................................................................ 253
        A5.5.3  Thyroid Hormones and Disease .......................................................... 253
        A5.5.4  Serum Lipids and Cardiovascular Disease ........................................... 255
        A5.5.5  Immunological Effects ......................................................................... 258
        A5.5.6  Kidney Effects .................................................................................... 263
        A5.5.7  Cancer ................................................................................................ 263
A5.6    Other PFAS:  PFDA, PFHpA, PFHxA, PFHpS, and PFPeA ....................... 265
        A5.6.1  Reproductive and Developmental Effects ............................................ 265
        A5.6.2  Thyroid Hormone Effects .................................................................... 269
        A5.6.3  Serum Lipids and Cardiovascular Disease ........................................... 270
        A5.6.4  Immunological Effects ......................................................................... 272
        A5.6.5  Kidney Effects .................................................................................... 274
        A5.6.6  Cancer ................................................................................................ 275
A5.7    Conclusions for Human Studies .......................................................... 276

A6   Development of Scientific Knowledge of PFAS Toxicity Over Time ............................... 278
A6.1    General Toxicity .................................................................................. 278
        A6.1.1  1950s to 1970s ................................................................................... 278
                A6.1.1.1 Early Aquatic and Ecotoxicological Studies ............................. 278
                A6.1.1.2 Animal and Human Studies ...................................................... 279
        A6.1.2  1980s .................................................................................................. 282
        A6.1.3  1990s .................................................................................................. 284
        A6.1.4  Early 2000s ......................................................................................... 287
A6.2    Reproductive and Developmental Toxicity ............................................ 288
        A6.2.1  1970s .................................................................................................. 288
        A6.2.2  1980s .................................................................................................. 288
        A6.2.3  1990s .................................................................................................. 290
        A6.2.4  Early 2000s ......................................................................................... 291
A6.3    Immunotoxicity .................................................................................. 291
        A6.3.1  1970s .................................................................................................. 292
        A6.3.2  1980s .................................................................................................. 292
        A6.3.3  1990s .................................................................................................. 292
        A6.3.4  Early 2000s ......................................................................................... 293
A6.4    Cancer ................................................................................................ 293
        A6.4.1  1970s .................................................................................................. 294
        A6.4.2  1980s .................................................................................................. 294
        A6.4.3  1990s .................................................................................................. 295
        A6.4.4  Early 2000s ......................................................................................... 295
A6.5    Conclusions ........................................................................................ 296

References .................................................................................................... 297

# *List of Tables*

Table A2.1      PFAS with a Sulfonate Functional Group

Table A2.2      PFAS with a Carboxylate Functional Group

Table A3.1      PFAS Volume of Distribution Values in Humans, Monkeys, Rats, and Mice (L/kg)

Table A3.2      Tissue Distribution of PFAS by Species and Sex

Table A3.3      PFAS Liver to Serum Ratios

Table A3.4      Liver Tissue Distribution Across Species, Sex, and Dose

Table A3.5      Placental and Lactational Transfer

Table A3.6      PFAS Elimination Half-Lives

Table A3.7      Comparison of Developmental Effects in WT *vs.* PPARα-Knockout Mice

Table A5.1      Serum PFOA (ng/mL) in Representative Occupational Populations

Table A5.2      Serum PFOA (ng/mL) in Representative Non-occupational Populations

Table A5.3      Non-occupational PFOA Cohorts

Table A5.4      Studies of PFOA and Birth Outcomes

Table A5.5      Studies of PFAS Exposure and COVID-19 Outcomes

Table A5.6      Studies of PFOA Exposure and Hypersensitivity

Table A5.7      Studies of PFOA Exposure and Clinical Symptoms or Disease

Table A5.8      Studies of PFOA Exposure and Vaccine Efficacy

Table A5.9      Summary of 3M Occupational PFOS Serum Concentrations (ppb or ng/mL)

Table A5.10     Serum PFOS (ng/mL) in Representative Non-occupational Populations

Table A5.11     Non-occupational PFOS Cohorts

Table A5.12     Studies of PFOS and Birth Outcomes

Table A5.13     Studies of PFOS Exposure and Hypersensitivity

Table A5.14     Studies of PFOS Exposure and Clinical Symptoms or Disease

Table A5.15     Studies of PFOS Exposure and Vaccine Efficacy

Table A5.16       Studies of PFHxS and Birth Outcomes

Table A5.17       Studies of PFHxS Exposure and Hypersensitivity

Table A5.18       Studies of PFHxS Exposure and Clinical Symptoms or Disease

Table A5.19       Studies of PFHxS Exposure and Vaccine Efficacy

Table A5.20       Studies of PFNA and Birth Outcomes

Table A5.21       Studies of PFDA and Birth Outcomes

# *List of Figures*

Figure A2.1     Chemical Structures of PFOA, PFOS, PFBA, PFBS, PFHxS, and PFNA

# *Abbreviations*

| | |
|---|---|
| 3M | 3M Company |
| 9-HFNA | 9-H Hexadecafluoro-n-nonanoic Acid |
| Acox1 | Acyl Coenzyme A Oxidase |
| ADHD | Attention Deficit/Hyperactivity Disorder |
| ADME | Absorption, Distribution, Metabolism, and Excretion |
| AFFF | Aqueous Film Forming Foam |
| ALP | Alkaline Phosphatase |
| ALSPAC | Avon Longitudinal Study of Parents and Children |
| ALT | Alanine Aminotransferase |
| APFO | Ammonium Perfluorooctanoate |
| ASD | Autism Spectrum Disorder |
| AST | Aspartate Aminotransferase |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AUC | Area Under the Curve |
| BMDL | Benchmark Dose Limit |
| BMI | Body Mass Index |
| C8 Cohort | C8 Health Project Cohort |
| CAR | Constitutive Androstane Receptor |
| CCK | Cholecystokinin |
| CDC | Centers for Disease Control and Prevention |
| CETP | Cholesteryl Ester Transfer Protein |
| CHEF | Children's Health and the Environment in the Faroe Islands |
| CHirP | Chemicals, Health, and Pregnancy |
| CI | Confidence Interval |
| CIMT | Carotid Intima Media Thickness |
| CKD | Chronic Kidney Disease |
| CSF | Cancer Slope Factor |
| CVD | Cardiovascular Disease |
| Danish EPA | Danish Environmental Protection Agency |
| DCH | Diet, Cancer, and Health |
| ECA | Environmental and Childhood Asthma |
| EFSA | European Food Safety Authority |
| eGFR | Estimated Glomerular Filtration Rate |
| Ehhadh | Enoyl Coenzyme A Hydratase |
| ELISA | Enzyme-Linked Immunosorbent Assay |
| F0 | Parental Generation |
| F1 | First Generation |
| F2 | Second Generation |
| FAI | Free Androgen Index |
| FSH | Follicle-Stimulating Hormone |
| GBCA | Genetic and Biomarkers Study for Childhood Asthma |
| GD | Gestational Day |
| GFR | Glomerular Filtration Rate |

| | |
|---|---|
| GGT | Gamma-Glutamyl Transferase |
| hCG | Human Chorionic Gonadotropin |
| HDL | High-Density Lipoprotein |
| HED | Human Equivalent Dose |
| HFMD | Hand, Foot, and Mouth Disease |
| HI | Hazard Index |
| HOME | Health Outcomes and Measures of the Environment |
| hPPARα | Humanized Peroxisome Proliferator-activated Receptor α |
| HQ | Hazard Quotient |
| HR | Hazard Ratio |
| i.p. | Intraperitoneal |
| IARC | International Agency for Research on Cancer |
| ICU | Intensive Care Unit |
| IFN-γ | Interferon Gamma |
| Ig | Immunoglobulin |
| IgA | Immunoglobulin A |
| IgE | Immunoglobulin E |
| IgG | Immunoglobulin G |
| IgM | Immunoglobulin M |
| IHD | Ischemic Heart Disease |
| IL-1 | Interleukin 1 |
| IL-10 | Interleukin 10 |
| IL-2 | Interleukin 2 |
| IL-4 | Interleukin 4 |
| IL-5 | Interleukin 5 |
| INMA | Environmental and Childhood – Infancia y Medio Ambiente |
| lnTC | Natural Log Total Cholesterol |
| INUENDO | Biopersistent Organochlorines in Diet and Human Fertility |
| IQ | Intelligence Quotient |
| IQR | Interquartile Range |
| IUR | Inhalation Unit Risk |
| iv | Intravenous |
| $K^+PFHxS$ | Potassium Perfluorohexane Sulfonate |
| $LC_{50}$ | Median Lethal Concentration |
| $LD_{50}$ | Median Lethal Dose |
| LDL | Low-Density Lipoprotein |
| LH | Luteinizing Hormone |
| LHA | Lifetime Health Advisory |
| LIFE | Longitudinal Investigation of Fertility and the Environment |
| LNT | Linear No-Threshold |
| LOAEL | Lowest Observed Adverse Effect Level |
| LOEL | Lowest Observed Effect Level |
| LOQ | Limit of Quantitation |
| MDH | Minnesota Department of Health |
| MDHHS | Michigan Department of Health and Human Services |
| MIREC | Maternal-Infant Research on Environmental Chemicals |
| MMR | Measles, Mumps, and Rubella |
| MoA | Mode of Action |

| | |
|---|---|
| MRL | Minimum Risk Level |
| NDFDA | Nonadecafluoro-n-decanoic Acid |
| N-EtFOSE | N-Ethyl Perfluorooctanesulfonamido Ethanol |
| N-MeFOSE | 2-(N-methylperfluoroctanesulfonamido)-ethyl Alcohol |
| NHANES | National Health and Nutrition Examination Survey |
| NK | Natural Killer |
| NOAEL | No Observed Adverse Effect Level |
| NOEL | No Observed Effect Level |
| NRC | National Research Council |
| NTP | National Toxicology Program |
| OAT | Organic Anion Transporter |
| OATP | Organic Anion Transporting Polypeptide |
| OR | Odds Ratio |
| PBPK | Physiologically Based Pharmacokinetic |
| PFAS | Per- and Polyfluoroalkyl Substances |
| PFBA | Perfluorobutanoic Acid |
| PFBS | Perfluorobutane Sulfonate |
| PFDA | Perfluorodecanoic Acid |
| PFHpA | Perfluoroheptanoic Acid |
| PFHpS | Perfluoroheptane Sulfonate |
| PFHxA | Perfluorohexanoic Acid |
| PFHxS | Perfluorohexane Sulfonate |
| PFNA | Perfluorononanoic Acid |
| PFOA | Perfluorooctanoic Acid |
| PFOS | Perfluorooctane Sulfonate |
| PFOS-Li | Lithium Perfluorooctane Sulfonate |
| PFPeA | Perfluoropentanoic Acid |
| PND | Postnatal Day |
| POD | Point of Departure |
| PPARα | Peroxisome Proliferator-Activated Receptor α |
| ppb | Parts per Billion |
| ppm | Parts per Million |
| ppt | Parts per Trillion |
| PSA | Prostate-Specific Antigen |
| PXR | Pregnane X Receptor |
| RfC | Reference Concentration |
| RfD | Reference Dose |
| RSL | Regional Screening Level |
| RSV | Respiratory Syncytial Virus |
| SD | Standard Deviation |
| SELMA | Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy |
| SHBG | Sex-Hormone-Binding Globulin |
| SIR | Standardized Incidence Ratio |
| siRNA | Small Interference RNA |
| SMR | Standard Mortality Ratio |
| SRBC | Sheep Red Blood Cell |
| SWAN | Study of Women's Health Across the Nation |
| T3 | Triiodothyronine |

| | |
|---|---|
| T4 | Thyroxine |
| TDAR | T-cell-dependent Antibody Response |
| TgAb | Thyroglobulin Antibody |
| $T_H$ | T-Helper |
| TIAR | T-cell-independent Antibody Response |
| TNP | Trinitrophenyl |
| TPOAb | Thyroid Peroxidase Antibody |
| TSCA | Toxic Substances Control Act |
| TSH | Thyroid-Stimulating Hormone |
| TTP | Time to Pregnancy |
| UF | Uncertainty Factor |
| UK | United Kingdom |
| US | United States |
| US DoD | United States Department of Defense |
| US EPA | United States Environmental Protection Agency |
| UTI | Urinary Tract Infection |
| $V_d$ | Volume of Distribution |
| VLDL | Very Low Density Lipoprotein |
| WT | Wild-Type |
| WHO | World Health Organization |

# A1 Methodology:   Evaluating Risks from Chemical Exposures

## A1.1  Introduction to Toxicology

An understanding of the scientific principles in the fields of toxicology and risk assessment is necessary for evaluating the potential for a relationship between exposure to chemicals and health effects.  One of the most fundamental concepts in the field of toxicology is the dose-response relationship.  This concept is commonly summarized as "the dose makes the poison," which was first attributed to the famous Swiss-German physician-physicist Paracelsus in the sixteenth century (Aleksunes and Eaton, 2019).  Virtually all substances exhibit a dose-response relationship, which is characterized by response levels that increase as dose increases.  However, for most chemicals, biological effects occur only when the dose exceeds a threshold level for a certain period of time.  At doses ranging between zero and the threshold, biochemical or physiological mechanisms can negate a chemical's effects, thereby preventing any adverse effects.  As the magnitude and duration of exposure begin to exceed the threshold, these protective mechanisms can become less effective.  Consequently, the effect begins to appear in a manner that corresponds to the increase in dose.

The specific effect will vary from chemical to chemical.  For example, small amounts of salt may be consumed without adverse effects, because the body is able to adequately maintain proper salinity levels in its fluids and tissues.  The adequate intake of salt needed to sustain health ranges from 3 to 3.8 g/day, depending on age, sex, and lifestyle (active or sedentary) (IOM, 2005).  However, ingestion of much larger quantities of salt can override these homeostatic mechanisms and lead to adverse effects, such as hypertension (abnormally high blood pressure), in some individuals (IOM, 2005).  Similarly, aspirin also shows a dose-response relationship.  At the recommended dose of two tablets, aspirin provides pain relief from headaches or other minor aches.  Even lower doses can be beneficial in people with a history of cardiovascular disease (CVD).  Taking more than the recommended dose, however, may eventually lead to toxicity (Roberts and Morrow, 2001; Burke *et al*., 2006).  Ingestion of 10 aspirin tablets is associated with nausea, 30 tablets with acidosis (excess acidity in the blood) and hyperventilation, and 65 tablets with brain damage.  Hemorrhage and death occur with ingestion of 100 tablets (Roberts and Morrow, 2001; IOM, 2005; Burke *et al*., 2006).  Thus, because the appearance of biological effects is directly related to the magnitude and duration of an individual's exposure, estimation of dose is a critical element in determining potential human health risks from chemical exposures.

In some cases, an increased theoretical risk can be calculated based on a certain chemical dose level even though the actual risk associated with that level of chemical exposure could be nonexistent or very small, as is the case with certain calculated risk levels compared to the risk of cancer from background environmental levels of a substance.  For example, in studies investigating chronic (long-term) exposure to arsenic in soil, it is not until concentrations of arsenic in soil are approximately 100 mg/kg or higher that a consistent impact on body burden can be detected (Wong *et al*., 1992; Hewitt *et al*., 1995; Valberg *et al*., 1997; Gebel *et al*., 1998; Tollestrup *et al*., 2003; Tsuji *et al*., 2005), even though a hypothetical excess risk can be calculated at low concentrations of arsenic in soil.

Another important factor considered in toxicology is the frequency and duration of a chemical exposure.  The period over which the dose of a chemical is received may be critically important in determining the

resulting health effects (see, for example, US EPA, 1989; Paustenbach and Madl, 2014).  For example, ingestion of sufficient quantities of ethanol (alcohol) in a single event may lead to central nervous system depression, coma, and death.  However, lower doses, if repeated over years, may lead to liver and cardiovascular damage, effects not observed in acute alcohol intoxication (Fleming *et al*., 2006).  At even lower doses, adverse effects will not occur.  In fact, smaller doses (for example, a maximum of one to two glasses of red wine per day) may be beneficial, decreasing the risk of cardiovascular mortality (Goldberg *et al*., 2001; Harvard T.H. Chan School of Public Health, 2019).

The duration of exposure is also important to consider when evaluating risk.  The severity of health effects could be significantly different if the chemical exposure is experienced acutely in a single dose than if the chemical exposure is experienced chronically, with the same cumulative dose spread out over time.  This is because during chronic exposure, the body has time to eliminate the dose *via* excretion, to repair any damage that may have occurred, or to adapt and find other means of accommodating the chemical dose (Aleksunes and Eaton, 2019).  Thus, even if two individuals are receiving similar daily doses, their risk can differ depending on their respective exposure durations.

It should also be appreciated that not all of the changes observed in studies (in humans or animals) are adverse.  Rather, the body is able to adapt to various chemical and physical stresses to maintain homeostasis.  Only when the body's natural homeostatic and defense mechanisms become overwhelmed will the stress or toxic insult lead to an adverse toxicological outcome.  Multiple authors have published guidelines for distinguishing an adverse effect from an effect with limited toxicological significance (Hall *et al*., 2012; Kerlin *et al*., 2015; Lewis *et al*., 2002; Keller *et al*., 2012; Frame *et al*., 2014; Palazzi *et al*., 2016).  In Hayes' *Principles and Methods of Toxicology* (Hayes and Kruger, 2014), Frame *et al*. (2014) discussed several publications that address the adverseness of effects (*e.g.*, Keller *et al.*, 2012).  As outlined by Frame *et al*. (2014), in a list adapted from Lewis *et al*. (2002), effects are less likely to be adverse if:

- There is no functional impairment,
- The response is adaptive,
- The response is transient (*i.e*., reversible),
- The effect is of low severity,
- The response is isolated or independent,
- It is not a known precursor to a known adverse effect,
- It is secondary to another effect, or
- The effect is a consequence of the study methodology (for example, stress due to the method of dose delivery).

Reversibility is a concept that is important to consider when evaluating potential health effects (in particular for short-term exposures).  For many exposures, when exposure to a chemical ceases, the health effect or symptom also ceases, with no long-term adverse consequences.  For example, in animal experiments with per- and polyfluoroalkyl substances (PFAS), reversibility has been demonstrated for a variety of effects, including changes in liver effects, serum cholesterol, and thyroid hormone levels (see for example Perkins *et al*., 2004; Butenhoff *et al*., 2012a).

## A1.2   Introduction to Epidemiology

Epidemiology has been defined as the study of the occurrence of disease or other health-related characteristics in human populations (Driscoll and Winder, 2004). Epidemiology studies measure actual disease outcomes in a population and examine associations that may exist between chemicals and adverse health effects. It is common for data from epidemiological investigations to be used in risk assessment, a tool to predict adverse health effects based on knowledge of the effects of chemicals and exposures (US EPA, 1989; Faustman, 2019). A major strength of epidemiology studies is that they deal with humans and real exposures (Olsen *et al.*, 2014). Unlike scientists involved in laboratory investigations, however, epidemiologists are rarely able to exert control over the parameters of their studies and must grapple with a variety of technical biases and confounding variables (Driscoll and Winder, 2004; Olsen *et al.*, 2014). As a result, robust exposure estimates are often difficult to obtain from epidemiology studies because the studies are frequently done retrospectively (*e.g.*, through employment records). Another challenge of interpreting epidemiology studies is that subjects are often exposed to multiple chemicals, especially when a lifetime exposure period is considered (Faustman, 2019).

There are different types of epidemiology studies, each with different strengths and weaknesses. Two major design types are cohort and case-control studies (Faustman, 2019). In a cohort study, subjects are selected based on their exposure status (exposed *vs.* non-exposed), then the proportion of each group that gets the disease or condition of interest is evaluated. Cohort studies are useful when the exposure of interest is rare (Hennekens *et al.*, 1987). In case-control studies, the case group consists of subjects who have the disease of interest, while the control group consists of those who do not. The groups are then compared with respect to the proportion of each that has a history of the exposure of interest. Case-control studies are commonly used for studying rare diseases or diseases with a long latency (Hennekens *et al.*, 1987). Longitudinal studies, such as prospective cohorts, that follow the exposure of a population over time are more useful for assessment of causal associations than cross-sectional studies that measure disease and concurrent exposure at only one point in time (Faustman, 2019). In ecological studies, the exposure is measured or estimated at the population level and the disease outcome is the risk, incidence rate, or prevalence for that population (*i.e.*, the unit of analysis is not an individual, but a group of individuals) (Olsen *et al.*, 2014). Because there are no data for specific individuals in an ecological study, it is not possible to know whether individuals with a specific disease in a given group were actually exposed and, if so, what their exposure level was. Thus, findings from an ecological study do not and cannot provide definitive evidence that an exposure is associated with the disease in question.

## A1.3   Extrapolation from Animals to Humans

For many chemicals, government agencies use animal studies, typically rodent bioassays, for the purposes of risk assessment and regulatory decision making.[1] Animal studies are used to make up for the often limited information available from human studies regarding the toxicity potential of chemicals (NRC, 2004). When animal studies are used to evaluate toxicity potential, the results are extrapolated across species and from the relatively high doses used in animal studies to the much lower doses associated with human exposures (US EPA, 2005). In the case of carcinogens, this extrapolation typically assumes that carcinogenic potential in animals is comparable to carcinogenic potential in humans, and that carcinogenic potential at high doses (without causing mortality in animals) over shorter periods of time is comparable to carcinogenic potential at low doses over a lifetime (US EPA, 2005). Typically, regulatory scientists assume that humans are as sensitive or more sensitive than the animal species selected and that effects in animals may occur in humans (US EPA, 2005). However, there are a number of examples of animal-specific

---

[1] Such decisions might include, for example, setting permissible limits of chemicals in food or in environmental media, such as air.

findings that involve modes of action that are not relevant for humans or of animals having a greater sensitivity to an agent than humans (US EPA, 2005; Holsapple *et al.*, 2006; Aschner *et al.*, 2016; Boobis *et al.*, 2016; Cohen, 2017). For example, the artificial sweetener saccharin causes bladder cancer in rats at high doses due to a high concentration of salts and proteins in rat urine that facilitate the formation of cytotoxic crystals in the presence of saccharin. This does not occur in humans because of differences in the chemical composition of human urine compared to rat urine (IARC, 1999; Lieberman and Kwon, 2004).

## A1.4   Toxicity Guidelines

For chronic (*i.e.*, long-term exposure) non-cancer effects, toxicity is typically characterized using a chemical-specific reference dose (RfD) for ingested chemicals or reference concentration (RfC) for inhaled chemicals. For cancer, toxicity is typically characterized using a cancer slope factor (CSF) or inhalation unit risk (IUR).

The RfD or RfC is an estimate (with uncertainty spanning perhaps an order of magnitude or more) of a daily oral exposure or continuous inhalation exposure, respectively, of a human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime (Barnes and Dourson, 1988; US EPA, 2011a). RfDs and RfCs are typically derived from a point of departure (POD), which is the dose or concentration of a chemical that is estimated to be near the lower end of the observable range of health effects (Beck *et al.*, 2014). The POD can be either a data point or an estimated point derived from the observed dose-response data. As a data point, the POD is usually a no observed adverse effect level (NOAEL) or a lowest observed adverse effect level (LOAEL). NOAELs and/or LOAELs are typically identified from studies in laboratory animals, most often rats or mice, in which animals are exposed *via* ingestion or gavage (*i.e.*, oral exposure). As an estimated point, the POD can be the lower-bound estimate of a dose or concentration that produces a predetermined change in the response rate of an effect compared to background (*e.g.*, a benchmark dose limit [BMDL]) (Beck *et al.*, 2014). For the derivation of toxicity guidelines, the POD is based on the most-sensitive, credible effect (*i.e.*, the chemical-related effect that occurs at the lowest exposure level).

To account for potential uncertainties and variability (differences between laboratory animals and humans, variation in sensitivity among individuals, use of a LOAEL instead of a NOAEL, insufficient study duration, missing key toxicological studies, *etc.*), the POD is divided by uncertainty factors (UFs), typically factors of 10 each, to account for inter- and intraspecies variability and, if necessary, other sources of variability (US EPA, 2002a).[2] The application of UFs helps ensure that exposures at or below the RfD or RfC are associated with negligible, if any risk, even in sensitive populations. However, adverse health effects will not necessarily occur even at exposures greater than the RfD or RfC.

As described by United States Environmental Protection Agency (US EPA) (2000):

> It should be noted that exposures above an RfD or RfC do not necessarily imply unacceptable risk or that adverse health effects are expected. Because of the inherent conservatism of the RfC/RfD methodology, the significance of exceedances must be evaluated on a case by case basis, considering such factors as the confidence level of the assessment, the size of UFs used, the slope of the dose-response curve, the magnitude of the exceedance, and the number or types of people exposed at various levels above the RfD or RfC.

---

[2] There is a role for scientific judgment in selection of UFs and this can lead to differences across agencies in the resulting guidelines for the same chemical. The recommended maximum total UF applied for any particular chemical is 3,000. When maximum uncertainty exists in four or more areas, the database is generally considered insufficient to derive a reference value (US EPA, 2002a).

In 2014, US EPA reiterated how values in its Integrated Risk Information System, including RfDs and RfCs, "cannot be validly used to accurately predict the incidence of human disease or the type of effects that chemical exposures have on humans. This is due to the numerous uncertainties involved in risk assessment, including those associated with extrapolations from animal data to humans and from high experimental doses to lower environmental exposures" (US EPA, 2014).

For cancer, as part of a regulatory risk assessment, US EPA typically identifies a POD from a study in either humans or animals and then uses mathematical models to extrapolate risks observed at high doses or concentrations down to low doses/concentrations typical of actual exposure levels.[3]   This low-dose extrapolation is typically based on the conservative assumption that there is no threshold for cancer; thus, the dose-response relationship at low doses has historically been modeled using a linear no-threshold (LNT) model (Beck *et al*., 2014).  Using such models, the slope of the dose-response relationship at low doses is identified as either a CSF or IUR, which represents the incremental (*i.e.*, above background) upper-bound risk of an additional cancer per dose (in mg/kg-day) or concentration (in $\mu g/m^3$) of the chemical, assuming low-dose linearity (US EPA, 2005).  US EPA defines the IUR as the upper-bound excess lifetime cancer risk estimated to result from continuous exposure to an agent at a concentration of 1 $\mu g/m^3$ in air (US EPA, 2005).

Because the CSF or IUR is an upper-bound value, US EPA recognizes that actual (or "true") cancer risks would likely be lower than those calculated using the CSF/IUR (US EPA, 2005).  US EPA indicates that the "use of upper bounds generally is considered to be a health-protective approach for covering the risk to susceptible individuals" (US EPA, 2005).

Assuming linearity at low doses is a conservative assumption that is used as a default when chemical-specific information regarding the shape of the dose-response curve at low doses is uncertain.  Based on current understanding of the carcinogenic process, many scientists today have concluded that this model is likely to overestimate risks for many chemicals (see, for example, US EPA, 2005; Cohen and Arnold, 2011; Aschner *et al*., 2016; Boobis *et al*., 2016; Cohen, 2017; Greim and Albertini, 2015).  When information on the shape of the dose-response curve at low doses indicates that there is a threshold for carcinogenicity, it is appropriate to use a nonlinear (threshold) approach to characterize cancer risk.  An example of such an approach is US EPA's assumption of a threshold and derivation of an RfD, rather than a CSF, for characterizing the carcinogenicity of chloroform from oral exposure (US EPA, 2001).

## A1.5  Risk Assessment Methodology

Risk assessment is defined as "the characterization of the potential adverse health effects of human exposures to environmental hazards" (NRC, 1983).  Risk assessments form the scientific basis for many regulations or guidelines pertaining to environmental contaminants.  These include maximum contaminant levels for contaminants in drinking water, National Ambient Air Quality Standards for criteria air pollutants, Maximum Achievable Control Technology standards for hazardous pollutants, emissions standards for hazardous mobile source pollutants, and limits on the use of pesticides (NRC, 2009).

Risk assessment involves the following four steps, which were first presented as a framework by the National Academy of Sciences in 1983 (NRC, 1983).

---

[3] It should be noted that this is a regulatory construct and not a reflection of "true" risks.  That is, regulatory risk estimates are protective, but not predictive, and the true risk is likely to be well below the hypothetical regulatory risk.  See for example, James *et al*. (2015).

1. **Hazard Identification:**  The potential hazard is identified; this involves determining whether a particular chemical is causally linked to health effects.

2. **Dose-Response Assessment:**  A dose-response assessment is performed to determine the relationship between the magnitude of exposure to the hazard and the probability of the occurrence of a health effect.

3. **Exposure Assessment:**  The level of human exposure to the hazard is estimated.

4. **Risk Characterization:**  The estimated exposure level is compared with the value obtained from the dose-response assessment and characterized in a risk estimate, with an assessment of the magnitude of uncertainty.

Toxicologists like myself frequently rely on this four-step methodology to guide our analyses of potential human health risks in a reliable manner.  For non-carcinogens, risk is presented as a hazard quotient (HQ) (for a single chemical and pathway) or hazard index (HI) (for multiple chemicals and exposure pathways). The HQ compares the estimated exposure concentration (determined as part of the exposure assessment) to the RfC (identified as part of the dose-response assessment).  The HQ is calculated from the RfC using the following equation (US EPA, 1989):

$$Hazard\ Quotient = \frac{Exposure\ Concentration\ (\mu g/m^3)}{Reference\ Concentration\ (\mu g/m^3)}$$

The HI is calculated as the sum of the HQs across chemicals and exposure pathways.  If an HI is less than 1, adverse health effects are not expected, and there is no need for further evaluation.  If an HI is greater than 1, there may be the potential for non-cancer health effects to occur, and further evaluation is warranted. However, it must be emphasized that exceeding a health-protective RfC does not mean that adverse health effects will occur or are even likely to occur (US EPA, 2000).

Cancer risks are typically characterized as the incremental probability that an individual will develop cancer during his or her lifetime due to chemical exposure under the specific exposure scenarios evaluated.  The term "incremental" refers to risk above the background cancer risk experienced by all individuals during daily life.  According to American Cancer Society (2020), the lifetime probability of developing cancer (*i.e.*, background cancer risk) is approximately 0.401 (401 cases in a population of 1,000) in men, and 0.387 (387 cases in a population of 1,000) in women.  Cancer risks are expressed as a unitless probability (*e.g.*, 1 in 1,000,000 or $1 \times 10^{-6}$) of an individual developing cancer over a lifetime, above the background probability of developing cancer, due to exposure to a chemical or chemicals.  It should be noted that calculations of cancer risks are conservative, theoretical estimates and may not represent actual risks (US EPA, 2004a).  In fact, in many cases, if exposure to a certain chemical is low, the risk may be zero.

Cancer risks are calculated using lifetime average daily exposure doses (calculated as part of the exposure assessment) and toxicity factors (*i.e.*, the CSF) that quantify cancer potency.  CSFs (identified above as part of the dose-response assessment step of the four-step risk assessment methodology) are used to calculate cancer risk, for dermal or oral exposures, as follows (US EPA, 1989):

$$Cancer\ Risk = Exposure\ Dose\left(\frac{mg}{kg-day}\right) \times CSF\left(\frac{mg}{kg-day}\right)^{-1}$$

Cancer risks that are considered permissible by the federal government and by state agencies are typically not defined as a single precise value, but rather as a range of values that allows for selection of an acceptable risk within that range, based on a number of considerations. For carcinogens, regulatory agencies generally seek to limit exposures to avoid future incremental lifetime risks greater than somewhere between 1 in 1,000,000 and 1 in 10,000, although somewhat larger risks have been tolerated in certain situations (see, for example, Rodricks and Rieth, 1998).

In many situations, a complete risk assessment is not necessary, and a screening risk assessment is employed instead. US EPA has published a set of risk-based media concentrations known as Regional Screening Levels (RSLs) (US EPA, 2019a) for use in these types of evaluations. Prior to 2008, US EPA Regions III, VI, and IX each published their own set of risk-based screening levels. In 2008, these three US EPA Regions combined their screening levels into one set of values, now called "Regional Screening Levels (RSL) for Chemical Contaminants at Superfund Sites" (US EPA, 2019a). RSLs present risk-based screening values for individual compounds in residential and industrial soil, air, and drinking water. US EPA derives RSLs by combining generic conservative exposure assumptions with US EPA toxicity criteria. These levels are considered to be protective for humans (including sensitive subgroups) over a lifetime (US EPA, 2019b). They are not intended to (and do not) indicate levels at which human health effects can or will occur. RSLs are based on a cancer risk of $1 \times 10^{-6}$ (1 in 1,000,000) and a non-cancer HQ of 1 or 0.1.

RSLs are protective of human health in hypothetical high-end (*e.g.*, intentionally using assumptions that overestimate chemical intake), chronic exposure scenarios. RSLs are intentionally conservative to help identify sites that do not warrant further investigation (*i.e.*, when all maximum detected concentrations are less than corresponding RSLs). As described under US EPA guidelines, screening values are used to identify chemicals of interest at a site for the purposes of further investigation and decision making (US EPA, 2019b). RSLs are meant to be used as conservative comparison values for screening site concentrations, not as final cleanup standards; the goal of screening is to determine areas and contaminants that require further evaluation. Exceedance of a screening level does not mean that an exposure presents an unacceptable health risk, only that further evaluation of potential risks is warranted (US EPA, 2019b).

## A1.6   Regulatory Toxicology *vs.* Causation Analysis

There are substantial differences in how toxicological data are used in a regulatory framework to protect public health *vs.* how those data are used to make determinations regarding general causation, *i.e.*, whether a chemical is established as a cause of disease in humans, in a situation where individuals are claiming various health symptoms from chemical exposure (Marchant, 2019). The approach to regulatory decision making is, in part, directed by policy. As practitioners of public health, regulatory toxicologists are concerned more with avoiding potential adverse health effects, even in the face of uncertainty, than with estimating the likelihood of health effects actually occurring in a population or an individual (US EPA, 2004a; ATSDR, 2018a). This difference in perspective is important, because regulators often use high-end estimates of exposure and toxicity (which can result in overprediction of potential health risks) to be protective of human health. The aim of US EPA and other public health agencies is not to precisely define which effects are possible or expected to occur, but to define a level at which health effects are *unlikely* to occur (US EPA, 1993; ATSDR, 2018a). Thus, regulatory criteria are designed to "protect the health of everyone in general and no one in particular" (Rodricks and Rieth, 1998). Indeed, US EPA guidelines for developing regulatory criteria state that such criteria are applicable to "susceptible groups" or sensitive subpopulations, which include life stages (such as developing individuals [embryo, fetus]) and other factors that may predispose individuals to greater response to an exposure (US EPA, 2002a; CalOEHHA, 2008). In some cases, regulatory agencies are required by statute to apply these highly conservative safety factors; for instance, the Food Quality Protection Act requires that an additional 10-fold safety factor be accounted for when evaluating pre- and postnatal pesticide exposures (US EPA, 2016a).

In contrast to evaluations performed for regulatory or guidance purposes, assessing the risk of disease in an individual from a specific chemical exposure (*i.e.*, a toxicological causation analysis), which I have undertaken here, requires an estimate of *actual* risk, based on an individual exposure assessment, dose characterization, and an understanding of what health effects, if any, have been demonstrated in humans (Olsen *et al*., 2014).

In this type of analysis, lack of exceedance of a risk-based screening level can be used as an exclusionary tool (*i.e.*, to remove a chemical or pathway from further consideration). And, for the reasons stated above, it is scientifically inappropriate to interpret an exceedance as indicative of a causal link between the chemical and the observed health effect. In sum, regulatory levels do not set a scientific dividing line between "safe" and "unsafe" exposures and one cannot conclude that any exposure to levels above regulatory guidance or limits establishes that any health effect was caused or may be caused in the future by that exposure.

## A1.7   Evaluating the Weight of Evidence

To establish a reasonable link between exposure to a chemical or chemicals and disease in a population or any one individual within the population, a scientifically credible methodology is required.

First, there should be reliable evidence demonstrating that the chemical(s) in question can be causally associated with a specific illness in humans. This is referred to as "general causation": does Chemical X cause Disease Y?

An appropriate evaluation of the evidence requires not just citing individual study results, but examining the body of relevant available studies to determine whether findings are reliable, repeatable, and biologically plausible. It is necessary to evaluate multiple studies, both positive and negative, considering the strengths and weaknesses of each and weighing their points of agreement and contradiction, to arrive at an overall scientific assessment of the evidence (Wickwire and Menzie, 2010; Linder *et al*., 2010; NTP, 2015a; OSHA, 2016; Goodman *et al*., 2013, 2015; Rhomberg *et al*., 2013).

Postulates for establishing whether an association between an environmental exposure and a specific disease outcome is causal or simply due to chance were formally presented by Sir Bradford Hill in 1965 to the British Royal Society of Medicine's Section of Occupational Medicine (Hill, 1965). The "Hill Postulates," which are still used today to establish causality, include:

1. **Strength of the Association:** Is the magnitude of the association between the exposure and disease strong enough that it is not likely due to chance?

2. **Consistency:** Is the association consistently observed under different circumstances of exposure and in different study populations?

3. **Specificity:** Is the association specific to a certain disease?

4. **Temporality:** Does the exposure precede the disease, and with sufficient time for the disease to manifest after the exposure?

5. **Biological Gradient:** Does the magnitude of the association increase with the magnitude of the exposure (*i.e.*, is there a dose-response relationship)?

6. **Plausibility:** Is it biologically plausible that the suspected cause leads to the effect?

7. **Coherence:**  Is the association consistent with what is known about the etiology[4] of the disease?

8. **Experiment:**  If preventative action is taken (*i.e.*, the source of suspected exposure removed), is the frequency of effects altered?

9. **Analogy:**  In the absence of data, are there similar chemicals and/or exposures that compare?

---

[4] Etiology is the cause or causes of a disease.

# A2   Overview of PFAS Chemistry and Properties

## A2.1   The Chemistry of PFAS

PFAS are a broad category of organic molecules containing fluorine and carbon that consists of thousands of distinct chemicals.  A subset of these chemicals contains a chain of between 4 and 16 carbons that are fully bonded to fluorine atoms and another chemical group, such as a carboxylate or sulfonate group, that varies with different PFAS.  In addition to fluorine, PFAS have functional groups that determine to which classes of PFAS they belong (ATSDR, 2021; US EPA, 2020).  For example, most PFAS that are of interest to this case have either a sulfonate group or a carboxylate group attached to a terminal carbon.  The structures of perfluorooctanoic acid (PFOA), perfluorooctane sulfonate (PFOS), perfluorobutanoic acid (PFBA), perfluorobutane sulfonate (PFBS), perfluorohexane sulfonate (PFHxS), and perfluorononanoic acid (PFNA) are depicted in Figure A2.1.



**Figure A2.1  Chemical Structures of PFOA, PFOS, PFBA, PFBS, PFHxS, and PFNA.**  PFBA = Perfluorobutanoic Acid; PFBS = Perfluorobutane Sulfonate; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate.  Adapted from ATSDR (2021).

PFAS are produced by two major methods, telomerization and electrochemical fluorination (ATSDR, 2021; ITRC, 2020).  Depending on the manufacturing process, many PFAS may occur as mixtures of linear and branched isomers in different proportions.  The electrochemical fluorination process produces mixtures of linear and branched isomers, whereas the telomerization method produces mainly linear isomers.  These structural differences may affect the biological properties of a particular PFAS (ATSDR, 2021).

In general, PFAS do not occur naturally and are the result of anthropogenic activities (ATSDR, 2021).[5] Historically, some manufacturers used PFOA as a processing aid in the creation of fluoropolymers that have the ability to repel oil, stains, grease, and water under high temperatures, making these chemicals ideal for use in making protective coatings for non-stick cookware and clothing (Lau, 2015). PFOS possesses surfactant properties (the ability to reduce the surface tension between liquids or between a liquid and solid). Because of these properties, PFOS or related chemistries have been used in numerous chemical applications, such as fire-fighting foams, hydraulic fluids, carpet cleaners, and oil well surfactants. Tables A2.1 and A2.2 present a small subset of sulfonated and carboxylated PFAS, respectively, described in Agency for Toxic Substances and Disease Registry (ATSDR) (2021) and/or Dagnino (2015).

**Table A2.1  PFAS with a Sulfonate Functional Group**

| Compound | Abbreviation | Carbon Length |
|---|---|---|
| Perfluorobutane Sulfonate | PFBS | 4 |
| Perfluorohexane Sulfonate | PFHxS | 6 |
| Perfluorooctane Sulfonate | PFOS | 8 |
| Perfluorodecane Sulfonate | PFDS | 10 |

Note:
PFAS = Perfluoroalkyl Substances.

**Table A2.2  PFAS with a Carboxylate Functional Group**

| Compound | Abbreviation | Carbon Length |
|---|---|---|
| Perfluorobutanoic Acid | PFBA | 4 |
| Perfluoropentanoic Acid | PFPeA | 5 |
| Perfluorohexanoic Acid | PFHxA | 6 |
| Perfluoroheptanoic Acid | PFHpA | 7 |
| Perfluorooctanoic Acid | PFOA | 8 |
| Perfluorononanoic Acid | PFNA | 9 |
| Perfluorodecanoic Acid | PFDA | 10 |
| Perfluoroundecanoic Acid | PFUnA | 11 |
| Perfluorododecanoic Acid | PFDoA | 12 |
| Perfluorotetradecanoic Acid | PFTA | 14 |

Note:
PFAS = Perfluoroalkyl Substances.

## A2.2   Environmental and Biological Properties of PFAS

Certain PFAS are resistant to degradation by water, sunlight, microbes, and animal metabolism. This resistance is attributable to the strong carbon-fluorine bond present in fully fluorinated PFAS, which makes these molecules very stable and non-reactive (ATSDR, 2021). Chain length does not affect these compounds' persistence in the environment; shorter PFAS are comparable to longer-chain PFAS in terms of their resistance to environmental degradation (Buck, 2015; ATSDR, 2021). In addition, it has been shown that in certain circumstances, certain PFAS have the potential to enter the food chain, bioaccumulate in certain organisms, and undergo long-range transport away from the original source (ATSDR, 2021). However, these properties vary significantly across different PFAS. One study detected PFOS in the tissues of fish, birds, and marine mammals in both urban and non-urban areas, with higher concentrations in predatory animals, suggesting that both transport of PFOS far from its anthropogenic sources and biomagnification of PFOS up the food chain are possible (Giesy and Kannan, 2001). In the same study, all

---

[5] Although it is commonly stated in the scientific literature that PFAS result only from anthropogenic activities, there is some evidence of the PFAS, trifluoroacetate, occurring naturally in the environment (Von Sydow *et al*., 2000; Frank *et al*., 2002; Scott *et al*., 2005); however, this is not universally accepted as fact (Bjornsdotter *et al*., 2020).

concentrations of PFHxS were less than the limit of quantitation (LOQ), and only a few samples contained PFOA at levels greater than the LOQ.  In general, PFOS is the most commonly detected perfluorinated sulfonate, and PFAS, in wildlife (Conder *et al*., 2008; ATSDR, 2021).

The biological properties of a particular PFAS can depend on both carbon chain length and the particular functional groups that are present, as well as the isomer type (branched *vs*. linear).  Certain PFAS with longer chain lengths, for example with eight carbons, have long biological half-lives in the body and can bioaccumulate under certain circumstances (Fujii *et al*., 2015; Lau, 2015; Buck, 2015; ATSDR, 2021). Bioaccumulation potential decreases at chain lengths greater than eight (ATSDR, 2021), likely due to a decreased capacity for absorption.  In addition, certain sulfonate PFAS generally have longer half-lives than carboxylic acid PFAS of the same chain length (Lau, 2015; ATSDR, 2021).  Variation in chain length and functional groups also produces different health effects in experimental animals (ATSDR, 2021).

# A3  Understanding Mechanisms of Toxicity

In this section, I discuss:  (1) how the processes of absorption, distribution, metabolism, and excretion (ADME) aid in interpreting findings from studies in animals and humans, and how to extrapolate animal doses to human doses, considering the differences in these processes; (2) physiologically based pharmacokinetic (PBPK) models developed for PFOA and PFOS and their use both for interpreting specific findings from studies in humans and in developing drinking water guidelines for PFOA and PFOS; and (3) potential species specificity with respect to the underlying mechanisms by which PFOA causes toxicity.

The discussion below is based on my own review of studies discussed by the ATSDR (2021) in its toxicological review for PFAS and the US EPA (2016b,c) in its reviews of PFOA and PFOS.  I also identified additional literature based on a search of the PubMed database, starting in 2013 for PFOA and PFOS and starting in 2009 for PFBA, PFBS, PFHxS, PFNA, perfluorodecanoic acid (PFDA), perfluorohexanoic acid (PFHxA), perfluoroheptanoic acid (PFHpA), perfluoroheptane sulfonate (PFHpS), and perfluoropentanoic acid (PFPeA).[6]

## A3.1  Absorption, Distribution, Metabolism, and Excretion

The concentration of a chemical and its metabolites in the body and importantly, at target sites where key critical effects occur, is governed by the ADME processes.  Thus, it is important to understand ADME and how these processes may differ between laboratory animals, in which health effects of chemicals are frequently evaluated, and in humans.  Understanding species differences in ADME is of particular importance for PFAS, because there are marked differences in these processes between animals and humans.  These interspecies differences indicate that exposure should be compared based on serum concentration rather than exposure dose.  Understanding ADME factors thus allows for appropriate interpretation of studies showing associations between serum concentrations and biological effects.  In this case, an understanding of ADME can help evaluate whether observed associations are caused by a chemical exposure or can be explained by reverse causation.[7]  This is relevant to evaluating associations between certain health effects and PFAS exposures.

### A3.1.1  Absorption

Absorption describes the movement of a substance into the bloodstream, with the speed and extent to which a substance is absorbed depending on several factors, including the particular route of exposure and the physicochemical properties of the substance (Slitt, 2019).  Insight as to how and to what extent a substance is absorbed affects other parameters, such as bioavailability and tissue dose, that will ultimately impact potential toxicity and overall body burden.

---

[6] In addition to the particular PFAS (*e.g.*, PFOA, PFOS), PubMed search terms included absorption, metabolism, excretion, ADME, elimination, penetration.

[7] Reverse causation refers to a situation in which an association between a health effect and a chemical occurs because the health condition causes an increased body burden of the chemical (*e.g.*, in blood), rather than the chemical causing the health effect.

### A3.1.1.1 Rats and Mice

PFOA and PFOS are well absorbed following oral exposure, with estimated absorption fractions in rats of > 90% (Chang *et al*., 2008a; ATSDR, 2021; US EPA, 2016b,c).  Findings from a study by Hinderliter *et al*. (2006a), in which PFOA plasma concentrations were higher in fasted *vs*. non-fasted rats, suggests that absorption is greater for fasted rats.  There is also qualitative evidence that PFOA is absorbed by rats following both inhalation and dermal exposure (Kennedy, 1985; Kennedy *et al*., 1986).  The observation that the peak serum PFOA concentration was approximately 30-fold lower following inhalation *vs*. oral exposure to a comparable PFOA dose suggests that PFOA may be less well absorbed following inhalation exposure than following oral exposure (Kennedy *et al*., 2004).[8]  The observation that PFOA serum concentration following cumulative dermal exposure to 200 mg/kg ammonium PFOA[9] was comparable to that following a single oral exposure to 25 mg/kg PFOA similarly suggests that PFOA is less well absorbed following dermal exposure than following oral exposure (Kennedy, 1985; Kennedy *et al*., 2004).

Absorption data are limited for PFBA, PFBS, PFHxS, PFNA, PFDA, PFHxA, PFHpA, PFHpS, and PFPeA.  PFBA oral absorption appears to be nearly complete in rats, based on comparable values for peak serum concentration following either oral or intravenous (iv) exposure to the same dose (Chang *et al*., 2008a).  According to Chang *et al*. (2008a), PFBA is also well absorbed by mice, although absorption is less than in rats.  Data from a study by Olsen *et al*. (2009) similarly indicate that PFBS oral absorption is nearly complete in rats, based on comparable values for peak serum concentration and the amount excreted in the urine following either oral or iv exposure to the same dose.

PFHxS, PFNA, and PFDA are well absorbed orally in animals.  PFHxS has approximately 88-96% bioavailability in rats, and more rapid absorption in females than in males (Kim *et al*., 2016a, 2018a).  PFNA is absorbed in 90-100% in both female and male mice and in 75-79% in both female and male rats (Fujii *et al*., 2015; Kim *et al*., 2019).  PFDA has approximately 65-87% bioavailability in both female and male rats (Kim *et al*., 2019).

### A3.1.1.2 Monkeys and Humans

I did not identify quantitative data regarding absorption of PFOA in monkeys.  Based in part on the observation of a lower steady-state serum[10] PFOA concentration following oral exposure than what would be predicted following iv exposure, Butenhoff *et al*. (2004a) hypothesize that absorption in monkeys may not be complete.  This is in contrast to rats, as discussed above.

As discussed by ATSDR (2021), observations that PFOA concentrations in serum or plasma are related to PFOA exposure *via* drinking water, provide evidence of oral absorption of PFOA in humans (*e.g*., Hoffman *et al*., 2011; Seals *et al*., 2011; Bartell *et al*., 2010; Holzer *et al*., 2008; Wilhelm *et al*., 2008).  Fasano *et al*. (2005) calculated a human *in vitro* dermal permeability coefficient for PFOA of $9.49 \times 10^{-7}$ cm/hour, with approximately 0.05% of administered PFOA penetrating through the skin over a 48-hour exposure period, which is on the same order of magnitude as sucrose[11] (US EPA, 2004b).  In comparison, the dermal

---

[8] Based on a comparison of serum concentration following acute oral exposure to 25 mg/kg PFOA with serum concentration following 6-hour inhalation exposure to 0.1 mg/m[3] ammonium PFOA, assuming a minute ventilation for rats of 0.681 L/min-kg, as recommended by Bide *et al*. (1997).

[9] Rats were exposed *via* dermal application to 20 mg/kg PFOA, 5 days per week, for 2 weeks (Kennedy, 1985).

[10] Steady-state occurs when the rate at which a chemical is cleared from the blood is the same as the rate at which a chemical is absorbed into the blood.

[11] Based on predicted and measured permeability for sucrose of $6.0 \times 10^{-7}$ and $5.2 \times 10^{-6}$, respectively (US EPA, 2004b).

permeability coefficient for nicotine is approximately $1 \times 10^{-3}$ (US EPA, 2004b) or approximately three orders of magnitude greater than that for PFOA.

I did not identify any data regarding absorption of PFOS, PFBA, PFBS, PFHxS, PFNA, PFDA, PFHxA, PFHpA, PFHpS, or PFPeA for either monkeys or humans.

## A3.1.2 Distribution

Distribution of a chemical in the body describes the transfer of a chemical throughout the body, across different compartments (*e.g.*, blood, specific tissues). Distribution processes are typically reversible and ultimately determine the free concentration of the chemical in the blood or tissues (Slitt, 2019). The circulating or tissue concentration dictates the onset and intensity of any potential toxicity observed after exposure.

### A3.1.2.1        Volume of Distribution

Substance distribution can be characterized by its apparent volume of distribution ($V_d$), a theoretical term that indicates how widely a chemical is distributed in the body. Mathematically, the $V_d$ is the ratio of the total amount of chemical in the body divided by the amount in blood plasma (Krishnan, 2019). Chemicals that are found primarily in physiological fluid spaces (*e.g.*, the blood or extracellular fluid)[12] have low $V_d$s, of less than 1 L/kg (Krishnan, 2019).[13] Chemicals that are highly fat soluble or extensively bound to proteins in cells, such that the bulk of the chemical in the body is not found in blood plasma, have $V_d$s much greater than 1 L/kg (Krishnan, 2019). Thus, aspirin, which is primarily found dissolved in the blood, has a $V_d$ of approximately 0.2 L/kg, whereas the antipsychotic drug chlorpromazine, which is highly fat soluble, has a reported $V_d$ greater than 40 L/kg (Snodgrass, 1996).

The $V_d$ is typically an important determinant of metabolism, because only chemicals that are present in blood have the ability to be metabolized and excreted by the liver and kidneys. Table A3.1 presents $V_d$ values for the PFAS at issue, for humans, monkeys, rats, and mice. These values indicate that the PFAS at issue distribute primarily to extracellular fluid and not other body compartments, such as fat or intracellular proteins (Butenhoff *et al*., 2004a; Chang *et al*., 2008a, 2012; Olsen *et al*., 2009).

---

[12] Extracellular fluids consist of interstitial fluid (*i.e.*, surrounding tissue cells), blood plasma, and lymph (*i.e.*, fluid inside blood and lymphatic vessels).

[13] Note that $V_d$ is sometimes expressed in units of liters without being divided by body weight. For a typical adult weighing 70 kg, a $V_d$ of 1 L/kg is the same as a $V_d$ of 70 L.

**Table A3.1  PFAS Volume of Distribution Values in Humans, Monkeys, Rats, and Mice (L/kg)**

| Species | Sex | Exposure Route | PFBA | PFBS | PFOA | PFOS | PFHxS | PFNA |
|---|---|---|---|---|---|---|---|---|
| Humans[a] | | N/A | N/A | N/A | 0.170 | 0.230 | N/A | N/A |
| Cynomolgus Monkeys[b] | Females | iv | 0.443 | 0.255 | 0.198 | 0.274 | 0.213 | N/A |
| | Males | | 0.526 | 0.254 | 0.181 | 0.202 | 0.287 | N/A |
| Sprague-Dawley Rats[c] | Females | iv | 0.187 | 0.351 | N/A | 0.586 | N/A | 0.218 |
| | Males | | 0.253 | 0.330 | N/A | 0.649 | N/A | 1.73 |
| Sprague-Dawley Rats[d] | Females | iv | N/A | N/A | 0.171 | 0.352 | 0.289 | N/A |
| | Males | | N/A | N/A | 0.112 | 0.383 | 0.269 | N/A |
| Sprague-Dawley Rats[c] | Females | Oral | 0.173 | 0.391 | N/A | 0.521 | N/A | 0.125 |
| | Males | | 0.209 | 0.676 | N/A | 0.765 | N/A | 0.113 |
| Sprague-Dawley Rats[d] | Females | Oral | N/A | N/A | 0.154 | 0.289 | 0.256 | N/A |
| | Males | | N/A | N/A | 0.106 | 0.280 | 0.278 | N/A |
| Wistar Rats[e] | Females | iv | N/A | N/A | 0.211 | N/A | N/A | N/A |
| | Males | | N/A | N/A | 0.339 | N/A | N/A | N/A |
| CD-1 Mice[f] | Females | Oral | 0.134 | N/A | N/A | 0.261 | 0.147 | 0.192 |
| | Males | | 0.296 | N/A | N/A | 0.263 | 0.195 | 0.328 |

Notes:

iv = Intravenous; N/A = Not Available; PFAS = Perfluoroalkyl Substances; PFBA = Perfluorobutanoic Acid; PFBS = Perfluorobutane Sulfonate; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate.

Volume of distribution ($V_d$) values for animals are all based on a single dose.

(a) Data from Thompson *et al*. (2010); calculated assuming a first-order, one-compartment model.

(b) Data from Chang *et al*. (2008a) for PFBA (10 mg/kg); Olsen *et al*. (2009) for PFBS (10 mg/kg); Butenhoff *et al*. (2004a) for PFOA (10 mg/kg); Chang *et al*. (2012) for PFOS (2 mg/kg); Sundstrom *et al*. (2012) for PFHxS (10 mg/kg); Kim *et al*. (2019) for PFNA (3 mg/kg).

(c) Data from Chang *et al*. (2008a) for PFBA (30 mg/kg); Olsen *et al*. (2009) for PFBS (30 mg/kg); Chang *et al*. (2012) for PFOS (2 mg/kg); and Tatum-Gibbs *et al*. (2011) for PFNA (1 mg/kg).

(d) Data from Kim *et al*. (2016a) for PFOA (1 mg/kg), PFOS (2 mg/kg), and PFHxS (4 mg/kg).

(e) Data from Ohmori *et al*. (2003) for PFOA (~20 or 50 mg/kg; estimated based on administered dose reported by Ohmori *et al*. as being, alternatively, 48.64 µmol/kg or 48.64 mmol/[2.5 mL/kg]; conversion based on molecular weight of 414.069 [ATSDR, 2021]).

(f) Data from Chang *et al*. (2008a) for PFBA (30 mg/kg); Chang *et al*. (2012) for PFOS (20 mg/kg); Sundstrom *et al*. (2012) for PFHxS (20 mg/kg); and Tatum-Gibbs *et al*. (2011) for PFNA (1-10 mg/kg).

Once absorbed, both PFOA, PFOS, and other long-chain PFAS (*i.e.*, PFAS with 6 or more carbons in the carbon chain) bind with proteins in the blood, primarily albumin, and do not appear to either bind to or be taken up into red blood cells (Ohmori *et al*., 2003; Kerstner-Wood *et al*., 2003; Ehresman *et al*., 2007; Chen and Guo, 2009; Forsthuber *et al*., 2020).  *In vitro*, > 90% of PFOA binds to albumin, with comparable binding affinity in rats and humans, and comparable binding in male and female rats (Han *et al*., 2003). Ohmori *et al*. (2003) found that more than 98% of PFOA was bound to plasma proteins in rats.  Similarly, an *in vitro* binding study showed that 99-100% of PFOS is bound to plasma proteins, such as albumin and low-density lipoproteins (LDLs), in rats, monkeys, and humans (Kerstner-Wood *et al*., 2003).

### A3.1.2.2        Tissue Distribution

In addition to understanding the apparent $V_d$, evaluating specific tissue distribution is important for understanding the amount of a substance reaching specific tissues (*i.e.*, tissue dose) and, subsequently, potential target organ toxicity.  As with other pharmacokinetic parameters, a better understanding of distribution patterns may help elucidate observed differences in toxicity, either among or within species, and may also help predict whether such differences might exist, in the absence of information to that effect.

Tissue distribution is largely controlled by lipid solubility, with more lipid-soluble substances preferentially distributing to hydrophobic areas, such as lipid bilayers of tissues, and more water-soluble substances preferentially distributing to aqueous media, such as blood plasma or serum (Slitt, 2019). Specific tissue distribution is evaluated by comparing concentrations in the specific tissue to those in serum or plasma; ratios greater than 1 indicate preferential partitioning into the specific tissue relative to the serum or plasma.

Table A3.2 presents the predominant tissues in which certain PFAS distribute. As shown in Table A3.2, while there are similarities in overall PFAS tissue distribution, there are also notable differences that appear to vary by specific PFAS, species, and, to a lesser extent, by sex. Overall, the evidence suggests that PFOA, PFOS, and PFBS preferentially distribute to the liver in several species and do not readily cross the mature blood-brain barrier. The data for humans are limited, but do not show significant concentrations of PFOA or PFOS in the liver at environmental exposure levels (Olsen *et al.*, 2003a). Data from Harada *et al.* (2007), in which PFOA and PFOS cerebral spinal fluid concentrations in adult humans were more than 500-fold lower than serum concentrations, provide additional evidence that these compounds do not readily cross the mature blood-brain barrier in humans. PFBA appears to preferentially distribute to the serum and, to a much lesser extent, to the liver. It is important to note that data for all species aside from rats, and for PFBA, PFBS, PFHxS, PFNA, PFDA, PFHxA, PFHpA, PFHpS, and PFPeA, are limited, and thus, it is not possible to draw strong conclusions regarding the observed differences in specific tissue distribution for species other than rats, or for PFBA, PFBS, PFHxS, and PFNA, for any species, based on these data.

**Table A3.2  Tissue Distribution of PFAS by Species and Sex**

| Species | Sex | PFBA | PFBS | PFOA | PFOS | PFHxS | PFNA |
|---|---|---|---|---|---|---|---|
| Rats | Males | Serum >> Liver[a] | N/A | ≤ 5 mg/kg<br>Liver >> Serum > Kidney >> Spleen>> Brain[b]<br><br>≥ 10 mg/kg<br>Serum ≥ Liver ≥ Kidney >> Spleen >> Brain[b] | ≤ 0.3 mg/kg<br>Liver >>> Serum ≈ Kidney >> Spleen >> Brain[c]<br><br>2 mg/kg<br>Liver >> Serum >> Kidney >> Spleen[d] | Serum >> Liver > Kidney >> Spleen[e] | Liver >> Serum > Kidney[f] |
| | Females | N/A | N/A | ≤ 5 mg/kg<br>Serum ≈ Liver ≥ Kidney >> Spleen[b]<br><br>≥ 10 mg/kg<br>Serum > Kidney > Liver >> Spleen >>> Brain[b] | 2 mg/kg<br>Liver >> Serum >> Kidney >> Spleen[d] | Serum >> Liver > Kidney >> Spleen[e] | Serum >> Kidney > Liver[f] |
| Mice | Males | Serum >> Liver[a] | Liver > Kidney >> Spleen >> Brain[g] | Liver > Serum[h] | Liver >> Kidney >> Spleen >> Brain[i] | Serum >> Liver >> Kidney[e] | Liver > Serum > Kidney[f] |
| | Females | N/A | N/A | Liver >> Serum[h] | N/A | Serum >> Liver >> Kidney[e] | Liver > Serum > Kidney[f] |
| Monkeys | Males | N/A | N/A | Serum >> Liver[j] | Liver > Serum[k] | N/A | N/A |
| Humans | N/A | Kidney >> > Liver > Brain[l] | Kidney >> Liver (ND in brain)[l] | Liver >> Kidney (ND in brain)[l] | Serum ≥ Liver >>> Brain[l] | Kidney >> Liver ≥ Brain[l] | Brain ≥ Kidney >> Liver[l] |

Notes:

N/A = Not Available; ND = Not Detected; PFAS = Perfluoroalkyl Substances; PFBA = Perfluorobutanoic Acid; PFBS = Perfluorobutane Sulfonate; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate.

≥ indicates tissue concentration is comparable or slightly greater than tissue concentration in comparison tissue.

> indicates there is a less than 2-fold difference in relative tissue concentration.

>> indicates there is a 2- to 10-fold difference in relative tissue concentration.

>>> indicates there is a greater than 10-fold difference in relative tissue concentration.

(a) Chang *et al.* (2008a).

(b) Data from multiple studies (a more complete description of the values and their sources can be found in Pizzurro *et al.*, 2019); data for PFOA levels in female rat brain at low doses are not available.

(c) Iwabuchi *et al.* (2017).

(d) Kim *et al.* (2016a).

(e) Benskin *et al.* (2009).

(f)  Tatum-Gibbs *et al.* (2011) and Kim *et al.* (2019) for males only.

(g) Bogdanska *et al.* (2014).

(h) Data from one male and one female mouse (Hundley *et al.*, 2006).

(i) Bogdanska *et al.* (2011).

(j) Butenhoff *et al.* (2004a); evaluated only serum and liver concentrations.

(k) Seacat *et al.* (2002); evaluated only serum and liver concentrations.

(l) Data from 20 human cadavers (Perez *et al.*, 2013).  Note that this study has significant limitations, including the small number of individuals studied and the lack of removing blood from the tissues prior to measuring tissue PFAS levels.

Table A3.3 presents the ratios of different PFAS in the liver, a predominant tissue for PFAS distribution, to serum or plasma in various species.  As shown in Table A3.3, liver concentrations (relative to serum or plasma) decrease in the order of PFNA ≈ PFOS > PFOA > PFHxS > PFBA.  I did not identify information regarding liver-to-serum ratios for PFBS.  Also, the relationships shown in Table A3.3 apply to animals studied postnatally, but may not apply to the developing fetus.

**Table A3.3  PFAS Liver to Serum Ratios[a]**

| Species | PFBA | PFOA | PFOS | PFHxS | PFNA |
|---------|------|------|------|-------|------|
| Rats | Males 0.24 (0.22-0.27)[b] | Females (≤ 0.1 mg/kg)[c] N/A | Females[c] 2.9 (1.9-47) | Females[c] 0.16 (0.07-0.25) | Males (1 mg/kg)[d] 9.34 |
| | | Males (≤ 0.1 mg/kg)[c] 2.4 (1.7-3.7) | Males[c] 8.8 (2.6-51) | Males[c] 0.44 (0.13-2.1) | Males (3 mg/kg)[d] 5.11 |
| | | Females (≥ 1 mg/kg)[c] 0.64 (0.28-0.81) | | | Males (10 mg/kg)[d] 3.68 |
| | | Males (≥ 1 mg/kg)[c] 0.9 (0.59-2.3) | | | |
| Mice | Females 0.17 (0.15-0.17)[e] | Females (10 mg/kg)[f] 2.4 | N/A | Females[c] 0.42 (0.37-0.47) | Females 5-8 |
| | Males 0.23 (0.21-0.28)[e] | Males (10 mg/kg)[f] 1.6 | | Males[c] 0.59 (0.50-0.67) | Males[d] 6-15 |
| Monkeys | N/A | 0.18 (3 mg/kg)[g] 0.13 (10 mg/kg)[g] | 1.8 (0.9-2.2)[h] | N/A | N/A |
| Humans | N/A | 1.2, 3.2[i] | 1.3[j] | 0.34, 1.5[i] | N/A |

Notes:
N/A = Not Available; PFAS = Perfluoroalkyl Substances; PFBA = Perfluorobutanoic Acid; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate.
(a)  Values represent median and range; studies report concentrations in either serum or plasma, with values in either serum or plasma considered equivalent.  Unless otherwise specified, there were no clear dose-dependent or sex-dependent differences in liver and serum concentrations.
(b)  Data for males only (Chang *et al.*, 2008a).
(c)  Ratios based on data from multiple studies (a more complete description of the values and their sources can be found in Pizzurro *et al.*, 2019).
(d)  Rat data for males only.  Mouse data reported as ranges (Tatum-Gibbs *et al.*, 2011).
(e)  Data for doses of 10-100 mg/kg (Chang *et al.*, 2008a).
(f)  Serum PFOA concentrations were estimated from whole-blood concentrations from Hundley *et al.* (2006) using a factor of 1.9, as estimated from data reported by Iwabuchi *et al.* (2017) and Kudo *et al.* (2007).
(g)  Data from Butenhoff *et al.* (2004a) for males only; values represent median for n = 4 monkeys/dose.
(h)  Data from Seacat *et al.* (2002); no apparent difference between females and males, or among doses (from 0.03 to 0.75 mg/kg-day).
(i)  Data available for only two cadavers (Olsen *et al.*, 2001; also discussed in Olsen *et al.*, 2003a).
(j)  Data as reported by Olsen *et al.* (2003a).

Studies in rats and mice indicate that PFOS can pass through the immature blood-brain barrier.  In rats, PFOS levels in fetal and pup brains are greater than in maternal brains, with levels in rat pups observed to decrease after birth (Chang *et al.*, 2009; Ishida *et al.*, 2017).  Zeng *et al.* (2011) also observed that PFOS concentrations in the rat pup hippocampus and cortex decreased between postnatal day (PND) 0 and PND

21, consistent with the fetal blood-brain barrier not being fully developed.  Similarly, PFOS levels in fetal and pup mouse brains are greater than in maternal mouse brains (Borg *et al.*, 2010).[14,15]

Table A3.4 highlights the differences in liver-to-serum ratios across species, sexes, and doses (for the values presented in Table A3.3).  As shown in Tables A3.3 and A3.4, the exact distribution patterns differ across species and sexes for the different PFAS.  The species differences are more pronounced for PFOA and PFOS than for PFBA (I did not locate this information for PFBS).  As discussed further in Section A3.1.4, the sex differences in PFOA distribution for rats (but not for PFOS in rats) are consistent with differences in excretion rates.  The reasons for such species differences in liver tissue distribution is unclear.  The information in Tables A3.3 and A3.4 also indicates that PFOS distributes to the liver to a lesser extent in monkeys and humans than in rats.  This suggests that given the same serum or plasma concentration, monkeys and humans may be less susceptible to liver effects of PFOS than rats.

**Table A3.4  Liver Tissue Distribution Across Species, Sex, and Dose**

| Comparison Across: | PFBA | PFOA | PFOS | PFHxS | PFNA |
|---|---|---|---|---|---|
| Species | Rats ≈ Mice | Mice ≈ Humans > Rats > Monkeys | Rats > Monkeys ≈ Humans | Humans > Mice > Rats | Rats ≈ Mice |
| Sexes | Males ≈ Females (Mice) | Males > Females (Rats) Females ≈ Males (Mice) N/A (Monkeys and Humans) | Males > Females (Rats) N/A (Mice, Monkeys, and Humans) | Males > Females (Rats) Females ≈ Males (Mice) | Males > Females (Mice) |
| Doses | N/A | Low Dose > High Dose (Rats) N/A (Mice, Monkeys, and Humans) | N/A | N/A | Low Dose > High Dose (Rats) |

Notes:
N/A = Not Available; PFBA = Perfluorobutanoic Acid; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate.

### A3.1.2.3        Placental and Lactational Transfer

Studies of humans and laboratory animals demonstrate that at least some PFAS can cross the placenta, referred to as placental transfer, and into breast milk, referred to as lactational transfer.  Thus, developing fetuses can be exposed to PFAS *in utero*, and newborns can be exposed to PFAS *via* lactation.

As shown in Table A3.5, although placental and lactational transfer of PFOA are comparable in rats and humans, PFOA blood concentrations in offspring relative to maternal blood concentrations are greater in humans than in rats.  Similarly, for PFOS, blood concentrations in offspring relative to maternal blood concentrations are somewhat greater in humans compared to rats, despite the fact that placental and

---

[14] PFOS levels were not measured in mouse pups.

[15] Note that observations of higher PFOS levels in fetal and pup brains compared to maternal brains do not, by themselves, provide evidence that PFOS can cause neurodevelopmental effects.  The potential for PFOS to cause such effects is discussed further in Section A4.2.1.5.

lactational transfer of PFOS is considerably greater in rats compared to humans. The basis for higher postnatal offspring/maternal blood ratio in humans compared to rats is not clear, but could be related to differences in biological half-lives for PFOA and PFOS, which are considerably longer in humans compared to rats (as discussed further in Section A3.1.4). The differences in placental and lactational transfer between rats and humans highlight the importance of considering pharmacokinetic differences between species. Given the same exposure level to the mother or dams, the differences shown in Table A3.5 suggest that the developing rat fetus would be exposed to higher serum PFOA concentrations than the developing human fetus, and the newborn human would be exposed to higher serum PFOA concentrations than the newborn rat. Information regarding placental and lactational transfer of other PFAS in rats, and of PFBA and PFBS in any species, is not available.

As I discuss below, there are other important differences in elimination kinetics that result in higher PFOA (and PFOS) serum concentrations in humans compared to rats, at similar exposure levels. In Section 4 of my main report, I discuss the significance of these differences with respect to setting health-based guidelines for PFOA and PFOS.

**Table A3.5  Placental and Lactational Transfer**

| PFAS | Placental Transfer[a] | | Lactational Transfer[b] | | Offspring/Maternal Ratio[c] | |
|------|-----------|------|-----------|------|-----------|------|
| | **Humans** | **Rats** | **Humans** | **Rats** | **Humans** | **Rats** |
| PFOA | 0.79 (0.62-1.5) | 0.42 | 0.04 (0.03-0.12) | 0.10 | 3.6 (2.7-4.6) | 0.26 |
| PFOS | 0.37 (0.29-0.56) | 2.3 | 0.01 (0.01-0.03) | 0.31 | 0.88 (0.72-1.4) | 0.68 |
| PFHxS | 0.56 (0.23-1.25) | N/A | 0.010 (ND-0.020) | N/A | 1.6 (1.2-2.0) | N/A |
| PFNA | 0.50 (ND-1.25) | N/A | 0.010 (ND-0.048) | N/A | 2.0 (Single Value) | N/A |

Notes:
N/A = Not Available; ND = Not Detected in Offspring; PFAS = Perfluoroalkyl Substances; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate.
A more complete description of the values and their sources can be found in Pizzurro *et al.* (2019). PFNA values are from ATSDR (2021) and Fromme *et al.* (2010).
(a) Presented as fetal (cord blood)/maternal (serum or plasma) ratio. Values for humans represent median and range. Value for rats selected as lowest dose (as being most comparable to exposure and sample collection in humans).
(b) Presented as breast milk/serum (or plasma) ratio. Values for humans represent median and range. Values for rats selected as lowest dose, and at earliest time-point (as being most comparable to exposure and sample collection in humans).
(c) Values for humans represent average of two studies, using earliest postnatal time point, based on PFAS concentrations quantified in serum or plasma. Values for rats selected as lowest dose, at earliest postnatal time point; based on PFAS concentrations quantified in either serum or plasma.

## A3.1.3 Metabolism

The PFAS discussed in this report do not appear to undergo metabolism in the liver or other tissues (ATSDR, 2021; US EPA, 2016b,c). PFAS are rather unusual in this regard, because liver metabolism is common for many chemicals. Potential detoxification or bioactivation[16] in the liver complicates the extrapolation of health effects across species, because different species sometimes show differences in

---

[16] Bioactivation involves enzymatic alteration of a parent compound to a more biologically active and potentially more toxic compound.

metabolism. There is also the potential for differences in metabolism among members of the same species (*e.g.*, ethnic differences in the ability to metabolize ethanol among humans). Because the PFAS discussed in this report do not undergo metabolism in humans and the various species studied, these potential complications are not present, which facilitates comparing exposures across species.

## A3.1.4 Excretion

Elimination rate is characterized by an elimination half-life, which is the time required for half of the total amount of a chemical to be eliminated from the body, assuming there is no ongoing exposure. Approximately 97% of the total amount of a chemical in the body will be eliminated in five half-lives (*i.e.*, $1-0.5^5$). A related term is clearance. Clearance refers to the rate at which a chemical can be removed from blood plasma (*e.g.*, by metabolism or excretion). Clearance is typically measured in units of liters of blood plasma cleared of the substance per hour (Krishnan, 2019). Because the body has a fixed amount of blood plasma (about 3 L in an adult human), knowing the clearance allows one to estimate how long a chemical will remain in the body.

Clearance (which can be abbreviated as CL), elimination half-life, and $V_d$ are connected *via* the following equation (Krishnan, 2019):

$$t_{1/2} = \frac{ln2 \times V_d}{CL}$$

Consistent with this equation, the faster a chemical is cleared from the plasma (*i.e.*, larger clearance), the shorter its elimination half-life (*i.e.*, smaller $t_{1/2}$). Clearance is expressed either in units of volume per time (*e.g.*, L/hour) or in units that account for body weight (*e.g.*, L/kg-hour).

In humans, both urinary and biliary clearance[17] are important in the excretion of PFAS (Harada *et al.*, 2007; Zhang *et al.*, 2015). Urinary elimination of PFOA exceeds fecal elimination in monkeys and rats (Butenhoff *et al.*, 2004a; Kemper, 2003). Urine is also a primary elimination pathway for PFOS in rats (Chang *et al.*, 2012),[18] and for PFBA and PFBS in monkeys and rats (Chang *et al.*, 2008a; Chengelis *et al.*, 2009; Olsen *et al.*, 2009).

As shown in Table A3.6, half-lives are generally longer for the 6-9-carbon PFAS *vs.* the 4-carbon PFAS; and, they are also generally longer for the sulfonates *vs.* the carboxylates. There are substantial differences in PFAS elimination rates between humans, monkeys, and rats, with much longer half-lives found in humans. As discussed by Harada *et al.* (2007), the long half-lives for PFOA and PFOS in humans may be due to low levels of urinary excretion coupled with a high rate of biliary reabsorption (0.89 and 0.97 for PFOA and PFOS, respectively). Reabsorption from kidney tubules by organic anion transporter (OAT) 4 and urate transporter 1 may also contribute to the long biological half-life of PFOA in humans (Nakagawa *et al.*, 2009a; Yang *et al.*, 2010). In contrast to humans, in which the ranges of half-lives of PFOA and PFOS are comparable, the half-life of PFOA in monkeys and rats is considerably shorter than the half-life of PFOS. In male rats, Kemper (2003) found that PFOA plasma elimination half-life was independent of dose (ranging from approximately 138-202 hours), whereas in female rats, elimination rates ranged from approximately 2.8 hours at a dose of 0.1 mg/kg to 16 hours at a dose of 25 mg/kg.

---

[17] Biliary clearance describes the process by which substances are excreted into bile in the liver, removing the substance and its metabolites from the body prior to entering general circulation. Depending on the physicochemical characteristics of the substance, substances excreted into bile may be transported to the intestine and excreted *via* feces, or circulate between the liver and the intestines, *via* a process referred to as enterohepatic circulation (Slitt, 2019).

[18] I did not locate any studies that provided information on urinary *vs.* fecal elimination of PFOS in monkeys.

There are also differences in the reported human half-lives of specific PFAS across studies.  For example, while Bartell *et al*. (2010) reported a half-life for PFOA of 2.3 years in a community study, other studies (described below) reported values ranging from roughly 2 years to 4 years.  An occupational study by Olsen *et al*. (2007) reported a half-life of 3.8 years, and a more recent community study by Worley *et al*. (2017a) reported a half-life of 3.9 years based on serum concentrations in a residentially exposed community between 2010 and 2016.  In contrast, another study by Worley *et al*. (2017b) calculated a half-life of 2.1 years based on PBPK model simulations of human exposure to PFOA over a 10-year period.  As discussed in Section 4, US EPA chose the half-life of 2.3 years, as reported by Bartell *et al*. (2010), to derive its RfD for PFOA.  In light of the relatively robust study design (measured serum concentrations from 200 participants across two geographical communities and over a one-year period), I consider the Bartell *et al*. (2010) half-life of 2.3 years selected by US EPA to be a more reliable value.

As another example, a community study by Worley *et al*. (2017a) reported a half-life of 15.5 years for PFHxS.  However, the Worley *et al*. (2017a) study collected only two serum samples from 45 subjects, compared with a more robust study by Li *et al*. (2018a) in which up to seven serum samples were collected from 100 participants.  In light of the relatively robust community study design, I consider the Li *et al*. (2018a) half-life for PFHxS of 5.3 years to be a more reliable value.  Further discussion of differences in reported human half-lives of PFAS is found in Section 4.

**Table A3.6  PFAS Elimination Half-Lives[a]**

| Species | Sex | PFBA | PFBS | PFOA | PFOS | PFHxS | PFNA | PFDA | PFHxA | PFHpA |
|---|---|---|---|---|---|---|---|---|---|---|
| Humans[b] | Females/ Males | 3.1 days | 25.8 days | 2.1-8.5 years | 3.3-5.4 years | 5.3-15.5 years | 2.5-4.3 years | N/A | N/A | N/A |
| Monkeys | Females | 1.7 days | 3.5 days[c] | 32.6 days | 110 to ~200 days | 87 days | N/A | N/A | 2.4 days (iv exposure) | N/A |
| | Males | 1.7 days | 4.0 days[c] | ~20 days | 132 to ~200 days | 141 days | N/A | N/A | 5.3 days (iv exposure) | N/A |
| Rats | Females | 1.0 hours (iv exposure) 1.8 hours (oral exposure) | 0.64-7.4 hours | 1.9-4.6 hours (< 25 mg/kg) 16.2 hours (25 mg/kg) 24 hours (50 mg/kg) | 24-83 days | 0.9-2.0 days | 32 days (oral exposure)[d] 4.44 days (iv exposure)[i] | 1,406 hours (iv exposure) 1,080 hours (i.p. exposure)[e] 1,200 hours (iv exposure)[i] | 2.5 hours (iv exposure)[f] 2.6 hours (50 mg/kg) 2.2 hours (150 mg/kg) 2.1 hours (300 mg/kg) | 1.2 hours (iv exposure) |
| | Males | 6.4 hours (iv exposure) 9.2 hours (oral exposure) | 2.1-4.7 hours | 1.6-15 days (< 25 mg/kg)[g] 6.5 hours (25 mg/kg) 4.4 days (50 mg/kg) | 26-82 days[h] | 16-34 days | 24-42 days (oral exposure)[d] 40.2 days (iv exposure)[i] | 958 hours (iv exposure) 552 hours (i.p. exposure)[e] 2,626 hours (iv exposure)[i] | 2.1 hours (iv exposure)[f] 2.2 hours (50 mg/kg) 2.4 hours (150 mg/kg) 2.5 hours (300 mg/kg) | 2.4 hours (iv exposure) |
| Mice | Females | 2.9 hours (10 mg/kg) 3.1 hours (30 mg/kg) 2.8 hours (100 mg/kg) | N/A | 1.2 days (20 mg/kg-day) 15.6 days (1 or 10 mg/kg) | 38 days (1 mg/kg-day) 30 days (20 mg/kg-day) | 25-27 days | 26-69 days[d] | N/A | N/A | N/A |
| | Males | 13.3 hours (10 mg/kg) 16.3 hours (30 mg/kg) 5.2 hours (100 mg/kg) | N/A | 21.7 days (1 or 10 mg/kg) | 43 days (1 mg/kg-day) 36 days (20 mg/kg-day) | 28-30 days | 34-228 days[d] | N/A | N/A | N/A |

Notes:
i.p. = Intraperitoneal Injection; iv = Intravenous; N/A = Not Available; PFAS = Perfluoroalkyl Substances; PFBA = Perfluorobutanoic Acid; PFBS = Perfluorobutane Sulfonate; PFDA = Perfluorodecanoic Acid; PFHpA = Perfluoroheptanoic Acid; PFHxA = Perfluorohexanoic Acid; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate.
A more complete description of the values and their sources can be found in Pizzurro et al. (2019).
(a)  Unless otherwise specified, data represent both oral and iv exposures, both acute and chronic exposures, and a range of doses.
(b)  PFBA data from Chang et al. (2008a) represents geometric mean for three employees from the Cottage Grove, Minnesota, facility and nine employees from the Cordova, Illinois, facility.  PFBS data from Olsen et al. (2009).  PFNA data from Zhang et al. (2013).  PFDA data from Vanden Heuvel et al. (1991a) and Ohmori et al. (2003).  PFHxA data from Chengelis et al. (2009).  PFHpA data from Ohmori et al. (2003).
(c)  Mean terminal serum elimination half-life ($T_{0.5V}$) for PFBS is from Olsen et al. (2009), estimated using a three-compartment model.  Note that Chengelis et al. (2009) reported elimination half-lives of 8.1 and 15 hours, respectively, for males and females.  However, they monitored serum PFBS concentrations for only 7 days vs. 31 days in Olsen et al. (2009).  Hence, Chengelis et al. (2009) might not have captured the third phase of elimination observed by Olsen et al. (2009), reflected in the much longer half-lives estimated by Olsen et al. (2009).
(d)  Data represent a range of single oral doses from 1 to 10 mg (Tatum-Gibbs et al., 2011).
(e)  Data from Vanden Heuvel et al. (1991a).
(f)  Data from Chengelis et al. (2009).
(g)  Excludes data from Johnson and Ober (1980).  Although the elimination half-life as reported by ATSDR (2021) was 4.8 days, the basis for estimating the half-life was not clear from the underlying data provided in Johnson and Ober (1980).
(h)  Excludes data from Johnson and Ober (1979).  Although the elimination half-life as reported by ATSDR (2021) was 7.5 days, the basis for estimating the half-life was not clear from the underlying data provided in Johnson and Ober (1979).
(i)  Data from Kim et al. (2019) for PFNA (3 mg/kg) and PFDA (1 mg/kg).

### A3.1.4.1      Sex Differences in Excretion

Urinary excretion of PFOA is greater for female rats than male rats, with > 70% eliminated in urine within 24 hours in females *vs*. < 10% in males (Vanden Heuvel *et al*., 1991b; Hanhijarvi *et al*., 1982; Kudo *et al*., 2001; Kemper, 2003; Ohmori *et al*., 2003; Lau *et al*., 2006).  The increased urinary excretion by female rats results in shorter elimination half-lives, as shown in Table A3.6.  Sex differences with respect to elimination are also observed following inhalation exposure (Hinderliter *et al*., 2006b).  Findings by Hinderliter *et al*. (2006b) that sex differences with respect to PFOA elimination are similar for oral *vs*. inhalation exposure indicate that plasma PFOA is a suitable dose metric for route-to-route extrapolation for rats.

Increased excretion of PFOA by female relative to male rats is likely due to differential activity of kidney OATs and organic anion transporting polypeptides (OATPs).[19]  Hanhijarvi *et al*. (1982) found that that PFOA clearance in female rats is several-fold greater than clearance of inulin[20] (which, as discussed by Hanhijarvi *et al*., 1982, is excreted exclusively by glomerular filtration)[21] and is substantially inhibited by probenecid,[22] which inhibits renal organic acid transport.  In male rats, PFOA clearance was a fraction of inulin clearance and was not affected by probenecid.  Although the specific OATs and OATPs involved in the sex-specific excretion of PFOA have not been definitively identified, OATP1/OATP1a1, which may be involved in reabsorption of organic anions, is expressed at higher levels in male *vs*. female rat kidneys (Kato *et al*., 2002; Kudo *et al*., 2002; Yang *et al*., 2009; Weaver *et al*., 2010).[23]  On the other hand, OAT2 is expressed at higher levels in female *vs*. male rat kidneys and may be involved in secretion of organic anions, such as PFOA (Kudo *et al*., 2002; Ljubojevic *et al*., 2007).  As discussed by ATSDR (2021), saturation of kidney transporters may contribute to the longer elimination rates observed in female rats exposed to higher PFOA doses, as shown in Table A3.6.

In contrast to PFOA, for which the elimination half-life is shorter in female than in male rats, Chang *et al*. (2012) observed longer PFOS elimination half-lives for females (62 and 71 days, at doses of 2 mg/kg-day and 15 mg/kg-day, respectively) than for males (38 and 41 days, at doses of 2 and 15 mg/kg-day, respectively).  Consistent with the longer elimination half-lives observed in female rats, Butenhoff *et al*. (2012a) found that PFOS serum concentrations in female rats were approximately 3-fold higher than in male rats.  Sex differences with respect to PFOS elimination have not been observed for mice (Hundley *et al*., 2006; Lau *et al*., 2006; Chang *et al*., 2012), rabbits (Hundley *et al*., 2006), monkeys (Chang *et al*., 2012), or humans (Harada *et al*., 2005a; Zhang *et al*., 2015).

As with PFOA, urinary excretion of PFBA, PFHxS, PFNA, and PFDA is greater for female than for male rats.  Urinary excretion of PFBA is also greater for female than for male mice.  For PFBA, approximately 100% *vs*. 60% is excreted in the urine 24 hours post-dosing in female *vs*. male rats, respectively, and approximately 70% *vs*. 35% in female *vs*. male mice, respectively (Chang *et al*., 2008a).[24]  For PFHxS,

---

[19] OATs and OATPs are kidney proteins involved in both the excretion of chemicals into the urine, and reabsorption of chemicals back into the blood (Weaver *et al*., 2010).

[20] Inulin is a carbohydrate that is resistant to digestion in the stomach, used in tests to diagnose kidney function (Merriam-Webster, Inc., 2018).

[21] Compounds that are excreted in the urine can either be filtered from the blood capillaries in the glomerulus, which is a part of the kidney, or they can be actively transported from the blood into the urine forming in the proximal tubule, which is a different part of the kidney.

[22] Probenecid is a drug that inhibits excretion by the kidneys of certain other drugs (such as penicillin) to increase their concentration in the blood, and that also increases excretion of uric acid, for treating gout (Merriam-Webster, Inc., 2018).

[23] According to Kuo *et al*. (2012), OATP1a1 was previously referred to as OATP1.

[24] 24-hour excretion as presented in Table 1 in Chang *et al*. (2008a) for rats, for doses of 3, 10, and 100 mg/kg, and as presented in Table 3 in Chang *et al*. (2008a) for mice, for doses of 10 and 30 mg/kg.

> 25% is eliminated *via* the urine in female rats *vs*. < 20% in male rats at doses ≤ 10 mg/kg, and 41% *vs*. 30% is eliminated in female *vs*. male rats at a dose of 100 mg/kg (Kim *et al*., 2018a; Sundstrom *et al*., 2012). For PFNA, 35% is eliminated *via* urine in female rats *vs*. 14% in male rats (Kim *et al*., 2019). For PFDA, 22% is eliminated *via* urine in female rats *vs*. 11% in male rats (Kim *et al*., 2019). In male rats, fecal elimination was the major route of elimination for PFDA (Kim *et al*., 2019).

As shown in Table A3.6, the increased urinary excretion of PFBA, PFHxS, and PFHpA by female rats and of PFBA by female mice, compared to males, results in shorter half-lives for females in these rodent species. Although the basis for the sex differences in PFBA and PFHxS elimination have not been fully investigated, they may be due to the same type of sex-specific reabsorption kinetics in kidney tubules related to differential expression of OATs that govern the differences in PFOA elimination discussed above, and may involve a saturable reabsorption process in kidney tubules (Chang *et al*., 2008a; Sundstrom *et al*., 2012). Further evidence of this was provided by Sundstrom *et al*. (2012), who observed that urinary excretion of PFHxS was substantially greater (30% *vs*. 6-7%) for males treated with 100 mg/kg *vs*. ≤ 10 mg/kg, indicating involvement of a saturable renal tubular reabsorption process.[25]

### A3.1.4.2        Excretion *via* Menstruation and Lactation

In addition to urine and feces, menstruation and lactation can be important elimination routes in women. Using a PBPK model, Wong *et al*. (2014) estimated that the PFOS serum elimination half-life was significantly lower in women (4 years) compared to men (4.7 years) and determined that menstruation explains 30% of this difference. Compared to an estimated PFOS serum elimination half-life in men of 4.7 years, the increase of 0.3 years represents 30% of the difference between half-lives in men and women when loss of blood to menstruation is not accounted for. Kang *et al*. (2016) observed an inverse correlation between the PFOA breast milk concentration and length of lactation and suggested that lactation may be an important excretion route for lactating women. Other studies show that serum concentrations of PFOA, PFOS, and PFNA are lower in women who breastfeed compared to women who do not breastfeed, with maternal serum decreasing approximately 2-3% per month of breastfeeding (Brantsaeter *et al*., 2013; Mondal *et al*., 2014). The limited data available for PFHxS do not indicate a comparable effect (Kingsley *et al*., 2018; Mondal *et al*., 2014), and information on the effects of breastfeeding is not available for PFBS or PFBA.

### A3.1.4.3        Accounting for Interspecies Differences in Elimination Half-Lives

Because of the substantial difference in elimination half-lives between humans and animals, serum concentrations of PFAS with 6 or more carbons in humans following repeated exposure to a given dose (in mg/kg-day) will be greater than that in laboratory animals exposed to the same dose. Because serum concentrations govern concentrations in tissues in which biological effects may occur, serum concentrations provide a better metric than exposure doses for comparing effect levels between humans and laboratory animals. A human equivalent dose (HED) for the doses used in the animal studies (*i.e.*, a dose associated with comparable serum concentrations in humans and animals) can be calculated as follows (per US EPA, 2016b):

HED (mg/kg-day) = Average Serum Concentration in Animals (mg/L) × Clearance in Humans (L/kg-day)

The average serum concentration can be calculated from the area under the curve (AUC) as predicted from PBPK model (discussed in Section A3.2), according to the following equation (US EPA, 2016b):

---

[25] Such dramatic half-life differences between sexes have not been observed in humans (Li *et al*., 2018a; Pizzurro *et al*., 2019).

Average Serum Concentration (mg/L) = [AUC (mg/L-hour) × 1 day/24 hours] / [Exposure Duration]

Using an elimination half-life ($t_{1/2}$) in humans of 2.3 years (839.5 days) for PFOA (Bartell *et al.*, 2010) and 5.4 years (1,971 days) for PFOS (as estimated by Olsen *et al.*, 2007), and $V_d$ as calculated by Thompson *et al.* (2010) of 0.17 and 0.23 L/kg for PFOA and PFOS, respectively, US EPA (2016b,c) calculated clearance rates in humans at steady-state of 0.00014 and 0.000081 L/kg-day for PFOA and PFOS, respectively, according to the following equation:

$$CL = V_d \times \left(\frac{ln2}{t_{1/2}}\right)$$

US EPA uses these clearance rates to calculate the HED values associated with effect levels (*i.e.*, doses) from the animal studies; I used these HED values in my calculations to estimate exposure to PFOA and PFOS (see Section 5).[26]

## A3.2   Physiologically Based Pharmacokinetic (PBPK) Models

PBPK modeling involves using a computer program to describe and model the ADME of a chemical (or chemicals) in the body (Krishnan and Andersen, 2001). The computer program contains a series of equations that describe the behavior of the chemical in different compartments. In a PBPK model, the different compartments correspond to actual tissues (*i.e.*, the liver, brain, kidney) and are defined using actual physiological data (*e.g.*, data on tissue volume or blood flow). The equations typically have a form that looks like the following:

$$change\ in\ tissue\ concentration = amount\ coming\ into\ the\ tissue\ via\ blood\ flow\ - \\ amount\ leaving\ the\ tissue\ via\ blood\ flow\ - \\ amount\ leaving\ due\ to\ metabolism$$

A set of these equations is created for each tissue in the body (some tissues may be grouped together in order to simplify calculations), and the computer program solves this set of equations repeatedly (*e.g.*, each second) over the timeframe of interest (ranging from days to years). After each round of calculation, the program takes note of the amount of the chemical in each tissue, which then becomes the inputs for the next round of calculations. The result is a table or plot of chemical concentrations in each tissue over the course of the simulation. More complex models are also possible, such as those that account for the interconnections and rapid changes in maternal and fetal tissues during pregnancy (*e.g.*, Luecke *et al.*, 1997; Loccisano *et al.*, 2012a).

A key advantage of PBPK modeling is that it provides a more accurate basis for extrapolating doses and tissue concentrations of specific chemicals across species, sexes, or age groups (Thompson *et al.*, 2008; US EPA, 2006) than other methods, such as the use of body weight to the ¾ power (Rhomberg and Lewandowski, 2006; US EPA, 2011b). For example, it is possible to build a PBPK model using physiological data for a rat and then replacing the inputs with physiological data for humans, often referred to as "scaling up." When the metabolic and other chemical-specific processes are similar for both species, the human model should predict chemical concentrations relatively accurately.

One key area in which PBPK modeling is used is in those cases in which there are important differences in metabolic processes across species, sexes, or age groups (Wang *et al.*, 2000; Clewell *et al.*, 2000), such as those observed for PFOA and PFOS. In these cases, models can be revised to account for differences in

---

[26] The appropriateness of US EPA's choice of half-life for PFOS is discussed in Section 8.2.

biology (*e.g.*, higher levels of fat in women *vs.* men, differences in metabolic enzymes in rats *vs.* humans, significant differences in metabolic capacity in the developing fetus *vs.* adults). The predictions of the revised models can then be compared to tissue data collected in exposed animals or humans to see whether the revised model provides a better match. In this way, PBPK models provide valuable information that can be used in relating effect levels in animals to effect levels in humans and in interpreting the results of human studies. As with all models, there is some uncertainty associated with PBPK models and how well they describe underlying physiological parameters. Uncertainty arises from the assumptions and choice of inputs applied to the model, such as specific characterization and number of body compartments or rate constants describing distribution or excretion.

There are several available models of PFOA and PFOS in the published scientific literature. Models have also been reported for PFHxS, PFNA, and PFDA (Kim *et al.*, 2018a, 2019) (I did not identify any PBPK models of PFBA, PFBS, PFHxA, PFHpA, PFHpS, or PFPeA in any species). These PFOA and PFOS models have contributed significantly to the current understanding of sex- and species-specific differences in PFOA and PFOS pharmacokinetics, such as in half-life and clearance mechanisms that ultimately have bearing on the degree of internal levels of these substances in exposed individuals. For example, PBPK models developed for PFOA and PFOS have been useful for corroborating findings from experimental studies regarding the involvement of renal transporters in the elimination of these PFAS (discussed in Section A3.1.4.1). Andersen *et al.* (2006) developed a PBPK model that incorporated reabsorption of PFOA and PFOS in the kidney by saturable, high-efficiency transporters, which accurately described serum concentrations of these PFAS in monkeys. In particular, modeled plasma concentrations reflected the biphasic elimination curve observed in monkeys, characterized by initial rapid clearance at high plasma concentrations, followed by a slower secondary elimination phase at lower plasma concentrations. Building on the model developed by Andersen *et al.* (2006) for monkeys, as well as a rat PBPK model developed by Loccisano *et al.* (2012b), Worley and Fisher (2015) developed a model in rats incorporating saturable renal reabsorption of PFOA by the OATs. The Worley and Fisher (2015) model accurately predicted sex-specific and dose-dependent elimination of PFOA in rats, with saturation of the OATs at high doses, and thus supports a role for the OATs in the sex-specific differences in PFOA elimination observed in rats (discussed in Section A3.1.4.1).

Wambaugh *et al.* (2013) developed a PBPK model that US EPA used to estimate human doses from serum concentrations in laboratory animals. The model-derived serum concentrations in laboratory animals were converted to HEDs based on estimated half-life and $V_d$ in humans to calculate oral RfDs for PFOA and PFOS (US EPA, 2016b,c) (discussed in Section 4). Gomis *et al.* (2018) developed a toxicokinetic rat model to convert administered PFOA, PFOS, PFBA, and PFBS doses into internal (serum and liver) doses, which allowed for a comparison of intrinsic potency of different PFAS.

PBPK models of PFOA and PFOS developed for humans are useful for considering the importance of specific elimination pathways for these substances from the body (*e.g.*, in breast milk and menstrual blood). For example, PBPK models of menstrual blood elimination of PFOS suggest that the associations between PFOS and late puberty onset and early menopause are likely the result of reverse causation, *i.e.*, menstruation/menopause affects serum PFOS concentrations, rather than PFOS affecting the timing of menstruation/menopause (Wong *et al.*, 2014; Wu *et al.*, 2015). Similarly, Verner *et al.* (2015) used a PBPK model to estimate PFOA and PFOS concentration in maternal and cord plasma and determined that glomerular filtration rate (GFR) during pregnancy likely confounds the association between low birth weight and PFOA and PFOS exposure observed in certain epidemiologic studies. I discuss this further in Section A5.

PBPK models that evaluate the elimination of PFOA and PFOS through lactation in humans were developed to explore the ways in which physiological changes associated with development affect the pharmacokinetics of these compounds in the mother, fetus, and infant (Verner *et al.*, 2016; Loccisano *et*

*al*., 2013). Both models incorporate elements of placental and lactational transfer of PFOA and PFOS to the developing fetus and infant. Loccisano *et al*. (2013) predicted PFOA and PFOS concentrations in maternal plasma throughout pregnancy and lactation (up to 6 months), fetal plasma throughout gestation, and infants during lactation up to 6 months of age. Verner *et al*. (2016) developed a PBPK model of prenatal and postnatal PFOA and PFOS exposure to predict concentrations of these substances in children from birth to 3 years of age. While the models differed somewhat in their construction and data sources, they both predicted approximately 3- to 4-times higher PFOA plasma concentrations in breastfeeding infants as compared to the mothers at 6 months post-birth. In contrast to predictions with PFOA, mean or median PFOS plasma concentrations in breastfeeding infants at 6 months (Loccisano *et al*., 2013; Verner *et al*., 2016) or children at 3 years (Verner *et al*., 2016) were predicted to be similar or only slightly increased as compared to concentrations in lactating mothers at the same time-point.

The results of the models by Loccisano *et al*. (2013) and Verner *et al*. (2016) have implications for setting regulatory limits for PFOA and PFOS in drinking water for the general population. Because these models predict an increased body burden of PFOA and PFOS in breastfed infants and children as compared to mothers, regulatory agencies may decide to use infant PFOA or PFOS serum concentrations (as opposed to maternal concentrations) as the basis for health-based drinking water guidelines for these substances. This ultimately means that the levels of PFOA or PFOS considered "safe" in drinking water will be lower if they are set based on infant serum concentrations than if they are set based on maternal serum concentrations, in order to ensure that nursing infants are not accumulating internal levels of these substances that exceed serum concentrations associated with the critical effects chosen for the POD for the given regulatory value.

## A3.3   PPARα Mode of Action Associated with a Species-specific Response for PFOA and Other PFAS

Chemicals can cause adverse health effects *via* a variety of processes, for example, by inhibiting specific enzymes, damaging DNA, competing for absorption of a critical substance, or binding to a specific receptor and altering gene expression. A mode of action (MoA) describes the underlying processes by which a chemical causes toxicity, for example, by inhibiting a specific enzyme, competing for absorption of a critical substrate, or binding to a specific receptor and causing changes in gene expression (Aleksunes and Eaton, 2019; US EPA, 2005). Understanding a chemical's MoA, and potential differences in MoA among species, can inform whether, and to what extent, effects observed in animals would occur in humans. Depending on the MoA, effects may be expected to occur only above a critical threshold dose or the nature of the effect may differ at low *vs*. high doses (for example, if effects at low doses depend on saturable processes, such as those mediated by enzymes or receptors). For PFAS, the most well-studied MoA involves activation of peroxisome proliferator-activated receptor α (PPARα). Although other MoAs have been proposed for PFAS (*e.g*., activation of the constitutive androstane receptor [CAR] and the pregnane x receptor [PXR]), I am not addressing them because there is insufficient information regarding their involvement in mediating PFAS toxicity. There is currently no generally accepted MoA for any potential human health effects from PFAS exposure.

PPARα is a ligand-activated nuclear hormone receptor that controls expression of enzymes involved in lipid metabolism, such as acyl coenzyme A oxidase (Acox1), catalase, cytochrome P450s, enoyl coenzyme A hydratase (Ehhadh), and fatty acid binding protein. Natural ligands for PPARα include eicosanoids[27] and fatty acids. PPARα can also be activated by structurally diverse synthetic ligands, including fibrates, phthalates, chlorinated solvents, and certain PFAS. PPARα activators target the liver, where, in addition to

---

[27] Eicosanoids are biologically active lipids derived from arachidonic acid and other polyunsaturated fatty acids that promote inflammation as part of the immune system's response to infection and injury (Dennis and Norris, 2015).

enzyme induction, they can cause a substantial increase in the number and volume of peroxisomes[28] (*i.e.*, peroxisome proliferation) and hepatocellular hypertrophy and proliferation, which can result in increased liver weight (Kroetz *et al.*, 1998; Berger and Moller, 2002; Klaunig *et al.*, 2003; Lee *et al.*, 2003; Gonzalez and Shah, 2008; Rosen *et al.*, 2008a).  Although a role for PPARα activation in developmental processes is less well studied and less certain than for liver effects, their expression in certain tissues during mouse embryonic development and their ability to induce differentiation of certain cell types provides some support for their involvement in developmental processes (Keller *et al.*, 2000; Peraza *et al.*, 2006).  Thus, understanding whether PPARα activation is involved in specific toxicological effects of a chemical is relevant to understanding species differences in toxicological response to that chemical.

There are important species differences in terms of levels of PPARα expression, sensitivity to PPARα-mediated effects and specific effects mediated by PPARα activation.  As discussed by Klaunig *et al.* (2003), peroxisome proliferation in humans occurs at much higher doses of fibrates and is less robust than in rats and mice.  The higher doses required to elicit peroxisome proliferation in humans could be related to PPARα expression levels, which are about 10-fold lower than those in mice (Palmer *et al.*, 1998).  Using cells transfected with chimeric proteins containing either the mouse or human PPARα ligand-binding domain,[29] Bility *et al.* (2004) found that activation of human PPARα generally required higher concentrations of phthalate ligands and elicited weaker responses than mouse PPARα.  Transgenic mice, in which the mouse gene for PPARα is either deleted (referred to as either PPARα-knockout or PPARα-null mice)[30] or replaced with a gene for the humanized peroxisome proliferator-activated receptor α (hPPARα) (*i.e.*, hPPARα mice), are useful for elucidating whether PPARα mediates a specific effect (*i.e.*, does the effect occur in PPARα-null mice?), and if so, whether the effect is species specific (*i.e.*, does the effect occur in hPPARα-mice?).  Studies using hPPARα-transgenic mice have shown that human PPARα mediates peroxisome proliferation and expression of genes involved in fatty acid metabolism, but not liver enlargement or hepatocyte proliferation (Cheung *et al.*, 2004; Yang *et al.*, 2008).

Care must be taken when interpreting results from studies using PPARα-null mice (Corton *et al.*, 2018; Rosen *et al.*, 2017).  Rosen *et al.* (2017) reported that > 75% of genes in livers of wild-type (WT) mice were regulated by PPARα.  In PPARα-null mice, however, PFOA, PFOS and other PFAS regulated a different set of genes that were not affected by PFAS in WT mice with fully functional PPARα.  Thus, PFAS effects in PPARα-null mice may not necessarily reflect PPARα-independent effects in WT mice or in humans (Corton *et al.*, 2018; Rosen *et al.*, 2017).

There are also differences among the different PFAS in their ability to activate PPARα, with PFOA, PFNA, and PFHxS being among the most potent agonists (Vanden Heuvel *et al.*, 2006; Takacs and Abbott, 2007; Wolf *et al.*, 2008; Rosen *et al.*, 2017).  In a study with COS-1 cells transiently transfected with either mouse or human PPARα, PFBA was approximately 5- to 10-fold less potent than PFOA, PFOS was approximately 15-fold less potent, and PFBS was approximately 50-fold less potent towards mouse PPARα *vs.* approximately 10-fold less potent towards human PPARα (Wolf *et al.*, 2008).  Behr *et al.* (2020) noted that PFAS with a carboxylic acid (*e.g.*, PFOA, PFHxA, PFBA) were more potent activators of human PPARα compared to PFAS with a sulfonic acid (*e.g.*, PFOS, PFHxS, PFBS), and that activation of human PPARα *in vitro* occurred only at PFAS concentrations that were several orders of magnitude higher than typical serum concentrations in Western human populations.

---

[28] Peroxisomes are membrane-bound cellular organelles that contain enzymes involved in lipid metabolism and in the generation and destruction of hydrogen peroxide (Keller *et al.*, 2000).

[29] The ligand-binding domain is the portion of the PPARα receptor that binds to ligands, such as PFOA, which activate the PPARα receptor to bind to DNA and elicit changes in gene expression.

[30] Note that I used the terms PPARα–knockout and PPARα–null mice interchangeably in this report, in general deferring to the terminology used in the specific study under discussion.

In addition to differences in potency, the evidence that PPARα mediates critical effects for PFAS other than PFOA is limited. For example, Abbott *et al.* (2009) evaluated the involvement of PPARα in PFOS-associated developmental effects in mice and concluded that PPARα does not mediate the potential developmental effects of PFOS.[31]  For PFBA, there is limited evidence that hepatic focal necrosis is mediated by mouse but not human PPARα, based on the absence of this effect in transgenic mice expressing human PPARα.  However, this finding may have been a result of PFBA liver concentrations in mice expressing human PPARα being lower than those in WT mice (due to an unknown mechanism) (Foreman *et al.*, 2009). Bijland *et al.* (2011) found that whereas PFOS and PFHxS significantly increased expression of PPARα-responsive genes, PFBS either had no gene expression effect (*e.g.*, for Acox1), or the effect was less pronounced than for PFOS or PFHxS (*e.g.*, Ehhadh).  Although PFOS increased expression of PPARα-responsive genes in the study by Bijland *et al.* (2011), as noted above, PFOS is less potent as a PPARα activator than PFOA.

Below, I discuss evidence relating to a role for PPARα in mediating the hepatic, immunological, and developmental effects of PFOA as well as evidence that these effects are less likely to occur in humans.  I also discuss implications of PPARα mediating PFOA's hepatic and developmental effects on the health-protectiveness of ATSDR's minimum risk level (MRL) for PFOA, which is based on developmental effects.

## A3.3.1 PPARα and PFOA Liver Effects

Both non-cancer and tumorigenic liver effects associated with PFOA exposure (discussed in Section A4.1) are likely mediated, at least in part, by PPARα activation.  For example, Rosen *et al.* (2008b) found that in mice exposed to PFOA in drinking water, 85% of gene expression changes in the liver were PPARα-dependent.  Although some studies have shown that the hepatic effects of PFOA observed in PPARα-null mice are less robust than effects in WT mice (*e.g.*, Zhao *et al.*, 2010; Albrecht *et al.*, 2013; Nakamura *et al.*, 2009b), other studies have observed hepatic effects of comparable magnitude in WT and PPARα-null mice (*e.g.*, Abbott *et al.*, 2007; Yang *et al.*, 2002a; Minata *et al.*, 2010; Filgo *et al.*, 2015; Das *et al.*, 2017). In terms of human relevance, interpretation of results from studies with PPARα-null mice should consider inherent differences between WT and PPARα-null mice that could influence response to chemical exposure (Corton *et al.*, 2018).  For example, PPARα-null mice have been shown to have defective mitochondrial fatty acid metabolism and to accumulate intracellular lipid droplets in their liver when exposed to hypolipidemic agents[32] (Lee *et al.*, 1995; Aoyama *et al.*, 1998), which could make them susceptible to disruption of fatty acid homeostasis.  In addition, as noted above, PFAS affect genes in PPARα-null mice that are not affected in WT mice (Rosen *et al.*, 2017).

In light of the potential differences between WT and PPARα-null mice, studies with hPPARα mice – which maintain normal fatty acid metabolism – would be more informative regarding potential effects in humans (Yang *et al.*, 2008).  Results from several *in vitro* studies provide evidence that humans are likely less susceptible than rodents to PFOA's hepatic effects.  For example, studies by Maloney and Waxman (1999) and Wolf *et al.* (2008) found that mouse PPARα was more sensitive than human PPARα to activation by PFOA by approximately 2-3-fold.  Bjork and Wallace (2009) observed increased expression of the PPARα target genes Acox1 and acyl coenzyme A thioesterase in PFOA-treated primary rat hepatocytes, but not in human-derived cells treated with PFOA.

---

[31] US EPA's RfD and ATSDR's MRL for PFOS is based on developmental effects in rats (Luebker *et al.*, 2005a).

[32] Hypolipidemic agents reduce levels of lipids, such as cholesterol.

Taken together, results from *in vitro* and *in vivo* studies provide evidence that PPARα is involved in mediating at least some of the liver effects of PFAS, and that humans would be less sensitive than rats and mice to these effects.

### A3.3.2 PPARα and PFOA Immunological Effects

As discussed by Yang *et al.* (2002b), a role for PPARα in mediating the immunological effects of PFOA is suggested by the observation that peroxisome proliferation precedes PFOA-associated splenic and thymic atrophy in mice. In a subsequent study, Yang *et al.* (2002a) evaluated the immunotoxic effects of PFOA in WT and PPARα-null mice. In contrast to PFOA-treated WT mice, for which spleen weight and the number of spleen cells was reduced significantly, there were no effects on the spleen in PFOA-treated PPARα-null mice. Similarly, whereas the response of lymphocytes to specific activators was significantly reduced in cells isolated from PFOA-treated WT mice, there was no effect on lymphocytes isolated from PFOA-treated PPARα-null mice.[33] Although thymus weight and the number of thymus cells were significantly reduced by PFOA in both WT and PPARα-null mice, the extent of reduction in the PPARα-null mice was approximately two-fold less than that in the WT mice (*i.e.*, reductions of ~40% *vs*. ~80-85%, in PPARα-null *vs*. WT mice). The findings from this study by Yang *et al.* (2002a) thus indicate that PPARα likely mediates the effects of PFOA on splenic atrophy, reductions in splenocytes, and suppression of splenocyte response to T- and B-cell activators, and may mediate some of the effects of PFOA on thymic atrophy and reductions in thymocytes.

Using small interference RNA (siRNA) for PPARα, which reduced PPARα expression by 32%, Corsini *et al.* (2011) demonstrated that PPARα mediates PFOA-associated suppression of cytokine release *in vitro* from human promyelocytic cells. In this study, PFOA suppressed cytokine release by approximately 40-50% in cells with fully functioning PPARα *vs*. by approximately 80% in cells for which PPARα expression was reduced with the siRNA.

Consistent with the study by Yang *et al.* (2002a), DeWitt *et al.* (2016) found that relative spleen weight and thymus weight were reduced significantly in PFOA-treated WT mice but not in PPARα-knockout mice. However, DeWitt *et al.* (2016) found that PFOA-associated suppression of the T-cell-dependent antibody response (TDAR) to sheep red blood cells (SRBCs) was not dependent on PPARα expression.

Collectively, findings from the studies by Yang *et al.* (2002a), Corsini *et al.* (2011), and DeWitt *et al.* (2016) indicate that PPARα likely mediates the effects of PFOA on splenic and thymic organ weights and partially mediates the effects of PFOA on the suppression of some, but not all, lymphocyte responses.

### A3.3.3 PPARα and PFOA Developmental Effects

Using PPARα-knockout mice, Abbott *et al.* (2007) demonstrated that PPARα is likely involved in various potential developmental effects of PFOA, including both pre-natal and postnatal mortality, delayed eye-opening, and reduced postnatal pup weight gain. In this study, WT and PPARα-knockout pregnant female mice were treated daily with PFOA during the gestational period. As shown in Table A3.7, developmental effects occurred either at higher PFOA concentrations in PPARα-knockout female mice, or did not occur at all.

---

[33] Spleen cells were stimulated with the T-cell activator concanavalin A, and the B-cell activator lipopolysaccharide.

**Table A3.7  Comparison of Developmental Effects in WT *vs.* PPARα-Knockout Mice**

| Effect[a] | WT Mice | PPARα-Knockout Mice |
|---|---|---|
| Pre-natal mortality | Statistically significant increase at ≥ 0.6 mg/kg-day. | Statistically significant increase at ≥ 5 mg/kg-day. |
| Reduced postnatal survival | Statistically significant increase at 0.6 and 1 mg/kg-day. | No significant effect (up to 3 mg/kg-day). |
| Delayed eye opening[b] | Trend for a delay at 0.6 mg/kg-day.<br><br>Statistically significant increase at 1 mg/kg-day. | No significant effect up to 1 mg/kg-day.<br><br>Initial eye opening delayed by 1 day, but mean for all pups was not significantly different from control at 3 mg/kg-day.[b] |
| Reduced postnatal body weight gain[c] | Statistically significantly reduced at 1 mg/kg-day. | No significant effect up to 3 mg/kg-day. |

Notes:

PFOA = Perfluorooctanoic Acid; PPARα-Knockout Mice = Transgenic mice in which the mouse gene for peroxisome proliferator-activated receptor α is deleted; WT = Wild-Type.

As reported by Abbott *et al.* (2007).

(a)  Prenatal mortality was evaluated up to 20 mg/kg-day PFOA, in both WT and PPARα-knockout mice; other effects were evaluated up to 1 mg/kg-day in WT mice, and up to 3 mg/kg-day in PPARα-knockout mice.

(b)  Whereas eyes were fully opened for some of the pups on postnatal day 13 at PFOA doses of ≤ 1 mg/kg-day, eyes were not fully opened for any of the pups at 3 mg/kg-day.  On postnatal day 14, the percentage of pups with fully opened eyes in the 3 mg/kg-day treatment group was comparable to that in the control group.

(c)  Although there was no significant effect of PFOA on body weight gain at any single dose, Abbott *et al.* (2007) reported there were dose-related trends for both WT and PPARα-knockout mice.

Findings from the study by Abbott *et al.* (2007) that PPARα mediates PFOA's effects on perinatal mortality are supported by findings from a study by Albrecht *et al.* (2013), who observed that postnatal survival was reduced in PFOA-treated WT but not in either PFOA-treated PPARα-null or hPPARα mice, provides evidence that some of PFOA's developmental effects may be species-specific.  As with the study by Abbott *et al.* (2007), pregnant female mice were treated daily with 3 mg/kg-day PFOA during the gestational period.  PFOA had no effect on pup weight gain, delayed eye opening, or mammary gland development in WT, PPARα-null, or hPPARα mice.  Thus, it is not possible, based on this study, to evaluate whether these effects are also mediated by PPARα.  As discussed by Albrecht *et al.* (2013), the reduced postnatal survival in the WT mice may be due either to differences in gene regulation between the mouse *vs.* human PPARα or to reduced potency of human *vs.* mouse PPARα.  A similar study showed that PPARα also mediated the developmental effects of PFNA in mice (Wolf *et al.*, 2010).  Specifically, prenatal PFNA exposure reduced the number of live pups at birth, reduced survival to weaning, and delayed eye opening in WT mice, but these developmental endpoints were unaffected by PFNA exposure in PPARα-null mice (Wolf *et al.*, 2010).

Together, the studies by Abbott *et al.* (2007), Albrecht *et al.* (2013), and Wolf *et al.* (2010) provide good evidence that the effects of PFOA and PFNA on perinatal mortality are likely mediated by PPARα, and thus would not be expected to occur in humans.  The study by Abbott *et al.* (2007) indicates that PPARα likely also mediates delayed eye opening and reduced body weight gain.

### A3.3.4  Implications of a PPARα Mode of Action for US EPA's LHA and ATSDR's MRL for PFOA

The PFOA Lifetime Health Advisory (LHA) developed by US EPA and the MRL developed by ATSDR are based on developmental effects in mice as observed in studies by Lau *et al.* (2006) and Koskela *et al.* (2016), including skeletal and pubertal effects (US EPA, 2016b; ATSDR, 2021).  To the extent that PPARα is involved in these effects, and given that humans are less susceptible to PPARα-mediated effects than rodents, using these developmental effects as bases for PFOA guidance overestimates risk because the

effects observed in these studies would either not occur in humans at all or, if they occurred, would only occur at higher doses than those given to the mice in these studies.

# A4  Animal Studies

Although potential health effects in humans can be directly evaluated in epidemiology studies, it is generally not possible or feasible to measure actual exposures or completely control for factors, independent of the exposure in question, that could also influence health outcomes. Results from studies in laboratory animals conducted under controlled exposure conditions are useful for identifying potential health effects that may occur in humans and helping determine whether effects observed in humans are biologically plausible (Beck *et al.*, 2014). Results from animal studies can also help identify exposure levels at which health effects are not likely to occur in humans and are used to derive regulatory criteria for chemicals, such as drinking water limits (as I discuss in Section 4 of my report). When interpreting animal studies, it is important to consider that such studies are typically conducted at exposure levels that are much higher than what humans might experience and that there may be important differences in toxicological responses across species (Faustman, 2019; Beck *et al.*, 2014). I have incorporated these considerations when interpreting the animal studies discussed in this section.

3M Company (3M), academic investigators, and government agencies have been evaluating the animal toxicology of PFAS, particularly PFOA and PFOS, for several decades (see for example, 3M Co. *et al.*, 2003; US EPA, 2003; DeWitt, 2015). Investigations have assessed PFAS toxicity in several different species, including monkeys, rats, and mice, over a wide range of treatment durations (*i.e.*, single dose or acute exposures through 2 years of exposure). 3M in particular conducted numerous studies for routine toxicity testing and follow-up study. In this section, I discuss the animal studies of PFOA, PFOS, PFBA, PFBS, PFHxS, and PFNA specifically, because these chemicals have been the subject of recent regulatory action (*e.g.*, US EPA, 2016d,e, 2018; MDH, 2017, 2018a,b, 2019a,b). I also discuss the animal studies of PFDA, PFHxA, PFHpA, PFHpS, and PFPeA because these PFAS, along with PFOA, PFOS, PFBA, PFBS, PFHxS, and PFNA, are sometimes sampled in water supplies.

Authors of animal studies often report NOAELs or LOAELs. US EPA (2011a) defines a NOAEL as "the highest exposure level at which there are no biologically significant increases in the frequency or severity of adverse effect… some effects may be produced at this level, but they are not considered adverse or precursors of adverse effects." US EPA (2011a) defines a LOAEL as "the lowest dose or exposure level at which a statistically or biologically significant effect is observed." In this analysis, however, I report findings as no observed effect levels (NOELs) and lowest observed effect levels (LOELs), because I conclude that many of the PFAS effects reported at low doses are not adverse. Exposures are reported as a dose in mg/kg-day, *i.e.*, the amount of PFAS (in mg) per the body weight of the animal (in kg) per day (for the study duration). When available, exposures are also presented as the PFAS concentration in the animals' serum. As I discussed in Section A3.1.4, serum measurements are important because they are a measure of internal dose and more easily allow for extrapolating the relationship between exposure and effects across different species (including humans).

With respect to the animal studies, the most commonly reported endpoints for PFAS are changes in liver weight, serum lipids, and serum thyroid hormone levels. In a number of cases, such findings are not necessarily indicative of adverse effects and may be non-adverse, adaptive effects. For example, increased liver weight following exposure to a chemical may be an adaptive response involving increased enzyme production. Typically, once the chemical is out of the animal's system, the liver returns to normal size (Hall *et al.*, 2012). Further, because of species differences, these endpoints may not necessarily have relevance to humans. I note that while some agencies have recently focused on reproductive, developmental and immune endpoints as being of particular relevance to PFOA and PFOS, I do not consider these findings to

be conclusive, as discussed in this section, or reliable bases for regulatory guidance, as discussed in Section 4.

# A4.1   PFOA

## A4.1.1   Key Endpoints

My analysis of PFOA toxicity studies shows that liver effects are the most sensitive reliably established endpoint for rats, mice, and monkeys.  Effects on serum lipids and thyroid hormones have also been observed in some studies at doses that are comparable to those associated with liver effects.

While effects on the immune system have been observed in some studies in certain mouse strains at doses lower than those in a number of other animal studies that evaluated other endpoints, these studies have important limitations and uncertainties such as inconsistent findings across studies and lack of replication of certain results.  Thus, these studies do not provide reliable evidence to support PFOA causing effects on the immune system in humans.

Reproductive and developmental toxicity are among the most widely studied PFOA endpoints in animals.  Although US EPA based its drinking water guidelines for PFOA on developmental endpoints, it is my opinion that much of the scientific evidence relating to the developmental endpoints is weak, inconsistent, and does not constitute adverse effects (discussed in more detail in this section and in Section 4).  Moreover, in most studies, developmental and reproductive effects have been observed at higher exposure levels than effects on the liver or serum lipids, and many appear to be mediated by PPARα.

In general, the liver, serum lipid, thyroid hormone, immunotoxicity, and developmental effects are observed at lower PFOA exposure doses than those associated with other endpoints, are reversible, and are likely not adverse.

Both US EPA and ATSDR have derived guidance for daily intake of PFOA, and US EPA derived an LHA for PFOA in drinking water.  The development of this guidance is discussed in Section 4.1.  In this section, I have focused on changes in liver weight, serum lipids, thyroid hormone levels, immunotoxicity, and reproductive and developmental endpoints for the following reasons.  Liver weight, serum lipids, and thyroid hormone levels are the most commonly reported endpoints, and constitute the basis of some drinking water guidelines.  These endpoints, plus immunotoxicity and reproduction and development, are discussed at length in the US EPA Health Effects Support Document for the PFOA LHA for drinking water (US EPA, 2016b).  In addition, reproductive and developmental endpoints are the basis of the US EPA (2016d) LHA and the ATSDR (2021) MRL for PFOA.

### A4.1.1.1       Liver Effects

#### Findings in Monkeys, Rats, and Mice

Both short- and longer-term animal studies have indicated that liver effects are generally the most sensitive endpoint for PFOA toxicity.  Interestingly, however, in studies of rats and monkeys that have allowed for a recovery period (*i.e.*, a time without PFOA exposure), changes in liver size and enzyme levels revert to control levels after PFOA exposure has ceased.  For example, Perkins *et al.* (2004) exposed male Crl:CD rats to PFOA *via* the diet at levels of 0.06, 0.64, 1.94, or 6.5 mg/kg-day (1, 10, 30, and 100 parts per million [ppm] in food, respectively).  Dosing continued for 13 weeks; some animals were sacrificed at the end of dosing, while a subgroup of animals from each dose group was allowed to recover for 8 weeks.  Although

the investigators observed some decreased body weights during the study, along with liver effects, including increased hepatic palmitoyl coenzyme A oxidase activity (a measure of peroxisome proliferation), increased liver weights, and hepatocellular hypertrophy (*i.e.*, increase in liver cell size), all effects were reversible, with no significant differences between the control and exposed animals after the 8-week recovery period. This study, along with multiple others, has demonstrated that PFOA is a potent peroxisome proliferator[34] in rodents (Sohlenius *et al.*, 1992, 1993; Kawashima *et al.*, 1994; Intrasuksri *et al.*, 1998; Kudo *et al.*, 2000). The toxic effects associated with peroxisome proliferation occur in rats and mice but have limited human relevance, as discussed in more depth in Section A3.3.

In a 28-day study conducted by National Toxicology Program (NTP) (2019a), Sprague Dawley rats (Hsd:Sprague Dawley SD) were administered PFOA *via* oral gavage at doses of 0, 0.625, 1.25, 2.5, 5, or 10 mg/kg-day for males, and 0, 6.25, 12.5, 25, 50, or 100 mg/kg-day for females. Oral exposure of male rats to ≥0.625 mg/kg-day PFOA was associated with increased liver weights, gene expression of hepatic metabolic enzymes indicative of activation of PPARα (*i.e.*, Acox1, Cyp4a1) and CAR (*i.e.*, Cyp2b1, Cyp2b2) pathways, serum levels of alanine aminotransferase (ALT), and incidences of cytoplasmic alterations in hepatocytes. In females, exposure to ≥6.25 mg/kg-day PFOA was associated with increased gene expression of hepatic metabolic enzymes (*i.e.*, Cyp2b1 and Cyp2b2), and exposure to ≥25 mg/kg-day PFOA was associated with increased liver weights and incidences of cytoplasmic alterations in hepatocytes. Exposure of females to ≥50 and ≥100 mg/kg-day PFOA was also associated with elevated serum levels of ALT and hepatocyte hypertrophy, respectively. This study did not include a recovery period to examine whether the effects on liver weights and histology were reversible following cessation of exposure.

In a 28-day rat study, which did not include a recovery period, Liu *et al.* (1996) dosed CD rats orally for 14 days with 0, 0.2, 2, 20, or 40 mg/kg-day PFOA (in the form of ammonium perfluorooctanoate [APFO] which dissociates to PFOA). Body weight was statistically significantly decreased in the rats that received 20 mg/kg-day PFOA. The 40 mg/kg-day dose group did not have a statistically significantly different body weight from the pair-fed control group. Increases in absolute and relative liver weights were noted at 2 mg/kg-day PFOA and above, and increases in protein yield of hepatic microsomes[35] were noted at all dose levels. At 2 mg/kg-day PFOA and above, there were also increases in estradiol, hepatic aromatase activity, and hepatic peroxisomal β-oxidation activity. In a similar study by Iwai and Yamashita (2006), Sprague-Dawley rats were dosed orally for 14 days with 0, 0.5, 5, or 50 mg/kg-day PFOA (in the form of APFO). While all the dose groups showed a tendency for increased absolute and relative liver weights, only the 50 mg/kg-day group had statistically significantly higher relative liver weights as compared to non-treated controls. Increased hepatic peroxisomal β-oxidation activity was also seen at 50 mg/kg-day. Another 14-day study in rats by Loveless *et al*. (2006) reported statistically significant increases in relative liver weights and hepatic peroxisomal β-oxidation activity at 1 mg/kg-day PFOA (by oral gavage in the form of APFO).

Butenhoff *et al*. (2002) conducted a study in which cynomolgus monkeys (4-6 per dose group) received oral doses of PFOA at 0, 3, 10, or 30 mg/kg-day (reduced to 20 mg/kg-day after 12 days) for 26 weeks. Monkeys in the 3 and 10 mg/kg-day dose groups had enlarged livers (135% and 138% of control values, respectively) but did not exhibit any other effects (*i.e.*, no liver tissue injury or changes in hormones, lipids, or other clinical chemistry). Two monkeys from each group that were allowed to recover had normal liver weights after the 13-week recovery period. In the high dose group, the monkeys showed signs of toxicity, including weight loss and lower food consumption. Two monkeys in the high dose group were sacrificed

---

[34] A peroxisome proliferator is a chemical that causes peroxisomes to multiply within a cell. A peroxisome is a cellular organelle involved in cellular metabolism (carbohydrate, lipid, and protein) and cell differentiation. Uncontrolled peroxisome proliferation can lead to certain types of tumors of the liver, testes, and pancreas in rats; however, such findings are not relevant to humans.

[35] Microsomes are fragmented pieces of endoplasmic reticulum, the cellular structure that is a site of synthesis of enzymes and other proteins (Merriam-Webster, Inc., 2018). Increased enzyme synthesis can occur as an adaptive response to a chemical agent, as described previously in this section.

due to moribund condition, and the dosing in this group was discontinued before the end of the 26-week period. The remaining monkeys in the high dose group appeared to recover within 3 weeks after the end of dosing.

Butenhoff *et al*. (2012b) conducted a 2-year study in Sprague-Dawley rats in which groups of male and female rats (50 per sex) received diets of 0, 30, or 300 ppm PFOA, equivalent to 0, 1.3, or 14.2 mg/kg-day for males and 0, 1.6, or 16.1 mg/kg-day for females. No changes in liver weights were observed, but the males in the high dose group and all the females exhibited liver cell enlargement, and the males in the high dose group also had microcysts in the liver. The LOEL for this study was identified by the authors as 300 ppm for both males and females based on histological changes in the liver (males), reduced body weight gain (both sexes), and increased Leydig cell adenomas (males).

Butenhoff *et al*. (2004b) conducted a two-generation reproductive study of PFOA in Sprague-Dawley rats. Both males and females in the parental generation (F0) received oral doses of APFO at 0, 1, 3, 10, or 30 mg/kg-day for 10 weeks prior to mating. The F0 males were sacrificed after mating. The F0 females were dosed until after weaning. Their offspring, the first generation (F1), were dosed similarly starting at weaning. Absolute and relative liver weights increased at all doses in the F0 males, and the LOEL for liver effects in the F0 rats in this study was 1 mg/kg-day, resulting in liver weights that were 120% of the controls (males only). The females in the F0 generation did not have enlarged livers. The F1 generation males and females had similar liver effects as those in the F0 generation. The second generation (F2, the offspring of F1) showed no treatment-related effects at any dose.

Short-term studies of PFOA in mice have also demonstrated liver effects. Son *et al*. (2008) dosed ICR mice with 0, 0.5, 2.6, 17.6, or 47.2 mg/kg-day PFOA (0, 2,000, 10,000, 50,000, or 250,000 parts per billion [ppb], respectively, in drinking water) for 21 days. The severity of liver effects was dose-dependent, with increased relative liver weights at 0.5 mg/kg-day PFOA and above, increased ALT activity at 2.6 mg/kg-day PFOA and above, and increased aspartate aminotransferase (AST) activity at 17.6 mg/kg-day PFOA and above. Decreased body weight gain and enlarged liver cells also occurred at 17.6 mg/kg-day, and both diffuse hepatic damage and liver necrosis were noted in animals from the 47.2 mg/kg-day group. Wu *et al*. (2018) dosed male Kunming mice *via* oral gavage with 0, 1, or 5 mg/kg-day PFOA for 21 days. Liver mass and relative liver weight were increased only in the 5 mg/kg-day dose group compared to controls. Increased serum ALT and AST, decreased serum triglycerides, and increased liver triglycerides were also reported in the 5 mg/kg-day exposure group.

Three studies reported liver effects in BALB/c mice after short-term exposure to PFOA. Li *et al*. (2017a) treated male and female mice by oral gavage with 0, 0.05, 0.5, or 2.5 mg/kg-day PFOA for 28 days. Body weight was statistically significantly decreased only in the 2.5 mg/kg-day exposure group. The treated mice had increased liver weights in all dose groups except males at 0.05 mg/kg-day, and exhibited some liver cell changes, including nuclear condensation of hepatocytes, hypertrophy, mitochondrial vesicle formation, mitochondrial membrane dissipation, and peroxisome proliferation. Hepatocyte apoptosis was observed only in the 2.5 mg/kg-day exposure group. Zheng *et al*. (2017) exposed male mice to PFOA *via* oral administration at 0 or 1.25 mg/kg-day for 28 days. The mice in the exposed group had increased relative liver weights, changes in glucose metabolism, and changes in liver enzyme activities. Hui *et al*. (2017) exposed male mice to PFOA *via* oral gavage at 0, 1, or 5 mg/kg-day for seven days. Body weight decreased by about 20% over the seven-day study period in both exposure groups, indicating systemic toxicity, and liver mass increased in the 5 mg/kg-day dose group. Serum free fatty acids and serum triglycerides decreased, and liver triglycerides increased, in a dose-dependent manner.

Loveless *et al*. (2006) noted increased absolute and relative liver weights and increased hepatic peroxisomal β-oxidation activity in a 14-day study of PFOA in Crl:CD-1(ICR)BR mice. In contrast to studies with rats and monkeys, the liver effects in mice in the Loveless *et al*. (2006) study were not reversible in the relatively

short recovery period. DeWitt *et al.* (2008) treated mice by oral gavage with 30 mg/kg-day PFOA for 10 days, followed by a recovery period of 5 days. Liver weights remained elevated in the recovery group, while other effects, such as decreased body weights and spleen weights, were reversible. Additional studies by DeWitt *et al.* (2008) in C57BL/6J and C57BL/6N mice using lower doses of PFOA also showed reversibility of the spleen effects seen at doses of 3.75 mg/kg-day and above, but not of the liver effects seen at 0.94 mg/kg-day and above. The lack of reversibility of the liver effects in these studies may be due to the relatively short duration of the recovery period (5 days) as compared to studies in rats and monkeys that had recovery periods of 2-3 months.

**Overall Lack of Adverseness of Liver Effects at Low Doses**

In considering the liver effects observed in monkeys and rodents, an important question is whether effects such as liver cell enlargement, increased liver weight, and lipid accumulation are adverse. Specifically, if increased liver weight is reversible and/or not accompanied by significant necrotic or inflammatory changes, then an increase in liver weight by itself may not be adverse.

In a guidance document regarding hepatocellular hypertrophy (liver cell enlargement), the US EPA Health Effects Division Toxicology Science Advisory Council (US EPA, 2002b) noted that a statistically significant increase in liver size alone is not a reliable indicator of hepatic toxicity. Similarly, Williams and Iatropoulos (2002) described increases in liver size (and liver cell enlargement) as an adaptive effect, noting that hepatocyte viability will not be compromised if liver changes are within the context of maintaining homeostasis. This position is consistent with that of the ATSDR. When evaluating liver effects as an endpoint for establishing health criteria for any chemical, ATSDR notes that effects such as increased liver weight and elevated liver enzymes are likely adaptive changes, which should be categorized as "less serious" if they do not occur in conjunction with "other effects showing a threat to the organism from serious damage to the liver" (Pohl and Chou, 2005).

A 2012 report by the European Society of Toxicologic Pathology also evaluated adverse *vs.* adaptive changes in the liver. This report concluded that "[h]epatomegaly [*i.e.*, enlarged liver] as a consequence of hepatocellular hypertrophy [*i.e.*, enlarged liver cells] without histologic or clinical pathology [*i.e.*, cell damage or disease] alterations indicative of liver toxicity is considered an adaptive and a nonadverse reaction" (Hall *et al.*, 2012). The analysis further noted that "liver weight increases up to 150% of control values may be considered nonadverse in the context of safety evaluation for a chemical," and the authors ultimately proposed a framework for assessing the biological significance of liver changes whereby liver weight changes would only be considered adverse when accompanied by histological evidence of structural degeneration (*e.g.*, hepatocyte necrosis, fibrosis, steatotic vascular degeneration) and changes of sufficient magnitude[36] in markers of liver dysfunction (*e.g.*, elevated serum concentrations of enzymes indicative of liver damage) (Hall *et al.*, 2012). The above characterizations of what constitutes an adverse effect in the liver are consistent with general principals regarding determination of adverseness (Lewis *et al.*, 2002; Palazzi *et al.*, 2016).

The conclusions of Hall *et al.* (2012) and others are applicable to the findings in the 13-week rat study by Perkins *et al.* (2004) and the 26-week monkey study published by Butenhoff *et al.* (2002), as well as additional studies described in the sections below for other PFAS, in which increases in liver weight were not associated with a functional deficit and were completely reversible after a sufficient recovery period. In addition, given the evidence presented in Section A3.3.1 that PPARα is involved in mediating at least some of the liver effects of PFOA, humans are expected to be less sensitive than rats and mice to these effects.

---

[36] According to Hall *et al.* (2012) these changes include 2- to 3-fold increases in the liver enzyme ALT and biologically significant changes in other markers, such as cholesterol, triglycerides, and the liver enzymes AST and alkaline phosphatase (ALP).

### A4.1.1.2        Serum Lipid Effects

Serum lipids are comprised of cholesterol, triglycerides, and phospholipids, which collectively serve a variety of important functions in the body.  Cholesterol is a component of cell membranes and also a precursor of bile salts (which are important for digestion and absorption of dietary fats) and various hormones.  Phospholipids are primarily used as a component of cell membranes.  The majority of cholesterol, as well as some triglycerides, are synthesized in the liver, for distribution to other tissues. Triglycerides are mainly used as an energy source (Guyton and Hall, 2000).  Whereas modest, transient reductions in serum lipids may not be adverse, persistent reductions of sufficient magnitude could be adverse, given that lipids are essential for various processes in the body.  It is not clear that the serum lipid reductions observed in the PFOA animal studies were sufficiently persistent or of sufficient magnitude to be considered adverse.

Short-term (14- to 29-day) studies in Sprague-Dawley rats showed reduced serum cholesterol (total, high-density lipoprotein [HDL], and non-HDL) and triglycerides at oral PFOA doses as low as 0.3 mg/kg-day (Loveless *et al*., 2006, 2008).  In a high-dose study, Sprague-Dawley rats that were administered PFOA at 20 mg/kg-day by oral gavage had decreased serum cholesterol as early as 1 day after dosing (Martin *et al*., 2007).  In a second high-dose study, Sprague-Dawley rats that were fed 300 ppm PFOA in their diets (about 20 mg/kg-day) had increased triglycerides at 1 day after the start of dosing and decreased total cholesterol and triglycerides after 7 or 28 days (Elcombe *et al*., 2010).  In the 28-day study conducted by NTP (2019a) described in Section A4.1.1.1, oral exposure of male Sprague-Dawley rats to $\geq$0.625 mg/kg-day was associated with reduced serum levels of triglycerides.  In contrast, females exposed to $\geq$50 mg/kg-day had elevated serum levels of cholesterol and triglycerides.

Pouwer *et al*. (2019) exposed male transgenic mice that were modified to have human-like lipid metabolism (APOE*3-Leiden.CETP strain)[37] to PFOA (in the form of APFO) *via* the diet for 4-6 weeks at doses of 0, 10, 300, or 30,000 ng/g-day (equivalent to 0.01, 0.3, and 30 mg/kg-day, respectively).  The authors reported no treatment-related effects on mortality or behavior.  At 4 weeks, exposure to PFOA at 30 mg/kg-day was associated with reduced body weight; increased blood levels of HDL cholesterol; decreased levels of total cholesterol, non-HDL cholesterol, and triglycerides in blood; and increased uptake of very low density lipoprotein (VLDL) in liver and adipose tissue.  At 6 weeks, mice in the 30 mg/kg-day dose group had reduced body weight (by about 15%) and food intake, increased liver blood, reduced total body fat, and reduced production and metabolism of lipids.  The decrease in body weight indicates possible systemic toxicity at this dose.

The doses in the Pouwer *et al*. (2019) study were chosen to yield serum concentrations in the mice that approximate human serum concentrations in community studies (lowest dose), occupational studies (middle dose), and a clinical trial study (highest dose).  It is noteworthy that exposure to the high dose of PFOA caused changes in serum lipid profiles (*i.e.*, lowered total cholesterol, elevated levels of HDL cholesterol, and reduced levels of non-HDL cholesterol) that are associated with beneficial health effects in humans.  In

---

[37] The genetically engineered APOE*3-Leiden.CETP mouse strain is widely used in pharmaceutical research due to its human-like responses to medical interventions for metabolic disorders, and its human-like lipid profile (Berbee *et al*., 2015).  This mouse strain overexpresses a mutant form of a human protein termed APOE*3-Leiden, which causes a human disease state called familial dysbetalipoproteinemia, a condition characterized by elevation of total cholesterol and triglyceride levels and a decrease in levels of the beneficial HDL cholesterol in serum.  This mouse model also overexpresses an enzyme absent in rodents called cholesteryl ester transfer protein (CETP), which increases the formation of non-HDL cholesterol and reduces levels of beneficial HDL cholesterol.  Importantly, the resulting lipid profile caused by these genetic modifications is in stark contrast to the lipid profile of wild-type rodents, characterized by having a higher proportion of HDL cholesterol relative to non-HDL cholesterol due to the absence of CETP.  Collectively, overexpression of the APOE*3-Leiden protein and CETP in this transgenic mouse model cause functional changes in the rodent such that lipid metabolism is similar to that of humans.

contrast, the authors noted that serum lipids did not change in the mice that received the lowest and middle doses. It is important to note that lipid metabolism in mice and humans is sufficiently different due to the absence of the cholesteryl ester transfer protein (CETP) in rodents (which results in a higher proportion of the beneficial HDL cholesterol relative to non-HDL cholesterol in rodent serum). Hence, the conclusions stated by Pouwer *et al*. (2019) are strengthened by their use of transgenic APOE\*3-Leiden.CETP mice, which exhibit human-like metabolic pathologies, respond to medical interventions of metabolic disorders in a manner similar to humans, and have been widely used in pharmaceutical research. These results are also particularly noteworthy as they demonstrated no effect on serum lipids at 0.01 and 0.3 mg/kg-day (representative of community and occupational exposures, respectively) in a human-like mouse model, and, as observed by the study authors, provide evidence to suggest that the increases in serum lipids (*i.e.*, cholesterol and triglycerides) reported in some human studies (Olsen *et al*., 2003b; Olsen and Zobel, 2007; Sakr *et al*., 2007a; Costa *et al*., 2009; Winquist and Steenland, 2014a) may not be causally associated with PFOA exposure. It should be noted that reduced serum cholesterol and LDL were observed in humans treated with escalating weekly doses of PFOA (50 mg and 1,200 mg) for 6 weeks (Convertino *et al*., 2018).

Rosen *et al*. (2007) reported activated genes for fatty acid catabolism, cholesterol and bile acid biosynthesis, and metabolism of lipoproteins, steroids, and glucose in the lungs and livers of CD-1 mouse fetuses when dams were dosed orally with 1-10 mg/kg-day PFOA during gestation. Most of the affected genes were associated with lipid homeostasis. Rebholz *et al*. (2016) also reported increased serum cholesterol and decreased activation of genes associated with steroid metabolism in C57BL/6 and BALB/c mice that were given a high-fat diet with 0.5 mg/kg-day PFOA. The degree of effects was dependent on the mouse strain. Du *et al*. (2018) reported decreased body weight and changes in lipid and glucose metabolism in male BALB/c that received PFOA orally for 3 weeks at doses of 1 and 5 mg/kg-day.

In an effort to determine the role of PPARα in lipid response to PFOA, Rosen *et al*. (2008b) studied gene activation in either 129S1/SvlmJ WT or PPARα-null[38] adult mice that were administered PFOA by oral gavage. Fourteen percent of genes that were activated in the WT mice were also activated in the PPARα-null mice, and many of those genes were associated with lipid metabolism.

Nakamura *et al*. (2009b) tested serum and liver lipid response to 2-week oral dosing of 0.1 or 0.3 mg/kg-day PFOA in 129/Sv WT mice, PPARα-null mice, and hPPARα mice. These authors reported that at 0.3 mg/kg-day, the WT mice had increased cholesterol and triglycerides in the liver but not in serum compared to controls, and the liver and serum lipid levels in the PPARα-null and hPPARα mice were unchanged. Minata *et al*. (2010) also studied plasma lipids in response to 4 weeks of PFOA exposure at higher oral doses (5.4, 10.8, and 21.6 mg/kg-day) in mice. In WT 129S4/SvlmJ mice, total serum cholesterol decreased at ≥ 10.8 mg/kg-day and triglycerides increased at 5.4 and 10.8 mg/kg-day but not 21.6 mg/kg-day. In PPARα-null mice, total cholesterol decreased at 5.4 and 10.8 mg/kg-day but increased at 21.6 mg/kg-day, and triglycerides increased at all doses. The authors suggested that liver injury accounted for the anomalous results at the highest dose (Minata *et al*., 2010).

In a study in cynomolgus monkeys, males were dosed with PFOA (in the form of APFO) *via* oral capsule for 6 months at doses of 3, 10, or 20-30 mg/kg-day (Butenhoff *et al.*, 2002). There were small, transient increases in triglycerides in the 20-30 mg/kg-day dose group on days 31, 63, and 90, but no significant changes in cholesterol in any dose group throughout the duration of the study.

The rodent studies of serum lipid changes following PFOA exposure generally show that total cholesterol is reduced, but effects on triglycerides may be mixed and/or transient. In monkeys exposed for 6 months,

---

[38] A wild-type animal is an animal model that is not genetically altered with respect to the gene of interest. In contrast, a "null" or "knock-out" animal has been genetically changed to have a certain gene or set of genes deleted. A PPARα-null or -knock-out mouse is a mouse without a functional PPARα gene, and thus will not respond to PPARα agonists.

no significant cholesterol changes occurred and triglyceride changes were small and transient. It is notable that in a humanized mouse model, no effects on serum lipids were observed at doses calculated to be representative of community and occupational exposures. Because of the inconsistent and/or transient findings noted above, and because the humanized mouse model and the monkeys did not show any changes in serum lipids, these studies do not provide evidence that PFOA exposure can affect human serum lipid levels at plausible environmental exposure levels (that are the subject of this report).

### A4.1.1.3 Thyroid Hormone-Related Effects

In humans and animals, thyroid hormones, which include thyroxine (T4) and triiodothyronine (commonly called T3), are synthesized by the thyroid gland. The thyroid is a small, butterfly-shaped structure located in front of the trachea (Capen, 2000). The thyroid synthesizes all of the T4 present in the body but only approximately 20% of the T3. The remaining T3 is produced from conversion of T4 to T3 outside the thyroid gland in tissues in which thyroid hormones are utilized (Chopra and Sabatino, 2000). Thyroid hormones are essential for a variety of functions in the body, including metabolism, development and function of the brain, and function of other organs such as the skin, heart, and intestines (Johns Hopkins Medicine, 2019). The majority of circulating thyroid hormones in the blood are bound to proteins and thus are not available to enter cells in tissues in which thyroid hormones are utilized. The small portion of unbound thyroid hormones in the blood, referred to as "free" thyroid hormones (*e.g.*, free T3 and T4) do enter into cells and thus are biologically active (ATA, 2014; Johns Hopkins Medicine, 2019). Thyroid hormone levels are regulated by thyroid-stimulating hormone (TSH), which is produced in the pituitary gland (Carrasco, 2000; Taurog, 2000; ATA, 2014). TSH levels increase in response to reductions in circulating free thyroid hormones and decrease in response to elevated levels of circulating thyroid hormones (ATA, 2014). Both excess production of thyroid hormones (hyperthyroidism) and insufficient production of thyroid hormones (hypothyroidism) can be associated with clinical symptoms such as rapid heartbeat, tremor, increased sweating, difficulty sleeping, and brittle hair (in the case of hyperthyroidism), and fatigue, increased cold sensitivity, dry skin, elevated blood cholesterol, slowed heart rate, depression, and impaired memory (in the case of hypothyroidism) (Harvard Health Publishing, 2019; ATA, 2018). As such, TSH plays a critical role in maintaining thyroid hormone levels within the appropriate range. Changes in TSH and in free T4 are typically used to determine whether the thyroid is functioning properly. Free T3 levels may also be useful for diagnosing hyperthyroidism but not hypothyroidism (ATA, 2014). Substantial and sustained reductions in thyroid hormone levels, accompanied by increased TSH levels, can lead to enlargement of the thyroid gland, which is considered potentially adverse. Small, transient changes in thyroid hormone levels are not necessarily adverse.

Rodents are particularly susceptible to thyroid hormone perturbations compared to humans (RSA, 2018). The main serum protein that binds to T4 in rodents, albumin, has a much lower affinity for T4 than does the major T4-binding protein in humans, thyroxine-binding globulin (NRC, 2005; Bartsch *et al.*, 2018; Parker and York, 2014; RSA, 2018). For this reason, there are higher concentrations of free thyroid hormones in the serum of rodents compared to the serum of humans and, thus, higher rates of metabolism and excretion and a greater capacity for changes in concentrations of free hormones (US EPA, 1998; Capen *et al.*, 1999). It is well known that many more chemicals have effects on rodent thyroid hormone levels than on human levels (RSA, 2018).

The effects of PFOA on thyroid hormones in animals are not well characterized. Only one subchronic monkey study (Butenhoff *et al.*, 2002) and two short-term rat studies (Martin *et al.*, 2007; NTP, 2019a) of thyroid hormone effects were identified. Results from this limited set of studies suggest that male rats are more sensitive to modulation of thyroid hormones (LOELs ≥0.625 mg/kg-day) relative to female rats or male monkeys (LOELs ≥100 mg/kg-day or ≥20 mg/kg-day, respectively).

In the monkey study by Butenhoff *et al.* (2002), male monkeys were dosed with PFOA (in the form of APFO) *via* oral capsule for 6 months at doses of 3, 10, or 20-30 mg/kg-day. In the highest dose group (20-30 mg/kg-day), serum concentrations of T3 and free T3 were lower but still within normal variation, while total T4, free T4, and TSH were unchanged. Serum thyroid hormone levels recovered after treatment stopped. Because T4 levels are expected to decrease before T3 levels (ATA, 2014), the decrease in T3 levels without a corresponding decrease in T4 levels is difficult to interpret. There were no changes to the thyroid gland. The authors attributed changes in thyroid hormone levels to normal variation or stress, not treatment with PFOA.

Martin *et al.* (2007) gave male Sprague-Dawley rats PFOA at 20 mg/kg-day by oral gavage for 1-5 days and reported that total T4 and free T4 were reduced by about 75% at all time points. Serum T3 was reduced by 25% after 1 day and continued to decrease over the later time points.

In the 28-day study by NTP (2019a), male Sprague-Dawley rats that received PFOA at 5 and 10 mg/kg-day had reduced body weights (12% and 19%, respectively, when compared to controls), indicating possible systemic toxicity. For males, all exposure levels (*i.e.*, ≥0.625 mg/kg-day) were associated with reduced levels of total T4 (82-97%) and free T4 (80-85%), and total T3 concentrations were reduced by exposure to up to 5 mg/kg-day (31-40%). It should be noted that total T3 levels in males in the 10 mg/kg-day group were not different relative to controls; however, this dose was also associated with possible systemic toxicity. Serum TSH concentrations in males were not affected by exposures to up to 2.5 mg/kg-day, but were reduced in males exposed to higher doses (*i.e.*, 5 and 10 mg/kg-day PFOA) that were associated with possible systemic toxicity. Relative thyroid gland weights were elevated in males exposed to ≥1.25 mg/kg-day, but there was a lack of elevated incidence of histopathological changes in thyroid gland at any exposure level. In females, exposure to 100 mg/kg-day PFOA was associated with reduced levels of total T4 and free T4 (48% and 31%, respectively), and elevated follicular cell hypertrophy. In addition, TSH concentrations were elevated in females in all exposure groups by 39-77%. In contrast, total T3 concentrations and thyroid gland weights were unaffected in females in any exposure group. Collectively, PFOA exposure was associated with inconsistent effects across sexes on thyroid hormone levels, thyroid gland weights, and histopathology. NTP concluded that these results are not consistent with a state of classical hypothyroidism or disruption of the hypothalamic-pituitary-thyroid axis.

A committee convened by the US National Research Council (NRC) considered whether changes in serum thyroid hormone and TSH concentrations are adverse effects (NRC, 2005). The NRC Committee, which included three endocrinologists and three pediatricians, as well as veterinarians, toxicologists, and epidemiologists, concluded that decreases in thyroid hormones and increases in TSH are not adverse in and of themselves. Rather, the Committee concluded that hypothyroidism, in which the thyroid is enlarged subsequent to a sufficient decrease in T3 and T4, and an increase in TSH were the first biologically adverse effects associated with perchlorate exposure. Furthermore, there is no evidence in animal studies of thyroid effects at PFOA doses that have been reliably associated with other, more-sensitive effects, such as developmental effects or changes in serum lipids.

### A4.1.1.4     Immunotoxicity Effects

A number of studies have been conducted in *in vitro* systems and in whole animals to test the potential for PFOA to affect immune function. These studies have been conducted using an array of different types of tests of immune function. Immune effects may be categorized as primary or secondary. Primary outcomes are effects on functional aspects of immunity, such as immunosuppression, hypersensitivity, or autoimmunity. Secondary outcomes include more indirect evidence that is less indicative of overall immunotoxicity, such as lymphocyte counts, serum antibody levels, and weights of organs associated with

immune function (NTP, 2016). Many of the results presented here are measures of secondary outcomes and do not necessarily indicate that immune function has been compromised.

It is my opinion that the scientific evidence discussed here does not provide convincing evidence that PFOA would be immunotoxic in humans. I note that there have been some findings in mouse studies that are suggestive of immunotoxicity. However, there are important limitations and uncertainties in these studies (*e.g.*, limited evidence for a dose-response effect in the absence of systemic toxicity), as discussed in this section. These uncertainties and limitations preclude drawing reliable conclusions from these studies' findings.

**Evaluating Immune System Effects**

Immunotoxicity adversely affects an organism's immune system. Immunotoxicity effects can manifest as immunosuppression (a reduced immune response), hypersensitivity (enhanced immune response), or autoimmunity (in which an individual's immune system reacts against their own cells and tissues) and can occur without clinical illness (Kaplan *et al.*, 2019; Burleson and Dean, 1995). The cells responsible for immunity are primarily found in the blood, spleen, and lymph nodes. The tests used to evaluate toxic effects on these cells primarily evaluate the function of a subset of immune cells called lymphocytes, which include natural killer (NK) cells, T cells, and B cells.

When considering findings from tests of immune function, it is important to remember that the normal immune response is dynamic and complex. At any one time, an individual's immune response may be suppressed or activated due a number of environmental factors, including stress, diet, medications, or infection (Karol, 1998; Kaplan *et al.*, 2019). This normal intra-individual variability is observed within all organisms and can complicate the interpretation of variable responses in association with environmental exposures. Thus, alterations in immune function tests do not necessarily indicate that an individual's immune system would be compromised from exposure to the chemical of interest. Such a determination must be made in the context of a number of factors, including the host factors noted above, as well as the strengths and limitations of the particular test and the magnitude and duration of chemical exposure (Karol, 1998).

Below, I provide descriptions of the specific tests that have been used to evaluate the potential immunotoxicity of PFOA, before discussing the results of studies specific to the chemical. The array of different tests used to study PFOA provide information on different aspects of immune function.

The NK activity assay is immunologically simple and evaluates the function of NK cells, which are important for immediate immune responses that can occur without prior exposures to a pathogen (*i.e.*, an innate immune response). A reduction in NK activity may reflect immunosuppression and impaired innate immunity (Djeu, 1995) and is considered a primary outcome. In humans, a reduction in NK activity of sufficient magnitude could impair innate immunity, leading to increased susceptibility to infections by certain intracellular parasites or bacteria and an increased risk of cancer (Janeway *et al.*, 2001a; Kaplan *et al.*, 2019).

Tests of antibody production to an antigen,[39] such as SRBCs, are immunologically complex, because this response requires a host of immune cells, including specialized T cells, antigen-presenting cells, and B cells (Holsapple, 1995; Kaplan *et al.*, 2019). Antigen-presenting cells activate T cells and share antigen with B cells, with activated T cells being necessary for B cells to make antibodies. This response, known as TDAR, is termed an adaptive (or humoral) immune response and is the basis of effective vaccination. In this assay,

---

[39] An antigen is a substance that can induce an immune response, specifically, the production of antibodies.

known as the SRBC assay and sometimes referred to as the plaque-forming cell assay, rodents are immunized with SRBC and the resulting B-cell-mediated production of antibodies[40] against SRBCs is evaluated by the *in vitro* lysis or destruction of SRBCs and the formation of "plaques" (Holsapple, 1995; Karol, 1998; Kaplan *et al*., 2019). This is considered a primary outcome, reflecting immune response function. In humans, altered adaptive immune responses of sufficient magnitude and over sufficient duration can be reflected in increased susceptibility to infection or reduced response to vaccination.

If an effect on B cell function or survival is suspected, B cell activation can be evaluated *in vitro* independently of other cells using a process termed T-cell-independent antibody response (TIAR) (Snow, 1995). In this assay, mice are injected with trinitrophenyl (TNP), which activates B cells independently of T cells or antigen-presenting cells. The TNP-reactive B cells are then highly enriched and restimulated *in vitro* to assess proliferation and function. Unlike the SRBC assay, the TIAR assay does not provide evidence of compromised adaptive immunity in humans or animals but is a useful *in vitro* screening assay to identify potential B cell toxicity and is considered a primary outcome because it measures B cell function. In humans, TIAR occurs in response to bacterial infection. Thus, similar to NK deficiency, B cell toxicity could increase susceptibility to bacterial infections (Janeway *et al*., 2001b).

**Effects of PFOA on the Immune System**

Several mouse studies show that mice appear to be more sensitive than rats to certain potential immune effects from PFOA. However, in most studies, the doses that elicited responses in the mice were also associated with systemic toxicity (*i.e*., findings were likely a consequence of the systemic toxicity, rather than a direct effect of PFOA on the immune system) and were higher than any human exposures that would be expected from plausible environmental exposure to PFOA. Such findings would be of limited relevance to humans potentially exposed to PFOA. There is little information on immune effects from PFOA in monkeys.

I have not found studies of primary indicators of immunotoxicity in rats exposed to PFOA. With respect to secondary indicators, Iwai and Yamashita (2006) dosed Sprague-Dawley rats orally with PFOA up to 50 mg/kg-day for 14 days and found no changes in the numbers of circulating T-cells, B-cells, NK-cells, helper T-cells, or killer T-cells. Loveless *et al*. (2008) reported no immune system effects (measured as SRBC response and various secondary indicators) in CD rats dosed orally with ≤30 mg/kg-day PFOA for 29 days, even though systemic toxicity (reduced body weight) was evident in the 10 and 30 mg/kg-day dose groups.

In the 28-day study conducted by NTP (2019a), oral exposure of male Sprague-Dawley rats to ≥2.5 mg/kg-day PFOA was associated with reduced absolute spleen weight, and 10 mg/kg-day PFOA was associated with reduced thymus weight and elevated incidence of hypocellularity in the bone marrow. However, the 10 mg/kg-day dose was also associated with possible systemic toxicity in males, as indicated by a 19% reduction of body weight when compared to controls. No effects were noted in females, and no primary immune effects were studied.

Yang *et al*. (2001, 2002b) reported a decrease in the humoral and T-cell-dependent immune response of C57BL/6 mice that were fed PFOA at approximately 40 mg/kg-day for 10 days. The authors administered only a single dose level of PFOA, and therefore, a dose-response cannot be evaluated. In addition, this dose was associated with about 10% loss of body weight in mice, indicating possible systemic toxicity.

---

[40] Antibodies are also called immunoglobulins (Igs), with immunoglobulin G (IgG) and immunoglobulin M (IgM) being two types of antibodies produced by B cells. Antibodies are specific for small molecules and are an important component of the immune response against pathogens and other foreign substances.

Vetvicka and Vetvickova (2013) reported reduced antibody production and cellular immune response (phagocytosis and NK cell activity) in BALB/C mice given PFOA at 20 mg/kg-day by oral gavage for 7 days. The authors also observed reduced thymus cellularity in the treated mice. Because only a single dose of PFOA was tested, a dose-response cannot be evaluated. In addition, the treated mice had reduced body weights by the fourth day of treatment, indicating systemic toxicity at this dose.

DeWitt *et al*. (2008) reported reduced antibody immunoglobulin M (IgM), but not immunoglobulin G (IgG), production in response to SRBC in C57BL/6N mice given PFOA in drinking water for 15 days compared to controls. The LOEL for suppressed IgM antibody production was identified by the authors as 3.75 mg/kg-day, and the NOEL was identified as 1.88 mg/kg-day. As noted by the authors, the experimental serum PFOA concentration associated with significant antibody reduction was 74,000 ng/mL, which the authors identified as being 15,000 times the serum concentrations of the general population and 150 times higher than concentrations in individuals living near a PFOA production site.

In a second study by the same group (DeWitt *et al*., 2009), in which PFOA was administered to the same C57BL/6N strain of mice for 10 days *via* drinking water, the authors identified a LOEL for TDAR (IgM antibody production) of 15 mg/kg-day and a NOEL of 7.5 mg/kg-day. IgG levels were not reported. The dose of 15 mg/kg-day associated with reduced antibody production was also associated with a 10% reduction in body weight, indicating possible systemic toxicity. This study is inconsistent with the LOEL value of 3.75 mg/kg-day reported in the DeWitt *et al*. (2008) study for the same strain of mice, and the authors did not discuss this discrepancy.

In a third study, DeWitt *et al*. (2016) evaluated the role of PPARα on the effects of PFOA on the immune system in female mice. The authors administered PFOA *via* drinking water at 0, 7.5, or 30 mg/kg-day for 15 days on PPARα knockout mice (B6.129S4-Ppartm1GonzN12 strain) and a background-matched wild-type strain (C57BL/6-Tac). The authors again reported a NOEL for TDAR of 7.5 mg/kg-day and a LOEL of 30 mg/kg-day for the wild-type mice. At the LOEL, body weights were reduced by 15-20%, indicating systemic toxicity for the wild-type mice. Spleen weights were reduced at 30 mg/kg-day, and thymus weights were reduced at 7.5 mg/kg-day, but not at 30 mg/kg-day, in the wild-type mice. In the PPARα knockout mice, TDAR was also suppressed with a NOEL of 7.5 mg/kg-day and a LOEL of 30 mg/kg-day, but body, spleen, and thymus weights were unaffected by PFOA. These results indicate that PPARα likely mediates the effects of PFOA on splenic and thymic organ weights, but that TDAR may not be dependent on PPARα expression.

In a separate experiment using C57BL/6N mice (DeWitt *et al*., 2016), TIAR was reduced in mice given ≥1.88 mg/kg-day *via* drinking water; the NOEL for this response was 0.94 mg/kg-day. Reduced TIAR is a primary outcome (*i.e.*, may indicate a functional deficit). However, the reduction was roughly equivalent at all doses above the NOEL. The TIAR at 1.88, 3.75, and 7.5 mg/kg-day was reduced by 10.3, 9.4, and 10.7%, respectively, indicating a lack of a dose-response.

Hu *et al*. (2010) investigated the developmental effects of PFOA on the immune system in female C57BL/6 mice. This group observed no effects on SRBC-specific antibody response in female C57BL/6 offspring following dam exposure *via* drinking water of up to 1 mg/kg PFOA from gestational days (GDs) 6-17. Litter weights were reduced by 10% in the 1 mg/kg-day dose group.

In CD-1 mice administered PFOA by oral gavage at 0, 0.3, 1, 10, or 30 mg/kg-day, antibody production in response to SRBC (a primary effect) decreased only at 10 and 30 mg/kg-day, doses that were also associated with systemic toxicity (reduced body weight to 86% and 78% of control body weight, respectively, and increased serum corticosterone levels, a sign of stress) (Loveless *et al*., 2008). Spleen weights (a secondary effect) were reduced in the 1 mg/kg-day dose group. The authors considered the LOEL for this study to be 10 mg/kg-day and the NOEL to be 1 mg/kg-day based on suppression of anti-SRBC IgM antibodies. They

attributed the spleen weight decreases at 10 and 30 mg/kg-day to systemic toxicity and stress, but did not address the immunological significance of a reduction in relative spleen weight observed at 1 mg/kg-day, which may also be considered an adverse immune effect. However, both of these effects are difficult to interpret because they occurred in conjunction with systemic toxicity.

Little information on the immune effects of PFOA in monkeys is available. In the Butenhoff et al. (2002) study, doses of up to 20-30 mg/kg-day administered to male cynomolgus monkeys for 26 weeks had no effect on spleen weight or spleen tissue damage. In a series of studies reported by Griffith and Long (1980), monkeys were dosed by oral gavage for 90 days at doses from 3 to 100 mg/kg-day. All of the monkeys in the highest dose group died in weeks 2-5 of dosing, and one male and both females in the 30 mg/kg-day group died during weeks 7-12, but no pathological or histological changes were observed in the other dose groups. The monkeys that received PFOA at 30 mg/kg-day had some spleen and lymph node effects (atrophy of lymphoid follicles) and bone marrow effects (reduced cellularity). However, considering that systemic toxicity was evident, these were not likely specific immune effects. Neither of these studies tested for functional effects of PFOA on the immune system. The authors attributed the systemic toxicity of PFOA at high doses to the compound's potent surfactant properties, as PFOA was administered directly to the gastrointestinal tract in a bolus dose that likely caused local irritation.

Chang et al. (2020) conducted a histopathological reevaluation of large intestine samples from the chronic (26-week) oral exposure study in monkeys discussed above (Butenhoff et al., 2002) and the 2-year dietary exposure study in Sprague-Dawley rats (Butenhoff et al., 2012b) discussed in Section A4.1.1.1. The purpose of the study by Chang et al. (2020) was to inform the biological plausibility of ulcerative colitis[41] associated with exposure to PFOA in drinking water that has been reported in some epidemiology studies (Steenland et al., 2013, 2015, 2018a, discussed in detail in Sections A5.1.2.4 and 7.1.4.5). Samples of cecum, colon, and rectum were assessed from male monkeys exposed to 0, 3, 10, or 30 mg/kg-day PFOA (Butenhoff et al., 2002). Similarly, samples of colon were assessed from male and female rats exposed to the control diet and the highest tested dietary concentration of 300 ppm PFOA, equivalent to 14.2 or 16.1 mg/kg-day for males and females, respectively (Butenhoff et al., 2012b). Histological reexamination of the samples revealed no evidence of treatment-related inflammatory lesions representative of ulcerative colitis; these results were in concordance with the results of the original studies. The authors concluded that these findings do not support the biological plausibility of an association between PFOA exposure and ulcerative colitis in humans.

Shane et al. (2020) examined immunological effects associated with dermal exposure to PFOA of female BALB/c mice (5 per group). PFOA was dissolved in acetone and applied to the dorsal surface of each ear once per day at doses equivalent to 12.5, 25, or 50 mg/kg-day, for 4 or 14 days. The authors concluded that the 50 mg/kg-day dose caused systemic toxicity after 10 days of exposure based on body weight reduction of more than 20%. After 14 days of exposure, the 25 and 50 mg/kg-day doses were associated with statistically significant reductions in body weight of similar magnitude (> 20%),[42] indicating that exposure to the 25 mg/kg-day dose for 14 days was also associated with systemic toxicity. Under exposure conditions

---

[41] Ulcerative colitis is among the most common autoimmune diseases (Steenland et al., 2013, 2015, 2018a), and is thus relevant to the discussion of the immunological effects of PFOA.

[42] Female BALB/c mice were purchased from Taconic Biosciences (Germantown, New York) at 6-8 weeks of age and were acclimated in the laboratory for a minimum of 5 days upon arrival (Shane et al., 2020), indicating that animals were approximately 9-11 weeks of age at the end of the 14-day study. According to data from Taconic Biosciences (2020), mean body weights of female BALB/c mice are 18.5 g (range 16.4-20.6 g) and 20.2 g (range 18.6-21.8 g) at 9 and 11 weeks of age, respectively. Shane et al. (2020) reported weight loss associated with 4- or 14-day dermal exposures to PFOA in their Supplemental Figure 1, but did not report the amount of loss. Supplemental Figure 1 in the study indicates that doses of both 25 and 50 mg/kg-day PFOA for 14 days were associated with body weight reductions of more than 4 grams. Based on the mean body weights of female BALB/c mice at 9 and 11 weeks of age as reported by Taconic Biosciences (2020), and assuming weight loss of 4 g (which is an underestimation as shown in the authors' Supplemental Figure 1), the loss associated with dermal exposures to both 25 and 50 mg/kg-day for 14 days are ≥ 20%, indicating systemic toxicity.

---

that did not cause systemic toxicity (*i.e.*, exposures to 12.5, 25, or 50 mg/kg-day for 4 days, and to 12.5 mg/kg-day for 14 days), dermal exposure to PFOA was associated with effects on secondary outcomes of immune function (reduced spleen weight, reduced numbers of immune cells in the spleen [CD4+ cells, CD8+ cells, B-cells, dendritic cells, and monocytes]); reduced kidney weight (only in animals exposed to 25 mg/kg-day for 4 days); and increased liver weight. Shane *et al.* (2020) also noted that some indicators of PPARα-activated gene expression ($T_H2$ skewing cytokine and the inflammatory cytokine Ilb) were elevated. However, because of the lack of clear exposure-response relationship for these parameters as well as the potential role of systemic toxicity, it is not possible to develop any reliable conclusions as to a role of PPARα activation in the secondary immune system effects.

It is noteworthy that Shane *et al.* (2020) dissolved the PFOA, an amphipathic compound,[43] in acetone before applying it to the animals. Acetone is known to disrupt the molecular integrity of skin and enhance dermal absorption of amphipathic compounds (Tsai *et al.*, 2001). Although PFOA was not irritating or corrosive to the skin at any dose level, the exposure conditions that caused systemic toxicity were also associated with reduced expression levels of genes indicative of skin barrier integrity, consistent with the use of acetone as the vehicle solvent. In addition, in a previous study from this laboratory (Franko *et al.*, 2012) the authors examined the effect of ionization state, or charge, of PFOA on dermal absorption of the molecule. PFOA dissolved in solution exists in both ionized (charged) and un-ionized (uncharged) states. Franko *et al.* (2012) reported that PFOA exists almost entirely in an ionized form at a normal skin surface pH of 5.5, and that dermal absorption of the ionized form of PFOA across human skin was more than 1,000-fold lower relative to un-ionized PFOA; therefore, dermal permeability of PFOA is low under conditions of typical low-level environmental exposures relevant to humans (Franko *et al.*, 2012). Overall, the study by Shane *et al.* (2020) is of limited toxicological relevance. The use of acetone as the solvent for PFOA was associated with disruption of skin barrier integrity and enhanced dermal absorption of PFOA. The experimental conditions were therefore not physiologically relevant to dermal absorption of PFOA under plausible conditions of human environmental exposure.

McDonough *et al.* (2020) dosed C57BL/6 mice with 3M Lightwater Aqueous Film Forming Foam (AFFF) by oral gavage for 10 days. The doses were designed so that the combination of PFOA plus PFOS was equivalent to 0, 1.88, 3.75, 7.5, and 10 mg/kg-day. A positive control group was given PFOA alone at 7.5 mg/kg-day. Serum measurements of PFOS in treated males and females ranged from 53-415 μg/mL and 63-416 μg/mL, respectively. Serum PFHxS ranged from 17-82 μg/mL and 17-83 μg/mL in males and females, respectively, and serum PFOA ranged from 0.3-1 μg/mL and 0.6-3 μg/mL in males and females, respectively. The serum values of the PFOA controls were not stated, but appear to be between 10 and 100 μg/mL in both males and females based on Figure 5 of the study. After 10 days, there was significant body weight loss in the males at the two highest doses of AFFF (10.8% reduction at 7.5 mg/kg-day and 19.1% at 10 mg/kg-day). No weight loss occurred in the females. TDAR decreased in males and females at the two highest doses only, and in the PFOA controls.

There are several limitations in this study. The TDAR decreases do not show a clear dose-response, and were concurrent with systemic toxicity in the males as evidenced by the reductions in body weights. In addition, McDonough *et al.* (2020) only briefly addressed the presence of other PFAS in AFFF. For example, PFHxS concentrations in the mouse serum were very high, close to the PFOS values. The authors noted only that that the present findings "suggest that PFOA alone was not responsible for suppression of the TDAR." Furthermore, there was no mention of any other chemical constituents of AFFF. According to Interstate Technology and Regulatory Council (ITRC, 2020), AFFF typically is available as a concentrate made of more than 60% water/diluent, up to 20% solvents, and up to 18% surfactants, of which PFAS comprise less than 2%. McDonough *et al.* (2020) did not address the presence of any the other constituents

---

[43] PFOA is an amphipathic compound, meaning it contains regions that are soluble in water (or hydrophilic) and regions that are soluble in lipids (or lipophilic) (Fabrega *et al.*, 2016; Harada *et al.*, 2005b; Stahl *et al.*, 2009).

of AFFF.  Because of these limitations, this study does not provide evidence of the immunotoxicity of PFAS chemicals.

NTP (2016) conducted a systematic review of the immunotoxicity of PFOA and concluded that PFOA is presumed to be an immune hazard to humans based on a high level of evidence that PFOA suppressed the antibody response from animal studies and a moderate level of evidence from studies in humans.  The NTP (2016) review has many limitations; specifically, most of the animal studies reviewed in the evaluation that reported PFOA dose-dependent immune effects also reported systemic toxicity at the same doses (see, for example, DeWitt *et al.*, 2009, 2016).  Thus, while the NTP (2016) review is comprehensive in its coverage of the immunotoxicology of PFOA, much of the animal evidence it relied on does not provide reliable support for its conclusions.

Overall, the studies that show an association between PFOA and reduced immune parameters in mice provide very limited evidence for a dose-response effect in the absence of systemic toxicity.  I have not found any scientific evidence indicating PFOA immunotoxicity in rats.  In addition, as discussed in Section A3.3 of this report, some of the PFOA-associated immune responses in mice appear to be mediated by PPARα, thus reducing the relevance of the mouse findings for humans.

### A4.1.1.5        Developmental and Reproductive Effects

Several studies examining the developmental and reproductive toxicity of PFOA have been conducted in rats and mice.  In many of these studies, malformations occurred only at doses that were associated with maternal toxicity.  In other words, malformations may occur as a consequence of effects on the dams (mothers) and would not occur at doses at which the dams are unaffected.  In addition, some of the reproductive and developmental effects of PFOA are dependent on PPARα (Abbott, 2009) and therefore may be less relevant to humans.

In a two-generation study, F0 Sprague-Dawley rats were dosed by oral gavage through pregnancy, birth, and lactation with 0, 1, 3, 10, or 30 mg/kg-day PFOA (in the form of APFO) (Butenhoff *et al.*, 2004b).  While offspring were not directly dosed with PFOA until after they weaned, they were exposed to PFOA *via* lactation transfer from the mother until weaning.  Overall, growth deficits and changes in organ weights (*i.e.*, liver, kidney, and spleen) were observed in F0 and F1 rats upon direct dosing with PFOA.  Female rats experienced reduced weight gain and increased kidney weight only at the highest dose.  Despite the toxicity observed, PFOA did not affect reproduction (*i.e.*, mating and fertility).  Also, at birth, the F1 offspring as a whole did not have any adverse health outcomes, except in the highest dose group.  Among these effects were decreased birth weight and reduction in pup viability.  Any other adverse effects in the offspring in the lower dose groups only became evident post-weaning, when direct dosing of PFOA commenced.  While some measures of reproductive development were affected (delayed vaginal opening in females at 30 mg/kg-day and delayed preputial separation in males at 30 mg/kg-day), there were no effects on mating or fertility, and no dose-related effects were seen in the F2 offspring for any of the parameters examined (Butenhoff *et al.*, 2004b).  The authors identified a NOEL of 10 mg/kg-day and a LOEL of 30 mg/kg-day for reproductive effects.  The LOEL for systemic effects (changes in organ weights in the F0 and F1 generations) was 1 mg/kg-day.

In the 28-day study conducted by NTP (2019a) oral exposures of male Sprague-Dawley rats at doses up to 2.5 mg/kg-day PFOA had no effect on testes or sperm count.  Exposures to 5 and 10 mg/kg-day PFOA were associated with reduced weight of cauda epididymis (the storage site of sperm following spermatogenesis in the testes), and exposure to the 10 mg/kg-day dose was also associated with reduced epididymis weight, and 24% reduction of cauda epididymis sperm count.  However, body weights were also reduced at these doses by 12% and 19%, respectively, suggesting possible systemic toxicity rather than a specific

reproductive effect.  In females, exposure to 100 mg/kg-day was associated with increased probability of extended diestrus (*i.e.*, sexual inactivity).

Lau *et al.* (2006) examined the effects from PFOA on CD-1 mice during pregnancy.  Animals were dosed by oral gavage during gestation at 0, 1, 3, 5, 10, 20, or 40 mg/kg-day, with one group of animals sacrificed on GD 18 and the other group allowed to deliver normally.  Some skeletal variations (reduced ossifications and enlarged fontanel) occurred in all the dose groups in fetuses of dams sacrificed on GD 18, but these effects did not occur in a normal dose-response pattern, and the authors did not consider them to be toxicologically significant.  In mice allowed to deliver normally, dose-dependent growth deficits were seen at 3 mg/kg-day PFOA and above; these resolved by 6.5 weeks of age for females and 13 weeks of age for males.  Increases in full litter resorptions and neonatal mortality occurred at 5 mg/kg-day PFOA and above. For the pups that survived, limb defects and delays in eye opening were seen at 5 mg/kg-day PFOA and above.  Male offspring in all groups showed accelerated sexual maturation (Lau *et al.*, 2006) in contrast to the Butenhoff *et al.* (2004b) study in rats, which showed delayed sexual maturation.  However, the dose-response for sexual maturation in males was irregular, with the largest effect at the lowest dose and the smallest effect at the highest dose.  The LOEL for maternal effects in this study is 1 mg/kg-day for increased liver weight.  While this study is the basis of US EPA's Drinking Water LHA (US EPA, 2016b), it should be noted that as discussed in Section 4.1, the agency's' interpretation of the study is not consistent with that of the study authors.  The significance of the developmental endpoints in Lau *et al.* (2006) as the basis of the regulatory guidelines for PFOA is discussed in Section 4.1.

Wolf *et al.* (2007) conducted a cross-fostering study in CD-1 mice using 3 or 5 mg/kg-day PFOA.  Whether pups were exposed *in utero* only, during lactation only, or both *in utero* and during lactation, the pups (and dams) in both dose groups experienced increased relative liver weights.  Birth weight and pup survival were reduced in the 5 mg/kg-day group.  Pup body weights were reduced at most time points between PND 1 and PND 22 for both males and females exposed both *in utero* and during lactation in the 3 and 5 mg/kg-day dose groups  The LOEL for reproductive and developmental effects, based on pup body weight, was 3 mg/kg-day.

White *et al.* (2007) dosed CD-1 mice by oral gavage with 5 mg/kg PFOA on GDs 1-17, 8-17, or 12-17.  In the dams dosed with PFOA on GDs 1-17 or 8-17, the authors observed a reduction in mammary gland development.  This condition could interfere with a dam's ability to nurse her pups, although this effect was not tested by White *et al.* (2007).  Offspring of dams dosed during these periods had reduced body weights on PNDs 1, 5, 10, and 20.  On PNDs 10 and 20, female offspring of dams in all the treatment groups showed stunted mammary epithelial branching and growth.  The LOEL for this study was 5 mg/kg-day (the only dose tested) for both dams and offspring.

Several subsequent studies also addressed mammary gland development in mice, with reported LOELs ranging from 0.01 to 3 mg/kg-day, depending on the mouse strain (White *et al.*, 2009, 2011; Macon *et al.*, 2011; Albrecht *et al.*, 2013; Tucker *et al.*, 2015).  The delays in mammary gland development did not correlate with any apparent functional deficit, however, as measured by body weight gain of pups nursing from dams that exhibited mammary gland effects (Macon *et al.*, 2011; White *et al.*, 2011).  US EPA noted that it was not possible to assess the quality of many of these studies, including those with the lowest reported LOELs (Macon *et al.*, 2011; Tucker *et al.*, 2015), because the authors did not describe the methodology used to score the tissue for histological criteria (US EPA, 2016b).  US EPA did not consider mammary gland development as an endpoint in its LHA derivation, because it noted that there is uncertainty regarding the functional impact (*i.e.*, adverseness) of this endpoint (US EPA, 2016b).

Two additional studies addressed the potential effects of PFOA exposure during development on sexual maturation and reproductive function in rodents.  Du *et al.* (2019) evaluated the effects of neonatal or juvenile exposure to PFOA on normal pubertal maturation and reproductive development in female rats.

Sprague-Dawley rat pups received PFOA by subcutaneous injection at 0.1, 1, or 10 mg/kg-day for 5 days (PND 1-5 for neonatal exposure, or PND 26-30 for juvenile exposure). Exposure to 10 mg/kg-day PFOA on PND 1-5 was associated with increased body weight on PND 15-35 and accelerated pubertal development, as measured by day of vaginal opening and age at first estrus. The authors also reported approximate 2-fold increases in serum concentrations of luteinizing hormone (LH) in the rats exposed as neonates to 1 and 10 mg/kg-day PFOA. However, the authors stated that serum LH levels were relatively stable in PFOA-treated animals overall, as evidenced by a lack of statistically significant effects on estrous cycle in exposed animals, suggesting that the magnitude of change in serum LH was not toxicologically significant. Based on these results, I identified a NOEL of 1 mg/kg-day in this study for accelerated pubertal development. It should also be noted that the authors did not report an adjustment for multiple comparisons in their statistical analyses (*i.e.*, roughly 41 different endpoints examined, with 6-7 exposure groups compared to a control group per endpoint, resulting in approximately 275 different comparisons in total), which may have enhanced the occurrence of spurious statistically significant results.

Two studies that were conducted on the same group of mice evaluated skeletal development (Koskela *et al.*, 2016) and neurodevelopment (Onishchenko *et al.*, 2011). Pregnant C57BL/6 mice received PFOA at doses of 0 or 0.3 mg/kg-day *via* the diet throughout gestation. In the study by Koskela *et al.* (2016), one or two female offspring were selected from each of 6 exposed and 6 control litters for measurements of their femurs and tibias at ages 13 or 17 months. Koskela *et al.* (2016) reported that the PFOA-exposed mice had increased areas in the femurs that were covered by the periosteum (a layer of connective tissue that covers most bones) and decreased mineral density in the tibias, but no effects on the biomechanical properties of the bones.

In the study by Onishchenko *et al.* (2011), an additional one or two offspring (both male and female) were selected from each of the same litters as described above for behavioral assessments at ages 5-8 weeks and tests of muscle strength and motor coordination at ages 3-4 months. The authors reported that the PFOA-exposed mice of both sexes showed changes in exploratory behavior, and males only showed increased activity in their home cages. Because both the Onishchenko *et al.* (2011) and Koskela *et al.* (2016) studies tested only one dose of PFOA, there is no dose-response relationship to confirm that the effects were treatment related.

Song *et al.* (2018a) evaluated the effects of PFOA on the reproductive function of male mice exposed during gestation. Female Kunming mice received PFOA by oral gavage from GD 1 to 17 at doses of 0, 1, 2.5, or 5 mg/kg-day. No treatment-related maternal toxicity or effects on litter size were reported, but exposure of dams at 5 mg/kg-day was associated with reduced numbers of offspring surviving to PND 7. The offspring in this group had elevated body and testicular weights on PND 21. In male offspring, Leydig cell numbers were reduced by approximately 25% in the 2.5 and 5 mg/kg-day dose groups on PND 21, and by approximately 12 and 17% in the 2.5 and 5 mg/kg-day dose groups, respectively, on PND 70. Exposure to PFOA was also associated with statistically significant modulation of serum testosterone levels at all doses on PND 21 and 70; however, the dose-response at these time points was inconsistent. It is also important to note that serum hormone levels in rodents are highly dynamic and can fluctuate dramatically over a short period of time within an animal. For example, 2- to 5-fold changes in serum testosterone have been measured in an individual laboratory mouse over an 8-day period (Bartke *et al.*, 1973). Serum hormone levels also vary between individual animals and can be affected by factors such as age and stress (Sasaki *et al.*, 2011). Hence, it is often difficult to determine whether the magnitude of change in serum hormone levels observed in a rodent study is adverse or of toxicological significance. Based on the inconsistent dose-response and uncertainty regarding the toxicological significance of the reported changes of serum testosterone observed at the different time points, I did not consider effects on serum testosterone a reliable indicator of toxicity in the current study. Accordingly, I identified a NOEL of 1 mg/kg-day PFOA and a LOEL of 2.5 mg/kg-day PFOA in this study based on reduced Leydig cell numbers.

In all of these studies, frank effects on reproduction and development (*i.e.*, pup weight and survival) occurred in animals at doses at or above 3 mg/kg-day. One study reported decreased Leydig cell numbers in developing mice at doses at or above 2.5 mg/kg-day. For all other endpoints, including those reported at doses lower than 2.5 mg/kg-day, the effects occurred at the same doses as those that elicited maternal toxicity, occurred in studies that only tested one dose of PFOA, were inconsistent, or were of uncertain functional and/or toxicological significance.

## A4.1.2 Cancer

The International Agency for Research on Cancer (IARC) (2016a) classified PFOA as Group 2B, *i.e.*, possibly carcinogenic to humans. This classification was based on "limited evidence" for the carcinogenicity of PFOA in both humans and animals. It should be emphasized that IARC did not identify PFOA as a known human carcinogen. The finding for animals was based primarily on evidence of testicular Leydig, liver, and pancreatic cell adenomas in male rats. Overall, the carcinogenicity studies in animals, described in this section, do not provide reliable evidence that PFOA is carcinogenic to humans.

In a study that was conducted in 1981-1983 and published by Butenhoff *et al*. in 2012, investigators fed Sprague-Dawley rats a diet containing PFOA for 2 years at 30 ppm and 300 ppm (1.3 and 14.2 mg/kg-day for males; 1.6 and 16.1 mg/kg-day for females) in order to investigate the potential carcinogenicity of PFOA (Butenhoff *et al*., 2012b). Both low-dose and high-dose females were originally recorded as having increases in the number of mammary fibroadenomas, but a reanalysis of pathology slides by a panel of experts (Hardisty *et al*., 2010; Butenhoff *et al*., 2012b) resulted in reclassification of the lesions and indicated that the appearance, incidence, and distribution of the neoplasms were not different from control and were not treatment-related. There was an increase in benign Leydig cell tumors (a type of tumor in the testis) in the male rats that received 300 ppm PFOA. Because PFOA is not considered genotoxic, the authors hypothesized that the increase in Leydig cell tumors was a result of hormonal changes brought about by enzyme induction that occurs at high doses of PFOA (Butenhoff *et al*., 2012b).

Another 2-year feeding study in CD rats (Biegel *et al.*, 2001) confirmed only some of the tumor findings in the Butenhoff *et al*. (2012b) study. This study included only one dose of PFOA – the high dose used in the Butenhoff *et al*. (2012b) study. There was an increase in liver adenomas, but not carcinomas, in the PFOA group. At 24 months, PFOA-treated animals also had increases in Leydig cell hyperplasia and adenomas, as well as increased acinar cell hyperplasia and adenomas. One treated animal had a pancreatic carcinoma. Liver adenomas, Leydig cell tumors, and pancreatic acinar tumors often occur together in rodents and have come to be known as a "tumor triad." These tumors are thought to occur together because they are believed to share a common MoA that may involve PPARα agonism and thus may have limited human relevance (Biegel *et al.*, 2001; Kennedy and Symons, 2015; Corton *et al*., 2018).

There are important qualitative differences between pancreatic acinar tumors in rodents and human pancreatic tumors. For example, as discussed in Caverly Rae *et al*. (2014), rodent pancreatic acinar tumors are histologically distinct from the most common type of pancreatic tumors observed in humans and, while rodent pancreatic tumors generally have no effect on mortality, humans with pancreatic tumors have very low survival rates.

Liver tumors were also investigated in mice exposed to PFOA in a developmental study by Filgo *et al*. (2015). In this study, three different strains of mice, including one PPARα-knockout strain plus WTs CD-1 and 129/Sv, received PFOA *via* oral gavage at doses ranging from 0 to 5 mg/kg-day during gestation and lactation. The study authors assessed the mice for liver tumors after maturity. There were no consistent and dose-related increases in any type of liver tumor in any of the strains. The authors did not report the incidence of any other tumor type.

In another developmental study, Ngo *et al*. (2014) examined the effect of PFOA (0-3 mg/kg-day on GDs 1-17 by oral gavage) on the numbers of intestinal tumors in the offspring in both WT C57BL/6J-Apc$^{+/+}$ mice and a mouse strain (C57BL/6J-Min/+) that is sensitive to spontaneous (*i.e*., without known causes) development of tumors in the intestines. The authors did not observe any increase in intestinal tumors in either strain and did not report the incidence of any other tumor type.

In an NTP (2020) technical report, the toxicity of PFOA was assessed in male and female Sprague-Dawley rats following perinatal and 16-week interim or lifetime exposure. For the perinatal exposures, $F_0$ female rats received PFOA in the diet at 0, 150, or 300 ppm (equivalent to 0, 10.9, or 21.7 mg/kg-day during gestation and 0, 23.3, or 45.2 mg/kg-day during lactation).

For the 16-week interim exposure study, after perinatal exposure male and female $F_1$ rats were separated from the dams and exposed to PFOA in the diet for 16 weeks. $F_1$ males received 0, 150, or 300 ppm PFOA in the diet for 16 weeks (equivalent to 0, 15.7, or 31.9 mg/kg-day). These doses resulted in average plasma PFOA concentrations of 0, 193,000, and 242,500 ng/mL PFOA, respectively. $F_1$ females received 0, 300, or 1,000 ppm PFOA in the diet for 16 weeks (approximately equivalent to 0, 29.6, or 101.5 mg/kg-day), resulting in average plasma PFOA concentrations of 0, 20,420, or 72,250 ng/mL. Although no early deaths were reported, overt toxicity was observed for the male rats that received PFOA. Rats in the 150 and 300 ppm exposure groups had body weights that were approximately 77.5% and 55% that of controls, respectively. In addition to changes in body weight, there were also exposure-related liver changes. Relative to the 0 ppm group, exposed males showed increased liver weight, pigmentation, and necrosis (only in the 150 ppm group), and hepatocyte cytoplasmic alteration, hypertrophy, and single-cell death. Females in the 1,000 ppm group showed increased liver weight, liver pigmentation, and hepatocyte hypertrophy and cytoplasmic alteration. Because of the overt toxicity in the males and the dramatic differences in PFOA plasma concentrations between males and females, lower doses were given to males in the two-year lifetime exposure study.

For the lifetime exposure study, $F_1$ male rats received PFOA in the diet at 0, 20, 40, or 80 ppm (equivalent to 0, 1.1, 2.2, or 4.6 mg/kg-day), and $F_1$ female rats received 0, 300, or 1,000 ppm (equivalent to 0, 18.3, or 63.45 mg/kg-day) for two years. After 16 weeks of dietary exposure, a subset of animals were necropsied. Exposure-related effects were observed in the liver, glandular stomach, kidney, and thyroid gland of males and in the liver, kidney, and thyroid gland of females. Exposed animals of both sexes showed increased Acyl-CoA oxidase activity in the liver, which is indicative of PPARα induction (NTP, 2020). Males were more sensitive than females to Acyl-CoA increases and to exposure-related effects in general. Results of the two-year study indicated that males exposed to lifetime dietary 40 or 80 ppm PFOA, independent of perinatal exposure, had increased hepatocellular adenomas, carcinomas (perinatally-exposed only) and combined adenomas and carcinomas, in a dose-related manner, compared to unexposed rats. All male dose groups also had increased incidence of liver necrosis, hepatocyte pigmentation, cytoplasmic alteration, and hypertrophy. Furthermore, lifetime exposure at all PFOA doses increased pancreatic acinar cell adenomas and combined adenomas and carcinomas in males, independent of perinatal exposure. This increase was driven by the adenomas, which increased in a dose-related manner. The small increases in carcinomas were not statistically significant or dose-related.

Overall, NTP (2020) concluded that there was "clear evidence of carcinogenic activity of PFOA in male Sprague Dawley rats because of the increased incidence of hepatocellular neoplasms (predominately hepatocellular adenomas) and increased incidence of acinar cell neoplasms (predominately acinar cell adenomas) of the pancreas." NTP (2020) also concluded that there was "some evidence of carcinogenic activity of PFOA in female Sprague Dawley rats…based on the increased incidence of pancreatic acinar cell adenoma or adenocarcinoma (combined) neoplasms," however, these changes were not statistically significant. Importantly, hepatocellular tumors and pancreatic acinar tumors are thought to share a common

MoA involving PPARα (Biegel *et al.*, 2001), the activity of which was elevated in both males and females in the NTP study. As discussed in Section A3.3, tumorigenesis involving this MoA is not considered relevant to humans. Furthermore, *in vitro* and *in vivo* studies indicate that PFOA is not genotoxic or mutagenic (Crebelli *et al.*, 2019; Kennedy and Symons, 2015; EFSA, 2018; ATSDR, 2021). Thus, there is no identified carcinogenic MoA for PFOA that is relevant to humans. It is also important to note that the plasma concentrations in the rats that exhibited tumors were four or more orders of magnitude higher than the concentrations found in the general human population (*i.e.*, 81,400 ng/mL in rats at the lowest dose at which tumors were observed, *vs.* 1-4 ng/mL in serum[44] of the general human population [CDC, 2021]).

Kamendulis *et al.* (2022) evaluated whether PFOA could act as a pancreatic cancer promoter in LSL-KRas[G12D];Pdx-1 Cre (KC) mice, which are genetically altered to have initiated pancreatic cancer cells that make them susceptible to pancreatic cancer after exposure to a promoter. Adult male and female mice had access to untreated drinking water (controls) or water with 5 ppm PFOA for 4 or 7 months, and were sacrificed at 6 or 9 months, respectively. The mean serum PFOA levels were 3 ng/mL in controls, 41,960 ng/mL in the mice treated for 4 months, and 26,350 ng/mL in the mice treated for 7 months. Inflammation of the pancreas was present in the 7-month treatment group, but not in the 4-month treatment group. Pancreatic hyperplasia and fibrosis were increased in both treatment groups in an exposure duration-related manner, and malondialdehyde, a marker of prolonged oxidative stress, was increased in the 7-month treatment group only. In contrast, neoplastic lesions were increased in the 4-month treatment group but not in the 7-month treatment group. Antioxidant enzymes were increased in both groups, but not in a duration-related manner. No increases in pancreatic malignancies were reported in either group. It is notable that several of the parameters measured, including PFOA serum concentrations and neoplasia, did not occur in an exposure-related manner. It is also notable that no malignancies were reported, even though the mouse serum levels were 10,000 times higher than serum levels in the general US population, and the mouse pancreatic cells were already initiated at the start of exposure. Furthermore, the presence of increased inflammation and oxidative stress do not mean that cancer will occur. The study by Kamendulis *et al.* (2022) does not provide evidence that PFOA is a carcinogen in humans at plausible environmental exposures.

Overall, the cancer and tumorigenic study results do not support a role for PFOA in cancer development in humans. Liver tumors associated with PFOA in rats are likely mediated by PPARα and are therefore not relevant to humans (Corton *et al.*, 2018). In addition, Leydig cell and pancreatic acinar tumors associated with PFOA in rats may be mediated by PPARα, in which case they would not be relevant to humans.

In addition, agency guidelines by US EPA (2005), NTP (2015b), and IARC (2016b) all require findings of malignant tumors or a combination of benign and malignant tumors for sufficient evidence of carcinogenicity. Adenomas are benign tumors and carcinomas are malignant. The findings of benign adenomas only in the Butenhoff *et al.* (2012b) study, only one carcinoma in the Biegel *et al.* (2001) study, and a small and not dose-dependent or statistically significant increase in carcinomas in the NTP (2020) study do not provide strong or sufficient evidence of PFOA carcinogenicity according to US EPA, NTP, and IARC guidance. Other types of cancer in exposed animals have not been observed following PFOA exposure.

### A4.1.3 Overall Conclusions for PFOA

I conclude that the most commonly reported endpoints for PFOA in the animal studies are changes in liver weight, serum lipids, and serum thyroid hormone levels. In a number of cases, such findings are not adverse and may be adaptive. Some reproductive and developmental studies reported effects at doses lower than

---

[44] NTP (2020) notes the human plasma:serum ratios are estimated to be about 1:1.

those affecting other endpoints. It is my opinion, however, that these findings are not reliable, due to either a lack of a dose-response (Lau *et al.*, 2006), or to questions regarding the quality of the studies and the functional impact of the effects (*e.g.*, Macon *et al.*, 2011; Tucker *et al.*, 2015; Du *et al.*, 2019). As discussed in Section A3.3, some of the liver, immune system, and developmental effects observed in rodents as a result of PFOA exposure are mediated, at least in part, by PPARα, and thus either would not occur in humans or, if they occur at all, would occur at higher PFOA doses than in rodents.

## A4.2   PFOS

### A4.2.1 Key Endpoints

A review of PFOS toxicity studies shows that whereas effects on the liver and serum lipids are comparably sensitive endpoints for monkeys (*i.e.*, effects on the liver and serum lipids occur at lower PFOS exposure levels than effects on other endpoints), liver effects are the most sensitive endpoint for rats, and effects on the immune system are the most sensitive endpoint for mice. Effects on thyroid hormones have also been observed in monkeys and rats in some studies, at doses comparable to those associated with liver effects.

While effects on the immune system have been observed in some studies in mice at doses lower than those in other animal studies for other endpoints, these studies have important limitations and uncertainties, such as inconsistent findings across studies and lack of replication of certain results. These studies do not provide reliable evidence of PFOS causing immune system effects in humans.

Developmental and reproductive toxicity are together the most widely studied potential effects of PFOS in animals, with more than 15 studies evaluating these related endpoints in either rats, mice, or rabbits. Although US EPA and ATSDR both based their guidelines for PFOS on developmental endpoints (discussed in Section 4.2), in most studies, developmental and reproductive effects have been observed at higher exposure levels than effects on the liver, serum lipids, or the immune system, and in general are observed only at doses that are associated with maternal toxicity.

In general, the liver, serum lipid, thyroid hormone, and developmental effects are observed at lower PFOS exposure doses than those associated with other endpoints, are reversible, and are likely not adverse.[45]

Both US EPA and ATSDR have derived guidance for daily intake of PFOS. The development of this guidance is discussed in Section 4.2. In this section, I focus on changes in liver weight, serum lipids, thyroid hormone levels, immunotoxicity, and reproductive and developmental endpoints for the following reasons. Liver weight, serum lipids, thyroid hormone levels, and immunotoxicity are the most commonly reported endpoints. These endpoints, plus reproduction and development, are discussed at length in the US EPA Health Effects Support Document for the PFOS LHA for drinking water (US EPA, 2016c). In addition, reproductive and developmental endpoints are the bases of the US EPA (2016e) LHA and the ATSDR (2021) MRL for PFOS.

#### A4.2.1.1      Liver Effects

Effects of PFOS on the liver have been studied in monkeys, rats, and mice. Common findings across species include enlarged cells, lipid accumulation (referred to as vacuolation), and increased liver weight, observed at doses of 0.24 mg/kg-day (in rats) and higher (in rats, monkeys, and mice). These effects appear to be

---

[45] I note that potentially adverse effects on the liver (*e.g.*, cell death) have been observed in rats (but not monkeys) at higher PFOS doses of at least 5 mg/kg-day (for a 28-day exposure period), corresponding with serum concentrations of at least 72 μg/mL.

reversible after a recovery period (*e.g.*, 7 months or less in the monkey, which is < 10% of their lifespan [Choi *et al.*, 2016]), and it is my opinion and consistent with criteria for determining whether findings are adverse, as discussed below, that these effects are likely not adverse.

**Findings in Monkeys, Rats, and Mice**

Covance Laboratories, Inc. (Thomford, 2002a) conducted a 6-month (182-day) oral toxicity study in cynomolgus monkeys. This study was subsequently published by scientists at Covance Laboratories, Inc. and 3M as Seacat *et al.* (2002). Monkeys received PFOS doses of 0.03, 0.15, and 0.75 mg/kg-day by gastric intubation of a capsule once per day. For the 0.15 and 0.75 mg/kg-day dose groups, recovery animals were monitored for 1 year after treatment cessation. Liver effects, including enlarged cells, lipid accumulation, and increased liver weight, were observed in monkeys in the 0.75 mg/kg-day dose group. In the recovery animals, hepatic effects were completely reversed within 211 days (approximately 7 months) post-exposure.

Covance Laboratories, Inc. (Thomford, 2002b) also conducted a 2-year chronic dietary study (subsequently published by scientists at Covance Laboratories, Inc. and 3M as Butenhoff *et al.*, 2012a), in which Sprague-Dawley rats were fed diets with PFOS levels of 0, 0.5, 2, 5, and 20 ppm. These dietary levels correspond to average doses of 0.02, 0.10, 0.24, and 0.98 mg/kg-day in male rats, and 0.03, 0.12, 0.30, and 1.25 mg/kg-day in female rats. An additional group of male and female rats received the 20 ppm PFOS dietary level for 52 weeks, followed by a 52-week recovery period. Liver effects, observed in males and females in the 5 ppm and 20 ppm dose groups, were the main findings of this study. These effects included slight macroscopic changes (*e.g.*, enlarged, mottled liver), enlarged cells, pigmentation changes, and lipid accumulation. ALT, which is a liver enzyme released into the blood as a result of liver injury (A.D.A.M. Medical Encyclopedia, 2019a), was slightly elevated and both relative and absolute liver weight (assessed at week 53) were increased in males at 20 ppm PFOS. Although relative liver weight was increased in females at 20 ppm PFOS, the study authors questioned the toxicological significance of this finding, given that body weight was also significantly decreased in females at 20 ppm, indicating potential systemic toxicity. Additional liver effects observed in treated males at 2, 5, and 20 ppm (0.10, 0.24, and 0.98 mg/kg-day) include altered foci and cellular degeneration, but the study authors did not consider these effects to be adverse. Liver effects, including enlarged cells, pigmentation changes, and lipid accumulation, were reduced in severity for the recovery group, with incidences comparable to those observed in the control animals. I identified 2 ppm (approximately 0.1 mg/kg-day) as a NOEL for this study, based on the liver effects at 5 and 20 ppm (*i.e.*, at 0.24/0.30 mg/kg-day and 0.98/1.25 mg/kg-day in males/females, respectively).[46] At the dietary LOEL of 5 ppm, average doses, in males and females respectively, were 0.24 ± 0.10 and 0.30 ± 0.10 mg/kg-day.

Seacat *et al.* (2003) published interim results from the 2-year Covance Laboratories, Inc. study in Sprague-Dawley rats (that was subsequently published by Butenhoff *et al.*, 2012a). Following subchronic PFOS exposure *via* the diet over 14 weeks (98 days), enlarged cells and lipid accumulation were observed at 5 and 20 ppm (0.34 ± 0.09 and 1.33 ± 0.38 mg/kg-day) in male rats and at 20 ppm (1.56 ± 0.35 mg/kg-day) in female rats, relative liver weights were increased in both male and female rats at 20 ppm, and absolute liver weight and ALT were increased in male rats at 20 ppm. Because the liver effects in the male rats at 5 ppm PFOS were considered to be marginal and liver weight was not increased, I identified 5 ppm (0.34 ± 0.09 and 0.40 ± 0.08 mg/kg-day in males and females, respectively) as a NOEL for this study.[47] Average doses at the dietary LOEL of 20 ppm were 1.3 ± 0.4 and 1.6 ± 0.4 mg/kg-day in males and females, respectively. Goldenthal *et al.* (1978a) also conducted a subchronic, 90-day study in rats in which increased

---

[46] Thomford (2002b) considered 2 ppm to be a NOAEL.

[47] Seacat *et al.* (2003) considered 5 ppm to be a NOAEL.

liver weight was observed at doses of approximately 2 mg/kg-day (the lowest dose tested) and 7 mg/kg-day *via* the diet; focal necrosis was also observed at the higher dose.[48]

In a 28-day study conducted by NTP (2019b), male and female Sprague-Dawley rats were exposed to PFOS *via* oral gavage at doses of 0, 0.312, 0.625, 1.25, 2.5, or 5 mg/kg-day. Oral exposure of males and females to all tested doses (*i.e.*, ≥0.312 mg/kg-day) was associated with elevated liver weights (11-60%) and elevated gene expression of hepatic metabolic enzymes indicative of activation of PPARα (*i.e.*, Cyp4a1) and CAR (*i.e.*, Cyp2b1, Cyp2b2) pathways. Hepatocyte hypertrophy of "minimal to mild severity" was associated with exposure to ≥2.5 mg/kg-day and 5 mg/kg-day PFOS in males and females, respectively. NTP stated that the observed hepatocyte hypertrophy may be due to activation of the PPARα or CAR pathways. Exposure to 5 mg/kg-day was also associated with hepatocyte cytoplasmic vacuolization of "minimal severity" in males, and hepatocyte cytoplasmic alteration of "minimal severity" in females. This study did not include a recovery period to examine whether the effects on liver weights and histology were reversible following cessation of exposure.

Few studies have evaluated PFOS liver effects in rats following a subchronic exposure over 28 days. Curran *et al.* (2008) observed increased relative liver weight in male Sprague-Dawley rats at dietary PFOS exposures of 1.33 mg/kg-day and in females Sprague-Dawley rats at 0.15 mg/kg-day (the lowest dose tested). Increased relative liver weight, liver cell enlargement, lipid accumulation, and cell death were observed at 5 mg/kg-day PFOS (the lowest dose tested) given by oral gavage to Sprague-Dawley rats in a study by Cui *et al.* (2009). Elcombe *et al.* (2012a) observed increased relative liver weight and enlarged liver cells in Sprague-Dawley rats exposed to 20 ppm PFOS in the diet (1.3 mg/kg-day). Although proliferation of liver cells was increased following 7 days of PFOS exposure, it was not significantly increased following 28 days of exposure. In addition to the effects observed at 20 ppm in the diet, absolute liver weight and liver cell proliferation were increased in rats exposed to 100 ppm PFOS in the diet for 28 days (5.6 mg/kg-day).

I identified two studies that evaluated liver effects following short exposures to PFOS of 3-7 days. Elcombe *et al.* (2012b) observed increased relative liver weight, enlarged liver cells, and increased proliferation of liver cells in Sprague-Dawley rats following 7 days of exposure to 20 ppm PFOS in the diet (1.9 mg/kg-day). In addition to the effects observed at 20 ppm PFOS in the diet, absolute liver weight was increased in rats exposed to 100 ppm PFOS in the diet (10.1 mg/kg-day). With the exception of the enlarged liver cells, the liver effects were reversed within 28 days following cessation of exposure; liver cells remained enlarged through at least 12 weeks after cessation of exposure. Liver cell enlargement was also observed in a study by Martin *et al.* (2007), following 1, 3, and 5 days of exposure to 10 mg/kg-day PFOS by oral gavage.

Liver effects have also been observed in mice exposed to PFOS. Bijland *et al.* (2011) observed increased liver weight and increased liver triglyceride levels in E3L.CETP mice that were fed PFOS at 3 mg/kg-day for 28 days. Studies by Cohen *et al.* (2006) and Rebholz *et al.* (2016) in mice that were fed high-fat diets that included approximately 0.5-3 mg/kg-day PFOS for 5-10 weeks showed increased liver weight, liver triglycerides, fatty acid oxidation in the liver, and increased blood cholesterol. In the study by Rebholz *et al.* (2016), the degree of response was dependent on the strain of mouse tested. Wang *et al.* (2014a) observed increased liver weight and fat content and decreased liver glycogen content in mice that received either a high-fat or a regular diet and PFOS at 5 or 20 mg/kg-day by oral gavage for 14 days compared to controls.

---

[48] Average doses for males and females were 2.1 and 2.3 mg/kg-day, respectively, based on average food consumption at a dietary PFOS level of 30 ppm. At a dietary PFOS level of 100 ppm, average doses were 6.9 and 7.2 mg/kg-day for males and females, respectively (see Table 4 in Goldenthal *et al.*, 1978a).

**Overall Lack of Adverseness of Liver Effects Observed at Low Doses**

The discussion presented in Section A4.1.1.1 regarding the nonadverse nature of effects such as liver cell enlargement, increased liver weight, and lipid accumulation following exposure to PFOA is applicable to PFOS as well.  Specifically, if increased liver weight is reversible and/or not accompanied by significant necrotic or inflammatory changes, then an increase in liver weight by itself may not be adverse.

The conclusions of US EPA (2002b), Williams and Iatropoulos (2002), ATSDR (Pohl and Chou, 2005), and Hall *et al*. (2012), as presented in Sections A4.1.1.1, are applicable to the findings for PFOS effects in the 6-month monkey study published by Seacat *et al*. (2002) and the 2-year rat study published by Butenhoff *et al*. (2012a), in which increases in liver weight were not associated with a functional deficit and were completely reversible after a sufficient recovery period.

Lipid accumulation, if not severe or persistent, is also reversible and not adverse (*i.e.*, it is not associated with necrosis or inflammation) (Gopinath and Mowat, 2014).

### A4.2.1.2      Serum Lipid Effects

In general, reductions in serum cholesterol have been observed in monkeys, rats, and mice at PFOS doses ranging from approximately 1-4 mg/kg-day.  Reductions in serum triglycerides have been observed in rats and mice at PFOS doses of approximately 3 mg/kg-day or greater.  As discussed by Seacat *et al*. (2003), the effect of PFOS on serum lipids may reflect effects occurring in the liver, such as reduced synthesis of cholesterol and metabolism of fatty acids that form triglycerides.  In addition, as discussed in this section, it has not been established whether the serum lipid reductions observed in the PFOS animal studies were sufficiently persistent or of sufficient magnitude to be considered adverse.  Effects of PFOS on cholesterol and triglycerides are discussed in more detail in the paragraphs that follow.

In the 6-month monkey study by Seacat *et al*. (2002), both total cholesterol and HDL were decreased in monkeys dosed with 0.75 mg/kg-day PFOS.  Total cholesterol decreased by almost 70% in males (from a mean of 152 mg/dL in control monkeys to a mean of 48 mg/dL in treated monkeys) and by approximately 50% in females (from a mean of 160 mg/dL in control monkeys to a mean of 82 mg/dL in treated monkeys).  HDL decreased by 80% in male monkeys (from a mean of 63 mg/dL in control monkeys to a mean of 13 mg/dL in treated monkeys) and by approximately 60% in female monkeys (from a mean of 56 mg/dL in control monkeys to a mean of 21 mg/dL in treated monkeys).  Both total cholesterol and HDL levels returned to pretreatment levels within 36 days after PFOS treatment ended.  Because PFOS concentrations in both the liver and serum remained elevated 36 days after treatment, Seacat *et al*. (2002) concluded that PFOS may not be "a major contributor" to reduced cholesterol levels.  In males, total cholesterol and HDL were decreased at 0.03 mg/kg-day PFOS but not at 0.15 mg/kg-day.  The authors concluded this decrease was not treatment-related, but due to an inherently lower level of cholesterol in the 0.03 mg/kg-day group, because it did not appear to be dose-related (Seacat *et al*., 2002)  While HDL was also decreased at 0.15 mg/kg-day PFOS in female monkeys, the authors considered this effect to be of questionable toxicological significance, because the decrease was modest (*i.e.*, values for two of six monkeys were slightly below the reference range, while mean levels were still within the normal range) and there was no concurrent decrease in total cholesterol, which would be expected to decrease in conjunction with the decreases in HDL (Seacat *et al.*, 2002).  Because the effects on cholesterol in the Seacat *et al*. (2002) study at 0.03 mg/kg-day PFOS in male monkeys and at 0.15 mg/kg-day PFOS in female monkeys was of uncertain toxicological significance, I identified 0.75 mg/kg-day as a LOEL for decreased serum cholesterol.[49]

---

[49] Seacat *et al*. (2002) considered 0.75 mg/kg-day to be a LOAEL.

The study by Seacat *et al*. (2002) had some limitations that led to uncertainties in the interpretation of the data.  For example, there were no baseline measurements for HDL, nor were any HDL measurements taken until day 153 of the study.  In addition, the methods used for thyroid hormone measurement were not optimized for cynomolgus monkeys, and the hormone data were considered unreliable after a re-evaluation of a subset of samples by a clinical reference laboratory (discussed in Section A4.2.1.3).

More recently, Chang *et al*. (2017) conducted a similar cynomolgus monkey study in order to address some of the uncertainties and limitations associated with the Seacat *et al*. (2002) study.  Chang *et al*. (2017) used doses that were calculated to match the serum PFOS concentrations in the previous study but with a dose administration regimen that was designed to be less stressful to the monkeys.  In the Seacat *et al*. (2002) study, monkeys were dosed by gastric intubation of a capsule once per day for 182 days.  Chang *et al*. (2017) also administered PFOS by gastric intubation, but each monkey received only one to three doses over the course of 1 year, calculated to achieve serum concentrations that were equivalent to those reported in the Seacat *et al*. (2002) study.  The control group (treatment group 1) received a control dose with no PFOS on days 1, 43, 106, 288, and 358.  Treatment group 2 received one dose of 9 mg/kg on day 106, calculated to achieve a serum PFOS concentration of 70 µg/mL, comparable to the 0.15 mg/kg-day group in the Seacat *et al*. (2002) study at 6 months.  Treatment group 3 received 14 mg/kg (both sexes) on day 43; 14.8, and 17.2 mg/kg for males and females, respectively, on day 288; and 11 mg/kg (both sexes) on day 358, calculated to achieve serum concentrations that were comparable to the 0.75 mg/kg-day dose group in the Seacat *et al*. (2002) study over the course of the year.

Chang *et al*. (2017) found only small treatment-related changes to serum HDL concentrations that the authors did not consider toxicologically or clinically relevant (the authors did not report whether the treatment-related change in HDL was statistically significant).  The small effects Chang *et al*. (2017) observed for HDL were reversed after PFOS dosing stopped.  The authors calculated the serum PFOS benchmark concentration for a 5% response, based on the small reduction in HDL, to be 74 and 76 µg/mL for male and female monkeys, respectively.  These values are four orders of magnitude higher than the geometric mean PFOS serum concentrations in the United States (US) population in 2015-2016 of 0.00472 µg/mL (CDC, 2019a).

In the 2-year rat toxicity study published by Butenhoff *et al*. (2012a), decreases in serum total cholesterol occurred in male Sprague-Dawley rats fed a 20 ppm PFOS diet at weeks 14, 27, and 53, and in female rats fed diets with 2, 5, and 20 ppm at week 27.  The maximum decrease in cholesterol, of almost 60%, was observed in male rats in the 20 ppm group at week 53.  Although not statistically significant, Butenhoff *et al*. (2012a) noted that total cholesterol also appeared to be lower in the females on the 20 ppm diet at 53 weeks and in both males and females fed the 20 ppm diet at the end of the study, and concluded that the effect on serum cholesterol "likely represents a treatment related effect."  Based on these findings, I identified a PFOS dietary level of 20 ppm as the LOEL for serum lipid effects in the Butenhoff *et al*. (2012a) study.[50]  This LOEL corresponds with average daily intakes of 0.98 and 1.3 mg/kg-day PFOS in males and females, respectively.

In rats exposed for shorter durations, the LOELs for decreases in serum cholesterol are generally observed at higher PFOS doses ($\geq$1.3 mg/kg-day) than for rats exposed at longer durations, with the exception of the 28-day study conducted by NTP (2019b) in which oral exposure of male Sprague-Dawley rats to 0.312, 0.625, and 1.25 mg/kg-day were associated with 16, 27, and 28% decreases of serum cholesterol, respectively, that were determined to be statistically significant. This yields a LOEL of 0.312 mg/kg-day for the male rats.  However, in this study, serum cholesterol levels were reduced in females exposed to the highest exposure level of 5 mg/kg-day only (*i.e*., a LOEL of 5 mg/kg-day), which is more consistent with LOELs for modulation of serum cholesterol reported in other rat studies.  In addition, in this study serum

---

[50] Thomford (2002b) considered 2 ppm to be a NOAEL.

triglyceride levels were reduced only in males exposed to 5 mg/kg-day, and in females exposed to ≥2.5 mg/kg-day.  In contrast to the results of the NTP study, in the 14-week rat dietary study by Seacat *et al*. (2003) the LOEL for decreased serum cholesterol in males was 1.3 mg/kg-day.[51]  Cholesterol was not decreased in females at the highest exposure level of 1.6 mg/kg-day.

Similarly, in the 28-day rat dietary study by Curran *et al*. (2008), the LOELs for modulation of serum cholesterol were 3.2 and 3.7 mg/kg-day PFOS in males and females, respectively.  In the 28-day rat dietary study by Elcombe *et al*. (2012a), serum cholesterol was reduced at an average dose of 1.3 mg/kg-day PFOS, and both cholesterol and serum triglycerides were reduced at an average dose of 5.6 mg/kg-day.  In the 7-day rat dietary study by Elcombe *et al*. (2012b), serum cholesterol was reduced at an average dose of 1.9 mg/kg-day PFOS, and both cholesterol and serum triglycerides were reduced at an average dose of 9.7 mg/kg-day.  Serum cholesterol was decreased following 5 days of exposure to 10 mg/kg-day PFOS in the rat oral gavage study by Martin *et al*. (2007) (measured following 3 days of PFOS exposure).

Decreased serum lipids have also been observed in mice in response to PFOS exposure.  Wang *et al*. (2014a) reported dose-dependent reductions in serum triglycerides, total cholesterol, HDL, and LDL in mice fed either a regular or high-fat diet and given PFOS at 5 or 20 mg/kg-day, compared to controls.  Cohen *et al*. (2006) observed decreased plasma cholesterol and triglycerides in mice treated for 10 weeks with approximately 3 mg/kg-day PFOS *via* the diet.  Bijland *et al*. (2011) observed decreased plasma cholesterol and triglycerides in mice that were genetically engineered to metabolize lipids in a manner comparable to that of humans and treated for 28 days with 3 mg/kg-day PFOS *via* the diet.

In monkeys, rats, and mice, PFOS has been shown to reduce serum HDL and other serum lipids, to varying extents.  The majority of studies in rodents reported decreased cholesterol at PFOS doses of approximately 1-4 mg/kg-day, and reduced triglycerides at doses ≥3 mg/kg-day.  Although Butenhoff *et al*. (2012a) reported total cholesterol decreases of up to 70% in monkeys exposed to PFOS at 0.75 mg/kg-day, Chang *et al*. (2017) reported only slight decreases in a study designed to yield the same serum levels as in the earlier study but with an exposure protocol that was less stressful to the monkeys.[52]  It is notable that the slight decrease in cholesterol that was observed in the Chang *et al*. (2017) study occurred at a serum PFOS concentration that was four orders of magnitude higher than the average in the general population.  Thus, these studies do not provide reliable evidence of an adverse effect of PFOS on serum lipids in humans.

### A4.2.1.3        Thyroid Hormone-Related Effects

A discussion of the functional and clinical importance of thyroid hormones and of the toxicological significance of small changes in hormone levels is presented in Section A4.1.1.4.

In subchronic studies, thyroid hormone effects have been observed in monkeys and rats exposed to PFOS doses of approximately 1 mg/kg-day, at which effects on the liver and serum lipids were also observed.  Thyroid hormone effects have also been observed in rat dams and their offspring following PFOS exposure during pregnancy at doses of 0.4 mg/kg-day and greater.  Effects on thyroid hormones were not accompanied by effects on the size or appearance of the thyroid gland.

Seacat *et al*. (2002) reported changes in thyroid hormone levels in a subchronic study in which PFOS was administered to monkeys *via* gastric intubation and capsule delivery.  Thyroid-related hormone concentrations were analyzed by both Ani Lytics and the Mayo Clinic (Thomford, 2002a).

---

[51] Seacat *et al*. (2003) considered doses of 0.34 mg/kg-day (in males) and 0.40 mg/kg-day (in females) to be NOAEL doses.

[52] Chang *et al*. (2017) administered 1-5 doses over the course of one year rather than daily gastric intubation.

I consider the Ani Lytics TSH values unreliable for several reasons.[53]  Average TSH values reported by Ani Lytics included values of zero (Thomford, 2002a).  Given the critical role of TSH in maintaining thyroid hormone levels within the appropriate range, TSH values of zero are not biologically plausible. Moreover, the method used by this group for TSH measurement was not optimized for cynomolgus monkeys, and a crosscheck by the Mayo Clinic of a subset of samples produced different results (Chang *et al*., 2017).  My conclusions regarding TSH effects are thus based on the values reported by the Mayo Clinic, although I use the results from both Ani Lytics and the Mayo Clinic with respect to findings on T3 and T4.

Thyroid effects observed in males dosed with 0.75 mg/kg-day PFOS included increased TSH and decreased total and free T3.  There were no changes in either total or free T4 or in thyroid weight and no microscopic histological changes.  Total and free T3 were also decreased in females dosed with 0.75 mg/kg-day PFOS, with no significant changes in TSH and either total or free T4.  Total, but not free, T3 was decreased in both males and females dosed with 0.15 mg/kg-day PFOS.  Seacat *et al*. (2002) considered the increases in TSH at 0.75 mg/kg-day to be "slight," which is consistent with the absence of thyroid gland enlargement or histological changes.  Because T4 levels are expected to decrease before T3 levels (ATA, 2014), the decrease in T3 levels without a corresponding decrease in T4 levels is difficult to interpret, although Seacat *et al*. (2002) noted that decreased T3 levels may be associated with non-thyroidal illness.  The biological significance of decreased T3 is particularly questionable for animals dosed with 0.15 mg/kg-day PFOS, given that decreases in T3 levels were modest (*e.g.*, levels in treated monkeys were 80 and 75% of values in male and female control monkeys, respectively) and that T3 levels as reported by the Mayo Clinic were not significantly reduced at 0.15 mg/kg-day.  It is also important to note that total T3 is not a useful measurement to use for thyroid function, because it includes > 99% of protein-bound T3, which is inactive (Chang *et al*., 2017).

The recent monkey study by Chang *et al*. (2017) investigated thyroid hormone levels in order to address the methodology issues in the Seacat *et al*. (2002) study.  Chang *et al*. (2017) used a more reliable method to measure thyroid hormones that was optimized for cynomolgus monkeys, which is described in Section A4.2.1.2.  In this study, there was a slight reduction in serum total T4, but not free T4, TSH, or T3 levels in monkeys at the highest serum PFOS concentration (165 μg/mL).  The total T4 levels were still within normal range, and the authors did not consider the change to be clinically relevant, because 99.9% of total T4 is protein-bound and therefore not metabolically active.

In the 28-day study conducted by NTP (2019b), oral exposure of Sprague-Dawley rats to all tested doses was associated with reduced serum levels of total and free T4 in male and female rats (*i.e.*, ≥0.312 mg/kg-day).  Exposures to ≥0.625 mg/kg-day were also associated with reduced serum levels of total T3 in males and females.  However, levels of TSH were unaffected in any treatment group for males and females.  NTP stated that it is unclear why there was a lack of TSH response associated with reduced thyroid hormone levels, but that these results are not consistent with a state of classical hypothyroidism or disruption of the hypothalamic-pituitary-thyroid axis.

In the 28-day rat study by Curran *et al*. (2008), total T4 decreased in rats dosed with dietary PFOS levels of 20 mg/kg or higher (corresponding to doses of 1.33 and 1.43 mg/kg body weight per day for males and females, respectively).  The thyroid gland was not enlarged.  Neither TSH nor free T4 were measured in the Curran *et al*. (2008) study.  Both total and free T4 were reduced after 3 days and total T3 was reduced after 5 days in rats exposed to 10 mg/kg-day PFOS (Martin *et al*., 2007).

---

[53] As reported by Ani Lytics (Thomford, 2002a), TSH was significantly reduced in males dosed with 0.15 and 0.75 mg/kg-day PFOS and in females dosed with 0.75 mg/kg-day PFOS.

In both dams and neonatal rats exposed to PFOS during pregnancy, decreases in total and free T4 were also observed at all treatment doses, starting at 1 mg/kg-day, with no changes in either total T3 or TSH (Lau *et al.*, 2003; Thibodeaux *et al.*, 2003). A study by Chang *et al.* (2007) determined that reductions in free T4 are likely to be an artifact of the analytical method used to quantify free T4, rather than an effect of PFOS. Studies that evaluated free T4 levels using an alternative method did not observe decreased T4. For example, Luebker *et al.* (2005b) observed decreased total T4, but no change in free T4 or TSH, in rat dams exposed during pregnancy to PFOS doses of 0.4 mg/kg-day and greater, and no change in any thyroid hormones in the pups of the dams exposed to 0.4 mg/kg-day, when measured by the alternative method. As discussed by Chang *et al.* (2008b), PFOS likely reduces total T4 by displacing free T4 on serum protein binding sites, such that free T4 levels can be sustained, or even increased, while total T4 is reduced due to increased turnover of free T4. Importantly, PFOS does not cause hypothyroidism, a condition in which TSH increases and in which the thyroid gland may become enlarged.

In a follow-up to the Curran *et al.* (2008) study, Dong *et al.* (2016) looked at gene expression in rats exposed to 50 mg/kg PFOS in the diet, corresponding to 3.32 mg/kg body weight per day. Changes occurred in the expression of genes involved in thyroid hormone metabolism and clearance, but not in genes involved in transport or thyroid hormone target genes. The authors concluded that PFOS did not cause changes that could lead to hypothyroidism (in which the thyroid gland is enlarged subsequent to a sufficient decrease in T3 and T4 and an increase in TSH).

A committee convened by the NRC to review the health effects of perchlorate, which specifically targets the thyroid, considered whether changes in serum thyroid hormone and TSH concentrations are adverse effects (NRC, 2005). The NRC Committee, which included three endocrinologists and three pediatricians, as well as veterinarians, toxicologists, and epidemiologists, concluded that decreases in thyroid hormones and increases in TSH are not adverse in and of themselves. Rather, the Committee concluded that hypothyroidism was the first biologically adverse effect associated with perchlorate exposure.

There is no indication that the changes in thyroid hormone levels and TSH observed in monkeys or rats exposed to PFOS were of sufficient magnitude to result in hypothyroidism (identified by the NRC Committee as the first biologically adverse effect associated with exposure to an agent that affects thyroid hormone levels) or that hypothyroidism occurred in studies that looked for it. Moreover, with respect to the thyroid hormone effects observed in rats, it is important to keep in mind that rodents are more susceptible to thyroid hormone perturbations than humans (*e.g.*, Lewandowski *et al.*, 2004; CalOEHHA, 2015; Fisher *et al.*, 2012) due to differences in thyroid physiology. These include differences in synthesis of thyroid hormones and in serum protein binding affinities that lead to shorter serum half-lives of T3 and T4 in rodents compared to humans (NRC, 2005; Bartsch *et al.*, 2018; Parker and York, 2014; Brown-Grant, 1963). Thus, changes in thyroid hormones in rodents do not necessarily reflect an increased risk to humans from PFAS exposure.

### A4.2.1.4    Immunotoxicity Effects

A number of studies have been conducted in *in vitro* systems and in whole animals to test the potential for PFOS to affect immune function. These studies have been conducted using an array of different types of tests of immune function. It is my opinion that the studies described do not provide reliable evidence that PFOS would be immunotoxic in humans. Similarly, the Danish Environmental Protection Agency (Danish EPA) (2015) has also concluded that the animal data are inadequate for demonstrating that PFOS is potentially immunotoxic in humans. I note that there have been some findings in mice that are suggestive of immunotoxicity. However, there are important limitations and uncertainties in these studies (*e.g.*, more potent responses were seen from exposures with a feeding tube than with a physiologically normal dietary exposure). These uncertainties and limitations preclude drawing reliable conclusions from study findings.

A description of immunologic processes and tests of immune function is presented in Section A4.1.1.4. Immune effects may be categorized as primary or secondary. Primary outcomes are effects on functional aspects of immunity, such as immunosuppression, hypersensitivity, or autoimmunity. Secondary outcomes include more indirect evidence that is less indicative of overall immunotoxicity, such as lymphocyte counts, serum antibody levels, and weights of organs associated with immune function (NTP, 2016). Many of the results presented here are measures of secondary outcomes and do not necessarily indicate that immune function has been compromised.

**Effects of PFOS on the Immune System**

The immunotoxicity of PFOS is not as well-studied as other endpoints. I identified a few studies in which immunologic endpoints were evaluated following oral administration of PFOS in mice and rats. An important finding from studies that have evaluated the immunotoxicity of PFOS is that the doses at which effects are observed appear to depend on how animals are exposed to PFOS, with much lower effect levels observed when PFOS is administered *via* gavage (*i.e.*, *via* a tube inserted into the esophagus) than when PFOS is administered in the diet. Whereas effects (consisting of a reduction in SRBC-specific antibodies) were observed at 0.0017 mg/kg-day PFOS following gavage administration in B6C3F1 mice (Peden-Adams *et al.*, 2008), effects following dietary administration (consisting of increased programmed cell death in the thymus) were observed at doses of 3.2 mg/kg-day and higher (*i.e.*, more than 1,000-fold higher than following gavage administration) (Lefebvre *et al.*, 2008). Because drinking water ingestion is more analogous to dietary administration than to gavage administration, I consider the effect levels following dietary administration more appropriate than those following gavage administration for evaluating Plaintiffs' exposure to PFOS in drinking water.

In a study by Keil *et al.* (2008), B6C3F1 mouse dams received PFOS by oral gavage at doses of 0, 0.1, 1, or 5 mg/kg-day on GDs 1-17. There were no significant effects on immunological endpoints in the offspring at 4 weeks of age. At 8 weeks of age, effects included decreased NK cell activity in males dosed with 1 and 5 mg/kg-day PFOS and in females dosed with 5 mg/kg-day PFOS. However, the dose-response for reduced NK cell activity was equivocal. In the male mice, NK cell activity (a primary outcome, indicating a functional deficit) was slightly lower at 1.0 mg/kg-day compared to 5 mg/kg-day; in the female mice, NK cell activity at 0.1 mg/kg-day was comparable to that at 1.0 mg/kg-day. Compared to the positive control, in which NK cell activity was almost completely eliminated after administration of anti-asialo-GM1, decreases in NK cell activity in the PFOS-treated mice were modest (*e.g.*, less than 50%). Antibody production after immunization with SRBCs decreased (a primary outcome), and the numbers of CD3+ and CD4+ thymocytes also decreased (secondary outcomes) in males dosed with 5 mg/kg-day PFOS. Keil *et al.* (2008) note that observing decreased NK cell activity at 8 weeks of age but not 4 weeks of age was "an unusual observation." The authors also note that the observation of sex-specific effects cannot be explained by differences in PFOS concentrations, but could be due to sex-specific alterations in endocrine function.

In a study by Peden-Adams *et al.* (2008), adult B6C3F1 mice received PFOS by oral gavage for 28 days at doses of 0, 0.00017, 0.0017, 0.0033, 0.017, 0.033, and 0.17 mg/kg-day. The observed effects were sex-specific. I identified a LOEL for this study of 0.0017 mg/kg-day, based on decreased SRBC-specific antibody production in males. The mean serum PFOS concentration for animals at this dose level was 0.092 μg/mL (Peden-Adams *et al.*, 2008). Additional effects observed in the male mice included altered T cell subpopulations in the spleen at ≥ 0.0033 mg/kg-day and increased NK cell activity at ≥ 0.017 mg/kg-day. In the female mice, SRBC-specific antibody production was decreased at ≥ 0.017 mg/kg-day and T cell subpopulations in the thymus were altered at ≥ 0.033 mg/kg-day. In an additional group of female mice exposed to 0.31 mg/kg-day PFOS over 21 days, TNP-specific antibody production was decreased. Because antibody production was suppressed for both T-cell-dependent (SRBC) and T-cell-independent (TNP) antigens, the study authors concluded that the B cell is a potential target of PFOS. The increase in

NK cell activity in association with PFOS in this study is in contrast to a reduction in NK cell activity observed by Keil *et al.* (2008). However, sex-specific differences in the effects of PFOS treatment were observed in both studies. In the Peden-Adams *et al.* (2008) study, an apparent threshold for effects at a PFOS dose of 0.0033 mg/kg-day in male mice is supported by the reduction in SRBC-specific antibody response (a primary outcome) and altered lymphocyte numbers in the spleen (a secondary outcome). However, a dose-response was not observed; none of these changes increased with increasing PFOS doses. Furthermore, the altered lymphocyte numbers in the spleen that were observed in PFOS-treated male mice were comparable to the values in female control mice, suggesting that the changes are well within the normal range. Considering the absence of a dose-response, the discordance between the male and female mice, the relatively small number of animals per dose (5), and the absence of similar effects in other immunotoxicity studies, results from this study would need to be further validated before the findings can be generally accepted.

Dong *et al.* (2009) administered PFOS to adult male C57BL/6 mice by oral gavage at daily doses of 0, 0.0083, 0.083, 0.42, 0.83, or 2.08 mg/kg-day for 60 days. The LOEL for this study was 0.083 mg/kg-day, based on increased liver weight and reduced SRBC antibody response. The mean serum PFOS concentration for animals at this dose level was 7.1 μg/mL (Dong *et al.*, 2009). Systemic toxicity, manifested by dose-dependent reductions in body weight gain and food consumption beginning around day 36, occurred at ≥ 0.42 mg/kg-day PFOS. Decreases in specific cell populations in the spleen and thymus also occurred at ≥ 0.42 mg/kg-day PFOS. At ≥ 0.88 mg/kg-day, serum corticosterone[54] levels increased, and both NK cell activity and lymphocyte proliferation decreased. The authors suggested that the immunologic effects may have been secondary to liver effects, because the liver mass in the mice increased at the same doses that immunologic effects occurred. However, they did not discuss a possible mechanism for this hypothesis. The study by Dong *et al.* (2009) does not provide conclusive evidence that PFOS induces immunotoxicity in the absence of hepatic or other systemic effects.

In a similar study, Dong *et al.* (2011) administered PFOS to adult male C57BL/6 mice by oral gavage at daily doses of 0, 0.0083, 0.017, 0.083, 0.42, or 0.83 mg/kg-day for 60 days. The authors reported that SRBC response decreased and interleukin 4 (IL-4) secretion increased in a dose-dependent manner, with a LOEL of 0.083 for both endpoints. The mean serum PFOS concentration at this dose level was 10.75 μg/mL (Dong *et al.*, 2011). Body weight gain and food intake were also reduced compared to controls in a dose-dependent manner, with a statistically significant difference at the highest dose. At the second highest dose (0.42 mg/kg-day) body weight gain was reduced by 14% compared to controls. Although this decrease was not statistically significant, it may indicate a systemic effect. It is notable that in the previously described study by the same authors (Dong *et al.*, 2009) with the same methodology, systemic toxicity was apparent starting with the 0.42 mg/kg-day dose group as evidenced by a statistically significant reduction in body weight gain (65% lower compared to controls). Because reduced body weight gain and food intake are indications of systemic toxicity, it cannot be readily determined whether the immune system effects were specifically treatment-related, or whether they were secondary to systemic toxicity.

Guruge *et al.* (2009) evaluated the effects of PFOS exposure on host resistance to influenza A virus infection in mice. Female B6C3F1 mice were given PFOS at 0, 5, or 25 μg/kg-day for 21 days by oral gavage and subsequently exposed to the influenza virus. Infected mice in both PFOS dose groups had decreased body weights compared to infected mice that were not exposed to PFOS. Infected mice in the 25 μg/kg-day dose group also had increased mortality compared to infected mice that were not exposed to PFOS. The mean plasma PFOS level at this dose was 0.67 μg/mL (Guruge *et al.*, 2009). There were no changes in body weights or mortality in PFOS-exposed mice that were not infected.

---

[54] Corticosterone is a steroidal hormone produced by the adrenal glands that is important in protein and carbohydrate metabolism (Merriam-Webster, Inc., 2018).

Torres *et al*. (2021) investigated the effects of PFOS in C57BL/6 mice at dose levels that did not elicit systemic toxicity.  The mice received PFOS at doses of either 0.0015 mg/kg-day for 28 days or 0.0030 mg/kg-day for 14 days by oral gavage.[55]  Mean PFOS serum levels were 99.6 or 116 ng/mL in mice dosed with 0.0015 or 0.003 mg/kg-day respectively.  The mice showed no decreases in body, thymus, liver or spleen weights following PFOS treatment.  All animals were sacrificed one day after the last dose of PFOS and cell populations of 18 immune cell-subtypes in the thymus, spleen, liver and bone marrow were measured.  Animals in the 0.0015 mg/kg-day group showed changes in spleen and bone marrow T- and B-cell populations.  Animals in the 0.003 mg/kg-day group also showed a decrease in mature splenic B-cells.  To investigate the impacts of these cell-population changes, the mice were intranasally infected with a pathogenic mouse influenza virus strain, or inactivated versions of two types of the influenza virus carrying different peptide epitopes known to elicit a strong immune response in mice.  PFOS exposure had no effect on the immune response mounted by mice against the virus.  The levels of virus present in lungs of animals dosed with PFOS did not differ from that in the lungs of control animals.  Furthermore, the number and proportion of inflammatory cells, granulocytes and T-cells in the lung and the broncho-alveolar lavage fluid were also unchanged by PFOS exposure.  Mice exposed to PFOS also mounted a strong immune response against the inactivated virus.  The study by Torres *et al*. (2021) indicates that PFOS exposure at levels below those that elicit systemic toxicity do not adversely impact immune system function in mice.  Further, it should be noted that the doses in the study by Torres *et al*. (2021), in which no immune system suppression was observed, were comparable to those used in the Peden-Adams *et al.* (2008) study, which had weak evidence of immune system findings.

In contrast to the studies by Peden-Adams *et al*. (2008), Dong *et al*. (2009, 2011), Guruge *et al*. (2009), and Torres *et al*. (2021), in which PFOS was administered *via* gavage, Qazi exposed B6C3F1 mice to PFOS *via* the diet.  Qazi *et al*. (2010) observed no effect on either SRBC- or TNP-specific antibody production (primary outcomes) and no alterations in either thymic or splenic immune cell populations (secondary outcomes) in mice exposed to 0.25 mg/kg-day PFOS administered in the diet for 28 days (corresponding with a PFOS serum concentration of 11 μg/mL, which is well above the serum levels of PFOS in the Peden-Adams *et al*. (2008) and the Torres *et al*. (2021) studies.  As discussed by Qazi *et al*. (2010), the difference in effect levels for gavage *vs*. dietary administration cannot be explained either by serum PFOS concentrations (which were slightly higher following dietary administration) or stress (as indicated by cortisone levels, which can impair adaptive immunity but were not elevated following gavage administration).  Rather, Qazi *et al*. (2010) hypothesized that the difference in response between dietary *vs*. gavage administration may be explained by differences in pharmacokinetics, with gavage administration yielding higher peak concentrations of serum PFOS.

The differences in the results across mouse studies with low PFOS doses merits some discussion.  In studies that evaluated PFOS effects on primary immune system outcomes (*i.e.*, antibody production in response to immune challenge, or response to infection with influenza), the range of serum concentrations at the LOELs (or NOELs if no effects were observed) is roughly two orders of magnitude.  The causes of these differences are unknown, but there are several possible factors.  In some studies (Dong *et al*., 2009, 2011), there was possible systemic toxicity at the effective PFOS doses, which brings into question whether the results were true immune system effects.  In another (Peden-Adams *et al*., 2008), the LOEL was an order of magnitude lower than that of any of the other studies, but results over the range of doses did not show a dose-response pattern, thus in this study it is also unclear whether the results are treatment-related.  Torres *et al*. (2021) observed no effect of PFOS on the response to influenza infection in mice with a PFOS serum level (0.1 μg/mL) that was comparable to the serum level in mice reported by Peden-Adams *et al*. (2008) to have a suppressed antibody response (0.092 μg/mL).  The results of the study by Guruge *et al*. (2009) largely agree

---

[55] Torres *et al*. (2021) estimate that since the half-life of PFOS in mice is ~30-40 days, the total dose administered was 42 μg PFOS/kg-bw for both dosing regimens.

with those of Torres *et al*. (2021); the serum value at the NOEL in the Guruge *et al*. (2009) study was 0.189 µg/mL. This study reported increased mortality from influenza in mice with PFOS serum levels of 0.67 µg/mL.

It is possible that the differences may be partly explained by the use of different mouse strains. The studies that reported responses at the lowest serum PFOS levels (Peden-Adams *et al*., 2008; Guruge *et al*., 2009) used B6C3F1 mice, while the others (Dong *et al*., 2009, 2011; Torres *et al*., 2021) used C57BL/6 mice. It may be that B6C3F1 mice are more sensitive to PFOS than other strains. In addition, the route of exposure may be an important modifier of effect. In the one study that exposed the mice to PFOS *via* the diet, rather than giving a daily bolus dose *via* gavage, the serum level at the NOEL was much higher (11 µg/mL).

In the 28-day rat study conducted by NTP (2019b), oral exposure of male Sprague-Dawley rats to PFOS at doses ≥1.25 mg/kg-day was associated with reduced spleen weight, minimal to mild hypocellularity of bone marrow, and reduced extramedullary hematopoiesis in the spleen. Exposure of males to 5 mg/kg-day was associated with reduced levels of leukocytes and segmented neutrophils, and reduced thymus weight. In females, exposures to ≥1.25 and ≥2.5 mg/kg-day were associated with reduced extramedullary hematopoiesis in the spleen, and minimal to mild hypocellularity of bone marrow, respectively. Because no primary immune parameters were assessed, it unclear what, if any, effects these PFOS exposures had on immune function.

Lefebvre *et al*. (2008) also evaluated the immunological effects of PFOS in rats. In this study, there were no changes in lymphocyte subpopulations or levels of immunoglobulins (Igs) up to the highest dose tested (means of 6.3 and 7.6 mg/kg-day in males and females, respectively, corresponding with mean serum PFOS concentrations of 30 and 43 µg/g, respectively) following 28 days of dietary exposure to PFOS. The only effect observed in the study by Lefebvre *et al*. (2008) was an increase in programmed cell death in the thymus, which occurred at ≥3.2 mg/kg-day in males and at 7.6 mg/kg-day (the highest dose tested) in females, corresponding with mean PFOS serum concentrations of ≥21 and 43 µg/g, respectively.

In addition to the observation that immunological effects occur at much lower doses following exposure to PFOS *via* gavage (*vs*. dietary exposure), it should also be noted that the toxicological significance of a reduction in plaque-forming cells in response to SRBCs is uncertain. Specifically, it is unclear if decreases in antibody production (assessed *in vitro* – outside the animal) will manifest as an adverse clinical outcome (Luster *et al*., 1993). Although they are considered primary outcomes, ATSDR (2018b) classifies an altered humoral or cell-mediated response to SRBC as "less serious," meaning the effect may not be adverse in the absence of other physiological deficits. Furthermore, the observations by Dong *et al*. (2009, 2011) provide evidence that underlying hepatic effects and systemic toxicity cannot be excluded as the causes of immunologic alteration. It is notable that, although Torres *et al*. (2021) observed some secondary immune system effects (changes in T- and B-cell populations) in mice in response to oral gavage dosing of PFOS in the absence of systemic toxicity, there was no effect on the ability of the mice to respond to an influenza infection.

Considering the lack of conclusive evidence of immunotoxicity in humans (discussed in Section A5.2.4.5), the human relevance of the immune effects in response to PFOS exposure observed in mice is questionable. In addition, the mouse studies have a number of limitations and uncertainties that make drawing overall conclusions from their results difficult. Depending on the particular study, these include inconsistencies across studies, differences in findings between gavage exposure and dietary exposure, questions as to whether effects are due to direct immunotoxicity or secondary to systemic toxicity, and a lack of a dose-response in the absence of systemic toxicity. It is my conclusion that the mouse studies do not provide reliable evidence that PFOS would be immunotoxic in humans. I note that US EPA (2016c) did not consider the animal and human data on PFOS and immune effects to be adequate for derivation of an RfD. Similarly,

the Danish EPA (2015) concluded that considering the lack of evidence for immunotoxic effects in humans, the animal data were inadequate for demonstrating that PFOS is potentially immunotoxic in humans.

NTP (2016) conducted a systematic review of the immunotoxicity of PFOS and concluded that PFOS is presumed to be an immune hazard to humans based on a high level of evidence from animal studies that PFOS suppressed the antibody response and a moderate level of evidence of the same from studies in humans. The NTP (2016) review has multiple limitations; specifically, most of the animal studies reviewed in the NTP evaluation that reported PFOS dose-dependent immune effects also reported systemic toxicity at the same doses (see, for example, Dong *et al*., 2009, 2011; Zheng *et al*., 2009). The only animal study that reported a PFOS dose-dependent reduction in immune response (Peden-Adams *et al.*, 2008) has not been replicated in publications by this or other research groups. Thus, while the NTP (2016) review is comprehensive in its coverage of the immunotoxicology of PFOS, much of the animal evidence it relied on does not provide reliable support for its conclusions.

Overall, because the studies that show an association between PFOS and reduced antibody production in mice provide very limited evidence for a dose-response effect in the absence of systemic toxicity, the studies do not provide reliable evidence that PFOS is immunotoxic.

### A4.2.1.5    Developmental and Reproductive Effects

Multiple studies examining the developmental and reproductive toxicity of PFOS have been conducted with rats, mice, and rabbits. As with the PFOA studies, these studies do not provide evidence that PFOS can cause overt malformations at doses that are not associated with maternal toxicity. Neurobehavioral findings, mortality, changes in pup weight, and changes in sexual maturation have also been reported in the offspring of rodents following prenatal or postnatal exposure. However, these limited findings often occurred at doses that were also associated with maternal effects. In addition, many of the reported effects were transient and thus may not be toxicologically significant. These studies are described in the following paragraphs.

In general, the studies reviewed reported few teratological findings (*i.e.*, gross abnormalities or abnormalities with regard to soft tissue or skeletal development); when they were reported, these effects generally occurred at relatively high doses in conjunction with maternal toxicity (*e.g.*, Wetzel *et al*., 1983; Case *et al.*, 2001; Stump, 2008; Yahia *et al*., 2008). If a teratological effect occurs in conjunction with maternal toxicity, it is difficult to determine whether the developmental effect is due to *in utero* exposure or if it is secondary to maternal toxicity. For example, in a developmental toxicity study by Case *et al*. (2001) in rabbits, fetal body weight was reduced and ossification was delayed at 2.5 and 3.75 mg/kg-day PFOS, while maternal weight gain (attributable to reduced food consumption) was reduced at 1 and 2.5 mg/kg-day PFOS (data regarding maternal effects were not provided for the 3.75 mg/kg-day dose group). There were no gross, soft tissue, or skeletal malformations. Case *et al*. (2001) concluded that PFOS was not a selective developmental toxicant in rabbits. At higher doses, somewhat more severe teratological effects have been observed. In a study by Thibodeaux *et al*. (2003), PFOS was administered orally to Sprague-Dawley rats and CD-1 mice on GDs 2-20 and GDs 1-17, respectively. Fetuses exposed to the highest dose levels for both species (10 mg/kg-day for rats, 20 mg/kg-day for mice) exhibited delayed ossifications with several malformations, including cleft palate and cardiac abnormalities (rats only). Maternal signs of toxicity included decreased maternal weight gain ($\geq$ 2 mg/kg-day for rats, 20 mg/kg-day for mice), increased liver weight (10 mg/kg-day only in mice), and thyroid effects ($\geq$ 1 mg/kg-day for rats, 20 mg/kg-day for mice) as evidenced by reduced T4 and T3 with no change to TSH. The relationship between PFOS and cleft palate was examined in ICR mice that were dosed from GDs 1-17 (Era *et al*., 2009); cleft palate was correlated with modest increases of PFOS in fetal serum, with increased incidence as maternal doses increased from 13 to 20 mg/kg-day.

Several studies have examined the potential for PFOS exposure during gestation to cause neurobehavioral effects. Neurobehavioral studies are of interest because PFOS can cross both the placental and immature blood-brain barriers in animal studies. Studies were identified for both mice and rats. For mice, a study by Johansson *et al.* (2008) showed changes in spontaneous behavior (*e.g.*, hyperactivity and a hypoactive response to nicotine) in 2- and 4-month-old NMRI mice dosed at 10 days of age with a single dose of PFOS by oral gavage at 0.75 or 11.3 mg/kg. In offspring of CD-1 mice treated with 6 mg/kg-day PFOS by oral gavage, Fuentes *et al.* (2007a,b) observed a transient decrease in body weight and delayed neuromotor maturation in pups (Fuentes *et al.*, 2007a) and behavioral effects and decreased corticosterone levels in response to stress in adult female offspring (Fuentes *et al.*, 2007b). In rats, Wang *et al.* (2014b) reported reduced spatial learning and memory abilities in offspring of Wistar rat dams given PFOS at 5 or 15 mg/L in drinking water (equivalent to about 0.5 or 1.5 mg/kg-day). There was no discussion of any maternal effects in these three studies.

Butenhoff *et al.* (2009a) observed increased motor activity in male Sprague-Dawley rats at PND 17 but not at PNDs 13, 21, or 61, following a maternal oral PFOS dose of 1.0 mg/kg-day. Maternal body weight was also reduced (relative to control animals) at 1 mg/kg-day. While this may appear to be a relatively low dose, it is not clear whether the increased motor-activity observed by Butenhoff *et al.* (2009a) is actually related to PFOS exposure. Specifically, there are more than 200 statistical comparisons in this study, with no adjustment or corrections for multiple comparisons. At a significance level of 0.05, one could expect to find about 10 results that are statistically significant by chance alone. Other endpoints evaluated, which were not affected by PFOS treatment, include birth weight, growth, age and weight at sexual maturation, brain weight, learning and memory, acoustic startle response, and other behavioral endpoints. Moreover, the increased motor activity effect was transient, occurring on PND 17 but not PNDs 13, 21, or 61. Regardless of whether this effect was related to PFOS exposure, I identified a NOEL for this study of 0.3 mg/kg-day, based on maternal body weight reductions.

Luebker *et al.* (2005a,b) conducted two developmental studies in rats in which PFOS was administered by oral gavage prior to and during pregnancy and lactation. In the first study (Luebker *et al.*, 2005a), male and female Crl:CD (SD)IGS BR VAF rats were given 0, 0.1, 0.4, 1.6, or 3.2 mg/kg-day PFOS for 6 weeks prior to mating, during mating, and through gestation and lactation, across two generations. In the F2 rats, only 0, 0.1, or 0.4 mg/kg doses were given by oral gavage, due to substantial neonatal toxicity at higher doses. The study authors observed reduced weight gain in the F0 males and in the F2 pups at 0.4 mg/kg-day. The reduced weight gain in the F2 pups was a transient effect noted at days 7 and 14 but not at day 21 post-partum. The authors did not consider this to be a toxicologically significant effect, because it was transient, could have been related to litter size (*i.e.*, larger litters tend to have smaller pups), or could have been a random effect of culling. The F1 generation pups did not exhibit this effect; the NOEL for the F1 generation was 0.4 mg/kg-day (the highest dose tested in the F1 generation). F0 dams dosed with PFOS at 3.2 mg/kg-day had reduced length of gestation, reduced number of implantation sites, and increased numbers of dams with stillborn pups or with all pups dying on lactation days 1-4. Luebker *et al.* (2005a) considered the NOEL for offspring effects to be ≥ 0.4 mg/kg-day. This study is the basis for US EPA's drinking water LHA (US EPA, 2016c). The significance of the developmental endpoints in Luebker *et al.* (2005a) as the basis of regulatory guidance will be discussed in Section 4.2.

The second study by Luebker *et al.* (2005b) was a one-generation reproduction and development study in rats of the same strain as those used by Luebker *et al.* (2005a). In this study, females only were dosed for 6 weeks prior to mating through day four of lactation with PFOS at 0, 0.4, 0.8, 1.0, 1.2, 1.6, or 2.0 mg/kg-day by oral gavage. In the 0.4 mg/kg-day dose group the F1 pups exhibited lower birth weight and reduced weight gain. This is different from the results of the first study (Luebker *et al.*, 2005a), in which the F1 pups did not exhibit effects at this dose. The authors did not address the differences in results between the two studies. Length of gestation was reduced at 0.8 mg/kg-day PFOS and above, and pup

viability was reduced at 1.6 mg/kg-day PFOS and above.  The authors identified a LOEL for this study of 0.4 mg/kg-day based on pup weight.

Dose-dependent increases in mortality were observed in Sprague-Dawley rats and CD-1 mice exposed to PFOS during gestation, reaching statistical significance at 2 mg/kg-day for rats and 10 mg/kg-day for mice (Lau *et al.*, 2003).  Pup mortality was also observed in the two-generation reproductive toxicity study in rats at doses of 1.6 mg/kg-day PFOS and greater (Luebker *et al.*, 2005a).  While pup mortality was observed at lower dose levels in the two-generation reproduction toxicity in comparison with the study conducted by Lau *et al.* (2003), offspring in the two-generation study were exposed to PFOS for a longer duration (*i.e.*, during gestation and lactation) than in the prenatal developmental study (*i.e.*, gestation only).

Increased pup mortality after PFOS exposure during gestation is thought to be related to lung maturation, a key event in development that occurs late in gestation.  Specifically, PFOS is thought to interfere with the surfactant needed for the dilation of the alveoli.  This hypothesis is supported by evidence that PFOS has been shown to interact with dipalmitoylphosphatidylcholine, a major component of pulmonary surfactant (Grasty *et al.*, 2005).  In exploration of this hypothesis, Grasty *et al.* (2003) reported that PFOS induced 100% pup mortality in fetuses exposed for 2 days late in gestation.  In a subsequent study by Grasty *et al.* (2005), the alveolar wall was observed to be thicker and the ratio of tissue to airway space was increased in the rat neonates exposed to PFOS at up to 50 mg/kg-day.  The authors suggested that these results showed that lungs were immature and potentially indicted an interference with surfactant.  Adverse effects on lung development (*i.e.*, lung atelectasis or collapsed lung) also occurred in mice that were orally dosed with PFOS at 1-20 mg/kg-day from GDs 0-18 (Yahia *et al.*, 2008); these effects corresponded to an increased incidence of mortality.  These data are supportive of PFOS's involvement with the inhibition of prenatal lung maturation in rodents likely through its surfactant effects and do not represent a teratogenic effect.

Three recent studies addressed the potential effects of PFOS exposure during development on sexual maturation and reproductive function in rodents.  Du *et al.* (2019) evaluated the effects of neonatal or juvenile exposure of female Sprague-Dawley rats to PFOS at doses of 0, 0.1, 1, or 10 mg/kg-day for 5 days.  Neonatal (PND 1-5) or juvenile (PND 26-30) exposures were dose-dependently associated with a 3-4 day earlier onset of puberty in the 1 and 10 mg/kg-day dose groups, as measured by ages at vaginal opening and first estrus.  Juvenile exposure to 10 mg/kg-day was also associated with reduced anogenital distance on PND 35.  All three doses of PFOS were associated with increased serum estradiol when administered during the neonatal time period.  However, there was a lack of concordance between the elevation of serum estradiol and markers of pubertal onset.  Increased levels of serum estradiol are known to be directly associated with the age at vaginal opening (US EPA, 1996a).  Hence, it is noteworthy that the elevated estradiol associated with neonatal exposure to the 0.1 mg/kg-day dose was not concomitant with earlier ages at vaginal opening or first estrus.  In addition, juvenile exposure to PFOS was not dose-dependently associated with elevated estradiol, and yet, as mentioned, there were earlier ages at vaginal opening and first estrus associated with exposure to the 1 and 10 mg/kg-day doses.  The lack of concordance between these markers of puberty and serum estradiol levels suggest that elevated serum estradiol may not be toxicologically significant.  It should also be noted that the authors did not report adjustment or correction for multiple comparisons (approximately 275 different comparisons in total) in their statistical analyses, which may have enhanced the occurrence of spurious statistically significant results.

Lai *et al.* (2017) administered PFOS to pregnant female CD-1 mice *via* oral gavage throughout pregnancy at doses of 0, 0.3, or 3 mg/kg-day.  Male offspring were evaluated on PND 1.  The authors reported no treatment-induced maternal toxicity or developmental toxicity in offspring but did note some changes in the offspring, such as cell proliferation in the testes in both the 0.3 and 3 mg/kg-day dose groups and reduced serum testosterone levels and epididymal sperm counts in the 3 mg/kg-day group.

In the 28-day study conducted by NTP (2019b), oral exposure of 10- to 11-week-old male Sprague-Dawley rats to PFOS at doses of 0.312 to 2.5 mg/kg-day had no effect on sperm counts or motility, histopathology or weights of testes and epididymis, or serum testosterone. In females, exposure to ≥0.625 mg/kg-day increased the probability of transitioning to extended periods of diestrus.

Li *et al*. (2018b) administered PFOS to peripubertal male Sprague-Dawley rats by daily oral gavage for 21 days at 0, 5, or 10 mg/kg-day. For both dose groups, the authors reported reductions in sperm count, serum concentration of testosterone, and seminal vesicle weight. PFOS at 10 mg/kg-day was also associated with reduced body weight and reduced testes weight.

The studies described above indicate that PFOS does not cause teratogenicity in the absence of maternal toxicity. Neurobehavioral findings, in general, were either transient or occurred in the presence of maternal toxicity, or maternal toxicity was not addressed. Changes in pup weight were transient and/or inconsistent among studies. While there were some changes in sexual maturation and reproductive function in mice and rats exposed to PFOS, the functional significance of these findings is unclear. Overall, these studies do not provide evidence that PFOS can cause reproductive or developmental toxicity in humans.

## A4.2.2 Morbidity and Mortality

In the subchronic toxicity study by Seacat *et al*. (2002), compound-related mortality or morbidity was observed in two (of six) male monkeys in the 0.75 mg/kg-day PFOS dose group (the highest dose tested). The probable cause of death in one of the monkeys was acute, recurring pulmonary inflammation. In the other monkey, which was found in a moribund condition and sacrificed on day 179, the available information indicated that morbidity may have been due to hyperkalemia.[56] Decreased body weight and reduced estradiol (females only) was also observed in the high dose group. No clinical effects were observed in the recovery animals.

In a 90-day subchronic toxicity study with rhesus monkeys, Goldenthal *et al*. (1978b) initially administered PFOS by gavage at very high doses, ranging from 10 to 300 mg/kg-day, resulting in 100% mortality within 20 days. Goldenthal *et al*. (1978b) subsequently administered PFOS at lower doses (but still high relative to a clear NOEL) of 0, 0.5, 1.5, and 4.5 mg/kg-day. Monkeys in the 4.5 mg/kg-day dose group either died or were sacrificed *in extremis* (at the point of death) between weeks 5 and 7 of the study with signs of gastrointestinal tract toxicity (*e.g.*, anorexia, emesis, black stool, and dehydration) as well as decreased level of activity, decreased body weight, and decreased serum cholesterol and serum alkaline phosphatase (ALP).[57] Although the animals were clearly stressed in this study, because of the high PFOS dose at which mortality occurred, it has limited relevance for assessing potential PFOS health effects in humans.

The more-recent monkey study by Chang *et al*. (2017) employed dosing methods that were less stressful to the monkeys than those used in the studies by Seacat *et al*. (2002) and Goldenthal *et al*. (1978b) (*i.e.*, 1-5 doses over the course of one year rather than daily gastric intubation), but still achieved serum concentrations similar to those in Seacat *et al*. (2002). In the Chang *et al*. (2017) study, the monkeys did not exhibit any mortality or overt toxicity. Thus, it is likely that the morbidity and death of the monkeys in the Seacat *et al*. (2002) study were not treatment-related.

---

[56] Hyperkalemia refers to high levels of potassium in the blood, which may be caused by kidney dysfunction (A.D.A.M. Medical Encyclopedia, 2017a).
[57] Reduced ALP is associated with a variety of medical conditions, including nutritional deficiency (*e.g.*, of magnesium, vitamin C, zinc, and protein/calories in general), severe or pernicious anemia, and hypothyroidism (*e.g.*, Lum, 1995).

**A4.2.3 Cancer**

In a 2-year rat study, Butenhoff *et al*. (2012a) reported a statistically significant increase in liver tumors in Sprague-Dawley rats dosed with 20 ppm PFOS in the diet (means of 0.98 mg/kg-day in males and 1.25 mg/kg-day in females). In males, there was an increase in benign liver tumors, and in females, there was an increase in both benign and combined benign/malignant liver tumors (with a malignant tumor observed in only 1 of 60 rats in the 20 ppm dose group). As discussed by Elcombe *et al*. (2012b), benign liver tumors in rats may be due to PFOS activation of a receptor, the PXR, which stimulates proliferation of liver cells in rats.

Butenhoff *et al*. (2012a) also observed a statistically significant increase in thyroid follicular cell tumors (*i.e.*, arising from follicle cells in the thyroid) in female rats dosed with 5 ppm PFOS (mean of 0.3 mg/kg-day) for 2 years and in male rats dosed with 20 ppm PFOS for 1 year, followed by a 1-year recovery period. Thyroid follicular cell tumors were not increased in male or female rats dosed with 20 ppm PFOS for 2 years. The study authors considered that the increases in thyroid follicular tumors were most likely spurious findings, because they occurred only in the rats treated with PFOS for 1 year and not in the rats treated with PFOS for 2 years. Other tumor findings included a statistically significant increase in mammary gland fibroadenomas[58] in females dosed with 0.5 ppm PFOS and statistically significant decreases in both mammary fibroadenomas and thyroid cell tumors in female rats dosed with 20 ppm PFOS. Given that mammary fibroadenomas (which are benign) are very common in rats (Mann *et al*., 1996) and that these tumors were increased in females dosed with 0.5 ppm PFOS, but not at higher doses, the evidence does not support the increase in mammary fibroadenomas as being PFOS-related.

In a developmental study, Ngo *et al*. (2014) examined the effect of PFOS (0-3 mg/kg-day on GDs 1-17) on the numbers of intestinal tumors in the offspring in both WT C57BL/6J-Apc$^{+/+}$ mice and a mouse strain that is sensitive to spontaneous intestinal tumorigenesis (C57BL/6J-Apc$^{Min/+}$). The authors did not observe any increase in intestinal tumors in either strain at any dose.

Wimsatt *et al*. (2016) also studied intestinal tumors in response to PFOS administration in mice. In this study, the authors investigated whether PFOS had an inhibitory effect on tumor development, based on an observation in a human population of a lower incidence of colorectal cancer among individuals with higher serum PFOS concentrations (Innes *et al*., 2014, described below in Section A5.1.4.7). Using a mouse strain that is susceptible to intestinal tumors, the authors observed that PFOS at doses of 20-250 mg/kg total, administered *via* drinking water over the course of 8 weeks (equivalent to 0.4-4.5 mg/kg-day) were associated with a dose-dependent reduction in numbers and size of tumors. The authors also reported a loss in body weight in the highest dose group, indicating possible systemic toxicity. No other indicators of toxicity were reported.

In a related study, Wimsatt *et al*. (2018) implanted colorectal tumors from human donor patients into mice of strain NSG and subsequently exposed them to PFOS *via* drinking water at a dose of 100 mg/kg administered over 10 weeks (equivalent to 1.43 mg/kg-day PFOS). Exposure to PFOS reduced the growth of tumors that were isolated from the right ascending colon of the human donors only. Tumors implanted from other colon locations did not exhibit a PFOS treatment response. Although these data support the association of PFOS with a protective effect against colorectal tumor development, these effects should be interpreted with caution as the authors noted a causative biological mechanism has not been identified. Further, due to small sample sizes, these effects were not assessed for statistical significance.

*In vitro* and *in vivo* studies indicate that PFOS is not genotoxic or mutagenic (EFSA, 2018; ATSDR, 2021).

---

[58] Fibroadenomas are benign tumors with a large amount of fibrous tissue.

Overall, these studies do not provide evidence that PFOS exposure can cause cancer in humans. While Butenhoff *et al*. (2012a) observed increased benign liver tumors in rats at a PFOS dose of approximately 1 mg/kg-day, there is evidence that rats may be more susceptible to developing liver tumors from PFOS exposure than humans due to the likely involvement of the PXR as discussed above, which is not as active in humans as in rats (Elcombe *et al*., 2012b). Other tumor findings were likely spurious or of questionable toxicological significance. Because of the potential for important species differences in the hepatic response to PFOS and because the tumors were benign, these findings in the rodents are unlikely to be relevant to humans. In addition, the studies by Wimsatt *et al*. (2016, 2018) indicate that PFOS may have antitumor properties.

### A4.2.4  Overall Conclusions for PFOS

I conclude that the most commonly reported endpoints for PFOS in the animal studies are changes in liver weight, serum lipids, and serum thyroid and reproductive hormone levels. In a number of cases, such findings are not adverse and may be adaptive. Developmental effects at lower doses are transient and not adverse. As noted above, changes in thyroid hormones in rodents do not necessarily reflect an increased risk to humans from PFAS exposure. Overall, these studies are not indicative of any adverse effects in humans from exposure to PFOS.

## A4.3   PFBA

There is relatively little information on the toxicity of other PFAS compared to PFOA and PFOS. Studies of PFBA report some of the same endpoints as PFOA and PFOS but with higher LOELs and NOELs in general.

### A4.3.1  Liver Effects

Short-term (5- to 14-day) studies in rats report that PFBA had no effect on liver weight or changes in liver tissue at doses up to 184 mg/kg-day (Ikeda *et al*., 1985; Charles River Laboratories, 2007). In C57Bl/6 mice, a dose of 78 mg/kg-day PFBA for 10 days caused a 63% increase in absolute liver weight (Permadi *et al*., 1992, 1993). In two intermediate-duration studies, PFBA was associated with increased liver weights in rats. In a 28-day 3M study conducted by NOTOX B.V. (2007a) and later reported by Butenhoff *et al*. (2012c), Sprague-Dawley rats received doses of 0, 6, 30, or 150 mg/kg-day PFBA. Liver weights increased at ≥ 30 mg/kg-day, and hepatocyte hypertrophy was observed at 150 mg/kg-day. All liver effects were reversible and resolved during a 21-day recovery period. The authors identified a NOEL for this study of 6 mg/kg-day. In a 90-day study, also sponsored by 3M (NOTOX B.V., 2007b; Butenhoff *et al*., 2012c), Sprague-Dawley rats received 0, 1.2, 6, or 30 mg/kg-day PFBA. Increased liver weight and hepatocyte hypertrophy occurred at the 30 mg/kg-day dose; after a 21-day recovery period, no liver effects were observed. The authors identified a NOEL for this study of 6 mg/kg-day as well.

### A4.3.2  Serum Lipid Effects

In the 28-day rat study of PFBA described above (NOTOX B.V., 2007a; Butenhoff *et al*., 2012c), male rats receiving 30 or 150 mg/kg-day had reduced serum total cholesterol. No statistically significant changes in serum cholesterol occurred in the 90-day version of this study (NOTOX B.V., 2007b; Butenhoff *et al*., 2012c), although the mean total cholesterol in the 30 mg/kg-day dose group was 15% lower than in the controls.

### A4.3.3 Thyroid Hormone-Related Effects

In the aforementioned 28- and 90-day studies of PFBA in rats (NOTOX B.V., 2007a,b; Butenhoff *et al.*, 2012c), there was some hyperplasia and hypertrophy of the thyroid gland at doses of 30 mg/kg-day and above. The authors suggested that this occurred in response to an increased turnover of T4 by the hypertrophic hepatocytes (noted in Section A4.3.1). After a 3-week recovery period, the thyroid gland tissue was normal.

Serum concentrations of TSH were unchanged at all doses in the 28-day rat study (NOTOX B.V., 2007a; Butenhoff *et al.*, 2012c). There were dose-dependent reductions in total T4 and free T4 at all doses; however, these differences were not apparent after the 21-day recovery period, except in the highest dose group. The LOEL for thyroid hormones in this study was 6 mg/kg-day. Serum concentrations of TSH were also unchanged at all doses in the 90-day rat study (NOTOX B.V., 2007b; Butenhoff *et al.*, 2012c). Serum total T4 was reduced in the highest dose group only, but returned to control values after the recovery period. Free T4 was not measured in this study. The NOEL for thyroid hormones in the 90-day study was 6 mg/kg-day, and the LOEL was 30 mg/kg-day.

### A4.3.4 Developmental and Reproductive Effects

There are few developmental and reproductive studies of PFBA. In a developmental study (Das *et al.*, 2008), pregnant CD-1 mice received 0, 35, 175, or 350 mg/kg PFBA on GDs 1-17 by oral gavage. There was no effect on maternal weight gain, number of implantations, fetus viability, fetus weight, or incidence of fetal malformations. Maternal liver weights were increased at ≥ 175 mg/kg-day PFBA and full-litter loss increased at 350 mg/kg-day PFBA. There was no effect on pup survival or growth. There was a transient increase in pup liver weights on PND 1 that disappeared by day 10. Pups in all three dose groups exhibited a delay in eye opening, and pups in the two highest groups had slight delays in puberty onset. I identified a LOEL for this study of 35 mg/kg-day based on delayed eye opening. No effects on any reproductive tissues were observed in Sprague-Dawley rats after administration of PFBA up to 184 mg/kg-day for 5 days (Charles River Laboratories, 2007), 150 mg/kg-day for 28 days (NOTOX B.V., 2007a; Butenhoff *et al.*, 2012c), or 30 mg/kg-day for 90 days (NOTOX B.V., 2007b; Butenhoff *et al.*, 2012c).

### A4.3.5 Conclusions for PFBA

Animal studies show few effects from exposure to PFBA. Most of the reported effects were reversible (increased liver weight, changes in thyroid hormones). Reproductive and developmental changes occurred only at relatively high PFBA doses (35 mg/kg-day and above) that are not relevant to plausible human environmental exposures. In addition, *in vitro* and *in vivo* studies indicate that PFBA is not genotoxic or mutagenic (Crebelli *et al.*, 2019; ATSDR, 2021). Overall, these studies do not provide evidence that PFBA exposure can cause adverse health effects in humans.

## A4.4   PFBS

I located few studies of PFBS toxicity. They include 90-day and two-generation studies in Sprague-Dawley rats by Lieder *et al.* (2009a,b), 28-day Sprague-Dawley rat studies by Primedica Redfield (2001) and NTP (2019b), and a reproductive and developmental study in ICR mice by Feng *et al.* (2017). Some of the endpoints are the same as endpoints for PFOA and PFOS, but with generally higher LOELs and NOELs.

US EPA derived draft guidance for daily intake of PFBS and for acceptable concentrations in drinking water.

## A4.4.1 Liver Effects

Lieder *et al*. (2009a,b) conducted two studies of the effects of PFBS on rats. In a 90-day study (Lieder *et al*., 2009a), rats received 0, 60, 200, or 600 mg/kg-day PFBS by oral gavage. There were no changes in absolute or relative liver weights or liver pathology in males or females at any dose. In a two-generation study (Lieder *et al*., 2009b), F0 male and female rats received PFBS at 0, 30, 100, 300, or 1,000 mg/kg-day for 10 weeks by oral gavage prior to and through mating, and dosing continued for females through gestation and lactation. Upon weaning, the F1 pups were dosed according to the same schedule. The F0 and F1 male rats in the 300 and 1,000 mg/kg-day dose groups had increased liver weights and minimal-to-mild hepatocellular hypertrophy. No liver effects were noted in the F2 pups. The authors identified a NOEL for liver effects of 100 mg/kg-day for the F0 and F1 males.

In a 28-day study by Primedica Redfield (2001), rats received 0, 100, 300, or 900 mg/kg-day PFBS by oral gavage. Some animals in the control and high dose groups were allowed a 14-day recovery period. In males, liver weights (both absolute and relative) increased 25-30% in the 900 mg/kg-day PFBS group, with no changes in body weight compared to controls. The increased liver weights in the treated animals were not accompanied by any gross or histopathological changes and were not observed in the recovery animals, and may thus be considered an adaptive, rather than a toxicological, response. The NOEL for this response was 300 mg/kg-day.

In the 28-day study conducted by NTP (2019b), male and female Sprague-Dawley rats were exposed to PFBS *via* oral gavage at doses of 0, 62.6, 125, 250, 500, or 1,000 mg/kg-day. Oral exposures to ≥62.6 and ≥125 mg/kg-day PFBS for males and females, respectively, were associated with elevated liver weights (27-54% and 20-35% increases in weight, respectively). All tested concentrations in both sexes were associated with elevated gene expression of hepatic metabolic enzymes indicative of activation of PPARα (*i.e.*, Cyp4a1) and CAR (*i.e.*, Cyp2b1, Cyp2b2) pathways. In males, exposures to ≥125 and ≥500 mg/kg-day were associated with hepatocyte hypertrophy and cytoplasmic alterations, respectively, which were of "minimal to moderate severity" (NTP, 2019b). In females, elevated hepatocyte hypertrophy and cytoplasmic alterations were associated with exposure to ≥500 mg/kg-day. This study did not include a recovery period to examine whether the effects on liver weights and histology were reversible following cessation of exposure. The LOEL for liver effects was 62.6 mg/kg-day based on increased liver weight.

## A4.4.2 Serum Lipid Effects

Inconsistent effects on serum lipids were reported in the limited set of available studies in rats. In the 28-day study conducted by NTP (2019b), oral exposure of male Sprague-Dawley rats to ≥62.6 mg/kg-day was associated with reduced serum cholesterol. However, in this study serum triglycerides were reduced in males only in the highest exposure group of 500 mg/kg-day. In females, serum cholesterol was reduced in the 500 mg/kg-day group only, whereas PFBS did not affect serum triglyceride levels. The LOEL for this study was 62.6 mg/kg-day for reduced serum cholesterol in males.

By contrast, in the 90-day study by Lieder *et al*. (2009a), there were no changes in serum total cholesterol or triglycerides in either male or female rats at any dose of PFBS. The NOEL for serum lipid changes in this study was 600 mg/kg-day. Likewise, there were no effects on serum total cholesterol or triglycerides in either male or female rats given up to 900 mg/kg-day PFBS for 28 days; the NOEL for serum lipid changes in this study was 900 mg/kg-day (Primedica Redfield, 2001).

### A4.4.3 Kidney Effects

In the 28-day study conducted by NTP (2019b), oral exposure of female Sprague-Dawley rats to ≥62.6 mg/kg-day was associated with elevated relative kidney weight. However, there were no concomitant effects on clinical chemistry indicators of kidney function at any dose, and there was a lack of histological changes in the kidney at doses ≤500 mg/kg-day. Papillary necrosis[59] in the kidney was associated with exposure of females to the 1,000 mg/kg-day dose, however this dose was also overtly toxic as indicated by mortality in 8/10 females. In males, kidney weights were elevated only at the 500 mg/kg-day dose, but there were no pathological or clinical chemistry indicators of toxicity. I identified a LOEL of 62.6 mg/kg-day based on increased kidney weight in the female Sprague-Dawley rats in this study. The lack of clinical chemistry or histological changes indicates that this finding may be considered an adaptive and not a toxicological response.

In the 28-day rat study by Primedica Redfield (2001), female rats that received 900 mg/kg-day PFBS had increased kidney weights (9-11%) but no changes in body weight compared to controls. There were no gross or histopathological effects and recovery animals had normal kidney weights. The increased kidney weights may thus be considered an adaptive, rather than a toxicological, response. The NOEL for this response was 300 mg/kg-day.

In the 90-day study by Lieder *et al*. (2009a), there were no changes in kidney weights, but the authors reported minimal-to-mild kidney hyperplasia in rats that received PFBS at 600 mg/kg-day. This dose, however, had no effect on kidney function as measured by clinical chemistry parameters in the serum. I identified a NOEL for kidney effects of 200 mg/kg-day.

Minimal-to-mild kidney hyperplasia (in the absence of kidney weight changes) also occurred in the F0 and F1 rats in the 300 and 1,000 mg/kg-day dose groups of the two-generation study by Lieder *et al*. (2009b). The authors identified a NOEL for kidney effects of 100 mg/kg-day in this study.

Lieder *et al*. (2009b) noted that the kidney effects in this study were likely caused by the very high concentrations of PFBS, a strong surfactant,[60] passing through the kidney during rapid elimination of high administered doses, *i.e.*, a mechanical effect rather than a specific toxic effect. If this is the case, it is unlikely that such a physical interaction would occur at lower doses to which humans may potentially be exposed, and this effect may therefore not be relevant to humans.

### A4.4.4 Blood Effects

Lieder *et al*. (2009a) reported a decrease in hemoglobin and hematocrit levels in male rats that received PFBS at 200 or 600 mg/kg-day for 90 days and a decrease in absolute numbers of red blood cells in the male rats that received 600 mg/kg-day PFBS. There were no corresponding changes in bone marrow histopathology. The authors identified a NOEL for this effect of 60 mg/kg-day. There were no hematological changes in rats in the 28-day study by Primedica Redfield (2001) at any dose, up to 900 mg/kg-day PFBS. The NOEL for blood effects in this study was 900 mg/kg-day.

---

[59] Papillary necrosis refers to necrotic cell death caused by damage to a region of the kidneys called the renal papilla, which is important for excretion of urine.

[60] A surfactant, or surface-active agent, can react with membranes and proteins (Merriam-Webster, Inc., 2018). Surfactants are the active ingredients in commercial detergents and soaps.

**A4.4.5  Thyroid Hormone-Related Effects**

In the 28-day study conducted by NTP (2019b), all tested concentrations of PFBS (*i.e.*, ≥62.6 mg/kg-day) were associated with reduced serum levels of total T4, free T4, and total T3 in male and female Sprague-Dawley rats; however, no effects were observed on TSH levels or on thyroid gland histopathology at any exposure level (*i.e.*, up to 500 mg/kg-day).  Thus, this study yields a LOEL of 62.6 mg/kg-day.  However, it should be noted that NTP stated that it was unclear why there was a lack of TSH response associated with reduced thyroid hormone levels, and that these results were not consistent with a state of classical hypothyroidism or disruption of the hypothalamic-pituitary-thyroid axis.

There were no changes in thyroid gland weight or histopathology at any dose (*i.e.*, up to 900 mg/kg-day) in either the 90-day study by Lieder *et al*. (2009a) or the 28-day study by Primedica Redfield (2001). Neither of these studies reported thyroid hormone measurements.

Feng *et al*. (2017) evaluated thyroid hormone effects in pregnant mice that received 50, 200, or 500 mg/kg-day PFBS by oral gavage.  On GD 20, total T4, free T4, and total T3 were lower in the serum of dams treated with 200 or 500 mg/kg-day than in controls, and free TSH was higher.  The authors did not comment on whether the thyroid hormone values in the treated mice were outside the range of normal values and low enough to constitute hypothyroidism.  It should also be noted that the body weights of the offspring in the 200 and 500 mg/kg-day PFBS dose groups were lower than the body weights of the controls (approximately 28% lower in the 200 mg/kg-day dose group at PND 20), indicating that the thyroid hormone effects may have been due to systemic toxicity.  The NOEL value for this study was 50 mg/kg-day.

**A4.4.6  Developmental and Reproductive Effects**

Mice may be more sensitive than rats to developmental effects from PFBS.  Feng *et al*. (2017) administered 50, 200, or 500 mg/kg-day PFBS to pregnant mice by oral gavage on GDs 1-20 and studied developmental effects in female offspring.  Effects at ≥ 200 mg/kg-day included decreased body weight and delayed eye opening and vaginal opening in the pups, and delayed first estrus, prolonged diestrus, reduced relative ovarian and uterine weights, and reduced follicle and corpus luteum numbers in adult offspring.  In addition, the authors reported changes in sex hormones, decreased total T4 and T3, and a slight increase in TSH and thyrotropin-releasing hormone in the serum of adult offspring.  The dams also had decreased total T4, total T3, free T4, and increased TSH in serum.  The NOEL for this study was 50 mg/kg-day.  As noted above, the body weights of the offspring in the 200 and 500 mg/kg-day PFBS dose groups were lower than the body weights of the controls and mice in the 50 mg/kg-day PFBS dose group and remained lower throughout development and adulthood.  This may indicate that the endpoints reported by the authors are due to systemic, rather than developmental, toxicity.  Toxicity to the dams was not monitored except for body weight, which did not change at the higher PFBS doses, and thyroid hormone levels, which were altered at doses ≥ 200 mg/kg-day (described in Section A4.4.5).  Because the effects in the pups occurred at the same dose of PFBS as thyroid effects in the dams, the effects on the pups may have been caused indirectly by toxicity to the dams at the high dose of PFBS.  In other words, the pups were not more sensitive than the dams.

In the 28-day study conducted by NTP (2019b), oral exposure of male Sprague-Dawley rats to ≥62.6 mg/kg-day PFBS was associated with a dose-dependent trend of reduced testicular sperm count.  In contrast, there were no effects on cauda epididymal sperm counts, testes and epididymis weights, histopathological changes in the testes, or serum testosterone levels in PFBS-exposed males.  In females, altered estrous cycles (*i.e.*, extended periods of sexual inactivity) were associated with exposure to doses ≥250 mg/kg-day. The LOEL for this study was 62.6 mg/kg-day based on reduced testicular sperm count.

In the two-generation rat study by Lieder *et al*. (2009b), there were no effects on reproductive parameters including fertility, sperm production, and estrus cycling, and no histological effects in reproductive tissues in F0 or F1 male and female rats that were dosed with PFBS up to 1,000 mg/kg-day for 10 weeks prior to and through mating.  There were also no effects on pup survival, body weight, or development at any dose. The NOEL for developmental and reproductive effects in this study was 1,000 mg/kg-day.

### A4.4.7 Conclusions for PFBS

Overall, animal studies show few effects from exposure to PFBS except at high doses (62.6 mg/kg-day and above) that are not relevant to plausible human environmental exposures.  Developmental changes occurred only in the presence of maternal toxicity, indicating that the changes were likely due to systemic rather than developmental toxicity.  Overall, these studies do not provide evidence that PFBS exposure can cause adverse health effects in humans at any plausible exposure levels.

## A4.5   PFHxS

There are several studies of the effects of PFHxS in experimental animals, with endpoints that included liver, serum lipids, blood, thyroid, reproductive, and developmental effects.

### A4.5.1 Liver and Serum Lipid Effects

Chang *et al*. (2018) exposed male and female Crl:CD1 (ICR) mice to potassium PFHxS (K$^+$PFHxS) *via* oral gavage at doses of 0, 0.3, 1, or 3 mg/kg-day, for a total of at least 42 days (beginning 14 days prior to cohabitation, and through mating, gestation, and lactation periods for females).  Exposure to 3 mg/kg-day PFHxS was associated with liver hypertrophy in males and females; fatty changes, single-cell necrosis, reduced total cholesterol, and elevated levels of serum ALP in males; and cytoplasmic vacuolization in females.  Exposures to 1 and 3 mg/kg-day were associated with increased liver weights and liver-to-body weight ratios in males and females.  No liver effects were observed in the 0.3 mg/kg-day dose groups.

In the 28-day study conducted by NTP (2019b), Sprague-Dawley rats were exposed to PFHxS *via* oral gavage at doses of 0, 0.625, 1.25, 2.5, 5, or 10 mg/kg-day for males, and 0, 3.12, 6.25, 12.5, 25, or 50 mg/kg-day for females.  Oral exposure of male and female Sprague-Dawley rats to ≥1.25 and ≥3.12 mg/kg-day PFHxS was associated with elevated liver weights (11-53% and 10-23% increases, respectively). In males, exposures to ≥1.25 and ≥2.5 mg/kg-day were associated with elevated gene expression of hepatic metabolic enzymes indicative of activation of PPARα (*i.e*., Cyp4a1) and CAR (*i.e*., Cyp2b1, Cyp2b2) pathways, and hepatocyte hypertrophy of "mild to marked" severity (NTP, 2019b).  In females, exposure to ≥3.23 mg/kg-day was associated with elevated gene expression of CAR pathway-mediated hepatic metabolic enzymes only (*i.e*., Cyp2b1, Cyp2b2), whereas PPARα-mediated gene expression and liver histopathology were unaffected in females exposed to PFHxS at up to 50 mg/kg-day.  This study did not include a recovery period to examine whether the effects on liver weights and histology were reversible following cessation of exposure.  Exposures of males to ≥1.25 and ≥2.5 mg/kg-day were also associated with reduced serum levels of cholesterol and triglycerides, respectively, whereas serum lipid levels were unaffected in females.  The NOEL for this study was 0.625 mg/kg-day based on liver weight, hepatocyte hypertrophy, and serum cholesterol effects in males.

Butenhoff *et al*. (2009b) exposed male and female Crl:CD®(SD)IGS BR VAF/Plus® rats to PFHxS *via* oral gavage at doses of 0, 0.3, 1, 3, or 10 mg/kg-day for 14 days prior to cohabitation, and through gestation and lactation periods for females; and through study day 42 or 44 for males.  The authors reported no treatment-related effects in the females.  In males, all three PFHxS doses were associated with reduced plasma

cholesterol, and the 3 and 10 mg/kg-day doses were associated with increased liver weights. The highest dose (10 mg/kg-day) was associated with systemic toxicity in males, as evidenced by a 27% reduction in body weight gain over the study period and changes in plasma concentrations of proteins, enzymes, electrolytes, blood urea nitrogen, and lipids.

## A4.5.2 Blood Effects

In the same rat study by Butenhoff *et al.* (2009b), PFHxS was also associated with reduced hemoglobin concentration in males at the three highest doses (1, 3, and 10 mg/kg-day), and with reduced hematocrit, red blood cell counts, and hemoglobin concentrations in males at 3 and 10 mg/kg-day. As noted above, the 10 mg/kg-day dose elicited systemic toxicity.

## A4.5.3 Thyroid Hormone-Related Effects

The limited set of available PFHxS studies suggests that males may be more sensitive to modulation of thyroid hormone levels relative to females. In the 28-day study conducted by NTP (2019b), oral exposure of male Sprague-Dawley rats to ≥0.625 mg/kg-day PFHxS was associated with reduced levels of total T4, free T4, and total T3. In contrast, exposures of females to ≥6.25 and ≥12.5 mg/kg-day were associated with reduced total T4 and free T4, respectively; however, levels of T3 were unaffected. In addition, levels of TSH were unaffected in any treatment group for males and females. NTP stated that it was unclear why there was a lack of TSH response associated with reduced thyroid hormone levels, and that these results are not consistent with a state of classical hypothyroidism or disruption of the hypothalamic-pituitary-thyroid axis. The NOEL for PFHxS in this study was 0.625 mg/kg-day based on thyroid hormone changes in males.

Ramhoj *et al.* (2018) exposed pregnant female Wistar rats to PFHxS *via* oral gavage from GD 7 to PND 22 at doses of 0, 0.05, 5, 25, or 45 mg/kg-day. Exposures to 5 mg/kg-day and above were associated with reduced serum levels of T4 on GD 15 and PND 22 in exposed dams and reduced serum T4 on PNDs 16-17 in offspring. No effects were observed in the 0.05 mg/kg-day dose group.

In a subsequent publication, Ramhoj *et al.* (2020) exposed pregnant female Wistar rats to PFHxS *via* oral gavage at doses of 0, 0.05, 5, or 25 mg/kg-day, from GD 7 to PND 22. Exposure to the 25 mg/kg-day dose was associated with reduced serum levels of T3 in exposed dams and offspring (on PND 22 and PNDs 16-17, respectively). Exposure to doses ≥5 mg/kg-day was associated with reduced thyroid weight in females on PND 22. In contrast, there was no effect on TSH in any dose group, and serum T3 levels were not affected in dams or pups at doses up to 5 mg/kg-day. Effects observed in the 0.05 mg/kg-day dose groups lacked dose-dependence. Based on results from these two studies (Ramhoj *et al.*, 2018, 2020), the authors concluded that exposure to PFHxS at 25 mg/kg-day was associated with reduced T3 and T4, but that these reductions did not appear to alter thyroid hormone-mediated functions.

## A4.5.4 Developmental and Reproductive Effects

In the study by Chang *et al.* (2018) described above in Section A4.5.1, the *in utero*-exposed Crl:CD1 (ICR) mouse offspring were also given K$^+$PFHxS directly *via* oral gavage at the respective maternal doses (0.3, 1, or 3 mg/kg-day) for an additional 14 days beginning on PND 22. No effects were observed in the 0.3 mg/kg-day dose group. There were small but statistically significant reductions in the numbers of pups born per litter and the mean live litter size in the 1 and 3 mg/kg-day dose groups. The toxicological significance of this is unclear, given that there were no clear dose-response patterns and no differences in pup-to-implant ratios. In exposed offspring, exposure to the 3 mg/kg-day dose was associated with elevated liver weights in male pups on PND 36 and elevated liver-to-body weight ratios in male and female pups on

PNDs 21 and 36.  The authors concluded that PFHxS has lower potency in rodents relative to PFOS, as evidenced by a lack of any other treatment-related, toxicologically significant effects on histopathological, neurobehavioral, reproductive, serum, and clinical chemistry parameters.

In the study by Ramhoj *et al.* (2018), in which female Wistar rats received PFHxS *via* oral gavage at doses of 0.05, 5, 25 or 45 mg/kg-day from GD 7 to PND 22, doses of 25 mg/kg-day and above were associated with increased liver weights in male pups on PND 16.  However, no other statistically significant, treatment-related reproductive or developmental effects were observed at any of the tested doses of PFHxS.

In the study by Butenhoff *et al.* (2009b) described above in Section A4.5.1, effects on reproductive parameters were not assessed in exposed male Crl:CD®(SD)IGS BR VAF/Plus® rats.  In females, there were no treatment-related reproductive or developmental effects (*i.e.*, no effects on pregnancy rates, gestation duration, total implants, litters delivered, live pups per litter, or liver and body weights in offspring) associated with exposures to up to 10 mg/kg-day.  The authors concluded that under these experimental conditions, PFHxS is not a reproductive or developmental toxicant.

Viberg *et al.* (2013) exposed neonatal male and female NMRI mice to a single dose of PFHxS *via* oral gavage at 0, 0.61, 6.1, or 9.2 mg/kg on PND 10, which is the peak of a critical time period of neurodevelopment in mice (Lee and Viberg, 2013).  At 2 and 4 months following the single exposures to PFHxS, mice were assessed for behavior and cognitive function.  Male and female neonatal mice in the 9.2 mg/kg dose group exhibited decreased ability to habituate to a novel home environment, as evidenced by increased spontaneous behavior (*i.e.*, locomotion, rearing, and total activity) compared to controls 40 minutes after placement in a novel test cage.  There were no observed neurodevelopmental effects at the lower doses and no signs of clinical toxicity at any dose, suggesting that behavioral impacts may occur at high exposures that are not representative of plausible exposure levels among the general population.

In the 28-day study conducted by NTP (2019b), oral exposure of male Sprague-Dawley rats to doses up to 10 mg/kg-day had no effect on sperm counts or motility, histopathology or weights of testes and epididymis, or serum testosterone.  Exposure of females to up to 50 mg/kg-day PFHxS had no effect on the estrous cycle.  The NOEL of PFHxS for reproductive effects in this study was 10 mg/kg-day.

## A4.5.5  Conclusions for PFHxS

In rodents, exposure to PFHxS at doses at or above 1.25 mg/kg-day is associated with increased liver weights and changes in serum lipids.  Changes in blood parameters occurred in one study at 1 mg/kg-day, and thyroid hormone changes at ≥0.625 and 5 mg/kg-day for males and females, respectively.  No clinical toxicity was reported in any of the studies, and no clear reproductive or developmental effects were observed at doses below 9.2 mg/kg-day, which is much higher than any potential likely human environmental exposures.  Given that PFHxS is a potent activator of PPARα (Vanden Heuvel *et al.*, 2006; Takacs and Abbott, 2007; Wolf *et al.*, 2008; Rosen *et al.*, 2017), it is likely that many of the effects reported here are not relevant to humans.  Taken together, these studies do not provide evidence that PFHxS can cause adverse effects in humans at plausible human environmental exposures.

## A4.6   PFNA

Research on the effects of PFNA in experimental animals is limited.  A few studies described liver, immune, and reproductive effects, but many of the exposures were high enough to induce systemic toxicity, and therefore were not informative about specific effects of PFNA at low doses.  In general, responses to PFNA included increased liver weight, some secondary immune effects, and limited evidence of male reproductive

toxicity, at sufficiently high doses.  There is also evidence that at least some PFNA effects are mediated by PPARα.

## A4.6.1 Liver and Serum Lipid Effects

In the 28-day study conducted by NTP (2019a), Sprague-Dawley rats were exposed to PFNA *via* oral gavage at doses of 0, 0.625, 1.25, 2.5, 5, or 10 mg/kg-day for males, and 0, 1.56, 3.12, 6.25, 12.5, or 25 mg/kg-day for females.  Oral exposures of rats to ≥0.625 and ≥1.56 mg/kg-day for males and females, respectively, were associated with elevated relative liver weights (23-86% and 21-32% increases, respectively) and elevated gene expression of hepatic metabolic enzymes indicative of activation of PPARα (*i.e.*, Cyp4a1) and CAR (*i.e.*, Cyp2b1, Cyp2b2) pathways.  In males, exposures to ≥0.625 mg/kg-day were also associated with elevated incidences of cytoplasmic alterations and hypertrophy of hepatocytes of "minimal to marked" severity (NTP, 2019b).  In females, cytoplasmic alterations in hepatocytes were associated with exposure to ≥1.56 mg/kg-day, and exposure to ≥3.12 mg/kg-day was associated with elevated serum ALT (18-31%).  Exposure of females to ≥6.25 mg/kg-day was associated with hepatocyte hypertrophy of "minimal to marked" severity (NTP, 2019b).  In addition, exposure to all tested doses (*i.e.*, ≥0.625 mg/kg-day) was associated with reduced levels of serum triglycerides in males, whereas serum cholesterol and triglycerides were not affected in females exposed to up to 6.25 mg/kg-day.  The LOEL was 0.625 mg/kg-day for liver weight and hepatocyte hypertrophy.

Fang *et al*. (2012) exposed male Sprague-Dawley rats to PFNA *via* oral gavage at doses of 0, 0.2, 1, or 5 mg/kg-day for two weeks.  Exposure to the high 5 mg/kg-day PFNA dose was associated with elevated concentrations of the cytokine interleukin 10 (IL-10) in serum.  Exposure to the high dose was also associated with observations of indistinct liver cell borders, vacuolar degeneration, and accumulation of lipid droplets in the liver; however, the statistical significance of these effects was not quantified.

Das *et al*. (2015) exposed pregnant CD-1 mice to PFNA *via* oral gavage at doses of 0, 1, 3, 5, or 10 mg/kg-day from GD 1 to 17; non-pregnant females were exposed to the same doses for 17 days.  The authors noted that the highest dose of 10 mg/kg-day was associated with systemic toxicity, as evidenced by a 44% decrease in body weight (whereas weight increases of 10% and 8% were observed in the 3 and 5 mg/kg-day groups, respectively), and therefore this dose was excluded from analyses.  Exposure to 1, 3, and 5 mg/kg-day PFNA was associated with a dose-dependent increase of absolute and relative liver weights in pregnant females at GD 17, and 28 days postpartum.  The absolute and relative liver weights measured in non-pregnant females on day 17 were also elevated relative to controls, but the effect lacked dose-dependence.

Zhang *et al*. (2018a) examined the effects of PFNA exposure *via* intraperitoneal (i.p.) injection in adult male C57BL/6 WT mice, and the potential involvement of the nuclear receptors PPARα and CAR *via* the additional exposure of age-matched C57BL/6 mice genetically modified to be null for either PPARα or CAR.  In all three strains of mice, exposure to a single high dose of PFNA at 0.1 mmol/kg (equivalent to 46.4 mg/kg on a single day[61]) was associated with elevated liver-to-body weight ratios and disruption of bile acid homeostasis in the liver (as evidenced by reduced levels of unconjugated bile acids in the liver).  In the C57BL/6 WT mice, but not in the PPARα- or CAR-null mice, PFNA was associated with increased free and total liver cholesterol.  Exposure to PFNA was also associated with elevated serum levels of ALT, total bile acids, and conjugated bilirubin in the C57BL/6 WT and CAR-null mice, but not in PPARα-null mice.  Based on these results, the authors suggested that PFNA-induced liver effects involve PPARα, and that exposure to a single dose of 46.4 mg/kg PFNA *via* i.p. injection was associated with activation of the

---

[61] The molecular weight of PFNA is 464.08 g/mol (NLM, 2019).  The dose was calculated as follows:  (464.09 g PFNA/mol PFNA) x (0.0001 mol PFNA/kg-bw) = 0.046408 g PFNA/kg-bw = 46.41 mg PFNA/kg-bw.

PPARα and CAR receptors and disruption of bile acid homeostasis (*i.e.*, cholestasis).  While this study provides mechanistic information on PFNA, it should be noted that i.p. injection does not represent a relevant route of exposure for humans, and that the high dose is not relevant at plausible human environmental exposures.

## A4.6.2 Immunotoxicity Effects

The studies described here all reported only secondary immune effects following PFNA exposure (see Section A4.1.1.4 for a description of primary *vs.* secondary immune effects).  In the 28-day study conducted by NTP (2019a), oral exposure of male and female Sprague-Dawley rats to ≥1.25 mg/kg-day PFNA was associated with reduced thymus weights, and exposure to ≥2.5 mg/kg-day PFNA was associated with elevated hypocellularity in bone marrow, and atrophy in the thymus.  Exposure of males to 2.5 mg/kg-day was also associated with reduced levels of leukocytes and lymphocytes.  In females, exposure to ≥3.12 mg/kg-day was associated with reduced spleen weights; however, no further effects on histopathology or weights of organs involved in immune function were observed in females at doses below 12.5 mg/kg-day (*i.e.*, a dose associated with reduced survival).  Hematological parameters and levels of immune cells were also unaffected in PFNA-exposed females.  The NOEL was 0.625 mg/kg-day for reduced thymus weight.

Fang *et al*. (2009) exposed male Sprague-Dawley rats to PFNA *via* oral gavage at doses of 0, 1, 3, or 5 mg/kg-day for 14 days.  Exposure to 1 mg/kg-day was associated with elevated thymus weight; however, the authors noted that the biological significance of this effect was not clear.  Exposure to 3 and 5 mg/kg-day was associated with reduced thymus weights, elevated serum levels of interleukin 1 (IL-1) cytokine, reduced serum levels of interleukin 2 (IL-2), and, in the 5 mg/kg-day dose only, elevated serum levels of IL-4.  However, these doses were also associated with systemic toxicity, as evidenced by reduced body weights (18% and 39% reduction in the 3 and 5 mg/kg-day groups, respectively).  Moreover, the rats in the 5 mg/kg-day dose group had elevated serum levels of the stress response hormone cortisol.  Based on these results, it is unclear whether the effects were specifically immune effects, or the result of systemic toxicity.

In a similar study by the same group, Fang *et al*. (2008) exposed male BALB/c mice to PFNA *via* oral gavage at doses of 0, 1, 3, or 5 mg/kg-day for 14 days.  Exposure to all tested doses of PFNA was associated with reduced numbers of certain subpopulations of immune cells in the spleen (*i.e.*, F4/80$^+$ and CD49b$^+$ cells, and T helper 2 cells as measured by concentrations of IL-4), and reduced numbers of spleen cells observed in a phase of the cell cycle associated with DNA repair.  Exposure to the 3 and 5 mg/kg-day doses was associated with reduced spleen and thymus weights, and thymus-to-body weight ratios; and, in the 5 mg/kg-day dose group only, elevated numbers of spleen and thymus cells undergoing programmed cell death.  However, there was a lack of effect on the numbers of some subpopulations of immune cells measured in spleen (*i.e.*, CD8$^+$, CD4$^+$, and TCR$^+$ cells) and variable dose-response on numbers of other subpopulations of immune cells measured in thymus (*i.e.*, dose-dependent elevation of thymus CD4$^-$CD8$^+$ and CD4$^+$CD8$^-$ cell numbers, and reduced numbers of thymus CD4$^+$CD8$^+$ cells).  Moreover, it is not clear whether the effects observed in the 3 and 5 mg/kg-day dose groups were specifically immune effects or the result of systemic toxicity, as the immunological effects were concomitant with body weight reduction and activation of a stress response.  Specifically, exposure to the 5 mg/kg-day dose was associated with a 16% reduction in body weight on exposure day 14, and elevated serum concentrations of the stress response hormones adrenocorticotrophic hormone and cortisol.  Exposure to 3 mg/kg-day PFNA was similarly associated with 13% reduction of body weight on day 14 and elevated serum cortisol.

Rockwell *et al*. (2017) gave adult male and female C57BL/6 mice a single dose of PFNA *via* i.p. injection at a dose of 0.1 mmol/kg (equivalent to 46.4 mg/kg on a single day), and animals were sacrificed 4 weeks following exposure.  In both males and females, treatment was associated with secondary immune effects: reduced spleen-to-body weight ratios, elevated liver to body weight ratios, reduced numbers of intact cells

in the thymus, and modulation of cellularity in the spleen. The exposed females also had cellularity changes in subpopulations of T cells in the thymus. In male mice only, PFNA was associated with elevated concentrations of tumor necrosis factor-alpha in the serum. Limitations of this study include a non-relevant route of exposure (i.p. injection), and a single, high dose that is not relevant to plausible human environmental exposures.

## A4.6.3 Thyroid Hormone-related Effects

In the 28-day study by NTP (2019a), oral exposure of male Sprague-Dawley SD rats to all tested doses of PFNA (*i.e.*, ≥0.625 mg/kg-day) were associated with reduced free T4. Exposure of males to ≥1.25 mg/kg-day was associated with reduced serum levels of TSH, while exposure to 2.5 mg/kg-day was associated with elevated total T3 levels in serum and reduced thyroid gland weight. For females, exposure to ≥3.12 mg/kg-day was associated with reduced total and free T4 in serum, whereas T3 and TSH were unaffected. NTP concluded that these results are not consistent with a state of classical hypothyroidism or disruption of the hypothalamic-pituitary-thyroid axis. The LOEL for thyroid hormone changes was 0.625 mg/kg-day.

## A4.6.4 Developmental and Reproductive Effects

In the study by Das *et al.* (2015) described above in Section A4.6.1, CD-1 mice exposed *in utero* to PFNA from GD 1 to 17 at maternal doses of 1, 3, or 5 mg/kg-day had elevated relative liver weights on PNDs 1-24. However, some recovery of this effect was evident as relative liver weights of offspring remained elevated only in the 3 and 5 mg/kg-day dose groups by PND 42, and liver weights were not different from controls by PND 70. The 5 mg/kg-day dose was associated with mortality of 80% of offspring by PND 10; pup survival in the lower dose groups was similar to controls. Exposure to 3 and 5 mg/kg-day PFNA was associated with reduced body weight gain in pups (which persisted in male offspring from PND 25 to 287 but was recovered in female offspring by 7 weeks of age), delayed eye opening and preputial separation (2- and 5-day delays in the 3 and 5 mg/kg-day groups, respectively, for both effects), and delayed vaginal opening (3- and 7-day delays in the 3 and 5 mg/kg-day groups, respectively).

Singh and Singh (2018) exposed prepubertal male Parkes mice to PFNA *via* oral gavage at doses of 0.2 or 0.5 mg/kg-day for 90 days (from PND 25-114). Exposures to ≥0.2 mg/kg-day were associated with reduced activities of the antioxidant enzymes catalase and superoxide dismutase in testes; however, these effects were not concomitant with any effects on fertility, sperm quality, spermatogenesis, or testes function. Exposure to 0.5 mg/kg-day was associated with reduced sperm motility, viability, and number; reductions of serum cholesterol and testosterone by 34 and 32%, respectively; reduced fertility (*i.e.*, reduced litter sizes produced by exposed males as adults); degeneration of the germinal epithelium of seminiferous tubules; and evidence of oxidative stress (*i.e.*, elevated levels of oxidized lipids, and reduced activity of glutathione *S*-transferase).

In a subsequent study, Singh and Singh (2019) administered PFNA to peripubertal (PND 25) male Parkes mice *via* oral gavage at doses of 0, 2 or 5 mg/kg-day for 14 days, on PNDs 25-38. Exposure to the 5 mg/kg-day dose was associated with systemic toxicity, as evidenced by a 26% reduction of body weight gain measured on the final day of exposure. Exposure to the 2 and 5 mg/kg-day doses was associated with reduced intratesticular and serum concentrations of testosterone; increased numbers of seminiferous tubules with intraepithelial vacuolation, marginal condensation of chromatin in round spermatids, occurrence of giant cells containing 2-4 nuclei in round spermatids, exfoliation of germ cells in the tubule lumens, and little to no elongated spermatids; elevated peroxidation of lipids in testes; reduced numbers of proliferating germ cells per tubule in testes; and elevated number of germ cells undergoing programmed cell death in testes.

In the 28-day study conducted by NTP (2019a), oral exposure of male Sprague-Dawley rats to ≥0.625 mg/kg-day PFNA was associated with reduced epididymis weights. Exposures of males to 1.25 and 2.5 mg/kg-day were associated with 18 and 31% reduction (respectively) of epididymal sperm count concomitant with reduced cauda epididymis and testes weights; however, these doses were also associated with systemic toxicity as indicated by 17 and 44% reduction of body weight, respectively. NTP was unable to determine whether the effects on testes were treatment-related or due to indirect effects from reduced body weight. In females, exposure to ≥1.56 mg/kg-day was associated with elevated serum testosterone, but no differences in estrous cycle parameters were noted in females at these doses. The LOEL was 0.625 mg/kg-day based on reduced epididymis weight and reduced body weight.

There is evidence that the developmental effects of PFNA are PPARα-dependent. Wolf *et al*. (2010) evaluated the role of PPARα in mediating the developmental effects of PFNA in 129S1/SvlmJ wild-type and PPARα knockout mice. Pregnant mice of both strains received PFNA at 0.83, 1.1, 1.5, or 2 mg/kg-day by oral gavage on GDs 1-18. In the wild-type mice only, the number of live births and pup survival to weaning was decreased in the 1.1 and 2 mg/kg-day groups (the decreases were not statistically significant in the 1.5 mg/kg-day group). Delayed eye opening and reduced pup weight at weaning were also observed in the wild-type mice in the highest dose group, but not in the knockout mice. Wolf *et al*. (2010) noted that "all developmental endpoints were clearly PPARα dependent" and that the results suggested that PPARα "is an essential mediator" of the developmental effects of PFNA in mice.

### A4.6.5 Conclusions for PFNA

Changes in rodents exposed to PFNA included some liver and lipid effects, secondary immune effects, and developmental effects. Liver and serum lipid changes in PFNA-exposed mice were dependent on PPARα and therefore likely not relevant to humans. Secondary immune effects were either accompanied by systemic toxicity or were observed following a single high dose of PFNA that was not relevant to plausible human environmental exposures. Some developmental effects were observed in mice exposed to PFNA at 2 and 5 mg/kg-day, but given that PFNA is a potent activator of PPARα (Vanden Heuvel *et al*., 2006; Takacs and Abbott, 2007; Wolf *et al*., 2008; Rosen *et al*., 2017), it is likely that these effects are also not relevant to humans. Overall, these studies do not provide evidence that PFNA can cause adverse effects in humans at plausible human environmental exposures.

## A4.7   PFDA

Studies of PFDA toxicity included sub-acute, repeated exposure studies, reproductive and developmental studies, and acute exposure studies. Studies of PFDA report some of the same endpoints as PFOA and PFOS, but with generally higher LOELs and NOELs.

### A4.7.1 Effects on Body Weight

In the 28-day study conducted by NTP (2019a), Sprague-Dawley rats (n = 10/sex/dose) were given PFDA at 0, 0.156, 0.312, 0.625, 1.25, and 2.5 mg/kg-day *via* oral gavage. Both males and females exhibited dose-dependent decreases in body weight. A LOEL of 1.25 mg/kg-day was determined for both males and females, with weight losses of 21 and 12%, respectively.

In a study conducted by Kawashima *et al*. (1995), adult male Wistar rats were fed PFDA at 0.00125, 0.0025, 0.005 or 0.01% in their diets (equivalent to 0, 1.2, 2.4, 4.7, 9.5 mg/kg-day, respectively, as determined by ATSDR) for one week. A NOEL of 4.7 mg/kg-day was determined for body weight change. Permadi *et al*. (1992, 1993) conducted studies of PFDA exposure in male C57BL/6N mice. The mice received PFDA

at 0.02% in their diet (equivalent to 78 mg/kg-day as determined by ATSDR) for 10 days. Both studies reported a 34% decrease in body weight in the mice that received PFDA.

Decreased body weight was also reported in two out of the four acute oral studies. Kawabata *et al*. (2017) reported statistically significantly decreased weight 10 days after a single oral PFDA dose of 50 mg/kg. Harris *et al*. (1989, as cited in ATSDR, 2021), gave female C57BL/6N mice a single dose of 0, 20, 40, 80, 160, or 320 mg/kg-day PFDA *via* oral gavage. The authors reported decreased weight at doses of 80 mg/kg (12%) and above.

## A4.7.2 Liver Effects

In the 28-day study by NTP (2019a), male and female Sprague-Dawley rats were exposed to PFDA *via* oral gavage at doses of 0, 0.156, 0.312, 0.625, 1.25, or 2.5 mg/kg-day. Increased absolute and relative liver weights were observed with a LOEL of 0.156 mg/kg-day in both males and females. Increased expression of hepatic metabolic enzymes indicative of activation of PPARα (*i.e.*, Acox1, Cyp4a1) and CAR (Cyp2b1, Cyp2b2) pathways were also observed starting at 0.156 mg/kg-day in both sexes. In the study by Kawashima *et al*. (1995), increased relative liver weights were observed in a dose-dependent manner except at the highest dose, 9.5 mg/kg-day. Increased hepatic cholesterol was also observed at 9.5 mg/kg-day. Permadi *et al*. (1992, 1993) also reported increased absolute and relative liver weights in males exposed to PFDA in their diet for 10 days. In an acute oral study conducted by Brewster and Birnbaum (1989), female C57BL/6J mice with various aromatic hydrocarbon responsiveness due to inherent hydrocarbon hydroxylase activity levels (Ah$^{b/b}$ = WT, Ah$^{b/d}$ = responsive, Ah$^{d/d}$ = nonresponsive) were given a single oral dose up to 160 mg/kg. Animals were sacrificed 2, 7, 14, and 30 days post-exposure. Increased absolute liver weight was observed in all genotypes at doses of 40 mg/kg and above. This effect persisted for at least 30 days post-exposure. The authors concluded that PFDA toxicity is independent of hydrocarbon hydroxylase activity.

## A4.7.3 Reproductive and Developmental Effects

I identified few developmental studies of PFDA. In a study by Harris and Birnbaum (1989), pregnant C57BL/6N mice received PFDA at 0, 0.03, 0.1, 0.3, 1.0, 3.0, 6.4, or 12.8 mg/kg-day on GDs 6-15 by oral gavage. The authors reported fewer live fetuses per litter at the 12.8 mg/kg-day dose. A dose-dependent decrease in fetal body weight/litter was also observed with a LOEL of 0.1 mg/kg-day. Maternal absolute and relative liver weights increased in a dose-dependent manner at doses of 1.0 mg/kg-day and above. Decreased maternal body weight gain between GD 6 and 18 occurred at 6.4 and 12.8 mg/kg-day. The decreased fetal survival occurred at doses at which maternal effects were also reported, and therefore maternal systemic toxicity may have contributed to this endpoint. No treatment-related effects in spontaneous behavior were observed in an acute developmental study by Johansson *et al*. (2008), in which 10-day-old NMRI mice received a single oral dose of PFDA at 0.72 or 10.8 mg/kg-day *via* oral gavage.

In the 28-day study conducted by NTP (2019a), oral exposure of male Sprague-Dawley rats to 1.25 and 2.5 mg/kg-day PFDA was associated with atrophy of interstitial cells in the testes, reduced cauda epididymis and epididymis weights, and reduced serum testosterone; however, these doses were also associated with systemic toxicity as indicated by 21% and 38% reduction of body weight, respectively. NTP was unable to determine whether the effects on the testes were treatment-related or due to indirect effects from reduced body weight. In females, exposure to doses ≥0.312 mg/kg-day was associated with elevated serum testosterone. Collectively, these results indicate PFDA NOELs for male and female reproductive toxicity of 0.625 and 0.156 mg/kg-day, respectively.

**A4.7.4 Other Health Effects from Short-Term and Acute Exposures**

In the acute study by Harris *et al*. (1989, as cited in ATSDR, 2021) described above, the authors reported increased levels of thyroid hormones (T3 & T4) and decreased spleen weight in mice that received doses of 80 mg/kg-day and above.  Atrophy and lymphoid depletion in the thymus and spleen were reported at doses of 160 and 320 mg/kg-day.  The authors estimated a PFDA median lethal dose (LD$_{50}$) of 120 mg/kg for the mice in this study.

Frawley *et al*. (2018) conducted a subacute oral exposure study in female Harlan Sprague-Dawley rats and B6C3F1/N mice exposed to PFDA *via* oral gavage.  Rats were administered doses of 0.125, 0.25, 0.5, 1, or 2 mg/kg-day for 28 days; exposure to the 1 and 2 mg/kg-day doses was associated with systemic toxicity (*i.e.*, 21-103% decrease in body weight gain) and these groups were excluded from analyses.  Exposure of rats to ≥0.125 mg/kg-day was associated with reduced specific activity of liver-fixed macrophages (*i.e.*, phagocytic activity of the population of macrophages that are permanently associated with the liver[62]) concomitant with elevated liver weight; the authors noted that because specific activity of the liver-fixed macrophages was measured per weight of liver tissue, the reduced specific activity may have been caused by the dose-dependent elevation of liver weight (with concurrent increase in hepatocyte counts), as there was no effect on the total amount of liver macrophage activity at any dose level.  Exposure of rats to the 0.5 mg/kg-day dose was associated with minimal necrosis in liver in three of eight exposed animals (the authors did not specifically state whether any histopathological effects were observed in the other five treated rats), and elevated activity of thymus-fixed macrophages among all treated animals.  However, because total thymus macrophage activities measured in controls and all treatment groups were two to three orders of magnitude lower than respective activities in other organs (*i.e.*, liver, spleen, lung, and kidney), the authors noted the observed effect on thymus macrophage activity should be interpreted with caution.

Frawley *et al*. (2018) also conducted a subacute oral exposure study in female B6C3F1/N mice, in which animals were administered doses of 0.3125, 0.625, 1.25, 2.5, or 5 mg/kg PFDA once per week for 4 weeks, on study days 1, 8, 15, and 22 (equivalent to 0.0446, 0.089, 0.178, 0.36, or 0.7 mg/kg-day).  Exposure of mice to ≥0.089 mg/kg-day was associated with elevated liver weight and reduced numbers of cytotoxic T-lymphocytes and macrophages in the spleen.  Exposure of mice to doses ≥0.178 mg/kg-day was associated with reduced spleen weight and reduced absolute numbers of T-cells and T-helper cells in the spleen.  Finally, exposure to the 0.7 mg/kg-day dose was associated with reduced spleen weight, total numbers of spleen cells, and numbers of B-cells.  The investigators stated that the reduced levels of immune cells in the spleen of mice exposed to ≥0.178 mg/kg-day may suggest immune suppression.  However, other secondary immune parameters such as cellularity and viability of hematopoietic cells in bone marrow, and hematological parameters including leukocytes counts, were unaffected in rats and mice.  There were also no effects on functional aspects of the immune system including humoral- and cell-mediated immune responses, and resistance to *Influenza* virus.  The authors concluded PFDA exposure had little effect on parameters of immune system function, and the results suggest limited immunotoxicity of PFDA.

In the 28-day study conducted by NTP (2019a), oral exposure of female Sprague-Dawley rats to ≥0.625 mg/kg-day PFDA was associated with reduced relative spleen weight.  In males and females, possible systemic toxicity was associated with exposure to doses of 1.25 and 2.5 mg/kg-day, as indicated by reductions in body weight of 21 and 38% for males, and 12 and 26% for females.  Modulation of levels of immune cells, and histopathology and weights of organs involved in immune function, were not affected by exposures to PFDA at doses up to 0.625 mg/kg-day, *i.e.*, below that associated with possible systemic toxicity.  In addition, exposure of male rats to ≥0.625 mg/kg-day was associated with elevated kidney weight; no other effects on kidney were noted in males and no dose-dependent effects on kidney were

---

[62] Macrophages localized in the liver are also known as Kupffer cells (Fang *et al*., 2012).

observed in females. Exposure of males to ≥0.312 mg/kg-day was associated with reduced serum levels of free and total T4, whereas no effects on free or total T4 were associated with doses up to 0.625 mg/kg-day in females. Free T4 was reduced in females at doses ≥1.25 mg/kg-day, however, as mentioned these doses were associated with possible systemic toxicity. Serum levels of T3 were unaffected in males, and in females exposed to doses up to 0.625 mg/kg-day; serum levels of TSH were unaffected in males and females. The authors noted that decreased T4 in the absence of TSH concentration changes is not consistent with classic hypothyroidism and more likely a result of a nonthyroidal illness syndrome. The authors also noted that this effect could be due to activation of PPARα and CAR pathways. The NOEL for this study was 0.312 mg/kg-day based on reduced spleen weight.

### A4.7.5 Conclusions for PFDA

There are few studies available regarding PFDA toxicity in animals, and many of them employed acute exposures to high doses, which are not relevant to plausible human environmental exposures. In studies of non-acute exposures, PFDA was associated with decreased spleen weights at doses at or above 0.625 mg/kg-day and decreased body weights at doses at or above 1.25 mg/kg-day. Liver lipid changes occurred only at a high dose (9.5 mg/kg-day) that is not relevant to human environmental exposure, and most developmental effects occurred in the presence of maternal toxicity. Overall, these studies do not indicate that PFDA can cause adverse effects in humans at plausible environmental exposures.

## A4.8   PFHxA

There is little information on the toxicity of PFHxA. Studies of PFHxA report some of the same endpoints as PFOA and PFOS but with higher LOELs and NOELs in general.

### A4.8.1 Liver and Serum Lipid Effects

In a chronic study conducted by Klaunig *et al.* (2015), male Sprague-Dawley rats received PFHxA at 0, 2.5, 15, or 100 mg/kg-day and females received 0, 30, or 200 mg/kg-day. The exposure was administered *via* oral gavage for 104 weeks. Increased incidence of hepatocellular necrosis and liver congestion were observed, but the associations were not dose-dependent. In females exposed to the highest dose level, 200 mg/kg-day, increased triglyceride and decreased LDL plus VLDL levels were observed in week 26 of the experiment. Decreased triglyceride and free fatty acid levels were reported in males exposed to dose levels of 2.5 and 100 mg/kg-day, but not at 15 mg/kg-day, in week 52 of the experiment. The lack of a dose-response pattern for these endpoints indicates that they may not be treatment-related.

In the 28-day study conducted by NTP (2019a), Sprague-Dawley rats received PFHxA at 0, 62.6, 125, 250, 500, or 1,000 mg/kg-day *via* oral gavage. In males and females, exposure to all tested doses (*i.e.*, ≥62.6 mg/kg-day) was associated with elevated gene expression of hepatic metabolic enzymes indicative of activation of CAR pathways (*i.e.*, Cyp2b1 and Cyb2b2); elevated expression of genes and/or enzymes indicative of PPARα pathway activation (*e.g.*, Cyp4a1, Acox1) was also associated with all tested doses in males and with doses ≥500 mg/kg-day in females. In males and females, exposure to ≥500 mg/kg-day was also associated with elevated liver weights, and serum levels of ALT and AST. Hepatocyte hypertrophy was also observed in both sexes starting at 250 and 1,000 mg/kg-day for males and females, respectively. Decreased serum cholesterol was observed only in males with a LOEL of 62.6 mg/kg-day.

## A4.8.2 Blood Effects

In the chronic study by Klaunig *et al*. (2015), decreased red blood cell count, decreased hemoglobin concentration, and increased reticulocyte counts were observed in female Sprague-Dawley rats exposed to the highest dose of 200 mg/kg-day PFHxA. No blood effects were observed in males. In the NTP (2019a) study, decreased hemoglobin concentration and erythrocyte cell count were observed in Sprague-Dawley rats of both sexes; for both endpoints, the LOELs were 62.6 and 250 mg/kg-day for males and females, respectively. Increased reticulocyte counts were also observed in both sexes at 500 mg/kg-day. In addition, elevated extramedullary hematopoiesis (*i.e.*, formation of blood cells outside of bone marrow) was associated with exposure to ≥500 and 1,000 mg/kg-day for males and females, respectively.

## A4.8.3 Kidney and Urinary Effects

In the study by Klaunig *et al*. (2015) involving Sprague-Dawley rats, only females in the 200 mg/kg-day dose group exhibited histological changes in the kidney (papillary necrosis and tubular degeneration). No treatment-related kidney histopathological findings were observed in males. Decreased urine specific gravity and corresponding increased total urine volume were observed in females in the 200 mg/kg-day dose group.

In the NTP (2019a) study, oral exposure of male Sprague-Dawley rats to ≥500 mg/kg-day was associated with elevated relative kidney weight. In female Sprague-Dawley rats, kidney weight was elevated in the 1,000 mg/kg-day group concomitant with increased incidence of chronic progressive nephropathy; a NOEL of 500 mg/kg-day was determined for this histological effect, which was observed only in females.

## A4.8.4 Thyroid Hormone-Related Effects

In the 28-day study conducted by NTP (2019a) in Sprague-Dawley rats, total and free T4, and total T3 were significantly reduced in all male exposure groups (*i.e.*, ≥62.6 mg/kg-day), whereas there was no effect of PFHxA on thyroid hormones in females. It should be noted that males in the 1,000 mg/kg-day group had reduced body weight on days 22 and 29 of 12% and 13%, respectively, indicating possible systemic toxicity. NTP concluded that these results are not consistent with a state of classical hypothyroidism or disruption of the hypothalamic-pituitary-thyroid axis. The LOEL for this study was 62.6 mg/kg-day based on thyroid hormone changes in males.

## A4.8.5 Developmental Effects

Few developmental toxicity studies were identified for PFHxA. Iwai and Hoberman (2014) conducted a study in which pregnant Crl:CD1(ICR) mice were exposed to 0, 7, 35, 100, 175, 350, or 500 mg/kg-day *via* oral gavage from GD 6-18. Adverse effects observed at the higher doses (≥350 mg/kg-day) included increased maternal mortalities, reduced maternal body weight gain, reduced pup body weight, decreased pup survival, and developmental delay in pups. The authors initially identified a NOEL of 100 mg/kg-day for both maternal (F0) and offspring (F1) toxicity. However, in a subsequent publication (Iwai *et al*., 2019) the authors reanalyzed the results of the current study and determined that gestational exposure to 175 mg/kg-day PFHxA was associated with incidences of stillbirth and mortality (within 24 hours postpartum) in offspring that were consistent with historical control rates reported by the testing laboratory. The authors concluded therefore that these effects were not treatment-related. They also concluded that incidences of corneal opacity and microphthalmia (observed in 2/238 animals from different litters) in the 175 mg/kg-day group were within historical control rates and not treatment-related. In addition, the reduction of pup

body weight on the first day postpartum associated with exposure to 175 mg/kg-day was reversible and did not persist through lactation or postweaning, and therefore the authors concluded the biological significance of this effect was unclear.  Collectively, the authors concluded that PFHxA is not associated with developmental toxicity at doses below that which cause maternal toxicity, and established a NOEL for developmental toxicity of PFHxA of 175 mg/kg-day.

In the 28-day study conducted by NTP (2019a) in Sprague-Dawley rats, a 25% reduction of sperm count in the cauda epididymis was associated with exposure to 1,000 mg/kg-day PFHxA; this dose was also associated with possible systemic toxicity as indicated by a 14% reduction of body weight.  In contrast, no effects were noted on weights and histology of testes and epididymis, or serum testosterone levels in males or females, indicating a NOEL of 500 mg/kg-day for male reproductive toxicity in the current study.  No female reproductive effects were noted.

### A4.8.6  Cancer

In the Klaunig *et al.* (2015) Sprague-Dawley rat study, the authors found no evidence of increased tumors in either sex at any of the doses tested (up to 200 mg/kg-day).

### A4.8.7  Conclusions for PFHxA

Effects of PFHxA in rodents generally occurred only at high doses (62.6 mg/kg-day) and included liver weight and serum lipid, blood, and kidney findings.  The only reported developmental effects occurred at doses that also were associated with maternal toxicity, and thus do not provide evidence of developmental toxicity.  Likewise, no evidence of cancer was reported.  Because the PFHxA effects reported in animal studies occurred only at high doses that are not relevant to human environmental exposures, these studies do not provide evidence that PFHxA can cause adverse effects in humans at plausible human environmental exposures.

## A4.9   PFHpA, PFHpS, and PFPeA

I did not identify any animal toxicity data for PFHpA, PFHpS, or PFPeA.

## A4.10 Overall Conclusions for Animal Toxicity

In general, the most commonly reported endpoints in animals exposed to PFOA, PFOS, PFBA, PFBS, PFHxS, PFNA, PFDA, and PFHxA at sufficiently high doses are changes in liver weight, serum lipids (generally lowered cholesterol), and serum thyroid hormone levels.  While the liver weight and serum lipid findings are consistent, the serum thyroid hormone findings are not.  In addition, some PFBS studies showed blood and kidney effects.  For several endpoints, such as immunotoxicity (DeWitt *et al.*, 2008, 2009, 2016) and developmental toxicity (Feng *et al.*, 2017), mice appear to be more sensitive to PFAS than rats.  Often, the findings are not adverse and may be adaptive.  Effects were often reversed when the animals were allowed a recovery period.  A number of the developmental findings at lower doses were transient and not adverse.  In addition, the animal findings occurred at doses that are much higher than those that humans would plausibly experience from environmental exposures.  Overall, the findings in animals do not provide reliable evidence that the PFAS reviewed in this report can cause adverse effects in humans at plausible environmental exposures.

# A5  Human Studies

## A5.1  PFOA

The following subsections discuss PFOA exposure levels over time and across populations, and the potential association between PFOA and numerous health endpoints in humans, including reproductive and developmental toxicity, thyroid hormones, serum lipids and CVD, immunological effects, liver effects, kidney effects, and cancer.  Many of these endpoints are commonly assessed, and have been the focus of recent agency reviews by the US EPA, ATSDR, and NTP.  Human studies are important to consider to fully understand the toxicity associated with PFOA, since these studies require no species extrapolation, and represent a range of environmentally relevant exposure levels.  In general, exposure is substantially higher in occupationally exposed individuals relative to those living in communities with a nearby point source of PFOA (*e.g.*, a production plant), and the general population with no nearby sources of exposure (who are exposed to PFOA mainly through lower levels in food, water, and consumer products).  In contrast, most animal studies are conducted at dose levels far higher than would be expected in any human population.  The human studies can be used to inform the relevance of the animal toxicity studies, and also to determine the likelihood of adverse health effects in populations exposed to PFOA.  It is critical to consider that while PFAS have been found in the serum of people around the world, as noted by the Centers for Disease Control and Prevention (CDC), "[f]inding a measurable amount of PFAS in serum does not imply that the levels of PFAS cause an adverse health effect" (CDC, 2017a).

Overall, these studies demonstrate no consistent health effects or significant changes in clinical chemistry parameters in workers who have been exposed to high levels of PFOA for long periods of time, in residents with PFOA in their drinking water, or in populations with background exposure to PFOA.  In many cases, where health effects were seen, the changes were of unclear clinical significance, or in some cases, were not consistent with animal or mechanistic data for the same endpoints.  In some cases, findings in human studies could be explained by "reverse causation,"[63] and did not represent an effect of PFOA.

### A5.1.1 Serum Concentrations in Workers

3M has been conducting worker health studies for several decades.  As part of these assessments, 3M has monitored workers' PFOA serum concentrations.  Other worker health and exposure monitoring has occurred at other facilities operated by other manufacturers.  Additional serum data are also provided for a well-studied cohort in Italy (Costa *et al.*, 2009).  Exposure varies substantially across worker populations, with the highest exposures in the Italian cohort and the lowest at the DuPont Washington Works facility.  In general, the serum concentrations of PFOA measured in these working populations are associated with exposure to high concentrations of PFOA, often several orders of magnitude higher than exposures that would be expected in the general population and communities with point sources of PFOA exposure.  Below is a summary of the serum concentrations of PFOA over time in these facilities (Table A5.1).

---

[63] Reverse causation refers to a situation in which an association between a health effect and a chemical occurs because the health condition causes an increased body burden of the chemical (*e.g.*, in blood), rather than the chemical causing the health effect.  For example, menopause may cause an increased level of PFOA in the blood relative to women still menstruating, because there is no longer a menstrual blood pathway of excretion.  Thus, it may appear from a study that increasing PFOA contributes to menopause onset, when in fact, menopause causes an increase in serum PFOA.

**Table A5.1  Serum PFOA (ng/mL) in Representative Occupational Populations**

| Cohort/Population | N | Range | Arithmetic Mean | Geometric Mean | Reference |
|---|---|---|---|---|---|
| **Male PFOA Production Workers, Italy** | | | | | |
| 2000 | 25 | 1,540-86,300 | 18,800 | 11,700 | Costa *et al.* (2009) |
| 2001 | 42 | 730-91,900 | 19,700 | 10,200 | |
| 2002 | 46 | 340-91,900 | 19,300 | 9,300 | |
| 2003 | 41 | 380-74,700 | 13,700 | 6,900 | |
| 2004 | 34 | 540-46,300 | 11,400 | 6,500 | |
| 2006 | 49 | 540-41,900 | 10,800 | 5,800 | |
| 2007 | 50 | 200-47,00 | 11,600 | 5,400 | |
| 2007 (Current Exposure) | 39 | 200-47,040 | 12,930 (SD: 14,430) | 4,020 | |
| 2007 (Former Exposure) | 11 | 530-18,660 | 6,810 (SD: 6,060) | 3,760 | |
| **3M PFOA Production Workers (Employed between 1985-1989)** | | | | | |
| Cottage Grove, MN plant | 115 | ND-26,000[a] | NR | 3,300 (SD: 4,680) | Gilliland and Mandel (1996) |
| **Male 3M PFOA Production Workers** | | | | | |
| 1993 (Cottage Grove, MN Plant) | 111 | ND-80,000 | 5,000[b,c] (SD: 12,200) | 1,100[c,d] | Olsen *et al.* (1998a) |
| 1995 (Cottage Grove, MN Plant) | 80 | ND-114,100 | 6,800[b,c] (SD: 16,000) | 1,200[c,d] | |
| 1997 (Cottage Grove, MN Plant) | 74 | 100-81,300 | 6,400[b] (SD: 14,300) | 1,300[d] | Olsen *et al.* (2000) |
| 2000 (Antwerp, Belgium Plant) | Total: 255 | 10-7,040 | 840 | 330 | Olsen *et al.* (2003b) |
| | Male: 206 | NR | NR | 1,030[b] (SD: 1,090) | |
| | Female: 49 | NR | NR | 70[b] (SD: 170) | |
| 2000 (Decatur, AL Plant) | Total: 263 | 40-12,700 | 1,780 | 1,130 | |
| | Male: 215 | NR | NR | 1,900[b] (SD: 1,590) | |
| | Female: 48 | NR | NR | 1,230[b] (SD: 1,180) | |
| 2000 (Cottage Grove, MN Plant) | 122 | 10-92,030 | 4,630[b] (SD: 12,530) | 950[d] | Olsen and Zobel (2007) |
| 2000 (Antwerp, Belgium Plant) | 196 | 10-7,040 | 1,020[b] (SD: 1,060) | 650[d] | |
| 2000 (Decatur, AL Plant) | 188 | 40-12,700 | 1,890[b] (SD: 1,610) | 1,510[d] | |
| 2000 (All Plants Combined) | 506 | 10-92,030 | 2,210[b] (SD: 6,400) | 1,100[d] | |

| Cohort/Population | N | Range | Arithmetic Mean | Geometric Mean | Reference |
|---|---|---|---|---|---|
| **DuPont Washington Works Facility Workers, West Virginia** | | | | | |
| 2004 (Current Exposure to PFOA) | 259 | 17.4-9,500 | NR | 494[d] | Sakr *et al.* (2007a) |
| 2004 (Intermittent Current Exposure to PFOA) | 160 | 8.1-2,070 | NR | 176[d] | |
| 2004 (Past Exposure to PFOA) | 264 | 8.6-2,590 | NR | 195[d] | |
| 2004 (No PFOA Exposure) | 342 | 4.6-963 | NR | 114[d] | |
| 2005-2006 | 1,881 | NR | 325 (SD: 920) | 113[d] | Steenland *et al.* (2015) |
| **C8 Health Project Cohort (2005-2006)** | | | | | |
| DuPont Worker Cohort Only | 3,713 | 55.9-256.2[e] | 324.6[b] (SD: 920.6) | 112.7[d] | Winquist and Steenland (2014a) |

Notes:

N = Number of Participants/Samples; ND = Non-detectable; NR = Not Reported; PFOA = Perfluorooctanoic Acid; SD = Standard Deviation.

(a)  Measured total fluorine as a surrogate for PFOA, because PFOA was the primary exposure at the plant.

(b)  Unclear whether an arithmetic or geometric mean; because geometric means are more common, it was assumed to be a geometric mean (unless a median was also reported, in which case the mean value was assumed to be an arithmetic mean).

(c)  Values reported in Olsen *et al.* (2000).

(d)  Median values.

(e)  25th-75th percentile.

## A5.1.2 Occupational Health Studies

### A5.1.2.1        Reproductive and Developmental Effects

Very few studies are available regarding reproductive and developmental effects in workers exposed to PFOA.  The only relevant studies I was able to find were of serum reproductive hormone levels, which may be associated with reproductive function (*i.e.*, the function of the organs, such as sperm production), and reproductive success (*i.e.*, the ability to conceive a child).

In a prospective cohort study, Costa *et al.* (2009) investigated serum estradiol and testosterone levels in male workers at an Italian PFOA production plant with regular surveillance data collected between 2000 and 2007.  The authors conducted cross-sectional analyses of PFOA and hormone levels in each year of the analysis period.  Mean[64] serum PFOA concentrations were 12.93 μg/mL in exposed workers (n = 39) and 6.81 μg/mL in formerly exposed workers (n = 11).  Serum PFOA was not associated with hormone levels in this cohort.  In a cross-sectional analysis, Olsen *et al.* (1998a) assessed the association between PFOA and numerous serum hormones, including estradiol, follicle-stimulating hormone (FSH), dehydroepiandrosterone sulfate, 17 gamma-hydroxyprogesterone (a testosterone precursor), free testosterone, testosterone, LH, prolactin, and sex-hormone-binding globulin (SHBG) in male workers at the Cottage Grove, Minnesota, plant from 1993 to 1995.  There were no statistically significant associations between PFOA and any of these hormones.  Finally, Sakr *et al.* (2007a) measured serum testosterone and estradiol in 1,025 workers at the DuPont Washington Works facility in West Virginia.  The authors observed statistically significant cross-sectional associations between PFOA and these two hormones.  The authors indicated that it was difficult to interpret the results, however, considering that the blood draws

---

[64] Arithmetic mean.  In all cases from here forward, it is assumed that the mean was arithmetic (since it is the most common metric), unless otherwise specified in the publication.

occurred at varying times of the day (which was not always reported), and these hormones are known to fluctuate within and across days.

Overall, based on three studies of serum hormones in male workers, the weight of evidence does not establish an association between occupational exposure to PFOA and reproductive hormones, or reproductive and developmental effects, to the extent that reproductive hormone changes are an adequate predictor of reproductive and developmental effects.

### A5.1.2.2        Liver Enzymes and Disease

Liver effects are some of the most studied and sensitive endpoints of PFOA toxicity in animal studies. Consequently, liver toxicity has been the focus of numerous human studies of PFOA.  Changes in liver enzymes in response to PFOA exposure have been tracked in several occupational cohorts.  Some studies have also assessed the incidence of liver disease in PFOA-exposed workers.

Costa *et al*. (2009) analyzed serum liver enzymes in their cross-sectional assessment of 53 Italian male PFOA production workers.  ALT, gamma-glutamyl transferase (GGT), and ALP were significantly increased per μg/PFOA in serum.  Total bilirubin was significantly decreased per μg increase in PFOA, although conjugated bilirubin[65] was not significantly decreased.  AST was not significantly altered by exposure to PFOA.  The authors concluded that these results did not represent a "significant perturbation" of liver function (Costa *et al*., 2009).

In a cross-sectional study, Gilliland and Mandel (1996) evaluated health endpoints in workers at the Cottage Grove plant employed during the study period of 1985 through 1989.  Exposure was estimated using total serum fluorine as a surrogate for PFOA.[66]  Health information was collected *via* questionnaire, and blood was collected for measures of clinical chemistry, including measures of liver function (AST, ALT, and GGT).  Levels of hepatic enzyme assays did not vary based on level of total serum fluorine and were in a clinically acceptable range.  No workers reported hepatic disease, diagnoses or signs, or symptoms consistent with hepatic disorders.

Olsen *et al*. (2000) analyzed liver enzymes (including ALP, GGT, AST, and bilirubin) in a cross-sectional analysis using medical surveillance of 74-111 workers in the Cottage Grove Plant collected between 1993 and 1995.  Increasing serum PFOA was associated with lower plasma cholecystokinin (CCK), a hormone associated with bile production in the liver (CCK, measured only in 1997); however, almost all of these measurements were within the assay's reference range.  There were no statistically significant associations between increased serum PFOA and other liver enzymes.  Overall, the authors concluded that there was no evidence of an association between PFOA and abnormal liver function, or cholestasis (reduced or complete blockage of flow of bile from the liver).

Olsen and Zobel (2007) conducted a cross-sectional analysis of 506 workers who used or manufactured PFOA in 3M plants (Antwerp, Cottage Grove, and Decatur plants combined).  Serum PFOA and clinical chemistry measures were collected in 2000.  Serum PFOA ranged from 0.007 to 92.03 μg/mL (mean: 2.21 μg/mL).  PFOA was positively associated with ALP, GGT, ALT, and total bilirubin only in the Decatur plant, but not for all plants combined or the other individual plants.  There were no associations between

---

[65] Total bilirubin (also called direct bilirubin) is a measure of unconjugated bilirubin (which has not been conjugated in the liver), and conjugated bilirubin (the portion that has been processed by the liver; conjugated bilirubin only makes up about 10% of serum bilirubin in normal patients, because after conjugation, it is quickly excreted).  Excess total or conjugated bilirubin could indicate that the liver is not properly processing and/or excreting the bilirubin (Murali and Carey, 2017).

[66] The vast majority of exposure was to PFOA, so total serum fluorine should closely reflect total serum PFOA.

PFOA and AST in any analysis.  In an analysis of the risk of exceeding clinical reference points for ALT and GGT, adjusting for lactation, there were no statistically significant associations.

Steenland *et al*. (2015) conducted a retrospective cohort analysis of disease incidence in workers at the West Virginia Washington Works plant.  The authors included all workers who had worked at least 1 day at the DuPont plant between 1948 and 2002 and who had sufficient work and residential history available (n = 3,713).  Exposure in workers was estimated using serum PFOA concentrations over time and modeled residential exposures from drinking water data.  The mean measured (for those surveyed in 2005 and 2006) and predicted serum PFOA concentrations were 325 ng/mL and 218 ng/mL, respectively.  The authors estimated cumulative exposures (ppm-years, which was calculated by multiplying the concentration in ppm by the number of years exposed).  Although there was a slight increase in risk of non-hepatitis liver disease lagged 10 years (*i.e.*, assuming 10 years of time between exposure and disease onset) as PFOA exposure increased, this relationship was not statistically significant.

Overall, the available occupational studies, which span decades of PFOA production, indicate that PFOA is not associated with clinically significant changes in liver enzymes or increased risk of liver disease.

### A5.1.2.3     Serum Lipids and Cardiovascular Disease

**Serum Lipids and Cholesterol**

There are several studies of serum lipids and cholesterol in workers exposed to PFOA (Costa *et al.*, 2009; Olsen *et al.*, 2000; Olsen and Zobel, 2007; Sakr *et al.*, 2007a,b; Winquist and Steenland, 2014a; Steenland *et al.*, 2015).

Gilliland and Mandel (1996) conducted a cross-sectional evaluation of workers at the Cottage Grove plant between 1985 and 1989.  Exposure was estimated using total serum fluorine as a surrogate for PFOA.[67] Health information was collected *via* questionnaire, and blood was collected for measures of clinical chemistry, including cholesterol, LDL (*i.e.*, "bad" cholesterol), and HDL (*i.e.*, "good" cholesterol).  None of these measures of cholesterol were significantly altered in more highly exposed workers compared with those with low exposure (exposure range: < 1 ppm to > 15,000-36,000 ng/mL).  In analyses to determine the impact of different levels of drinking, an interaction between moderate alcohol use and serum fluorine was apparent, suggesting the beneficial effect (increases in HDL) observed between moderate drinking and PFOA was slightly blunted in more highly exposed workers.  Similar associations were not seen for light drinkers.

Olsen *et al*. (2000) analyzed serum lipids collected in health surveillance activities in 1993, 1995, and 1997 in Cottage Grove plant workers.  Mean serum PFOA concentrations ranged from 6,000 to 6,800 ng/mL. The authors analyzed cross-sectional associations as well as changes among the 63 participants that were sampled in both 1993 and 1995.  There were no statistically significant associations between increased serum PFOA and total cholesterol, LDL, or HDL in cross-sectional analyses, nor total cholesterol in the longitudinal analysis.  In contrast to the Gilliland and Mandel (1996), there was no interaction between drinking, PFOA and HDL in any year.

Olsen *et al*. (2003b) analyzed hematological and clinical chemistry tests, thyroid function, and urine samples from 255 Antwerp and 263 Decatur chemical plant employees as part of a medical surveillance program in 2000.  In cross-sectional analyses, the mean serum PFOA concentration for Antwerp workers was 840 ng/mL (range:  10 to 7,040 ng/mL).  For Decatur workers, the mean serum PFOA level was

---

[67] The vast majority of exposure was to PFOA, so total serum fluorine should closely reflect total serum PFOA.

1,780 ng/mL (range:  40 to 12,700 ng/mL).  After adjusting for confounders, the authors found that serum PFOA was positively associated with serum cholesterol and triglycerides.  In a separate longitudinal analysis of 174 Antwerp and Decatur male employees, serum PFOA was also positively associated with cholesterol (but not HDL) and triglycerides.

Olsen and Zobel (2007) assessed serum lipids collected during medical surveillance conducted in 2000 in a combined cross-sectional study of 506 workers at the Antwerp, Cottage Grove, and Decatur 3M plants.  There were no statistically significant associations between PFOA and total cholesterol or LDL (all locations combined and for each plant individually).  HDL was statistically significantly negatively associated with PFOA for all three facilities combined, but not when separated by facility.  PFOA was also associated with high triglycerides in all facilities combined and with Antwerp individually.  When assessed dichotomously (below or above the clinical reference point), the association with low HDL was not statistically significant for any decile of exposure.  Similarly, there was no consistent association between PFOA exposure and clinical reference points for high triglycerides.

Sakr *et al*. (2007a) conducted a cross-sectional study of the association between PFOA exposure and serum lipids (and liver enzymes) in 1,025 workers at the Washington Works plant.  Blood samples were collected and measured for PFOA, cholesterol, triglycerides, LDL, VLDL, and HDL.  In the analysis that excluded workers on lipid-lowering medications, PFOA was statistically significantly associated with total cholesterol, LDL, and VLDL.

Sakr *et al*. (2007b) conducted a longitudinal study between PFOA exposure and serum lipids in the Washington Works plant.  Blood lipid levels and serum PFOA concentrations were collected from employee medical records from the plant medical surveillance program.  Workers needed to have at least two sets of measurements to be included in the study.  The mean serum PFOA concentration was 1.13 ppm (range:  0-22.66 ppm).  PFOA was not statistically significantly associated with any of the blood lipid measurements.

Costa *et al*. (2009), described in the previous two subsections, analyzed triglycerides and cholesterol in male workers at an Italian PFOA production plant between 2000 and 2007.  There was a significant difference between total cholesterol levels in exposed *vs.* non-exposed workers (mean of 237 mg/dL *vs.* 206 mg/dL) but no differences in HDL or triglycerides.  This association remained statistically significant when authors included all workers, present and former, who had concurrent serum PFOA measures.

Winquist and Steenland (2014a) conducted a cohort study (with both retrospective and prospective analyses) of coronary artery disease, hypertension, and hypercholesterolemia (diagnosed high cholesterol) in more than 30,000 community residents and workers in the Mid-Ohio Valley (the C8 Health Project Cohort, hereafter referred to as the C8 Cohort).[68]  The authors conducted both prospective (beginning 1 year after age at the time of C8 Cohort enrollment) and retrospective (beginning the year the individual turned 20 years old or 1952, whichever was later).  Serum was either measured (prospective) or modeled (retrospective).  In the combined cohort analysis of workers and community members, there were some statistically significant associations between PFOA and hypercholesterolemia.  Stratified analysis by age group suggested the risk was predominantly increased in those age 40 years and over.  Note that the differences in the underlying characteristics of the worker *vs.* community cohorts likely made it difficult to properly control for potential confounding factors.

As discussed in the previous section, Steenland *et al*. (2015) conducted a prospective analysis of workers in the Washington Works plant.  The authors found no association between estimated cumulative exposures (ppm-years) and high cholesterol (self-reported).

---

[68] The authors did not present a worker-only analysis.

Overall, studies reported inconsistent findings regarding the association between PFOA and increased total cholesterol, HDL, and LDL, and triglycerides, even among studies with similar designs (*i.e.*, when looking at cross-sectional and longitudinal assessments separately). An important limitation of several of these studies is the cross-sectional study design; serum lipid and cholesterol methods are highly variable over time and across individuals, and no baseline or follow-up measurements were available for comparison to the one-time measurements taken for most of these studies. Consistent with this, in 2020, the European Food Safety Authority (EFSA) discontinued the use of effects on serum cholesterol levels as the basis for its tolerable weekly intake for PFOA, citing the uncertainty regarding causality for this effect to be larger than the association with increased cholesterol reported in certain studies (EFSA, 2020). Further, as discussed in the next section, the evidence does not support a causal relationship between PFOA exposures and coronary artery disease incidence or mortality. Thus, even assuming there is a causal relationship between PFOA and lipid parameters, there is no evidence that the increase would be sufficient to increase the risk of frank disease.

**Cardiovascular Disease**

Several studies examined death from cardiovascular conditions among PFOA-exposed workers at the West Virginia Washington Works plant (Leonard *et al.*, 2008; Sakr *et al.*, 2009; Steenland and Woskie, 2012), the Mid-Ohio Valley (Steenland *et al.*, 2015), and the 3M Cottage Grove plant in Minnesota (Gilliland and Mandel, 1993a; Lundin *et al.*, 2009). While PFOA exposures were "possible" in other plants (*e.g.*, the 3M plant in Decatur, Alabama), the predominant exposure in these plants was PFOS. Please refer to Section A5.2.2 for a discussion of studies in Decatur plant employees.

Leonard *et al*. (2008) conducted a retrospective cohort mortality study of > 6,000 male and female workers at the Washington Works plant employed between 1948 and 2002. Relative to the general population and the population of West Virginia, mortality from CVD (all types) and ischemic heart disease (IHD) was not elevated in the cohort. In an effort to minimize the healthy worker effect,[69] the authors also compared mortality in the workers relative to a regional worker population comprised of an eight-state DuPont worker population. In this analysis, there was a slight elevation in both CVD and IHD mortality, but the associations were not statistically significant (standard mortality ratio [SMR][70] = 1.10, 95% confidence interval [CI]: 0.98-1.23, and SMR = 1.09, 95% CI: 0.96-1.24, respectively).

In a retrospective cohort study, Steenland and Woskie (2012) assessed mortality in 5,791 Washington Works employees exposed to PFOA between 1979 and 2004. In this study, the estimated averaged serum PFOA concentration was 350 ng/mL. The authors compared worker mortality to that of the general US population as well as updated version of the worker population used by Leonard *et al*. (2008). Death from IHD was not significantly increased in any exposure group, compared to the worker referent group, or for the entire cohort, compared to the US population. In fact, risk of IHD-related death, although not significant, was lower in the higher quartiles of exposure, indicating a lack of exposure-response patterns.

Sakr *et al*. (2009) also conducted a retrospective cohort study of workers ever employed at the Washington Works plant between 1948 and 2002. The main difference from the other 2008 and 2012 studies of this cohort relates to the exposure assessment. The authors estimated PFOA exposure using an exposure

---

[69] Because severely ill and chronically disabled individuals are generally excluded from employment in certain fields, there are often fewer sick individuals in occupational cohorts, relative to the general population. This can result in lowered relative risk of disease/death when the general population is used as the reference population. The healthy worker effect is generally greater for diseases such as CVD that tend to occur earlier in one's working life than for diseases such as cancer, which tend to occur later in life (Kirkeleit *et al*., 2013).

[70] An SMR is the ratio/percentage of mortality in a given population compared to a reference population, usually the general population of a state/province or the nation as a whole.

reconstruction model developed from occupational information (detailed work histories) and serum PFOA data (from a previous study). Each person was then placed into the low (reference), medium, or high exposure group. The authors found no association between increasing PFOA exposure and higher risk of death from IHD.

Finally, as described above, Steenland *et al*. (2015) conducted a study of disease incidence (rather than mortality) in workers in the Washington Works plant. There were no consistent associations between estimated cumulative PFOA exposure and coronary heart disease, medicated hypertension, or stroke. While there was a slight increase in risk of stroke with no lag (*i.e.*, no time between exposure and disease), this was only for the lowest quartile of exposure, and not higher quartiles.

Winquist and Steenland (2014a), described above, found statistically significant associations between PFOA and hypertension (a risk factor for CVD) in the combined C8 Cohort worker and community cohort, but only in the two lower quintiles of exposure (risk was decreased, albeit not significantly, in the fourth and fifth quintiles). The authors reported a statistically significant association between PFOA and coronary artery disease in the entire group, as well as in males 20-39 years old, but only in the second quartile (there were no exposure-response patterns). Note that the differences in the underlying characteristics of the worker *vs.* community cohorts likely made it difficult to properly control for potential confounding factors.

In a retrospective cohort analysis of the 3M Cottage Grove, Minnesota, plant, Gilliland and Mandel (1993a) assessed cause of death in 2,788 male and 749 female workers employed between 1947 and 1983. CVD incidence was less than expected (based on the general US population) in both female employees (SMR = 0.81, 95% CI: 0.49-1.29) and male employees (SMR = 0.68, 95% CI: 0.57-0.83). The authors noted that the low SMRs may have resulted from the healthy worker effect.

Lundin *et al*. (2009) updated the original study by Gilliland and Mandel (1993a) to include additional employees, additional years of follow-up, and a job exposure matrix. In this retrospective cohort study, the authors reported a non-significant decrease in mortality from IHD and all heart disease. Risk of cerebrovascular disease[71] was slightly increased, but the association was not statistically significant (SMR = 1.6, 95% CI: 0.5-3.7). When stratified by low, moderate, and high exposure, however, the association was statistically significant for those with high PFOA exposure (defined as working on a job with definite exposure to PFOA for 6 months or longer; SMR = 4.6, 95% CI: 1.3-17.0). The results were again not statistically significant when the authors stratified by cumulative exposure to PFOA (*i.e.*, < 1, 1-4.9, or ≥ 5 years of exposure). The authors noted that the inconsistencies in the cerebrovascular results across exposure groups led to some uncertainty with regard to their interpretation of the study results.

Overall, I conclude that the evidence does not establish a causal relationship between occupational exposure to PFOA and increased risk of the incidence of CVD and mortality from CVD. The available studies show no increased incidence of death from CVD in workers at either the West Virginia Washington Works plant or the 3M Cottage Grove plant in Minnesota, a population whose serum PFOA concentrations were well above those of the general population (Mandel and Johnson, 1995). Likewise, studies that evaluated hypertension (*e.g*., Winquist and Steenland, 2014a) have reported mostly null results.

### A5.1.2.4    Immunological Effects

The normal immune response is dynamic and complex. At any one time, an individual's immune response may be suppressed or activated due a number of environmental factors, including stress, diet, medications,

---

[71] Cerebrovascular disease is category of CVD specific to brain circulation and resulting diseases and conditions, such as stroke. Risk of stroke is associated with diabetes, hypertension, and lifestyle factors such as diet and smoking.

or infection (Karol, 1998). This normal intra-individual variability is observed within all organisms and can complicate the interpretation of variable responses in associations with environmental exposures. While immunotoxicity has the potential to contribute to or cause a number of clinical diseases, the natural variability in the immune system necessitates repeated sampling of individuals as well as confirmation of biological plausibility in animal experiments in order to conclude with certainty that a plausible environmental exposure causes biologically relevant immunotoxicity in humans.

Steenland *et al.* (2013) conducted an analysis of autoimmune conditions in the Mid-Ohio Valley, including people who worked in PFOA production or lived in any of the PFOA-contaminated water districts (Steenland *et al.*, 2013). The authors assessed the risk of several immune-mediated conditions, including ulcerative colitis (a gastrointestinal condition), Crohn's disease (a gastrointestinal condition), rheumatoid arthritis, Type 1 diabetes, lupus, multiple sclerosis, and any other autoimmune conditions identified based on medical-record-validated self report. Exposure was assessed using serum PFOA measurements from 2005 to 2006 (mean: 325 ng/mL in workers). The only statistically significant association found was between PFOA and ulcerative colitis, in both unlagged models and those with 10-year lags for disease latency.[72] In contrast, decreases in disease risk were apparent for Type 1 diabetes (particularly unlagged) and rheumatoid arthritis. The trends were generally not statistically significant, although individual quartiles did achieve significance (*e.g.*, fourth *vs.* first quartile of exposure, for rheumatoid arthritis).

As discussed in previous sections, Steenland *et al.* (2015) conducted an analysis of various health effects in workers at the Washington Works plant. The authors included two autoimmune diseases, rheumatoid arthritis and ulcerative colitis. Exposure was assessed using a cumulative exposure metric calculated as the sum of yearly exposure estimates from birth through any given year. In addition to assessing exposure as a continuous measure of cumulative exposure, they conducted trend tests for categorical analyses (by quartile of cumulative exposure). Ulcerative colitis showed a statistically significant trend when assessed using cumulative exposure; however, the association was not statistically significant in the model using categories based on quartiles of exposure that had no lag for disease latency. The opposite patterns were seen for rheumatoid arthritis – while trends for categories of exposure showed statistically significant relationships (or nearly statistically significant, in the case of 10-year lag models), there were no statistically significant trends for measures of cumulative PFOA exposure. These analyses were limited by a small number of cases (n = 23 and 28 for rheumatoid arthritis and ulcerative colitis, respectively) for both of these diseases.

Overall, there is no consistent evidence of an association between PFOA and immune conditions in PFOA-exposed workers.

### A5.1.2.5    Kidney Effects

Several studies have evaluated the association between PFOA and biomarkers of kidney function (uric acid) or kidney disease in several PFOA production plants in the US and Italy.

Two studies analyzed serum uric acid levels, which are a biomarker of kidney function.[73] Costa *et al.* (2009) found that increasing serum PFOA concentrations were associated with increasing uric acid

---

[72] Unlagged models assume all exposure time is potentially relevant to disease development, *i.e.*, they assume the disease could have developed immediately or shortly after exposure. Lagged models exclude a defined period of time immediately preceding the outcome under the assumption that disease could not have developed that quickly (Richardson *et al.*, 2011). Lag times are informed by the pathophysiology of the disease.

[73] Uric acid is formed from the metabolism of food and cells in the body. Uric acid is removed from the blood by the kidneys and is excreted in urine. Elevated serum uric acid concentrations may predict the development of chronic kidney disease (CKD) (Johnson *et al.*, 2013; A.D.A.M. Medical Encyclopedia, 2019b).

($p < 0.05$) in 56 current or former workers in an Italian production plant.  The association remained in an analysis restricted to currently employed workers of the plant.  Similar results were reported in the study of DuPont workers by Sakr *et al*. (2007a).  Sakr *et al*. (2007a) noted, however, that they believed the associations between serum PFOA concentrations and uric acid concentrations were unlikely to be clinically significant at the levels of PFOA exposure measured, and the statistical significance could have resulted from chance.

Leonard *et al*. (2008), Steenland and Woskie (2012), Raleigh *et al*. (2014), and Steenland *et al*. (2015) investigated mortality from chronic kidney disease (CKD) in PFOA-exposed workers.

Inconsistent associations were found at the Washington Works facility.  In a retrospective cohort study, Leonard *et al*. (2008) reported no significant differences between death from nephritis and nephrosis[74] and exposed workers in comparisons with the US population, general West Virginia population, and non-PFOA exposed DuPont worker population.  Steenland and Woskie (2012), however, reported an association between PFOA and mortality from CKD in Washington Works employees exposed to PFOA between 1979 and 2004 (SMR = 3.11, 95% CI: 1.66-5.32).  When separated by quartiles of exposure, the SMRs did not follow a clear exposure-response pattern.

Raleigh *et al*. (2014) conducted a retrospective cohort analysis of mortality and cancer incidence in workers employed for at least 1 year at the Cottage Grove plant.  The authors compared health outcomes in production workers to another 3M cohort working in a tape and abrasives production facility in Minnesota.  Exposure was estimated using daily time-weighted averages based on work history records, industrial hygiene monitoring data, and information from workers and industrial hygiene professionals.  The authors found no associations between PFOA and CKD, either by continuous exposure (increment of PFOA) or when stratified into quartiles of exposure.

Finally, Steenland *et al*. (2015) conducted a retrospective cohort study and identified 43 cases of CKD in 3,713 workers in the Mid-Ohio Valley production plant between 1948 and 2002; there was no association between PFOA and the incidence of CKD in unlagged or 10-year lag models.

Overall, studies have suggested that any small changes in uric acid following PFOA exposure were likely not clinically significant, and the majority of studies of CKD showed no associations between PFOA and increased risk of mortality from this disease.  Furthermore, evidence indicates that decreased kidney function (as may be represented by increased uric acid in the above studies) may be a cause of increased serum PFOA, rather than an effect, as described below in Section A5.1.4.6.  Therefore, I conclude that the evidence does not establish an association between PFOA and kidney function and disease in occupationally exposed populations.

### A5.1.2.6     Cancer

Several studies of workers exposed to PFOA have examined mortality from cancer.  I have focused on the most recent analyses available, because most are updates of previous occupational mortality studies (*e.g*., Lundin *et al*., 2009) analyzing the same populations but following them further in time.  Because cancer can take decades to develop, a longer follow-up time may better capture cancers that have a long latency period.

---

[74] Nephritis is acute or chronic kidney inflammation; nephrosis is a non-inflammatory disease affecting the function of the kidney (Merriam-Webster, Inc., 2018).

As noted previously, IARC (2016a) classified PFOA as Group 2B, *i.e.*, possibly carcinogenic to humans. This classification was based on "limited evidence" for the carcinogenicity of PFOA in both humans and animals. It should be emphasized that IARC did not identify PFOA as a known human carcinogen. The finding was based primarily on evidence of testicular and kidney cancer in humans. The epidemiological evidence, including the occupational studies described in the following section, does not provide reliable evidence that PFOA is carcinogenic to humans.

In a retrospective cohort study, Steenland and Woskie (2012), discussed in the previous section, assessed mortality in 5,791 Washington Works employees exposed to PFOA between 1979 and 2004. In this study, the estimated averaged serum PFOA concentration was 350 ng/mL. The authors compared worker mortality to that of the general US population as well as a worker referent population comprised of DuPont workers in eight states. There was no association between PFOA and all cancers combined. Death from liver cancer was slightly elevated in exposure quartile 3, but quartile 4 had a slight decrease in mortality compared to the worker referent population; neither association was statistically significant. There were no statistically significant associations between PFOA and death from lung, breast, pancreatic, prostate, testicular, or bladder cancer, nor with non-Hodgkin's lymphoma or leukemia.

Steenland and Woskie (2012) indicated that there was a significantly increased trend for kidney cancer across all exposure groups relative to unexposed workers from other plants; however, only the fourth quartile was statistically significant compared to unexposed workers ($\geq 2,700$ ppm-years; SMR = 2.66, 95% CI: 1.15-5.24). Further, there were no kidney cancers in the third quartile of exposure. The combined SMR for all exposure groups was 1.28 (95% CI: 0.66-2.24). Mortality from mesothelioma was also increased in the third and fourth quartiles of exposure, as well as in the analysis across all exposure groups (SMR = 2.85, 95% CI: 1.05-6.20, $p < 0.05$). The authors noted that the elevation in mortality from mesothelioma was likely the result of asbestos exposure. The lack of a clear exposure-response relationship limits the ability to draw causal inferences from this study.

Raleigh *et al.* (2014) conducted a retrospective cohort study of mortality and cancer incidence in workers employed for at least 1 year at the Cottage Grove plant. This study was an update of previous studies by Gilliland and Mandel (1993a) and Lundin *et al.* (2009). Across all the workers, there was no significant increase in all cancers or any type of specific cancer. The null associations and lack of apparent exposure-response relationship remained in analyses stratified by exposure quartile. A strength of this study is its use of an unexposed referent group of workers with similar job types, which reduced the healthy worker effect.

Steenland *et al.* (2015) conducted an analysis of disease incidence in a cohort of 3,713 workers at the Washington Works plant. Exposure was estimated using PFOA serum concentrations over time and modeled residential exposures from drinking water data, and the authors estimated cumulative exposures. The relative risk of prostate cancer was increased in more highly exposed workers relative to the lowest exposure group; however, there were no statistically significant associations or clear dose-response trends. In contrast, there was a statistically significant *decreased* risk of bladder cancer with increasing quartiles of exposure to PFOA. The risk of melanoma and colorectal cancer showed no statistically significant associations with PFOA.

Steenland and Winquist (2021) conducted a review of epidemiology studies that evaluated PFAS and cancer, including 11 studies of occupational cohorts. The authors stated that the results of occupational studies "do not show a consistent pattern of elevation of the incidence of cancer at any specific site" and that overall, "the evidence for an association between cancer and PFAS remains sparse."

Overall, the evidence does not support an increased incidence of cancer or cancer mortality in workers exposed to PFOA.

### A5.1.3 Serum Concentrations in the General Population and Non-occupationally Exposed Cohorts

Exposure to PFOA in the general population is widespread, but may vary considerably based on age, sex, race, diet, and other lifestyle factors, and on geographical location.  Higher serum concentrations are generally reported for males *vs.* females (Kato *et al*., 2015).  Associations between age and PFOA exposure have been reported, but patterns differ by sex.  An analysis of data from four US National Health and Nutrition Examination Survey (NHANES) cycles (1999-2008) showed that serum PFOA concentrations in females increased as age increased, but for males, serum PFOA concentrations declined as age increased (Kato *et al*., 2011).  These differing trends may be related to sex-related differences in exposure based on physiology, including menstruation/menopause, pregnancy, and/or lactation.

Some of the differences in age groups may also be influenced by the patterns of PFOA usage over time; older individuals likely had higher exposures to PFOA in products than children born after the PFOA phase-out, which began in 2002 (3M, 2006).  Similarly, mean serum PFOA concentration has gradually declined over time in many populations due to the phase-out of PFOA, as shown across the NHANES data cycles. Table A5.2 summarizes PFOA biomonitoring data in representative studies of the general population and select cohorts across the world that were exposed to lower levels of PFOA than the occupational cohorts, *via* drinking water (*i.e.*, the C8 Cohort, discussed in Section A5.1.4) or other non-occupational routes, such as food and commercial products.

The detection of synthetic chemicals, such as PFOA, in the serum of the general population is not an uncommon occurrence.  For example, detection of a wide variety of chemicals in human serum was reported in the NHANES data, including pesticides such as dichlorodiphenyltrichloroethane and hexachlorobenzene; volatile organic compounds such as the fuel additive methyl tert-butyl ether; and a variety of dioxins and polychlorinated biphenyls (CDC, 2019a).

**Table A5.2  Serum PFOA (ng/mL) in Representative Non-occupational Populations**

| Cohort/Population | N | Range | Arithmetic Mean | Geometric Mean | Reference |
|---|---|---|---|---|---|
| **NHANES** | | **50th-95th Percentile** | | | |
| 1999-2000 | 1,562 | 5.20-11.9 | NR | 5.21 (95% CI: 4.72-5.74) | CDC (2015) |
| Male | 743 | 6.00-12.1 | | 5.71 (95% CI: 5.17-6.31) | |
| Female | 819 | 4.70-11.3 | | 4.80 (95% CI: 4.32-5.34) | |
| 2003-2004 | 2,094 | 4.10-9.80 | | 3.95 (95% CI: 3.65-4.27) | |
| Pregnant Women | 76 | 2.6-5.6 | | 2.39 (SE: 0.24) | Woodruff et al. (2011) |
| Non-pregnant Women | 400 | 3.2-8.4 | | 3.19 (SE: 0.16) | |
| 2005-2006 | 2,120 | 4.20-11.3 | | 3.92 (95% CI: 3.48-4.42) | CDC (2015) |
| 2007-2008 | 2,100 | 4.30-9.60 | | 4.12 (95% CI: 4.01-4.24) | |
| 2009-2010 | 2,233 | 3.20-7.50 | | 3.07 (95% CI: 2.81-3.36) | |
| Male | 1,075 | 3.70-7.90 | | 3.53 (95% CI: 3.22-3.87) | |
| Female | 1,158 | 2.70-6.90 | | 2.69 (95% CI: 2.45-2.96) | |
| 2011-2012 | 1,904 | 2.08-5.68 | | 2.08 (95% CI: 1.95-2.22) | CDC (2017b) |
| Male | 966 | 2.38-5.62 | | 2.37 (95% CI: 2.22-2.53) | |
| Female | 938 | 1.78-5.68 | | 1.84 (95% CI: 1.68-2.01) | |
| 2013-2014 | 2,165 | 2.07-5.57 | | 1.94 (95% CI: 1.76-2.14) | |
| Male | 1,031 | 2.37-5.67 | | 2.29 (95% CI: 2.09-2.50) | |
| Female | 1,134 | 1.67-5.07 | | 1.66 (95% CI: 1.48-1.87) | |
| 2015-2016 | 1,993 | 1.57-4.17 | | 1.56 (95% CI: 1.47-1.66) | CDC (2019a) |
| Male | 964 | 1.87-4.07 | | 1.80 (95% CI: 1.66-1.94) | |
| Female | 1,029 | 1.37-4.17 | | 1.36 (95% CI: 1.29-1.45) | |
| 2017-2018 | 1,929 | 1.47-3.77 | | 1.42 (95% CI: 1.33-1.52) | CDC (2021) |
| Male | 952 | 1.57-3.77 | | 1.61 (95% CI: 1.50-1.73) | |
| Female | 977 | 1.27-3.77 | | 1.26 (95% CI: 1.17-1.36) | |
| **American Red Cross Donors** | | **50th-95th Percentile** | | | |
| 2000-2001 | 645 | 4.7-12.0 | NR | 4.72 (95% CI: 4.52-4.93) | Olsen et al. (2017) |
| 2006 | 600 | 3.6-7.9 | | 3.44 (95% CI: 3.32-3.75) | |
| 2010 | 600 | 2.5-5.6 | | 2.44 (95% CI: 2.34-2.65) | |
| 2015 | 616 | 1.1-3.2 | | 1.08 (95% CI: 1.03-1.14) | |
| **C8 Health Project Cohort (2005-2006)[a]** | | | | | |
| Total Cohort (12 to ≥ 60 years old) | 69,025 | NR | 82.9 | 32.9 (SD: 240.8) | Frisbee et al. (2009) |
| Male | 33,240 | | 98.2 | 39.4 (SD: 284.3) | |
| Female | 35,785 | | 68.8 | 27.9 (SD: 190.6) | |
| Pregnant Women | 1,845 | **IQR: 10.3-49.8** | NR | 48.8 (SD: 77.8) | Stein et al. (2009) |
| Children (1 to < 18 years old) | 12,470 | NR | NR | 69.2 (SD: 111.9)[a] | Frisbee et al. (2010) |
| **Aarhus Birth Cohort (2008-2013), Denmark** | | | | | |
| Pregnant Women | 1,533 | **IQR: 1.53-2.64** | NR | 2.01 | Bjerregaard-Olesen et al. (2016) |

| Cohort/Population | N | Range | Arithmetic Mean | Geometric Mean | Reference |
|---|---|---|---|---|---|
| **Danish National Birth Cohort (1992-2002)** | | | | | |
| Pregnant Women (First Trimester) | 1,399 | NR | NR | 5.6 (SD: 2.5)[a] | Fei *et al.* (2007) |
| Pregnant Women (Second Trimester) | 200 | | | 4.5 (SD: 1.9)[a] | |
| Infants (Cord blood) | 50 | | | 3.7 (SD: 3.4)[a] | |
| Children (Average Age: 11, Born: 1998-2003) | 973 | **Control IQR: 4.00-5.42** | NR | 3.88-4.06[b] | Liew *et al.* (2015) |
| Pregnant women | 3,535 | **IQR: 3.3-6.0** | NR | NR | Meng *et al.* (2018) |
| Sample 1 | | **10th- 90th Percentile** | | | Ernst *et al.* (2019) |
| Boys (Maternal First Trimester Serum) | 356 | 2.8-8.3 | NR | NR | |
| Girls (Maternal First Trimester Serum) | 366 | 2.7-8.2 | | | |
| Sample 2 | | | | | |
| Boys (Maternal First Trimester Serum) | 235 | 2.2-6.7 | NR | NR | |
| Girls (Maternal First Trimester Serum) | 210 | 2.3-6.4 | | | |
| **Danish Diet, Cancer, and Health Cohort (1993-1997)** | | | | | |
| Men and Women (50-65 years old) | 753 | NR | NR | 7.1 | Eriksen *et al.* (2013) |
| **Decatur Cohort** | | **95th Percentile** | | | |
| 2010 | 153 | 61.1 | NR | 16.3 (95% CI: 13.2-19.6) | Worley *et al.* (2017a) |
| 2016 | 45 | 39.1 | NR | 11.7 (95% CI: 18.7-14.6) | |
| **Flemish Environment and Health Study (2007-2015)** | | | | | |
| 2007-2011 (Infants: Cord Blood) | 218 | NR | NR | 1.51 (95% CI: 1.43-1.59) | Schoeters *et al.* (2017) |
| 2012-2015 (Infants: Cord Blood) | 269 | NR | NR | 1.19 (95% CI: 1.12-1.26) | |
| **Hokkaido Study on Environment and Children's Health (2002-2005)** | | **25th-75th Percentile** | | | |
| Pregnant Women | 306 | 0.9-2.0 | 1.52 (SD: 0.89) | NR | Kishi *et al.* (2015) |
| **HOME Study, Cincinnati, Ohio (2003-2006)** | | **25th-75th Percentile** | | | |
| Pregnant Women | 204 | 3.7-7.7 | NR | 5.3 | Braun *et al.* (2016) |
| **Taiwan Birth Panel Study (2004-2005)** | | | | | |
| Pregnant Women | 429 | NR | NR | 1.84 (SD: 2.23) | Chen *et al.* (2012) |

| Cohort/Population | N | Range | Arithmetic Mean | Geometric Mean | Reference |
|---|---|---|---|---|---|
| **Washington County, Minnesota Communities (2008)[b]** | | | | | |
| Men and Women (20-86 years old) | 196 | 1.6-177 | NR | 15.4 (95% CI: 13.6-17.4) | Landsteiner *et al.* (2014) |
| Men | 88 | NR | | 16.6 (95% CI: 13.9-19.8) | |
| Women | 108 | | | 14.4 (95% CI: 12.1-17.2) | |
| **Young Taiwanese Cohort Study (2006-2008)** | | **50th-90th Percentile** | | | |
| Total (12-30 years old) | 551 | 3.64-9.71 | NR | 2.67 (SD: 2.96) | Lin *et al.* (2013a) |
| Men | 214 | NR | | 2.71 (SD: 2.94) | |
| Women | 337 | | | 2.64 (SD: 2.98) | |
| 12-19 years old | 212 | | | 2.80 (SD: 2.90) | |
| 20-30 years old | 339 | | | 2.59 (SD: 3.00) | |

Notes:
CI = Confidence Interval; HOME = Health Outcomes and Measures of the Environment; IQR = Interquartile Range; N = Number of Participants/Samples; NHANES = National Health and Nutrition Examination Survey; NR = Not Reported; PFOA = Perfluorooctanoic Acid; SD = Standard Deviation.
(a) The C8 Health Project Cohort includes residents of four water districts in Ohio (City of Belpre, Little Hocking Water Association, Tuppers Plains, and Village of Pomeroy), two water districts in West Virginia (Lubeck Public Service District and Mason County), and some private wells in both states.
(b) Included current and former 3M workers (the authors reported that serum concentrations were not significantly different between those who worked at 3M and those who did not [17.0 *vs.* 15 ng/mL, respectively]).

Several large cohort studies have investigated the association between serum PFAS concentrations, including PFOA, and various health effects in populations with low exposures associated with background environmental sources of PFOA (consumer products, food, water, and ambient air), or low-level contamination events (*e.g.*, exposure *via* drinking water from releases by a PFOA-associated industry). The most well-studied cohorts include the C8 Cohort, the Danish National Birth Cohort, the Norwegian Mother and Child Cohort, and NHANES in the US. Formed as part of the settlement of a lawsuit, the C8 Cohort is a cohort of 69,000 residents in Ohio and West Virginia living near a chemical plant who were potentially exposed to PFOA in contaminated drinking water. Participants were recruited in 2005-2006 and investigators intended to study PFOA primarily, although serum PFOS measurements were also taken and links with PFOS also analyzed. The Danish National Birth Cohort is a cohort of 100,000 pregnant women recruited between 2000 and 2002 and followed continuously since that time. Maternal serum and cord blood samples were collected, and interviews were conducted to collect information on factors such as diet and lifestyle. The Norwegian Mother and Child Cohort includes > 90,000 pregnant Norwegian women recruited between 1999 and 2008, with collection of biologic samples and birth data through 2009. NHANES is an ongoing program designed to assess the health and nutritional status of a group of representative adults and children in the US. NHANES collects a variety of survey and health data, including the serum concentrations of a number of substances, such as heavy metals and PFAS (CDC, 2016).

In general, I relied on these large, well-characterized cohorts for data-rich endpoints (*e.g.*, birth outcomes), unless other cohorts showed distinctly different results from the large cohorts, in which case, I included these divergent results as well. In areas in which data were lacking, I included discussion of smaller or less-well-studied cohorts, in addition to any studies in the larger cohorts. A summary of both large and small cohorts is presented below in Table A5.3. For several of the endpoints investigated in community and general population studies, only cross-sectional analyses are available, which limits the ability to determine whether a true cause-and-effect relationship exists. In addition, some of the results were based on modeled exposures, rather than actual serum measurements. Overall, I conclude that the evidence does not establish a causal association between non-occupational PFOA exposure and the endpoints examined.

**Table A5.3  Non-occupational PFOA Cohorts**

| Cohort | Study Population | Location | PFOA Exposure Source | Key Outcomes Investigated |
|---|---|---|---|---|
| C8 Health Project Cohort | Ongoing study of 69,000 adults and children recruited from a community surrounding a PFOA plant | Mid-Ohio Valley, US | Contaminated drinking water | Developmental and reproductive, liver enzymes, thyroid hormones and disease, serum lipids, immunotoxicity, kidney effects, cancer |
| Danish National Birth Cohort | 100,000 pregnant women enrolled in 2000-2002 | Denmark | Background:  Drinking water, food, products | Developmental and reproductive |
| Hokkaido Birth Cohort Study on the Environment and Child's Health | ~500 mother-child pairs studied from 2002-2005 | Japan | Background:  Drinking water, food, products | Immunotoxicity |
| Norwegian Mother and Child Cohort | > 90,000 pregnant women and their offspring enrolled in 1999-2008 | Norway | Background:  Drinking water, food, products | Developmental and reproductive, liver enzymes, thyroid hormones, serum lipids, immunotoxicity, kidney effects |
| NHANES | Ongoing representative sample of general US population | US | Background:  Drinking water, food, products | Thyroid hormones and disease, serum lipids |
| INUENDO Cohort | > 3,000 pregnant mothers and their children enrolled in 2002-2004 | Sweden, Poland, Ukraine, and Greenland | Background:  Drinking water, food, products | Developmental and reproductive, immunotoxicity |
| ALSPAC Cohort | > 14,000 pregnant women and offspring recruited in 1991-1992 | UK | Background:  Drinking water, food, products | Developmental and reproductive |
| Odense Child Cohort | > 2,000 pregnant women and children enrolled in 2010-2012 | Denmark | Background:  Drinking water, food, products | Developmental and reproductive, immunotoxicity |
| CHEF Project Cohort | Ongoing study of > 1,000 children born beginning in 1986 | Faroe Islands, halfway between Norway and Iceland | Background:  Drinking water, food, products; diet high in fish and whale meat | Immunotoxicity |
| Taiwan Birth Panel Study | 486 mother-infant pairs enrolled in 2004-2005 | Suburban and Urban Taiwan | Background:  Drinking water, food, products | Developmental and reproductive |
| Danish DCH Cohort | 4,769 men and women > 50 years old recruited 1993-1997 | Denmark | Background:  Drinking water, food, products | Serum lipids |

| Cohort | Study Population | Location | PFOA Exposure Source | Key Outcomes Investigated |
|---|---|---|---|---|
| European Youth Heart Survey | > 1,700 boys and girls 9-15 years old beginning in 1997 | Denmark, Estonia, Norway, and Portugal | Background:  Drinking water, food, products | Serum lipids |
| Viva Cohort | 1,645 mother-infant pairs enrolled in 1999-2003 | Massachusetts, US | Background:  Drinking water, food, products | Developmental and reproductive |
| SELMA Study | 2,355 pregnant women and offspring recruited in 2007-2010 | Sweden | Background:  Drinking water, food, products | Developmental and reproductive |

Notes:
ALSPAC = Avon Longitudinal Study of Parents and Children; CHEF = Children's Health and the Environment in the Faroe Islands; DCH = Diet, Cancer and Health; INUENDO = Biopersistent Organochlorines in Diet and Human Fertility; NHANES = National Health and Nutrition Examination Survey; PFOA = Perfluorooctanoic Acid; SELMA = Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy; UK = United Kingdom; US = United States.

### A5.1.4  Studies in the General Population

#### A5.1.4.1       Reproductive and Developmental Effects

Numerous studies are available that evaluate associations between PFOA exposure in the general population and various reproductive and developmental outcomes, including male and female fertility, miscarriage, timing of menopause, birth and growth outcomes, congenital anomalies (*i.e.*, birth defects), neurodevelopmental effects (*e.g.*, attention disorders), and timing of puberty.  Based on an extensive review of the large body of literature, I conclude that the evidence does not establish an association between non-occupational PFOA exposure and developmental and reproductive effects.

**Female and Male Fertility**

Overall, the majority of studies I identified did not observe an association between PFOA exposure and female fertility.  In an analysis of a subgroup of the prospective Norwegian Mother and Child Cohort study, Singer *et al.* (2018) found no associations between plasma PFOA and irregular menstrual cycles or menstrual cycle length in the year before pregnancy among 1,977 pregnant women from 2003 to 2007.  Similarly, Lyngso *et al.* (2014) reported no statistically significant associations between PFOA and irregular or short menstrual cycles in a cross-sectional study of 1,623 women in the Biopersistent Organochlorines in Diet and Human Fertility (INUENDO) Cohort.  Wang *et al.* (2017) found no significant associations between plasma PFOA and endometriosis-related infertility in a case-control study of 157 cases and 178 controls.  Further, neither plasma PFOA nor follicular fluid PFOA were associated with ovarian function, as measured by patterns in estradiol concentration, follicle counts, and numbers of oocytes retrieved in 36 women undergoing assisted reproductive treatment in California from 2013 to 2014 (McCoy *et al.*, 2017).

Across four separate cohort studies of fecundability (the ability to conceive), no associations between PFOA exposure and fecundability were observed (Vestergaard *et al.*, 2012; Bach *et al.*, 2015a; Jorgensen *et al.*, 2014; Louis *et al.*, 2016).  Jorgensen *et al.* (2014) and Vestergaard *et al.* (2012) also did not observe associations with delayed time to pregnancies (TTPs).

Bach *et al.* (2015a) suggested that reported associations between PFAS and decreased fecundability may be due to reverse causation, because serum PFOA concentration decreases during pregnancy and lactation, such that women who had never been pregnant would have higher serum PFOA concentrations than those who had been pregnant.

Two cohort and three case-control studies did report associations between PFOA exposure and female fertility.  In a retrospective cohort including 1,240 women from the Danish National Birth Cohort, Fei *et al.* (2009) reported that maternal serum PFOA concentrations were associated with longer TTP for both the second and fourth quartiles of serum PFOA but not the third quartile ($p < 0.001$).  However, there was no dose-response relationship, indicating that the effect may not have been dose-related.  Serum PFOA concentrations were also associated with decreased odds of fecundability.  Velez *et al.* (2015) also found that maternal plasma PFOA was associated with lower odds of fecundity and increased odds of infertility (defined as TTP > 12 months or infertility treatment in the index pregnancy) in a prospective cohort study of 1,625 pregnant Canadian women enrolled in the Maternal-Infant Research on Environmental Chemicals (MIREC) study.

Zhang *et al.* (2018b) conducted a case-control study evaluating the association between plasma PFAS and primary ovarian insufficiency, defined as a loss of ovarian function before the age of 40, among 120 cases (women with overt primary ovarian insufficiency) and 120 healthy controls from 2013 to 2016.  Plasma PFOA was positively associated with primary ovarian insufficiency for the highest tertile of exposure

relative to the lowest tertile. Whitworth *et al*. (2012) reported a statistically significant association between serum PFOA concentration and subfecundity (TTP > 12 months) in 910 pregnant parous women (*i.e.*, those that have given birth), but no association among pregnant nulliparous women (*i.e.*, those who had not previously given birth), in a case-control study within the Norwegian Mother and Child Cohort. Finally, in a case-control study within the Danish National Birth Cohort, Bach *et al*. (2018) also reported that the early pregnancy PFOA level in the highest quartile was associated with significantly longer TTP compared to the lowest PFOA quartile in 613 parous women and reported no association among 638 pregnant nulliparous women. Results were adjusted for potential confounders including age, SES, and pre-pregnancy body mass index (BMI) in all models, and also adjusted for interpregnancy interval in parous women. The inconsistency in results between parous and nulliparous women suggests the potential for reverse causation. Women who had been pregnant previously likely had relatively higher PFOA serum levels, because blood loss from menstruation (which would reduce serum PFOA concentrations) would not occur during pregnancy (see discussion in Section A3.2).

Three studies examined the associations between PFOA exposure and male fertility. Louis *et al*. (2015) assessed various semen parameters, such as volume, motility, morphology, and sperm chromatin stability, in a prospective cohort study of 462 Texas and Michigan couples from the Longitudinal Investigation of Fertility and the Environment (LIFE) Study Cohort who were trying to conceive. Of 35 outcomes measured, PFOA exposure was statistically significantly associated only with a *lower* percentage of sperm with coiled tails (a morphological change in sperm that may be an indicator of poor semen quality) ($p$ <0.05).

In a cross-sectional study, Di Nisio *et al*. (2018) examined the association between PFOA exposure and male reproductive health in 383 high school students from the Veneto region of Italy. The study found that increases in serum and seminal PFOA levels were significantly correlated with increases in circulating testosterone and LHs, and decreases in proportion of sperm with normal morphology, testicular volume, penile length, and anogenital distance. Due to the cross-sectional study design, it is not possible to determine whether the exposure preceded the outcome; thus, no conclusions can be made regarding causality.

In a cross-sectional study, Petersen *et al*. (2018) investigated the associations between PFOA exposure and abnormalities in semen quality or reproductive hormones in 263 Faroese men aged 24-26 years. Median serum PFOA concentration was 2.77 ng/mL, ranging from 0.93 to 20.43 ng/mL. The study reported that PFOA was significantly associated with reduced free testosterone to estradiol ratio. No associations were observed between PFOA and semen quality or other reproductive hormone levels in the study population. As discussed above, this study also has limitations as a result of the cross-sectional study design.

The studies of PFOA and male reproductive health described above do not show any consistent adverse effects. This was confirmed in a systematic review of PFOA and male reproductive effects conducted by Petersen *et al*. (2020), who concluded, "[d]espite the growing literature on PFAS exposure and male reproductive health, evidence for an actual association remains limited….While several investigations suggested weak associations for single compounds and specific outcomes, a lack of consistency across studies limited conclusions of overall evidence."

**Miscarriage**

Several studies examined miscarriage in relation to PFOA exposure. Overall, the studies reported no increase in miscarriage risk with PFOA exposure. In a prospective cohort study, Darrow *et al*. (2014) found no risk of miscarriage associated with serum PFOA in 1,128 women from the C8 Cohort. Savitz *et al*. (2012a) conducted the largest birth cohort study of the C8 Cohort, including 11,000 births occurring between 1990 and 2006, and found no association between estimated PFOA and miscarriages or stillbirths.

Similarly, Stein *et al*. (2009) reported no association between any level of exposure to PFOA and miscarriage in a cross-sectional analysis of 1,845 women in enrolled in a retrospective cohort study of the C8 Cohort. Jensen *et al*. (2015) conducted a case-cohort study of 51 cases and 204 control women enrolled in the Odense Child Cohort between 2010 and 2012 and found no association between serum PFOA concentration (as measured at enrollment) and the risk of miscarriage. Finally, Louis *et al*. (2016) reported no association between PFOA and miscarriage among 501 women in the prospective LIFE study.

### Menopause

A prospective cohort study reported associations between serum PFOA concentrations collected at baseline and earlier age at menopause among a multiracial/multiethnic cohort of premenopausal women (Ding *et al*., 2020). Women in the third tertile of serum PFOA concentrations had a small increase in incidence of menopause compared to women in the first tertile (HR = 1.31, 95% CI: 1.04-1.65, p-trend = 0.01). An important limitation to this study is that the findings may be a result of reverse causation. Reverse causation occurs when the likelihood of an outcome is causally linked to the exposure of interest. Menstruating women excrete PFAS in their menstrual blood, which reduces their overall PFAS body burden, unlike women experiencing menopause. Thus, findings of an association between PFOA and earlier onset menopause should be interpreted with caution because of the potential for reverse causation as an important explanatory factor (as discussed in Ruark *et al*., 2017).

### Preeclampsia and Hypertension

Preeclampsia is characterized by protein in the urine and an increase in blood pressure after week 20 of pregnancy, which can harm both the mother and the developing infant. Gestational hypertension, also called pregnancy-induced hypertension, is the development of hypertension after week 20 of pregnancy without protein in the urine or other changes associated with preeclampsia (APA, 2015).

I identified several studies of PFOA and preeclampsia in the general population, and none of the studies reported an increased risk with increased exposure to PFOA. In a case-cohort analysis, Starling *et al*. (2014a) investigated the association between maternal serum PFOA concentration and preeclampsia in 976 first-time mothers enrolled in the Norwegian Mother and Child Cohort Study (a prospective cohort). Serum PFOA concentration (0.32-11.28 ng/mL) was not associated with an increased risk of confirmed preeclampsia (validated using medical records). Huang *et al*. (2019) performed a cross-sectional analysis of gestational hypertension and preeclampsia in 674 pregnant women. Median umbilical cord plasma PFOA levels were 6.98 ng/mL. The authors obtained information on gestational hypertension and preeclampsia from medical records. Cord plasma PFOA was not associated with gestational hypertension or preeclampsia.

Wikstrom *et al*. (2019a) examined the association between early pregnancy PFOA levels and risk of preeclampsia in 1,773 pregnant women within the Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy (SELMA) prospective study. Multivariate analysis adjusted for parity, age, weight, and smoking. The median serum concentration of PFOA was 1.61 ng/mL. No association was observed between serum PFOA and risk of preeclampsia during pregnancy. In a prospective cohort study, Huo *et al*. (2020) investigated the associations of PFOA levels with gestational hypertension, preeclampsia, and overall hypertensive disorders of pregnancy in 3,220 women from Shanghai, China. Median PFOA levels from blood samples collected before 20 weeks of gestation were 11.85 ng/mL. The authors obtained information on gestational hypertension, preeclampsia, and overall hypertensive disorders of pregnancy from medical records. PFOA was not associated with gestational hypertension, preeclampsia, or overall hypertensive disorders of pregnancy, after controlling for maternal age at the time of enrollment, pre-pregnancy BMI, parental education levels, parity, gestational age at blood collection, and fetal sex.

Rylander *et al*. (2020) investigated the association between serum concentrations of PFAS in early pregnancy and the risk of developing preeclampsia in a case-control study with 296 preeclampsia cases and 580 controls in Sweden.  Associations between PFOA and preeclampsia were analyzed separately for primiparous and multiparous women.  The authors reported no associations between PFOA and risk of developing preeclampsia in either primiparous or multiparous women.

Borghese *et al*. (2020) also reported no associations between plasma PFOA in early pregnancy and either preeclampsia or gestational hypertension, in a prospective study of 1,739 women enrolled in the MIREC Study.  The geometric mean plasma PFOA concentration, sampled between gestational weeks 2 and 14, was 1.65 ng/mL.

Three additional prospective or case-control general population studies also reported no effects of maternal PFOA levels on the development of gestational hypertension (Yang *et al*., 2022; Bommarito *et al*., 2021; Liu *et al*., 2022).

I also identified a few studies of PFOA and preeclampsia and gestational hypertension in exposed community members, which had mixed results (Stein *et al*., 2009; Nolan *et al*., 2010; Savitz *et al*., 2012a; Darrow *et al*., 2013).  Stein *et al*. (2009) investigated the association between PFOA and preeclampsia in 1,845 women in a retrospective cohort study of women enrolled in the C8 Cohort who gave birth between 2000 and 2006.  In this study, serum PFOA concentrations (at interview, prior to birth) ranged from 0.25 to 894.4 ng/mL, with a mean of 48.8 ng/mL.  The authors reported no association between any level of exposure to PFOA and preeclampsia.

Nolan *et al*. (2010) conducted an ecological study (*i.e.*, exposure was assigned based on place of residence rather than actual exposure measurements) and found no association between ZIP Codes that had elevated PFOA concentrations in drinking water and pregnancy-induced hypertension among residents of one of the towns near the industrial site in the Mid-Ohio Valley.

Savitz *et al*. (2012a) also examined preeclampsia in the C8 Cohort study described above and found no association between modeled serum PFOA concentration and preeclampsia per interquartile range (IQR) increase in PFOA (shift from 25th to 75th percentile of exposure); however, the association was statistically significant per 100 ng/mL increase in serum PFOA (odds ratio [OR] = 1.08, 95% CI: 1.01-1.15).  Analyses by percentile of exposure (< 40th through ≥ 80th) showed no increasing risk in more highly exposed groups compared to the less-exposed groups.  The serum concentrations in this study were modeled rather than measured.  The authors tested the correlation between actual and estimated serum concentrations using known serum measurements in 2005-2006.  The correlation was low/moderate (0.67), indicating that exposure misclassification was likely.

Darrow *et al*. (2013) conducted a prospective cohort study of pregnancy outcomes in 1,630 births occurring between 2005 and 2010 in women enrolled in the C8 Cohort.  Mean serum PFOA in this group of mothers ranged from 0.6 to 459.5 ng/mL, with a mean of 31 ng/mL.  The authors reported a small but statistically significant increase in pregnancy-induced hypertension across all births (OR = 1.27, 95% CI: 1.05-1.55 per log unit increase in PFOA).  The association was not statistically significant when calculated per interquartile increase in serum PFOA concentration (22 ng/mL) or in a stratified analysis of first-time mother births only.

Preston *et al*. (2022) conducted a prospective cohort study of 1,558 pregnant women in Boston, Massachusetts.  The mean PFOA concentration was 5.9 ng/mL in maternal plasma.  The authors reported a small increased risk of developing gestational hypertension, but not preeclampsia, with each doubling of serum PFOA concentration.

Zhu and Bartell (2022) examined the effects of drinking water concentrations of PFAS on hypertensive disorders of pregnancy using the CDC WONDER database, which is a public database that is used in a wide-range of epidemiological research. Eighty-seven counties had data for PFOA and were included in subsequent analyses. Population-weighted average PFAS concentrations in water were converted to expected serum levels based on one-compartment pharmacokinetic models. The predicted mean serum PFOA levels was 1.7 ug/L. The data demonstrated a small *decrease* in the risk of developing hypertensive disorders of pregnancy with increasing PFOA concentrations; however, these data must be interpreted with caution, as individual PFOA measurements were not examined.

Overall, the evidence does not support a causal association between PFOA and preeclampsia or pregnancy-induced hypertension. Most of the available studies show no association. The positive studies discussed here showed relatively weak associations (ORs < 1.5), and inconsistency across different types of analysis (*e.g.*, continuous *vs.* quartiles of exposure).

**Conclusions for Reproductive Endpoints: Fertility, Miscarriage, Menopause, Preeclampsia**

For most of the reproductive endpoints described above, the majority of studies showed no positive associations. For some endpoints (female fertility, menopause), reported associations may be due to reverse causation. The few studies on male fertility had inconsistent results; a prospective cohort study reported no effects while two case-control studies both reported some positive effects that were inconsistent between the studies. No increase in miscarriage is evident in relation to PFOA exposure, and the evidence for preeclampsia is weak, with most studies showing no effect and only two studies reporting weak and inconsistent associations. Taken together, the studies of fertility, miscarriage, menopause, and preeclampsia do not support causal associations with PFOA.

**Birth and Growth Outcomes**

Much attention has been given to the effects of PFOA and other PFAS on birth and growth outcomes. Studies have measured parameters such as birth weight and length, and head and waist circumference with mixed results. In general, some studies of the general population reported associations with some measures of growth, while some did not; but studies of the higher-exposed C8 Cohort did not report any consistent associations of PFOA with birth outcomes. Table A5.4 summarizes the results of studies of PFOA and birth and growth outcomes in both the general population and PFOA-exposed communities.

It is important to consider the possible contribution of reverse causation to the results of the birth outcome studies. As noted below, birth outcomes including weight and length correlate with kidney function in the pregnant mother (Verner *et al.*, 2015). Kidney function may also determine the concentration of PFAS in serum, *i.e.*, better-functioning kidneys will clear PFAS from the blood more quickly (Verner *et al.*, 2015). A recent meta-analysis by Steenland *et al.* (2018b), discussed below, provides additional evidence that apparent associations between PFOA and birth weight are due to reverse causation and confounding by kidney function. For this reason, the relationships between PFOA (and other PFAS) and birth outcomes are likely not causal.

**General Population.** Several studies have evaluated birth outcomes in children born to women enrolled in the Danish National Birth Cohort, which recruited pregnant women and their offspring between 1996 and 2002. Fei *et al.* (2007) reported a statistically significant association between PFOA and the unadjusted mean birth weight in the second and third quartiles of maternal exposure, but there was no exposure-response relationship and average birth weight was well above the cutoff for low birth weight (< 2,500 g). In the analysis restricted to the clinical definition of low birth weight (< 2,500 g), there were no statistically significant associations, nor were there statistically significant associations between PFOA and small for gestational age, defined as birth weight < 10th percentile at a specific gestational age in weeks. Fei *et al.*

(2008a) reported that maternal serum PFOA concentrations were not associated with any one of the following fetal growth indicators:  placental weight, birth length, ponderal index (birth weight divided by cubed birth length),[75] and head and abdominal circumferences.  There was a significant decrement in birth length associated with continuous PFOA in the second and fourth exposure quartiles (-0.21 and -0.49 cm, respectively), but there was no exposure-response relationship.  There was also a statistically significant association between continuous increases in serum PFOA concentration and decreased abdominal circumference, but this relationship was not statistically significant in analyses by quartile.  No other outcomes were altered.

In an updated analysis of the Danish National Birth Cohort, Meng *et al.* (2018) reported that each doubling of maternal plasma PFOA was associated with a 35.6 g (95% CI: 5.0-66.3) decrease in birth weight.  In addition, there was a significant decrement in gestational age in the second, third, and fourth PFOA exposure quartiles; however, the association between gestational age and continuous PFOA was not statistically significant.  There were no statistically significant associations between maternal plasma PFOA and clinical low birth weight or preterm birth.  Prospective analyses of this cohort of children, followed further into childhood, have found conflicting results.  Andersen *et al.* (2010) reported that maternal serum PFOA concentration was statistically significantly associated with lower birth weight in boys and girls (-12.8 g weight per 1 ng/mL increase in PFOA).  In sex-specific analyses, weight and BMI in boys were significantly reduced at both 5 months and 1 year of age (1.1-5.8 g difference), but there were no associations with height at either age.  There were no statistically significant associations in girls in the adjusted analyses.  Andersen *et al.* (2013) reported that there was no association between maternal serum PFOA concentration and any anthropometric measures (including BMI, waist circumference, and risk of being overweight) in the same children at 7 years of age.  Note that neither of these studies had information on, and were thus unable to adjust for, postnatal PFAS exposures or other potential confounders occurring after birth.

Because there were inconsistent findings reported in the larger cohorts, I expanded my search to studies of smaller or less well-studied cohorts.  In these studies, no consistent associations were reported between gestational or early-life PFOA exposure and any measures of birth or growth outcomes in infants (see Table A5.4 for birth outcomes).  Several studies reported no association between gestational or early-life PFOA exposure and small for gestational age (Hamm *et al.*, 2010; Chen *et al.*, 2012; Manzano-Salgado *et al.*, 2017a; Govarts *et al.*, 2018; Bell *et al.*, 2018; Chu *et al.*, 2019), body weight (Apelberg *et al.*, 2007; Hamm *et al.*, 2010; Chen *et al.*, 2012; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018; Cao *et al.*, 2018; Bell *et al.*, 2018; Sagiv *et al.*, 2018; Yeung *et al.*, 2019; Bjerregaard-Olesen *et al.*, 2019; Wang *et al.*, 2019a; Marks *et al.*, 2019a; Shoaff *et al.*, 2018; Kashino *et al.*, 2020; Buck Louis *et al.*, 2018), body length (Apelberg *et al.*, 2007; Chen *et al.*, 2012; Maisonet *et al.*, 2012; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018; Bell *et al.*, 2018; Bjerregaard-Olesen *et al.*, 2019; Wang *et al.*, 2019a; Marks *et al.*, 2019a; Shoaff *et al.*, 2018; Kashino *et al.*, 2020; Buck Louis *et al.*, 2018), BMI[76] (Chen *et al.*, 2012; Maisonet *et al.*, 2012; Shoaff *et al.*, 2018; Cao *et al.*, 2018; Bell *et al.*, 2018; Wang *et al.*, 2019a), head circumference (Chen *et al.*, 2012; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Cao *et al.*, 2018; Bell *et al.*, 2018; Bjerregaard-Olesen *et al.*, 2019; Marks *et al.*, 2019a; Kashino *et al.*, 2020; Buck Louis *et al.*, 2018), gestational age (Apelberg *et al.*, 2007; Hamm *et al.*, 2010; Chen *et al.*, 2012; Maisonet *et al.*, 2012; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Sagiv *et al.*, 2018), and prematurity (Hamm *et al.*, 2010; Chen *et al.*, 2012; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Sagiv *et al.*, 2018; Liao *et al.*, 2022).

---

[75] Ponderal index, a measure of leanness, is a measure used to assess fetal growth, usually in small for gestational age infants; it is similar to measurements of BMI in adults (Olsen *et al.*, 2017).

[76] Chen *et al.* (2012), Maisonet *et al.* (2012), Cao *et al.* (2018), Bell *et al.* (2018), and Wang *et al.* (2019a) measured ponderal index, which is similar to BMI.

A few studies reported associations between gestational PFOA exposure and increased odds of being small for gestational age (Wikstrom *et al*., 2019b), reduced birth weight (Maisonet *et al*., 2012; Li *et al*., 2017b; Starling *et al.*, 2017; Chu *et al*., 2019; Wikstrom *et al*., 2019b), reduced length (Cao *et al*., 2018; Yeung *et al*., 2019; Buck Louis *et al*., 2018), increased gestational age (Li *et al*., 2017b), increased BMI (Gyllenhammar *et al*., 2018), decreased BMI (Yeung *et al*., 2019), decreased ponderal index (Apelberg *et al*., 2007), and decreased head circumference (Apelberg *et al*., 2007; Wang *et al*., 2019a).  For many of these studies, the differences were very small (*e.g*., an 0.10 cm difference in birth length used to calculate ponderal index by Apelberg *et al*., 2007), and it is unclear if the changes were clinically relevant (*e.g*., the lack of analysis of the association between PFOA and the clinical definition of low birth weight by Li *et al*., 2017b).

In a cross-sectional study of 463 mother-child pairs in the Faroe Islands, maternal serum PFOA concentration was associated with increased anogenital distance in male infants but not female infants (Christensen *et al*., 2021).  Due to the cross-sectional study design, it is not possible to determine whether the exposure preceded the outcome, so no conclusions can be made regarding causality.  The authors noted that the results of this study are inconsistent with the decreases in anogenital distance reported in animal studies with exposure to PFAS and that would be expected in male offspring if PFAS induced endocrine disruption.  Further, the authors stated that the effect of increased anogenital distance on the reproductive health of males is unknown, but they cited several studies, including that of Eisenberg *et al*. (2011), that reported associations between longer anogenital distance and increased sperm counts and fatherhood.  Thus, the clinical relevance of the increased anogenital distance reported in this study is questionable, as it is not clear whether this outcome can be considered an adverse effect.

In four recently conducted prospective studies of gestational PFOA exposure and adiposity and weight gain in children (Starling *et al*., 2019; Chen *et al*., 2019a; Marks *et al*., 2019b; Martinsson *et al*., 2020), no associations between PFOA and adiposity and weight gain were reported.  A cross-sectional study reported an association between PFOA and decreased height, but no association with body weight, in two-year-old children (Lee *et al*., 2018).

**Exposed Communities.**  Investigations of birth outcomes in the C8 Cohort, with higher PFOA exposures than in general populations, found no consistent evidence of PFOA effects on birth outcomes.  Savitz *et al*. (2012b) reported no consistent associations between PFOA exposure in mothers enrolled in the C8 cohort and increased risk of preterm birth (< 37 weeks gestation) or extremely preterm birth (< 32 weeks gestation), term low birth weight, term small for gestational age, birth weight, or change in term birth weight (*i.e*., loss of weight immediately after birth).  Stein *et al*. (2009) reported no association between any level of exposure to PFOA in mothers enrolled in the C8 cohort and preterm birth (*i.e*., < 37 weeks gestation), low birth weight (*i.e*., < 5.5 pounds), or birth defects, though this study is limited by its cross-sectional design.  Similarly, Darrow *et al*. (2013) found no association between increasing maternal PFOA serum concentration in mothers enrolled in the C8 cohort and preterm birth or low birth weight.

The Minnesota Department of Health (MDH) (2018c) analyzed birth outcomes (low birth weight and prematurity) in an area of Washington and Dakota counties, Minnesota, where the residents were potentially exposed to PFAS, including PFOA, in their drinking water.  In this ecological study, MDH compared individual birth data from 2001 to 2015 in the potentially exposed areas to data from a comparison area of Washington County that did not have elevated PFOA in the drinking water.  MDH reported no unusual increases and no statistically significant differences in either low birth weight or prematurity in the potentially exposed population, either compared to residents of other areas of Washington County or to Minnesota State residents as a whole.

Waterfield *et al*. (2020) conducted an analysis evaluating the association between PFOA and PFOS exposure in municipal water supplies and birth outcomes (low birth weight, very low birth weight, pre-term

birth, early pre-term birth) and the general fertility rate between 2002 and 2011 among residents in Oakdale, Minnesota, in the same general area as in the MDH (2018c) study described above. The authors reported that women residing in Oakdale both before and after a PFAS municipal water filtration system was installed gave birth to significantly smaller infants (pre-filtration, -28.54 g; post-filtration, -16.3 g on average) compared to women in control ZIP codes in Washington County. Women residing in Oakdale before filtration also gave birth significantly earlier (0.1 weeks earlier on average) and had a significantly increased risk of giving birth to infants with low birth weights (OR = 1.36, 95% CI: 1.25-1.48) or very low birth weights (OR = 1.23), and increased risk of giving birth to pre-term (OR = 1.14, 95% CI: 1.09-1.19) or early pre-term infants (OR = 1.42). Women residing in Oakdale also had a significantly decreased general fertility rate compared to women residing in the control community, with a pre-filtration incidence rate ratio of 0.73 (p < 0.01) and a post-filtration incidence rate ratio of 0.77 (p < 0.01).

The authors' adjustment for confounders related to birth outcomes, such as maternal smoking, drinking, and access to prenatal healthcare, was limited because data reporting was "inconsistent over time" as noted by the authors (Waterfield *et al*., 2020). The results are further limited by the use of maternal ZIP code to approximate PFOA and PFOS exposure (*i.e.*, no serum values or quantification of PFAS exposure at the individual residences) and the lack of adjustment for other sources of PFAS exposure and water usage behaviors. Because of these limitations, the results do not confirm a causal association between PFAS exposure in the Oakdale, Minnesota, area and birth outcomes. Furthermore, the results are inconsistent with the MDH (2018c) study described above that concluded there was no unusual increase in low birth weight or premature births in the area.

**Meta-analysis.** As noted above, Steenland *et al*. (2018b) conducted a meta-analysis of 24 studies of PFOA exposure and birth weight, including studies of both the general population and exposed communities. When the studies were divided by the time of maternal blood sampling, the authors found that when PFOA was measured early in the pregnancy or shortly before conception, there was no association with birth weight. In contrast, when PFOA was measured late in the pregnancy, PFOA was associated with lower birth weight.

The authors concluded that changes in blood volume and in GFR during pregnancy may account for the variability of results across studies, and that measurements taken in late pregnancy are likely subject to confounding by GFR to a greater degree than those taken in early pregnancy, due to differences in GFR changes among pregnant women. The authors concluded that their findings were consistent with confounding and/or reverse causation being responsible for the associations between PFOA and lower birth weight in studies that sample serum PFOA later during pregnancy.

In a meta-analysis of 10 prospective cohort studies comprising 6,076 participants, Liu *et al*. (2018) reported that PFOA exposure measured during gestation or at birth was associated with increased BMI (beta = 0.10 [95% CI: 0.03, 0.17]) and risk of being overweight (risk ratio = 1.25 [95% CI: 1.04, 1.50]) in childhood. The authors noted that their results are limited in that several of the studies they analyzed did not control for birth weight; thus "[t]he association between PFOA exposure and childhood adiposity may be exaggerated due to inconsistent birth weight baseline" (Liu *et al*., 2018).

In an additional meta-analysis of six studies (five prospective and one case-control), Cao *et al*., (2022) reported no association between maternal PFOA exposure during gestation and low birth weight. Furthermore, when grouped by geographical location, no significant associations were observed. Although the number of included studies was small, they were all rated high-quality by Cao *et al*. (2022) and exhibited low heterogeneity (*i.e.*, were comparable in terms of study methodology).

**Overall Conclusions for Birth and Growth.** Associations between PFOA and birth and growth are inconsistent both within and across studies. In most cases, when positive associations were observed, the

magnitude of change was low and not necessarily associated with clinical definitions of low birth weight or small for gestational age. As noted by US EPA (2016b), "[w]hen analyzed as a continuous measure, changes in birth weight might not be clinically significant, as small changes in the distribution among term infants do not result in a shift into the distribution seen in preterm infants." In addition, no consistent associations were found in the exposed community studies, in which the population had higher exposures than the subjects in the general population studies.

Further, it is important to consider factors that may be affecting the results of these studies. A PBPK analysis of the studies on birth weight reported that a substantial portion of observed associations between PFOA and birth weight may be attributable to confounding by GFR (Verner *et al.*, 2015). Low GFR is an indicator of reduced kidney function, and lowered kidney function reduces excretion of PFOA (*i.e.*, lower GFR is associated with higher blood concentrations of PFOA). GFR also rises during pregnancy, and pregnant women whose GFR remains low tend to have babies with lower birth weights. As such, women who have babies with lower birth weight (on account of low GFR) will also have higher serum PFOA concentrations. This is supported by the results of the meta-analysis conducted by Steenland *et al.* (2018b).

Overall, I conclude that the evidence does not establish an association between PFOA and birth outcomes and growth at levels associated with the general population and communities with PFOA exposure sources.

# Table A5.4  Studies of PFOA and Birth Outcomes

| Reference | Study Population | Study Type | N | PFOA Exposure | Birth Weight | Low Birth Weight | Preterm Birth | Placental Weight | Birth Length | Ponderal Index[a] | Head Circumference | Abdominal Circumference | Small for Gestational Age | Gestational Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andersen *et al.*, 2010 | Danish National Birth Cohort | Prospective | 1,154 | Maternal serum | Decrease | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Apelberg *et al.*, 2007 | Baltimore THREE Study | Cross-sectional | 293 | Cord blood | No effect | -- | -- | -- | No effect | Decrease | Decrease | -- | -- | No effect |
| Bach *et al.*, 2016 | Aarhus Birth Cohort | Prospective | 1,500 | Maternal blood | No effect | -- | No effect | -- | No effect | -- | No effect | -- | -- | No effect |
| Bell *et al.*, 2018 | Upstate KIDS | Prospective | 3,111 | Infant bloodspot (heel prick) | No effect | -- | -- | -- | No effect | No effect | No effect | -- | -- | No effect |
| Bjerregaard-Olesen *et al.*, 2019 | Aarhus Birth Cohort | Prospective | 690 | Maternal Serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Buck Louis *et al.*, 2018 | NICHD | Prospective | 2,106 | Maternal plasma | No effect | -- | -- | -- | Decrease | -- | -- | -- | -- | -- |
| Cao *et al.*, 2018 | Zhoukou City, China Cohort | Prospective | 337 | Cord serum | No effect | -- | -- | -- | Decrease in Tertile 3 | No effect | No effect | -- | -- | -- |
| Cao *et al.*, 2021 | 6 studies | Meta-analysis | 17,128[b] | Maternal blood | No effect | No effect | -- | -- | -- | -- | -- | -- | -- | -- |
| Chen *et al.*, 2012 | Taiwan Birth Panel Study | Prospective | 429 | Cord blood | No effect | No effect | No effect | -- | No effect | No effect | No effect | -- | No effect | No effect |
| Chu *et al.*, 2019 | Guangzhou Birth Cohort | Prospective | 372 | Maternal serum | Decrease | No effect | No effect | -- | -- | -- | -- | -- | -- | No effect |
| Darrow *et al.*, 2013 | C8 Cohort | Prospective | 1,630 | Maternal serum | No effect | No effect | No effect | -- | -- | -- | -- | -- | -- | -- |
| Fei *et al.*, 2007 | Danish National Birth Cohort | Prospective | 1,400 | Maternal plasma | Increase in Q2, Q3 | No effect | Increase in Q2 | -- | -- | -- | -- | -- | No effect | No effect |
| Fei *et al.*, 2008a | Danish National Birth Cohort | Prospective | 1,400 | Maternal plasma | -- | -- | -- | No effect | Decrease in Q2, Q4, Continuous[c] | No effect | No effect | Decrease[c] | -- | -- |
| Govarts *et al.*, 2018 | 8 European Birth Cohorts | Pooled Analysis | 693 | Cord serum, breast milk[d] | -- | -- | -- | -- | -- | -- | -- | -- | No effect | -- |
| Gyllenham-mar *et al.*, 2018 | POPUP Study | Prospective | 381 | Maternal serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | No effect |
| Hamm *et al.*, 2010 | Canada Gen. Pop. | Prospective | 252 | Maternal serum | No effect | -- | No effect | -- | -- | -- | -- | -- | No effect | No effect |
| Kashino *et al.*, 2020 | HSECH | Prospective | 1,951 | Maternal plasma | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Li *et al.*, 2017b | Guanhzhou Birth Cohort | Prospective | 321 | Cord blood | Decrease[e] | -- | -- | -- | -- | -- | -- | -- | -- | Increase[e] |
| Liao *et al.*, 2022 | Guangxi Zhuang Birth Cohort | Cross-Sectional | 1,341 | Maternal serum | -- | -- | Increase | -- | -- | -- | -- | -- | -- | -- |
| Maisonet *et al.*, 2012 | ALSPAC | Prospective | 447 | Maternal serum | Decrease in Tertile 3 | -- | -- | -- | No effect | No effect | -- | -- | -- | No effect |
| Manzano-Salgado *et al.*, 2017a | INMA | Prospective | 1,202 | Maternal blood | No effect | No effect[f] | No effect | -- | No effect | -- | No effect | -- | No effect | No effect |
| Marks *et al.*, 2019a | ALSPAC | Prospective | 457 | Maternal serum | No effect | -- | -- | -- | No effect[g] | -- | No effect | -- | -- | -- |
| MDH, 2018c | MN Gen Pop | Ecological | NA | Drinking water | -- | No effect | No effect | -- | -- | -- | -- | -- | -- | -- |

| Reference | Study Population | Study Type | N | PFOA Exposure | Birth Weight | Low Birth Weight | Preterm Birth | Placental Weight | Birth Length | Ponderal Index[a] | Head Circumference | Abdominal Circumference | Small for Gestational Age | Gestational Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meng et al., 2018 | Danish National Birth Cohort | Prospective | 3,535 | Maternal plasma | Decrease in Q4, Continuous | No effect | Increase in Q2 | -- | -- | -- | -- | -- | -- | Decrease Q2, Q3, Q4 |
| Sagiv et al., 2018 | Project Viva | Prospective | 1,645 | Maternal plasma | No effect[h] | -- | No effect | -- | -- | -- | -- | -- | -- | No effect |
| Savitz et al., 2012b | C8 Cohort | Case-control | 8,253 | Drinking water | No effect[i] | No effect | No effect[j] | -- | -- | -- | -- | -- | No effect | -- |
| Shoaff et al., 2018 | HOME | Prospective | 345 | Maternal serum | No effect | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Starling et al., 2017 | Healthy Start Cohort | Prospective | 628 | Maternal serum | Decrease in Tertile 3, Continuous | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Steenland et al., 2018b | 24 Studies | Meta-analysis | 5,393 | Maternal serum collected early in pregnancy (1st or 1st/2nd trimester) | No effect | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | 7,563 | Maternal serum collected late in pregnancy (2nd or 2nd/3rd trimester) | Decrease | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Stein et al., 2009 | C8 Cohort | Cross-sectional | 1,845 | Maternal serum | -- | No effect | No effect | -- | -- | -- | -- | -- | -- | -- |
| Wang et al., 2019a | MCHCH Tangshan City, China | Prospective | 424 | Cord blood | No effect | -- | -- | -- | No effect | No effect | Decrease | -- | -- | -- |
| Wikstrom et al., 2019b | SELMA | Prospective | 1,533 | Maternal serum | Decrease in Q4 and Continuous | -- | -- | -- | -- | -- | -- | -- | Increase in Q4 | -- |
| Yeung et al., 2019 | Upstate KIDS | Prospective | 3,111 | Infant bloodspot (heel prick) | Increase[k] | -- | -- | -- | Increase[l] | -- | -- | -- | -- | -- |

Notes:

ALSPAC = Avon Longitudinal Study of Parents and Children; Gen. Pop. = General Population; HSECH = Hokkaido Study on Environment and Children's Health; HOME = Health Outcomes and Measures of the Environment (HOME) Study; INMA = INfancia y Medio Ambiente (Environment and Childhood); MCHCH= Maternal and Child Health Care Hospital; MN Gen Pop = Minnesota General Population; N = Number of Participants/Samples; NICHD = National Institute of Child Health and Human Development Fetal Growth Studies; PFOA = Perfluorooctanoic Acid; POPUP = Persistent Organic Pollutants in Uppsala Primiparas; Q# = Quartile of PFOA Associated with Outcome Change; SELMA = Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy; -- = Outcome Not Studied.

(a)  Ponderal Index = Birth Weight Divided by Cubed Birth Length (g/cm$^3$).
(b)  The total number of participants from six studies included in the meta-analysis.
(c)  PFOA exposure modeling continuously.
(d)  PFOA measured in breast milk converted to cord serum concentrations for analyses.
(e)  Li et al. (2017b) reported stratified analyses showing a decrease only among boys.  For gestational age, increase among girls only.
(f)  No effect for low birth weight at term only.
(g)  Outcome measured in Marks et al. (2019a) is crown to heel length.
(h)  Sagiv et al. (2018) investigated birth weight adjusted for gestational age.

(i)  Savitz *et al.* (2012b) also measured and found no effect for change in term birth weight (*i.e.*, loss of weight immediately after birth).
(j)  Savitz *et al.* (2012b) also measured and found no effect for extremely pre-term birth (<32 weeks gestation).
(k)  Yeung *et al.* (2019) reported this finding for twin births only; no statistically significant association observed among singleton births.
(l)  Yeung *et al.* (2019) reported this finding for singleton births only; no statistically significant association observed among twins.

**Neurodevelopmental Outcomes**

Several cohort studies have evaluated the association between PFOA exposure and neurodevelopmental effects such as cognitive function, motor skills, hyperactivity, attention deficit/hyperactivity disorder (ADHD), and autism spectrum disorder (ASD). Results are inconsistent; a few studies reported deficits associated with PFOA exposure, while most studies reported no association or even improvements.

Most of the studies did not report any effects of PFOA on neurodevelopment. Fei *et al.* (2008b) reported no statistically significant associations between plasma concentrations of PFOA in pregnant women enrolled in the Danish National Birth Cohort and gross motor, fine motor, and mental developmental milestones in their children. The mental development analysis included the child's attention and cognitive functions, as well as language and social-personal development. In a follow-up study, Fei and Olsen (2011) found no association between maternal serum PFOA and behavioral and motor coordination problems in the children at age 7 years. The median concentration of PFOA in maternal blood was 5.4 ng/mL. Similarly, Chen *et al.* (2013) did not observe any associations between cord blood PFOA (mean concentration 2.5 ng/mL) and cognitive, language, motor, social, and self-help scores in children at age 2 years. Wang *et al.* (2015) also found no associations between maternal serum PFOA concentrations (median serum PFOA: 2.5 ng/mL) and childhood intelligence quotient (IQ) at 5 and 8 years of age.

Ode *et al.* (2014), Strom *et al.* (2014), Liew *et al.* (2015), Quaak *et al.* (2016), and Lien *et al.* (2016) reported no associations between maternal serum or umbilical cord PFOA concentration and ADHD in children born to mothers enrolled in birth cohorts in Denmark (Liew *et al.*, 2015,; Strom *et al.*, 2014), the Netherlands (Quaak *et al.*, 2016), Sweden (Ode *et al.*, 2014), and Taiwan (Lien *et al.*, 2016). Strom *et al.* (2014) also found no association between maternal serum PFOA concentration and depression (up to age 22 years) or scholastic achievement in the Danish Fetal Origins Cohort. Quaak *et al.* (2016) found that PFOA was associated with *less* externalizing behavior (defined as negative reaction to the external environment) in boys only.

Liew *et al.* (2018a) investigated the association between prenatal exposure to PFOA and IQ scores at age 5 years in 1,592 mother-child pairs enrolled in the Danish National Birth Cohort. Child IQ was assessed at age 5 using the Wechsler Primary and Preschool Scales of Intelligence-Revised. The median maternal plasma concentration of PFOA was 4.28 ng/mL. The authors did not find any associations between PFOA and any measure of IQ for boys or girls (Liew *et al.*, 2018a).

Some studies reported mixed results. Vuong *et al.* (2016) did not observe any associations between maternal serum PFOA and executive function in children ages 5 and 8 years in a study of 256 mother-child pairs in the Health Outcomes and Measures of the Environment (HOME) Study cohort. The geometric mean maternal serum PFOA concentration was 5.3 ng/mL. In the same cohort, Vuong *et al.* (2018a) did report an association between concurrent childhood serum PFOA concentrations and reduced executive function scores at 8 years of age, but no consistent associations between prenatal or childhood PFOA concentrations and inattention, impulsivity, and visual spatial abilities at 8 years (Vuong *et al.*, 2018b). Vuong *et al.* (2019) also reported a *positive* association between maternal PFOA concentrations and working memory scores on the Weschler Intelligence Scales for Children-IV at age 8 years (*i.e.*, higher PFOA concentrations correlated with better working memory).

A few other studies reported associations between PFOA and neurodevelopmental deficits. Hoyer *et al.* (2015) reported no statistically significant associations between maternal serum PFOA concentrations in women of the INUENDO Cohort and motor skills or hyperactive behavior in their children at 5-9 years when the exposure was examined as a continuous variable. The authors did report an association between maternal PFOA and hyperactivity when the highest tertile was compared to the lowest. The median maternal serum PFOA was 1.4 ng/mL.

In a study of 349 mother-infant pairs from the HOME cohort, Donauer et al. (2015) evaluated neurobehavior in 5-week-old infants according to the Neonatal Intensive Care Unit Network Neurobehavioral Scale in association with maternal serum PFOA concentrations during pregnancy (geometric mean 5.49 ng/mL). There was no association between PFOA and neurobehavior according to this scale. However, when the infants were separated into three categories of social/easygoing, high arousal/difficult, and hypotonic[77] according to the scale, PFOA was associated with the hypotonic category (but not the high arousal/difficult category). This study included over 50 different comparisons, and the authors did not adjust the statistical analysis to account for this, possibly leading to spurious statistically significant results.

In a study of Faroese children, Oulhote et al. (2016) measured PFOA in maternal serum (n = 539) and serum in children age 5 years (n = 508) and 7 years (n = 491) in relation to behavioral difficulties assessed at age 7. The geometric mean maternal serum PFOA concentration was 3.19 ng/mL. The authors observed no associations between prenatal or 7-year PFOA concentrations and behavior scores. However, they reported an association between 5-year PFOA levels and increased scores (corresponding with behavioral difficulties). The interpretation of these results is limited by the fact that the children's behavior was parent-reported rather than professionally assessed; furthermore, there were approximately 200 comparisons in the study and the statistical analysis was not adjusted accordingly, possibly leading to spurious statistically significant results.

Harris et al. (2018) reported mixed results in a longitudinal study of the prospective Project Viva cohort. The authors found that the highest quartile of maternal PFOA was associated with improved visual motor abilities on two of five tests in offspring. The second and third quartile of maternal PFOA was associated with reduced verbal IQ; however, the highest quartile of PFOA was not associated with a change in verbal IQ. The second and fourth quartiles of childhood PFOA concentrations were associated with reduced visual-motor scores; however, the third quartile was not associated with visual-motor scores. The authors acknowledge that their study is limited by cross-sectional associations (in the case of childhood PFAS concentrations), selection bias due to differential loss to follow-up (excluded children tended to have higher verbal outcomes, shorter duration of breastfeeding, higher household income, higher maternal IQ, and lower maternal parity), and estimating[78] (rather than directly measuring) PFOA concentrations in some cases.

Jeddy et al. (2017) reported inconsistent results in a study of early communication development in girls at 15 and 38 months. The authors reported a decrease in vocabulary comprehension and production in girls age 15 months with increasing serum PFOA concentration in mothers younger than 25 years old at time of delivery, but not in older mothers. The authors also reported an improvement in verbal comprehension in girls age 15 months and serum PFOA concentration in mothers older than 30 at time of delivery but no change in younger mothers or overall. In girls age 38 months, there was a slight but statistically significant negative association between intelligibility (i.e., ability to be understood) and maternal PFOA concentrations overall and in mothers over 30, and an improvement in communicative scores with increasing PFOA in mothers under 25. The median maternal serum PFOA concentration was 3.7 ng/mL.

Stein et al. (2014) also reported inconsistent results in a study of executive function, ADHD-like behavior, and behavioral problems in children in the C8 Cohort. The children (n = 321) were assessed by their mothers and teachers at ages that ranged from 6 to 12 years, and the assessments were compared to the children's serum PFOA concentrations measured 3-4 years earlier. The median PFOA serum value was 35.1 ng/mL. Overall, the children's behavior was not associated with PFOA. When the results were

---

[77] Hypotonic is defined as low muscle tone.

[78] Harris et al. (2018) estimated PFAS concentrations below the limit of detection by dividing the limit of detection by the square root of 2.

analyzed by sex, PFOA was associated with improved behavior in boys and decrements in behavior in girls according to the mother's reports. However, according to the teachers' reports, there were no significant results by any measure.

In a prospective birth cohort design, Niu *et al*. (2019) included 533 mother-child pairs from Shanghai, China. When the children turned 4, their mothers were asked to complete the Ages and Stages Questionnaire to assess their children's neuropsychological development. The median maternal PFOA concentration was 19.9 ng/mL. Prenatal PFOA exposure was associated with a statistically significant increase in personal-social skill in girls and a statistically significant decrease in gross motor skill in boys. No statistically significant associations were observed between prenatal PFOA exposure and developmental problems in communication, fine motor function, or problem solving skills. Results were adjusted for potential confounding factors including maternal age at enrollment, pre-pregnancy BMI, parity, per capita household income, passive smoking, gestational age, and child's sex.

Skogheim *et al*. (2020) showed inconsistent associations of maternal PFOA exposure with ADHD and cognitive functions (language skills, estimated IQ, and working memory) in preschool children aged three and a half years from 944 mother-child pairs participating in the longitudinal prospective ADHD study, a subset of the Norwegian Mother, Father and Child Cohort study. Maternal plasma PFOA levels were determined from blood samples drawn at week 17 of gestation, with a mean concentration of 2.61 ng/mL. Results were adjusted for maternal age, education, fish intake, parity, and child's sex in all models, and were also adjusted for maternal ADHD symptoms in analyses of ADHD associations. Compared to the lowest quintile, PFOA exposure in the highest quintile was associated with significantly decreased nonverbal working memory, and PFOA exposure in the third quintile was associated with significantly increased verbal working memory. No associations were observed between prenatal PFOA exposure and ADHD symptoms or other cognitive functions in children. The authors noted the study was subject to potential selection bias, as the participation rate was only 35%. In addition, the participants in the study are not representative of the general population because the mothers were generally older and had a higher educational level and a heathier lifestyle, and the children had more ADHD-related symptoms, than in the general population. It also important to note that ADHD was diagnosed using Preschool Age Psychiatric Assessment interviews with the parents, and as acknowledged by the authors, this is not equivalent to a clinical ADHD diagnosis. Clinical diagnoses often require more information from multiple sources (Skogheim *et al*., 2020).

Two studies reported improvements in neurodevelopmental outcomes in association with PFOA. Stein *et al*. (2013) evaluated the association between maternal serum PFOA during pregnancy and measures of neuropsychological performance among 320 children who participated in the C8 Cohort. The median maternal serum PFOA concentration was 43.7 ng/mL. The authors reported an increase in full scale IQ at age 6-12 years in the highest quartile of PFOA exposure. No associations were observed in other measures of performance.

In a prospective pregnancy and birth cohort, Zhang *et al*. (2018c) recruited 167 mother-child pairs between 2003 and 2006 to measure the association between PFOA and reading skills at ages 5 and 8 years. The median maternal PFOA concentration was 5.4 ng/mL, and the median child PFOA concentrations were 5.5 ng/mL and 2.4 ng/mL at ages 3 and 8 years, respectively. The authors reported statistically significant positive associations between serum PFOA and various measures of children's reading skills, *i.e.*, higher serum PFOA was correlated with better reading skills.

Overall, the results of these studies do not support an association between PFOA and neurodevelopment. The majority of the studies reported no associations with any measured parameters. In studies that did report associations, the results were inconsistent. Furthermore, in some studies, the authors reported improvements in neurodevelopment scores with increasing maternal PFOA.

**Timing of Puberty**

Several studies investigated age at puberty in girls and boys exposed to PFOA *in utero* and/or childhood (Christensen *et al*., 2011; Lopez-Espinosa *et al*., 2011; Kristensen *et al*., 2013; Ernst *et al*., 2019; Zhou *et al*., 2016).  Christensen *et al*. (2011) conducted a nested case-control study of 218 cases of earlier menarche (*i.e.*, commencement of menstruation before age 11.5 years) and 230 girls with menarche after 11.5 years of age enrolled in the Avon Longitudinal Study of Parents and Children (ALSPAC) in the United Kingdom (UK).  Analyses indicated that increasing gestational PFOA exposure was not associated with alterations in the timing of menarche.

Lopez-Espinosa *et al*. (2011) conducted a cross-sectional analysis of the association between concurrent serum PFOA concentrations and age at puberty in boys and girls age 8-18 years enrolled in the C8 Cohort.  Age at puberty was determined using age of menarche and serum estradiol in girls and serum testosterone levels in boys.  No statistically significant associations were found between serum PFOA concentration and later puberty in boys; however, there was a statistically significant association between serum PFOA concentration and later puberty in girls.  The median delay of puberty ranged from 79 to 138 days, and, as noted by authors, a delay in puberty of 3-6 months is of unclear clinical relevance.  This study is also limited by its cross-sectional design; in many cases, the participants had already reached puberty when concentrations of PFOA in blood were measured.

Kristensen *et al*. (2013) assessed the association between prenatal exposure to PFOA and several parameters of female reproductive function around age 20 (age at menarche [collected retrospectively], menstrual cycle length, hormone levels, and number of follicles/ovary) in a prospective cohort study of the Aarhus Birth Cohort in Denmark.  Prenatal PFOA exposure was assessed using maternal serum collected at 30 weeks of gestation.  The authors reported that prenatal exposure to PFOA was associated with a 5.3-month delay in age at menarche (95% CI: 1.3-9.3 months) ($p = 0.01$).  However, PFOA was not associated with statistically significant changes in any of the other reproductive parameters measured.  As noted by the authors, the 5-month delay in menarche is of unknown clinical significance (*i.e*., it is unclear if it would have any long-term health implications).

Ernst *et al*. (2019) studied the associations between maternal PFAS measured in the first trimester and pubertal development, which included several outcomes (age at menarche; voice break; first ejaculation; pubic hair, breast, genital development, and a combined puberty indicator).  The authors studied two independently sampled groups of participants (n = 722 and 445) from the Puberty Cohort, nested within the Danish National Birth Cohort.  Children were born between 2000 and 2003, and the Puberty Cohort was established in 2012.  Data were collected biannually from the age of 11 years until full maturation.  In the first group of participants, the median concentrations of plasma PFOA in first-trimester maternal samples were 5.1 ng/mL for boys and 4.8 ng/mL for girls.  In the second group, median concentrations of plasma PFOA in first-trimester maternal samples were 4.3 ng/mL for boys and 4.1 ng/mL for girls.  Overall, there were no significant associations between PFOA and age at puberty in boys or girls.

In a cross-sectional analysis, Zhou *et al*. (2016) assessed reproductive hormones in 13- to 15-year-old Taiwanese adolescents from the control cohort for the Genetic and Biomarkers Study for Childhood Asthma (GBCA) recruited between 2009 and 2010.  The authors found no associations between serum PFOA concentration and testosterone.  PFOA was not associated with estradiol in combined regression analyses, but when stratified by sex, PFOA was positively associated with estradiol in boys.

I conclude that the evidence does not establish an association between either gestational or childhood exposure to PFOA and age at puberty.  The analysis in boys showed inconsistent results.  The studies of puberty in girls provided conflicting evidence of an association between PFOA and early or late puberty.

However, any association between PFOA and later age at menarche would likely be confounded by the pharmacokinetics of PFOA, in which case the association is unlikely to be causal. Specifically, because menstrual blood is one route of removal of PFOA from the body, girls with an earlier first menarche would have lower serum PFOA concentrations than those with later first menarche (Wong *et al*., 2014; Wu *et al*., 2015).

**Conclusions for Reproductive and Developmental Effects**

Overall, I conclude that the findings to date do not demonstrate a reliable association between PFOA exposure and declines in birth weight or other developmental parameters. The larger, well-characterized cohorts most often found no statistically significant associations between PFOA and fetal and childhood growth, and many of the effects observed in smaller cohort studies were so small that they may not have been clinically significant. Further, studies of exposed communities, who have higher serum PFOA relative to the general population, have been largely null for reproductive and developmental effects.

### A5.1.4.2    Liver Enzymes and Disease

In a study that evaluated the association between PFOA and liver enzymes in the general population, Lin *et al*. (2010) conducted a cross-sectional analysis of 2,216 adults in NHANES in 1999-2000 and 2003-2004. The authors reported that for each unit increase in log PFOA, there was a significant increase in ALT (1.86 units, $p = 0.005$) and GGT (0.08 units, $p = 0.019$). When analyzed by quartiles, the trend for ALT remained statistically significant, although ALT was higher in the first quartile relative to the second. One limitation of this study was the lack of control for medications that may have altered ALT or GGT and the possibility of reverse causation.

Similarly, Gleason *et al*. (2015) conducted a cross-sectional analysis evaluating liver enzymes in 4,333 participants of the 2006-2008 and 2009-2010 NHANES. Serum PFOA concentrations averaged 3.5 ng/mL (range: 3.4-3.7 ng/mL). Increases in PFOA were associated with increases in GGT, ALT, and total bilirubin.

Several studies measured liver enzymes in PFOA-exposed communities (Emmett *et al*., 2006; Gallo *et al*., 2012; Darrow *et al*., 2016). In a cross-sectional study, Emmett *et al*. (2006) evaluated liver enzymes in residents in the Little Hocking water district in southeastern Ohio, where there has been substantial environmental exposure to PFOA.[79] Participants were required to have been residents of the district for at least 2 years. Questionnaires and blood samples were collected simultaneously. The authors found no statistically significant associations between PFOA and bilirubin, ALT, AST, or GGT. When the authors analyzed a subset of people falling outside of the clinically normal range of these endpoints, PFOA was statistically significantly associated with abnormal AST ($p = 0.03$). Finally, there was no statistically significant association between PFOA exposure and liver disease (n = 13 cases). Overall, the authors concluded there were no clear associations between PFOA and liver toxicity in this cohort.

Gallo *et al*. (2012) conducted a cross-sectional analysis of PFOA and markers of liver function in adults enrolled in the C8 Cohort between 2005 and 2006. Increasing serum PFOA was associated with a small increase in ALT but was not associated with GGT or bilirubin. The authors noted that the small changes in ALT may not lead to diagnosable conditions in the future, and it was unclear if these changes would be reversible.

---

[79] Note that these participants are part of the C8 Cohort, but this analysis was completed using data that the Little Hocking water district collected independently (Frisbee *et al*., 2009).

Darrow *et al*. (2016) assessed the association between PFOA and physician-validated self-reported liver disease (hepatitis, fatty liver, enlarged liver, and cirrhosis) in > 28,000 participants in the C8 Cohort. Blood samples were collected between 2005 and 2006 to measure liver enzymes and PFOA exposure. Information on self-reported liver disease was collected in surveys between 2008 and 2011 and validated by medical record review. The authors also included workers in previous cohorts drawn from the local PFOA production plant (Leonard *et al*., 2008). Cross-sectional analysis of liver enzymes and PFOA in 2005/2006 and cumulative serum PFOA concentration showed a statistically significant association between increasing PFOA concentration and increased ALT, but no consistent associations with bilirubin and GGT (note, however, that there was a significant *decrease* in bilirubin in the fifth quintile of exposure). There were no statistically significant associations between serum PFOA concentration and liver disease, however, including unlagged and 10-year exposure-lagged models. The authors concluded that there was no indication of associations that would translate into an increased risk of liver disease.

Convertino *et al*. (2018) conducted a study evaluating the chemotherapeutic potential of APFO in 49 patients with primarily solid-tumor cancer and who had previously failed standard therapy. Patients were given escalating doses of APFO (50 to 1,200 mg) orally for 6 weeks, and plasma PFOA, liver and pancreatic enzymes (ALT, aspartate transaminase [AST], GGT, ALP, bilirubin, amylase), and liver function blood clotting tests were measured before treatment and weekly thereafter. The authors found no association between plasma PFOA and any of the measurements of liver enzymes and function at serum PFOA concentrations up to 620,000 ng/mL. The authors noted that their study is limited because cancer patients may have considerably different metabolic activity relative to healthy individuals.

Nian *et al*. (2019) evaluated associations between liver function biomarkers and serum PFAS levels in the C8 Cohort in China, with 1,605 participants from the city of Shenyang. The median serum concentration of PFOA was 6.19 ng/mL. Increases in PFOA were associated with increases in ALT, AST, prealbumin, GGT, albumin, and cholinesterase (a non-specific biomarker of liver protein synthesis activity).

Salihovic *et al*. (2018) investigated associations between serum concentrations of PFAS and liver enzymes in a longitudinal study with a cohort of 1,002 Swedish volunteers from age 70 to 80 years. Median serum concentrations of PFOA ranged from 2.53 to 3.81 ng/mL over the course of the study. Increases in serum PFOA were associated with an increase in ALT and ALP.

These studies showed fairly consistent increases in certain liver enzymes, especially ALT, with increasing serum PFOA. However, none of these studies reported any association between increased PFOA and liver disease. Thus, the increase in enzymes is likely not a clinically significant outcome.

### A5.1.4.3        Thyroid Hormones and Disease

The thyroid is a butterfly-shaped gland at the base of the neck that releases hormones that control a variety of functions in the body, including metabolism, brain development and function, and the function of other organs, such as the skin, heart, and intestines (Johns Hopkins Medicine, 2019). Several tests are commonly used to monitor thyroid function. These include measurements of serum TSH, a protein made in the pituitary gland, which regulates the synthesis of thyroid hormones, T4, T3, free T4 (T4 not bound to protein carriers), thyroid peroxidase antibodies, and radioactive iodine uptake. Small increases in serum T3 and T4 result in the inhibition of the secretion of TSH, while small decreases result in the increase of TSH secretion.

Hypothyroidism (underactive thyroid) is a common condition that is characterized by elevated levels of TSH and decreased levels of T3 and T4 hormones (Harvard Health Publishing, 2019). Hyperthyroidism, or overactive thyroid, is a condition in which the thyroid produces too much T4, accelerating metabolism.

TSH levels are also suppressed in hyperthyroidism (ATA, 2018).  Both hyper- and hypothyroidism are treatable with thyroid medications (ATA, 2018; Cleveland Clinic, 2020).  As noted previously, although substantial and sustained alterations in thyroid hormone levels can be adverse, small, transient changes in thyroid hormone levels are not necessarily adverse.

Wen *et al.* (2013) studied associations between PFOA exposure and thyroid hormones among 1,181 NHANES participants older than 20 years in a cross-sectional study.  Geometric mean PFOA levels were 4.15 ng/mL.  In women, a 1 unit increase in natural log-PFOA levels was associated with increased total T3 (6.6 ng/dL, *p* = 0.035).  The magnitude of impact on T3 levels was small and the measurements were within reference ranges, suggesting the change is unlikely to be of clinical significance.[80]  Furthermore, there is evidence that some observed associations between subclinical thyroid changes and serum concentrations of PFAS may be due to reverse causation.  Thyroid hormones influence the GFR, and renal excretion is a primary route of excretion for PFAS (Dzierlenga *et al.*, 2019, 2020).  Therefore, thyroid effects on PFAS excretion could account for some of the reported associations by Wen *et al.* (2013).

Shrestha *et al.* (2014) conducted a cross-sectional evaluation of the association between serum PFOS and PFOA and thyroid hormones in 87 older adults (age 55-74 years) who resided in communities in the upper Hudson River area in New York.  The authors reported no statistically significant association between serum PFOA concentration and any of the measured thyroid hormones (TSH, T3, T4, free T4), after adjusting for potential confounders.

Winquist and Steenland (2014b) conducted a longitudinal cohort study of the association between estimated serum PFOA concentration and functional thyroid disease (medical-record-validated cases) in adult residents and workers exposed to PFOA in drinking water near a production plant in the Mid-Ohio Valley (C8 Cohort).  The authors conducted both retrospective and prospective analyses of PFOA concentrations measured in serum samples collected in 2005-2006 and modeled (yearly and cumulative) serum PFOA estimates.  The retrospective analysis found increasing risk of functional thyroid disease (and hyperthyroidism, specifically) with increasing estimated PFOA quintiles overall and among women but not among men.  The prospective analyses did not find a clear association between functional thyroid disease and modeled PFOA concentrations for men and women combined, but there was a smaller number of cases compared to the retrospective analyses.  Among men, there was an increased risk of hypothyroidism with increasing quintile, especially when exposure was characterized cumulatively (hazard ratios [HRs] for quintiles 2-5 *vs.* quintile 1 = 1.12, 1.32, 1.45, 2.02), but CIs did not exclude the null.  The results were similar in analyses restricted to the community cohort.

Webster *et al.* (2016) conducted a cross-sectional analysis of serum PFAS concentrations and thyroid hormone in 1,525 US adults, using NHANES data from 2007 and 2008.  The authors assessed associations between PFOA and free T3, free T4, the ratio of free T3/free T4, total T3, total T4, and TSH.  They also stratified people into four groups by indicators of thyroid "stress," including higher thyroid peroxidase antibody (TPOAb), a marker of the autoimmune condition Hashimoto's disease,[81] and low iodine status.  There were no statistically significant associations between PFOA and any of the thyroid hormones in those with normal TPOAb and iodine levels, low iodine only, or high TPOAb only.  Those with high TPOAb and low iodine had a significant increase in TSH, but not no significant changes in any of the other hormone measures.  Only 26 participants had high TPOAb and low iodine (2% of the study size).  In addition to its small sample size, this study was limited by its cross-sectional design and thus, the possibility of reverse causation.

---

[80] The Mayo Clinic lists reference ranges for adult T3 levels as 80-200 ng/dL (Mayo Clinic, 2019a).

[81] Hashimoto's disease occurs when the immune system attacks the thyroid, which often leads to hypothyroidism.  The disease causes the development of antibodies against thyroid peroxidase, which is an enzyme found in the thyroid gland that regulates thyroid hormone production.  Measuring serum TPOAb is used to diagnose Hashimoto's disease (Mayo Clinic, 2018).

As discussed above, Convertino *et al.* (2018) conducted a study evaluating the chemotherapeutic potential of APFO in 49 patients with primarily solid-tumor cancer and who had previously failed standard therapy. Patients were given escalating doses of APFO (50 to 1,200 mg) orally for 6 weeks, and plasma PFOA, TSH, and free T4 were measured before treatment and weekly thereafter. The authors found that free T4 levels were associated with plasma PFOA concentrations; however, TSH levels were not related to plasma PFOA. The authors stated that "[t]he observed increase in [free] T4…with no apparent effect on TSH, suggested that the increase in [free] T4 was not clinically significant…." The authors noted that their study is limited because cancer patients may have considerably different metabolic activity relative to healthy individuals.

In a prospective cohort study (Fernald Community Cohort), Blake *et al.* (2018) evaluated the associations between serum PFOA and thyroid hormones (TSH and total T4) among 210 adults (median age 38 years) recruited between 1990 and 2008. The median concentration of PFOA was 12.7 µg/L. PFOA was not associated with TSH or total T4.

In Project Viva, a prospective prebirth cohort in Boston, Massachusetts, Preston *et al.* (2018) examined PFOA exposure during early pregnancy in association with maternal and neonatal thyroid hormone levels in 732 mothers and 480 neonates from 1999 to 2002. The mean concentration of PFOA was 5.6 ng/mL in mothers and 5.5 ng/mL in neonates. Median maternal and prenatal total T4 was 9.9 and 17.3 µg/dL, respectively. The median free T4 index[82] was 2.1 in mothers (free T4 was not measured in neonates). PFOA was inversely associated with maternal free T4 (-1.87% per IQR increase) when measured continuously but not when analyzed by quartiles. Prenatal PFOA was inversely associated with T4 level in male neonates only (-1.72%) when the fourth quartile of PFOA was compared to the first quartile but not when analyzed by continuous measure.

In a cross-sectional study, Dufour *et al.* (2018) collected umbilical cord blood at birth and a blood spot on PND 3 to assess the association between PFOA and maternal hypothyroidism and neonatal TSH in 214 mother-baby pairs. The mean concentrations of PFOA and TSH in cord blood were 0.80 ng/mL and 5.41 ng/mL, respectively. Statistical analyses demonstrated elevated risk of hypothyroidism in mothers in the second and fourth quartiles of exposure only compared to the first quartile (Q2 OR = 4.42, 95% CI: 1.23-21.14; Q3 OR = 3.22, 95% CI: 0.88-15.38; and Q4 OR = 5.62, 95% CI: 1.64-26.11). The wide CIs indicate a lack of precision in the risk estimates, and the nonmonotonic exposure-response relationship calls into question whether the reported elevated risks are treatment related. There were no significant relationships between umbilical cord PFOA concentrations and TSH in boys or girls on PND 3.

In a cross-sectional study, Inoue *et al.* (2019) evaluated the association between PFOA and maternal TSH and free T4 during gestation weeks 5 through 19 in 1,366 women from three subcohorts within the Danish National Birth Cohort. The median serum PFOA was 4.52 ng/mL, the mean serum TSH was 1.13 mIU/L, and the mean serum free T4 was 14.2 pmol/L. Data were analyzed using a model that adjusted for maternal age, smoking, SES, maternal BMI, gestational week, and birth year. Higher TSH levels were associated with the highest PFAS exposure quartile from gestational weeks 5 to 9, but this trend became null after gestational week 10. There were no significant associations between PFOA and free T4 in early or late pregnancy when women with thyroid disease were excluded from the analysis.

Itoh *et al.* (2019) evaluated associations between PFOA in maternal serum and maternal thyroid status in a cross-sectional study of 701 mother-child pairs who participated in the Hokkaido Study. Maternal plasma

---

[82] Preston *et al.* (2018) stated that the free T4 index was calculated by multiplying total T4 and T3 resin uptake and was "an estimate of circulating free T4 levels, which accounts for changes in T4 levels due to changes in thyroid binding protein levels and saturation, such as increases in thyroxine binding globulin (TBG) during pregnancy."

samples were collected between gestational weeks 28 and 32, and maternal thyroid status was indicated by concentrations of thyroid hormones and thyroid antibodies TgAb and TPOaB. In maternal serum, median concentrations were 2 ng/mL for PFOA, 0.802 µU/mL for TSH, 3.04 pg/mL for free T3, and 13.5 pg/mL for free T4. When data were analyzed across maternal thyroid status, there was a significant negative association between PFOA and TPOaB, but this effect did not persist when stratified by maternal thyroid antibody status. The authors stated that it is difficult to propose a mechanism to explain this observation.

In the same study, Itoh *et al*. (2019) also conducted a prospective birth cohort analysis with the offspring in the mother-child pairs. The authors assessed the relationships between maternal serum PFOA and neonatal thyroid status, which was indicated by thyroid hormones and thyroid antibodies, from umbilical cord blood collected at birth. Median serum concentrations were 7.98 µU/mL for TSH, 1.29 pg/mL for free T3, and 13.0 pg/mL for free T4. For boys, but not girls, of thyroid antibody-negative mothers, there was a negative association between thyroglobulin antibody (TgAb) and maternal PFOA.

Lebeaux *et al*. (2020) conducted a prospective cohort study of 305 mother-child pairs enrolled in the HOME study. The authors measured thyroid hormones and PFOA in maternal serum collected during gestational week 16 for 185 women. Median maternal serum values were 1.3 µIU/L TSH, 10.3 µg/dL total T4, 158.0 ng/dL total T3, 0.7 ng/dL free T4, 3.2 pg/mL free T3, and 5.5 ng/mL PFOA. Thyroid hormones and PFOA were also measured in the cord serum collected at birth from 256 neonates. Median cord serum values were 7.1 µIU/L TSH, 9.6 µg/dL total T4, 49 ng/dL total T3, 1 ng/dL free T4, 1.6 pg/mL free T3, and 5.6 ng/mL PFOA. There were no significant associations between maternal PFOA and TSH, total T4, total T3, free T4, free T3, TPOAb, or TgAb. For offspring of women with higher (> 0.6 IU/mL) TPOAb levels, PFOA was negatively associated with free T4.

Kim *et al*. (2018b) conducted a meta-analysis of 12 studies evaluating the association between serum concentrations of PFOS, PFOA, or PFHxS and thyroid hormones in adults. PFOA was significantly negatively associated with free T4 in only one of the models; however, the authors stated that there was no significant correlation between PFOA and free/total T4. There were no significant associations between PFOA and T3 or TSH. There was also no significant association between PFOA and thyroid hormones in a subgroup of studies in pregnant women.

Taken together, these studies do not show consistent effects of PFOA on thyroid hormones. Some showed no association with any thyroid-related hormones. The ones that did report an association were inconsistent regarding which hormone was affected, in which direction, and in which sex. When effects occurred, they were generally not of a clinically significant magnitude. Overall, these studies do not support an adverse effect of PFOA on thyroid hormones.

### A5.1.4.4    Serum Lipids and Cardiovascular Disease

**Children and Adolescents**

Several studies have examined cross-sectional associations between PFOA and serum lipids, body weight, and other cardiometabolic risk factors in children and adolescents. Overall, the findings were inconsistent, with some studies reporting increased cholesterol and body weight in association with PFOA, and others studies showing no change. In the studies that reported an increase, the values tended to be small and of questionable clinical significance. A few studies reported changes in cardiovascular parameters, but the majority reported no increase in CVD. In two longitudinal studies, results were also inconsistent. Many of the serum lipid studies were conducted with cohorts of children aged 1-18 years (Frisbee *et al*., 2010; Geiger *et al*., 2014; Timmermann *et al*., 2014; Zeng *et al*., 2015; Manzano-Salgado *et al*., 2017b; Jain and Ducatman, 2018; Fassler *et al*., 2019).

Frisbee *et al*. (2010) conducted a cross-sectional analysis of 12,476 children and adolescents (1-17.9 years old) enrolled in the C8 Cohort.  Mean serum PFOA was 69.2 ng/mL, which was well above the national average from this time.  The authors reported that total cholesterol and LDL significantly increased with increasing serum PFOA concentration.  There were no associations between PFOA and HDL, and only girls in the 1-11.9 years old group showed associations between PFOA and fasting triglycerides. In analyses dichotomized by abnormal cutoff values, some associations remained significant, but only at specific exposure levels.  For example, PFOA was only significantly associated with total cholesterol in children in the fourth and fifth quintiles of exposure.  Associations with LDL only remained significant for the fifth quintile of PFOA, and for fasting triglycerides, only the fifth quintile of PFOA exposure.

Among children from the general population, results were somewhat inconsistent across studies.  In a cross-sectional study, Geiger *et al*. (2014) reported that serum PFOA concentration was statistically significantly positively associated with total cholesterol and LDL, but not HDL or triglycerides, in a group of 815 12- to 18-year-old children enrolled in NHANES.  Jain and Ducatman (2018) reported no associations between serum PFOA and total, HDL, or non-HDL cholesterol in a cross-sectional study of 458 US children aged 6-11 years using the NHANES data from 2013 to 2014.  The geometric mean serum concentration of PFOA was 1.84 ng/mL in males and 1.72 ng/mL in females.  Dong *et al*. (2019) also reported no correlations between PFOA and total, HDL, or LDL cholesterol in a study of 2,987 adolescents aged 12-19 years using the NHANES data from 2003 to 2014.  The mean serum level of PFOA was 3.3 ng/mL.

Timmermann *et al*. (2014) reported that there was no significant increase in serum triglycerides per 10 ng/mL increase in serum PFOA concentration in a cross-sectional analysis of 499 8- to 10-year-old children enrolled in the Danish portion of the European Youth Heart Study.  Serum PFOA concentrations ranged from 0.8 to 35.2 ng/mL.  There were also no associations between other markers of adiposity, including BMI, waist circumference, and serum adiponectin and leptin.  In stratified analyses, however, overweight children had increased triglycerides (76.2% increase), plasma insulin, insulin resistance, and β-cell function for each 10 ng/mL increase in serum PFOA.  Zeng *et al*. (2015) also reported that PFOA was positively associated with total cholesterol, triglycerides, and LDL in a cross-sectional analysis of a group of 225 healthy 12- to 15-year-old children in Taiwan.  There was no association between serum PFOA concentration and HDL.  While there were exposure-response relationships for triglycerides, both total cholesterol and LDL had no exposure response; in fact, subjects in the third quartile of PFOA exposure had significantly decreased total cholesterol.

A longitudinal study (*i.e.*, prospective cohort study) of children and adolescents that included serum lipids was conducted by Domazet *et al*. (2016).  The authors followed > 300 children (age 9 years) enrolled in the European Youth Heart Study until they turned 21 years old.  When the authors examined the associations of PFOA measured at 9 years of age and outcomes at 15 and 21 years old, there was no association between increasing serum PFOA concentration and triglyceride levels.  There was also no association between serum PFOA measured at 15 years old and triglyceride levels at 21 years old.

In a cross-sectional study, Fassler *et al*. (2019) examined the associations of serum PFOA levels with body mass, serum insulin, and lipid profile in 353 six- to eight-year-old girls from the Cincinnati cohort of the Breast Cancer and Environment Research Program study.  Parameters included fasting insulin, glucose, insulin sensitivity, insulin resistance, fasting triglycerides, total cholesterol, HDL cholesterol, and LDL cholesterol, as well as anthropometric parameters including BMI, waist-to-hip ratio, and waist-to-height ratio.  Mean serum concentration of PFOA was 9.49 ng/mL, ranging from <0.10 ng/mL to 55.90 ng/mL. A statistically significant inverse association was found between serum PFOA and BMI after adjustment for race/ethnicity, age in month, and pubertal maturation.

Manzano-Salgado *et al*. (2017b) measured associations between prenatal plasma PFOA and factors related to childhood cardiometabolic conditions in 1,154 mother-child pairs from the Environmental and Childhood – Infancia y Medio Ambiente (INMA) prospective birth cohort. Outcomes included weight gain from birth to 6 months; BMI, waist circumference, and blood pressure at 4 and 7 years; and lipids (total cholesterol, HDL cholesterol, LDL cholesterol, triglycerides) and a cardiometabolic-risk score at 4 years. Maternal blood samples were collected during the first trimester. The geometric mean of maternal plasma PFOA was 2.32 ng/mL. There was a positive association between PFOA and weight gain from birth until 6 months in boys (β = 0.13, 95% CI: 0.01-0.26) but not in girls (β = -0.03, 95% CI: -0.14-0.08). In boys, prenatal PFOA was inversely associated with HDL cholesterol. There were no other statistically significant associations observed.

Jensen *et al*. (2020) evaluated the associations between maternal PFAS concentrations and measures of adiposity in infants and young children in a prospective study of 649 mother-child pairs in the Odense Child Cohort. PFAS was measured in serum at study enrollment, with the median gestational age at enrollment of 11.3 weeks among the study participants. The median PFOA serum concentration was 1.62 ng/mL (5th-95th percentile range = 0.67-4.03 ng/mL). There was no association with total cholesterol or triglycerides in the children. The authors reported that PFOA was associated with ponderal index and with BMI of children at 3 and 18 months (results were pooled for these ages), but not at birth. The effect sizes were very small, however; for each 1 ng/mL increase in maternal serum PFOA the increase in ponderal index was 0.07 times the standard deviation of the reference value, roughly amounting to a maximum difference of 2.1% over the range of serum PFOA from the 5th to the 95th percentile. For BMI, the maximum difference was 1.2%. While these values may be statistically significant, the biological relevance of such small effect sizes is questionable. In addition, a major limitation of this study is that the results for the 3- and 18-month old children were pooled. The physical characteristics measured (body weight, adiposity, *etc*.) are bound to change during this period of rapid development in children.

Finally, Ma *et al*. (2019) studied the association between PFOA exposure and blood pressure in 2,251 adolescents < 20 years of age enrolled in the NHANES study from 2003 to 2012. No association was observed between serum PFOA level and blood pressure.

**Adult Populations**

Several additional studies have examined cross-sectional associations between PFOA and serum lipids, hypertension, and CVD in adult populations, including pregnant women. Overall, the findings were mixed, with some studies reporting increased cholesterol in association with PFOA, and others studies showing no change. In the studies that reported an increase, the values tended to be small and of questionable clinical significance. A few studies reported changes in cardiovascular parameters, but the majority reported no increase in CVD.

Eriksen *et al*. (2013) measured serum PFOA and total cholesterol in a cross-sectional analysis of a group of 753 adults enrolled in the Danish Diet, Cancer, and Health (DCH) Cohort. The authors reported that there was a significant, 4.4 mg/dL increase in total cholesterol per IQR increase of serum PFOA concentration (IQR not reported, but the mean and maximum PFOA concentrations were 7.1 ng/mL and 27 ng/mL, respectively).

In a cross-sectional study, Fu *et al*. (2014) found that serum PFOA concentration was not associated with LDL, HDL, or triglycerides in a population of 133 adult hospital patients in China. Exposure to PFOA in this cohort was very low, with a mean serum PFOA concentration of 2.95 ng/mL (range: 0.32-39.46 ng/mL). Participants in the highest quartile of PFOA exposure had total cholesterol levels that were 0.24 mmol/L higher than those in the lowest quartile. However, when analyses were conducted for abnormal serum lipids (using cutoffs of normal ranges), none of the associations were statistically significant, and the

only adjusted OR above 1 was for the third quartile (*i.e.*, no indication of an exposure-response relationship). The population in this study, however, had much lower mean PFOA serum concentrations (overall mean: $1.68 \pm 1.20$ ng/mL, highest quartile: $3.12 \pm 1.52$ ng/mL) than in the DCH and C8 Cohorts.

Starling *et al*. (2014b) conducted a cross-sectional analysis of serum lipids in a cohort of 891 pregnant women in the Norwegian Mother and Child Cohort Study. Plasma was collected in mid-pregnancy and analyzed for lipids and concentrations of PFAS. PFOA was not statistically significantly associated with alterations in total cholesterol, HDL, LDL, or triglycerides.

Spratlen *et al*. (2019) investigated the association between cord blood PFOA and cord blood lipids in 222 pregnant women enrolled in the Columbia University World Trade Center birth cohort between December 2001 and June 2012. Cord lipids measured in the study include total lipids, total cholesterol, and triglycerides. Factors including maternal age, race, education, parity, pre-pregnancy BMI, marital status, family smoking, gestational age, and child sex were considered in the analyses. Median concentration of PFOA measured in cord blood was 2.46 ng/mL. After adjustment for potential covariates, higher PFOA was associated with significantly higher total lipids and higher triglycerides levels. When examined by PFOA exposure quartiles, linear trends were also observed (p = 0.04 for total lipids, and 0.001 for triglycerides).

Gardener *et al*. (2020) conducted a cross-sectional analysis of serum PFAS in late pregnancy and metabolic outcomes in 433 pregnant women enrolled in the Vanguard Pilot Study of the National Children's Study. Serum samples were collected in the third trimester, and the median PFOA concentration was 1.4 ng/mL. There were no associations between PFOA and serum triglycerides, total cholesterol, or fasting insulin.

In a longitudinal analysis of 786 South Korean adults, Seo *et al*. (2018) analyzed associations between serum concentrations of PFAS and serum lipids over the course of 10 years from 2006 to 2015. Serum samples were collected through the Health Assessment Study of Seoul Citizens. Mean serum PFOA concentrations were 4.94 ng/mL. Increased serum PFOA concentrations were associated with increased total cholesterol and HDL.

Dong *et al*. (2019) examined the association between PFOA exposure and cholesterol levels in 8,948 adults aged 20-80 years using the NHANES data from 2003 to 2014. Mean serum level of PFOA was 3.7 ng/mL. A significant positive association was observed between PFOA and total cholesterol. When PFOA was categorized into quartiles, a significant linear trend was observed for change in total cholesterol. No association was observed between PFOA and HDL or LDL.

Several studies addressed the relationship between PFOA and serum lipids, hypertension, stroke, or coronary artery disease in adult residents and workers in the Mid-Ohio Valley (C8 Cohort) (Steenland *et al*., 2009; Winquist and Steenland, 2014a; Fitz-Simon *et al*., 2013; Honda-Kohmo *et al*., 2019; Hutcheson *et al*., 2019). Steenland *et al*. (2009) investigated cross-sectional measures of PFOA and serum lipids in 42,294 adults enrolled in the C8 Cohort. All endpoints except HDL were significantly increased as serum PFOA concentration increased ($p < 0.05$). The difference in total cholesterol from the lowest to the highest exposure group was about 11-12 mg/dL.

Fitz-Simon *et al*. (2013) conducted a longitudinal study of serum PFOA concentration and lipids in 521 participants in the C8 Cohort over a 4.4-year period. During this period, PFOA levels in public water supplies were reduced due to filtration and consequently, serum PFOA concentrations were also reduced (mean of 74.8 ng/mL prior to the water filtration *vs.* 30.8 ng/mL during). This change was associated with a decrease in LDL and HDL (statistically significant only in the highest tertile of exposure). There were no statistically significant associations between PFOA and total cholesterol or triglycerides. The authors

noted that the magnitude of changes in lipids was small, and it is unclear whether a small decrease in LDL and a small decrease in HDL would result in clinically meaningful effects.

Winquist and Steenland (2014a) conducted a cohort study of coronary artery disease, hypertension, and hypercholesterolemia (diagnosed high cholesterol) in more than 30,000 community residents and workers in the C8 Cohort. The authors conducted both prospective (beginning 1 year after age at the time of C8 Cohort enrollment) and retrospective (beginning the year an individual turned 20 years old or 1952, whichever was later). Serum was either measured (prospective) or modeled (retrospective). In the analyses restricted to the community cohort, risk of hypertension was increased in some quartiles of PFOA exposure in males and in both sexes between the age of 40 and 59 years; however, the associations did not follow an exposure-response pattern (risk was highest in quartile 3 and lowest in quartile 4, relative to quartile 1). Hypercholesterolemia was also significantly increased for all ages in the community cohort and in the 40-59 years old age group, but not in the 60-79 years old age group. Again, however, there were no exposure-response relationships. There were no statistically significant associations between serum PFOA concentration and coronary artery disease.

In a cross-sectional study, Honda-Kohmo *et al*. (2019) investigated the association between PFOA and coronary heart disease in 5,270 adults with diabetes, aged $\geq 20$ years, from the C8 Health Project. The median concentration of serum PFOA measured in individuals with coronary heart disease and those without were 28.4 ng/mL and 29.0 ng/mL, respectively. A significant *inverse* association was observed between PFOA level and coronary heart disease (*i.e.*, higher PFOA exposure was associated with lower disease incidence) after controlling for kidney function and other potential confounders.

In a cross-sectional study, Hutcheson *et al*. (2019) examined the association between PFOA and risk of stroke and any modifying influence of diabetes in 48,206 adults from the C8 Health Project. History of stroke and diabetes were determined *via* self-reported physician diagnosis. Among 3,921 individuals that reported diabetes, 238 also reported a history of stroke, and among 44,285 individuals that did not report diabetes, 643 reported a history of stroke. Potential confounding factors including race, sex, diabetes duration, BMI, HDL cholesterol, LDL cholesterol, C-reactive protein, estimated glomerular filtration rate (eGFR), and smoking history were adjusted for in the analyses. The median serum PFOA concentrations among those with and without diabetes were 28.7 ng/mL and 27.6 ng/mL, respectively. Overall, there was no significant association between PFOA exposure and history of stroke. When stratified by diabetes status, PFOA was *inversely* associated with stroke among those without diabetes, but not among those with diabetes. However, there was no interaction between diabetes and PFOA.

Li *et al*. (2020) conducted a cross-sectional study to examine the associations between PFOA exposure and serum lipid levels in 1,945 adults aged 20-60 years from Ronneby, Sweden, a municipality with a history of elevated PFAS in the drinking water, and from a nearby control area. Exposure to PFOA was grouped into control area exposure, recent exposure from drinking water in Ronneby, and non-recent/uncertain exposure from drinking water in Ronneby. Total cholesterol, LDL, HDL, triglycerides, and ratio of total cholesterol to HDL were assessed in the study. Multivariate analyses were adjusted for age, sex, and BMI. The median serum PFOA levels in the control group, non-recent/uncertain exposure group, and recent exposure groups were 1.6 ng/mL, 3.5 ng/mL, and 13 ng/mL, respectively. Serum PFOA was associated with significantly increased serum levels of total, LDL, and HDL cholesterol by regression analysis. When stratified by exposure groups, the significance remained for all three serum lipids in the recent exposure group only, but not in the control group.

In a cross-sectional analysis by Bao *et al*. (2017), serum PFOA, blood pressure, and hypertension were studied among 1,612 Chinese adults from 2015 to 2016. Hypertension was defined as a mean systolic blood pressure $\geq 140$ mm Hg, and/or diastolic blood pressure $\geq 90$ mm Hg, and/or use of antihypertensive medications. The median serum concentration of total PFOA was 6.19 ng/mL. Total PFOA was not

associated with an increased risk of hypertension, but was associated with small increases in systolic blood pressure (1.69 mm Hg per natural log ng/mL change in PFOA) and diastolic blood pressure (2.18 mm Hg per natural log ng/mL change in PFOA).

Yang *et al.* (2018) analyzed the associations between serum PFOA levels, metabolic syndrome, and various components of metabolic syndrome.  The cross-sectional study was conducted using a cohort of 148 (81 with and 67 without metabolic syndrome) Chinese adult males, with a median age of 37 years.  Individuals diagnosed with metabolic syndrome exceeded limits of three out of the four components of metabolic syndrome (obesity, fasting blood glucose, blood pressure, and serum lipids).  In models adjusted for age, the OR for individuals with serum PFOA levels above the median (1.90 ng/mL) compared to those below the median was significant for obesity (OR = 46.7, 95% CI: 4.47-487.7), metabolic syndrome (OR = 29.4, 95% CI: 2.90-299.7), and systolic blood pressure (OR = 10.8, 95% CI: 1.31-90.0), but not for diastolic blood pressure or fasting blood glucose.  This study is limited by its low sample size and consideration of few confounding variables.

Tian *et al.* (2019) found similar results to Yang *et al.* (2018) in a cross-sectional study that evaluated the associations between serum PFOA concentrations and overweight status in 1,612 Chinese adults from the Isomers of C8 Health Project in China.  Median serum concentrations of total PFOA, linear PFOA, and branched PFOA were 6.19, 6.08, and 0.06 µg/L respectively.  The authors reported an association between natural-log unit (µg/L) increase in total PFOA, linear PFOA, and branched PFOA (OR = 1.54, 95% CI: 1.31-1.80; OR = 1.52, 95% CI: 1.30-1.77; and OR = 1.44, 95% CI: 1.20-1.73, respectively) and overweight/obesity (BMI ≥ 25 kg/m$^2$) in adjusted models.  The associations were significant and equal when stratified by sex.  Significant associations were reported between natural-log unit (µg/L) increase in total PFOA, linear PFOA, and branched PFOA (OR = 1.46, 95% CI: 1.25-1.71; OR = 1.43, 95% CI: 1.22-1.68; and OR = 1.48, 95% CI: 1.24-1.77 respectively) and increased waist circumference (men:  waist circumference ≥ 94 cm, women:  waist circumference ≥ 80 cm) for the entire cohort.  These associations were significant in men only when stratified by sex.

Conversely, in a cross-sectional study, Christensen *et al.* (2018) found no associations between PFOA exposure and metabolic syndrome and its individual components (elevated waist circumference, triglycerides, blood pressure, and fasting glucose, and reduced HDL cholesterol) in 2,975 US adults 20 years and older using data from the 2007-2014 NHANES cycles.  The median serum concentration of PFOA was 2.8 µg/L.  After adjusting for potential confounders (age, sex, race/ethnicity, income, alcohol intake, smoking status, and BMI), the authors reported no association between PFOA and metabolic syndrome in models with PFOA alone and adjusting for all PFAS.  In an analysis of PFOA exposure and metabolic syndrome components adjusting for all PFAS, only the 2nd and 3rd quartiles of exposure were associated with a decrease in waist circumference (OR = 0.66, 95% CI: 0.46, 0.92, and OR = 0.62, 95% CI: 0.39, 0.98 respectively, compared to the 1st quartile).

Huang *et al.* (2018) analyzed the association between serum PFOA and CVD in a cross-sectional study of 10,859 NHANES participants (1999-2014).  The median serum PFOA level was 3.17 ng/mL.  PFOA was not associated with total CVD.  Although there was a statistically significant trend for PFOA and stroke, the risks in individual quartiles were not statistically significant compared to the first quartile.

Lind *et al.* (2017) studied a cohort of 1,016 Swedish adults, all 70 years old, for association between atherosclerosis and serum PFOA levels.  The mean serum PFOA concentration was 3.30 ng/mL.  The researchers compared measurements of atherosclerosis (carotid artery thickness and structural composition of the arterial wall) to serum PFOA levels and found no significant differences in either measurement with increasing PFOA levels.

In a study by the Australian National University (2021a,b), serum PFOA and cholesterol levels were measured in 907 adults from communities with certain elevated PFAS (PFOS and PFHxS, but not PFOA) levels in the environment and 801 residents of comparison communities without elevated PFAS. The range of geometric means of serum PFOA in the communities with elevated PFAS levels did not differ from the range in the comparison communities (1.3-1.8 ng/mL *vs.* 1.2-1.4 ng/mL, respectively). Serum PFOA was associated with high total cholesterol and high LDL cholesterol, as measured in the blood samples, in only one of the three communities with certain elevated PFAS. The study authors stated, "[I]t is important to note that differences [in cholesterol] were small and unlikely to be relevant to health" (Australian National University, 2021b).

A study by Convertino *et al*. (2018) was conducted to evaluate the chemotherapeutic potential of PFOA. Forty-nine patients with primarily solid-tumor cancer who had failed standard therapy were given PFOA at doses much higher than any known previous human exposures. Patients received escalating weekly doses of 50 to 1,200 mg PFOA (as APFO) orally for 6 weeks, and plasma PFOA, total cholesterol, LDL, HDL, and serum triglycerides were measured before treatment and weekly thereafter. The authors found that plasma PFOA was associated with *lower* levels of total cholesterol and LDL but was not associated with HDL or triglycerides. The authors noted that their study is limited because cancer patients may have considerably different metabolic activity relative to healthy individuals.

Ding *et al*. (2022) conducted a prospective study of 1,058 women from the Study of Women's Health Across the Nation (SWAN) cohort in the US to evaluate the relationship between PFOA exposure and incident hypertension among adult women. The median serum linear PFOA concentration was 4.1 ng/mL. A doubling of serum linear PFOA was associated with slightly increased risk of incident hypertension.

An important limitation of most of these studies is the cross-sectional study design; because the investigators measured PFOA and serum lipids at one point in time, it is impossible to establish temporality (*i.e.*, cause and effect) between the exposure and the outcomes. Further, the mechanism by which PFOA may alter serum lipids and cholesterol is unknown (Steenland *et al*., 2010a); indeed, the biological plausibility of such effects is questionable, based on the lack of a biologically plausible mechanism. Specifically, high-dose animal studies of PFOA and the high-dose study in cancer patients provide evidence of reduced serum lipids, in contrast to the elevated associations found in some human studies. In addition, some of these populations, such as the C8 Cohort, have overall mean total cholesterol and a prevalence of high cholesterol that is consistent with or lower than rates in the general US population, leading to questions of the clinical significance of the observed associations and the potential selection bias in the low-dose groups (*e.g.*, if the low dose group inadvertently had inherently lower risk of high cholesterol) (Kerger *et al*., 2011). Because PFAS and bile acids are reabsorbed in humans by a common pathway, it has also been postulated that the association between PFOA or other PFAS and cholesterol may be related to confounding physiological mechanisms that affect both PFAS and cholesterol levels in the serum (EFSA, 2020; Fragki *et al*., 2021). Finally, based on two recent analyses (Dzierlenga *et al*., 2021; Lin *et al*., 2020a), there is some evidence that the association between PFOA and cholesterol may be a consequence of confounding by fiber intake. This may be a result of fiber binding PFOA and increasing its excretion, but this mechanism has yet to be confirmed (Dzierlenga *et al*., 2021).

### A5.1.4.5    Immunological Effects

A number of studies have investigated the association between serum PFOA concentration and hypersensitivity outcomes such as allergies, asthma, and eczema/atopic dermatitis. There are no consistent associations reported across studies for any of these outcomes (as summarized in Table A5.6). Several studies reported no association between maternal or child serum concentrations of PFOA and allergies (Goudarzi *et al*., 2016; Impinen *et al*., 2018, 2019; Okada *et al*., 2012; Stein *et al*., 2016a; Timmermann *et*

*al.*, 2017). A few studies reported associations with allergies in certain analyses. Kvalem *et al.* (2020) reported a positive association between child serum PFOA levels and allergy sensitization in all study participants at ages 10 and 16 and in boys only at age 16. The associations remained significant when adjusted for multiple comparisons. By contrast, Averina *et al.* (2018) reported a negative association between adolescent serum PFOA concentrations above the median and sensitization to a panel of food allergens (soybean, peanut, egg white, cod, milk, and wheat) at 16 and 18 years of age, but not with sensitization to any specific, individual food antigens (*i.e.*, soybean, peanut, egg white, cod, and milk) and not with other types of allergens (nickel, pollen). Okada *et al.* (2014) reported a decrease in allergies at 2 years of age in females in the highest quartile of maternal blood PFOA, but not in boys at 2 years of age or either sex at 1 year of age. This study is limited by its use of parent-reported symptoms, rather than physician-confirmed allergic immune conditions, and the lack of measurement of postnatal PFAS exposure. Wang *et al.* (2022) utilized NHANES data from 2005-2006 to assess the relationship between PFAS exposure and the development of allergies in 454 US adolescents aged 12-17 years. Outcomes were measured by self-reported allergic symptoms and by serum immunoglobulin E (IgE). PFOA was associated with increased odds of hay fever symptoms only, and was not associated with serum IgE levels (Wang *et al.*, 2022).

Several studies reported no association between maternal or child serum concentrations of PFOA and asthma (Granum *et al.*, 2013; Impinen *et al.*, 2018, 2019; Kvalem *et al.*, 2020; Manzano-Salgado *et al.*, 2019; Smit *et al.*, 2015; Stein *et al.*, 2016a; Zeng *et al.*, 2019b). A few studies reported associations between PFOA exposure and asthma in certain analyses. Averina *et al.* (2018) reported that PFOA concentrations above the 75th percentile in adolescents showed a weak positive but statistically significant association with asthma at baseline, but not two years later. Beck *et al.* (2019) reported no associations between prenatal exposure to PFOA and self-reported or doctor-diagnosed asthma in 5-year-olds, but when stratified by sex, a significant positive association was observed between PFOA and self-reported asthma in boys. The interaction between PFOA and sex was not statistically significant, however, and only 13 of 511 boys in the study had self-reported asthma. Furthermore, the authors stated that "some parents may have misinterpreted recurrent colds or respiratory infection symptoms as asthma, and misclassification is therefore likely" (Beck *et al.*, 2019). Timmermann *et al.* (2017) reported that a doubling of age 5 serum PFOA concentration was associated with an increased risk of self-reported asthma at age 5, but when the authors restricted the analysis to children with the measles, mumps, and rubella (MMR) vaccine, the risk of asthma was not associated with PFOA serum concentration. Serum PFOA concentration was not associated with a risk of asthma at age 13, regardless of MMR vaccine status. The authors noted that very few children in the cohort had not had an MMR vaccine. Two case-control studies reported statistically significantly higher serum PFOA levels in asthmatic adolescents compared to non-asthmatic adolescents (Zhou *et al.*, 2017; Zhu *et al.*, 2016).

Multiple studies reported no association between maternal or child serum concentrations of PFOA and eczema or atopic dermatitis (Abraham *et al.*, 2020; Averina *et al.*, 2018; Granum *et al.*, 2013; Goudarzi *et al.*, 2016; Impinen *et al.*, 2018, 2019; Kvalem *et al.*, 2020; Manzano-Salgado *et al.*, 2019; Okada *et al.*, 2012, 2014; Smit *et al.*, 2015; Timmermann *et al.*, 2017). A few studies reported associations between PFOA exposure and eczema or atopic dermatitis in certain analyses. Chen *et al.* (2018) reported a positive association between the highest PFOA quartile in cord blood (≥9.55 ng/mL) and risk of atopic dermatitis in children, but the test for trend was not statistically significant. Wen *et al.* (2019) found a positive association with atopic dermatitis in children at 2 years of age with cord blood PFOA levels above the median for the study population, but not at 6 months of age. By contrast, Ait Bamai *et al.* (2020) reported a decreased risk of eczema in children up to 7 years of age with increasing maternal serum PFOA levels, but the incidence of disease was reported by parents *via* a questionnaire, which may result in bias, and the authors did not control for multiple comparisons.

Many studies that have investigated the associations between serum PFOA concentration and overt immunological health effects in children, such as clinical symptoms of infectious diseases and prevalence of infectious diseases, and there are no consistent associations reported across studies for any of these effects (as summarized in Table A5.7). Several studies reported no association between maternal or child serum concentrations of PFOA and upper respiratory symptoms (Ait Bamai *et al*., 2020; Dalsager *et al*., 2016; Goudarzi *et al*., 2016; Impinen *et al*., 2018, 2019; Kvalem *et al*., 2020; Okada *et al*., 2014), lower respiratory symptoms (Ait Bamai *et al*., 2020; Dalsager *et al*., 2016; Goudarzi *et al*., 2016; Granum *et al*., 2013; Impinen *et al*., 2018, 2019; Manzano-Salgado *et al*., 2019; Okada *et al*., 2012, 2014; Smit *et al*., 2015; Stein *et al*., 2016a; Zeng *et al*., 2019b), dermal symptoms (Granum *et al*., 2013; Impinen *et al*., 2019), gastrointestinal symptoms (Dalsager *et al*., 2016; Impinen *et al*., 2019; Timmermann *et al*., 2020), and other symptoms such as fever and itchy/watery eyes (Impinen *et al*., 2019; Timmermann *et al*., 2020). A few studies reported positive associations between PFOA exposure and infectious disease symptoms including rhinitis (Kvalem *et al*., 2020; Stein *et al*., 2016a), cough (Timmermann *et al*., 2020), diarrhea (Impinen *et al*., 2019; Wang *et al*., 2022), and fever (Dalsager *et al*., 2016). These findings are often not consistent with other findings in the same studies; for example, Timmermann *et al*. (2020) reported an increase in cough in children at 9 months of age, but not at 4-7 months of age, and the authors reported no effects of PFOA on fever or gastrointestinal symptoms in either age group. In addition, each of the studies reporting positive associations with certain symptoms, except the study by Wang *et al*. (2022), used self-reported (or parent-reported) information on symptoms without confirmation from medical records, which increases the likelihood of bias in the reporting of symptoms.

Several studies reported no association between maternal or child serum concentrations of PFOA and clinical illness from infectious diseases such as colds, flu, bronchitis, pneumonia, chicken pox, respiratory syncytial virus (RSV), or ear infections (Abraham *et al*., 2020; Ait Bamai *et al*., 2020; Fei *et al*., 2010; Goudarzi *et al*., 2017; Looker *et al*., 2014; Manzano-Salgado *et al*., 2019; Okada *et al*., 2012; Wang *et al*., 2022; Zhang *et al*. 2022). A few studies reported associations between PFOA exposure and increased colds (Granum *et al*., 2013), decreased colds (Impinen *et al*., 2019), increased lower respiratory tract infections (Dalsager *et al*., 2021; Impinen *et al*., 2018; Kvalem *et al*., 2020), increased gastrointestinal infections (Granum *et al*., 2013), decreased gastrointestinal infections (Dalsager *et al*., 2021), increased bronchitis/pneumonia and pseudocroup (Impinen *et al*., 2019), decreased urinary tract infections (UTIs) (Impinen *et al*., 2019), and an increase in having any type of infectious illness (Timmermann *et al*., 2020). Many of these findings are not consistent across studies and are often not consistent with other findings in the same studies; for example, Impinen *et al*. (2019) reported an increase in bronchitis/pneumonia in children from birth to 3 years, but not in children at 6-7 years, and no effect on lower respiratory symptoms such as cough in either age group.

Many studies have investigated the association between exposure to PFOA and responses to vaccinations, and there are no consistent associations reported across studies for these effects (as summarized in Table A5.8). Several of these studies reported no associations between maternal or child serum concentrations of PFOA and response to vaccines (*i.e.*, IgG antibody titer levels) for diphtheria (Kielsen *et al*., 2016), tetanus (Grandjean *et al*., 2017a; Granum *et al*., 2013; Kielsen *et al*., 2016; Mogensen *et al*., 2015; Shih *et al*., 2021), measles (Granum *et al*., 2013; Stein *et al*., 2016a; Timmermann *et al*., 2020), influenza A (H1N1) virus (Stein *et al*., 2016b), influenza B virus (Granum *et al*., 2013; Looker *et al*., 2014), and hepatitis B virus (Shih *et al*., 2021; Zeng *et al*., 2020). Some studies reported associations between PFOA exposure and vaccine responses in certain analyses, including decreased response to vaccines for diphtheria (Abraham *et al*., 2020; Grandjean *et al*., 2012, 2017a,b; Mogensen *et al*., 2015), tetanus (Abraham *et al*., 2020; Grandjean *et al*., 2012, 2017b), rubella (Granum *et al*., 2013; Pilkerton *et al*., 2018; Stein *et al*., 2016a), mumps (Stein *et al*., 2016a), influenza A (H3N2) virus (Looker *et al*., 2014), influenza B virus (Abraham *et al*., 2020), hepatitis A (Shih *et al*., 2021), and two hand, foot, and mouth disease (HFMD) viruses (enterovirus 71 and Coxsackievirus A) (Zeng *et al*., 2019a), as well as an increased response to diphtheria vaccine (Shih *et al*., 2021). Many of these findings are not consistent across studies or with other

findings in the same studies. For example, Pilkerton *et al*. (2018) reported a decreased response to rubella vaccine in adult males but not in adult females and not in teenagers of either sex, whereas Stein *et al*. (2016a) reported a decreased response to rubella vaccine in teenagers. Neither of these studies, nor the study by Granum *et al*. (2013) that reported a decreased response to rubella vaccine in children up to 3 years of age, assessed the incidence of rubella in the studied populations to determine whether the decreased vaccine responses were associated with an increased risk of related disease. Although the children studied by Granum *et al*. (2013) had a decreased response to rubella vaccine, there were no effects on the response to vaccines for measles, tetanus, or influenza B virus in these children. Such inconsistency in responses across different types of vaccines indicates that PFOA is not associated with a general reduction in antibody formation. In addition, studies that reported decreased responses to certain vaccines in certain analyses generally did not report increases in clinical illness from infectious diseases in the same population (*e.g*., Abraham *et al*., 2020; Looker *et al*., 2014), indicating that lower levels of certain antibodies do not impact actual infectious disease outcomes. Further, Abraham *et al*. (2020) reported no significant associations between plasma PFOA levels and other components of the immune system, including the main fractions of Igs, subclasses of IgG, white blood cell count, lymphocyte main populations, *ex vivo* lymphocyte proliferation after unspecific stimulation, and granulocyte function.

Further inconsistencies regarding responses to diphtheria and tetanus vaccines were observed across several studies conducted in the Faroe Islands by the same research group (Grandjean *et al*., 2012, 2017a,b; Mogensen *et al*., 2015; Shih *et al*., 2021). Grandjean *et al*. (2012) reported that a doubling of maternal and child serum PFOA concentrations (at age 5) was statistically significantly associated with decreases in childhood anti-diphtheria antibody concentrations at age 7 (but not at age 5) in a cohort study of 656 Faroese mothers and children. A doubling of child (age 5) serum PFOA concentrations, but not maternal PFOA concentrations, was also associated with a decrease in tetanus antibody concentrations at age 7. The mean serum PFOA concentrations were 3.2 ng/mL and 4.06 ng/mL for the mothers and children at age 5, respectively. Further, a doubling of PFOA concentration at age 5 was associated with significantly increased odds of falling below a "clinically protective" level of diphtheria and tetanus antibodies at age 7, defined by the authors as 0.1 IU/mL). Note, however, that 0.1 IU/mL is not a bright line for protection against disease; the serum diphtheria and tetanus antibody titer levels measured by Grandjean *et al*. (2012) were within the range of what CDC and the World Health Organization (WHO) would consider an indication of at least basic clinical immunity against disease and protection against death (*i.e.*, >0.01 IU/mL)[83] (WHO, 2009, 2018; Tiwari, 2011; CDC, 2018; Desai *et al*., 2020). Grandjean *et al*. (2012) did not address whether there was any increase in infectious disease among the children.

In a follow-up analysis of the Grandjean *et al*. (2012) cohort, Mogensen *et al*. (2015) evaluated postnatal PFOA exposure and serum antibodies against diphtheria and tetanus in 459 children at 7 years of age. Anti-diphtheria antibodies decreased with a doubling of PFOA exposure at age 7 (the median PFOA serum concentration was 4.4 ng/mL), but anti-tetanus antibodies were not significantly affected. In another follow-up analysis of the Grandjean *et al*. (2012) cohort, Grandjean *et al*. (2017a) investigated the association between postnatal PFOA exposure and serum antibodies against childhood vaccines (diphtheria and tetanus) in 561 children at age 13. A number of children were admitted to an emergency room and/or had higher antibodies than at age 7. The authors suggested (but did not document) that these children may have had booster vaccinations and excluded them from subgroup analyses. Anti-diphtheria antibodies at age 13 decreased slightly with a doubling of PFOA exposure at age 7 or 13 (median PFOA serum concentrations were 4.4 ng/mL and 2.0 ng/mL at ages 7 and 13, respectively). The association was not statistically significant, however, except in the subgroup analysis of children that received no booster or

---

[83] The acceptable level of circulating antidiphtheria antibodies is 0.01 IU/mL if measured using a Vero cell-based neutralization assay, as was used by Grandjean *et al*. (2012) (WHO, 2009; Desai *et al*., 2020). Similarly, the acceptable level of circulating antitetanus antibodies is 0.01 IU/mL if measured using a toxin binding inhibition enzyme-linked immunosorbent assay (ELISA), as was used by Grandjean *et al*. (2012) (CDC, 2018; WHO, 2018).

had not had an emergency room visit (but was not statistically significant in the subgroup of children who received no booster, had not had an emergency room visit, and had no antibody increase).

In a study that included the 656 children from the Grandjean *et al*. (2012) cohort (born in 1997-2000) and 349 children from a more recent Faroese birth cohort (born in 2007-2009), Grandjean *et al*. (2017b) examined serum antibodies against diphtheria and tetanus at age 5 in association with PFOA exposure at three age points (maternal serum 2 weeks after birth; child serum at 18 months and 5 years).  The authors reported that a doubling of PFOA serum levels at each age point was associated with decreased anti-tetanus antibody levels, and a doubling of maternal PFOA serum levels (but not serum levels at 18 months or 5 years) was associated with decreased anti-diphtheria antibodies.  The decreased antibody levels were observed when the more recent cohort (2007-2009) was analyzed alone, as well as when the data from the more recent cohort were combined with data for the earlier cohort (1997-2000).

In a longitudinal study, Shih *et al*. (2021) investigated the associations between PFOA exposure and serum antibody concentrations against diphtheria and tetanus in 281 adults vaccinated at age 28 years from the Faroe Islands.  PFOA concentrations in cord blood collected at birth and in serum samples collected at ages 7, 14, 22, and 28 years were determined.  At age 28 years, the participants received a booster vaccine for diphtheria and tetanus and blood samples were collected 6 months later to determine serum vaccine antibody levels.  While a few significant associations were reported in the study, most of the findings were inconsistent and null.  PFOA measured in cord blood was associated with *increased* diphtheria antibody concentrations in males, and an effect modification by sex was observed.  Serum PFOA measured at 28 years of age was associated with *increased* diphtheria antibody concentrations in the overall cohort and in females.  No other associations were observed for PFOA measured at any age point and serum antibody levels for diphtheria and tetanus.  The authors also examined serum antibody concentrations against hepatitis A and hepatitis B and reported mostly null results across the different age points; however, PFOA measured in cord blood was associated with a decrease in hepatitis A antibody concentration in females only, and PFOA measured in serum at age 14 was associated with a decrease in hepatitis A antibodies in males only.  There were no associations between PFOA at any age point and hepatitis B antibody levels.

It is notable that the results presented by Shih *et al*. (2021) were adjusted for only sex and baseline antibody levels (for diphtheria and tetanus only).  In a sensitivity analysis the authors showed that adjustment for serum PCB levels led to both attenuated and stronger associations, depending on the age at PFOA measurement.  In addition, while the authors stated that further adjustment for BMI, smoking status, and time interval between vaccination and blood sample collection showed results in "a similar magnitude and in the same direction," they did not present the data.  It is unknown whether the magnitudes of the associations were attenuated or stronger.  Since each doubling of PFOA level was associated with relatively small changes in serum antibody levels, a slight attenuation of the risk estimate could be accompanied by shifting in CIs, and therefore nonsignificant results.  In addition, since the study did not adjust for multiple comparisons, the observed results could have occurred solely by chance.

A small change in antibody levels, such as that reported by Shih *et al*. (2021), does not necessarily represent biological significance, *i.e.*, an increased occurrence of diseases (NTP, 2016).  Measuring serum levels of antibodies is only one aspect of evaluating immunity.  As discussed in Section A4.1.1.4, the normal immune response is dynamic and complex (Karol, 1998; Kaplan *et al*., 2019), with a capacity for repair and regeneration (Chang *et al*., 2016).  Antibody levels after vaccination can vary over time, so the measurements at only a single time point or a few time points that are several years apart are not fully informative with respect to the function of the immune system (Chang *et al*., 2016).  From a clinical perspective, reduced antibody levels must be accompanied by a clinically recognizable increased risk of infectious disease or other clinical abnormality to be considered evidence of immunodeficiency (Chang *et al*., 2016), yet none of the studies evaluating PFOA exposure and vaccine responses demonstrated this.  In fact, only one study evaluated associations between PFOA exposure and a vaccine-preventable infection;

Ait Bamai *et al*. (2020) reported no association between maternal blood concentrations of PFOA and chicken pox in Japanese children (but did not measure levels of antibodies to the chicken pox vaccine).

The results of the studies that examined responses to diphtheria and tetanus vaccines in the Faroe Islands were inconsistent across vaccine type, time period of PFOA exposure, and age group in which the antibody response was measured. Within and across studies, there were decreased, null, or increased antibody responses to diphtheria vaccine and no effect on responses to tetanus vaccine, except for a decrease in the study by Grandjean *et al*. (2017b) and in one of the several analyses in the study by Grandjean *et al*. (2012). The authors did not provide an *a priori* hypothesis as to why PFOA exposure would affect the antibody response to certain vaccines but not others. As for the different responses at different age groups, according to WHO, there is no relevant, biological difference in the immune systems of children 4 to 7 years of age *vs*. children over 7 years of age (Desai *et al*., 2020). There is also no reason to suspect that there is a specific window of susceptibility (*e.g*., early development, childhood, adult) for effects of PFOA exposure on antibody responses (NTP, 2016).

The few analyses with decreased IgG antibody responses to vaccinations in the epidemiology studies are also not consistent with findings in animals. As discussed in Section A4.1.1.4, DeWitt *et al*. (2008) reported that while PFOA exposure reduced antigen-specific IgM antibodies in mice, there was no reduction in antigen-specific IgG antibody levels. In fact, PFOA exposure at doses of 3.75 and 7.5 mg/kg-day significantly *increased* IgG antibody levels in mice. The IgM results are not relevant to vaccine responses, as vaccine-related immunity is mediated mainly by IgG antibodies, and IgM antibodies do not play a major role (Chang *et al*., 2016). While I did not identify any other animal studies that evaluated IgG antibody responses after PFOA exposure, the overall animal evidence is not consistent with reduced immune function in the absence of systemic toxicity and does not provide convincing evidence that PFOA would be immunotoxic in humans.

In the Faroe Islands studies by Grandjean and coauthors (Grandjean *et al*., 2012, 2017a,b; Mogensen *et al*., 2015; Shih *et al*., 2021), and in several other immune system studies described in this report, the results are reported as effects with doubling of serum PFOA. Although log-transformation of exposure helps with model fit, it may not be the most biologically meaningful way to present immune system toxicity data. The log transformation makes it difficult to evaluate the data in terms of the dose-response relationship from a biological perspective, and the plotting of data on the original (*i.e*., not log-transformed) scale may reveal more relevant information as to dose-response relationships. This is an important consideration throughout this report regarding the interpretation of dose-response relationships from studies which used log-transformation of exposure data.

Several studies have examined associations between PFOA exposure and COVID-19 susceptibility or severity (see Table A5.5). In a cross-sectional study, Grandjean *et al*. (2020) investigated the associations between serum PFAS levels and the severity of COVID-19 infection. Plasma samples for 323 subjects aged 30-70 that had been diagnosed with SARS-CoV-2 infection were obtained from the Danish National Biobank. The severity of the infection was classified as no hospitalization; hospitalization <14 days; hospitalization >14 days; intensive care unit (ICU) admission; or death. The authors measured the association between serum PFOA and infection severity with adjustments for age, sex, national origin, kidney or other chronic disease, and timing of blood sampling. There was no association between serum PFOA and severity of COVID-19 infection. This study has several methodological limitations, as described in Section A5.3.1.3.

Another study of PFAS and COVID-19 was conducted by Catelan *et al*. (2021), in the Veneto Region of Italy, where residents were exposed to elevated levels of PFAS (mostly PFOA) in their drinking water. In this ecological study, the authors compared mortality from COVID-19 in the affected area to mortality from COVID-19 in nearby areas that did not have elevated PFAS in drinking water. The median PFOA

concentration in water samples in 2013 was 319 ng/L, and median PFOA in serum of residents in the affected area in 2015-2016 was 14 ng/mL.  Although the authors reported a statistically significant positive crude association between residence in the affected region and COVID-19 mortality, in the model adjusted for education level and baseline all-cause mortality, there was no association.  In ecological studies, any association observed at the municipality level may not apply to the individual level.  As a result, this type of study can be used for exploratory purposes, but no causal inference can be made at the individual level.  The study by Catelan *et al*. (2021) is subject to several additional limitations, including possible undercounting of COVID-19 deaths during the study period (the first wave of the COVID-19 pandemic when much was unknown about the virus), and possible confounding by differences in local policies (*e.g*., mask mandates, travel restrictions), local medical resources (*e.g*., ventilators, ICU beds), and the start time of the outbreak in individual municipalities.  Because of the lack of association in the adjusted model and its numerous limitations, this study does not provide evidence of immune system suppression by PFOA or any other PFAS.

In a third study of PFAS and COVID-19, Ji *et al*. (2021) conducted a cross-sectional analysis of urinary PFAS concentrations and susceptibility to the disease in 80 COVID-19 patients and 80 healthy controls from the Shanxi and Shandong provinces of China.  Subjects were recruited from January to March 2020.  The median serum PFOA concentration was 3.87 ng/mL.  The authors reported a correlation between urinary and serum PFOA, and an association between urinary PFOA and susceptibility to COVID-19.  However, there was no information given about the association between serum PFOA and the disease, and therefore it is not possible to judge whether these results are clinically meaningful.  In addition, due to the cross-sectional study design, no causal inferences can be made.

Nielsen and Joud (2021) conducted an ecological study of PFAS and COVID-19 in an exposed population in Ronneby, Sweden.  The authors compared the incidence of COVID-19 in Ronneby during the first year of the pandemic (*i.e*., March 2020 to March 2021) with that of a nearby unexposed town that had the same COVID-19 policies.  The mean serum concentration of PFOA in Ronneby residents was 6.8 ng/mL, which was 5 times higher than that of the reference population.  Ronneby residents also had elevated serum concentrations of PFOS and PFHxS.  The standardized incidence ratio (SIR) for Ronneby residents, in all districts, was 1.19 (95% CI: 1.12-1.27), indicating a slight association.  However, in the district with the highest PFOA exposures (mean serum concentration of 13 ng/mL PFOA), the SIR was 1.16 (95% CI: 1.01-1.30), indicating the lack of a dose-response relationship.  This study is subject to many of the same limitations as those described above for the ecological study by Catelan *et al*. (2021), and may be used for exploratory purposes, but no causal inference can be made.

Dembek and Lordo (2022) conducted a study in which data were extracted from publications that summarized blood PFOA and PFOS concentrations in the NHANES database.  Blood PFOA concentrations were subsequently analyzed in conjunction with publicly available population count and COVID-19-incidence data to evaluate the potential relationship between PFOA exposure and the incidence of COVID-19 cases in certain populations in North Carolina, Ohio, and New Jersey.  A significant association was observed for increased COVID-19 incidence and PFOA in North Carolina, but no significant associations were observed for the Ohio and New Jersey populations.  These results further emphasize the lack of consistency in findings from human population studies that investigate associations between PFOA and COVID-19 outcomes and has many of the same limitations as previously described for ecological studies (see for example, Catelan *et al*., 2021; Nielson and Joud, 2021, as described above).

**Table A5.5  Studies of PFAS Exposure and COVID-19 Outcomes**

| Reference | Study Type | Study Population (N) | Exposure Measurement | Endpoint | PFOA | PFOS | PFNA | PFHxS | PFBA | PFAS Mixture |
|---|---|---|---|---|---|---|---|---|---|---|
| Grandjean *et al.* (2020) | Cross-sectional | Denmark (N = 323) | Serum from Danish National Biobank | COVID severity | No effect | No effect | No effect | Decreased | Increased | -- |
| Catelan *et al.* (2021) | Ecological | Italy (N = N/A) | Drinking water levels | COVID mortality | -- | -- | -- | -- | -- | No effect (PFOA, PFBA, PFBS) |
| Ji *et al.* (2021) | Cross-sectional | China (N = 160) | Urine | COVID susceptibility | Increased | Increased | -- | -- | -- | -- |
| Nielson and Joud (2021) | Ecological | Sweden (N = N/A) | Drinking water | COVID incidence | -- | -- | -- | -- | -- | Increased (PFHxS, PFOA, PFOS) |
| Dembek and Lordo (2022) | Ecological | North Carolina (NC), Ohio (OH), and New Jersey (NJ) (N = N/A) | NHANES blood PFAS and public COVID incidence/ population data | COVID incidence | Increased for NC; No effect for OH and NJ | No effect | -- | -- | -- | -- |

Notes:
N = Number of Subjects; N/A = Not Available; NHANES = National Health and Nutrition Examination Survey; PFAS = Perfluoroalkyl Substances; PFBA = Perfluorobutanoic Acid; PFHxS = Perfluorohexane Sulfonate; PFNA = Perfluorononanoic Acid; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate; -- = Endpoint Not Assessed in the Present Study.

Steenland *et al*. (2013) conducted a study of autoimmune conditions in the Mid-Ohio Valley community-based cohort comprising people who lived in any of the PFOA-contaminated water districts in that area. Note, however, that these community residents were combined with workers to form the final population in this study. Using a retrospective cohort design, the authors assessed the risk of ulcerative colitis, Crohn's disease, rheumatoid arthritis, Type 1 diabetes, lupus, multiple sclerosis, and any other conditions identified based on medical-record-validated self report. Past exposures (historical yearly serum PFOA estimates) were estimated based on the amount of PFOA released from the DuPont plant, wind patterns, river flow, groundwater flow, and the residential address history provided by the participant. The only statistically significant trends occurred for PFOA and ulcerative colitis, which were apparent in models for both unlagged and 10-year lags for disease latency. The findings for ulcerative colitis will be discussed below in Section A5.1.5. In contrast, *decreases* in disease risk were apparent for Type 1 diabetes (particularly unlagged) and rheumatoid arthritis. The trends were generally not statistically significant, although individual quartiles did achieve significance (*e.g*., fourth *vs*. first quartile of exposure, for rheumatoid arthritis).

In a more recent study, Steenland *et al*. (2018a) determined whether there were differences in PFOA levels among patients with ulcerative colitis, patients with Crohn's disease, and subjects without these conditions. Blood samples were collected at one or two years after diagnosis. Mean serum PFOA concentrations measured in 114 ulcerative patients, 60 Crohn's disease patients, and 75 controls were 3.76, 3.63, and 2.46 ng/mL, respectively. After controlling for gender, age, race, and sample year, there were significantly higher PFOA levels in the ulcerative colitis cases compared to Crohn's disease patients, but not compared to controls. PFOA was associated with increased odds of diagnosis of ulcerative colitis when measured by regression. However, the authors did not observe a monotonic increase in ulcerative colitis risk with increasing levels of PFOA by quintiles. The increase was confined to quintiles 3 and 4 *vs*. quintile 1 (quintile 3 *vs*. 1: OR = 40.98, 95% CI: 11.67-150.34; quintile 4 *vs*. 1: OR = 33.36, 95% CI: 11.32-119.36), but the highest quintile was not significantly different from the first quintile (quintile 5 *vs*. 1: OR = 2.86, 95% CI: 0.94-8.75). The wide CIs indicate an unstable risk estimate due to the small sample size in the study. In the regression analyses, the authors combined the Crohn's disease cases with controls as a comparison group for subjects with ulcerative colitis, which is inappropriate because the underlying characteristics are likely different between the two groups (*e.g*., diet), and in this study the subjects with Crohn's disease were primarily white, but those without the disease were mostly of other races. The authors noted in their discussion that the NHANES data showed higher levels of PFOA in white subjects than in subjects of other races. It is also notable that the blood samples were taken at different periods among the three groups and were taken after the disease onset in the groups with ulcerative colitis and Crohn's disease. Although the authors argued against the possibility of a reverse causation between PFOA and ulcerative colitis, it is unclear that the serum levels of PFOA measured after disease onset would be representative of the levels before disease onset. Therefore, the findings should be interpreted with caution.

Lochhead *et al*. (2021) also evaluated the association between PFOA and inflammatory bowel disease, including Crohn's disease and ulcerative colitis. The authors used a nested case-control study design within the Nurses' Health Study cohorts, with 73 Crohn's disease cases, 80 ulcerative colitis cases, and matched controls for each set of cases. The median serum PFOA concentrations in Crohn's cases and controls were 3.64 and 4.16 ng/mL, respectively, and the median serum PFOA concentrations in ulcerative colitis cases and controls were 3.97 and 4.11 ng/mL, respectively. In contrast to the studies by Steenland *et al*. (2013, 2018a), Lochhead *et al*. (2021) observed a *decrease* in risk of Crohn's disease with increasing PFOA, and no association between ulcerative colitis and PFOA.

Lopez-Espinosa *et al*. (2021) assessed the numbers of circulating immune cells in the Mid-Ohio Valley exposed population during two time periods: 2005-2006 (42,783 samples) and 2010 (526 samples). The median serum PFOA concentrations in the two populations were 26.9 (2005-2006) and 35.7 ng/mL (2010). The authors reported small positive associations of PFOA with monocytes and lymphocytes, and a small

negative association with neutrophils in the 2005-2006 population, and a small positive association with lymphocytes only in the 2010 population. The authors characterized all changes as "slight" and not clinically meaningful (Lopez-Espinosa *et al.*, 2021). This is consistent with the findings of Abraham *et al.* (2020), noted above, who found no associations between PFOA and lymphocyte populations.

Overall, the available studies of PFOA and immune markers and diseases, conducted predominantly in children, are inconsistent. Some studies (see for example Abraham *et al.*, 2020; Grandjean *et al.*, 2017a) measured only antibody titer levels, and the reductions in antibodies may not be associated with later risk of disease. In studies showing positive associations with frank disease (including fever and risk of asthma), the associations generally were only present in higher quartiles of exposure but showed no statistically significant trends (see for example Chen *et al.*, 2018; Steenland *et al.*, 2013). Some studies reported increases in some symptoms or diseases but not others, and at some ages but not others (see for example, Granum *et al.*, 2013; Steenland *et al.*, 2013; Impinen *et al.*, 2019; Timmermann *et al.*, 2020). Further, several studies indicated a *decreased* risk of some of the same immune conditions and infections, including asthma and total allergic disease (*e.g.*, Smit *et al.*, 2015; Steenland *et al.*, 2013). There were no clear associations between PFOA and COVID-19 severity, mortality, or susceptibility. In addition, and as noted above, there is uncertainty in interpreting dose-response relationships from epidemiology studies using log-transformed exposure data. Taken together, the evidence does not support a causal association between PFOA levels and immune function or infectious disease.

**Table A5.6  Studies of PFOA Exposure and Hypersensitivity**

| Reference | Study Population | Study Type | N | Age | PFOA Exposure | Hypersensitivity | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Allergies | Asthma | Eczema/Atopic Dermatitis |
| Abraham et al. (2020) | Germany (1997-1999) | Cross-Sectional | 101 (80 breastfed, 21 formula-fed) children | 1 year | Child Plasma | -- | -- | No Effect |
| Ait Bamai et al. (2020) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,689 mother-child pairs | 7 years | Maternal Blood (GW 28-32) | -- | -- | Decrease |
| Averina et al. (2018) | TFF1 (baseline) and TFF2 (3-year lag) | Longitudinal Cohort | 675 Norwegian adolescents | TFF1: First year of high-school (16 years) | Adolescent Serum at Baseline | Decrease (Food[a]); No Effect (Nickel, Allergic Rhinitis, Pollen) | Increase | No Effect |
| | | | | TFF2: Third year of high school (18 years) | | Decrease (Food[a]); No Effect (Nickel, Allergic Rhinitis, Pollen) | No Effect | No Effect |
| Beck et al. (2019) | OCC (2010-2012) | Prospective Cohort | 981 mother-child pairs | 5 years | Maternal Serum (GW 8-16) | -- | Increase (Boys Only; Self-Reported) | -- |
| Chen et al. (2018) | China (2012-2015) | Prospective Birth Cohort | 687 mother-child pairs | 6-24 months | Cord Blood Plasma | -- | -- | Increase |
| Granum et al. (2013) | MoBa Cohort Study (1999-2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | -- | No Effect | No Effect |
| Goudarzi et al. (2016) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 1,558 children | 4 years | Maternal Plasma (GW 28-32) | No Effect | -- | No Effect |
| Impinen et al. (2018) | ECA (1992-1993) | Prospective Birth Cohort | 641 children | 2 years | Cord Blood | No Effect | No Effect | No Effect |
| | | | | 10 years | | No Effect | No Effect | No Effect |
| Impinen et al. (2019) | Norwegian MoBa Cohort (1999-2008) | Prospective Population-Based Pregnancy Cohort | 972 mother-child pairs | 6 to 7 years | Maternal Serum (T2) | No Effect[b] | No Effect[b] | No Effect[b] |
| Kvalem et al. (2020) | ECA | Prospective Birth Cohort | 378 children | 10 years | Child Serum | Increase | No Effect | No Effect |
| | | | | 16 years | | Increase | No Effect | No Effect |
| Manzano-Salgado et al. (2019) | Spanish INMA Birth Cohort (2003-2008) | Longitudinal Birth Cohort | 1,188 mother-child pairs | 1.5 years | Maternal Blood (T1) | -- | -- | No Effect |
| | | | | 4 years | | -- | No Effect | No Effect |
| | | | | 7 years | | -- | No Effect | No Effect |
| Okada et al. (2012) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 343 mother-child pairs | 18 months | Maternal Serum (T2) | No Effect | -- | No Effect |
| Okada et al. (2014) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,063 mother-child pairs | 1 year | Maternal Blood (GW 28-32) | No effect | -- | No Effect |
| | | | | 2 years | | Decrease (Females only) | -- | No effect |
| Smit et al. (2015) | INUENDO Cohort (2002-2004) | Prospective Birth Cohort | 1,024 children | 5 to 9 years | Maternal Serum (at enrollment) | -- | No Effect | No Effect |
| Stein et al. (2016a) | NHANES (2005-2006) | Cross-Sectional | 640 children | 12 to 19 years | Serum | No Effect | No Effect | -- |

| Reference | Study Population | Study Type | N | Age | PFOA Exposure | Hypersensitivity | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Allergies | Asthma | Eczema/Atopic Dermatitis |
| Timmermann et al. (2017) | CHEF Project Cohort (1997-2000) | Prospective Cohort | 559 children (537 MMR-vaccinated and 22 unvaccinated)[c] | 5 years | Maternal Blood (GW 34-36) | No Effect | No Effect | -- |
| | | | | | Child Blood (5 years) | No Effect | Increase (unvaccinated); No Effect (MMR-vaccinated) | -- |
| | | | | 13 years | Maternal Blood (GW 34-36) | No Effect | No Effect | No Effect |
| | | | | | Child Blood (5 years) | No Effect | Increase (unvaccinated); No Effect (MMR-vaccinated) | No Effect |
| | | | | | Child Blood (13 years) | No Effect | No Effect | No Effect |
| Wang et al. (2022) | NHANES (2005-2005) | Cross-Sectional | 454 adolescents | 12-17 years | Child Blood | Increased Hay Fever Symptoms; No Effect on IgE Levels | -- | -- |
| Wen et al. (2019) | Taiwan (2001-2005) | Longitudinal Birth Cohort | 839 mother-child pairs | 6 months | Cord Plasma | -- | -- | No Effect |
| | | | | 2 years | | | | Increase |
| Zeng et al. (2019b) | Shanghai Allergy Birth Cohort | Prospective Birth Cohort | 358 children | 5 years | Cord Blood | -- | No Effect | -- |
| Zhou et al. (2017) | GBCA (2009-2010) | Case-Control | 231 (asthma) 225 (controls) | 10 to 15 years | Child Serum[d] | -- | Increase | -- |
| Zhu et al. (2016) | GBCA (2009-2010) | Case-Control | 231 (cases) 225 (controls) | 10 to 15 years | Child Serum (study initiation) | -- | Increase | -- |

Notes:
CHEF = Children's Health and the Environment in the Faroe Islands; ECA = Environmental and Childhood Asthma; GBCA = Genetic and Biomarkers Study for Childhood Asthma; GW = Gestational Week; IgE = Immunoglobulin E; INMA = Infancia y Medio Ambiente; INUENDO = Biopersistent Organochlorines in Diet and Human Fertility; MMR = Measles, Mumps, and Rubella vaccine; MoBa = Mother and Child Cohort Study; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; OCC = Odense Child Cohort; PFOA = Perfluorooctanoic Acid; TFF1 = Tromsø Fit Futures 1; TFF2 = Tromsø Fit Futures 2; T# = Trimester of Pregnancy; -- = Endpoint Not Assessed in the Present Study.
(a)  Association with food sensitization was not specific to food antigen (i.e., soybean, peanut, egg white, cod, and milk).
(b)  Trained medical professionals or research staff diagnosed the endpoint, or the self-reported endpoint was verified by medical record review.
(c)  Timmerman et al. (2017) assessed whether prenatal PFOA exposure was related to asthma or allergic diseases and if any relationship was modified by child MMR vaccine status.
(d)  Zhou et al. (2017) did not report the timing of blood-draw.

**Table A5.7  Studies of PFOA Exposure and Clinical Symptoms or Disease**

| Reference | Study Population | Study Type | N | Age | PFOA Exposure | Upper Respiratory[a] | Lower Respiratory[b] | Dermal[c] | Gastrointestinal[d] | Other | Clinical Illness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abraham *et al.* (2020) | Germany (1997-1999) | Cross-Sectional | 101 children (80 breastfed, 21 formula-fed) | 1 year | Child Plasma | -- | -- | -- | -- | -- | No Effect (Any Bacterial, Viral, or Fungal Infection) |
| Ait Bamai *et al.* (2020) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,689 mother-child pairs | 7 years | Maternal Blood (GW 28 to 32) | No Effect | No Effect | -- | -- | -- | No Effect (Varicella, Otitis Media) Increase (Pneumonia, RSV[e]) |
| Dalsager *et al.* (2016) | OCC (2010-2012) | Prospective Cohort | 346 mother-child pairs | 1-4 years | Maternal Serum (GW 10 to 16) | No Effect | No Effect | -- | No Effect | Increase (Fever) | -- |
| Dalsager *et al.* (2021) | OCC (2010-2012) | Prospective Cohort | 1,503 mother-child pairs | Birth to 5 years | Maternal Serum (GW 8 to 16) | -- | -- | -- | -- | -- | No Effect (Hospitalization for Any Infectious Disease, URTI) Increase (Hospitalization for LRTI) Decrease (Hospitalization for GI Infections) |
| Fei *et al.* (2010) | DNBC (1996-2002) | Birth Cohort | 1,400 mother-child pairs | 5-10 years | Maternal Blood (GW 4 to 14) | -- | -- | -- | -- | -- | No Effect (Hospitalizations for Infectious Diseases, boys, girls)[f,g] |
| Goudarzi *et al.* (2016) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 1,558 children | 4 years | Maternal Plasma (GW 28 to 32) | No Effect | No Effect | -- | -- | -- | |
| Goudarzi *et al.* (2017) | Hokkaido Study on Environment and Children's Health | Prospective Birth cohort | 1,558 mother-child pairs | 4 years | Maternal Plasma | -- | -- | -- | -- | -- | No Effect (Total Infectious Diseases) |
| Granum *et al.* (2013) | Norwegian MoBa Cohort Study (1999-2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | -- | No Effect | No Effect | -- | -- | Increase (Cold, Gastroenteritis) No Effect (Otitis Media) |
| | | | | 3 years | | -- | No Effect | No Effect | -- | -- | Increase (Cold) No Effect (Gastroenteritis, Otitis Media) |
| Impinen *et al.* (2018) | ECA | Prospective Birth Cohort | 641 children | Birth | Cord Blood | -- | No Effect | -- | -- | -- | -- |
| | | | | 2 years | | -- | No Effect | -- | -- | -- | No Effect (Cold) |
| | | | | 10 years | | No Effect | No Effect | -- | -- | -- | Increase (LRTI) |

| Reference | Study Population | Study Type | N | Age | PFOA Exposure | Symptoms | | | | | Clinical Illness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Upper Respiratory[a] | Lower Respiratory[b] | Dermal[c] | Gastrointestinal[d] | Other | |
| Impinen et al. (2019) | MoBa Cohort (1999-2008) | Prospective Population-Based Pregnancy Cohort | 972 mother-child pairs | Birth to 3 years | Maternal Serum (T2) | -- | No Effect | -- | No Effect | -- | Decrease (Cold, UTI); Increase (Pseudocroup, Bronchitis/Pneumonia); No Effect (Throat Infection with Streptococcal Bacteria, Other Throat Infection, Otitis Media) |
| | | | | 6-7 years | | No Effect | No Effect | No Effect | Increase (Diarrhea) | No Effect (Itchy/Watery Eyes) | No Effect (Bronchitis/Pneumonia, Otitis Media, UTI) |
| Kvalem et al. (2020) | ECA | Prospective Birth Cohort | 378 children | 10 years | Child Serum (baseline) | No Effect | -- | -- | -- | -- | -- |
| | | | | 10-16 years | | -- | -- | -- | -- | -- | No Effect (Cold) Increase (LRTI) |
| | | | | 16 years | | Increase (Rhinitis) | -- | -- | -- | -- | No Effect (Cold, LRTI) |
| Looker et al. (2014) | C8 Cohort (2010-2011) | Cohort Study | 755 Adults | At least 18 years | Serum (prior to influenza vaccine) | -- | -- | -- | -- | -- | No Effect (Cold, Influenza) |
| Manzano-Salgado et al. (2019) | Spanish INMA Birth Cohort (2003-2008) | Longitudinal Cohort | 1,188 mother-child pairs | 1.5 years | Maternal Blood (T1) | -- | No Effect | -- | -- | -- | No Effect (LRTI) |
| | | | | 4 years | | -- | No Effect | -- | -- | -- | No Effect (LRTI) |
| | | | | 7 years | | -- | No Effect | -- | -- | -- | No Effect (LRTI) |
| Okada et al. (2012) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 343 mother-child pairs | 18 months | Maternal Serum (T2) | -- | No Effect | -- | -- | -- | No Effect (Otitis Media) |
| Okada et al. (2014) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,063 mother-child pairs | 1 year | Maternal Blood (GW 28 to 32) | No Effect | No Effect | -- | -- | -- | -- |
| | | | | 2 years | | No Effect | No Effect | -- | -- | -- | -- |
| Smit et al. (2015) | INUENDO Cohort (2002-2004) | Prospective Birth Cohort | 1,024 children | 5 to 9 years | Maternal Serum (at enrollment) | -- | No Effect | -- | -- | -- | -- |
| Stein et al. (2016a) | NHANES (2005 to 2006) | Cross-Sectional | 640 children | 12 to 19 years | Serum | Increase (Rhinitis) | No Effect | -- | -- | -- | -- |
| Timmerman et al. (2020) | Guinea-Bissau (2012-2015) | Randomized Control Trial | 237 infants (135 intervention and 102 control)[h] | 4 to 7 months | Child Serum (baseline) | -- | No Effect | -- | No Effect | No Effect (Fever) | No Effect (Any Illness) |
| | | | | 9 months | | -- | Increase (Cough) | -- | No Effect | No Effect (Fever) | Increase (Any Illness) |
| Wang et al. (2022) | Laizhou Wan (Bay) Birth Cohort (2010-2013) | Prospective Birth Cohort | 235 mother-infant pairs | 1 year | Maternal Serum (upon admission for labor) | -- | -- | -- | Increase (Diarrhea) | -- | No Effect (Cold, Bronchitis/Pneumonia) |
| Zeng et al. (2019b) | Shanghai Allergy Birth Cohort | Prospective Birth Cohort | 358 children | 5 years | Cord Blood | -- | No Effect | -- | -- | -- | -- |
| Zhang et al. (2022) | NHANES (2013 to 2014) | Cross-Sectional | 2,732 adolescents | 12-19 years | Adolescent Serum | -- | -- | -- | -- | -- | No Effect (Cold) |

Notes:
DNBC = Danish National Birth Cohort; ECA = Environmental and Childhood Asthma; GI = Gastrointestinal; GW = Gestational Week; INMA = Infancia y Medio Ambiente; INUENDO = Biopersistent Organochlorines in Diet and Human Fertility; LRTI = Lower Respiratory Tract Infection; MoBa = Mother and Child Cohort Study; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; OCC = Odense Child Cohort; PFOA = Perfluorooctanoic Acid; RSV = Respiratory Syncytial Virus; T# = Trimester of Pregnancy; URTI = Upper Respiratory Tract Infection; UTI = Urinary Tract Infection; -- = Endpoint Not Assessed in the Present Study
(a)  Symptoms are related to nose/nostrils, nasal sinuses, and throat, such as stuffy or runny nose, nasal congestion, rhinitis, and sore throat.
(b)  Symptoms are related to trachea, bronchi, bronchioles, and lungs, such as cough and wheeze or whistling.
(c)  Symptoms are related to the skin such as rash, hives, or itchiness.
(d)  Symptoms are related to digestive function such as diarrhea, blood in stool, and vomiting.
(e)  Increase in RSV only for the subset of children without siblings; no effect on RSV for children with siblings.
(f)  Trained medical professionals or research staff diagnosed the endpoint, or the self-reported endpoint was verified by medical record review.
(g)  The endpoint included hospitalizations for infectious diseases such as eye, ear, respiratory system, skin, and genitourinary infections.
(h)  Timmermann *et al.* (2020) compared measles antibodies following a standard inoculation schedule of one dose at 9 months (n = 102) and experimental inoculation schedule of one dose at 4-7 months and a second at 9 months (n = 135).

**Table A5.8  Studies of PFOA Exposure and Vaccine Efficacy**

| Reference | Study Population | Study Type | N | Age | PFOA Exposure | Vaccine Efficacy (IgG Titer) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Diphtheria | Tetanus | MMR | *Haemophilus influenza* Type A | *Haemophilus influenza* Type B | Other |
| Abraham et al. (2020) | Germany (1997-1999) | Cross-Sectional | 101 children (80 breastfed, 21 formula-fed) | 1 year | Child Plasma | Decrease | Decrease | -- | -- | Decrease | -- |
| Grandjean et al. (2012) | Faroe Islands (1997-2000) | Prospective Birth Cohort | 656 children | 5 years | Maternal Serum (T3) | No Effect[a] | No Effect[a] | -- | -- | -- | -- |
| | | | | | Child Serum (age 5) | No Effect[a] | No Effect[a] | -- | -- | -- | -- |
| | | | | 7 years | Maternal Serum (T3) | Decrease | No Effect | -- | -- | -- | -- |
| | | | | | Child Serum (age 5) | Decrease | Decrease | -- | -- | -- | -- |
| Grandjean et al. (2017a) | Faroe Islands (1997-2000) | Prospective Birth Cohort | 516 Children | 13 years | Serum (age 7) | No Effect | No Effect | -- | -- | -- | -- |
| | | | | | Serum (age 13) | No Effect[b] | No Effect | -- | -- | -- | -- |
| Grandjean et al. (2017b) | Faroe Islands (1997-2000; 2007-2009) | Prospective Birth Cohort | 656 Children (1997-2000 Cohort); 349 Children (2007-2009 Cohort) | 5 years | Maternal Serum (2 Weeks After Birth) | Decrease[c] | Decrease[c] | -- | -- | -- | -- |
| | | | | | Child Serum (18 Months) | No Effect[c] | Decrease[c] | -- | -- | -- | -- |
| | | | | | Child Serum (age 5) | No Effect[c] | Decrease[c] | -- | -- | -- | -- |
| Granum et al. (2013) | MoBa Cohort Study (1999-2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | -- | No Effect | Decrease (Rubella); No Effect (Measles) | -- | No Effect | -- |
| Kielsen et al. (2016) | Copenhagen University Hospital Rigshospitalet | Cross-Sectional Study | 12 Adults | 23-65 years | Serum (Post Vaccine) | No Effect | No Effect | -- | -- | -- | -- |
| Looker et al. (2014) | C8 Cohort (2010-2011) | Cohort Study | 411 Adults | At least 18 years | Serum (prior to influenza vaccine) | -- | -- | -- | Decrease (H3N2; Second & Third Quartile); No Effect (H1N1) | No Effect | -- |
| Mogensen et al. (2015) | Faroe Islands (1997-2000) | Prospective Birth Cohort | 459 Children | 7 years | Serum (age 7) | Decrease | No Effect | -- | -- | -- | -- |
| Pilkerton et al. (2018) | NHANES (1999-2000 and 2003-2004) | Cross-Sectional | 1,012 children | 12-18 years | Serum | -- | -- | No Effect (Rubella) | -- | -- | -- |
| | | | 1,202 adults (581 women and 621 men) | ≥19-60 | Serum | -- | -- | Decrease (Rubella; Men only) | -- | -- | -- |
| Shih et al. (2021) | Faroe Islands (1986-1987) | Longitudinal Birth Cohort | 399 Adults (Hepatitis A & B) 281 Adults (Diphtheria & Tetanus) | 28 years | Cord blood | Increase (Males only) | No Effect | -- | -- | -- | Decrease (Hepatitis A, Females only); No Effect (Hepatitis B) |
| | | | | | Serum (age 7) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| | | | | | Serum (age 14) | No Effect | No Effect | -- | -- | -- | Decrease (Hepatitis A, Males only); No Effect (Hepatitis B) |
| | | | | | Serum (age 22) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| | | | | | Serum (age 28) | Increase | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |

| Reference | Study Population | Study Type | N | Age | PFOA Exposure | Vaccine Efficacy (IgG Titer) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Diphtheria | Tetanus | MMR | *Haemophilus influenza* Type A | *Haemophilus influenza* Type B | Other |
| Stein *et al.* (2016a) | NHANES (1999-2000 and 2003-2004) | Cross-Sectional | 1,191 children (vaccine antibody study) | 12-19 years | Serum | -- | -- | No Effect (Measles); Decrease (Mumps,[d] Rubella[d]) | -- | -- | -- |
| Stein *et al.* (2016b) | Employee and Student Health Clinics at the Mount Sinai Medical Center in New York (2010) | Cross-Sectional Quasi-experiment | 78 adults | 18-49 years | Serum | -- | -- | -- | No Effect (H1N1) | -- | -- |
| Timmermann *et al.* (2020) | Guinea Bissau (2012-2015) | Randomized Control Trial | 237 children[e] | 4-7 months | Child serum (4-7 months) | -- | -- | No Effect (Measles) | -- | -- | -- |
| | | | | 9 months | | -- | -- | No Effect (Measles) | -- | -- | -- |
| | | | | 2 years | | -- | -- | No Effect (Measles) | -- | -- | -- |
| Zeng *et al.* (2019a) | GBC (2013) | Longitudinal Birth Cohort | 201 mother-infant pairs | Birth | Cord Blood | -- | -- | -- | -- | -- | Decrease (Enterovirus 71, Coxsackievirus A) |
| | | | | 3 months | | -- | -- | -- | -- | -- | Decrease (Enterovirus 71); No Effect (Coxsackievirus A) |
| Zeng *et al.* (2020) | Isomer of C8 Health Project, China (2015-2016) | Cross-Sectional | 605 adults | Mean 58.9 years | Serum | -- | -- | -- | -- | -- | No Effect (Hepatitis B) |

Notes:
ER = Emergency Room; GBC = Guangzhou Birth Cohort; IgG = Immunoglobulin G; MMR = Measles, Mumps, and Rubella Vaccine; MoBa = Mother and Child Cohort Study; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; PFOA = Perfluorooctanoic Acid; T# = Trimester of Pregnancy; -- = Endpoint Not Assessed in the Present Study.
(a)  Only post-booster data for tetanus and diphtheria antibody levels are presented in the table.
(b)  No effect for total cohort or subgroup with no ER visit, no booster, and no diphtheria antibody increase since age 7, but a statistically significant decrease was reported for the subgroup with no ER visit and no booster.
(c)  Results (decrease or no effect) were the same for the 2007-2009 cohort alone and for the 2007-2009 cohort combined with the 1997-2000 cohort; the 1997-2000 cohort is the same cohort evaluated by Grandjean *et al.* (2012).
(d)  Association was only observed in children who were seropositive for mumps or rubella antibodies, which indicates vaccination.
(e)  Timmermann *et al.* (2020) compared measles antibodies following a standard inoculation schedule of one dose at 9 months (n = 102) and experimental inoculation schedule of one dose at 4-7 months and a second at 9 months (n = 135).

### A5.1.4.6        Kidney Effects

A few studies addressed the relationship between PFOA and kidney function or disease in exposed communities (Steenland *et al.*, 2010b; Watkins *et al.*, 2013) and the general population (Shankar *et al.*, 2011). In a cross-sectional study, Steenland *et al.* (2010b) found a modest but significant increase in the odds of hyperuricemia, or excess uric acid in the blood, (> 6.0 mg/dL for women, > 6.8 mg/dL for men) by quintile of PFOA concentration in adult residents and workers in PFOA-contaminated water districts in Ohio and West Virginia. A linear trend test for this effect was statistically significant ($p < 0.0001$); however, the authors noted that the trend appeared to plateau rather than increase in a linear fashion. The authors also found a 0.2-0.3 μg/dL increase in uric acid levels between the highest and lowest decile of PFOA concentrations. It is unclear whether, but unlikely that, these changes were clinically significant, because the average level of uric acid for the cohort (men and women) was 5.58 mg/dL (range: 4.5-6.6 mg/dL).

Similarly, elevated uric acid levels were associated with serum PFOA in the study by the Australian National University (2021b,c) described above in Section A5.1.4.4. However, the association was evident in only one of the three communities tested, and the increases were "small and unlikely to be relevant to health" (Australian National University, 2021b).

Watkins *et al.* (2013) conducted a cross-sectional evaluation of serum PFOA concentrations and eGFR, a measure of kidney function, in children and adolescents in the C8 Cohort. The authors reported a decrease in eGFR of 0.75 mL/min/1.73 m$^2$ (95% CI: -1.41 to -0.10; $p = 0.02$) per IQR increase of serum PFOA concentration. There was no association between eGFR and predicted PFOA concentrations at birth, during childhood, or at time of enrollment estimated from historical PFOA exposure data. Thus, the authors suggest that the association between eGFR and serum PFOA concentration is a consequence, rather than a cause of, decreased kidney function.

Similarly, Dhingra *et al.* (2016) reported evidence that supports the reverse causation model, whereby decreased eGFR is a cause, not an effect, of increased serum PFOA. In a cross-sectional analysis, the authors evaluated both measured and modeled PFOA levels in 29,499 adults from the C8 Cohort and found that eGFR was significantly associated with measured serum PFOA but not with modeled serum PFOA.

Conway *et al.* (2018) conducted a cross-sectional study using data obtained from 53,650 adults from the C8 Cohort. The researchers explored associations between CKD and exposure to PFAS. CKD was defined as having an eGFR of less than 60 mL/min/1.73 m$^2$. The researchers analyzed the likelihood of an individual being in a less severe CKD stage (eGFR between 30 and 90 mL/min/1.73 m$^2$) compared to a more severe CKD stage (eGFR < 30 mL/min/1.73 m$^2$) with increased serum PFAS. For each natural log increase in PFOA, there was an OR of 1.61 (CI: 1.44-1.81) to 1.66 (CI: 1.48-1.86) of the individual being in a less severe CKD stage compared to a more severe CKD stage, *i.e.*, for CKD patients, increasing PFOA correlated with less severe disease. The authors suggested that reverse causation could explain the inverse relationship between serum PFAS concentrations and CKD status due to individuals with CKD having lower eGFRs but noted that in individuals with CKD, there was a positive trend for PFAS and eGFR. In individuals without CKD, the authors observed reverse causation, decreased eGFR with increasing serum PFAS levels. The authors also stated, "we cannot say that PFAS are protective against progression of CKD. Our measurement was a single snapshot in time." No mention of the effect of dialysis treatment (common treatment for CKD) on serum PFAS levels was made.

Blake *et al.* (2018) evaluated the association between serum PFAS and kidney function as measured by eGFR in the Fernald Community Cohort of 210 adults (median age 38 years) recruited between 1990 and 2008. The median serum concentration of PFOA was 12.7 μg/L. There was no association between IQR

increase in serum PFOA levels and eGFR. In models of latent PFOA effects (including all effects but only the first measurement of PFOA exposure), there was no significant latent association between exposure and eGFR.

In a cross-sectional analysis of 1960 adolescent participants (age 12-19) from the 2003-2010 NHANES surveys, Kataria *et al*. (2015) evaluated the associations between serum PFAS and eGFR. The median serum concentration of PFOA was 3.5 ng/mL. In a multivariable regression of PFOA and kidney function, eGFR was significantly different only in individuals in fourth quartile of serum PFOA levels ($\geq 4.7$ ng/mL) with a decrease of 6.61 mL/min/1.73 $m^2$ compared to the eGFR in individuals in the first quartile of serum PFOA levels. The authors indicated that reverse causation and residual confounding could explain the results reported in this study.

Finally, Shankar *et al*. (2011) conducted a cross-sectional study of PFOA and eGFR and kidney disease in the general population using 1999-2000 and 2003-2006 NHANES data. The authors reported that mean eGFR was decreased by 7.6 mL/min/1.73 $m^2$ (95% CI: -9.6 to -5.6) in the fourth quartile of serum PFOA concentration compared to the first quartile in a study of the general population ($p$ for trend < 0.0001). The authors also found significantly increased odds of CKD for the fourth quartile of serum PFOA concentration (OR = 1.74, 95% CI: 1.06-2.84). The odds of CKD in quartiles two and three were non-significantly increased.

Overall, the limited and inconsistent evidence, which is limited to cross-sectional analyses, indicates that there is no clear association between exposure to PFOA in the general population and exposed communities and kidney disease. Moreover, some of the associations between PFOA and decreased eGFR may be explained by reverse causation.

### A5.1.4.7    Cancer

As noted previously, IARC (2016a) classified PFOA as Group 2B, *i.e*., possibly carcinogenic to humans. This classification was based on "limited evidence" for the carcinogenicity of PFOA in both humans and animals. It should be emphasized that IARC did not identify PFOA as a known human carcinogen. The finding for humans was based primarily on evidence of testicular and kidney cancer. The epidemiological evidence, including the studies of the general population that are described below, does not provide reliable evidence that PFOA is carcinogenic to humans.

**General Population**

Eriksen *et al*. (2009) conducted a case-cohort study of PFOA exposure and prostate, bladder, pancreatic, and liver cancer in a cohort of 1,140 men and women living in Denmark. Plasma was collected at recruitment; PFOA concentrations averaged 6.8 and 6.9 ng/mL in male patients and controls, respectively, and 6.0 and 5.4 in female patients and controls, respectively. The authors found no statistically significant associations at any dose level and no dose-response trends between plasma PFOA concentration and any of these four cancer types.

Similarly, Vassiliadou *et al*. (2010) found no significant difference in serum PFOA concentrations in cancer cases (all types) at a hospital in Athens, Greece, compared with patients without cancer at an urban or rural/semi-urban hospital. Serum PFOA concentrations were low in both cases and controls, with mean concentrations $\leq 2.0$ ng/mL.

Hardell *et al*. (2014) conducted a case-control study of 201 prostate cancer cases and 186 control participants residing in Sweden. Blood was collected between 2007 and 2011 at enrollment, prior to any

cancer treatment.  Serum PFOA (median concentration of 1.9 ng/mL in controls and 2.0 ng/mL in cases) was not associated with increased risk of prostate cancer.  However, in an analysis including hereditary risk (*i.e.*, a family history of this type of cancer), the authors reported that compared to participants with a hereditary risk of prostate cancer but a serum PFOA concentration below the median, those with a hereditary risk of prostate cancer and a serum PFOA concentration above the median had a significantly increased risk of prostate cancer (OR = 2.6, 95% CI: 1.2-6.0).  This suggests a possible increase in risk of prostate cancer in individuals with PFOA exposure and a family history of prostate cancer, but only with high PFOA exposure levels.  Note that PFOA was measured only at the time of diagnosis, and serum concentrations were likely different at the time of disease initiation (cancer latency is often a decade or more).

Innes *et al.* (2014) investigated the cross-sectional association between serum PFOA concentration and colorectal cancer in the C8 Cohort and found an inverse dose-response relationship (*e.g.*, OR = 0.64, 95% CI: 0.44-0.94, *p* = 0.02, in the highest *vs.* lowest quartile of exposure).  In other words, the risk of this type of cancer was reduced as PFOA exposure increased.  As with Hardell *et al.* (2014), this study was limited by its use of single, cross-sectional measures of current PFOA exposure as surrogates for PFOA exposure at the time of cancer initiation.  The authors also lacked information on important colorectal cancer risk factors, including inflammatory bowel disease.  However, the authors were able to test for the effects of dietary folate, anemia, gastrointestinal symptoms, and other factors that could potentially affect the associations observed and found no significant alterations.

In a nested case-control study, Shearer *et al.* (2020) investigated the risk of renal cell carcinoma and pre-diagnostic serum concentration of PFOA in 324 renal cell carcinoma cases and 324 individually matched controls within the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial.  Pre-diagnostic serum samples were collected an average of 8.8 years before renal cell carcinoma diagnosis.  Multivariate analyses controlled for age, sex, race/ethnicity, study center, study year of blood draw, eGFR, BMI, smoking status, history of hypertension, prior freeze-thaw cycles, and calendar year of blood draw.  The median serum PFOA level was 5.5 µg/L in controls; no levels were reported in cases.  When modeled continuously, each doubling of serum PFOA was associated with significantly increased risk of renal cell carcinoma (OR = 1.71; 95% CI: 1.23-2.37).  The statistical significance remained when the models further adjusted for PFOS and PFHxS (OR = 1.68; 95% CI: 1.07-2.63).  When examined by PFOA exposure quartiles, a linear positive trend was observed for renal cell carcinoma risk (4th *vs.* 1st quartile, OR = 2.63, 95% CI: 1.33-5.20; $p_{trend}$ = 0.007).  However, when further adjusted for PFOS and PFHxS, the associations were attenuated and the trend disappeared ($p_{trend}$ = 0.13).  It should be noted that in a review of PFOA health effects, Steenland *et al.* (2020) did not give these results much weight, describing the evidence for kidney cancer "supportive but not definitive," and noting that the study by Shearer *et al.* (2020) was limited by low exposures contrasts (*i.e.*, a small range of exposure across the population).

Wielsoe *et al.* (2017) conducted a case-control study of PFOA exposure and breast cancer in Greenland.  Cases (n = 77) were recruited at diagnosis from a hospital in Nuuk, Greenland, between 2000 and 2003 and again from 2011 to 2014.  Controls (n = 84) were recruited from two cross-sectional studies of healthy persons with serum PFOA measurements or from the same hospital as cases (and were patients for non-malignant disease).  Breast cancer cases had significantly higher serum PFOA concentrations compared with controls (*p* = 0.009); this corresponded with a statistically significant association between increasing serum PFOA concentration and a slightly elevated risk of breast cancer (OR = 1.26, 95% CI: 1.01-1.58).  When stratified by exposure tertile, only women in the third tertile of exposure (≥ 2.91 ng/mL; maximum measured: 9.52 ng/mL) had a significantly increased risk of breast cancer (OR = 2.64, 95% CI: 1.17-5.97; *p* = 0.019).

Some limitations in this study include the differing control groups (hospital-based *vs.* population controls).  Further, the serum PFOA concentrations were measured at the time of diagnosis; it is likely that the

concentrations of PFOA were different at the time when cancer development was initiated (one to several decades prior to diagnosis), in this and in the other case-control studies described in this section. The etiology of breast cancer differs depending on whether it develops pre- or post-menopause (Bonefeld-Jorgensen *et al*., 2011); the authors indicated that similar ORs were calculated when stratified on menopause status, but the data were not shown. Note that the analysis of cases recruited between 2000 and 2003 only (Bonefeld-Jorgensen *et al*., 2011) found no associations between PFOA and breast cancer risk.

Feng *et al*. (2022) evaluated risk of breast cancer in association with PFAS in a case-cohort study of 226 incident breast cancer cases and 990 age-stratified randomly selected sub-cohort subjects within the Dongfeng-Tongji cohort. The cohort was followed for 9.6 years. The median serum PFOA concentration in cases was 1.26 ng/mL. PFOA was associated with a small increase in breast cancer after adjustment for age, BMI, occupation type, smoking and alcohol drinking status, marital status, enrollment year, parity, menopausal status, disease history of mastitis, use of hormone replacement therapy, and family history of cancer.

Several other studies reported no association between PFOA and breast cancer. Hurley *et al*. (2018) conducted a nested case-control analysis within the California Teachers Study, which included 902 women diagnosed with invasive breast cancer and 858 controls without breast cancer interviewed between 2011 and 2015. The median PFOA serum concentrations were 2.35 ng/mL (range: 0.04-39.10 ng/mL) for cases and 2.48 ng/mL (range: 0.10-20.20 ng/mL) for controls. There was no association between PFOA and breast cancer.

Mancini *et al*. (2019) investigated the association between serum PFOA concentrations and breast cancer risk in a nested case-control study of 388 women (194 controls without breast cancer and 194 women with postmenopausal breast cancer) born between 1925 and 1950. The median PFOA serum concentration was 6.78 ng/mL (range: 1.29-17.69 ng/mL) for controls and 6.39 ng/mL (range: 2.14-21.39 ng/mL) for cases. There was no association between quartiles of serum PFOA levels and breast cancer risk.

Tsai *et al*. (2020) evaluated the associations between PFAS and breast cancer in a case-control study with 120 cases and 119 controls in Taiwan. The geometric mean PFOA serum concentration was 1.77 ng/mL. There was no association between PFOA and breast cancer in the population in total, when stratified by age (≤50 *vs*. >50), or when stratified by estrogen receptor positive *vs*. estrogen receptor negative tumors.

Velarde *et al*. (2022) conducted a case-control study to evaluate associations between breast cancer and 41 different chemicals, including PFOA, in women in Manila. The study included 75 breast cancer cases recruited from a hospital and 75 controls from the general population. The geometric mean serum PFOA concentrations were 1.79 ng/mL in controls and 1.72 ng/mL in cases. Velarde *et al*. (2022) did not find any association between PFOA and breast cancer.

Itoh *et al*. (2021) found no increased risk of breast cancer in association with PFOA in a hospital-based case-control study of 405 matched pairs from 2001 to 2005 in Nagano Prefecture, Japan. Likewise, no associations were observed when results were stratified by menopausal status or hormone receptor status.

Omoike *et al*. (2020) conducted a cross-sectional study of serum PFAS and prostate, uterine, breast and ovarian cancers in 11,631 NHANES adult participants using data from 2005-2012 surveys. The median PFOA serum concentration was 3.20 ng/mL. The authors reported an increased risk of breast and ovarian cancers with increasing PFOA, but a *decreased* risk of prostate and uterine cancers.

In a hospital-based case-control study of 134 cases of thyroid cancer and 185 hospital-based healthy controls (undergoing routine medical visits) in China, Liu *et al*. (2021) reported a *decrease* in thyroid cancer in association with PFOA. The geometric mean PFOA serum concentrations were 8.2 ng/mL in cases and

11.7 ng/mL in controls.  When stratified by sex, the inverse relationship held for women, but not for men. Liu *et al.* (2021) cited reverse causation as a possible explanation for the inverse relationship, *i.e.*, thyroid cancer could cause a change in thyroid hormone status, which could in turn alter the distribution and excretion of PFAS.

**Exposed Communities**

Barry *et al*. (2013) conducted a retrospective cohort study of cancer incidence in residents exposed to PFOA in drinking water near a production plant in the Mid-Ohio Valley (C8 Cohort).  Serum PFOA was measured in 2005 and 2006, and retrospective yearly PFOA serum concentrations were estimated from 1952 to 2011 based on residential histories, ADME parameters, and historical regional data, including PFOA emissions by the DuPont facility (accounting for wind patterns, river flow, and groundwater flow).  Cancer status was assessed in questionnaires through 2011; diagnosis was confirmed through medical chart review or state cancer registry matching.

With no lag for exposure, PFOA was borderline statistically significantly associated with testicular cancer. No association was apparent with a 10-year lag.  PFOA was associated with a statistically significant *reduction* in breast cancer risk with a 10-year lag (association with no lag was borderline significant, $p = 0.05$).  Overall associations between PFOA and other cancer types (*e.g.*, bladder, kidney, thyroid, prostate) were null.  The authors also ran analyses by PFOA exposure quartiles for kidney, testicular, and thyroid cancer.  Kidney and thyroid cancer showed no clear dose-response relationships, and associations remained not statistically significant.  Testicular cancer showed some suggestion of a dose-response relationship with increasing estimated PFOA quartile (based on increased HRs); however, the CIs were wide and all included the null finding.  An important limitation of this study is the potential for exposure misclassification (*i.e.*, error in the exposure estimates) based on modeled historical serum concentrations.

MDH (2018d) conducted an ecological study of cancer incidence in a population potentially exposed to PFAS, including PFOA, in Washington County, Minnesota.  MDH (2018d) concluded, on the basis of 25 years of cancer data, that there was no overall increase in the cancer rate in this population compared to the state cancer rate.  While the rates of some cancers (female breast, melanoma, chronic lymphocytic leukemia) were higher in Washington County, others (larynx, lung, oral cavity, small intestine, stomach) were lower, and the overall cancer rates were nearly identical.  In one ZIP code only (among eight different potentially exposed areas), the rates of breast cancer and total cancers were statistically significantly increased, but this was not true of the other exposed areas, and MDH did not conclude that these increases were caused by PFAS.

MDH (2018d) further noted that when the potentially exposed communities were combined, there were no statistically significant differences between the Washington County communities that had some history of potential PFAS exposure *via* drinking water and other Washington County communities, except that the exposed communities had statistically significant lower rates of oral and pancreatic cancer.

Michigan Department of Health and Human Services (MDHHS) (2018) conducted an ecological study of cancer incidence from 2000 to 2014 in Northern Kent County, where elevated PFAS concentrations, including PFOA, were found in drinking water.  The agency compared cancer rates from 12 US census tracts and two ZIP codes in the affected area to statewide Michigan rates.  MDHHS reported that there were no differences in overall incidence of urogenital cancers in the 12 census tracts compared to white Michigan State residents, but there was a statistically significantly higher incidence of kidney cancer in four of the census tracts during the first period only (2000-2004) compared to white Kent County residents.  This difference declined over time.  MDHHS did not attribute this increase to PFAS.

MDHHS (2018) also reported a statistically significant increase in the incidence of prostate cancer in the combined ZIP codes compared to statewide incidence in all three periods examined (2000-2004, 2005-2009, 2010-2014), but again, this incidence declined over time.  MDHHS noted that the increase in prostate cancer was likely due to differences in socioeconomic status and to revisions in prostate-specific antigen (PSA) screening recommendations during the study period (MDHHS, 2018).  There were no increases in any other cancer type tested, including cervix uteri, corpus uteri, ovary, testis, urinary bladder, and other urinary organs.  MDHHS (2018) concluded, "Except for prostate cancer, this data review found no consistent elevation in cancer incidence for the selected areas of northern Kent County" and did not attribute any changes in cancer incidence to PFAS exposure.

The town of Ronneby, Sweden, had elevated concentrations of PFOA, PFOS, and PFHxS in the drinking water that was distributed to one-third of its residents from the mid-1980s until 2013.  The PFOA water concentration in 2013, right before the water distribution plant was closed, was 100 ng/L, or 100 parts per trillion (ppt) (Li *et al*., 2022).  In an ecological study of the Ronneby population by Li *et al*. (2022), 60,507 individuals who had ever lived in Ronneby from 1985-2013 were followed until 2016 to determine cancer incidence.  The subjects were divided into three categories:  residents who never lived in the districts with elevated PFAS, residents who lived in districts with elevated PFAS for 1-10 years, and residents who lived in districts with elevated PFAS for 11 years or more.  These groups were also compared to a reference population in nearby towns that did not have elevated PFAS in the drinking water.

In a subset of sampled residents, the mean PFOA serum level was 1.5 ng/mL in the reference population, 3.5 ng/mL in the Ronneby residents who never lived in exposed districts, and 11 ng/mL in residents who had ever lived in exposed districts.  When the exposed residents were categorized by the timeframe of exposure, mean serum levels were 3.6 ng/mL in a subset of "early" exposed residents (up to 2004 only) and 13 ng/mL in "late" exposed residents (including exposure after 2004).  For overall cancer incidence, Li *et al*. (2022) reported no difference in exposed males, and a decrease in exposed females, compared to the reference population.  For individual cancers, there was an increase in cancers of the trachea/lung and bone/cartilage in males, an increase in thyroid cancer in females, and a decrease in breast and skin (non-melanoma) cancers in females.  Compared to Ronneby residents who did not live in exposed districts, the exposed population had no increases in overall or any individual cancers, and a decrease in prostate cancer.  In a dose-response analysis of early- *vs*. late-exposed Ronneby residents, the authors reported an increase in kidney and skin cancer (although the CI for the increase in kidney cancer risk included 1.00 and, therefore, is not statistically significant), and a decrease in prostate cancer.  However, when the cancer incidence was analyzed by short *vs*. long exposure, no associations were found.  As this is an ecological study, no inferences can be made regarding causation.  Furthermore, different results were obtained depending on the type of analysis employed.  This study is also subject to the issue of multiple comparisons (257), so some of the significant results may have been due to chance.

Messmer *et al*. (2022) compared cancer incidences in Merrimack, New Hampshire, which had elevated PFOA in the town drinking water supply (140 ppt in 2016-2017), with incidences in four other New England towns individually, with the same four towns pooled, and with overall US incidences.  In this ecological study, the authors analyzed rates of all-cause cancer and 24 individual cancer types.  The geometric mean PFOA concentration in blood samples of a subset of Merrimack residents in 2016-2017 who received drinking water from the town supply was 3.9 ng/mL, and in residents with private wells was 4.4 ng/mL.  Messmer *et al*. (2022) reported that Merrimack residents had an increased incidence of thyroid cancer compared to two of the three referent towns that had available information, compared to the pooled referent towns, and also compared to the general US population.  None of the other cancer types, including all-cause, bladder, breast, kidney, and prostate, had consistent results for Merrimack compared to the referent towns individually or pooled and to the US population.  For example, prostate cancer incidence in Merrimack was higher than the incidence in three of the comparison towns and higher than the incidence in all four towns pooled, but lower than the overall US incidence.  Notably, I am not aware of any other

studies that have reported associations between PFOA and thyroid cancer except the Ronneby study described above (Li *et al*., 2022), another ecological study. The study by Messmer *et al*. (2022) is subject to the same limitations as noted above for the Ronneby study.

**Pooled Analysis**

Steenland *et al*. (2022) conducted a pooled analysis of PFOA and kidney cancer using only the studies by Shearer *et al*. (2020) and Barry *et al*. (2013). The authors reported an increased risk of kidney cancer with increasing serum PFOA up to a serum concentration of 12.5 ng/mL, and no increased risk at PFOA concentrations above 12.5 ng/mL. There are several limitations to this study. For example, the two study populations are not homogenous. The study population in the study by Shearer *et al*. (2020) comprised 55 to 74-year-olds with PFOA exposure on par with national trends. The study population in the study by Barry *et al*. (2013) consisted of those older than 20 who lived in six contaminated water areas, and included DuPont workers who also received occupational and environmental exposure. The PFOA exposures in the study by Barry *et al*. (2013) were many times higher than national trends. It is inappropriate to combine two such disparate populations for purposes of evaluating dose response relationships. Adjustment for cofounders was limited to high blood pressure and BMI, and did not include other potential confounders such as smoking; thus, the results may be subject to residual confounding. In addition, the observed shape of the dose-response curve indicates a positive association at lower concentrations but no association at high concentrations. This lacks a biological and toxicological basis and provides further support that the findings of the pooled analysis are not reliable. For these reasons, this pooled analysis does not support there being an association between PFOA and kidney cancer.

The evidence does not establish an association between PFOA and any cancer type (*e.g*., bladder, kidney, thyroid, testicular, prostate) in general population studies or exposed communities. In a review of the scientific literature regarding PFAS (mainly PFOA and PFOS) and cancer, Steenland and Winquist (2021) concluded, "Overall, the evidence for an association between cancer and PFAS remains sparse," and "there are no associations between PFAS and cancer that have been both marked and consistent across studies." Steenland was one of the epidemiologists on the C8 Science Panel, described below.

### A5.1.5  C8 Science Panel

The C8 Science Panel was formed as part of a class action settlement of a lawsuit involving releases of PFOA (also known as C8) from an industrial site in West Virginia. The Panel was tasked with determining whether there was a "probable link" between PFOA and any human disease. In this legal context, a probable link is defined as, given the scientific evidence, it is "more likely than not that a connection exists" (C8 Science Panel, 2017). It is important to note that a "probable link" in a legal context is not the same as a statistically significant association in a scientific context. This standard would not be acceptable in the scientific literature as evidence of an association. In addition, a "probable link" designation does not address whether or not the link is causal. Indeed, one of the members of the C8 Science Panel, Dr. David Savitz, has more recently served as member of the Michigan PFAS Science Advisory Board (2018) which concluded, "causality between a PFAS chemical and a specific health outcome in humans has not been established in the current scientific literature."

In making determinations for each disease endpoint, the Panel was required to: (1) conduct community studies in the community of Mid-Ohio Valley residents who lived in the area surrounding the industrial site and were exposed to PFOA in their drinking water, and (2) consider an ongoing study of site workers conducted by the company that owned the site. The Panel was also permitted to consider any other epidemiology evidence it believed to be relevant. The Panel listed the following criteria it used to evaluate the evidence for a probable link: strength and consistency of reported associations, evidence of a dose-

response relationship, the potential for associations to occur as a result of chance, adequacy of control for biases and other causes, and plausibility based on experiments in laboratory animals. The investigations and analyses were carried out from 2005 to 2013 (C8 Science Panel, 2017).

The C8 Science Panel determined that there is a probable link between PFOA and the following six diseases: high cholesterol, thyroid disease, pregnancy-induced hypertension/preeclampsia, ulcerative colitis, kidney cancer, and testicular cancer. The diseases that were determined by the Panel to have no probable link to PFOA included any other CVD; any other adverse pregnancy condition or outcome (including developmental effects); any neurological, respiratory, infectious, kidney, or liver disease; Type 2 diabetes; osteoarthritis; any autoimmune disease other than colitis; and any other cancers (C8 Science Panel, 2012a).

In this section, I will discuss the C8 Science Panel's conclusions for the six diseases that it determined had a "probable link" with PFOA exposure and the evidence upon which each determination was based. I will also discuss the lack of consistency between the Panel's findings, current literature, and the critical effects in the animal studies upon which the US EPA and ATSDR guidance for PFOA are based.

### A5.1.5.1        High Cholesterol

The C8 Science Panel concluded that there was a probable link between increased PFOA exposure and "diagnosed high cholesterol," but no probable link between PFOA exposure and any coronary artery disease or disease manifestation, including myocardial infarction, angina, and coronary bypass surgery (C8 Science Panel, 2012b). In other words, there was no link to any clinical manifestations of elevated cholesterol. This brings into the question the toxicological significance of any link between PFOA exposure and elevated cholesterol.

In its review of published epidemiology studies of PFOA and cholesterol (also reviewed in Sections A5.1.2 and A5.1.4 of this report), the Panel noted that while 6 of 10 studies reported statistically significant associations between PFOA and LDL, the magnitude of effect was greatest in the populations with the lowest exposure levels, and the smallest effects were seen in the most highly exposed populations (C8 Science Panel, 2012b). This is contrary to a basic tenet of toxicology that for chemicals that cause health effects, higher doses lead to stronger effects (see Section A1.2.1). The Panel also conducted its own studies of the Mid-Ohio Valley residents and site workers, with mixed and contradictory results. Cross-sectional and longitudinal studies showed a modest but statistically significant effect of PFOA on LDL, but a prospective analysis showed a modest but statistically significant *decrease* in risk of high cholesterol with increasing cumulative PFOA exposure (C8 Science Panel, 2012b).

While the Panel described the evidence as inconsistent, it judged that there was a probable link between PFOA and high cholesterol (C8 Science Panel, 2012b). More recently, former C8 Panel members and coauthors revisited their findings in light of recently published studies (post 2012) and stated, "Analysis of data from the C8 Health Project indicated a negative association between PFOA and C-reactive protein, lower levels of which are also associated with reduced risk of heart disease. Thus, it is plausible that there is a positive association of PFOA with raised cholesterol, yet no impact on the risk of cardiovascular disease" (Steenland *et al*., 2020). In my opinion (as described in Sections A5.1.2 and A5.1.4), based on the inconsistent and contradictory findings, the lack of a plausible MoA, discordance with the animal data and a phase one clinical trial that reported lower serum total cholesterol with higher serum PFOA, and the lack of evidence of an association between PFOA and clinical CVD, the evidence does not establish an association between PFOA and high cholesterol. Furthermore, based on recent analyses (Dzierlenga *et al*., 2021; Lin *et al*., 2020a), there is some evidence that the association between PFOA and cholesterol may be a consequence of confounding by fiber intake.

### A5.1.5.2        Thyroid Disease

The C8 Science Panel determined that there was a probable link between increased PFOA and thyroid disease (C8 Science Panel, 2012c).  This determination was largely based on its own studies of the Mid-Ohio Valley residents, which yielded inconsistent and contradictory results (reviewed in Section A5.1.4.3).  For example, in a study of diagnosed thyroid disease among the community residents and workers, PFOA was associated with both hypothyroidism and hyperthyroidism in women (but not men) (Winquist and Steenland, 2014b).  In another study of the same community, neither subclinical hypothyroidism nor subclinical hyperthyroidism were associated with PFOA (C8 Science Panel, 2012c).  In fact, there was a reverse association (*i.e.*, reduced risk) between subclinical hyperthyroidism and PFOA among women in this study.  Both cross-sectional studies by the Panel investigated associations between PFOA and TSH levels; one showed an association and the other did not (C8 Science Panel, 2012c).  There was also a lack of significant exposure-response trends among the results.

The C8 Science Panel studies had results that were inconsistent:  "While *each finding in isolation was not compelling, plausibly a result of chance or other errors*, the presence of some independent pieces of evidence indicative of an association was not easily dismissed, *despite a lack of coherence among them*" (C8 Science Panel, 2012c [emphasis added]).  In light of the contradictory, weak, or nonexistent associations, or in some cases reverse associations, of PFOA with thyroid disease or thyroid hormone levels in the C8 Science Panel studies, it is surprising that even using the "more probable than not" criterion, the Panel came to the conclusion of a probable link.

Notably, in revisiting their original findings, the C8 panel and coauthors concluded that "[o]verall, since the original Science Panel findings, the evidence of an association of PFOA with thyroid disease has gotten weaker" (Steenland *et al*., 2020).  Similarly, with regard to thyroid hormones, they concluded, "Overall, while a number of studies have suggested associations between thyroid hormones and PFOA in cross-sectional analyses, in our view there is little consistency across studies so evidence for a causal impact on thyroid hormones remains weak" (Steenland *et al*., 2020).

In my opinion, the studies described here and other studies in the literature do not provide evidence of an association between PFOA and thyroid disease, and therefore provide no basis for any conclusion of a causal association between PFOA exposure and thyroid disease.

### A5.1.5.3        Pregnancy-Induced Hypertension and Preeclampsia

The C8 Science Panel determined that there was a probable link between PFOA and pregnancy-induced hypertension and preeclampsia (C8 Science Panel, 2011a).  In this evaluation, the Panel grouped these two related conditions together on the basis of difficulty distinguishing them in the records used for verification of the diseases.  The Panel based its determination on six studies of the Mid-Ohio Valley community, no other epidemiology studies, and mechanistic and toxicological evidence from animal studies.

Of the six studies the Panel relied upon for this determination (the ones that have been published are also reviewed in Section A5.1.4.1), five were conducted by the C8 Science Panel.  The one that was conducted by an independent group (Nolan *et al*., 2010) was an ecological study (*i.e.*, exposure was assigned based on place of residence rather than actual exposure measurements) that found no association between ZIP Codes that had elevated PFOA concentrations in drinking water and pregnancy-induced hypertension among residents of one of the towns near the industrial site in the Mid-Ohio Valley.

In a study of pregnancy-induced hypertension by the C8 Science Panel, when exposure was estimated based on place of residence either by ZIP Code or exact street address, there was no association between PFOA and pregnancy-induced hypertension. When the authors limited the data to include only exposure estimates based on exact street addresses, they reported a "small association" that was not statistically significant and did not exhibit a dose-response pattern (C8 Science Panel, 2011a). In a companion study, the Panel also reported no association between PFOA and pregnancy-induced hypertension when PFOA exposure was estimated using the residents' comprehensive residential history, rather than just the point-in-time residential addresses (C8 Science Panel, 2011a; Savitz *et al.*, 2012b). When the authors used an alternative method to estimate serum PFOA concentrations by calibrating to serum concentrations measured in 2005-2006, they reported a "strengthened" association that did not exhibit a dose-response and was only statistically significant for quintile 4 compared to quintiles 1 and 2 combined (C8 Science Panel, 2011a).

The fourth study of pregnancy-induced hypertension used by the Panel in its determination was also a C8 Science Panel study. In this study, serum PFOA concentrations were estimated based on values measured in 2005-2006. No statistically significant association was reported for the 25th *vs.* 75th percentiles of exposure, but when the exposure was divided by quintiles, there were statistically significant associations in quintiles 3, 4, and 5 compared to quintile 1. The results by quintile did not exhibit a dose response.

In a study of preeclampsia conducted by the C8 Science Panel (Stein *et al.*, 2009; C8 Science Panel, 2011a), the authors reported that measured serum PFOA was "weakly and irregularly" associated with preeclampsia. The association, however, was not statistically significant, and there was no dose response. A second study of preeclampsia by the Panel used historical estimates of PFOA exposure rather than actual serum measurements. The Panel reported a "modest association" between preeclampsia and estimated serum PFOA concentration, but the results were not statistically significant and did not show a dose response. The authors also used an alternative method of estimating serum PFOA concentrations by calibrating to measured values in 2005-2006, and reported a "strengthened" association that was small but statistically significant for the fourth and fifth quintiles compared to the first and second quintiles combined.

Overall, these studies show weak or no associations between PFOA and pregnancy-induced hypertension/preeclampsia. None of the studies showed a robust dose response between PFOA and pregnancy-induced hypertension or preeclampsia. In fact, in some analyses, the highest PFOA exposures resulted in no increased risk. In addition, all of the studies were of the same community, with overlapping populations of study subjects, and most of the studies used estimated rather than measured serum PFOA concentrations, which makes them subject to possible exposure misclassification.

The Panel also discussed evidence from animal studies of reduced fetal growth at high PFOA doses as support for PFOA's association with pregnancy-induced hypertension and preeclampsia, because in humans, these conditions are associated with reduced fetal growth and an increased risk of preterm birth (C8 Science Panel, 2011a). This is incongruous, however, because the Panel determined that there was no probable link between exposure to PFOA and preterm birth or low birth weight (C8 Science Panel, 2011b). In my opinion, the science does not support there being an association between PFOA and pregnancy-induced hypertension and preeclampsia.

In the recent reanalysis of its findings, the C8 Panel and coauthors agreed with this, concluding:

> In summary, with the exception of reduced birthweight, discussed in detail above, there have been few studies on other reproductive end-points (subfecundity, miscarriage, preterm birth, and birth defects). What studies do exist provide little indication of an adverse effect of PFOA. For the one outcome for which the Science Panel did find a probable link, pregnancy-induced hypertension, there are few subsequent studies with mixed results. (Steenland *et al.*, 2020)

### A5.1.5.4        Ulcerative Colitis

The C8 Science Panel determined that there was a probable link between PFOA and ulcerative colitis (C8 Science Panel, 2012d).  This determination was based on a single study conducted by the C8 Science Panel, because there were no other epidemiology or animal studies that investigated this association.  The C8 Science Panel study was based on 161 cases of ulcerative colitis that were validated with medical records. The Panel reported a statistically significant increased risk of the disease with increasing quartiles of cumulative PFOA exposure.  PFOA exposure values were derived from historical estimates rather than actual serum measurements.  A prospective analysis based on 30 cases and actual serum measurements taken in 2005-2006 also showed a positive trend with increasing quartiles, but was not statistically significant.

The positive trend of higher risk of ulcerative colitis with increasing PFOA concentration merits further investigation.  However, it is not possible to draw conclusions based on one study that includes two analyses with very limited numbers of cases, with the analysis based on actual serum measurements showing no statistically significant association.  In my opinion, the evidence does not establish an association between PFOA and ulcerative colitis.

It is interesting to note that in the C8 Panel study, 747 people self-reported having inflammatory bowel disease (of which ulcerative colitis is a subset), but only 245 cases were validated by medical record review (161 cases of ulcerative colitis and 96 cases of Crohn's disease).  This underscores the limitations of studies that rely on self-reported medical data.

Former members of the C8 panel and coauthors recently analyzed the studies published post 2012 and acknowledged the limitations of the existing literature.  They stated that definitive conclusions could not be reached absent more studies:

> Overall, based on the four published studies to date, we believe the evidence still supports an association of PFOA with ulcerative colitis. Both Science Panel studies of PFOA found strong exposure–response trends. On the other hand, the latest study from Sweden did not find a positive association. However, the Swedish study had a different exposure profile: the population was highly exposed to PFHxS and PFOS, while PFOA was moderately elevated, lower on average than in the mid-Ohio valley. Furthermore, exposure was assigned ecologically based on residential location, and exposure response analyses were conducted based only across decade of increasing exposure. Given the sparse literature, more studies are clearly needed to reach more definitive conclusions.  (Steenland *et al*., 2020).

### A5.1.5.5        Kidney Cancer

The C8 Science Panel determined that there was a probable link between PFOA and kidney cancer (C8 Science Panel, 2012e).  This determination was based on three epidemiology studies conducted by non-Panel authors and four studies conducted by the Panel.  The non-Panel studies consisted of two worker studies (one from the Mid-Ohio Valley site [Leonard *et al*., 2008]) and one general population study, none of which reported associations between PFOA and kidney cancer (C8 Science Panel, 2012e).

In a Panel cohort mortality study of 5,791 workers at the Mid-Ohio industrial site (Steenland and Woskie, 2012, also reviewed in Section A5.1.2.6), the authors conducted a 6-year follow-up study to the Leonard *et al*. (2008) study and found no new cases of kidney cancer and no statistically significant association

between kidney cancer and estimated PFOA exposures when compared to unexposed workers at the same company. They did report that there was a statistically significant positive trend for kidney cancer with increasing quartiles of PFOA exposure. This trend was based on only 12 cases, however, and there were no cases in the third quartile of exposure.

A second Panel study (Vieira *et al*., 2013) was a geographical analysis comparing cancer rates in exposed *vs*. unexposed areas of the Mid-Ohio Valley, using either the residents' water districts or modeled exposure based on residents' individual addresses as measures of exposure. The trends for kidney cancer risk with increasing PFOA exposure were inconsistent depending on the measure of exposure used. A statistically significant trend was reported for estimated individual exposures, but not for exposure by water district.

A third Panel study of 49,082 exposed community residents compared cancer incidence with measured serum PFOA concentrations and found no evidence of an association between PFOA and kidney cancer (C8 Science Panel, 2012e).

The fourth Panel study compared cancer incidence to modeled individual estimates of cumulative PFOA exposure in the community residents and workers (C8 Science Panel, 2012e). The authors reported a statistically significant trend across quartiles of exposure in an unlagged analysis but not in a lagged analysis (*i.e*., only cancers that were diagnosed ≥ 10 years after first exposure were counted). In the same study, there were no statistically significant trends in kidney cancer risk *vs*. exposure for cases that were diagnosed between the 2005-2006 cohort enrollment and the 2009-2011 resident and worker interviews conducted by the Panel.

The C8 Science Panel determined that these studies provided evidence for a probable link (C8 Science Panel, 2012e). It is important to note, however, that the only study that analyzed the association between PFOA and kidney cancer that employed actual serum PFOA measurements (rather than estimates based on work categories, geographical location, or modeled exposure) showed no association. Furthermore, all of these studies are of the population of residents and workers from the exposed Mid-Ohio Valley community, with overlapping subjects. For these reasons, it is my opinion that the evidence does not support there being an association between PFOA and kidney cancer.

Notably, after reviewing recently published literature (post 2012), the C8 Science Panel and coauthors came to a similar conclusion, stating:

> Overall, we found 19 epidemiologic studies of PFOA and cancer, six of which were of occupational cohorts (of which two were updates of the original cohorts). In 2012, the Science Panel concluded that there was a probable link between PFOA and both testicular and kidney cancers. The modest evidence that has accumulated since that time does not generally strengthen the conclusion that PFOA is carcinogenic for any given site, [although] there is somewhat stronger evidence for kidney cancer. (Steenland *et al*., 2020)

### A5.1.5.6    Testicular Cancer

The C8 Science Panel determined that there was a probable link between PFOA and testicular cancer (C8 Science Panel, 2012e). This determination was based on the same set of studies as noted above for the kidney cancer evaluation. The three non-Panel studies all showed no association between PFOA and testicular cancer.

In the C8 Science Panel mortality study (Steenland and Woskie, 2012), there was only one death from testicular cancer among the cohort of 5,791 workers, so an association between PFOA exposure and

mortality from testicular cancer could not be measured.  The Panel reported an elevated risk of testicular cancer in the geographical analysis conducted by Vieira *et al.* (2013).  However, the trends for risk with increasing PFOA exposure were not statistically significant when the authors used a more accurate measure of exposure, based on individual residence data.  In the study that used actual serum PFOA concentrations for exposure measurements (the most accurate measure of exposure), based on 49,082 total participants (the numbers of males/females were not given), there were too few cases of testicular cancer to perform an analysis (C8 Science Panel, 2012e).

In the final study, the Panel compared cancer incidence to modeled individual estimates of cumulative PFOA exposure in the community residents and workers (C8 Science Panel, 2012e).  A positive trend was reported for certain analyses (no-lag analysis with log exposure and lagged analysis with linear exposure) but not for others (no-lag analysis with linear exposure and lagged analysis with log exposure).  There was no increased risk of cancer in this population compared to the general US population.  In addition, there were no new cases of testicular cancer in this cohort after 2005-2006 (compared to about five expected cases), so the Panel could not conduct a prospective analysis of testicular cancer (C8 Science Panel, 2012e).

Based on these inconsistent findings, the Panel determined that there was a probable link between PFOA and testicular cancer.  Again, it is important to note that in the only study that analyzed the association between PFOA and testicular cancer that employed actual serum PFOA measurements, there were too few cases for analysis, and there were no new cases after 2005-2006.  As mentioned above, in their recent revisiting of their initial findings, the C8 panel and coauthors agreed with this, stating that evidence since the original C8 panel study "does not generally strengthen the conclusion that PFOA is carcinogenic for any given site" (Steenland *et al.*, 2020).  For these reasons, it is my opinion that the science does not support there being an association between PFOA and testicular cancer.

### A5.1.5.7     Overall Conclusions for C8 Science Panel

The C8 Science Panel findings are not held to the same rigorous scientific standard as statistically significant associations that are used for drawing conclusions about associations and causation from epidemiology studies.  Therefore, I do not rely on the Panel's findings in my analysis regarding the evidence for associations between PFOA exposure and health effects.  I also note that the Panel did not find probable links to the vast majority of endpoints tested, including (but not limited to) 19 types of cancer, birth weight, birth defects, neurological diseases, respiratory diseases, any infectious diseases, diabetes, liver disease, and osteoarthritis.

In all of the six C8 Science Panel determinations that reported probable links between PFOA exposure and a disease, the Panel's conclusions were based on inconsistent and contradictory results, positive trends that were not statistically significant, modeled and estimated PFOA exposures rather than actual serum measurements, and/or data that were sorted and organized in several different ways such that for any given set of data, associations were found by some methods and not by others.  None of the probable link determinations are based on a robust set of results that clearly showed an association between the disease in question and PFOA exposure.

The Panel's determinations are also not consistent with other epidemiological evidence.  For example, the Panel determined that there was a probable link between PFOA exposure and pregnancy-induced hypertension and preeclampsia, conditions that are associated with low birth weight and preterm births.  However, the Panel did not find a probable link between PFOA and low birth weight or preterm births.  While the Panel found a probable link between PFOA exposure and high cholesterol, there is no evidence of an association between PFOA and CVDs that may be caused by high cholesterol (discussed in Section

A5.1.4.4).  For kidney and testicular cancer, three non-Panel studies found no association with PFOA, but the Panel put more weight on its own studies, despite the limitations of those studies outlined above.

Both US EPA and ATSDR based their PFOA guidelines on animal studies of developmental outcomes. The C8 Science Panel, however, did not find a probable link between PFOA and adverse birth outcomes. This underscores the overall uncertainty and inconsistency regarding the potential health effects of PFOA upon which both legal and regulatory decisions have been made.

### A5.1.6  Overall Conclusions for Human Studies of PFOA

The weight of evidence does not establish causal associations between PFOA exposure and health effects across studies of occupational, community, and general population cohorts.  For example, changes in thyroid hormones have been associated with PFOA exposure, but the direction of these changes has been discordant, and changes among males and females are inconsistent.  Similar inconsistencies are seen for associations with birth and growth outcomes.  For several endpoints, the findings are of questionable clinical significance (associations with serum lipids but not with CVD, for example, or decreased antibody titers but no change in incidence of infectious disease).  Despite several reports of PFOA effects on immune function, recent studies have not shown any clear association between PFOA and COVID-19 incidence and severity.  Further, many studies that report effects have important methodological limitations, such as a cross-sectional study design and failure to adequately adjust for confounders.  Finally, some of the associations might be due to reverse causation (*e.g.*, timing of menopause, kidney function).

## A5.2   PFOS

The following subsections discuss studies of PFOS and the most commonly assessed health endpoints in humans, including reproductive and developmental effects, thyroid hormone levels, serum lipid levels and CVD, immunological effects, and cancer.  These endpoints have been the focus of recent agency reviews by the US EPA and NTP.  Human studies are important to consider to fully understand the toxicity associated with PFOS, because these studies require no between-species extrapolation and represent a range of environmentally relevant exposure levels.  In general, PFOS exposure is substantially higher in occupationally exposed individuals relative to those living in communities with a nearby point source of PFOS (*e.g.*, a production plant) and the general population with no nearby sources of exposure (who are exposed to PFOS mainly through low levels in food, water, and consumer products).  In contrast, most animal studies are conducted at dose levels that are far higher than would be expected in any human population.  Human studies can be used to inform the relevance of the animal toxicity studies and also to determine the likelihood of adverse health effects in populations exposed to PFOS.

Human studies have been conducted in both workers and non-occupational populations to evaluate the association between PFOS exposure and causes of mortality, episodes of care (*i.e.*, health problems under care of a health provider), and various biochemical endpoints.  These studies have focused on exposure to PFOS and PFOA.  3M has monitored workers' serum PFOS concentrations for several decades.  3M has conducted studies in plants in Cottage Grove, Minnesota; Decatur, Alabama; and Antwerp, Belgium.  In addition, DuPont has conducted epidemiology studies in residents living in areas where PFAS, including PFOS, were found in drinking water.  Finally, numerous studies have evaluated various health endpoints in both US and non-US populations exposed to environmental background levels of PFOS through water, food, and consumer products.  Note that while PFAS have been measured in the serum of people around the world, as stated by CDC, "[f]inding a measurable amount of PFAS in serum does not imply that the levels of PFAS cause an adverse health effect" (CDC, 2017a).

Some findings may be a result of reverse causation. Reverse causation occurs when the likelihood of an outcome is causally linked to the exposure of interest. For example, menopause may cause increased PFOS concentrations in the blood of women with menopause relative to women still menstruating, because there is no longer a menstrual blood pathway of excretion in the former group. Thus, it may appear from a study that PFOS contributes to menopause onset, when in fact, menopause causes a relative increase in serum PFOS concentration when compared to menstruating women (Ruark *et al.*, 2017).

The weight of evidence does not establish an association between health effects or changes in clinical chemistry parameters and PFOS exposure in workers who have been exposed to high levels of PFOS for long periods of time, in residents with PFOS in their drinking water, or in populations with background exposure to PFOS. In many cases, when effects were reported, the changes were of unclear clinical significance, or in some cases, were not consistent with animal or mechanistic data for the same endpoints.

## A5.2.1 Serum Concentrations in Workers

Table A5.9 summarizes the PFOS biomonitoring data for 3M's Antwerp and Decatur plants. As can be seen in the table, the PFOS concentrations at the Decatur plant range from a minimum of 0.015 ppm to a maximum of 10.6 ppm (or µg/mL, equivalent to 15-10,600 ppb), while the arithmetic means range from 1.621 ppm (or µg/mL, equivalent to 1,621 ppb) in 2002 to 1.290 ppm (or µg/mL, equivalent to 1,290 ppb) in 1995. At the Antwerp plant, the range in PFOS concentrations was smaller, and both the maximum and means were smaller than at the Decatur plant: a minimum of 0.04 ppm to a maximum of 6.24 ppm (or µg/mL, equivalent to 40-6,240 ppb), with arithmetic means ranging from 0.50 to 0.950 ppm (or µg/mL, equivalent to 500-950 ppb). It should be noted that all the data are cross-sectional (*i.e.*, measured on a single occasion) and, because the serum concentrations provided in these studies are presented as averages across the surveillance groups, they do not provide information about serum concentrations over time on an individual basis. Finally, the serum concentrations of PFOS measured in these working populations are several orders of magnitude higher than expected in the general population or even in communities exposed to PFOS in drinking water.

**Table A5.9  Summary of 3M Occupational PFOS Serum Concentrations (ppb or ng/mL)**

| Plant | N | Range | Arithmetic Mean | Geometric Mean | Reference |
|---|---|---|---|---|---|
| **Antwerp** | | | | | |
| 1995 | 88 | 0-12,830[a] | 1,930[a] | NR | Olsen et al. (1999) |
| 1997 | 65 | 100-970[a] | 1,480[a] | NR | |
| 2000 | 196 | 40-6,240 | 950 | NR | Olsen and Zobel (2007) |
| 2000 | 255 | 40-6,240 | 800 | 440 | Olsen et al. (2003b) |
| 2001 | 30 | 190-1,350 | 500 | 430 | Olsen et al. (2003c) |
| **Cottage Grove** | | | | | |
| 2000 | 122 | 30-4,790 | 860 | NR | Olsen and Zobel (2007) |
| 2002 | 38 | 50-1,170 | 334 | 254 | Olsen and Mandel (2003a) |
| **Decatur** | | | | | |
| 1995 | 90 | 0-12,830[a] | 2,440[a] | NR | Olsen et al. (1999) |
| 1997 | 84 | 100-970[a] | 1,960[a] | NR | |
| 1998 (chemical plant) | 126 | 91-10,600 | NR | 941 | Olsen et al. (2003d) |
| 1998 (film plant) | 60 | 15-946 | NR | 136 | |
| 2000 | 188 | 60-4,170 | 1,290 | NR | Olsen and Zobel (2007) |
| 2000 | 263 | 60-10,060 | 1,320 | 910 | Olsen et al. (2003b) |
| 2002 | 54 | 82-4,258 | 1,621 | 1,008 | Olsen and Mandel (2003b) |

Notes:
N = Number of Participants; NR = Not Reported; ppb = Parts per Billion.
(a) For the Antwerp and Decatur plants, combined.

## A5.2.2 Health Endpoint Studies in Workers

Several epidemiology studies have evaluated the relationship between exposure to PFOS and several different disease outcomes, as well as disease biomarkers, in occupationally exposed populations. These populations had much higher PFOS exposures than what would be expected in the general population. Studies conducted at 3M PFAS manufacturing facilities have used both retrospective and prospective longitudinal study designs (i.e., the populations were followed over time, often many years, to examine health endpoints) for large cohorts (n = 1,400 to approximately 6,000) to evaluate potential health effects associated with PFOS at exposures that are substantially higher than general population exposures. These studies should be relied on preferentially over cross-sectional (i.e., studies that measure exposure and outcomes at a single point in time) general population studies, which, by study design, are insufficient to determine causation. Moreover, as noted above, because the worker studies involved serum PFOS concentrations at least 20-fold higher than concentrations found in the general public, the occupational studies are generally more useful for establishing associations between exposure to PFOS and health effects, because any potential health effects from exposure to PFOS are more likely to occur at high exposure levels, relative to low exposure levels. Despite the advantages of the worker studies, there are still some methodological issues in certain studies. For example, the mortality studies that compared the rates of disease in the workers to those in the general population may have been subject to the healthy worker effect.

Overall, I conclude that the weight of evidence from worker studies does not establish an association between PFOS exposure and adverse effects in workers. In particular, there has been no increase in liver disease risk, which US EPA has identified as a key endpoint of concern for PFOS. Changes in serum lipid levels (HDL/triglycerides) have been statistically significantly elevated in some of the worker studies. These changes are inconsistently observed and of limited biological relevance, because there is no evidence

that PFOS is associated with CVD or metabolic syndrome.[84]   There is also no evidence that PFOS is associated with any types of cancer in occupational studies.  The subsections below summarize studies in workers for these key endpoints in relation to PFOS.

### A5.2.2.1        Reproductive and Developmental Effects

Partially due to the small female populations exposed to PFOS at the workplace, there are very few occupational studies of reproductive or developmental effects of PFOS in humans.  I conclude that the evidence available in these populations does not establish a causal association between PFOS exposure and any developmental or reproductive effects.

Olsen *et al*. (2004) conducted analyses of health claims data, including reproductive and developmental outcomes, among 1,311 workers at a 3M production facility in Decatur.  The authors found that the overall episodes of care experience was comparable between fluorochemical production workers and non-fluorochemical production workers, indicating no evidence for reproductive effects to the workers from PFOS exposure.

Grice *et al*. (2007) conducted a retrospective cohort study of 1,400 workers from the Decatur plant.  Job-specific exposure categories were determined based on job titles, departments, dates of employment, and potential for PFOS exposure and grouped by "ever high," "ever low," "low or high ≥ 1 year," or "high > 1 year."  Among women reporting singleton pregnancies while employed (n = 439), 421 resulted in a live birth, 14 in a stillbirth, and 4 had missing data.  Because numbers were low, no analysis of stillbirth was conducted.  The authors reported no statistically significant association between PFOS exposure and birth weight, regardless of exposure category.  In analyses that estimated exposure up to 1 year before pregnancy and those that estimated cumulative exposure the results remained the same (*i.e.*, null).

### A5.2.2.2        Liver Enzymes

Based on evidence from studies of workers with high exposures to PFOS, I conclude that PFOS is not associated with consistent or adverse changes in liver enzyme parameters in occupational cohorts.

Olsen *et al*. (1999) conducted cross-sectional analyses of the association between PFOS exposure and markers of liver function (including ALP, AST, ALT, GGT, and total liver panel) in the Decatur, Alabama, and Antwerp, Belgium, populations undergoing voluntary routine surveillance examinations in 1995 and 1997 (n = 178 and 149 male employees in 1995 and 1997, respectively).  The authors reported no statistically significant associations between serum PFOS and any of the parameters measured.  In a longitudinal analysis of the Antwerp and Decatur populations participating in the 2000 surveillance, Olsen *et al*. (2003b) reported that while there was a slight increase in ALP with higher serum PFOS in both sexes and a slight increase in ALT in the highest exposure group in males, most individuals' values were within clinical reference ranges.  There were no statistically significant associations between PFOS exposure and the other liver function tests (*i.e.*, GGT, AST, total bilirubin, or direct bilirubin), after adjustment for potential confounders.

In a longitudinal study of 179 workers involved in the demolition of PFAS manufacturing facilities, Olsen *et al*. (2012) reported that there was no association between serum PFOS concentrations and the liver enzymes AST and ALT in the entire study population or any subset of it.  Serum PFOS concentrations in

---

[84] Metabolic syndrome consists of a group of risk factors (large waistline, high serum triglycerides, low serum HDL, high blood pressure, and high fasting blood sugar) that together may signify an increased risk for heart disease, diabetes, or stroke (National Heart, Lung, and Blood Institute, 2019).

this study covered a large range (approximately 1-1,000 ng/mL PFOS), and subanalyses considered the effects of lower baseline values (< 50 ng/mL PFOS) and those with changes in serum PFOS concentration over the study period. Because this study used a longitudinal design, the results are more reliable than the previous Olsen *et al*. (1999) cross-sectional study.

### A5.2.2.3        Liver Disease

After reviewing the available studies of workers with high exposures to PFOS, I conclude that the evidence does not support an association between PFOS and liver disease in humans. The available studies (including those investigating mortality incidence and episodes of care studies) conducted at 3M plants demonstrate a lack of an association between liver-related disorders and PFOS exposure.

Mandel and Johnson (1995) conducted a cohort mortality study of 1,957 employees who worked at least 1 year at the 3M plant in Decatur, Alabama; cause of death was followed through December 31, 1991. Deaths from cirrhosis of the liver were not significantly different from the expected deaths from this cause in the general US population. Total mortality however, was lower than expected, indicating there may have been a healthy worker effect (*i.e.*, as noted previously, because severely ill and chronically disabled individuals are generally excluded from employment in certain fields, there are fewer sick individuals relative to the general population).

Alexander *et al*. (2003) conducted a retrospective cohort mortality study of 2,083 workers who worked at least 1 year in the Decatur plant from 1961 to 1997. The incidence of mortality from cirrhosis of the liver was not significantly increased in this population relative to the general population of Alabama. Total mortality was lower than expected in this study as well, indicating a potential healthy worker effect.

Grice *et al*. (2007) investigated associations between self-reported health conditions, including cancer and non-cancer conditions such as ulcers, liver disease, kidney disease, and prostate conditions, in a retrospective cohort study of 1,400 workers from the Decatur plant. The authors reported that there was no statistically significant association between PFOS exposure and liver disease (including cirrhosis and hepatitis) in any of the exposure groups (*e.g.*, ever high, ever low, low or high ≥ 1 year, or high > 1 year).

There were no statistically significant associations between employment at the Decatur 3M plant and mortality from liver disease (cirrhosis) or self-reported liver disease (cirrhosis and hepatitis).

### A5.2.2.4        Serum Lipids

Several studies have investigated the association between PFOS exposure and serum lipids in worker populations (Olsen *et al*., 1999, 2003b, 2012). Overall, I conclude that there is no reliable association between PFOS exposure and clinically meaningful alterations in serum lipids in these populations.

Olsen *et al*. (1999) conducted cross-sectional analyses of the association between PFOS exposure and serum lipids in the Decatur and Antwerp plant populations undergoing voluntary routine surveillance examinations in 1995 and 1997 (n = 178 and 149 male employees in 1995 and 1997, respectively). After controlling for potential confounders, such as age, BMI, and smoking, the authors found that HDL decreased with increasing serum PFOS concentration ($p = 0.04$) in 1995, but not in 1997. LDL and total cholesterol increased significantly with increasing serum PFOS concentration in 1997 ($p = 0.01$), but neither was significantly altered in 1995. Triglycerides were not significantly different among exposure groups in either year. The clinical significance of these changes is questionable. Average total cholesterol was increased in higher relative to lower exposure groups; however, the relative difference in this value between the exposure groups was only about 30 mg/dL. Further, the average LDL and HDL values that were

measured by Olsen *et al.* (1999) were well within the definitions of desirable normal levels (A.D.A.M. Medical Encyclopedia, 2017b). This study was limited by very low participation rates (35.6% in 1995 and 29.8% in 1997) and a cross-sectional study design.

In the 2000 follow-up cross-sectional analysis of the Decatur and Antwerp plant populations, Olsen *et al.* (2003b) measured serum PFOS concentration and serum lipids in 263 Decatur plant employees (215 males, 48 females) and 255 Antwerp plant employees (206 male and 49 female). In males, cross-sectional measures of serum triglycerides were increased in the highest quartile of exposure (mean: 2,690 ng/mL) relative to the lowest quartile (mean: 270 ng/mL); however, there were no cross-sectional associations between PFOS exposure and HDL or total cholesterol. None of the serum lipids were significantly different across exposure groups in females. Further, the authors found no statistically significant associations in the 6-year longitudinal analysis for 174 male employees for either total cholesterol or triglycerides.

Olsen *et al.* (2012) conducted a longitudinal assessment of lipids in 179 workers at the Decatur and Cottage Grove plants involved in the demolition and disposal of some of the former manufacturing facilities (3M and non-3M) between 2008 and 2010. The authors ran several models – in model 4 (98 participants whose baseline serum PFOS concentration was < 50 ng/mL and did not change over the follow-up period), there was a statistically significant association between increasing PFOS concentration and increasing HDL (1.23 ng/mL increase, $p$ = 0.04). No associations were found for the other models, including the model of the entire study population, or any of the other parameters (total cholesterol, non-HDL cholesterol, total cholesterol/HDL ratio).

Overall, I conclude that there is no reliable evidence that PFOS causes adverse changes in serum lipids in workers. While statistically significant associations were reported in worker studies between PFOS serum concentrations and increased measures of some serum lipids, the evidence is inconsistent across studies. In addition, of the two longitudinal analyses, which are more reliable, one showed no associations for any lipids, and the other showed associations only with HDL. When associations were observed in the cross-sectional analyses, changes were modest and within normal values (*i.e.*, not clinically meaningful). It also does not appear that any of the available studies adjusted for all potential confounding factors, such as diet (particularly, saturated fat intake). Finally, in many cases, the changes in lipid concentrations are in the opposite direction of those observed in animal studies; if the association were causal, one would expect the pattern of change(s) to be consistent among animals and humans.

### A5.2.2.5        Cardiovascular Disease

One of the key health concerns associated with changes in serum lipids is CVD. It is noteworthy that for workers exposed to high levels of PFAS, most studies show no association with risk of CVD or CVD mortality (Mandel and Johnson, 1995; Alexander *et al.*, 2003).

Mandel and Johnson (1995) conducted a cohort mortality study of 1,957 employees who worked for at least 1 year at the 3M plant in Decatur, Alabama; cause of death was followed through December 31, 1991. The authors calculated the rates of death from "all heart disease" and cerebrovascular disease[85] and compared them to expected rates for the US as a whole and the population of Alabama (Mandel and Johnson, 1995). The SMRs for both of these diseases were below expected (though the reduction was not statistically significant).

Alexander *et al.* (2003) conducted a cohort mortality study of 2,083 workers who worked for at least 1 year in the Decatur plant during 1961-1997. As in Mandel and Johnson (1995), the authors found that the SMR

---

[85] Group of diseases related to the blood vessels, particularly those that supply the brain, including stroke.

for both cerebrovascular disease and "all heart disease" was decreased compared to expected rates; in this study, the decrease for "all heart disease" was statistically significant in the cohort as a whole and in the subanalysis restricted to workers ever employed in a job involving high PFOS exposure.  As in the other mortality studies, however, the healthy worker effect was possible in both of these studies, especially given the authors' findings that total mortality for all causes was significantly reduced compared to the US population.

Finally, diabetes, which is a metabolic syndrome with links to serum lipoproteins, was also not reliably elevated in occupational cohort studies of PFOS (Mandel and Johnson, 1995; Alexander, 2001).

The evidence does not establish an association between occupational exposure to PFOS and increased risk of mortality from CVD.  The available studies show no increased mortality from CVD in the Decatur plant worker population, whose serum PFOS concentrations were well above those of the general population (Mandel and Johnson, 1995).  I was unable to identify any studies of the incidence of CVD in surviving occupational populations (rather than mortality).

### A5.2.2.6        Cancer

Several studies have been conducted on the worker population at the Decatur, Alabama, 3M plant (Mandel and Johnson, 1995; Alexander *et al.*, 2003; Alexander and Olsen, 2007; Grice *et al.*, 2007).  Overall, these studies provide no evidence of consistent increased risk of cancer in populations with high exposure to PFOS in the workplace.

Mandel and Johnson (1995) conducted a retrospective mortality study of 1,957 3M employees (1,639 males and 318 females) at the Decatur plant for at least 1 year after March 1, 1961.  The authors collected information on mortality status and cause of death through December 31, 1999, *via* death certificates.  SMRs were calculated by comparing the number of deaths in the workers to the death rates in three populations:  the US population, the population of the State of Alabama, and the populations of Alabama counties with more than half the county within 100 miles of Decatur (excluding cities > 100,000 residents).  There were no significant increases in SMRs for all cancers combined and all specific cancer types investigated (including numerous types of digestive, respiratory, reproductive, kidney, nervous system, and hematopoietic tissue cancers) for either sex or either department (chemical or film), as compared to all three reference populations.

Alexander *et al.* (2003) conducted a cohort mortality study of 2,083 members of the Decatur plant cohort followed from 1 year of employment until December 1998 or their death (median: 25.9 person-years of follow-up).  Serum samples were collected from a random sample of employees in 1998 (n = 232).  Because the investigators knew that serum PFOS concentrations were associated with specific jobs, the authors determined exposure using a matrix based on job, department, and work history, and divided workers into unexposed, low, and high exposure categories.  The mortality rates for all cancers combined and individual cancers (including breast, bladder, melanoma, and lymphatic/hematopoietic, among others) were well below the expected rates compared to the general population of Alabama.  When deaths in the high exposure group were selected, the SMR for bladder cancer was significantly higher than the SMR in the general population (0.19 expected, 3 observed; SMR = 16.12, 95% CI: 3.32-47.41).

Grice *et al.* (2007) conducted a cohort study on 1,400 employees at the Decatur plant.  The prevalence of diseases were ascertained using self-administered questionnaires, with confirmation of prostate, colon, breast, and melanoma cancer cases through medical records.  Incidence of melanoma, prostate, and colon cancer, the most commonly reported cancers, were not statistically significantly associated with any of the

PFOS exposure categories. The low number of cases of other cancers (*e.g.*, breast) precluded the calculation of risk estimates for these cancer types.

Alexander and Olsen (2007) conducted a cohort study of bladder cancer in 1,895 current and former employees of the Decatur plant. Eleven cases of bladder cancer were identified, including six from self-administered surveys (verified by doctors) and five from death certificates. The standardized incidence ratios showed no significant increase in bladder cancer among the entire cohort or those in any specific exposure group (*e.g.*, ever high, ever low, ≥ 1 year in a high-exposure job), compared to US population-based rates.

The weight of evidence does not establish an association between PFOS exposure and any type of cancer. While one study suggested a possible increase in bladder cancer associated with PFOS exposure, a later follow-up of the same population, which included incident cases, suggested no increased risk of bladder cancer. Further, these finds are not consistent with the mechanistic and animal evidence that suggest the bladder is not a potential target of PFOS toxicity. The other available studies indicate no increased risk of any specific cancer type after occupational PFOS exposure.

### A5.2.3 Serum Concentrations in the General Population and Non-occupationally Exposed Cohorts

Exposure to PFOS in the general population is widespread but may vary considerably based on factors such as age, sex, race, diet and other lifestyle factors, and geographical location. Higher serum PFOS concentrations are generally reported for males *vs.* females (Kato *et al.*, 2015). While some single, short-term analyses have showed very little difference in serum PFOS concentrations between age groups (Kato *et al.*, 2015), an analysis of data from four US NHANES cycles (1999-2008) showed increasing PFOS concentrations with age (Kato *et al.*, 2011). Some of the differences in age groups may be influenced by the patterns of PFOS usage over time; older individuals likely had higher exposures to PFOS in products than children born after the 3M PFOS phase-out. Similarly, mean serum PFOS concentration has shown a gradual decline over time in many populations due to the phase-out, as shown across the NHANES data cycles. Table A5.10 summarizes PFOS biomonitoring data in representative studies of the general population and select cohorts around the world that were exposed to lower levels of PFOS (relative to the occupational cohorts) *via* drinking water (*i.e.*, the C8 Cohort, discussed in Section A5.1.5) or other non-occupational routes, such as food and commercial products. As noted above, the detection of synthetic chemicals in the serum of the general population is a common occurrence.

**Table A5.10  Serum PFOS (ng/mL) in Representative Non-occupational Populations**

| Cohort/Population | N | Range | Arithmetic Mean | Geometric Mean | Reference |
|---|---|---|---|---|---|
| **NHANES** | | **50th-95th Percentile** | | | |
| 1999-2000 | 1,562 | 30.2-75.7 | NR | 30.4 (95% CI: 27.1-33.9) | CDC (2015) |
| Male | 743 | 34.9-78.3 | | 33.4 (95% CI: 29.6-37.6) | |
| Female | 819 | 27.8-75.7 | | 28.0 (95% CI: 24.6-31.8) | |
| 2003-2004 | 2,094 | 21.2-54.6 | | 20.7 (95% CI: 19.2-22.3) | |
| Pregnant Women | 76 | 12.0-21.8 | | 12.29 (SD: 1.02) | Woodruff *et al.* (2011) |
| Non-pregnant Women | 400 | 15.5-44.0 | | 16.26 (SD: 0.84) | |
| 2005-2006 | 2,120 | 17.5-47.5 | | 17.1 (95% CI: 16.0-18.2) | CDC (2015) |
| 2007-2008 | 2,100 | 13.6-40.5 | | 13.2 (95% CI: 12.2-14.2) | |
| 2009-2010 | 2,233 | 9.70-32.0 | | 9.32 (95% CI: 8.13-10.7) | |
| Male | 1,075 | 11.8-37.4 | | 11.5 (95% CI: 9.93-13.3) | |
| Female | 819 | 7.80-28.8 | | 7.65 (95% CI: 6.73-8.71) | |
| 2011-2012 | 1,904 | 6.53-21.7 | | 6.31 (95% CI: 5.84-6.82) | CDC (2017b) |
| Male | 966 | 8.31-24.1 | | 7.91 (95% CI: 7.19-8.70) | |
| Female | 938 | 5.27-17.5 | | 5.10 (95% CI: 4.70-5.53) | |
| 2013-2014 | 2,165 | 5.20-18.5 | | 4.99 (95% CI: 4.50-5.52) | |
| Male | 1,031 | 6.40-22.1 | | 6.36 (95% CI: 5.62-7.20) | |
| Female | 1,134 | 4.00-15.1 | | 3.96 (95% CI: 3.60-4.35) | |
| 2015-2016 | 1,993 | 4.80-18.3 | | 4.72 (95% CI: 4.40-5.07) | CDC (2019a) |
| Male | 964 | 6.40-21.3 | | 6.16 (95% CI: 5.66-6.70) | |
| Female | 1,029 | 3.40-14.6 | | 3.67 (95% CI: 3.34-4.03) | |
| 2017-2018 | 1,929 | 4.30-14.6 | | 4.25 (95% CI: 3.90-4.62) | CDC (2021) |
| Male | 952 | 5.50-15.8 | | 5.36 (95% CI: 4.82-5.97) | |
| Female | 977 | 3.30-13.1 | | 3.42 (95% CI: 3.08-3.78) | |
| **American Red Cross Donors** | | **50th-95th Percentile** | | | |
| 2000-2001 | 645 | 35.8-75.1 | NR | 34.9 (95% CI: 33.3-36.5) | Olsen *et al.* (2017) |
| 2006 | 600 | 14.2-31.5 | | 14.5 (95% CI: 13.9-15.2) | |
| 2010 | 600 | 8.6-21.8 | | 8.3 (95% CI: 7.9-8.8) | |
| 2015 | 616 | 4.3-8.6 | | 4.3 (95% CI: 4.1-4.6) | |
| **C8 Health Project Cohort (2005-2006)** | | | | | |
| Total Cohort (12 to ≥60 years old) | 66,899[a] | NR | 23.3 | 19.2 (SD: 15.6) | Frisbee *et al.* (2009) |
| Male | 33,240 | | 26.0 | 21.9 (SD: 16.5) | |
| Female | 35,785 | | 20.7 | 17.0 (SD: 14.1) | |
| Pregnant Women | 5,262 | IQR: 9.0-17.7 | NR | 14.1 (SD: 7.7) | Stein *et al.* (2009) |
| Children (1 to <18 years old) | 12,470 | NR | NR | 22.8 (SD: 12.6)[b] | Frisbee *et al.* (2010) |
| **Aarhus Birth Cohort (2008-2013)** | | | | | |
| Pregnant Women | 1,533 | IQR: 6.0-10.7 | NR | 7.90 | Bjerregaard-Olesen *et al.* (2016) |

| Cohort/Population | N | Range | Arithmetic Mean | Geometric Mean | Reference |
|---|---|---|---|---|---|
| **Danish National Birth Cohort (1992-2002)** | | | | | |
| Pregnant Women (First Trimester) | 1,399 | NR | NR | 35.3 (SD: 13.0)[b] | Fei *et al.* (2007) |
| Pregnant Women (Second Trimester) | 200 | | | 29.9 (SD: 11.0)[b] | |
| Infants (Cord Blood) | 50 | | | 11.0 (SD: 4.7)[b] | |
| Children (Average Age: 11, Born: 1998-2003) | 973 | Control IQR: 27.4-35.6 | NR | 25.40-27.40[c] | Liew *et al.* (2015) |
| **Danish Diet, Cancer, and Health Cohort (1993-1997)** | | | | | |
| Men and Women (50-65 years old) | 753 | NR | NR | 36.1 | Eriksen *et al.* (2013) |
| **Decatur Community Cohort** | | **95th Percentile** | | | |
| 2010 | 153 | 149 | NR | 39.8 (95% CI: 30.9-48.9) | Worley *et al.* (2017a) |
| 2016 | 45 | 70.6 | NR | 23.4 (95% CI: 18.5-28.4) | |
| **Flemish Environment and Health Study (2007-2015)** | | | | | |
| 2007-2011 (Infants: Cord Blood) | 218 | NR | NR | 2.66 (95% CI: 2.48-2.85) | Schoeters *et al.* (2017) |
| 2012-2015 (Infants: Cord Blood) | 269 | NR | NR | 1.10 (95% CI: 1.02-1.18) | |
| **Hokkaido Study (2002-2005)** | | **25th-75th Percentile** | | | |
| Pregnant Women | 306 | 4.0-7.5 | 6.02 (SD: 2.67) | NR | Kishi *et al.* (2015) |
| **HOME Study, Cincinnati, Ohio (2003-2006)** | | **25th-75th Percentile** | | | |
| Pregnant Women | 204 | 9.1-18 | NR | 13[d] | Braun *et al.* (2016) |
| **Taiwan Birth Panel Study (2004-2005)** | | | | | |
| Pregnant Women | 429 | NR | NR | 5.94 (SD: 1.95) | Chen *et al.* (2012) |
| **Washington County, Minnesota, Communities (2008)** | | | | | |
| Men and Women (20-86 years old) | 196 | 3.2-448 | NR | 35.9 (95% CI: 32.2-40.1) | Landsteiner *et al.* (2014) |
| Men | 88 | NR | | 43.9 (95% CI: 38.1-50.7) | |
| Women | 108 | | | 30.5 (95% CI: 26.1-35.7) | |
| **Young Taiwanese Cohort Study (2006-2008)** | | | | | |
| Males | 250 | NR | NR | 8.97 (95% CI: 3.24-12.72) | Lin *et al.* (2013b) |
| Females | 394 | | | 7.21 (95% CI: 4.41-11.75) | |
| 12-19 years old | 231 | | | 7.25 (95% CI: 2.44-23.69) | |
| 20-30 years old | 413 | | | 8.21 (95% CI: 6.27-34.71) | |

Notes:

CI = Confidence Interval; HOME = Health Outcomes and Measures of the Environment; IQR = Interquartile Range (25th-75th Percentile); NHANES = National Health and Nutrition Examination Survey; N = Number of Participants/Samples; NR = Not Reported; SD = Standard Deviation; PFOS = Perfluorooctane Sulfonate.

(a) Total number of participants is 69,025, but serum data were only available for 66,899 samples.

(b) Unclear whether an arithmetic or geometric mean; because geometric means are more commonly used, it was assumed that this is a geometric mean.

(c) Depending on case or control status.

(d) The authors reported this value as the median in Supplemental Table S2, but as the geometric mean in the text.

**A5.2.4 Studies in the General Population**

Several large cohort studies have investigated the association between serum PFOS concentrations and various health effects in populations with low exposures associated with background environmental sources of PFOS (consumer products, food, water, and ambient air) or low-level contamination events (*e.g.*, exposure *via* drinking water from releases by a PFOS-generating industry). These cohorts are largely the same as those discussed in Section A5.1 for PFOA. However, I repeat that discussion here so on the discussion of PFOS effects in such populations is complete. The most well-studied cohorts include the C8 Cohort, the Danish National Birth Cohort, the Norwegian Mother and Child Cohort, and NHANES in the US. The C8 Cohort is a cohort of 69,000 residents in Ohio and West Virginia living near a chemical plant who were exposed to PFOA in contaminated drinking water. Participants were recruited in 2005-2006 and investigators intended to study PFOA primarily, though serum PFOS measurements were taken and associations with PFOS were also analyzed. Generally, serum PFOS concentrations in this cohort are lower than PFOA concentrations. The Danish National Birth Cohort is a cohort of 100,000 pregnant women recruited between 2000 and 2002 and followed continuously since that time. Maternal serum and cord blood samples were collected, and interviews were conducted to collect information on factors such as diet and lifestyle. The Norwegian Mother and Child Cohort includes > 90,000 pregnant Norwegian women recruited between 1999 and 2008, with collection of biologic samples and birth data through 2009. NHANES is an ongoing program designed to assess the health and nutritional status of a group of representative adults and children in the US. NHANES collects a variety of survey and health data, including serum concentrations of a number of substances, such as heavy metals and PFAS (CDC, 2016).

In general, I relied on these large, well-characterized cohorts for data-rich endpoints (*e.g.*, birth outcomes), unless other cohorts showed distinctly different results from the large cohorts (in which case, I included these divergent results as well). For endpoints for which data were limited, I included discussion of smaller or less well-studied cohorts, in addition to any studies in the larger cohorts. A summary of both the large and small cohorts is presented in Table A5.11. For several endpoints investigated in community and general population studies, only cross-sectional analyses are available, which limits the ability to determine whether a true cause and effect relationship between PFOS exposure and these endpoints exists. The weight of evidence does not establish a causal association between non-occupational PFOS exposure and the endpoints examined.

**Table A5.11  Non-occupational PFOS Cohorts**

| Cohort | Study Population | Location | PFOS Exposure Source | Outcomes Investigated |
|---|---|---|---|---|
| C8 Health Project Cohort | 69,000 adults and children recruited from a community surrounding a PFOA plant | Mid-Ohio Valley, US | Contaminated drinking water | Developmental and reproductive, thyroid hormones and disease, serum lipids, immunotoxicity, kidney effects, cancer |
| Danish National Birth Cohort | 100,000 pregnant women enrolled in 2000-2002 | Denmark | Background:  Drinking water, food, products | Developmental and reproductive |
| Hokkaido Birth Cohort Study on the Environment and Child's Health | ~500 mother-child pairs studied from 2002-2005 | Japan | Background:  Drinking water, food, products | Immunotoxicity |
| Norwegian Mother and Child Cohort | > 90,000 pregnant women and their offspring enrolled in 1999-2008 | Norway | Background:  Drinking water, food, products | Developmental and reproductive, liver enzymes, thyroid hormones, serum lipids, immunotoxicity, kidney effects |
| NHANES | Ongoing representative sample of general US population | US | Background:  Drinking water, food, products | Liver enzymes, thyroid hormones and disease, serum lipids and CVD, kidney effects |
| INUENDO Cohort | > 3,000 pregnant mothers and their children enrolled in 2002-2004 | Sweden, Poland, Ukraine, and Greenland | Background:  Drinking water, food, products | Developmental and reproductive |
| ALSPAC Cohort | > 14,000 pregnant women and offspring recruited in 1991-1992 | UK | Background:  Drinking water, food, products | Developmental and reproductive |
| Danish Fetal Origins 1988 Cohort | 965 pregnant women (30 weeks' gestation) enrolled in 1988-1989 | Denmark | Background:  Drinking water, food, products | Developmental and reproductive |
| Odense Child Cohort | > 2,000 pregnant women and children enrolled in 2010-2012 | Denmark | Background:  Drinking water, food, products | Developmental and reproductive |
| CHEF Project Cohort | Ongoing study of > 1,000 children born beginning in 1986 | Faroe Islands, halfway between Norway and Iceland | Background:  Drinking water, food, products; diet high in fish and whale meat | Immunotoxicity |
| Taiwan Birth Panel Study | 486 mother-infant pairs enrolled in 2004-2005 | Suburban and Urban Taiwan | Background:  Drinking water, food, products | Developmental and reproductive |
| Danish DCH Cohort | 4,769 men and women > 50 years old | Denmark | Background:  Drinking water, food, products | Serum lipids |

| Cohort | Study Population | Location | PFOS Exposure Source | Outcomes Investigated |
|---|---|---|---|---|
| European Youth Heart Survey | > 1,700 boys and girls 9-15 years old beginning in 1997[a] | Denmark, Estonia, Norway, and Portugal | Background:  Drinking water, food, products | Serum lipids |
| Young Taiwanese Cohort Study | > 700 students in grades 1-12 enrolled in 2006-2008 | Taiwan | Background:  Drinking water, food, products | Serum lipids and CVD |
| Viva Cohort | 1,645 mother-infant pairs enrolled in 1999-2003 | Massachusetts, US | Background:  Drinking water, food, products | Developmental and reproductive |
| SELMA Study | 2,355 pregnant women and offspring recruited in 2007-2010 | Sweden | Background:  Drinking water, food, products | Developmental and reproductive |

Notes:
ALSPAC = Avon Longitudinal Study of Parents and Children; CHEF = Children's Health and the Environment in the Faroe Islands; CVD = Cardiovascular Disease; DCH = Diet, Cancer, and Health; INUENDO = Biopersistent Organochlorines in Diet and Human Fertility; NHANES = National Health and Nutrition Examination Survey; PFOA = Perfluorooctanoic Acid; PFOS = Perfluorooctane Sulfonate; SELMA = Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy; UK = United Kingdom; US = United States.
(a)  This is an ongoing prospective study; thus, newer studies (not discussed in this report) likely include additional children recruited after 2000.

### A5.2.4.1    Reproductive and Developmental Effects

Numerous studies are available that evaluate associations between non-occupational PFOS exposure and various reproductive and developmental outcomes, including male and female fertility, miscarriage, timing of menopause, birth and growth outcomes, congenital anomalies (*i.e.*, birth defects), neurodevelopmental effects (*e.g.*, hyperactivity), and timing of puberty.  Based on this large body of literature, I conclude that the weight of evidence does not establish an association between non-occupational PFOS exposure and developmental and reproductive effects.

**Male Fertility**

I identified several studies that examined the association between PFOS exposure and markers of male infertility, including semen quality and male hormone levels (Raymer *et al.*, 2012; Joensen *et al.*, 2013; Vested *et al.*, 2013; Louis *et al.*, 2015; Tsai *et al.*, 2015; Petersen *et al.*, 2018; Wikstrom *et al.*, 2019a).

In a cross-sectional study of 256 men living in the Durham, North Carolina, area (Raymer *et al.*, 2012), there was no association between plasma and semen PFOS concentrations and measures of semen quality (volume, sperm concentration, motility, semen concentration, and directional motility).  While the authors reported an association between LH and plasma PFOS concentration, LH was not associated with semen PFOS concentration.  When hormone levels were stratified by clinical definitions of normal, no associations between PFOS and any hormones were found.  In another cross-sectional study, Tsai *et al.* (2015) evaluated associations between reproductive hormone levels (including estrogen, testosterone, free testosterone, FSH, SHBG, and LH) and PFOS concentrations in 540 male Taiwanese adolescents and young adults age 12-30 years.  The authors reported statistically significant inverse trends between FSH and PFOS exposure in males age 12-17 years; no associations were present for the other age group (18-30 years).  No associations between PFOS and the other hormones were found, nor were any associations between PFOS and all the hormones found in the other age group.  Both Raymer *et al.* (2012) and Tsai *et al.* (2015) were limited by their cross-sectional study design; thus, the authors could not account for natural daily fluctuations in hormones.

Joensen *et al.* (2013) measured serum hormone levels (SHBG, LH, FSH, inhibin-B, estradiol, testosterone, free testosterone, and free androgen index [FAI]) and semen parameters (volume, sperm concentration, total sperm count, and motility) in a cross-sectional study of healthy Danish men.  PFOS was not associated with any semen parameter, but was statistically significantly negatively associated with testosterone, free testosterone, FAI, and ratios of testosterone/LH, FAI/LH, and free testosterone/LH.  The authors noted, however, that the reproductive hormone levels were within the normal ranges (based on age) in both the highest and lowest PFOS exposure groups.  In a cohort study of the effects of prenatal exposure, Vested *et al.* (2013) reported no statistically significant associations between maternal serum PFOS concentration and semen quality or reproductive hormones (LH, FSH, estradiol, and testosterone) in Danish men age 19-21 years.

In a cross-sectional study, Petersen *et al.* (2018) investigated the associations between PFOS exposure and semen quality (semen volume, sperm concentration, morphology, and motility) and reproductive hormones (FSH, inhibin B, LH, testosterone, free testosterone, estradiol, and SHBG) in 263 Faroese men aged 24-26 years.  The median serum PFOS concentration was 19.52 ng/mL, ranging from 4.34 to 72.85 ng/mL.  The study reported significant positive associations of serum PFOS with SHBG and LH.  No associations were observed between PFOS exposure and semen quality or other reproductive hormones in the study population.

Di Nisio *et al*. (2018) examined the association between PFOS exposure and male reproductive health in 383 high school students from the Veneto region of Italy in a cross-sectional study.  The study reported no significant correlations of serum or seminal PFOS with male reproductive parameters (*i.e.*, semen quality, testicular volume, penile length, and anogenital distance) or reproductive hormones (*i.e.*, total testosterone, FSH, and LH).

Louis *et al*. (2015) assessed various semen parameters, such as volume, motility, morphology, and sperm chromatin stability in a prospective cohort study of 501 Texas and Michigan couples trying to conceive, who were recruited from the LIFE Study Cohort.  Of the 35 outcomes measured, PFOS exposure was statistically significantly associated with a *lower* percentage of sperm with coiled tails (a morphological change in sperm that may be used as one of several indicators of poor semen quality) ($p < 0.05$).

I conclude that the evidence does not establish an association between PFOS exposure and markers of male fertility.  Two cross-sectional studies measuring male hormones found a decrease in some parameters, but none fell outside of the range of normal, indicating that any declines may not be associated with clinically significant effects.  Four studies reported no effects on various semen parameters, while another found mainly null effects and one inverse association (which may have been spurious, because PFOS would not be expected to improve fertility).  The remaining study found one altered hormone (FSH), but only in one age group (men 12-17 years old) but not the other (men 18-30 years old).

The studies of PFOS and male reproductive health described above do not show any consistent adverse effects.  This was confirmed in a systematic review of PFOS and male reproductive effects conducted by Petersen *et al*. (2020), who concluded, "[d]espite the growing literature on PFAS exposure and male reproductive health, evidence for an actual association remains limited….While several investigations suggested weak associations for single compounds and specific outcomes, a lack of consistency across studies limited conclusions of overall evidence."

**Female Fertility**

Several studies have evaluated measures of fertility in women, including menstrual cycle disturbances and TTP (Fei *et al*., 2009; Jorgensen *et al*., 2014; Lyngso *et al*., 2014; Velez *et al*., 2015; Singer *et al*., 2018; Wang *et al*., 2017; Zhang *et al.*, 2018b; McCoy *et al.,* 2017), the majority of which found no associations between PFOS exposure and female fertility.  Jorgensen *et al*. (2014) measured fecundability ratios (probability of conception within 13 months) and infertility (TTP > 13 months) in the INUENDO Cohort, including women from Greenland (n = 448), Poland (n = 203), and Ukraine (n = 287).  The authors reported no significant increase in the odds of infertility and no significant decrease in fecundability in any one country or in the pooled analysis.  In a subset analysis of male partners of the women (n = 401), there was also no association between male partner serum PFOS concentration and prolonged TTP.  Velez *et al*. (2015) conducted a cohort study investigating the association between PFOS concentration in plasma and TTP in a group of 1,743 pregnant Canadian women enrolled in the MIREC study.  The authors reported no statistically significant association between PFOS exposure and increased TTP or odds of infertility (TTP > 12 months).

In an analysis of a subgroup of the prospective Norwegian Mother and Child Cohort, Singer *et al*. (2018) evaluated the association between menstrual cycle characteristics in the year prior to pregnancy and plasma PFAS (at around 17-18 weeks gestation) among 1,977 pregnant women from 2003 to 2007.  The median concentration of plasma PFOS was 12.87 ng/mL.  No significant associations were found between plasma PFOS and irregular menstrual cycles or menstrual cycle length (short cycles, normal cycles, and long cycles).  Further, McCoy *et al.* (2017) analyzed the associations between PFAS in blood and ovarian follicular fluid and ovarian function in 36 women undergoing assisted reproductive treatment in California from 2013 to 2014.  The mean concentrations of PFOS in plasma and follicular fluid were 6.52 ng/mL and

5.33 ng/mL, respectively. Neither plasma PFOS nor follicular fluid PFOS were associated with ovarian function, as measured by patterns in estradiol concentration, follicle counts, and numbers of oocytes retrieved.

Fei *et al*. (2009) was the only study identified that found an association between PFOS and indices of female fertility. Using a retrospective cohort design, the authors assessed the association between serum PFOS concentration during pregnancy and TTP in a cohort of 1,240 women from the Danish National Birth Cohort and reported that maternal serum PFOS concentration was statistically significantly associated with longer TTP ($p < 0.001$), decreased fecundability, and increased odds of infertility (defined as TTP > 12 months or treatment for infertility) across all exposure groups (OR = 1.77, 95% CI: 1.06-2.95 for PFOS concentration $\geq 43.3$ ng/mL). In contrast, in a re-analysis of the same group of women studied in Fei *et al*. (2009), as well as an additional sample of 550 other women from the same cohort, Bach *et al*. (2015a) found no association between PFOS exposure and decreased fecundability. Bach *et al*. (2015a) suggested that associations between PFOS (and PFOA) and decreased fecundability may be due to reverse causation, because serum PFOS concentration decreases during pregnancy and lactation, such that women who had never been pregnant would have higher serum PFOS concentrations than those that had ever been pregnant.

Supporting the variations based on parity are the studies by Vestergaard *et al*. (2012), Whitworth *et al*. (2012), and Bach *et al*. (2018). Vestergaard *et al*. (2012) conducted a prospective cohort study in females trying to get pregnant for the first time (and were not already pregnant at study initiation); these authors found no association between PFOS exposure and delayed TTP or fecundability ratio. Similarly, Whitworth *et al*. (2012) conducted a case-control study of the Norwegian Mother and Child Cohort and reported a statistically significant association between serum PFOS concentration and subfecundity (TTP > 12 months) in pregnant parous women (*i.e.*, those that have given birth) but no association among pregnant women who had not previously given birth. In a case-control study within the Danish National Birth Cohort, Bach *et al*. (2018) also reported that early pregnancy PFOS level in the highest quartile (33.7-127.0 ng/mL) was associated with significantly longer TTP compared to the lowest PFOS quartile (6.3-20.7 ng/mL) in 613 parous women, and no association among 638 pregnant nulliparous women.

In a cross-sectional study of the INUENDO Cohort, Lyngso *et al*. (2014) evaluated serum PFOS concentration and regularity and length of menstrual cycle in 1,623 women. The authors found that there were no statistically significant associations between PFOS exposure and irregular, short, or long menstrual cycles.

Wang *et al*. (2017) conducted a case-control study of 157 women with endometriosis-related infertility and 178 controls. Median plasma PFOS concentrations were 6.40 ng/mL in cases and 6.60 ng/mL in controls. There were no statistically significant associations between PFOS and infertility in the main analyses. In a sensitivity analysis restricted to women without other gynecological conditions, PFOS was significantly *inversely* associated with infertility (*i.e.*, risk was reduced as PFOS increased, *p* for trend = 0.037); for example, in the third tertile compared to the first, the OR was 0.47 (95% CI = 0.22-0.99). Because parity may be a consequence rather than a causal factor for endometriosis, parity was not included as a covariate. However, the authors conducted sensitivity analyses restricting on women who had never given birth to help rule out issues of reverse causation. In the sensitivity analyses, no statistically significant associations were present, which suggests that women who were infertile had lower serum PFOS because they menstruated more often than women who had pregnancies.

Finally, Zhang *et al*. (2018b) evaluated the association between plasma PFAS and primary ovarian insufficiency in a case-control study. The median concentration of PFOS was 8.18 ng/mL in primary ovarian insufficiency subjects and 6.02 ng/mL in controls. There was a significant trend for the association between increasing tertiles of PFOS and odds of primary ovarian insufficiency. The highest tertile of PFOS

(> 9.10-47.8 ng/mL) was associated with an adjusted OR of 2.81 (95% CI: 1.46-5.41) for primary ovarian insufficiency.

**Miscarriage**

A few studies have evaluated the association of PFOS exposure and miscarriage (Stein *et al*., 2009; Darrow *et al*., 2014; Jensen *et al*., 2015; Louis *et al*., 2016). In a cross-sectional analysis, Stein *et al*. (2009) reported no association between PFOS at any serum concentration and miscarriage among 5,262 pregnancies in the C8 Cohort. Similarly, in a prospective cohort study, Darrow *et al*. (2014) found no increased risk of miscarriage associated with each log ng/mL increase in serum PFOS in 1,128 women from the C8 Cohort (OR = 1.21, 95% CI: 0.94-1.55). However, when analyses were restricted to first-time pregnancies, there was a slight increase in risk of miscarriage (OR = 1.34, 95% CI: 1.02-1.76). Blood samples in this study were collected between 2005 and 2006, and the majority of pregnancies occurred between 2007 and 2010 (1,026/1,438), which introduces possible exposure measurement error.

Jensen *et al*. (2015) conducted a case-cohort study of 51 cases and 204 control women enrolled in the Odense Child Cohort between 2010 and 2012. The authors found no association between serum PFOS concentration (as measured at enrollment) and the risk of miscarriage, regardless of whether the exposure was analyzed by tertile or *via* continuous increments. Finally, Louis *et al*. (2016) conducted a prospective study on a cohort of 501 American couples recruited prior to conception with no history of clinically diagnosed fertility. Pregnancy loss was tracked through home pregnancy tests. The authors found no association between PFOS exposure and increased risk of pregnancy loss.

**Menopause and Associated Endpoints**

Two studies investigated the association between PFOS exposure and menopausal outcomes (Knox *et al*., 2011a; Taylor *et al*., 2014). In a cross-sectional study, Knox *et al*. (2011a) investigated PFOS exposure and serum estradiol concentrations and age of menopause in > 25,000 women enrolled in the C8 Cohort. The authors found that PFOS exposure was statistically significantly associated with a greater odds of experiencing menopause at 18 to ≤ 42 years old and in women > 51 to ≤ 65 years old. PFOS exposure was also statistically significantly associated with decreased serum estradiol concentrations for women > 42 to ≤ 51 and > 51 to ≤ 65 years old. Taylor *et al*. (2014) conducted a cross-sectional study of PFOS exposure and menopause and hysterectomy in 2,732 women in NHANES and found a statistically significant, dose-dependent positive association between PFOS exposure and hysterectomy. PFOS exposure was also statistically significantly associated with earlier menopause, but only in the second tertile of exposure and not in the third tertile of exposure (HR = 1.23, 95% CI: 1.04-1.44, and HR = 1.16, 95% CI: 0.91-1.48, respectively). Because both of these studies were cross-sectional in design, it is impossible to determine whether the measured PFOS exposure affected the timing of menopause (*i.e.*, whether a causal association exists). They may also have been affected by reverse causation, as discussed below.

A prospective cohort study reported associations between serum PFOS concentrations collected at baseline and earlier age at menopause among a multiracial/multiethnic cohort of premenopausal women (Ding *et al.*, 2020). Women in the third tertile of linear PFOS and branched PFOS had a small increase in incidence menopause compared to women in the first tertile (linear PFOS: HR = 1.26, 95% CI: 1.02-1.57, *p*-trend = 0.03; branched PFOS: HR = 1.27, 95% CI: 1.01-1.59, *p*-trend = 0.03).

Overall, while few studies have examined the association between PFOS exposure and age at menopause and related female reproductive parameters, there is some evidence that such an association may exist. The possibility remains, however, that PFOS concentrations are higher in women who have experienced menopause because they are no longer losing blood through menstruation, which would eliminate some of

the PFOS in their blood (Ruark *et al*., 2017).  Further, the identified studies relied on self-reported menopause status, which may lead to outcome misclassification.

**Preeclampsia and Pregnancy-induced Hypertension**

Several studies have evaluated the association between exposure to PFOS and pregnancy complications (most often, preeclampsia, an increase in blood pressure during pregnancy that can harm both the mother and the developing infant, and pregnancy-induced hypertension).  Most notably, preeclampsia may cause growth retardation in the fetus.

I identified few studies of PFOS exposure and preeclampsia.  Huang *et al*. (2019) performed a cross-sectional analysis of gestational hypertension and preeclampsia in 674 pregnant women.  Median umbilical cord plasma PFOS levels were 2.38 ng/mL.  The authors obtained information on gestational hypertension and preeclampsia from medical records.  Cord plasma PFOS was not associated with either condition.

In a case-cohort analysis, Starling *et al*. (2014a) investigated the association between PFOS exposure and preeclampsia in 976 women enrolled in the Norwegian Mother and Child Cohort Study.  Serum PFOS concentration was not associated with an increased risk of medical-record-validated preeclampsia in first-time mothers.  Stein *et al*. (2009) also investigated the association between PFOS exposure and preeclampsia in 5,262 pregnancies within the C8 Cohort.  The authors reported a significantly increased risk of preeclampsia with PFOS exposure at or above the median (12.8 ng/mL; OR = 1.3, 95% CI: 1.1-1.7); however, this study was limited by its reliance on self-reported preeclampsia status.

Wikstrom *et al*. (2019a) examined the association between early pregnancy PFAS levels and risk of preeclampsia in 1,773 pregnant women within the prospective SELMA study cohort.  Multivariate analysis adjusted for parity, age, weight, and smoking.  The median serum concentration of PFOS was 5.39 ng/mL.  Overall, each doubling of serum PFOS was significantly associated with increased risk of preeclampsia.  In addition, PFOS exposure in the highest quartile had significantly increased odds of preeclampsia compared to PFOS exposure in the first quartile.  When restricted to nulliparous women, the observed risk remained significant and increased slightly.

In a prospective cohort study, Huo *et al*. (2020) investigated the associations of PFOS levels with gestational hypertension, preeclampsia, and overall hypertensive disorders of pregnancy in 3,220 women from Shanghai, China.  The median PFOS levels from blood samples collected before 20 weeks of gestation were 9.36 ng/mL.  The authors obtained information on gestational hypertension, preeclampsia, and overall hypertensive disorders of pregnancy from medical records.  PFOS was not associated with gestational hypertension, preeclampsia, or overall hypertensive disorders of pregnancy, after controlling for maternal age at the time of enrollment, pre-pregnancy BMI, parental education levels, parity, gestational age at blood collection, and fetal sex.

Darrow *et al*. (2013) conducted a prospective cohort study of PFOS exposure and pregnancy outcomes in 1,630 births in women enrolled in the C8 Cohort.  The authors reported a statistically significant increase in pregnancy-induced hypertension across all births (OR = 1.47, 95% CI = 1.05-2.04 per log unit increase in PFOS concentration).  The association was not statistically significant when calculated per interquartile increase in serum PFOS concentration (10 ng/mL), and the trend was not statistically significant for the analysis stratified by exposure quintile (no exposure-response pattern was seen).  An important limitation in this study is possible exposure measurement error, because serum PFOS concentrations may have changed between the collection period (2005-2006) and births following this period.

Rylander *et al*. (2020) investigated the association between serum concentrations of PFAS in early pregnancy and the risk of developing preeclampsia in a case-control study with 296 preeclampsia cases and

580 controls in Sweden.  Associations between PFOS and preeclampsia were analyzed separately for primiparous and multiparous women.  The authors reported no associations between PFOS and risk of developing preeclampsia in either primiparous or multiparous women.

Borghese *et al*. (2020) conducted a longitudinal cohort study of the association between plasma PFOS in early pregnancy and either preeclampsia or gestational hypertension in 1,739 women enrolled in the MIREC Study.  The geometric mean plasma PFOS concentration, sampled between gestational weeks 2 and 14, was 4.56 ng/mL.  There was no association between PFOS and either condition in the total population. When the results were stratified by the sex of the fetus, PFOS was associated with gestational hypertension (but not preeclampsia) in women carrying males when analyzed by continuous exposure measure, but not by tertiles.  A major limitation of this study is that some of the study participants received antihypertensive drugs, whereas others did not. The authors did not control for this in their analyses, thus the significance of the results is questionable.

Preston *et al*. (2022) conducted a prospective cohort study of 1,558 pregnant women in Boston, Massachusetts, recruited during 1999-2002.  Clinical data were exported from medical records regarding information on maternal blood pressure, urine protein, and diagnostic/discharge codes for gestational hypertension or preeclampsia.  The median PFOS level in maternal plasma was 25.6 ng/mL.  The authors reported a small increase in risk of developing gestational hypertension, but not preeclampsia, with increasing PFOS.

Zhu and Bartell (2022) examined the effects of drinking water concentrations of PFAS on hypertensive disorders of pregnancy using the CDC WONDER database, which is a public database that is used in a wide-range of epidemiological research.  Eighty-seven counties had data for PFOS and were included in subsequent analyses.  Population-weighted average PFOS concentrations in water were converted to expected serum levels (mean level:  3.8 ng/L) based on one-compartment pharmacokinetic models.  The data demonstrated a weak positive effect on developing hypertensive disorders of pregnancy per μg/L increase in estimated steady-state serum PFOS concentrations.  As this was an ecological study, individual PFOS measurements were not examined and results must be interpreted with caution.

Several additional prospective and case-control studies of PFOS exposure and the development of preeclampsia or hypertension during pregnancy in the general population demonstrated mixed results.  In two prospective studies, PFOS was associated with increased odds of developing hypertension (Liu *et al*., 2022; Bommarito *et al*., 2021), while one case-control study reported a *decrease* in hypertension with PFOS exposure (Yang *et al*., 2022).  Overall, the evidence does not support a causal association between PFOS and preeclampsia or pregnancy-induced hypertension.

**Birth and Growth Outcomes**

Numerous studies have investigated the association between gestational exposure to PFOS and birth size (birth weight, length, and other measures) and childhood growth.  These studies are summarized in Table A5.12.  Based on inconsistent results and likely confounding of observed associations by extraneous factors, I conclude that the findings to date do not demonstrate a reliable association between PFOS exposure and declines in birth weight or other developmental parameters.

**General Population.**  Several studies have evaluated PFOS exposure and birth outcomes in children born to women enrolled in the Danish National Birth Cohort.  Fei *et al*. (2007) reported an increased odds of preterm birth in the third PFOS exposure quartile in maternal plasma, but no effects were seen in the other exposure quartiles.  No statistically significant association was observed between PFOS exposure and multiple measures of birth weight or length of gestation.  Fei *et al*. (2008a) reported that maternal blood PFOS concentrations were not associated with placental weight, birth length, ponderal index, and head and

abdominal circumferences. Meng *et al.* (2018) reported that each doubling of maternal plasma PFOS was associated with a decrease in birth weight and gestational age and increased odds of preterm birth, but there were no statistically significant associations between maternal plasma PFOS and clinical low birth weight. Some prospective analyses of this cohort of children, followed further into childhood, have found conflicting results. Andersen *et al.* (2010) reported that maternal PFOS concentration was statistically significantly associated with lower childhood weight and BMI at 5 months and 1 year of age (1.1-5.8 g difference) in boys (but not girls), but Andersen *et al.* (2013) reported that there was no association between maternal PFOS concentration and any anthropometric measures (including BMI, waist circumference, and risk of being overweight) at 7 years of age.

Because there were few positive findings reported in the larger cohorts, I expanded my search to studies of smaller or less well-studied cohorts. In these studies, no consistent associations were reported between gestational PFOS exposure and any measures of birth or growth outcomes in infants (see Table A5.12 for birth outcomes). Several studies reported no association between gestational or early-life PFOS exposure and small for gestational age (Manzano-Salgado *et al.*, 2017a; Bell *et al.*, 2018), body weight (Apelberg *et al.*, 2007; Hamm *et al.*, 2010; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Starling *et al.*, 2017; Gyllenhammar *et al.*, 2018; Cao *et al.*, 2018; Bell *et al.*, 2018; Sagiv *et al.*, 2018; Yeung *et al.*, 2019; Bjerregaard-Olesen *et al.*, 2019; Wang *et al.*, 2019a; Marks *et al.*, 2019a; Shoaff *et al.*, 2018; Kashino *et al.*, 2020; Buck Louis *et al.*, 2018), body length (Apelberg *et al.*, 2007; Chen *et al.*, 2012; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018; Cao *et al.*, 2018; Bell *et al.*, 2018; Yeung *et al.*, 2019; Bjerregaard-Olesen *et al.*, 2019; Wang *et al.*, 2019a; Marks *et al.*, 2019a; Shoaff *et al.*, 2018; Kashino *et al.*, 2020), BMI[86] (Chen *et al.*, 2012; Maisonet *et al.*, 2012; Cao *et al.*, 2018; Bell *et al.*, 2018; Yeung *et al.*, 2019; Wang *et al.*, 2019a; Shoaff *et al.*, 2018), head circumference (Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Cao *et al.*, 2018; Bell *et al.*, 2018; Bjerregaard-Olesen *et al.*, 2019; Wang *et al.*, 2019a; Marks *et al.*, 2019a; Kashino *et al.*, 2020), gestational age (Apelberg *et al.*, 2007; Hamm *et al.*, 2010; Maisonet *et al.*, 2012; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a), and prematurity (Hamm *et al.*, 2010; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Liao *et al.*, 2022).

A few studies reported associations between gestational or early-life PFOS exposure and reduced odds of being small for gestational age (Hamm *et al.*, 2010; Govarts *et al.*, 2018), increased odds of being small for gestational age (Chen *et al.*, 2012; Wikstrom *et al.*, 2019b), decreased gestational age (Chen *et al.*, 2012; Sagiv *et al.*, 2018; Chu *et al.*, 2019), increased gestational age (Li *et al.*, 2017b), reduced birth weight (Chen *et al.*, 2012; Maisonet *et al.*, 2012; Li *et al.*, 2017b; Chu *et al.*, 2019; Wikstrom *et al.*, 2019b), reduced length (Maisonet *et al.*, 2012), decreased head circumference (Apelberg *et al.*, 2007; Chen *et al.*, 2012), increased BMI (Gyllenhammar *et al.*, 2018), decreased BMI or ponderal index (Apelberg *et al.*, 2007; Yeung *et al.*, 2019[87]), or increased prematurity (Chen *et al.*, 2012; Sagiv *et al.*, 2018). For many of these studies, the differences were very small (*e.g.*, a 64 gram decrement in birth weight used to calculate ponderal index by Apelberg *et al.*, 2007), and it is unclear if the changes were clinically relevant (*e.g.*, the lack of analysis of the association between PFOA and the clinical definition of low birth weight by Li *et al.*, 2017b).

In a cross-sectional study of 463 mother-child pairs in the Faroe Islands, maternal serum PFOS concentration was associated with increased anogenital distance in male infants but not female infants (Christensen *et al.*, 2021). Due to the cross-sectional study design, it is not possible to determine whether the exposure preceded the outcome, so no conclusions can be made regarding causality. The authors noted that the results of this study are inconsistent with the decreases in anogenital distance reported in animal studies with exposure to PFAS and that would be expected in male offspring if PFAS induced endocrine

---

[86] Chen *et al.* (2012), Maisonet *et al.* (2012), Cao *et al.* (2018), Bell *et al.* (2018), and Wang *et al.* (2019a) measured ponderal index, which is similar to BMI.

[87] Yeung *et al.* (2019) reported gestational PFOS exposure was associated with reduced BMI in singletons. The authors reported no association between gestational PFOS exposure and BMI in twins.

disruption.  Further, the authors stated that the effect of increased anogenital distance on the reproductive health of males is unknown, but they cited several studies, including that of Eisenberg *et al*. (2011), that reported associations between longer anogenital distance and increased sperm counts and fatherhood.  Thus, the clinical relevance of the increased anogenital distance reported in this study is questionable, as it is not clear whether this outcome can be considered an adverse effect.

In four recent prospective studies of gestational PFOS exposure and adiposity and weight gain in children (Starling *et al*., 2019; Chen *et al*., 2019a; Marks *et al*., 2019b; Martinsson *et al*., 2020), no associations between PFOS and adiposity and weight gain were reported.  A cross-sectional study reported an association between PFOS and decreased height, but no association with body weight, in two-year-old children (Lee *et al*., 2018).

In a meta-analysis of six studies (five prospective studies and one case-control), Cao *et al*., (2021) reported an increased risk of low birth weight associated with maternal PFOS concentrations during gestation.  Furthermore, when grouped by geographical location, a significant association was observed for American populations, but not for populations in Taiwan, Korea, or Spain.  Although the number of included studies was small, they were all rated high-quality by Cao *et al*., (2021), and exhibited low heterogeneity.

**Exposed Communities.**  Fewer studies are available for communities potentially exposed to higher levels of PFOS in drinking water, relative to the general population.  In a cross-sectional study in the C8 Cohort, Stein *et al*. (2009) reported a weak, but statistically significant, association between PFOS and low birth weight that followed an exposure-response pattern (OR = 1.5, 95% CI: 1.1-1.9).  No association was found for preterm birth or for individual exposure groups, except for mothers with high serum PFOS concentrations (120.6-894.4 ng/mL), and even then, the OR was just above 1, indicating a weak effect.  The incidence of low birth weight and preterm births was derived from maternal self-report, however, which is subject to bias.  Mothers were aware of their PFOS exposure levels, so those who perceived themselves as highly exposed to PFOS may have been more likely to report effects.

MDH (2018c) analyzed birth outcomes (low birth weight and prematurity) in an area of Washington and Dakota counties, Minnesota, where the residents were potentially exposed to PFAS, including PFOS, in their drinking water.  In this ecological study, MDH compared individual birth data from 2001 to 2015 in the potentially exposed areas to data from a comparison area of Washington County that did not have elevated PFOS in the drinking water.  MDH reported no unusual increases and no statistically significant differences in either low birth weight or prematurity in the potentially exposed population, either compared to residents of other areas of Washington County or to Minnesota State residents as a whole.

As described earlier in Section A5.1.4.1, Waterfield *et al*. (2020) conducted an analysis evaluating the association between PFOA and PFOS exposure in municipal water supplies and birth outcomes (low birth weight, very low birth weight, preterm birth, early preterm birth) and the general fertility rate between 2002 and 2011 among residents in Oakdale, Minnesota, in the same general area as in the MDH (2018c) study described above.  The authors reported significant increases in risk of giving birth to infants with low birth weights or very low birth weights, and increased risk of giving birth to preterm or early preterm infants in women residing in Oakdale compared to a control (unexposed) community (for details see Section A5.1.4.1).  Women residing in Oakdale also had a significantly decreased general fertility rate.  Because of study limitations as noted in Section A5.1.4.1, the results do not show a causal association between PFAS exposure in the Oakdale, Minnesota, area and birth outcomes.  Furthermore, the results are inconsistent with the MDH (2018c) study described above, which concluded there was no unusual increase in low birth weight or premature births in the area.

**Conclusions for Birth and Growth Outcomes.**  Overall, I conclude that the findings to date do not demonstrate a reliable association between PFOS exposure and declines in birth weight or other

developmental parameters. The larger, well-characterized cohorts most often found no statistically significant associations between PFOS and fetal and childhood growth, and many of the statistically significant effects observed in smaller cohort studies were so small that they may not have been clinically significant. Furthermore, a PBPK analysis of the studies on PFOS exposure and birth weight reported that a substantial portion of observed associations between PFOS exposure and birth weight may be attributable to confounding by GFR (Verner *et al.*, 2015). Low GFR is an indicator of reduced kidney function, and lowered kidney function reduces excretion of PFOS (*i.e.*, lower GFR is associated with higher blood concentrations of PFOS). GFR also rises during pregnancy, and pregnant women whose GFR remains low tend to have lower birth weight babies. As such, women with lower birth weight babies (due to low GFR) will also have higher serum concentrations of PFOS.

Finally, because the association between PFOS exposure and birth and growth outcomes is the basis for some of the available drinking water values (see Section 4.2), and there remains scientific uncertainty about the existence of a potential causal link, I reviewed selected systematic reviews of this endpoint. Systematic reviews (*e.g.*, Liew *et al.*, 2018b; Negri *et al.*, 2017; Bach *et al.*, 2014) have reported inconsistent results of unclear clinical significance. For example, Bach *et al.* (2014) state, "The existing data [are] insufficient to confirm or reject a certain association between PFASs exposure and fetal growth." Thus, my findings are consistent with the findings from these systematic reviews.

Table A5.12  Studies of PFOS and Birth Outcomes

| Reference | Study Population | Study Type | N | PFOS Exposure | Birth Weight | Low Birth Weight | Preterm Birth | Placental Weight | Birth Length | Ponderal Index[a] | Head Circumference | Abdominal Circumference | Small for Gestational Age | Gestational Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andersen et al., 2010 | Danish National Birth Cohort | Prospective | 1,154 | Maternal serum | No effect | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Apelberg et al., 2007 | Baltimore THREE Study | Cross-sectional | 293 | Cord blood | No effect | -- | -- | -- | No effect | Decrease | Decrease | -- | -- | No effect |
| Bach et al., 2016 | Aarhus Birth Cohort | Prospective | 1,500 | Maternal blood | Decrease in Q2 only | -- | No effect | -- | No effect | -- | No effect | -- | -- | No effect |
| Bell et al., 2018 | Upstate KIDS | Prospective | 3,111 | Infant bloodspot (heel prick) | No effect | -- | -- | -- | No effect | No effect | No effect | -- | -- | No effect |
| Bjerregaard-Olesen et al., 2019 | Aarhus Birth Cohort | Prospective | 690 | Maternal serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Cao et al., 2018 | Zhoukou City, China Cohort | Prospective | 337 | Cord serum | No effect | -- | -- | -- | No effect | No effect | -- | -- | -- | -- |
| Cao et al., 2021 | 6 studies | Meta-analysis | 17,128 | Maternal Blood | Decrease | Increase | -- | -- | -- | -- | -- | -- | -- | -- |
| Chen et al., 2012 | Taiwan Birth Panel Study | Prospective | 429 | Cord blood | Decrease | No effect | Increase | -- | No effect | No effect | Decrease | -- | Increase | Decrease |
| Chu et al., 2019 | Guangzhou Birth Cohort | Prospective | 372 | Maternal serum | Decrease | Increase | Increase in Q3, Q4, and Continuous[b] | -- | -- | -- | -- | -- | -- | Decrease |
| Darrow et al., 2013 | C8 Cohort | Prospective | 1,630 | Maternal serum | Decrease in Q4 only | No effect | No effect | -- | -- | -- | -- | -- | -- | -- |
| Fei et al., 2007 | Danish National Birth Cohort | Prospective | 1,400 | Maternal plasma | No effect | No effect | Increase in Q3 | -- | -- | -- | -- | -- | No effect | No effect |
| Fei et al., 2008a | Danish National Birth Cohort | Prospective | 1,400 | Maternal serum | -- | -- | -- | No effect | No effect | No effect | No effect | No effect | -- | -- |
| Govarts et al., 2018 | 8 European Birth Cohort | Pooled Analysis | 693 | Cord serum, Breast milk[c] | -- | -- | -- | -- | -- | -- | -- | -- | Decrease | -- |
| Grice et al., 2007 | Decatur Plant | Retrospective | 1,400 | Job category | No effect | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Gyllenhammar et al., 2018 | POPUP Study | Prospective | 381 | Maternal serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | No effect |
| Hamm et al., 2010 | Canada (Gen. Pop.) | Prospective | 252 | Maternal serum | No effect | -- | No effect | -- | -- | -- | -- | -- | Decrease in tertile 3 | No effect |
| Kashino et al., 2020 | HSECH | Prospective | 1,951 | Maternal plasma | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Li et al., 2017b | Guangzhou Birth Cohort | Prospective | 321 | Cord blood | Decrease[d] | -- | -- | -- | -- | -- | -- | -- | -- | Increase[e] |
| Liao et al., 2022 | Guangxi Zhuang Birth Cohort | Cross-sectional | 1,341 | Maternal serum | -- | -- | Increase | -- | -- | -- | -- | -- | -- | -- |
| Maisonet et al., 2012 | ALSPAC | Prospective | 447 | Maternal serum | Decrease in tertile 2 and 3[e] | -- | -- | -- | Decrease in tertile 2 and 3[f] | No effect | -- | -- | -- | -- |
| Manzano-Salgado et al., 2017a | INMA | Prospective | 1,202 | Maternal blood | No effect | No effect[g] | No effect | -- | No effect | -- | No effect | -- | No effect | No effect |

| Reference | Study Population | Study Type | N | PFOS Exposure | Birth Weight | Low Birth Weight | Preterm Birth | Placental Weight | Birth Length | Ponderal Index[a] | Head Circumference | Abdominal Circumference | Small for Gestational Age | Gestational Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marks et al., 2019a | ALSPAC | Prospective | 457 | Maternal serum | Decrease | -- | -- | -- | Decrease in Tertile 3 and Cont[h] | -- | Decrease | -- | -- | |
| MDH, 2018c | Minnesota Gen. Pop. | Ecological | NA | Drinking water | -- | No effect | No effect | -- | -- | -- | -- | -- | -- | -- |
| Meng et al., 2018 | Danish National Birth Cohort | Prospective | 3,535 | Maternal plasma | Decrease | No effect | Increase in Q2, Q3, and Continuous | -- | -- | -- | -- | -- | -- | Decrease in Q2, Q3, Q4, and Continuous |
| Sagiv et al., 2018 | Project Viva | Prospective | 1,645 | Maternal plasma | No effect[i] | -- | Increase in Q2, Q3, Q4 | -- | -- | -- | -- | -- | -- | Decrease in Q4 |
| Shoaff et al., 2018 | HOME | Prospective | 345 | Maternal serum | No effect | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Starling et al., 2017 | Healthy Start Cohort | Prospective | 628 | Maternal serum | No effect | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Stein et al., 2009 | C8 Cohort | Cross-sectional | 1,845 | Maternal serum | -- | Increase in 90th percentile only | Increase | -- | -- | -- | -- | -- | -- | -- |
| Wang et al., 2019a | MCHCH Tangshan City, China | Prospective | 424 | Cord blood | No effect | -- | -- | -- | No effect | No effect | No effect | -- | -- | -- |
| Wikstrom et al., 2019b | SELMA | Prospective | 1,533 | Maternal serum | Decrease in Q4 and Continuous | -- | -- | -- | -- | -- | -- | -- | Increase | -- |
| Yeung et al., 2019 | Upstate KIDS | Prospective | 3,111 | Infant bloodspot (heel prick) | Decrease (females only) | -- | -- | -- | No effect | -- | -- | -- | -- | -- |

Notes:
ALSPAC = Avon Longitudinal Study of Parents and Children; Gen. Pop. = General Population; HOME = Health Outcomes and Measures of the Environment; HSECH = Hokkaido Study on Environment and Children's Health; INMA= INfancia y Medio Ambiente (Environment and Childhood); MCHCH= Maternal and Child Health Care Hospital; N = Number of Participants/Samples; NA = Not Applicable Based on Study Design; POPUP = Persistent Organic Pollutants in Uppsala Primiparas; Q# = Quartile of PFOA Associated with Outcome Change; SELMA = Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy.
-- = Outcome not studied.
(a)  Birth weight divided by cubed birth length ($g/cm^3$).
(b)  PFOS exposure modeled continuously.
(c)  PFOS concentrations in breast milk converted to cord serum concentrations for analyses.
(d)  Li et al. (2017b) also found no effect for extremely pre-term birth.
(e)  Li et al. (2017b) indicated this change among boys only.
(f)  Statistically significant p for trend.
(g)  Manzano-Salgado et al. (2017a) also found no effects for low birth weight at term.
(h)  Outcome measured in Marks et al. (2019a) is crown-to-heel length.
(i)  Sagiv et al. (2018) investigated birth weight adjusted for gestational age.

**Congenital Anomalies**

I reviewed three studies of prenatal exposure to PFOS and congenital anomalies (birth defects), and in these studies, no associations were reported (Stein *et al*., 2009; Vesterholm Jensen *et al*., 2014; Toft *et al*., 2016). Stein *et al*. (2009) examined the incidence of self-reported birth defects in the C8 Cohort. The author reported that there was no association between PFOS exposure and birth defects, regardless of serum PFOS concentration. In addition, one study investigated the association between maternal PFOS exposure and birth effects in male children (Vesterholm Jensen *et al*., 2014). Vesterholm Jensen *et al*. (2014) reported no statistically significant associations between cord blood PFOS concentration and congenital cryptorchidism (the failure of one or both testes to descend from the abdomen to the scrotum) in a case-control study of Danish and Finnish boys. Similarly, Toft *et al*. (2016) assessed the association between PFOS concentration in amniotic fluid and male genital malformations (cryptorchidism and hypospadias[88]) in a case-control study of Danish boys and found no associations with either malformation.

**Neurodevelopmental Outcomes**

Several cohort studies have investigated the association between PFOS exposure and neurodevelopmental effects such as cognitive function, motor skills, hyperactivity, ADHD, and ASD. Results are inconsistent: some studies reported deficits associated with PFOS, some reported no association, and some studies reported improvements associated with PFOS.

Fei *et al*. (2008b) reported no statistically significant associations between plasma concentrations of PFOS in pregnant women enrolled in the Danish National Birth Cohort and gross, fine motor, and mental developmental milestones in their children at 6 and 18 months of age. The mental development analysis included the child's attention and cognitive functions, as well as language and social-personal development. In a follow-up study, Fei and Olsen (2011) found no association between maternal serum PFOS and behavioral and motor coordination problems in the children at age 7 years. The median concentration of PFOS in maternal blood was 34.4 ng/mL. Similarly, Hoyer *et al*. (2015) reported no statistically significant associations between maternal serum PFOS concentrations in women of the INUENDO Cohort and motor skills, hyperactive behavior, and other behavioral difficulties in their children at 5-9 years old. The median maternal serum PFOS concentration was 10.0 ng/mL. Harris *et al*. (2018) conducted a longitudinal study of the prospective Project Viva cohort. These authors also did not find associations between maternal or childhood PFOS and verbal and visual motor abilities.

In a prospective birth cohort design, Niu *et al*. (2019) evaluated neurodevelopment in 533 mother-child pairs from Shanghai, China. The median maternal PFOS concentration was 10.8 ng/mL. The authors reported a statistically significant positive association between maternal PFOS and personal-social skill in girls aged 4 years. No statistically significant association was observed between maternal PFOS and developmental problems in communication, gross motor function, fine motor function, or problem solving skills. Results adjusted for potential confounding factors including maternal age at enrollment, pre-pregnancy BMI, parity, per capita household income, passive smoking, gestational age, and child's sex.

Ode *et al*. (2014), Strom *et al*. (2014), Liew *et al*. (2015), and Quaak *et al*. (2016) reported no associations between maternal serum or umbilical cord PFOS concentration and ADHD in children born to mothers enrolled in birth cohorts in Denmark, the Netherlands, and Sweden. Strom *et al*. (2014) also found no association between maternal serum PFOS concentration and depression (up to age 20) or scholastic achievement in the Danish Fetal Origins Cohort. Lien *et al*. (2016) reported that cord blood PFOS concentration was not associated with ADHD symptoms in 7-year-old children enrolled in the Taiwan Birth

---

[88] Cryptorchidism is undescended testes; hypospadias is a malformation in which the opening of the urethra is not located at the tip of the penis (CDC, 2019b).

Panel Study and the Taiwan Early-Life Cohort.  Donauer *et al*. (2015) and Oulhote *et al*. (2016) also reported no associations between maternal serum PFOS and behavior in infants and children.

Liew *et al*. (2018a) investigated the association between prenatal exposure to PFOS and IQ scores at age 5 in 1,592 mother-child pairs enrolled in the Danish National Birth Cohort.  Pregnant women were enrolled in the birth cohort during 1996-2002, and maternal blood samples were collected from each subject during the first and second trimesters.  The median maternal plasma concentration of PFOS was 28.10 ng/mL.  The authors did not find any associations between PFOS and any measure of IQ for boys or girls at age 5.  Similarly, Wang *et al*. (2015) reported no association between prenatal PFOS exposure and childhood IQ at ages 5 and 8 in 120 children from the Taiwan Maternal and Infant Cohort study.

Skogheim *et al*. (2020) showed inconsistent associations of maternal PFOS exposure with ADHD or cognitive functions (language skills, estimated IQ, and working memory) in preschool children aged 3.5 years from 944 mother-child pairs participating in a longitudinal prospective ADHD study.  Maternal plasma PFOS level was determined from blood samples drawn at week 17 of gestation, with a mean concentration of 12.32 ng/mL.  Results were adjusted for maternal age, education, fish intake, parity, and child's sex in all models, and adjusted for maternal ADHD symptoms in analyses of the child's ADHD symptoms.  Compared to the lowest quintile, PFOS exposure in the highest quintile was associated with significantly decreased nonverbal working memory.  No association was observed between prenatal PFOS exposure and ADHD symptoms or other cognitive functions in children.  The authors noted the study was subject to potential selection bias because the participation rate was only 35%, the participants in the study were not representative of the general population (the mothers were older and had a higher educational level and a healthier lifestyle, and the children had more ADHD-related symptoms).

Jeddy *et al*. (2017) conducted a nested-case control of 432 mother-daughter pairs to evaluate the association of maternal serum PFOS during pregnancy and early communication development in girls at 15 and 38 months.  The median maternal serum PFOS concentration was 19.8 ng/mL.  The authors reported a significant *positive* association between early communication development in girls age 15 months and maternal PFOS concentration in mothers of any age at delivery (p < 0.05).  Inverse associations were reported between vocabulary comprehension and production in girls age 15 months and serum PFOS concentration in mothers younger than 25 years old at time of delivery (p < 0.05) but not in older mothers.  In girls age 38 months, results were found to be inconsistent.  The authors reported a negative association between language and maternal PFOS concentrations (p < 0.05) in mothers of any age at delivery.  However, intelligibility was either positively or negatively associated with maternal PFOS, depending on the age of the mother at delivery, with the exception of no association at ages 25-30 at delivery.

Chen *et al*. (2013) reported an association between cord blood PFOS concentration and gross motor development at age 2 years in 239 mother-infant pairs from the Taiwan Birth Panel Study, but no associations with cognitive, language, social, and self-help scores.  The mean cord blood PFOS concentration was 7.0 ng/mL.  The findings for motor development in this study do not agree with the findings of other studies described above, all of which found no association with PFOS and motor skills (Fei *et al*., 2008b; Fei and Olsen, 2011; Hoyer *et al*., 2015; Harris *et al*., 2018; Niu *et al*., 2019).  Vuong *et al*. (2016) reported an association between maternal serum PFOS (geometric mean = 12.6 ng/mL) and poorer executive function at ages 5 and 8 in 256 mother–child pairs in the HOME cohort.  In the same cohort, Vuong *et al*. (2018a) observed no associations between concurrent childhood serum PFOS concentrations and executive function scores at 8 years of age.  Vuong *et al*. (2018b) also found no consistent associations between prenatal or childhood PFOS concentrations and inattention, impulsivity, and visual spatial abilities at 8 years, whereas Vuong *et al*. (2019) found a positive association between maternal PFOS concentrations and perceptual reasoning, working memory, and processing speed in boys.

Lyall *et al*. (2018) conducted a nested-case control study to assess the association between prenatal PFOS exposure and ASD (n = 553) or intellectual disability without ASD (n = 189). Children from the general population (n = 433) were randomly selected from birth certificate files and matched for sex and month and year of birth. The median maternal serum PFOS was 17.9 ng/mL for the general population and 17.5 ng/mL for children with ASD. In this study, PFOS was *inversely* associated with both ASD and intellectual disability without ASD, *i.e.*, higher PFOS exposure was associated with lower risk of these conditions.

In a prospective pregnancy and birth cohort, Zhang *et al*. (2018c) recruited 167 mother-child pairs between 2003 and 2006 to measure the association between PFOS and reading skills at ages 5 and 8 years. Maternal blood samples were collected at $16 \pm 3$ weeks and child blood samples were collected at 3 and 8 years of age. The median maternal PFOS concentration was 13.0 ng/mL, and the median child PFOS concentrations were 6.6 ng/mL and 3.6 ng/mL at ages 3 and 8, respectively. The authors reported statistically significant *positive* associations between serum PFOS and various measures of children's reading skills, *i.e.*, higher serum PFOS was correlated with better reading skills.

Based on the mixed results in the studies described here, I conclude there is no consistent evidence of any effects of PFOS on neurodevelopment. Results were inconsistent both within and across studies. For example, a case-control study reported that intelligibility was either positively or negatively associated, or had no association, with maternal PFOS depending on the age of the mother at delivery (Jeddy *et al*., 2017). Across studies, some investigators found associations of PFOA with motor skills (*e.g*., Chen *et al*., 2013), while others did not (*e.g*., Harris *et al*., 2018; Niu *et al*., 2019).

**Timing of Puberty**

Some studies have investigated age at puberty in girls and boys exposed to PFOS *in utero* and/or childhood (Christensen *et al*., 2011; Lopez-Espinosa *et al*., 2011; Kristensen *et al*., 2013; Ernst *et al*., 2019; Zhou *et al*., 2016). Christensen *et al*. (2011) conducted a nested case-control study of 218 cases of earlier menarche (*i.e.*, commencement of menstruation before age 11.5 years) and 230 girls with menarche after 11.5 years of age enrolled in the ALSPAC in the UK. Analyses indicated that the risk of early menarche was lowered with increasing gestational PFOS exposure, though the OR was not statistically significant, when PFOS exposure was considered as a continuous measure or above *vs*. below the median exposure level (19.8 ng/mL in maternal serum).

Lopez-Espinosa *et al*. (2011) conducted a cross-sectional analysis of the association between concurrent serum PFOS concentration and age at puberty in boys and girls age 8-18 years enrolled in the C8 Cohort. Age at puberty was determined using age of menarche and serum estradiol in girls and serum testosterone levels in boys. No statistically significant associations were found between serum PFOS concentration and later puberty in girls; however, there was a statistically significant association between serum PFOS concentration and later puberty in boys in the continuous exposure model and in the upper two quartiles of exposure in the stratified analyses. The median delay of puberty ranged from 82 to 123 days, but, as noted by authors, a delay in puberty of 3-6 months is of unclear clinical relevance. This study is also limited by its cross-sectional study design; in many cases, the participants had already reached puberty when their serum PFOS concentrations were measured.

Kristensen *et al*. (2013) assessed the association between prenatal exposure to PFOS and several parameters of female reproductive function around age 20 (age at menarche, menstrual cycle length, hormone levels, and number of follicles/ovary) in a prospective cohort study of the Aarhus Birth Cohort in Denmark. Prenatal PFOS exposure was assessed using maternal serum collected at 30 weeks of gestation. The authors reported that prenatal exposure to PFOS was not associated with any of the reproductive parameters measured.

As described in Section A5.1.4.1, Ernst *et al*. (2019) conducted a cohort study to evaluate the associations between PFAS in maternal plasma in the first trimester and pubertal development in offspring. The authors adjusted for mother's age of menarche and parity, among other potential confounders.  The authors studied two independently sampled groups of participants (n = 722 and 445) from the Puberty Cohort, nested within the Danish National Birth Cohort.  Children were born between 2000 and 2003, and the Puberty Cohort was established in 2012.  Data were collected biannually from the age of 11 years until full maturation.  In the first group of participants, the median concentrations of plasma PFOS in first-trimester maternal samples were 31.9 ng/mL for boys and 32.3 ng/mL for girls.  In the second group, median concentrations of plasma PFOS in first-trimester maternal samples were 27.2 ng/mL for boys and 27.9 ng/mL for girls. Prenatal PFOS exposure in boys was associated with an earlier age of onset for voice break (-3.05 months [95% CI: -5.77 to -0.34]).  However, prenatal PFOS exposure was not associated with the overall onset of a combined sex-specific puberty indicator in girls and boys.  Given the lack of consistent results and the absence of an exposure-response relationship, this study does not confirm an association between PFOS exposure and earlier age of puberty.

In a cross-sectional analysis, Zhou *et al*. (2016) assessed reproductive hormones in 13- to 15-year-old Taiwanese adolescents from the control cohort for the GBCA recruited between 2009 and 2010.  The authors found no associations between serum PFOS concentration and estradiol.  PFOS was not associated with testosterone in combined regression analyses, but when stratified by sex, PFOS was inversely associated with testosterone in boys.

Overall, I conclude that the evidence does not establish an association between either gestational or childhood exposure to PFOS and age at puberty.  Five studies of puberty in girls suggest there is no association between PFOS exposure and early or late puberty.  Further, any association between PFOS exposure and later age at menarche in cross-sectional analyses (despite the null results, Lopez-Espinosa *et al*. [2011] suggested that there was a possible association) would likely be confounded by the pharmacokinetics of PFOS, in which case, the association is unlikely to be causal.  Specifically, because menstrual blood is one route of removal of PFOS from the body, girls with an earlier first menarche would have lower serum PFOS concentrations than those with later first menarche (Wong *et al*., 2014; Wu *et al*., 2015).  While Lopez-Espinosa *et al*. (2011) reported an association between increased PFOS exposure and slight delays in puberty in boys, the study's design limitations prevent drawing causal conclusions from its results.  Other reported effects in boys were inconsistent.

**Overall Conclusions**

The weight of evidence does not establish an association between non-occupational PFOS exposure and developmental and reproductive effects.  Inconsistent results were reported for several endpoints both across (for example, birth and growth outcomes, fertility) and within studies (for example, neurodevelopment).  In some cases, because of how PFOS is excreted from the body, associations may reflect "reverse causation."  This means that the health endpoint being studied may affect serum PFOS concentrations, rather than PFOS affecting the endpoint.  For example, because menstrual blood can remove PFOS from the body (Wong *et al*., 2014), girls with an earlier first menarche would have lower serum PFOS concentrations than those with later first menarche.  In other cases, such as birth weight changes, the effects seen in some studies are small enough to be within the range of normal variation, and thus would not be clinically significant.

### A5.2.4.2       Liver Enzymes and Disease

In three studies of the association between PFOS exposure and liver enzymes in the general population (Lin *et al*., 2010; Gleason *et al*., 2015; Salihovic *et al*., 2018) and two studies in exposed communities (Gallo *et*

*al*., 2012; Nian *et al*., 2019), the findings are inconsistent, and the reported changes are of uncertain clinical significance.

Lin *et al*. (2010) conducted a cross-sectional analysis of 2,216 adults in NHANES in 1999-2000 and 2003-2004. The authors reported no statistically significant associations between PFOS exposure and ALT or GGT. There was a significant *decrease* in bilirubin (*i.e.*, the opposite of the expected direction of adverseness) as PFOS exposure increased. One limitation of this study was the lack of control for medications that may have altered ALT or GGT. The authors also noted that the biological significance of the liver enzyme changes in the general population may be small.

Gleason *et al*. (2015) evaluated liver enzymes among participants in the 2006-2008 and 2009-2010 NHANES. Increases in PFOS exposure were associated with increases in total bilirubin but not with changes in ALT, GGT, or ALP.

Salihovic *et al*. (2018) investigated associations between serum concentrations of PFAS and liver enzymes in a longitudinal study with a cohort of 1,002 Swedish volunteers from age 70 to 80 in 2001-2014. Serum concentrations of PFOS ranged from 5.36 to 17.8 ng/mL over the course of the study. Increases in serum PFOS were associated with an increase in ALT but not ALP or GGT.

Gallo *et al*. (2012) conducted a cross-sectional analysis of PFOS and markers of liver function in > 47,000 adults enrolled in the C8 Cohort between 2005 and 2006. Increasing PFOS exposure was associated with a small increase in ALT, but was not associated with altered GGT. Bilirubin was significantly *decreased* with increasing PFOS exposure. The authors noted that the small changes in ALT may not lead to diagnosable conditions in the future. The study's cross-sectional design does not allow one to draw conclusions as to whether the observed changes were sustained or reversible.

Nian *et al*. (2019) evaluated associations between liver function biomarkers and serum PFAS levels in the C8 Cohort in China with 1,605 participants from the city of Shenyang (a heavy industrial city in Liaoning, a province in northern China). Researchers measured various isomers of PFOS in the study participants and reported results for total PFOS, linear-PFOS, and branched-PFOS. Linear PFOS was detected in 99.8% of the study population with a median serum concentration of 11.37 ng/mL. Branched-PFOS was detected in 100% of the study population with a median serum concentration of 12.16 ng/mL (6.68-18.43 ng/mL). Median serum concentration of total PFOS was 24.22 ng/mL (14.62-37.19 ng/mL). Increases in total PFOS were associated with increased ALT. Increases in branched-PFOS were associated with increases in ALT and AST. Increases in linear-PFOS were not associated with any liver enzymes.

### A5.2.4.3        Thyroid Hormones and Disease

Several studies have reported associations between non-occupational exposure to PFOS and alterations in thyroid hormones. However, I was able to identify only a single study of the association between low-level PFOS exposure and thyroid disease. As noted in Section A5.1.4.3, although substantial and sustained alterations in thyroid hormone levels can be adverse, small, transient changes in thyroid hormone levels are often not adverse. Based on my evaluation of the data, I conclude that the evidence does not establish a causal association between PFOS exposure and clinically significant alterations in thyroid hormones or thyroid disease in non-occupational populations. Many of these studies also used a cross-sectional study design, and thus, they cannot be used to determine whether a causal association between PFOS exposure and these endpoints exists.

Several studies have investigated the association between low-level PFOS exposure and thyroid hormones in children, the general adult population, pregnant women, and older adults (Knox *et al*., 2011b; Jain, 2013;

Wen *et al*., 2013; Shrestha *et al*., 2014; Webster *et al*., 2014, 2016; Wang *et al*., 2014c; Berg *et al*., 2015; Dufour *et al*., 2018; Inoue *et al*., 2019; Lebeaux *et al*., 2020).

Knox *et al*. (2011b) conducted a cross-sectional study of PFOS exposure and TSH, T3 uptake, and T4 in more than 50,000 adults in the C8 Cohort. PFOS exposure was statistically significantly associated with increases in T4 ($p \leq 0.0001$) and decreases in T3 uptake ($p \leq 0.0001$). These changes were not associated with changes in TSH and thus are not consistent with hyper- or hypothyroidism (either clinical or subclinical). As a result, their clinical relevance is unknown. Jain (2013) also reported no statistically significant associations between PFOS exposure and any thyroid hormones in 1,540 adult participants enrolled in NHANES. These null findings were corroborated in another cross-sectional study of PFOS exposure and thyroid hormones among 1,181 NHANES participants > 20 years old (Wen *et al*., 2013).

Shrestha *et al*. (2014) conducted a cross-sectional evaluation of the association between serum PFOS and PFOA concentrations and thyroid hormones in 87 older adults (age 55-74 years) who resided in communities in the upper Hudson River area in New York. After adjusting for potential confounders (age, sex, education, and total serum polychlorinated biphenyls), serum PFOS concentration was statistically significantly associated with free T4 ($p = 0.044$) and T4 levels ($p = 0.001$). The authors reported a 4% increase in free T4 and a 9% increase in T4 per IQR increase of serum PFOS concentration (IQR = 21.7-45.2 ng/mL). There were no statistically significant associations between serum PFOS concentration and TSH or T3, and thus, the findings are not consistent with hyper- or hypothyroidism (either clinical or subclinical).

In a prospective cohort study, Webster *et al*. (2014) evaluated PFOS exposure and thyroid hormones in pregnant women enrolled in the Chemicals, Health, and Pregnancy (CHirP) Study based in Vancouver, Canada. PFOS was not associated with free T4, total T4, or TSH among women with normal TPOAb levels (TPOAb is a marker of the autoimmune condition called Hashimoto's Disease). Serum PFOS concentration and thyroid hormones levels were each measured twice (at 15 and 18 weeks of gestation). However, among women with high TPOAb, the authors noted a 7% decrease in free T4 per 3.3 ng/mL increase in PFOS concentration, but the association was not statistically significant. Maternal TSH was also significantly increased (69% per 3.3 ng/mL PFOS) in women with high TPOAb levels. There is some uncertainty regarding the clinical relevance of these findings. Maternal T4 is the only source of T4 to the developing fetus before the fetal thyroid begins to function in the middle of gestation; however, it is unclear whether the small decreases in maternal free T4 would have affected the fetus. Women with high TPOAb levels have decreased thyroid capacity to produce T4 and T3 and thus often produce compensatory TSH. However, the PFOS-associated decreases in free T4 were very small and thus inconsistent with the magnitude of change in TSH in the women with high TPOAb levels.

Wang *et al*. (2014c) reported that serum PFOS was statistically significantly positively associated with TSH (0.8% increase, 95% CI: 0.1-1.6% per 1 ng/mL PFOS) in a cross-sectional study of 903 pregnant women in the Norwegian Mother and Child Cohort Study; no other thyroid hormones were measured. TSH levels change during pregnancy (a normal process); thus, a single measurement of thyroid hormones, as was used in this study, is unlikely to accurately characterize thyroid homeostasis during pregnancy. In a longitudinal study in this cohort, Berg *et al*. (2015) found that women with the highest serum PFOS concentrations (11.1-35.9 ng/mL) had a mean TSH value 24% higher than the lowest exposure group at all sampling points (second trimester, 3 days post-partum, and 6 weeks post-partum), but no changes in free T3, free T4, T3, and T4 levels. The proportion of women with subclinical hypothyroidism (in which TSH levels are slightly

elevated [> 3.6 miU/L], but free T4 and free T3 are normal[89]) was also increased, but only in the second trimester visit.

Webster *et al*. (2016) conducted a cross-sectional analysis of serum PFAS concentrations and thyroid hormones in 1,525 US adults, using NHANES data from 2007 and 2008.  The authors assessed associations between PFOS exposure and free T3, free T4, the ratio of free T3 to free T4, total T3, total T4, and TSH. They also stratified people into four groups by indicators of thyroid "stress," including higher TPOAb level and low iodine status.  There were no statistically significant associations between PFOS exposure and any of the thyroid hormones in those with normal TPOAb and iodine levels, low iodine levels only, or high TPOAb levels only.  In the subgroup of people with high TPOAb and low iodine levels, PFOS exposure was associated with a significant increase in TSH but not any of the other hormone measures.  Only 26 participants had high TPOAb and low iodine levels (2% of the study size).  In addition to its small sample size, this study was limited by its cross-sectional study design.

As described in Section A5.1.4.1, Preston *et al*. (2018) examined the associations of PFOS exposure during early pregnancy with maternal and neonatal thyroid hormone levels.  The mean serum concentration of PFOS was 24.0 ng/mL in mothers and 23.5 ng/mL in neonates.  Cross-sectional analysis indicated that in the mothers, increased serum PFOS was associated with decreased TSH in TPOAb-positive women only (16.4% decrease in TSH per IQR increase).  Prenatal PFOS exposure was not associated with neonatal T4 levels in continuous PFAS models.  When prenatal PFOS exposure was analyzed using quartile models, there was a significant association between fourth quartile PFOS plasma concentrations and decreased neonatal T4 levels (-1.10 µg/dL T4 [95% CI: -2.13 to -0.07 µg/dL]).

Few studies considered measures of overt thyroid disease (Melzer *et al*., 2010; Lopez-Espinosa *et al*., 2012). Melzer *et al*. (2010) collected serum PFOS data and self-reported disease status from 3,974 individuals that participated in one of three waves of cross-sectional NHANES sampling (1999-2000, 2003-2004, and 2005-2006).  Thyroid disease prevalence was ascertained by asking participants if they had ever been told by a doctor/health professional that they had thyroid disease and whether they were currently taking any thyroid disease medications.  The authors noted that the data they had did not overlap with thyroid hormone measurement subsamples, so they could not match these data to the reported diagnoses.  There were no associations between PFOS exposure and thyroid disease in women; in men, there was a significant increase in the odds of thyroid disease with current medication in the most highly exposed group (quartile 4, mean serum PFOS concentration ≥ 36.6 ng/mL) relative to the low exposure group (mean serum PFOS concentration ≤ 25.5 ng/mL).  However, this study suffers from important limitations, most predominantly its reliance on self-reported prevalent (existing) disease (unconfirmed by medical records), which is subject to bias.  It is also cross-sectional in design, so it is unclear if whether measured PFOS concentrations accurately represent the participants' exposure at the time of disease diagnosis.

In a cohort study, Lopez-Espinosa *et al*. (2012) investigated the association between PFOS exposure and self-reported thyroid disease, TSH, and total T4 in > 10,000 children age 1-17 years enrolled in the C8 Cohort.  There were no significant increases in either thyroid hormones in combined and sex-specific analyses.  Further, there was no increased risk of thyroid disease or hypothyroidism, whether subclinical (slight changes in hormones that may be associated with disease) or overt disease.

Blake *et al*. (2018) evaluated the association between serum PFAS and indicators of thyroid disruption in a cohort study of 210 adults (median age 38 years) recruited between 1990 and 2008.  The median serum

---

[89] The clinical significance of subclinical hypothyroidism and the upper limit of "normal" for TSH remains an area of debate. While this condition may progress to overt hypothyroidism, there is insufficient evidence of any other symptoms associated with subclinical hypothyroidism.  The upper limit of normal TSH in pregnancy is considered to be 3.5 mIU/L in the second and third trimesters of pregnancy (Fatourechi, 2009).

concentration of PFOS was 28.4 µg/L. The change in TSH per IQR increase in PFOS was statistically significant; however, changes in T4 were not statistically significant. In models of latent PFOS effects (including all effects but only the first measurement of PFOS exposure), there were no significant latent associations between exposure and either TSH or T4.

In a cross-sectional study, Dufour *et al*. (2018) compared concentrations of PFOS in umbilical cord blood collected at birth with maternal hypothyroidism and neonatal (PND 3) TSH in 214 mother-baby pairs. The mean concentrations of PFOS and TSH in cord blood were 0.88 ng/mL and 5.41 ng/mL, respectively. Statistical analyses demonstrated elevated risk of hypothyroidism for mothers in the third quartile of exposure only compared to the first (Q2 OR = 1.76, 95% CI: 0.49-6.56; Q3 OR = 3.22, 95% CI: 1.08-10.92; Q4 OR 2.95, 95% CI: 0.98-10.07). Whether this effect in Q3 is treatment-related is unclear because the exposure-response relationship is nonmonotonic and the width of the CIs indicate that there is a lack of precision in the risk estimates. In addition, there were no significant associations between umbilical cord PFOS concentrations and TSH in neonatal boys or girls. This lack of effect on TSH is inconsistent with hypothyroidism.

Kim *et al*. (2018b) conducted a meta-analysis of 12 studies evaluating the association between PFOS and thyroid hormones in adults. PFOS was positively associated with free T4 in a subgroup of the general population, but there was no association in the subgroup of pregnant women. PFOS was also negatively associated with total T4, but this association was observed only after omitting a statistical outlier from the analysis. Finally, there was a negative association between PFOS and total T3; however, this was only observed after an outlier study was removed from the analysis. When analyses were limited to pregnant women, there were no associations between PFOS and thyroid hormone levels.

In an ecological study, Andersson *et al*. (2019) evaluated the association between PFOS levels at two water systems in Ronneby, Sweden, one of which had elevated PFAS from 1980 to 2013, and diagnoses of and prescriptions for hyper- or hypothyroidism in 63,074 residents of those water districts. Diagnoses were considered by two independent physicians. Of those 63,074 residents, 456 individuals were diagnosed with hyperthyroidism, and 858 individuals were diagnosed with hypothyroidism. The risks of hyper- or hypothyroidism did not differ between the populations serviced by the two water districts, or in the subgroup with the highest concentration of PFOS in water compared to the population who lived in the same area between 1980 and 1984, prior to PFAS in water systems. This subgroup was estimated to have PFOS serum levels above 200 ng/mL. Hypothyroidism incidence was also higher in women and increased across age, but it did not differ as a function of PFOS exposure for either sex. There was, however, a small increase in hypothyroidism (HR = 1.29, CI: 1.05-1.57) in women whose home drinking water was sourced from the water system with elevated PFOS during the first two decades of exposure, between 1985 and 2004, compared to the population who lived in the same area pre-exposure, from 1980 to 1984.

In a cross-sectional study Inoue *et al*. (2019) evaluated the associations of PFOS with maternal TSH and free T4 during gestation weeks 5 through 19 in 1,366 women who were enrolled in the Danish National Birth Cohort. The median serum concentrations were 29.5 ng/mL for PFOS, 1.20 mIU/L for TSH, and 14.6 pmol/L for free T4. Higher TSH levels were associated with the highest quartile of PFOS exposure throughout gestation. This is in contrast to other PFAS tested, for which the trend became null at gestational week 10. There were no significant associations between PFOS and free T4 in early or late pregnancy when women with thyroid disease were excluded from analyses.

Itoh *et al*. (2019) evaluated associations between PFOS in maternal serum and maternal thyroid status in a cross-sectional study of 701 mother-child pairs (previously described in Section A5.1.4). In maternal serum, the median concentrations were 6.21 ng/mL for PFOS, 0.802 µU/mL for TSH, 3.04 pg/mL for free T3, 13.5 pg/mL for free T4, 6.0 IU/mL for TPOAb, and 15.0 IU/mL for TgAb. PFOS and thyroid hormones

were not significantly related when analyses were conducted for all mothers or stratified by maternal thyroid antibody status.

Itoh *et al*. (2019) also conducted a prospective birth cohort study with the offspring from the same mother-child pairs.  The authors assessed relationships between maternal concentration of PFOS and neonatal thyroid status as indicated by thyroid hormones and thyroid antibodies in umbilical cord blood serum collected at birth.  The median serum concentrations were 7.98 µU/mL for TSH, 1.29 pg/mL for free T3, 13.0 pg/mL for free T4, < 5.0 IU/mL for TPOAb, and 38.0 IU/mL for TgAb.  For boys, but not girls, of thyroid antibody negative mothers, there was a positive association between TSH and maternal PFOS.  There were no significant associations between neonatal thyroid hormones and maternal PFOS for either sex children of thyroid antibody positive mothers.

Lebeaux *et al*. (2020) conducted a prospective cohort study of 305 mother-child pairs enrolled in the HOME study.  The authors measured thyroid hormones and PFOS in maternal serum during gestational week 16 for 185 women.  The median maternal serum values were 1.3 µIU/L for TSH, 10.3 µg/dL for total T4, 158.0 ng/dL for total T3, 0.7 ng/dL for free T4, 3.2 pg/mL for free T3, and 14.3 ng/mL for PFOS.  Thyroid hormones and PFOS were also measured in cord serum collected at birth from 256 neonates.  The median cord serum values were 7.1 µIU/L for TSH, 9.6 µg/dL for total T4, 49 ng/dL for total T3, 1 ng/dL for free T4, 1.6 pg/mL for free T3, and 14.3 ng/mL for PFOS.  PFOS was not related to thyroid hormones in maternal blood or cord serum.  When analysis was restricted to women with TPOAb levels > 0.6 IU/mL, PFOS was negatively related to free T4 in cord blood.

Overall, the findings regarding the association between PFOS exposure and thyroid hormones and disease are generally inconsistent, even among similar populations.  The authors of these studies reported that the biological significance of the effects observed were unclear.  Small changes in isolated thyroid hormones that remain within normal reference ranges, or do not change in the direction associated with hypo- or hyperthyroidism, are unlikely to result in overt thyroid disease.  Further, while thyroid hormones are important for the development of many neurological processes in the fetus, there is no confirmed evidence that the magnitude and timing of the changes observed in these studies were sufficient to alter fetal development (Webster *et al*., 2014).  Considering the lack of consistent, clinically meaningful hormone changes measured at a single point in time (*i.e.*, due to the cross-sectional design of many of these studies) and the inconsistent results and limited study designs in the studies of thyroid disease, I conclude that the evidence does not establish a causal association between PFOS exposure and alterations in thyroid hormones in non-occupational populations.

### A5.2.4.4        Serum Lipids and Cardiovascular Disease

**Children and Adolescents**

Numerous studies have measured serum lipids (*e.g.*, cholesterol, triglycerides) in populations with low-level PFOS exposure, and a few studies have investigated the association between non-occupational PFOS exposure and CVD.  It is my opinion that the evidence does not establish an association between low-level PFOS exposure and altered serum lipids or CVD.

In general, many of the PFOS exposure and serum lipid studies were conducted with cohorts of children age 1-18 years (Frisbee *et al*., 2010; Timmermann *et al*., 2014; Geiger *et al*., 2014; Zeng *et al*., 2015; Jain and Ducatman, 2018; Fassler *et al*., 2019).  Frisbee *et al*. (2010) conducted a cross-sectional analysis of 12,476 children and adolescents (1-17.9 years old) enrolled in the C8 Cohort.  The authors reported that total cholesterol, LDL, and HDL significantly increased ($p < 0.001$) with increasing serum PFOS concentration.  In analyses dichotomized by abnormal cutoff values, PFOS exposure remained associated

with an increased risk of abnormal cholesterol and LDL; however, for HDL, there was a decreased risk of low HDL (*i.e.*, PFOS exposure increased HDL, which is a positive effect, because HDL is considered the "good" cholesterol).

Timmermann *et al*. (2014) reported that there was no significant increase in serum cholesterol per 10 ng/mL increase in serum PFOS concentration in a cross-sectional analysis of 499 8- to 10-year-old children enrolled in the Danish portion of the European Youth Heart Study. There were also no associations observed between PFOS exposure and other markers of adiposity, including BMI, waist circumference, and serum adiponectin and leptin. In stratified analyses, however, overweight children (but not normal weight children) had increased triglycerides (76.2% increase), plasma insulin, insulin resistance, and β-cell function for each 10 ng/mL increase in serum PFOS concentration.

Geiger *et al*. (2014) reported that serum PFOS concentration was statistically significantly positively associated with total cholesterol and LDL, but not HDL or triglycerides, in 12- to 18-year-old children in NHANES. Zeng *et al*. (2015) also reported that PFOS exposure was positively associated with total cholesterol and LDL in a cross-sectional study of group of 225 healthy 12- to 15-year-old children in Taiwan. Unlike the other studies, however, these authors also found a statistically significant positive association between PFOS exposure and triglycerides.

In a cross-sectional study, Jain and Ducatman (2018) evaluated the associations between PFOS exposure and lipid/lipoprotein levels in 458 US children aged 6-11 years using the NHANES data from 2013-2014. Geometric mean serum concentrations of the linear isomer of PFOS were 2.95 ng/mL in males and 2.4 ng/mL in females. The authors reported a significant positive association between linear PFOS and total cholesterol. The geometric mean serum concentration of branched isomers of PFOS was 1.44 ng/mL in males and 1.26 ng/mL in females. A small but significant inverse association was observed between branched isomers of PFOS and non-HDL cholesterol. No associations were observed for HDL with either linear or branched PFOS in the study. Dong *et al*. (2019) reported a significant correlation between PFOS and total cholesterol level, but not for HDL and LDL cholesterol, in 2,987 adolescents aged 12-19 years using the NHANES data from 2003-2014. The mean serum level of PFOS was 12.2 ng/mL.

In a cross-sectional study, Fassler *et al*. (2019) examined the associations of serum PFOS levels with body mass, serum insulin, and lipid profile in 353 six- to eight-year-old girls. Parameters including fasting insulin, glucose, insulin sensitivity, insulin resistance, fasting triglycerides, total cholesterol, HDL cholesterol, and LDL cholesterol, as well as anthropometric parameters including BMI, waist-to-hip ratio, and waist-to-height ratio were obtained in the study. All analyses adjusted for race/ethnicity and age in months. The mean serum concentration of PFOS was 15.87 ng/mL, ranging from <0.20 ng/mL to 96 ng/mL. Statistically significant inverse associations were found for PFOS with BMI and waist-to-height ratio.

Domazet *et al*. (2016) conducted a longitudinal study of > 300 children (age 9) enrolled in the European Heart Study until they turned 21 years old. Serum PFOS concentrations averaged 9 and 9.7 ng/mL at age 9, 3.4 and -3.7 ng/mL in adolescence (15 years of age), and 2.7 and 3.1 ng/mL in young adulthood (21 years of age, in females and males, respectively). There were no associations between serum PFOS concentration measured at 9 years of age and triglyceride levels at 15 and 21 years of age, or between serum PFOS concentration measured at 15 years of age and triglyceride levels at 21 years of age.

Manzano-Salgado *et al*. (2017b) conducted a birth cohort study of 1,154 mother-child pairs to measure the association between prenatal PFAS exposure and cardiometabolic effects, including BMI, waist circumference, and blood pressure at ages 4 and 7 years; and lipids (total cholesterol, HDL cholesterol, LDL cholesterol, triglycerides) and overall cardiometabolic risk score at age 4. The geometric mean of

prenatal plasma PFOS in mothers was 5.80 ng/mL. No significant associations were found between PFOS and any cardiometabolic outcomes assessed.

Jensen *et al*. (2020) evaluated the associations between maternal PFAS concentrations and measures of adiposity in infants and young children in a prospective study of 649 mother-child pairs in the Odense Child Cohort. PFAS was measured in serum at study enrollment, with the median gestational age at enrollment of 11.3 weeks among the study participants. The median PFOS serum concentration was 8.04 ng/mL (5th-95th percentile range = 3.82-15.46 ng/mL). There was no association with total cholesterol or triglycerides in the children. The authors reported that PFOS was associated with ponderal index, but not with BMI, of children at birth (but not at 3 and 18 months). The effect sizes were very small, however; for each 1 ng/mL increase in maternal serum PFOS the increase in ponderal index was 0.03 times the standard deviation of the reference value, roughly amounting to a maximum difference of 3.3% over the range of serum PFOS from the 5th to the 95th percentile. A major limitation of this study is that the results for 3- and 18-month old children were pooled. The physical characteristics measured (body weight, adiposity, *etc*.) are bound to change during this period of rapid development in children.

Finally, Ma *et al*. (2019) studied the association between PFOS exposure and blood pressure in 2,251 adolescents < 20 years of age enrolled in the NHANES study from 2003 to 2012. After adjusting for potential demographic and dietary factors, a significant positive association was observed between serum PFOS level and diastolic blood pressure in males, but not in females.

**Adults**

Several other studies have examined associations between PFOS exposure and serum lipids/CVD in adult populations, including pregnant women. Eriksen *et al*. (2013) measured serum PFOS and total cholesterol in a group of 753 adults enrolled in the Danish DCH Cohort. The authors reported that there was a significant, 4.6 mg/dL, increase in total cholesterol per IQR increase of serum PFOS concentration (IQR not reported, but the mean PFOS concentration was 36.1 ng/mL and the maximum was 132 ng/mL). Steenland *et al*. (2009) investigated cross-sectional measures of PFOS and serum lipids in a population of 42,294 adults enrolled in the C8 Cohort. All the evaluated endpoints except HDL were significantly increased as serum PFOS concentration increased ($p < 0.05$). In contrast, Fu *et al*. (2014) found that serum PFOS concentration was not associated with total cholesterol, LDL, HDL, or triglycerides in a cross-sectional study of a population of 133 adult hospital patients in China. The population in this study, however, had much lower mean serum PFOS concentrations (overall mean: $1.68 \pm 1.20$ ng/mL; highest quartile: $3.12 \pm 1.52$ ng/mL) than the Danish and C8 Cohorts.

Dong *et al*. (2019) examined the association between PFOS exposure and cholesterol levels in 8,948 adults aged 20-80 years using the NHANES data from 2003-2014. The mean serum PFOS level was 15.6 ng/mL. A significant positive association was observed between PFOS and total cholesterol. When PFOS was categorized into quartiles, a significant linear trend was observed for change in total cholesterol. No association was observed between PFOS and HDL or LDL. Finally, one study investigated serum lipids in a cohort of 891 pregnant women in the Norwegian Mother and Child Cohort Study (Starling *et al*., 2014b). The authors reported that each IQR (6.29 ng/mL) increase in maternal serum PFOS concentration was associated with a 4.2 mg/dL (95% CI: 0.8-7.7) increase in total cholesterol and a 2.08 mg/dL (95% CI: 1.12-3.04) increase in HDL; no association was found for LDL or triglycerides.

Fitz-Simon *et al*. (2013) conducted a longitudinal study of serum PFOS concentrations and lipids in the 521 participants in the C8 Cohort over a 4.4-year period. During this period, levels of PFOS in public water were reduced due to filtration of public water supplies and consequently, the population's serum PFOS concentrations were also reduced. In the model that adjusted for the PFOA concentration in public water, the authors reported that a 50% decline in serum PFOS concentration was associated with a 4.6% decrease

in LDL (95% CI: 1.97-7.14) and a 3.2% decrease in total cholesterol (95% CI: 1.59-4.81). The authors noted that these changes in lipids were small, though variability in lipids across individuals was high. Without individual data, it is unclear how the overall percentage declines would translate into absolute blood lipid levels and whether these changes would be clinically significant.

In a cross-sectional study, Hutcheson *et al*. (2019) examined associations between PFOS and risk of stroke and a modifying influence of diabetes in 48,206 adults from the C8 Health Project. History of stroke and diabetes were determined *via* self-reported physician diagnosis.[90] Among 3,921 individuals that reported diabetes, 238 also reported a history of stroke, and among 44,285 individuals that did not report diabetes, 643 reported a history of stroke. Potential confounding factors including race, sex, diabetes duration, BMI, HDL cholesterol, LDL cholesterol, C-reactive protein, eGFR, and smoking history were adjusted for in the analyses. Median serum PFOS concentrations among those with and without diabetes were 21.4 ng/mL and 20.1 ng/mL, respectively. A significant inverse association was observed between PFOS exposure and history of stroke. However, when stratified by diabetes status, the inverse association remained significant only among those with diabetes, but not among those without diabetes (p interaction = 0.006).

In a cross-sectional study, Honda-Kohmo *et al*. (2019) investigated the association between PFOS and coronary heart disease in 5,270 adults with diabetes, aged ≥20 years, from the C8 Health Project. The median concentration of serum PFOS measured in individuals with coronary heart disease and those without were 22.0 ng/mL and 21.1 ng/mL, respectively. A significant *inverse* association was observed between PFOS and coronary heart disease (*i.e.*, a higher PFOS concentration was associated with lower disease incidence) after controlling for kidney function and other potential confounders.

Li *et al*. (2020) conducted a cross-sectional study to examine the associations between PFOS exposure and serum lipid levels in 1,945 adults aged 20-60 years from Ronneby, Sweden, a municipality with a history of elevated PFAS in the drinking water, and from a nearby control area. Exposure to PFOS was grouped into control area exposure, recent exposure from drinking water in Ronneby, and non-recent/uncertain exposure from drinking water in Ronneby. Total cholesterol, LDL, HDL, triglycerides, and ratio of cholesterol to HDL were assessed in the study. Multivariate analyses adjusted for age, sex, and BMI. The median serum PFOS levels in the control group, non-recent/uncertain exposure group, and recent exposure group were 4.8 ng/mL, 45 ng/mL, and 240 ng/mL, respectively. Overall, serum PFOS was associated with significantly increased serum levels of total, LDL, and HDL cholesterol. When stratified by exposure groups, the significance remained for all three serum lipids in the recent exposure group, but only for total cholesterol and LDL in the control group.

Chen *et al*. (2019b) conducted a cross-sectional study of the association between cardiometabolic traits and metabolic syndrome with PFAS exposure. The cohort consisted of 122 adults from Hvar, Croatia, with a geometric mean plasma PFOS concentration of 8.91 ng/mL. Total cholesterol, triglycerides, HDL, and LDL were not associated with plasma PFOS.

In a longitudinal analysis of 786 South Korean adults, Seo *et al*. (2018) analyzed associations between serum concentrations of PFAS and serum lipids over the course of 10 years from 2006 to 2015. Serum samples were collected through the Health Assessment Study of Seoul Citizens. The mean serum PFOS concentration was 12.43 ng/mL. Increased serum PFOS concentrations were associated with increased total cholesterol, LDL, and HDL. There was a statistically significant trend (*p* = 0.05) for increasing serum total cholesterol with increasing PFOS concentration by quartile.

---

[90] Participants' outcomes were self-reported based on a physician indicating that they have a diagnosis, but there was no independent verification of the outcome.

Spratlen *et al*. (2019) investigated the association between cord blood PFOS and lipids in 222 pregnant women enrolled in the Columbia University World Trade Center birth cohort between December 2001 and June 2012. Cord lipids measured in the study include total lipids, total cholesterol, and triglycerides. Factors including maternal age, race, education, parity, pre-pregnancy BMI, marital status, family smoking, gestational age, and child's sex were considered in the analyses. The median concentration of PFOS measured in cord blood was 6.32 ng/mL. After adjustment for potential covariates, higher PFOS was associated with significantly higher total lipid levels. When examined by PFOS exposure quartiles, a linear trend was also observed (p = 0.03).

Gardener *et al*. (2020) conducted a cross-sectional analysis of serum PFAS in late pregnancy and metabolic outcomes in 433 pregnant women enrolled in the Vanguard Pilot Study of the National Children's Study. Serum samples were collected in the third trimester, and the median PFOS concentration was 3.9 ng/mL. PFOS was associated with small increases in cholesterol but not with triglycerides. PFOS was also associated with fasting insulin when analyzed by continuous measure, but not when analyzed by quartiles.

Lind *et al*. (2017) studied a cohort of 1,016 Swedish adults, all 70 years old (509 men and 507 women), for association between atherosclerosis and serum PFOS levels. The mean serum PFOS concentration was 3.30 ng/mL. The researchers compared measurements of atherosclerosis (carotid artery thickness and structural composition of the arterial wall) to serum PFOS levels and found no significant changes in either measurement with increasing PFOS levels.

An important limitation of most of these studies is the cross-sectional study design; because the investigators measured PFOS and serum lipids at one point in time, it is impossible to establish temporality (*i.e.*, cause and effect) between the exposure and the outcomes assessed. Further, the mechanism by which PFOS may alter serum lipids and cholesterol is unknown; indeed, the biological plausibility of such effects is unclear, due to the lowered serum lipids seen in high-dose animal studies of PFOS (see Section A4.2.1). Finally, some of these populations, such as the C8 Cohort (Steenland *et al*., 2009) have an overall mean total cholesterol and a prevalence of high cholesterol that is consistent with or lower than rates in the general US population, leading to questions of the clinical significance of the observed associations and the potential selection bias in the low dose groups (*e.g.*, if the low dose group inadvertently had inherently lower risk of high cholesterol) (Kerger *et al*., 2011).

There are a few studies of non-occupational PFOS exposure and CVD (Melzer *et al*., 2010; Lin *et al*., 2013b; Mattsson *et al*., 2015; Huang *et al*., 2018), and one of PFOS and hypertension (high blood pressure) (Bao *et al*., 2017). CVD is a set of diseases of the heart and blood vessels, many of which are associated with atherosclerosis, or narrowing of the arteries from the buildup of plaque (a substance made of calcium fat, cholesterol, fibrin, and other substances). Overall, while data are limited, the available studies do not support an association between PFOS exposure and CVD.

Melzer *et al*. (2010) collected serum PFOS data and self-reported disease status from 3,974 individuals that participated in one of three waves of NHANES sampling (1999-2000, 2003-2004, and 2005-2006). The authors reported no association between serum PFOS concentrations and self-reported heart disease (coronary heart disease, angina, and/or heart attack). This study was limited by its cross-sectional design and the fact that it used self-reported outcome measures.

Lin *et al*. (2013b) examined the cross-sectional association between serum PFOS concentration and carotid intima media thickness (CIMT)[91] in 644 12- to 30-year-old subjects from the Young Taiwanese Cohort Study. The mean serum PFOS concentration measured was 8.97 ng/mL in males and 7.21 ng/mL in

---

[91] A measurement of the thickness of the carotid artery of the heart, used to detect the presence of atherosclerotic disease (narrowing of the artery).

females.  The authors reported a statistically significant trend in increasing CIMT with increasing serum PFOS concentration ($p < 0.001$).  In stratified analyses, the trend was only statistically significant in the 12- to 19-year-old age group and not the 20- to 30-year-old age group.  The authors also measured the association between LDL and PFOS exposure and found no statistically significant association in any exposure grouping.  Further, there was no association between PFOS exposure and BMI, blood pressure, and other traditional CVD risk factors.  The authors suggested that because PFOS may influence CIMT, it may also affect CVD risk.  This study is limited by its cross-sectional design, and due to the young participants, its results cannot be extrapolated to older populations.

Mattsson *et al*. (2015) conducted a case-control study of the association between PFOS exposure and coronary heart disease in a population of 1,782 male farmers and rural residents living in Sweden.  Residents were recruited in 1990-1991 and followed for coronary heart disease diagnosis through 2009.  The median serum PFOS concentration (measured in 1990-1991) was not significantly different between men who developed coronary heart disease (cases) and those who did not (controls).  ORs computed based on PFOS quartile also showed no statistically significant dose-response relationships, and even the fourth quartile of PFOS exposure (> 28.5 ng/mL) was not statistically significantly associated with an increased risk of coronary heart disease.  Note that although this was a longitudinal study, the authors only had two measures of PFOS, which had to serve as proxies for multiple years of exposure.

As described in Section A5.1.4.4, Huang *et al*. (2018) analyzed the association between serum PFOS and CVD in a cross-sectional study of NHANES participants.  The median serum PFOS level was 12.40 ng/mL.  Compared with the first quartile of PFOS, the adjusted OR for total CVD for the second, third, and fourth quartiles were 1.04 (95% CI: 0.78-1.40), 1.36 (95% CI: 1.07-1.74), and 1.25 (95% CI: 0.92-1.69), respectively, and the trend was not statistically significant.  For heart attack, the adjusted OR was again significant for the third quartile (OR = 1.56; 95% CI: 1.01-2.43) but not the second and fourth quartiles, and the trend was not statistically significant.  No significant associations were found for the other four types of CVD.

Bao *et al*. (2017) measured serum PFAS (including specific branched and linear isomers) in association with blood pressure and hypertension in a cross-sectional study of 1,612 Chinese adults from 2015 to 2016.  The median concentrations of total PFOS was 24.22 ng/mL.  PFOS was associated with increased hypertension, increased systolic blood pressure, and increased diastolic blood pressure.

Ding *et al*. (2022) conducted a prospective study of 1,058 women from the SWAN cohort in the US.  The median serum PFOS concentration was 7.1 ng/mL.  A doubling of serum PFOS was associated with a small increased risk of incident hypertension.

Yang *et al*. (2018) analyzed the association of serum PFOS levels with metabolic syndrome or various components of metabolic syndrome.  The cross-sectional study was conducted using a cohort of 148 Chinese adult males (81 with and 67 without metabolic syndrome), with a median age of 37 years.  Individuals diagnosed with metabolic syndrome exceeded limits of three out the four components of metabolic syndrome (obesity, fasting blood glucose, blood pressure, and serum lipids).  There were no associations between serum PFOS and metabolic syndrome, BMI, fasting blood glucose, or blood pressure.

In a cross-sectional study, Christensen *et al*. (2018) evaluated the associations between PFOS exposure and metabolic syndrome and its individual components (elevated waist circumference, triglycerides, blood pressure, fasting glucose, and reduced HDL cholesterol) in 2,975 US adults 20 years and older using data from the 2007-2014 NHANES cycles.  The median serum concentration of PFOS was 8.4 µg/L.  After adjusting for potential covariates (age, sex, race/ethnicity, income, alcohol intake, smoking status, and BMI), the authors reported no associations between PFOS and metabolic syndrome or its individual components.

In a cross-sectional study, Tian *et al.* (2019) evaluated the association between serum PFOS concentrations and overweight status in 1,612 Chinese adults from the Isomers of C8 Health Project in China.  Median serum concentrations of total PFOS, linear PFOS, and branched PFOS were 24.22, 11.37, and 12.16 µg/L respectively.  The authors reported an association between natural-log unit (µg/L) increase in total PFOS, linear PFOS, and branched PFOS (OR = 1.47, 95% CI: 1.05-2.07; OR = 1.45, 95% CI: 1.06-1.99; and OR = 1.3,3 95% CI: 1.00-1.77, respectively) and overweight/obesity (BMI $\geq$ 25 kg/m2) in women but not men.  In an analysis of waist circumference and serum PFOS concentrations stratified by sex, only women had a significant association (OR = 1.42, 95% CI: 1.07-1.88) per natural-log unit (µg/L) increase in linear PFOS.

Overall, while there are a number of studies linking PFOS exposure and alterations in serum lipids and one study suggesting a possible association between PFOS and CIMT, several studies investigating CVD have found no significant dose-response relationships.  Further, many of these studies are limited by their cross-sectional design, there is no known plausible biological mechanism, and the results are discordant with those seen in animal studies.  Finally, based on two analyses (Dzierlenga *et al.*, 2021; Lin *et al.* 2020a), there is some evidence that the association between PFOS and cholesterol may be a consequence of confounding by fiber intake.  Because PFAS and bile acids are reabsorbed in humans by a common pathway, it has also been postulated that the association between PFOS or other PFAS and cholesterol may be related to confounding physiological mechanisms that affect both PFAS and cholesterol levels in the serum (EFSA, 2020; Fragki *et al.*, 2021).  Overall, the evidence does not establish a causal association between PFOS exposure and altered serum lipids, CVD, or hypertension.

### A5.2.4.5    Immunological Effects

As discussed in Section A5.1.2.4, the normal immune response is dynamic and complex and there can be significant intra-individual variability over depending on a number of environmental factors, including stress, diet, medications, or infection (Karol, 1998).  This natural variability in the immune system necessitates repeated sampling of individuals as well as confirmation of biological plausibility in animal experiments in order to conclude with certainty that an environmental exposure causes biologically relevant immunotoxicity in humans.

A number of studies have investigated the association between serum PFOS concentration and hypersensitivity outcomes such as allergies, asthma, and eczema/atopic dermatitis, and there are no consistent associations reported across studies for any of these outcomes (as summarized in Table A5.13).  Several studies reported no association between maternal or child serum concentrations of PFOS and allergies (Granum *et al.*, 2013; Goudarzi *et al.*, 2016; Impinen *et al.*, 2018, 2019; Okada *et al.*, 2012, 2014; Timmermann *et al.*, 2017).  A few studies reported associations with allergies in certain analyses.  Kvalem *et al.* (2020) reported that serum PFOS was associated with an increased risk of allergy sensitization in all participants at age 16, but not at age 10, after correcting for multiple comparisons.  Averina *et al.* (2018) found that self-reported nickel allergy was positively associated with serum PFOS levels in adolescents at baseline, but not two years later.  The authors also reported no associations between PFOS and pollen allergy or allergic rhinitis at either time point, and a decreased association with food sensitization at baseline.  Stein *et al.* (2016a) found that PFOS was not associated with allergic conditions, but that children with higher PFOS serum concentrations were less likely to be sensitized to any allergen but more likely to be sensitized to mold.  Wang *et al.* (2022) reported an association between PFOS and current allergic symptoms, hay fever, and rhinitis, but the increased risks were extremely small (OR 1.02-1.05) and may not have clinical relevance.  In addition, there was no effect on serum IgE levels.

Several studies reported no association between maternal or child serum concentrations of PFOS and asthma (Beck *et al.*, 2019; Granum *et al.*, 2013; Impinen *et al.*, 2018, 2019; Kvalem *et al.*, 2020; Manzano-

Salgado *et al.*, 2019; Smit *et al.*, 2015; Stein *et al.*, 2016a; Timmermann *et al.*, 2017; Zeng *et al.*, 2019b). A few studies reported associations between PFOS exposure and asthma in certain analyses. Averina *et al.* (2018) found that self-reported doctor-diagnosed asthma was positively associated with serum PFOS levels in adolescents at baseline and two years later. Two case-control studies reported statistically significantly higher serum PFOS levels in asthmatic adolescents compared to non-asthmatic adolescents (Zhou *et al.*, 2017; Zhu *et al.*, 2016).

Multiple studies reported no association between maternal or child serum concentrations of PFOS and eczema or atopic dermatitis (Abraham *et al.*, 2020; Averina *et al.*, 2018; Chen *et al.*, 2018; Granum *et al.*, 2013; Goudarzi *et al.*, 2016; Impinen *et al.*, 2018, 2019; Kvalem *et al.*, 2020; Okada *et al.*, 2012, 2014; Smit *et al.*, 2015; Timmermann *et al.*, 2017; Wen *et al.*, 2019). Two studies reported negative associations between PFOS exposure and eczema or atopic dermatitis. Ait Bamai *et al.* (2020) reported a decreased risk of eczema in children up to 7 years of age with increasing maternal serum PFOS levels, but the incidence of disease was reported by parents *via* a questionnaire, which may result in bias, and the authors did not control for multiple comparisons. Manzano-Salgado *et al.* (2019) reported that higher maternal blood PFOS was associated with lower odds of eczema at both 4 years and 7 years of age, but not 1.5 years of age.

Many studies have investigated the associations between serum PFOS concentration and overt immunological health effects in children, such as clinical symptoms of infectious diseases and prevalence of infectious diseases, and there are no consistent associations reported across studies for any of these effects (as summarized in Table A5.14). Several studies reported no association between maternal or child serum concentrations of PFOS and upper respiratory symptoms (Ait Bamai *et al.*, 2020; Dalsager *et al.*, 2016; Goudarzi *et al.*, 2016; Impinen *et al.*, 2018, 2019; Kvalem *et al.*, 2020; Okada *et al.*, 2014; Stein *et al.*, 2016a), lower respiratory symptoms (Ait Bamai *et al.*, 2020; Dalsager *et al.*, 2016; Goudarzi *et al.*, 2016; Granum *et al.*, 2013; Impinen *et al.*, 2018, 2019; Okada *et al.*, 2012, 2014; Stein *et al.*, 2016a; Timmermann *et al.*, 2020; Zeng *et al.*, 2019b), dermal symptoms (Granum *et al.*, 2013; Impinen *et al.*, 2019), gastrointestinal symptoms (Dalsager *et al.*, 2016; Impinen *et al.*, 2019; Timmermann *et al.*, 2020) and other symptoms such as fever and itchy/watery eyes (Impinen *et al.*, 2019; Timmermann *et al.*, 2020). A few studies reported associations between PFOS exposure and infectious disease symptoms including increased diarrhea (Wang *et al.*, 2022), increased fever (Dalsager *et al.*, 2016), and decreased wheeze (Manzano-Salgado *et al.*, 2019; Smit *et al.*, 2015). These findings are often not consistent with other findings in the same studies; for example, Manzano-Salgado *et al.* (2019) reported decreased wheeze in children at 7 years of age, but not at 1.5 or 4 years of age. In addition, each of the studies reporting these associations, except the study by Wang *et al.* (2022), used parent-reported information on symptoms without confirmation from medical records, which increases the likelihood of bias in the reporting of symptoms.

Several studies reported no association between maternal or child serum concentrations of PFOS and clinical illness from infectious diseases such as colds, flu, bronchitis, pneumonia, chicken pox, RSV, or ear infections (Abraham *et al.*, 2020; Granum *et al.*, 2013; Looker *et al.*, 2014; Manzano-Salgado *et al.*, 2019; Okada *et al.*, 2012; Timmermann *et al.*, 2020; Wang *et al.*, 2022; Zhang *et al.*, 2022). A few studies reported associations between PFOS exposure and decreased colds (Impinen *et al.*, 2019; Kvalem *et al.*, 2020), decreased RSV infection (Ait Bamai *et al.*, 2020), decreased ear infections (Impinen *et al.*, 2019), increased lower respiratory tract infections (Dalsager *et al.*, 2021; Impinen *et al.*, 2018; Kvalem *et al.*, 2020), increased bronchitis/pneumonia (Impinen *et al.*, 2019), and an increase in having any type of infectious illness (Dalsager *et al.*, 2021; Fei *et al.*, 2010; Goudarzi *et al.*, 2017). Many of these findings are not consistent across studies and are often not consistent with other findings in the same studies; for example, Impinen *et al.* (2019) reported an increase in bronchitis/pneumonia in children from birth to 3 years, but not in children at 6-7 years, and no effect on lower respiratory symptoms such as cough in either age group.

Many studies have investigated the association between exposure to PFOS and responses to vaccinations, and there are no consistent associations reported across studies for these effects (as summarized in Table A5.15). Several of these studies reported no associations between maternal or child serum concentrations of PFOS and antibody response to vaccines for diphtheria (Abraham *et al*., 2020; Grandjean *et al*., 2017a), tetanus (Abraham *et al*., 2020; Grandjean *et al*., 2017b; Granum *et al*., 2013; Kielsen *et al*., 2016; Mogensen *et al*., 2015; Shih *et al*., 2021), measles (Granum *et al*., 2013; Stein *et al*., 2016a), influenza A (H1N1 or H3N2) virus (Looker *et al*., 2014; Stein *et al*., 2016b), and influenza B virus (Abraham *et al*., 2020; Granum *et al*., 2013; Looker *et al*., 2014). Several studies reported associations between PFOS exposure and vaccine responses in certain analyses, including decreased response to vaccines for diphtheria (Grandjean *et al*., 2012, 2017b; Kielsen *et al*., 2016; Mogensen *et al*., 2015), tetanus (Grandjean *et al*., 2012), measles (Timmermann *et al*., 2020), rubella (Granum *et al*., 2013; Pilkerton *et al*., 2018; Stein *et al*., 2016a), mumps (Stein *et al*., 2016a), hepatitis B (Zeng *et al*., 2020), and two HFMD viruses (enterovirus 71 and Coxsackievirus A) (Zeng *et al*., 2019a), as well as an increased response to diphtheria vaccine (Shih *et al*., 2021) and tetanus vaccine (Grandjean *et al*., 2017a). Many of these findings are not consistent across studies or with other findings in the same studies. For example, Pilkerton *et al*. (2018) reported a decreased response to rubella vaccine in adults but not in teenagers, whereas Stein *et al*. (2016a) reported a decreased response to rubella vaccine in teenagers. Neither of these studies, nor the study by Granum *et al*. (2013) that reported a decreased response to rubella vaccine in children up to 3 years of age, assessed the incidence of rubella in the studied populations to determine whether the decreased vaccine responses were associated with an increased risk of related disease. Although the children studied by Granum *et al*. (2013) had a decreased response to rubella vaccine, there were no effects on the response to vaccines for measles, tetanus, or influenza B virus in these children. Such inconsistency in responses across different types of vaccines indicates that PFOS is not associated with a general reduction in antibody formation. In addition, studies that reported decreased responses to certain vaccines in certain analyses generally did not report increases in clinical illness from infectious diseases in the same population (*e.g.*, Granum *et al*., 2013; Timmermann *et al*., 2020), indicating that there is no evidence that lower levels of certain antibodies impact actual infectious disease outcomes.

Further inconsistencies regarding responses to diphtheria and tetanus vaccines are observed across several studies conducted in the Faroe Islands by the same research group (Grandjean *et al*., 2012, 2017a; Shih *et al*., 2021). Grandjean *et al*. (2012) found that maternal serum PFOS concentrations were associated with decreased anti-diphtheria antibody concentrations in children at age 5, and serum PFOS concentrations in children at age 5 were associated with decreased anti-diphtheria antibody concentrations at age 7 and decreased anti-tetanus antibody concentrations at age 5 in a cohort study of 656 Faroese mothers and children. The authors did not follow the cohort to determine whether the lowered antibody levels led to a higher risk of the associated diseases, or to any infectious disease. Further, the serum diphtheria and tetanus antibody titer levels at 5 years of age (pre-booster shot) were within the range of what CDC and WHO would consider an indication of at least basic clinical immunity against disease and protection against death (*i.e.*, >0.01 IU/mL) (WHO, 2009, 2018; Tiwari, 2011; CDC, 2018; Desai *et al*., 2020).

In a follow-up analysis of the Grandjean *et al*. (2012) cohort, Mogensen *et al*. (2015) evaluated postnatal PFOS exposure and serum antibodies against diphtheria and tetanus in 459 children at 7 years of age. Anti-diphtheria antibodies decreased with a doubling of PFOS exposure at age 7 (the median PFOS serum concentration was 15.5 ng/mL), but anti-tetanus antibodies were not significantly affected. In another follow-up analysis of the Grandjean *et al*. (2012) cohort, Grandjean *et al*. (2017a) investigated the association between postnatal PFOS exposure and serum antibodies against childhood vaccines in 561 children at age 13. A number of children were admitted to an emergency room and/or had higher serum antibodies than at age 7. The authors suggested that that they may have had booster vaccinations, and these children were excluded from the subgroup analyses. While there was an association between increasing PFOS concentration and decreasing anti-diphtheria antibodies, particularly for PFOS concentrations measured at age 7, the association was not statistically significant, and the association was highly attenuated

in the subgroup of children who had not received booster vaccinations, had not had emergency room visits, or had increased antibodies.  Anti-tetanus antibodies had a positive association with PFOS exposure (*i.e.*, increased with increasing exposure), and these results were statistically significant for the subgroup of children who had not received booster vaccinations and had not had emergency room visits.

In a study that included the 656 children from the Grandjean *et al*. (2012) cohort (born in 1997-2000) and 349 children from a more recent Faroese birth cohort (born in 2007-2009), Grandjean *et al*. (2017b) examined serum antibodies against diphtheria and tetanus at age 5 in association with PFOS exposure at three age points (maternal serum 2 weeks after birth, child serum at 18 months and 5 years).  The authors reported no associations with anti-tetanus antibody levels for each doubling of PFOS serum levels at any age point or with anti-diphtheria antibody levels for each doubling of PFOS serum levels at 18 months or 5 years in the more recent cohort (2007-2009) and when data from the more recent cohort were combined with the earlier cohort (1997-2000).  The authors reported that a doubling of maternal PFOS serum levels was associated with a decrease in anti-diphtheria antibody levels in the two combined cohorts but not in the more recent cohort alone.

In a longitudinal study, Shih *et al*. (2021) investigated the associations between PFOS exposure and serum antibody concentrations against diphtheria and tetanus in 281 adults vaccinated at age 28 years from the Faroe Islands.  PFOS concentrations in cord blood collected at birth and in serum samples collected at ages 7, 14, 22, and 28 years were determined.  At age 28 years, the participants received a booster vaccine for diphtheria and tetanus, and blood samples were collected 6 months later to determine serum vaccine antibody levels.  While a few associations were reported in the study, most of the findings were inconsistent and null.  PFOS measured in cord blood was associated with *increased* diphtheria antibody levels in males.  No other associations were observed for PFOS measured at any age point and in serum antibody levels for diphtheria and tetanus.  The authors also examined serum antibody concentrations against hepatitis A and hepatitis B viruses and reported mostly null results across the different age points; however, PFOS measured in cord blood was associated with decreased anti-hepatitis A concentrations in females, but *increased* concentrations in males.  At 7 years, PFOS was associated with *increased* anti-hepatitis A and anti-hepatitis B concentrations in females.  As discussed above in Section A5.1.4.5, the study by Shih *et al*. (2021) has several limitations that affect the reliability and interpretability of the findings.

Overall, the results of the studies that examined responses to diphtheria and tetanus vaccines in the Faroe Islands were inconsistent across vaccine type, time period of PFOS exposure, and age group in which the antibody response was measured.  Within and across studies, there were decreased, null, or increased antibody responses to diphtheria and tetanus vaccines, but the authors did not provide an *a priori* hypothesis as to why PFOS exposure would affect the antibody response to only certain vaccines but not others.  In addition, there is no relevant, biological difference in the immune systems of children who are 4-7 years of age *vs.* children over 7 years of age (Desai *et al*., 2020), and there is no reason to suspect that there is a specific window of susceptibility (*e.g.*, early development, childhood, adulthood) for effects of PFOS exposure on antibody responses (NTP, 2016).  From a clinical perspective, reduced antibody levels must be accompanied by a clinically recognizable increased risk of infectious disease or other clinical abnormality to be considered evidence of immunodeficiency (Chang *et al*., 2016), yet none of the studies evaluating PFOS exposure and vaccine responses demonstrated this.  Thus, although some individual studies reported reduced antibody levels of certain diseases in specific populations, I conclude that there is no consistent evidence of lowered immunity or overt disease (*i.e.*, a higher risk of infection) in studies of community exposure to PFOS.

In a study investigating the association between prenatal PFOS exposure and autoimmunity (*i.e.*, when the immune system attacks its own cells) in offspring, Osuna *et al*. (2014) measured maternal and childhood serum PFOS concentrations and several serum autoantibodies for IgG and IgM in a group of 38 mother-child pairs enrolled in the Children's Health and the Environment in the Faroe Islands (CHEF) Project at

the National Hospital in Torshavn, Faroe Islands. The authors found that maternal PFOS concentration was statistically significantly negatively associated with antigen-specific IgG (22% decrease per 2-fold increase in prenatal PFOS concentration); however, there was no association between cross-sectional measures of immune markers and childhood serum PFOS concentration at age 7. No associations were found between PFOS exposure and any of the other eight autoantibody types for either IgG or IgM.

In a cross-sectional study, Grandjean *et al.* (2020) investigated the associations between serum PFAS levels and the severity of COVID-19 infection. Plasma samples for 323 subjects aged 30-70 that had been diagnosed with SARS-CoV-2 infection were obtained from the Danish National Biobank. The severity of the infection was classified as no hospitalization; hospitalization <14 days; hospitalization >14 days; ICU admission; or death. The authors measured the association between serum PFOS and infection severity with adjustments for age, sex, national origin, kidney or other chronic disease, and timing of blood sampling. There was no association between serum PFOS and severity of COVID-19 infection. This study has several methodological limitations, as described in Section A5.3.1.3.

In another study of PFAS and COVID-19, Ji *et al.* (2021) conducted a cross-sectional analysis of urinary PFAS concentrations and susceptibility to the disease in 80 COVID-19 patients and 80 healthy controls from the Shanxi and Shandong provinces of China. Subjects were recruited from January to March 2020. The median serum PFOS concentration was 19.1 ng/mL. The authors reported a correlation between urinary and serum PFOS, and an association between urinary PFOS and susceptibility to COVID-19. However, there was no information given about the association between serum PFOS and the disease, and therefore it is not possible to judge whether these results are clinically meaningful. In addition, due to the cross-sectional study design, no causal inferences can be made.

Nielsen and Joud (2021) conducted an ecological study of PFAS and COVID-19 in an exposed population in Ronneby, Sweden. The authors compared the incidence of COVID-19 in Ronneby during the first year of the pandemic (*i.e.*, March 2020 to March 2021) with that of a nearby unexposed town that had the same COVID-19 policies. The mean serum concentration of PFOS in Ronneby residents was 135 ng/mL, which was 35 times higher than that of the reference population. Ronneby residents also had elevated levels of serum PFOA and PFHxS. The SIR for Ronneby residents, in all districts, was 1.19 (95% CI: 1.12-1.27), indicating a slight association. However, in the district with the highest exposures (mean serum concentration of 239 ng/mL), the SIR was 1.16 (95% CI: 1.01-1.30), indicating the lack of a dose-response relationship. This study is subject to many of the same limitations as those described in Section A5.1.4.5 for the ecological study by Catelan *et al.* (2021), and may be used for exploratory purposes, but no causal inference can be made.

Dembek and Lordo (2022) conducted a study using the NHANES database. Blood PFOS concentrations were analyzed in conjunction with publicly available population count and COVID-incidence data to evaluate the potential relationship between PFOS exposure and the incidence of COVID-19 cases in North Carolina, Ohio, and New Jersey. There was no association between PFOS and COVID-19 incidence. This study has many of the same limitation as previously described for other ecological studies (*i.e.*, Catelan *et al.*, 2021; Nielson and Joud 2021).

Steenland *et al.* (2018a) conducted a study to determine whether there were differences in PFOS levels among patients with ulcerative colitis, patients with Crohn's disease, and subjects without these conditions. Blood samples were collected one or two years after diagnosis. The mean serum PFOS concentrations measured in 114 ulcerative patients, 60 Crohn's disease patients, and 75 controls were 7.25, 9.45, and 5.38 ng/mL, respectively. No significant associations were observed between PFOS levels and risk of ulcerative colitis or Crohn's disease in the study after controlling for gender, age, race, and sample year.

Lochhead *et al.* (2021) also observed no increased risk of inflammatory bowel disease, including Crohn's disease and ulcerative colitis, with increasing serum PFOS in a nested case-control study design within the Nurses' Health Study cohorts, with 73 Crohn's disease cases, 80 ulcerative colitis cases, and matched controls for each set of cases. The median serum PFOS concentrations in Crohn's cases and controls were 22.59 and 23.93 ng/mL, respectively, and the median serum PFOS concentrations in ulcerative colitis cases and controls were 23.68 and 24.51 ng/mL, respectively. Lochhead *et al.* (2021) did report a *decreased* risk of Crohn's disease with increasing PFOS.

Lopez-Espinosa *et al.* (2021) assessed the numbers of circulating immune cells in the Mid-Ohio Valley exposed population during two time periods: 2005-2006 (42,783 samples) and 2010 (526 samples). The median serum PFOS concentrations in the two populations were 19.7 (2005-2006) and 9.6 ng/mL (2010). The authors reported small positive associations of PFOS with monocytes and lymphocytes and small negative associations with total white blood cells and neutrophils in the 2005-2006 population, and a small positive association with lymphocytes only in the 2010 population. The authors characterized all changes as "slight" and not clinically meaningful (Lopez-Espinosa *et al.*, 2021). This is consistent with the findings of Abraham *et al.* (2020), noted above, who found no associations between PFOS and lymphocyte populations.

Overall, I conclude that the evidence does not establish an association between PFOS and immune disease. Many of the available studies measured only antibody titer levels, and the reductions in antibodies may not be associated with later risk of disease. Studies that measured infections generally found weak or no association between PFOS and risk of disease. There were no clear associations between PFOS and susceptibility to or severity of COVID-19 infection. Further, several studies showed decreased risk of disease with increased PFOS. In addition, several of the studies reported results as effects with doubling of serum PFOA. As noted in Section A5.1.4, there is uncertainty in interpreting dose-response relationships from epidemiological studies using log-transformed exposure data. These results indicate that exposure to PFOS in drinking water is unlikely to be associated with an increased risk of immune disease.

**Table A5.13  Studies of PFOS Exposure and Hypersensitivity**

| Reference | Study Population | Study Type | N | Age | PFOS Exposure | Hypersensitivity | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Allergies | Asthma | Eczema/Atopic Dermatitis |
| Abraham et al. (2020) | Germany (1997 to 1999) | Cross-Sectional | 101 children (80 breastfed and 21 formula-fed) children | 1 year | Child Plasma | -- | -- | No Effect |
| Ait Bamai et al. (2020) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,689 mother-child pairs | 7 years | Maternal Blood (GW 28-32) | -- | -- | Decrease |
| Averina et al. (2018) | TFF1 (baseline) and TFF2 (3-year lag) | Longitudinal Cohort | 675 Norwegian adolescents | TFF1: First year of high-school (16 years) | Adolescent Serum at Baseline | Decrease (Food[a]); Increase (Nickel); No Effect (Allergic Rhinitis, Pollen) | Increase | No Effect |
| | | | | TFF2: Third year of high school (18 years) | | No Effect (Food, Nickel, Allergic Rhinitis, Pollen) | Increase | No Effect |
| Beck et al. (2019) | OCC (2010 to 2012) | Prospective Cohort | 981 mother-child pairs | 5 years | Maternal Serum (GW 8-16) | -- | No Effect | -- |
| Chen et al. (2018) | China (2012-2015) | Prospective Birth Cohort | 687 mother-child pairs | 6-24 months | Cord Blood Plasma | -- | -- | No Effect |
| Granum et al. (2013) | MoBa Cohort Study (1999-2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | No Effect | No Effect | No Effect |
| Goudarzi et al. (2016) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 1,558 children | 4 years | Maternal Plasma (GW 28-32) | No Effect | -- | No Effect |
| Impinen et al. (2018) | ECA (1992-1993) | Prospective Birth Cohort | 641 children | 2 years | Cord Blood | No Effect | No Effect[b] | No Effect[b] |
| | | | | 10 years | | No Effect | No Effect[b] | No Effect[b] |
| Impinen et al. (2019) | Norwegian MoBa Cohort (1999-2008) | Prospective Population-Based Pregnancy Cohort | 972 mother-child pairs | 6-7 years | Maternal Serum (T2) | No Effect[b] | No Effect[b] | No Effect[b] |
| Kvalem et al. (2020) | ECA | Prospective Birth Cohort | 378 children | 10 years | Child Serum | No Effect | No Effect | No Effect |
| | | | | 16 years | | Increase | No Effect | No Effect |
| Manzano-Salgado et al. (2019) | Spanish INMA Birth Cohort (2003-2008) | Longitudinal Birth Cohort | 1,188 mother-child pairs | 1.5 years | Maternal Blood (T1) | -- | -- | No Effect |
| | | | | 4 years | | -- | No Effect | Decrease |
| | | | | 7 years | | -- | No Effect | Decrease |
| Okada et al. (2012) | Hokkaido Study on Environment and Children's Health (2002-2005) | Prospective Birth Cohort | 343 mother-child pairs | 18 months | Maternal Serum (T2) | No Effect | -- | No Effect |
| Okada et al. (2014) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,063 mother-child pairs | 1 year | Maternal Blood (GW 28-32) | No Effect | -- | No Effect |
| | | | | 2 years | | No Effect | -- | No Effect |
| Smit et al. (2015) | INUENDO Cohort (2002-2004) | Prospective Birth Cohort | 1,024 children | 5 to 9 years | Maternal Serum (at enrollment) | -- | No Effect | No Effect |

| Reference | Study Population | Study Type | N | Age | PFOS Exposure | Hypersensitivity | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Allergies | Asthma | Eczema/Atopic Dermatitis |
| Stein *et al.* (2016a) | NHANES (2005-2006) | Cross-Sectional | 640 children | 12-19 years | Serum | No Effect (Allergic Conditions); Decrease (Sensitization to Plants, Cockroach/Shrimp, Any); No Effect (Sensitization to Dust mites, Pets, Rodents, Food); Increase (Sensitization to Mold) | No Effect | -- |
| Timmermann *et al.* (2017) | CHEF Project Cohort (1997-2000) | Prospective Cohort | 559 children (537 MMR-vaccinated and 22 unvaccinated)[c] | 5 years | Maternal Blood (GW 34-36) | No Effect | No Effect | -- |
| | | | | | Child Blood (5 years) | No Effect | No Effect | -- |
| | | | | 13 years | Maternal Blood (GW 34-36) | No Effect | No Effect | No Effect |
| | | | | | Child Blood (5 years) | No Effect | No Effect | No Effect |
| | | | | | Child Blood (13 years) | No Effect | No Effect | No Effect |
| Wang *et al.* (2022 | NHANES (2005-2005) | Cross-Sectional | 454 adolescents | 12-17 years | Child Blood | Increased Hay Fever, General Allergy Symptoms, and Rhinitis No Effect on IgE Levels | -- | -- |
| Wen *et al.* (2019) | Taiwan (2001-2005) | Longitudinal Birth Cohort | 839 mother-child pairs | 6 months | Cord Plasma | -- | -- | No Effect |
| | | | | 2 years | | -- | | No Effect |
| Zeng *et al.* (2019b) | Shanghai Allergy Birth Cohort | Prospective Birth Cohort | 358 children | 5 years | Cord Blood | -- | No Effect | -- |
| Zhou *et al.* (2017) | GBCA (2009-2010) | Case-Control | 231 (asthma) 225 (control) | 10-15 years | Child Serum[d] | -- | Increase | -- |
| Zhu *et al.* (2016) | GBCA (2009-2010) | Case-Control | 231 (asthma) 225 (control) | 10-15 years | Child Serum (study initiation) | -- | Increase | -- |

Notes:
CHEF = Children's Health and the Environment in the Faroe Islands; ECA = Environmental and Childhood Asthma; GBCA = Genetic and Biomarkers Study for Childhood Asthma; GW = Gestational Week; IgE = Immunoglobulin E; INMA = Infancia y Medio Ambiente; INUENDO = Biopersistent Organochlorines in Diet and Human Fertility; MMR = Mumps, Measles, and Rubella; MoBa = Mother and Child Cohort Study; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; OCC = Odense Child Cohort; PFOS = Perfluorooctane Sulfonate; TFF1 = Tromsø Fit Futures 1; TFF2 = Tromsø Fit Futures 2; T# = Trimester of Pregnancy; -- = Endpoint Not Assessed in the Present Study
(a)  Association with food sensitization was not specific to food antigen (*i.e.*, soybean, peanut, egg white, cod, and milk).
(b)  Trained medical professionals or research staff diagnosed the endpoint, or the self-reported endpoint was verified by medical record review.
(c)  Timmermann *et al.*, (2017) assessed whether prenatal PFOS exposure was related to asthma or allergic diseases and if MMR vaccine status modified any relationships.
(d)  Zhou *et al.* (2017) did not report the timing of blood-draw.

**Table A5.14  Studies of PFOS Exposure and Clinical Symptoms or Disease**

| Reference | Study Population | Study Type | N | Age | PFOS Exposure | Upper Respiratory[a] | Lower Respiratory[b] | Dermal[c] | Gastrointestinal[d] | Other | Clinical Illness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Symptoms** | | | | | |
| Abraham et al. (2020) | Germany (1997 to 1999) | Cross-Sectional | 101 children (80 breastfed, 21 formula-fed) children | 1 year | Child Plasma | -- | -- | -- | -- | -- | No Effect (Any Bacterial, Viral, or Fungal Infection) |
| Ait Bamai et al. (2020) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,689 mother-child pairs | 7 years | Maternal Blood (GW 28 to 32) | No Effect | No Effect | -- | -- | -- | No Effect (Varicella, Otitis Media, Pneumonia) Decrease (RSV) |
| Dalsager et al. (2016) | OCC (2010-2012) | Prospective Cohort | 346 mother-child pairs | 1-4 years | Maternal Serum (GW 10-16) | No Effect | No Effect | -- | No Effect | Increase (Fever) | -- |
| Dalsager et al. (2021) | OCC (2010-2012) | Prospective Cohort | 1,503 mother-child pairs | Birth to 5 years | Maternal Serum (GW 8-16) | -- | -- | -- | -- | -- | No Effect (Hospitalization for URTI, GI Infections) Increase (Hospitalization for Any Infectious Disease, LRTI) |
| Fei et al. (2010) | DNBC (1996-2002) | Birth Cohort | 1,400 mother-child pairs | 5-10 years | Maternal Blood (GW 4-14) | -- | -- | -- | -- | -- | Increase (Hospitalization for Infectious Disease, Girls Only)[f] |
| Goudarzi et al. (2016) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 1,558 children | 4 years | Maternal Plasma (GW 28-32) | No Effect | No Effect | -- | -- | -- | -- |
| Goudarzi et al. (2017) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 1,558 mother-child pairs | 4 years | Maternal Plasma | -- | -- | -- | -- | -- | Increase (Total Infectious Diseases) |
| Granum et al. (2013) | Norwegian MoBa Cohort Study (1999-2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | -- | No Effect | No Effect | -- | -- | No Effect (Cold, Gastroenteritis, Otitis Media) |
| | | | | 3 years | | -- | No Effect | No Effect | -- | -- | No Effect (Cold, Gastroenteritis, Otitis Media) |
| Impinen et al. (2018) | ECA | Prospective Birth Cohort | 641 Children | Birth | Cord Blood | -- | No Effect | -- | -- | -- | -- |
| | | | | 2 years | | -- | No Effect | -- | -- | -- | No Effect (Cold) |
| | | | | 10 years | | No Effect | No Effect | -- | -- | -- | Increase (LRTI) |

| Reference | Study Population | Study Type | N | Age | PFOS Exposure | Symptoms | | | | | Clinical Illness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Upper Respiratory[a] | Lower Respiratory[b] | Dermal[c] | Gastrointestinal[d] | Other | |
| Impinen et al. (2019) | MoBa Cohort (1999-2008) | Prospective Population-Based Pregnancy Cohort | 972 mother-child pairs | Birth to 3 years | Maternal serum (T2) | | No Effect | -- | No Effect | -- | Decrease (Cold, Otitis Media, UTI); Increase (Bronchitis/ Pneumonia); No Effect (Throat Infection with Streptococcal Bacteria, Pseudocroup) |
| | | | | 6-7 years | | No Effect | No Effect | No Effect | No Effect | No Effect (Itchy/Runny Eyes) | No Effect (Bronchitis/ Pneumonia, Otitis Media, UTI) |
| Kvalem et al. (2020) | ECA | Prospective Birth Cohort | 378 Children | 10 years | Child serum (baseline) | No Effect | -- | -- | -- | -- | -- |
| | | | | 10-16 years | | -- | -- | -- | -- | -- | No Effect (Cold); Increase (LRTI) |
| | | | | 16 years | | No Effect | -- | -- | -- | -- | No Effect (LRTI); Decrease (Cold) |
| Looker et al. (2014) | C8 Cohort (2010-2011) | Cohort Study | 755 Adults | At least 18 years | Serum (prior to influenza vaccine) | -- | -- | -- | -- | -- | No Effect (Cold, Influenza) |
| Manzano-Salgado et al. (2019) | Spanish INMA Birth Cohort (2003-2008) | Longitudinal Cohort | 1,188 mother-child pairs | 1.5 years | Maternal blood (T1) | -- | No Effect | -- | -- | -- | No Effect (LRTI) |
| | | | | 4 years | | -- | No Effect | -- | -- | -- | No Effect (LRTI) |
| | | | | 7 years | | -- | Decrease (Wheeze) | -- | -- | -- | No Effect (LRTI) |
| Okada et al. (2012) | Hokkaido Study on Environment and Children's Health (2002-2005) | Prospective Birth Cohort | 343 mother-child pairs | 18 months | Maternal Serum (T2) | -- | No Effect | -- | -- | -- | No Effect (Otitis Media) |
| Okada et al. (2014) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,063 mother-child pairs | 1 year | Maternal Blood (GW 28-32) | No Effect | No Effect | -- | -- | -- | -- |
| | | | | 2 years | | No Effect | No Effect | -- | -- | -- | -- |
| Smit et al. (2015) | INUENDO Cohort (2002-2004) | Prospective Birth Cohort | 1,024 children | 5 to 9 years | Maternal serum (at enrollment) | -- | Decrease (Wheeze; Ukraine) | -- | -- | -- | -- |
| Stein et al. (2016a) | NHANES (2005-2006) | Cross-Sectional | 640 children | 12-19 years | Serum | No Effect | No Effect | -- | -- | -- | -- |
| Timmerman et al. (2020) | Guinea-Bissau (2012-2015) | Randomized Control Trial | 237 Infants (135 intervention and 102 control)[g] | 4-7 months | Child serum (baseline) | -- | No Effect | -- | No Effect | No Effect (Fever) | No Effect (Any Illness) |
| | | | | 9 months | | -- | No Effect | -- | No Effect | No Effect (Fever) | No Effect (Any Illness) |

| Reference | Study Population | Study Type | N | Age | PFOS Exposure | Symptoms | | | | | Clinical Illness |
| | | | | | | Upper Respiratory[a] | Lower Respiratory[b] | Dermal[c] | Gastrointestinal[d] | Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wang *et al.* (2022) | Laizhou Wan (Bay) Birth Cohort (2010-2013) | Prospective Birth Cohort | 235 mother-infant pairs | 1 year | Maternal Serum (upon admission for labor) | -- | -- | -- | Increase (Diarrhea) | -- | No Effect (Cold, Bronchitis/ Pneumonia) |
| Zeng *et al.* (2019b) | Shanghai Allergy Birth Cohort | Prospective Birth Cohort | 358 children | 5 years | Cord Blood | -- | No Effect | -- | -- | -- | -- |
| Zhang *et al.* (2022 | NHANES (2013 to 2014) | Cross-Sectional | 2,732 adolescents | 12-19 years | Adolescent Serum | -- | -- | -- | -- | -- | No Effect (Cold) |

Notes:
DNBC = Danish National Birth Cohort; ECA = Environmental and Childhood Asthma; GI = Gastrointestinal; GW = Gestational Week; INMA = Infancia y Medio Ambiente; INUENDO = Biopersistent Organochlorines in Diet and Human Fertility; LRTI = Lower Respiratory Tract Infection; MMR = Measles, Mumps, and Rubella; MoBa = Mother and Child Cohort Study; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; OCC = Odense Child Cohort; PFOS = Perfluorooctane Sulfonate; RSV = Respiratory Syncytial Virus; T# = Trimester of Pregnancy; URTI = Upper Respiratory Tract Infection; UTI = Urinary Tract Infection; -- = Endpoint Not Assessed in the Present Study
(a)  Symptoms are related to nose/nostrils, nasal sinuses, and throat, such as stuffy or runny nose, nasal congestion, rhinitis, and sore throat.
(b)  Symptoms are related to trachea, bronchi, bronchioles, and lungs, such as cough and wheeze or whistling.
(c)  Symptoms are related to the skin such as rash, hives, or itchiness.
(d)  Symptoms are related to digestive function such as diarrhea, blood in stool, and vomiting.
(e)  Trained medical professionals or research staff diagnosed the endpoint, or the self-reported endpoint was verified by medical record review.
(f)  The endpoint included hospitalizations for infectious diseases such as eye, ear, respiratory system, skin, and genitourinary infections.
(g)  Timmermann *et al.* (2020) compared measles antibodies following a standard inoculation schedule of one dose at 9 months (n = 102) and experimental inoculation schedule of one dose at 4-7 months and a second at 9 months (n = 135).

**Table A5.15  Studies of PFOS Exposure and Vaccine Efficacy**

| Reference | Study Population | Study Type | N | Age | PFOS Exposure | Vaccine Efficacy (IgG Titer) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Diphtheria | Tetanus | MMR | *Haemophilus influenza* Type A | *Haemophilus influenza* Type B | Other |
| Abraham *et al.* (2020) | Germany (1997-1999) | Cross-Sectional | 101 (80 breastfed, 21 formula-fed) children | 1 year | Child Plasma | No Effect | No Effect | -- | -- | No Effect | -- |
| Grandjean *et al.* (2012) | Faroe Islands (1997-2000) | Prospective Birth Cohort | 656 Children | 5 years | Maternal Serum (T3) | No Effect[a] | No Effect[a] | -- | -- | -- | -- |
| | | | | | Child Serum (age 5) | No Effect[a] | Decrease[a] | -- | -- | -- | -- |
| | | | | 7 years | Maternal Serum (T3) | No Effect | No Effect | -- | -- | -- | -- |
| | | | | | Child Serum (age 5) | Decrease | No Effect | -- | -- | -- | -- |
| Grandjean *et al.* (2017a) | Faroe Islands (1997-2000) | Prospective Birth Cohort | 516 Children | 13 years | Serum (age 7) | No Effect | No Effect[b] | -- | -- | -- | -- |
| | | | | | Serum (age 13) | No Effect | No Effect | | | | |
| Grandjean *et al.* (2017b) | Faroe Islands (1997-2000; 2007-2009) | Prospective Birth Cohort | 656 Children (1997-2000 Cohort); 349 Children (2007-2009 Cohort) | 5 years | Maternal Serum (2 Weeks After Birth) | Decrease (Both Cohorts Combined); No Effect (2007-2009 Cohort Only) | No Effect[c] | -- | -- | -- | -- |
| | | | | | Child Serum (18 Months) | No Effect[c] | No Effect[c] | -- | -- | -- | -- |
| | | | | | Child Serum (age 5) | No Effect[c] | No Effect[c] | -- | -- | -- | -- |
| Granum *et al.* (2013) | MoBa Cohort Study (1999-2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | -- | No Effect | Decrease (Rubella); No Effect (Measles) | -- | No Effect | -- |
| Kielsen *et al.* (2016) | Copenhagen University Hospital Rigshospitalet | Cross-Sectional Study | 12 Adults | 23-65 years | Serum (Post Vaccine) | Decrease | No Effect | -- | -- | -- | -- |
| Looker *et al.* (2014) | C8 Cohort (2010-2011) | Cohort Study | 411 Adults | At least 18 years | Serum (prior to influenza vaccine) | -- | -- | -- | No Effect (H1N1, H3N2) | No Effect | -- |
| Mogensen *et al.* (2015) | Faroe Islands (1997-2000) | Prospective Birth Cohort | 459 Children | 7 years | Serum (age 7) | Decrease | No Effect | -- | -- | -- | -- |
| Pilkerton *et al.* (2018) | NHANES (1999-2000 and 2003-2004) | Cross-Sectional | 1,012 Children | 12-18 years | Serum | -- | -- | No Effect (Rubella) | -- | -- | -- |
| | | | 1,202 adults (581 women and 621 men) | ≥19-60 | Serum | -- | -- | Decrease (Rubella) | -- | -- | -- |

| Reference | Study Population | Study Type | N | Age | PFOS Exposure | Vaccine Efficacy (IgG Titer) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Diphtheria | Tetanus | MMR | *Haemophilus influenza* Type A | *Haemophilus influenza* Type B | Other |
| Shih *et al.* (2021) | Faroe Islands (1986-1987) | Longitudinal Birth Cohort | 399 Adults (Hepatitis A & B) 281 Adults (Diphtheria & Tetanus) | 28 years | Cord blood | Increase (Males only) | No Effect | -- | -- | -- | Increase (Hepatitis A, Males only); Decrease (Hepatitis A, Females only); No Effect (Hepatitis B) |
| | | | | | Serum (age 7) | No Effect | No Effect | -- | -- | -- | Increase (Hepatitis A & Hepatitis B, Females only) |
| | | | | | Serum (age 14) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| | | | | | Serum (age 22) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| | | | | | Serum (age 28) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| Stein *et al.* (2016a) | NHANES (1999-2000 and 2003-2004) | Cross-Sectional | 1,191 children (vaccine antibody study) | 12-19 years | Serum | -- | -- | Decrease (Mumps, Rubella[d]); No Effect (Measles) | -- | -- | -- |
| Stein *et al.* (2016b) | Employee and Student Health Clinics at the Mount Sinai Medical Center in New York (2010) | Cross-Sectional Quasi-experiment | 78 adults | 18-49 years | Serum | -- | -- | -- | No Effect (H1N1) | -- | -- |
| Timmermann *et al.* (2020) | Guinea Bissau (2012-2015) | Randomized Control Trial | 237 children[e] | 4-7 months | Child serum (4-7 months) | -- | -- | No Effect (measles) | -- | -- | -- |
| | | | | 9 months | | -- | -- | Decrease (measles) | -- | -- | -- |
| | | | | 2 years | | -- | -- | No Effect (measles) | -- | -- | -- |
| Zeng *et al.* (2019a) | GBC (2013) | Longitudinal Birth Cohort | 201 mother-infant pairs | Birth | Cord Blood | -- | -- | -- | -- | -- | Decreased (Enterovirus 71, Coxsackievirus A) |
| | | | | 3 months | | -- | -- | -- | -- | -- | Decreased (Enterovirus 71); No Effect (Coxsackievirus A) |
| Zeng *et al.* (2020) | Isomer of C8 Health Project, China (2015-2016) | Cross-Sectional | 605 adults | Mean 58.9 years | Serum | -- | -- | -- | -- | -- | Decrease (Hepatitis B) |

Notes:
ER = Emergency Room; GBC = Guangzhou Birth Cohort; IgG = Immunoglobulin G; MMR = Measles, Mumps, and Rubella Vaccine; MoBa = Mother and Child Cohort Study; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; PFOS = Perfluorooctane Sulfonate; T# = Trimester of Pregnancy; -- = Endpoint Not Assessed in the Present Study.
(a) Only post-booster data for tetanus and diphtheria antibody levels are presented in the table.
(b) No effect for total cohort or subgroup with no ER visit, no booster, and no diphtheria antibody increase since age 7, but a statistically significant decrease was reported for the subgroup with no ER visit and no booster.
(c) Results (no effect) were the same for the 2007-2009 cohort alone and for the 2007-2009 cohort combined with the 1997-2000 cohort; the 1997-2000 cohort is the same cohort evaluated by Grandjean *et al.* (2012).
(d) Association was only observed in children who were seropositive for rubella antibodies, which indicates vaccination.
(e) Timmermann *et al.* (2020) compared measles antibodies following a standard inoculation schedule of one dose at 9 months (n = 102) and experimental inoculation schedule of one dose at 4-7 months and a second at 9 months (n = 135).

### A5.2.4.6      Kidney Effects

There are several studies of PFOS exposure and kidney disease in exposed communities (Steenland *et al*., 2010b; Watkins *et al*., 2013; Conway *et al*., 2018; Blake *et al*., 2018) and the general population (Shankar *et al*., 2011; Kataria *et al*., 2015).

Steenland *et al*. (2010b) conducted a cross-sectional study of serum PFOS concentrations and uric acid levels (a biomarker of kidney function) in adult residents and workers in PFOS-contaminated water districts in Ohio and West Virginia. The authors found an association between PFOS and uric acid levels with an increase in uric acid of 0.2-0.3 μg/dL from the lowest to highest decile for PFOS. The authors did not address the clinical significance of this increase. The odds of hyperuricemia (> 6.0 mg/dL for women, > 6.8 mg/dL for men) by quintile of PFOS exposure were slightly increased (ORs: 1.00, 1.02, 95% CI: 0.95-1.10; 1.11, 95% CI: 1.04-1.20; 1.19, 95% CI: 1.11-1.27; and 1.26, 95% CI: 1.17-1.35).

Watkins *et al*. (2013), described in Section A5.1.4.6, found a decrease in eGFR of 1.34 mL/min/1.73 m$^2$ (95% CI: -1.66 to -0.53, $p = 0.0001$) per IQR increase of serum PFOS concentration in children and adolescents in the C8 Cohort. The authors could not rule out the possibility of reverse causation (that decreased kidney function cased increased serum PFOS concentration) in their analyses.

Conway *et al*. (2018) conducted a cross-sectional study using data obtained from 53,650 adults from the C8 Cohort. The researchers explored associations between CKD and exposure to PFOS. CKD was defined as having an eGFR of less than 60 mL/min/1.73 m$^2$. The researchers analyzed the likelihood of an individual being in a less severe CKD stage (eGFR between 30 and 90 mL/min/1.73 m$^2$) compared to a more severe CKD stage (eGFR < 30 mL/min/1.73 m$^2$) with increased in serum PFOS. For each natural log increase in PFOS there was an OR of 1.88 to 2.38 of the individual being in a less severe CKD stage compared to a more severe CKD stage, *i.e.*, for CKD patients, increasing PFOS correlated with less severe disease. The authors suggested that reverse causation could explain the inverse relationship between serum PFAS concentrations and CKD status due to individuals with CKD having lower eGFRs but noted that in individuals with CKD, there was a positive trend for PFAS and eGFR. In individuals without CKD, the authors observed an inverse relationship, decreased eGFR with increasing serum PFAS levels. The authors also stated, "we cannot say that PFAS are protective against progression of CKD. Our measurement was a single snapshot in time." No mention of the effect of dialysis treatment (common treatment for CKD) on serum PFAS levels was made.

Blake *et al*. (2018) evaluated the association between serum PFOS and kidney function as measured by eGFR in the Fernald Community Cohort of 210 adults (median age 38 years) recruited between 1990 and 2008. The median serum concentration of PFOS was 28.4 μg/L. There was no statistically significant association between serum PFOS levels and eGFR in an adjusted repeated measures model. In a model of latent PFOS effects (including all effects but only the first measurement of PFOS exposure), there was a 1.72% decrease in eGFR associated with an IQR increase in serum PFOS levels. The authors noted that reverse causation may potentially limit the association between serum PFAS and eGFR.

Two cross-sectional studies of adults and adolescents were conducted in the general population using NHANES data. Shankar *et al*. (2011) investigated the association between PFOS exposure and eGFR and kidney function using NHANES data. The authors reported that mean eGFR was decreased by 8.1 mL/min/1.73 m$^2$ (95% CI: -10.4 to -5.9) in the fourth quartile of PFOS compared to the first quartile in a study of the general population ($p$ for trend < 0.0001). The authors also found a significantly increased odds of CKD for the fourth quartile of serum PFOS concentration (OR = 1.83, 95% CI: 1.02-3.28). The odds of CKD in quartiles two and three were non-significantly increased.

In a cross-sectional analysis of 1960 adolescent participants (age 12-19) from the 2003-2010 NHANES surveys, Kataria *et al*. (2015) assessed the associations between serum PFAS and eGFR. The median serum concentration of PFOS was 12.8 ng/mL. In a multivariable regression of PFOS and kidney function, eGFR was significantly different across quartiles of serum PFOS levels, with a decrease of 5.24, 7.21, and 9.47 mL/min/1.73 m$^2$ for the second, third, and fourth quartiles respectively, compared to the eGFR in individuals in the first quartile. The authors indicated that reverse causation and residual confounding could explain the results reported in this study.

Overall, there is some indication that PFOS exposure may be associated with markers of kidney function and kidney disease. However, several of the available studies suffered from possible reverse causation and questions of clinical significance, as well as a lack of exposure-response relationships, limiting confidence in the observed associations. The weight of scientific evidence does not support a causal association between PFOS exposure and kidney disease.

### A5.2.4.7    Cancer

There are few studies available that have investigated the association between PFOS exposure and cancer in non-occupational populations, and few of these studies have examined the same cancer type.

Eriksen *et al*. (2009) conducted a case-cohort study of prostate, bladder, pancreatic, and liver cancer in a cohort of 1,140 men and women living in Denmark. The authors found no statistically significant associations between PFOS exposure and these cancers at any PFOS dose level and no dose-response trends between plasma PFOS concentration and any cancer type. Similarly, Vassiliadou *et al*. (2010) found no significant difference in serum PFOS concentrations in cancer cases (all types) at a hospital in Athens, Greece, compared with patients without cancer at an urban or rural/semi-urban hospital.

Hardell *et al*. (2014) conducted a case-control study of 201 prostate cancer cases and 186 control participants residing in Sweden. Serum PFOS concentration (median concentrations of 8.3 ng/mL in controls and 9.0 ng/mL in cases) was not associated with increased risk of prostate cancer (OR = 1.0, 95% CI: 0.6-1.5). However, in an analysis including hereditary risk (*i.e.*, a family history of this type of cancer), the authors reported that compared to participants with hereditary risk of prostate cancer but a serum PFOS concentration below the median, those with a serum PFOS concentration above the median and a hereditary risk of prostate cancer had a significantly increased risk of prostate cancer (OR = 2.7, 95% CI: 1.04-6.8). This suggests a possible association between prostate cancer in those with PFOS exposure and a family history of prostate cancer, but only with high PFOS exposures.

In a cross-sectional analysis, Innes *et al*. (2014) investigated the association between serum PFOS concentration and colorectal cancer in the C8 Cohort and found an inverse dose-response relationship (*e.g.*, OR = 0.2, 95% CI: 0.2-0.3; *p* < 0.00001, in the highest *vs*. lowest quartiles of exposure). In other words, the risk of this type of cancer was reduced as PFOS exposure increased. This study was limited by single, cross-sectional measures of current PFOS exposure as surrogates for PFOS exposure at the time of cancer initiation (cancer takes decades to develop). The authors also lacked information on important colorectal cancer risk factors, including having inflammatory bowel disease and diet.

In a nested case-control study, Shearer *et al*. (2020) investigated the risk of renal cell carcinoma and pre-diagnostic serum concentration of PFOS in 324 renal cell carcinoma cases and 324 individually matched controls with in the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial. Pre-diagnostic serum samples were collected an average of 8.8 years before renal cell carcinoma diagnosis. Multivariate analyses controlled for age, sex, race/ethnicity, study center, study year of blood draw, eGFR, BMI, smoking status, history of hypertension, prior freeze-thaw cycles, and calendar year of blood draw. The median serum

PFOS level was 38.4 µg/L in controls; no levels were reported in cases. When modeled continuously, each doubling of serum PFOS was associated with significantly increased risk of renal cell carcinoma (OR = 1.39; 95% CI: 1.04-1.86). However, the statistical significance disappeared when the models further adjusted for PFOA and PFHxS. When examined by PFOS exposure quartiles, a linear positive trend was observed for renal cell carcinoma risk (4th *vs.* 1st quartile, OR = 2.51, 95% CI: 1.28-4.92; p = 0.009). However, when further adjusted for PFOA and PFHxS, the associations were attenuated and the trend disappeared ($p_{trend}$ = 0.64).

Bonefeld-Jorgensen *et al*. (2011) conducted a case-control study of 31 breast cancer cases and 115 control Inuit women living in Greenland. The authors reported a statistically significant increase in breast cancer with increasing serum PFOS concentration (OR = 1.03, 95% CI: 1.001-1.07; *p* <0.05). While this association was statistically significant, the OR was only just barely greater than 1, indicating that the association is not strong. In a follow-up study to Bonefeld-Jorgensen *et al*. (2011), Wielsoe *et al*. (2017) updated the case-control analysis to include cases recruited from 2011 to 2014. There was an association between increasing serum PFOS concentration and slightly elevated risk of breast cancer (OR = 1.02, 95% CI: 1.01-1.03). When stratified by exposure tertile, women in the second and third tertiles of exposure (≥2.91 ng/mL, maximum measured: 9.52 ng/mL) had an increased risk of breast cancer (OR = 3.13, 95% CI: 1.20-8.15, and OR = 5.50, 95% CI = 2.19-13.84 for the second and third tertiles, respectively).

As described in Section A5.1.1, Hurley *et al*. (2018) conducted a nested case-control study to investigate the association between PFOS and risk of breast cancer in a sample of the general US population. The median of PFOS was 6.70 ng/mL (range: 0.05-39.40 ng/mL) for cases and 6.95 ng/mL (range: 0.05-99.80 ng/mL) for controls. The authors found no association between serum PFOS concentration and breast cancer.

Mancini *et al*. (2019) investigated the association between serum PFOS concentrations and breast cancer risk in a nested case-control study of 388 women (194 controls without breast cancer and 194 women with postmenopausal breast cancer) born between 1925 and 1950. The median PFOS serum concentration was 17.32 ng/mL (range: 6.61-59.12 ng/mL) for controls and 17.62 ng/mL (range: 5.84-85.29 ng/mL) for cases. There was no association between quartiles of serum PFOS levels and breast cancer risk. However, when the authors stratified breast cancer risk according to hormone receptor status, they found significant trends for an association. Specifically, the third (17.3-22.5 ng/mL) and fourth (22.5-85.3 ng/mL) quartiles of serum PFOS were associated with increased risk of estrogen-receptor positive breast cancer (OR = 2.22, 95% CI: 1.05-4.69; OR = 2.33, 95% CI: 1.11-4.90, respectively) and progesterone-receptor positive breast cancer (OR = 2.47, 95% CI: 1.07-5.65; OR = 2.76, 95% CI: 1.21-6.30, respectively).

Tsai *et al*. (2020) evaluated the associations between PFAS and breast cancer in a case-control study with 120 cases and 119 controls in Taiwan. The geometric mean PFOS serum concentration was 4.77 ng/mL. There was no association between PFOS and breast cancer in the total population. When stratified by age (≤50 *vs.* >50), there was an association between PFOS and breast cancer in the ≤50 group only. When stratified by estrogen receptor positive *vs.* estrogen receptor negative tumors, there was an association between PFOS exposure and estrogen receptor positive tumors in women in the ≤50 age group. This study had several limitations, including a small population size, significant differences in the case and control populations for smoking status and education level, failure to adjust results for multiple comparisons, and a lack of temporality (*i.e.*, PFOS levels were measured in a single blood sample collected at the time the breast cancer cases and controls were enrolled in the study).

Velarde *et al*. (2022) conducted a case-control study to evaluate associations between breast cancer and 41 different chemicals, including PFOS, in women in Manila. The study included 75 breast cancer cases recruited from a hospital and 75 controls from the general population. The geometric mean serum PFOS

concentrations were 2.89 ng/mL in controls, and 3.87 ng/mL in cases.  Velarde *et al.* (2022) did not find any association between PFOS and breast cancer.

Feng *et al.* (2022) also did not find an association between PFOS and breast cancer in a case-cohort study of 226 incident breast cancer cases and 990 age-stratified randomly selected sub-cohort subjects within the Dongfeng-Tongji cohort, followed for 9.6 years.  The median serum PFOS concentration in cases was 10.91 ng/mL.

Itoh *et al.* (2021) found no increased risk of breast cancer in association with PFOS in a hospital-based case-control study of 405 matched pairs from 2001 to 2005 in Nagano Prefecture, Japan.  Likewise, no associations were observed when results were stratified by menopausal status or hormone receptor status.

Omoike *et al.* (2020) conducted a cross-sectional study of serum PFAS and prostate, uterine, breast, and ovarian cancers in 11,631 NHANES adult participants using data from 2005-2012 surveys.  The median PFOS serum concentration was 11.40 ng/mL.  The authors reported an increased risk of breast and ovarian cancers with increasing PFOS, but a *decreased* risk of prostate and uterine cancers.

In a hospital-based case-control study of 134 cases of thyroid cancer and 185 hospital-based healthy controls (undergoing routine medical visits) in China, Liu *et al.* (2021) reported a *decrease* in thyroid cancer in association with PFOS.  The geometric mean PFOS serum concentrations were 5.3 ng/mL in cases and 7.2 ng/mL in controls.  When stratified by sex, the inverse relationship held for women, but not for men. Liu *et al.* (2021) cited reverse causation as a possible explanation for the inverse relationship.

MDH (2018d) conducted an ecological study of cancer incidence in a population potentially exposed to PFAS, including PFOS, in Washington County, Minnesota.  MDH (2018d) concluded, on the basis of 25 years of cancer data, that there was no overall increase in the cancer rate in this population compared to the state cancer rate.  While the rates of some cancers (female breast, melanoma, chronic lymphocytic leukemia) were higher in Washington County, others (larynx, lung, oral cavity, small intestine, stomach) were lower, and the overall cancer rates were nearly identical.  In one ZIP code only (among eight different potentially exposed areas), the rates of breast cancer and total cancers were statistically significantly increased, but this was not true of the other exposed areas, and MDH did not conclude that these increases were caused by PFAS.

MDH (2018d) further noted that when the potentially exposed communities were combined, there were no statistically significant differences between the Washington County communities that had some history of potential PFAS exposure *via* drinking water and other Washington County communities, except that the exposed communities had statistically significant lower rates of oral and pancreatic cancer.

MDHHS (2018) conducted an ecological study of cancer incidence from 2000 to 2014 in Northern Kent County, where elevated PFAS concentrations, including PFOS, were found in drinking water.  The agency compared cancer rates from 12 US census tracts and two ZIP codes in the affected area to statewide Michigan rates.  MDHHS reported that there were no differences in overall incidence of urogenital cancers in the 12 census tracts compared to white Michigan State residents, but there was a statistically significantly higher incidence of kidney cancer in four of the census tracts during the first period only (2000-2004) compared to white Kent County residents.  This difference declined over time.  MDHHS did not attribute this increase to PFAS.

MDHHS (2018) also reported a statistically significant increase in the incidence of prostate cancer in the combined ZIP codes compared to statewide incidence in all three periods examined (2000-2004, 2005-2009, 2010-2014), but again, this incidence declined over time.  MDHHS noted that the increase in prostate cancer was likely due to differences in socioeconomic status and to revisions in PSA screening

recommendations during the study period (MDHHS, 2018). There were no increases in any other cancer type tested, including cervix uteri, corpus uteri, ovary, testis, urinary bladder, and other urinary organs. MDHHS (2018) concluded, "Except for prostate cancer, this data review found no consistent elevation in cancer incidence for the selected areas of northern Kent County" and did not attribute any changes in cancer incidence to PFAS exposure.

Li *et al*. (2022) conducted an ecological study of the population of Ronneby, Sweden, described in Section A5.1.4.7. The PFOS concentration in the drinking water in the exposed districts of Ronneby was 8,000 ng/L in 2013, right before the water plant was closed. In a subset of the 60,507 study subjects who had ever lived in Ronneby from 1985-2013, the mean PFOS serum level was 40 ng/mL in residents who never lived in exposed districts and 199 ng/mL in residents who had ever lived in exposed districts. In a reference population of residents of nearby towns, the mean serum PFOS concentration was 3.9 ng/mL. When the exposed residents were categorized by the timeframe of exposure, mean serum levels were 48 ng/mL in a subset of "early" exposed residents (up to 2004 only) and 239 ng/mL in "late" exposed residents (including exposure after 2004).

For overall cancer incidence, Li *et al*. (2022) reported no difference in exposed males, and a decrease in exposed females, compared to the reference population. For individual cancers, there was an increase in cancers of the trachea/lung and bone/cartilage in males, an increase in thyroid cancer in females, and a decrease in breast and skin (non-melanoma) cancers in females. Compared to Ronneby residents who did not live in exposed districts, the exposed population had no increases in overall or any individual cancers, and a decrease in prostate cancer. In a dose-response analysis of early- *vs*. late-exposed Ronneby residents, the authors reported an increase in kidney and skin cancer (although the confidence interval for the increase in kidney cancer risk included 1.00, and therefore is not statistically significant), and a decrease in prostate cancer. However, when the cancer incidence was analyzed by short (1-10 years) *vs*. long ($\geq$11 years) exposure, no associations were found. As this is an ecological study, no inferences can be made regarding causation. Furthermore, different results were obtained depending on the type of analysis employed. This study is also subject to the issue of multiple comparisons (257), so some of the significant results may have been due to chance.

The weight of evidence does not establish an association between PFOS exposure and cancer incidence in community populations. In a review of the scientific literature regarding PFAS (mainly PFOA and PFOS) and cancer, Steenland and Winquist (2021) concluded, "Overall, the evidence for an association between cancer and PFAS remains sparse," and "there are no associations between PFAS and cancer that have been both marked and consistent across studies…" Because of the weak evidence and the availability of no more than three studies for any one specific cancer type (with mixed results), I also conclude that the weight of evidence does not establish an association between PFOS exposure and cancer in non-occupational populations.

## A5.2.5 The Australian National University Study

The Australian National University (2021a-c) undertook a study to investigate potential health effects in three Australian communities, the towns of Katherine, Oakey, and Williamtown ("PFAS Management Areas"), with elevated PFAS (mainly PFOS and PFHxS) in the environment. Australian National University also chose three comparison communities, one for each Management Area, that did not have elevated PFAS. Blood serum was sampled in study populations within each community for PFAS and biomarkers of potential health effects. The study populations were also surveyed for history of PFAS exposures and self-reported health effects. Self-reported effects included cancer, CVD, high cholesterol, liver and kidney diseases, autoimmune diseases, diabetes, thyroid diseases, fertility problems, and early

onset menopause. In addition, an ecological study was undertaken to determine disease incidence in the Management Areas compared to the comparison communities.

The geometric means of serum PFOS in the three Management Areas ranged from 4.9 to 6.6 ng/mL, while the geometric means in the comparison communities ranged from 2.5 to 3.3 ng/mL. PFOS in serum was associated with high total serum cholesterol, as measured in the blood samples, in one of the three Management Areas only. Serum PFOS was not associated with any other serum biomarkers, or with any self-reported health effects. In the ecological study, there were no health conditions that were consistently increased across all three Management areas, as reported by various medical records databases. There were increases in breast cancer, any cancer, and liver disease in Katherine compared to its reference community of Alice Springs, and increases in rheumatoid arthritis, Type II diabetes, and fertility problems in Williamtown compared to its reference community of Kiama and Shelharbour. There were no increases in Oakey compared to its reference community of Dalby.

The Australian National University (2021b) concluded that there was clear evidence of an association between PFAS and elevated cholesterol, but that "differences were small and unlikely to be relevant to health." The Australian National University (2021b) also concluded that "Overall, there was little association between PFAS and biochemical markers of disease risk…" and that "[f]or the majority of the health outcomes we studied, our findings were consistent with previous studies that have not conclusively identified causative links between PFAS and health outcomes."

## A5.2.6 Overall Conclusions for Human Studies of PFOS

Overall, occupational, community, and general population studies of PFOS exposure show inconsistent evidence of effects. Studies that report effects often had important methodological limitations, such as a cross-sectional study design. In other cases, statistically significant effects were not clinically significant (*i.e.*, associated with adverse health outcomes). For example, some studies have observed changes in thyroid hormones after PFOS exposure, but the levels of these hormones were not outside of the range of normal.

I therefore conclude that there is little evidence of associations between PFOS exposure and health effects in humans, even at the relatively high exposure levels seen in the worker studies. The weight of evidence does not indicate that there is a risk of health effects from PFOS in drinking water at any plausible exposure levels.

## A5.3   PFBA and PFBS

### A5.3.1 PFBA

Relative to PFOA and PFOS, there is a paucity of data on exposure to PFBA. In many available studies and surveys, PFBA concentrations are not reported (see, for example, Olsen *et al.*, 2017; CDC, 2019a). It is currently thought that the majority of exposure the PFBA is through drinking water (Gebbink *et al.*, 2015).

#### A5.3.1.1       Reproductive and Developmental Effects

Li *et al.* (2017b) assessed PFBA exposure and fetal birth and growth outcomes in a cohort study of 321 mother-child pairs in the Guangzhou Birth Cohort Study in China. The PFBA concentration was below the

limit of quantification in 43% of samples. The mean concentration of PFBA in cord serum was 0.15 ng/mL (SD = 0.26; range: not detected to 3.37 ng/mL). After adjusting for potential confounders, PFBA exposure was not statistically significantly associated with lower birth weight or gestational age. This study benefits from the fact that the authors calculated prenatal estimates of PFBA exposure, but it is limited by a small sample size and a lack of information on the mothers' GFR (a potential confounder).

Song *et al.* (2018b) evaluated the effects of PFBA on semen quality in 103 men who were patients at an infertility clinic. The mean PFBA concentrations in blood and semen were 3.3 ng/mL and 3.9 ng/mL, respectively. PFBA in blood was *positively* correlated with sperm motility (*i.e.*, motility was increased at higher PFBA concentrations). However, PFBA in semen was *negatively* correlated with sperm motility. Given the inconsistent results, this study is not informative as to effects of PFBA on sperm quality.

### A5.3.1.2    Cardiovascular Effects

As described in Section A5.1.4, Bao *et al.* (2017) studied serum PFAS in association with blood pressure and hypertension. The median concentration of PFBA was 0.15 ng/mL. There was a small but statistically significant increase in hypertension associated with increasing PFBA (OR = 1.10, 95% CI: 1.04-1.17). There was also an increase in systolic blood pressure associated with PFBA. The relationship between PFBA and diastolic blood pressure was not statistically significant.

In a cross-sectional study, Tian *et al.* (2019) evaluated the associations between serum PFBA concentrations and overweight status in 1,612 Chinese adults from the Isomers of C8 Health Project in China. The median serum concentration of PFBA was 0.15 µg/L. The authors reported an association between natural-log unit (µg/L) increase in PFBA (OR = 1.15, 95% CI: 1.02-1.30) and overweight/obesity (BMI ≥ 25 kg/m2) in women but not men. In an analysis of waist circumference and serum PFBA concentrations stratified by sex, only women had a significant association (OR = 1.14, 95% CI: 1.01-1.28) per natural-log unit (µg/L) increase in linear PFBA.

### A5.3.1.3    Immunological Effects

In a cross-sectional study, Grandjean *et al.* (2020) investigated the associations between serum PFAS levels and the severity of COVID-19 infection. Plasma samples for 323 subjects aged 30-70 that had been diagnosed with SARS-CoV-2 infection were obtained from the Danish National Biobank. The severity of the infection was classified as no hospitalization; hospitalization < 14 days; hospitalization > 14 days; ICU admission; or death. The authors measured the association between serum PFBA and infection severity with adjustments for age, sex, national origin, kidney or other chronic disease, and timing of blood sampling. There was no association in the model that was adjusted for the main covariates (age, sex, national origin, kidney or other chronic disease); however, when an adjustment was included for timing of blood sampling, the association was significant (OR = 2.10, 95% CI 1.02-4.33). The authors further reported that "among those hospitalized, the fully adjusted OR for getting into intensive care or expiring was 5.18 (1.29, 20.72) when based on plasma samples obtained at the time of diagnosis or up to one week before."

In the introduction to this study, Grandjean *et al.* (2020) described PFAS as a group as "known to be immunotoxic." However, I am not aware of any other study that reported immunotoxicity associated with PFBA, either in humans or in animals. Because the study by Grandjean *et al.* (2020) is cross-sectional, it must be considered as an exploratory analysis, and no causal inference can be made. In addition, the study has several other limitations, including a median plasma PFBA value below the limit of detection, potential variation in plasma PFBA due to a short half-life of 3.1 days (Chang *et al.*, 2008a), and a lack of discussion regarding inverse associations observed for PFHxS and PFBS.

Grandjean *et al*. (2020) cited a study by Perez *et al*. (2013) of human cadavers that reported PFBA accumulates in the human lung, and Grandjean *et al*. (2020) suggested that this may "offer a clue" to understanding the association between PFBA and COVID severity.  The study by Perez *et al*. (2013) has significant limitations, including a small number of individuals studied and the lack of removing blood from the tissues prior to measuring tissue PFAS levels.  A subsequent study by Abraham *et al*. (2021), using a different method of quantification with more specificity, determined that PFBA does not accumulate in the human lung.

Another study of PFAS and COVID-19 was conducted by Catelan *et al*. (2021), in the Veneto Region of Italy, where residents were exposed to elevated levels of PFAS (mostly PFOA, but also elevated PFBA) in their drinking water.  In this ecological study, the authors compared mortality from COVID-19 in the affected area to mortality from COVID-19 in nearby areas that did not have elevated PFAS in drinking water.  The median PFBA concentration in water samples in 2013 was 123 ng/L, and median PFBA in serum of residents in the affected area in 2015-2016 was below the limit of detection.  Although the authors reported a statistically significant positive crude association between residence in the affected region and COVID-19 mortality, in the adjusted model there was no association.  In addition to its ecological design, this study is subject to several limitations as noted in Section A5.1.4.5, and does not provide evidence of immune system suppression by PFBA or any other PFAS.

## A5.3.2 PFBS

Relative to PFOA and PFOS, there are few data on exposure to PFBS in the general population.  In the available studies and surveys, often a large portion of serum samples do not have detectable concentrations of these compounds (see, for example, Olsen *et al*., 2017; CDC, 2019a).  For PFBS, the main route of exposure for a non-occupationally exposed person remains to be determined.

### A5.3.2.1   Reproductive and Developmental Effects

In a cross-sectional analysis, Zhou *et al*. (2016) assessed reproductive hormones in 13- to 15-year-old Taiwanese adolescents from the control cohort for the GBCA recruited between 2009 and 2010.  The authors found no associations between serum PFBS concentration and estradiol or between serum PFBS concentration and testosterone in combined regression analyses or those stratified by sex.  Note that this study was limited by its cross-sectional design; the authors also noted that information on menstruation status was missing for the sampling period.

Wang *et al*. (2017) conducted a case-control study of the association between PFBS and endometriosis-related infertility in a case-control study of 157 cases and 178 controls living in China.  Cases were women between 20 and 45 years old who came to a Chinese hospital for treatment of infertility (inability to conceive after at least 12 months of unprotected intercourse) between 2014 and 2015.  Median serum PFBS concentrations were 0.091 ng/mL (IQR: 0.088-0.097) in cases and 0.089 ng/mL (IQR: 0.085-0.095) in controls.  Authors reported that PFBS exposure was associated with a significantly increased risk of endometriosis-related infertility (highest *vs*. lowest tertile: OR = 3.04, 95% CI: 1.65-5.57); this association remained even when restricted to nulliparous women.  The major limitations of this study are the inability to determine the timing of disease onset and development and how the PFBS exposure related to the disease onset.  Another important limitation of this study is that the majority of PFBS measurements were below the areas covered by the calibration curve, so many were extrapolated and thus subject to error.

Zhang *et al*. (2018b) evaluated the association between plasma PFAS and primary ovarian insufficiency in a case-control study.  The median concentration of PFBS was 0.06 ng/mL in primary ovarian insufficiency

subjects and 0.05 ng/mL in controls.  The authors found no association between PFBS and primary ovarian insufficiency.  Huang *et al.* (2019) performed a cross-sectional analysis of gestational hypertension and preeclampsia in 674 pregnant women and found that cord plasma PFBS was not associated with gestational hypertension or preeclampsia.

Song *et al.* (2018b) evaluated the effects of PFBS on semen quality in 103 men who were patients at an infertility clinic.  The mean PFBS concentrations in blood and semen were 0.18 ng/mL and 0.11 ng/mL, respectively.  Like PFBA, PFBS in blood was positively correlated with sperm motility but PFBS in semen was negatively correlated with sperm motility.  Given the inconsistent results, this study is not informative as to effects of PFBS on sperm quality.

In a prospective study of 404 mother-infant pairs, Chen *et al.* (2019a) reported that the highest tertile of cord plasma PFBS (range of tertile not reported) was associated with increased waist circumference, fat mass, body fat percentage, and waist-to-height ratio in girls aged 5 years.  The authors reported no associations between cord plasma PFBS and BMI, waist circumference, fat mass, body fat percentage, or waist-to-height ratio in males aged 5 years.

Liao *et al.* (2022), conducted a cross-sectional study of 1,341 pregnant women from Guangxi Zhuang Birth Cohort in Guangxi, China, to evaluate the association between *in utero* PFBS exposure and preterm birth. PFBS was positively associated with the risk of preterm birth in the middle, but not the highest tertile (Liao *et al.*, 2022), indicating the lack of a dose-response relationship.

### A5.3.2.2        Thyroid Hormones and Disease

In a cross-sectional analysis, Li *et al.* (2017c) evaluated the association between PFBS exposure and TSH, free T4, free T3, thyroglobulin antibody, and thyroid microsomal antibody in 202 serum samples collected from the general population in three southern Chinese provinces between 2013 and 2014.  The authors detected PFBS in only 27% of serum samples, so the authors did not report results for the analyses of the association between PFBS concentrations and thyroid hormones.

### A5.3.2.3        Serum Lipids

Zeng *et al.* (2015) conducted a cross-sectional study of the association between serum PFBS concentration and serum lipids in a group of 225 healthy 12- to 15-year-old children in Taiwan.  There was a significant increase (19.3 mg/dL) in total cholesterol per µg/L increased in PFBS concentration.  However, analyses by quartile showed no statistically significant associations between PFBS exposure and total cholesterol, HDL, LDL, or triglycerides in any exposure group.

In a longitudinal analysis of 786 South Korean adults (200 males and 586 females), Seo *et al.* (2018) analyzed associations between serum concentrations of PFAS and serum lipids over the course of 10 years from 2006 to 2015.  Serum samples were collected through the Health Assessment Study of Seoul Citizens. Mean serum PFBS concentrations were 0.03 ng/mL.  Increased serum PFBS was associated with increases in HDL.

### A5.3.2.4        Immunological Effects

Zhu *et al.* (2016) conducted a case-control study that included 231 10- to 15-year-old Taiwanese children diagnosed with asthma within the previous year and 225 non-asthmatic control children, all from GBCA. Serum was collected at study initiation and concentrations of PFBS, $T_H$ cytokines (IL-2, IL-4, IL-5, and

IFN-γ), and IgE were measured. There was a significant increase in odds of asthma among males in the highest *vs.* lowest quartiles of serum PFBS concentration (OR = 3.45, 95% CI: 1.15-7.88), but the effect was not observed among females. Among males with asthma, there was a statistically significant trend (*p* = 0.023) for increasing serum IL-5 with increasing PFBS concentration by quartile. There were no statistically significant trends between other $T_H$ cytokines or IgE levels and PFBS exposure among males with asthma. Among females with asthma, there were no statistically significant trends between PFBS exposure and any of the $T_H$ cytokines or IgE.

As discussed previously, Zhou *et al.* (2017) conducted a case-control study in the GBCA. The authors recruited 231 asthmatic children and 225 healthy, non-asthmatic controls age 10-15 years from two hospitals and seven public schools in Northern Taiwan. Serum PFAS concentrations were measured; while the timing of blood draw was not reported, it was presumed to be at the time of recruitment. Median serum PFBS was 0.5 ng/mL in boys with asthma and 0.5 ng/mL in girls with asthma. In boys and girls without asthma, median serum PFBS was 0.5 ng/mL and 0.5 ng/mL, respectively. There was no association between PFBS and asthma. The authors also collected urine and measured 16-kDA club cell secretory protein (Clara) (CC16), a lung surfactant protein. This protein has been proposed as a biomarker of lung epithelial injury and a potential early marker of respiratory disorders. No consistent associations were found between PFBS and urinary CC16.

Chen *et al.* (2018) conducted a prospective birth cohort study in 687 mother-child pairs recruited from Chinese hospitals between 2012 and 2015. PFAS exposure was measured in fetal umbilical cord plasma collected at birth. The development of atopic dermatitis was assessed at ages 6, 12, and 24 months. The mean PFBS concentration in cord plasma was 0.05 ng/mL (SD = 0.03). There were no associations between cord plasma PFBS when analyzed either as a continuous measure, or for any quartiles of exposure, and risk of atopic dermatitis.

In a prospective cohort study, Zeng *et al.* (2019b) studied the association between prenatal exposure to PFBS and asthma-related diseases in 358 preschool children aged 5 years from Shanghai, China. PFBS was measured in cord blood, and asthma was diagnosed and reported by pediatric respiratory physicians *via* reported symptoms of wheezing and coughing and lab examinations of IgE level and skin prick test at age 5. Potential confounding factors including child weight at age 5, gestational age, breastfeeding during the first 6 months, maternal education, pre-pregnancy BMI, and annual household income were adjusted for in the analyses. The median cord serum levels of PFBS were 0.05 ng/mL in boys and 0.04 ng/mL in girls. No significant associations were found between cord serum PFBS levels and asthma or asthma-related measurements.

Wang *et al.* (2022) evaluated the association between maternal PFBS exposure and the common cold, bronchitis/pneumonia, or diarrhea in infants at age 1 year in 235 mother-infant pairs from the Laizhou Wan (Bay) birth cohort in China, recruited in 2010-2013. The mean maternal serum PFBS concentration was 0.15 ng/mL. PFBS was not associated with any of the diseases.

### A5.3.2.5    Cardiovascular Effects

As described in Section A5.1.4, Huang *et al.* (2018) analyzed the association between serum PFBS and CVD in the general population (participants of NHANES). The median serum PFOS concentration was 0.07 ng/mL. Compared with serum PFBS below the limit of detection (about 0.1 ng/mL), the OR for total CVD for PFBS above the limit of detection was 1.34 (95% CI: 1.05-1.72), and the *p* for trend was 0.0193. No significant associations were found for the five individual types of CVD.

### A5.3.3 Overall Conclusions for Human Studies of PFBA and PFBS

I identified very few studies of PFBA and PFBS exposures.  The PFBA studies reported inconsistent or no associations, or reported associations so small that they were of uncertain toxicological significance.  While some studies reported associations between PFBS exposure and infertility and childhood asthma, very few (1-2) studies were available for each of these endpoints.  Further, all the studies of PFBS were limited by small sample sizes, and many reported that levels of PFBS in a large portion of study samples were below the limits of detection.  Overall, the weight of evidence does not establish associations between exposure to PFBA or PFBS and any health effects.

## A5.4   PFHxS

Several studies have been conducted to evaluate the associations between PFHxS and various health effects in humans, including reproductive and developmental, liver, thyroid, serum lipids and cardiovascular, immunological, and kidney effects, and cancer.  Overall, there is little evidence that environmental exposures to PFHxS can affect human health.

### A5.4.1 Reproductive and Developmental Effects

I identified several studies that evaluated associations between PFHxS exposure and various reproductive and developmental outcomes, including female fertility and miscarriage, timing of puberty, birth and growth outcomes, and neurodevelopmental effects (*e.g.*, hyperactivity and intelligence).  Based on these studies, I conclude that the evidence does not establish an association between non-occupational PFHxS exposure and developmental and reproductive effects.

**Female Fertility**

Overall, studies examining associations between PFHxS exposure and female fertility report null findings.  Jorgensen *et al.* (2014) measured fecundability ratios (probability of conception within 13 months) and infertility (TTP > 13 months) in the INUENDO Cohort, including women from Greenland (n = 448), Poland (n = 203), and Ukraine (n = 287), and found no association between serum PFHxS and odds of infertility and fecundability in any one country or in the pooled analysis.  In an analysis of a subgroup of the prospective Norwegian Mother and Child Cohort study, Singer *et al.* (2018) evaluated the association between menstrual cycle characteristics in the year before pregnancy and plasma PFAS among 1,977 pregnant women.  No significant associations were found between plasma PFHxS and irregular menstrual cycles or menstrual cycle length.

Wang *et al.* (2017) conducted a case-control study of 157 women with endometriosis-related infertility and 178 controls.  Plasma PFHxS (> 0.11-0.66 ng/mL) was *inversely* associated with endometriosis-related infertility; however, this inverse association was attenuated in a sensitivity analysis.  McCoy *et al.* (2017) found no association between PFHxS in blood and ovarian follicular fluid and ovarian function, as measured by patterns in follicle counts and numbers of oocytes retrieved, in 31 women undergoing assisted reproductive treatment in California from 2013 to 2014.  Although McCoy *et al.* (2017) did report that plasma PFHxS concentrations were negatively associated with follicle counts, the authors did not discuss whether the changes were clinically relevant.

Other studies reported mixed associations between PFHxS exposure and female fertility, including some reports of improvement and some reports of decrements in fertility.  Velez *et al.* (2015) found that maternal plasma PFHxS was associated with decreased fecundity and increased infertility in a prospective cohort

study of 1,743 pregnant Canadian women enrolled in the MIREC study.  Conversely, Vestergaard *et al*. (2012) did not find an association with serum PFHxS concentrations and delayed TTP in a prospective cohort study of 222 Danish women, but they reported a *positive* association between PFHxS and fecundity (*i.e*., women with higher PFHxS concentrations were more likely to have children).  In a case-control study within the Danish National Birth Cohort, Bach *et al*. (2018) reported that the early pregnancy PFHxS level in the highest quartile (1.21-5.39 ng/mL) was associated with significantly longer TTP compared to the lowest PFHxS quartile (<0.08-0.65 ng/mL) in 613 parous women, and no association was found among 638 pregnant nulliparous women.  Finally, Zhang *et al.* (2018b) reported a significant trend for the association between increasing tertiles of PFHxS and odds of primary ovarian insufficiency, although causal association cannot be drawn from this study due to its cross-sectional nature.

I found only one study of PFHxS and miscarriage (Jensen *et al*., 2015).  The authors found no association between serum PFHxS concentration and the risk of miscarriage in a case-cohort study of 56 cases and 336 control women enrolled in the Odense Child Cohort between 2010 and 2012.

**Menopause**

A prospective cohort study reported no statistically significant association between serum PFHxS concentrations collected at baseline and earlier age at menopause among a multiracial/multiethnic cohort of premenopausal women (Ding *et al.*, 2020).

**Preeclampsia and Hypertension**

I identified a few studies of PFHxS and preeclampsia in the general population, and none reported an association with exposure to PFHxS.  Wikstrom *et al*. (2019a) reported no association between early pregnancy PFHxS levels and risk of preeclampsia in 1,773 pregnant women enrolled in the prospective SELMA study.  Multivariate analysis adjusted for parity, age, weight, and smoking.  The median serum concentration of PFHxS was 1.23 ng/mL.  In a prospective cohort study, Huo *et al*. (2020) also found no associations of plasma PFHxS levels with gestational hypertension, preeclampsia, or overall hypertensive disorders of pregnancy in 3,220 women from Shanghai, China.  The median PFHxS level from blood samples collected before 20 weeks of gestation was 0.54 ng/mL.  The authors obtained information on gestational hypertension, preeclampsia, and overall hypertensive disorders of pregnancy from medical records.  Results were adjusted for maternal age at the time of enrollment, pre-pregnancy BMI, parental education levels, parity, gestational age at blood collection, and fetal sex.  Rylander *et al*. (2020) also reported no association between serum concentrations of PFHxS in early pregnancy and the risk of developing preeclampsia in primiparous or multiparous women in a case-control study with 296 preeclampsia cases and 580 controls.

Borghese *et al*. (2020) conducted a longitudinal cohort study of the association between plasma PFHxS in early pregnancy and either preeclampsia or gestational hypertension in 1,739 women enrolled in the MIREC Study.  The geometric mean plasma PFHxS concentration, sampled between gestational weeks 2 and 14, was 1.02 ng/mL.  PFHxS was associated with preeclampsia but not with hypertension.  When the results were stratified by the sex of the fetus, PFHxS was associated with preeclampsia in women carrying females when analyzed by exposure tertiles, but not by continuous measure.  It should be noted that the authors used a definition of preeclampsia based on guidelines from the Society of Obstetricians and Gynaecologists of Canada.  When they conducted the analysis according to the clinical definition in standard use by the American College of Obstetricians and Gynecologists, no associations between PFHxS and preeclampsia were observed.  Another major limitation of this study is that some of the study participants received antihypertensive drugs, whereas others did not.  The authors did not control for this in their analyses, thus the significance of the results is questionable.

Preston *et al.* (2022) conducted a prospective cohort study of 1,558 pregnant women in Boston, Massachusetts. Clinical data were exported from medical records regarding information on maternal blood pressure, urine protein, and diagnostic/discharge codes for gestational hypertension or preeclampsia. The median plasma level of PFHxS was 2.5 ng/mL. The authors reported a slight increase in risk of developing gestational hypertension, but not preeclampsia.

Zhu and Bartell (2022) examined the effects of PFAS water concentrations on hypertensive disorders of pregnancy using the CDC WONDER database, which is a public database that is used in a wide-range of epidemiological research. Eighty-seven counties had data for PFHxS and were included in subsequent analyses. Population-weighted average PFHxS concentrations in water were converted to expected serum levels based on one-compartment pharmacokinetic models. The mean calculated serum PFHxS concentration was 4.4 µg/L. There was no association between PFHxS exposure and the development of hypertensive disorders of pregnancy.

Two additional prospective studies reported no association between PFHxS and the development of gestational hypertension (Yang *et al.*, 2022; Bommarito *et al.*, 2021) while one case-control study reported a *negative* association between PFHxS exposure and gestational hypertension (Liu *et al.*, 2022). Overall, the evidence does not support a causal association between PFHxS and preeclampsia or pregnancy-induced hypertension.

**Timing of Puberty**

I found only two studies examining associations between PFHxS and timing of puberty in adolescents with mixed findings (Ernst *et al.*, 2019; Zhou *et al.*, 2016). Ernst *et al.* (2019) conducted a cohort study to evaluate the associations between PFAS in maternal plasma in the first trimester and pubertal development in offspring. The authors adjusted for mother's age of menarche and parity, among other potential confounders. The highest tertile of prenatal PFHxS exposure in boys was associated with an earlier age of onset (-6.89 months) of a combined puberty indicator, specifically voice break, first ejaculation, acne, and pubic hair development. In girls, no statistically significant associations between prenatal PFHxS and earlier onset of pubertal outcomes were noted.

In a cross-sectional analysis, Zhou *et al.* (2016) assessed reproductive hormones in 13- to 15-year-old Taiwanese adolescents from the control cohort for the GBCA. The authors found no associations between serum PFHxS concentration and testosterone. PFHxS was not associated with estradiol in combined regression analyses, but when stratified by sex, PFHxS was positively associated with estradiol in boys.

**Birth and Growth Outcomes**

Several studies evaluated PFHxS exposure and birth and growth outcomes in newborns. Table A5.16 summarizes the results of these studies, which were all conducted in the general population. No consistent associations were reported between gestational PFHxS exposure and any measures of birth or growth outcomes in infants. Several studies reported no association between gestational or early-life PFHxS exposure and gestational age (Maisonet *et al.*, 2012; Lee *et al.*, 2015; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018; Meng *et al.*, 2018; Wikstrom *et al.*, 2019b), small for gestational age (Manzano-Salgado *et al.*, 2017a; Wikstrom *et al.*, 2019b), body weight (Lee *et al.*, 2015; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Starling *et al.*, 2017; Gyllenhammar *et al.*, 2018; Meng *et al.*, 2018; Cao *et al.*, 2018; Bjerregaard-Olesen *et al.*, 2019; Marks *et al.*, 2019a; Shoaff *et al.*, 2018; Wikstrom *et al.*, 2019b; Kashino *et al.*, 2020), body length (Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018; Cao *et al.*, 2018; Bjerregaard-Olesen *et al.*, 2019; Marks *et al.*, 2019a; Shoaff

*et al.*, 2018; Kashino *et al.*, 2020), BMI[92] (Maisonet *et al.*, 2012; Cao *et al.*, 2018; Shoaff *et al.*, 2018), head circumference (Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Bjerregaard-Olesen *et al.*, 2019; Marks *et al.*, 2019a; Kashino *et al.*, 2020; Gyllenhammar *et al.*, 2018), and preterm birth (Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Meng *et al.*, 2018; Liao *et al.*, 2022).

A few studies reported associations between gestational or early-life PFHxS exposure and reduced length (Maisonet *et al.*, 2012), reduced body weight (Maisonet *et al.*, 2012), increased BMI (Gyllenhammar *et al.*, 2018), or increased head circumference (Cao *et al.*, 2018).

In four recent prospective studies of gestational PFHxS exposure and adiposity and weight gain in children (Starling *et al.*, 2019; Chen *et al.*, 2019a; Marks *et al.*, 2019b; Martinsson *et al.*, 2020), no associations between PFHxS and adiposity or weight gain were reported.  A cross-sectional study reported an association between PFHxS and decreased height, but no association with body weight, in two-year-old children (Lee *et al.*, 2018).

---

[92] Maisonet *et al.* (2012) and Cao *et al.* (2018) measured ponderal index, which is similar to BMI.

**Table A5.16  Studies of PFHxS and Birth Outcomes**

| Reference | Study Population | Study Type | N | PFHxS Exposure | Birth Weight | Low Birth Weight | Preterm Birth | Placental Weight | Birth Length | Ponderal Index[a] | Head Circumference | Abdominal Circumference | Small for Gestational Age | Gestational Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bach et al., 2016 | Aarhus Birth Cohort | Prospective | 1,500 | Maternal blood | No effect | -- | No effect | -- | No effect | -- | No effect | -- | -- | No effect |
| Bjerregaard-Olesen et al., 2019 | Aarhus Birth Cohort | Prospective | 690 | Maternal serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Cao et al., 2018 | Zhoukou City, China Cohort | Prospective | 337 | Cord serum | No effect | -- | -- | -- | No effect | No effect | Increased | -- | -- | -- |
| Gyllenhammar et al., 2018 | POPUP Study | Prospective | 381 | Maternal serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | No effect |
| Kashino et al., 2020 | HSECH | Prospective | 1,951 | Maternal plasma | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Lee et al., 2015 | Seoul, South Korea Gen. Pop. | Cross-Sectional | 118 | Cord serum | No effect | -- | -- | -- | -- | -- | -- | -- | -- | No effect |
| Liao et al., 2022 | Guangxi Zhuang Birth Cohort | Cross-Sectional | 1,341 | Maternal serum | -- | -- | Decrease | -- | -- | -- | -- | -- | -- | -- |
| Maisonet et al., 2012 | ALSPAC | Prospective | 447 | Maternal serum | Decrease in T3 | -- | -- | -- | Decrease in T2 and T3 | No effect | -- | -- | -- | No effect |
| Manzano-Salgado et al., 2017a | INMA | Prospective | 1,202 | Maternal blood | No effect | No effect[b] | No effect | -- | No effect | -- | No effect | -- | No effect | No effect |
| Marks et al., 2019a | ALSPAC | Prospective | 457 | Maternal serum | No effect | -- | -- | -- | No effect[c] | -- | No effect | -- | -- | -- |
| Meng et al., 2018 | Danish National Birth Cohort | Prospective | 3,535 | Maternal plasma | Decrease[d] | No effect | No effect | -- | -- | -- | -- | -- | -- | No effect |
| Shoaff et al., 2018 | HOME | Prospective | 345 | Maternal serum | No effect | -- | -- | -- | No effect | No effect[e] | -- | -- | -- | -- |
| Starling et al., 2017 | Healthy Start Cohort | Prospective | 628 | Maternal serum | No effect[b] | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Wikstrom et al., 2019b | SELMA | Prospective | 1,533 | Maternal serum | No effect | -- | -- | -- | -- | -- | -- | -- | No effect | -- |

Notes:
ALSPAC = Avon Longitudinal Study of Parents and Children; BMI = Body Mass Index; Gen. Pop. = General Population; HOME = Health Outcomes and Measures of the Environment; HSECH = Hokkaido Study on Environment and Children's Health; INMA = INfancia y Medio Ambiente (Environment and Childhood); N = Number of Participants/Samples; PFHxS = Perfluorohexane Sulfonate; POPUP = Persistent Organic Pollutants in Uppsala Primiparas; SELMA = Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy; T# = Tertile of PFHxS Associated with Outcome Change; -- = Outcome not studied.
(a)  Birth weight divided by cubed birth length (g/cm3).
(b)  Associated with decreased adiposity that was mediated by maternal glucose.
(c)  Outcome measured in Marks et al. (2019a) is crown-to-heel length.
(d)  Decrease in birth weight was in nulliparous women only and not parous women.
(e)  Shoaff et al. (2018) measured BMI, which is similar to Ponderal Index.

**Neurodevelopmental Outcomes**

Overall, studies examining PFHxS exposure and neurodevelopmental outcomes reported no associations. In a prospective pregnancy and birth cohort, Zhang *et al*. (2018c) reported no associations between prenatal PFHxS and reading skills at ages 5 and 8 years in 167 children.  Jeddy *et al*. (2017) found that maternal serum PFHxS was not associated with verbal comprehension, vocabulary comprehension and production, nonverbal communication, social development, and communication development at 15 and 38 months in a nested-case control of 432 mother-daughter pairs.  No associations were reported in two studies of maternal PFHxS serum concentrations and childhood behavior problems and/or hyperactivity (Hoyer *et al*., 2018; Oulhote *et al*., 2016).  In a prospective birth cohort study, Niu *et al*. (2019) reported that no associations were observed between maternal plasma PFHxS and neuropsychological development measures (*i.e.*, communication, gross motor function, fine motor function, personal-social, or problem solving skills) in children aged 4 years from 533 mother-child pairs from Shanghai, China.  The median maternal plasma PFHxS concentration was 2.8 ng/mL.

In three separate studies of the HOME study cohort, Vuong *et al*. (2018a) observed no associations between concurrent childhood serum PFHxS concentrations and executive function scores at 8 years of age, no consistent associations between prenatal or childhood PFHxS concentrations and inattention, impulsivity, and visual spatial abilities at 8 years of age (Vuong *et al*., 2018b), and no association between maternal PFHxS concentrations and IQ scores at 8 years of age (Vuong *et al*., 2019).  Wang *et al*. (2015) also observed no associations between maternal serum PFHxS concentrations and childhood IQ at 5 and 8 years of age in 120 children from the Taiwan Maternal and Infant Cohort study.

Harris *et al*. (2018) reported that the lowest quartile of maternal PFHxS concentrations was associated with reduced verbal and non-verbal IQ scores in a cross-sectional analysis of children in the Project Viva cohort in the Boston area.  However, in a prospective analysis of the same cohort, the authors found that higher PFHxS concentrations were not associated with changes in IQ and the highest quartile of prenatal PFHxS was associated with *increased* design memory scores.  The authors also reported an association with all quartiles of childhood PFHxS and reduced visual-motor abilities.  The authors acknowledged that their study is limited by cross-sectional associations (in the case of childhood PFAS concentrations), selection bias due to differential loss to follow-up (excluded children tended to have higher verbal outcomes, shorter duration of breastfeeding, higher household income, higher maternal IQ, and lower maternal parity), and estimating (rather than directly measuring) PFHxS concentrations in some cases.  The authors noted that some "results were inconsistent, with higher prenatal PFAS associated in some cases with better cognitive outcomes."

Skogheim *et al*. (2020) found inconsistent associations of maternal PFHxS with ADHD or cognitive functions (language skills, estimated IQ, and working memory) in preschool children aged 3.5 years from 944 mother-child pairs participating in a longitudinal prospective study.  Maternal plasma PFHxS was determined from blood samples drawn at week 17 of gestation, with a mean concentration of 0.79 ng/mL. Results were adjusted for maternal age, education, fish intake, parity, and child's sex in all models, and additionally adjusted for maternal ADHD symptoms in analyses of the child's ADHD symptoms. Compared to the lowest quintile, PFHxS exposure in the fourth quintile was associated with significantly decreased nonverbal working memory.  No associations were observed between prenatal PFHxS exposure and ADHD symptoms or other cognitive functions in children.  The authors noted the study was subject to potential selection bias, as the participation rate was only 35%, and the participants in the study were not representative of the general population (mothers were older, and had a higher educational level and a heathier lifestyle, and the children had more ADHD-related symptoms).

**Overall Conclusions**

The weight of evidence does not establish an association between non-occupational PFHxS exposure and developmental and reproductive effects. The majority of studies reported no effects of PFHxS on fertility, timing of puberty, birth and growth outcomes, and neurodevelopmental effects. The few studies that did report associations were often contradictory and had study limitations such as cross-sectional design, or different outcomes depending on how PFHxS measures were reported (*i.e.*, by quartile or continuous measure).

## A5.4.2 Liver Enzymes and Disease

Few studies of liver function and PFHxS have been reported. In general, exposures were low and results were mixed and of uncertain clinical significance. Gleason *et al.* (2015) conducted a cross-sectional analysis evaluating liver enzymes in 4,333 participants of the 2007-2008 and 2009-2010 NHANES. Serum PFHxS concentrations averaged 1.8 ng/mL (95% CI: 1.7-1.9 ng/mL). After adjusting for confounders, increases in PFHxS were associated with an increase in ALT, AST, ALP, and TB, but not GGT. However, when the authors analyzed their data using quartiles of serum PFHxS, there were no dose-dependent associations with increasing quartiles of PFHxS and liver enzymes.

Nian *et al.* (2019) evaluated associations between liver function biomarkers and serum PFAS levels in the C8 Cohort in China in a study involving 1,605 participants from the city of Shenyang (a heavy industrial city in Liaoning, a province in northern China). PFHxS was detected in 63.1% of the study population, with a median serum concentration of 0.73 ng/mL. Increases in serum PFHxS were associated with a slight increase in cholinesterase (a non-specific biomarker of liver protein synthesis activity), although when the authors excluded alcohol drinkers from their analysis, no association was observed.

Salihovic *et al.* (2018) investigated associations between serum concentrations of PFAS and liver enzymes in a longitudinal study with a cohort of 1,002 Swedish volunteers from age 70 to 80 in 2001-2014. Median serum concentrations of PFHxS ranged from 2.08 to 3.24 ng/mL over the course of the study. Increases in serum PFHxS were associated with reduced bilirubin; however, PFHxS was not associated with ALT, ALP, or GGT.

## A5.4.3 Thyroid Hormones and Disease

Studies that evaluated PFHxS and thyroid hormones yielded mixed results. In general, either there were no associations, or the changes in thyroid hormones were small and not likely to be clinically significant. A few studies reported associations between PFHxS in people with high TPOAb (a marker for thyroid stress). In summarizing the associations between thyroid hormones and PFAS, Rappazzo *et al.* (2017) stated, "no clear patterns emerge.... Given the limited number of studies and the variability in the responses, no conclusions can be reached with certainty."

Preston *et al.* (2018) examined the associations of PFHxS exposure during early pregnancy with maternal and neonatal thyroid hormone levels. The mean serum concentration of PFHxS was 2.4 ng/mL in mothers and 2.3 ng/mL in newborn infants. Cross-sectional analysis indicated that in the mothers, serum PFHxS was not associated with total T4, free T4, or TSH. Prenatal PFHxS exposure was not associated with neonatal T4 levels in continuous PFAS models. When stratified by sex in a continuous PFAS model, male infants had a significant decrease of T4 (-0.46 μg/dL, 95% CI: -0.83 to -0.10) per IQR increase of PFHxS. When prenatal PFHxS exposure was analyzed using quartile models, there was no significant association between PFHxS plasma concentrations and neonatal T4 levels. However, when stratified by sex, male infants had significantly decreased T4 levels in both the third quartile (-1.63 μg/dL, 95% CI: -3.08 to -0.19)

and fourth quartile (-2.51 μg/dL, 95% CI: -3.99 to -1.04) compared to the first quartile; however, the magnitude of impact was small and the measurements were within reference ranges for T4, suggesting that the change is unlikely to be of clinical significance.[93]   There were no significant associations between PFHxS and TSH in the infants.

In a prospective cohort study, Webster *et al.* (2014) evaluated PFHxS exposure and thyroid hormones in pregnant women enrolled in the CHirP Study based in Vancouver, Canada.  PFHxS was not associated with free T4, total T4, or TSH among women with normal TPOAb levels.  Serum PFHxS concentration and thyroid hormones levels were each measured twice (at 15 and 18 weeks of gestation).  Median PFHxS concentrations at 15 weeks of gestation were 1.0 ng/mL.  No associations were observed between free T4 or TSH levels and IQR increases in maternal PFHxS levels among women with high TPOAb levels.

Webster *et al.* (2016) conducted a cross-sectional analysis of serum PFAS concentrations and thyroid hormone in 1,525 US adults, using NHANES data from 2007 and 2008.  The authors evaluated associations between PFHxS and free T3, free T4, the ratio of free T3 to free T4, total T3, total T4, and TSH.  They also stratified people into four groups by indicators of thyroid "stress," including higher TPOAb and low iodine status.  Median serum PFHxS was 2.0 ng/mL (IQR: 1.1-3.5 ng/mL, interquartile ratio: 3.2 ng/mL).  There were no statistically significant associations between PFHxS and any of the thyroid hormones in those with normal TPOAb and iodine levels or low iodine only.  In participants with high TPOAb alone, there was a significant positive association between interquartile ratio increase in PFHxS and total T3 (5.6% increase per interquartile ratio increase, 95% CI: 1.2-10.3).  Those with high TPOAb and low iodine had a significant increase in free T3 (3.9% per interquartile ratio increase, 95% CI: 2.3-5.5), the ratio of free T3 to free T4 (13.3% per interquartile ratio increase, 95% CI: 4.4-22.9), TSH (27.3% per interquartile ratio increase, 95% CI: 0.7-60.9), and total T3 (13.8% per interquartile ratio increase, 95% CI: 6.0-22.1).  This group also had a significant decrease in free T4 (8.3% per interquartile ratio increase, 95% CI: -15.8 to -0.2).  Only 26 participants had high TPOAb and low iodine (2% of the study size).  This small sample size is an important study limitation.

Jain (2013), also examined US adults enrolled in NHANES but did not stratify by indicators of thyroid stress and did not report statistically significant associations between PFHxS and any thyroid hormones.

Blake *et al.* (2018) assessed the association between serum PFAS and indicators of thyroid disruption in a cohort study of 210 adults (median age 38 years) recruited between 1990 and 2008.  The median serum concentration of PFHxS was 2.65 μg/L.  There were no significant changes in TSH and T4 with increased PFHxS.  In models of latent PFHxS effects (including all effects but only the first measurement of PFHxS exposure), there were no significant latent associations between exposure and either TSH or T4.

Wen *et al.* (2013) studied associations between PFHxS exposure and thyroid hormones among 1,181 NHANES participants older than 20 years in a cross-sectional study.  Geometric mean PFHxS levels were 2.00 ng/mL.  In women, a 1 unit increase in natural log-PFHxS levels was associated with increased total T4 (0.26 μg/mL, *p* = 0.002) and increased total T3 (4.07 ng/dL, *p* < 0.001).  In men, a 1 unit increase in natural log-PFHxS levels was associated with decreased log-free T4 (0.016 ng/dL, *p* = 0.019).  However, the magnitude of impact on thyroid hormone levels was small and the measurements were within reference ranges, suggesting the change is unlikely to be of clinical significance.[94]   Furthermore, there is evidence that observed associations between subclinical thyroid changes and serum concentrations of PFAS are due to reverse causation.  Thyroid hormones influence the GFR, and renal excretion is a primary route of

---

[93] Preston *et al.* (2018) reported the average age of neonates at the time of thyroid hormone measurements as 2 days old.  The Mayo Clinic (2019b) lists reference ranges for T4 levels for infants age 0-5 days as 5.0-18.5 μg/dL.

[94] The Mayo Clinic lists reference ranges for adult T4 levels as 4.5-11.7 μg/dL (Mayo Clinic, 2019b) and adult T3 levels as 80-200 ng/dL (Mayo Clinic, 2019a).

excretion for PFAS (Dzierlenga *et al*., 2019). Therefore, thyroid effects on PFAS excretion could account for some of the reported associations by Wen *et al*. (2013).

Kim *et al*. (2018b) conducted a meta-analysis of 12 articles evaluating the association between PFHxS and thyroid hormones in adults. There were no significant associations found between PFHxS and T3, T4, or TSH. There were also no associations between PFHxS concentration and thyroid hormones when analyses were limited to a subgroup of pregnant women, but in nonpregnant women only PFHxS was negatively related to total T4.

In an ecological study, Andersson *et al*. (2019) evaluated the association between PFHxS levels at two water systems in Ronneby, Sweden, one of which had elevated PFAS from 1980 to 2013, and diagnoses of and prescriptions for hyper- and hypothyroidism in 63,074 residents of those water districts. Diagnoses were considered by two independent physicians. Of those 63,074 residents, 456 individuals were diagnosed with hyperthyroidism while 858 individuals were diagnosed with hypothyroidism. Incidences of hyper- and hypothyroidism were higher for women, but generally increased across age for men and women. The risks of hyper- or hypothyroidism did not differ between the populations serviced by the two water districts or for the subgroups with higher exposures compared to the same subgroups pre-exposure from 1980 to 1984. There was, however, a small increase in hypothyroidism (HR = 1.29, CI: = 1.05, 1.57) for women whose home drinking water was sourced from the water system with elevated PFHxS between 1985 and 2004 compared to the same subgroups pre-exposure from 1980 to 1984.

In a cross-sectional study, Inoue *et al*. (2019) evaluated the associations of PFHxS with maternal TSH and free T4 during gestation weeks 5 through 19 in 1,366 women from three subcohorts within the Danish National Birth Cohort. The median serum for PFHxS was 1.11 ng/mL, the mean serum for TSH was 1.13 mIU/L, and the mean serum for free T4 was 14.2 pmol/L. TSH was positively associated with the highest PFAS exposure quartile for gestational weeks 5 to 9, but not after gestational week 10. There were no other significant associations for PFHxS.

In a cross-sectional cohort study, Itoh *et al*. (2019) evaluated associations between PFHxS and maternal TSH and free T4 concentrations in maternal serum for 701 mother-child pairs. Maternal plasma samples were collected between gestational weeks 28 and 32. Maternal thyroid status was indicated by concentrations of thyroid hormones and thyroid antibodies TgAb and TPOaB. In maternal serum, the median concentrations were 0.31 ng/mL for PFHxS, 0.802 µU/mL for TSH, 3.04 pg/mL for free T3, 13.5 pg/mL for free T4, 6.0 IU/mL for TPOAb, and 15.0 IU/mL for TgAb. For thyroid antibody negative mothers only, free T3 was positively related to PFHxS concentration in maternal serum. Itoh *et al*. (2019) also conducted a prospective birth cohort study with the offspring from the same mother-child pairs. In umbilical cord blood serum collected at birth, the median concentrations were 7.98 µU/mL for TSH, 1.29 pg/mL for free T3, 13.0 pg/mL for free T4, < 5.0 IU/mL for TPOAb, 38.0 IU/mL and TgAb. There were no significant associations between maternal PFHxS and neonatal thyroid hormone endpoints.

Lebeaux *et al*. (2020) conducted a prospective cohort study of 305 mother-child pairs enrolled in the HOME study. The authors measured thyroid hormones and PFHxS in maternal serum collected during gestational week 16 for 185 women. The median maternal serum values were 1.3 µIU/L for TSH, 10.3 µg/dL for total T4, 158.0 ng/dL for total T3, 0.7 ng/dL for free T4, 3.2 pg/mL for free T3, and 1.6 ng/mL for PFHxS. Thyroid hormones and PFHxS were also measured in cord serum and collected at birth from 256 neonates. The median cord serum values were 7.1 µIU/L for TSH, 9.6 µg/dL for total T4, 49 ng/dL for total T3, 1 ng/dL for free T4, 1.6 pg/mL for free T3, and 1.6 ng/mL for PFHxS. There were no significant associations between maternal PFHxS and TSH, total T3, total T4, or free T3. When analyses were limited to women with TPOAb levels > 0.6 IU/mL, PFHxS in maternal serum was negatively associated with free T4.

## A5.4.4 Serum Lipids and Cardiovascular Disease

### Children and Adolescents

Manzano-Salgado *et al.* (2017b) measured associations between maternal plasma PFHxS and factors related to childhood cardiometabolic conditions in 1,154 mother-child pairs from the INMA prospective birth cohort. Outcomes included weight gain from birth to six months; BMI, waist circumference, and blood pressure at 4 and 7 years; and lipids (total cholesterol, HDL cholesterol, LDL cholesterol, triglycerides) and a cardiometabolic-risk score (a composite of information on waist circumference, blood pressure, triglycerides, and HDL cholesterol) at 4 years. Maternal blood samples were collected during the first trimester. The authors found that prenatal PFHxS concentrations were positively associated with triglycerides at 4 years of age but only in boys. No other associations were noted.

Jensen *et al.* (2020) evaluated the associations between maternal PFAS concentrations and measures of adiposity in infants and young children in a prospective study of 649 mother-child pairs in the Odense Child Cohort. PFAS was measured in serum at study enrollment, with the median gestational age at enrollment of 11.3 weeks among the study participants. The median PFHxS serum concentration was 0.30 ng/mL (5th-95th percentile range = 0.08-0.66 ng/mL). There was no association with total cholesterol or triglycerides in the children. The authors reported that PFHxS was associated with ponderal index, but not with BMI, of children at birth (but not at 3 and 18 months). The effect sizes were very small, however; for each 1 ng/mL increase in maternal serum PFHxS the increase in ponderal index was 0.24 times the standard deviation of the reference value, roughly amounting to a maximum difference of 1.3% over the range of serum PFOS from the 5th to the 95th percentile. While this value may be statistically significant, the biological relevance of such a small effect size is questionable. In addition, a major limitation of this study is that the results were pooled for the 3- and 18-month old children. The physical characteristics measured (body weight, adiposity, *etc.*) are bound to change during this period of rapid development in children.

In a cross-sectional study, Jain and Ducatman (2018) evaluated the associations between PFHxS and lipid/lipoprotein levels in 458 US children aged 6-11 years using the NHANES data from 2013-2014. The geometric mean serum concentrations of PFHxS were 1.05 ng/mL in males and 0.79 ng/mL in females. No associations were observed for total, HDL, or non-HDL cholesterol with serum PFHxS in the study. Similarly, Dong *et al.* (2019) reported no significant correlations between PFHxS and total, HDL, or LDL cholesterol in 2,987 adolescents aged 12-19 years using the NHANES data from 2003-2014. The mean serum level of PFHxS was 2.9 ng/mL.

In a cross-sectional study, Fassler *et al.* (2019) examined the associations between PFHxS and body mass, serum insulin, and lipid profile in 353 six- to eight-year-old girls. Parameters included fasting insulin, glucose, insulin sensitivity, insulin resistance, fasting triglycerides, total cholesterol, HDL cholesterol, and LDL cholesterol, as well as anthropometric parameters including BMI, waist-to-hip ratio, and waist-to-height ratio. All analyses adjusted for race/ethnicity and age in months. The mean serum concentration of PFHxS was 9.10 ng/mL, ranging from <0.10 ng/mL to 185 ng/mL. No associations were observed between serum PFHxS and body mass, serum insulin, or lipid profile in the study.

Finally, Ma *et al.* (2019) studied the association between PFHxS exposure and blood pressure in 2,251 adolescents < 20 years of age enrolled in the NHANES study from 2003 to 2012. No association was observed between serum PFHxS level and blood pressure.

**Adult Populations**

Of the studies I identified regarding PFHxS and serum lipids or CVD, most (all cross-sectional) showed no effects. No associations were reported between PFHxS and serum lipids (Chen *et al*., 2019b; Dong *et al*., 2019), metabolic syndrome or individual components of metabolic syndrome (Yang *et al*., 2018), obesity (Tian *et al.*, 2019), hypertension (gestational or otherwise) (Huang *et al*., 2019; Bao *et al*., 2017; Lin *et al*. 2020b), or CVD (Lind *et al*., 2017; Huang *et al*., 2018). Christensen *et al*. (2018) reported significant *inverse* associations between PFHxS and metabolic syndrome in models with PFHxS alone and adjusting for all PFAS.

The studies that reported effects for serum lipids were inconsistent. Li *et al*. (2020) conducted a cross-sectional study to examine the associations between PFHxS exposure and serum lipid levels in 1,945 adults aged 20-60 years from Ronneby, Sweden, a municipality with a history of elevated PFAS in the drinking water, and from a nearby control area. Exposure to PFHxS was grouped into control area exposure, recent exposure from drinking water in Ronneby, and non-recent/uncertain exposure from drinking water in Ronneby. Total cholesterol, LDL, HDL, triglycerides, and ratio of total cholesterol to HDL were assessed. Multivariate analyses adjusted for age, sex, and BMI. The median serum PFHxS levels in the control group, non-recent/uncertain exposure group, and recent exposure groups were 0.98 ng/mL, 40 ng/mL, and 210 ng/mL, respectively. Overall, serum PFHxS was associated with significantly increased serum levels of total, LDL, and HDL cholesterol. When stratified by exposure groups, the significance remained for all three serum lipids in the recent exposure group, but only for total cholesterol and LDL in the control group.

Starling *et al*. (2014b) reported an increase in HDL in association with increasing serum PFHxS in a cross-sectional analysis of 891 pregnant women in the Norwegian Mother and Child Cohort Study. Spratlen *et al*. (2019) also investigated the association between cord blood PFHxS and lipids in 222 pregnant women enrolled in the Columbia University World Trade Center birth cohort between 2001 and 2012, and reported that higher PFHxS was associated with higher total lipids and higher triglycerides levels. In contrast, Seo *et al*. (2018) reported a *decrease* in both serum total cholesterol and HDL with increasing serum PFHxS in a prospective longitudinal analysis of 786 South Korean adults (200 males and 586 females) followed over the course of 10 years from 2006 to 2015.

Gardener *et al*. (2020) conducted a cross-sectional analysis of serum PFAS in late pregnancy and metabolic outcomes in 433 pregnant women enrolled in the Vanguard Pilot Study of the National Children's Study. Serum samples were collected in the third trimester, and the median PFHxS concentration was 0.5 ng/mL. PFHxS was associated with small increases in cholesterol but not with triglycerides. There were no associations between PFHxS and serum triglycerides, total cholesterol, or fasting insulin.

Two studies investigated the associations between PFHxS and stroke (Hutcheson *et al*., 2019) or coronary heart disease (Honda-Kohmo *et al*., 2019) involving subjects with diabetes from the C8 Health Project. In a cross-sectional study, Hutcheson *et al*. (2019) examined the association between PFHxS and risk of stroke and any modifying influence of diabetes in 48,206 adults. History of stroke and diabetes were determined *via* self-reported physician diagnosis. Among 3,921 individuals that reported diabetes, 238 also reported a history of stroke, and among 44,285 individuals that did not report diabetes, 643 reported a history of stroke. Potential confounding factors including race, sex, diabetes duration, BMI, HDL cholesterol, LDL cholesterol, C-reactive protein, eGFR, and smoking history were adjusted for in the analyses. Median serum PFHxS concentrations among those with and without diabetes were 2.8 ng/mL and 3.0 ng/mL, respectively. A significantly *inverse* association was observed between PFHxS exposure and history of stroke. However, when stratified by diabetes status, the inverse association remained significant only among those with diabetes.

In another cross-sectional study, Honda-Kohmo *et al*. (2019) investigated the association between PFHxS and coronary heart disease in 5,270 adults with diabetes, aged ≥20 years, from the C8 Health Project. The median concentrations of serum PFHxS measured in individuals with coronary heart disease and those without were 2.6 ng/mL and 2.8 ng/mL, respectively. A significant *inverse* association was observed between PFHxS and coronary heart disease (*i.e*., a higher PFHxS concentration was associated with lower disease incidence) after controlling for kidney function and other potential confounders.

In a prospective study of 1,058 women from the SWAN cohort in the US, Ding *et al*. (2022) evaluated the relationship between PFHxS and incident hypertension among adult women. The median serum PFHxS concentration was 1.5 ng/mL. PFHxS was not associated with incident hypertension.

Overall, the evidence does not indicate that PFHxS is associated with adverse effects on serum lipids and cardiovascular function. Studies focusing on children and adolescents reported mainly null findings, while several studies with adult populations reported inverse associations with CVD (*i.e*., a higher PFHxS concentration was associated with lower disease incidence or risk). It is also important to note that many of the studies are limited by their cross-sectional study design.

## A5.4.5 Immunological Effects

The studies that evaluated associations between PFHxS exposure and immunological effects reported mixed results. Several studies reported no associations between PFHxS and measures of immune function; others reported results that were inconsistent either within the study or among different studies. Overall, the evidence does not support an association between PFHxS and immune function.

A number of studies have investigated the association between serum PFHxS concentration and hypersensitivity outcomes such as allergies, asthma, and eczema/atopic dermatitis, and there are no consistent associations reported across studies for any of these outcomes (as summarized in Table A5.17). Several studies reported no association between maternal or child serum concentrations of PFOS and allergies (Averina *et al*., 2018; Granum *et al*., 2013; Goudarzi *et al*., 2016; Impinen *et al*., 2018, 2019; Okada *et al*., 2014; Timmermann *et al*., 2017; Wang *et al*., 2022). A few studies reported associations with allergies in certain analyses. Kvalem *et al*. (2020) reported that serum PFHxS was associated with an increased risk of allergy sensitization in all participants at age 10, but not at age 16, after correcting for multiple comparisons. Stein *et al*. (2016a) found that PFOS was not associated with allergic conditions, but that children with higher PFOS serum concentrations were less likely to be sensitized to cockroach/shrimp allergen.

Several studies reported no association between maternal or child serum concentrations of PFHxS and asthma (Granum *et al*., 2013; Impinen *et al*., 2018, 2019; Kvalem *et al*., 2020; Manzano-Salgado *et al*., 2019; Smit *et al*., 2015; Stein *et al*., 2016a; Timmermann *et al*., 2017; Zeng *et al*., 2019b). A few studies reported associations between PFOS exposure and asthma in certain analyses. Averina *et al*. (2018) found that self-reported doctor-diagnosed asthma was positively associated with serum PFHxS levels in adolescents at baseline and two years later. Beck *et al*. (2019) reported an increase in doctor diagnosed asthma with increasing maternal serum PFHxS concentrations in 5-year-old girls but not in boys. Two case-control studies reported statistically significantly higher serum PFHxS levels in asthmatic adolescents compared to non-asthmatic adolescents (Zhou *et al*., 2017; Zhu *et al*., 2016).

Multiple studies reported no association between maternal or child serum concentrations of PFHxS and eczema or atopic dermatitis (Abraham *et al*., 2020; Ait Bamai *et al*., 2020; Averina *et al*., 2018; Granum *et al*., 2013; Goudarzi *et al*., 2016; Impinen *et al*., 2018, 2019; Kvalem *et al*., 2020; Manzano-Salgado *et al*., 2019; Okada *et al*., 2014; Smit *et al*., 2015; Wen *et al*., 2019, Timmermann *et al*., 2017). Two studies

reported conflicting associations between PFHxS exposure and eczema or atopic dermatitis. Chen *et al.* (2018) reported an increase risk of eczema with increasing cord blood PFHxS concentrations in girls, but not boys, at 6-24 months of age. Timmermann *et al.* (2017) reported a decreased risk of eczema at 13 years of age with increasing maternal blood concentrations of PFHxS, but no associations with PFHxS blood concentrations in the children at ages 5 or 13 years.

Many studies that have investigated the associations between serum PFHxS concentration and overt immunological health effects in children, such as clinical symptoms of infectious diseases and prevalence of infectious diseases, and there are no consistent associations reported across studies for any of these effects (as summarized in Table A5.18). Several studies reported no association between maternal or child serum concentrations of PFHxS and upper respiratory symptoms (Ait Bamai *et al.*, 2020; Dalsager *et al.*, 2016; Goudarzi *et al.*, 2016; Impinen *et al.*, 2018, 2019; Kvalem *et al.*, 2020; Okada *et al.*, 2014; Stein *et al.*, 2016a), lower respiratory symptoms (Ait Bamai *et al.*, 2020; Dalsager *et al.*, 2016; Granum *et al.*, 2013; Impinen *et al.*, 2018, 2019; Manzano-Salgado *et al.*, 2019; Okada *et al.*, 2014; Smit *et al.*, 2015; Stein *et al.*, 2016a; Zeng *et al.*, 2019b), dermal symptoms (Granum *et al.*, 2013; Impinen *et al.*, 2019), gastrointestinal symptoms (Dalsager *et al.*, 2016; Timmermann *et al.*, 2020; Wang *et al.*, 2022), and other symptoms such as fever (Dalsager *et al.*, 2016; Timmermann *et al.*, 2020). A few studies reported associations between PFHxS exposure and infectious disease symptoms including increased diarrhea and itchy/watery eyes (Impinen *et al.*, 2019), increased cough (Timmermann *et al.*, 2020), and decreased wheeze (Goudarzi *et al.*, 2016). These findings are often not consistent with other findings in the same studies; for example, Timmermann *et al.* (2020) reported increased cough in children at 9 months of age but not at 4-7 months of age. In addition, each of the studies reporting these associations used parent-reported information on symptoms without confirmation from medical records, which increases the likelihood of bias in the reporting of symptoms.

Several studies reported no association between maternal or child serum concentrations of PFHxS and clinical illness from infectious diseases such as colds, flu, bronchitis, pneumonia, chicken pox, RSV, or ear infections (Ait Bamai *et al.*, 2020; Dalsager *et al.*, 2021; Impinen *et al.*, 2018; Kvalem *et al.*, 2020; Manzano-Salgado *et al.*, 2019; Wang *et al.*, 2022). A few studies reported associations between PFHxS exposure and decreased UTIs (Impinen *et al.*, 2019), increased colds and gastroenteritis (Granum *et al.*, 2013), increased bronchitis/pneumonia, pseudocroup, no-strep throat infections, and ear infections (Impinen *et al.*, 2019), and an increase in having any type of infectious illness (Goudarzi *et al.*, 2017; Timmermann *et al.*, 2020). Many of these findings are not consistent across studies and are often not consistent with other findings in the same studies; for example, Impinen *et al.* (2019) reported an increase in bronchitis/pneumonia and ear infections in children from birth to 3 years, but not in children at 6-7 years, and no effect on upper or lower respiratory symptoms such as cough in either age group. Zhang *et al.* (2022) reported an association between PFHxS and the common cold among children, but not adolescents.

Many studies have investigated the association between exposure to PFHxS and responses to vaccinations, and there are no consistent associations reported across studies for these effects (as summarized in Table A5.19). Several of these studies reported no associations between maternal or child serum concentrations of PFHxS and antibody response to vaccines for diphtheria (Abraham *et al.*, 2020; Grandjean *et al.*, 2012, 2017a,b; Kielsen *et al.*, 2016; Shih *et al.*, 2021), tetanus (Abraham *et al.*, 2020; Grandjean *et al.*, 2017a; Granum *et al.*, 2013; Kielsen *et al.*, 2016; Mogensen *et al.*, 2015; Shih *et al.*, 2021), measles (Granum *et al.*, 2013; Stein *et al.*, 2016a; Timmermann *et al.*, 2020), mumps (Stein *et al.*, 2016a), influenza A (H1N1) virus (Stein *et al.*, 2016b), influenza B virus (Abraham *et al.*, 2020; Granum *et al.*, 2013), hepatitis A and B viruses (Shih *et al.*, 2021), and two HFMD viruses (enterovirus 71 and Coxsackievirus A) (Zeng *et al.*, 2019a). A few studies reported associations between PFHxS exposure and vaccine responses in certain analyses, including decreased response to vaccines for tetanus (Grandjean *et al.*, 2012, 2017b; Mogensen *et al.*, 2015) and rubella (Granum *et al.*, 2013; Stein *et al.*, 2016a). The mostly null findings across studies with different vaccines indicate that PFHxS is not associated with a general reduction in antibody formation.

In addition, the one study that reported a decreased response to a vaccine that also evaluated clinical illness reported no increase in infectious diseases in the same population (Granum *et al.*, 2013), indicating that there is no evidence that lower levels of certain antibodies impact actual infectious disease outcomes.

In a cross-sectional study, Grandjean *et al.* (2020) investigated the associations between serum PFAS levels and the severity of COVID-19 infection. Plasma samples for 323 subjects aged 30-70 that had been diagnosed with SARS-CoV-2 infection were obtained from the Danish National Biobank. The severity of the infection was classified as no hospitalization; hospitalization < 14 days; hospitalization > 14 days; ICU admission; or death. The authors measured the association between serum PFHxS and infection severity with adjustments for age, sex, national origin, kidney or other chronic disease, and timing of blood sampling. PFHxS was *negatively* associated with severity of COVID-19 infection in the model adjusted for age, sex, kidney disease, other chronic disease, national origin, place of testing, and days between blood sampling and diagnosis. This study has several methodological limitations, as described in Section A5.3.1.3.

Nielsen and Joud (2021) conducted an ecological study of PFAS and COVID-19 in an exposed population in Ronneby, Sweden. The authors compared the incidence of COVID-19 in Ronneby during the first year of the pandemic with that of a nearby unexposed town that had the same COVID-19 policies. The mean serum concentration of PFHxS in Ronneby residents was 114 ng/mL, which was 135 times higher than that of the reference population. Ronneby residents also had elevated serum PFOA and PFOS. The SIR for Ronneby residents, in all districts, was 1.19 (95% CI 1.12-1.27), indicating a slight association. However, in the district with the highest exposures (mean serum concentration of 210 ng/mL), the SIR was 1.16 (95% CI: 1.01-1.30), indicating the lack of a dose-response relationship. This study is subject to many of the same limitations as those described in Section A5.1.4.5 for the ecological study by Catelan *et al.* (2021), and may be used for exploratory purposes, but no causal inference can be made.

Steenland *et al.* (2018a) evaluated whether there were differences in PFHxS levels among patients with ulcerative colitis, patients with Crohn's disease, and subjects without these conditions. Blood samples were collected one or two years after diagnosis. The mean serum PFHxS concentrations measured in 114 ulcerative patients, 60 Crohn's disease patients, and 75 controls were 2.12, 3.66, and 2.04 ng/mL, respectively. After controlling for gender, age, race, and sample year, the study observed significantly lower PFHxS serum levels in ulcerative colitis cases as compared to patients with Crohn's disease and control subjects without either condition.

Lochhead *et al.* (2021) also reported no association between PFHxS and inflammatory bowel disease, including Crohn's disease and ulcerative colitis, in a nested case-control study within the Nurses' Health Study cohorts, with 73 Crohn's disease cases, 80 ulcerative colitis cases, and matched controls for each set of cases. The median serum PFHxS concentrations in Crohn's cases and controls were 1.74 and 1.59 ng/mL, respectively, and the median serum PFHxS concentrations in ulcerative colitis cases and controls were 1.61 and 1.97 ng/mL, respectively.

Lopez-Espinosa *et al.* (2021) assessed the numbers of circulating immune cells in the Mid-Ohio Valley exposed population during two time periods: 2005-2006 (42,783 samples) and 2010 (526 samples). The median serum PFHxS concentrations in the two populations were 2.9 (2005-2006) and 2.1 ng/mL (2010). The authors reported small positive associations of PFHxS with total white blood cells, monocytes, and lymphocytes and small negative associations with eosinophils in the 2005-2006 population, and a small positive association with lymphocytes only in the 2010 population. The authors characterized all changes as "slight" and not clinically meaningful (Lopez-Espinosa *et al.*, 2021).

**Overall Conclusions**

The weight of evidence does not establish an association between non-occupational PFHxS exposure and immune disease.  In the studies described here, there were no consistent patterns of immune function deficits associated with PFHxS.  For example, in one study that reported an association between PFHxS and anti-vaccine antibodies (Granum *et al.*, 2013), only antibodies to rubella were affected, but not measles, influenza B virus, or tetanus antibody levels.  In studies of COVID-19 severity, one found that increased serum PFHxS was associated with *decreased* severity of disease (Grandjean *et al.*, 2020), and one found a slight increase in incidence in an exposed population at the ecological level (Nielsen and Joud, 2021).

**Table A5.17  Studies of PFHxS Exposure and Hypersensitivity**

| Reference | Study Population | Study Type | N | Age | PFHxS Exposure | Hypersensitivity | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Allergies | Asthma | Eczema/Atopic Dermatitis |
| Abraham et al. (2020) | 1-year-old German children | Cross-Sectional | 101 children (80 breastfed, 21 formula-fed) children | 1 year | Plasma | -- | -- | No Effect |
| Ait Bamai et al. (2020) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,689 mother-child pairs | 7 years | Maternal Blood (GW 28-32) | -- | -- | No Effect |
| Averina et al. (2018) | TFF1 (baseline) and TFF2 (3 year lag) | Longitudinal Cohort | 675 Norwegian adolescents | TFF1: First year of high school (16 years) | Adolescent Serum at Baseline | No Effect | Increase | No Effect |
| | | | | TFF2: Third year of high school (18 years) | | No Effect | Increase | No Effect |
| Beck et al. (2019) | OCC (2010-2012) | Prospective Cohort | 981 mother-child pairs | 5 years | Maternal Serum (GW 8-16) | -- | Increase (Girls Only; Doctor Diagnosed)[a] | -- |
| Chen et al. (2018) | China (2012-2015) | Prospective Birth Cohort | 687 mother-child pairs | 6-24 months | Cord Blood Plasma | -- | -- | Increase (Girls) |
| Goudarzi et al. (2016) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 1,558 children | 4 years | Maternal Plasma (GW 28-32) | No Effect | -- | No Effect |
| Granum et al. (2013) | MoBa Cohort Study (1999-2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | No Effect | No Effect | No Effect |
| Impinen et al. (2018) | ECA | Prospective Birth Cohort | 641 children | 2 years | Cord Blood | No Effect | No Effect[a] | No Effect[a] |
| | | | | 10 years | | No Effect | No Effect[a] | No Effect[a] |
| Impinen et al. (2019) | Norwegian MoBa Cohort (1999-2008) | Prospective Population-Based Pregnancy Cohort | 972 mother-child pairs | 6-7 years | Maternal Serum (T2) | No Effect[a] | No Effect[a] | No Effect[a] |
| Kvalem et al. (2020) | ECA | Prospective Birth Cohort | 378 children | 10 years | Child Serum | Increase | No Effect | No Effect |
| | | | | 16 years | | No Effect | No Effect | No Effect |
| Manzano-Salgado et al. (2019) | Spanish INMA Birth Cohort (2003-2008) | Longitudinal Birth Cohort | 1,188 mother-child pairs | 1.5 years | Maternal Blood (T1) | -- | -- | No Effect |
| | | | | 4 years | | -- | No Effect | No Effect |
| | | | | 7 years | | -- | No Effect | No Effect |
| Okada et al. (2014) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,063 mother-child pairs | 1 year | Maternal Blood (GW 28-32) | No Effect | -- | No Effect |
| | | | | 2 years | | No Effect | -- | No Effect |
| Smit et al. (2015) | INUENDO Cohort (2002-2004) | Prospective Birth Cohort | 1,024 Children | 5-9 years | Maternal Serum (at enrollment) | No Effect | No Effect | No Effect |
| Stein et al. (2016a) | NHANES (2005-2006) | Cross-Sectional | 640 children | 12-19 years | Serum | No Effect (Allergic Conditions); No Effect (Sensitization to Any, Plants, Dust Mites, Pets, Rodents, Mold, Food) Decrease (Sensitization to Cockroach/Shrimp) | No Effect | -- |
| Timmermann et al. (2017) | CHEF Project Cohort (1997-2000) | Prospective Cohort | 559 children (537 MMR and 22 no MMR)[b] | 5 years | Maternal Blood (GW 34-36) | No Effect | No Effect | -- |
| | | | | | Child Blood (5 years) | No Effect | No Effect | -- |
| | | | | 13 years | Maternal Blood (GW 34-36) | No Effect | No Effect | Decrease |
| | | | | | Child Blood (5 years) | No Effect | No Effect | No Effect |
| | | | | | Child Blood (13 years) | No Effect | No Effect | No Effect |

| Reference | Study Population | Study Type | N | Age | PFHxS Exposure | Hypersensitivity | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Allergies | Asthma | Eczema/Atopic Dermatitis |
| Wang *et al.* (2022 | NHANES (2005-2005) | Cross-Sectional | 454 adolescents | 12-17 years | Child Blood | No Effect on IgE Levels or Allergy Symptoms | -- | -- |
| Wen *et al.* (2019) | Taiwan (2001-2005) | Longitudinal Birth Cohort | 839 mother-child pairs | 6 months | Cord Plasma | -- | -- | No Effect |
| | | | | 2 years | | -- | -- | No Effect |
| Zeng *et al.* (2019b) | Shanghai Allergy Birth Cohort | Prospective Birth Cohort | 358 children | 5 years | Cord Blood | -- | No Effect | -- |
| Zhou *et al.* (2017) | GBCA (2009-2010) | Case-Control | 231 (asthma) 225 (control) | 10-15 years | Child Serum[c] | -- | Increase | -- |
| Zhu *et al.* (2016) | GBCA (2009-2010) | Case-Control | 231 (asthma) 225 (control) | 10-15 years | Child Serum (study initiation) | -- | Increase | -- |

Notes:
CHEF = Children's Health and the Environment in the Faroe Islands; ECA = Environmental and Childhood Asthma; GBCA = Genetic and Biomarkers study for Childhood Asthma; GW = Gestational Week; IgE = Immunoglobulin E; INMA = Infancia y Medio Ambiente; INUENDO = Biopersistent Organochlorines in Diet and Human Fertility; MoBa = Mother and Child Cohort Study; MMR = Measles, Mumps, and Rubella; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; OCC = Odense Child Cohort; PFHxS = Perfluorohexane Sulfonate; TFF1 = Tromsø Fit Futures 1; TFF2 = Tromsø Fit Futures 2; T# = Trimester of Pregnancy; -- = Endpoint Not Assessed in the Present Study.
(a)  Trained medical professionals or research staff diagnosed the endpoint, or the self-reported endpoint was verified by medical record review.
(b)  Timmermann *et al.*, (2017) assessed whether prenatal PFHxS exposure was related to asthma or allergic diseases and if MMR vaccine status modified any relationships.
(c)  Zhou *et al.* (2017) did not report the timing of blood-draw.

**Table A5.18  Studies of PFHxS Exposure and Clinical Symptoms or Disease**

| Reference | Study Population | Study Type | N | Age | PFHxS Exposure | Symptoms | | | | | Clinical Illness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Upper Respiratory[a] | Lower Respiratory[b] | Dermal[c] | Gastrointestinal[d] | Other | |
| Ait Bamai et al. (2020) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,689 mother-child pairs | 7 years | Maternal Blood (GW 28-32) | No Effect | No Effect | -- | -- | -- | No Effect (Varicella, Otitis Media, Pneumonia, RSV) |
| Dalsager et al. (2016) | OCC (2010-2012) | Prospective Cohort | 346 mother-child pairs | 1-4 years | Maternal Serum (GW 10-16) | No Effect | No Effect | -- | No Effect | No Effect (Fever) | -- |
| Dalsager et al. (2021) | OCC (2010-2012) | Prospective Cohort | 1,503 mother-child pairs | Birth to 5 years | Maternal Serum (GW 8-16) | -- | -- | -- | -- | -- | No Effect (Hospitalization for Any Infectious Disease, URTI, LRTI, GI Infections) |
| Goudarzi et al. (2016) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 1,558 children | 4 years | Maternal Plasma (GW 28-32) | No Effect | Decrease (Wheeze) | -- | -- | -- | -- |
| Goudarzi et al. (2017) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 1,558 mother-child pairs | 4 years | Maternal Plasma | -- | -- | -- | -- | -- | Increase (Total Infectious Diseases; Girls Only) |
| Granum et al. (2013) | Norwegian MoBa Cohort Study (1999-2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | -- | No Effect | No Effect | -- | -- | Increase (Cold, Gastroenteritis); No Effect (Otitis Media) |
| | | | | 3 years | | -- | No Effect | No Effect | -- | -- | No Effect (Cold, Gastroenteritis, Otitis Media) |
| Impinen et al. (2018) | ECA | Prospective Birth Cohort | 641 children | Birth | Cord Blood | -- | No Effect | -- | -- | -- | -- |
| | | | | 2 years | | -- | No Effect | -- | -- | -- | No Effect (Cold) |
| | | | | 10 years | | No Effect | No Effect | -- | -- | -- | No Effect (LRTI) |
| Impinen et al. (2019) | MoBa Cohort (1999 to 2008) | Prospective Population-Based Pregnancy Cohort | 972 mother-child pairs | Birth to 3 years | Maternal Serum (T2) | No Effect | No Effect | No Effect | No Effect | -- | Increase (Bronchitis/Pneumonia, Other Throat Infection, Pseudocroup, Otitis Media); Decrease (UTI); No Effect (Cold, Throat Infection with Streptococcal Bacteria) |
| | | | | 6-7 years | | No Effect | No Effect | No Effect | Increase (Diarrhea) | Increase (Itchy/Watery eyes) | Decrease (UTI); No Effect (Bronchitis/Pneumonia, Otitis Media) |
| Kvalem et al. (2020) | ECA | Prospective Birth Cohort | 378 children | 10 years | Child Serum (baseline) | No Effect | -- | -- | -- | -- | |
| | | | | 10-16 years | | -- | -- | -- | -- | -- | No Effect (Cold, LRTI) |
| | | | | 16 years | | No Effect | -- | -- | -- | -- | No Effect (Cold, LRTI) |

| Reference | Study Population | Study Type | N | Age | PFHxS Exposure | Upper Respiratory[a] | Lower Respiratory[b] | Dermal[c] | Gastrointestinal[d] | Other | Clinical Illness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Manzano-Salgano et al. (2019) | Spanish INMA Birth Cohort (2003-2008) | Longitudinal Cohort | 1,188 mother child pairs | 1.5 years | Maternal Blood (T1) | -- | No Effect | -- | -- | -- | No Effect (LRTI) |
| | | | | 4 years | | -- | No Effect | -- | -- | -- | No Effect (LRTI) |
| | | | | 7 years | | -- | No Effect | -- | -- | -- | No Effect (LRTI) |
| Okada et al. (2014) | Hokkaido Study on Environment and Children's Health | Prospective Birth Cohort | 2,063 mother-child pairs | 1 year | Maternal Blood (GW 28-32) | No Effect | No Effect | -- | -- | -- | -- |
| | | | | 2 years | | No Effect | No Effect | -- | -- | -- | -- |
| Smit et al. (2015) | INUENDO Cohort (2002-2004) | Prospective Birth Cohort | 1,024 children | 5-9 years | Maternal Serum (at enrollment) | -- | No Effect | -- | -- | -- | -- |
| Stein et al. (2016a) | NHANES (2005-2006) | Cross-Sectional | 640 children | 12-19 years | Serum | No Effect | No Effect | -- | -- | -- | -- |
| Timmermann et al. (2020) | Guinea-Bissau (2012-2015) | Randomized Control Trial | 237 Infants (135 intervention and 102 control)[e] | 4-7 months | Child serum (baseline) | -- | No Effect | -- | No Effect | No Effect (Fever) | No Effect (Any Illness) |
| | | | | 9 months | | -- | Increase (Cough) | -- | No Effect | No Effect (Fever) | Increase (Any Illness) |
| Wang et al. (2022) | Laizhou Wan (Bay) Birth Cohort (2010-2013) | Prospective Birth Cohort | 235 mother-infant pairs | 1 year | Maternal Serum (upon admission for labor) | -- | -- | -- | No Effect | -- | No Effect (Cold, Bronchitis/Pneumonia) |
| Zeng et al. (2019b) | Shanghai Allergy Birth Cohort | Prospective Birth Cohort | 358 children | 5 years | Cord Blood | -- | No Effect | -- | -- | -- | -- |
| Zhang et al. (2022 | NHANES (2013 to 2014) | Cross-Sectional | 2,732 adolescents | 12-19 years | Adolescent Serum | -- | -- | -- | -- | -- | No Effect (Cold) |

Notes:
ECA = Environmental and Childhood Asthma; GI = Gastrointestinal; GW = Gestational Week; INMA = Infancia y Medio Ambiente; INUENDO = Biopersistent Organochlorines in Diet and Human Fertility; LRTI = Lower Respiratory Tract Infection; MoBa = Mother and Child Cohort Study; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; OCC = Odense Child Cohort; PFHxS = Perfluorohexane Sulfonate; RSV = Respiratory Syncytial Virus; T# = Trimester of Pregnancy; URTI = Upper Respiratory Tract Infection; UTI = Urinary Tract Infection; -- = Endpoint Not Assessed in the Present Study.
(a) Symptoms are related to nose/nostrils, nasal sinuses, and throat, such as stuffy or runny nose, nasal congestion, rhinitis, and sore throat.
(b) Symptoms are related to trachea, bronchi, bronchioles, and lungs, such as cough and wheeze or whistling.
(c) Symptoms are related to the skin such as rash, hives, or itchiness.
(d) Symptoms are related to digestive function such as diarrhea, blood in stool, and vomiting.
(e) Timmermann et al. (2020) compared measles antibodies following a standard inoculation schedule of one dose at 9 months (n = 102) and experimental inoculation schedule of one dose at 4- 7 months and a second at 9 months (n = 135).

**Table A5.19  Studies of PFHxS Exposure and Vaccine Efficacy**

| Reference | Study Population | Study Type | N | Age | PFHxS Exposure | Vaccine Efficacy | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Diphtheria | Tetanus | MMR | Haemophilus Influenza Type A | Haemophilus Influenza Type B | Other |
| Abraham et al. (2020) | Germany (1997-1999) | Cross-Sectional | 101 (80 breastfed, 21 formula-fed) children | 1 year | Child Plasma | No Effect | No Effect | -- | -- | No Effect | -- |
| Grandjean et al. (2012) | Faroe Islands (1997-2000) | Birth Cohort | 656 children | 5 years | Maternal Serum (T3) | No Effect[a] | No Effect[a] | -- | -- | -- | -- |
| | | | | | Child Serum (age 5) | No Effect[a] | Decrease[a] | -- | -- | -- | -- |
| | | | | 7 years | Maternal Serum (T3) | No Effect | No Effect | -- | -- | -- | -- |
| | | | | | Child Serum (age 5) | No Effect | Decrease | -- | -- | -- | -- |
| Grandjean et al. (2017a) | Faroe Islands (1997-2000) | Birth Cohort | 516 Children | 13 years | Serum (age 7) | No Effect | No Effect | -- | -- | -- | -- |
| | | | | | Serum (age 13) | No Effect | No Effect | | | | |
| Grandjean et al. (2017b) | Faroe Islands (1997-2000; 2007-2009) | Prospective Birth Cohort | 656 Children (1997-2000 Cohort); 349 Children (2007-2009 Cohort) | 5 years | Maternal Serum (2 Weeks After Birth) | No Effect[c] | Decrease (Both Cohorts Combined); No Effect (2007-2009 Cohort Only) | | | | |
| | | | | | Child Serum (18 Months) | No Effect[c] | No Effect[c] | | | | |
| | | | | | Child Serum (age 5) | No Effect[c] | No Effect[c] | | | | |
| Granum et al. (2013) | MoBa Cohort Study (1999 to 2008) | Prospective Population-Based Pregnancy Cohort | 99 mother-child pairs | Birth to 3 years | Maternal Serum (birth) | -- | No Effect | Decrease (Rubella); No Effect (Measles) | -- | No Effect | -- |
| Kielsen et al. (2016) | Copenhagen University Hospital Rigshospitalet | Cross-Sectional Study | 12 Adults | 23-65 years | Serum (Post Vaccine) | No Effect | No Effect | -- | -- | -- | -- |
| Mogensen et al. (2015) | Faroe Islands (1997-2000) | Prospective Birth Cohort | 459 Children | 7 years | Serum (age 7) | No Effect | Decrease | -- | -- | -- | -- |
| Shih et al. (2021) | Faroe Islands (1986-1987) | Longitudinal Birth Cohort | 399 Adults (Hepatitis A & B) 281 Adults (Diphtheria & Tetanus) | 28 years | Cord blood | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| | | | | | Serum (age 7) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| | | | | | Serum (age 14) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| | | | | | Serum (age 22) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| | | | | | Serum (age 28) | No Effect | No Effect | -- | -- | -- | No Effect (Hepatitis A, Hepatitis B) |
| Stein et al. (2016a) | NHANES (1999-2000 and 2003-2004) | Cross-Sectional | 1,191 children (vaccine antibody study) | 12-19 years | Serum | -- | -- | Decrease (Rubella)[b]; No Effect (Measles, Mumps) | -- | -- | -- |
| Stein et al. (2016b) | Employee and Student Health Clinics at the Mount Sinai Medical Center in New York (2010) | Cross-Sectional Quasi-experiment | 78 adults | 18-49 years | Serum | -- | -- | -- | No Effect (H1N1) | -- | -- |

| Reference | Study Population | Study Type | N | Age | PFHxS Exposure | Vaccine Efficacy | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Diphtheria | Tetanus | MMR | *Haemophilus Influenza* Type A | *Haemophilus Influenza* Type B | Other |
| Timmermann *et al.* (2020) | Guinea Bissau (2012-2015) | Randomized Control Trial | 237 children[d] | 4 to 7 months | Child Serum (4 to 7 months) | -- | -- | No Effect (Measles) | -- | -- | -- |
| | | | | 9 months | | -- | -- | No Effect (Measles) | -- | -- | -- |
| | | | | 2 years | | -- | -- | No Effect (Measles) | -- | -- | -- |
| Zeng *et al.* (2019a) | GBC (2013) | Longitudinal Birth Cohort | 201 mother-infant pairs | Birth | Cord Blood | -- | -- | -- | -- | -- | No Effect (Enterovirus 71, Coxsackievirus A) |
| | | | | 3 months | | -- | -- | -- | -- | -- | No Effect (Enterovirus 71, Coxsackievirus A) |

Notes:
GBC = Guangzhou Birth Cohort; MMR = Measles, Mumps, and Rubella Vaccine; MoBa = Mother and Child Cohort Study; N = Number of Subjects; NHANES = National Health and Nutrition Examination Survey; PFHxS = Perfluorohexane Sulfonate; T# = Trimester of Pregnancy; -- = Endpoint Not Assessed in the Present Study
(a) Only post-booster data for tetanus and diphtheria antibody levels are presented in the table.
(b) Association was only observed in children who were seropositive for rubella antibodies, which indicates vaccination.
(c) Results (no effect) were the same for the 2007-2009 cohort alone and for the 2007-2009 cohort combined with the 1997-2000 cohort; the 1997-2000 cohort is the same cohort evaluated by Grandjean *et al.* (2012).
(d) Timmermann *et al.* (2020) compared measles antibodies following a standard inoculation schedule of one dose at 9 months (n = 102) and experimental inoculation schedule of one dose at 4-7 months and a second at 9 months (n = 135).

## A5.4.6 Kidney Effects

There are a few studies of PFHxS and kidney function, with mixed results. Kataria *et al*. (2015) reported no association between PFHxS and eGFR in a cross-sectional analysis of 1,960 adolescent participants (age 12-19) from the 2003-2010 NHANES surveys with a median PFHxS serum concentration of 2.0 ng/mL. In contrast, Watkins *et al*. (2013) reported a decrease in eGFR with increasing serum PFHxS concentrations in children and adolescents in the C8 Cohort with a median PFHxS concentration of 5.2 mg/mL. Conway *et al*. (2018) analyzed data from 53,650 adults from the C8 Cohort. The authors reported that in patients with CKD, higher serum PFHxS was associated with lower stage (less severe) disease compared to higher stage (more severe) disease; but in individuals without disease, PFHxS was associated with lower eGFR. Lastly, Blake *et al*. (2018) observed an association between increased serum PFHxS and lower eGFR in an adjusted repeated measures model, but not in a model of latent PFOS effects (including all effects but only the first measurement of PFOS exposure), in the Fernald Community Cohort of 210 adults (median age 38 years) recruited between 1990 and 2008. In each of the studies that reported an association, the authors noted that they could not rule out reverse causation as the basis of the association between PFHxS and eGFR.

## A5.4.7 Cancer

Few studies have evaluated PFHxS and risk of cancer. Most of the studies are of breast cancer and yielded mixed results. Studies of prostate and kidney cancer also reported mixed results. Overall, the limited evidence precludes drawing any conclusions about PFHxS and cancer.

Hurley *et al*. (2018) conducted a nested case-control analysis within the California Teachers Study, which included 902 women diagnosed with invasive breast cancer and 858 controls without breast cancer interviewed between 2011 and 2015. The median PFHxS serum concentrations were 1.52 ng/mL (range: 0.01-40.70 ng/mL) for cases and 1.61 ng/mL (range: 0.01-21.80 ng/mL) for controls. There was no association between PFHxS and breast cancer. Bonefeld-Jorgensen *et al*. (2014) also found no associations between serum PFHxS levels and breast cancer in a case-control study nested within the Danish National Birth Cohort, and Velarde *et al*. (2022) found no associations between PFHxS and breast cancer in a case-control study of women in Manila with 75 cases and 75 controls.

Wielsoe *et al*. (2017) conducted a case-control study of PFHxS exposure and breast cancer in Greenland. Cases (n = 77) were recruited at diagnosis from a hospital in Nuuk, Greenland, between 2000 and 2003 and again from 2011 to 2014. Controls (n = 84) were recruited from two cross-sectional studies of healthy women with serum PFHxS measurements or from the same hospital as the cases (and were patients for non-malignant disease). Breast cancer cases had significantly higher (p = 0.002) median serum PFHxS concentrations (2.52 ng/mL) compared with controls (1.14 ng/mL); this corresponded with a statistically significant association between increasing serum PFHxS concentration and a slightly elevated risk of breast cancer (OR = 1.16, 95% CI: 1.02-1.32). When stratified by serum PFHxS tertile (concentration ranges of each tertile not defined), only women in the third tertile of exposure had a significantly increased risk of breast cancer (OR = 2.69, 95% CI: 1.23-5.88; p = 0.013) compared to women in the first tertile of exposure.

Tsai *et al*. (2020) evaluated the associations between PFAS and breast cancer in a case-control study with 120 cases and 119 controls in Taiwan. The geometric mean PFHxS serum concentration was 0.64 ng/mL. There was no association between PFHxS and breast cancer in the total population. When stratified by age (≤50 *vs*. >50) and estrogen receptor positive *vs*. negative tumors, there was an association between PFHxS exposure and estrogen receptor positive tumors in women in the ≤50 age group. This study had several limitations, including a small population size, significant differences in the case and control populations for smoking status and education level, failure to adjust results for multiple comparisons, and a lack of

temporality (*i.e.*, PFHxS levels were measured in a single blood sample collected at the time the breast cancer cases and controls were enrolled in the study).

Feng *et al*. (2022) did not find an association between PFHxS and breast cancer in a case-cohort study of 226 incident breast cancer cases and 990 age-stratified randomly selected sub-cohort subjects within the Dongfeng-Tongji cohort, who were followed for 9.6 years. The median serum PFHxS concentration in cases was 0.78 ng/mL.

Itoh *et al*. (2021) found no increased risk of breast cancer in association with PFHxS in a hospital-based case-control study of 405 matched pairs from 2001 to 2005 in Nagano Prefecture, Japan. Likewise, no associations were observed when results were stratified by menopausal status or hormone receptor status.

Omoike *et al*. (2020) conducted a cross-sectional study of serum PFAS and prostate, uterine, breast and ovarian cancers in 11,631 NHANES adult participants using data from 2005-2012 surveys. The median PFHxS serum concentration was 1.60 ng/mL. The authors reported an increased risk of breast and ovarian cancers with increasing PFHxS, but a *decreased* risk of prostate and uterine cancers.

Hardell *et al*. (2014) conducted a case-control study of 201 prostate cancer cases and 186 control participants residing in Sweden. Blood was collected between 2007 and 2011 at enrollment, prior to any cancer treatment. Serum PFHxS (median concentration of 0.91 ng/mL in controls and 0.87 ng/mL in cases) was not associated with increased risk of prostate cancer. However, in an analysis including hereditary risk (*i.e.*, a family history of this type of cancer), the authors reported that compared to participants without a hereditary risk of prostate cancer and a serum PFHxS concentration below the median, those with a hereditary risk of prostate cancer and a serum PFHxS concentration above the median had a significantly increased risk of prostate cancer (OR = 4.4, 95% CI: 1.7-12). This finding might suggest a possible association between prostate cancer in individuals with PFHxS exposure and a family history of prostate cancer; however, it should be noted that PFHxS was measured only at the time of diagnosis. Serum concentrations at the more relevant time of disease initiation (cancer latency is often a decade or more) could have been very different than at diagnosis. PFHxS was also the only PFAS measured in this study that had a significant interaction for serum concentration and prostate cancer heredity.

In a nested case-control study, Shearer *et al*. (2020) investigated the risk renal cell carcinoma and pre-diagnostic serum concentration of PFHxS in 324 renal cell carcinoma cases and 324 individually matched controls with in the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial. Pre-diagnostic serum samples were collected an average of 8.8 years before renal cell carcinoma diagnosis. Multivariate analyses controlled for age, sex, race/ethnicity, study center, study year of blood draw, eGFR, BMI, smoking status, history of hypertension, prior freeze-thaw cycles, and calendar year of blood draw. The median serum PFHxS level was 3.4 µg/L in controls; no levels were reported in cases. When modeled continuously, each doubling of serum PFHxS was associated with significantly increased risk of renal cell carcinoma (OR = 1.27; 95% CI: 1.03-1.56). However, the statistical significance disappeared when the models further adjusted for PFOA and PFOS. When examined by PFHxS exposure quartiles, a linear positive trend was observed for renal cell carcinoma risk (4th *vs*. 1st quartile, OR = 2.07, 95% CI: 1.06-4.04; p = 0.04). However, when further adjusted for PFOA and PFOS, the associations were attenuated and the trend disappeared ($p_{trend}$ = 0.40).

In a hospital-based case-control study of 134 cases of thyroid cancer and 185 hospital-based healthy controls (undergoing routine medical visits) in China, Liu *et al*. (2021) reported a *decrease* in thyroid cancer in association with PFHxS. The geometric mean PFHxS serum concentrations were 0.6 ng/mL in cases and 1.8 ng/mL in controls. When stratified by sex, the inverse relationship held for both women and men. Liu *et al*. (2021) cited reverse causation as a possible explanation for the inverse relationship.

Li *et al*. (2022) conducted an ecological study of the population of Ronneby, Sweden, described in Section A5.1.4.7. The PFHxS concentration in the drinking water in the exposed districts of Ronneby was 1,700 ng/L in 2013, right before the water plant was closed. In a subset of the 60,507 study subjects who had ever lived in Ronneby from 1985-2013, the mean PFHxS serum level was 30 ng/mL in residents who never lived in exposed districts and 176 ng/mL in residents who had ever lived in exposed districts. In a reference population of residents of nearby towns, the mean serum PFHxS concentration was 0.84 ng/mL. When the exposed residents were categorized by the timeframe of exposure, mean serum levels were 43 ng/mL in a subset of "early" exposed residents (up to 2004 only) and 210 ng/mL in "late" exposed residents (including exposure after 2004).

For overall cancer incidence, Li *et al*. (2022) reported no difference in exposed males, and a decrease in exposed females, compared to the reference population. For individual cancers, there was an increase in cancers of the trachea/lung and bone/cartilage in males, an increase in thyroid cancer in females, and a decrease in breast and skin (non-melanoma) cancers in females. Compared to Ronneby residents who did not live in exposed districts, the exposed population had no increases in overall or any individual cancers, and a decrease in prostate cancer. In a dose-response analysis of early- *vs*. late-exposed Ronneby residents, the authors reported an increase in kidney and skin cancer (although the confidence interval for the increase in kidney cancer risk included 1.00, and therefore is not statistically significant), and a decrease in prostate cancer. However, when the cancer incidence was analyzed by short (1-10 years) *vs*. long ($\geq$ 11 years) exposure, no associations were found. As this is an ecological study, no inferences can be made regarding causation. Furthermore, different results were obtained depending on the type of analysis employed. This study is also subject to the issue of multiple comparisons (257), so some of the significant results may have been due to chance.

### A5.4.8 The Australian National University Study

The Australian National University (2021a-c) undertook a study to investigate potential health effects in three Australian communities, the towns of Katherine, Oakey, and Williamtown ("PFAS Management Areas"), with elevated PFAS (mainly PFOS and PFHxS) in the environment. This study is described in detail in Section A5.2.5.

The geometric means of serum PFHxS in the three Management Areas ranged from 2.9 to 3.7 ng/mL, while the geometric means in the comparison communities ranged from 0.7 to 1.2 ng/mL. PFHxS in serum was associated with high total serum cholesterol in one of the three Management Areas only. Serum PFHxS was not associated with any other serum biomarkers, or with any self-reported health effects.

The Australian National University (2021b) concluded that there was clear evidence of an association between PFAS and elevated cholesterol, but that "differences were small and unlikely to be relevant to health." The Australian National University (2021b) also concluded that "Overall, there was little association between PFAS and biochemical markers of disease risk…" and that "[f]or the majority of the health outcomes we studied, our findings were consistent with previous studies that have not conclusively identified causative links between PFAS and health outcomes."

## A5.5   PFNA

Several of the associations between PFNA and various health effects in humans, including reproductive and developmental, liver, thyroid, serum lipids and cardiovascular, immunological, and kidney effects, and cancer, have yielded little evidence of any effects of PFNA exposure on human health.

## A5.5.1 Reproductive and Developmental Effects

I identified several studies on the relation between PFNA exposure and various reproductive and developmental outcomes, including female and male fertility and miscarriage, timing of puberty, birth and growth outcomes, and neurodevelopmental effects (*e.g.*, hyperactivity and intelligence). Based on these studies, I conclude that the weight of evidence does not establish an association between non-occupational PFNA exposure and developmental and reproductive effects.

### Female and Male Fertility

Overall, the studies of PFNA exposure and female fertility did not report associations. Vestergaard *et al*. (2012) did not find an association with serum PFNA concentrations and delayed TTP or fecundity in a prospective cohort study in 222 Danish women. Bach *et al*. (2018) reported no association between plasma PFNA level during early pregnancy and TTP in 638 nulliparous or 613 parous Danish women. Similarly, Jorgensen *et al*. (2014) measured fecundability and infertility in the INUENDO Cohort, including women from Greenland, Poland, and Ukraine. Although the authors found that PFNA was associated with reduced fecundability ratios and increased infertility in women from Greenland and in a pooled analysis, a sensitivity analysis restricted to women who had not been pregnant before showed no association between PFNA and fecundability or increased infertility. Jorgensen *et al*. (2014) concluded that the associations found with PFNA were "not consistently found in all three study populations despite similar exposure levels" and the sensitivity analysis "did not support an association between PFAS and TTP." Further, Bach *et al*. (2015a) suggested that reported associations between PFAS and decreased fecundability may be due to reverse causation, because serum PFAS concentration decreases during pregnancy and lactation, such that women who had never been pregnant would have higher serum PFAS concentrations than those that had been pregnant.

In an analysis of a subgroup of the prospective Norwegian Mother and Child Cohort study, Singer *et al*. (2018) found no associations between plasma PFNA and irregular menstrual cycles or menstrual cycle length in the year prior to pregnancy among 1,977 pregnant women. In a case-control study, Zhang *et al.* (2018b) did not find a statistically significant association between PFNA exposure and primary ovarian insufficiency, and McCoy *et al.* (2017) observed that neither plasma PFNA nor follicular fluid PFNA were associated with ovarian function, as measured by patterns in estradiol concentration, follicle counts, and numbers of oocytes retrieved in 36 women undergoing assisted reproductive treatment in California. Finally, Wang *et al*. (2017) conducted a case-control study of 157 women with endometriosis-related infertility and 178 controls and found that PFNA (> 1.5-7.1 ng/mL) was *inversely* associated with endometriosis-related infertility; however, this inverse association was attenuated in a sensitivity analysis.

Louis *et al*. (2015) assessed various semen parameters, such as volume, motility, morphology, and sperm chromatin stability, in a prospective cohort study of 501 Texas and Michigan couples trying to conceive, who were recruited from the LIFE Study Cohort. Of the 35 outcomes measured, PFNA exposure was statistically significantly associated with a *lower* percentage of sperm with coiled tails (a morphological change in sperm that may be used as one of several indicators of poor semen quality) ($p < 0.05$).

Louis *et al*. (2016) found no association between PFNA exposure and increased risk of pregnancy loss (tracked through home pregnancy tests) in a prospective study of 501 American couples recruited prior to conception with no history of clinically diagnosed fertility. Conversely, Jensen *et al*. (2015) found that PFNA was associated with increased odds of miscarriage in a case-cohort study of 51 cases and 204 control women enrolled in the Odense Child Cohort between 2010 and 2012. The authors acknowledged that "residual confounding from lifestyle and behavioral factors (socioeconomic status, diet *etc*.) may be a possible explanation [for the association]."

**Menopause**

A prospective cohort study reported associations between serum PFNA concentrations collected at baseline and earlier age at menopause among a multiracial/multiethnic cohort of premenopausal women (Ding *et al.*, 2020). For every doubling of serum PFNA concentrations, there was a small increase in menopause incidence (HR per doubling PFNA = 1.12, 95% CI: 1.01-1.24). As discussed above (see Section A5.1.4.1), these findings may be a result of reverse causation.

**Preeclampsia and Hypertension**

Studies of PFNA and preeclampsia in the general population are inconsistent. In a prospective cohort study, Wikstrom *et al.* (2019a) reported a statistically significant increased association between preeclampsia for each doubling of serum PFNA in early pregnancy (*i.e.*, at week 10 of pregnancy) in 1,773 pregnant Swedish women. The median serum concentration of PFHxS was 1.23 ng/mL. Rylander *et al.* (2020) conducted a case-control study with 296 preeclampsia cases and 580 controls and also reported an association between serum concentrations of PFNA in early pregnancy and the risk of developing preeclampsia, but in multiparous women only, and only when analyzed by continuous measure. When the authors analyzed the association by exposure quartile, there was no association between PFNA and preeclampsia in either primiparous or multiparous women. The median serum concentrations of PFNA (in ng/mL) for primiparous cases, multiparous cases, primiparous controls, and multiparous controls were 0.47, 0.44, 0.46, and 0.38, respectively. Huo *et al.* (2020) found no associations of continuous PFNA levels with gestational hypertension, preeclampsia, or overall hypertensive disorders of pregnancy in a prospective cohort study of 3,220 women from Shanghai, China. The median PFNA levels from blood samples collected before 20 weeks of gestation were 1.69 ng/mL. Preston *et al.* (2022) reported no associations between maternal plasma PFNA concentrations and hypertensive disorders of pregnancy, including preeclampsia. Two additional prospective studies reported no association between PFNA and gestational hypertension (Yang *et al.*, 2022; Bommarito *et al.*, 2021) while one case-control study reported a positive association between PFNA exposure and gestational hypertension (Liu *et al.*, 2022). Overall, the evidence does not support a causal association between PFNA and preeclampsia or pregnancy-induced hypertension.

**Timing of Puberty**

Ernst *et al.* (2019) conducted a cohort study to evaluate the associations between PFAS in maternal plasma in the first trimester and pubertal development in offspring. The authors adjusted for mother's age of menarche and parity, among other potential confounders. The authors reported that prenatal PFNA exposure was associated with earlier onset of acne and voice break in boys and earlier onset of breast and pubic hair development in girls; however, prenatal PFNA exposure was not associated with a change in a combined puberty indicator in either boys or girls. Given the lack of consistent results and the absence of an exposure-response relationship, this study does not confirm an association between PFNA exposure and earlier age of puberty. In a separate cross-sectional analysis, Zhou *et al.* (2016) assessed reproductive hormones in 13- to 15-year-old Taiwanese adolescents from the control cohort for the GBCA recruited between 2009 and 2010. The authors found no associations between serum PFNA concentration and testosterone in combined regression analyses, but when stratified by sex, PFNA was inversely associated with testosterone in boys. The authors also found that PFNA was positively associated with estradiol in combined regression analysis, but when the analyses were stratified by sex, the associations were not statistically significant. The authors noted that information on menstruation status was missing for the sampling period. Overall, these studies do not confirm associations between PFNA and timing of puberty.

**Birth and Growth Outcomes**

Among the studies that examined PFNA exposure and birth and growth outcomes, no consistent associations were reported between gestational PFNA exposure and any measures of birth or growth outcomes in infants (as summarized in Table A5.20). Several studies reported no association between gestational PFNA exposure and gestational age (Chen *et al.*, 2012; Lee *et al.*, 2015; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018), small for gestational age (Chen *et al.*, 2012; Wang *et al.*, 2016; Manzano-Salgado *et al.*, 2017a), body weight (Chen *et al.*, 2012; Lee *et al.*, 2015; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018; Cao *et al.*, 2018; Bjerregaard-Olesen *et al.*, 2019; Shoaff *et al.*, 2018), body length (Bach *et al.*, 2016; Wang *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018; Cao *et al.*, 2018; Bjerregaard-Olesen *et al.*, 2019; Marks *et al.*, 2019a; Shoaff *et al.*, 2018), BMI[95] (Cao *et al.*, 2018; Shoaff *et al.*, 2018), head circumference (Chen *et al.*, 2012; Bach *et al.*, 2016; Wang *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Gyllenhammar *et al.*, 2018; Cao *et al.*, 2018; Bjerregaard-Olesen *et al.*, 2019; Marks *et al.*, 2019a; Kashino *et al.*, 2020), and preterm birth (Chen *et al.*, 2012; Bach *et al.*, 2016; Manzano-Salgado *et al.*, 2017a; Meng *et al.*, 2018; Liao *et al.*, 2022).

---

[95] Cao *et al.* (2018) measured ponderal index, which is similar to BMI.

**Table A5.20  Studies of PFNA and Birth Outcomes**

| Reference | Study Population | Study Type | N | PFNA Exposure | Birth Weight | Low Birth Weight | Preterm Birth | Placental Weight | Birth Length | Ponderal Index[a] | Head Circumference | Abdominal Circumference | Small for Gestational Age | Gestational Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bach et al., 2016 | Aarhus Birth Cohort | Prospective | 1,500 | Maternal blood | No effect | -- | No effect | -- | No effect | -- | No effect | -- | -- | No effect |
| Bjerregaard-Olesen et al. 2019 | Aarhus Birth Cohort | Prospective | 690 | Maternal serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Chen et al., 2012 | Taiwan Birth Panel | Longitudinal Cohort | 429 | Cord blood | No effect | No effect | No effect | -- | Increase | Decrease | No effect | -- | No effect | No effect |
| Cao et al., 2018 | Zhoukou City, China Cohort | Prospective | 337 | Cord serum | No effect | -- | -- | -- | No effect | No effect | No effect | -- | -- | -- |
| Gyllenhammar et al., 2018 | POPUP Study | Prospective | 381 | Maternal serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | No effect |
| Kashino et al., 2020 | HSECH | Prospective | 1,951 | Maternal plasma | Decrease | -- | -- | -- | Decrease | -- | No effect | -- | -- | -- |
| Lee et al., 2015 | Seoul, South Korea Gen. Pop. | Cross-Sectional | 118 | Cord serum | No effect | -- | -- | -- | -- | -- | -- | -- | -- | No effect |
| Liao et al., 2022 | Guangxi Zhuang Birth Cohort | Cross-Sectional | 1,341 | Maternal serum | -- | -- | No effect | -- | -- | -- | -- | -- | -- | -- |
| Marks et al., 2019a | ALSPAC | Prospective | 457 | Maternal serum | Decrease in T3 | -- | -- | -- | No effect[b] | -- | No effect | -- | -- | -- |
| Manzano-Salgado et al., 2017a | INMA | Prospective | 1,202 | Maternal blood | No effect | No effect | No effect | -- | No effect | -- | No effect | -- | No effect | No effect |
| Meng et al., 2018 | Danish National Birth Cohort | Prospective | 3,535 | Maternal plasma | Decrease in Q4, continuous | No effect | No effect | -- | -- | -- | -- | -- | -- | Decrease in Q2 and Q4, continuous |
| Shoaff et al., 2018 | HOME | Prospective | 345 | Maternal blood | No effect | -- | -- | -- | No effect | No effect[c] | -- | -- | -- | -- |
| Starling et al., 2017 | Healthy Start Cohort | Prospective | 628 | Maternal serum | Decrease[d] | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Wang et al., 2016 | Taiwan Maternal and Infant Cohort | Cohort | 223 | Maternal serum | Decrease (females only) | -- | -- | -- | No effect | -- | No effect | -- | No effect | -- |
| Wikstrom et al., 2019b | SELMA | Prospective | 1,533 | Maternal serum | Decrease | -- | -- | -- | -- | -- | -- | -- | Increase | -- |

Notes:
ALSPAC = = Avon Longitudinal Study of Parents and Children; BMI = Body Mass Index; Gen. Pop. = General Population; HOME = Health Outcomes and Measures of the Environment; HSECH = Hokkaido Study on Environment and Children's Health; INMA= Infancia y Medio Ambiente (Environment and Childhood); N = Number of Participants/Samples; PFNA = Perfluorononanoic Acid; POPUP = Persistent Organic Pollutants in Uppsala Primiparas; Q# = Quartile of PFNA Associated with Outcome Change; SELMA = Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy; T# = Tertile of PFNA Associated with Outcome Change; -- = Outcome Not Studied.
(a)  Birth weight divided by cubed birth length (g/cm$^3$).
(b)  Outcome measured in Marks et al. (2019a) is crown-to-heel length.
(c)  Endpoint measured was BMI, which is similar to Ponderal Index.
(d)  Decreased adiposity observed in the highest exposure group.

A few studies reported associations between gestational or early-life PFNA exposure and increased odds of being small for gestational age (Wikstrom *et al*., 2019b), decreased gestational age (Meng *et al*., 2018), reduced weight (Wang *et al*., 2016; Starling *et al.*, 2017); Meng *et al.*, 2018; Wikstrom *et al*., 2019b; Kashino *et al*., 2020), reduced length (Kashino *et al*., 2020), increased length (Chen *et al*., 2012), or decreased BMI, measured as ponderal index (Chen *et al*., 2012).

In a cross-sectional study of 463 mother-child pairs in the Faroe Islands, maternal serum PFNA concentration was associated with increased anogenital distance in male infants but not female infants (Christensen *et al*., 2021). Due to the cross-sectional study design, it is not possible to determine whether the exposure preceded the outcome, so no conclusions can be made regarding causality. The authors noted that the results of this study are inconsistent with the decreases in anogenital distance reported in animal studies with exposure to PFAS and that would be expected in male offspring if PFAS induced endocrine disruption. Further, the authors stated that the effect of increased anogenital distance on the reproductive health of males is unknown, but they cited several studies, including that of Eisenberg *et al*. (2011), that reported associations between longer anogenital distance and increased sperm counts and fatherhood. Thus, the clinical relevance of the increased anogenital distance reported in this study is questionable, as it is not clear whether this outcome can be considered an adverse effect.

In four recent prospective studies of gestational PFNA exposure and adiposity and weight gain in children (Starling *et al*., 2019; Chen *et al*., 2019a; Marks *et al*., 2019b; Martinsson *et al*., 2020), no consistent associations between PFNA and adiposity or weight gain were reported. A cross-sectional study reported associations between PFNA and decreased height and body weight in two-year-old children (Lee *et al*., 2018).

**Neurodevelopmental Outcomes**

Overall, the studies that examined neurodevelopmental outcomes reported mixed associations with PFNA exposure. Some studies reported that PFNA is not associated with neurodevelopmental outcomes, while other studies reported mixed results.

Hoyer *et al*. (2018) found that maternal PFNA serum concentrations were not consistently associated with problem behaviors or hyperactivity in 1,023 mother-child pairs. Similarly, Ode *et al*. (2014) reported no associations between maternal serum or umbilical cord PFNA concentration and ADHD in children born to mothers enrolled in a birth cohort in Sweden.

Other studies reported that PFNA exposure was either not associated with neurodevelopmental outcomes or was associated with *improved* neurodevelopmental outcomes. Harris *et al*. (2018) found that the highest quartile of maternal PFNA was associated with *improved* memory scores in 7- to 8-year-old children in a prospective analysis of the Project Viva cohort; however, in a cross-sectional analysis of PFNA concentrations in childhood, PFNA was not associated with memory scores. The authors acknowledged that their study was limited by cross-sectional associations (in the case of childhood PFAS concentrations), selection bias due to differential loss to follow-up (excluded children tended to have higher verbal outcomes, shorter duration of breastfeeding, higher household income, higher maternal IQ, and lower maternal parity), and estimating (rather than directly measuring) PFNA concentrations in some cases. Zhang *et al*. (2018c) also reported statistically significant positive associations between prenatal PFNA and reading scores, *i.e.*, higher serum PFNA was correlated with a better reading ability, in children age 5 and 8 years in a prospective pregnancy and birth cohort of 167 mother-child pairs. In a nested-case control of 432 girls age 15 and 38 months, Jeddy *et al*. (2017) found that PFNA exposure was *positively* associated with verbal comprehension and no other variables (vocabulary comprehension and production, nonverbal communication, social development, and communication development).

Some studies reported that PFNA exposure was associated with neurodevelopmental deficits. Although Wang *et al*. (2015) found no associations between maternal serum PFNA concentrations and childhood IQ at 5 years of age and performance and full-scale IQ at 8 years of age, maternal serum PFNA was associated with reduced verbal IQ scores at 8 years of age in a prospective study of 120 children from the Taiwan Maternal and Infant Cohort. Similarly, Lien *et al*. (2016) reported that cord blood PFNA concentration was positively associated with ADHD symptoms in 7-year-old children enrolled in the Taiwan Birth Panel Study and the Taiwan Early-Life Cohort. The authors acknowledged that their study was limited due to selection bias and at least 48 statistical comparisons, which increased the odds that a spurious positive result would be detected. The authors stated that "this study should be interpreted with caution, and further study is warranted to confirm our findings." Oulhote *et al*. (2016) found no association between prenatal PFNA exposure and early childhood behavior problem scores in 491 seven-year-old Faroese children. However, a two-fold increase in serum PFNA was associated with increased behavior-problem scores in 508 five-year-old children. Finally, in three separate studies in the HOME cohort, Vuong *et al*. reported no consistent associations between prenatal or childhood PFNA concentrations and inattention, impulsivity, and visual spatial abilities at 8 years of age (Vuong *et al*., 2018b), but the authors also reported that concurrent childhood serum PFNA concentrations were positively associated with executive function scores at 8 years of age (Vuong *et al*., 2018a), and that PFNA concentrations at 3 years of age were associated with *improved* full-scale IQ and perceptual reasoning scores in 8-year-old children (Vuong *et al*., 2019).

In a prospective birth cohort design, Niu *et al*. (2019) evaluated neurodevelopment in 533 mother-child pairs from Shanghai, China. The median maternal plasma PFNA concentration was 1.8 ng/mL. The authors reported a statistically significant positive association between maternal PFNA and personal-social skill in children. When stratified by sex, the significant positive association remained in girls only. In addition, the study reported significantly decreased communication skills and increased personal-social skills in girls with increased PFNA tertiles (p-trend < 0.05 for both). No statistically significant associations were observed between maternal PFNA and developmental problems in gross motor function, fine motor function, or problem solving skills. Results were adjusted for potential confounding factors including maternal age at enrollment, pre-pregnancy BMI, parity, per capita household income, passive smoking, gestational age, and child's sex.

Skogheim *et al*. (2020) showed inconsistent associations of maternal PFNA with ADHD or cognitive functions (language skills, estimated IQ, and working memory) in preschool children aged 3.5 years from 944 mother-child pairs participating in a longitudinal prospective ADHD study. The maternal plasma PFNA level was determined from blood samples drawn at week 17 of gestation, with a mean concentration of 0.45 ng/mL. Results were adjusted for maternal age, education, fish intake, parity, and child's sex in all models, and additionally adjusted for maternal ADHD symptoms in analyses of ADHD symptoms. Compared to the lowest quintile, PFNA exposure in the third quintile was associated with significantly decreased nonverbal working memory, and PFNA exposure in the highest quintile was associated with significantly increased verbal working memory. No associations were observed between prenatal PFNA exposure and ADHD symptoms, estimated IQ, or language skills in children. The authors noted the study was subject to potential selection bias, as the participation rate was only 35%. In addition, the participants in the study are not representative of the general population because the mothers were generally older and had a higher educational level and a heathier lifestyle, and the children had more ADHD-related symptoms, than in the general population.

**Overall Conclusions**

The weight of evidence does not establish an association between non-occupational PFNA exposure and developmental and reproductive effects. There are no consistent patterns of effects from PFNA exposure in studies of fertility, miscarriage, puberty, birth, and growth outcomes, or neurodevelopmental effects. For example, most studies of fertility found no association, while two studies (Singer *et al*., 2018; Louis *et al*.,

2015) reported improvements in some measures of fertility with increasing PFNA. As another example, Vuong *et al.* (2018b) reported that serum PFNA concentrations were positively associated with improved full-scale IQ scores in 8-year-old children, while Wang *et al.* (2015) reported no association between PFNA and full scale IQ in 8-year-old children.

## A5.5.2 Liver Enzymes and Disease

Studies of PFNA and liver enzymes reported mixed results. Increases in serum PFNA were variously associated with ALT only (Gleason *et al.*, 2015) in a general population study; ALP but not ALT or GGT (Salihovic *et al.*, 2018), in a general population study; or ALT, AST, and GGT (Nian *et al.*, 2019) in a study of an exposed community.

In a longitudinal study of an occupationally exposed cohort with 592 current and former workers (518 men and 74 women), Mundt *et al.* (2007) classified employees as "high," "low," or "no exposure" based on complete work histories. Mean serum liver enzyme concentrations were determined for 1976, 1989, 1995, 1998, and 2001 by a review of medical records. In men, no consistent results were observed in all analysis windows. For example, in men, ALT was increased in the "high" exposure category compared to the "low" exposure category, but not the "no exposure" category, in the 1976 analysis window but not others. ALT was increased in the men's "high" exposure category compared to the "no exposure" category in the 2001 analysis window but not others. In the 1998 analysis window, men's ALP was increased in the "high" exposure category compared to the "no exposure" category. In women, there were no observed differences between exposed and unexposed groups for any liver enzyme across all analysis windows.

Given the inconsistency of reported findings, the evidence does not support an association of liver enzymes with PFNA exposures.

## A5.5.3 Thyroid Hormones and Disease

Studies that evaluated PFNA and thyroid hormones yielded mixed results. In general, either there were no associations, or the changes in thyroid hormones were mostly within reference ranges, indicating little clinical significance. A few studies reported associations between PFNA in people with high TPOAb (a marker for thyroid stress).

Preston *et al.* (2018) examined the associations of PFNA exposure during early pregnancy with maternal and newborn infant thyroid hormone levels. The mean serum concentration of PFNA was 0.6 ng/mL in mothers and 0.6 ng/mL in infants. Cross-sectional analysis indicated that in the mothers, increased serum PFNA was associated with decreased TSH in TPOAb-positive (TPOAb is a marker of the autoimmune condition called Hashimoto's Disease) women only (16.1% decrease in TSH per IQR increase, 95% CI: -27.7 to -2.56). There were no associations between prenatal PFNA plasma concentrations and neonatal T4 levels.

In a prospective cohort study, Webster *et al.* (2014) evaluated PFNA exposure and thyroid hormones in pregnant women enrolled in the CHirP Study based in Vancouver, Canada. PFNA was not associated with free T4, total T4, or TSH among women with normal TPOAb levels. Serum PFNA concentration and thyroid hormone levels were each measured twice (at 15 and 18 weeks of gestation). Median PFNA concentrations at 15 weeks of gestation were 0.6 ng/mL. Among women with high TPOAb, TSH was significantly increased (46%, 95% CI: 8-85%, per 0.4 ng/mL increase in PFNA). A non-significant decrease in free T4 (3%, 95% CI: -11-4%, per 0.4 ng/mL increase in PFNA) was observed in women with high TPOAb. There is some uncertainty regarding the clinical relevance of these findings. Maternal T4 is the only source of T4 to the developing fetus before the fetal thyroid begins to function in the middle of

gestation; however, it is unclear whether the small decreases in maternal free T4 would have affected the fetus. Women with high TPOAb levels have decreased thyroid capacity to produce T4 and T3 and thus often produce compensatory TSH. However, the PFNA-associated decreases in free T4 were very small and of uncertain biological significance (Webster *et al.*, 2014). The results related to women with high TPOAb are also limited due to the small sample size of women with high TPOAb (n = 14).

In a cohort study, Lopez-Espinosa *et al.* (2012) investigated the association between PFNA exposure and self-reported thyroid disease, TSH, and total T4 in over 10,000 children age 1-17 years enrolled in the C8 Cohort. There was a significant increase in total T4 in boys and girls (1.1%, 95% CI: 0.7-1.5%) per IQR increase in serum PFNA. However, there was no increased risk of thyroid disease or hypothyroidism, whether subclinical (slight changes in hormones that may be associated with disease) or overt disease.

Blake *et al.* (2018) evaluated the association between serum PFAS and indicators of thyroid disruption in a cohort study of 210 adults (median age 38 years) recruited between 1990 and 2008. The median serum concentration of PFNA was 0.50 μg/L. The changes in TSH and T4 per IQR increase in PFNA were not statistically significant. In models of latent PFNA effects (including all effects but only the first measurement of PFNA exposure), there was a significant association between IQR increase in PFNA and T4 (3.02%, $p = 0.05$) but not TSH.

Webster *et al.* (2016) conducted a cross-sectional analysis of serum PFAS concentrations and thyroid hormone in 1,525 US adults, using NHANES data from 2007 and 2008. The authors assessed associations between PFNA and free T3, free T4, the ratio of free T3 to free T4, total T3, total T4, and TSH. They also stratified people into four groups by indicators of thyroid "stress," including higher TPOAb and low iodine status. Median serum PFNA was 1.2 ng/mL. There were no statistically significant associations between PFNA and any of the thyroid hormones in participants with normal TPOAb and iodine levels, low iodine only, or in those with high TPOAb alone. Those with high TPOAb and low iodine had a significant increase in free T3 (6.3% per interquartile ratio increase, 95% CI: 5.0-7.5), the ratio of free T3 to free T4 (10.5% per interquartile ratio increase, 95% CI: 3.8-17.5), TSH (20.5% per interquartile ratio increase, 95% CI: 4.3-39.1), and total T3 (15.4% per interquartile ratio increase, 95% CI: 6.3-25.3). Only 26 participants had high TPOAb and low iodine (2% of the study size). The small sample size is an important study limitation.

Jain (2013) also examined US adults enrolled in NHANES but did not stratify by indicators of thyroid stress and did not report statistically significant associations between PFNA and any thyroid hormones.

In a cross-sectional study, Dufour *et al.* (2018) collected umbilical cord blood at birth and a blood spot on PND 3 to assess the association between PFNA and maternal hypothyroidism and neonatal TSH in 214 mother-baby pairs. The mean cord blood concentration of PFNA was 0.18 ng/mL and of TSH was 5.41 ng/mL. Statistical analyses did not demonstrate an association between hypothyroidism in mothers and any quartile of PFNA exposure. There was, however, a significant negative association between the natural log of PFNA concentration and TSH in boys on PND 3.

Itoh *et al.* (2019) evaluated associations between concentrations of PFNA in maternal serum and maternal thyroid status in a cross-sectional study of 701 mother-child pairs. Maternal plasma samples were collected between gestational weeks 28 and 32, and maternal thyroid status was indicated by concentrations of thyroid hormones and thyroid antibodies TgAb and TPOaB. In maternal serum, the median concentrations were 1.01 ng/mL for PFNA, 0.802 μU/mL for TSH, 3.04 pg/mL for free T3, 13.5 pg/mL for free T4, 6.0 IU/mL for TPOAb, and 15.0 IU/mL for TgAb. PFNA was not associated with maternal hypothyroidism but was positively associated with maternal free T3 for antibody positive mothers. None of the thyroid hormone measures were associated with maternal PFNA serum independent of thyroid antibody status.

In the same study, Itoh *et al.* (2019) conducted a prospective birth cohort analysis with the offspring of the mother-child pairs. The authors assessed relationships between maternal concentration of PFNA and neonatal thyroid status as indicated by thyroid hormones and thyroid antibodies in umbilical cord blood collected at birth. The median serum concentrations were 7.98 µU/mL for TSH, 1.29 pg/mL for free T3, 13.0 pg/mL for free T4, < 5.0 IU/mL for TPOAb, and 38.0 IU/mL for TgAb. For girls, there was a positive association between TgAb in the cord blood and maternal PFNA, as well as maternal thyroid antibody status and maternal PFNA. There were no other significant associations for thyroid hormone measures in offspring and maternal PFNA.

Lebeaux *et al.* (2020) conducted a prospective cohort study of 305 mother-child pairs enrolled in the HOME study. The authors measured thyroid hormones and PFNA in maternal serum during gestational week 16 for 185 women. The median maternal serum values were 1.3 µIU/L for TSH, 10.3 µg/dL for total T4, 158.0 ng/dL for total T3, 0.7 ng/dL for free T4, 3.2 pg/mL for free T3, and 0.9 ng/mL for PFNA. Thyroid hormones and PFNA were also measured in cord serum collected at birth from 256 neonates. The median cord serum concentrations were measured for TSH (7.1 µIU/L), total T4 (9.6 µg/dL), free T4 (1 ng/dL), total T3 (49 ng/dL), and free T3 (1.6 pg/mL). For women with TPOAb levels > 0.6 IU/mL, PFNA in maternal serum was weakly, but positively associated with free T4 (median cord serum concentration 1 ng/dL).

Overall, the evidence does not establish an association between non-occupational PFNA exposure and changes in thyroid hormone levels and risk of disease. There were no consistent patterns of effects associated with PFNA exposure in the studies. Furthermore, the small changes reported in some studies were within the normal range, which suggests a lack of clinical relevance.

## A5.5.4 Serum Lipids and Cardiovascular Disease

### Children and Adolescents

Manzano-Salgado *et al.* (2017b) measured associations between prenatal plasma PFNA and factors related to childhood cardiometabolic conditions in 1,154 mother-child pairs from the INMA prospective birth cohort. Outcomes included weight gain from birth to 6 months; BMI, waist circumference, and blood pressure at 4 and 7 years; serum lipids and a cardiometabolic-risk score (a composite of information on waist circumference, blood pressure, triglycerides, and HDL cholesterol) at 4 years. The authors found that log-transformed prenatal PFNA concentrations were positively associated with cardiometabolic-risk scores at 4 years of age. No other associations were noted.

Jensen *et al.* (2020) evaluated the associations between maternal PFAS concentrations and measures of adiposity in infants and young children in a prospective study of 649 mother-child pairs in the Odense Child Cohort. PFAS was measured in serum at study enrollment, with the median gestational age at enrollment of 11.3 weeks among the study participants. The median PFNA serum concentration was 0.66 ng/mL (5th-95th percentile range = 0.33-1.52 ng/mL). There was no association with total cholesterol or triglycerides in the children. The authors reported that PFNA was associated with ponderal index and with BMI of children at 3 and 18 months (results were pooled for these ages), but not at birth. The effect sizes were very small, however; for each 1 ng/mL increase in maternal serum PFOA the increase in ponderal index was 0.24 times the standard deviation of the reference value, roughly amounting to a maximum difference of 2.5% over the range of serum PFNA from the 5th to the 95th percentile. For BMI, the maximum difference was 1.9%. While these values may be statistically significant, the biological relevance of such small effect sizes is questionable. In addition, a major limitation of this study is that the results for the 3- and 18-month old children were pooled. The physical characteristics measured (body weight, adiposity, *etc.*) are bound to change during this period of rapid development in children.

Zeng *et al*. (2015) conducted a cross-sectional study of the association between serum PFNA concentration and serum lipids in a group of 225 healthy 12- to 15-year-old children in Taiwan. There were significant increases in total cholesterol (12.92 mg/dL), LDL (9.63 mg/dL), and triglycerides (23.01 mg/dL) per 1 μg/L increase in PFNA concentration. However, analyses by quartile of PFNA exposure showed no statistically significant dose-response trend between PFNA exposure and total cholesterol, HDL, LDL, or triglycerides.

In a cross-sectional study, Jain and Ducatman (2018) evaluated the associations between PFNA exposure and lipid/lipoprotein levels in 458 US children aged 6-11 years using the NHANES data from 2013-2014. The geometric mean serum concentration of PFNA was 0.85 ng/mL in males and 0.77 ng/mL in females. Girls in the fourth quartile of PFNA had significantly higher adjusted levels for total cholesterol than girls in the first quartile. In addition, non-Hispanic African Americans in the fourth quartile of PFNA had significantly higher adjusted levels for total cholesterol than those in the first quartile. No associations were observed for HDL and non-HDL cholesterol with PFNA exposure. Dong *et al*. (2019) examined the association between PFNA and cholesterol levels in 2,987 adolescents aged 12-19 years using the NHANES data from 2003-2014. The mean serum level of PFNA was 1.0 ng/mL. No significant associations were observed between PFNA and total, HDL, or LDL cholesterol in the study.

In a cross-sectional study, Fassler *et al*. (2019) examined the associations of serum PFNA levels with body mass, serum insulin, and lipid profile in 353 six- to eight-year-old girls. Parameters included fasting insulin, glucose, insulin sensitivity, insulin resistance, fasting triglycerides, total cholesterol, HDL cholesterol, and LDL cholesterol, as well as anthropometric parameters including BMI, waist-to-hip ratio, and waist-to-height ratio. The mean serum concentration of PFNA was 1.53 ng/mL, ranging from <0.10 ng/mL to 6.80 ng/mL. No associations were observed between serum PFNA and body mass, serum insulin, or lipid profile in the study.

Finally, Ma *et al*. (2019) studied the association between PFNA exposure and blood pressure in 2,251 adolescents <20 years of age enrolled in the NHANES study from 2003 to 2012. No association was observed between serum PFNA level and blood pressure.

**Adults**

Cross-sectional and longitudinal studies of PFNA and serum lipids in adults showed mixed and inconsistent results. In four cross-sectional studies in the general population, investigators reported no association of PFNA with total cholesterol or any serum lipids (Chen *et al*., 2019b); an increase in HDL but not total cholesterol or any other serum lipids with increasing PFNA (Starling *et al*., 2014b); and an increase in total cholesterol and LDL but no effect on triglycerides or HDL with increasing PFNA (Fu *et al*., 2014; Dong *et al*., 2019). Spratlen *et al*. (2019) reported no associations between cord blood PFNA and total lipids, total cholesterol, or total triglycerides in a group of pregnant women enrolled in the Columbia University World Trade Center birth cohort between 2011 and 2012.

In contrast, Gardener *et al*. (2020) did report associations between PFNA and triglycerides, total cholesterol, and fasting insulin in a cross-sectional study of 433 pregnant women enrolled in the Vanguard Pilot Study of the National Children's Study. Serum samples were collected in the third trimester, and the median PFNA concentration was 0.7 ng/mL. The association with triglycerides was observed when analyzed by quartiles of PFNA exposure, but not when analyzed by continuous measure. Conversely, the association with fasting insulin was observed in the continuous measure analysis, but not in the analysis by quartiles. The inconsistencies in these observations cast uncertainty on the reliability of the findings.

In the longitudinal study, Seo *et al*. (2018) reported an increase in total cholesterol with increasing PFNA but no significant trends for HDL, LDL, or triglycerides. While the association with HDL was not

significant, the results showed HDL values that were *decreased* with increasing PFNA. These mixed results do not support an association between PFNA and serum lipids.

Studies of PFNA and CVD in the general population mostly found no associations. Lind *et al*. (2017) reported no association between serum PFNA and atherosclerosis. Huang *et al*. (2018) reported no association with total CVD or with congestive heart failure, angina pectoris, or stroke. Some quartiles of exposure had significant associations with coronary heart disease and heart attack, but there were no significant exposure-response trends.

No associations were found in two studies that investigated the associations between PFNA and stroke (Hutcheson *et al*., 2019) or coronary heart disease (Honda-Kohmo *et al*., 2019) involving subjects from the C8 Health Project. In a cross-sectional study, Hutcheson *et al*. (2019) examined the association between PFNA and risk of stroke and any modifying influence of diabetes in 48,206 adults. The median serum PFNA concentrations among those with and without diabetes were 1.3 ng/mL and 1.4 ng/mL, respectively. No significant association was observed between PFNA exposure and history of stroke. In another cross-sectional study, Honda-Kohmo *et al*. (2019) reported no significant association between PFNA and coronary heart disease in 5,270 adults with diabetes, aged ≥20 years. The median concentrations of serum PFNA measured in individuals with coronary heart disease and those without were 1.3 ng/mL and 1.4 ng/mL, respectively.

Yang *et al*. (2018) observed no associations between PFNA and metabolic syndrome or most components of metabolic syndrome (fasting blood glucose, blood pressure, and serum lipids) in a cross-sectional study. The authors did report an increase in obesity with PFNA serum levels above the median (OR = 13.3, 95% CI: 2.38-74.4), but the wide CI indicates a lack of precision in the estimate.

In a cross-sectional study, Christensen *et al*. (2018) evaluated the associations between PFNA exposure and metabolic syndrome and its individual components (elevated waist circumference, triglycerides, blood pressure, and fasting glucose, and reduced HDL cholesterol) in 2,975 US adults 20 years and older using data from the 2007-2014 NHANES cycles. The median serum concentration of PFNA was 1.0 ng/mL. After adjusting for potential covariates (age, sex, race/ethnicity, income, alcohol intake, smoking status, and BMI) and exposure to other PFAS, the authors reported an association between PFNA and metabolic syndrome in a linear model that included all PFAS simultaneously (OR = 2.25, 95% CI: 1.58-3.20), but not in a model that included PFNA individually. In an analysis of PFNA exposure and metabolic syndrome components adjusting for all PFAS across quartiles of exposure, the 2nd, 3rd, and 4th PFNA quartiles were associated with increased waist circumference and elevated triglycerides compared to the 1st quartile. The 4th quartile of PFNA exposure was also associated with a reduction in HDL cholesterol compared to the 1st quartile.

In a cross-sectional study, Tian *et al*. (2019) evaluated the associations between serum PFNA concentrations and overweight status in 1,612 Chinese adults. The median serum concentration of PFNA was 1.96 µg/L. The authors reported a small association between natural-log unit (µg/L) increase in PFNA and overweight/obesity (BMI ≥ 25 kg/m$^2$) in the total population (OR = 1.20, 95% CI: 1.05-1.38). Interestingly, when stratified by sex, neither association was significant (OR for men = 1.15, 95% CI: 0.99-1.35; OR for women = 1.13, 95% CI: 0.84-1.53). A significant association was reported between natural-log unit (µg/L) increase in PFNA (OR = 1.19, 95% CI: 1.04-1.37) and increased waist circumference (men: waist circumference ≥ 94 cm, women: waist circumference ≥ 80 cm) for the entire cohort. Again, when this analysis was stratified by sex, neither association was significant.

No associations were found between PFNA and hypertension or blood pressure in pregnant women (Huang *et al*., 2019), in pre-diabetic adults (Lin *et al*., 2020b), in Chinese adults (Bao *et al*., 2017), or in US women (Ding *et al*., 2022).

Overall, the weight of evidence does not establish an association between PFNA exposure and serum lipids and CVD in the general population. The inconsistent reports of serum lipid changes and the mostly negative results for CVD, and the inconsistent results and weak associations for metabolic syndrome and obesity do not support an association between PFNA and adverse effects on the cardiovascular system. Furthermore, the studies that did report some significant associations were cross-sectional in design, and so a causal association cannot be established. Finally, based on a recent analysis (Dzierlenga *et al*., 2021), there is some evidence that the association between PFNA and cholesterol may be a consequence of confounding by fiber intake.

## A5.5.5 Immunological Effects

The studies of PFNA exposure and immunological effects show mixed results. Several studies reported no effects, and the studies that did report effects had results that were inconsistent, either within a study or across studies.

Some studies measured antibody levels and incidences of common infectious disease in relation to PFNA exposure. Granum *et al*. (2013) evaluated PFAS and measured vaccine antibody levels and incidence of common infectious disease in a sub-cohort of 99 mother-child pairs in the Norwegian Mother and Child Cohort Study. Maternal plasma PFNA was associated with reduced rubella anti-vaccine antibody levels but not measles, *H. influenzae* type b, or tetanus antibody levels. Maternal PFNA concentrations were also associated with a higher number of episodes of common cold. The authors did not measure incidence of rubella to determine if the decreased antibody levels increased risk of disease. However, in a recent cross-sectional study, Abraham *et al*. (2020) found no associations between plasma PFNA and antibody levels of vaccines for *Haemophilus influenza* type b, tetanus, or diphtheria in 101 healthy formula-fed or breastfed 1-year-old children from Germany. The mean plasma concentrations of PFNA in 21 formula-fed and 80 breastfed children were 0.2 ng/mL and 0.6 ng/mL, respectively. Zhang *et al*. (2022) reported no association between PFNA exposure and the common cold among 517 children aged 3-11 years or among 2,732 US adolescents aged 12-19 years.

Stein *et al*. (2016a) reported no associations between PFNA and antibodies for mumps, measles, or rubella in a cross-sectional study of 1,191 children, ages 12-19 years, using NHANES data from 1999 to 2004. The authors also reported no associations of PFNA with asthma, allergies, or any symptoms of these conditions. Finally, in a cross-sectional analysis, Stein *et al*. (2016b) examined associations between PFAS concentrations and anti-A H1N1 antibody response and cytokine and chemokine concentrations in 78 healthy adults. Serum was collected three days before vaccination with an intranasal influenza vaccine and again three and thirty days after vaccination. PFNA exposure was not associated with any of the outcomes.

In a longitudinal study, Shih *et al*. (2021) investigated the associations between PFNA exposure and serum antibody concentrations against hepatitis type A, hepatitis type B, diphtheria, and tetanus in adults vaccinated at age 28 years from the Faroe Islands. PFNA concentrations in cord blood collected at birth and in serum samples collected at ages 7, 14, 22, and 28 years were determined. At age 28 years, the participants received three doses of vaccines against hepatitis types A and B (at least six months apart between the first and third doses) and a booster vaccine for diphtheria and tetanus (given on the same day as the first dose for hepatitis types A and B). Blood samples were collected on the days of the first and last doses of hepatitis types A and B vaccines to determine serum vaccine antibody levels. In total, 399 individuals were included in the hepatitis types A and B analyses, and 281 individuals in the diphtheria and tetanus analyses.

While a few associations were reported in the study, most of the findings were inconsistent and null. The authors reported that each doubling of serum PFNA measured at age 7 years was associated with *increased*

anti-HB levels in females, and a significant effect modification by sex was observed. Serum PFNA measured at ages 22 and 28 years was associated with *increased* diphtheria antibody concentrations in the overall cohort and in females. No other associations were observed for PFNA measured at any age point and serum antibody levels of the four vaccines. As discussed above in Section A5.1.4.5, the study by Shih *et al*. (2021) has several limitations that affect the reliability and interpretability of the findings.

In an analysis of a subset of data collected from a randomized controlled trial conducted by Fisker *et al*. (2018), Timmermann *et al*. (2020) examined the association between infant PFNA exposure and antibody responses to measles vaccinations in 237 children from Guinea Bissau. The children were followed from inclusion at 4-7 months old through 2 years of age. Of the 237 children, 135 received two measles vaccinations (at 4-7 months and at 9 months), and 102 received only one (at 9 months). The median serum PFNA level at inclusion was 0.21 ng/mL. No statistically significant associations were found between PFNA and measles antibody levels measured at baseline (before vaccination), at 9 months, or at 2 years of age, regardless of vaccination status. Findings from this study are consistent with those reported in Stein *et al*. (2016a) and Granum *et al*. (2013), in subjects with higher PFNA levels (means of 0.76 and 0.3 ng/mL, respectively).

In addition to antibody responses to measles vaccinations, Timmermann *et al*. (2020) also studied the occurrence of mother-reported morbidities including fever, coughing, diarrhea, and vomiting in children. No statistically significant associations were observed for PFNA with any of the morbidities reported at 9 months or at 2 years. These findings are consistent with those reported in Dalsager *et al*. (2016) and Impinen *et al*. (2019), where no associations were found for coughing and diarrhea at higher PFNA levels (medians of 0.70 and 0.45 ng/mL, respectively).

Zeng *et al*. (2019a) conducted a longitudinal study of PFNA and antibodies to hand, foot, and mouth disease in 201 mother-infant pairs from Guangzhou Birth Cohort Study. The authors measured antibody titers against two hand, foot, and mouth disease viruses (enterovirus 71 and Coxsackievirus A 16) in cord blood and in the serum of the infants at 3 months. In cord blood, PFNA was associated with decreased antibodies of both viruses (17.9% for enterovirus 71 and 12.1% for Coxsackievirus A 16 per doubling of PFNA concentration). In the serum of the 3-month-old infants, PFNA was not associated with antibodies for either virus. PFNA was associated with increased risk of antibody concentrations below the clinically protective levels for enterovirus 71 in both cord and infant serum, and Coxsackievirus A 16 in infant serum only.

Chen *et al*. (2018) conducted a prospective birth cohort study in 687 mother-child pairs recruited from Chinese hospitals between 2012 and 2015. PFAS exposure was measured in fetal umbilical cord plasma collected at birth. There were no associations between cord plasma PFNA and risk of atopic dermatitis at ages 6, 12, and 24 months. Similarly, Goudarzi *et al*. (2017) studied 1,558 mother-child pairs enrolled in the same cohort studied in Okada *et al*. (2014) described above in Section A5.1.4.5. Mothers reported the occurrence of four doctor-diagnosed childhood infectious diseases – otitis media, pneumonia, varicella, and respiratory syncytial virus infection. Maternal PFNA concentrations were not associated with total infectious diseases in all children or in males and females evaluated separately.

In another study of the same cohort studied by Okada *et al*. (2014) and Goudarzi *et al*. (2017), Ait Bamai *et al*. (2020) followed 2,206 children from birth to age 7 and evaluated the associations between prenatal maternal serum PFAS, collected in gestational weeks 28-32, and various allergic conditions and infectious diseases. The median maternal PFNA concentration was 1.14 ng/mL. Maternal PFNA was not associated with any infectious disease (pneumonia, chickenpox, otitis media, or respiratory syncytial virus) in children at age 7. PFNA was associated with a decrease in rhino-conjunctivitis but was not associated with other allergic responses (wheeze, eczema). This study has several limitations, including potential bias due to reporting by parents and lack of control for multiple comparisons, as noted in Section A5.1.4.5.

In a prospective cohort study, Dalsager *et al*. (2016) assessed the association between prenatal exposure to PFAS and parent-reported symptoms of infection over the course of a year (fever, stuffed or runny nose, cough, wheezy or whistling breathing, eye inflammation, ear pain, discharge from ear, feeling unwell, diarrhea, blood in stool, and vomiting) in 359 children 1-4 years old in the Odense Child Cohort. Maternal PFNA concentrations were associated with a *decreased* likelihood of nasal discharge, but no other associations were noted. In another prospective birth cohort study, Goudarzi *et al*. (2016) measured associations between maternal PFAS concentrations during pregnancy and allergic disease in 1,558 children age 4 years. To assess allergic diseases, the authors asked mothers to complete a questionnaire about the presence of symptoms related to eczema, wheezing, and rhinoconjunctivitis. Maternal PFNA was not associated with any of the outcomes.

Dalsager *et al*. (2021) also investigated the association between maternal serum PFAS concentrations during pregnancy and hospitalization of children due to common infectious diseases between birth and 4 years of age in a prospective cohort study of the Odense Child Cohort. Serum samples were collected from 1,699 women during gestation week 8-16 and child hospitalizations were determined using the Danish National Patient Register. The median PFNA concentration was 0.64 ng/mL. There was no association between maternal serum PFNA and hospitalization for all infections combined, and no association with upper respiratory tract, lower respiratory tract, or gastrointestinal tract infections.

Wang *et al*. (2022) evaluated the association between maternal PFAS exposure and the common cold, bronchitis/pneumonia, or diarrhea in infants at age 1 year in 235 mother-infant pairs from the Laizhou Wan (Bay) birth cohort in China, recruited in 2010-2013. The mean maternal serum PFNA concentration was 0.83 ng/mL. PFNA was not associated with the common cold or bronchitis/pneumonia. PFNA was associated with diarrhea when analyzed by incidence rate ratio, but not by logistic regression or by odds ratio.

Beck *et al*. (2019) studied the associations between prenatal exposure to PFNA and asthma or wheeze in 5-year-old children from 981 mother-child pairs in Denmark. The median maternal serum concentration of PFNA was 0.65 ng/mL. A doubling in PFNA exposure was associated with significantly increased odds of self-reported asthma, but not with wheeze or doctor-diagnosed asthma, after adjustment for parity, maternal educational level, maternal pre-pregnancy BMI, asthma predisposition, and child's sex. The authors noted that the findings could have occurred by chance as no other studies have found significant associations between prenatal exposure to PFNA and asthma-related outcomes. Furthermore, the authors stated that "some parents may have misinterpreted recurrent colds or respiratory infection symptoms as asthma, and misclassification is therefore likely" (Beck *et al*., 2019).

Most of the studies that reported associations between PFNA exposure and immunological effects in children relied in part on parent-reported symptoms. Parent-reported symptoms, particularly when drawn over long periods of time, may lead to measurement error. For example, Impinen *et al*. (2019) conducted a cohort study of associations between six PFAS and allergic conditions in subjects recruited between 1999 and 2008 in the Norwegian Mother and Child Cohort. The outcomes included doctor-diagnosed asthma, atopic eczema, food allergy, and inhaled allergy (pollen, cat, or dog) at 7 years old; parent-reported symptoms (night cough without a cold, wheeze, hives, itchy rash, runny nose) at 7 years old; and parent-reported number of episodes of childhood infections (common cold, bronchitis, ear infections) from 0 to 3 years and 6 to 7 years old. There were no associations between maternal PFNA and doctor-diagnosed symptoms; however, maternal plasma PFNA concentrations were associated with parent-reported episodes of throat infection with streptococcus. Wang *et al*. (2022) reported an association between PFNA and hay fever (but not other allergic symptoms) in 454 US adolescents aged 12-17 years. PFNA was not associated with serum IgE levels (Wang *et al*., 2022).

Similarly, Impinen *et al*. (2018) investigated the association between cord blood concentrations of PFAS and allergic diseases and respiratory tract infections in 641 children born in Oslo, Norway, in 1992 and 1993 and enrolled in the ECA prospective birth cohort study.  The authors evaluated the association between cord blood PFAS levels and several outcomes at birth, age 2 years and/or age 10 years, including obstructive airways disease (doctor-diagnosed wheeze at age 10); doctor-diagnosed asthma (ages 2 and 10); reduced lung function (birth); allergic rhinitis (age 10), doctor-diagnosed atopic dermatitis (ages 2 and 10), allergic sensitization (age 10), and parent-reported episodes of common respiratory tract infections (common cold, age 2; and lower respiratory tract infections, age 10).  Exposure to PFNA was associated with lower respiratory tract infections between the ages of 0 and 10; however, PFNA concentrations were not associated with common cold episodes between the ages of 0 and 2.  When the authors corrected for multiple comparisons, there were no associations between PFNA and any of the allergic and asthma-related outcomes.

Kvalem *et al*. (2020) investigated the effect of childhood exposure to PFNA on asthma- and allergy-related outcomes and on airway infections before and during puberty in 378 children in the ECA prospective birth cohort.  Serum PFNA was measured at age 10, and the health outcomes were assessed at age 10 (cross-sectional design), the period between ages 10 and 16, and at age 16 (longitudinal designs).  Health outcomes included asthma and atopic dermatitis (assessed at ages 10, 10-16, and 16); rhinitis and allergic sensitization/skin prick test (assessed at ages 10 and 16); and common cold and lower respiratory tract infection (assessed at ages 10-16 and 16).  Bonferroni adjustment was performed to adjust for multiple comparisons.  The mean serum PFNA concentration was 0.63 ng/mL.  Serum PFNA was significantly and inversely associated with allergy sensitization in boys at age 10 and with atopic dermatitis in girls between ages 10 and 16, and positively associated with rhinitis in girls at age 16.

Averina *et al*. (2018) evaluated the association between PFNA exposure and the development of asthma and other allergic diseases in 675 Norwegian adolescents who were followed for three years.  Serum concentrations of PFNA were measured at the beginning of the study.  Health outcomes included self-reported doctor-diagnosed asthma, allergic rhinitis, and atopic dermatitis (assessed at baseline and at three years of follow-up); pollen allergy, nickel allergy, and food reactions (assessed at baseline); and current asthma, current allergic rhinitis, and food allergic reactions (assessed at three years of follow-up).  No significant associations were reported between serum PFNA levels and any of the health outcomes.

In a longitudinal study, Manzano-Salgado *et al*. (2019) investigated the association between PFNA exposure and immune health in children up to age 7 in 1,188 mother-child pairs.  PFNA levels were determined from maternal blood samples collected during the first trimester of pregnancy.  Mother-reported occurrence of lower respiratory tract infections, wheezing, asthma, and eczema in the previous 12 months in children at ages 1.5, 4, and 7 were collected based on interviewer-led questionnaires.  Results were adjusted for potential confounders including maternal ages at delivery, parity, previous breastfeeding, pre-pregnancy BMI, region of residence, and country of birth.  The mean plasma concentration of PFNA was 0.74 ng/mL.  Higher prenatal PFNA levels were associated with significantly reduced odds of asthma at 4 years and wheeze at 7 years.  When each outcome was combined for the complete study period (*i.e.*, from age 1.5 to 7), every doubling of prenatal serum PFNA was associated with significantly reduced risk of asthma.

Timmermann *et al*. (2017) assessed the association between prenatal and postnatal PFAS exposure and asthma and allergic diseases at ages 5 and 13 years in participants of the CHEF prospective birth cohort. The authors also examined whether these associations were different for children who had received an MMR vaccine, which the authors stated may be protective against asthma and asthma symptoms.  PFAS concentrations were measured in maternal blood during gestational weeks 34-36, and the children's blood at ages 5, 7, and 13 years.  At age 5, the investigators asked parents if the child had been diagnosed with asthma, hypersensitivity, or allergy.  At age 13, parents were asked if the child had "suffered from" asthma

or eczema or had experienced rhinoconjunctivitis symptoms in the past 12 months. PFNA concentrations at 5 years were associated with asthma at ages 5 and 13 years, as well as atopic asthma at ages 5 and 13, but only in those who had not received an MMR vaccine.

In a prospective cohort study, Zeng *et al*. (2019b) studied the association between prenatal exposure to PFNA and asthma-related diseases in 358 preschool children aged 5 years. PFNA was measured in cord blood, and asthma was diagnosed and reported by pediatric respiratory physicians *via* reported symptoms of wheezing and coughing and lab examinations of IgE level and skin prick test at age 5. Potential confounding factors including child weight at age 5, gestational age, breastfeeding during the first 6 months, maternal education, pre-pregnancy BMI, and annual household income were adjusted for in the analyses. The median cord serum levels of PFNA were 0.64 ng/mL in both boys and girls. No associations were found between cord serum PFNA levels and wheezing, doctor-diagnosed asthma, or skin prick test results in children. A statistically significant negative association was observed between total serum IgE levels and PFNA when the PFNA levels were below 0.66 ng/mL; however, the association became nonsignificant when the PFNA levels were above 0.66 ng/mL. The authors suggested the nonmonotonic dose-response might be explained by different mechanisms of action at different exposure levels but did not provide support for this hypothesis.

Wen *et al*. (2019) examined the association between PFNA and childhood atopic dermatitis in a longitudinal birth cohort study of 839 mother-newborn pairs from Taiwan. PFNA levels were analyzed in cord blood, and the occurrence of self-reported physician-diagnosed atopic dermatitis in children was assessed at 6 months and 2 years. The mean cord plasma PFNA concentrations among children with and without atopic dermatitis were 3.07 ng/mL and 3.14 ng/mL, respectively. No significant association was observed between PFNA and atopic dermatitis.

In a cross-sectional study, Grandjean *et al*. (2020) investigated the associations between serum PFAS levels and the severity of COVID-19 infection. Plasma samples for 323 subjects aged 30-70 that had been diagnosed with SARS-CoV-2 infection were obtained from the Danish National Biobank. The severity of the infection was classified as no hospitalization; hospitalization < 14 days; hospitalization >14 days; ICU admission; or death. The authors measured the association between serum PFNA and infection severity with adjustments for age, sex, national origin, kidney or other chronic disease, and timing of blood sampling. There was no association between serum PFNA and severity of COVID-19 infection. This study has several methodological limitations, as described in Section A5.3.1.3.

Steenland *et al*. (2018a) evaluated whether there were differences in PFNA levels among patients with ulcerative colitis, patients with Crohn's disease, and subjects without these conditions. Blood samples were collected one or two years after diagnosis. The mean serum PFNA concentrations measured in 114 ulcerative patients, 60 Crohn's disease patients, and 75 controls were 0.99, 1.81, and 1.24 ng/mL, respectively. After controlling for gender, age, race, and sample year, there were significantly lower serum PFNA levels in ulcerative colitis cases as compared to control subjects, but not compared to patients with Crohn's disease.

In contrast, Lochhead *et al*. (2021) reported no associations between PFNA and inflammatory bowel disease, including Crohn's disease and ulcerative colitis, in a nested case-control study within the Nurses' Health Study cohorts, with 73 Crohn's disease cases, 80 ulcerative colitis cases, and matched controls for each set of cases. The median serum PFNA concentrations in Crohn's cases and controls were 0.62 and 0.65 ng/mL, respectively, and the median serum PFNA concentrations in ulcerative colitis cases and controls were 0.68 and 0.68 ng/mL, respectively.

Lopez-Espinosa *et al*. (2021) assessed the numbers of circulating immune cells in the Mid-Ohio Valley exposed population during two time periods: 2005-2006 (42,783 samples) and 2010 (526 samples). The

median serum PFNA concentration was 1.4 ng/mL in both the 2005-2006 and 2010 populations. The authors reported a small positive association of PFNA with lymphocytes and small negative associations with eosinophils and neutrophils in the 2005-2006 population, and no associations in the 2010 population. The authors characterized all changes as "slight" and not clinically meaningful (Lopez-Espinosa *et al.*, 2021).

**Overall Conclusions**

The weight of evidence does not establish an association between PFNA exposure and immune disease in the general population. Several studies found no associations between PFNA and incidence of disease; all but one that did report associations depended on parent-reported symptoms, which may be subject to recall bias. For example, a study that reported an association between PFNA and anti-vaccine antibodies (Granum *et al.*, 2013), only antibodies to rubella were affected but not measles, *H. influenzae* type b, or tetanus antibody levels. As another example, Zeng *et al.* (2019b) reported a statistically significant decrease in total serum IgE levels and PFNA when the PFNA levels were below 0.66 ng/mL, but no association when the PFNA levels were above 0.66 ng/mL (and no association of PFNA with asthma-related diseases). In addition, several of the studies reported results as effects with doubling of serum PFOA. As noted in Section A5.1.4, there is uncertainty in interpreting dose-response relationships from epidemiology studies using log-transformed exposure data.

**A5.5.6 Kidney Effects**

Four studies of PFNA and kidney function yielded mixed results. Kataria *et al.* (2015) reported no association between PFNA and eGFR in a cross-sectional analysis of 1,960 adolescent participants (age 12-19) from the 2003-2010 NHANES surveys with a median PFNA serum concentration of 1.0 ng/mL. In contrast, Watkins *et al.* (2013) reported a decrease in eGFR with increasing serum PFNA concentrations in children and adolescents in the C8 Cohort with a median PFNA concentration of 1.5 mg/mL. Conway *et al.* (2018) analyzed data from 53,650 adults from the C8 Cohort. The authors reported that in patients with CKD, higher serum PFNA was associated with lower stage (less severe) disease compared to higher stage (more severe) disease, but in individuals without disease, PFNA was associated with lower eGFR. Lastly, Blake *et al.* (2018) observed an association between increased serum PFNA and lower eGFR in a cross-sectional analysis, but not in a longitudinal analysis, in the Fernald Community Cohort of 210 adults. In each of the studies that reported an association, the authors noted that they could not rule out reverse causation as the basis of the association between PFNA and eGFR.

**A5.5.7 Cancer**

Few studies have been conducted to evaluate the relationship between PFNA and cancer. Overall, the limited evidence does not support an association between PFNA and cancer.

Hurley *et al.* (2018) conducted a nested case-control analysis within the California Teachers Study, which included 902 women diagnosed with invasive breast cancer and 858 controls without breast cancer interviewed between 2011 and 2015. The median PFNA serum concentrations were 0.85 ng/mL (range: 0.02-7.31 ng/mL) for cases and 0.85 ng/mL (range: 0.02-10.40 ng/mL) for controls. There was no association between PFNA and breast cancer. Bonefeld-Jorgensen *et al.* (2014) also found no associations between serum PFNA levels and breast cancer in a case-control study nested within the Danish National Birth Cohort with 250 cases and 233 controls, and Velarde *et al.* (2022) found no associations between PFNA and breast cancer in a case-control study of women in Manila with 75 cases and 75 controls.

Wielsoe *et al.* (2017) conducted a case-control study of PFNA exposure and breast cancer in Greenland. Cases (n = 77) were recruited at diagnosis from a hospital in Nuuk, Greenland, between 2000 and 2003 and again from 2011 to 2014.  Controls (n = 84) were recruited from two cross-sectional studies of healthy persons with serum PFNA measurements or from the same hospital as the cases (and were patients for non-malignant disease).   Breast cancer cases did not have significantly different median serum PFNA concentrations (3.28 ng/mL) compared with controls (1.83 ng/mL); this corresponded with a null relationship between increasing serum PFNA concentration and risk of breast cancer.  When stratified by serum PFNA tertile (concentration ranges of each tertile not defined), only women in the second tertile of exposure had a significantly increased risk of breast cancer (OR = 2.43, 95% CI: 1.07-5.51; p = 0.034) compared to women in the first tertile of exposure.   Thus, no exposure-response relationship was established.

Tsai *et al*. (2020) evaluated the associations between PFAS and breast cancer in a case-control study with 120 cases and 119 controls in Taiwan.  The geometric mean PFNA serum concentration was 0.99 ng/mL. There was no association between PFNA and breast cancer in the total population.  When stratified by age (≤50 *vs*. >50) and estrogen receptor positive *vs*. estrogen receptor negative tumors, there was a *decreased* risk of estrogen receptor negative tumors in women in the ≤50 age group associated with PFNA exposure. This study had several limitations, including a small population size, significant differences in the case and control populations for smoking status and education level, failure to adjust results for multiple comparisons, and a lack of temporality (*i.e.*, PFNA levels were measured in a single blood sample collected at the time the breast cancer cases and controls were enrolled in the study).

Feng *et al*. (2022) did not find an association between PFNA and breast cancer in a case-cohort study of 226 incident breast cancer cases and 990 age-stratified randomly selected sub-cohort subjects within the Dongfeng-Tongji cohort, who were followed for 9.6 years.  The median serum PFNA concentration in cases was 0.84 ng/mL.

Itoh *et al*. (2021) found no increased risk of breast cancer in association with PFNA in a hospital-based case-control study of 405 matched pairs from 2001 to 2005 in Nagano Prefecture, Japan.  Likewise, no associations were observed when results were stratified by menopausal status or hormone receptor status.

Omoike *et al*. (2020) conducted a cross-sectional study of serum PFAS and prostate, uterine, breast and ovarian cancers in 11,631 NHANES adult participants using data from 2005-2012 surveys.  The median PFNA serum concentration was 1.10 ng/mL.  The authors reported an increased risk of breast and ovarian cancers with increasing PFNA, but a *decreased* risk of prostate and uterine cancers.

Hardell *et al*. (2014) conducted a case-control study of 201 prostate cancer cases and 186 control participants residing in Sweden.  Blood was collected between 2007 and 2011 at enrollment, prior to any cancer treatment.  Serum PFNA (median concentration of 0.61 ng/mL in cases and 0.57 ng/mL in controls) was not associated with increased risk of prostate cancer in a crude analysis or an analysis, which included hereditary risk of prostate cancer.

In a nested case-control study, Shearer *et al*. (2020) investigated the risk of renal cell carcinoma and pre-diagnostic serum concentration of PFNA in 324 renal cell carcinoma cases and 324 individually matched controls with in the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial.  Pre-diagnostic serum samples were collected an average of 8.8 years before renal cell carcinoma diagnosis.  Multivariate analyses controlled for age, sex, race/ethnicity, study center, study year of blood draw, eGFR, BMI, smoking status, history of hypertension, prior freeze-thaw cycles, and calendar year of blood draw.  The median serum PFNA level was 0.7 µg/L in controls; no levels were reported in cases.  No statistically significant associations were observed between PFNA and renal cell carcinoma, either when PFNA levels were modeled continuously or categorically.

In a hospital-based case-control study of 134 cases of thyroid cancer and 185 hospital-based healthy controls (undergoing routine medical visits) in China, Liu *et al.* (2021) reported a *decrease* in thyroid cancer in association with PFNA. The geometric mean PFNA serum concentrations were 0.8 ng/mL in cases and 1.2 ng/mL in controls. When stratified by sex, the inverse relationship held for women, but not for men. Liu *et al.* (2021) cited reverse causation as a possible explanation for the inverse relationship.

## A5.6  Other PFAS: PFDA, PFHpA, PFHxA, PFHpS, and PFPeA

### A5.6.1 Reproductive and Developmental Effects

Two studies reported no associations between reproductive hormone levels and PFDA. One cohort study of 178 Norwegian women reported no association between serum PFDA and salivary ovarian hormone concentrations (Barrett *et al.*, 2015). One cross-sectional study of 247 Danish men reported no associations between serum PFDA and male reproductive hormones (Joensen *et al.*, 2013).

No associations were found between serum PFDA and endometriosis (Louis *et al.*, 2012). Three studies of female fertility and PFDA reported inconsistent results. Two studies reported no association (Vestergaard *et al.*, 2012; Bach *et al.*, 2015b). One study (Bach *et al.*, 2018) reported that PFDA in the highest quartile was associated with significantly longer TTP compared to the lowest PFDA quartile in parous women, but no association was observed in nulliparous women, in 638 nulliparous and 613 parous women within the Danish National Birth Cohort. One study did report a positive association between serum PFDA at 8-16 weeks of pregnancy and subsequent miscarriage (Jensen *et al.*, 2015).

Two studies of sperm parameters and PFDA yielded inconsistent results. In a cohort study of 501 men in Michigan and Texas, Louis *et al.* (2015) reported inverse associations of serum PFDA with sperm head length and percentage of coiled tailed sperms but no associations with general sperm characteristics, motility, chromatin stability, or other parameters for sperm head or morphology. In contrast, in a cross-sectional study of 247 Danish men, Joensen *et al.* (2013) reported no association of serum PFDA with percentage of morphologically normal sperm and no association with sperm volume, concentration, total count, percentage of progressively motile sperm, or total normal count.

In studies of PFDA and preeclampsia in the general population, most reported an increased risk with increased exposure to PFDA. Wikstrom *et al.* (2019a) reported no association between serum PFDA during early pregnancy and risk of preeclampsia in 1,773 pregnant Swedish women. The median serum concentration of PFDA was 0.26 ng/mL. In a prospective cohort study, Huo *et al.* (2020) also found no associations of PFDA with gestational hypertension, preeclampsia, or overall hypertensive disorders of pregnancy in 3,220 women from Shanghai, China. The median PFDA levels from blood samples collected before 20 weeks of gestation were 1.69 ng/mL.

Preston *et al.* (2022) conducted a prospective cohort study of 1,558 pregnant women in Boston, Massachusetts. The median serum PFDA concentration was below the limit of detection. Among women with detectable levels of PFDA, there was no association with gestational hypertension. One additional prospective study reported a *decreased* risk of developing gestational hypertension in association with PFDA (Yang *et al.*, 2022). A single case-control study reported an *increased* risk of gestational hypertension with increasing PFDA (Bommarito *et al.*, 2021).

Bach *et al*. (2018) found no association between plasma PFHpS during early pregnancy and TTP in 638 nulliparous and 613 parous Danish women.  Wikstrom *et al*. (2019a) reported no association between serum PFHpA level during early pregnancy and risk of preeclampsia in 1,773 pregnant Swedish women.

A number of studies evaluated birth outcomes in relation to PFDA, with no consistent associations reported between gestational PFDA exposure and any measures of birth or growth outcomes in infants.  These studies are summarized in Table A5.21.  Several studies reported no association between gestational or early-life PFDA exposure and gestational age (Lee *et al*., 2015; Bach *et al.*, 2016; Gyllenhammar *et al*., 2018; Meng *et al*., 2018), body weight (Lee *et al*., 2015; Robledo *et al*., 2015; Bach *et al.*, 2016; Lenters *et al.*, 2016; Cao *et al*., 2018; Meng *et al*., 2018; Bjerregaard-Olesen *et al*., 2019), body length (Robledo *et al*., 2015; Bach *et al.*, 2016; Wang *et al.*, 2016; Gyllenhammar *et al*., 2018; Cao *et al*., 2018; Bjerregaard-Olesen *et al*., 2019; Kashino *et al*., 2020), BMI[96] (Robledo *et al.*, 2015; Cao *et al*., 2018), head circumference (Robledo *et al*., 2015; Bach *et al.*, 2016; Wang *et al.*, 2016; Gyllenhammar *et al*., 2018; Cao *et al*., 2018; Bjerregaard-Olesen *et al*., 2019; Kashino *et al*., 2020), and preterm birth (Bach *et al.*, 2016; Liao *et al*., 2022).  One study found a positive association between PFHpA exposure in maternal serum and preterm birth (Liao *et al*., 2022).

In a cross-sectional study of 463 mother-child pairs in the Faroe Islands, maternal serum PFDA concentration was associated with increased anogenital distance in male infants but not female infants (Christensen *et al*., 2021).  Due to the cross-sectional study design, it is not possible to determine whether the exposure preceded the outcome, so no conclusions can be made regarding causality.  The authors noted that the results of this study are inconsistent with the decreases in anogenital distance reported in animal studies with exposure to PFAS and that would be expected in male offspring if PFAS induced endocrine disruption.  Further, the authors stated that the effect of increased anogenital distance on the reproductive health of males is unknown, but they cited several studies, including that of Eisenberg *et al*. (2011), that reported associations between longer anogenital distance and increased sperm counts and fatherhood.  Thus, the clinical relevance of the increased anogenital distance reported in this study is questionable, as it is not clear whether this outcome can be considered an adverse effect.

A few studies reported associations between gestational or early-life PFDA exposure and increased odds of being small for gestational age (Wang *et al*., 2016; Wikstrom *et al*., 2019b), reduced weight (Wang *et al*., 2016; Gyllenhammar *et al*., 2018; Wikstrom *et al*., 2019b; Kashino *et al*., 2020), or increased odds of preterm birth (Meng *et al*., 2018).

---

[96] Robledo *et al*. (2015) and Cao *et al*. (2018) measured ponderal index, which is similar to BMI.

**Table A5.21  Studies of PFDA and Birth Outcomes**

| Reference | Study Population | Study Type | N | PFDA Exposure | Birth Weight | Low Birth Weight | Preterm Birth | Placental Weight | Birth Length | Ponderal Index[a] | Head Circumference | Abdominal Circumference | Small for Gestational Age | Gestational Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bach et al., 2016 | Aarhus Birth Cohort | Prospective | 1,500 | Maternal blood | No effect | -- | No effect | -- | No effect | -- | No effect | -- | -- | No effect |
| Bjerregaard-Olesen et al., 2019 | Aarhus Birth Cohort | Prospective | 690 | Maternal serum | No effect | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Cao et al., 2018 | Zhoukou City, China Cohort | Prospective | 337 | Cord serum | No effect | -- | -- | -- | No effect | No effect | No effect | -- | -- | -- |
| Gyllenhammar et al., 2018 | POPUP Study | Prospective | 381 | Maternal serum | Decrease | -- | -- | -- | No effect | -- | No effect | -- | -- | No effect |
| Kashino et al., 2020 | HSECH | Prospective | 1,951 | Maternal plasma | Decrease | -- | -- | -- | No effect | -- | No effect | -- | -- | -- |
| Lee et al., 2015 | Seoul, South Korea Gen. Pop. | Cross-Sectional | 118 | Cord serum | No effect | -- | -- | -- | -- | -- | -- | -- | -- | No effect |
| Lenters et al., 2016 | Greenland, Poland, and Ukraine | Cohort | 1,250 | Maternal Blood | No effect | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Liao et al., 2022 | Guangxi Zhuang Birth Cohort | Cross-Sectional | 1,341 | Maternal serum | -- | -- | No effect | -- | -- | -- | -- | -- | -- | -- |
| Meng et al., 2018 | Danish National Birth Cohort | Prospective | 3,535 | Maternal plasma | No effect | No effect | Increase | -- | -- | -- | -- | -- | -- | No effect |
| Robledo et al., 2015 | LIFE | Prospective | 234 | Maternal and Paternal serum | No effect | -- | -- | -- | No effect | No effect | No effect | -- | -- | -- |
| Wang et al., 2016 | Taiwan Maternal and Infant Cohort | Cohort | 223 | Maternal serum | Decrease (females only) | -- | -- | -- | No effect | -- | No effect | -- | Increase | -- |
| Wikstrom et al., 2019b | SELMA | Prospective | 1,533 | Maternal serum | Decrease in Q4, continuous | -- | -- | -- | -- | -- | -- | -- | Increase | -- |

Notes:
Gen. Pop. = General Population; HSECH = Hokkaido Study on Environment and Children's Health; LIFE = Longitudinal Investigation of Fertility and the Environment; N = Number of Participants/Samples; PFDA = Perfluorodecanoic Acid; POPUP = Persistent Organic Pollutants in Uppsala Primiparas; Q# = Quartile of PFAS Associated with Outcome; SELMA = Swedish Environmental Longitudinal, Mother and Child, Asthma and Allergy; -- = Endpoint Not Assessed in the Present Study.
(a)  Birth weight divided by cubed birth length $(g/cm^3)$.

In two recent prospective studies of gestational PFDA exposure and adiposity and weight gain in children (Starling *et al*., 2019; Chen *et al*., 2019a), no association between PFDA and adiposity or weight gain were reported. A cross-sectional study reported an association between PFDA and decreased height, but no association with body weight, in two-year-old children (Lee *et al*., 2018).

No associations have been reported between maternal or paternal serum PFDA and secondary sex ratio (*e.g.*, having a male birth) (Bae *et al.*, 2015) and no association was observed between maternal plasma PFDA level and congenital cerebral palsy in a case-cohort study of 706 Danish children (Liew *et al.*, 2014).

One study reported an association between congenital hypothyroidism and PFDA. Specifically, a case-control study of 40 infants in South Korea reported higher serum PFDA level 1-3 months after birth among those with congenital hypothyroidism compared to those without (Kim *et al.*, 2016b).

Studies that examined neurodevelopmental outcomes in relation to PFDA showed mixed results. Two cohort studies reported no association of maternal serum PFDA level with full scale IQ, verbal IQ, performance IQ, behavioral regulation, metacognition, or global executive function at either age 5 or age 8 years (Wang *et al.*, 2015; Vuong *et al.*, 2016). However, associations of maternal plasma PFDA with ADHD and ASD were reported in a nested case-control study (Liew *et al.*, 2015), and a positive association between whole blood PFDA level and impulsivity was reported in a cross-sectional study (Gump *et al.*, 2011).

In a prospective birth cohort study, Niu *et al.* (2019) evaluated neurodevelopment in 533 mother-child pairs from China. The median maternal plasma PFDA concentration was 2.1 ng/mL. The authors reported a statistically significant positive association between maternal PFDA and personal-social skill in children. When stratified by sex, the significant positive association remained in girls only. The study also reported a positive linear trend between personal-social skill and PFDA tertiles in girls (p-trend < 0.05). No statistically significant association was observed between maternal PFDA and developmental problems in communication, gross motor function, fine motor function, or problem solving skills.

Skogheim *et al.* (2020) showed inconsistent associations of maternal PFDA with ADHD or cognitive functions (language skills, estimated IQ, and working memory) in preschool children aged 3.5 years from 944 mother-child pairs participating in a longitudinal prospective ADHD study. Maternal plasma PFDA was determined from blood samples drawn at week 17 of gestation, with a mean concentration of 0.19 ng/mL. Results were adjusted for maternal age, education, fish intake, parity, and child's sex in all models, and additionally adjusted for maternal ADHD symptoms in analyses of the child's ADHD symptoms. Compared to the lowest quintile, PFDA exposure in the highest quintile was associated with significantly increased verbal working memory. No associations were observed between prenatal PFDA exposure and ADHD symptoms or other cognitive functions in children. The authors also reported that PFHpS exposure in the highest quintile was associated with significantly decreased nonverbal working memory, as compared to the lowest quintile. No association was observed between prenatal PFHpS exposure and ADHD symptoms, estimated IQ, verbal working memory, or language skills in children. The mean maternal plasma PFHpS concentration was 0.16 ng/mL. As mentioned earlier, the study is subject to selection bias and non-generalization to the general population.

One study examined preeclampsia and pregnancy-induced hypertension in relation to PFHpA (Huo *et al*., 2020). The authors reported no association between PFHpA and any of the outcomes. The median PFHpA levels from blood samples collected before 20 weeks of gestation were 0.06 ng/mL.

A few studies examined birth outcomes in relation to PFHpA. The first was the previously mentioned case-control study of 40 infants in South Korea by Kim *et al.* (2016b). Within the control group (*e.g.*, infants without congenital hypothyroidism, n = 13), the authors reported a positive correlation between serum

PFHpA and microsomal antibodies (a marker of damage to thyroid cells and potential indicator of thyroid disease) (Kim *et al.*, 2016b). This result is not reliable given the small sample size. The second was a prospective study of 1,533 mother-infant pairs (Wikstrom *et al.* 2019b). The authors reported that maternal serum PFHpA was not associated with birth weight or odds of being small for gestational age in infants. In the third, a cross-sectional study of 361 children aged 2 years reported no associations between serum PFHpA and weight or height (Lee *et al.*, 2018).

One study measured birth outcomes in relation to PFHpS. In a prospective study of 702 mother-child pairs, Bjerregaard-Olesen *et al.* (2019) observed no statistically significant associations between maternal serum PFHpS and birth weight, birth length, or head circumference in offspring.

Overall, the majority of studies assessing reproductive and developmental effects reported no associations between PFDA, PFHpA, or PFHpS and outcomes such as female fertility, sperm parameters, preeclampsia, birth outcomes, neurodevelopmental outcomes, and adiposity and weight gain in children.

**A5.6.2 Thyroid Hormone Effects**

Berg *et al.* (2015) found that women with the highest serum PFDA concentrations (0.31-2.34 ng/mL) had a mean T3 value 4% lower than the lowest exposure group at all sampling points (second trimester, 3 days post-partum, and 6 weeks post-partum), but no changes in free T3, free T4, TSH, or T4 levels. When the analysis included adjustments for levels of thyroid hormone binding proteins such as thyroid binding globulin, transthyretin, and albumin, there was no association between PFDA and decreased T3.

Ji *et al.* (2012) studied associations between serum PFHpS and PFDA levels and serum T4 and TSH levels in a cohort of 633 South Koreans older than 12 years. Median PFHpS levels across the entire cohort was 0.21 ng/mL (IQR: 0.13, 0.31 ng/mL). Median PFDA levels were 0.91 ng/mL (IQR: 0.58, 1.45 ng/mL). No associations were observed between either PFAS for serum T4 levels or TSH levels.

Wang *et al.* (2014d) studied associations between maternal serum PFDA levels and maternal and neonate thyroid hormones levels in a cohort of 285 pregnant women and 116 neonates recruited in the Taiwan Maternal and Infant Cohort study. Median maternal serum PFDA levels were 0.46 ng/mL (IQR: 0.10-0.69). Neonate thyroid levels were determined from cord blood samples taken at delivery. In a linear regression model that adjusted for covariates, maternal serum PFDA levels were associated with increased T3 at a borderline significance ($\beta = 0.002$, 95% CI: 0.000-0.003). Interestingly, neonate PFDA levels were associated with decreased T3 ($\beta = -0.017$, 95% CI: -0.028 to -0.005).

In a cross-sectional study, Inoue *et al.* (2019) evaluated the associations of maternal serum PFDA and PFHpS with TSH and free T4 during gestation weeks 5 through 19 in 1,366 women from three subcohorts within the Danish National Birth Cohort. The median serum values were 0.17 ng/mL for PFDA 0.37 ng/mL for and PFHpS, and the mean serum values were 1.13 mIU/L for TSH and 14.2 pmol/L for free T4. The highest PFDA and PFHpS exposure quartiles were both associated with increased TSH from gestational weeks 5 to 9. After gestational week 10, the highest quartiles of PFDA and PFHpS exposure were both negatively associated with TSH. PFDA was also associated with increased free T4 in early pregnancy (before gestational week 10). However, this result was not observed when women with thyroid disease were excluded from the analysis.

Itoh *et al.* (2019) evaluated associations between concentrations of PFDA in maternal serum and maternal thyroid status in a cross-sectional study of 701 mother-child pairs. Maternal plasma samples were collected between gestational weeks 28 and 32. Maternal thyroid status was indicated by concentrations of thyroid hormones and thyroid antibodies (TgAb and TPOaB). In maternal serum, median concentrations were 0.49

ng/mL for PFDA, 0.802 µU/mL for TSH, 3.04 pg/mL for free T3, 13.5 pg/mL for free T4, 6.0 IU/mL for TPOAb, and 15.0 IU/mL for TgAb. There were no significant associations between PFDA and maternal thyroid hormones when analyses were stratified by maternal thyroid antibody status or collapsed for all women.

In the same study, Itoh *et al*. (2019) conducted a prospective birth cohort analysis with the offspring in the mother-child pairs. The authors assessed the relationships between maternal serum PFDA and neonatal thyroid status, as indicated by thyroid hormones and thyroid antibodies in umbilical cord blood collected at birth. In umbilical cord blood serum, the median concentrations were 7.98 µU/mL for TSH, 1.29 pg/mL for free T3, 13.0 pg/mL for free T4, < 5.0 IU/mL for TPOAb, and 38.0 IU/mL for TgAb. For girls of thyroid antibody negative mothers, free T3 and maternal PFDA were positively associated, but this relationship was not significant for girls of thyroid antibody positive mothers. For offspring of thyroid antibody negative mothers, maternal PFDA and TSH were negatively associated for boys, while TgAb and maternal PFDA were positively associated for girls. No other significant associations were found for maternal PFDA and other measures of thyroid hormones.

## A5.6.3 Serum Lipids and Cardiovascular Disease

Mattsson *et al*. (2015) conducted a case-control study of the association between PFDA exposure and coronary heart disease in a population of 1,782 male farmers and rural residents living in Sweden. Residents were recruited in 1990-1991 and followed for coronary heart disease diagnosis through 2009. There were no associations between PFDA and coronary heart disease.

Mattsson *et al*. (2015) also reported results for PFHpA. The median serum PFHpA concentration (measured in 1990-1991) was not significantly different between cases (0.05 ng/mL, IQR = 0.05) and controls (0.04 ng/mL, IQR = 0.03). Crude ORs computed based on PFHpA quartiles showed significantly increased risk for CHD in the third quartile (OR = 2.72, 95% CI: 1.52-4.84) and fourth quartile (OR = 2.45, 95% CI: 1.40-4.29). However, in models that adjusted for BMI, systolic blood pressure, total cholesterol, HDL, and tobacco use, an increased risk of CHD was only significant for the third quartile of serum PFHpA (OR = 2.58, 95% CI: 1.39-4.78). The authors also noted that the findings related to PFHpA were likely due to chance because of the extremely low serum concentrations of PFHpA.

In a case-cohort analysis, Starling *et al*. (2014a) investigated the association between PFDA or PFHpS exposure and preeclampsia in 976 women enrolled in the Norwegian Mother and Child Cohort Study. Serum PFDA and PFHpS concentrations were not associated with an increased risk of medical record-validated preeclampsia in first-time mothers.

Starling *et al*. (2014b) conducted a cross-sectional analysis of serum lipids in a cohort of 891 pregnant women in the Norwegian Mother and Child Cohort Study. Plasma was collected in mid-pregnancy and analyzed for lipids and concentrations of PFAS. PFDA serum concentrations at or above the median (0.09 ng/mL) were associated with a 2.72 mg/dL (95% CI: 0.89-4.55) increase in HDL compared to PFDA concentrations below the median. Serum PFHpS concentrations in the fourth quartile (> 0.19 ng/mL) were associated with a 3.00 mg/dL (95% CI: 0.53-5.47) increase in HDL compared to the first quartile of PFHpS (< 0.09 ng/mL).

Gardener *et al*. (2020) conducted a cross-sectional analysis of serum PFAS in late pregnancy and metabolic outcomes in 433 pregnant women enrolled in the Vanguard Pilot Study of the National Children's Study. Serum samples were collected in the third trimester, and the median PFDA concentration was 0.2 ng/mL. PFDA was associated with small increases in cholesterol but not with fasting insulin. PFDA was also

associated with fasting triglycerides when analyzed by quartiles of exposure, but not when analyzed by continuous measure.

Jensen *et al.* (2020) evaluated the associations between maternal PFDA concentrations and measures of adiposity in infants and young children in a prospective study of 649 mother-child pairs in the Odense Child Cohort. PFAS was measured in serum at study enrollment, with the median gestational age at enrollment of 11.3 weeks among the study participants. The median PFDA serum concentration was 0.26 ng/mL (5th-95th percentile range = 0.15-0.53 ng/mL). Maternal PFDA was associated with total cholesterol, but not with triglycerides, in the children at 18 months, but not at 3 months. The authors also reported that PFOA was associated with ponderal index and with BMI of children at 3 and 18 months (results were pooled for these ages), but not at birth. The effect sizes were very small, however; for each 1 ng/mL increase in maternal serum PFDA the increase in ponderal index was 0.60 times the standard deviation of the reference value, roughly amounting to a maximum difference of 2.0% over the range of serum PFOA from the 5th to the 95th percentile. For BMI, the maximum difference was 1.4%. While these values may be statistically significant, the biological relevance of such small effect sizes is questionable. In addition, a major limitation of this study is that the results for the 3- and 18-month old children were pooled. The physical characteristics measured (body weight, adiposity, *etc.*) are bound to change during this period of rapid development in children.

In a cross-sectional study, Fu *et al.* (2014) found that increasing serum PFDA concentrations were associated with increased natural log total cholesterol (lnTC) and HDL levels in a population of 133 adult hospital patients in China. Exposure to PFDA in this cohort was very low, with a median serum PFDA concentration of 0.19 ng/mL (IQR: 0.02-0.62 ng/mL). When compared across quartiles, no significant differences were observed for lnTC or HDL compared to the first quartile of exposure. However, the total dose response trend across all quartiles was barely significant for lnTC ($p = 0.048$) and significant for HDL ($p = 0.007$). A regression model that included adjustments for age, gender, and BMI found increased lnTC levels ($\beta = 0.028$, 95% CI: 0.001-0.056) and increased HDL ($\beta = 0.062$, 95% CI: 0.018-0.107) associated with unit increases of PFDA. Although there were significant effects and trends for total cholesterol and HDL, when analyses were conducted for abnormal serum lipids (using values outside of normal ranges), there was no significant association with increasing PFDA levels.

Fu *et al.* (2014) also analyzed for potential associations of serum lipid levels and PFHxA and PFHpA but found no significant differences in total cholesterol, triglycerides, HDL, or LDL across serum quartile levels or with unit increases of each PFAS in adjusted regression models.

Jain and Ducatman (2019) evaluated the associations between gender, obesity, and serum PFDA levels on serum lipids and lipoproteins using data from 3,629 NHANES participants between 2005 and 2014. Geometric mean serum PFDA levels were 0.26 ng/mL (IQR: 0.17, 0.40) in males and 0.23 ng/mL (IQR: 0.12, 0.40) in females. Individuals were categorized as obese if their BMIs were greater than or equal to 30 kg/m$^2$ and as nonobese if their BMIs were 18.5-29.9 kg/m$^2$. No associations were observed for a 10% increase in PFDA levels and serum lipids/lipoproteins in nonobese males. In obese males, a 10% increase in PFDA levels was associated with a 0.83% decrease in serum triglycerides. In nonobese females, a 10% increase in PFDA levels was associated with both a 0.53% increase in HDL and a 0.85% decrease in serum triglycerides. For obese females, a 10% increase in PFDA levels was associated with a 0.24% increase in total cholesterol, 0.42% increase in HDL, 0.38% increase in LDL, and a 0.76% decrease in serum triglycerides.

In a cross-sectional study, Christensen *et al.* (2018) evaluated the associations between PFDA exposure and metabolic syndrome and its individual components (elevated waist circumference, triglycerides, blood pressure, fasting glucose, and reduced HDL cholesterol) in 2,975 US adults 20 years and older using data from the 2007-2014 NHANES cycles. The median serum concentration of PFDA was 0.2 µg/L. After

adjusting for potential covariates (age, sex, race/ethnicity, income, alcohol intake, smoking status, and BMI) and exposure to other PFAS, the authors reported an inverse association between PFDA and metabolic syndrome in a linear model (OR = 0.72, 95% CI: 0.54-0.97). In an analysis of PFDA exposure and metabolic syndrome components adjusting for all PFAS across quartiles of exposure, the 3rd and 4th quartiles were associated with reduced triglycerides and the 4th quartile was associated with elevated HDL cholesterol compared to the 1st quartile.

In a cross-sectional study, Tian *et al.* (2019) evaluated the associations between serum PFDA, PFHxA, and PFPeA concentrations and overweight status in 1,612 Chinese adults from the Isomers of C8 Health Project in China. The median serum concentrations of PFDA, PFHxA, and PFPeA were 0.86, 0.03, and 0.01 μg/L, respectively. The authors reported an association between natural-log unit (μg/L) increase in PFDA (OR = 1.27, 95% CI: 1.10-1.46) and overweight/obesity (BMI ≥ 25 kg/m2) in men but not women. The small association between PFHxA and overweight/obesity was significant in women (OR = 1.13, 95% CI: 1.02-1.27) but not men (OR = 1.04, 95% CI: 0.99-1.09). Serum PFPeA concentrations were also associated with overweight/obesity (OR = 1.43, 95% CI: 1.07-1.91) in women but not men. In an analysis of associations between waist circumference and serum PFAS concentrations, PFDA was associated with increased waist circumference in the total cohort (OR = 1.20, 95% CI: 1.05-1.37), but when stratified by sex the association was only significant in men. Serum concentrations of PFPeA were associated with waist circumference in the total cohort (OR = 1.13, 95% CI: 1.01-1.28), but when stratified by sex no significant association was observed for either sex. No associations were observed for serum PFHxA concentrations and increased waist circumference.

Zeng *et al*. (2015) reported that serum concentrations for PFDA and PFHxA were not associated with total cholesterol, triglycerides, HDL, or LDL in a cross-sectional analysis of a group of 225 healthy 12- to 15-year-old children in Taiwan.

## A5.6.4 Immunological Effects

Epidemiology studies of potential immunological effects focused on immunosuppression and hypersensitivity. The majority of studies of immunological effects examined exposure to PFDA; a few studies examined exposure to PFHpA, PFHpS, and PFHxA.

For immunosuppression outcomes, prospective cohort studies that evaluated antibody response to vaccinations showed inconsistent results in association with PFDA (Grandjean *et al.*, 2012, 2017a; Kielsen *et al.*, 2016; Timmermann *et al*., 2020; Shih *et al*., 2021). In a birth cohort of 656 children in the Faroe Islands, tetanus antibody levels at ages 5 years (post-booster) and 7 years were found to be inversely associated with serum PFDA levels at age 5 (Grandjean *et al.*, 2012), whereas the antibody level at age 13 was found to be *positively* associated with serum PFDA level at age 7 (*i.e*., greater antibody response with increasing serum PFDA) (Grandjean *et al.*, 2017a). In the same cohort, diphtheria antibody levels at age 13 were found to be inversely associated with serum PFDA levels at age 7 (Grandjean *et al.*, 2017a), but no association was observed at earlier ages (Grandjean *et al.*, 2012).

Shih *et al*. (2021) investigated the associations between PFDA levels measured in cord blood and at ages 7, 14, 22, and 28 years and serum antibody concentrations against hepatitis type A, hepatitis type B, diphtheria, and tetanus in adults vaccinated at age 28 years from the Faroe Islands. The study reported that each doubling of serum PFDA measured at age 7 years was associated with *increased* anti-HB levels in females. In addition, each doubling of serum PFDA measured at ages 7 and 22 years was associated with increased diphtheria antibody concentrations in the overall cohort. When stratified by sex, PFDA measured at ages 22 years was associated with increased diphtheria antibody concentrations in females. No other

associations were observed for PFDA measured at any age point and serum antibody levels of the four vaccines.

Timmermann *et al.* (2020) measured antibody responses to measles vaccinations in 237 children from Guinea Bissau. Of the 237 children, followed from the date of study inclusion at 4-7 months old through 2 years of age, 135 received two measles vaccinations (at clinic visits at 4-7 months and at 9 months), and 102 received only one (at the 9 months visit). The median serum PFDA level measured in these children at inclusion was 0.19 ng/mL. At 9 months, a decrease in measles antibodies was associated with PFDA in children who received a vaccination at the time of study inclusion (4-7 months), but not in children who had not yet received a vaccination, and not in any children at 4-7 months (before vaccinations) or at 2 years. Timmermann *et al.* (2020) also studied the occurrence of mother-reported symptoms including fever, coughing, diarrhea, and vomiting in children and found no statistically significant associations between PFDA and any of the symptoms at study inclusion (4-7 months) or at 9 months; these findings are consistent with those reported in Dalsager *et al.* (2016), where no associations were found for fever, coughing, or diarrhea in children aged 1-4 years with similar serum PFDA levels (median 0.21 ng/mL).

In an exploratory study of 12 adult volunteers in Denmark, no association was observed between PFDA and tetanus antibody levels 4-10 days post-vaccination, but an inverse association was observed between diphtheria antibody levels and serum PFDA; no association was observed between serum PFHpA and either of the antibodies (Kielsen *et al.*, 2016). Another study examined infectious disease resistance in a cohort of 346 Danish children age 1-4 years and found no association between maternal serum PFDA and symptoms of infection (Dalsager *et al.*, 2016). Dalsager *et al.* (2021) also found no association between maternal serum PFDA during pregnancy and hospitalization for all infections combined, or for upper respiratory tract, lower respiratory tract, or gastrointestinal tract infections in children between birth and 4 years of age in a prospective cohort study of 1,699 families in the Odense Child Cohort.

Studies of PFDA and infectious disease in children showed inconsistent results. Wang *et al.* (2022) evaluated the association between maternal PFAS exposure and the common cold, bronchitis/pneumonia, or diarrhea in infants at age 1 year in 235 mother-infant pairs from the Laizhou Wan (Bay) birth cohort in China, recruited in 2010-2013. The mean maternal serum concentrations of PFDA and PFHpA were 0.55 ng/mL and 0.12 ng/mL, respectively. PFDA and PFHpA were not associated with the common cold or bronchitis/pneumonia, and PFHpA was not associated with diarrhea. PFDA was associated with diarrhea when analyzed by incidence rate ratio (*i.e.*, number of episodes), but not by odds ratio (*i.e.*, yes/no for each child).

In a study of the Hokkaido cohort, Ait Bamai *et al.* (2020) followed 2,206 children from birth to age 7 and evaluated the associations between prenatal maternal serum PFAS, collected in gestational weeks 28-32, and various allergic conditions and infectious diseases. The median maternal PFDA concentration was 0.51 ng/mL. Maternal PFDA was not associated with any infectious disease (pneumonia, chickenpox, otitis media, or respiratory syncytial virus) in the total population of children at age 7 or in children with siblings, but was associated with an increased risk of pneumonia in children without siblings. While the authors noted that the presence of siblings was a confounder for infectious disease, the meaning of results that differ among populations with and without siblings is unclear. PFDA was associated with a decrease in rhino-conjunctivitis but was not associated with other allergic responses (wheeze, eczema). This study has several limitations, including potential bias due to reporting by parents and lack of control for multiple comparisons, as noted in Section A5.1.4.5.

Other studies of hypersensitivity also showed inconsistent results. In a prospective cohort study of 1,024 mother-child (age 5-9 years) pairs in Greenland and Ukraine, the authors reported no association between maternal serum PFDA and asthma, eczema, or wheezing (Smit *et al.*, 2015). In the same study, the authors reported an inverse association of maternal serum PFHpA with current wheezing in Ukraine but not in

Greenland, where the mean maternal PFHpA level was higher. No associations were reported with ever asthma, ever/current eczema, or ever wheezing (Smit *et al.*, 2015).

In another prospective cohort study of 2,063 Japanese mother-infant pairs, the authors reported no associations between maternal plasma PFDA and eczema or total allergic diseases during the first 24 months (Okada *et al.*, 2014). However, in a case-control study of 456 Taiwanese children, the authors reported a positive association of serum PFDA with asthma diagnosis and asthma severity. The authors also reported positive associations between serum PFDA and serum immunological markers such as IgE among those with asthma (Dong *et al.*, 2013; Zhu *et al.*, 2016). In the same case-control study, no association was observed between serum PFHxA levels and asthma diagnosis or severity (Dong *et al.*, 2013).

Averina *et al*. (2018) also reported no increases in asthma or allergies is association with PFDA, PFHpA, or PFHpS in 675 Norwegian adolescents who were followed for three years. Beck *et al*. (2019) reported no association between prenatal exposure to PFDA and asthma or wheeze in 5-year-old children from 981 mother-child pairs within the Odense Child Cohort in Denmark. Zeng *et al*. (2019b) also observed no association between PFDA and wheezing or asthma in 358 preschool children aged 5 years from Shanghai, China, but did note a biphasic response of serum IgE. Serum total IgE levels decreased with increasing PFDA below 0.42 ng/mL, but increased with increasing PFDA above 0.42 ng/mL.

Kvalem *et al*. (2020) reported no effects of PFDA on asthma- and allergy-related outcomes and on airway infections before and during puberty in 378 children in the ECA prospective birth cohort. For PFHpA, the authors reported a positive association with asthma in girls at age 10 (but not at older ages up to 16), and with lower respiratory tract infections in all participants in the age group between 10 and 16, and in all participants and in girls aged 16 years. For PFHpS, the authors reported a positive association with rhinitis in girls and allergy sensitization in all participants and in boys at age 16 years (but not at 10 or ages up to 16), as well as lower respiratory tract infection in all participants and in boys between ages 10 and 16 years (but not at 10 or at 16). The mean serum concentrations of PFHpA and PFHpS were 0.14 ng/mL and 0.37 ng/mL, respectively.

Lochhead *et al*. (2021) evaluated the association between PFDA and inflammatory bowel disease, including Crohn's disease and ulcerative colitis. The authors used a nested case-control study design within the Nurses' Health Study cohorts, with 73 Crohn's disease cases, 80 ulcerative colitis cases, and matched controls for each set of cases. The median serum PFDA concentrations in Crohn's cases and controls were 0.14 and 0.19 ng/mL, and the median serum PFOA concentrations in ulcerative colitis cases and controls were 0.20 and 0.19 ng/mL, respectively. Lochhead *et al*. (2021) observed a *decrease* in risk of Crohn's disease with increasing PFDA, and no association between ulcerative colitis and PFDA.

Overall, there is no compelling evidence for the existence of immunosuppression or hypersensitivity effects of these PFAS chemicals. In addition to inconsistent findings, these studies also varied in terms of study design, study population, sample size, health outcome, and exposure assessment window and technique.

## A5.6.5 Kidney Effects

Wang *et al*. (2019b) reported mixed effects of PFHxA, PFPeA, and PFDA on kidney function and kidney disease in a cross-sectional analysis of 1,612 adults from Shenyang, China. Both PFHxA (median serum concentration = 0.03 ng/mL) and PFPeA (median serum concentration = 0.01 ng/mL) were associated with decreased eGFR, but neither chemical was associated with CKD. In contrast, PFDA (median serum concentration = 0.86 ng/mL) was associated with *increased* eGFR and *decreased* odds of CKD. Overall, this study does not provide compelling evidence for the existence of kidney effects of these chemicals.

## A5.6.6 Cancer

I identified few studies of the association between cancer and PFDA, and they do not provide consistent evidence for the existence of carcinogenic effects. Hardell *et al.* (2014) conducted a case-control study among 387 Swedish men and reported no overall association between serum PFDA and prostate cancer. The authors did report a positive association in the subgroup with prostate cancer heredity and above-median PFDA exposure; however, this subgroup analysis was not warranted given the lack of interaction between heredity and PFDA.

Omoike *et al.* (2020) conducted a cross-sectional study of serum PFAS and prostate, uterine, breast and ovarian cancers in 11,631 NHANES adult participants using data from 2005-2012 surveys. The median PFDA serum concentration was 0.30 ng/mL. The authors reported an increased risk of breast and ovarian cancers with increasing PFDA, but a *decreased* risk of prostate and uterine cancers.

Tsai *et al.* (2020) evaluated the associations between PFAS and breast cancer in a case-control study with 120 cases and 119 controls in Taiwan. The geometric mean PFDA, PFHpA, and PFHxA serum concentrations (in ng/mL) were 0.77 0.63, and 0.32, respectively. There were no associations between PFDA, PFHpA, or PFHxA and breast cancer in the total population. When stratified by age (≤50 *vs.* >50) and estrogen receptor positive *vs.* estrogen receptor negative tumors, there was a *decreased* risk of estrogen receptor negative tumors in women in the ≤50 age group associated with PFDA exposure. This study had several limitations, including a small population size, significant differences in the case and control populations for smoking status and education level, failure to adjust results for multiple comparisons, and a lack of temporality (*i.e.*, PFAS levels were measured in a single blood sample collected at the time the breast cancer cases and controls were enrolled in the study).

Velarde *et al.* (2022) conducted a case-control study to evaluate associations between breast cancer and 41 different chemicals, including PFDA and PFHxA, in women in Manila. The study included 75 breast cancer cases recruited from a hospital and 75 controls from the general population. The geometric mean serum PFDA concentrations were 0.73 ng/mL in controls and 1.17 ng/mL in cases. The geometric mean serum PFHxA concentrations were 0.17 ng/mL in controls and 0.2 ng/mL in cases. Velarde *et al.* (2022) reported associations of both PFDA and PFHxA with breast cancer when analyzed by quartiles, with results adjusted for age and region of residence. This study is subject to several limitations. Velarde *et al.* (2022) acknowledged that results may have been affected by conditions such as breast cancer risk factors, parity, lactation, and age at menarche or menopause, all of which were unknown in this study. The authors also noted that the cross-sectional study design does not take into account breast cancer latency. In addition, more cases than controls worked in factories, and may have been exposed to elevated amounts of other chemicals or substances. Finally, the authors did not adjust for multiple comparisons, but presented results for nine PFAS and analyzed a total of 41 different chemicals for associations with breast cancer.

Feng *et al.* (2022) reported an association with PFHpA, but not PFDA, in a case-cohort study of 226 incident breast cancer cases and 990 age-stratified randomly selected sub-cohort subjects within the Dongfeng-Tongji cohort. The cohort was followed for 9.6 years. The median serum PFHpA concentration in cases was 0.02 ng/mL, and the median serum PFDA concentration in cases was 0.56 ng/mL. Adjustments were made for age, BMI, occupation type, smoking and alcohol drinking status, marital status, enrollment year, parity, menopausal status, disease history of mastitis, use of hormone replacement therapy, and family history of cancer.

Itoh *et al.* (2021) found no increased risk of breast cancer in association with PFDA in a hospital-based case-control study of 405 matched pairs from 2001 to 2005 in Nagano Prefecture, Japan. Likewise, no associations were observed when results were stratified by menopausal status or hormone receptor status.

In a nested case-control study, Shearer *et al.* (2020) investigated the risk of renal cell carcinoma and pre-diagnostic serum concentration of PFDA in 324 renal cell carcinoma cases and 324 individually matched controls in the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial. Pre-diagnostic serum samples were collected an average of 8.8 years before renal cell carcinoma diagnosis. Multivariate analyses controlled for age, sex, race/ethnicity, study center, study year of blood draw, eGFR, BMI, smoking status, history of hypertension, prior freeze-thaw cycles, and calendar year of blood draw. No statistically significant associations were observed between PFDA and renal cell carcinoma, either when PFDA levels were modeled continuously or categorically.

In a hospital-based case-control study of 134 cases of thyroid cancer and 185 hospital-based healthy controls (undergoing routine medical visits) in China, Liu *et al.* (2021) reported a *decrease* in thyroid cancer in association with PFDA. The geometric mean PFDA serum concentrations were 0.5 ng/mL in cases and 0.6 ng/mL in controls. When stratified by sex, the inverse relationship held for women, but not for men. Liu *et al.* (2021) cited reverse causation as a possible explanation for the inverse relationship.

I did not identify any studies of prostate cancer or other cancer types besides breast cancer in relation to PFHpA, PFHxA, PFHpS, or PFPeA. Overall, there is no compelling evidence for the existence of carcinogenic effects of these PFAS.

## A5.7  Conclusions for Human Studies

Overall, the epidemiology studies described in Section A5 demonstrate no consistent health effects or changes in clinical chemistry parameters in workers who have been exposed to high levels of PFAS for long periods of time, in residents with PFAS in their drinking water, or in populations with background exposure to PFAS. In many cases, when health effects were seen, the changes were of unclear clinical significance or, in some cases, were not consistent with animal or mechanistic data for the same endpoints.

Both ATSDR (2021) and the Michigan PFAS Science Advisory Panel (2018) explicitly stated that causality has not been established between any PFAS and any specific health outcome in humans. ATSDR (2021) stated, "The available human studies have identified some potential targets of toxicity; however, cause-and-effect relationships have not been established for any of the effects, and the effects have not been consistently found in all studies." The ATSDR (2019) "Guidance for Clinicians on PFAS" confirms that "the evidence does not establish a causal relationship between PFAS exposure and disease," and advises that no "deviations from established standards of medical care" should be enacted for asymptomatic individuals exposed to PFAS. The Michigan PFAS Science Advisory Panel (2018) stated, "causality between a PFAS chemical and a specific health outcome in humans has not been established in the current scientific literature." The Australia Expert Health Panel for PFAS (2018) noted, while there is evidence of some associations with some health outcomes:

> Differences between those with the highest and lowest exposures are generally small, with the highest groups generally still being within the normal ranges for the whole population. There is mostly limited or no evidence for an association with human disease accompanying these observed differences. There is no current evidence that supports a large impact on an individual's health.

Steenland *et al*. (2020) noted that "[o]verall, the epidemiologic evidence remains limited" for associations between PFOA and health effects.  Furthermore, in a review of the scientific literature regarding PFAS (mainly PFOA and PFOS) and cancer, Steenland and Winquist (2021) concluded, "Overall, the evidence for an association between cancer and PFAS remains sparse," and "there are no associations between PFAS and cancer that have been both marked and consistent across studies."  Steenland was one of the epidemiologists on the C8 Science Panel.

In concordance with these agencies, expert panels, and individual experts, I conclude that the weight of evidence does not support that environmental exposures to PFAS adversely affect human health.

# A6  Development of Scientific Knowledge of PFAS Toxicity Over Time

This section summarizes the development of knowledge of PFAS toxicity (in particular, PFOA and PFOS, which were among the first PFAS studied) and how the state of knowledge at various points in time informed investigators about the potential health effects of PFAS. It includes a summary of the state of knowledge regarding PFAS from the 1950s to the early 2000s, focusing on acute and general toxicity, reproductive and developmental toxicity, immunotoxicity, and cancer. The potential for human health effects from PFAS exposure have been informed by animal toxicology and pharmacokinetic studies, 3M worker blood monitoring, medical surveillance and epidemiology studies, and studies of body burden in the non-occupational population.

## A6.1  General Toxicity

Although some acute and aquatic toxicity studies were conducted at least as early as the 1950s, more scientific knowledge of PFAS toxicology began to develop in the 1970s. During this decade and beyond, much of the scientific research relevant to the properties of PFOA, PFOS, and other PFAS was conducted by 3M, either itself or through its contractors, as well as by researchers with funding from US government sources, such as the United States Department of Defense (US DoD). Advancements were made in the knowledge of PFOA and PFOS toxicology, worker serum concentrations, and analytical methodology.

In addition, as detailed below, publication of important findings in the scientific literature and the provision of study results to US government regulators over time advanced the general knowledge base available to the government and the scientific community of the toxicological properties of PFAS, including acute and subchronic effects, potential reproductive and immune effects, potential carcinogenicity, and the pharmacokinetics of various PFAS compounds. The US government also conducted or funded studies on several PFAS, including PFDA, PFOA, and AFFF, and many of these studies were published in the scientific literature. These studies also served to advance the government's and the broader scientific community's understanding of the toxicological properties of PFAS over time.

### A6.1.1  1950s to 1970s

#### A6.1.1.1      Early Aquatic and Ecotoxicological Studies

There were several aquatic toxicity studies conducted in the 1950s to 1970s that addressed the potential ecotoxicity of PFAS.[97] In 1958, the MDH released a report on sampling and aquatic toxicity testing of lagoon wastewater effluent from a 3M facility (MDH, 1958). Fish native to the Mississippi River were exposed to the effluent water at various dilutions. The report noted that the "pectoral and pelvic fins and the gill regions of the fish became unusually red." The authors hypothesized that this may be due to a physiological response or irritation from the water. However, the chemical constituents of the wastewater effluent were not measured. Thus, it is not clear what products were discharged into the lagoon, nor what

---

[97] It should be noted that there are important uncertainties in extrapolating findings from studies in fish species to mammalian species.

the concentrations of PFAS, if any, were in the effluent. Accordingly, the report itself does not provide a basis for assessing risk due to PFAS.

In 1970, The Fire Journal published a letter from S.I. Kalkstein, the President of the Chemical Concentrates Corporation, regarding aquatic toxicity of "Light Water" product FC-194, a fire extinguishing agent (Kalkstein, 1970). In his letter, Kalkstein reported a toxicity threshold concentration for "fluorochemical[s]" of 4 ppm[98] based on acute aquatic tests conducted on goldfish, black moors, and calicoes. However, as FC-products are mixtures of perfluorinated compounds and other chemicals including surfactants and solvents (see for example 3M Co., 2000a-c), it is unclear if the value of 4 ppm is the concentration of fluorochemicals found in FC-194 or of the product itself, which would not reflect the toxicity of fluorochemicals alone. In a response to Kalkstein (1970) in the same journal, Bryce (1970) noted that standard bioassay tests showed that FC-194 and FC-196 had the same effects on fish as commercial protein foam products, and required 30 times more product to exert the same effects on fish as alkylbenzene sulfonate, a major component of household and commercial detergents.

From 1972 to 1974, 3M conducted several acute aquatic toxicity studies on FC-203 and FC-206, both of which contained PFOS as an ingredient. The concentrations of PFOS in these products were low – FC-203 contained 1.34% PFOS and FC-206 contained 0.67% PFOS by volume – and both products also contained six other ingredients mixed in water (3M Co., 2000a-c). Studies were conducted on a variety of invertebrates; median tolerance limits, defined as the nominal concentration of the test compound in water causing a 50% response after 48 or 96 hours, ranged from more than 100 to 1,560 mg/L. Toxicity testing was also conducted on different fish species *fundulus heteroclitus* (mummichog) and *lepomis macrochirus* (bluegill sunfish), with median tolerance limits of 3,260 mg/L for FC-206 and 20.4 mg/L for FC-203 (3M Co., 2000b,d). As the concentrations of PFOS were low in these products ($\leq$ 1.34%), and the studies were conducted using mixtures that included non-perfluorinated compounds, the study findings are not informative as to the toxicity of PFOS alone.

The US DoD also conducted ecotoxicology studies on various PFAS chemistries in the 1970s, including studies of different types of AFFF, to evaluate biodegradation and aquatic toxicity (*e.g.*, USAF, 1974).

### A6.1.1.2        Animal and Human Studies

Prior to the 1970s, information on the potential toxicity of PFAS in mammals came mainly from acute toxicity studies in rodents that assessed lethality by determining the $LD_{50}$ value.[99] As discussed below, in the 1970s, 3M began evaluating concentrations of organic fluorine in 3M workplace air and worker serum, screening and studying fluorochemical workers, conducting metabolic and toxicological studies of certain PFAS in animals, and pursuing the development of analytical methods to determine total fluorine and certain PFAS in biological samples. It should be noted that the principal measure of exposure in early animal studies was the administered dose reported in mg/kg-day.

A lab report from 1950 listed an oral $LD_{50}$ value for PFBA in mice of 1,001 mg/kg (Hazleton Laboratories, 1950). In 1956, Stanford researchers published a paper describing how PFOA binds to human serum albumin (Nordby and Luck, 1956). A 1963 technical bulletin from 3M listed the oral $LD_{50}$ values of seven fluorochemicals tested in rats and mice, which ranged from 180-6,200 mg/kg and included FC-95 (PFOS) with an oral $LD_{50}$ value of 450 mg/kg (3M Co., 1963). The 1963 bulletin classified the $LD_{50}$ values as "moderately" or "slightly" toxic (3M Co., 1963). This is consistent with the classifications for acute toxicity that were used at the time, for which oral $LD_{50}$ values in the range of 50-500 mg/kg were classified as

---

[98] 1 ppm = 1 µg/mL or 1 mg/L.
[99] $LD_{50}$ is the dose of a substance that is lethal to 50% of the treated animals (Aleksunes and Eaton, 2019). Similarly, lethal concentration 50 ($LC_{50}$) is the concentration of a substance in air that is lethal to 50% of the treated animals.

"moderately toxic" and oral $LD_{50}$ values in the range of 500-5,000 mg/kg were classified as "slightly toxic" (Spector, 1956). In 1966, rat oral $LD_{50}$ values of 2,600 and 900 mg/kg were reported for two fluorochemicals listed as test material L-1931 and L-1932 (Industrial Bio-Test Laboratories, Inc., 1966). Several acute studies of PFOA and PFOS were conducted by 3M (or contractors) in the 1970s, reporting rat oral $LD_{50}$ values in a similar range to those reported in the 1963 bulletin. Oral $LD_{50}$ values for PFOA ranged from 540-1,250 mg/kg in rats exposed *via* gavage to PFOA as test material T-1395 (Biosearch, Inc., 1976a), T-1585 (Biosearch, Inc., 1976b), and FC-143 (International Research and Development Corp., 1978a), with the results for FC-143 published in the literature in 1980 by Griffith and Long (1980). Oral $LD_{50}$ values for PFOS ranged from 233 mg/kg to >5,000 mg/kg in rats exposed *via* gavage to test material T-1388 (Biosearch, Inc., 1976c), T-1389 (Biosearch, Inc., 1976d), T-1390 (Biosearch, Inc., 1976e), FC-95 (International Research and Development Corp., 1978b), T-2275 CoC (Biosearch, Inc., 1978a), T-2296 CoC (Biosearch, Inc., 1978b), T-2297 CoC (Biosearch, Inc., 1978c), and T-2278 CoC (Biosearch, Inc., 1978d). Under the acute toxicity classification scheme, these $LD_{50}$ values would result in PFOA being classified as "slightly toxic" and PFOS being classified in the range from "moderately toxic" to "practically non-toxic" (Spector, 1956). For perspective, the range of $LD_{50}$ values for the various PFAS is consistent with those of the chemicals caffeine (367.7 mg/kg in rats, ECHA, 2020) and aspirin (200 mg/kg in rats, NLM, 2020), which are consistent with an acute toxicity classification of "moderately toxic" (Spector, 1956).

Acute inhalation toxicity studies of PFOA and PFOS, an acute dermal toxicity study of PFOS, and skin and eye irritation studies of PFOA and PFOS were also conducted in the 1970s. An acute inhalation study of T-2305 CoC (PFOA) in rats reported a median lethal concentration ($LC_{50}$) value of >18.6 mg/L (Bio/dynamics, Inc., 1979a), which was subsequently reported in the published literature by Griffith and Long (1980), and a similar study of T-2306 CoC (PFOS) in rats reported an $LC_{50}$ value of 5.3 mg/L (Bio/dynamics, Inc., 1979b). The dermal $LD_{50}$ in rabbits exposed to T-991 (PFOS) was reported as >1 ml/kg (WARF Institute, Inc., 1974). PFOA was not irritating to rabbit skin when administered as test material T-567 (Biosearch, Inc., 1974) or T-1395 (Biosearch, Inc., 1976f), with the latter finding published in the literature (Griffith and Long, 1980). Similarly, PFOS was not irritating to rabbit skin when administered as test material T-991 (WARF Institute, Inc., 1974) and was concluded to be "minimally irritating" to rabbit skin when administered as test material T-2509 CoC (Riker Laboratories, Inc., 1979a). Both PFOA and PFOS were reported as mildly or moderately irritating to the rabbit eye (Biosearch, Inc., 1976g,h; WARF Institute, Inc., 1974, 1975; Riker Laboratories, Inc., 1979b), with results for PFOA (as test material T-1395) also published in the literature by Griffith and Long (1980).

A 1962 memo, filed on US EPA's AR226 public docket, reported the results of a study in which rats exposed to 10 daily doses of 6.7 mg/kg PFOA had increased liver and kidney weights and slightly decreased pancreas weight (Haskell Laboratories, 1962). The same memo also noted that a single-dose study reported increased liver weight in rats at a PFOA dose of 1.5 mg/kg (Haskell Laboratories, 1962).

A 1968 petition from 3M to US FDA for use of the PFOS precursor ammonium bis (N-ethyl-2-perfluorooctanesulfonamido ethyl) phosphate in paper and paperboard in contact with foods disclosed the dietary intake of the chemical (as test material L-1953) from transfer and extraction. It reported a rat oral $LD_{50}$ value of >15,400 mg/kg for this chemical (as test material L-1953) (3M, 1968). In addition, the petition to US FDA reported the results of 90-day oral toxicity studies of L-1953 in beagle dogs and rats, indicating no significant toxicity in dogs dosed with 500-5,000 ppm L-1953 in the diet, and increased liver weight in rats dosed with 500-5,000 ppm L-1953 in the diet (3M, 1968).

Repeated-dose animal toxicology studies of PFOA and PFOS of subchronic duration were conducted in the late 1970s. Of particular importance were the 90-day oral toxicity studies of PFOA and PFOS that 3M conducted in rats and rhesus monkeys in 1977 and 1978 (Goldenthal *et al.*, 1978a,b, 1979; International Research and Development Corp., 1978c; Goldenthal *et al.*, 1978c). The rat studies, in which the animals

were fed doses of PFOA from 10 to 1,000 ppm or PFOS from 30 to 3,000 ppm, indicated that the liver was the target organ of both PFOA and PFOS. Increased liver weight, liver discoloration, and histological lesions in the liver (particularly in males) were reported at the highest doses tested (Goldenthal *et al.*, 1978a; International Research and Development Corp., 1978c). These doses also induced signs of general toxicity, including decreased body weight and food consumption, and all rats treated with the three highest doses of PFOS (300, 1,000, and 3,000 ppm) died prior to the scheduled termination of the study. The results for the 90-day study of PFOA were published in 1980, along with the results of 28-day feeding studies of similar doses of PFOA in rats and mice that also implicated the liver as the target organ (Griffith and Long, 1980). The results of these 90-day rat studies with PFOA and PFOS were submitted to US EPA in 1982 (Pearlson, 1982a).

In a 90-day study of PFOA in rhesus monkeys, animals were administered PFOA by oral gavage at doses from 3 to 100 mg/kg-day (Goldenthal *et al.*, 1978c). All of the monkeys in the highest dose group died in weeks 2-5 of dosing, and one male and both females in the 30 mg/kg-day group died during weeks 7-12, but no pathological or histological changes were observed in the other dose groups. The results of this study were published in 1980 (Griffith and Long, 1980). In a study in which monkeys were dosed with PFOS by oral gavage at doses from 10 to 300 mg/kg-day for 90 days, all treated monkeys died by day 20 of the study (Goldenthal *et al.*, 1979). At necropsy, several of the monkeys in the 100 and 300 mg/kg-day PFOS groups had a yellowish-brown discoloration of the liver. As the doses selected for this study were too high for the determination of dose-response data for milder toxicity, a second 90-day study in rhesus monkeys was initiated with PFOS doses of 0, 0.5, 1.5, or 4.5 mg/kg-day (Goldenthal *et al.*, 1978b). The monkeys treated with the highest dose died or were sacrificed *in extremis* (at the point of death) between week 5 and 7 of the study. These monkeys exhibited gastrointestinal tract toxicity on the first days of the study, as well as reductions in body weight, serum cholesterol, and serum ALP activity. In addition, histological examination showed treatment-related lesions in the adrenals, pancreas, and salivary glands of males and females. There was no mortality at the 1.5 mg/kg-day dosage level, but there were some signs of toxicity similar to the high dose monkeys, but less severe. There was also no mortality at the 0.5 mg/kg-day dosage level, but there was a slight reduction in serum ALP activity. The 0.5 mg/kg-day dose was initially considered a LOEL, but later evaluation by 3M toxicologists supports that this dose more likely represents a NOAEL, if not a NOEL, as the toxicological significance of the reduced serum ALP activity observed at the 0.5 mg/kg-day dose was questionable when compared to individual pre-treatment values (3M Co., 1999). The results of these 90-day monkey studies were submitted to US EPA in 1982 (Pearlson, 1982a).

Toxicology studies, such as the 90-day repeated-dose toxicity studies in rats and rhesus monkeys for PFOA and PFOS, are typically designed to identify the doses at which toxicity first appears. However, the doses utilized in these initial studies were excessive, as evidenced by the mortality observed at many of the doses. In addition, stress from the high doses and the fact that the chemicals were administered directly into the gastrointestinal tract as a bolus dose on a daily basis may have contributed to the observed effects in monkeys. Thus, the effects were attributable to the administration of high doses of a surfactant into the gastrointestinal tract, as part of the study design, and in my opinion were not informative as to toxicological responses under any plausible exposure conditions. Further, as discussed below, later studies demonstrated that the doses in the rhesus monkey studies were likely orders of magnitude higher than human-relevant exposures. For these reasons, the 90-day toxicity studies have limited relevance for assessing potential health effects in humans. These findings serve as an example of the importance of considering multiple lines of evidence for appropriate context. Because of the high doses and the use of gavage exposure, none of these early monkey studies indicated a substantial risk to humans under any plausible exposure conditions.

The repeated-dose toxicity studies in animals were informative as to the health endpoints to focus on in medical surveillance of workers, which were already underway in the 1970s (and were reported in the

1980s, as discussed below).  At the time, it was not possible to reliably equate the external doses given to animals to serum and liver concentrations of PFOA and PFOS.  Likewise, there were significant limitations on the ability to reliably measure organic fluorine, much less PFOA and PFOS, in human serum.  Nonetheless, there was an absence of adverse effects attributable to exposure to fluorochemicals in 3M production plant workers, a population that is reasonably assumed to have some of the highest exposures to PFOA and other fluorochemicals.  This provided evidence that the adverse effects observed in animals were not relevant to humans because 1) the effects were associated with exposures that were excessive relative to those experienced by 3M workers, and 2) the effects were not occurring in workers and therefore would also not be expected to occur in the general population (as discussed below).

## A6.1.2 1980s

Further study of organic fluorine exposure and PFOA and PFOS toxicity continued in the 1980s, including a chronic toxicity study in rats and the reporting of worker health evaluations at 3M chemical production sites that did not demonstrate any evidence of illness or disease patterns that could be attributed to these exposures among employees exposed to fluorochemicals.

In 1980, Ubel *et al*. (1980) published a preliminary report on the health status of workers exposed to fluorochemicals at the 3M Cottage Grove plant, based on investigations that began four years earlier when special health screening examinations were offered on a voluntary basis to employees in the chemical plant. No health problems related to exposure to fluorochemicals were encountered among those examined. Occasional variations from the normal range of values in isolated liver enzymes tests were encountered, but no relationship was observed between the few test result deviations (from normal) and the blood levels of organic fluorine.  The authors described a retrospective cohort mortality study of employees at this plant site, covering a period of 30 years (1948-1978), that was conducted by an independent group under 3M sponsorship (Schuman and Mandel, 1980).  There was no significant difference between results of observed mortality and that expected.  After reviewing separate studies in animals, the authors stated, "Certain species and sex-related differences were found in animal toxicity studies, which make extrapolation of results of such studies to the human difficult.  This observation emphasizes the importance of the information on humans, such as that presented in this paper."  The publication by Ubel *et al*. (1980) was specifically brought to the attention of US EPA, and a 3M technical report that indicated the presence of fluorochemicals (including PFOA and PFOS) in the blood of workers at 3M plants, was submitted to US EPA in connection with a notice under Section 8(e), the substantial risk information reporting provision of the Toxic Substances Control Act (TSCA) (DeSimone, 1980).  Ubel *et al*. (1980) referenced the study by Guy *et al*. (1976), which identified the presence of industrial fluorochemicals in pooled blood samples from the general population and also reported findings that suggested industrial fluorochemicals were removed "very slowly" from the blood of fluorochemical workers after cessation of exposure.  This TSCA 8(e) submission also noted that mixtures of potassium salts of perfluoroalkyl sulfonates (such as PFOS) were present in several brands of AFFF used for fire suppression (DeSimone, 1980).  In 1981, US EPA reviewed these Section 8(e) submissions (Merenda, 1981), and 3M provided a copy of the Griffith and Long (1980) publication to US EPA (Pearlson, 1981).

Roach (1982) reported the results of tests measuring liver enzymes, some hematology parameters, cholesterol, and total organic fluorine concentration.  No significant differences in health parameters were found between Decatur chemical and film plant employees, two population groups assumed to be similar except for their work histories.  Because fluorochemical workers would be expected to have higher total fluorine concentrations than the general population, the absence of findings of adverse health effects in workers provided reasonable evidence that fluorochemicals were not posing risks to public health.

In 1982, 3M reported to US EPA a mouse intravenous injection $LD_{50}$ value of >300 mg/kg for perfluorooctanesulfonyl fluoride (POSF), a chemical intermediate in the production of PFOS, and also reported that no acute toxicity was observed in mice after dermal exposure to 200 mg/kg POSF (Pearlson, 1982b).  The letter in which these results were reported also noted that "POSF released to the environment can be expected to hydrolyze slowly to a water soluble salt…As a salt of a completely fluorinated acid, no significant biodegradation is anticipated" (Pearlson, 1982b).  The letter further noted that "[t]he properties of similar sulfonates are illustrated in the enclosed "Product Environmental Data" sheet for a typical 3M product, FC-95" (Pearlson, 1982b).    Additional information regarding the aqueous toxicity of perfluorooctanesulfonate was provided to Dynamac Corporation (Pearlson, 1983), which was involved in the preparation of a report for the TSCA Interagency Testing Committee (ITC) regarding POSF (CRCS, Inc., 1983).

Kennedy (1985) published dermal $LD_{50}$ values for PFOA of 4,300 mg/kg for rabbits, 7,000 mg/kg for male rats, and >7,500 mg/kg for female rats.  Kennedy *et al*. (1986) published a subsequent study reporting acute and subchronic inhalation toxicity studies of PFOA in rats, with an $LC_{50}$ value of 980 mg/m$^3$.  The authors also described various effects on the liver at the subchronic exposure concentrations of 8 and 84 mg/m$^3$, including reversible liver weight increases, reversible increases in serum enzyme activities, and microscopic liver damage.

Several studies conducted by US DoD researchers evaluated aspects of nonadecafluoro-n-decanoic acid (NDFDA) toxicity.  A short-term rat study published by US DoD researchers in the 1980s reported reversible alterations in liver fatty acid content with acute intraperitoneal exposure to 100 mg/kg PFOA and prolonged alterations in liver fatty acid content with acute intraperitoneal exposure to 50 mg/kg NDFDA (Olson, 1982; Olson and Andersen, 1983).  The oral $LD_{50}$ value for NDFDA in rats was reported as 63.6 mg/kg, and the authors noted that US DoD researchers had previously studied NDFDA and PFOA while investigating the toxicity of AFFF (Olson *et al*., 1983).  In a study where the authors stated that NDFDA was "similar in structure to compounds used in film forming foam fire extinguishants" and "may serve as a model compound for evaluating the health hazards associated with other perfluorinated compounds used by the Air Force, or other Armed Forces, and the general public," a single intraperitoneal exposure to 50 mg/kg NDFDA in rats induced alterations in fatty acid synthesis in the liver but no effects on blood glucose levels (Webb *et al*., 1983).  Other studies reported that a single intraperitoneal exposure to 50 mg/kg NDFDA in rats modified plasma membrane and nuclear membrane properties of liver cells, as well as protein profiles in liver cell cytosol and blood plasma (Ohio State University Research Foundation, 1984), and induced an increase in liver peroxisomes and degenerative testicular changes (Olson *et al*., 1983).  US DoD researchers also conducted an *in vitro* study indicating that PFOA, PFDA, and 9-H hexadecafluoro-n-nonanoic acid (9-HFNA) impaired the clone-forming ability of mouse lymphoma cells in a dose-dependent manner, and this was hypothesized by the authors to be attributable to effects on cell membranes that interfered with cell-cell interactions (Andersen *et al*., 1983; Microbiological Associates, 1985).

A US DoD study also found that a single intraperitoneal exposure to 50 mg/kg PFDA in rats resulted in an increase in resistance to red blood cell hemolysis (*i.e.*, rupture or destruction of red blood cells), indicating that the exposure decreased red blood cell fragility (Andersen *et al*., 1983).  A US DoD-funded *in vitro* study reported that PFDA transiently affected cell membrane fluidity in liver cell lines, but not kidney cell lines (University of California, Irvine, 1985).    Another US DoD-funded study reported that a single peritoneal exposure to 75 mg/kg PFDA increased the rate response of sympathetic nerve stimulation and decreased the number of cardiac beta receptors in isolated rat hearts (Wright State University, 1983).  Langley and Pilcher (1985) published a US DoD-funded study indicating that a single intraperitoneal exposure to 75 mg/kg PFDA in rats resulted in decreased body temperature, resting heart rate, and serum T4 levels, though effects on cardiac and thyroid histology were not examined.  Another US DoD-funded publication, noted that "[s]traight-chain perfluorocarboxylic acids 8 to 12 carbons in length and structurally similar perfluorinated derivatives have a broad range of commercial application.    They are used

in…aqueous film-forming foams used in fire extinguishant mixtures," reported that a single intraperitoneal exposure to 20-80 mg/kg PFDA in rats resulted in a reduction of plasma T4 levels but no effects on thyroid histology (Van Rafelghem *et al*., 1987). A published study funded by US DoD noted that PFDA was "representative" of perfluorinated fatty acids in products like AFFF (Van Rafelghem *et al*., 1988). Two published studies reported that induction of peroxisome proliferation occurred in the livers of rats exposed to feed containing 0.02% PFOA, PFBA, or PFOS for 2 weeks (Ikeda *et al*., 1985, 1987). US DoD also conducted other studies on PFAS chemistries in the 1980s, including ecotoxicology studies (US Navy, 1985).

Riker Laboratories, Inc. (1987) conducted a chronic toxicity study of PFOA in rats that was later published by Butenhoff *et al*. (2012b). The rats were exposed *via* the diet to PFOA at 0, 30, or 300 ppm for two years, and while some liver effects were found early in the study (*e.g*., liver cell enlargement in high-dose males and all females; liver microcysts in high-dose males), there was little evidence of progression of these effects at the end of two years. Reduced body weight gain was also observed in both sexes at the high dose, but was most prominent in males. This study was submitted to US EPA by 3M in October of 1987 (Olson, 1987a,b).

Riker Laboratories/3M Co. (1987) conducted a chronic toxicity study of the perfluorinated chemical N-ethyl perfluorooctanesulfonamido ethanol (N-EtFOSE, as test material FM-3924) in rats. The rats were fed N-EtFOSE at doses of 0, 10, 30, or 100 ppm for two years (resulting in mean doses of 0.4, 1.3, and 4.5 mg/kg-day in males and 0.5, 1.6, and 5.5 mg/kg-day in females for the low, mid, and high dose groups, respectively), and the authors reported decreased body weight gain at all doses in both sexes that was transient in males but not females; decreased red blood cell counts in females at the highest dose and increased red blood cell counts in females in the 30 ppm dose group (though these effects did not progress to anemia); and increased liver weight and hepatocellular degeneration in both sexes at the high dose, with little evidence of progression of these effects at the end of the study. This study was submitted to US EPA by 3M in 1988 (Willard, 1988).

**A6.1.3 1990s**

In the early 1990s, 3M submitted several toxicity studies of lithium perfluorooctane sulfonate, the lithium salt of PFOS (PFOS-Li), to US EPA in connection with TSCA 8(e) (3M, 1992a,b). The rat oral $LD_{50}$ value for PFOS-Li was 154 mg/kg, and the rat inhalation $LC_{50}$ value was 0.19 mg/L (3M, 1992a). A two-week oral toxicity screen of PFOS-Li in rats reported increased liver weight and hepatocellular hypertrophy at a dose of 10 mg/kg-day but not at the lower doses of 1 and 3 mg/kg-day (3M, 1992). In a range-finding study for a 90-day feeding study of PFOS-Li in rats, all rats died by day 29 of treatment with 20 mg/kg-day PFOS-Li, but all rats dosed with 5 mg/kg-day were still alive after 38 days of treatment (3M, 1992b).

Also in the 1990s, it became evident that some of the liver effects induced by certain PFAS in rats were reversible after exposure cessation and therefore may not be adverse. A 13-week dietary study of PFOA in male rats conducted by Hazleton Wisconsin, Inc. (1993) reported increased hepatic palmitoyl CoA oxidase activity, increased absolute and relative liver weight, and hepatocellular hypertrophy. All of these effects were reversible, as they were not observed after an 8-week recovery period following the 13 weeks of dosing. Evidence that some of the liver effects in animals induced by certain PFAS are adaptive comes from a 28-day rat study (that did not include a recovery period to address reversibility of effects) conducted by Liu *et al*. (1996) in which rats orally exposed to PFOA had increases in the protein yield of hepatic microsomes, which are sites of enzyme synthesis, that can occur as an adaptive response to exposure to chemical agents.

In a US DoD-funded study, University of Surrey (1993) exposed rats to a single intraperitoneal injection of 75 mg/kg PFOA and observed hepatomegaly and increases in marker enzymes for peroxisome proliferation in the liver and concluded that PFOA acts as a classical peroxisome proliferator, with the liver as the primary target. University of Surrey (1993) also reported that single intraperitoneal injection exposures to 20 mg/kg PFDA resulted in hepatomegaly in rats but not guinea pigs, indicating a clear species-specific response. Another US DoD-funded study that was published in the literature by Goecke *et al*. (1992) correlated the pattern of PFOA and PFDA elimination in rats with the temporal expression of their toxicity (as indicated by decreased food intake) after single intraperitoneal injections of 150 mg/kg PFOA or 50 mg/kg PFDA. The authors reported that PFOA and PFDA are not metabolized *in vivo* and differences in their toxicity may be related to the excretory processes that clear them from the body. Other US DoD-funded research conducted in rats in the 1990s indicated that PFOA and PFDA exposures do not affect the oxidation or activity of fatty acids in the liver (University of Wisconsin, 1990), and that PFDA exposure affects liver enzymes that regulate phosphatidylcholine degradation and biosynthesis, inhibits liver glycogen synthesis, and decreases the rate of liver glucose transport (Wright State University, 1994).

In 1996, 3M submitted a Premanufacture Notice for New Chemical Substances to US EPA for substances that include potassium perfluoroalkylsulfonamide derivatives, and noted that these chemicals are used in firefighting foams (3M, 1996). The notice also included toxicity data for test substance L-13776, listed as a perfluorochemical amine oxide; these data indicate that the rat oral $LD_{50}$ value for L-13776 is 2,000-5,000 mg/kg, and that L-13776 was mildly irritating to rabbit skin and minimally irritating to rabbit eyes (3M, 1996).

In 1998, 3M submitted preliminary results of two-generation reproductive studies of N-EtFOSE and PFOS in rats to US EPA (Reich, 1998a). In these studies, oral exposure to N-EtFOSE decreased pup survival at the two highest doses tested (10 and 15 mg/kg-day), but not at lower doses (1 and 5 mg/kg-day), and maternal toxicity (decreased body weight) was observed with the highest dose (Reich, 1998a). In addition, oral exposure to PFOS decreased pup survival at the two highest doses (1.6 and 3.2 mg/kg-day), at which maternal toxicity (decreased body weight) was also observed, but there were no effects on pup survival at the lower doses (0.1 and 0.4 mg/kg-day) (Reich, 1998a).

In 1998, Butenhoff (1998) described a dose-setting rationale for a new six month chronic oral study of PFOS in cynomolgus monkeys. The results of analyses for serum concentrations of PFOS from a four-week range-finding study suggested a highly linear relationship between total accumulated dose and serum concentration. These data were thought to be of considerable value in setting dose levels that would result in serum PFOS concentrations, which could be compared directly to known human serum PFOS concentrations for risk characterization. In addition, Butenhoff (1998) was then able to estimate the serum concentrations that were associated with the effects observed in the second Goldenthal *et al*. (1978b) rhesus monkey study described above. The dose levels of 0.5, 1.5, and 4.5 mg/kg-day for 90 days would have resulted in estimated serum PFOS concentrations of 261, 783, and 1,305 ppm, respectively. As described below, 95% of 3M employees' serum PFOS levels in the mid-1990s were below 6 ppm. These estimates provided a strong rationale for the observed lack of adverse effects in the 3M workforce despite the findings of mortality and other adverse effects in the Goldenthal *et al*. rat and monkey studies. The results of the new six-month oral toxicity study of PFOS in monkeys are described below, as they were published in 2002 (Seacat *et al*., 2002).

By the late 1990s, investigators were capable of reliably measuring PFOA and PFOS specifically (rather than just total organic fluorine) at increasingly lower concentrations in worker serum (Mandel and Burris, 1995; Olsen *et al*., 1999). As before, there was continued evidence, *via* worker health evaluations, that workers were not being harmed by their exposures to fluorinated chemicals such as PFOA and PFOS. Further advancements in analytical methodology allowed for measuring PFOA and PFOS at very low levels

(*i.e.*, low ppb), consistent with concentrations in the general population serum as well as in other biological and environmental matrices.

Voluntary blood samples of 3M Decatur and Antwerp plant workers in 1995 and 1997 showed that mean serum concentrations of PFOS were in the low ppm range (95% of employees had PFOS concentrations < 6 ppm), with background levels (*i.e.*, those measured in employees not involved in fluorochemical production, such as administrative staff) < 1 ppm (Mandel and Burris, 1995; Olsen *et al.*, 1999). PFOA blood concentrations were also measured in 3M Decatur and Antwerp workers. The 1995 and 1997 mean serum PFOA concentrations were 1.2 and 1.8 ppm, respectively, in the Antwerp plant employees and 1.72 and 1.40 ppm, respectively, in the Decatur plant employees.

3M conducted random sampling of employees in 1998 for the stated purpose of addressing the possibility that their previous results were biased by the voluntary nature of the program; the results were published by Olsen *et al.* (2003d). The results of the voluntary and random sampling events were similar. Health evaluations of 3M workers at the Decatur and Antwerp plants, in the form of cross-sectional analyses of medical surveillance data (Mandel and Burris, 1995; Olsen *et al.*, 1999), and a retrospective cohort mortality study of employees followed from 1961-1991 (Mandel and Johnson, 1995) did not find any relationships between PFOS concentrations and hematological and clinical chemistry parameters, nor increased mortality (*i.e.*, statistically significant increases in standardized mortality ratios for any cause of death) among these workers. Importantly, the effects observed in the animal studies (including liver toxicity and a reduction in serum cholesterol levels) were not observed in 3M employees, further confirming what had been observed since the late 1970s. Data from Thomford (1998) suggested that reduced serum cholesterol may be associated with serum PFOS levels in the range of 100-200 ppm in monkeys, compared to the serum PFOS levels < 6 ppm in 95% of the 3M production workers studied in the health evaluations.

In 1998, as part of a Section 8(e) TSCA submission, 3M informed US EPA that during the process of validating analytical methodologies for measuring PFOS in blood, a testing laboratory detected PFOS at low (ppb) concentrations in blood samples from individuals with no known exposure to fluorochemicals (Reich, 1998b). The submission also noted that the 3M worker studies indicated no adverse health effects with exposures at ppm levels (Reich, 1998b). In 1999, 3M provided a 129-page document summarizing the human biomonitoring, health, and toxicology data on PFOS to US EPA, and this document also included 3M's current and planned research for further evaluation of the toxicity of PFOS, N-EtFOSE, and 2-(N-methylperfluorooctanesulfonamido)-ethyl alcohol (N-MeFOSE) (3M, 1999; Weppner, 1999).

The publication by Olsen *et al.* (1998a) reported mean serum PFOA concentrations among Cottage Grove plant workers of 5.0 ppm in 1993 and 6.8 ppm in 1995, while the publication by Olsen *et al.* (2000) reported a mean PFOA concentration of 6.4 ppm at the same plant in 1997. 3M Co. (1998) conducted a cross-sectional analysis using the medical surveillance data for liver enzyme concentrations from 74-111 workers in the Cottage Grove Plant collected between 1993 and 1995 and concluded that there was no evidence of an association between PFOA and abnormal liver function. Also in the 1990s, updates to earlier mortality studies of employees at the Cottage Grove plant (Schuman and Mandel, 1980; Mandel and Schuman, 1989) found no significant excess of mortality overall or attributable to any cancer or non-cancer cause, except for a statistically significant increase in prostate cancer mortality based on a small number of cases (Gilliland, 1992, later published as Gilliland and Mandel, 1993a). Gilliland (1992), later published as Gilliland and Mandel (1996), also found, based on medical surveillance data from Cottage Grove plant employees, that PFOA exerted no significant clinical hepatic toxicity despite the marked hepatic effects observed in animal studies.

**A6.1.4  Early 2000s**

In the early 2000s, 3M provided numerous studies on PFAS, including PFAS toxicology studies and fluorochemical worker monitoring studies, to US EPA for placement on Docket AR226, and much of this information was made available to the public.

By the early 2000s, it was known from earlier studies that high doses of PFOA and PFOS given to animals could produce a variety of adverse health effects and some adaptive and reversible effects, but no adverse effects attributable to PFOA or PFOS exposures were observed in 3M production plant workers, a population reasonably considered to be the highest-exposed humans, after decades of study.  It was also known by this time that PFOA and PFOS could be detected in the blood of the general population, but at concentrations approximately 100-1,000 times lower than those of occupationally exposed workers.  For example, the average serum PFOS levels were 1-2 ppm in occupationally exposed fluorochemical production workers, with the highest levels at approximately 13 ppm (OECD, 2002; 3M Co. *et al.*, 2003). In non-occupational populations, the vast majority (95%) of individual serum PFOS concentrations were less than 0.10 ppm, with average levels between 0.030 and 0.040 ppm (3M Co. *et al.*, 2003; CDC, 2015). Data regarding concentrations of various PFAS in human serum were provided by 3M to US EPA in 2000 (Weppner, 2000a; 3M, 2000a).  Numerous additional studies and information on PFAS exposure and toxicity were also submitted to US EPA by 3M in 2000 (3M, 2000b,c; Reich, 2000; Sussman, 2000; Weppner, 2000b).

Despite evidence at this time that PFOA and PFOS were widely distributed in humans and the environment, the available evidence did not demonstrate that the observed levels of PFOA and PFOS in humans were causing adverse effects on human health (3M Co. *et al.*, 2003).  The results of the six-month oral toxicity study of PFOS in cynomolgus monkeys using the doses suggested by Butenhoff (1998), as described above, are consistent with this.  In this study, Seacat *et al.* (2002) used doses of 0.03, 0.15, and 0.75 mg/kg-day PFOS and reported that significant adverse effects (including increased liver weights and decreased serum cholesterol levels) occurred only in the monkeys in the 0.75 mg/kg-day dose group, and no adverse effects occurred in the two lower dose groups.  Serum PFOS concentrations associated with the 0.15 mg/kg-day dose group were, on average, 82.6 ppm for males and 66.8 ppm for females, indicating a wide margin of safety compared to the average serum PFOS concentrations reported in human blood samples (about 0.030-0.040 ppm) of the general population.

Using a PBPK model (as discussed in Section A3.2), Andersen *et al.* (2006) predicted serum concentrations of PFOS in cynomolgus monkeys at doses used in the study by Seacat *et al.* (2002), as well as the higher doses of 2 and 10 mg/kg-day.  At the dose of 10 mg/kg-day PFOS, the lowest dose used in the study by Goldenthal *et al.* (1979), in which all PFOS-treated rhesus monkeys died by day 20, the predicted PFOS serum concentrations increased sharply over time, achieving a concentration of approximately 500 ppm (or 500 mg/L or 500 μg/mL) after 20 days.  The slopes of the lines for predicted and actual serum PFOS concentrations over time increased with increasing PFOS dose, indicating that monkeys in the higher dose groups (30-300 mg/kg-day) in the study by Goldenthal *et al.* (1979) likely would have had serum PFOS concentrations even higher than 500 ppm after 20 days of dosing.  This indicates that the PFOS doses used in the study by Goldenthal *et al.* (1979) likely resulted in high serum concentrations of PFOS more than 100,000-fold higher than the average serum PFOS concentrations in the general population (*e.g.*, the geometric mean serum PFOS concentration was 4.25 ng/mL for males and females combined in the NHANES 2017-2018 cycle [CDC, 2021], as discussed in Section A5.2.3).  Similarly, the predictions by Andersen *et al.* (2006) indicate that the dose of 4.5 mg/kg-day PFOS that resulted in mortality in all rhesus monkeys within 7 weeks of treatment in the study by Goldenthal *et al.* (1978b) likely resulted in estimated serum PFOS concentrations in the range of 200-600 ppm (or 200-600 mg/L or 200-600 μg/ml) after 7 weeks.

It is important to note that the weight of evidence from the initial worker studies, as well as from subsequent worker studies to date, does not establish a causal association between adverse health effects in humans and exposure to PFOA or PFOS.

## A6.2   Reproductive and Developmental Toxicity

The earliest US guidelines for the evaluation of reproductive and developmental toxicity were published by the US FDA in 1966 specifically for evaluating the safety of pharmaceuticals (Kimmel and Buelke-Sam, 2001), and by US EPA in 1982 for evaluating chemicals (US EPA, 1982). The first published guidelines for conducting one-generation and two-generation reproduction toxicity studies were published in the early 1980s (US EPA, 1982; US FDA, 1982; OECD, 1983, 2001). While some of the subchronic toxicity studies of PFOA and PFOS conducted in the 1970s included examination of reproductive organs, studies specifically evaluating the potential reproductive and developmental toxicity of PFAS were first conducted in the 1980s and the first two-generation reproductive study was conducted in the 1990s. These studies are unremarkable when statistical significance and maternal effects are taken into consideration (*i.e.*, structural abnormalities or other developmental effects were found in the highest dose groups, in which significant reduction of weight and food consumption were also observed in the pregnant dams). Now and historically, the consideration of maternal effects has been important, because at doses that are maternally toxic, one cannot tell whether the chemical is acting specifically on the fetus or affecting maternal health to such an extent that fetal health is indirectly compromised (ECETOC, 1983; Lewandowski, 2015). Thus, teratogenic agents (as a form of developmental toxicity) are typically considered to be those that exert a selective or greater toxicity to the developing organism relative to the adult (Lewandowski, 2015).

### A6.2.1  1970s

The 90-day oral toxicity studies of PFOA and PFOS that 3M conducted in rats and rhesus monkeys in the late 1970s, discussed above, evaluated potential effects on many different tissues, including reproductive organs. The rat studies of PFOA and PFOS evaluated histopathology of the testes, prostate, ovaries, and uterus and reported no effects of treatment on these organs (International Research and Development Corp., 1978c; Goldenthal *et al.*, 1978a). The rhesus monkey studies of PFOA and PFOS evaluated the weight of the testes and ovaries and histopathology of the testes, prostate, ovaries, uterus, and vagina and reported no effects of treatment on these endpoints, even in animals that died from the excessive doses used in the studies (Goldenthal *et al.*, 1978b,c, 1979). These studies did not measure levels of reproductive hormones in the animals.

### A6.2.2  1980s

In the early 1980s, two developmental toxicity studies of PFOS were conducted in rats (Gortner, 1980; Wetzel *et al.*, 1983). These studies indicated that PFOS did not affect reproductive parameters in rats, nor was it a preferential developmental toxicant. The latter finding means that PFOS caused developmental effects only when toxicity to the mother also occurred. These effects were an increased incidence of external and visceral anomalies and skeletal variations in the study by Wetzel *et al.* (1983). Similarly, three developmental toxicity studies conducted with PFOA in rats (Riker Laboratories, Inc., 1981; Staples *et al.*, 1984) and rabbits (Riker Laboratories, Inc., 1982) had unremarkable findings (*i.e.*, there were no reproductive or developmental effects observed at exposure levels lower than those that caused toxicity to the mother). In one of the PFOS studies (Gortner, 1980) and two of the PFOA studies (Riker Laboratories, Inc., 1981; Staples *et al.*, 1984), the developmental effects that occurred at doses that were maternally toxic included fetal lens abnormalities. Preliminary results from these studies were submitted to US EPA in 1980

(DeSimone, 1980) and 1981 (Hegg, 1981) and the final study reports were sent to US EPA in 1981 (Kover, 1981a,b; Magill, 1981a,b; Merenda, 1981) as part of a Section 8(e) TSCA submission.  3M met with US EPA to discuss these study results (Pearlson, 1982c, 1984).  Preliminary results of the PFOS study reporting lens abnormalities were also sent to NIOSH (Ubel, 1980).  In addition, 3M notified US FDA regarding the preliminary teratology findings for PFOS and a mixture that included N-EtFOSE, noting that N-EtFOSE was present in FC-807, and that the PFOS ion "appears to be a metabolite, in rats or mice" of either E-EtFOSE or FC-807 (Prokop, 1981).

The fetal lens abnormalities in the studies discussed above were interpreted by the study authors and others (Olsen *et al*., 1998b; 3M Co., 1999; US EPA, 2003) as artifacts of the tissue sectioning process.  The lens abnormalities were observed in control group animals as well as treated animals, and when they were statistically significant, it was only when maternal toxicity was present, so the lens abnormalities would not represent a direct effect of exposure to PFOA and PFOS even if they were not sectioning artifacts. Consistent with this, other contemporaneous studies, as well as later developmental studies of PFOA and PFOS conducted in the 1990s and beyond, did not report any significant findings of lens abnormalities.

In studies funded by the US DoD, Bacon *et al*. (1981) and University of the District of Columbia (1982) investigated the developmental toxicity of NDFDA in rats after a single gavage exposure to rat dams on day 12 of gestation.  In a study of fetal development, the authors reported no tissue or skeletal abnormalities in fetal offspring, but decreased corpora lutea, increased resorptions, and decreased fetal body weight were observed at a dose (30 mg/kg) that also caused toxicity to the mother (Bacon *et al*., 1981).  In a study of offspring development and behavior, NDFDA exposure affected visual and motor development, as well as multiple aspects of behavior, at a dose (10 mg/kg) that was not associated with maternal toxicity (University of the District of Columbia, 1982).  The study reports described NDFDA as "a model perfluorinated acid… structurally related to a surfactant agent used in fire retardant foams by the Air Force" (Bacon *et al*., 1981) and as "a model perfluorinated acid which closely mimics a Fluorad brand fluorochemical surfactant which is used by the Air Force in foams of fire extinguishers" (University of the District of Columbia, 1982).

In 1984, 3M submitted the results of several developmental toxicity studies of perfluoroalkyl alcohols and perfluoroalkyl sulfonates (assumed to be conducted in rats with oral dosing) to US EPA (McCormick, 1984a,b).  For the perfluoroalkyl alcohols, test substance FM-3422 was maternally toxic and induced cleft palate at the two highest doses (37.5 and 75 mg/kg-day), and also induced skeletal aberrations at all tested doses (25-75 mg/kg-day), whereas test substance T-3352 was both maternally toxic and induced fetal skeletal variations only at the highest dose tested (30 mg/kg-day) (McCormick, 1984a).  For the perfluoroalkyl sulfonates, test substance FC-95 was maternally toxic at the highest dose (10 mg/kg-day) and induced fetal eye abnormalities at all tested doses (1-10 mg/kg-day), whereas test substance T-3351 was maternally toxic at doses of 5 and 10 mg/kg-day and induced fetal loss, external abnormalities, and skeletal delays at the highest dose tested (10 mg/kg-day) (McCormick, 1984a).

In the chronic toxicity study of PFOA in rats conducted by Riker Laboratories, Inc. (1987) (and later published by Butenhoff *et al*., 2012b) discussed above, the authors included an evaluation of toxicity in reproductive organs.  Rats exposed *via* the diet to PFOA for two years had testicular masses but no significant changes in testes weight.  Vascular mineralization of the testes was statistically significantly increased in males exposed to the higher dose (300 ppm) and tubular hyperplasia of the ovarian stroma, which is often associated with abnormal sex hormone levels and can disrupt ovarian function, was statistically significantly increased in females exposed to both doses (30 and 300 ppm).

**A6.2.3 1990s**

In the 1990s, additional animal studies of the potential reproductive and developmental effects of PFOA and PFOS were conducted, including a two-generation reproductive and developmental study. In addition, 3M began evaluating reproductive hormone levels in its production plant workers during this decade.

Two toxicity studies of PFOA evaluated adverse effects on reproductive organs and serum hormone levels. In the publication by Cook *et al.* (1992), male rats were administered PFOA *via* oral gavage at doses of 0, 10, 25, or 50 mg/kg-day for 14 days and the authors reported elevated serum estradiol levels at all doses, reduced relative weight of the accessory sex organ unit[100] (but no other reproductive organs) at the two highest doses, and a 50% reduction in serum testosterone and 60% reduction in androstenedione (a hormone that is a precursor to testosterone) following challenge with human chorionic gonadotropin[101] (hCG) at the high dose (50 mg/kg-day). Because challenge with hCG stimulates testosterone synthesis, this test can identify impairments in the steroidogenic pathway to testosterone and evaluate testicular function. The authors suggested that the effect on serum testosterone may be attributed to treatment-related elevation of serum estradiol levels, leading to a reduction of conversion of $17\alpha$-hydroxyprogesterone to androstenedione. In the 13-week dietary toxicity study of PFOA at doses from 1- 100 ppm (0.06 to 6.5 mg/kg-day) in male rats conducted by Hazleton Wisconsin, Inc. (1993), the authors reported no effects of PFOA treatment on reproductive hormone levels or on weight or histopathology of the testis and accessory sex organs.

In 1992, 3M submitted the results of range-finding and definitive teratology studies of PFOS-Li in rats and rabbits to US EPA in connection with TSCA 8(e) (3M, 1992b). Rat dams were administered oral PFOS-Li doses of 0, 3, 6, or 12 mg/kg-day, and the authors reported increased resorptions and postimplantation loss and decreased percentage of live fetuses at the two highest doses, where maternal toxicity was also reported. There were also increased incidences of edema and cleft palate in offspring at the highest PFOS-Li dose. Rabbits were administered oral PFOS-Li doses of 0, 1, 2, or 4 mg/kg-day, and the authors reported no fetal morphological changes or significant effects on fetal viability at any dose, but there was a decrease in fetal weight at the highest dose, where maternal toxicity was also reported.

Case (1999; later published by Case *et al.*, 2001) conducted a developmental toxicity study of PFOS in rabbits administered oral dose levels of 0, 0.1, 1.0, 2.5, or 3.75 mg/kg-day and reported increased abortions and reduced fetal weights at the higher dose levels, where maternal toxicity was also reported. There were no external gross, soft tissue, or skeletal fetal malformations. Thus, similar to the previous developmental toxicity studies conducted in the 1980s, developmental effects were seen only in the presence of maternal toxicity.

Argus Research Laboratories, Inc. (1999) conducted a two-generation reproductive/developmental toxicity study in rats exposed to PFOS *via* oral gavage at doses of 0, 0.1, 0.4, 1.6, or 3.2 mg/kg-day. Only the two lower doses were continued into the second generation due to excessive toxicity in F1 pups at 1.6 and 3.2 mg/kg-day. There were no effects on mating or fertility in breeding animals in each generation, though general toxicity (reduced body weight gain and feed consumption) was observed at doses of at least 0.4 mg/kg-day. Effects on viability and growth in F1 offspring occurred at maternally and paternally toxic doses, and no effects on pup survival or growth were observed at any dose in F2 offspring. As there were no effects on reproduction in males or females, and the developmental NOELs in this study were higher than the maternal and paternal NOELs for general toxicity, PFOS was not shown to be a reproductive or

---

[100] In the study by Cook *et al.* (1992), the accessory sex organ unit consisted of the prostate, seminal vesicles, and coagulating glands.

[101] Human chorionic gonadotropin is a hormone produced by the placenta during pregnancy.

developmental toxicant in this study. Argus Research Laboratories, Inc. (1999) conducted a follow-up study in which pups exposed to the 1.6 mg/kg-day dose were cross-fostered to untreated dams. The authors concluded that the adverse effects on pup viability were attributed to *in utero* exposure and not exposure *via* lactation, ruling out a role for abnormal maternal behaviors. Exposure to PFOS both *in utero* as well as *via* lactation caused the reduction in pup growth, however.

Two studies conducted in the 1990s evaluated reproductive hormone levels in male 3M Cottage Grove plant production workers. In his doctoral thesis, Gilliland (1992) conducted a cross-sectional analysis of the association between total serum fluorine concentration in the workers and reproductive hormone levels. He reported an association between total serum fluorine concentration and decreases in free testosterone and increases in estradiol; however, the magnitude of change was not reported (*i.e.*, the absolute or percentage change in hormone levels were not provided), and total organic fluorine blood measures are less robust than specific PFOA measures. 3M sponsored an additional study on reproductive hormones with more robust methods, and the findings were reported in a publication authored by Drs. Gilliland, Olsen, Mandel and others (Olsen *et al*., 1998a). In this analysis, PFOA concentrations in serum collected from workers in 1993 and 1995 were not statistically significantly associated with estradiol or testosterone levels and were not consistently associated with other measured reproductive hormone levels. Although a 10% increase in mean estradiol levels was observed among workers who had the highest serum PFOA concentrations, this association was confounded by BMI. The authors concluded that their results provided "reasonable assurance that, in this production setting, there were no significant hormonal changes associated with PFOA at the serum levels measured" (Olsen *et al*., 1998a).

### A6.2.4 Early 2000s

While earlier developmental toxicity studies were unremarkable when maternal effects were taken into consideration (*i.e.*, structural abnormalities or other developmental effects were found in the highest dose groups where significant reduction of weight and food consumption were also observed in the dams), in the early 2000s it was considered by some that maternal malnutrition may not be the sole factor accounting for the induction of birth defects such as cleft palate and cardiac abnormalities by PFOS in some animal studies (Lau *et al*., 2004). Evidence for this comes from the study by Thibodeaux *et al*. (2003), who examined rat and mouse dams and their term fetuses after gavage exposure to PFOS daily during gestation. As with previous studies, anatomical defects in the fetuses at term occurred at the highest dose tested in each species, and maternal toxicity was observed at the same or lower doses and correlated with body burden of PFOS; however, equivalent or higher incidence of malformations was seen in the mouse relative to the rat, but deficits of weight gain and food consumption in the mouse dams were much less extensive than those of the rat at doses that also induced malformations.

Olsen *et al*. (2004) published analyses of health claims data, including reproductive and developmental outcomes, among 1,311 workers at the 3M production facility in Decatur. The authors found that the overall episodes of care experience was comparable between fluorochemical production workers and non-fluorochemical production workers, indicating that there was no association between PFOS exposure and the reproductive and developmental effects included in the analysis for these workers.

## A6.3   Immunotoxicity

Although methods to evaluate immunotoxicity were developed in some laboratories as early as the 1970s, chemical-induced immunotoxicity was still considered an emerging field of research in the private sector and in government agencies at that time (US FDA, 1980). The earliest standardized guidelines for methodologies to evaluate primary immune effects from chemical exposure were not published until the

1990s (US FDA, 1993; US EPA, 1996b,c). Thus, evaluation of the effects of PFAS on the immune system through the 1990s was mainly limited to the evaluation of secondary immune effects in general toxicity studies in animals (*e.g.*, weight of immune organs) and lymphocyte counts in humans.

### A6.3.1 1970s

The 90-day oral toxicity studies of PFOA and PFOS that 3M conducted in rats and rhesus monkeys in the late 1970s, discussed above, evaluated potential effects on many different tissues, including immune organs. These studies evaluated spleen weight, as well as histopathology of the spleen, thymus, lymph nodes, and bone marrow. The study of PFOA in rats (International Research and Development Corp., 1978c) and the two studies of PFOS in monkeys (Goldenthal *et al.*, 1978b, 1979) reported no effects of treatment on immune organs, even in animals that died from the excessive doses used in these studies. Effects on immune organs were observed in the rat study with PFOS (Goldenthal *et al.*, 1978a) and the monkey study with PFOA (Goldenthal *et al.*, 1978c), however. In rats treated with 300-3,000 ppm PFOS *via* the diet for 90 days (all of which died prior to the termination of the study), reduced bone marrow cellularity and atrophy of lymphoid follicles in the spleen, thymus, and mesenteric lymph nodes were observed (Goldenthal *et al.*, 1978a). Similar effects in the bone marrow, spleen, and lymph nodes were also observed in monkeys that received PFOA at 30 mg/kg, many of which died prior to the termination of the study (Goldenthal *et al.*, 1978c). Considering that systemic toxicity was evident in the dose groups for which these immune organ effects were observed, one cannot conclude that they are specific immune effects.

### A6.3.2 1980s

In the chronic toxicity study of PFOA in rats conducted by Riker Laboratories, Inc. (1987) (and later published by Butenhoff *et al.*, 2012b) discussed above, the authors included an evaluation of toxicity in immune organs. Male rats exposed *via* the diet to PFOA for two years had a significant increase in lymphocyte counts in blood at both doses (30 and 300 ppm), but this effect was not observed in females. Increased accumulation of hemosiderin[102] was observed in the spleen in males at both doses and in high-dose females; this effect can affect spleen function and can result from impaired immune system function or other causes. A study conducted by US DoD researchers reported that a single intraperitoneal exposure to 50 mg/kg NDFDA in rats induced hemorrhage in the thymus and bone marrow depletion, though these effects were reversible by 36 days after exposure (Olson *et al.*, 1983).

### A6.3.3 1990s

In the 1990s, Gilliland and Mandel (1993b) conducted a cross-sectional study of peripheral blood lymphocyte counts in 115 employees at a plant that produces PFOA. Although they initially found that total serum fluorine concentration was significantly positively correlated with peripheral blood lymphocyte count, it was also inversely associated with peripheral blood lymphocyte count in analyses that adjusted for age, BMI, cigarette use, and alcohol use. The authors stated that "the relationship was complex, with significant interactions between total serum fluorine and BMI, cigarette use, and alcohol use" (Gilliland and Mandel, 1993b). The authors also noted that the magnitude of associations was not clinically significant from an infectious disease perspective.

---

[102] Hemosiderin is an iron storage molecule derived from the breakdown of red blood cells. Excessive amounts of hemosiderin in organs such as the liver, kidney, and spleen are observed when red blood cells are destroyed, such as occurs in the condition of hemolytic anemia, which can be caused when the immune system malfunctions and attacks the body's own red blood cells (Wang *et al.*, 2010).

When 3M conducted blood testing for the presence of PFOA and PFOS at the Antwerp plant in June 1995, blood cell counts (including white blood cells), chemistry profiles, and occupational histories were also obtained from participants (Mandel and Burris, 1995). PFOA and PFOS levels appeared to be unrelated to white blood cell counts in this analysis. Olsen *et al.* (1998b) conducted a cross-sectional analysis of associations between serum PFOS and white blood cell counts in workers at the Antwerp and Decatur plants in 1995 and 1997. They reported a statistically significant positive correlation between serum PFOS and white blood cell counts at both plants combined in 1995 but not 1997, and further analyses that took into account the potential confounding effects of age, BMI, alcohol intake, and smoking resulted in no association of PFOS with white blood cell counts.

Several studies of the effects of PFDA on humoral, cellular, and innate immunity in rats were conducted by researchers with funding from the US DoD (Ohio State University Research Foundation, 1991, 1992; Ohio State University, 1993). Single intraperitoneal injections of 20 or 50 mg/kg PFDA decreased production of antibodies (IgG, but not IgM or IgA) and delayed-type hyper-responsiveness in a dose-dependent manner, indicating inhibitory effects on humoral and cellular-mediated immunity (Ohio State University Research Foundation, 1992; Ohio State University, 1993). Innate immunity was also affected, as 50 mg/kg PFDA increased natural killer cell activity, and 20 mg/kg PFDA inhibited macrophage phagocytosis (Ohio State University Research Foundation, 1992; Ohio State University, 1993). In addition, 50 mg/kg PFDA induced decreases in cellularity and relative weight of the thymus and spleen (Ohio State University Research Foundation, 1991, 1992).

### A6.3.4 Early 2000s

Studies of primary immunotoxicity outcomes for PFOA or PFOS began to be conducted in the early 2000s, after standardized guidelines for conducting evaluations of primary immune effects in animals were published in the mid-1990s (US FDA, 1993; US EPA, 1996b,c). For example, one of the earliest such studies by Yang *et al.* (2001, 2002b) reported a decrease in the humoral and T-cell-dependent immune response of mice that were fed PFOA at approximately 40 mg/kg-day for 10 days. This dose was associated with a 10% loss of body weight, however, indicating possible systemic toxicity. The authors did not report whether the study methods followed any specific standardized guidelines.

## A6.4 Cancer

Standardized protocols for carcinogenicity testing in animals began to be developed in the 1960s and refined in the 1970s, when the use of animal data to predict and quantitatively evaluate the potential carcinogenicity of substances in humans became generally established (Beyer *et al.*, 2011). While most carcinogenicity testing in the 1960s was focused on chemicals in food, such as pesticide residues and food additives, by the 1980s the chronic cancer bioassay was widely used to assess the carcinogenicity of a variety of chemicals (Beyer *et al.*, 2011). At this time, testing became more rigorous and required more comprehensive histopathology examinations, and a greater emphasis was placed on tests of mutagenicity, genotoxicity, and mammalian cell transformation[103] (Beyer *et al.*, 2011). PFOA and PFOS were tested for mutagenicity beginning in the 1970s, and the first chronic cancer bioassay of PFOA was conducted in the 1980s. While mutagenicity was initially thought to be a useful predictor of carcinogenicity, as reflected by the Ames test (Ames *et al.*, 1973), the understanding of carcinogenicity has evolved over time, with the recognition of the importance of cell proliferation even in the absence of mutagenicity (Ames and Gold, 1998; Tomasetti *et al.*, 2017).

---

[103] Cell transformation is the process whereby normal cells acquire the properties of tumor cells, such as the ability to proliferate after coming into contact with other cells (*i.e.*, loss of contact inhibition) or to survive and proliferate without being anchored to a petri dish or other cells (*i.e.*, anchorage independence).

**A6.4.1 1970s**

Several studies conducted in the 1970s indicated that these chemicals were not mutagenic in *in vitro* tests. For example, Rohling (1977) conducted an Ames Spot Test for mutagenicity screening of FC-95 (PFOS) and no mutagenic activity was indicated. Since then, PFOS was negative in *in vitro* microbiological mutagenicity assays (Simmon and Marx, 1978; Litton Bionetics, Inc., 1978a). Similarly, PFOA was not mutagenic in bacteria or yeast systems (Industrial Bio-Test Labs, 1976; Litton Bionetics, Inc., 1978b).

**A6.4.2 1980s**

In the 1980s, *in vitro* studies to evaluate the potential for cell transformation, as well as a chronic study in rats to evaluate tumor induction, were conducted with PFOA. Stone Research Laboratories (1981) tested PFOA in a cell transformation assay in C3H/10T1/2 cells (mouse embryo cells) and reported no evidence of transformation at any of the dose levels tested. Although PFOA had not been shown to be mutagenic nor capable of cell transformation, a chronic carcinogenicity study of PFOA was conducted in rats. Riker Laboratories, Inc. (1987), later published as Butenhoff *et al.* (2012b), exposed rats *via* the diet to PFOA at 0, 30, or 300 ppm for 2 years and reported that the material did not induce an increase in malignant tumors and was thus not carcinogenic. While male rats in the high dose group had an increased incidence of testicular Leydig cell adenomas, these are benign tumors. At the time this study was completed, it was recognized in the scientific literature that benign tumors do not provide strong evidence of carcinogenicity in the absence of malignant tumors of the same cell type (McConnell *et al.*, 1986).

Riker Laboratories/3M Co. (1987) conducted a chronic carcinogenicity study in which rats were fed N-EtFOSE (as test material FM-3924) at doses of 0, 10, 30, or 100 ppm for 2 years. The incidence of hepatocellular carcinomas was low in all dose groups, but was slightly increased compared to historical controls in females in the high dose group because there were no liver tumors observed in these controls. The authors concluded that N-EtFOSE was not considered to be carcinogenic in rats under the conditions of the study. A subsequent analysis of this study by Pathology Associates International (1998) stated that epigenetic mechanisms (*e.g.*, peroxisome proliferation) played a likely role in the development of liver proliferative lesions (which could lead to tumors) with N-EtFOSE and that agents that promote liver enlargement and tumors in rodents *via* peroxisome proliferation have not been reported to cause liver damage, including cancer, in humans.

A retrospective cohort mortality study of employees at the 3M Cottage Grove plant covering a period of 30 years (1948-1978) was conducted by an independent group under 3M sponsorship to determine whether the mortality experience of these employees was significantly different from that which would be expected (Schuman and Mandel, 1980). The authors reported that the total number of cancer deaths was similar to that expected based on US general population rates, and there were no statistically significant increases in mortality from any type of cancer. In an update of this study with data on worker vital status through 1983, Mandel and Schuman (1989) reported no statistically significant excess in mortality from any type of cancer. The authors conducted a nested case-control study for prostate cancer and found no significant differences in job titles or department codes (and, thus, no differences in potential exposure to perfluorinated chemicals) between prostate cancer cases and controls.

**A6.4.3 1990s**

In the 1990s, *in vitro* and *in vivo* tests of PFAS mutagenicity and genotoxicity were conducted, including in human cells; PFOA and PFDA were investigated for liver tumor promoting activity; and additional mortality studies of 3M workers evaluated deaths from cancers.

PFOA was negative in bacterial mutation assays (Corning Hazleton Inc., 1995a, 1996a) and in the *in vivo* mouse bone marrow micronucleus assay (Corning Hazleton Inc., 1995b, 1996b,c), and did not cause chromosome aberrations in human lymphocytes (Corning Hazleton Inc., 1996d). In chromosome aberration tests in hamster cells, PFOA was negative in one study (Corning Hazleton Inc., 1996e), induced aberrations only at one toxic dose with metabolic activation in another study (Corning Hazleton Inc., 1996f), and weakly positive without metabolic activation and positive with metabolic activation in a third study (Corning Hazleton Inc., 1996g). PFOS was negative in bacterial mutation assays (Mecchi, 1999) and in the *in vivo* mouse bone marrow micronucleus assay (Murli, 1996), did not cause chromosome aberrations in human lymphocytes (Murli, 1999), and was negative for unscheduled DNA synthesis in rat liver primary cell cultures (Cifone, 1999). In a study funded by the US DoD, PFDA was negative in bacterial and mammalian mutation assays and a mouse embryo cell transformation assay, and did not induce DNA repair in rat liver cells even at toxic doses; however, PFDA did induce chromosome aberrations in hamster cells, but only at highly toxic doses (NSI Technology Services Corp., 1990). As reported in two publications in the scientific literature, PFOA was positive and PFDA was negative for promoting activity in rat liver in two-stage carcinogenesis tests (Abdellatif *et al.*, 1991; Borges *et al.*, 1993).

Gilliland and Mandel (1993a) published a retrospective mortality study of employees at the 3M Cottage Grove plant with follow-up from 1947-1989. They reported no statistically significant increase in mortality from any cause in all workers or the subset of workers in the Chemical Division where PFOA production occurred. Although they found a statistically significant increase in prostate cancer mortality when analyzing the subgroup of workers exposed for 10 years, they found only six prostate cancer cases and urged caution in interpreting these results, due to the low number of cases. In addition, it was reported that only one of the prostate cancer cases had worked directly in the PFOA production areas (Olsen *et al.*, 1998a). Mandel and Johnson (1995) conducted a retrospective cohort mortality study of employees at the 3M Decatur plant with follow-up from 1961-1991. There was no significantly elevated mortality for any cancer or any other cause of death.

**A6.4.4 Early 2000s**

Additional chronic studies of PFOA and PFOS were reported in rats in the early 2000s. Biegel *et al.* (2001) fed rats PFOA for two years at one dose level (the high dose used in the study by Riker Laboratories, Inc., 1987) and reported an increase in several types of benign tumors: liver adenomas, Leydig cell adenomas, and pancreatic acinar cell adenomas. One treated animal had a pancreatic carcinoma. In a two-year dietary cancer bioassay of PFOS in rats, the animals at the highest dose (20 ppm) had an increase in benign liver tumors that were thought to be related to PFOS treatment (Thomford, 2002b). Because PFOS had not produced mutagenicity or genotoxicity in a variety of test systems, the tumors were considered to originate through a threshold-mediated mechanism, such that there would be doses of PFOS below which there would be no risk of these tumors.

Covance Laboratories, Inc. (2001) conducted a two-year carcinogenicity study in rats exposed *via* the diet to N-EtFOSE and reported a statistically significant increase in combined liver adenomas and carcinomas in female rats in the highest dose group (100 ppm), but this was driven by a significant increase in liver adenomas, as there was only a single liver carcinoma in the female rats that was not statistically significant. The authors also reported a statistically significant increase in combined thyroid follicular cell adenomas

and carcinomas in male rats at the highest dose (100 ppm), but the study authors considered the significance of these findings to be questionable, given that the incidence of follicular cell carcinoma was not statistically significant by itself, was within the range of historical controls, and did not show a clear dose-response relationship (Covance Laboratories, Inc., 2001).

Alexander (2001) updated the retrospective cohort mortality study of workers at the 3M Cottage Grove plant by Gilliland and Mandel (1993a), with follow-up through 1997. Alexander (2001) reported no associations between exposure to PFOA or other fluorochemicals and any type of cancer. Alexander *et al.* (2003) conducted a retrospective cohort mortality study of workers at the 3M Decatur plant. Jobs were assigned to one of three exposure subgroups based on biological monitoring for PFOS: high, low, and non-exposed. There were no statistically significant increases in mortality from any cancer type in the entire cohort compared to the general population of Alabama. Three bladder cancers occurred among workers in the high exposure subgroup, which was significantly higher than expected. With regard to this finding, the authors stated, "...it is not clear whether these cases can be attributed to fluorochemical exposure, an unknown bladder carcinogen encountered during the course of maintenance work, and/or non-occupational exposures. With only three cases observed in the population the possibility of chance cannot be entirely ruled out." The authors also noted, "Toxicological evidence does not indicate that the bladder is a target of PFOS." A later publication by Alexander and Olsen (2007) reported no significant increases in bladder cancer incidence among 1,895 current and former employees of the Decatur plant, regardless of their PFOS exposure category.

Olsen *et al.* (2004) published analyses of health claims data, including cancer outcomes (specifically colon, liver, rectal, respiratory tract, skin, bladder, prostate, and thyroid cancers) among 1,311 workers at the 3M Decatur plant. The authors found no statistically significant differences in the episodes of care experiences for any cancer outcomes between fluorochemical production workers and non-fluorochemical production workers, indicating that there was no association between PFOS exposure and the cancer outcomes included in the analysis for these workers.

## A6.5  Conclusions

The potential for human health effects from PFOA and PFOS exposure have been informed by animal toxicology and pharmacokinetic studies, 3M worker blood monitoring, medical surveillance and epidemiology studies, and studies of body burden in the non-occupational population. Much of the state of knowledge regarding PFAS comes from studies conducted by 3M that were published and provided to regulators starting in the late 1970s and early 1980s. These studies advanced the collective knowledge base available to the US government and the scientific community regarding the toxicological properties of PFAS. The US government also conducted or funded studies on PFAS; many of these studies were published in the scientific literature. These studies also served to advance the government's and the broader scientific community's understanding of the toxicological properties of PFAS. Overall, these studies do not provide evidence of adverse human health effects from PFAS at relevant exposure levels in the environment or in occupational settings.

# References

3M Co. 1963. "Technical Information: 3M Brand Fluorochemical Surfactants (FC-95, FC-98, FC-128, FC-134, FX-161, FC-170, FC-172)." Chemical Division. 47p., June 15. [3M_BELL00039497]

3M Co. 1968. "Petition for Use of Ammonium bis (N-ethyl-2-perfluorooctanesulfonamido ethyl) Phosphate as a Component of Paper and Paperboard in Contact with Aqueous and Fatty Foods." Submitted to US Food and Drug Administration (US FDA), Petitions Control Branch. 268p., January 4. [3M_AFFF_MDL01994523 - 3M_AFFF_MDL01994790]

3M Co. 1998. "An Epidemiological Investigation of Plasma Cholecystokinin and Hepatic Function in Perfluorooctanoic Acid Production Workers (Final report)." 25p., September 4. [3M_BELL01535133]

3M Co. 1999. "Perfluorooctane Sulfonate: Current Summary of Human Sera, Health and Toxicology Data." 129p., January 21. [3M_AL_GA_00024074]

3M Co. 2000a. "Acute Toxicity to Aquatic Invertebrates (*Daphnia magna*) [Summary re: Acute Toxicity of 3M Samples (A and B) to the Water Flea (*Daphnia magna*) and Scud (*Gammarus fasciatus*) by Bionomics, Inc., December 1973]." 10p., June 27. [3M_AL_GA_00031657]

3M Co. 2000b. "Acute Toxicity to Invertebrates (Grass Shrimp) [Summary re: Acute Toxicity of Sample C to Mummichog (*Fundulus heteroclitus*), Grass Shrimp (*Palaemonetes vulgaris*), and Fiddler Crab (*Uca pugilator*) by Bionomics, Inc., May 1974]." 10p., June 28. [3M_AL_GA_00030876]

3M Co. 2000c. "Acute Toxicity to Aquatic Invertebrates (Eastern Oyster) [Summary re: Acute Toxicity of Sample C to Atlantic Oyster (*Crassostrea virginica*) by Bionomics, Inc., July 1974]." 8p., June 28. [3M_AL_GA_00030896]

3M Co. 2000d. "Acute Toxicity to Fish (Bluegill Sunfish) [Summary re: Acute Toxicity of Light Water to Bluegill (*Lepomis macrochirus*) by Bionomics, Inc., September 1972]." 10p., June 27. [3M_AL_GA_00594497]

3M Corp. (3M). 2006. "What is 3M doing? [PFOS-PFOA information]." 4p. [3M_GU01995335]

3M Corp. (3M); Hollyhouse, Inc.; Environ Corp.; The Cadmus Group, Inc. 2003. "Environmental and Health Assessment of Perfluorooctane Sulfonic Acid and its Salts." 638p., August 20. [3M_AL_GA_00056082]

3M. 1992a. "Letter to US EPA, Office of Toxic Substances re: TSCA 8(e) Substantial Risk Notice: Lithium perfluorooctane sulfonate (CAS # 29457-72-5) (Sanitized) from SM Leahy." 169p., November 30. [3M_AFFF_MDL02338538 - 3M_AFFF_MDL02338706]

3M. 1992b. "Letter to US EPA, Office of Toxic Substances re: TSCA 8(e) Substantial Risk Notice: Lithium perfluorooctane sulfonate (CAS # 29457-72-5) (Supplement) (Sanitized) from GL Adams." 63p., December 29. [3M_AFFF_MDL00704973 - 3M_AFFF_MDL00705035]

3M. 1996. "Premanufacture Notice (PMN) documentation package [re: Fire-fighting foam]." 33p., June 1. [3M_BELL03191679 - 3M_BELL0319711]

3M. 1999. "Perfluorooctane Sulfonate: Current Summary of Human Sera, Health and Toxicology Data." Docket No. AR226-0548, 129p., January 21. [3M_AL_GA_00024074]

3M. 2000a. "Sulfonate-based and Carboxylic acid-based Fluorochemicals identified in human sera." 1p., February 25. [3M_BELL01511079]

3M. 2000b. "Agenda for EPA/3M Meeting - 04/28/00." 1p., April 28. [3M_AFFF_MDL01645716]

3M. 2000c. "Index of 3M Toxicology and Human Health Studies Submitted to U.S. Environmental Protection Agency as of September 8, 2000 (Includes Confidential Business Information)." 90p., September 8. [3M_AL_GA_00226426]

A.D.A.M. Medical Encyclopedia. 2017a. "High potassium level [Hyperkalemia]." November 20. Accessed at https://medlineplus.gov/ency/article/001179.htm.

A.D.A.M. Medical Encyclopedia. 2017b. "Cholesterol testing and results." October 17. Accessed at https://medlineplus.gov/ency/patientinstructions/000386.htm.

A.D.A.M. Medical Encyclopedia. 2019a. "Alanine transaminase (ALT) blood test." January 26. Accessed at https://medlineplus.gov/ency/article/003473.htm.

A.D.A.M. Medical Encyclopedia. 2019b. "Uric acid - blood." April 30. Accessed at https://medlineplus.gov/ency/article/003476.htm.

Abbott, BD. 2009. "Review of the expression of peroxisome proliferators activated receptors alpha (PPARalpha), beta (PPARbeta), and gamma (PPARgamma) in rodent and human development." *Reprod. Toxicol.* 27(3-4):246-257.

Abbott, BD; Wolf, CJ; Das, KP; Zehr, RD; Schmid, JE; Lindstrom, AB; Strynar, MJ; Lau, C. 2009. "Developmental toxicity of perfluorooctane sulfonate (PFOS) is not dependent on expression of peroxisome proliferator activated receptor-alpha (PPAR alpha) in the mouse." *Reprod. Toxicol.* 27(3-4):258-265. doi: 10.1016/j.reprotox.2008.05.061.

Abbott, BD; Wolf, CJ; Schmid, JE; Das, KP; Zehr, RD; Helfant, L; Nakayama, S; Lindstrom, AB; Strynar, MJ; Lau, C. 2007. "Perfluorooctanoic acid induced developmental toxicity in the mouse is dependent on expression of peroxisome proliferator activated receptor-alpha." *Toxicol. Sci.* 98(2):571-581.

Abdellatif, AG; Preat, V; Taper, HS; Roberfroid, M. 1991. "The modulation of rat liver carcinogenesis by perfluorooctanoic acid, a peroxisome proliferator." *Toxicol. Appl. Pharmacol.* 111:530-537.

Abraham, K; El-Khatib, AH; Schwerdtle, T; Monien, BH. 2021. "Perfluorobutanoic acid (PFBA): No high-level accumulation in human lung and kidney tissue." *Int. J. Hyg. Environ. Health* 237:113830. doi: 10.1016/j.ijheh.2021.113830.

Abraham, K; Mielke, H; Fromme, H; Volkel, W; Menzel, J; Peiser, M; Zepp, F; Willich, SN; Weikert, C. 2020. "Internal exposure to perfluoroalkyl substances (PFASs) and biological markers in 101 healthy 1-year-old children: Associations between levels of perfluorooctanoic acid (PFOA) and vaccine response." *Arch. Toxicol*. doi: 10.1007/s00204-020-02715-4.

Agency for Toxic Substances and Disease Registry (ATSDR). 2009. "Glossary of Terms." January 26. Accessed at https://www.atsdr.cdc.gov/glossary.html.

Agency for Toxic Substances and Disease Registry (ATSDR). 2018a. "Minimal Risk Levels (MRLs) [Narrative]." June 21. Accessed at https://www.atsdr.cdc.gov/mrls/index.asp.

Agency for Toxic Substances and Disease Registry (ATSDR). 2018b. "Guidance for the Preparation of Toxicological Profiles (Draft)." 308p., April. Accessed at https://www.atsdr.cdc.gov/toxprofiles/guidance/profile_development_guidance.pdf.

Agency for Toxic Substances and Disease Registry (ATSDR). 2019. "PFAS: An Overview of the Science and Guidance for Clinicians on Per- and Polyfluoroalkyl Substances (PFAS)." 21p., December 6.

Agency for Toxic Substances and Disease Registry (ATSDR). 2021. "Toxicological Profile for Perfluoroalkyls." 993p., May.

Ait Bamai, Y; Goudarzi, H; Araki, A; Okada, E; Kashino, I; Miyashita, C; Kishi, R. 2020. "Effect of prenatal exposure to per- and polyfluoroalkyl substances on childhood allergies and common infectious diseases in children up to age 7 years: The Hokkaido study on environment and children's health." *Environ. Int*. 143:105979. doi: 10.1016/j.envint.2020.105979.

Albrecht, PP; Torsell, NE; Krishnan, P; Ehresman, DJ; Frame, SR; Chang, SC; Butenhoff, JL; Kennedy, GL; Gonzalez, FJ; Peters, JM. 2013. "A species difference in the peroxisome proliferator-activated receptor alpha-dependent response to the developmental effects of perfluorooctanoic acid." *Toxicol. Sci*. 131(2):568-582. doi: 10.1093/toxsci/kfs318.

Aleksunes, LM; Eaton, DL. 2019. "Principles of toxicology." In *Casarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition)*. (Ed.: Klaassen, CD), McGraw-Hill Education, New York, NY, p25-64.

Alexander, BH. [University of Minnesota]. 2001. "Final Report: Mortality Study of Workers Employed at the 3M Cottage Grove Facility." Report to 3M Co. 28p., April 26. [3M_BELL01639935]

Alexander, BH; Olsen, GW. 2007. "Bladder cancer in perfluorooctanesulfonyl fluoride manufacturing workers." *Ann. Epidemiol*. 17(6):471-478.

Alexander, BJ; Olsen, GW; Burris, JM; Mandel, JH; Mandel, JS. 2003. "Mortality of employees of a perfluorooctanesulfonyl fluoride manufacturing facility." *Occup. Environ. Med*. 60(10):722-729. doi: 10.1136/oem.60.10.722.

American Cancer Society. 2020. "Cancer Facts & Figures 2020." 76p. Accessed at http://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2020/cancer-facts-and-figures-2020.pdf.

American Pregnancy Association (APA). 2015. "Gestational Hypertension: Pregnancy Induced Hypertension (PIH)." August. Accessed at http://americanpregnancy.org/pregnancy-complications/pregnancy-induced-hypertension.

American Thyroid Association (ATA). 2014. "Thyroid Function Tests." 2p.

American Thyroid Association (ATA). 2018. "Hyperthyroidism." 3p., April 13. Accessed at https://www.thyroid.org/hyperthyroidism.

Ames, BN; Durston, WE; Yamasaki, E; Lee, FD. 1973. "Carcinogens are mutagens: A simple test system combining liver homogenates for activation and bacteria for detection." *Proc. Natl. Acad. Sci. USA* 70(8):2281-2285.

Ames, BN; Gold, LS. 1998. "The prevention of cancer." *Drug Metab. Rev.* 30(2):201-223.

Andersen, CS; Fei, C; Gamborg, M; Nohr, EA; Sorensen, TI; Olsen, J. 2010. "Prenatal exposures to perfluorinated chemicals and anthropometric measures in infancy." *Am. J. Epidemiol.* 172(11):1230-1237. doi: 10.1093/aje/kwq289.

Andersen, CS; Fei, C; Gamborg, M; Nohr, EA; Sorensen, TI; Olsen, J. 2013. "Prenatal exposures to perfluorinated chemicals and anthropometry at 7 years of age." *Am. J. Epidemiol.* 178(6):921-927. doi: 10.1093/aje/kwt057.

Andersen, ME; Clewell, HJ; Tan, YM; Butenhoff, JL; Olsen, GW. 2006. "Pharmacokinetic modeling of saturable, renal resorption of perfluoroalkylacids in monkeys - Probing the determinants of long plasma half-lives." *Toxicology* 227:156-164.

Andersen, ME; George, ME; Rogers, AM; Back, KC. 1983. "The Toxicity of Perfluoro-n-Decanoic Acid and 2,3,7,8-Tetrachlorodibenzo-p-Dioxin in L5178Y Mouse Lymphoma Cells." Report to US Air Force Aerospace Medical Research Laboratory (Wright-Patterson AFB, OH). AFAM RL-TR-82-50, NTIS ADA127354, 14p., March. Accessed at https://www.nal.usda.gov/exhibits/speccoll/items/show/1256?sort_field=added&sort_dir=d.

Andersson, EM; Scott, K; Xu, Y; Li, Y; Olsson, DS; Fletcher, T; Jakobsson, K. 2019. "High exposure to perfluorinated compounds in drinking water and thyroid disease. A cohort study from Ronneby, Sweden." *Environ. Res.* doi: 10.1016/j.envres.2019.108540.

Aoyama, T; Peters, JM; Iritani, N; Nakajima, T; Furihata, K; Hashimoto, T; Gonzalez, FJ. 1998. "Altered constitutive expression of fatty acid-metabolizing enzymes in mice lacking the peroxisome proliferator-activated receptor alpha (PPARalpha)." *J. Biol. Chem.* 273(10):5678-5684.

Apelberg, BJ; Witter, FR; Herbstman, JB; Calafat, AM; Halden, RU; Needham, LL; Goldman, LR. 2007. "Cord serum concentrations of perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) in relation to weight and size at birth." *Environ. Health Perspect.* 115(11):1670-1676.

Argus Research Laboratories, Inc. 1999. "Combined Oral (Gavage) Fertility, Developmental and Perinatal/Postnatal Reproduction Toxicity Study of PFOS in Rats (Final Report)." Report to 3M Co. 646p., June 10. [3M_AL_GA_00594825]

Aschner, M; Autrup, HN; Berry, SC; Boobis, AR; Cohen, SM; Creppy, EE; Dekant, W; Doull, J; Galli, CL; Goodman, JI; Gori, GB; Greim, HA; Joudrier, P; Kaminski, NE; Klaassen, CD; Klaunig, JE; Lotti, M; Marquardt, HW; Pelkonen, O; Sipes, IG; Wallace, KB; Yamazaki, H. 2016. "Upholding science in health, safety and environmental risk assessments and regulations." *Toxicology* doi: 10.1016/j.tox.2016.09.005.

Australia, Expert Health Panel for PFAS. 2018. "Expert Health Panel for Per- and Poly-Fluoroalkyl Substances (PFAS) [PFAS Expert Health Panel – Report to the Minister]." Report to Australia, Dept. of Health. 446p., March. Accessed at http://www.health.gov.au/internet/main/publishing.nsf/Content/C9734ED6BE238EC0CA2581BD00052C03/$File/expert-panel-report.pdf.

Australian National University. 2021a. "PFAS Health Study Component three: Cross-sectional survey of self-reported physical and mental health outcomes and associations with blood serum PFAS." 190p., December. Accessed at https://rsph.anu.edu.au/files/PFAS%20Health%20Study%20Cross-sectional%20Survey%20Report_Dec2021.pdf#overlay-context=research/projects/pfas-health-study/reports.

Australian National University. 2021b. "PFAS Health Study: Overall summary." 6p., December. Accessed at https://rsph.anu.edu.au/files/PFAS%20Health%20Study%20Overall%20Summary_Final_Dec2021.pdf#overlay-context=research/projects/pfas-health-study/reports.

Australian National University. 2021c. "PFAS Health Study Component two: Blood serum study of PFAS exposure, related risk factors and biochemical markers of health." 190p., December. Accessed at https://rsph.anu.edu.au/files/PFAS%20Health%20Study%20Blood%20Serum%20Study%20report_Dec2021.pdf#overlay-context=research/projects/pfas-health-study/reports.

Averina, M; Brox, J; Huber, S; Furberg, AS; Sorensen, M. 2018. "Serum perfluoroalkyl substances (PFAS) and risk of asthma and various allergies in adolescents: The Tromso study Fit Futures in Northern Norway." *Environ. Res.* 169:114-121. doi: 10.1016/j.envres.2018.11.005.

Bach, C; Bjerregard Matthiesen, N; Olsen, J; Brink Henriksen, T. 2018. "Conditioning on parity in studies of perfluoroalkyl acids and time to pregnancy: An example from the Danish National Birth Cohort." *Environ. Health Perspect.* 126(11):117003. doi: 10.1289/EHP1493.

Bach, CC; Bech, BH; Brix, N; Nohr, EA; Bonde, JP; Henriksen, TB. 2014. "Perfluoroalkyl and polyfluoroalkyl substances and human fetal growth: A systematic review." *Crit. Rev. Toxicol.* doi: 10.3109/10408444.2014.952400.

Bach, CC; Bech, BH; Nohr, EA; Olsen, J; Matthiesen, NB; Bonfeld-Jorgensen, EC; Bossi, R; Henriksen, TB. 2016. "Perfluoroalkyl acids in maternal serum and indices of fetal growth: The Aarhus birth cohort." *Environ. Health Perspect.* 124(6):848-854. doi: 10.1289/ehp.1510046.

Bach, CC; Bech, BH; Nohr, EA; Olsen, J; Matthiesen, NB; Bossi, R; Uldbjerg, N; Bonfeld-Jorgensen, EC; Henriksen, TB. 2015b. "Serum perfluoroalkyl acids and time to pregnancy in nulliparous women." *Environ. Res.* 142:535-541. doi: 10.1016/j.envres.2015.08.007.

Bach, CC; Liew, Z; Bech, BH; Nohr, EA; Fei, C; Bonfeld-Jorgensen, EC; Henriksen, TB; Olsen, J. 2015a. "Perfluoroalkyl acids and time to pregnancy revisited: An update from the Danish National Birth Cohort." *Environ. Health* 14:59. doi: 10.1186/s12940-015-0040-9.

Bacon, IR; Keller, WC; Anderson, ME; Back, KC. 1981. "Teratologic Evaluation of a Model Perfluorinated Acid, NDFDA." AFAMRL-TR-81-14, NTIS ADA095370, 10p., January. Accessed at https://apps.dtic.mil/sti/pdfs/ADA095370.pdf.

Bae, J; Kim, S; Schisterman, EF; Boyd Barr, D; Buck Louis, GM. 2015. "Maternal and paternal serum concentrations of perfluoroalkyl and polyfluoroalkyl substances and the secondary sex ratio." *Chemosphere* 133:31-40. doi: 10.1016/j.chemosphere.2015.03.015.

Bao, WW; Qian, ZM; Geiger, SD; Liu, E; Liu, Y; Wang, SQ; Lawrence, WR; Yang, BY; Hu, LW; Zeng, XW; Dong, GH. 2017. "Gender-specific associations between serum isomers of perfluoroalkyl substances and blood pressure among Chinese: Isomers of C8 Health Project in China." *Sci. Total Environ.* 607-608:1304-1312. doi: 10.1016/j.scitotenv.2017.07.124.

Barnes, DG; Dourson, ML. 1988. "Reference dose (RfD):  Description and use in health risk assessment." *Regul. Toxicol. Pharmacol.* 8:471-486.

Barrett, ES; Chen, C; Thurston, SW; Haug, LS; Sabaredzovic, A; Fjeldheim, FN; Frydenberg, H; Lipson, SF; Ellison, PT; Thune, I. 2015. "Perfluoroalkyl substances and ovarian hormone concentrations in naturally cycling women." *Fertil. Steril.* doi: 10.1016/j.fertnstert.2015.02.001.

Barry, V; Winquist, A; Steenland, K. 2013. "Perfluorooctanoic acid (PFOA) exposures and incident cancers among adults living near a chemical plant." *Environ. Health Perspect.* 121(11-12):1313-1318. doi: 10.1289/ehp.1306615.

Bartell, SM; Calafat, AM; Lyu, C; Kato, K; Ryan, PB; Steenland, K. 2010. "Rate of decline in serum PFOA concentrations after granular activated carbon filtration at two public water systems in Ohio and West Virginia." *Environ. Health Perspect.* 118(2):222-228.

Bartke, A; Steele, RE; Musto, N; Caldwell, BV. 1973. "Fluctuations in plasma testosterone levels in adult male rats and mice." *Endocrinology* 92(4):1223-1228. doi: 10.1210/endo-92-4-1223.

Bartsch, R; Brinkmann, B; Jahnke, G; Laube, B; Lohmann, R; Michaelsen, S; Neumann, I; Greim, H. 2018. "Human relevance of follicular thyroid tumors in rodents caused by non-genotoxic substances." *Regul. Toxicol. Pharmacol.* 98:199-208. doi: 10.1016/j.yrtph.2018.07.025.

Beck, BD; Seeley, M; Calabrese, EJ. 2014. "Use of toxicology in the regulatory process." In *Hayes' Principles and Methods of Toxicology (Sixth Edition).* (Eds.: Hayes, AW; Kruger, CL), CRC Press, Boca Raton, FL, p35-87. doi: 10.1201/b17359-4.

Beck, IH; Timmermann, CAG; Nielsen, F; Schoeters, G; Johnk, C; Kyhl, HB; Host, A; Jensen, TK. 2019. "Association between prenatal exposure to perfluoroalkyl substances and asthma in 5-year-old children in the Odense Child Cohort." *Environ. Health* 18(1):97. doi: 10.1186/s12940-019-0541-z.

Behr, AC; Plinsch, C; Braeuning, A; Buhrke, T. 2020. "Activation of human nuclear receptors by perfluoroalkylated substances (PFAS)." *Toxicol. In Vitro* 62:104700. doi: 10.1016/j.tiv.2019.104700.

Bell, EM; Yeung, EH; Ma, W; Kannan, K; Sundaram, R; Smarr, MM; Buck Louis, GM. 2018. "Concentrations of endocrine disrupting chemicals in newborn blood spots and infant outcomes in the upstate KIDS study." *Environ. Int.* 121(Pt 1):232-239. doi: 10.1016/j.envint.2018.09.005.

Benskin, JP; De Silva, AO; Martin, LJ; Arsenault, G; McCrindle, R; Riddell, N; Mabury, SA; Martin, JW. 2009. "Disposition of perfluorinated acid isomers in Sprague Dawley rats; Part 1: Single dose." *Environ. Toxicol. Chem.* 28(3):542-554. doi: 10.1897/08-239.1.

Berbee, JF; Boon, MR; Khedoe, PP; Bartelt, A; Schlein, C; Worthmann, A; Kooijman, S; Hoeke, G; Mol, IM; John, C; Jung, C; Vazirpanah, N; Brouwers, LP; Gordts, PL; Esko, JD; Hiemstra, PS; Havekes, LM; Scheja, L; Heeren, J; Rensen, PC. 2015. "Brown fat activation reduces hypercholesterolaemia and protects from atherosclerosis development." *Nat. Commun.* 6:6356. doi: 10.1038/ncomms7356.

Berg, V; Nost, TH; Hansen, S; Elverland, A; Veyhe, AS; Jorde, R; Odland, JO; Sandanger, TM. 2015. "Assessing the relationship between perfluoroalkyl substances, thyroid hormones and binding proteins in pregnant women; A longitudinal mixed effects approach." *Environ. Int.* 77:63-69. doi: 10.1016/j.envint. 2015.01.007.

Berger, J; Moller, DE. 2002. "The mechanisms of action of PPARs." *Annu. Rev. Med.* 53:409-435.

Beyer, LA; Beck, BD; Lewandowski, TA. 2011. "Historical perspective on the use of animal bioassays to predict carcinogenicity: Evolution in design and recognition of utility." *Crit. Rev. Toxicol.* 41(4):321-338.

Bide, RW; Armour, SJ; Yee, E. [Defense Research Establishment Suffield]. 1997. "Estimation of Human Toxicity From Animal Inhalation Toxicity Data: 1. Minute Volume-Body Weight Relationships Between Animals And Man." SR 673, 50p., October. Accessed at https://apps.dtic.mil/dtic/tr/fulltext/u2/ a336351.pdf.

Biegel, LB; Hurtt, ME; Frame, SR; O'Connor, JC; Cook, JC. 2001. "Mechanisms of extrahepatic tumor induction by peroxisome proliferators in male CD rats." *Toxicol. Sci.* 60(1):44-55. doi: 10.1093/toxsci/ 60.1.44.

Bijland, S; Rensen, PC; Pieterman, EJ; Maas, AC; van der Hoorn, JW; van Erk, MJ; Havekes, LM; Willems van Dijk, K; Chang, SC; Ehresman, DJ; Butenhoff, JL; Princen, HM. 2011. "Perfluoroalkyl sulfonates cause alkyl chain length-dependent hepatic steatosis and hypolipidemia mainly by impairing lipoprotein production in APOE*3-Leiden CETP mice." *Toxicol. Sci.* 123(1):290-303.

Bility, MT; Thompson, JT; McKee, RH; David, RM; Butala, JH; Vanden Heuvel, JP; Peters, JM. 2004. "Activation of mouse and human peroxisome proliferator-activated receptors (PPARs) by phthalate monoesters." *Toxicol. Sci.* 82(1):170-182. doi: 10.1093/toxsci/kfh253.

Bio/dynamics Inc. 1979a. "An Acute Inhalation Toxicity Study of T-2305 CoC in the Rat." Report to 3M Co. 6p., May 3. [3M_AL_GA_00595568]

Bio/dynamics, Inc. 1979b. "An Acute Inhalation Toxicity Study of T-2306 CoC in the Rat." Report to 3M Co. 41p., December 31. [3M_AL_GA_00591377]

Biosearch, Inc. 1974. "Primary Skin Irritation Study - Rabbits." Report to 3M Co. 3p., February 18. [3M_BELL02730516]

Biosearch, Inc. 1976a. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. 2p., March 4. [3M_AFFF_MDL01788302]

Biosearch, Inc. 1976b. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. 2p., September 16. [3M_AL_GA_00081079]

Biosearch, Inc. 1976c. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. 55p., March 4. [3M_AL_GA_00080115]

Biosearch, Inc. 1976d. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. 1p., March 4. [3M_AL_GA_00591299]

Biosearch, Inc. 1976e. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. 1p., March 4. [3M_AFFF_MDL01789090]

Biosearch, Inc. 1976f. "Primary Skin Irritation Study - Rabbits." Report to 3M Co., St. Paul, MN. 4p., March 4. [3M_AL_GA_00019831]

Biosearch, Inc. 1976g. "Primary Eye Irritation Study - Rabbits." Report to 3M Co., St. Paul, MN. 3p., March 4. [3M_AL_GA_00019839]

Biosearch, Inc. 1976h. "Primary Eye Irritation Study - Rabbits (Final)." Report to 3M Co. 3p., September 16. [3M_AL_GA_00019856]

Biosearch, Inc. 1978a. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. 2p., September 25. [3M_AL_GA_00591424]

Biosearch, Inc. 1978b. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. 2p., October 19. [3M_AL_GA_00591330]

Biosearch, Inc. 1978c. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. Docket No. AR226-0126. 2p., October 19. [3M_AL_GA_00591332]

Biosearch, Inc. 1978d. "Acute Oral Toxicity - Rats." Report to 3M Co., St. Paul, MN. 2p., September 25. [3M_AL_GA_00591328]

Bjerregaard-Olesen, C; Bach, CC; Long, M; Ghisari, M; Bossi, R; Bech, BH; Nohr, EA; Henriksen, TB; Olsen, J; Bonefeld-Jorgensen, EC. 2016. "Time trends of perfluorinated alkyl acids in serum from Danish pregnant women 2008-2013." *Environ. Int.* 91:14-21. doi: 10.1016/j.envint.2016.02.010.

Bjerregaard-Olesen, C; Bach, CC; Long, M; Wielsoe, M; Bech, BH; Henriksen, TB; Olsen, J; Bonefeld-Jorgensen, EC. 2019. "Associations of fetal growth outcomes with measures of the combined xenoestrogenic activity of maternal serum perfluorinated alkyl acids in Danish pregnant women." *Environ. Health Perspect.* 127(1):17006. doi: 10.1289/EHP1884.

Bjork, JA; Wallace, KB. 2009. "Structure-activity relationships and human relevance for perfluoroalkyl acid-induced transcriptional activation of peroxisome proliferation in liver cell cultures." *Toxicol. Sci.* 111(1):89-99.

Bjornsdotter, MK; Yeung, LWY; Karrman, A; Ericson Jogsten, I. 2020. "Challenges in the analytical determination of ultra-short-chain perfluoroalkyl acids and implications for environmental and human health." *Anal. Bioanal. Chem.* 412(20):4785-4796. doi: 10.1007/s00216-020-02692-8.

Blake, BE; Pinney, SM; Hines, EP; Fenton, SE; Ferguson, KK. 2018. "Associations between longitudinal serum perfluoroalkyl substance (PFAS) levels and measures of thyroid hormone, kidney function, and body mass index in the Fernald Community Cohort." *Environ. Pollut.* 242(Part A):894-904. doi: 10.1016/j.envpol.2018.07.042.

Bogdanska, J; Borg, D; Sundstrom, M; Bergstrom, U; Halldin, K; Abedi-Valugerdi, M; Bergman, A; Nelson, B; Depierre, J; Nobel, S. 2011. "Tissue distribution of 35S-labelled perfluorooctane sulfonate in adult mice after oral exposure to a low environmentally relevant dose or a high experimental dose." *Toxicology* 284(1-3):54-62. doi: 10.1016/j.tox.2011.03.014.

Bogdanska, J; Sundstrom, M; Bergstrom, U; Borg, D; Abedi-Valugerdi, M; Bergman, A; DePierre, J; Nobel, S. 2014. "Tissue distribution of 35S-labelled perfluorobutanesulfonic acid in adult mice following dietary exposure for 1-5 days." *Chemosphere* 98:28-36. doi: 10.1016/j.chemosphere.2013.09.062.

Bommarito, PA; Ferguson, KK; Meeker, JD; McElrath, TF; Cantonwine, DE. 2021. "Maternal levels of perfluoroalkyl substances (PFAS) during early pregnancy in relation to preeclampsia subtypes and biomarkers of preeclampsia risk." *Environ. Health Perspect.* 129(10):107004. doi: 10.1289/EHP9091.

Bonefeld-Jorgensen, EC; Long, M; Bossi, R; Ayotte, P; Asmund, G; Kruger, T; Ghisari, M; Mulvad, G; Kern, P; Nzulumiki, P; Dewailly, E. 2011. "Perfluorinated compounds are related to breast cancer risk in Greenlandic Inuit: A case control study." *Environ. Health* 10:88. doi: 10.1186/1476-069X-10-88.

Bonefeld-Jorgensen, EC; Long, M; Fredslund, SO; Bossi, R; Olsen, J. 2014. "Breast cancer risk after exposure to perfluorinated compounds in Danish women: A case-control study nested in the Danish National Birth Cohort." *Cancer Causes Control* 25(11):1439-1448. doi: 10.1007/s10552-014-0446-7.

Boobis, AR; Cohen, SM; Dellarco, VL; Doe, JE; Fenner-Crisp, PA; Moretto, A; Pastoor, TP; Schoeny, RS; Seed, JG; Wolf, DC. 2016. "Classification schemes for carcinogenicity based on hazard identification have become outmoded and serve neither science nor society." *Regul. Toxicol. Pharmacol.* 82:158-166. doi: 10.1016/j.yrtph.2016.10.014.

Borg, D; Bogdanska, J; Sundstrom, M; Nobel, S; Hakansson, H; Bergman, A,; Depierre, JW; Halldin, K; Bergstrom, U. 2010. "Tissue distribution of (35)S-labelled perfluorooctane sulfonate (PFOS) in C57Bl/6 mice following late gestational exposure." *Reprod. Toxicol.* 30(4):558-565.

Borges, T; Peterson, RE; Pitot, HC; Robertson, LW; Glauert, HP. 1993. "Effect of the peroxisome proliferator perfluorodecanoic acid on the promotion of two-stage hepatocarcinogenesis in rats." *Cancer Lett.* 72(1-2):111-120. doi: 10.1016/0304-3835(93)90019-6.

Borghese, MM; Walker, M; Helewa, ME; Fraser, WD; Arbuckle, TE. 2020. "Association of perfluoroalkyl substances with gestational hypertension and preeclampsia in the MIREC study." *Environ. Int.* 141:105789. doi: 10.1016/j.envint.2020.105789.

Brantsaeter, AL; Whitworth, KW; Ydersbond, TA; Haug, LS; Haugen, M; Knutsen, HK; Thomsen, C; Meltzer, HM; Becher, G; Sabaredzovic, A; Hoppin, JA; Eggesbo, M; Longnecker, MP. 2013. "Determinants of plasma concentrations of perfluoroalkyl substances in pregnant Norwegian women." *Environ. Int.* 54:74-84. doi: 10.1016/j.envint.2012.12.014.

Braun, JM; Chen, A; Romano, ME; Calafat, AM; Webster, GM; Yolton, K; Lanphear, BP. 2016. "Prenatal perfluoroalkyl substance exposure and child adiposity at 8 years of age: The HOME study." *Obesity* 24(1):231-237. doi: 10.1002/oby.21258.

Brewster, DW; Birnbaum, LS. 1989. "The biochemical toxicity of perfluorodecanoic acid in the mouse is different from that of 2,3,7,8-tetrachlorodibenzo-p-dioxin." *Toxicol. Appl. Pharmacol.* 99(3):544-554. doi: 10.1016/0041-008x(89)90161-0.

Brown-Grant, K. 1963. "Thyroid hormone metabolism in guinea-pigs, mice and rats." *J. Physiol.* 168(3):599-612. doi: 10.1113/jphysiol.1963.sp007210.

Bryce, HG. [3M Co.]. 1970. "Reply: Toxicity of "Light Water" to fish (Letter)." *Fire J.* 64(6):87. [3M_GU00200316]

Buck Louis, GM; Zhai, S; Smarr, MM; Grewal, J; Zhang, C; Grantz, KL; Hinkle, SN; Sundaram, R; Lee, S; Honda, M; Oh, J; Kannan, K. 2018. "Endocrine disruptors and neonatal anthropometry, NICHD Fetal Growth Studies - Singletons." *Environ. Int.* 119:515-526. doi: 10.1016/j.envint.2018.07.024.

Buck, RC. 2015. "Toxicology data for alternative 'short-chain' fluorinated substances." In *Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances*. (Ed.: DeWitt, JC), Humana Press, Cham, Switzerland, p451-477.

Burke, A; Smyth, E; FitzGerald, GA. 2006. "The salicylates." In *Goodman and Gilman's The Pharmacological Basis of Therapeutics (Eleventh Edition)*. (Eds.: Brunton, LL; Lazo, JS; Parker, KL), McGraw-Hill, New York, NY, p687-693.

Burleson, GR; Dean, JH. 1995. "Immunotoxicology: Past, present, and future." In *Methods in Immunotoxicology: Volume I*. (Eds.: Burleson, GR; Dean, JH; Munson, AE), Wiley-Liss, Inc., New York, NY, p3-10.

Butenhoff, J; Costa, G; Elcombe, C; Farrar, D; Hansen, K; Iwai, H; Jung, R; Kennedy, G; Lieder, P; Olsen, G; Thomford, P. 2002. "Toxicity of ammonium perfluorooctanoate in male cynomolgus monkeys after oral dosing for 6 months." *Toxicol. Sci.* 69:244-257.

Butenhoff, JL. [3M Co.]. 1998. "Dose-Setting Rationale for Six-Month Chronic Oral Study in Cynomolgus Monkeys." 13p., July 29. [3M_AL_GA_00012029]

Butenhoff, JL; Bjork, JA; Chang, SC; Ehresman, DJ; Parker, GA; Das, K; Lau, C; Lieder, PH; van Otterdijk, FM; Wallace, KB. 2012c. "Toxicological evaluation of ammonium perfluorobutyrate in rats: Twenty-eight-day and ninety-day oral gavage studies." *Reprod. Toxicol.* 33(4):513-530.

Butenhoff, JL; Chang, S; Ehresman, DJ; York, RG. 2009b. "Evaluation of potential reproductive and developmental toxicity of potassium perfluorohexanesulfonate in Sprague Dawley rats." *Reprod. Toxicol.* 27(3-4):331-341.

Butenhoff, JL; Chang, SC; Olsen, GW; Thomford, PJ. 2012a. "Chronic dietary toxicity and carcinogenicity study with potassium perfluorooctanesulfonate in Sprague Dawley rats." *Toxicology* 293(1-3):1-15. doi: 10.1016/j.tox.2012.01.003.

Butenhoff, JL; Ehresman, DJ; Chang, SC; Parker, GA; Stump, DG. 2009a. "Gestational and lactational exposure to potassium perfluorooctanesulfonate (K(+)PFOS) in rats: Developmental neurotoxicity." *Reprod. Toxicol.* 27(3-4):319-330.

Butenhoff, JL; Kennedy, GL Jr.; Chang, SC; Olsen, GW. 2012b. "Chronic dietary toxicity and carcinogenicity study with ammonium perfluorooctanoate in Sprague-Dawley rats." *Toxicology* 298(1-3): 1-13. doi: 10.1016/j.tox.2012.04.001.

Butenhoff, JL; Kennedy, GL; Frame, SR; O'Connor, JC; York, RG. 2004b. "The reproductive toxicology of ammonium perfluorooctanoate (APFO) in the rat." *Toxicology* 196:95-116.

Butenhoff, JL; Kennedy, GL; Hinderliter, PM; Lieder, PH; Jung, R; Hansen, KJ; Gorman, GS; Noker, PE; Thomford, PJ. 2004a. "Pharmacokinetics of perfluorooctanoate in cynomolgus monkeys." *Toxicol. Sci.* 82:394-406.

C8 Science Panel. 2011a. "Probable Link Evaluation of Pregnancy Induced Hypertension and Preeclampsia." 6p., December 5.

C8 Science Panel. 2011b. "Probable Link Evaluation of Preterm Birth and Low Birthweight." 9p., December 5. Accessed at http://www.c8sciencepanel.org/pdfs/Probable_Link_C8_Preterm_and_LBW_birth_5Dec2011.pdf.

C8 Science Panel. 2012a. "C8 Science Panel Final Quarterly Newsletter." November. Accessed at http://www.c8sciencepanel.org/newsletter10.html.

C8 Science Panel. 2012b. "Probable Link Evaluation for Heart Disease (Including High Blood Pressure, High Cholesterol, Coronary Artery Disease)." 12p., October 29. Accessed at http://www.c8sciencepanel.org/prob_link.html.

C8 Science Panel. 2012c. "Probable Link Evaluation of Thyroid Disease." 12p., July 30. Accessed at http://www.c8sciencepanel.org/prob_link.html.

C8 Science Panel. 2012d. "Probable Link Evaluation of Autoimmune Disease." 8p., July 30. Accessed at http://www.c8sciencepanel.org/prob_link.html.

C8 Science Panel. 2012e. "Probable Link Evaluation of Cancer." 13p., April 15. Accessed at http://www.c8sciencepanel.org/prob_link.html.

C8 Science Panel. 2017. "The Science Panel Website." Accessed at http://www.c8sciencepanel.org.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2008. "Technical Support Document For the Derivation of Noncancer Reference Exposure Levels." Air Toxicology and Epidemiology Branch, 131p., June. Accessed at https://oehha.ca.gov/media/downloads/crnr/noncancertsdfinal.pdf.

California Office of Environmental Health Hazard Assessment (CalOEHHA). 2015. "Public Health Goal for Perchlorate in Drinking Water." 212p., February. Accessed at https://oehha.ca.gov/media/downloads/water/chemicals/phg/perchloratephgfeb2015.pdf.

Cao, T; Qu, A; Li, Z; Wang, W; Liu, R; Wang, X; Nie, Y; Sun, S; Zhang, X; Liu, X. 2021. "The relationship between maternal perfluoroalkylated substances exposure and low birth weight of offspring: A systematic review and meta-analysis." *Environ. Sci. Pollut. Res. Int.* doi: 10.1007/s11356-021-15061-4.

Cao, W; Liu, X; Liu, X; Zhou, Y; Zhang, X; Tian, H; Wang. J; Feng, S; Wu, Y; Bhatti, P; Wen, S; Sun, X. 2018. "Perfluoroalkyl substances in umbilical cord serum and gestational and postnatal growth in a Chinese birth cohort." *Environ. Int.* 116:197-205. doi: 10.1016/j.envint.2018.04.015.

Capen, CC. 2000. "Comparative anatomy and physiology." In *Werner & Ingbar's The Thyroid: A Fundamental and Clinical Text (Eighth Edition).* (Eds.: Braverman, LE; Utiger, RD), Lippincott Williams & Wilkins, Philadelphia, PA, p20-43.

Capen, CC; Dybing, E; Rice, JM; Wilbourn, JD; eds. 1999. "Species Differences in Thyroid, Kidney and Urinary Bladder Carcinogenesis: Consensus Report." International Agency for Research on Cancer (IARC), Lyon, France, IARC Scientific Publications No. 147, 5p. Accessed at http://monographs.iarc.fr/ENG/Publications/pub147/IARCpub147.pdf.

Carrasco, N. 2000. "Thyroid iodide transport: The Na+/I- symporter (NIS)." In *Werner & Ingbar's The Thyroid: A Fundamental and Clinical Text (Eighth Edition).* (Eds.: Braverman, LE; Utiger, RD), Lippincott Williams & Wilkins, Philadelphia, PA, p52-61.

Case, MT. [Argus Research Laboratories, Inc.]. 1999. "Oral (Stomach Tube) Developmental Toxicity Study of PFOS in Rabbits (Final)." Report to 3M Corp. 296p., January 11. [3M_AL_GA_00067783]

Case, MT; York, RG; Christian, MS. 2001. "Rat and rabbit oral developmental toxicology studies with two perfluorinated compounds." *Int. J. Toxicol.* 20(2):101-109. doi: 10.1080/10915810151115236.

Catelan, D; Biggeri, A; Russo, F; Gregori, D; Pitter. G; Da Re, F; Fletcher, T; Canova, C. 2021. "Exposure to perfluoroalkyl substances and mortality for COVID-19: A spatial ecological analysis in the Veneto Region (Italy)." *Int. J. Environ. Res. Public Health* 18(5):2734. doi: 10.3390/ijerph18052734.

Caverly Rae, JM; Frame, SR; Kennedy, GL; Butenhoff, JL; Chang, SC. 2014. "Pathology review of proliferative lesions of the exocrine pancreas in two chronic feeding studies in rats with ammonium perfluorooctanoate." *Toxicol. Rep.* 1:85-91. doi: 10.1016/j.toxrep.2014.04.005.

Centers for Disease Control and Prevention (CDC). 2015. "Fourth National Report on Human Exposure to Environmental Chemicals (Revised - Updated Tables, February 2015)." 1,095p., February. Accessed at http://www.cdc.gov/biomonitoring/pdf/FourthReport_UpdatedTables_Feb2015.pdf.

Centers for Disease Control and Prevention (CDC). 2016. "National Health and Nutrition Examination Survey 1999-2016 Survey Content Brochure." National Center for Health Statistics (NCHS), 17p. Accessed at https://www.cdc.gov/nchs/data/nhanes/survey_content_99_16.pdf.

Centers for Disease Control and Prevention (CDC). 2017a. "Per- and Polyfluorinated Substances (PFAS) Factsheet." April 7. Accessed at https://www.cdc.gov/biomonitoring/PFAS_FactSheet.html.

Centers for Disease Control and Prevention (CDC). 2017b. "Fourth National Report on Human Exposure to Environmental Chemicals (Revised - Updated Tables, January 2017). Volumes One and Two." 1,244p., January. Accessed at https://www.cdc.gov/exposurereport.

Centers for Disease Control and Prevention (CDC). 2018. "Prevention of pertussis, tetanus, and diphtheria with vaccines in the United States: Recommendations of the Advisory Committee on Immunization Practices (ACIP)." *MMWR Morb. Mortal. Wkly. Rep.* 67(2):1-44. doi: 10.15585/mmwr.rr6702a1.

Centers for Disease Control and Prevention (CDC). 2019a. "Fourth National Report on Human Exposure to Environmental Chemicals (Revised - Updated Tables, January 2019). Volumes One and Two." 1860p., January. Accessed at https://www.cdc.gov/exposurereport/index.html.

Centers for Disease Control and Prevention (CDC). 2019b. "Facts about hypospadias." November 21. Accessed at https://www.cdc.gov/ncbddd/birthdefects/hypospadias.html.

Centers for Disease Control and Prevention (CDC). 2021. "Early release: Per- and Polyfluorinated Substances (PFAS) tables, NHANES 2011-2018." February 2. Accessed at https://www.cdc.gov/exposurereport/pfas_early_release.html.

Chang, ET; Adami, HO; Boffetta, P; Wedner, HJ; Mandel, JS. 2016. "A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans." *Crit. Rev. Toxicol.* 46(4):279-331. doi: 10.3109/10408444.2015.1122573.

Chang, S; Butenhoff, JL; Parker, GA; Coder, PS; Zitzow, JD; Krisko, RM; Bjork, JA; Wallace, KB; Seed, JG. 2018. "Reproductive and developmental toxicity of potassium perfluorohexanesulfonate in CD-1 mice." *Reprod. Toxicol.* 78:150-168. doi: 10.1016/j.reprotox.2018.04.007.

Chang, S; Das, K; Ehresman, DJ; Ellefson, ME; Gorman, GS; Hart, JA; Noker, PE; Tan, Y; Lieder, PH; Lau, C; Olsen, GW; Butenhoff, JL. 2008a. "Comparative pharmacokinetics of perfluorobutyrate (PFBA) in rats, mice, monkeys, and humans and relevance to human exposure *via* drinking water." *Toxicol. Sci.* 104(1):40-53. doi: 10.1093/toxsci/kfn057.

Chang, S; Ehresman, DJ; Bjork, JA; Wallace, KB; Parker, GA; Stump, DG; Butenhoff, JL. 2009. "Gestational and lactational exposure to potassium perfluorooctanesulfonate (K+PFOS) in rats: Toxicokinetics, thyroid hormone status, and related gene expression." *Reprod. Toxicol.* 27(3-4):387-399.

Chang, S; Parker, GA; Kleinschmidt, SE; Olsen, GW; Ley, CA; Taiwo, OA. 2020. "A pathology review of the lower gastrointestinal tract in relation to ulcerative colitis in rats and cynomolgus macaques treated with ammonium perfluorooctanoate." *Toxicol. Pathol.* doi: 10.1177/0192623320911606.

Chang, SC; Allen, BC; Andres, KL; Ehresman, DJ; Falvo, R; Provencher, A; Olsen, GW; Butenhoff, JL. 2017. "Evaluation of serum lipid, thyroid, and hepatic clinical chemistries in association with serum perfluorooctanesulfonate (PFOS) in cynomolgus monkeys after oral dosing with potassium PFOS." *Toxicol. Sci.* 156(2):387-401. doi: 10.1093/toxsci/kfw267.

Chang, SC; Noker, PE; Gorman, GS; Gibson, SJ; Hart, JA; Ehresman, DJ; Butenhoff, JL. 2012. "Comparative pharmacokinetics of perfluorooctanesulfonate (PFOS) in rats, mice, and monkeys." *Reprod. Toxicol.* 33(4):428-440.

Chang, SC; Thibodeaux, JR; Eastvold, ML; Ehresman, DJ; Bjork, JA; Froelich, JW; Lau, C; Singh, RJ; Wallace, KB; Butenhoff, J. 2008b. "Thyroid hormone status and pituitary function in adult rats given oral doses of perfluorooctanesulfonate (PFOS)." *Toxicology* 243:330-339.

Chang, SC; Thibodeaux, JR; Eastvold, ML; Ehresman, DJ; Bjork, JA; Froehlich, JW; Lau, CS; Singh, RJ; Wallace, KB; Butenhoff, JL. 2007. "Negative bias from analog methods used in the analysis of free thyroxine hormones in rat serum containing perfluorooctanesulfonate (PFOS)." *Toxicology* 234(1-2):21-33.

Charles River Laboratories. 2007. "A 5-Day Repeat Dose Oral Toxicity Screening Study in Rats with a 7-Day Recovery Period with MTDID 8391 (Final)." Report to 3M Corp., St. Paul, MN. 1262p. [3M_AFFF_MDL00599002]

Chen, A; Jandarov, R; Zhou, L; Calafat, AM; Zhang, G; Urbina, EM; Sarac, J; Augustin, DH; Caric, T; Bockor, L; Petranovic, M; Novokmet, N; Missoni, S; Rudan, P; Deka, R. 2019b. "Association of perfluoroalkyl substances exposure with cardiometabolic traits in an island population of the eastern Adriatic coast of Croatia." *Sci. Total Environ.* 683:29-36. doi: 10.1016/j.scitotenv.2019.05.250.

Chen, MH; Ha, EH; Liao, HF; Jeng, SF; Su, YN; Wen, TW; Lien, GW; Chen, CY; Hsieh, WS; Chen, PC. 2013. "Perfluorinated compound levels in cord blood and neurodevelopment at 2 years of age." *Epidemiology* 24(6):800-808.

Chen, MH; Ha, EH; Wen, TW; Su, YN; Lien, GW; Chen, CY; Chen, PC; Hsieh, WS. 2012. "Perfluorinated compounds in umbilical cord blood and adverse birth outcomes." *PLoS ONE* 7(8):e42474. doi: 10.1371/journal.pone.0042474.

Chen, Q; Huang, R; Hua, L; Guo, Y; Huang, L; Zhao, Y; Wang, X; Zhang, J. 2018. "Prenatal exposure to perfluoroalkyl and polyfluoroalkyl substances and childhood atopic dermatitis: A prospective birth cohort study." *Environ. Health* 17(1):8. doi: 10.1186/s12940-018-0352-7.

Chen, Q; Zhang, X; Zhao, Y; Lu, W; Wu, J; Zhao, S; Zhang, J; Huang, L. 2019a. "Prenatal exposure to perfluorobutanesulfonic acid and childhood adiposity: A prospective birth cohort study in Shanghai, China." *Chemosphere* 226:17-23. doi: 10.1016/j.chemosphere.2019.03.095.

Chen, YM; Guo, LH. 2009. "Fluorescence study on site-specific binding of perfluoroalkyl acids to human serum albumin." *Arch. Toxicol.* 83(3):255-261. doi: 10.1007/s00204-008-0359-x.

Chengelis, CP; Kirkpatrick, JB; Myers, NR; Shinihara, M; Stetson, PL; Sved, DW. 2009. "Comparison of the toxicokinetic behavior of perfluorohexanoic acid (PFHxA) and nonafluorobutane-1-sulfonic acid (PFBS) in cynomolgus monkeys and rats." *Reprod. Toxicol.* 27(3-4):400-406. doi: 10.1016/j.reprotox.2009.01.013.

Cheung, C; Akiyama, TE; Ward, JM; Nicol, CJ; Feigenbaum, L; Vinson, C; Gonzalez, FJ. 2004. "Diminished hepatocellular proliferation in mice humanized for the nuclear receptor peroxisome proliferator-activated receptor alpha." *Cancer Res.* 64:3849-3854.

Choi, K; Chang, J; Lee, MJ; Wang, S; In, K; Galano-Tan, WC; Jun, S; Cho, K; Hwang, YH; Kim, SJ; Park, W. 2016. "Reference values of hematology, biochemistry, and blood type in cynomolgus monkeys from Cambodia origin." *Lab. Anim. Res.* 32(1):46-55. doi: 10.5625/lar.2016.32.1.46.

Chopra, IJ; Sabatino, L. 2000. "Nature and sources of circulating thyroid hormones." In *Werner & Ingbar's The Thyroid: A Fundamental and Clinical Text (Eighth Edition)*. (Eds.: Braverman, LE; Utiger, RD), Lippincott Williams & Wilkins, Philadelphia, PA, p121-135.

Christensen, JVR; Bangash, KK; Weihe, P; Grandjean, P; Nielsen, F; Jensen, TK; Petersen, MS. 2021. "Maternal exposure to perfluoroalkyl chemicals and anogenital distance in the offspring: A Faroese cohort study." *Reprod. Toxicol*. 104:52-57. doi: 10.1016/j.reprotox.2021.06.016.

Christensen, KY; Maisonet, M; Rubin, C; Holmes, A; Calafat, AM; Kato, K; Flanders, WD; Heron, J; McGeehin, MA; Marcus, M. 2011. "Exposure to polyfluoroalkyl chemicals during pregnancy is not associated with offspring age at menarche in a contemporary British cohort." *Environ. Int*. 37(1):129-135.

Christensen, KY; Raymond, M; Meiman, J. 2018. "Perfluoroalkyl substances and metabolic syndrome." *Int. J. Hyg. Environ. Health* doi: 10.1016/j.ijheh.2018.08.014.

Chu, C; Zhou, Y; Li, QQ; Bloom, MS; Lin, S; Yu, YJ; Chen, D; Yu, HY; Hu, LW; Yang, BY; Zeng, XW; Dong, GH. 2019. "Are perfluorooctane sulfonate alternatives safer? New insights from a birth cohort study." *Environ. Int*. 135 :105365. doi: 10.1016/j.envint.2019.105365.

Cifone, MA. [Covance Laboratories, Inc.]. 1999. "Unscheduled DNA Synthesis in Rat Liver Primary Cell Cultures with PFOS (Final)." Report to 3M Corp. 36p., November 9. [3M_AL_GA_00011496]

Cleveland Clinic. 2020. "Thyroid disease: Management and treatment." April 19. Accessed at https://my.clevelandclinic.org/health/diseases/8541-thyroid-disease/management-and-treatment.

Clewell, HJ III; Gentry, PR; Covington, TR; Gearhart, JM. 2000. "Development of a physiologically based pharmacokinetic model of trichloroethylene and its metabolites for use in risk assessment." *Environ. Health Perspect*. 108(Suppl. 2):283-305.

Cohen, LH; Pieterman, EJ; Hoegee-de Nobel, E. [TNO Quality of Life, TNO Biosciences]. 2006. "The Effect of 3 Perfluorinated Alkyl Sulphonated on Cholesterol/Bile Acid Metabolism in 15%-Fat Fed E3-Leiden Transgenic Mice *In Vivo* and on Fatty Acid Conversion into Cholesterol in Rat Hepatocytes *In Vitro* (Final)." Report to 3M Corp., St Paul, MN. 3M-02, December 4. [3M_AL_GA_00592057]

Cohen, SM. 2017. "The relevance of experimental carcinogenicity studies to human safety." *Curr. Opin. Toxicol*. 3:6-11.

Cohen, SM; Arnold, LL. 2011. "Chemical carcinogenesis." *Toxicol. Sci*. 120(Suppl. 1):S76-S92.

Conder, JM; Hoke, RA; De Wolf, W; Russell, MH; Buck, RC. 2008. "Are PFCAs bioaccumulative? A critical review and comparison with regulatory criteria and persistent lipophilic compounds." *Environ. Sci. Technol*. 42(4):995-1003.

Convertino, M; Church, TR; Olsen, GW; Liu, Y; Doyle, E; Elcombe, CR; Barnett, AL; Samuel, LM; MacPherson, IR; Evans, TRJ. 2018. "Stochastic pharmacokinetic-pharmacodynamic modeling for assessing the systemic health risk of perfluorooctanoate (PFOA)." *Toxicol. Sci*. 163(1):293-306. doi: 10.1093/toxsci/kfy035.

Conway, BN; Badders, AN; Costacou, T; Arthur, JM; Innes, KE. 2018. "Perfluoroalkyl substances and kidney function in chronic kidney disease, anemia, and diabetes." *Diabetes Metab. Syndr. Obes*. 11:707-716. doi: 10.2147/DMSO.S173809.

Cook, JC; Murray, SM; Frame, SR; Hurtt, ME. 1992. "Induction of Leydig cell adenomas by ammonium perfluorooctanoate: a possible endocrine-related mechanism." *Toxicol. Appl. Pharmacol*. 113:200-217.

Corning Hazleton Inc. 1995a. "Mutagenicity Test with T-6342 in the Salmonella-Escherichia Coli/Mammalian-Microsome Reverse Mutation Assay (Final Report)." Report to 3M Corp. 30p., December 14. [3M_AL_GA_00081322]

Corning Hazleton Inc. 1995b. "Mutagenicity Test on T-6342 in an *In Vivo* Mouse Micronucleus Assay (Final Report)." Report to 3M Corp., St. Paul, MN. 23p., December 14. [3M_AL_GA_00595739]

Corning Hazleton Inc. 1996a. "Mutagenicity Test with T-6564 in the *Salmonella-Escherichia Coli*/Mammalian-Microsome Reverse Mutation Assay (Final Report)." Report to 3M Corp. 34p., September 13. [3M_AL_GA_00595641]

Corning Hazleton Inc. 1996b. "Mutagenicity Test on T-6358 in an *In Vivo* Mouse Micronucleus Assay (Final Report)." Report to 3M Co., St. Paul, MN. 36p., May 14. [3M_AL_GA_00595512]

Corning Hazleton Inc. 1996c. "Mutagenicity Test on T-6564 in an *In Vivo* Mouse Micronucleus Assay (Final Report)." Report to 3M Corp. 26p., November 1. [3M_AL_GA_00595585]

Corning Hazleton Inc. 1996d. "Mutagenicity Test on T-6342 Measuring Chromosomal Aberrations in Human Whole Blood Lymphocytes: With a Confirmatory Assay with Multiple Harvests (Final Report)." Report to 3M Corp. 29p., November 1. [3M_AL_GA_00595675]

Corning Hazleton Inc. 1996e. "Mutagenicity Test on T6358 Measuring Chromosomal Aberrations in Chinese Hamster Ovary (CHO) Cells (Final Report)." Report to 3M Co., St. Paul, MN. 41p., April 25. [3M_AL_GA_00595471]

Corning Hazleton Inc. 1996f. "Mutagenicity Test with T-6564 Measuring Chromosomal Aberrations in Chinese Hamster Ovary (CHO) Cells: With a Confirmatory Assay with Multiple Harvests (Final Report)." Report to 3M Corp. 30p., September 16. [3M_AL_GA_00595611]

Corning Hazleton Inc. 1996g. "Mutagenicity Test on T-6342 Measuring Chromosomal Aberrations in Chinese Hamster Ovary (CHO) Cells: With a Confirmatory Assay with Multiple Harvests (Final Report)." Report to 3M Corp., St. Paul, MN. 35p., September 16. [3M_AL_GA_00595704]

Corsini, E; Avogadro, A; Galbiati, V; Dell'agi, M; Marinovich, M; Galli, CL; Germolec, DR. 2011. "*In vitro* evaluation of the immunotoxic potential of perfluorinated compounds (PFCs)." *Toxicol. Appl. Pharmacol.* 250(2):108-116. doi: 10.1016/j.taap.2010.11.004.

Corton, JC; Peters, JM; Klaunig, JE. 2018. "The PPARalpha-dependent rodent liver tumor response is not relevant to humans: Addressing misconceptions." *Arch. Toxicol.* 92(1):83-119. doi: 10.1007/s00204-017-2094-7.

Costa, G; Sartori, S; Consonni, D. 2009. "Thirty years of medical surveillance in perfluorooctanoic production workers." *J. Occup. Environ. Med.* 51(3):364-372.

Covance Laboratories, Inc. 2001. "Final Report, 104-Week Dietary Carcinogenicity Study with Narrow Range (98.1%) N-Ethyl Perfluorooctanesulfonamido Ethanol in Rats." Report to 3M. 4873p., December 13. [3M_AL_GA_00120266; 3M_AL_GA_00120266]

CRCS, Inc.; Dynamac Corp. 1983. "Information Review: Perfluorooctanesulfonyl Fluoride (Working Draft)." Report to US EPA, TSCA Interagency Testing Committee (ITC) IR-356. 17p., September 22.

Crebelli, R; Caiola, S; Conti, L; Cordelli, E; De Luca, G; Dellatte, E; Eleuteri, P; Iacovella, N; Leopardi, P; Marcon, F; Sanchez, M; Sestili, P; Siniscalchi, E; Villani, P. 2019. "Can sustained exposure to PFAS trigger a genotoxic response? A comprehensive genotoxicity assessment in mice after subacute oral administration of PFOA and PFBA." *Regul. Toxicol. Pharmacol.* 106:169-177. doi: 10.1016/j.yrtph.2019.05.005.

Cui, L; Zhou, QF; Liao, CY; Fu, JJ; Jiang, GB. 2009. "Studies on the toxicological effects of PFOA and PFOS on rats using histological observation and chemical analysis." *Arch. Environ. Contam. Toxicol.* 56(2):338-349.

Curran, I; Hierlihy, SL; Liston, V; Pantazopoulos, P; Nunnikhoven, A; Tittlemier, S; Barker, M; Trick, K; Bondy, G. 2008. "Altered fatty acid homeostasis and related toxicologic sequelae in rats exposed to dietary potassium perfluorooctanesulfonate (PFOS)." *J. Toxicol. Environ. Health A* 71(23):1526-1541.

Dagnino, S. 2015. "Analysis of PFASs in biological tissues and fluids." In *Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances*. (Ed.: DeWitt, JC), Humana Press, Cham, Switzerland, p23-49.

Dalsager, L; Christensen, N; Halekoh, U; Timmermann, CAG; Nielsen, F; Kyhl, HB; Husby, S; Grandjean, P; Jensen, TK; Andersen, HR. 2021. "Exposure to perfluoroalkyl substances during fetal life and hospitalization for infectious disease in childhood: A study among 1,503 children from the Odense Child Cohort." *Environ. Int.* 149:106395. doi: 10.1016/j.envint.2021.106395.

Dalsager, L; Christensen, N; Husby, S; Kyhl, H; Nielsen, F; Host, A; Grandjean, P; Jensen, TK. 2016. "Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4 years among 359 children in the Odense Child Cohort." *Environ. Int.* 96:58-64. doi: 10.1016/j.envint.2016.08.026.

Danish Environmental Protection Agency (Danish EPA). 2015. "Perfluoroalkylated Substances: PFOA, PFOS and PFOSA: Evaluation of Health Hazards and Proposal of a Health Based Quality Criterion for Drinking Water, Soil and Ground Water." 90p.

Darrow, LA; Groth, AC; Winquist, A; Shin, HM; Bartell, SM; Steenland, K. 2016. "Modeled perfluorooctanoic acid (PFOA) exposure and liver function in a Mid-Ohio Valley community." *Environ. Health Perspect.* 124(8):1227-1233. doi: 10.1289/ehp.1510391.

Darrow, LA; Howards, PP; Winquist, A; Steenland, K. 2014. "PFOA and PFOS serum levels and miscarriage risk." *Epidemiology* 25(4):505-512. doi: 10.1097/EDE.0000000000000103.

Darrow, LA; Stein, CR; Steenland, K. 2013. "Serum perfluorooctanoic acid and perfluorooctane sulfonate concentrations in relation to birth outcomes in the Mid-Ohio Valley, 2005-2010." *Environ. Health Perspect.* 121(10):1207-1213. doi: 10.1289/ehp.1206372.

Das, KP; Grey, BE; Rosen, MB; Wood, CR; Tatum-Gibbs, KR; Zehr, RD; Strynar, MJ; Lindstrom, AB; Lau, C. 2015. "Developmental toxicity of perfluorononanoic acid in mice." *Reprod. Toxicol.* 51:133-144. doi: 10.1016/j.reprotox.2014.12.012.

Das, KP; Grey, BE; Zehr, RD; Wood, CR; Butenhoff, JL; Chang, SC; Ehresman, DJ; Tan, YM; Lau, C. 2008. "Effects of perfluorobutyrate exposure during pregnancy in the mouse." *Toxicol. Sci.* 105(1):173-181.

Das, KP; Wood, CR; Lin, MT; Starkov, AA; Lau, C; Wallace, KB; Corton, JC; Abbott, BD. 2017. "Perfluoroalkyl acids-induced liver steatosis: Effects on genes controlling lipid homeostasis." *Toxicology* 378:37-52. doi: 10.1016/j.tox.2016.12.007.

Dembek, ZF; Lordo, RA. 2022. "Influence of perfluoroalkyl substances on occurrence of coronavirus disease 2019." *Int. J. Environ. Res. Public Health* 19(9):5375. doi: 10.3390/ijerph19095375.

Dennis, EA; Norris, PC. 2015. "Eicosanoid storm in infection and inflammation." *Nat. Rev. Immunol.* 15(8):511-523.

Desai, S; Scobie, HM; Cherian, T; Goodman, T; Expert Group on the Use of Td vaccine in Childhood. 2020. "Use of tetanus-diphtheria (Td) vaccine in children 4-7 years of age: World Health Organization consultation of experts." *Vaccine* 38(21):3800-3807. doi: 10.1016/j.vaccine.2020.01.018.

DeSimone, LD. [3M]. 1980. Letter to US EPA, Office of Toxic Substances [re: TSCA documentation for potassium salt of perfluoroalkyl sulfonates]. 3p., November 19. [3M_AFFF_MDL01296821 - 3M_AFFF_MDL01296823]

DeWitt, JC; Copeland, CB; Luebke, RW. 2009. "Suppression of humoral immunity by perfluorooctanoic acid is independent of elevated serum corticosterone concentration in mice." *Toxicol. Sci.* 109(1):106-112. doi: 10.1093/toxsci/kfp040.

DeWitt, JC; Copeland, CB; Strynar, MJ; Luebke, RW. 2008. "Perfluorooctanoic acid-induced immunomodulation in adult C57BL/6J or C57BL/6N female mice." *Environ. Health Perspect.* 116(5):644-650.

DeWitt, JC; ed. 2015. *Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances*. Humana Press, Cham, Switzerland, 495p.

DeWitt, JC; Williams, WC; Creech, NJ; Luebke, RW. 2016. "Suppression of antigen-specific antibody responses in mice exposed to perfluorooctanoic acid: Role of PPARα and T- and B-cell targeting." *J. Immunotoxicol.* 13(1):38-45. doi: 10.3109/1547691X.2014.996682.

Dhingra, R; Winquist, A; Darrow, LA; Klein, M; Steenland, K. 2016. "A study of reverse causation: Examining the associations of perfluorooctanoic acid serum levels with two outcomes." *Environ. Health Perspect.* doi: 10.1289/EHP273.

Di Nisio, A; Sabovic, I; Valente, U; Rocca, MS; Guidolin, D; Dall'Acqua, S; Acquasaliente, L; Pozzi, N; Plebani, M; Garolla, A; Foresta, C. 2018. "Endocrine disruption of androgenic activity by perfluoroalkyl substances: Clinical and experimental evidence." *J. Clin. Endocrinol. Metab.* doi: 10.1210/jc.2018-01855.

Ding, N; Harlow, SD; Randolph, JF; Calafat, AM; Mukherjee, B; Batterman, S; Gold, EB; Park, SK. 2020. "Associations of perfluoroalkyl substances with incident natural menopause: The Study of Women's Health Across the Nation." *J. Clin. Endocrinol. Metab.* 105(9):dgaa303. doi: 10.1210/clinem/dgaa303.

Ding, N; Karvonen-Gutierrez, CA; Mukherjee, B; Calafat, AM; Harlow, SD; Park, SK. 2022. "Per- and polyfluoroalkyl substances and incident hypertension in multi-racial/ethnic women: The Study of Women's Health Across the Nation." *Hypertension* doi: 10.1161/HYPERTENSIONAHA.121.18809.

Djeu, JY. 1995. "Natural killer activity." In *Methods in Immunotoxicology: Volume I.* (Eds.: Burleson, GR; Dean, JH; Munson, AE), Wiley-Liss, Inc., New York, NY, p437-449.

Domazet, SL; Grontved, A; Timmermann, AG; Nielsen, F; Nielsen, F. 2016. "Longitudinal associations of exposure to perfluoroalkylated substances in childhood and adolescence and indicators of adiposity and glucose metabolism 6 and 12 years later: The European Youth Heart Study." *Diabetes Care* 39(10):1745-1751. doi: 10.2337/dc16-0269.

Donauer, S; Chen, A; Xu, Y; Calafat, AM; Sjodin, A; Yolton, K. 2015. "Prenatal exposure to polybrominated diphenyl ethers and polyfluoroalkyl chemicals and infant neurobehavior." *J. Pediatr.* 166(3):736-742. doi: 10.1016/j.jpeds.2014.11.021.

Dong, GH; Liu, MM; Wang, D; Zheng, L; Liang, ZF; Jin, YH. 2011. "Sub-chronic effect of perfluorooctanesulfonate (PFOS) on the balance of type 1 and type 2 cytokine in adult C57BL6 mice." *Arch. Toxicol.* 85(10):1235-1244.

Dong, GH; Tung, KY; Tsai, CH; Liu, MM; Wang, D; Liu, W; Jin, YH; Hsieh, WS; Lee, YL; Chen, PC. 2013. "Serum polyfluoroalkyl concentrations, asthma outcomes, and immunological markers in a case-control study of Taiwanese children." *Environ. Health Perspect.* 121(4):507-513. doi: 10.1289/ehp.1205351.

Dong, GH; Zhang, YH; Zheng, L; Liu, W; Jin, YH; He, QC. 2009. "Chronic effects of perfluorooctanesulfonate exposure on immunotoxicity in adult male C57BL/6 mice." *Arch. Toxicol.* 83(9):805-815.

Dong, H; Curran, I; Williams, A; Bondy, G; Yauk, CL; Wade, MG. 2016. "Hepatic miRNA profiles and thyroid hormone homeostasis in rats exposed to dietary potassium perfluorooctanesulfonate (PFOS)." *Environ. Int.* 41:201-210. doi: 10.1016/j.etap.2015.12.009.

Dong, Z; Wang, H; Yu, YY; Li, YB; Naidu, R; Liu, T. 2019. "Using 2003-2014 U.S. NHANES data to determine the associations between per- and polyfluoroalkyl substances and cholesterol: Trend and implications." *Ecotoxicol. Environ. Saf.* 173:461-468. doi: 10.1016/j.ecoenv.2019.02.061.

Driscoll, T; Winder, C. 2004. "Epidemiology - Interface with toxicology." In *Occupational Toxicology (Second Edition).* (Eds.: Winder, C; Stacey, N), CRC Press LLC, Boca Raton, FL, p460-487.

Du, G; Hu, J; Huang, Z; Yu, M; Lu, C; Wang, X; Wu, D. 2019. "Neonatal and juvenile exposure to perfluorooctanoate (PFOA) and perfluorooctane sulfonate (PFOS): Advance puberty onset and kisspeptin system disturbance in female rats." *Ecotoxicol. Environ. Saf.* 167:412-421. doi: 10.1016/j.ecoenv.2018.10.025.

Du, G; Sun, J; Zhang, Y. 2018. "Perfluorooctanoic acid impaired glucose homeostasis through affecting adipose AKT pathway." *Cytotechnology* 70(1):479-487. doi: 10.1007/s10616-017-0164-6.

Dufour, P; Pirard, C; Seghaye, MC; Charlier, C. 2018. "Association between organohalogenated pollutants in cord blood and thyroid function in newborns and mothers from Belgian population." *Environ. Pollut.* 238:389-396. doi: 10.1016/j.envpol.2018.03.058.

Dzierlenga, MW; Allen, BC; Clewell, HJ III; Longnecker, MP. 2020. "Pharmacokinetic bias analysis of an association between clinical thyroid disease and two perfluoroalkyl substances." *Environ. Int.* 141:105784. doi: 10.1016/j.envint.2020.105784.

Dzierlenga, MW; Keast, DR; Longnecker, MP. 2021. "The concentration of several perfluoroalkyl acids in serum appears to be reduced by dietary fiber." *Environ. Int.* 146:106292. doi: 10.1016/j.envint.2020. 106292.

Dzierlenga, MW; Moreau, M; Song, G; Mallick, P; Ward, PL; Campbell, JL; Housand, C; Yoon, M; Allen, BC; Clewell, HJ 3rd; Longnecker, MP. 2019. "Quantitative bias analysis of the association between subclinical thyroid disease and two perfluoroalkyl substances in a single study." *Environ. Res.* 182:109017. doi: 10.1016/j.envres.2019.109017.

Ehresman, DJ; Froehlich, JW; Olsen, GW; Chang, SC; Butenhoff, JL. 2007. "Comparison of human whole blood, plasma, and serum matrices for the determination of perfluorooctanesulfonate (PFOS), perfluorooctanoate (PFOA), and other fluorochemicals." *Environ. Res.* 103(2):176-184.

Eisenberg, ML; Hsieh, MH; Walters, RC; Krasnow, R; Lipshultz, LI. 2011. "The relationship between anogenital distance, fatherhood, and fertility in adult men." *PLoS ONE* 6(5):e18973. doi: 10.1371/journal.pone.0018973.

Elcombe, CR; Elcombe, BM; Foster, JR; Chang, SC; Ehresman, DJ; Butenhoff, JL. 2012a. "Hepatocellular hypertrophy and cell proliferation in Sprague-Dawley rats from dietary exposure to potassium perfluorooctanesulfonate results from increased expression of xenosensor nuclear receptors PPARa and CAR/PXR." *Toxicology* 293(1-3):16-29. doi: 10.1016/j.tox.2011.12.014.

Elcombe, CR; Elcombe, BM; Foster, JR; Chang, SC; Ehresman, DJ; Noker, PE; Butenhoff, JL. 2012b. "Evaluation of hepatic and thyroid responses in male Sprague Dawley rats for up to eighty-four days following seven days of dietary exposure to potassium perfluorooctanesulfonate." *Toxicology* 293(1-3):30-40.

Elcombe, CR; Elcombe, BM; Foster, JR; Farrar, DG; Jung, R; Chang, SC; Kennedy, GL; Butenhoff, JL. 2010. "Hepatocellular hypertrophy and cell proliferation in Sprague-Dawley rats following dietary exposure to ammonium perfluorooctanoate occurs through increased activation of the xenosensor nuclear receptors PPARa and CAR/PXR." *Arch. Toxicol.* 84(10):787-798.

Emmett, EA; Zang, H; Shofer, FS; Zhang, H; Freeman, D; Rodway, NV; Desai, C; Shaw, LM. 2006. "Community exposure to perfluorooctanoate: Relationships between serum levels and certain health parameters." *J. Occup. Environ. Med.* 48(8):771-779. doi: 10.1097/01.jom.0000233380.13087.37.

Era, S; Harada, KH; Toyoshima, M; Inoue, K; Minata, M; Saito, N; Takigawa, T; Shiota, K; Koizumi, A. 2009. "Cleft palate caused by perfluorooctane sulfonate is caused mainly by extrinsic factors." *Toxicology* 256(1-2):42-47.

Eriksen, KT; Raaschou-Nielsen, O; McLaughlin, JK; Lipworth, L; Tjønneland, A; Overvad, K; Sørensen, M. 2013. "Association between plasma PFOA and PFOS levels and total cholesterol in a middle-aged Danish population." *PLoS ONE* 8(2):e56969. doi: 10.1371/journal.pone.0056969.

Eriksen, KT; Sorensen, M; McLaughlin, JK; Lipworth, L; Tjonneland, A; Overvad, K; Raaschou-Nielsen, O. 2009. "Perfluorooctanoate and perfluorooctanesulfonate plasma levels and risk of cancer in the general Danish population." *J. Natl. Cancer Inst.* 101(8):605-609.

Ernst, A; Brix, N; Lauridsen, LLB; Olsen, J; Parner, ET; Liew, Z; Olsen, LH; Ramlau-Hansen, CH. 2019. "Exposure to perfluoroalkyl substances during fetal life and pubertal development in boys and girls from the Danish National Birth Cohort." *Environ. Health Perspect.* 127(1):17004. doi: 10.1289/EHP3567.

European Centre for Ecotoxicology and Toxicology of Chemicals (ECETOC). 1983. "Identification and Assessment of the Effects of Chemicals on Reproduction and Development (Reproductive Toxicology)." ECETOC Monograph Report No. 5. 42p., December.

European Chemicals Agency (ECHA) 2020. "Toxicological information: Endpoint summary." In *REACH dossier for caffeine (CAS No. 58-08-2)*. Accessed at https://echa.europa.eu/bg/registration-dossier/-/registered-dossier/10085/7/3/1.

European Food Safety Authority (EFSA). 2018. "Scientific opinion on the risk to human health related to the presence of perfluorooctane sulfonic acid and perfluorooctanoic acid in food." Panel on Contaminants in the Food Chain (CONTAM). *EFSA J.* 16(12):5194. doi: 10.2903/j.efsa.2018.5194.

European Food Safety Authority (EFSA). 2020. "Scientific opinion on the risk to human health related to the presence of perfluoroalkyl substances in food." Panel on Contaminants in the Food Chain (CONTAM). *EFSA J.* 18(9):6223. doi: 10.2903/j.efsa.2020.6223.

Fabrega, F; Nadal, M; Schuhmacher, M; Domingo, JL; Kumar, V. 2016. "Influence of the uncertainty in the validation of PBPK models: A case-study for PFOS and PFOA." *Regul. Toxicol. Pharmacol.* 77:230-239. doi: 10.1016/j.yrtph.2016.03.009.

Fang, X; Feng, Y; Shi, Z; Dai, J. 2009. "Alterations of cytokines and MAPK signaling pathways are related to the immunotoxic effect of perfluorononanoic acid." *Toxicol. Sci.* 108(2):367-376.

Fang, X; Gao, G; Xue, H; Zhang, X; Wang, H. 2012. "*In vitro* and *in vivo* studies of the toxic effects of perfluorononanoic acid on rat hepatocytes and Kupffer cells." *Environ. Toxicol. Pharmacol.* 34(2):484-494. doi: 10.1016/j.etap.2012.06.011.

Fang, X; Zhang, L; Feng, Y; Zhao, Y; Dai, J. 2008. "Immunotoxic effects of perfluorononanoic acid on BALB/c mice." *Toxicol. Sci.* 105(2):312-321. doi: 10.1093/toxsci/kfn127.

Fasano, WJ; Kennedy, GL; Szostek, B; Farrar, DG; Ward, RJ; Haroun, L; Hinderliter, PM. 2005. "Penetration of ammonium perfluorooctanoate through rat and human skin *in vitro*." *Drug Chem. Toxicol.* 28(1):79-90. doi: 10.1081/DCT-39707.

Fassler, CS; Pinney, SE; Xie, C; Biro, FM; Pinney, SM. 2019. "Complex relationships between perfluorooctanoate, body mass index, insulin resistance and serum lipids in young girls." *Environ. Res.* 176:108558. doi: 10.1016/j.envres.2019.108558.

Fatourechi, V. 2009. "Subclinical hypothyroidism: An update for primary care physicians." *Mayo Clin. Proc.* 84(1):65-71. doi: 10.1016/S0025-6196(11)60809-4.

Faustman, EM. 2019. "Risk assessment." In *Casarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition)*. (Ed.: Klaassen, CD), McGraw-Hill Education, New York, NY, p127-155.

Fei, C; McLaughlin, JK; Lipworth, L; Olsen, J. 2008b. "Prenatal exposure to perfluorooctanoate (PFOA) and perfluorooctanesulfonate (PFOS) and maternally reported developmental milestones in infancy." *Environ. Health Perspect.* 116(10):1391-1395.

Fei, C; McLaughlin, JK; Lipworth, L; Olsen, J. 2009. "Maternal levels of perfluorinated chemicals and subfecundity." *Hum. Reprod.* 24(5):1200-1205.

Fei, C; McLaughlin, JK; Lipworth, L; Olsen, J. 2010. "Prenatal exposure to PFOA and PFOS and risk of hospitalization for infectious diseases in early childhood." *Environ. Res.* 110(8):773-777. doi: 10.1016/j.envres.2010.08.004.

Fei, C; McLaughlin, JK; Tarone, RE; Olsen, J. 2007. "Perfluorinated chemicals and fetal growth: A study within the Danish National Birth Cohort." *Environ. Health Perspect.* 115(11):1677-1682.

Fei, C; McLaughlin, JK; Tarone, RE; Olsen, J. 2008a. "Fetal growth indicators and perfluorinated chemicals: A study in the Danish National Birth Cohort." *Am. J. Epidemiol.* 168(1):66-72.

Fei, C; Olsen, J. 2011. "Prenatal exposure to perfluorinated chemicals and behavioral or coordination problems at age 7 years." *Environ. Health Perspect.* 119(4):573-578.

Feng, X; Cao, X; Zhao, S; Wang, X; Hua, X; Chen, L; Chen, L. 2017. "Exposure of pregnant mice to perfluorobutanesulfonate causes hypothyroxinemia and developmental abnormalities in female offspring." *Toxicol. Sci.* 155(2):409-419. doi: 10.1093/toxsci/kfw219.

Feng, Y; Bai, Y; Lu, Y; Chen, M; Fu, M; Guan, X; Cao, Q; Yuan, F; Jie, J; Li, M; Meng, H; Wang, C; Hong, S; Zhou, Y; Zhang, X; He, M; Guo, H. 2022. "Plasma perfluoroalkyl substance exposure and incidence risk of breast cancer: A case-cohort study in the Dongfeng-Tongji cohort." *Environ. Pollut.* 306:119345. doi: 10.1016/j.envpol.2022.119345.

Filgo, AJ; Quist, EM; Hoenerhoff, MJ; Brix, AE; Kissling, GE; Fenton, SE. 2015. "Perfluorooctanoic acid (PFOA)-induced liver lesions in two strains of mice following developmental exposures: PPARa is not required." *Toxicol. Pathol.* 43(4):558-568. doi: 10.1177/0192623314558463.

Fisher, J; Lumen, A; Latendresse, J; Mattie, D. 2012. "Extrapolation of hypothalamic-pituitary-thyroid axis perturbations and associated toxicity in rodents to humans: Case study with perchlorate." *J. Environ. Sci. Health C Environ. Carcinog. Ecotoxicol. Rev.* 30(1):81-105.

Fisker, AB; Nebie, E; Schoeps, A; Martins, C; Rodrigues, A; Zakane, A; Kagone, M; Byberg, S; Thysen, SM; Tiendrebeogo, J; Coulibaly, B; Sankoh, O; Becher, H; Whittle, HC; van der Klis, FRM; Benn, CS; Sie, A; Muller, O; Aaby, P. 2018. "A two-center randomized trial of an additional early dose of measles vaccine: Effects on mortality and measles antibody levels." *Clin. Infect. Dis.* 66(10):1573-1580. doi: 10.1093/cid/cix1033.

Fitz-Simon, N; Fletcher, T; Luster, MI; Steenland, K; Calafat, AM; Kato, K; Armstrong, B. 2013. "Reductions in serum lipids with a 4-year decline in serum perfluorooctanoic acid and perfluorooctanesulfonic acid." *Epidemiology* 24(4):569-576. doi: 10.1097/EDE.0b013e31829443ee.

Fleming, M; Mihic, SJ; Harris, RA. 2006. "Ethanol." In *Goodman and Gilman's The Pharmacological Basis of Therapeutics (Eleventh Edition)*. (Eds.: Brunton, LL; Lazo, JS; Parker, KL), McGraw-Hill, New York, p591-606.

Foreman, JE; Chang, SC; Ehresman, DJ; Butenhoff, JL; Anderson, CR; Palkar, PS; Kang, BH; Gonzalez, FJ; Peters, JM. 2009. "Differential hepatic effects of perfluorobutyrate (PFBA) mediated by mouse and human PPAR{alpha}." *Toxicol. Sci.* 110(1):204-211. doi: 10.1093/toxsci/kfp077.

Forsthuber, M; Kaiser, AM; Granitzer, S; Hassl, I; Hengstschlager, M; Stangl, H; Gundacker, C. 2020. "Albumin is the major carrier protein for PFOS, PFOA, PFHxS, PFNA and PFDA in human plasma." *Environ. Int.* 137:105324. doi: 10.1016/j.envint.2019.105324.

Fragki, SS; Dirven, H; Fletcher, T; Grasl-Kraupp, B; Bjerve Gutzkow, K; Hoogenboom, R; Kersten, S; Lindeman, B; Louisse, J; Peijnenburg, A; Piersma, AH; Princen, HMG; Uhl, M; Westerhout, J; Zeilmaker, MJ; Luijten, M. 2021. "Systemic PFOS and PFOA exposure and disturbed lipid homeostasis in humans: What do we know and what not?" *Crit. Rev. Toxicol.* doi: 10.1080/10408444.2021.1888073.

Frame, SR; Mann, PC; Caverly Rae, JM. 2014. "Principles of pathology for toxicology studies." In *Hayes' Principles and Methods of Toxicology (Sixth Edition)*. (Eds.: Hayes, AW; Kruger, CL), CRC Press, Boca Raton, FL, p571-595.

Frank, H; Christoph, EH; Holm-Hansen, O; Bullister, JL. 2002. "Trifluoroacetate in ocean waters." *Environ. Sci. Technol.* 36(1):12-15. doi: 10.1021/es0101532.

Franko, J; Meade, BJ; Frasch, HF; Barbero, AM; Anderson, SE. 2012. "Dermal penetration potential of perfluorooctanoic acid (PFOA) in human and mouse skin." *J. Toxicol. Environ. Health A* 75(1):50-62. doi: 10.1080/15287394.2011.615108.

Frawley, RP; Smith, M; Cesta, MF; Hayes-Bouknight, S; Blystone, C; Kissling, GE; Harris, S; Germolec, D. 2018. "Immunotoxic and hepatotoxic effects of perfluoro-n-decanoic acid (PFDA) on female Harlan Sprague-Dawley rats and B6C3F1/N mice when administered by oral gavage for 28 days." *J. Immunotoxicol.* 15(1):41-52. doi: 10.1080/1547691X.2018.1445145.

Frisbee, SJ; Brooks, AP Jr.; Maher, A; Flensborg, P; Arnold, S; Fletcher, T; Steenland, K; Shankar, A; Knox, SS; Pollard, C; Halverson, JA; Vieira, VM; Jin, C; Leyden, JM; Ducatman, AM. 2009. "The C8 health project: Design, methods, and participants." *Environ. Health Perspect.* 117(12):1873-1882.

Frisbee, SJ; Shankar, A; Knox, SS; Steenland, K; Savitz, DA; Fletcher, T; Ducatman, AM. 2010. "Perfluorooctanoic acid, perfluorooctanesulfonate, and serum lipids in children and adolescents: Results from the C8 Health Project." *Arch. Pediatr. Adolesc. Med.* 164(9):860-869.

Fromme, H; Mosch, C; Morovitz, M; Alba-Alejandre, I; Boehmer, S; Kiranoglu, M; Faber, F; Hannibal, I; Genzel-Boroviczeny, O; Koletzko, B; Volkel, W. 2010. "Pre- and postnatal exposure to perfluorinated compounds (PFCs)." *Environ. Sci. Technol.* 44(18):7123-7129.

Fu, Y; Wang, T; Fu, Q; Wang, P; Lu, Y. 2014. "Associations between serum concentrations of perfluoroalkyl acids and serum lipid levels in a Chinese population." *Ecotoxicol. Environ. Saf.* 106:246-252. doi: 10.1016/j.ecoenv.2014.04.039.

Fuentes, S; Colomina, MT; Vicens, P; Franco-Pons, N; Domingo, JL. 2007a. "Concurrent exposure to perfluorooctane sulfonate and restraint stress during pregnancy in mice: Effects on postnatal development and behavior of the offspring." *Toxicol. Sci.* 98(2):589-598.

Fuentes, S; Colomina, MT; Vicens, P; Nadal, M; Domingo, JL. 2007b. "Interactions between PFOS, restraint stress and aging: Behavioral effects in female mice after one year of exposure to PFOS." Presented at the Society of Toxicology (SOT) Perfluoroalkyl Acids and Related Chemistries: Toxicokinetics and Mode of Action Workshop, Arlington, VA, February 14-16, 1p. [3M_AL_GA_00594688]

Fujii, Y; Niisoe, T; Harada, KH; Uemoto, S; Ogura, Y; Takenaka, K; Koizumi, A. 2015. "Toxicokinetics of perfluoroalkyl carboxylic acids with different carbon chain lengths in mice and humans." *J. Occup. Health* 57(1):1-12. doi: 10.1539/joh.14-0136-OA.

Gallo, V; Leonardi, G; Genser, B; Lopez-Espinosa, MJ; Frisbee, SJ; Karlsson, L; Ducatman, AM; Fletcher, T. 2012. "Serum perfluorooctanoate (PFOA) and perfluorooctane sulfonate (PFOS) concentrations and liver function biomarkers in a population with elevated PFOA exposure." *Environ. Health Perspect.* 120(5):655-660. doi: 10.1289/ehp.1104436.

Gardener, H; Sun, Q; Grandjean, P. 2020. "PFAS concentration during pregnancy in relation to cardiometabolic health and birth outcomes." *Environ. Res.* 192:110287. doi: 10.1016/j.envres.2020.110287.

Gebbink, WA; Berger, U; Cousins, IT. 2015. "Estimating human exposure to PFOS isomers and PFCA homologues: The relative importance of direct and indirect (precursor) exposure." *Environ. Int.* 74:160-169. doi: 10.1016/j.envint.2014.10.013.

Gebel, TW; Suchenwirth, RHR; Bolten, C; Dunkelberg, HH. 1998. "Human biomonitoring of arsenic and antimony in case of an elevated geogenic exposure." *Environ. Health Perspect.* 106:33-39.

Geiger, SD; Xiao, J; Ducatman, A; Frisbee, S; Innes, K; Shankar, A. 2014. "The association between PFOA, PFOS and serum lipid levels in adolescents." *Chemosphere* 98:78-83. doi: 10.1016/j.chemosphere.2013.10.005.

Giesy, JP; Kannan, K. 2001. "Global distribution of perfluorooctane sulfonate in wildlife." *Environ. Sci. Technol.* 35(7):1339-1342. doi: 10.1021/es001834k.

Gilliland, FD. 1992. "Fluorocarbons and Human Health: Studies in an Occupational Cohort [Thesis]." Submitted to University of Minnesota. 296p. [3M_AFFF_MDL02083224]

Gilliland, FD; Mandel, JS. 1993a. "Mortality among employees of a perfluorooctanoic acid production plant." *J. Occup. Med.* 35(9):950-954.

Gilliland, FD; Mandel, JS. 1993b. "Peripheral Blood Lymphocyte Count in Men Occupationally Exposed to Perfluorooctanoic Acid." 15p. [3M_AL_GA_00591452]

Gilliland, FD; Mandel, JS. 1996. "Serum perfluorooctanoic acid and hepatic enzymes, lipoproteins and cholesterol: A study of occupationally exposed men." *Am. J. Ind. Med.* 29(5):560-568.

Gleason, JA; Post, GB; Fagliano, JA. 2015. "Associations of perfluorinated chemical serum concentrations and biomarkers of liver function and uric acid in the US population (NHANES), 2007-2010." *Environ. Res.* 136:8-14. doi: 10.1016/j.envres.2014.10.004.

Goecke, CM; Jarnot, BM; Reo, NV. 1992. "A comparative toxicological investigation of perfluorocarboxylic acids in rats by fluorine-19 NMR spectroscopy." *Chem. Res. Toxicol.* 5(4):512-519. doi: 10.1021/tx00028a009.

Goldberg, IJ; Mosca, L; Piano, MR; Fisher, EA. 2001. "Wine and your heart: A science advisory for healthcare professionals from the Nutrition Committee, Council on Epidemiology and Prevention, and Council on Cardiovascular Nursing of the American Heart Association." *Circulation* 103:472-475.

Goldenthal, EI; Jessup, DC; Geil, RG; Jefferson, ND; Arceo, RJ. [International Research and Development Corp.]. 1978a. "Ninety Day Subacute Rat Toxicity Study, with Fluorad Fluorochemical Surfactant FC-95." Report to 3M Co. 54p., November 10. [3M_AL_GA_00594689]

Goldenthal, EI; Jessup, DC; Geil, RG; Mehring, JS. [International Research and Development Corp.]. 1978b. "Ninety-Day Subacute Rhesus Monkey Toxicity Study, with Fluorad Fluorochemical Surfactant FC-95." Report to 3M Co. 38p., December 18. [3M_AL_GA_00071007; 3M_AFFF_MDL00455595]

Goldenthal, EI; Jessup, DC; Geil, RG; Mehring, JS. [International Research and Development Corp.]. 1978c. "Ninety Day Subacute Rhesus Monkey Toxicity Study: Fluorad Fluorochemical FC-143 (Final)." Report to 3M Co. 41p., November 10. [3M_AL_GA_00021469]

Goldenthal, EI; Jessup, DC; Geil, RG; Mehring, JS. [International Research and Development Corp.]. 1979. "90-Day Subacute Rhesus Monkey Toxicity Study: Fluorad Fluorochemical Surfactant FC-95." Report to 3M Co. 24p., January 2. [3M_AFFF_MDL00435533; 3M_AL_GA_00071045]

Gomis, MI; Vestergren, R; Borg, D; Cousins, IT. 2018. "Comparing the toxic potency *in vivo* of long-chain perfluoroalkyl acids and fluorinated alternatives." *Environ. Int.* 113:1-9. doi: 10.1016/j.envint.2018.01.011.

Gonzalez, FJ; Shah, YM. 2008. "PPARalpha: Mechanism of species differences and hepatocarcinogenesis of peroxisome proliferators." *Toxicology* 246(1):2-8. doi: 10.1016/j.tox.2007.09.030.

Goodman, JE; Prueitt, RL; Sax, SN; Bailey, LA; Rhomberg, LR. 2013. "Evaluation of the causal framework used for setting National Ambient Air Quality Standards." *Crit. Rev. Toxicol.* 43(10):829-849. doi: 10.3109/10408444.2013.837864.

Goodman, JE; Prueitt, RL; Sax, SN; Pizzurro, DM; Lynch, HN; Zu, K; Venditti, FJ. 2015. "Ozone exposure and systemic biomarkers: Evaluation of evidence for adverse cardiovascular health impacts." *Crit. Rev. Toxicol.* 45(5):412-452. doi: 10.3109/10408444.2015.1031371.

Gopinath, C; Mowat, V. 2014. *Atlas of Toxicological Pathology*. Springer, New York, NY, 285p.

Gortner, EG. [Riker Laboratories, Inc.]. 1980. "Oral Teratology Study of FC-95 in Rats." 33p., December 17. [3M_AL_GA_00067748]

Goudarzi, H; Miyashita, C; Okada, E; Kashino, I; Chen, CJ; Ito, S; Araki, A; Kobayashi, S; Matsuura, H; Kishi, R. 2017. "Prenatal exposure to perfluoroalkyl acids and prevalence of infectious diseases up to 4 years of age." *Environ. Int.* doi: 10.1016/j.envint.2017.01.024.

Goudarzi, H; Miyashita, C; Okada, E; Kashino, I; Kobayashi, S; Chen, CJ; Ito, S; Araki, A; Matsuura, H; Ito, YM; Kishi, R. 2016. "Effects of prenatal exposure to perfluoroalkyl acids on prevalence of allergic diseases among 4-year-old children." *Environ. Int.* 94:124-132. doi: 10.1016/j.envint.2016.05.020.

Govarts, E; Iszatt, N; Trnovec, T; De Cock, M; Eggesbo, M; Palkovicova Murinova, L; Van de Bor, M; Guxens, M; Chevrier, C; Koppen, G; Lamoree, M; Hertz-Picciotto, I; Lopez-Espinosa, MJ; Lertxundi, A; Grimalt, JO; Torrent, M; Goni-Irigoyen, F; Vermeulen, R; Legler, J; Schoeters, G. 2018. "Prenatal exposure to endocrine disrupting chemicals and risk of being born small for gestational age: Pooled analysis of seven European birth cohorts." *Environ. Int.* 115:267-278. doi: 10.1016/j.envint.2018.03.017.

Grandjean, P; Andersen, EW; Budtz-Jorgensen, E; Nielsen, F; Mølbak, K; Weihe, P; Heilmann, C. 2012. "Serum vaccine antibody concentrations in children exposed to perfluorinated compounds." *JAMA* 307(4):391-397. doi: 10.1001/jama.2011.2034.

Grandjean, P; Heilmann, C; Weihe, P; Nielsen, F; Mogensen, UB,; Timmermann, A; Budtz-Jorgensen, E. 2017b. "Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5-years." J. Immunotoxicol. 14(1):188-195. doi: 10.1080/1547691X.2017.1360968.

Grandjean, P; Heilmann, C; Weihe, P; Nielsen, F; Mogensen, UB; Budtz-Jorgensen, E. 2017a. "Serum vaccine antibody concentrations in adolescents exposed to perfluorinated compounds." *Environ. Health Perspect.* 125(7):077018. doi: 10.1289/EHP275.

Grandjean, P; Timmermann, CAG; Kruse, M; Nielsen, F; Vinholt, PJ; Boding, L; Heilmann, C; Molbak, K. 2020. "Severity of COVID-19 at elevated exposure to perfluorinated alkylates." *PLoS ONE* 15(12):e0244815. doi: 10.1101/2020.10.22.20217562.

Granum, B; Haug, LS; Namork, E; Stolevik, SB; Thomsen, C; Aaberge, IS; van Loveren, H; Lovik, M; Nygaard, UC. 2013. "Pre-natal exposure to perfluoroalkyl substances may be associated with altered vaccine antibody levels and immune-related health outcomes in early childhood." *J. Immunotoxicol.* 10(3):373-379. doi: 10.3109/1547691X.2012.755580.

Grasty, RC; Bjork, JA; Wallace, KB; Wolf, DC; Lau, CS; Rogers, JM. 2005. "Effects of prenatal perfluorooctane sulfonate (PFOS) exposure on lung maturation in the perinatal rat." *Birth Defects Res. B Dev. Reprod. Toxicol.* 74(5):405-416.

Grasty, RC; Grey, BE; Lau, CS; Rogers, JM. 2003. "Window of susceptibility to perfluorooctane sulfonate (PFOS)-induces neonatal mortality in the rat." *Birth Defects Res. A Clin. Mol. Teratol.* 67(5):315.

Greim, H; Albertini, RJ. 2015. "Cellular response to the genotoxic insult: The question of threshold for genotoxic carcinogens." *Toxicol. Res. (Camb)* 4(1):36-45. doi: 10.1039/C4TX00078A.

Grice, MM; Alexander, BH; Hoffbeck, R; Kampa, DM. 2007. "Self-reported medical conditions in perfluorooctanesulfonyl fluoride manufacturing workers." *J. Occup. Environ. Med.* 49(7):722-729.

Griffith, FD; Long, JE. 1980. "Animal toxicity studies with ammonium perfluorooctanoate." *Am. Ind. Hyg. Assoc. J.* 41(8):576-583.

Gump, BB; Wu, Q; Dumas, AK; Kannan, K. 2011. "Perfluorochemical (PFC) exposure in children: Associations with impaired response inhibition." *Environ. Sci. Technol.* 45(19):8151-8159.

Guruge, KS; Hikono, H; Shimada, N; Murakami, K; Hasegawa, J; Yeung, LW; Yamanaka, N; Yamashita, N. 2009. "Effect of perfluorooctane sulfonate (PFOS) on influenza A virus-induced mortality in female B6C3F1 mice." *J. Toxicol. Sci.* 34(6):687-691.

Guy, WS; Taves, DR; Brey, WS. 1976. "Organic fluorocompounds in human plasma: Prevalence and Characterization." In *Biochemistry Involving Carbon-Fluorine Bonds.* (Ed.: Filler, F), American Chemical Society, Washington, DC. p117-134.

Guyton, AC; Hall, JE. 2000. "Lipid metabolism." In *Textbook of Medical Physiology (Tenth Edition).* W.B. Saunders Co., Philadelphia, PA, p781-790.

Gyllenhammar, I; Diderholm, B; Gustafsson, J; Berger, U; Ridefelt, P; Benskin, JP; Lignell, S; Lampa, E; Glynn, A. 2018. "Perfluoroalkyl acid levels in first-time mothers in relation to offspring weight gain and growth." *Environ. Int.* 111:191-199. doi: 10.1016/j.envint.2017.12.002.

Hall, AP; Elcombe, CR; Foster, JR; Harada, T; Kaufmann, W; Knippel, A; Kuttler, K; Malarkey, DE; Maronpot, RR; Nishikawa, A; Nolte, T; Schulte, A; Strauss, V; York, MJ. 2012. "Liver hypertrophy: A review of adaptive (adverse and non-adverse) changes - Conclusions from the 3rd International ESTP Expert Workshop." *Toxicol. Pathol.* 40(7):971-994.

Hamm, MP; Cherry, NM; Chan, E; Martin, JW; Burstyn, I. 2010. "Maternal exposure to perfluorinated acids and fetal growth." *J. Expo. Sci. Environ. Epidemiol.* 20(7):589-597. doi: 10.1038/jes.2009.57.

Han, X; Snow, TA; Kemper, RA; Jepson, JW. 2003. "Binding of perfluorooctanoic acid to rat and human plasma proteins." *Chem. Res. Toxicol.* 16(6):775-781.

Hanhijarvi, H; Ophaug, RH; Singer, L. 1982. "The sex-related difference in perfluorooctanoate excretion in the rat." *Proc. Soc. Exp. Biol. Med.* 171(1):50-55. doi: 10.3181/00379727-171-41476.

Hansen, KJ; Clemen, LA; Ellefson, ME; Johnson, HO. 2001. "Compound-specific, quantitative characterization of organic fluorochemicals in biological matrices." *Environ. Sci. Technol.* 35(4):766-770. doi: 10.1021/es001489z.

Harada, K; Inoue, K; Morikawa, A; Yoshinaga, T; Saito, N; Koizumi, A. 2005a. "Renal clearance of perfluorooctane sulfonate and perfluorooctanoate in humans and their species-specific excretion." *Environ. Res.* 99(2):253-261. doi: 10.1016/j.envres.2004.12.003.

Harada, K; Xu, F; Ono, K; Iijima, T; Koizumi, A. 2005b. "Effects of PFOS and PFOA on L-type Ca2+ currents in guinea-pig ventricular myocytes." *Biochem. Biophys. Res. Commun.* 329(2):487-494.

Harada, KH; Hashida, S; Kaneko, T; Takenaka, K; Minata, M; Inoue, K; Saito, N; Koizumi, A. 2007. "Biliary excretion and cerebrospinal fluid partition of perfluorooctanoate and perfluorooctane sulfonate in humans." *Environ. Toxicol. Pharmacol.* 24(2):134-139. doi: 10.1016/j.etap.2007.04.003.

Hardell, E; Karrman, A; van Bavel, B; Bao, J; Carlberg, M; Hardell, L. 2014. "Case-control study on perfluorinated alkyl acids (PFAAs) and the risk of prostate cancer." *Environ. Int.* 63:35-39. doi: 10.1016/j.envint.2013.10.005.

Hardisty, JF; Willson, GA; Brown, WR; McConnell, EE; Frame, SR; Gaylor, DW; Kennedy, GL; Butenhoff, JL. 2010. "Pathology Working Group review and evaluation of proliferative lesions of mammary gland tissues in female rats fed ammonium perfluorooctanoate (APFO) in the diet for 2 years." *Drug Chem. Toxicol.* 33(2):131-137.

Harris, MH; Oken, E; Rifas-Shiman, SL; Calafat, AM; Ye, X; Bellinger, DC; Webster, TF; White, RF; Sagiv, SK. 2018. "Prenatal and childhood exposure to per- and polyfluoroalkyl substances (PFASs) and child cognition." *Environ. Int.* 115:358-369. doi: 10.1016/j.envint.2018.03.025.

Harris, MW; Birnbaum, LS. 1989. "Developmental toxicity of perfluorodecanoic acid in C57BL/6N mice." *Fundam. Appl. Toxicol.* 12(3):442-448. doi: 10.1093/toxsci/12.3.442.

Harvard Health Publishing. 2019. "The lowdown on thyroid slowdown." March 19. Accessed at https://www.health.harvard.edu/diseases-and-conditions/the-lowdown-on-thyroid-slowdown.

Harvard T.H. Chan School of Public Health. 2019. "Alcohol: Balancing risks and benefits." Accessed at https://www.hsph.harvard.edu/nutritionsource/healthy-drinks/drinks-to-consume-in-moderation/alcohol-full-story.

Haskell Laboratories. 1962. "Ammonium Perfluorocaprylate (C8APFC) [Repeated oral administration study in male CRCD rats]." 6p. February 9. [3M_AL_GA_00055498 - 3M_AL_GA_00055503]

Hayes, AW; Kruger, CL; eds. 2014. *Hayes' Principles and Methods of Toxicology (Sixth Edition).* CRC Press, Boca Raton, FL, 2157p.

Hazleton Laboratories. 1950. "Toxicity testing data for mice exposed to perfluorobutyric acid." Report to 3M. 1p., January 10. [3M_AFFF_MDL01787764]

Hazleton Wisconsin, Inc. 1993. "13-Week Dietary Toxicity Study with T-5180, Ammonium Perfluorooctanoate (CAS No. 3825-26-1) in Male Rats (Final)." Report to 3M, St. Paul, MN. HWI 6329-100. 657p., May 17. [3M_AL_GA_00082731]

Hegg, GL. [3M]. 1981. Letter to US EPA, Office of Toxic Substances [re: 3M report "Oral Rangefinder Study of T-2998CoC in Pregnant Rats," dated March 12, 1981]." 3p., March 20. [3M_AFFF_MDL00438365 - 3M_AFFF_MDL00438367]

Hennekens, CH; Buring, JE; Mayrent, SL; Eds. 1987. *Epidemiology in Medicine.* Little, Brown and Co., Boston, MA, 383p.

Hewitt, DJ; Millner, GC; Nye, AC; Webb, M; Huss, RG. 1995. "Evaluation of residential exposure to arsenic in soil near a Superfund site." *Hum. Ecol. Risk Assess.* 1(3):323-335.

Hill, AB. 1965. "The environment and disease: Association or causation?" *Proc. R. Soc. Med.* 58(5):295-300.

Hinderliter, PM; Delorme, MP; Kennedy, GL. 2006b. "Perfluorooctanoic acid: Relationship between repeated inhalation exposures and plasma PFOA concentration in the rat." *Toxicology* 222(1-2):80-85.

Hinderliter, PM; Han, X; Kennedy, GL; Butenhoff, JL. 2006a. "Age effect on perfluorooctanoate (PFOA) plasma concentration in post-weaning rats following oral gavage with ammonium perfluorooctanoate (APFO)." *Toxicology* 225:195-203. doi: 10.1016/j.tox.2006.06.002.

Hoffman, K; Webster, TF; Bartell, SM; Weisskopf, MG; Fletcher, T; Vieira, VM. 2011. "Private drinking water wells as a source of exposure to perfluorooctanoic acid (PFOA) in communities surrounding a fluoropolymer production facility." *Environ. Health Perspect.* 119(1):92-97. doi: 10.1289/ehp.1002503.

Holsapple, MP. 1995. "The plaque-forming cell (PFC) response in immunotoxicology: An approach to monitoring the primary effector function of B lymphocytes." In *Methods in Immunotoxicology: Volume I.* (Eds.: Burleson, GR; Dean, JH; Munn, AE), Wiley-Liss, Inc., New York, NY, p71-108.

Holsapple, MP; Pitot, H; Cohen, SH; Boobis, AR; Klaunig, JE; Pastoor, T; Dellarco, VL; Dragan, YP. 2006. "Mode of action in relevance of rodent liver tumors to human cancer risk." *Toxicol. Sci.* 89(1):51-56.

Holzer, J; Midasch, O; Rauchfuss, K; Kraft, M; Reupert, R; Angerer, J; Kleeschulte, P; Marschall, N; Wilhelm, M. 2008. "Biomonitoring of perfluorinated compounds in children and adults exposed to perfluorooctanoate-contaminated drinking water." *Environ. Health Perspect.* 116(5):651-657.

Honda-Kohmo, K; Hutcheson, R; Innes, KE; Conway, BN. 2019. "Perfluoroalkyl substances are inversely associated with coronary heart disease in adults with diabetes." *J. Diabetes Complications* 33(6):407-412. doi: 10.1016/j.jdiacomp.2019.02.004.

Hoyer, BB; Bonde, JP; Tottenborg, SS; Ramlau-Hansen, CH; Lindh, C; Pedersen, HS; Toft, G. 2018. "Exposure to perfluoroalkyl substances during pregnancy and child behaviour at 5 to 9 years of age." *Horm. Behav.* 101:105-112. doi: 10.1016/j.yhbeh.2017.11.007.

Hoyer, BB; Ramlau-Hansen, CH; Obel, C; Pedersen, HS; Hernik, A; Ogniev, V; Jonsson, BA; Lindh, CH; Rylander, L; Rignell-Hydbom, A; Bonde, JP; Toft, G. 2015. "Pregnancy serum concentrations of perfluorinated alkyl substances and offspring behaviour and motor development at age 5-9 years – A prospective study." *Environ. Health* 14(1):2. doi: 10.1186/1476-069X-14-2.

Hu, Q; Strynar, MJ; DeWitt, JC. 2010. "Are developmentally exposed C57BL/6 mice insensitive to suppression of TDAR by PFOA?" *J. Immunotoxicol.* 7(4):344-349.

Huang, M; Jiao, J; Zhuang, P; Chen, X; Wang, J; Zhang, Y. 2018. "Serum polyfluoroalkyl chemicals are associated with risk of cardiovascular diseases in national US population." *Environ. Int.* 119:37-46. doi: 10.1016/j.envint.2018.05.051.

Huang, R; Chen, Q; Zhang, L; Luo, K; Chen, L; Zhao, S; Feng, L; Zhang, J. 2019. "Prenatal exposure to perfluoroalkyl and polyfluoroalkyl substances and the risk of hypertensive disorders of pregnancy." *Environ. Health* 18(1):5. doi: 10.1186/s12940-018-0445-3.

Hui, Z; Li, R; Chen, L. 2017. "The impact of exposure to environmental contaminant on hepatocellular lipid metabolism." *Gene* 622:67-71. doi: 10.1016/j.gene.2017.04.024.

Hundley, SG; Sarrif, AM; Kennedy, GL. 2006. "Absorption, distribution, and excretion of ammonium perfluorooctanoate (APFO) after oral administration to various species." *Drug Chem. Toxicol.* 29(2):137-145.

Huo, X; Huang, R; Gan, Y; Luo, K; Aimuzi, R; Nian, M; Ao, J; Feng, L; Tian, Y; Wang, W; Ye, W; Zhang, J. 2020. "Perfluoroalkyl substances in early pregnancy and risk of hypertensive disorders of pregnancy: A prospective cohort study." *Environ. Int.* 138:105656. doi: 10.1016/j.envint.2020.105656.

Hurley, S; Goldberg, D; Wang, M; Park, JS; Petreas, M; Bernstein, L; Anton-Culver, H; Nelson, DO; Reynolds, P. 2018. "Breast cancer risk and serum levels of per- and poly-fluoroalkyl substances: A case-control study nested in the California Teachers Study." *Environ. Health* 17(1):83. doi: 10.1186/s12940-018-0426-6.

Hutcheson, R; Innes, K; Conway, B. 2019. "Perfluoroalkyl substances and likelihood of stroke in persons with and without diabetes." *Diab. Vasc. Dis. Res.* doi: 10.1177/1479164119892223.

Ikeda, T; Aiba, K; Fukuda, K; Tanaka, M. 1985. "The induction of peroxisome proliferation in rat liver by perfluorinated fatty acids, metabolically inert derivatives of fatty acids." *J. Biochem.* 98(2):475-482.

Ikeda, T; Fukuda, K; Mori, I; Enomoto, M; Komai, T; Suga, T. 1987. "Induction of cytochrome P-450 and peroxisome proliferation in rat liver by perfluorinated octanes sulphonic acid (PFOS)." In *Peroxisomes in Biology and Medicine.* (Eds.: Fahimi, HD; Sies, H), Springer-Verlag, New York, NY. p304-308.

Impinen, A; Longnecker, MP; Nygaard, UC; London, SJ; Ferguson, KK; Haug, LS; Granum, B. 2019. "Maternal levels of perfluoroalkyl substances (PFASs) during pregnancy and childhood allergy and asthma related outcomes and infections in the Norwegian Mother and Child (MoBa) cohort." *Environ. Int.* 124:462-472. doi: 10.1016/j.envint.2018.12.041.

Impinen, A; Nygaard, UC; Lodrup Carlsen, KC; Mowinckel, P; Carlsen, KH; Haug, LS; Granum, B. 2018. "Prenatal exposure to perfluoralkyl substances (PFASs) associated with respiratory tract infections but not allergy- and asthma-related health outcomes in childhood." *Environ. Res.* 160:518-523. doi: 10.1016/j.envres.2017.10.012.

Industrial Bio-Test Laboratories, Inc. 1966. "Acute Oral Toxicity Studies on Two Materials." Report to 3M Co. 9p., September 21. [3M_AL_GA_00622645]

Industrial Bio-Test Laboratories, Inc. 1976. "Reverse Mutation Studies with T-1485 in Five Salmonella Strains and One Saccharomyces Strain." Report to 3M Co., St. Paul, MN. 9p., August 10. [3M_AL_GA_00595548]

Innes, KE; Wimsatt, JH; Frisbee, S; Ducatman, AM. 2014. "Inverse association of colorectal cancer prevalence to serum levels of perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) in a large Appalachian population." *BMC Cancer* 14:45. doi: 10.1186/1471-2407-14-45.

Inoue, K; Ritz, B; Andersen, SL; Ramlau-Hansen, CH; Hoyer, BB; Bech, BH; Henriksen, TB; Bonefeld-Jorgensen, EC; Olsen, J; Liew, Z. 2019. "Perfluoroalkyl substances and maternal thyroid hormones in early pregnancy; Findings in the Danish National Birth Cohort." *Environ. Health Perspect.* 127(11):117002. doi: 10.1289/EHP5482.

Institute of Medicine (IOM). 2005. "Dietary Reference Intakes for Water, Potassium, Sodium, Chloride, and Sulfate." Standing Committee on the Scientific Evaluation of Dietary Reference Intakes, Food and Nutrition Board, National Academy Press, Washington, DC, 638p. Accessed at https://www.nal.usda.gov/sites/default/files/fnic_uploads/water_full_report.pdf.

International Agency for Research on Cancer (IARC). 1999. "IARC Summaries and Evaluations: Saccharin and its Salts." 6p. http://www.inchem.org/documents/iarc/vol73/73-19.html.

International Agency for Research on Cancer (IARC). 2016a. "Perfluorooctanoic Acid." IARC Monograph No. 110. In *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 110: Some Chemicals Used as Solvents in Polymer Manufacture*, p37-110. Accessed at http://monographs.iarc.fr/ENG/Monographs/vol110/mono110-01.pdf.

International Agency for Research on Cancer (IARC). 2016b. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 110: Some Chemicals Used as Solvents in Polymer Manufacture." IARC Monograph No. 110. 289p. Accessed at http://monographs.iarc.fr/ENG/Monographs/vol110/mono110.pdf.

International Research and Development Corp. 1978a. "Acute Oral Toxicity ($LD_{50}$) Study in Rats [Test Material: Fluorad Fluorochemical FC-143]." Report to 3M Co. 13p., May 5. [3M_AL_GA_00081008]

International Research and Development Corp. 1978b. "Acute Oral Toxicity ($LD_{50}$) Study in Rats, Fluorad Fluorochemical Surfactant FC-95." Report to 3M Co. 11p., May 31. [3M_AL_GA_00070753]

International Research and Development Corp. 1978c. "Fluorad Fluorochemical FC-143: Ninety Day Subacute Rat Toxicity Study." Report to 3M Co. 50p., November 6. [3M_AL_GA_00596992]

Interstate Technology and Regulatory Council (ITRC). 2020. "Per- and Polyfluoroalkyl Substances (PFAS) (Technical/Regulatory Guidance)." Per- and Polyfluoroalkyl Substances (PFAS) Team, 380p., April. Accessed at https://pfas-1.itrcweb.org/wp-content/uploads/2020/04/ITRC_PFAS_TechReg_April 2020.pdf.

Intrasuksri, U; Rangwala, SM; O'Brien, M; Noonan, DJ; Feller, DR. 1998. "Mechanisms of peroxisome proliferation by perfluorooctanoic acid and endogenous fatty acids." *Gen. Pharmacol.* 31(2):187-197.

Ishida, K; Tsuyama, Y; Sanoh, S; Ohta, S; Kotake, Y. 2017. "Perfluorooctane sulfonate induces neuronal vulnerability by decreasing GluR2 expression." *Arch. Toxicol.* 91(2):885-895. doi: 10.1007/s00204-016-1731-x.

Itoh, H; Harada, KH; Kasuga, Y; Yokoyama, S; Onuma, H; Nishimura, H; Kusama, R; Yokoyama, K; Zhu, J; Harada Sassa, M; Tsugane, S; Iwasaki, M. 2021. "Serum perfluoroalkyl substances and breast cancer risk in Japanese women: A case-control study." *Sci. Total Environ.* 800:149316. doi: 10.1016/j.scitotenv.2021.149316.

Itoh, S; Araki, A; Miyashita, C; Yamazaki, K; Goudarzi, H; Minatoya, M; Ait Bamai, Y; Kobayashi, S; Okada, E; Kashino, I; Yuasa, M; Baba, T; Kishi, R. 2019. "Association between perfluoroalkyl substance exposure and thyroid hormone/thyroid antibody levels in maternal and cord blood: The Hokkaido Study." *Environ. Int.* 133(Pt. A):105139. doi: 10.1016/j.envint.2019.10513.

Iwabuchi, K; Senzaki, N; Mazawa, D; Sato, I; Hara, M; Ueda, F; Liu, W; Tsuda, S. 2017. "Tissue toxicokinetics of perfluoro compounds with single and chronic low doses in male rats." *J. Toxicol. Sci.* 42(3):301-317. doi: 10.2131/jts.42.301.

Iwai, H; Hoberman, AM. 2014. "Oral (gavage) combined developmental and perinatal/postnatal reproduction toxicity study of ammonium salt of perfluorinated hexanoic acid in mice." *Int. J. Toxicol.* 33(3):219-237. doi: 10.1177/1091581814529449.

Iwai, H; Hoberman, AM; Goodrum, PE; Mendelsohn, E; Anderson, JK. 2019. "Addendum to Iwai and Hoberman (2014) - Reassessment of developmental toxicity of PFHxA in mice." *Int. J. Toxicol.* doi: 10.1177/1091581819837904.

Iwai, H; Yamashita, K. 2006. "A fourteen-day repeated dose oral toxicity study of APFO in rats." *Drug Chem. Toxicol.* 29(3):323-332.

Jain, RB. 2013. "Association between thyroid profile and perfluoroalkyl acids: Data from NHANES 2007-2008." *Environ. Res.* 126:51-59. doi: 10.1016/j.envres.2013.08.006.

Jain, RB; Ducatman, A. 2018. "Associations between lipid/lipoprotein levels and perfluoroalkyl substances among US children aged 6-11 years." *Environ. Pollut.* 243(Pt A):1-8. doi: 10.1016/j.envpol.2018.08.060.

Jain, RB; Ducatman, A. 2019. "Roles of gender and obesity in defining correlations between perfluoroalkyl substances and lipid/lipoproteins." *Sci. Total Environ.* 653:74-81. doi: 10.1016/j.scitotenv.2018.10.362.

James, RC; Britt, JK; Halmes, NC; Guzelian, PS. 2015. "Evidence-based causation in toxicology: A 10-year retrospective." *Hum. Exp. Toxicol.* 34(12):1245-1252. doi: 10.1177/0960327115601767.

Janeway, CA Jr.; Travers, P; Walport, M; Shlomchik, MJ. 2001a. "Induced innate responses to infection." In *Immunobiology: The Immune System in Health and Disease (Fifth Edition).* Garland Science; New York, NY. Accessed at http://www.ncbi.nlm.nih.gov/books/NBK27122.

Janeway, CA Jr.; Travers, P; Walport, M; Shlomchik, MJ. 2001b. "B-cell activation by armed helper T cells." In *Immunobiology: The Immune System in Health and Disease (Fifth Edition).* Garland Science; New York, NY. Accessed at http://www.ncbi.nlm.nih.gov/books/NBK27142.

Jeddy, Z; Hartman, TJ; Taylor, EV; Poteete, C; Kordas, K. 2017. "Prenatal concentrations of Perfluoroalkyl substances and early communication development in British girls." *Early Hum. Dev.* 109:15-20. doi: 10.1016/j.earlhumdev.2017.04.004.

Jensen, RC; Andersen, MS; Larsen, PV; Glintborg, D; Dalgard, C; Timmermann, CAG; Nielsen, F; Sandberg, MB; Andersen, HR; Christesen, HT; Grandjean, P; Jensen, TK. 2020. "Prenatal exposures to perfluoroalkyl acids and associations with markers of adiposity and plasma lipids in infancy: An Odense child cohort study." *Environ. Health Perspect.* 128(7):77001. doi: 10.1289/EHP5184.

Jensen, TK; Andersen, LB; Kyhl, HB; Nielsen, F; Christesen, HT; Grandjean, P. 2015. "Association between perfluorinated compound exposure and miscarriage in Danish pregnant women." *PLoS ONE* 10(4):e0123496. doi: 10.1371/journal.pone.0123496.

Ji, J; Song, L; Wang, J; Yang, Z; Yan, H; Li, T; Yu, L; Jian, L; Jiang, F; Li, J; Zheng, J; Li, K. 2021. "Association between urinary per- and poly-fluoroalkyl substances and COVID-19 susceptibility." *Environ. Res.* 153:106524. doi: 10.1016/j.envint.2021.106524.

Ji, K; Kim, S; Kho, Y; Paek, D; Sakong, J; Ha, J; Kim, S; Choi, K. 2012. "Serum concentrations of major perfluorinated compounds among the general population in Korea: Dietary sources and potential impact on thyroid hormones." *Environ. Int.* 45:78-85. doi: 10.1016/j.envint.2012.03.007.

Joensen, UN; Veyrand, B; Antignac, JP; Blomberg Jensen, M; Petersen, JH; Marchand, P; Skakkebæk, NE; Andersson, AM; Le Bizec, B; Jorgensen, N. 2013. "PFOS (perfluorooctanesulfonate) in serum is negatively associated with testosterone levels, but not with semen quality, in healthy men." *Hum. Reprod.* 28(3):599-608. doi: 10.1093/humrep/des425.

Johansson, N; Fredriksson, A; Eriksson, P. 2008. "Neonatal exposure to perfluorooctane sulfonate (PFOS) and perfluorooctanoic acid (PFOA) causes neurobehavioural defects in adult mice." *Neurotoxicology* 29(1):160-169.

Johns Hopkins Medicine. 2019. "The thyroid gland." Accessed at https://www.hopkinsmedicine.org/health/conditions-and-diseases/the-thyroid-gland.

Johnson, JD; Ober, RE. [Riker Laboratories, Inc.]. 1979. "Extent and Route of Excretion and Tissue Distribution of Total Carbon-14 in Rats After a Single Intravenous Dose of FC-95-14C." 18p., December 28. [3M_AFFF_MDL00435997]

Johnson, JD; Ober, RE. [Riker Laboratories, Inc.]. 1980. "Enhanced Elimination of FC-95-14C and FC-143-14C in Rats with Cholestyramine Treatment (Final)." 29p., March 17. [3M_AL_GA_00022659]

Johnson, RJ; Nakagawa, T; Jalal, D; Sanchez-Lozada, LG; Kang, D; Ritz, E. 2013. "Uric acid and chronic kidney disease: Which is chasing which?" *Nephrol. Dial. Transplant.* 28(9):2221–2228.

Jorgensen, KT; Specht, IO; Lenters, V; Bach, CC; Rylander, L; Jonsson, BA; Lindh, CH; Giwercman, A; Heederik, D; Toft, G; Bonde, JP. 2014. "Perfluoroalkyl substances and time to pregnancy in couples from Greenland, Poland and Ukraine." *Environ. Health* 13:116. doi: 10.1186/1476-069X-13-116.

Kalkstein, SI. [Chemical Concentrates Corp.]. 1970. "Toxicity of 'Light Water' to fish (Letter)." *Fire J.* 64(6):87.

Kamendulis, LM; Hocevar, JM; Stephens, M; Sandusky, GE; Hocevar, BA. 2022. "Exposure to perfluorooctanoic acid leads to promotion of pancreatic cancer." *Carcinogenesis* doi: 10.1093/carcin/bgac005.

Kang, H; Choi, K; Lee, HS; Kim, DH; Park, NY; Kim, S; Kho, Y. 2016. "Elevated levels of short carbon-chain PFCAs in breast milk among Korean women: Current status and potential challenges." *Environ. Res.* 148:351-359. doi: 10.1016/j.envres.2016.04.017.

Kaplan, BLF; Sulentic, CEW; Haggerty, HG; Holsapple, MP; Kaminski, NE. 2019. "Toxic responses of the immune system." In *Casarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition).* (Ed.: Klaassen, CD), McGraw-Hill Education, New York, NY, p633-717.

Karol, MH. 1998. "Target organs and systems: Methodologies to assess immune system function." *Environ. Health Perspect.* 106(Suppl. 2):533-540.

Kashino, I; Sasaki, S; Okada, E; Matsuura, H; Goudarzi, H; Miyashita, C; Okada, E; Ito, YM; Araki, A; Kishi, R. 2020. "Prenatal exposure to 11 perfluoroalkyl substances and fetal growth: A large-scale, prospective birth cohort study." *Environ. Int.* 136:105355. doi: 10.1016/j.envint.2019.105355.

Kataria, A; Trachtman, H; Malaga-Dieguez, L; Trasande, L. 2015. "Association between perfluoroalkyl acids and kidney function in a cross-sectional study of adolescents." *Environ. Health* 14(1):89. doi: 10.1186/s12940-015-0077-9.

Kato, K; Wong, LY; Jia, LT; Kuklenyik, Z; Calafat, AM. 2011. "Trends in exposure to polyfluoroalkyl chemicals in the U.S. Population: 1999-2008." *Environ. Sci. Technol.* 45(19):8037-8045. doi: 10.1021/es1043613.

Kato, K; Ye, X; Calafat, AM. 2015. "PFASs in the general population." In *Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances.* (Ed.: DeWitt, JC), Humana Press, Cham, Switzerland, p51-76.

Kato, Y; Kuge, K; Kusuhara, H; Meier, PJ; Sugiyama, Y. 2002. "Gender difference in the urinary excretion of organic anions in rats." *J. Pharmacol. Exp. Ther.* 302(2):483-489. doi: 10.1124/jpet.102.033878.

Kawabata, K; Matsuzaki, H; Nukui, S; Okazaki, M; Sakai, A; Kawashima, Y; Kudo, N. 2017. "Perfluorododecanoic acid induces cognitive deficit in adult rats." *Toxicol. Sci.* 157(2):421-428. doi: 10.1093/toxsci/kfx058.

Kawashima, Y; Kobayashi, H; Miura, H; Kozuka, H. 1995. "Characterization of hepatic responses of rat to administration of perfluorooctanoic and perfluorodecanoic acids at low levels." *Toxicology* 99(3):169-178. doi: 10.1016/0300-483X(95)03027-D.

Kawashima, Y; Suzuki, S; Kozuka, H; Sato, M; Suzuki, Y. 1994. "Effects of prolonged administration of perfluorooctanoic acid on hepatic activities of enzymes which detoxify peroxide and xenobiotic in the rat." *Toxicology* 93(2-3):85-97.

Keil, DE; Mehlmann, T; Butterworth, L; Peden-Adams, MM. 2008. "Gestational exposure to perfluorooctane sulfonate suppresses immune function in B6C3F1 mice." *Toxicol. Sci.* 103(1):77-85. doi: 10.1093/toxsci/kfn015.

Keller, DA; Juberg, DR; Catlin, N; Farland, WH; Hess, FG; Wolf, DC; Doerrer, NG. 2012. "Identification and characterization of adverse effects in 21st century toxicology." *Toxicol. Sci.* 126(2):291-297.

Keller, JM; Collet, P; Bianchi, A; Huin, C; Bouillaud-Kremarik, P; Becuwe, P; Schohn, H; Domenjoud, L; Dauca, M. 2000. "Implications of peroxisome proliferator-activated receptors (PPARS) in development, cell life status and disease." *Int. J. Dev. Biol.* 44(5):429-442.

Kemper, RA. [E.I. Du Pont de Nemours and Co., Haskell Laboratory for Health and Environmental Sciences]. 2003. "Perfluorooctanoic Acid: Toxicokinetics in the Rat." Report to Association of Plastics Manufacturers of Europe (APME). DuPont-7473, April 2. [3M_GU02486206]

Kennedy, GL Jr. 1985. "Dermal toxicity of ammonium perfluorooctanoate." *Toxicol. Appl. Pharmacol.* 81(2):348-355. doi: 10.1016/0041-008X(85)90172-3.

Kennedy, GL Jr.; Hall, GT; Brittelli, MR; Barnes, JR; Chen, HC. 1986. "Inhalation toxicity of ammonium perfluorooctanoate." *Food Chem. Toxicol.* 24(12):1325-1329. doi: 10.1016/0278-6915(86)90066-9.

Kennedy, GL; Butenhoff, JL; Olsen, GW; O'Connor, JC; Seacat, AM; Perkins, RG; Biegel, LB; Murphy, SR; Farrar, DG. 2004. "The toxicology of perfluorooctanoate." *Crit. Rev. Toxicol.* 34(4):351-384. doi: 10.1080/10408440490464705.

Kennedy, GL; Symons, JM. 2015. "Carcinogenicity of perfluoroalkyl compounds." In *Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances*. (Ed.: DeWitt, JC), Humana Press, Cham, Switzerland, p265-304.

Kerger, BD; Copeland, TL; Decaprio, AP. 2011. "Tenuous dose-response correlations for common disease states: Case study of cholesterol and perfluorooctanoate/sulfonate (PFOA/PFOS) in the C8 Health Project." *Drug Chem. Toxicol.* 34(4):396-404.

Kerlin, R; Bolon, B; Burkhardt, J; Francke, S; Greaves, P; Meador, V; Popp, J. 2015. "Scientific and Regulatory Policy Committee: Recommended ("best") practices for determining, communicating, and using adverse effect data from nonclinical studies." *Toxicol. Pathol.* doi: 10.1177/0192623315623265.

Kerstner-Wood, C; Coward, L; Gorman, G. [Southern Research Institute]. 2003. "Protein Binding of Perfluorobutane Sulfonate, Perfluorohexane Sulfonate, Perfluorooctane Sulfonate and Perfluorooctanoate to Plasma (Human, Rat, and Monkey), and Various Human-Derived Plasma Protein Fractions." Submitted to US EPA Docket No. AR-226. AR 226-1354, 47p.

Kielsen, K; Shamim, Z; Ryder, LP; Nielsen, F; Grandjean, P; Budtz-Jorgensen, E; Heilmann, C. 2016. "Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates." *J. Immunotoxicol.* 13(2):270-273. doi: 10.3109/1547691X.2015.1067259.

Kim, DH; Kim, UJ; Kim, HY; Choi, SD; Oh, JE. 2016b. "Perfluoroalkyl substances in serum from South Korean infants with congenital hypothyroidism and healthy infants - Its relationship with thyroid hormones." *Environ. Res.* 147:399-404. doi: 10.1016/j.envres.2016.02.037.

Kim, MJ; Moon, S; Oh, BC; Jung, D; Ji, K; Choi, K; Park, YJ. 2018b. "Association between perfluoroalkyl substances exposure and thyroid function in adults: A meta-analysis." *PLoS ONE* 13(5):e0197244. doi: 10.1371/journal.pone.0197244.

Kim, SJ; Choi, EJ; Choi, GW; Lee, YB; Cho, HY. 2019. "Exploring sex differences in human health risk assessment for PFNA and PFDA using a PBPK model." *Arch. Toxicol.* 93(2):311-330. doi: 10.1007/s00204-018-2365-y.

Kim, SJ; Heo, SH; Lee, DS; Hwang, IG; Lee, YB; Cho, HY. 2016a. "Gender differences in pharmacokinetics and tissue distribution of 3 perfluoroalkyl and polyfluoroalkyl substances in rats." *Food Chem. Toxicol.* 97:243-255. doi: 10.1016/j.fct.2016.09.017.

Kim, SJ; Shin, H; Lee, YB; Cho, HY. 2018a. "Sex-specific risk assessment of PFHxS using a physiologically based pharmacokinetic model." *Arch. Toxicol.* 92(3):1113-1131. doi: 10.1007/s00204-017-2116-5.

Kimmel, CA; Buelke-Sam, J. 2001. "Reproductive and developmental toxicology." In *Patty's Toxicology: Volume 1 (Fifth Edition)*. (Eds.: Bingham, E; Cohrssen, B; Powell, CH), John Wiley & Sons, Inc., New York, p53-115.

Kingsley, SL; Eliot, MN; Kelsey, KT; Calafat, AM; Ehrlich, S; Lanphear, BP; Chen, A; Braun, JM. 2018. "Variability and predictors of serum perfluoroalkyl substance concentrations during pregnancy and early childhood." *Environ. Res.* 165:247-257. doi: 10.1016/j.envres.2018.04.033.

Kirkeleit, J; Riise, T; Bjorge, T; Christiani, DC. 2013. "The healthy worker effect in cancer incidence studies." *Am. J. Epidemiol.* 177(11):1218-1224. doi: 10.1093/aje/kws373.

Kishi, R; Nakajima, T; Goudarzi, H; Kobayashi, S; Sasaki, S; Okada, E; Miyashita, C; Itoh, S; Araki, A; Ikeno, T; Iwasaki, Y; Nakazawa, H. 2015. "The association of prenatal exposure to perfluorinated chemicals with maternal essential and long-chain polyunsaturated fatty acids during pregnancy and the birth weight of their offspring: The Hokkaido Study." *Environ. Health Perspect.* doi: 10.1289/ehp.1408834.

Klaunig, JE; Babich, MA; Baetcke, KP; Cook, JC; Corton, JC; David, RM; DeLuca, JG; Lai, DY; McKee, RH; Peters, JM; Roberts, RA; Fenner-Crisp, PA. 2003. "PPAR-α agonist-induced rodent tumors: Modes of action and human relevance." *Crit. Rev. Toxicol.* 33(6):655-780.

Klaunig, JE; Shinohara, M; Iwai, H; Chengelis, CP; Kirkpatrick, JB; Wang, Z; Bruner, RH. 2015. "Evaluation of the chronic toxicity and carcinogenicity of perfluorohexanoic acid (PFHxA) in Sprague-Dawley rats." *Toxicol. Pathol*. 43(2):209-220. doi: 10.1177/0192623314530532.

Knox, SS; Jackson, T; Frisbee, SJ; Javins, B; Ducatman, AM. 2011b. "Perfluorocarbon exposure, gender and thyroid function in the C8 Health Project." *J. Toxicol. Sci.* 36(4):403-410.

Knox, SS; Jackson, T; Javins, B; Frisbee, SJ; Shankar, A; Ducatman, AM. 2011a. "Implications of early menopause in women exposed to perfluorocarbons." *J. Clin. Endocrinol. Metab.* 96(6):1747-1753. doi: 10.1210/jc.2010-2401.

Koskela, A; Finnila, MA; Korkalainen, M; Spulber, S; Koponen, J; Hakansson, H; Tuukkanen, J; Viluksela, M. 2016. "Effects of developmental exposure to perfluorooctanoic acid (PFOA) on long bone morphology and bone cell differentiation." *Toxicol. Appl. Pharmacol.* 301:14-21. doi: 10.1016/j.taap.2016.04.002.

Kover, FD. [US EPA]. 1981a. Internal correspondence to J. Merenda [re: Status Report on 3M's TSCA submission 8EHQ-0381-0694S]. 4p., April 27.

Kover, FD. [US EPA]. 1981b. Internal correspondence to J. Merenda [re: Status Report on 3M's TSCA submissions 8EHQ-1180-0373S, 8EHQ-1180-0374S, 8EHQ-0281-0373S Supplement, and 8EHQ-0281-0374S Supplement]. 7p., April 21.

Krishnan, K. 2019. "Toxicokinetics." In *Casarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition)*. (Ed.: Klaassen, CD), McGraw-Hill Education, New York, NY, p401-430.

Krishnan, K; Anderson, ME. 2001. "Physiologically based pharmacokinetic modeling in toxicology." In *Principles and Methods of Toxicology (Fourth Edition)*. (Ed: Hayes, AW), Taylor & Francis, Philadelphia, PA, p193-241.

Kristensen, SL; Ramlau-Hansen, CH; Ernst, E; Olsen, SF; Bonde, JP; Vested, A; Halldorsson, TI; Becher, G; Haug, LS; Toft, G. 2013. "Long-term effects of prenatal exposure to perfluoroalkyl substances on female reproduction." *Hum. Reprod.* 28(12):3337-3348. doi: 10.1093/humrep/det382.

Kroetz, DL; Yook, P; Costet, P; Bianchi, P; Pineau, T. 1998. "Peroxisome proliferator-activated receptor α controls the hepatic CYP4A induction adaptive response to starvation and diabetes." *J. Biol. Chem.* 273(47):31581-31589. doi: 10.1074/jbc.273.47.31581.

Kudo, N; Bandai, N; Suzuki, E; Katakura, M; Kawashima, Y. 2000. "Induction by perfluorinated fatty acids with different carbon chain length of peroxisomal ß-oxidation in the liver of rats." *Chem. Biol. Interact.* 124(2):119-132.

Kudo, N; Katakura, M; Sato, Y; Kawashima, Y. 2002. "Sex hormone-regulated renal transport of perfluorooctanoic acid." *Chem. Biol. Interact.* 139(3):301-316. doi: 10.1016/S0009-2797(02)00006-6.

Kudo, N; Sakai, A; Mitsumoto, A; Hibino, Y; Tsuda, T; Kawashima, Y. 2007. "Tissue distribution and hepatic subcellular distribution of perfluorooctanoic acid at low dose are different from those at high dose in rats." *Biol. Pharm. Bull.* 30(8):1535-1540.

Kudo, N; Suzuki, E; Katakura, M; Ohmori, K; Noshiro, R; Kawashima, Y. 2001. "Comparison of the elimination between perfluorinated fatty acids with different carbon chain length in rats." *Chem. Biol. Interact.* 134(2):203-216.

Kuo, KL; Zhu, H; McNamara, PJ; Leggas, M. 2012. "Localization and functional characterization of the rat OATP4c1 transporter in an *in vitro* cell system and rat tissues." *PLoS ONE* 7(6):e39641. doi: 10.1371/journal.pone.0039641.

Kvalem, HE; Nygaard, UC; Lodrup Carlsen, KC; Carlsen, KH; Haug, LS; Granum, B. 2020. "Perfluoroalkyl substances, airways infections, allergy and asthma related health outcomes – Implications of gender, exposure period and study design." *Environ. Int.* 134:105259. doi: 10.1016/j.envint.2019.105259.

Lai, KP; Lee, JC; Wan, HT; Li, JW; Wong, AY; Chan, TF; Oger, C; Galano, JM; Durand, T; Leung, KS; Leung, CC; Li, R; Wong, CK. 2017. "Effects of *in utero* PFOS exposure on transcriptome, lipidome, and function of mouse testis." *Environ. Sci. Technol.* doi: 10.1021/acs.est.7b02102.

Landsteiner, A; Huset, C; Johnson, J; Williams, A. 2014. "Biomonitoring for perfluorochemicals in a Minnesota community with known drinking water contamination." *J. Environ. Health* 77(5):14-19.

Langley, AE; Pilcher, GD. 1985. "Thyroid, bradycardic and hypothermic effects of perfluoro-n-decanoic acid in rats." *J. Toxicol. Environ. Health* 15(3-4):485-491. doi: 10.1080/15287398509530675.

Lau, C. 2015. "Perfluorinated compounds: An overview." In *Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances*. (Ed.: DeWitt, JC), Humana Press, Cham, Switzerland, p1-21.

Lau, C; Butenhoff, JL; Rogers, JM. 2004. "The developmental toxicity of perfluoroalkyl acids and their derivatives." *Toxicol. Appl. Pharmacol.* 198(2):231-241.

Lau, C; Thibodeaux, JR; Hanson, RG; Narotsky, MG; Rogers, JM; Lindstrom, AB; Strynar, MJ. 2006. "Effects of perfluorooctanoic acid exposure during pregnancy in the mouse." *Toxicol. Sci.* 90(2):510-518.

Lau, C; Thibodeaux, JR; Hanson, RG; Rogers, JM; Grey, BE; Stanton, ME; Butenhoff, JL; Stevenson, LA. 2003. "Exposure to perfluorooctane sulfonate during pregnancy in rat and mouse. II. Postnatal evaluation." *Toxicol. Sci.* 74(2):382-392. doi: 10.1093/toxsci/kfg122.

Lebeaux, RM; Doherty, BT; Gallagher, LG; Zoeller, RT; Hoofnagle, AN; Calafat, AM; Karagas, MR; Yolton, K; Chen, A; Lanphear, BP; Braun, JM; Romano, ME. 2020. "Maternal serum perfluoroalkyl substance mixtures and thyroid hormone concentrations in maternal and cord sera: The HOME Study." *Environ. Res.* 185:109395. doi: 10.1016/j.envres.2020.109395.

Lee, CH; Olson, P; Evans, RM. 2003. "Minireview: Lipid metabolism, metabolic diseases, and peroxisome proliferator-activated receptors." *Endocrinology* 144(6):2201-2207.

Lee, ES; Han, S; Oh, JE. 2015. "Association between perfluorinated compound concentrations in cord serum and birth weight using multiple regression models." *Reprod. Toxicol.* doi: 10.1016/j.reprotox.2015.10.020.

Lee, I; Viberg, H. 2013. "A single neonatal exposure to perfluorohexane sulfonate (PFHxS) affects the levels of important neuroproteins in the developing mouse brain." *Neurotoxicology* 37:190-196. doi: 10.1016/j.neuro.2013.05.007.

Lee, SS; Pineau, T; Drago, J; Lee, EJ; Owens, JW; Kroetz, DL; Fernandez-Salguero, PM; Westphal, H; Gonzalez, FJ. 1995. "Targeted disruption of the α isoform of the peroxisome proliferator-activated receptor gene in mice results in abolishment of the pleiotropic effects of peroxisome proliferators." *Mol. Cell. Biol.* 15(6):3012-3022. doi: 10.1128/MCB.15.6.3012.

Lee, YA; Kim, JH; Jung, HW; Lim, YH; Bae, S; Kho, Y; Hong, YC; Shin, CH; Yang, SW. 2018. "The serum concentrations of perfluoroalkyl compounds were inversely associated with growth parameters in 2-year old children." *Sci. Total Environ.* 628-629:226-232. doi: 10.1016/j.scitotenv.2018.02.050.

Lefebvre, DE; Curran, I; Armstrong, C; Coady, L; Parenteau, M; Liston, V; Barker, M; Aziz, S; Rutherford, K; Bellon-Gagnon, P; Shenton, J; Mehta, R; Bondy, G. 2008. "Immunomodulatory effects of dietary potassium perfluorooctane sulfonate (PFOS) exposure in adult Sprague-Dawley rats." *J. Toxicol. Environ. Health A* 71(23):1516-1525.

Lenters, V; Portengen, L; Rignell-Hydbom, A; Jonsson, BA; Lindh, CH; Piersma, AH; Toft, G; Bonde, JP; Heederik, D; Rylander, L; Vermeulen, R. 2016. "Prenatal phthalate, perfluoroalkyl acid, and organochlorine exposures and term birth weight in three birth cohorts: Multi-pollutant models based on elastic net regression." *Environ. Health Perspect.* 124(3):365-372. doi: 10.1289/ehp.1408933.

Leonard, RC; Kreckmann, KH; Sakr, CJ; Symons, JM. 2008. "Retrospective cohort mortality study of workers in a polymer production plant including a reference population of regional workers." *Ann. Epidemiol.* 18(1):15-22.

Lewandowski, TA. [Gradient]. 2015. "Developmental toxicology." In *Hamilton and Hardy's Industrial Toxicology (Sixth Edition)*. (Eds.: Harbison, RD; Bourgeois, MM; Johnson, GT), John Wiley & Sons, Inc., Hoboken, NJ, p1229-1240.

Lewandowski, TA; Seeley, MR; Beck, BD. 2004. "Interspecies differences in susceptibility to perturbation of thyroid homeostasis: A case study with perchlorate." *Regul. Toxicol. Pharmacol.* 39:348-362.

Lewis, RW; Billington, R; Debruyne, E; Gamer, A; Lang, B; Carpanini, F. 2002. "Recognition of adverse and nonadverse effects in toxicity studies." *Toxicol. Pathol.* 30(1):66-74.

Li, H; Hammarstrand, S; Midberg, B; Xu, Y; Li, Y; Olsson, DS; Fletcher, T; Jakobsson, K; Andersson, EM. 2022. "Cancer incidence in a Swedish cohort with high exposure to perfluoroalkyl substances in drinking water." *Environ. Res.* 204(Part C):112217. doi: 10.1016/j.envres.2021.11221.

Li, K; Sun, J; Yang, J; Roberts, SM; Zhang, X; Cui, X; Wei, S; Ma, LQ. 2017a. "Molecular mechanisms of perfluorooctanoate-induced hepatocyte apoptosis in mice using proteomic techniques." *Environ. Sci. Technol.* 51(19):11380-11389. doi: 10.1021/acs.est.7b02690.

Li, L; Li, X; Chen, X; Chen, Y; Liu, J; Chen, F; Ge, F; Ye, L; Lian, Q; Ge, RS. 2018b. "Perfluorooctane sulfonate impairs rat Leydig cell development during puberty." *Chemosphere* 190:43-53. doi: 10.1016/j.chemosphere.2017.09.116.

Li, M; Zeng, XW; Qian, ZM; Vaughn, MG; Sauvé, S; Paul, G; Lin, S; Lu, L; Hu, LW; Yang, BY; Zhou, Y; Qin, XD; Xu, SL; Bao, WW; Zhang, YZ; Yuan, P; Wang, J; Zhang, C; Tian, YP; Nian, M; Xiao, X; Fu, C; Dong, GH. 2017b. "Isomers of perfluorooctanesulfonate (PFOS) in cord serum and birth outcomes in China: Guangzhou Birth Cohort Study." *Environ. Int.* 102:1-8. doi: 10.1016/j.envint.2017.03.006.

Li, Y; Barregard, L; Xu, Y; Scott, K; Pineda, D; Lindh, CH; Jakobsson, K; Fletcher, T. 2020. "Associations between perfluoroalkyl substances and serum lipids in a Swedish adult population with contaminated drinking water." *Environ. Health* 19(1):33. doi: 1186/s12940-020-00588-9.

Li, Y; Cheng, Y; Xie, Z; Zeng, F. 2017c. "Perfluorinated alkyl substances in serum of the southern Chinese general population and potential impact on thyroid hormones." *Sci. Rep.* 7:43380. doi: 10.1038/srep43380.

Li, Y; Fletcher, T; Mucs, D; Scott, K; Lindh, CH; Tallving, P; Jakobsson, K. 2018a. "Half-lives of PFOS, PFHxS and PFOA after end of exposure to contaminated drinking water." *Occup. Environ. Med.* 75(1):46-51. doi: 10.1136/oemed-2017-104651.

Liao, Q; Tang, P; Song, Y; Liu, B; Huang, H; Liang, J; Lin, M; Shao, Y; Liu, S; Pan, D; Huang, D; Qiu, X. 2022. "Association of single and multiple prefluoroalkyl substances exposure with preterm birth: Results from a Chinese birth cohort study." *Chemosphere* 307(1):135741. doi: 10.1016/j.chemosphere.2022.135741.

Lieberman, AJ; Kwon, SC. 2004. "Facts *versus* fears: A Review of the Greatest Unfounded Health Scares of Recent Times (Fourth Edition)." American Council on Science and Health, New York, NY, 65p., September.

Lieder, PH; Chang, SC; York, RG; Butenhoff, JL. 2009a. "Toxicological evaluation of potassium perfluorobutanesulfonate in a 90-day oral gavage study with Sprague-Dawley rats." *Toxicology* 255(1-2):45-52. doi: 10.1016/j.tox.2008.10.002.

Lieder, PH; York, RG; Hakes, DC; Chang, SC; Butenhoff, JL. 2009b. "A two-generation oral gavage reproduction study with potassium perfluorobutanesulfonate (K+PFBS) in Sprague Dawley rats." *Toxicology* 259(1-2):33-45. doi: 10.1016/j.tox.2009.01.027.

Lien, GW; Huang, CC; Shiu, JS; Chen, MH; Hsieh, WS; Guo, YL; Chen, PC. 2016. "Perfluoroalkyl substances in cord blood and attention deficit/hyperactivity disorder symptoms in seven-year-old children." *Chemosphere* 156:118-127. doi: 10.1016/j.chemosphere.2016.04.102.

Liew, Z; Goudarzi, H; Oulhote, Y. 2018b. "Developmental exposures to perfluoroalkyl substances (PFASs): An update of associated health outcomes." *Curr. Environ. Health Rep.* 5(1):1-19. doi: 10.1007/s40572-018-0173-4.

Liew, Z; Ritz, B; Bach, CC; Asarnow, RF; Bech, BH; Nohr, EA; Bossi, R; Henriksen, TB; Bonefeld-Jorgensen, EC; Olsen, J. 2018a. "Prenatal exposure to perfluoroalkyl substances and IQ scores at age 5; A study in the Danish National Birth Cohort." *Environ. Health Perspect.* 126(6):067004. doi: 10.1289/EHP2754.

Liew, Z; Ritz, B; Bonefeld-Jorgensen, EC; Henriksen, TB; Nohr, EA; Bech, BH; Fei, C; Bossi, R; von Ehrenstein, OS; Streja, E; Uldall, P; Olsen, J. 2014. "Prenatal exposure to perfluoroalkyl substances and the risk of congenital cerebral palsy in children." *Am. J. Epidemiol.* 180(6):574-581. doi: 10.1093/aje/kwu179.

Liew, Z; Ritz, B; von Ehrenstein, OS; Bech, BH; Nohr, EA; Fei, C; Bossi, R; Henriksen, TB; Bonefeld-Jorgensen, EC; Olsen, J. 2015. "Attention deficit/hyperactivity disorder and childhood autism in association with prenatal exposure to perfluoroalkyl substances: A nested case-control study in the Danish National Birth Cohort." *Environ. Health Perspect.* 123(4):367-373. doi: 10.1289/ehp.1408412.

Lin, CY; Lin, LY; Chiang, CK; Wang, WJ; Su, YN; Hung, KY; Chen, PC. 2010. "Investigation of the associations between low-dose serum perfluorinated chemicals and liver enzymes in US adults." *Am. J. Gastroenterol.* 105(6):1354-1363.

Lin, CY; Lin, LY; Wen, TW; Lien, GW; Chien, KL; Hsu, SH; Liao, CC; Sung, FC; Chen, PC; Su, TC. 2013b. "Association between levels of serum perfluorooctane sulfate and carotid artery intima-media thickness in adolescents and young adults." *Int. J. Cardiol.* 168(4):3309-3316. doi: 10.1016/j.ijcard.2013.04.042.

Lin, CY; Wen, LL; Lin, LY; Wen, TW; Lien, GW; Hsu, SH; Chien, KL; Liao, CC; Sung, FC; Chen, PC; Su, TC. 2013a. "The associations between serum perfluorinated chemicals and thyroid function in adolescents and young adults." *J. Hazard. Mater.* 244-245:637-644. doi: 10.1016/j.jhazmat.2012.10.049.

Lin, PD; Cardenas, A; Hauser, R; Gold, DR; Kleinman, KP; Hivert, MF; Fleisch, AF; Calafat, AM; Sanchez-Guerra, M; Osorio-Yanez, C; Webster, TF; Horton, ES; Oken, E. 2020a. "Dietary characteristics associated with plasma concentrations of per- and polyfluoroalkyl substances among adults with pre-diabetes: Cross-sectional results from the Diabetes Prevention Program Trial." *Environ. Int.* 137:105217. doi: 10.1016/j.envint.2019.105217.

Lin, PD; Cardenas, A; Hauser, R; Gold, DR; Kleinman, KP; Hivert, MF; Calafat, AM; Webster, TF; Horton, ES; Oken, E. 2020b. "Per- and polyfluoroalkyl substances and blood pressure in pre-diabetic adults-cross-sectional and longitudinal analyses of the diabetes prevention program outcomes study." *Environ. Int.* 137:105573. doi: 10.1016/j.envint.2020.105573.

Lind, PM; Salihovic, S; van Bavel, B; Lind, L. 2017. "Circulating levels of perfluoroalkyl substances (PFASs) and carotid artery atherosclerosis." *Environ. Res.* 152:157-164. doi: 10.1016/j.envres.2016.10.002.

Linder, SH; Delclos, G; Sexton, K. 2010. "Making causal claims about environmentally induced adverse effects." *Hum. Ecol. Risk Assess.* 16(1):35-52.

Lindstrom, AB; Strynar, MJ; Libelo, EL. 2011. "Polyfluorinated compounds: Past, present, and future." *Environ. Sci. Technol.* 45(19):7954-7961.

Litton Bionetics, Inc. 1978a. "Mutagenicity Evaluation of T-2014 CoC in the Ames Salmonella/Microsome Plate Test (Final Report)." Report to 3M Co., St. Paul, MN. 11p., February. [3M_AL_GA_00595557]

Litton Bionetics, Inc. 1978b. "Mutagenicity Evaluation of T-2015 CoC in the Ames Salmonella/Microsome Plate Test (Final Report)." Report to 3M Co., St. Paul, MN. 11p., February. [3M_AL_GA_00595574]

Liu, B; Wei, B; Mo, M; Song, Y; Tang, C; Tang, P; Guo, X; Tan, C; Liu, S; Huang, D; Qiu, X. 2022. "Exposure to perfluoroalkyl substances in early pregnancy and the risk of hypertensive disorders of pregnancy: A nested case-control study in Guangxi, China." *Chemosphere* 288(Pt. 1):132648. doi: 10.1016/j.chemosphere.2021.132468.

Liu, M; Zhang, G; Meng, L; Han, X; Li, Y; Shi, Y; Li, A; Turyk, ME; Zhang, Q; Jiang, G. 2021. "Associations between novel and legacy per- and polyfluoroalkyl substances in human serum and thyroid cancer: A case and healthy population in Shandong Province, East China." *Environ. Sci. Technol.* doi: 10.1021/acs.est.1c02850.

Liu, P; Yang, F; Wang, Y; Yuan, Z. 2018. "Perfluorooctanoic acid (PFOA) exposure in early life increases risk of childhood adiposity: A meta-analysis of prospective cohort studies." *Int. J. Environ. Res. Public Health* 15(10):2070. doi: 10.3390/ijerph15102070.

Liu, RC; Hurtt, ME; Cook, JC; Biegel, LB. 1996. "Effect of the peroxisome proliferator, ammonium perfluorooctanoate (C8), on hepatic aromatase activity in adult male Crl:CD BR (CD) rats." *Fundam. Appl. Toxicol.* 30:220-228.

Ljubojevic, M; Balen, D; Breljak, D; Kusan, M; Anzai, N; Bahn, A; Burckhardt, G; Sabolic, I. 2007. "Renal expression of organic anion transporter OAT2 in rats and mice is regulated by sex hormones." *Am. J. Physiol. Renal Physiol.* 291(1):F361-F372. doi: 10.1152/ajprenal.00207.2006.

Loccisano, AE; Campbell, JL Jr.; Butenhoff, JL; Andersen, ME; Clewell, HJ III. 2012a. "Evaluation of placental and lactational pharmacokinetics of PFOA and PFOS in the pregnant, lactating, fetal and neonatal rat using a physiologically based pharmacokinetic model." *Reprod. Toxicol.* 33(4):468-490.

Loccisano, AE; Campbell, JL Jr.; Butenhoff, JL; Andersen, ME; Clewell, HJ III. 2012b. "Comparison and evaluation of pharmacokinetics of PFOA and PFOS in the adult rat using a physiologically based pharmacokinetic model." *Reprod. Toxicol.* 33(4):452-467. doi: 10.1016/j.reprotox.2011.04.006.

Loccisano, AE; Longnecker, MP; Campbell, JL Jr.; Andersen, ME; Clewell, HJ III. 2013. "Development of PBPK models for PFOA and PFOS for human pregnancy and lactation life stages." *J. Toxicol. Environ. Health A* 76(1):25-57. doi: 10.1080/15287394.2012.722523.

Lochhead, P; Khalili, H; Ananthakrishnan, AN; Burke, KE; Richter, JM; Sun, Q; Grandjean, P; Chan, AT. 2021. "Plasma concentrations of perfluoroalkyl substances and risk of inflammatory bowel diseases in women: A nested case control analysis in the Nurses' Health Study cohorts." *Environ. Res.* doi: 10.1016/j.envres.2021.11222.

Looker, C; Luster, MI; Calafat, AM; Johnson, VJ; Burleson, GR; Burleson, FG; Fletcher, T. 2014. "Influenza vaccine response in adults exposed to perfluorooctanoate and perfluorooctanesulfonate." *Toxicol. Sci.* 138(1):76-88. doi: 10.1093/toxsci/kft269.

Lopez-Espinosa, MJ; Carrizosa, C; Luster, MI; Margolick, JB; Costa, O; Leonardi, GS; Fletcher, T. 2021. "Perfluoroalkyl substances and immune cell counts in adults from the Mid-Ohio Valley (USA)." *Environ. Int.* 156:106599. doi: 10.1016/j.envint.2021.106599.

Lopez-Espinosa, MJ; Fletcher, T; Armstrong, B; Genser, B; Dhatariya, K; Mondal, D; Ducatman, A; Leonardi, G. 2011. "Association of perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) with age of puberty among children living near a chemical plant." *Environ. Sci. Technol.* 45(19):8160-8166. doi: 10.1021/es1038694.

Lopez-Espinosa, MJ; Mondal, D; Armstrong, B; Bloom, MS; Fletcher, T. 2012. "Thyroid function and perfluoroalkyl acids in children living near a chemical plant." *Environ. Health Perspect.* 120(7):1036-1041. doi: 10.1289/ehp.1104370.

Louis, GM; Chen, Z; Schisterman, EF; Kim, S; Sweeney, AM; Sundaram, R; Lynch, CD; Gore-Langton, RE; Barr, DB. 2015. "Perfluorochemicals and human semen quality: The LIFE Study." *Environ. Health Perspect.* 123:57-63. doi: 10.1289/ehp.1307621.

Louis, GM; Peterson, CM; Chen, Z; Hediger, ML; Croughan, MS; Sundaram, R; Stanford, JB; Fujimoto, VY; Varner, MW; Giudice, LC; Kennedy, A; Sun, L; Wu, Q; Kannan, K. 2012. "Perfluorochemicals and endometriosis: The ENDO study." *Epidemiology* 23(6):799-805. doi: 10.1097/EDE.0b013e31826cc0cf.

Louis, GM; Sapra, KJ; Barr, DB; Lu, Z; Sundaram, R. 2016. "Preconception perfluoroalkyl and polyfluoroalkyl substances and incident pregnancy loss, LIFE Study." *Reprod. Toxicol.* 65:11-17. doi: 10.1016/j.reprotox.2016.06.011.

Loveless, SE; Finlay, C; Everds, NE; Frame, SR; Gillies, PJ; O'Connor, JC; Powley, CR; Kennedy, GL. 2006. "Comparative responses of rats and mice exposed to linear/branched, linear, or branched ammonium perfluorooctanoate (APFO)." *Toxicology* 220(2-3):203-217.

Loveless, SE; Hoban, D; Sykes, G; Frame, SR; Everds, NE. 2008. "Evaluation of the immune system in rats and mice administered linear ammonium perfluorooctanoate." *Toxicol. Sci.* 105(1):86-96. doi: 10.1093/toxsci/kfn113.

Luebker, DJ; Case, MT; York, RG; Moore, JA; Hansen, KJ; Butenhoff, JL. 2005a. "Two-generation reproduction and cross-foster studies of perfluorooctanesulfonate (PFOS) in rats." *Toxicology* 215(1-2):126-148.

Luebker, DJ; York, RG; Hansen, KJ; Moore, JA; Butenhoff, JL. 2005b. "Neonatal mortality from *in utero* exposure to perfluorooctanesulfonate (PFOS) in Sprague-Dawley rats: Dose-response, and biochemical and pharmacokinetic parameters." *Toxicology* 215(1-2):149-169.

Luecke, RH; Wosilait, WD; Pearce, BA; Young, JF. 1997. "A computer model and program for xenobiotic disposition during pregnancy." *Comput. Methods Programs Biomed.* 53(3):201-224.

Lum, G. 1995. "Significance of low serum alkaline phosphatase activity in a predominantly adult male population." *Clin. Chem.* 41(4):515-518.

Lundin, JI; Alexander, BH; Olsen, GW; Church, TR. 2009. "Ammonium perfluorooctanoate production and occupational mortality." *Epidemiology* 20:921-928.

Luster, MI; Portier, C; Pait, DG; Rosenthal, GJ; Germolec, DR; Corsini, E; Blaylock, BL; Pollock, P; Kouchi, Y; Craig, W; White, KL; Munson, AE; Comment, CE. 1993. "Risk assessment in immunotoxicology. II. Relationships between immune and host resistance tests." *Fundam. Appl. Toxicol.* 21(1):71-82.

Lyall, K; Yau, VM; Hansen, R; Kharrazi, M; Yoshida, CK; Calafat, AM; Windham, G; Croen, LA. 2018. "Prenatal maternal serum concentrations of per- and polyfluoroalkyl substances in association with autism spectrum disorder and intellectual disability." *Environ. Health Perspect.* 126(1):017001. doi: 10.1289/EHP1830.

Lyngso, J; Ramlau-Hansen, CH; Hoyer, BB; Stovring, H; Bonde, JP; Jonsson, BA; Lindh, CH; Pedersen, HS; Ludwicki, JK; Zviezdai, V; Toft, G. 2014. "Menstrual cycle characteristics in fertile women from Greenland, Poland and Ukraine exposed to perfluorinated chemicals: A cross-sectional study." *Hum. Reprod.* 29(2):359-367. doi: 10.1093/humrep/det390.

Ma, S; Xu, C; Ma, J; Wang, Z; Zhang, Y; Shu, Y; Mo, X. 2019. "Association between perfluoroalkyl substance concentrations and blood pressure in adolescents." *Environ. Pollut.* 254(Part A):112971. doi: 10.1016/j.envpol.2019.112971.

Macon, MB; Villanueva, LR; Tatum-Gibbs, K; Zehr, RD; Strynar, MJ; Stanko, JP; White, SS; Helfant, L; Fenton, SE. 2011. "Prenatal perfluorooctanoic acid exposure in CD-1 mice: Low dose developmental effects and internal dosimetry." *Toxicol. Sci.* 122(1):134-145. doi: 10.1093/toxsci/kfr076.

Magill, LJ. [3M]. 1981a. Letter to US EPA, Office of Toxic Substances re: "Oral Teratology Study of FC-95 in Rats." 1p., February 20. [3M_AFFF_MDL02292489]

Magill, LJ. [3M]. 1981b. Interoffice correspondence to R. Davis, *et al.* re: Telephone notes for call with D. Williams (US EPA) regarding confirmation of 3M's substantial risk submission. 1p., April 9. [3M_AFFF_MDL03303933]

Maisonet, M.; Terrell, ML; McGeehin, MA; Christensen, KY; Holmes, A; Calafat, AM; Marcus, M. 2012. "Maternal concentrations of polyfluoroalkyl compounds during pregnancy and fetal and postnatal growth in British girls." *Environ. Health Perspect.* 120(10):1432-1437. doi: 10.1289/ehp.1003096.

Maloney, EK; Waxman, DJ. 1999. "trans-Activation of PPAR-α and PPAR-γ by structurally diverse environmental chemicals." *Toxicol. Appl. Pharmacol.* 161(2):209-218. doi: 10.1006/taap.1999.8809.

Mancini, FR; Cano-Sancho, G; Gambaretti, J; Marchand, P; Boutron-Ruault, MC; Severi, G; Arveux, P; Antignac, JP; Kvaskoff, M. 2019. "Perfluorinated alkylated substances serum concentration and breast cancer risk: Evidence from a nested case-control study in the French E3N cohort." *Int. J. Cancer* doi: 10.1002/ijc.32357.

Mandel, JH; Burris, J. [3M Co.]. 1995. "Antwerp Blood Testing Results." 15p., November 6. [3M_AL_GA_00012661]

Mandel, JS; Johnson, RA. [University of Minnesota]. 1995. "Mortality Study of Employees at 3M Plant in Decatur, Alabama (Final)." Report to 3M. 48p., March 13. [3M_AFFF_MDL02291016]

Mandel, JS; Schuman, LM. 1989. "Mortality Study at the 3M Chemolite Plant." Report to 3M Co. 24p., January. [3M_AL_GA_00022888]

Mann, PC; Boorman, GA; Lollini, LO; McMartin, DN; Goodman, DG. 1996. "Proliferative lesions of the mammary gland in rats." IS-2. In *Guides for Toxicologic Pathology*. STP/ARP/AFIP, Washington, DC. 11p.

Manzano-Salgado, CB; Casas, M; Lopez-Espinosa, MJ; Ballester, F; Iniguez, C; Martinez, D; Costa, O; Santa-Marina, L; Pereda-Pereda, E; Schettgen, T; Sunyer, J; Vrijheid, M. 2017a. "Prenatal exposure to perfluoroalkyl substances and birth outcomes in a Spanish birth cohort." *Environ. Int.* 108:278-284. doi: 10.1016/j.envint.2017.09.006.

Manzano-Salgado, CB; Casas, M; Lopez-Espinosa, MJ; Ballester, F; Iniguez, C; Martinez, D; Romaguera, D; Fernandez-Barres, S; Santa-Marina, L; Basterretxea, M; Schettgen, T; Valvi, D; Vioque, J; Sunyer, J; Vrijheid, M. 2017b. "Prenatal exposure to perfluoroalkyl substances and cardiometabolic risk in children from the Spanish INMA birth cohort study." *Environ. Health Perspect.* 125(9):097018. doi: 10.1289/EHP1330.

Manzano-Salgado, CB; Granum, B; Lopez-Espinosa, MJ; Ballester, F; Iniguez, C; Gascon, M; Martinez, D; Guxens, M; Basterretxea, M; Zabaleta, C; Schettgen, T; Sunyer, J; Vrijheid, M; Casas, M. 2019. "Prenatal exposure to perfluoroalkyl substances, immune-related outcomes, and lung function in children from a Spanish birth cohort study." *Int. J. Hyg. Environ. Health* 222(6):945-954. doi: 10.1016/j.ijheh.2019.06.005.

Marchant, GE. 2019. "Regulatory toxicology." In *Casarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition)*. (Ed.: Klaassen, CD), McGraw-Hill Education, New York, NY, p1573-1586.

Marks, KJ; Cutler, AJ; Jeddy, Z; Northstone, K; Kato, K; Hartman, TJ. 2019a. "Maternal serum concentrations of perfluoroalkyl substances and birth size in British boys." *Int. J. Hyg. Environ. Health* doi: 10.1016/j.ijheh.2019.03.008.

Marks, KJ; Jeddy, Z; Flanders, WD; Northstone, K; Fraser, A; Calafat, AM; Kato, K; Hartman, TJ. 2019b. "Maternal serum concentrations of perfluoroalkyl substances during pregnancy and gestational weight gain: The Avon Longitudinal Study of Parents and Children." *Reprod. Toxicol.* 90:8-14. doi: 10.1016/j.reprotox.2019.08.003.

Martin, MT; Brennan, R; Hu, W; Ayanoglu, E; Lau, C; Ren, H; Wood, CR; Corton, JC; Kavlock, RJ; Dix, DJ. 2007. "Toxicogenomic study of triazole fungicides and perfluoroalkyl acids in rat livers predicts toxicity and categorizes chemicals based on mechanisms of toxicity." *Toxicol. Sci.* 97(2):595-613. doi: 10.1093/toxsci/kfm065.

Martinsson, M; Nielsen, C; Bjork J; Rylander, L; Malmqvist, E; Lindh, C; Rignell-Hydbom, A. 2020. "Intrauterine exposure to perfluorinated compounds and overweight at age 4: A case-control study." *PLoS ONE* 15(3):e0230137. doi: 10.1371/journal.pone.0230137.

Mattsson, K; Rignell-Hydbom, A; Holmberg, S; Thelin, A; Jonsson, BA; Lindh, CH; Sehlstedt, A; Rylander, L. 2015. "Levels of perfluoroalkyl substances and risk of coronary heart disease: Findings from a population-based longitudinal study." *Environ. Res.* 142:148-154. doi: 10.1016/j.envres.2015.06.033.

Mayo Clinic. 2018. "Hashimoto's disease: Diagnosis & treatment." March 3. Accessed at https://www.mayoclinic.org/diseases-conditions/hashimotos-disease/diagnosis-treatment/drc-20351860.

Mayo Clinic. 2019a. "Test ID: T3 (Triiodothyronine), Total, Serum." Accessed at https://www.mayocliniclabs.com/test-catalog/Clinical%20and%20Interpretive/8613.

Mayo Clinic. 2019b. "Test ID: T4 (Thyroxine), Total Only, Serum." Accessed at https://www.mayocliniclabs.com/test-catalog/Clinical+and+Interpretive/8724.

McConnell, EE; Solleveld, HA; Swenberg, JA; Boorman, GA. 1986. "Guidelines for combining neoplasms for evaluation of rodent carcinogenesis studies." *J. Natl. Cancer Inst.* 76(2):283-289.

McCormick, WC. [3M]. 1984a. Internal correspondence to W. Pearlson re: Teratology studies on perfluoroalkyl alcohol and perfluoroalkyl sulfonate. 1p., May 15. [3M_AFFF_MDL00432842]

McCormick, WC. [3M]. 1984b. Letter to T. O'Bryan (US EPA) [re: Teratology studies on perfluoroalkyl alcohol and perfluoroalkyl sulfonate]. 1p., May 15. [3M_AFFF_MDL02328680]

McCoy, JA; Bangma, JT; Reiner, JL; Bowden, JA; Schnorr, J; Slowey, M; O'Leary, T; Guillette, LJ Jr.; Parrott, BB. 2017. "Associations between perfluorinated alkyl acids in blood and ovarian follicular fluid and ovarian function in women undergoing assisted reproductive treatment." *Sci. Total Environ.* 605-606:9-17. doi: 10.1016/j.scitotenv.2017.06.137.

McDonough, CA; Ward, C; Hu, Q; Vance, S; Higgins, CP; DeWitt, JC. 2020. "Immunotoxicity of an electrochemically fluorinated aqueous film-forming foam." *Toxicol. Sci.* doi: 10.1093/toxsci/kfaa138.

Mecchi, MS. [Covance Laboratories, Inc]. 1999. "*Salmonella Escherichia Coli*/Mammalian-Microsome Reverse Mutation Assay with PFOS (Final)." Report to 3M Corp. 43p., November 5. [3M_AL_GA_00011532]

Melzer, D; Rice, N; Depledge, MH; Henley, WE; Galloway, TS. 2010. "Association between serum perfluoroctanoic acid (PFOA) and thyroid disease in the NHANES study." *Environ. Health Perspect.* 118(5):686-692. doi: 10.1289/ehp.0901584.

Meng, Q; Inoue, K; Ritz, B; Olsen, J; Liew, Z. 2018. "Prenatal exposure to perfluoroalkyl substances and birth outcomes; An updated analysis from the Danish National Birth Cohort." *Int. J. Environ. Res. Public Health* 15(9):1832. doi: 10.3390/ijerph15091832.

Merenda, JJ. [US EPA, Office of Pesticides and Toxic Substances]. 1981. Letter to L. Magill (3M Co.) re: EPA's response to 3M's November 19, 1980 and February 20, 1981 TSCA Section 8(e) submissions. 2p., May 15.

Merriam-Webster, Inc. 2018. "Medical Dictionary." Accessed at https://www.merriam-webster.com/medical.

Messmer, MF; Salloway, J; Shara, N; Locwin, B; Harvey, MW; Traviss, N. 2022. "Risk of cancer in a community exposed to per- and poly-fluoroalkyl substances." *Environ. Health Insights* 16:11786302221076707. doi: 10.1177/11786302221076707.

Michigan Dept. of Health and Human Services (MDHHS). 2018. "Review of Cancer Incidence Data for Selected Areas of Northern Kent County, Michigan." 18p., August 14. Accessed at https://www.michigan.gov/documents/mdhhs/2018-08-14_Kent_County_Cancer_Incidence_Report_ FINAL_630175_7.pdf.

Michigan PFAS Science Advisory Panel. 2018. "Scientific Evidence and Recommendations for Managing PFAS Contamination in Michigan." Report to Michigan PFAS Action Response Team (MPART). 90p., December 7. Accessed at https://www.michigan.gov/documents/pfasresponse/Science_Advisory_Board_ Report_641294_7.pdf.

Microbiological Associates. 1985. "Mechanisms of Cellular Membrane Effects of TCDD, Selected Perfluorinated Acids and Polyhalogenated Aromatic Hydrocarbons." Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-89-1860, NTIS ADA216819, 8p., February 1. Accessed at https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/ADA216819.xhtml.

Minata, M; Harada, KH; Karrmann, A; Hitomi, T; Hirosawa, M; Murata, M; Gonzalez, FJ; Koizumi, A. 2010. "Role of peroxisome proliferator-activated receptor-α in hepatobiliary injury induced by ammonium perfluorooctanoate in mouse liver." *Ind. Health* 48(1):96-107.

Minnesota Dept. of Health (MDH). 1958. "Report on Investigation of Waste Disposal Minnesota Mining and Manufacturing Company, Chemolite Plant, Washington County." 25p., September 22-26.

Minnesota Dept. of Health (MDH). 2017. "Health Based Guidance for Water, Toxicological Summary for: Perfluorobutane sulfonate (CAS Nos. 45187-15-3 (anion); 375-73-5 (acid))." Environmental Health Division, Health Risk Assessment Unit, 10p., December. Accessed at https://www.health.state.mn.us/communities/environment/risk/docs/guidance/gw/pfbssummary.pdf.

Minnesota Dept. of Health (MDH). 2018a. "Health Based Guidance for Water, Toxicological Summary for: Perfluorobutanoate (CAS Nos. 45048-62-2 (anion); 375-22-4 (acid))." Environmental Health Division, Health Risk Assessment Unit, 9p., August.

Minnesota Dept. of Health (MDH). 2018b. "Health Based Guidance for Water, Toxicological Summary for: Perfluorooctanoate (Various CAS Nos.)." Environmental Health Division, Health Risk Assessment Unit, 14p., August. Accessed at https://www.health.state.mn.us/communities/environment/risk/docs/ guidance/gw/pfoa.pdf.

Minnesota Dept. of Health (MDH). 2018c. "East Metro Birth Outcomes: Low Birth Weight and Prematurity in Washington and Dakota Counties (2000 to 2015)." 21p., February. Accessed at https://www.health.state.mn.us/communities/environment/tracking/docs/eastmetrobirthoutcomes.pdf.

Minnesota Dept. of Health (MDH). 2018d. "Brief Update on Cancer Occurrence in East Metro Communities." 22p., February. Accessed at https://www.health.state.mn.us/communities/environment/ tracking/docs/eastmetrobirthoutcomes.pdf.

Minnesota Dept. of Health (MDH). 2019a. "Health Based Guidance for Water, Toxicological Summary for: Perfluorohexane sulfonate (Various CAS Nos.)." Environmental Health Division, Health Risk Assessment Unit, 13p., April. Accessed at https://www.health.state.mn.us/communities/environment/ risk/docs/guidance/gw/pfhxs.pdf.

Minnesota Dept. of Health (MDH). 2019b. "Health Based Guidance for Water, Toxicological Summary for Perfluorooctane sulfonate (PFOS) (Various CAS Nos.)." Environmental Health Division, Health Risk Assessment Unit, 19p., April. Accessed at https://www.health.state.mn.us/communities/environment/risk/docs/guidance/gw/pfos.pdf.

Mogensen, UB; Grandjean, P; Heilmann, C; Nielsen, F; Weihe, P; Budtz-Jorgensen, E. 2015. "Structural equation modeling of immunotoxicity associated with exposure to perfluorinated alkylates." *Environ. Health* 14:47. doi: 10.1186/s12940-015-0032-9.

Mondal, D; Weldon, RH; Armstrong, BG; Gibson, LJ; Lopez-Espinosa, MJ; Shin, HM; Fletcher, T. 2014. "Breastfeeding: A potential excretion route for mothers and implications for infant exposure to perfluoroalkyl acids." *Environ. Health Perspect.* 122(2):187-192. doi: 10.1289/ehp.1306613.

Mundt, DJ; Mundt, KA; Luippold, RS; Schmidt, MD; Farr, CH. 2007. "Clinical epidemiological study of employees exposed to surfactant blend containing perfluorononanoic acid." *Occup. Environ. Med.* 64(9):589-594. doi: 10.1136/oem.2007.032664.

Murali, AR; Carey, WD. 2017. "Liver test interpretation - Approach to the patient with liver disease: A guide to commonly used liver tests." August. Accessed at http://www.clevelandclinicmeded.com/medicalpubs/diseasemanagement/hepatology/guide-to-common-liver-tests.

Murli, H. [Corning Hazleton Inc.]. 1996. "Mutagenicity Test on T-6295 in an *In Vivo* Mouse Micronucleus Assay (Final)." Report to 3M. 39p., May 23. [3M_AL_GA_00011416]

Murli, H. [Covance Laboratories Inc.]. 1999. "Chromosomal Aberrations in Human Whole Blood Lymphocytes with PFOS (Final)." Report to 3M Corp. 41p., October 25. [3M_AL_GA_00011455]

Nakagawa, H; Terada, T; Harada, KH; Hitomi, T; Inoue, K; Inui, K; Koizumi, A. 2009a. "Human organic anion transporter hOAT4 is a transporter of perfluorooctanoic acid." *Basic Clin. Pharmacol. Toxicol.* 105(2):136-138.

Nakamura, T; Ito, Y; Yanagiba, Y; Ramdhan, DH; Kono, Y; Naito, H; Hayashi, Y; Li, Y; Aoyama, T; Gonzalez, FJ; Nakajima, T. 2009b. "Microgram-order ammonium perfluorooctanoate may activate mouse peroxisome proliferator-activated receptor alpha, but not human PPARalpha." *Toxicology* 265(1-2):27-33.

National Heart, Lung, and Blood Institute. 2019. "Metabolic Syndrome." Accessed at https://www.nhlbi.nih.gov/health-topics/metabolic-syndrome.

National Library of Medicine (NLM). 2019. "PubChem Compound Database record for perfluorononanoic acid (CAS No. 375-95-1)." August 3. Accessed at https://pubchem.ncbi.nlm.nih.gov/compound/Perfluorononanoic-acid.

National Library of Medicine (NLM). 2020. "ChemIDplus record for aspirin (CAS No. 50-78-2)." Accessed at https://chem.nlm.nih.gov/chemidplus/rn/50-78-2.

National Research Council (NRC). 1983. *Risk Assessment in the Federal Government: Managing the Process*. Committee on the Institutional Means for Assessment of Risks to Public Health, National Academy Press, Washington, DC, 191p. Accessed at http://www.nap.edu/openbook.php?isbn=0309033497.

National Research Council (NRC). 2004. "Appendix A: Values and Limitations of Animal Toxicity Data." Committee on the Use of Third Party Toxicity Research with Human Research Participants. In *Intentional Human Dosing Studies for EPA Regulatory Purposes: Scientific and Ethical Issues*. National Academies Press, Washington, DC, p159-167. Accessed at http://www.nap.edu/openbook.php?record_id= 10927&page=159.

National Research Council (NRC). 2005. *Health Implications of Perchlorate Ingestion*. National Academies Press, Washington, DC. 276p. Accessed at http://www.nap.edu/catalog/11202.html.

National Research Council (NRC). 2009. *Science and Decisions: Advancing Risk Assessment.[The Silver Book]*. Committee on Improving Risk Analysis Approaches Used by the US EPA, National Academies Press, Washington, DC, 421p.

National Toxicology Program (NTP). 2015a. "Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration." Office of Health Assessment and Translation (OHAT). 98p., January 9. Accessed at http:/ntp.niehs.nih.gov/ pubhealth/hat/noms/index-2.html.

National Toxicology Program (NTP). 2015b. "Handbook for Preparing Report on Carcinogens Monographs." 89p., July 20. Accessed at http://ntp.niehs.nih.gov/pubhealth/roc/handbook/index.html.

National Toxicology Program (NTP). 2016. "NTP Monograph: Immunotoxicity Associated with Exposure to Perfluorooctanoic Acid or Perfluorooctane Sulfonate." 147p., September. [3M_AFFF_MDL01860610]

National Toxicology Program (NTP). 2019a. "NTP Technical Report on the Toxicity Studies of Perfluoroalkyl Carboxylates (Perfluorohexanoic Acid, Perfluorooctanoic Acid, Perfluorononanoic Acid, and Perfluorodecanoic Acid) Administered by Gavage to Sprague Dawley (Hsd:Sprague Dawley SD) Rats." NTP TOX 97, 216p., August.

National Toxicology Program (NTP). 2019b. "NTP Technical Report on the Toxicity Studies of Perfluoroalkyl Sulfonates (Perfluorobutane Sulfonic Acid, Perfluorohexane Sulfonate Potassium Salt, and Perfluorooctane Sulfonic Acid) Administered by Gavage to Sprague Dawley (Hsd:Sprague Dawley SD) Rats." NTP TOX 96. 165p., August.

National Toxicology Program (NTP). 2020. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Perfluorooctanoic Acid (CASRN 335-67-1) Administered in Feed to Sprague Dawley (Hsd:Sprague Dawley® SD®) Rats." NTP TR 598. 106p., May. Accessed at https://ntp.niehs.nih.gov/ ntp/htdocs/lt_rpts/tr598_508.pdf.

Negri, E; Metruccio, F; Guercio, V; Tosti, L; Benefati, E; Bonzi, R; La Vecchia, C; Moretto, A. 2017. "Exposure to PFOA and PFOS and fetal growth: A critical merging of toxicological and epidemiological data." *Crit. Rev. Toxicol.* doi: 10.1080/10408444.2016.1271972.

Ngo, HT; Hetland, RB; Sabaredzovic, A; Haug, LS; Steffensen, IL. 2014. "*In utero* exposure to perfluorooctanoate (PFOA) or perfluorooctane sulfonate (PFOS) did not increase body weight or intestinal tumorigenesis in multiple intestinal neoplasia (Min/+) mice." *Environ. Res.* 132:251-263. doi: 10.1016/j.envres.2014.03.033.

Nian, M; Li, QQ; Bloom, M; Qian, ZM; Syberg, KM; Vaughn, MG; Wang, SQ; Wei, Q; Zeeshan, M; Gurram, N; Chu, C; Wang, J; Tian, YP; Hu, LW; Liu, KK; Yang, BY; Liu, RQ; Feng, D; Zeng, XW; Dong, GH. 2019. "Liver function biomarkers disorder is associated with exposure to perfluoroalkyl acids in adults: Isomers of C8 Health Project in China." *Environ. Res.* 172:81-88. doi: 10.1016/j.envres.2019.02.013.

Nielsen, C; Joud, A. 2021. "Susceptibility to COVID-19 after high exposure to perfluoroalkyl substances from contaminated drinking water: An ecological study from Ronneby, Sweden." *Int. J. Environ. Res. Public Health* 18(20):10702. doi: 10.3390/ijerph182010702.

Niu, J; Liang, H; Tian, Y; Yuan, W; Xiao, H; Hu, H; Sun, X; Song, X; Wen, S; Yang, L; Ren, Y; Miao, M. 2019. "Prenatal plasma concentrations of perfluoroalkyl and polyfluoroalkyl substances and neuropsychological development in children at four years of age." *Environ. Health* 18(1):53. doi: 10.1186/s12940-019-0493-3.

Nolan, LA; Nolan, JM; Shofer, FS; Rodway, NV; Emmett, EA. 2010. "Congenital anomalies, labor/delivery complications, maternal risk factors and their relationship with perfluorooctanoic acid (PFOA)-contaminated public drinking water." *Reprod. Toxicol.* 29(2):147-155.

Nordby, GL; Luck, JM. 1956. "Perfluorooctanoic acid interactions with human serum albumin." *J. Biol. Chem.* 219(1):399-404. doi: 10.1016/S0021-9258(18)65805-3.

NOTOX B.V. 2007a. "Repeated Dose 28-Day Oral Toxicity Study with MTDID-8391 by Daily Gavage in the Rat, Followed by a 21-Day Recovery Period." Report to 3M Corp. Submitted to Minnesota Pollution Control Agency. 359p., June 21. [3M_AFFF_MDL02335335]

NOTOX B.V. 2007b. "Repeated Dose 90-Day Oral Toxicity Study with MTDID 8391 by Daily Gavage in the Rat Followed by a 3-Week Recovery Period." Report to 3M Corp. 346p., December 21. [3M_AL_GA_00591711]

NSI Technology Services Corp. 1990. "Genotoxicity Assessment of Perfluorodecanoic Acid Using a Battery of *In Vitro* and *In Vivo/In Vitro* Assays." Report to US Air Force, Armstrong Aerospace Medical Research Laboratory (Wright-Patterson AFB, OH). AAMRL-TR-90-070, NTIS ADA240490, 80p., December. Accessed at https://apps.dtic.mil/sti/pdfs/ADA240490.pdf.

Occupational Safety and Health Administration (OSHA). 2016. "Guidance on Data Evaluation for Weight of Evidence Determination: Application to the 2012 Hazard Communication Standard (Draft)." 32p.

Ode, A; Kallen, K; Gustafsson, P; Rylander, L; Jonsson, BA; Olofsson, P; Ivarsson, SA; Lindh, CH; Rignell-Hydbom, A. 2014. "Fetal exposure to perfluorinated compounds and attention deficit hyperactivity disorder in childhood." *PLoS ONE* 9(4):e95891. doi: 10.1371/journal.pone.0095891.

Ohio State University Research Foundation. 1984. "Effect of Hepatotoxic Nonadecafluorodecanoic Acid on Gene Expression in Rat Liver." Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-84-0529, NTIS ADA142985, 13p., March 8. Accessed at https://apps.dtic.mil/sti/pdfs/ADA142985.pdf.

Ohio State University Research Foundation. 1991. "Investigation of the Hepatotoxic and Immunotoxic Effects of the Peroxisome Proliferator Perfluorodecanoic Acid." Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-91-0542, DTIC ADA237787, 39p., April 30. Accessed at https://www.readcube.com/articles/10.21236%2Fada237787.

Ohio State University Research Foundation. 1992. "Investigation of the Hepatotoxic and Immunotoxic Effects of the Peroxisome Proliferator Perflurodecanoic Acid." Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). DTIC ADA250176, 40p., April 30. Accessed at https://apps.dtic.mil/sti/pdfs/ADA250176.pdf.

Ohio State University. 1993. "Investigation of the Hepatotoxic and Immunotoxic Effects of the Peroxisome Proliferation Perflurodecanoic Acid." Dept. of Veterinary Pathobiology. Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-95-0018, DTIC ADA290110, 88p., September. Accessed at https://apps.dtic.mil/sti/pdfs/ADA290110.pdf.

Ohmori, K; Kudo, N; Katayama, K; Kawashima, Y. 2003. "Comparison of the toxicokinetics between perfluorocarboxylic acids with different carbon chain length." *Toxicology* 184(2-3):135-140.

Okada, E; Sasaki, S; Kashino, I; Matsuura, H; Miyashita, C; Kobayashi, S; Itoh, K; Ikeno, T; Tamakoshi, A; Kishi, R. 2014. "Prenatal exposure to perfluoroalkyl acids and allergic diseases in early childhood." *Environ. Int.* 65:127-134. doi: 10.1016/j.envint.2014.01.007.

Okada, E; Sasaki, S; Saijo, Y; Washino, N; Miyashita, C; Kobayashi, S; Konishi, K; Ito, YM; Ito, R; Nakata, A; Iwasaki, Y; Saito, K; Nakazawa, H; Kishi, R. 2012. "Prenatal exposure to perfluorinated chemicals and relationship with allergies and infectious diseases in infants." *Environ. Res.* 112:118-125. doi: 10.1016/j.envres.2011.10.003.

Olsen, GW; Burlew, MM; Marshall, JC; Burris, JM; Mandel, JH. 2004. "Analysis of episodes of care in a perfluorooctanesulfonyl fluoride production facility." *J. Occup. Environ. Med.* 46(8):837-846. [3M_AL_GA_00591701]

Olsen, GW; Burris, JM; Burlew, MM; Mandel, JH. 2000. "Plasma cholecystokinin and hepatic enzymes, cholesterol and lipoproteins in ammonium perfluorooctanoate production workers." *Drug Chem. Toxicol.* 23(4):603-620.

Olsen, GW; Burris, JM; Ehresman, DJ; Froehlich, JW; Seacat, AM; Butenhoff, JL; Zobel, LR. 2007. "Half-life of serum elimination of perfluorooctanesulfonate, perfluorohexanesulfonate, and perfluorooctanoate in retired fluorochemical production workers." *Environ. Health Perspect.* 115(9):1298-1305. doi: 10.1289/ehp.10009.

Olsen, GW; Burris, JM; Mandel, JH; Zobel, LR. 1999. "Serum perfluorooctane sulfonate and hepatic and lipid clinical chemistry tests in fluorochemical production employees." *J. Occup. Environ. Med.* 41(9):799-806.

Olsen, GW; Butenhoff, JL; Cook, RR. 2014. "Epidemiology for toxicologists." In *Hayes' Principles and Methods of Toxicology (Sixth Edition)*. (Eds.: Hayes, AW; Kruger, CL), CRC Press, Boca Raton, FL, p527-570.

Olsen, GW; Chang, SC; Noker, PE; Gorman, GS; Ehresman, DJ; Lieder, PH; Butenhoff, JL. 2009. "A comparison of the pharmacokinetics of perfluorobutanesulfonate (PFBS) in rats, monkeys, and humans." *Toxicology* 256(1-2):65-74. doi: 10.1016/j.tox.2008.11.008.

Olsen, GW; Ehresman, DJ; Buehrer, BD; Gibson, BA; Butenhoff, JL; Zobel, LR. 2012. "Longitudinal assessment of lipid and hepatic clinical parameters in workers involved with the demolition of perfluoroalkyl manufacturing facilities." *J. Occup. Environ. Med.* 54(8):974-983.

Olsen, GW; Gilliland, FD; Burlew, MM; Burris, JM; Mandel, JS; Mendel, JH. 1998a. "An epidemiologic investigation of reproductive hormones in men with occupational exposure to perfluorooctanoic acid." *J. Occup. Environ. Med.* 40:614-622.

Olsen, GW; Burris, JM; Mandel, JH; Zobel, LR. [3M Co.]. 1998b. "An Epidemiologic Investigation of Clinical Chemistries, Hematology and Hormones in Relation to Serum Levels of Perfluorooctanesulfonate in Male Fluorochemical Production Employees." 171p., April 22. [3M_AL_GA_00009043]

Olsen, GW; Hansen, KJ; Clemen, LA; Burris, JM; Mandel, JH. [3M Co.]. 2001. "Identification of Fluorochemicals in Human Tissue (Final)." 29p., June 25. [3M_AL_GA_00594743]

Olsen, GW; Hansen, KJ; Stevenson, LA; Burris, JM; Mandel, JH. 2003a. "Human donor liver and serum concentrations of perfluorooctanesulfonate and other fluorochemicals." *Environ. Sci. Technol.* 37:888-891.

Olsen, GW; Burris, JM; Burlew, MM; Mandel, JH. 2003b. "Epidemiologic assessment of worker serum perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) concentrations and medical surveillance examinations." *J. Occup. Environ. Med.* 45(3):260-270.

Olsen, GW; Schmickler, M; Pays, S; Young, KA; Mandel, JH. [3M Co.]. 2003c. "Descriptive Analysis of Serum Perfluorooctanoate (PFOA) and Perfluorooctanesulfonate (PFOS) Concentrations of Antwerp Employee Participants from the 2003 Fluorochemical Medical Surveillance Program (Final)." 16p., August 14. [3M_BELL01561562]

Olsen, GW; Logan, PW; Hansen, KJ; Simpson, CA; Burris, JM; Burlew, MM; Vorarath, PP; Venkateswarlu, P; Schumpert, JC; Mandel, JH. 2003d. "An occupational exposure assessment of a perfluorooctanesulfonyl fluoride production site: Biomonitoring." *AIHA J. (Fairfax, Va)* 64:651-659.

Olsen, GW; Mair, DC; Lange, CC; Harrington, LM; Church, TR; Goldberg, CL; Herron, RM; Hanna, H; Nobiletti, JB; Rios, JA,; Reagen, WK; Ley, CA. 2017. "Per- and polyfluoroalkyl substances (PFAS) in American Red Cross adult blood donors, 2000-2015." *Environ. Res.* 157:87-95. doi: 10.1016/j.envres.2017.05.013.

Olsen, GW; Mandel, JH. [3M Co.]. 2003a. "Descriptive Analysis of Serum Fluorochemical Concentrations from Cottage Grove Employee Participants of the 2002 Medical Surveillance Program (Final)." 13p. [3M_AFFF_MDL01824155]

Olsen, GW; Mandel, JH. [3M Co.]. 2003b. "Descriptive Analysis of Serum Fluorochemical Concentrations from Decatur Employee Participants of the 2002 Medical Surveillance Program (Final)." 20p., June 17. [3M_BELL01571265]

Olsen, GW; Zobel, LR. 2007. "Assessment of lipid, hepatic, and thyroid parameters with serum perfluorooctanoate (PFOA) concentrations in fluorochemical production workers." *Int. Arch. Occup. Environ. Health* 81(2):231-246.

Olson, CT; Andersen, ME. 1983. "The acute toxicity of perfluorooctanoic and perfluorodecanoic acids in male rats and effects on tissue fatty acids." *Toxicol. Appl. Pharmacol.* 70(3):362-372. doi: 10.1016/0041-008X(83)90154-0.

Olson, CT. 1982. "Effects of Nonadecafluorodecanoic Acid on Tissue Fatty Acids of the Rat [Dissertation]." Submitted to Ohio State University. AFIT/CI/NR/55D; DTIC ADA119674, 81p., January.

Olson, CT; Andersen, ME; George, ME; Van Rafelghem, MJ; Back, AM. 1983. "The toxicology of perfluorodecanoic acid in rodents." AFAMRL-TR-82-101. In *Proceedings of the Thirteenth Annual Conference on Environmental Toxicology, November 16-18, 1982. US Air Force Aerospace Medical Research Laboratory, Wright-Patterson AFB, OH.* p287-315, August. Accessed at https://apps.dtic.mil/sti/pdfs/ADA134150.pdf.

Olson, CW. [3M]. 1987a. Letter to F. Kover (US EPA) re: Report entitled "Two Year Oral (Diet) Toxicity/Carcinogenicity Study of Fluorochemical FC-143 in Rats." 1p., October 16. [3M_AFFF_MDL01112511]

Olson, CW. [3M]. 1987b. Letter to US EPA, Office of Toxic Substances re: Confirmation of telephone conversations regarding erroneous confidentiality stamping of the "Two Year Oral (Diet) Toxicity/Carcinogenicity Study of Fluorochemical FC-143 in Rats." 1p., October 23. [3M_AFFF_MDL02292662]

Omoike, OE; Pack, RP; Mamudu, HM; Liu, Y; Wang, L. 2020. "A cross-sectional study of the association between perfluorinated chemical exposure and cancers related to deregulation of estrogen receptors." *Environ. Res.* doi: 10.1016/j.envres.2020.110329.

Organisation for Economic Co-operation and Development (OECD). 1983. "OECD Guideline for the Testing of Chemicals: One-Generation Reproduction Toxicity Study." OECD 415. 9p., May 26.

Organisation for Economic Co-operation and Development (OECD). 2001. "OECD Guideline for the Testing of Chemicals: Two-Generation Reproduction Toxicity Study." OECD 416. 14p., January 22.

Organisation for Economic Co-operation and Development (OECD). 2002. "Hazard Assessment of Perfluorooctane Sulfonate (PFOS) and its Salts (Final)." Environment Directorate, Joint Meeting of the Chemicals Committee and the Working Party on Chemicals, Pesticides and Biotechnology, ENV/JM/RD(2002)17/FINAL. 362p., November 21. Accessed at https://www.oecd.org/env/ehs/risk-assessment/2382880.pdf.

Osuna, CE; Grandjean, P; Weihe, P; El-Fawal, HAN. 2014. "Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children." *Toxicol. Sci.* 142(1):158-166. doi: 10.1093/toxsci/kfu163.

Oulhote, Y; Steuerwald, U; Debes, F; Weihe, P; Grandjean, P. 2016. "Behavioral difficulties in 7-year old children in relation to developmental exposure to perfluorinated alkyl substances." *Environ. Int.* 97:237-245. doi: 10.1016/j.envint.2016.09.015.

Palazzi, X; Burkhardt, JE; Caplain, H; Dellarco, V; Fant, P; Foster, JR; Francke, S; Germann, P; Groters, S; Harada, T; Harleman, J; Inui, K; Kaufmann, W; Lenz, B; Nagai, H; Pohlmeyer-Esch, G; Schulte, A; Skydsgaard, M; Tomlinson, L; Wood, CE; Yoshida, M. 2016. "Characterizing 'Adversity' of pathology findings in nonclinical toxicity studies: Results from the 4th ESTP International Expert Workshop." *Toxicol. Pathol.* 44(6):810-824. doi: 10.1177/0192623316642527.

Palmer, CN; Hsu, MH; Griffin, KJ; Raucy, JL; Johnson, EF. 1998. "Peroxisome proliferator activated receptor-alpha expression in human liver." *Mol. Pharmacol.* 53(1):14-22. doi: 10.1124/mol.53.1.14.

Parker, RM; York, RG. 2014. "Hormone assays and endocrine function." In *Hayes' Principles and Methods of Toxicology (Sixth Edition).* (Eds.: Hayes, AW; Kruger, CL), CRC Press, Boca Raton, FL, p1723-1792.

Pathology Associates International. 1998. "Pathology Review of Reported Tumorigenesis in a Two Year Study of FM-3924 in Rats." Report to 3M. 7p., November 25. [3M_AL_GA_00016089]

Paustenbach, DJ; Madl, AK. 2014. "Practice of exposure assessment." In *Hayes' Principles and Methods of Toxicology (Sixth Edition)*. (Eds.: Hayes, AW; Kruger, CL), CRC Press, Boca Raton, FL, p453-525.

Pearlson, WH. [3M]. 1981. Letter to US EPA, Office of Toxic Substances re: Request for additional information on 3M's 8(e) submission on "Perfluoroalkyl Mixtures." 1p., June 15. [3M_AFFF_MDL00685430]

Pearlson, WH. [3M]. 1982a. Letter to T. O'Bryan (US EPA) re: Toxicity studies provided to EPA at March 12th meeting. 3p., March 22. [3M_AL_GA_00488044]

Pearlson, WH. [3M]. 1982b. Letter to M. Greif (TSCA Interagency Testing Committee) [re: Federal Register notice listing of perfluorooctanesulfonyl fluoride (POSF) (CAS No. 307-35-7)]. 3p., July 15. [3M_AFFF_MDL00460300 - 3M_AFFF_MDL00460302]

Pearlson, WH. [3M]. 1982c. Internal memorandum to J. LaZerte re: Notes on 3M's meeting with DuPont and EPA regarding additional information on Section 8(e) submissions on FC-143. 2p., March 12. [3M_BELL03265151]

Pearlson, WH. [3M]. 1983. Letter to L. Borghi (Dynamac Corp.) re: 1978 evaluation of aqueous toxicity of perfluorooctanesulfonate to minnows. 1p., November 11. [3M_AFFF_MDL01059953]

Pearlson, WH. [3M]. 1984. Internal memorandum to J. LaZerte re: Notes on 3M's meeting with EPA regarding Section 8(e) teratology submissions. 1p., May 23. [3M_AFFF_MDL02306772]

Peden-Adams, MM; Keller, JM; EuDaly, JG; Berger, K; Gilkeson, GS; Keil, DE. 2008. "Suppression of humoral immunity in mice following exposure to perfluorooctane sulfonate (PFOS)." *Toxicol. Sci.* 104(1):144-154. doi: 10.1093/toxsci/kfn059.

Peraza, MA; Burdick, AD; Marin, HE; Gonzalez, FJ; Peters, JM. 2006. "The toxicology of ligands for peroxisome proliferator-activated receptors (PPAR)." *Toxicol. Sci.* 90(2):269-295.

Perez, F; Nadal, M; Navarro-Ortega, A; Fabrega, F; Domingo, JL; Barcelo, D; Farre, M. 2013. "Accumulation of perfluoroalkyl substances in human tissues." *Environ. Int.* 59:354-362. doi: 10.1016/j.envint.2013.06.004.

Perkins, RG; Butenhoff, JL; Kennedy, GL; Palazzolo, MJ. 2004. "13-week dietary toxicity study of ammonium perfluorooctanoate (APFO) in male rats." *Drug Chem. Toxicol.* 27(4):361-378.

Permadi, H; Lundgren, B; Andersson, K; DePierre, JW. 1992. "Effects of perfluoro fatty acids on xenobiotic-metabolizing enzymes, enzymes which detoxify reactive forms of oxygen and lipid peroxidation in mouse liver." *Biochem. Pharmacol.* 44(6):1183-1191.

Permadi, H; Lundgren, B; Andersson, K; Sundberg, C; DePierre, JW. 1993. "Effects of perfluoro fatty acids on peroxisome proliferation and mitochondrial size in mouse liver: Dose and time factors and effect of chain length." *Xenobiotica* 23(7):761-770.

Petersen, KU; Larsen, JR; Deen, L; Flachs, EM; Haervig, KK; Hull, SD; Bonde, JPE; Tottenborg, SS. 2020. "Per- and polyfluoroalkyl substances and male reproductive health: A systematic review of the epidemiological evidence." *J. Toxicol. Environ. Health B Crit. Rev.* 23(6):276-291. doi: 10.1080/0937404.2020.1798315.

Petersen, MS; Halling, J; Jorgensen, N5; Nielsen, F; Grandjean, P; Jensen, TK; Weihe, P. 2018. "Reproductive function in a population of young Faroese men with elevated exposure to polychlorinated biphenyls (PCBs) and perfluorinated alkylate substances (PFAS)." *Int. J. Environ. Res. Public Health* 15:1880. doi: 10.3390/ijerph15091880.

Pilkerton, CS; Hobbs, GR; Lilly, C; Knox, SS. 2018. "Rubella immunity and serum perfluoroalkyl substances: Sex and analytic strategy." *PLoS ONE* 13(9):e0203330. doi: 10.1371/journal.pone.0203330.

Pizzurro, DM; Seeley, M; Kerper, LE; Beck, BD. 2019. "Interspecies differences in perfluoroalkyl substances (PFAS) toxicokinetics and application to health-based criteria." *Regul. Toxicol. Pharmacol.* 106:239-250. doi: 10.1016/j.yrtph.2019.05.008.

Pohl, HR; Chou, CH. 2005. "Health effects classification and its role in the derivation of minimal risk levels: Hepatic effects." *Regul. Toxicol. Pharmacol.* 42:161-171.

Pouwer, MG; Pieterman, EJ; Chang, SC; Olsen, GW; Caspers, MPM; Verschuren, L; Jukema, JW; Princen, HMG. 2019. "Dose effects of ammonium perfluorooctanoate on lipoprotein metabolism in APOE*3-Leiden.CETP mice." *Toxicol. Sci.* 168(2):519-534. doi: 10.1093/toxsci/kfz015.

Preston, EV; Hivert, MF; Fleisch, AF; Calafat, AM; Sagiv, SK; Perng, W; Rifas-Shiman, SL; Chavarro, JE; Oken, E; Zota, AR; James-Todd, T. 2022. "Early-pregnancy plasma per- and polyfluoroalkyl substance (PFAS) concentrations and hypertensive disorders of pregnancy in the Project Viva cohort." *Environ. Int.* 165:107335. doi: 10.1016/j.envint.2022.107335.

Preston, EV; Webster, TF; Oken, E; Claus Henn, B; McClean, MD; Rifas-Shiman, SL; Pearce, EN; Braverman, LE; Calafat, AM; Ye, X; Sagiv, SK. 2018. "Maternal plasma per- and polyfluoroalkyl substance concentrations in early pregnancy and maternal and neonatal thyroid function in a prospective birth cohort: Project Viva (USA)." *Environ. Health Perspect.* 126(2):027013. doi: 10.1289/EHP2534.

Primedica Redfield. 2001. "A 28-Day Oral (Gavage) Toxicity Study of T-7485 in Sprague-Dawley Rats." Report to 3M Corp., St. Paul, MN. Study Number 132-007, August 2. [3M_AFFF_MDL00614834]

Prokop, RA. [3M]. 1981. Letter to V. Anan (US FDA) re: Teratology studies submitted to EPA and NIOSH. 2p., April 10. [3M_GU00143486]

Qazi, MR; Nelson, BD; Depierre, KW; Abedi-Valugerdi, M. 2010. "28-Day dietary exposure of mice to a low total dose (7 mg/kg) of perfluorooctanesulfonate (PFOS) alters neither the cellular compositions of the thymus and spleen nor humoral immune responses: Does the route of administration play a pivotal role in PFOS-induced immunotoxicity?" *Toxicology* 267(1-3):132-139. doi: 10.1016/j.tox.2009.10.035.

Quaak, I; De Cock, M; De Boer, M; Lamoree, M; Leonards, P; Van de Bor, M. 2016. "Prenatal exposure to perfluoroalkyl substances and behavioral development in children." *Int. J. Environ. Res. Public Health* 13(5):511. doi: 10.3390/ijerph13050511.

Raleigh, KK; Alexander, BH; Olsen, GW; Ramachandran, G; Morey, SZ; Church, TR; Logan, PW; Scott, LL; Allen, EM. 2014. "Mortality and cancer incidence in ammonium perfluorooctanoate production workers." *Occup. Environ. Med.* 71:500-506. doi: 10.1136/oemed-2014-102109.

Ramhoj, L; Hass, U; Boberg, J; Scholze, M; Christiansen, S; Nielsen, F; Axelstad, M. 2018. "Perfluorohexane sulfonate (PFHxS) and a mixture of endocrine disrupters reduce thyroxine levels and cause antiandrogenic effects in rats." *Toxicol. Sci.* 163(2):579-591. doi: 10.1093/toxsci/kfy055.

Ramhoj, L; Hass, U; Gilbert, ME; Wood, C; Svingen, T; Usai, D; Vinggaard, AM; Mandrup, K; Axelstad, M. 2020. "Evaluating thyroid hormone disruption: Investigations of long-term neurodevelopmental effects in rats after perinatal exposure to perfluorohexane sulfonate (PFHxS)." *Sci. Rep.* 10(1):2672. doi: 10.1038/s41598-020-59354-z.

Rappazzo, KM; Coffman, E; Hines, EP. 2017. "Exposure to perfluorinated alkyl substances and health outcomes in children: A systematic review of the epidemiologic literature." *Int. J. Environ. Res. Public Health* 14(7):691. doi: 10.3390/ijerph14070691.

Raymer, JH; Michael, LC; Studabaker, WB; Olsen, GW; Sloan, CS; Wilcosky, T; Walmer, DK. 2012. "Concentrations of perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) and their associations with human semen quality measurements." *Reprod. Toxicol.* 33(4):419-427. doi: 10.1016/j.reprotox.2011.05.024.

Rebholz, SL; Jones, T; Herrick, RL; Xie, C; Calafat, AM; Pinney, SM; Woollett, LA. 2016. "Hypercholesterolemia with consumption of PFOA-laced Western diets is dependent on strain and sex of mice." *Toxicol. Rep.* 3:46-54. doi: 10.1016/j.toxrep.2015.11.004.

Regulatory Science Associates (RSA). 2018. "A Literature Review of the Current State of the Science Regarding Species Differences in the Control of, and Response to, Thyroid Hormone Perturbations. Part 1: A Human Health Perspective (Draft)." Report to European Crop Protection Association. Report No: RSA/ECPA001_THYROID, 85p., April.

Reich, C. [3M]. 1998a. Letter to US EPA, Office of Toxic Substances re: TSCA 8(e) Substantial Risk Notice on N-ethyl perfluorooctyl sulfonamide ethanol and perfluorooctane sulfonate (Docket Nos. 8EHQ-1180-373, 1180-374 and 0381-0394). 3p., September 14. [3M_AFFF_MDL01296625 - 3M_AFFF_MDL01296627]

Reich, C. [3M]. 1998b. Letter to US EPA Docket re: TSCA Section 8(e) - Perfluorooctane sulfonate - Docket Numbers 8EHQ-1180-373; 8EHQ-1180-374; 8EHQ-0381-0394. 2p., May 15. [3M_AFFF_MDL01296632 - 3M_AFFF_MDL01296633]

Reich, C. [3M]. 2000. Letter to US EPA, Office of Toxic Substances re: TSCA 8(e) Substantial Risk Notice on N-methyl perfluorooctanesulfonamido ethanol. 2p., July 24. [3M_AFFF_MDL00579093 - 3M_AFFF_MDL00579094]

Rhomberg, LR; Goodman, JE; Bailey, LA; Prueitt, RL; Beck, NB; Bevan, C; Honeycutt, M; Kaminski, NE; Paoli, G; Pottenger, LH; Scherer, RW; Wise, KC; Becker, RA. 2013. "A survey of frameworks for best practices in weight-of-evidence analyses." *Crit. Rev. Toxicol.* 43(9):753-784. doi: 10.3109/10408444.2013.832727.

Rhomberg, LR; Lewandowski, TA. 2006. "Methods for identifying a default cross-species scaling factor." *Hum. Ecol. Risk Assess.* 12:1094-1127.

Richardson, DB; Cole, SR; Chu, H; Langholz, B. 2011. "Lagging exposure information in cumulative exposure-response analyses." *Am. J. Epidemiol.* 174(12):1416–1422. doi: 10.1093/aje/kwr260.

Riker Laboratories, Inc. 1979a. "Primary Skin Irritation Test with T-2509CoC in Albino Rabbits." Safety Evaluation Laboratory, Report to 3M. 6p., June 27. [3M_AFFF_MDL02313862]

Riker Laboratories, Inc. 1981. "Oral Teratology Study of T-2998 CoC in Rats." Report to 3M Co. December 15. [3M_AL_GA_00083997]

Riker Laboratories, Inc. 1982. "Oral Teratology Study of T-3141 CoC in Rabbits." Report to 3M Co. 29p., February 19. [3M_AL_GA_00597042]

Riker Laboratories, Inc. 1987. "Two Year Oral (Diet) Toxicity/Carcinogenicity Study of Fluorochemical FC-143 in Rats. Volume 1 of 4." Report to 3M Co. 1230p., November 2. [3M_AL_GA_00595762]

Riker Laboratories, Inc., 1979b. "Acute Ocular Irritation Study with T-2509CoC in Albino Rabbits." Safety Evaluation Laboratory, Report to 3M. 9p., July 6. [3M_AFFF_MDL01789156]

Riker Laboratories/3M Co. 1987. "Two Year Oral (Diet) Toxicity/Carcinogenicity Study of Fluorochemical FM-3924 in Rats." [The five volumes are at AR226-0257 to AR226-261.] [3M_AL_GA_00014468 (Volume 1); 3M_AL_GA_00014825 (Volume 2); 3M_AL_GA_00015151 (Volume 3); 3M_AL_GA_00015479 (Volume 4); 3M_AL_GA_00015802 (Volume 5)]

Roach, DE. [3M Co.]. 1982. Internal memorandum to F. Ubel re: Fluorochemical control study. 9p., May 25. [3M_AL_GA_00068723]

Roberts, LJ; Morrow, JD. 2001. "The salicylates." In *Goodman and Gilman's The Pharmacological Basis of Therapeutics (Tenth Edition)*. (Eds.: Hardman, JG; Limbird, LE, and A. Goodman Gilman), McGraw-Hill, New York, NY, p696-703.

Robledo, CA; Yeung, E; Mendola, P; Sundaram, R; Maisog, J; Sweeney, AM; Barr, DB; Buck Louis, GM. 2015. "Preconception maternal and paternal exposure to persistent organic pollutants and birth size: The LIFE Study." *Environ. Health Perspect.* 123(1):88-94. doi: 10.1289/ehp.1308016.

Rockwell, CE; Turley, AE; Cheng, X; Fields, PE; Klaassen, CD. 2017. "Persistent alterations in immune cell populations and function from a single dose of perfluorononanoic acid (PFNA) in C57Bl/6 mice." *Food Chem. Toxicol.* 100:24-33. doi: 10.1016/j.fct.2016.12.004.

Rodricks, JV; Rieth, SH. 1998. "Toxicological risk assessment in the courtroom: Are available methodologies suitable for evaluating toxic tort and product liability claims?" *Regul. Toxicol. Pharmacol.* 27:21-31.

Rohling, SR. [3M Riker Laboratories, Inc.]. 1977. Interoffice correspondence to A. Welter re: *Salmonella*/Mammalian-Microsome Mutagenicity Testing. 1p., March 31. [3M_AL_GA_00591298]

Rosen, MB; Abbott, BD; Wolf, DC; Corton, JC; Wood, CR; Schmid, JE; Das, KP; Zehr, RD; Blair, ET; Lau, C. 2008a. "Gene profiling in the livers of wild-type and PPARalpha-null mice exposed to perfluorooctanoic acid." *Toxicol. Pathol.* 36(4):592-607.

Rosen, MB; Lee, JS; Ren, H; Vallanat, B; Liu, J; Waalkes, MP; Abbott, BD; Lau, C; Corton, JC. 2008b. "Toxicogenomic dissection of the perfluorooctanonic acid transcript profile in mouse liver: Evidence of the involvement of nuclear receptors PPAR{alpha}and CAR." *Toxicol. Sci.* 103(1):46-56.

Rosen, MB; Das, KP; Rooney, J; Abbott, B; Lau, C; Corton, JC. 2017. "PPARalpha-independent transcriptional targets of perfluoroalkyl acids revealed by transcript profiling." *Toxicology* 387:95-107. doi: 10.1016/j.tox.2017.05.013.

Rosen, MB; Thibodeaux, JR; Wood, CR; Zehr, RD; Schmid, JE; Lau, C. 2007. "Gene expression profiling in the lung and liver of PFOA-exposed mouse fetuses." *Toxicology* 239(1-2):15-33.

Ruark, CD; Song, G; Yoon, M; Verner, MA; Andersen, ME; Clewell, HJ III; Longnecker, MP. 2017. "Quantitative bias analysis for epidemiological associations of perfluoroalkyl substance serum concentrations and early onset of menopause." *Environ. Int.* 99:245-254. doi: 10.1016/j.envint.2016.11.030.

Rylander, L; Lindh, CH; Hansson, SR; Broberg, K; Kallen, K. 2020. "Per- and polyfluoroalkyl substances in early pregnancy and risk for preeclampsia: A case-control study in southern Sweden." *Toxics* 8(2):e43. doi: 10.3390/toxics8020043.

Sagiv, SK; Rifas-Shiman, SL; Fleisch, AF; Webster, TF; Calafat, AM; Ye, X; Gillman, MW; Oken, E. 2018. "Early-pregnancy plasma concentrations of perfluoroalkyl substances and birth outcomes in Project Viva: Confounded by pregnancy hemodynamics?" *Am. J. Epidemiol.* 187(4):793-802. doi: 10.1093/aje/kwx332.

Sakr, CJ; Kreckmann, KH; Green, JW; Gillies, PJ; Reynolds, JL; Leonard, RC. 2007a. "Cross-sectional study of lipids and liver enzymes related to a serum biomarker of exposure (ammonium perfluorooctanoate or APFO) as part of a general health survey in a cohort of occupationally exposed workers." *J. Occup. Environ. Med.* 49(10):1086-1096.

Sakr, CJ; Leonard, RC; Kreckmann, KH; Slade, MD; Cullen, MR. 2007b. "Longitudinal study of serum lipids and liver enzymes in workers with occupational exposure to ammonium perfluorooctanoate." *J. Occup. Environ. Med.* 49(8):872-879.

Sakr, CJ; Symons, JM; Kreckmann, KH; Leonard, RC. 2009. "Ischaemic heart disease mortality study among workers with occupational exposure to ammonium perfluorooctanoate." *Occup. Environ. Med.* 66(10):699-703.

Salihovic, S; Stubleski, J; Karrman, A; Larsson, A; Fall, T; Lind, L; Lind, PM. 2018. "Changes in markers of liver function in relation to changes in perfluoroalkyl substances - A longitudinal study." *Environ. Int.* 117:196-203. doi: 10.1016/j.envint.2018.04.052.

Sasaki, JC; Chapin, RE; Hall, DG; Breslin, W; Moffit, J; Saldutti, L; Enright, B; Seger, M; Jarvi, K; Hixon, M; Mitchard, T; Kim, JH. 2011. "Incidence and nature of testicular toxicity findings in pharmaceutical development." *Birth Defects Res. B Dev. Reprod. Toxicol.* 92(6):511-525.

Savitz, DA; Stein, CR; Bartell, SM; Elston, B; Gong, J; Shin, HM; Wellenius, GA. 2012a. "Perfluorooctanoic acid exposure and pregnancy outcome in a highly exposed community." *Epidemiology* 23(3):386-392.

Savitz, DA; Stein, CR; Elston, B; Wellenius, GA; Bartell, SM; Shin, HM; Vieira, VM; Fletcher, T. 2012b. "Relationship of perfluorooctanoic acid exposure to pregnancy outcome based on birth records in the mid-Ohio Valley." *Environ. Health Perspect.* 120(8):1201-1207. doi: 10.1289/ehp.1104752.

Schoeters, G; Govarts, E; Bruckers, L; Den Hond, E; Nelen, V; De Henauw, S; Sioen, I; Nawrot, TS; Plusquin, M; Vriens, A; Covaci, A; Loots, I; Morrens, B; Coertjens, D; Van Larebeke, N; De Craemer, S; Croes, K; Lambrechts, N; Colles, A; Baeyens, W. 2017. "Three cycles of human biomonitoring in Flanders - Time trends observed in the Flemish Environment and Health Study." *Int. J. Hyg. Environ. Health* 220(2 pt. A):36-45. doi: 10.1016/j.ijheh.2016.11.006.

Schuman, LM; Mandel, JS. [Epidemiologic Associates]. 1980. "An Epidemiologic Mortality Study of Employees at the Chemolite Plant." 16p., February. [3M_AL_GA_00022872]

Scott, BF; Macdonald, RW; Kannan, K; Fisk, A; Witter, A; Yamashita, N; Durham, L; Spencer, C; Muir, DC. 2005. "Trifluoroacetate profiles in the Arctic, Atlantic, and Pacific oceans." *Environ. Sci. Technol.* 39(17):6555-6560. doi: 10.1021/es047975u.

Seacat, AM; Thomford, PJ; Hansen, KJ; Clemen, LA; Eldridge, SR; Elcombe, CR; Butenhoff, JL. 2003. "Sub-chronic dietary toxicity of potassium perfluorooctanesulfonate in rats." *Toxicology* 183:117-131.

Seacat, AM; Thomford, PJ; Jansen, KJ; Olsen, GW; Case, MT; Butenhoff, JL. 2002. "Subchronic toxicity studies on perfluorooctanesulfonate potassium salt in Cynomolgus monkeys." *Toxicol. Sci.* 68:249-264.

Seals, R; Bartell, SM; Steenland, K. 2011. "Accumulation and clearance of perfluorooctanoic acid (PFOA) in current and former residents of an exposed community." *Environ. Health Perspect.* 119(1):119-124. doi: 10.1289/ehp.1002346.

Seo, SH; Son, MH; Choi, SD; Lee, DH; Chang, YS. 2018. "Influence of exposure to perfluoroalkyl substances (PFASs) on the Korean general population: 10-year trend and health effects." *Environ. Int.* 113:149-161. doi: 10.1016/j.envint.2018.01.025.

Shane, HL; Baur, R; Lukomska, E; Weatherly, L; Anderson, SE. 2020. "Immunotoxicity and allergenic potential induced by topical application of perfluorooctanoic acid (PFOA) in a murine model." *Food Chem. Toxicol.* 136:111114. doi: 10.1016/j.fct.2020.111114.

Shankar, A; Xiao, J; Ducatman, A. 2011. "Perfluoroalkyl chemicals and chronic kidney disease in US adults." *Am. J. Epidemiol.* 174(8):893-900.

Shearer, JJ; Callahan, CL; Calafat, AM; Huang, WY; Jones, RR; Sabbisetti, VS; Freedman, ND; Sampson, JN; Silverman, DT; Purdue, MP; Hofmann, JN. 2020. "Serum concentrations of per- and polyfluoroalkyl substances and risk of renal cell carcinoma." *J. Natl. Cancer Inst.* doi: 10.1093/jnci/djaa143.

Shih, YH; Blomberg, AJ; Bind, MA; Holm, D; Nielsen, F; Heilmann, C; Weihe, P; Grandjean, P. 2021. "Serum vaccine antibody concentrations in adults exposed to per- and polyfluoroalkyl substances: A birth cohort in the Faroe Islands." *J. Immunotoxicol.* 18(1):85-92. doi: 10.1080/1547691X.2021.1922957.

Shoaff, J; Papandonatos, GD; Calafat, AM; Chen, A; Lanphear, BP; Ehrlich, S; Kelsey, KT; Braun, JM. 2018. "Prenatal exposure to perfluoroalkyl substances: Infant birth weight and early life growth." *Environ. Epidemiol.* 2:e010. doi: 10.1097/EE9.0000000000000010.

Shrestha, S; Bloom, MS; Yucel, R; Seegal, RF; Wu, Q; Kannan, K; Rej, R; Fitzgerald, EF. 2014. "Perfluoroalkyl substances and thyroid function in older adults." *Environ. Int.* 75:206-214. doi: 10.1016/j.envint.2014.11.018.

Simmon, VF; Marx, N. [SRI International]. 1978. "*In Vitro* Microbiological Mutagenicity Assays of 3M Company Compounds T-2247 CoC and T-2248 CoC (Final)." Report to 3M Co. 22p., September 5. [3M_AL_GA_00591306]

Singer, AB; Whitworth, KW; Haug, LS; Sabaredzovic, A; Impinen, A; Papadopoulou, E; Longnecker, MP. 2018. "Menstrual cycle characteristics as determinants of plasma concentrations of perfluoroalkyl substances (PFASs) in the Norwegian Mother and Child Cohort (MoBa study)." *Environ. Res.* 166:78-85. doi: 10.1016/j.envres.2018.05.019.

Singh, S; Singh, SK. 2018. "Chronic exposure to perfluorononanoic acid impairs spermatogenesis, steroidogenesis and fertility in male mice." *J. Appl. Toxicol.* doi: 10.1002/jat.3733.

Singh, S; Singh, SK. 2019. "Prepubertal exposure to perfluorononanoic acid interferes with spermatogenesis and steroidogenesis in male mice." *Ecotoxicol. Environ. Saf.* 170:590-599. doi: 10.1016/j.ecoenv.2018.12.034.

Skogheim, TS; Villanger, GD; Weyde, KVF; Engel, SM; Suren, P; Oie, MG; Skogan, AH; Biele, G; Zeiner, P; Overgaard, KR; Haug, LS; Sabaredzovic, A; Aase, H. 2020. "Prenatal exposure to perfluoroalkyl substances and associations with symptoms of attention-deficit/hyperactivity disorder and cognitive functions in preschool children." *Int. J. Hyg. Environ. Health* 223(1):80-92. doi: 10.1016/j.ijheh.2019.10.003.

Slitt, AL. 2019. "Absorption, distribution, and excretion of toxicants." In *Casarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition)*. (Ed.: Klaassen, CD), McGraw-Hill Education, New York, NY, p159-192.

Smit, LA; Lenters, V; Hoyer, BB; Lindh, CH; Pedersen, HS; Liermontova, I; Jonsson, BA; Piersma, AH; Bonde, JP; Toft, G; Vermeulen, R; Heederik, D. 2015. "Prenatal exposure to environmental chemical contaminants and asthma and eczema in school-age children." *Allergy* 70(6):653-660. doi: 10.1111/all.12605.

Snodgrass, WR. 1996. "Clinical toxicology." In *Casarett and Doull's Toxicology: The Basic Science of Poisons (Fifth Edition)*. (Eds.: Klaassen, CD; Amdur, MO; Doull, J), McGraw-Hill Companies, Inc., New York, NY, p969-986.

Snow, EC. 1995. "*In vitro* approaches to evaluate deficits in B-lymphocyte function." In *Methods in Immunotoxicology: Volume I*. (Eds.: Burleson, GR; Dean, JH; Munson, AE), Wiley-Liss, Inc., New York, NY, p451-467.

Sohlenius, AK; Andersson, K; DePierre, JW. 1992. "The effects of perfluoro-octanoic acid on hepatic peroxisome proliferation and related parameter show no sex-related differences in mice." *Biochem. J.* 285(3):779-783.

Sohlenius, AK; Eriksson, AM; Hogstrom, C; Kimland, M; DePierre, JW. 1993. "Perfluorooctane sulfonic acid is a potent inducer of peroxisomal fatty acid beta-oxidation and other activities known to be affected by peroxisome proliferators in mouse liver." *Pharmacol. Toxicol.* 72(2):90-93.

Son, HY; Kim, SH; Shin, HI; Bae, HI; Yang, JH. 2008. "Perfluorooctanoic acid-induced hepatic toxicity following 21-day oral exposure in mice." *Arch. Toxicol.* 82(4):239-246.

Song, P; Li, D; Wang, X; Zhong, X. 2018a. "Effects of perfluorooctanoic acid exposure during pregnancy on the reproduction and development of male offspring mice." *Andrologia* doi: 10.1111/and.13059.

Song, X; Tang, S; Zhu, H; Chen, Z; Zang, Z; Zhang, Y; Niu, X; Wang, X; Yin, H; Zeng, F; He, C. 2018b. "Biomonitoring PFAAs in blood and semen samples: Investigation of a potential link between PFAAs exposure and semen mobility in China." *Environ. Int.* 113:50-54. doi: 10.1016/j.envint.2018.01.010.

Spector, WS. 1956. "Handbook of toxicology: Volume I: Acute toxicities of solids, liquids and gases to laboratory animals (Excerpts)." In *Handbook of Toxicology: Volume I: Acute Toxicities of solids, Liquids and Gases to Laboratory Animals.* (Ed.: Spector, WS), W.B. Saunders Co., Philadelphia, PA, 7p.

Spratlen, MJ; Perera, FP; Lederman, SA; Robinson, M; Kannan, K; Herbstman, J; Trasande, L. 2019. "The association between perfluoroalkyl substances and lipids in cord blood." *J. Clin. Endocrinol. Metab.* doi: 10.1210/clinem/dgz024.

Stahl, T; Heyn, J; Thiele, H; Huther, J; Failing, K; Georgii, S; Brunn, H. 2009. "Carryover of perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) from soil to plants." *Arch. Environ. Contam. Toxicol.* 57(2):289-298.

Staples, RE; Burgess, BA; Kerns, WD. 1984. "The embryo-fetal toxicity and teratogenic potential of ammonium perfluorooctanoate (APFO) in the rat." *Fundam. Appl. Toxicol.* 4(3 pt. 1):429-440. doi: 10.1093/toxsci/4.3part1.429. [3M_AL_GA_00592140]

Starling, AP; Adgate, JL; Hamman, RF; Kechris, K; Calafat, AM; Dabelea, D. 2019. "Prenatal exposure to per- and polyfluoroalkyl substances and infant growth and adiposity: The Healthy Start Study." *Environ. Int.* 131:104983. doi: 10.1016/j.envint.2019.104983.

Starling, AP; Adgate, JL; Hamman, RF; Kechris, K; Calafat, AM; Ye, X; Dabelea, D. 2017. "Perfluoroalkyl substances during pregnancy and offspring weight and adiposity at birth: Examining mediation by maternal fasting glucose in the Healthy Start study." *Environ. Health Perspect.* 125(6):067016. doi: 10.1289/EHP641.

Starling, AP; Engel, SM; Richardson, DB; Baird, DD; Haug, LS; Stuebe, AM; Klungsoyr, K; Harmon, Q; Becher, G; Thomsen, C; Sabaredzovic, A; Eggesbo, M; Hoppin, JA; Travlos, GS; Wilson, RE; Trogstad, LI; Magnus, P; Longnecker, MP. 2014a. "Perfluoroalkyl substances during pregnancy and validated preeclampsia among nulliparous women in the Norwegian Mother and Child Cohort Study." *Am. J. Epidemiol.* 179:824-833. doi: 10.1093/aje/kwt432.

Starling, AP; Engel, SM; Whitworth, KW; Richardson, DB; Stuebe, AM; Daniels, JL; Haug, LS; Eggesbo, M; Becher, G; Sabaredzovic, A; Thomsen, C; Wilson, RE; Travlos, GS; Hoppin, JA; Baird, DD; Longnecker, MP. 2014b. "Perfluoroalkyl substances and lipid concentrations in plasma during pregnancy among women in the Norwegian Mother and Child Cohort Study." *Environ. Int.* 62:104-112. doi: 10.1016/j.envint.2013.10.004.

Steenland, K; Barry, V; Savitz, D. 2018b. "Serum perfluorooctanoic acid and birthweight: An updated meta-analysis with bias analysis." *Epidemiology* 29(6):765-776. doi: 10.1097/EDE.0000000000000903.

Steenland, K; Hofmann, JN; Silverman, DT; Bartell, SM. 2022. "Risk assessment for PFOA and kidney cancer based on a pooled analysis of two studies." *Environ. Int.* 167:107425. doi: 10.1016/j.envint.2022.107425.

Steenland, K; Fletcher, T; Savitz, DA. 2010a. "Epidemiologic evidence on the health effects of perfluorooctanoic acid (PFOA)." *Environ. Health Perspect.* 118(8):1100-1188.

Steenland, K; Fletcher, T; Stein, CR; Bartell, SM; Darrow, L; Lopez-Espinosa, MJ; Barry Ryan, P; Savitz, DA. 2020. "Review: Evolution of evidence on PFOA and health following the assessments of the C8 Science Panel." *Environ. Int.* 145:106125. doi: 10.1016/j.envint.2020.106125.

Steenland, K; Kugathasan, S; Barr, DB. 2018a. "PFOA and ulcerative colitis." *Environ. Res.* 165:317-321. doi: 10.1016/j.envres.2018.05.007.

Steenland, K; Tinker, S; Frisbee, S; Ducatman, A; Vaccarino, V. 2009. "Association of perfluorooctanoic acid and perfluorooctane sulfonate with serum lipids among adults living near a chemical plant." *Am. J. Epidemiol.* 170(10):1268-1278.

Steenland, K; Tinker, S; Shankar, A; Ducatman, A. 2010b. "Association of perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) with uric acid among adults with elevated community exposure to PFOA." *Environ. Health Perspect.* 118(2):229-233.

Steenland, K; Winquist, A. 2021. "PFAS and cancer, a scoping review of the epidemiologic evidence." *Environ. Res.* 194:110690. doi: 10.1016/j.envres.2020.110690.

Steenland, K; Woskie, S. 2012. "Cohort mortality study of workers exposed to perfluorooctanoic acid." *Am. J. Epidemiol.* 176(10):909-917.

Steenland, K; Zhao, L; Winquist, A. 2015. "A cohort incidence study of workers exposed to perfluorooctanoic acid (PFOA)." *Occup. Environ. Med.* 72(5):373-380. doi: 10.1136/oemed-2014-102364.

Steenland, K; Zhao, L; Winquist, A; Parks, C. 2013. "Ulcerative colitis and perfluorooctanoic acid (PFOA) in a highly exposed population of community residents and workers in the mid-Ohio valley." *Environ. Health Perspect.* 121(8):900-905. doi: 10.1289/ehp.1206449.

Stein, CR; Ge, Y; Wolff, MS; Ye, X; Calafat, AM; Kraus, T; Moran, TM. 2016b. "Perfluoroalkyl substance serum concentrations and immune response to FluMist vaccination among healthy adults." *Environ. Res.* 149:171-178. doi: 10.1016/j.envres.2016.05.020.

Stein, CR; McGovern, KJ; Pajak, AM; Maglione, PJ; Wolff, MS. 2016a. "Perfluoroalkyl and polyfluoroalkyl substances and indicators of immune function in children aged 12 - 19 years: National Health and Nutrition Examination Survey." *Pediatr. Res.* 79(2):348-357. doi: 10.1038/pr.2015.213.

Stein, CR; Savitz, DA; Bellinger, DC. 2013. "Perfluorooctanoate and neuropsychological outcomes in children." *Epidemiology* 24(4):590-599. doi: 10.1097/EDE.0b013e3182944432.

Stein, CR; Savitz, DA; Bellinger, DC. 2014. "Perfluorooctanoate exposure in a highly exposed community and parent and teacher reports of behaviour in 6-12-year-old children." *Paediatr. Perinat. Epidemiol.* 28(2):146-156. doi: 10.1111/ppe.12097.

Stein, CR; Savitz, DA; Dougan, M. 2009. "Serum levels of perfluorooctanoic acid and perfluorooctane sulfonate and pregnancy outcome." *Am. J. Epidemiol.* 170(7):837-846. doi: 10.1093/aje/kwp212.

Stone Research Laboratories. 1981. "An Assay of Cell Transformation and Cytotoxicity in the C3H 10T 1/2 Clonal Cell Line for the Test Chemical T-2942 CoC." Report to 3M Corp. 18p., March 4. [3M_AFFF_MDL03535119]

Strom, M; Hansen, S; Olsen, SF; Haug, LS; Rantakokko, P; Kiviranta, H; Halldorsson, T. 2014. "Persistent organic pollutants measured in maternal serum and offspring neurodevelopmental outcomes - A prospective study with long-term follow-up." *Environ. Int.* 68:41-48. doi: 10.1016/j.envint.2014.03.002.

Stump, DG. [WIL Research Laboratories, LLC]. 2008. "An Oral (Gavage) Developmental Neurotoxicity and Thyroid Function Study of MTDID 208 in Rats (Volumes 1-6) (Final)." Report to 3M Corp. 2168p., January 10. [3M_AL_GA_00592152]

Sundstrom, M; Chang, SC; Noker, PE; Gorman, GS; Hart, JA; Ehresman, DJ; Bergman, A; Butenhoff, JL. 2012. "Comparative pharmacokinetics of perfluorohexanesulfonate (PFHxS) in rats, mice, and monkeys." *Reprod. Toxicol.* 33(4):441-451. doi: 10.1016/j.reprotox.2011.07.004.

Sussman, RM. [Latham & Watkins]. 2000. Letter to C. Auer and O. Hernandez (US EPA) re: Confirmation of meeting with 3M on April 28, 2000 to discuss PFOS issues. 1p., April 27. [3M_AFFF_MDL01645715]

Taconic Biosciences, Inc. 2020. "BALB/c: Mice growth chart."

Takacs, ML; Abbott, BD. 2007. "Activation of mouse and human peroxisome proliferator-activated receptors (alpha, beta/delta, gamma) by perfluorooctanoic acid and perfluorooctane sulfonate." *Toxicol. Sci.* 95(1):108-117.

Tatum-Gibbs, K; Wambaugh, JF; Das, KP; Zehr, RD; Strynar, MJ; Lindstrom, AB; Delinsky, A; Lau, C. 2011. "Comparative pharmacokinetics of perfluorononanoic acid in rat and mouse." *Toxicology* 281(1-3):48-55. doi: 10.1016/j.tox.2011.01.003.

Taurog, AM. 2000. "Hormone synthesis: Thyroid iodine metabolism." In *Werner & Ingbar's The Thyroid: A Fundamental and Clinical Text (Eighth Edition).* (Eds.: Braverman, LE; Utiger, RD), Lippincott Williams & Wilkins, Philadelphia, PA, p61-85.

Taves, DR. 1968. "Evidence that there are two forms of fluoride in human serum." *Nature* 217(5133):1050-1051.

Taylor, KW; Hoffman, K; Thayer, KA; Daniels, JL. 2014. "Polyfluoroalkyl chemicals and menopause among women 20-65 years of age (NHANES)." *Environ. Health Perspect.* 122(2):145-150. doi: 10.1289/ehp.1306707.

Thibodeaux, JR; Hanson, RG; Rogers, JM; Grey, BE; Barbee, BD; Richards, JH; Butenhoff, JL; Stevenson, LA; Lau, C. 2003. "Exposure to perfluorooctane sulfonate during pregnancy in rat and mouse. I. Maternal and prenatal evaluations." *Toxicol. Sci.* 74(2):369-381. doi: 10.1093/toxsci/kfg121.

Thomford, PJ. [Covance Laboratories, Inc.]. 1998. "4-Week Capsule Toxicity Study with Perfluorooctane Sulfonic Acid Potassium Salt (PFOS; T- 6295) in Cynomolgus Monkeys (Unaudited final draft)." Report to 3M Co. 228p., August 20. [3M_AL_GA_00011801]

Thomford, PJ. [Covance Laboratories, Inc.]. 2002a. "26-Week Capsule Toxicity Study with Perfluorooctane Sulfonic Acid Potassium Salt (PFOS; T-6295) in Cynomolgus Monkeys (Final Report) (Covance Study 6329-223) (3M Study No. T-6295.7)." Report to 3M Specialty Materials, St. Paul, MN. Submitted to Submitted to US EPA, Office of Pollution Prevention and Toxics Docket. Docket No. AR-226. 1094p., January 11. [3M_AL_GA_00129960]

Thomford, PJ. [Covance Laboratories, Inc.]. 2002b. "104-Week Dietary Chronic Toxicity and Carcinogenicity Study with Perfluorooctane Sulfonic Acid Potassium Salt (PFOS; T-6295) in Rats (Final Report) (Covance Study 6329-183) (3M Study No. T-6295)." Report to 3M, St. Paul, MN. Submitted to US EPA, Office of Pollution Prevention and Toxics Docket. Docket No. AR-226. 4068p., January 2. [3M_AL_GA_00125892]

Thompson, CM; Sonawane, B; Barton, HA; DeWoskin, RS; Lipscomb, JC; Schlosser, P; Chiu, WA; Krishnan, K. 2008. "Approaches for applications of physiologically based pharmacokinetic models in risk assessment." *J. Toxicol. Environ. Health B Crit. Rev.* 11(7):519-547.

Thompson, J; Lorber, M; Toms, LM; Kato, K; Calafat, AM; Mueller, JF. 2010. "Use of simple pharmacokinetic modeling to characterize exposure of Australians to perfluorooctanoic acid and perfluorooctane sulfonic acid." *Environ. Int.* 36(4):390-397.

Tian, YP; Zeng, XW; Bloom, MS; Lin, S; Wang, SQ; Yim, SHL; Yang, M; Chu, C; Gurram, N; Hu, LW; Liu, KK; Yang, BY; Feng, D; Liu, RQ; Nian, M; Dong, GH. 2019. "Isomers of perfluoroalkyl substances and overweight status among Chinese by sex status: Isomers of C8 Health Project in China." *Environ. Int.* 124:130-138. doi: 10.1016/j.envint.2019.01.006.

Timmermann, CA; Budtz-Jorgensen, E; Jensen, TK; Osuna, CE; Petersen, MS; Steuerwald, U; Nielsen, F; Poulsen, LK; Weihe, P; Grandjean, P. 2017. "Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination." *J. Immunotoxicol.* 14(1):39-49. doi: 10.1080/1547691X.2016.1254306.

Timmermann, CA; Rossing, LI; Grontved, A; Ried-Larsen, M; Dalgard, C; Andersen, LB; Grandjean, P; Nielsen, F; Svendsen, KD; Scheike, T; Jensen, TK. 2014. "Adiposity and glycemic control in children exposed to perfluorinated compounds." *J. Clin. Endocrinol. Metab.* 99(4):E608-E614. doi: 10.1210/jc.2013-3460.

Timmermann, CAG; Jensen, KJ; Nielsen, F; Budtz-Jorgensen, E; Van der Klis, F; Benn, CS; Grandjean, P; Fisker, AB. 2020. "Serum perfluoroalkyl substances, vaccine responses, and morbidity in a cohort of Guinea-Bissau children." *Environ. Health Perspect.* 128(8):87002. doi: 10.1289/EHP6517.

Tiwari, TSP. 2011. "Diphtheria." In *Manual for the Surveillance of Vaccine-Preventable Diseases (Fifth Edition).* (Eds.: Roush, SW; Baldy, LM), Centers for Disease Control and Prevention, Atlanta, GA, 9p. Accessed at http://www.cdc.gov/vaccines/pubs/surv-manual/chpt01-dip.pdf.

Toft, G; Jonsson, BA; Bonde, JP; Norgaard-Pedersen, B; Hougaard, DM; Cohen, A; Lindh, CH; Ivell, R; Anand-Ivell, R; Lindhard, MS. 2016. "Perfluorooctane sulfonate concentrations in amniotic fluid, biomarkers of fetal Leydig cell function, and cryptorchidism and hypospadias in Danish boys (1980–1996)." *Environ. Health Perspect.* 124(1):151-156. doi: 10.1289/ehp.1409288.

Tollestrup, K; Frost, FJ; Harter, LC; McMillan, GP. 2003. "Mortality among children residing near the American Smelting and Refining Company (ASARCO) copper smelter in Ruston, Washington." *Arch. Environ. Health* 58(11):683-691.

Tomasetti, C; Li, L; Vogelstein, B. 2017. "Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention." *Science* 355(6331):1330-1334. doi: 10.1126/science.aaf9011.

Torres, L; Redko, A; Limper, C; Imbiakha, B; Chang, S; August, A. 2021. "Effect of perfluorooctanesulfonic acid (PFOS) on immune cell development and function in mice." *Immunol. Lett.* doi: 10.1016/j.imlet.2021.03.006.

Tsai, JC; Sheu, HM; Hung, PL; Cheng, CL. 2001. "Effect of barrier disruption by acetone treatment on the permeability of compounds with various lipophilicities: Implications for the permeability of compromised skin." *J. Pharm. Sci.* 90(9):1242-1254. doi: 10.1002/jps.1077.

Tsai, MS; Chang, SH; Kuo, WH; Kuo, CH; Li, SY; Wang, MY; Chang, DY; Lu, YS; Huang, CS; Cheng, AL; Lin, CH; Chen, PC. 2020. "A case-control study of perfluoroalkyl substances and the risk of breast cancer in Taiwanese women." *Environ. Int.* 142:105850. doi: 10.1016/j.envint.2020.105850.

Tsai, MS; Lin, CY; Lin, CC; Chen, MH; Hsu, SH; Chien, KL; Sung, FC; Chen, PC; Su, TC. 2015. "Association between perfluoroalkyl substances and reproductive hormones in adolescents and young adults." *Int. J. Hyg. Environ. Health* 218(5):437-443. doi: 10.1016/j.ijheh.2015.03.008.

Tsuji, JS; Van Kerkhove, MD; Kaetzel, RS; Scrafford, CG; Mink, PJ; Barraj, LM; Crecelius, EA; Goodman, M. 2005. "Evaluation of exposure to arsenic in residential soil." *Environ. Health Perspect.* 113:1735-1740.

Tucker, DK; Macon, MB; Strynar, MJ; Dagnino, S; Andersen, E; Fenton, SE. 2015. "The mammary gland is a sensitive pubertal target in CD-1 and C57Bl/6 mice following perinatal perfluorooctanoic acid (PFOA) exposure." *Reprod. Toxicol.* 54:26-36. doi: 10.1016/j.reprotox.2014.12.002.

Ubel, FA. [3M]. 1980. Letter to A. Robbins (NIOSH) re: Notice to EPA regarding Section 8(e) of the Toxic Substance Control Act. 1p., November 19. [3M_AFFF_MDL01789168]

Ubel, FA; Sorenson, SD; Roach, DE. 1980. "Health status of plant workers exposed to fluorochemicals - A preliminary report." *Am. Ind. Hyg. Assoc. J.* 41(8):584-589.

University of California, Irvine. 1985. "Cellular Effects of Perfluorinated Fatty Acids." Report to US Air Force, Office of Scientific Research, AFOSR-TR-86-0842, NTIS ADA173061. 18p., January.

University of Surrey. 1993. "Comparative Toxicity of Halogenated Hydrocarbons: Molecular Aspects." Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-93-0710, NTIS ADA270287, 8p., July 13. Accessed at https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/ADA270287.xhtml.

University of the District of Columbia. 1982. "A Neurobehavioral Study of Rats Using a Model Perfluorinated Acid, NDFDA." Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-82-0634, NTIS ADA118560, 22p., July 13. Accessed at https://apps.dtic.mil/sti/pdfs/ADA118560.pdf.

University of Wisconsin. 1990. "Toxicology of Perfluorodecanoic Acid." School of Pharmacy. Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-90-1183, NTIS ADA230280, 17p., November. Accessed at https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/ADA230280.xhtml.

US Air Force (USAF). 1974. "Treatability of Aqueous Film-Forming Foams Used for Fire Fighting (Final Report)." Air Force Weapons Laboratory, NTIS AD775366, Technical Report No. AFWL-TR-73-279, 92p., February. Accessed at https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/AD775366.xhtml.

US EPA. 1982. "Health Effects Test Guidelines." Office of Pesticides and Toxic Substances, Office of Toxic Substances. EPA 560/6-82-001; NTIS PB82-232984. 463p., August.

US EPA. 1989. "Risk Assessment Guidance for Superfund (RAGS). Volume I: Human Health Evaluation Manual (Part A) (Interim Final)." Office of Emergency and Remedial Response, NTIS PB90-155581, EPA-540/1-89-002, 287p., December. Accessed at https://semspub.epa.gov/work/HQ/191.pdf.

US EPA. 1993. "Reference Dose (RfD): Description and Use in Risk Assessments." IRIS Background Document 1A. 9p., March 15.

US EPA. 1996a. "Guidelines for Reproductive Toxicity Risk Assessment." EPA/630/R-96/009, 143p., October. Accessed at https://www.epa.gov/sites/production/files/2014-11/documents/guidelines_repro_toxicity.pdf.

US EPA. 1996b. "Biochemicals Test Guidelines: OPPTS 880.3550 - Immunotoxicity." Office of Prevention, Pesticides and Toxic Substances, EPA 712-C-96-280, 14p., February.

US EPA. 1996c. "Biochemicals Test Guidelines: OPPTS 880.3800 - Immune Response." Office of Prevention, Pesticides and Toxic Substances. EPA 712-C-96-281. 8p., February.

US EPA. 1998. "Assessment of Thyroid Follicular Cell Tumors." Risk Assessment Forum, EPA/630/R-97/002, 51p., March. Accessed at http://www.epa.gov/ncea/pdfs/thyroid.pdf.

US EPA. 2000. "National Air Toxics Program: The Integrated Urban Strategy. Report to Congress." Office of Air Quality Planning and Standards, EPA-453/R-99-007, 159p., July. Accessed at https://www.epa.gov/sites/production/files/2014-08/documents/072000-urban-air-toxics-report-congress.pdf.

US EPA. 2001. "IRIS Chemical Assessment Summary for Chloroform (CAS No. 67-66-3)." 39p., October 19. Accessed at https://www.epa.gov/iris.

US EPA. 2002a. "A Review of the Reference Dose and Reference Concentration Processes (Final)." Risk Assessment Forum, Reference Dose/Reference Concentration (RfD/RfC) Technical Panel, EPA/630/P-02/002F, 192p., December. Accessed at https://www.epa.gov/sites/production/files/2014-12/documents/rfd-final.pdf.

US EPA. 2002b. "Hepatocellular Hypertrophy." Office of Pesticide Programs, Health Effects Division, HED TOXicology Science Advisory Council (TOXSAC), HED Guidance Document G0201, 24p., October 21.

US EPA. 2003. "Preliminary Risk Assessment of the Developmental Toxicity Associated with Perfluorooctanoic Acid and its Salts (Draft)." Office of Pollution Prevention and Toxics, Risk Assessment Division, 61p., April 10. Accessed at https://static.ewg.org/reports/2003/pfcs/EPA_RA_full.pdf.

US EPA. 2004a. "An Examination of EPA Risk Assessment Principles and Practices." Office of the Science Advisor, Risk Assessment Task Force, 192p., March. Accessed at https://nepis.epa.gov/Exe/ZyPDF.cgi/ 100045MJ.PDF?Dockey=100045MJ.PDF.

US EPA. 2004b. "Risk Assessment Guidance for Superfund (RAGS). Volume I: Human Health Evaluation Manual (Part E, Supplemental Guidance for Dermal Risk Assessment) (Final)." Office of Superfund Remediation and Technology Innovation, EPA/540/R/99/005, OSWER 9285.7-02EP, PB99-963312, 156p., July. Accessed at https://www.epa.gov/sites/production/files/2015-09/documents/part_e_final_ revision_10-03-07.pdf.

US EPA. 2005. "Guidelines for Carcinogen Risk Assessment (Final)." Risk Assessment Forum, EPA/630/P-03/001F, 166p., March. Accessed at https://www3.epa.gov/airtoxics/cancer_guidelines_final_ 3-25-05.pdf.

US EPA. 2006. "Use of Physiologically Based Pharmacokinetic Models to Quantify the Impact of Human Age and Interindividual Differences in Physiology and Biochemistry Pertinent to Risk." Office of Research and Development, National Center for Environmental Assessment, EPA/600/R-06/014A, 234p., March. Accessed at https://cfpub.epa.gov/ncea/caddis/recordisplay.cfm?deid=151384.

US EPA. 2011a. "Integrated Risk Information System (IRIS) Glossary/Acronyms & Abbreviations." 11p., August 31. Accessed at http://ofmpub.epa.gov/sor_internet/registry/termreg/searchandretrieve/glossaries andkeywordlists/search.do?details=&vocabName=IRIS%20Glossary.

US EPA. 2011b. "Recommended Use of Body Weight(3/4) as the Default Method in Derivation of the Oral Reference Dose (Final)." Risk Assessment Forum, EPA/100/R11/0001, 50p. Accessed at https://www.epa.gov/sites/production/files/2013-09/documents/recommended-use-of-bw34.pdf.

US EPA. 2014. "IRIS Limitations." 2p., October 31.

US EPA. 2016a. "Implementation of requirements under the Food Quality Protection Act (FQPA)." February 22. Accessed at https://archive.epa.gov/pesticides/regulating/laws/fqpa/web/html/fqpa_ implementation.html.

US EPA. 2016b. "Health Effects Support Document for Perfluorooctanoic Acid (PFOA)." Office of Water, EPA 822-R-16-003, 322p., May. Accessed at https://www.epa.gov/sites/production/files/2016-05/ documents/pfoa_hesd_final-plain.pdf.

US EPA. 2016c. "Health Effects Support Document for Perfluorooctane Sulfonate (PFOS)." Office of Water, EPA 822-R-16-002, 245p., May. Accessed at https://www.epa.gov/sites/production/files/2016-05/ documents/pfos_hesd_final_4944508.pdf.

US EPA. 2016d. "Drinking Water Health Advisory for Perfluorooctanoic Acid (PFOA)." Office of Water, EPA 822-R-16-005, 103p., May. Accessed at https://www.epa.gov/sites/production/files/2016-05/documents/pfoa_health_advisory_final-plain.pdf.

US EPA. 2016e. "Drinking Water Health Advisory for Perfluorooctane Sulfonate (PFOS)." Office of Water, EPA 822-R-16-004, 88p., May. Accessed at https://www.epa.gov/sites/production/files/2016-05/documents/pfos_health_advisory_final-plain.pdf.

US EPA. 2018. "Human Health Toxicity Values for Perfluorobutane Sulfonic Acid (CASRN 375-73-5) and Related Compound Potassium Perfluorobutane Sulfonate (CASRN 29420-49-3) (Public Comment Draft)." National Center for Environmental Assessment (NCEA), EPA-823-R-18-307, 151p., November. Accessed at https://www.epa.gov/sites/production/files/2018-11/documents/pfbs_public_comment_draft_toxicity_assessment_nov2018-508.pdf.

US EPA. 2019a. "Regional Screening Levels (RSLs)." Accessed at https://www.epa.gov/risk/regional-screening-levels-rsls.

US EPA. 2019b. "Regional Screening Levels (RSLs) - User's Guide." 143p., May. Accessed at https://www.epa.gov/risk/regional-screening-levels-rsls-users-guide.

US EPA. 2020. "What are PFCs and how do they relate to per- and polyfluoroalkyl substances (PFASs)?" September 25. Accessed at https://www.epa.gov/pfas/what-are-pfcs-and-how-do-they-relate-and-polyfluoroalkyl-substances-pfass.

US Food and Drug Administration (US FDA). 1980. "Inadvertent Modification of the Immune Response: The Effects of Foods, Drugs and Environmental Contaminants. Proceedings of the Fourth FDA Science Symposium, August 28-30, 1978." Office of Health Affairs, HHS Publication No. (FDA) 80-1074. 319p.

US Food and Drug Administration (US FDA). 1982. "Toxicological principles for the safety assessment of direct food additives and color additives used in food [Redbook]." Bureau of Foods. National Technical Information Service (NTIS). NTIS PB83-170696. 244p.

US Food and Drug Administration (US FDA). 1993. "Toxicological principles for the safety assessment of direct food additives and color additives used in food ["Redbook II] (Draft)." Center for Food Safety and Applied Nutrition, 236p.

US Navy. 1985. "Toxicity of Aqueous Filmforming Foams to Marine Organisms: Literature Review and Biological Assessment." Naval Ocean Systems Center. Report to US Navy, Civil Engineering Laboratory (Port Hueneme, CA). NOSC TD 825, NTIS ADA160874, 41p., July. Accessed at https://apps.dtic.mil/sti/pdfs/ADA160874.pdf.

Valberg, PA; Beck, BD; Bowers, TS; Keating, JL; Bergstrom, PD; Boardman, PD. 1997. "Issues in setting health-based cleanup levels for arsenic in soil." *Regul. Toxicol. Pharmacol.* 26:219-229.

Van Rafelghem, MJ; Inhorn, SL; Peterson, RE. 1987. "Effects of perfluorodecanoic acid on thyroid status in rats." *Toxicol. Appl. Pharmacol.* 87(3):430-439. doi: 10.1016/0041-008x(87)90248-1.

Van Rafelghem, MJ; Vanden Heuvel, JP; Menahan, LA; Peterson, RE. 1988. "Perfluorodecanoic acid and lipid metabolism in the rat." *Lipids* 23(7):671-678. doi: 10.1007/BF02535666.

Vanden Heuvel, JP; Kuslikis, BI; Van Rafelghem, MJ; Peterson, RE. 1991a. "Disposition of perfluorodecanoic acid in male and female rats." *Toxicol. Appl. Pharmacol.* 107(3):450-459. doi: 10.1016/0041-008x(91)90308-2.

Vanden Heuvel, JP; Kuslikis, BI; Van Rafelghem, MJ; Peterson, RE. 1991b. "Tissue distribution, metabolism, and elimination of perfluorooctanoic acid in male and female rats." *J. Biochem. Toxicol.* 6(2):83-92. doi: 10.1002/jbt.2570060202.

Vanden Heuvel, JP; Thompson, JT; Frame, SR; Gillies, PJ. 2006. "Differential activation of nuclear receptors by perfluorinated fatty acid analogs and natural fatty acids: A comparison of human, mouse and rat PPAR(alpha), (beta), (gamma), LXR(beta) and RXR(alpha)." *Toxicol. Sci.* 92(2):476-489. 41p.

Vassiliadou, I; Costopoulou, D; Ferderigou, A; Leondiadis, L. 2010. "Levels of perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) in blood samples from different groups of adults living in Greece." *Chemosphere* 80(10):1199-1206. doi: 10.1016/j.chemosphere.2010.06.014.

Velarde, MC; Chan, AFO; Sajo, MEJV; Zakharevich, I; Melamed, J; Uy, GLB; Teves, JMY; Corachea, AJM; Valparaiso, AP; Macalindong, SS; Cabaluna, ND; Dofitas, RB; Giudice, LC; Gerona, RR. 2022. "Elevated levels of perfluoroalkyl substances in breast cancer patients within the Greater Manila Area." *Chemosphere* 286(Pt. 1):131545. doi: 10.1016/j.chemosphere.2021.131545.

Velez, MP; Arbuckle, TE; Fraser, WD. 2015. "Maternal exposure to perfluorinated chemicals and reduced fecundity: The MIREC study." *Hum. Reprod.* doi: 10.1093/humrep/deu350.

Verner, MA; Loccisano, AE; Morken, NH; Yoon, M; Wu, H; McDougall, R; Maisonet, M; Marcus, M; Kishi, R; Miyashita, C; Chen, MH; Hsieh, WS; Andersen, ME; Clewell, HJ III; Longnecker, MP. 2015. "Associations of perfluoroalkyl substances (PFASs) with lower birth weight: An evaluation of potential confounding by glomerular filtration rate using a physiologically based pharmacokinetic model (PBPK)." *Environ. Health Perspect.* 123(12):1317-1324. doi: 10.1289/ehp.1408837.

Verner, MA; Ngueta, G; Jensen, ET; Fromme, H; Voelkel, W; Nygaard, UC; Granum, B; Longnecker, MP. 2016. "A simple pharmacokinetic model of prenatal and postnatal exposure to perfluoroalkyl substances (PFASs)." *Environ. Sci. Technol.* 50(2):978-986. doi: 10.1021/acs.est.5b04399.

Vested, A; Ramlau-Hansen, CH; Olsen, SF; Bonde, JP; Kristensen, SL; Halldorsson, TI; Becher, G; Haug, LS; Ernst, EH; Toft, G. 2013. "Associations of *in utero* exposure to perfluorinated alkyl acids with human semen quality and reproductive hormones in adult men." *Environ. Health Perspect.* 121(4):453-458. doi: 10.1289/ehp.1205118.

Vestergaard, S; Nielsen, F; Andersson, AM; Hjollund, NH; Grandjean, P; Andersen, HR; Jensen, TK. 2012. "Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive." *Hum. Reprod.* 27(3):873-880. doi: 10.1093/humrep/der450.

Vesterholm Jensen, D; Christensen, J; Virtanen, HE; Skakkebæk, NE; Main, KM; Toppari, J; Veje, CW; Andersson, AM; Nielsen, F; Grandjean, P; Jensen, TK. 2014. "No association between exposure to perfluorinated compounds and congenital cryptorchidism: A nested case-control study among 215 boys from Denmark and Finland." *Reproduction* 147(4):411-417. doi: 10.1530/REP-13-0444.

Vetvicka, V; Vetvickova, J. 2013. "Reversal of perfluorooctanesulfonate-induced immunotoxicity by a glucan-resveratrol-vitamin C combination." *Orient. Pharm. Exp. Med.* 13(1):77-84. doi: 10.1007/s13596-013-0105-7.

Viberg, H; Lee, I; Eriksson, P. 2013. "Adult dose-dependent behavioral and cognitive disturbances after a single neonatal PFHxS dose." *Toxicology* 304:185-191. doi: 10.1016/j.tox.2012.12.013.

Vieira, VM; Hoffman, K; Shin, HM; Weinberg, JM; Webster, TF; Fletcher, T. 2013. "Perfluorooctanoic acid exposure and cancer outcomes in a contaminated community: A geographic analysis." *Environ. Health Perspect.* 121(3):318-323. doi: 10.1289/ehp.1205829.

Von Sydow, LM; Grimvall, AB; Boren, HB; Laniewski, K; Nielsen, AT. 2000. "Natural background levels of trifluoroacetate in rain and snow." *Environ. Sci. Technol.* 34(15):3115-3118. doi: 10.1021/es9913683.

Vuong, AM; Braun, JM; Yolton, K; Wang, Z; Xie, C; Webster, GM; Ye, X; Calafat, AM; Dietrich, KN; Lanphear, BP; Chen, A. 2018b. "Prenatal and childhood exposure to perfluoroalkyl substances (PFAS) and measures of attention, impulse control, and visual spatial abilities." *Environ. Int.* 119:413-420. doi: 10.1016/j.envint.2018.07.013.

Vuong, AM; Yolton, K; Wang, Z; Xie, C; Webster, GM; Ye, X; Calafat, AM; Braun, JM; Dietrich, KN; Lanphear, BP; Chen, A. 2018a. "Childhood perfluoroalkyl substance exposure and executive function in children at 8 years." *Environ. Int.* 119:212-219. doi: 10.1016/j.envint.2018.06.028.

Vuong, AM; Yolton, K; Webster, GM; Sjodin, A; Calafat, AM; Braun, JM; Dietrich, KN; Lanphear, BP; Chen, A. 2016. "Prenatal polybrominated diphenyl ether and perfluoroalkyl substance exposures and executive function in school-age children." *Environ. Res.* 147:556-564. doi: 10.1016/j.envres.2016.01.008.

Vuong, AM; Yolton, K; Xie, C; Dietrich, KN; Braun, JM; Webster, GM; Calafat, AM; Lanphear, BP; Chen, A. 2019. "Prenatal and childhood exposure to poly- and perfluoroalkyl substances (PFAS) and cognitive development in children at age 8 years." *Environ. Res.* 172:242-248. doi: 10.1016/j.envres.2019.02.025.

Wambaugh, JF; Setzer, RW; Pitruzzello, AM; Liu, J; Reif, DM; Kleinstreuer, NC; Wang, NC; Sipes, N; Martin, M; Das, K; DeWitt, JC; Strynar, M; Judson, R; Houck, KA; Lau, C. 2013. "Dosimetric anchoring of *in vivo* and *in vitro* studies for perfluorooctanoate and perfluorooctanesulfonate." *Toxicol. Sci.* 136(2):308-327. doi: 10.1093/toxsci/kft204.

Wang, B; Zhang, R; Jin, F; Lou, H; Mao, Y; Zhu, W; Zhou, W; Zhang, P; Zhang, J. 2017. "Perfluoroalkyl substances and endometriosis-related infertility in Chinese women." *Environ. Int.* 102:207-212. doi: 10.1016/j.envint.2017.03.003.

Wang, H; Du, H; Yang, J; Jiang, H; O, K; Xu, L; Liu, S; Yi, J; Qian, X; Chen, Y; Jiang, Q; He, G. 2019a. "PFOS, PFOA, estrogen homeostasis, and birth size in Chinese infants." *Chemosphere* 221:349-355. doi: 10.1016/j.chemosphere.2019.01.061.

Wang, J; Zeng, XW; Bloom, MS; Qian, Z; Hinyard, LJ; Belue, R; Lin, S; Wang, SQ; Tian, YP; Yang, M; Chu, C; Gurram, N; Hu, LW; Liu, KK; Yang, BY; Feng, D; Liu, RQ; Dong, GH. 2019b. "Renal function and isomers of perfluorooctanoate (PFOA) and perfluorooctanesulfonate (PFOS): Isomers of C8 Health Project in China." *Chemosphere* 218:1042-1049. doi: 10.1016/j.chemosphere.2018.11.191.

Wang, H; Gong, Z; Zhang, L. 2022. "Association of polyfluoroalkyl substances and allergy in U.S. adolescents: Results from NHANES 2005-2006." *J. Occup. Environ. Med.* doi: 10.1097/JOM.0000000000002560.

Wang, L; Wang, Y; Liang, Y; Li, J; Liu, Y; Zhang, J; Zhang, A; Fu, J; Jiang, G. 2014a. "PFOS induced lipid metabolism disturbances in BALB/c mice through inhibition of low density lipoproteins excretion." *Sci. Rep.* 4:4582. doi: 10.1038/srep04582.

Wang, Y; Liu, W; Zhang, Q; Zhao, H; Quan, X. 2014b. "Effects of developmental perfluorooctane sulfonate exposure on spatial learning and memory ability of rats and mechanism associated with synaptic plasticity." *Food Chem. Toxicol.* 76:70-76.

Wang, X; Santostefano, MJ; DeVito, MJ; Birnbaum, LS. 2000. "Extrapolation of a PBPK model for dioxins across dosage regiment, gender, strain, and species." *Toxicol. Sci.* 56:49-60.

Wang, Y; Adgent, M; Su, PH; Chen, HY; Chen, PC; Hsiung, CA; Wang, SL. 2016. "Prenatal exposure to perfluorocarboxylic acids (PFCAs) and fetal and postnatal growth in the Taiwan maternal and infant cohort study." *Environ. Health Perspect.* doi: 10.1289/ehp.1509998.

Wang, Y; Juan, LV; Ma, X; Wang, D; Ma, H; Chang, Y; Nie, G; Jia, L; Duan, X; Liang, XJ. 2010. "Specific hemosiderin deposition in spleen induced by a low dose of cisplatin: Altered iron metabolism and its implication as an acute hemosiderin formation model." *Curr. Drug Metab.* 11(6):507-515. doi: 10.2174/138920010791636149.

Wang, Y; Rogan, WJ; Chen, HY; Chen, PC; Su, PH; Chen, HY; Wang, SL. 2015. "Prenatal exposure to perfluoroalkyl substances and children's IQ: The Taiwan maternal and infant cohort study." *Int. J. Hyg. Environ. Health* 218(7):639-644. doi: 10.1016/j.ijheh.2015.07.002.

Wang, Y; Rogan, WJ; Chen, PC; Lien, GW; Chen, HY; Tseng, YC; Longnecker, MP; Wang, SL. 2014d. "Association between maternal serum perfluoroalkyl substances during pregnancy and maternal and cord thyroid hormones: Taiwan Maternal and Infant Cohort Study." *Environ. Health Perspect.* 122(5):529-534. doi: 10.1289/ehp.1306925.

Wang, Y; Starling, AP; Haug, LS; Eggesbo, M; Becher, G; Thomsen, C; Travlos, G; King, D; Hoppin, JA; Rogan, WJ; Longnecker, MP. 2014c. "Association between perfluoroalkyl substances and thyroid stimulating hormone among pregnant women: A cross-sectional study." *Environ. Health* 12(1):76. doi: 10.1186/1476-069X-12-76.

Wang, Z; Shi, R; Ding, G; Yao, Q; Pan, C; Gao, Y; Tian, Y. 2022. "Association between maternal serum concentration of perfluoroalkyl substances (PFASs) at delivery and acute infectious diseases in infancy." *Chemosphere* 289:133235. doi: 10.1016/j.chemosphere.2021.133235.

WARF Institute, Inc. 1974. "Sample T-991 skin irritation, eye irritation, acute dermal $LD_{50}$ report." Report to 3M Co., St. Paul, MN. 6p., June 25. [3M_AL_GA_00591300]

WARF Institute, Inc., 1975. "Eye Irritation Studies Report [Sample T-1166]." Report to 3M Co., St. Paul, MN. 5p., January 28. [3M_AFFF_MDL02305760]

Waterfield, G; Rogers, M; Grandjean, P; Auffhammer, M; Sunding, D. 2020. "Reducing exposure to high levels of perfluorinated compounds in drinking water improves reproductive outcomes: Evidence from an intervention in Minnesota." *Environ. Health* 19(1):42. doi: 10.1186/s12940-020-00591-0.

Watkins, DJ; Josson, J; Elston, B; Bartell, SM; Shin, HM; Vieira, VM; Savitz, DA; Fletcher, T; Wellenius, GA. 2013. "Exposure to perfluoroalkyl acids and markers of kidney function among children and adolescents living near a chemical plant." *Environ. Health Perspect.* 121(5):625-630. doi: 10.1289/ehp. 1205838.

Weaver, YM; Ehresman, DJ; Butenhoff, JL; Hagenbuch, B. 2010. "Roles of rat renal organic anion transporters in transporting perfluorinated carboxylates with different chain lengths." *Toxicol. Sci.* 113(2):305-314. doi: 10.1093/toxsci/kfp275.

Webb, TE; Murphy, JP; Andersen, ME. 1983. "Effect of Nonadecafluorodecanoic Acid on Microsomal Stearoyl-CoA Desaturase and Electron Transport Activities in Rat Liver." Report to US Air Force, Air Force Aerospace Medical Research Laboratory (AFAMRL) (Wright-Patterson AFB, OH). AFOSR-TR-83-022, NTIS ADA127119, 16p., March. Accessed at https://apps.dtic.mil/sti/pdfs/ADA127119.pdf.

Webster, GM; Rauch, SA; Marie, NS; Mattman, A; Lanphear, BP; Venners, SA. 2016. "Cross-sectional associations of serum perfluoroalkyl acids and thyroid hormones in U.S. adults: Variation according to TPOAb and iodine status (NHANES 2007-2008)." *Environ. Health Perspect.* 124(7):935-942. doi: 10.1289/ehp.1409589.

Webster, GM; Venners, SA; Mattman, A; Martin, JW. 2014. "Associations between perfluoroalkyl acids (PFASs) and maternal thyroid hormones in early pregnancy: A population-based cohort study." *Environ. Res.* 133:338-347. doi: 10.1016/j.envres.2014.06.012.

Wen, HJ; Wang, SL; Chen, PC; Guo, YL. 2019. "Prenatal perfluorooctanoic acid exposure and glutathione s-transferase T1/M1 genotypes and their association with atopic dermatitis at 2 years of age." *PLoS ONE* 14(1):e021070. doi: 10.1371/journal.pone.0210708.

Wen, LL; Lin, LY; Su, TC; Chen, PC; Lin, CY. 2013. "Association between serum perfluorinated chemicals and thyroid function in U.S. adults: The National Health and Nutrition Examination Survey 2007-2010." *J. Clin. Endocrinol. Metab.* 98(9):E1456-E1464. doi: 10.1210/jc.2013-1282.

Weppner, WA. [3M]. 1999. Letter to F. Kover (US EPA) [re: White papers entitled "The Science of Organic Fluorochemistry " and "Perfluorooctane Sulfonate: Current Summary of Human Sera, Health and Toxicology Data."]. 1p., February 5. [3M_BELL01458377]

Weppner, WA. [3M]. 2000a. Letter to J. Walker (US EPA) re: 3M's Section 8(e) submissions containing information on the level of specific fluorochemicals in human sera and in selective wildlife. 13p., February 25. [3M_AFFF_MDL02339053]

Weppner, WA. [3M]. 2000b. Letter to US EPA, Office of Pollution Prevention and Toxics re: White paper entitled "Sulfonated Perfluorochemicals in the Environment: Sources, Dispersion, Fate and Effects" prepared by 3M. 1p., March 17. [3M_GU00590150]

Wetzel, LT; Burdock, GA; Durloo, RS; Colpean, BR. [Hazleton Laboratories America, Inc.]. 1983. "Rat Teratology Study T-3351 (Final)." Report to 3M Co. 81p., December 19. [3M_AL_GA_00067665]

White, SS; Calafat, AM; Kuklenyik, Z; Villanueva, L; Zehr, RD; Helfant, L; Strynar, MJ; Lindstrom, AB; Thibodeaux, JR; Wood, C; Fenton, SE. 2007. "Gestational PFOA exposure of mice is associated with altered mammary gland development in dams and female offspring." *Toxicol. Sci.* 96(1):133-144.

White, SS; Kato, K; Jia, LT; Basden, BJ; Calafat, AM; Hines, EP; Stanko, JP; Wolf, CJ; Abbott, BD; Fenton, SE. 2009. "Effects of perfluorooctanoic acid on mouse mammary gland development and differentiation resulting from cross-foster and restricted gestational exposures." *Reprod. Toxicol.* 27(3-4):289-298.

White, SS; Stanko, JP; Kato, K; Calafat, AM; Hines, EP; Fenton, SE. 2011. "Gestational and chronic low-dose PFOA exposures and mammary gland growth and differentiation in three generations of CD-1 mice." *Environ. Health Perspect.* 119(8):1070-1076.

Whitworth, KW; Haug, LS; Baird, DD; Becher, G; Hoppin, JA; Skjaerven, R; Thomsen, C; Eggesbo, M; Travlos, G; Wilson, R; Longnecker, MP. 2012. "Perfluorinated compounds and subfecundity in pregnant women." *Epidemiology* 23(2):257-263. doi: 10.1097/EDE.0b013e31823b5031.

Wickwire, T; Menzie, CA. 2010. "The causal analysis framework: Refining approaches and expanding multidisciplinary applications." *Hum. Ecol. Risk Assess.* 16(1):10-18.

Wielsoe, M; Kern, P; Bonefield-Jorgensen, EC. 2017. "Serum levels of environmental pollutants is a risk factor for breast cancer in Inuit: A case control study." *Environ. Health* 16(1):56. doi: 10.1186/s12940-017-0269-6.

Wikstrom, S; Lin, PI; Lindh, CH; Shu, H; Bornehag, CG. 2019b. "Maternal serum levels of perfluoroalkyl substances in early pregnancy and offspring birth weight." *Pediatr. Res.* doi: 10.1038/s41390-019-0720-1.

Wikstrom, S; Lindh, CH; Shu, H; Bornehag, CG. 2019a. "Early pregnancy serum levels of perfluoroalkyl substances and risk of preeclampsia in Swedish women." *Sci. Rep.* 9(1):9179. doi: 10.1038/s41598-019-45483-7.

Wilhelm, M; Kraft, M; Rauchfuss, K; Holzer, J. 2008. "Assessment and management of the first German case of a contamination with perfluorinated compounds (PFC) in the Region Sauerland, North Rhine-Westphalia." *J. Toxicol. Environ. Health A* 71(11-12):725-733.

Willard, P. [3M]. 1988. Letter to US EPA, Office of Toxic Substances re: Report entitled "Two Year Oral (Diet) Toxicity/Carcinogenicity Study of Fluorochemical FM-3924 in Rats." 1p., November 29. [3M_AFFF_MDL00432850]

Williams, GM; Iatropoulos, MJ. 2002. "Alteration of liver cell function and proliferation: Differentiation between adaptation and toxicity." *Toxicol. Pathol.* 30(1):41-53.

Wimsatt, J; Villers, M; Thomas, L; Kamarec, S; Montgomery, C; Yeung, LW; Hu, Y; Innes, K. 2016. "Oral perfluorooctane sulfonate (PFOS) lessens tumor development in the APCmin mouse model of spontaneous familial adenomatous polyposis." *BMC Cancer* 16(1):942. doi: 10.1186/s12885-016-2861-5.

Wimsatt, JH; Montgomery, C; Thomas, LS; Savard, C; Tallman, R; Innes, K; Jrebi, N. 2018. "Assessment of a mouse xenograft model of primary colorectal cancer with special reference to perfluorooctane sulfonate." *PeerJ* 6(e5602)doi: 10.7717/peerj.5602.

Winquist, A; Steenland, K. 2014a. "Modeled PFOA exposure and coronary artery disease, hypertension, and high cholesterol in community and worker cohorts." *Environ. Health Perspect.* 122(12):1299-1305. doi: 10.1289/ehp.1307943.

Winquist, A; Steenland, K. 2014b. "Perfluorooctanoic acid exposure and thyroid disease in community and worker cohorts." *Epidemiology* 25(2):255-264.

Wolf, CJ; Fenton, SE; Schmid, JE; Calafat, AM; Kuklenyik, Z; Bryant, XA; Thibodeaux, J; Das, KP; White, SS; Lai, CS; Abbott, BD. 2007. "Developmental toxicity of perfluorooctanoic acid in the CD-1 mouse after cross-foster and restricted gestational exposures." *Toxicol. Sci.* 95(2):462-473.

Wolf, CJ; Takacs, ML; Schmid, JE; Lau, C; Abbott, BD. 2008. "Activation of mouse and human peroxisome proliferator-activated receptor alpha (PPAR{alpha}) by perfluoroalkyl acids (PFAAs) of different functional groups and chain lengths." *Toxicol. Sci.* 106(1):162-171.

Wolf, CJ; Zehr, RD; Schmid, JE; Lau, C; Abbott, BD. 2010. "Developmental effects of perfluorononanoic acid in the mouse are dependent on peroxisome proliferator-activated receptor-alpha." *PPAR Res.* 2010. doi: 10.1155/2010/282896.

Wong, F; MacLeod, M; Mueller, JF; Cousins, IT. 2014. "Enhanced elimination of perfluorooctane sulfonic acid by menstruating women: Evidence from population-based pharmacokinetic modeling." *Environ. Sci. Technol.* 48(15):8807-8814. doi: 10.1021/es500796y.

Wong, O; Whorton, MD; Foliart, DE; Lowengart, R. 1992. "An ecologic study of skin cancer and environmental arsenic exposure." *Int. Arch. Occup. Environ. Health* 64:235-241.

Woodruff, TJ; Zota, AR; Schwartz, JM. 2011. "Environmental chemicals in pregnant women in the United States: NHANES 2003-2004." *Environ. Health Perspect.* 119(6):878-885.

World Health Organization (WHO). 2009. "The immunological basis for immunization series: Module 2: Diphtheria." 39p. Accessed at https://www.who.int/immunization/documents/ISBN9789241597869/en/

World Health Organization (WHO). 2018. "The immunological basis for immunization series: Module 3: Tetanus." 71p. Accessed at https://www.who.int/immunization/documents/ISBN9789241513616/en/

Worley, RR; Fisher, J. 2015. "Application of physiologically-based pharmacokinetic modeling to explore the role of kidney transporters in renal reabsorption of perfluorooctanoic acid in the rat." *Toxicol. Appl. Pharmacol.* 289(3):428-441. doi: 10.1016/j.taap.2015.10.017.

Worley, RR; Moore, SM; Tierney, BC; Ye, X; Calafat, AM; Campbell, S; Woudneh, MB; Fisher, J. 2017a. "Per- and polyfluoroalkyl substances in human serum and urine samples from a residentially exposed community." *Environ. Int.* 106:135-423. doi: 10.1016/j.envint.2017.06.007.

Worley, RR; Yang, X; Fisher, J. 2017b. "Physiologically based pharmacokinetic modeling of human exposure to perfluorooctanoic acid suggests historical non drinking-water exposures are important for predicting current serum concentrations." *Toxicol. Appl. Pharmacol.* 330:9-21. doi: 10.1016/j.taap.2017.07.001.

Wright State University. 1983. "Effect of PFDA on Cardiac Membrane Function." Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-84-0020, NTIS ADA137729, 12p. October. Accessed at https://apps.dtic.mil/sti/pdfs/ADA137729.pdf.

Wright State University. 1994. "Annual Technical Report: Hepatic Metabolism of Perfluorinated Carboxylic Acids and Polychlorotrifluoroethylene: A Nuclear Magnetic Resonance Investigation *in Vivo*." Report to US Air Force, Office of Scientific Research (Bolling AFB, DC). AFOSR-TR-94-0101, NTIS ADA277404, 21p. January 5. Accessed at https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/ADA277404.xhtml

Wu, H; Yoon, M; Verner, MA; Xue, J; Luo, M; Andersen, ME; Longnecker, MP; Clewell, HJ III. 2015. "Can the observed association between serum perfluoroalkyl substances and delayed menarche be explained on the basis of puberty-related changes in physiology and pharmacokinetics?" *Environ. Int.* 82:61-68. doi: 10.1016/j.envint.2015.05.006.

Wu, X; Xie, G; Xu, X; Wu, W; Yang, B. 2018. "Adverse bioeffect of perfluorooctanoic acid on liver metabolic function in mice." *Environ. Sci. Pollut. Res. Int.* 25(2):4787-4793. doi: 10.1007/s11356-017-0872-7.

Yahia, D; Tsukuba, C; Yoshida, M; Sato, I; Tsuda, S. 2008. "Neonatal death of mice treated with perfluorooctane sulfonate." *J. Toxicol. Sci.* 33(2):219-226.

Yang, CH; Glover, KP; Han, X. 2009. "Organic anion transporting polypeptide (Oatp) 1a1-mediated perfluorooctanoate transport and evidence for a renal reabsorption mechanism of Oatp1a1 in renal elimination of perfluorocarboxylates in rats." *Toxicol. Lett.* 190(2):163-171. doi: 10.1016/j.toxlet.2009.07.011.

Yang, CH; Glover, KP; Han, X. 2010. "Characterization of cellular uptake of perfluorooctanoate *via* organic anion-transporting polypeptide 1A2, organic anion transporter 4, and urate transporter 1 for their potential roles in mediating human renal reabsorption of perfluorocarboxylates." *Toxicol. Sci.* 117(2):294-302. doi: 10.1093/toxsci/kfq219.

Yang, Q; Abedi-Valurgerdi, M; Xie, Y; Zhao, XY; Moller, G; Nelson, BD; DePierre, JW. 2002b. "Potent suppression of the adaptive immune response in mice upon dietary exposure to the potent peroxisome proliferator, perfluorooctanoic acid." *Int. Immunopharmacol.* 2(2-3):389-397.

Yang, Q; Guo, X; Guo, X; Chen, Y; Zhang, W; Gao, A. 2018. "Association of serum levels of perfluoroalkyl substances (PFASs) with the metabolic syndrome (MetS) in Chinese male adults: A cross-sectional study." *Sci. Total Environ.* 621:1542-1549. doi: 10.1016/j.scitotenv.2017.10.074.

Yang, Q; Nagano, T; Shah, Y; Cheung, C; Ito, S; Gonzalez, FJ. 2008. "The PPAR alpha-humanized mouse: a model to investigate species differences in liver toxicity mediated by PPAR alpha." *Toxicol. Sci.* 101(1):132-139.

Yang, Q; Xie, Y; Alexson, SEH; Nelson, BD; DePierre, JW. 2002a. "Involvement of the peroxisome proliferator-activated receptor alpha in the immunomodulation caused by peroxisome proliferators in mice." *Biochem. Pharmacol.* 63(10):1893-1900.

Yang, Q; Xie, Y; Eriksson, AM; Nelson, BD; DePierre, JW. 2001. "Further evidence for the involvement of inhibition of cell proliferation and development in thymic and splenic atrophy induced by the peroxisome proliferator perfluorooctanoic acid in mice." *Biochem. Pharmacol.* 62(8):1133-1140.

Yang, L; Ji, H; Liang, H; Yuan, W; Song, X; Li, X; Niu, J; Shi, H; Wen, S; Miao, M. 2022. "Associations of perfluoroalkyl and polyfluoroalkyl substances with gestational hypertension and blood pressure during pregnancy: A cohort study." *Environ. Res.* 215(Pt 2):114284. doi: 10.1016/j.envres.2022.114284.

Yeung, EH; Bell, EM; Sundaram, R; Ghassabian, A; Ma, W; Kannan, K; Louis, GM. 2019. "Examining endocrine disruptors measured in newborn dried blood spots and early childhood growth in a prospective cohort." *Obesity (Silver Spring)* 27(1):145-151. doi: 10.1002/oby.22332.

Zeng, HC; Zhang, L; Li, YY; Wang, YJ; Xia, W; Lin, Y; Wei, J; Xu, SQ. 2011. "Inflammation-like glial response in rat brain induced by prenatal PFOS exposure." *Neurotoxicology* 32(1):130-139.

Zeng, X; Chen, Q; Zhang, X; Li, H; Liu, Q; Li, C; Ma, M; Zhang, J; Zhang, W; Zhang, J; Huang, L. 2019b. "Association between prenatal exposure to perfluoroalkyl substances and asthma-related diseases in preschool children." *Environ. Sci. Pollut. Res.* doi: 10.1007/s11356-019-05864-x.

Zeng, XW; Bloom, MS; Dharmage, SC; Lodge, CJ; Chen, D; Li, S; Guo, Y; Roponen, M; Jalava, P; Hirvonen, MR; Ma, H; Hao, YT; Chen W; Yang, M; Chu, C; Li, QQ; Hu, LW; Liu, KK; Yang, BY; Liu, S; Fu, C; Dong, GH. 2019a. "Prenatal exposure to perfluoroalkyl substances is associated with lower hand, foot and mouth disease viruses antibody response in infancy: Findings from the Guangzhou Birth Cohort Study." *Sci. Total Environ.* 663:60-67. doi: 10.1016/j.scitotenv.2019.01.325.

Zeng, XW; Li, QQ; Chu, C; Ye, WL; Yu, S; Ma, H; Zeng, XY; Zhou, Y; Yu, HY; Hu, LW; Yang, BY; Dong, GH. 2020. "Alternatives of perfluoroalkyl acids and hepatitis B virus surface antibody in adults: Isomers of C8 Health Project in China." *Environ. Pollut.* 259:113857. doi: 10.1016/j.envpol.2019.113857.

Zeng, XW; Qian, Z; Emo, B; Vaughn, M; Bao, J; Qin, XD; Zhu, Y; Li, J; Lee, YL; Dong, GH. 2015. "Association of polyfluoroalkyl chemical exposure with serum lipids in children." *Sci. Total Environ.* 512-513:364-370. doi: 10.1016/j.scitotenv.2015.01.042.

Zhang, H; Yolton, K; Webster, GM; Ye, X; Calafat, AM; Dietrich, KN; Xu, Y; Xie, C; Braun, JM; Lanphear, BP; Chen, A. 2018c. "Prenatal and childhood perfluoroalkyl substances exposures and children's reading skills at ages 5 and 8 years." *Environ. Int.* 111:224-231. doi: 10.1016/j.envint.2017.11.031.

Zhang, S; Tan, R; Pan, R; Xiong, J; Tian, Y; Wu, J; Chen, L. 2018b. "Association of perfluoroalkyl and polyfluoroalkyl substances with premature ovarian insufficiency in Chinese women." *J. Clin. Endocrinol. Metab.* 103(7):2543-2551. doi: 10.1210/jc.2017-02783.

Zhang, T; Sun, H; Qin, X; Gan, Z; Kannan, K. 2015a. "PFOS and PFOA in paired urine and blood from general adults and pregnant women: Assessment of urinary elimination." *Environ. Sci. Pollut. Res. Int.* 22(7):5572-5579. doi: 10.1007/s11356-014-3725-7.

Zhang, Y; Beesoon, S; Zhu, L; Martin, JW. 2013a. "Biomonitoring of perfluoroalkyl acids in human urine and estimates of biological half-life." *Environ. Sci. Technol.* 47(18):10619-10627. doi: 10.1021/es401905e.

Zhang, Y; Mustieles, V; Sun, Y; Oulhote, Y; Wang, YX; Messerlian, C. 2022. "Association between serum per- and polyfluoroalkyl substances concentrations and common cold among children and adolescents in the United States." *Environ. Int.* 164:107239. doi: 10.1016/j.envint.2022.107239.

Zhang, Y; Zhang, Y; Klaassen, CD; Cheng, X. 2018a. "Alteration of bile acid and cholesterol biosynthesis and transport by perfluorononanoic acid (PFNA) in mice." *Toxicol. Sci.* 162(1):225-233. doi: 10.1093/toxsci/kfx237.

Zhao, Y; Tan, YS; Haslam, SZ; Yang, C. 2010. "Perfluorooctanoic acid effects on steroid hormone and growth factor levels mediate stimulation of peripubertal mammary gland development in C57Bl/6 mice." *Toxicol. Sci.* 115(1):214-224.

Zheng, F; Sheng, N; Zhang, H; Yan, S; Zhang, J; Wang, J. 2017. "Perfluorooctanoic acid exposure disturbs glucose metabolism in mouse liver." *Toxicol. Appl. Pharmacol.* 335:41-48. doi: 10.1016/j.taap.2017.09.019.

Zheng, L; Dong, GH; Jin, YH; He, QC. 2009. "Immunotoxic changes associated with a 7-day oral exposure to perfluorooctanesulfonate (PFOS) in adult male C57BL/6 mice." *Arch. Toxicol.* 83(7):679-689.

Zhou, Y; Bao, WW; Qian, ZM; Dee Geiger, S; Parrish, KL; Yang, BY; Lee, YL; Dong, GH. 2017. "Perfluoroalkyl substance exposure and urine CC16 levels among asthmatics: A case-control study of children." *Environ. Res.* 159:158-163. doi: 10.1016/j.envres.2017.08.005.

Zhou, Y; Hu, LW; Qian, ZM; Chang, JJ; King, C; Paul, G; Lin, S; Chen, PC; Lee, YL; Dong, GH. 2016. "Association of perfluoroalkyl substances exposure with reproductive hormone levels in adolescents: By sex status." *Environ. Int.* 94:189-195. doi: 10.1016/j.envint.2016.05.018.

Zhu, Y; Bartell, SM. 2022. "Per- and polyfluoroalkyl substances in drinking water and hypertensive disorders of pregnancy in the United States during 2013-2015." *Environ. Epidemiol.* 6(3):e209. doi: 10.1097/EE9.0000000000000209.

Zhu, Y; Qin, XD; Zeng, XW; Paul, G; Morawska, L; Su, MW; Tsai, CH; Wang, SQ; Lee, YL; Dong, GH. 2016. "Associations of serum perfluoroalkyl acid levels with T-helper cell-specific cytokines in children: By gender and asthma status." *Sci. Total Environ.* 559:166-173. doi: 10.1016/j.scitotenv.2016.03.187.

# Appendix B

*Curriculum Vitae* **of Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow**



# Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow
## Principal
**(she/her)**
bbeck@gradientcorp.com

---

## Areas of Expertise

Risk assessment, exposure assessment, toxicology, metals, inhaled pollutants, soil contaminants, historical knowledge of toxicology.

## Education & Certifications

Ph.D., Molecular Biology and Microbiology, Tufts University (now Tufts Graduate School of Biomedical Sciences), 1976

A.B., Biology, Bryn Mawr College, 1968

Diplomate, American Board of Toxicology (DABT), 1988; recertified 1993, 1998, 2003, 2009, 2013, 2018, current certification valid through 2023

Fellow, Academy of Toxicological Sciences (ATS), 2002; recertified 2007, 2012, 2017, 2022

Past President, Academy of Toxicological Sciences, June 2010-June 2011

EU Registered Toxicologist (ERT) *via* membership in the UK Register of Toxicologists/Royal Society of Biology, 2004; recertified 2007, 2009, 2012, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022

Fellow, American Association for the Advancement of Science (AAAS), 2020

## Professional Experience

1987 – Present    GRADIENT, Boston, MA
Principal. Environmental consulting practice includes evaluation of chemical toxicity, health risk assessment for cancer and non-cancer endpoints, review of animal toxicology studies, and multi-media assessment of exposure to environmental chemicals. Special emphasis on metals and inhaled chemicals.

1985 – 2018    HARVARD T.H. CHAN SCHOOL OF PUBLIC HEALTH (formerly Harvard School of Public Health), Boston, MA
Visiting Scientist in the Molecular and Integrative Physiological Sciences Program in the Department of Environmental Health.

1985 – 1987    REGION I, ENVIRONMENTAL PROTECTION AGENCY, Boston, MA
Regional Expert in Toxicology and Supervisory Scientist, Air Toxics Staff. Performed risk assessments for toxic air pollutants. General staff responsibilities included air impacts at waste sites, state air toxic programs, and US EPA radiation programs.

11/9/2022

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

1979 – 1985    HARVARD SCHOOL OF PUBLIC HEALTH (now Harvard T.H. Chan School of Public Health), Boston, MA
Research Associate in Environmental Science and Physiology and Fellow in Interdisciplinary Programs in Health. Developed short-term animal bioassay for pulmonary toxicants. Editor and author of monograph on variations in susceptibility to inhaled pollutants for both cancer and non-cancer endpoints.

1978 – 1979    TUFTS UNIVERSITY SCHOOL OF MEDICINE, Boston, MA
Instructor in Protein Chemistry.    Isolated phagocytosis inhibiting factor from immunoglobulin of individuals with inherited susceptibility to bacterial infections.

1977 – 1978    HARVARD UNIVERSITY, Cambridge, MA
Postdoctoral Fellow in Biology. Researched novel properties of bacterial protein elongation factor, EF-Tu, relevant to possible role as a structural protein.

1975 – 1976    UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL, Worcester, MA
Postdoctoral Fellow in Microbiology. Isolated and analyzed messenger RNA from slime molds. Initiated project on elongation factor, EF-Tu.  Awarded post-doctoral fellowships from the American Cancer Society and the Cystic Fibrosis Foundation.

1968 – 1969    TUFTS UNIVERSITY SCHOOL OF MEDICINE, Boston, MA
Research Assistant in Molecular Biology and Microbiology. Performed genetic and biochemical studies on bacterial lipopolysaccharide.

## Professional Activities

- Recipient, Smith and Hook Distinguished Service Award by the Society of Toxicology Women in Toxicology Special Interest Group, 2022
- Member, U.S. EPA Science Advisory Board (SAB), 2019 to 3/21, Vice-Chair 2020 to 3/21. Member, 8/21 to present.
- Member, U.S. EPA Chemical Assessment Advisory Committee, 8/21 to present.
- Recipient of Watertown [Massachussetts] Community Spirit Award Dedication to Enhancing Well-Being of Watertown Youth and Families, 2019
- Member, Recruitment Committee, Academy of Toxicological Sciences, 2017-2019.
- Member, AAAS Mentoring Award Committee, Society of Toxicology Women in Toxicology, 2018.
- Member, Task Force on the Impact of Toxicology on Public Health, Society of Toxicology, 2017.
- Member, Task Force on Low-Level Arsenic Exposure, Society of Toxicology, 2016-2017.
- Member, Candidate Identification Subcommittee of the WIT Nominating Committee, 2016.
- Member, Awards Committee, Society of Toxicology, May 2013-April 2015.
- Member, Massachusetts Department of Public Health Eastern Equine Encephalitis (EEE) Expert Panel, January-May 2012.
- Member, National Research Council's Committee on the Future Options for Management in the Nation's Subsurface Remediation Effort, November 2009-2012.
- President, Academy of Toxicological Sciences, July 2009-June 2010.
- Recipient, Lifetime Achievement Award, Awarded by the University of Massachusetts Amherst, School of Public Health and Health Sciences, 2009.
- Member, Massachusetts Department of Public Health Advisory Committee, 2007.
- Member, Executive Committee, International Dose-Response Society, 2006-April 2013.
- Councilor, Metals Specialty Section, Society of Toxicology, 2006-2007.
- Member, Board of Directors, Academy of Toxicological Sciences, 2005-2011.
- Member, Scientific Advisory Committee to the Manganese Health Research Program, 2004-2009.
- Member, Peer Review Committee, US EPA National Health and Environmental Effects Research Laboratory, Experimental Toxicology Division, 2003.
- Member, CIIT Science Advisory Committee, 2002-2004.

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

- Member, Program Committee, Society of Toxicology, 2001-2005.
- Member, American Chemistry Council Risk Assessment Methods Technical Implementation Panel, 1998-2001.
- Member, International Life Sciences Institute Steering Committee on Cumulative Risk Assessment, 1998.
- Member, Membership Committee, Society of Toxicology, 1997-2000.
- Member, American Water Works Association Research Foundation Peer Review Panel on Arsenic, 1997-1998.
- Member, Advisory Committee to Public Health Program, Florida A & M University, 1996-2002.
- Member, Risk Assessment Task Force, Society of Toxicology, 1996-2000; Chair, 1999-2000.
- Member, Continuing Education Committee, Society of Toxicology, 1996-1997.
- Member, Watertown, MA, Board of Health, 1995-Present; Former Chair.
- Chair of Session, Ecological and Human Health Protocols at GRI Meeting on Environmentally Acceptable Endpoints in Soil, Arlington, VA, 1995.
- Session Chair, International Conference on Arsenic, San Diego, CA, 1995.
- Rapporteur, US EPA Meeting on Risk Assessment for Chemical Mixtures, Research Triangle Park, NC, 1994.
- Member, Program Committee, Society of Toxicology, 1993-1996.
- Member, Arsenic Task Force, Society for Environmental Geochemistry and Health, 1993-1995.
- President, Risk Assessment Specialty Section, Society of Toxicology, 1994-1995.
- Vice President, Risk Assessment Specialty Section, Society of Toxicology, 1993-1994.
- Member, Work Group on Arsenic, Society for Environmental Geochemistry and Health, 1993.
- President, Northeast Chapter of the Society of Toxicology, 1992-1993.
- Member, Review Committee, US EPA Workshop on the Methodology for Deriving National Ambient Water Quality Criteria for the Protection of Human Health, 1992.
- Consultant to SAB Committee on Hazardous Air Pollutants, 1991.
- Member, Advisory Committee to Harvard Center for Risk Analysis, 1990-1993.
- Member, Committee on Public Communications, Society of Toxicology, 1990-1992.
- Councilor, Inhalation Specialty Section, Society of Toxicology, 1990-1992.
- Member, Advisory Committee to US EPA on Metal Bioavailability, 1990.
- Member, Technical Committee, Council for Health and Environmental Safety of Soils (CHESS), 1988-1990.
- President, Northeast Chapter, Society for Risk Analysis, 1987-1988.
- Member, Peer Review Committee, US EPA Inhalation RfD Document, 1987.
- Member, Maine Science Advisory Panel, 1986-1990.
- Member, US EPA Risk Assessment Forum, 1986-1987.
- Member, Rhode Island Air Toxics Advisory Committee, 1986-1987.
- Member, Massachusetts Visibility/Public Health Index Peer Review Team, 1986.
- Member, Massachusetts Air Toxics Guidelines Review Committee, 1985-1988.
- Member, Air Toxics Committee, Northeast States for Coordinated Air Use Management, 1985-1987.
- Member, American Academy for the Advancement of Science, 1976 to present.

## Professional Affiliations

Academy of Toxicological Sciences; American Association for the Advancement of Science; American Thoracic Society; International Society of Exposure Analysis; Society of Environmental Geochemistry and Health; Society for Risk Analysis; New England Chapter of the Society for Risk Analysis; Society of Toxicology; Northeast Chapter of the Society of Toxicology

**Projects**

<u>Law Firm</u>: Evaluation of human health risks for petroleum constituents, including TPH, at multiple oil and gas sites; identification of data needs to refine risk assessment.

<u>Law Firm</u>: Evaluation of risks from constituents in sediments and surface water at inland waterway. Constituents included organic mercury and other metals, PCBs, and dioxins.

<u>Law Firm</u>:  Evaluation of releases to air and soil from a pigment manufacturing facility in the southeast US and subsequent toxicological analysis of multiple constituents, including arsenic and dioxins. Conducted analysis of serum congener patterns to assess sources of dioxins.

<u>Law Firm</u>: Evaluation of potential human health risks for metals, including arsenic, barium, lead, and zinc, at a site used for manufacture of drilling muds.

<u>US Dept. of Justice</u>: Development of sampling plan and risk assessment for spray drift exposure to pesticides.

<u>Law Firm</u>: Evaluation of human health risks from chemical exposures at crude oil production site in South America.

<u>Law Firm</u>: Evaluation of odors associated with releases from a landfill. Performed human health risk assessment for chemicals in air.

<u>Law Firm</u>: Evaluation of potential risks from manganese in air and soil near manufacturing facility as part of regulatory analysis.

<u>Engineering Company</u>: Evaluation of exposure to hexavalent chromium in outdoor air and soil and need for medical monitoring.

<u>Northeast Utility</u>: Provided public communication to residents in the vicinity of a coal fly ash disposal site regarding potential human health risks associated with coal fly ash.

<u>Health Canada</u>: Peer review of exposure components of pilot program Screening Assessment Document for ethylbenzene. Peer review of toxicological analysis of aniline.

<u>Perchlorate Study Group</u>: Comments on scientific validity of US EPA RfD for perchlorate.

<u>Law Firm</u>: Evaluation of state agency human health risk assessment for chemicals, including TCE, in groundwater, conduct of individual-specific human health risk assessment, and identification of other sources of TCE.

<u>Law Firm</u>: Analysis of toxicity and risks of mercaptan compounds in air; evaluation of odor thresholds in comparison with health-based limits for mercaptan compounds.

<u>Automotive Manufacturing Facility</u>: Risk communication regarding PCBs in soil and sediments; provided assistance to individuals in interpreting their blood PCB levels.

<u>Confidential Client</u>: Evaluated toxicity and risks of diacetyl and of butter flavorings.

4

<u>Law Firm</u>: Evaluation of health significance to nearby residents of releases to air from an oil refinery during upset conditions.

<u>Law Firm</u>: Evaluated risks from perchloroethylene released into indoor air of nearby residents from a Midwestern manufacturing facility. Also evaluated risks from PCBs in soil.

<u>Gas Utility Companies</u>: Analysis of exposures to and toxicological effects of elemental mercury in air.

<u>Law Firm</u>: Exposure and toxicological causation analysis involving multiple health effects claims and potential exposures to dioxins, benzene and pentachlorophenol at former manufacturing site in the Midwest.

<u>Multiple Industrial Clients</u>: Analysis of historical state of knowledge of asbestos exposure, toxicology, and risks.

<u>Law Firm</u>: Provided technical evaluation of agency estimates of $NO_x$ emissions and risks from heavy duty diesel engines; identified uncertainties in choice of assumptions and potential impact on risk.

<u>Law Firm</u>: Evaluation of effects of lead on different health endpoints, including neurocognitive changes and behavioral effects in children.

<u>US EPA Region I</u>: Compilation and review of air toxics monitoring studies in Region I with respect to adequacy in reflecting human exposure and in identifying relevant sources from a risk perspective.

<u>Law Firm</u>: Evaluation of risks associated with CCA-treated wood. Development of exposure studies for CCA-treated wood.

<u>Massachusetts Attorney General</u>: Presentation on the use of risk assessment for the siting of an energy facility.

<u>Law Firm</u>: Provided comments to a state agency regarding the toxicological significance of exposure to PFOA and PFOS *via* drinking water.

<u>Law Firm</u>: Evaluation of potential short-term and long-term human health risks from metals including zinc and organics (including mineral oils) from possible medical exposures.

<u>Environmental Engineering Company</u>: Human health and ecological risk assessment for PAHs, dioxins, and other compounds at a former chemical R&D facility, including development and oversight of sampling.

<u>EPRI</u>: Synthesis report of arsenic research studies. Toxicological analysis of methylmercury and lead; development of research plan.

<u>Consumer Product  Manufacturer</u>: Toxicological evaluation of different preservatives and bittering agents for possible use in a consumer product.

<u>US EPA, Office of Research and Development</u>: Development of toxicity data base for inhalation exposure to the Hazardous Air Pollutants listed under the 1990 Clean Air Act Amendments.

<u>Pesticide Registrant</u>: Evaluation of carcinogenic mode-of-action and EU classification of a biocide.

<u>Law Firm</u>: Designed and conducted human volunteer study to evaluate the transfer of metals from smelter residue to hands. Incorporated data from study into risk assessment.

<u>Wood Preservative Science Council</u>: Evaluation of US EPA Stochastic Human Exposure Dose Simulation model.

<u>Law Firm</u>: Evaluated risks of dioxins, furans, and PCBs associated with impoundments and with fish in a southwest US river for a case involving claims of property damage and personal injury.

<u>Law Firm Representing Municipality and Port Authority</u>: Prepared risk assessment for proposed development at former MGP site, evaluating future exposures to construction workers and residents. Developed risk-based remedial targets.

<u>Electronics Manufacturer</u>: Risk communication to plant employees regarding exposures to TCE and DCE in groundwater.

<u>Law Firm:</u> Provided expert testimony regarding development state of toxicological knowledge over time of coal fly ash, as associated with MGP sites.

<u>Consumer Product Manufacturer</u>: Evaluation of toxicity and odor of hydrogen sulfide and risk communication on hydrogen sulfide at community meetings.

<u>Law Firm</u>: Developed conceptual approach for evaluating dosimetry associated with short-term inhalation exposures to emissions from heavy duty diesel engines.

<u>American Red Cross</u>: Review of toxicity of new blood bag plasticizer and assessment of potential risks to blood product recipients.

<u>Engineering Company/Army Corps of Engineers</u>: Evaluation of health significance of metal exposures, especially iron, at historic mine site in New England.

<u>New Mexico Environment Dept.</u>: Risk assessment for metals at copper mining and smelting site.

<u>Chemical Manufacturers Association</u>: Review of US EPA land disposal regulations Phase IV. Review of ozone risk assessment in US EPA ozone staff paper.

<u>Health Effects Institute</u>: Assessment of literature on carcinogenicity of inhaled diesel exhaust particulates, especially using urine mutagenicity. Review of literature on toxicity of carbon monoxide and effects on individuals with angina. Developed database of air pollutants from automobiles.

<u>Multinational Manufacturer</u>: Risk assessment and risk communication for perchloroethylene in drinking water at operating facility in Asia.

<u>American Petroleum Institute</u>: Role of risk assessment in Superfund remedy selection process and associated costs.

<u>American Chemistry Council</u>: Provided comments to EPA on health effects of ozone.

<u>Pesticide Manufacturer</u>: Evaluation of toxicity and environmental migration of organo-arsenicals. Probabilistic margin-of-exposure analysis for inorganic arsenic.

<u>MA Attorney General:</u> Evaluation of risks associated with a proposed coal-fired power plant.

<u>Industrial Client</u>: Participation in advisory panel regarding health effects of inhaled and ingested hexavalent chromium.

<u>Law Firm</u>: Evaluation of possible air exposures and health studies at former phosphorous manufacturer in Florida.

<u>Law Firm</u>: Provided comments to US EPA on their Health Effects Documents for PFOA and PFOS.

<u>American Lung Association of Maine</u>: Technical advice on health effects of criteria and non-criteria air pollutants. Review of regulatory packages.

<u>International Chemical Manufacturer</u>: Evaluation of cancer classification systems and setting of occupational exposure limits in European countries and organizations.

<u>Boston Medical Center</u>: Coordination of study of potential effects of perchlorate in humans.

<u>Zinc Corporation of America</u>: Risk assessment using both environmental and epidemiological data for lead and cadmium in soil at a Superfund site.

<u>Law Firm Representing a Manufacturing Company</u>: Risk assessment for potential exposure to TCE in drinking water, including use of adjustment for mutagenicity.

<u>Major Canadian Mining Company</u>: Evaluation of arsenic exposure at mining/milling site using biological monitoring, risk assessment for arsenic, and communication with the public and regulatory agencies.

<u>Law Firm Representing Utility Company</u>: Prepared report regarding historical knowledge of toxicity of simple and complex cyanides, and of oxide box waste materials at former MGP sites. Prepared risk assessment for site.

<u>New Jersey Dept. of Environmental Protection</u>: Site assessment and risk assessment for specialty chemical manufacturing site in New Jersey involving volatile organic chemicals and DDT.

<u>Law Firm</u>: Assessment of toxicity and risks of MTBE, especially with respect to tap water exposure.

<u>US EPA/Engineering Company</u>: Development of work plan to conduct morbidity or mortality study, using readily available databases, for high ozone levels experienced in summer of 1988.

<u>Law Firm Representing Smelter Owner</u>: Evaluated health protectiveness of state cleanup levels for arsenic, lead, and cadmium in soil in class action case.

<u>Chemical Manufacturer</u>: Development of risk screening process for evaluating potential hazards at international sites as part of property transfer.

<u>Major Consumer Product Manufacturer</u>: Development and application of adult blood lead model to predict blood lead levels from discontinuous exposures to lead released from a consumer product.

<u>Engineering Company</u>: Risk assessment for lead, asbestos, PCBs, and other chemicals in soil and water at former brake lining manufacturing facility.

Law Firm: Risk support at multiple MGP sites, including evaluation of potential risks from VOCs in groundwater and evaluation of potential risks to workers from PAHs in soil.

Battery Manufacturing Company: Development and oversight on sample collection and analysis program for lead exposure, evaluation of existing blood lead and tooth lead data, and application of blood lead model.

Oil & Gas Company: Risk assessment support for several major mining-related Superfund sites in the western US. Evaluation of toxicology, epidemiology, and bioavailability of metals, including lead, arsenic, and cadmium. Development of cleanup levels.

International Lead Zinc Research and Organization: Development of probabilistic blood lead model.

Marine Shale Processors: Risk assessment of lead, other inorganics and organic compounds in aggregate produced by hazardous waste recycling. Evaluation of risks of air emissions during incineration process.

US EPA Region II: Participated in Monte Carlo exposure and risk analysis of PCBs in fish.

Remedial Trust Representing Consortium of PRPs: Evaluation of university and agency research plans involving groundwater modeling and remedial approaches at former manufacturing site. Evaluation of biomonitoring approaches for metals. Evaluation of arsenic risk assessment for site.

Coalition for Clean Air Act Implementation: Evaluation of technical issues, including use of composite scores, in 112(g), trading of hazardous air pollutants. Quantification of uncertainty in the composite source.

Canadian Mining Company: Risk assessment for multiple metals associated with tailings release at mine in Southeast Asia.

Mining/Smelting Company: Evaluation of multipathway risks associated with slag use. Comments on US EPA Hazardous Waste Identification Rule.

Consortium of Massachusetts Utility Companies: Review of toxicological knowledge of chemicals at MGP sites over time for Massachusetts generic rate setting case.

Law Firm: Evaluation of non-cancer risks from alkylphenols in groundwater at a wood tar site, based on structure activity relationships. Evaluation of risks from polycyclic aromatic hydrocarbons.

Pharmaceutical Company: Comment on *Federal Register* notice on delisting of incinerator ash from RCRA regulations. Reviewed applicability of model to dioxin-contaminated ash.

Northeast States for Coordinated Air Use Management: Technical assistance in organizing conference on use of bioassays in evaluating ambient air pollutants and presentation of report on use of short-term pulmonary bioassays in evaluation of toxicity and potential health effects of urban particulates.

Law Firm: Risk assessment for arsenic-contaminated soil. Assessed human health risks *via* inhalation and ingestion and ecological risks to deer populations.

Gas Research Institute: Assistance in preparation of exposure manual for MGP sites.

Law Firm: Regulatory analysis for perchlorate in drinking water well in Massachusetts.

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

State Agency: Impact analysis for a potential toxicological exposure of a biologic product related to manufacturing.

## Publications – *Articles and Book Chapters*

Mayfield, DB; Bailey, LA; Cohen, JM; Beck, BD. 2022. "Properties and effects of metals." *Principles of Toxicology: Environmental and Industrial Applications (Fourth Edition).* (Eds.: Roberts, SM; James, RC; Williams, PL), John Wiley & Sons, Inc., Hoboken, NJ, p357-380.

Krishan, M; Navarro, L; Beck, BD; Carvajal, R; Dourson, M. 2021. "A regulatory relic: After 60 years of research on Cancer risk, the Delaney Clause continues to keeps us in the past." *Toxicol. Appl. Pharmacol.* 433:115779. doi:10.1016/j.taap.2021.115779

Cohen, JM; Beck, BD; Rhomberg, LR. 2021. "Historical perspective on the role of cell proliferation in carcinogenesis for DNA-reactive and non-DNA-reactive carcinogens: Arsenic as an example." *Toxicology* 456:152783. doi: 10.1016/j.tox.2021.152783.

Beyer, L; Greenberg, GI; Beck, BD. 2020. "A Comparative Cancer Risk Evaluation of MTBE and Other Compounds (Including Naturally Occurring Compounds) in Drinking Water in New Hampshire." In *Risk Analysis: An International Journal.* doi:10.1111/risa.13570.

Greenberg, GI; Beck, BD. 2019. "YPLL: A comprehensive quantitative tool to evaluate worker risk under green and sustainable remediation." In *Encyclopedia of Environmental Health (Second Edition), Volume 6.* (Ed.: Nriagu, J), Elsevier B.V., p. 468-477.

Pizzurro, DM; Seeley, M; Kerper, LE; Beck, BD. 2019. "Interspecies differences in perfluoroalkyl substances (PFAS) toxicokinetics and application to health-based criteria." *Regul. Toxicol. Pharmacol.* 106:239-250. doi: 10.1016/j.yrtph.2019.05.008.

Bailey, LA; Zu, K; Beck, BD. 2018. "Comment on 'Impact of air manganese on child neurodevelopment in East Liverpool, Ohio' by Haynes *et al*. (2018)." *Neurotoxicology* doi:10.1016/j.neuro.2018.07.017.

Bailey, LA; Beck, BD. 2017. "Comment on 'Environmental exposure to manganese in air: Associations with tremor and motor function' by Bowler *et al.* (2016)." *Sci. Total Environ.* 595:839-841. doi: 10.1016/j.scitotenv.2017.03.277.

Dodge, DG; Beck, BD. 2016. "Historical state of knowledge of the health risks of asbestos posed to seamen on merchant ships." *Inhal. Toxicol.* 28(14):637-657.

Sidhu, MS; Desai, KP; Lynch, HN; Rhomberg, LR; Beck, BD; Venditti, FJ. 2015. "Mechanisms of action for arsenic in cardiovascular toxicity and implications for risk assessment." *Toxicology* 331:78-99.

Mayfield, DB; Lewis, AS; Bailey, LA; Beck, BD. 2015. "Properties and effects of metals." In *Principles of Toxicology: Environmental and Industrial Applications, Third Edition*. (Eds.: Roberts, SM; James, RC; Williams, PL), Wiley, Hoboken, NJ, p283-307.

Beck, BD; Seeley, M; Calabrese, EJ. 2014. "Use of toxicology in the regulatory process." In *Hayes′ Principles and Methods of Toxicology (Sixth Edition)*. (Eds.: Hayes, AW; Kruger, CL), CRC Press, Boca Raton, FL, p35-87.

9

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

Beyer, LA; Greenberg, G; Beck, BD. 2014. "Evaluation of potential exposure to metals in laundered shop towels." *Hum. Ecol. Risk Assess.* 20(1):111-136.

Cohen, SM; Arnold, LL; Beck, B; Lewis, AS; Eldan, M. 2013. "Evaluation of the carcinogenicity of inorganic arsenic." *Crit. Rev. Toxicol.* 43(9):711-752.
**\*\*Awarded SOT Risk Assessment Specialty Section (RASS) One of the Best Published Papers 2013.**

Seeley, M; Wells, CS; Wannamaker, EJ; Mattuck, RL; Ren, S; Beck, BD. 2013. "Determining soil remedial action criteria for acute effects: The challenge of copper." *Regul. Toxicol. Pharmacol.* 65(1):47-59.

Beck, BD; Long, CM; Seeley, MR; Nascarella, MA. 2012. "A special issue on nanomaterial regulations and health effects." *Dose Response* 10:306-307.

Beyer, LA; Greenberg, G; Beck, BD. 2012. "Exposure to metals in laundered shop towels." *Safely Made* 3(3):1,8-21.

Hughes, MF; Beck, BD; Chen, Y; Lewis, AS; Thomas, DJ. 2011. "Arsenic exposure and toxicology: A historical perspective." *Toxicol. Sci.* 123(2):305-332.
**\*\*Received Level III Scientific and Technological Achievement Award in 2015 from US EPA**
**\*\*One of the top 10 most cited articles in Toxicological Sciences between 2011 and 2021**

Beyer, LA; Beck, BD; Lewandowski, TA. 2011. "Historical perspective on the use of animal bioassays to predict carcinogenicity: Evolution in design and recognition of utility." *Crit. Rev. Toxicol.* 41(4):321- 338.

Greenberg, GI; Beck, BD. 2011. "Use of years of potential life lost (YPLL) for risk assessment at hazardous waste sites." In *Encyclopedia of Environmental Health.* (Ed.: Nriagu, JO), Elsevier Press, Burlington, MA, p602-607.

Petito Boyce, C; Lewis, AS; Sax, SN; Beck, BD; Eldan, M; Cohen, SM. 2010. "Probabilistic modeling of dietary arsenic exposure [Letter]." *Environ. Health Perspect.* 118:A331.

Lewis, AS; Beck, BD. 2010. "Nonlinear low-dose extrapolations." In *Cancer Risk Assessment: Chemical Carcinogenesis, Hazard Evaluation, and Risk Quantification,* (Eds.: Hsu, CH; Stedeford, T), John Wiley & Sons, Inc., Hoboken, NJ, p659-680.

Meek, ME (Bette); Levy, L; Beck, BD; Danzeisen, R; Donohue, JM; Arnold, IMF; Krewski, D. 2010. "Risk assessment practice for essential metals." *J. Toxicol. Environ. Health A* 73(2):253-260.

Prueitt, RL; Beck, BD. 2010. Commentary on *Toxicity Testing in the 21st Century: A Vision and Strategy*. *Hum. Exp. Toxicol.* 29(1):7-9.

Prueitt, RL; Beck, BD. 2009. Commentary on *Toxicity Testing in the 21st Century: A Vision and Strategy*. *Belle Newsl.* 15(3):3-5.

Long, CM; Beck, BD. 2009. "Study of Chinese print workers claims to provide the first human evidence of the clinical toxicity of long-term nanoparticle exposures." *InterNano: Resources for Manufacturing* [online newsletter]. Accessed at http://www.internano.org/content/view/306/1/, October 29.

Bailey, LA; Goodman, JE; Beck, BD. 2009. "Proposal for a revised reference concentration (RfC) for manganese based on recent epidemiological studies." *Regul. Toxicol. Pharmacol.* 55:330-339.

Goodman, JE; Beyer, LA; Beck, BD. 2009. Comment on "Evaluation of evidence for infection as a mode of action for induction of rat lymphoma" by Caldwell *et al.* [Letter]. *Environ. Mol. Mutagen.* 50:4-5.

Petito Boyce, C; Lewis, AS; Sax, SN; Eldan, M; Cohen, SM; Beck, BD. 2008. "Probabilistic analysis of human health risks associated with background concentrations of inorganic arsenic: Use of a margin of exposure approach." *Hum. and Ecol. Risk Assess.* 14(6):1159-1201.
**Awarded HERA Paper of the Year 2008 in the category of Human Health Risk Assessment.**

Slayton, TM; Lewis, AS; Beck, BD. 2008. "Arsenic." In *Encyclopedia of Quantitative Risk Analysis and Assessment (Volumes 1-4).* (Eds.: Melnick, EL; Everitt, BS), John Wiley & Sons, West Sussex, England, p28-38.

Kenyon, EM; Klimecki, WT; El-Masri, H; Conolly, RB; Clewell, HJ; Beck, BD. 2008. "How can biologically-based modeling of arsenic kinetics and dynamics inform the risk assessment process? – A workshop review." *Toxicol. Appl. Pharmacol.* 232:359-368.

Beck, BD; Seeley, MR. 2008. Commentary on "Hormesis and toxic torts." *Hum. Exp. Toxicol.* 27:115-116.

Beck, B. 2008. Letter to the editor re: "Effects of MTBE on Leydig cell tumors in Sprague-Dawley rats: Range of possible poly-3 results." *Regul. Toxicol. Pharmacol.* 50:430.

Saxe, JK; Wannamaker, EJ; Conklin, SW; Shupe, TF; Beck, BD. 2008. Reply to comment from Solo-Gabriele *et al.* on "Evaluating landfill disposal of chromated copper arsenate (CCA) treated wood and potential effects on groundwater: Evidence from Florida" by Jennifer K. Saxe, Eric J. Wannamaker, Scott W. Conklin, Todd F. Shupe and Barbara D. Beck [*Chemosphere* 66(3) (2007) 496-504]." *Chemosphere* 70:1932-1934.

Goodman, JE; Gaylor, D; Beyer, LA; Rhomberg, LR; Beck, BD. 2008. "Effects of MTBE on the reported incidence of Leydig cell tumors in Sprague-Dawley rats: Range of possible poly-3 results." *Regul. Toxicol. Pharmacol.* 50:273-284.

Beck, BD; Calabrese, EJ; Slayton, TM; Rudel, R. 2008. "The use of toxicology in the regulatory process." In *Principles and Methods of Toxicology, Fifth Edition.* (Ed.: Hayes, AW), Taylor & Francis, Philadelphia, PA, p45-102.

Petito Boyce, C; Lewis, AS; Butler, EL; Saxe, JK; Beck, BD. 2007. "Letter to the editor re: Datta *et al.*, 2006: 'Arsenic biogeochemistry and human health risk assessment in organo-arsenical pesticide-applied acidic and alkaline soils: An incubation study.'" *Sci. Total Environ.* 388(1-3):372-375.

Seeley, MR; Beck, BD. 2007. Commentary on "Hormesis and toxic torts." *Belle Newsl.* 14(2):16.

Bowers, TS; Beck, BD. 2007. Response to second comment by Bergdahl on "What is the meaning of non-linear dose-response relationships between blood lead concentration and IQ" and our earlier response. *Neurotoxicol.* 28:706.

Bowers, TS; Beck, BD. 2007. Response to comments by Bergdahl, Hornung *et al.*, Jusko *et al.*, and Svendsgaard *et al.* on "What is the meaning of non-linear dose-response relationships between blood lead concentration and IQ." *Neurotoxicol.* 28:196-201.

Saxe, JK; Wannamaker, EJ; Conklin, SW; Shupe, TF; Beck, BD. 2007. "Evaluating landfill disposal of chromated copper arsenate (CCA) treated wood and potential effects on groundwater: Evidence from Florida." *Chemosphere* 66:496-504.

Bowers, TS; Beck, BD. 2006. Response to comments on "What is the meaning of non-linear dose- response relationships between blood lead concentration and IQ?" [Letter to the Editor]. *Neurotoxicol.* 27(6):1123.

Bowers, TS; Beck, BD. 2006. "What is the meaning of non-linear dose-response relationships between blood lead concentrations and IQ?" *Neurotoxicol.* 27:520-524.

Beck, BD. 2006. "An evaluation of the US Environmental Protection Agency definition of a risk assessment." *Hum. Exp. Toxicol.* 25:3-5.

Beck, BD; Seeley, MR; Ghosh, RS; Drivas, PJ; Shifrin, NS. 2006. "Human health risk assessment of cyanide compounds in water and soil." In *Cyanide in Water and Soil: Chemistry, Risk, and Management*. (Eds.: Dzombac, D; Ghosh, R; Wong-Chong, GM), Taylor & Francis, Boca Raton, FL, p309-330.

Braverman, LE; Pearce, EN; He, X; Pino, S; Seeley, M; Beck, B; Magnani, B; Blount, BC; Firek, A. 2006. "Effects of six months of daily low-dose perchlorate exposure on thyroid function in healthy volunteers." *J. Clin. Endocrinol. Metab.* 91(7):2721-2724.

Lewandowski, TA; Hayes, AW; Beck, BD. 2005. "Risk evaluation of occupational exposure to methylene dianiline and toluene diamine in polyurethane foam." *Hum. Exp. Toxicol.* 24:655-662.

Cohen, SM; Arnold, LL; Eldan, M; Schoen, AS; Beck, BD. 2005. "Methylated arsenicals: The implications of metabolism and carcinogenicity studies in rodents to human risk assessment." *Crit. Rev. Toxicol.* 36:99-133.

Beck, BD. 2005. "An evaluation of the EPA definition of a risk assessment." *Belle Newsl.* 13(1):4-6.

Long, CM; Seeley, M; Beck, BD. 2005. "Tiny particles, large data gaps: A risk assessment perspective on nanotechnology." *Risk Policy Rep.* 12(13):12-14.

Petito Boyce, C; Beck, BD; Dubé, EM; Lewandowski, TA. 2005. Letter to the Editor re: Hemond and Solo-Gabriele, 2004: "Children's exposure to arsenic from CCA-treated wooden decks and playground structures." *Risk Anal.* 25(1):1-5.

Lewandowski, TA; Seeley, MR; Beck, BD. 2004. Response to Letter to the Editor re: "Interspecies differences in susceptibility to perturbation of thyroid homeostasis requires a definition of 'sensitivity' that is informative for risk analysis." *Regul. Toxicol. Pharmacol.* 40:381-382.

Dubé, EM; Petito Boyce, C; Beck, BD; Lewandowski, TA; Schettler, S. 2004. "Assessment of potential human health risks from arsenic in CCA-treated wood." *Hum. Ecol. Risk Assess.* 10:1019-1067.

Lewandowski, TA; Beck, BD. 2004. "Additional support for derivation of an acute/subchronic reference level for arsenic [Letter to the Editor]." *Regul. Toxicol. Pharmacol.* 40:370-371.

Lewandowski, TA; Seeley, MR; Beck, BD. 2004. "Interspecies differences in susceptibility to perturbation of thyroid homeostasis: A case study with perchlorate." *Regul. Toxicol. Pharmacol.* 39(3):348-362.

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

Schoen, A; Beck, BD; Sharma, R; Dubé, EM. 2004. "Arsenic toxicity at low doses: Epidemiological and mode of action considerations." *Toxicol. Appl. Pharmacol.* 198(3):253-267.
**\*\*Named as one of the top 10 published papers demonstrating application of risk assessment by the Risk Assessment Specialty Section of the Society of Toxicology, 2004.**

Lewandowski, TA; Seeley, MR; Beck, BD. 2003. "The importance of interspecies differences in susceptibility to perchlorate for human health risk assessment." In *Proceedings of the Groundwater Resources Association of California Symposium: Perchlorate in Groundwater: Occurrence, Analysis & Treatment*, July.

Saxe, JK; Beck, BD. 2003. Comment on "Anthropogenic Sources of Arsenic and Copper to Sediments in a Suburban Lake, Northern Virginia." *Environ. Sci. Technol.* 37(11):2625.

Beyer, LA; Seeley, MR; Beck BD. 2003. "Evaluation of potential exposure to metals in laundered shop towels." *Int. Nonwovens J.* 12(4):22-37.

Beck, BD; Mattuck, RL; Bowers, TS. 2002. "Adult: child differences in the intraspecies uncertainty factor: A case study using lead." *Hum. Ecol. Risk Assess.* 8(4):877-884.

Beck, BD; Slayton, TM; Farr, CH; Sved, DW; Crecelius, EA; Holson, JF. 2002. "Systemic uptake of inhaled arsenic in rabbits." *Hum. Exp. Toxicol.* 21:205-215.

Mattuck, RL; Beck, BD; Bowers, TS; Cohen, JT. 2001. "Recent trends in childhood blood lead levels." Arch. Environ. Health. 56(6):536-541.

Seeley, MR; Tonner-Navarro, LE; Beck, BD; Deskin, R; Feron, VJ; Johanson, G; Bolt, HM. 2001. "Procedures for health risk assessment in Europe." *Regul. Toxicol. Pharmacol.* 34(2):153-169.

Beck, BD; Mattuck, RL; Bowers, TS; Cohen, JT; O'Flaherty, E. 2001. "The development of a stochastic physiologically-based pharmacokinetic model for lead." *Sci. Total Environ.* 274:15-19.

Beck, BD; Clewell, III, HJ. 2001. "Uncertainty/safety factors in health risk assessment: Opportunities for improvement." *Hum. Ecol. Risk Assess.* 7(1):203-207.

Beck, BD; Slayton, TM; Calabrese, EJ; Baldwin, L; Rudel, R. 2001. "The use of toxicology in the regulatory process." In *Principles and Methods of Toxicology (Fourth Edition)*. (Ed.: Hayes, AW), Taylor & Francis, Philadelphia, PA, p23-76.

Slikker, W; Beck, BD; Cory-Slechta, DA; Paule, MG; Anger, WK; Bellinger, D. 2000. "Cognitive tests: Interpretation for neurotoxicity? (Workshop Summary)." *Toxicol. Sci.* 58:222-234.

Abernathy, CO; Liu, Y-P; Longfellow, D; Aposhian, HV; Beck, BD; Fowler, B; Goyer, R; Menzer, R; Rossman, T; Thompson, C; Waalkes, M. 1999. "Arsenic: Health effects, mechanisms of actions, and research issues." *Environ. Health Perspect.* 107(7):593-597.

Connolly, RB; Beck, BD; Goodman, JI. 1999. "Stimulating research to improve the scientific basis of risk assessment. *Toxicol. Sci.* 49:1-4.

Goering, PL; Aposhian, HV; Mass, MJ; Cebrian, M; Beck, BD; Waalkes, M. 1999. "The enigma of arsenic carcinogenesis: Role of metabolism." *Toxicol. Sci.* 49:5-14.

Shifrin, NS; Beck, BD. 1999. "Debating RBCA [Letter]." *Civil Engineering* Feb:10-11.

Beyer, LA; Beck, BD. 1998. "Confronting challenges in integrated risk assessment." *Environ. Compliance Litigation Strategy* Oct:3-4.

Cohen, JT; Beck, BD; Bowers, TS; Bornschein, RL; Calabrese, EJ. 1998. "An arsenic exposure model: Probabilistic validation using empirical data." *Hum. Ecol. Risk Assess.* 4(2):341-377.

Valberg, PA; Beck, BD; Boardman, PD; Cohen, JT. 1998. "Likelihood ratio analysis of skin cancer prevalence associated with arsenic in drinking water in the USA." *Environ. Geochem. Health* 20(2):61-66.

Beck, BD; Cohen, JT. 1997. "Risk assessment for criteria pollutants *vs.* other non-carcinogens: The difference between implicit and explicit conservatism." *Hum. Ecol. Risk Assess.* 3(4):617-626.

Cohen, JT; Beck, BD; Rudel, R. 1997. "Life years lost at hazardous waste sites: Remediation worker fatalities *vs.* cancer deaths to nearby residents." *Risk Anal.* 17(4):419-425.

Valberg, PA; Beck, BD; Bowers, TS; Keating, JL; Bergstrom, PD; Boardman, PD. 1997. "Issues in setting health-based cleanup levels for arsenic in soil." *Regul. Toxicol. Pharmacol.* 26:219-229.

Beck, BD. 1997. "The use of information on susceptibility in risk assessment: State of the science and potential for improvement." *Environ. Toxicol. Pharmacol.* 4(4):229-234.

Chappell, WR; Beck, BD; Brown, KG; Chaney, R; Cothern, CR; Irgolic, KJ; North, DW; Thornton, I; Tsongas, TA. 1997. "Inorganic arsenic: A need and an opportunity to improve risk assessment." *Environ. Health Perspect.* 105(10):1060-1067.

Foster, SJ; Beck, BD. 1996. "Basement gas: Issues related to the migration of potentially toxic chemicals into house basements from distant sources." *Toxicol. Ind. Health* 12(2):165-177.

Brown, KG; Beck, BD. 1996. "Arsenic and bladder cancer mortality [Letter]." *Epidemiology* 7(5):557-558.

Slayton, TM; Beck, BD; Reynolds, KA; Chapnick, SD; Valberg, PA; Yost, LJ; Schoof, RA; Gauthier, TD; Jones, L. 1996. "Issues in arsenic cancer risk assessment." *Environ. Health Perspect.* 104(10):1012-1014.

Brain, JD; Blanchard, JD; Heyder, J; Wolfthal, SF; Beck, BD. 1996. "Relative toxicity of di(2-ethylhexyl) sebacate and related compounds in an *in vivo* hamster bioassay." *Inhal. Toxicol.* 8:579-593.

Shifrin, NS; Beck, BD; Gauthier, TD; Chapnick, SD; Goodman, G. 1996. "Chemistry, toxicology, and human health risk of cyanide compounds in soils at former manufactured gas plant sites." *Regul. Toxicol. Pharmacol.* 23:106-116.

Rudel, R; Slayton, TM; Beck, BD. 1996. "Implications of arsenic genotoxicity for dose-response of carcinogenic effects." *Regul. Toxicol. Pharmacol.* 23:87-105.

Sexton, K; Beck, BD; Bingham, E; Brain, JD; DeMarini, DM; Hertzberg, RC; O'Flaherty, EJ; Pounds, JG. 1995. "Chemical mixtures from a public health perspective: The importance of research for informed decision making." *Toxicol.* 105:429-441.

Beck, BD; Boardman, PD; Hook, GC; Rudel, RA; Slayton, TM; Carlson-Lynch, H. 1995. Response to Smith *et al.* [re: Arsenic risk assessment]. *Environ. Health Perspect.* 103(1):15-17.

Beck, BD; Hook, GC; Rudel, R; Bowers, TS. 1995. "Risk assessment." In *Metal Toxicology*. (Eds.: Goyer, RA; Klaassen, CD; Waalkes, MP), Academic Press, San Diego, CA, p141-185.

Beck, BD; Rudel, R; Calabrese, EJ. 1994. "The use of toxicology in the regulatory process." In *Principles and Methods of Toxicology (Third Edition)*. (Ed.: Hayes, AW), Raven Press Ltd., New York, NY, p19-58.

Carlson-Lynch, H; Beck, BD; Boardman, PD. 1994. "Arsenic risk assessment." *Environ. Health Perspect.* 102(4):354-356.

Bowers, TS; Beck, BD; Karam, HS. 1994. "Assessing the relationship between environmental lead concentrations and adult blood lead levels." *Risk Anal.* 14(2):183-189.

Beck, BD; Martell, A. 1993. "Antimony." *Toxicol. Environ. Chem.* 38:8-10.

Beck, BD; Conolly, RB; Dourson, ML; Guth, D; Hattis, D; Kimmel, C; Lewis, SC. 1993. "Symposium overview: Improvements in quantitative noncancer risk assessment." *Fund. Appl. Toxicol.* 20:1-14.

Calabrese, EJ; Beck, BD; Chappell, WR. 1992. "Does the animal-to-human uncertainty factor incorporate interspecies differences in surface area?" *Regul. Toxicol. Pharmacol.* 15:172-179.

Brainard, J; Beck, BD. 1992. "A review of the bioavailability of petroleum constituents." *J. Soil Contam*. 1:273-307.

Beck, BD. 1992. "Symposium overview: An update on exposure and effects of lead." *Fund. Appl. Toxicol.* 18:1-16.

Hemphill, CP; Ruby, MV; Beck, BD; Davis, A; Bergstrom, PD. 1991. "The bioavailability of lead in mining wastes: Physical/chemical considerations." *Chem. Speciation Bioavailability* 3(3/4):135-148.

Rudel, RA; Beck, BD. 1991. "Risk assessment for indoor air: Evaluating risks to susceptible populations." In *Methods of Risk Assessment for the Indoor Environment*. (Ed.: Seifert, B). NATO/CCMS Pilot Study of Indoor Air Quality and European Collaborative Action. Indoor Air Quality and its Impact on Man (Formerly Cost Project 613). Report on a Joint Workshop, held in Kloster Banz, Federal Republic of Germany, October 15-17, p67-80.

Karam, HS; Beck, BD. 1991. "Evaluation of two methods for determining cleanup levels for mining derived lead in soil." In *Proceedings of the 24th Annual Conference on Trace Substances in Environmental Health and Annual Meeting of the Society for Environmental Geochemistry and Health*, p98-104, July 8-12.

Petito, CT; Beck, BD. 1991. "Evaluation of evidence of nonlinearities in the dose-response curve for arsenic carcinogenesis." In *Proceedings of the 24th Annual Conference on Trace Substances in Environmental Health and Annual Meeting of the Society for Environmental Geochemistry and Health*, July 8-12, p143-176.

Beck, BD; Toole, AP; Callahan, BG; Siddhanti, SK. 1991. "Utilization of quantitative structure activity relationships (QSARs) in risk assessment: Alkylphenols." *Regul. Toxicol. Pharmacol*. 14:273-285.

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

Beck, BD. 1990. "Current issues in evaluation of hazardous waste sites: An overview." *Comments Toxicol.* 3(6):445-446.

Beck, BD. 1990. "Overview on adverse effects of ozone." Preface. In *Ozone Risk Communication and Management* (Eds.: Calabrese, EJ; Gilbert, CE; Beck, BD), Lewis Publishing, Chelsea, MI.

Karam, HS; Beck, BD. 1990. "Current issues in determining acceptable levels for lead in soil." *Comments Toxicol.* 3:509-529.

Steele, MJ; Beck, BD; Murphy, BL; Strauss, HS. 1990. "Assessing the contribution from lead in mining wastes to blood lead." *Regul. Toxicol. Pharmacol.* 11:158-190.

Beck, BD; Calabrese, EJ; Anderson, PD. 1989. "The use of toxicology in the regulatory process." In *Principles and Methods of Toxicology.* (Ed.: Hayes, AW), Raven Press, New York, p1-28.

Beck, BD. 1989. "Risk assessment for soils contaminated with petroleum products: An overview." In *Petroleum Contaminated Soils, Vol II.* (Eds.: Kostecki, PT; Calabrese, EJ), Lewis Publishing, Chelsea, MI, p221-224.

Rose, RM; Fuglestad, JM; Skornik, WA; Hammer, SM; Wolfthal, SF; Beck, BD; Brain, JD. 1988. "The patho-physiology of enhanced susceptibility to murine cytomegalovirus respiratory infection during short-term exposure to 5 ppm nitrogen dioxide." *Am. Rev. Respir. Dis.* 137:912-917.

Weinstock, S; Beck, BD. 1988. "Age and nutrition." In *Variations in Susceptibility to Inhaled Pollutants: Identification, Mechanisms, and Policy Implications*. (Eds.: Brain, JD; Beck, BD; Warren, AJ; Shaikh, RA), Johns Hopkins University Press, Baltimore, MD, p104-126.

Beck, BD; Weinstock, S. 1988. "Gender." In *Variations in Susceptibility to Inhaled Pollutants: Identification, Mechanisms, and Policy Implications*. (Eds.: Brain, JD; Beck, BD; Warren, AJ; Shaikh, RA), Johns Hopkins University Press, Baltimore, MD, p127-141.

Beck, BD; Greaves, IA. 1988. "Screening and monitoring for nonneoplastic pulmonary disease." In *Variations in Susceptibility to Inhaled Pollutants: Identification, Mechanisms, and Policy Implications*. (Eds.: Brain, JD; Beck, BD; Warren, AJ; Shaikh, RA), Johns Hopkins University Press, Baltimore, MD, p335-375.

Warren, AJ; Beck, BD. 1988. "Screening and monitoring for exposure and susceptibility to carcinogens." In *Variations in Susceptibility to Inhaled Pollutants: Identification, Mechanisms, and Policy Implications*. (Eds.: Brain, JD; Beck, BD; Warren, AJ; Shaikh, R), Johns Hopkins Press, Baltimore, MD, p376-418.

Musk, AW; Beck, BD; Greville, HW; Brain, JD; Bohannon, DE. 1988. "Pulmonary disease from exposure to an artificial aluminum silicate: Further observations." *Br. J. Ind. Med.* 45:246-250.

Beck, BD; Brain, JD; Wolfthal, SF. 1988. "Assessment of lung injury produced by particulate emissions of space heaters burning automotive waste oil." *Ann. Occup. Hyg.* 32(Suppl. 1):257-265.

Smith SK, Zibrak JD, Feldman H, Gerson B, Smith D, Beck BD. 1987. "Cytoplasmic enzyme patterns in isolated hamster pulmonary alveolar type II cells." *Life Sci.* 41(9):1097-107.

Beck, BD. 1987. "Overview: Assessing health risks from contaminated soil." *Comments Toxicol.* 1(3-4):171-175.

Beck, BD; Feldman, HA; Brain, JD; Smith, TJ; Hallock, M; Gerson, B. 1987. "The pulmonary toxicity of talc and granite dust as estimated from an *in vivo* hamster bioassay." *Toxicol. Appl. Pharmacol.* 87:222-234.

Hallock, MF; Smith, TJ; Hammond, SK; Beck, BD; Brain, JD. 1987. "A new technique for collecting ambient diesel particles for bioassays." *Am. Ind. Hyg. Assoc. J.* 48:487-493.

Brain, JS; Beck, BD. 1985. "Bioassays for mineral dusts and other particulates." In *In Vitro Effects of Mineral Dusts.* (Eds.: Beck, EG; Bignon, J), NATO ASI Series Vol. G3, Springer-Verlag, New York, p323-335.

Brain, JD; Beck, BD. 1985. "Bronchoalveolar lavage." In *Handbook of Experimental Pharmacology*, *Vol. 75.* (Eds.: Witschi, HP; Brain, JD), Springer-Verlag, Germany, p203-226.

Brain, JD; Valberg, PA; Bloom, SB; Gehr, P; Beck, BD. 1984. "Morphological, physiological, and magnetometric studies of inhaled iron oxide particles." *J. Aerosol Sci.* 15:227-229.

Beck, BD; Gerson, B; Feldman, HA; Brain, JD. 1983. "Lactate dehydrogenase isoenzymes in hamster lung lavage fluid after lung injury." *Toxicol. Appl. Pharmacol.* 71:59-71.

Beck, BD; Brain, JD. 1983. "Predicting the pulmonary toxicity of particulates using damage indicators in lung lavage fluid." In *Health Issues Related to Metal and Nonmetallic Mining* (Eds.: Wagner, WL; Rom, WN; Merchant, JA), Butterworth Publishers, Boston, MA, p83-104.

Brain, JD; Beck, BD. 1983. "Assessment of particulate toxicity." In *Health Issues Related to Metal and Nonmetallic Mining.* (Eds.: Wagner, WL; Rom, WN; Merchant, JA), Butterworth Publishers, Woburn, MA, p51-61.

Beck, BD; Brain, JD; Bohannon, DE. 1982. "An *in vivo* hamster bioassay to assess the toxicity of particulates for the lungs." *Toxicol. Appl. Pharmacol.* 66:9-29.

Smith, TJ; Beck, BD; Brain, JD; Hinds, WC; Baron, SG; Weil, L. 1982. "Prediction of pneumoconiosis risk by bioassays of particulate from occupational exposures." *Ann. Occup. Hyg.* 26(1-4):435-448.

Beck, BD; Brain, JD; Bohannon, DE. 1981. "The pulmonary toxicity of an ash sample from the Mt. St. Helens volcano." *Exp. Lung Res.* 2:289-301.

Beck, BD. 1979. "Polymerization of the bacterial elongation factor for protein synthesis, EF-Tu." *Eur. J. Biochem.* 97:495-502.

Beck, BD; Arscott, PG; Jacobson, A. 1978. "Novel properties of bacterial elongation factor Tu." *Proc. Natl. Acad. Sci. USA.* 75(3):1250-1254.

Beck, BD; Park, JT. 1977. "Basis for the observed fluctuation of carboxypeptidase II activity during the cell cycle in BUG-6, a temperature-sensitive division mutant of *Escherichia coli.*" *J. Bacteriol.* 130(3):1292-1302.

Beck, BD; Park, JT. 1976. "Activity of three murein hydrolases during the cell division cycle of *Escherichia coli* K-12 as measured in toluene-treated cells." *J. Bacteriol.* 126(3):1250-1260.

Mirelman, D; Beck, BD; Shaw, DRD. 1970. "The location of the D-alanyl ester in the ribitol teichoic acid of *Staphylococcus aureus.*" *Biochem. Biophys. Res. Comm.* 39(4):712-717.

# Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow

## Presentations

Beck, BD. 2022. "Challenges in Defining A Safe Level: Lead Case Study." Presented at the JIFSAN-CFS3 2022 Advisory Council Annual Symposium, held virtually, May 25.

Boomhower, SR; Zhou, J; Beck, BD. 2022. "A Comparison of Soil Ingestion Rates in Developed and Developing Countries: Implications for Risk Assessment." Poster # 3974/P665. Presented at the Society of Toxicology (SOT) 61st Annual Meeting and ToxEpo, San Diego, CA, held March 27-31.

Yeh, A; Kerper, LE; Beck, BD. 2021. "Key Methodological Considerations for Dermal Permeability Studies of Per- and Polyfluoroalkyl Substances (PFAS)."Abstract/Poster: 2687/P153 Presented at the Society of Toxicology (SOT) 60th Annual Meeting, and ToxExpo, San Diego, CA, held virtually March 21-26.

Boomhower, SR; Kerper, LE; Chien, J; Beck, BD. 2020. "A Comparison of PFAS Serum Concentrations in the General Population to Points of Departure Used in Regulatory Guidance." Poster # 3135/P770. Prepared for Society of Toxicology (SOT) 59th Annual Meeting, Anaheim, CA, March 15-19 (Conference cancelled).

Beck, BD. 2020. "Science Day: Back to School on How to Explain Causation Theories to the Court. Introduction to Toxicology" Presented at DRI Toxic Torts and Environmental Law Seminar, Phoenix, AZ, February 20.

Beck, BD. 2020. "Updating the Delaney Clause: Mode of Action Considerations for Carcinogens. Food Satety Regulations: Carcinogens and the Relevance of the Delaney Clause." Presented at the AAAS Annual Meeting, Seattle, WA, February 16.

Beck, BD. 2019. "Updating the Delaney Clause: Mode of Action Considerations for Carcinogens. The Delaney Clause, from 1958 to 2019: Making the Model Relevant." Presented at the Society of Toxicology (SOT) 58th Annual Meeting, Baltimore, MD, March 12.

Cohen, J; Mattuck, R; Beck, BD. 2019. "Physiologically Based Pharmacokinetic Modeling the Impacts of Intermittent Oral Exposures to Lead on Blood Lead Levels and Associated Health Risks." Presented at the Society of Toxicology (SOT) 58th Annual Meeting, Baltimore, MD, March 10-14.

Kerper, LE; Lynch, HN; Beck, BD; Pizzurro, DM; Seeley, M. 2019 "Considerations for Grouping Different PFAS Together to Develop Guidance Values." Presented at the Society of Toxicology (SOT) 58th Annual Meeting, Baltimore, MD, March 10-14.

Zu, K; Bailey, LA; Prueitt, RL; Beck, BD; Seeley, M. 2019. "Comparison of Lung Cancer Risks from Environmental to Arsenic and from Those Associated with Medical Monitoring Criteria for Smokers." Presented at the Society of Toxicology (SOT) 58th Annual Meeting, Baltimore, MD, March 10-14.

Beck, BD; Seeley, M; Mattuck, R. 2018. "Evaluating the Impact of Alternative Assumptions on Soil Remedial Levels Using EPA's Integrated Exposure Uptake Biokinetic (IEUBK) Model." Presented at the Society of Toxicology (SOT) 57th Annual Meeting, San Antonio, TX, March 11-15.

Cook, TJ; Peterson, MK; Beck, BD. 2018. "A Critical Analysis of the Toxicological Mode of Action of Automotive Brake Dust." Presented at the Society of Toxicology (SOT) 57th Annual Meeting, San Antonio, TX, March 11-15.

Pizzurro, DM; Seeley, M; Lynch, HN; Kerper, LE; Beck, BD. 2018. "An Analysis of Uncertainties in Minnesota's Reference Dose (RfD) and Health-based Value (HBV) Drinking Water Limits for PFOA and PFOS." Presented at the Society of Toxicology (SOT) 57th Annual Meeting, San Antonio, TX, March 11-15.

Seeley, M; Pizzurro, DM; Kerper, LE; Beck, BD. 2018. "Interspecies Comparison of Perfluorinated Chemical Pharmacokinetic Parameters." Presented at the Society of Toxicology (SOT) 57th Annual Meeting, San Antonio, TX, March 11-15.

Seeley, M; Mattuck, R; Beck, BD. 2017. "Evaluating the Impact of US EPA's Proposed Blood Lead Model Revisions on Soil Remediation Levels." Presented at the Society of Toxicology (SOT) 56th Annual Meeting, Baltimore, MD, March 12-16.

Bailey, LA; Lam, T; Peterson, MK; Beck, BD. 2017. "Does Hexavalent Chromium in Welding Fumes Cause Increased Lung Cancer Risk in Stainless Steel Welders?" Presented at the Society of Toxicology (SOT) 56th Annual Meeting, Baltimore, MD, March 12-16.

Lynch, HN; Kerper, LE; Seeley, M; Beck, BD. 2016 " Dietary Intake of Perfluorooctane Sulfonate (PFOS) and Implications for Drinking Water Limits." Presented at the Society of Toxicology (SOT) 55th Annual Meeting, New Orleans, LA, March 13-17.

Lynch, HN; Kerper, LE; Seeley, M; Beck, BD. 2016" Dietary intake of perfluorooctane sulfonate (PFOS) and implications for drinking water limits." *Toxicologist* 150(1):162. Presented at the Society of Toxicology (SOT) 55th Annual Meeting, New Orleans, LA, March 13-17

Lynch, H; Tumpney, M; Beck, B. 2015. "Exposure Measurement Error and the Impact of Nutrition in Studies of Inorganic Arsenic and Cardiovascular Endpoints." Presented at the Society of Toxicology (SOT) 54th Annual Meeting, San Diego, CA, March 22-26.

Dodge, DG; Beck, BD. 2014. "Does PCE cause non-Hodgkin's lymphoma?" *Toxicologist* 133(1):63-64.

Bailey, L; Kerper, LE; Beck, BD. 2014. "Health-protective manganese guideline for welding and other occupations." *Toxicologist* 133(1):163.
**Awarded SOT Risk Assessment Specialty Section (RASS) One of the Top 10 SOT Risk Assessment Abstracts 2014.

Lynch, HN; Seeley, MR; Beck, BD. 2014. "A weight-of-evidence evaluation of the association between lead exposure and autism spectrum disorders." *Toxicologist* 133(1):357.

Seeley, MR; Greenberg; GI; Thakali, S; Melnikov, F; Beck, BD. 2014. "Estimating exposure to metals in smelter material." *Toxicologist* 133(1):407.

Beyer, LA; Seeley, MR; Greenberg, GI; Beck, BD. 2014. "Research on potential exposure of workers to metals in smelter materials used as fill for roads and bridges." *Toxicologist* 133(1):407-408.

Dodge, DG; Beck, BD. 2013. "What is the mechanistic evidence for trichloroethylene as a cause of Parkinson's Disease?" *Toxicologist* 132(1):397.

Nascarella, MA; Savage, GM; Moon, G; Beck, BD. 2013. "Comprehensive health-based risk assessment of material from an ingestible medical device." *Toxicologist* 132(1):43.

Beyer, LA; Greenberg, GI; Beck, BD. 2012. "Evaluation of potential exposure to metals in laundered shop towels." *Toxicologist* 126(1):454.

Bailey, LA; Goodman, JE; Beck, BD. 2012. "Revised reference concentration for manganese oxide based on recent epidemiology and pharmacokinetic studies." *Toxicologist* 126(1):213.

Dodge, DG; Beck, BD; BenKinney, MT; Boehm, PD. 2012. "Analysis of health risks to surgical patients from instruments contaminated with used hydraulic fluid." *Toxicologist* 126(1):21.

Melnikov, FY; Charnley, G; Gurleyuk, H; Beck, BD. 2012. "Arsenic in apple juice: A false alarm?" Abstract No. 2858. In Abstract Supplement, Society of Toxicology 51st Annual Meeting, San Francisco, CA, March 11-15.

Seeley, M; Beyer, LA; Beck, BD. 2011. "Is MTBE genotoxic or mutagenic?" *Toxicologist* 120(2):1950.

Beyer, LA; Mattuck, RL; Thakali, S; Beck, BD. 2011. "A comparative risk evaluation of MTBE and other compounds (including naturally occurring compounds) in drinking water in New Hampshire." *Toxicologist* 120(2):1952.

Beyer, LA; Rhomberg, LR; Beck, BD. 2010. "Evaluation of recent information on carcinogenicity of perchloroethylene (PCE) in humans." *Toxicologist* 114(1):1946.

Nascarella, M; Lewis, AS; Beck, BD. 2010. "Mode-of-action proposal for oral hexavalent chromium carcinogenesis." *Toxicologist* 114(1):1942

Seeley, M; Beck, BD; Drivas, PJ. 2010. "Blue soil at former MGP sites – Is it a health hazard?" *Toxicologist* 114(1):1039.

Dodge, DG; Goodman, JE; Beck, BD. 2010. "Weight-of-evidence analysis of hydroquinone and leukemia." *Toxicologist* 114(1):514.

Nascarella, MA; Calabrese, EJ; Beck, BD. 2009. "Quantifying hormetic (biphasic) dose-responses in the assessment of nanoparticle toxicology." In *Proceedings for the International Conference on the Environmental Implications and Applications of Nanotechnology*, University of Massachusetts Amherst, June 9-11, 2009.

Conolly, R; Beck, BD. [Chairs]. 2009. "Roundtable Discussion: What is an adverse effect in the age of 'omics?" *Toxicologist* 108(1):1990.

Lewis, AS; Sax, SN; Thakali, S; Beck, BD. 2009. "Evaluation of risk for fetal limb defects from occupational exposure to Mancozeb and ethylene thiourea during pregnancy." *Toxicologist* 108(1):832.

Beyer, LA; Beck, BD; Goodman, JE. 2009. "Background rates of lymphomas/leukemias and Leydig cell tumors in Sprague-Dawley rats. *Toxicologist* 108(1):2028.

Goodman, JE; Bailey, LA; Beck, BD. 2008. "Recent occupational studies of manganese and their bearing on the reference concentration (RfC)." Presented at the Annual Meeting of the American College of Epidemiology, Tucson, AZ, September 14-16.

Goodman, JE; Bailey, LA; Beck, BD. 2008. "Recent studies of the health effects of manganese and the implications for the Reference Concentration (RfC)." *Toxicologist* 102(1):1787.

Beyer, LA; Slayton, TM; Goodman, JE; Greenberg, GI; Hudson, TC; Beck, BD. 2008. "Evaluation of key information forming the basis of EPA's new recommended ozone standard." *Toxicologist* 102(1):1462.

Lewis, AS; Beyer, LA; Beck, BD. 2008. "Evaluating the toxicological significance of end points from human and animal studies: Using perfluorinated compounds (PFCS) as an example." *Toxicologist* 102(1):1188.

Goodman, JE; Gaylor, D; Beyer, LA; Rhomberg, LR; Beck, BD. 2007. "MTBE is not associated with a statistically significant increase in Leydig cell tumors in Sprague-Dawley rats." *Toxicologist* 96(1):1637.

Seeley, M; Beyer, LA; Beck, BD. 2007. "Margin of exposure analysis for MTBE in drinking water." *Toxicologist* 96(1):1636.

Lewis, AS; Eldan, M; Beck, BD. 2007. "Determining risks to background arsenic using a margin of exposure approach." *Toxicologist* 96(1):1632.

Beyer, LA; Goodman, JE; Seeley, M; Slayton, T; Beck, BD. 2007. "Carcinogenicity evaluation of methyl tert-butyl ether (MTBE)." *Toxicologist* 96(1):1569.

Beck, BD; Lewis AS. 2007. "Using modeling to inform the risk assessment process for arsenic." *Toxicologist* 96(1):702.

Lewandowski, TA; Beck, BD. 2006. "Evaluation of potential lithium toxicity associated with a monitoring device used in elephants." *Toxicologist* 90(1):2341.

Beyer, LA; Long, CM; Beck, BD; Slayton, TM. 2006. "Ambient concentrations of benzene are below those associated with significant cancer risk." *Toxicologist* 90(1):2305.

Beck, BD; Lewandowski, TA; Yager, JW. 2006. "Evaluation of the possible toxicological interaction of lead and mercury for use in risk assessment." *Toxicologist* 90(1):2195.

Schoen, A; Eldan, M; Goodman, JE; Beck, BD. 2006. "DMAV-induced bladder tumors: Unique rat susceptibility." *Toxicologist* 90(1):2186.

Bowers, TS; Beck, BD. 2006. "Distributional controls on non-linear dose-response relationships." *Toxicologist* 90(1):875.

Beck, BD; Schoen, A. 2006. "Metabolism and toxicities of inorganic and organic As species." *Toxicologist* 90(1):759.

Beck, BD; Lewis, AS. 2006. "Interpretation of biomonitoring studies to assess exposure and risk of inorganic arsenic: Confounding by other sources of arsenic." Presented at Toxicology and Risk Assessment Conference, Cincinnati, OH.

Beck, BD. 2005. "Regulation of nanotechnology in the environment and workplace: Comparative approaches." Presented at MRS 2005 Fall Conference, Boston, MA.

Lewandowski, TA; Beck; BD; Beyer, LA; Rhomberg, LR. 2005. "A historical perspective on long-term animal bioassays." *Toxicologist* 84(1):384.

Schettler, S; Seeley, MR; Lewandowski, TA; Beck, BD. 2005. "Perinatal perchlorate exposure in the rat: Does thyroid status affect brain morphometry?" *Toxicologist* 84(1):1071.

Beyer, LA; Beck, BD. 2005. "Glass bead inhalation and induction of silicosis." *Toxicologist* 84(1):1472.

Seeley, MR; Wells, CS; Ren, SJ; Beck, BD. 2005. "Determining soil remedial action criteria for acute effects: The challenge of copper." *Toxicologist* 84(1):2083.

Schoen, A; Beck, BD. 2005. "The role of methylated metabolites in inorganic arsenic-induced cancer: A synthesis of information from *in vitro* and human biomonitoring studies." *Toxicologist* 84(1):2085.

Beyer, LA; Seeley, MR; Beck, BD. 2004. "Evaluation of exposure to metals on reusable shop towels." *Toxicologist* 78(S-1):107.

Lewandowski, TA; Hayes, A; Beck, BD. 2004. "Potential health effects of exposure to methylenedianiline and toluenediamine during polyurethane foam manufacturing." *Toxicologist* 78(S- 1):107.

Beck, BD; Schoen, A. 2004. "Arsenic methylation: Considerations for risk assessment." *Toxicologist* 78(S-1):129.

Shipp, BK; Dubé, EM; Beck, BD; Seeley, MR; Radloff, KA; Schettler, S; Petito Boyce, C. 2004. "Development of a risk assessment to evaluate human health risks from exposure to Tebuconazole used as a wood preservative." *Toxicologist* 78(S-1):154.

Schoen, A; Beck, BS; Sharma, R; Dubé, EM. 2004. "Evidence from epidemiological and mode of action studies support a nonlinear dose-response relationship for arsenic-induced carcinogenesis." *Toxicologist* 78(S-1):369.

Dubé, EM; Beck, BD; Seeley, MR; Shipp, BK; Petito Boyce, C. 2003. "Assessment of potential human health risks from copper azole-treated wood." Poster No. P1.4. Presented at Annual Meeting of the Society for Risk Analysis, Baltimore, MD.

Beyer, LA; Beck, BD. 2003. "Derivation of air action levels for use in monitoring during site remediation." *Toxicologist* 72(1):395.

Seeley, MR.; Lewandowski, TA; Beck, BD. 2003. "Evaluating health implications of lubricating oil on orthopedic medical implant devices." *Toxicologist* 72(1):384.

Lewandowski, TA; Seeley, MR; Beck, BD. 2003. "Inter-species differences in susceptibility to Perchlorate: A critical consideration for human health risk assessment." *Toxicologist* 72(1):390.

Wells, CS; Slayton, TM; Beck, BD; Lewandowski, TA. 2002. "Risk modeling implications of mechanistic differences between low and high dose effects of arsenic." Presented at Non-Linear Dose- Response Relationships in Biology, Toxicology and Medicine, School of Public Health and Health Sciences, University of Massachusetts, Amherst, MA.

Beck, BD; Slayton, TM; Farr, CH; Sved, DW; Crecelius, EA; Holson, JF. 2002. "Systemic uptake of inhaled arsenic in rabbits." *Toxicologist* 66(1):83.

Slayton, TM; Lewandowski, TA; Petito Boyce, C; Beck, BD. 2002. "Is there a special sensitivity of children to inorganic arsenic?" *Toxicologist* 66(1):86.

Petito Boyce, C; Dubé, EM; Wells, CS; Beck, BD. 2002. "Assessing bioavailability and other parameters influencing exposures to arsenic associated with CCA-treated wood." *Toxicologist* 66(1):103.

Dubé, EM; Boyce, C; Beck, BD; Schettler, S. 2002. "Evaluation of human health risks from exposures to arsenic associated with CCA-treated wood." *Toxicologist* 66(1):103.
**\*\*Received award for "Best Posters in Risk Assessment" at 2002 Society of Toxicology Meeting.**

Beyer, LA; Beck, BD; Chan, K. 2002. "Assessment of 'all cancers' in dioxin epidemiology studies." *Toxicologist* 66(1):158.

Chan, K.; Beyer, LA; Beck, BD. 2002. "Assessment of benzene carcinogenic potential in humans." *Toxicologist* 66(1):159.
**\*\*Received award for "Best Posters in Risk Assessment" at 2002 Society of Toxicology Meeting.**

Slayton, TM; Beck, BD. 2001. "Mechanistic differences between low dose and high dose effects of arsenic." *Toxicologist* 60(1):76.

Bowers, TS; Mattuck, RL; Beck, BD; Cohen, JT. 2000. "Recent trends in childhood blood lead levels." *Toxicologist* 54(1):72.

Beck, BD; Seeley, MR; Tonner-Navarro, LE; Deskin, R. 2000. "Variations in cancer classification between European countries and organizations." *Toxicologist* 54(1):273.

Seeley, MR; Beck, BD; Tonner-Navarro, LE; Deskin, R. 2000. "European differences in derivation of occupational exposure levels." *Toxicologist* 54(1):274.

Slayton, TM; Beck, BD; Yager, JW. 2000. "EPRI-sponsored arsenic research program – Application to arsenic cancer risk assessment." In *Book of Abstracts, Fourth International Conference on Arsenic Exposure and Health Effects, San Diego, CA*, June 18-22, p171.

Kitchin, KT; Beck, BD. 2000. "Arsenic: Carcinogenic mechanisms, risk assessment and the maximum contaminant level (MCL)." *Toxicologist* 54(1):356.

Beck, BD; Daly, HE; Slayton, TM. 1999. "Development of copper toxicity values for human health risk assessment." *Toxicologist* 48(1-S):82.

Beck, BD; Cohen, JT; Lampson, MA; Sinha, R. 1999. "The development of a stochastic physiologically-based pharmacokinetic model for lead." Presented at the International Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy.

Bowers, TS; Cohen, JT; Beck, BD. 1999. "Implications of blood lead models on permissible exposure levels for protection of adults and children." Presented at the International Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy.

Beyer, LA; Beck, BD; Maier, WE. 1999. "Is perchloroethylene (perc) a probable carcinogen in humans?" *Toxicologist* 48(1-S):343.

Daly, HE; Schmidt, C; Beck, BD. 1999. "Aggregate exposure model for pesticide drift." *Toxicologist* 48(1-S):190.

Slikker, W; Beck, BD. 1999. "Cognitive tests: Interpretation for neurotoxicity?" *Toxicologist* 48(1-S):2-3.

Beck, BD; Slayton, TM. 1998. "Impact of arsenic (As$_i$) metabolism on human populations: Dose-response relationships in arsenic-induced cancers." *Toxicologist* 42(1-S):354.

Beck, BD; Beyer, LA; Price, C; Robertson, J; Hiller, D. 1998. "An exposure assessment for inorganic arsenic in vegetables using site-specific data from a tailings site in Ontario." Presented at the Third International Conference on Arsenic Exposure and Health Effects, San Diego, CA.

Cohen, JT; Lampson, MA; Beck, BD. 1997. "Use of a Monte Carlo exposure model to estimate blood lead distributions in U.S. children." *Toxicologist* 36(a):337-338.

Cohen, JT; Beck, BD; Bowers, TS. 1996. "Validation of an arsenic model through urine and fecal measurements." *Toxicologist* 30(a):49.

Cohen, JT; Beck, BD; Boardman, PD; Beyer, LA; Hiller, D. 1995. "Use of an arsenic exposure model at a gold mining and milling site." Presented at Society for Environmental Geochemistry and Health (SEGH) 1995 International Arsenic Conference, San Diego, CA.

Beck, BD; Boardman, PD; Beyer, LA; Cohen, JT; Hiller, D. 1995. "Validation of an arsenic exposure model at a mining and milling site through urinalysis." Presented at Society for Environmental Geochemistry and Health (SEGH) 1995 International Arsenic Conference, San Diego, CA.

Slayton, TM; Beck, BD; Valberg, PA. 1995. "Evaluation of health effects resulting from accidental exposures." Presented at 1995 Air and Waste Management Association Meeting, San Antonio, TX.

Beck, BD; Boardman, PD; Watson, A. 1995. "Urinalysis study for evaluating arsenic exposure in a population residing on mill tailings." *Toxicologist* 15:87.

Beck, BD; Goodman, G; Gauthier, TD. 1994. "Risk assessment for cyanides in soil at manufactured gas plant (MGP) sites." *Toxicologist* 14(1):154.

Schoof, RA; Yost, LJ; Valberg, PA; Beck, BD. 1994. "Recalculation of the oral arsenic reference dose and cancer slope factor using revised assumptions in inorganic arsenic intake from food." *Toxicologist* 14(1):36.

Bowers, TS; Michelson, AR; Beck, BD. 1994. "Short-term lead exposure modeling." *Toxicologist* 14(1):37.

Rudel, R; Beck, BD. 1993. "Risk of worker injury and fatality during hazardous waste site remediation." Presented at Society for Risk Analysis 1993 Annual Meeting, Savannah, GA, December 5-8.

Beck, BD; Bowers, TS. 1993. "Uptake of Pb into the body: Geochemical characteristics affecting uptake, host modifying factors, and approaches to quantify." *Proceedings of the 1993 Annual Meeting of the Geological Society of America.*

Karam, HS; Beck, BD; Goodman, G; Steele, MJ. 1993. "The value of blood lead measurements in children in estimating past, present, and future exposures to lead: Application to risk management decisions at Superfund sites." *Toxicologist* 13(1):302.

Beck, BD; Bowers, TS; Karam, HS. 1993. "An adult lead risk assessment model." *Toxicologist* 13(1):141.

Beck, BD; Dourson, ML. 1992. "Improvements in quantitative noncancer risk assessment: Introduction." *Toxicologist* 12(1):23.

Karam, HS; Beck, BD. 1990. "Evaluation of two methods to determine cleanup levels for lead in soil." In *Proceedings of the 24th Annual Conference on Trace Substances in Environmental Health.*

Petito, CT; Beck, BD. 1990. "Evaluation of nonlinearities in the dose-response curve for arsenic carcinogenesis." In *Proceedings of the 24th Annual Conference on Trace Substances in Environmental Health.*

Beck, BD; Brain, JD. 1988. "Application of short-term lung bioassays to risk assessment for metals." *Toxicologist* 8:154.

Beck, BD; Tsai, PY. 1987. "Risk assessment for lead contaminated soil." *Toxicologist* 7(1):182.

Beck, BD; Brain, JD; Wolfthal, SF; Zibrak, J; Sommers-Smith, S. 1985. "Possible sources of biochemical indicators of lung injury in bronchoalveolar lavage fluid from hamsters." *Am. Rev. Respir. Dis.* 131:A184.

Zibrak, JD; Beck, BD; Sadoski, J; Wolfthal, S; Gerson, B; Sommers-Smith, S. 1985. "Cytoplasmic enzyme patterns in isolated hamster Alveolar type II Cells (ATII)." *J. Cell. Biol.* 99.

Beck, BD; Brain, JD; Wolfthal, SF. 1984. "Are combustion products of automobile waste oil (AWO) toxic to the lungs?" *Am. Rev. Respir. Dis.* 129:152.

Beck, BD; Brain, JD; Shera, NS. 1983. "Acute indicators of lung damage in hamsters exposed to Bleomycin plus 70% $O_2$ or Elastase." *Am. Rev. Respir. Dis.* 127:171.

Beck, BD; Brain, JD. 1982. "Prediction of pulmonary toxicity of respirable combustion products from residential wood and coal stoves." In *Proceedings, Residential Wood & Coal Combustion Specialty Conference, Louisville, KY*, March 1-2, p264-280.

Beck, BD; Gerson, B; Feldman, H; Brain, JD. 1982. "LDH Isoenzymes in hamster lung lavage fluid as a means of assessing pulmonary damage." *Am. Rev. Respir. Dis.* 125:230.

Beck, BD; Brain, JD; Bohannon, DE. 1982. "Are respirable combustion products from home heating stoves toxic to the lungs?" *Am. Rev. Respir. Dis.* 125:156.

Beck, BD; Brain, JD; Bohannon, DE. 1981. "Will Mt. St. Helens volcanic ash injure the lungs?" *Am. Rev. Respir. Dis.* 123:149.

Beck, BD; Park, JT. 1970. "Study on the relationship between three Murein Hydrolases and cell division in *E. coli.*" *Annu. Meeting Amer. Soc. Microbiol.* G38:26.

## Publications – *Other Publications/Reports*

National Research Council, Division of Earth and Life Sciences, Water Science and Technology Board, Committee on Future Options for Management in the Nation's Subsurface Remediation Effort. 2012. "Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites." National Academies Press, Washington, DC, 339p. (Dr. Beck was a member of the panel that prepared this report under the auspices of the National Research Council.)

Beck, BD. 2009. "Congress should take risk-based approach to lead-content law." *Wall Street J.* 253(88):A14. April 16.

Valberg, PA; Beck, BD. 1993. "Recalculation of the Arsenic Cancer Slope Factor." Report to IRIS Information Submission Desk (US EPA), August 9.

Beck, BD; Goodman, G, Hemphill, CP. 1993. "Summary of Naphthalene Toxicity Information and Derivation of a Naphthalene Oral RfD." Draft report to US EPA Naphthalene RfD Work Group. August 30.

Beck, BD. 1987. "Acute and Chronic Toxicity of Trichloroethylene," "Non-carcinogenic Risk Assessment," "The Role of Peroxisomal Proliferation in Trichloroethylene Hepatotoxicity and Carcinogenicity." Draft NESCAUM (Northeast States for Coordinated Air Use Management) Health Assessment Document.

Beck, BD. 1982. "The use of bioassays to assess the toxicity of particulates; evaluation of bioassays." In *Appendix 2: Toxic Effects of Airborne Particulates*, p119 - 167, Appendix to Report "Analysis of Health Effects Resulting from Population Exposures to Ambient Particulate Matter." Prepared by Harvard University, Energy and Environmental Policy Center, for US Dept. of Energy, Agreement No. DE-AC02-81EV10731.

Beck, BD. 1975. "*Activity of three murein hydrolases during the cell cycle of Escherichia coli. K-12.*" Ph.D. Dissertation, Tufts University.

## Invited Lectures/Other Presentations – 1985-Present

12/21 - "Careers in Toxicology." Presented at the course on Principles of Toxicology: Molecular and Translational Toxicology at the Harvard T.H. Chan School of Public Health, Boston, MA, December 1.

12/20 – "Inorganic Arsenic: Health Risk Assessment." Presented at the University of Connecticut, School of Pharmacy, Storrs, CT, December 9.

12/20 - "Careers in Toxicology." Presented at the course on Principles of Toxicology: Molecular and Translational Toxicology at the Harvard T.H. Chan School of Public Health, Boston, MA, December 2

12/19 – "Careers in Toxicology." Presented at the course on Principles of Toxicology: Molecular and Translational Toxicology at the Harvard T.H. Chan School of Public Health, Boston, MA, December 4.

11/19 – "Asbestos and Principles of Toxicology: What You Need to Know" Presented at DRI Asbestos Medicine, Boston, MA, November 13.

12/17 – "YPLL: A Comprehensive Quantitative Tool to Evaluate Worker Risk Under Green and Sustainable Remediatino." Poster # P.13. Presented at the Society for Risk Analysis (SRA) Annual Meeting, Arlington, VA, December 10-14.

11/17 – "Careers in Toxicology." Presented at the course on Principles of Toxicology: Molecular and Translational Toxicology at the Harvard T.H. Chan School of Public Health, Boston, MA, November 29.

12/16 – "Inorganic Arsenic: Health Risk Assessment." Presented at the University of Connecticut, School of Pharmacy, Storrs, CT, December 7.

11/16 – "Careers in Toxicology." Presented at the course on Principles of Toxicology: Molecular and Translational Toxicology at the Harvard T.H. Chan School of Public Health, Boston, MA, November 30.

11/14 – "Careers in Toxicology." Presented at the course on Principles of Toxicology: Molecular and Translational Toxicology at the Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA, November 24.

12/13 – "Inorganic Arsenic: Health Risk Assessment." Presented at the University of Connecticut, School of Pharmacy, Storrs, CT, December 11.

4/13 – "Risk Assessment Approaches and Application of IRIS Values: Consideration of Susceptibility and Variability." Presented at the National Research Council Inorganic Arsenic: Scientific Considerations for Hazard Identification and Dose-Response Analysis Workshop, Washington, DC, April 4.

4/12 – "Dose-Response Assessment for Arsenic: A Case Study for Why the LNT Doesn't Work." Presented at the 2012 Annual Meeting of the International Dose-Response Society, University of Massachusetts, Amherst, MA, April 25.

12/11 – "Inorganic Arsenic: Health Risk Assessment." Presented at the University of Connecticut, School of Pharmacy, Storrs, CT.

4/11 – Testimony of Barbara D. Beck, Ph.D., DABT, Fellow ATS, ERT regarding "Discussion Draft of H.R._ a Bill that would Revise the Consumer Product Safety Improvement Act."  Submitted to US House of Representatives, Committee on Energy and Commerce, Subcommittee on Commerce, Manufacturing, and Trade Hearing, April 7.

4/10 – "Medical Monitoring and Environmental Exposures." Presented in a session entitled "Presenting Effective Arguments to Courts Against Awarding Medical Monitoring Damages" at the American Conference Institute's Chemical Products Liability and Environmental Litigation Conference, Chicago, IL, April 28.

3/10 – "These Kids are Driving Me Crazy: The Science of Sensitive Subpopulations." Presented at the DRI Toxic Torts and Environmental Law Seminar, New Orleans, LA, March 18.

3/10 – "Weighing Complex Data in Risk Decisions: Concepts of Evidence-Based Toxicology." Roundtable discussion presented at the Society of Toxicology Annual Meeting, Salt Lake City, UT, March 9.

2/10 – "Buckyballs and Nanotubes: Insurance Issues Related to Nanotechnology." Panelist for talk presented at the American Bar Association's 18th Annual Insurance Coverage Litigation Committee Midyear Program. Phoenix, AZ, February 26.

1/10 – "Overview of Arsenic Epidemiology." Presented as part of the EPRI Arsenic Project Scientific Review Panel Meeting, Research Triangle Park, NC, January 28.

12/09 – "Current Risk from Exposure to Nanoparticles." Presented as part of webinar held by Day Pitney, LLP, December 9.

4/09 – "Testimony of Barbara D. Beck, Ph.D., DABT Regarding the Consumer Product Safety Improvement Act: The Need for a Risk-Based Approach." CPSIA Congressional Briefing, Washington, DC, April 1.

3/09 – "What is an Adverse Effect in the Age of 'Omics?" Roundtable discussion presented at the Society of Toxicology Annual Meeting, Baltimore, MD, March 18.

12/08 – "Inorganic Arsenic: Health Risks and Regulations." Presented at the University of Connecticut, School of Pharmacy, Storrs, CT.

5/08 – "Risk Assessment for Essential Metals: Considerations for 'The Path Forward.'" Presented at the Workshop on Health Risk Assessment of Essential Metals, Ottawa, Canada.

5/08 – "Nanotechnology: An Overview of Environmental Health & Safety Issues." Presented as part of webinar held by Day Pitney, LLP.

3/08 – "Challenge in Using Hazard-based Binning in Risk Assessment & Risk Management." Presented at the Society of Toxicology 47th Annual Meeting, Seattle, WA.

1/08 – "Determining Risks to Background Arsenic Using a Margin-of-Exposure Approach." Presented at the Society of Risk Analysis, New England Chapter Meeting, Boston, MA.

10/07 – "An Update on Risk Management Approaches for Nanotechnology: Recent Regulatory Activities and Trends Affecting Product Development." Presented at the Lux Executive Summit, Cambridge, MA.

9/07 – "Is Smaller Always Worse: What Do We Know Now About the Toxicity and Potential Risks of Nanoparticles? What More Do We Need to Know?" Presented at the PANWAT SOT Meeting, Seattle, WA.

7/07 – "The Role of Regulatory Science in Tort Litigation." Presented as part of the Environmental Law Institute's *Critical Developments in Toxic Torts Seminar Series*, Washington, DC.

3/07 – "Using Modeling to Inform the Risk Assessment Process for Arsenic." Presentation at the Society of Toxicology 46th Annual Meeting, Charlotte, NC.

2/07 – "Health Risks of Inorganic Arsenic: A Serious Threat or are there Better Ways to Spend our Resources?" Presented at the Risk Assessment Forum, Yale University, New Haven, CT.

12/06 – "Risk Assessment: An Overview." Presented at the University of Connecticut, School of Pharmacy, Storrs, CT.

12/06 – "Industry Challenges – Getting the Lead Out: Health Risk Considerations." Presented at Plumbing Manufacturers Association and Copper Development Association Roundtable, Chicago, IL.

10/06 – "Use of Nanoscale Zero-Valent Iron (NZVI) Particles for Groundwater Remediation: A Qualitative Risk Assessment." Presented at the University of Massachusetts Soils, Sediments, and Water Conference, Amherst, MA.

9/06 – "Overview of Science Issues Associated with Assessing Lead Health Effects." Presented at the Battery Council International Convention, Tucson, AZ.

4/06 – "Interpretation of Biomonitoring Studies to Assess Exposure and Risk of Inorganic Arsenic: Confounding by Other Sources of Arsenic." Presented at Toxicology and Risk Assessment Conference, Cincinnati, OH.

1/06 – "A Qualitative Risk Assessment to Evaluate the Remediation of Trichloroethylene by Nanoscale Zero-Valent Iron Particles." Presented at the 1st International Conference on Nanotoxicology: Biomedical Aspects, Miami, FL.

12/05 – "Regulation of Nanotechnology in the Environment and Workplace: Comparative Approaches." Presented at the 2005 Materials Research Society Meeting Session S9: Regulation of Nanotechnology and Nanomaterials, Boston, MA.

9/05 – "Recommendations for DMA Assessment." Presented on behalf of MAA Research Task Force, US EPA, Washington, DC.

9/05 – "Characterization of DMA Risk Using a Nonlinear Dose-Response Approach." Presented on behalf of MAA Research Task Force, US EPA, Washington, DC.

3/05 – "The Life of a Consultant." Society of Toxicology 44th Annual Meeting, New Orleans, LA.

3/04 – "Arsenic Methylation: Considerations for Risk Assessment." Society of Toxicology 43rd Annual Meeting, Baltimore, MD.

1/04 – "Lack of Relevance of DMA-Induced Rat Bladder Tumors for Human Risk Assessment: Metabolism and Disposition Studies of DMA and MMA." Presented to Office of Pesticide Programs, US EPA, Washington, DC.

12/03 – "Selected Comments on Draft EPA Exposure & Risk Assessments for CCA-Treated Wood Using SHEDS-Wood Model." Presented at FIFRA SAP Meeting, Washington, DC.

11/03 – "Risk Assessment: An Overview." University of Connecticut, School of Pharmacy, Storrs, CT.

10/03 – "Comparison of a Probabilistic/Mechanistic Approach to a Deterministic/Empirical Approach for Evaluating CCA-Treated Wood Exposures." Presented at 19th Annual International Conference on Soils, Sediments and Water, Amherst, MA.

4/03 – "Evaluation of Potential Human Health Risks from Copper Azole-Treated Wood." Presented at 99th Annual Meeting of the American Wood-Preservers' Association, Boston, MA.

11/02 – "A Case Study of Arsenic Risk Assessment and Risk Management." Presented at NIEHS DERT Science Retreat, Wilmington, NC.

10/02 – "CCA-Treated Wood: Science and Politics." Presented at University of Massachusetts, Amherst.

10/02 – "Research Activities to Refine Human Health Risk Assessment for CCA-Treated Wood." Presented to CPSC, Washington, DC.

8/02 – "Comments on EPA Background Documents Regarding SHEDS-Wood Model." Presented at Science Advisory Panel meeting, Washington, DC.

1/02 – "Principles of Toxicology." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA.

12/01 – "Risk Assessment: An Overview." University of Connecticut, School of Pharmacy, Storrs, CT.

10/01 – "Comments on EPA Background Documents Regarding CCA-Treated Wood." Presented to Scientific Advisory Panel, Washington, DC.

# Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow

10/01 – "Statement by Barbara D. Beck re: Arsenic in Drinking Water: An Update on the Science, Benefits and Cost." Presented at Congressional Hearing, Washington, DC.

8/01 – "Focused Evaluation of Health Risks from Exposure to Arsenic Associated with CCA-Treated Wood." Presented to Consumer Product Safety Commission, Washington, DC.

6/01 – "Adult: Child Differences in the Intra-Species Uncertainty Factor: A Case Study Using Lead." Presented at the Fifth Annual Workshop on Evaluation of Default Safety Factors in Health Risk Assessment, UMDNJ-New Jersey Medical School, Newark, NJ.

3/01 – "Risk Assessment for Metals: Physiologically-Based Pharmacokinetic Models for Metals." Society of Toxicology 40th Annual Meeting, San Francisco, CA.

6/00 – "EPRI-Sponsored Arsenic Research Program – Application to Arsenic Cancer Risk Assessment." SEGH Fourth International Conference on Arsenic Exposure and Health Effects, San Diego, CA.

5/00 – Invited Participant/Speaker to the Fourth Annual Workshop on Evaluation of Uncertainty/Safety Factors in Health Risk Assessment, Nutley, NJ.

4/00 – "Development of a Stochastic Physiologically-Based Pharmacokinetic Model for Lead." Toxicology and Risk Assessment Approaches for the 21st Century Conference, Kings Island, OH.

6/99 – "The Development of a Stochastic Physiologically-Based Pharmacokinetic Model for Lead." US EPA Workshop on Lead Model Development: Probabilistic Risk Assessment and Biokinetic Modeling, Raleigh-Durham, NC.

6/99 – "The Development of a Stochastic Physiologically-Based Pharmacokinetic Model for Lead." WHO/IARC Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy.

3/99 – "Strategies for Prosecuting and Defending Toxic Tort Litigation – A Toxicologist's Perspective." ABA Annual Conference on Environmental Law, Keystone, CO.

3/99 – "Principles of Toxicology." Harvard Center for Risk Analysis Course "Analyzing Risk: Assessment and Management," Boston, MA.

2/99 – "Comments on EPA Perchlorate RfD Draft Document." Perchlorate Peer Review Workshop, San Bernardino City Council Chambers, San Bernardino, CA.

1/99 – "Risk Assessment: An Overview." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health) Principles of Toxicology Course, Boston, MA.

12/98 – "Risk Assessment: An Overview." University of Connecticut Advanced Toxicology Course, Storrs, CT.

11/98 – "EPA's Proposed Residential Lead Standards." US EPA's Children's Health Protection Advisory Committee Meeting, New Carrolton, MD.

10/98 – "What are the Characteristics of a Well-designed Environmental Lead/Blood Lead Study?" National Environmental Policy Institute's Conference "Protecting Children's Health: Assessing the Relationship of Soil Lead to Blood Lead," Washington, DC.

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

10/98 – "Principles of Toxicology." Harvard Center for Risk Analysis Course "Analyzing Risk: Assessment and Management," Boston, MA.

10/98 – "Cumulative Risk – Case Study." American Law Institute-American Bar Association Course of Study, "Risk Assessment and Risk Management in Environmental Law," Washington, DC.

10/98 – "Introduction to Recent Developments in Risk Assessment: Aggregate Exposure and Cumulative Risk." American Law Institute-American Bar Association Course of Study, "Risk Assessment and Risk Management in Environmental Law," Washington, DC.

4/98 – "Principles of Toxicology." Harvard Center for Risk Analysis Course "Analyzing Risk: Assessment and Management," Boston, MA.

3/98 – "Impact of Arsenic ($As_i$) Metabolism on Human Populations: Dose-Response Relationships in Arsenic-Induced Cancers." Society of Toxicology 37th Annual Meeting, Seattle, WA.

3/98 – "Effective Risk Communication: Avoiding the Pitfalls." Continuing Education Course, Society of Toxicology 37th Annual Meeting, Seattle, WA.

12/97 – "Key Issues Raised by EPA's Proposed Ozone Standards and Supporting Analysis." Society for Risk Analysis, Annual Meeting and Exposition, Washington, DC.

5/97 – "Testimony on Analysis of Risk Assessment Used by the EPA in Support of Its Proposed Ozone Standards." Before the Joint Hearing of the Health and Environment Subcommittee and the Oversight and Investigations Subcommittee, Commerce Committee, US House of Representatives, Washington, DC.

3/97 – "Principles of Toxicology." Harvard Center for Risk Analysis Course "Analyzing Risk: Assessment and Management," Boston, MA.

12/96 – "Risk Assessment: An Overview." University of Connecticut Course "Advanced Toxicology", Storrs, CT.

12/96 – "Risk Assessment for Criteria Pollutants *versus* Other Noncarcinogens: The Difference Between Implicit and Explicit Conservativism." Rutgers University 2nd Annual Workshop "The Evaluation of EPA 10X Safety Factors in Health Risk Assessment," Nutley, NJ.

9/96 – "The Quantitative Use of Information on Susceptibility in Risk Assessment: Where is it Working or Not Working? How Can We Make It Better?" Third Annual NHEERL Symposium on Susceptibility and Risk Assessment, Raleigh, NC.

9/96 – "Principles of Toxicology." Harvard Center for Risk Analysis Course "Analyzing Risk: Assessment and Management," Boston, MA.

8/96 – "The Role of Risk Assessments in Superfund." American Bar Association, Orlando, FL.

12/95 – "Use of Monte Carlo Arsenic (As) Model to Predict Distributions of Urine Arsenic at a Mining and Milling Site." Society for Risk Analysis, Honolulu, HI.

10/95 – "Use of Information on Variations in Susceptibility – Ozone." ILSI Risk Science Institute Workshop on Human Variability, Washington, DC.

10/95 – "Evaluation of Health Effects Resulting from Accidental Exposures." Michigan Society for Risk Analysis, Dearborn, MI.

9/95 – "Principles of Toxicology." Harvard Center for Risk Analysis Course on "Analyzing Risk: Assessment and Management," Boston, MA.

6/95 – "Validation of an Arsenic Exposure Model at a Mining and Milling Site through Urinalysis." "Use of an Arsenic Exposure Model at a Gold Mining and Milling Site." Second International Conference on Arsenic Exposure and Health Effects, San Diego, CA.

7/94 – "A Review of Scientific Issues Pertaining to Arsenic." Society for Environmental Geochemistry and Health Conference on Lead and Arsenic Exposure in the Rocky Mountains, Salt Lake City, UT.

5/94 – "Use of Lead Exposure Assessment in the Regulatory Process." International Lead Zinc Research Organization Lead Exposure Assessment Workshop, Research Triangle Park, NC.

3/94 – "Non-linearities in Arsenic Risk Assessment." Boston Risk Assessment Group, Cambridge, MA.

3/93 – "Basic Risk Assessment: Current Developments." Continuing Education Course, Society of Toxicology, New Orleans, LA.

3/92 – "A Review of the Bioavailability of Petroleum Constituents." West Coast Soils and Groundwater Conference, Long Beach, CA.

3/92 – "Bioavailability of Metals and Organics." Workshop on Human Health and Ecological Risk Assessments for Contaminated Sites, Toronto, Canada.

2/92 – "Improvements in Quantitative Noncancer Risk Assessment." Chair of Symposium of Society of Toxicology Meeting, Seattle, WA.

2/92 – "Perspectives on the Development of Soil Cleanup Levels at Mining Sites." Colorado Bar Association, Denver, CO.

11/91 – "Environmental Law Update: Toxic Torts and How Clean is Clean?" Squire, Sanders & Dempsey, Cincinnati, OH.

10/91 – "Risk Assessment for Indoor Air: Evaluating Risks to Susceptible Populations." NATO/CCMS-COST 613 Joint Workshop, Kloster Banz, Bavaria, Germany.

2/91 – "An Update on Exposure and Risks of Lead." Chair of Symposium at Society of Toxicology Meeting.

2/90 – "Inhalation Risk Assessment." Chair of Symposium at Society of Toxicology Meeting.

1/90 – "The Use of Structure Activity Relationships for Alkyl Phenol Risk Assessment." New England Society for Risk Analysis, Boston, MA; RJR/Nabisco, Winston-Salem, NC.

1/90 – "The Use of Structure Activity Relationships in Risk Assessment." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA; Northeastern University, Boston, MA.

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

11/89 – "How Protection Levels are Developed and What They Mean." Course on Risk Assessment and Epidemiology for Lawyers, Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA.

9/89 – "An Environmental Health Case Study." Tufts Medical School, Boston, MA.

3/89 – "Impact of Lead Derived from Mining Sources on Blood Lead." Boston Risk Assessment Group, Boston, MA.

2/89 – "Ecological and Health Risk Assessment for Arsenic in Soil." Society of Toxicology, Atlanta, GA.

12/88, 1/89, 9/89, 10/89, and 4/90 – "Risk Assessment for Hazardous Waste Sites, Including a Perspective on Toxic Torts." Executive Enterprises, Inc., Washington, DC, Chicago, IL, Philadelphia, PA, and Orlando, FL.

10/88 – "Ozone Toxicology and Risk Assessment." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA.

10/88 – "Risk Assessment for Arsenic in Soil." University of Massachusetts, Amherst, MA.

9/88 – "The Use of Animal Bioassays to Assess Lun31 Toxicity." NESCAUM, Princeton, NJ.

6/88 – "Review of Epidemiological and Toxicological Studies on Mining Derived Lead." US EPA, Philadelphia, PA.

3/88 – "Assessment of Impact on Blood Lead of Lead from Mining Sources." US EPA, Washington, DC.

2/88 – "Regulatory Toxicology." Tufts University School of Medicine, Boston, MA.

12/87 – "Risk Assessment for Soil." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA.

12/87 – "Health Effects of Ozone and the Clean Air Act." New England Chapter for Society for Risk Analysis, Cambridge, MA.

11/87 – "Health Effects of Ozone." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA.

9/87 – "Health Risk Assessment for Soil." University of Massachusetts, Amherst, MA.

4/87 – "Key Issues in Addressing Adverse Effects of Ozone." University of Massachusetts, Amherst, MA.

1/87 – "Risk Assessment for Dioxin in Soil." MIT, Cambridge, MA.

10/86 – "Pulmonary Toxicology." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA.

10/86 – "Risk Assessment." University of Massachusetts, Amherst, MA.

10/86 – "Regulatory Toxicology." Tufts University School of Medicine, Boston, MA.

7/86 – "Health Effects of Indoor Air Pollutants." Region I US EPA, Lexington, MA.

6/86 – "Health Effects of Radon." Society of Women Engineers, Hartford, CT.

6/86 – "Contacting the Health and the Medical Community About the Adverse Effects of Ozone." US EPA, Washington, DC.

6/86 – "Animal Toxicology." US EPA Region I, Boston, MA.

4/86 – "Health Effects of Ozone." NESCAUM meeting, Newport, RI.

2/86 – "Pulmonary Toxicology." US EPA Region I, Boston, MA.

12/85 – "Toxicology of Dioxin." US EPA Dioxin Workshop, Lexington, MA.

11/85 – "Animal Bioassays." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA.

11/85 – "Pulmonary Toxicology." Harvard School of Public Health (now Harvard T.H. Chan School of Public Health), Boston, MA.

10/85 – "Indoor Air Pollution." Air Pollution Control Association Meeting, Enfield, CT.

1/85 – "Indoor Air Pollution." NESCAUM Workshop, Northampton, MA.

**Editor**

2010 – Present. Associate Editor. *Toxicology and Applied Pharmacology*.

2006 – 2010. Specialty Editor. *Toxicology and Applied Pharmacology*.

1995 – Present. Editorial Board Member. *Human and Experimental Toxicology*.

Beck, BD. 1992. *Trace Substances in Environmental Health - XXV, Proceedings of a Conference Held in Columbia, Missouri, USA, 20-23 May, 1991 [25th Annual Conference]*. Science Reviews, Ltd., Northwood, England. Prepared for University of Missouri, Environmental Trace Substances Research Center; Society for Environmental Geochemistry and Health; US EPA; Southern California Edison, 311p. Supplement to Vol. 14 (1992) of *Environmental Geochemistry and Health*.

Beck, BD. 1987. "Overview: Assessing Health Risks from Contaminated Soils." *Comments Toxicol.* 1(3-4):171-175.

**Reviewer**

*Annals of Internal Medicine; Cancer Research; Environmental Health Perspectives; Environmental Research; Epidemiology; Fundamental and Applied Toxicology; Human and Ecological Risk Assessment; Human and Experimental Toxicology; Journal of Society of Environmental Geochemistry and Health; Regulatory Toxicology and Pharmacology; Toxicological Sciences; Environment International*

**Barbara D. Beck, Ph.D., DABT, ATS, ERT, AAAS Fellow**

**Continuing Education Courses**

- Public Health Law for Boards of Health and Health Departments: Massachusetts Association of Health Boards, 2022
- Conceptual Models in Immunotoxicology, Society of Toxicology, 2022.
- Concepts and Approaches for current and Future Metals Toxicological Research, Society of Toxicology, 2021.
- Mechanistic and Pharmacokinetic Consideration to Aid in Determining Causality: Frontier for Data Integration, Risk Assessment Specialty Section (RASS) webinar, 2020.
- Advances in CRISPR-Cas9 Tools and Applications for Toxicologists, Society of Toxicology, 2020.
- The Male Reproductive Tract: Development, Toxicology, and Pathology, Society of Toxicology, 2020.
- Immunology Basics Webinar Series, University of Connecticut, 2019.
- FASEB & AAMC Presents: Animal Research: Still Necessary for Understanding Human Disease, 2019.
- Developmental Toxicity of the Skeletal System: Interpretation of Findings in DART Studies and Implications for Risk Assessment, Society of Toxicology, 2019.
- Microbiome and Environmental Toxicants: From Study Design and Analysis to Regulatory Guidance, Society of Toxicology, 2019.
- Developmental and Reproductive Toxicity (DART) and Risk Assessment of Environmental Chemicals: Applications, Complexities, and Novel Approaches, Society of Toxicology, 2017.
- Embryology and Developmental Toxicity Testing, Society of Toxicology, 2016.
- Toxicogenomics Meets Regulatory Decision-making: How to Get Past Heat Maps, Network/Pathway Diagrams, and "Favorite" Genes, Society of Toxicology, 2015.
- Current Trends in Genetic Toxicology Testing, Society of Toxicology, 2014.
- Understanding Toxic Neuropathy in Drug Development: Both Clinical and Nonclinical Perspectives, Society of Toxicology, 2013.
- Cutaneous Toxicity: *In Vitro* Methods for Toxicity and Safety Evaluation, Society of Toxicology, 2012.
- Epigenetics in Toxicology: Introduction, Mechanistic Understanding, and Applications in Safety Assessment, Society of Toxicology, 2011.
- Technologies and Tools for Toxicity Testing in the 21st Century, Society of Toxicology, 2010.
- Nanotoxicology: The Science of Developing a Safe Technology, Society of Toxicology, 2008.
- Dose-Response Modeling for Occupational and Environmental Risk Assessment, Society of Toxicology, 2008.
- Toxicology and Molecular Biology of Tissue Repair, Society of Toxicology, 2007.
- Use of Genome Databases for Toxicology, Society of Toxicology, 2006.
- Neuropathology for the Toxicologist, Society of Toxicology, 2006.
- Fundamentals of Nanotechnology: Chemistry, Exposure, Environmental/Health Assessments and Societal Impacts, Society of Toxicology, 2005.
- Integrating Toxicologic Pathology into Compound Evaluation and Risk Assessment, Society of Toxicology, 2002.
- Rodent Toxicity and Nongenotoxic Carcinogenesis: Knowledge-Based Human Risk Assessment from Molecular Mechanisms, Society of Toxicology, 2000.
- An Overview of the Tier 1 Screening Battery Proposed by EDSTAC, Society of Toxicology, 1999.
- Benchmark Dose, Society of Toxicology, 1997.
- Principles of Metal Toxicology, Society of Toxicology, 1997.
- Epidemiology for Toxicologists, Society of Toxicology, 1996.
- International Harmonization: Update on Scientific and Regulatory Issues. Part II: Toxic Substances and Environmental Issues, Society of Toxicology, 1994.
- Case Studies in Risk Assessment: Emphasis on Exposure, Society of Toxicology, 1992.
- Environmental Toxicology, Society of Toxicology, 1991.
- Target Organ Toxicity: Advanced Hepatotoxicity, Society of Toxicology, 1990.
- Toxicity of Agents: Pesticides, Society of Toxicology, 1990.
- Neurotoxicology, Society of Toxicology, 1989.
- Respiratory Tract Toxicology by Classes of Agents, Society of Toxicology, 1988.
- Mid-America Course in Toxicology, 1988.
- Pulmonary Pathophysiology, University of Vermont Medical School, 1979.

# Appendix C

---

**Testimony of Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow**

**(Last Four Years)**

**Expert Testimony**
**Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow**
*As of December 2, 2022*

| Plaintiff (P) | Defendant (D) | Case # | Court | District | Date | Legal Proceeding | Protected? |
|---|---|---|---|---|---|---|---|
| Michelle Zangari and Ted Zangari | G&I Energy LLC, *et al.* | MRS-L-000936-17 | Superior Court | State of New Jersey, Morris County | 10/17/19 | Deposition | Unknown |
| A.O.A., *et al.* | Doe Run Resources Corporation, *et al.* | 4:11-cv-00044-CDP | District Court | Eastern District of Missouri, Eastern Division | 12/19/19 | Deposition | Unknown |
| Tommy Lindsey, *et al.* | 3M Company, *et al.* | 5:15-cv-01750-AKK | District Court | North Eastern Division, Northern District of Alabama | 1/31/20 | Deposition | Unknown |
| Kowall, *et al.* | United States Steel Corporation, Inc. | 2017-3355 | District Court | State of Pennsylvania, Washington County | 2/4/20 | Deposition | Unknown |
| Kenneth A. Biek and Linda M. Biek | Arconic Inc., et al.<br>United States Steel Corporation | 19 L 4656<br>2020L002893 | Circuit Court | Cook County, Illinois | 9/30/20 | Deposition | Unknown |
| Kowall, *et al.* | United States Steel Corporation, Inc. | 2017-3355 | District Court | State of Pennsylvania, Washington County | 11/20/20 | Hearing | Unknown |
| Michelle Baker, *et al.* | Saint-Gobain Performance Plastics Corp., *et al* | Civ. No. 1:16-CV-917 | District Court | US District Court, Northern District of New York | 12/4/20 | Deposition | Yes |
| Jerry Fowles and Martha Fowles | Pneumo Abex LLC, *et al.* | Case No. 190909343 | District Court | Third District Court, Salt Lake County, State of Utah | 2/16/21 | Deposition | Unknown |
| Veronica Anderson, *et al.* | Shell Oil Company, *et al.* | Case No. 01-L-147 | Circuit Court | Kankakee County, Illinois | 2/26/21 | Deposition | Unknown |
| Middlesex Water Company | 3M Company, *et al.* | Case No. 18-CV-15366 | District Court | US District Court, District of New Jersey | 9/17/21 | Deposition | Yes |
| Consumer Advocacy Group, Inc., *et al.* | Valu Mart Company, *et al.* | Case No. BC679776 | Superior Court | California Superior Court, Los Angeles County, Central District | 9/28/21 | Deposition | Unknown |
| Beverly Zimmerman., *et al.* | 3M Company, *et al.* | Case No. 1:17-cv-1062 | District Court | Western District of Michigan Southern Division | 11/18/21 | Deposition | Yes |
| Consumer Advocacy Group, Inc., *et al.* | Valu Mart Company, *et al.* | Case No. BC679776 | Superior Court | California Superior Court, Los Angeles County, Central District | 3/4/22 | Deposition | Unknown |
| City of Modesto, *et al.* | The Dow Chemical Company, *et al.* | Case No. CGC-98-999345 and CGC-98-999643 | Superior Court | California Superior Court, San Fransisco County | 3/23/22 | Deposition | Yes |
| Susan Kamuda and Edward Kamuda | Sterigenics U.S., LLC, *et al.* | Case No. 18 L 10475 | Circuit Court | Cook County, Illinois | 5/9/22 | Deposition | No |
| Water Works and Sewer Board of the City of Gadsden | 3M Company, *et al.* | Case No.: CV-2016-900676.00 | Circuit Court | Etowah County, Alabama | 6/14/22 | Deposition | Unknown |

**Expert Testimony**
**Barbara D. Beck, Ph.D., DABT, ATS, AAAS Fellow**
*As of December 2, 2022*

| Plaintiff (P) | Defendant (D) | Case # | Court | District | Date | Legal Proceeding | Protected? |
|---|---|---|---|---|---|---|---|
| Teresa Fornek | Sterigenics U.S., LLC, *et al.* | Case No. 18 L 10744 | Circuit Court | Cook County, Illinois | 7/15/22 | Deposition | No |
| City of Stuart, Florida | 3M Company, *et al.* | Case No. 2:18-cv-03487-RMG | Circuit Court | Charleston, South Carolina | 7/26/22 | Deposition | Yes |
| City of Sioux Falls, South Dakota | 3M Company, *et al.* | Case No.: 2:19-cv-1806-RMG | Circuit Court | Charleston, South Carolina | 7/26/22 | Deposition | Yes |
| Town of Ayer, Massachusetts | 3M Company, *et al.* | Case No.: 2:19-cv-3120-RMG | Circuit Court | Charleston, South Carolina | 7/26/22 | Deposition | Yes |
| Consumer Advocacy Group, Inc., *et al.* | GEL SPICE COMPANY, INC., a New Jersey Corporation; et al. | Case No. BC665798 | Superior Court | California Superior Court, Los Angeles County, Central District | 8/24/22 | Deposition | Yes |
| Robert Smerling and Maureen Susan Smerling | DOES 1 through 200, inclusive. | Case No. BC677807 | Superior Court | California Superior Court, Los Angeles County, Central District | 8/31/22 | Deposition | Unknown |
| Heather Schumacher, *et al.* | Sterigenics U.S., LLC, *et al.* | Case No. 18 L 10475 | Circuit Court | Cook County, Illinois | 9/20/22 | Deposition | No |
| City of Modesto, *et al.* | The Dow Chemical Company, *et al.* | CGC-98-999345 and CGC-98-999643 | Superior Court | California Superior Court, San Fransisco County | 10/14/22 | Trial | Yes |
| Jerry Fowles and Martha Fowles | Pneumo Abex LLC, *et al.* | Case No. 190909343 | District Court | Third District Court, Salt Lake County, State of Utah | 11/10/22 | Deposition | Unknown |

1)  Believed to be protected, based on available information from outside counsel.

# Appendix D

---

**Analysis of NJDWQI's BMDL Modeling for PFOS**

## Analysis of NJDWQI's BMDL Modeling for PFOS

1   New Jersey Drinking Water Quality Institute (NJDWQI) (2018) based its analysis on data for decreased sheep red blood cell (SRBC) response in mice in a study by Dong *et al*. (2009).

2   NJDWQI (2018) used the standard errors of the mean (SEM) as the Stdev. values in its benchmark dose lower bound (BMDL) modeling.  On page 893 of the NJDWQI (2018) document, the values that appear under "Obs Std Dev" are also the values that are reported as the SEMs on page 236 of the same document.

3   Gradient could not replicate the NJDWQI modeling because it was based on an older version of the Benchmark Dose Software (BMDS) (version 2.6.0.1).

4   Gradient used BMDS version 3.1.1 with the following parameters, consistent with the parameters chosen by NJDWQI (2018):

4.a   Continuous model.

4.b   StDEV calculated using the equation:  SEM × square root of N.

4.c   Highest dose was removed.[1]

4.d   Calculated using three options (normal distribution + constant variance, log normal + constant variance, normal + non-constant variance).

**Table D.1  BMDL Modeling Results for Data from the Dong *et al*. (2009) Study**

| Model | U/R | Serum PFOS (µg/mL) | | | Test4 (p-value) | AIC | Recommendation |
|---|---|---|---|---|---|---|---|
| | | BMD | BMDL | BMDU | | | |
| Exponential 4 (NCV) | R | 10.00 | 5.10 | 24.02 | 0.74 | 626.74 | Viable Alternative |
| Exponential 5 (NCV) | R | 10.01 | 5.10 | 24.02 | 0.74 | 626.74 | Viable Alternative |
| Hill (NCV) | R | 8.30 | 3.40 | 25.58 | 0.78 | 626.64 | Viable-Recommended |

Notes:
AIC = Akaike Information Criterion; BMD = Benchmark Dose; BMDL = Benchmark Dose Lower Bound; BMDU = Benchmark Dose Upper Bound; NCV = Non Constant Variance Model; R = Restricted; U = Unrestricted.

## References

Dong, GH; Zhang, YH; Zheng, L; Liu, W; Jin, YH; He, QC. 2009. "Chronic effects of perfluorooctanesulfonate exposure on immunotoxicity in adult male C57BL/6 mice." *Arch. Toxicol.* 83(9):805-815.

New Jersey Drinking Water Quality Institute (NJDWQI). 2018. "Appendix A: Health-Based Maximum Contaminant Level Support Document: Perfluorooctane Sulfonate (PFOS) (CAS #: 1763-23-1; Chemical Formula: C8HF17O3S)." Health Effects Subcommittee, 1102p., June 5.

US EPA. 2012. "Benchmark Dose Technical Guidance." Risk Assessment Forum, EPA/100/R-12/001, 99p., June.

---

[1] NJDWQI (2018) carried out the analysis both with and without the highest dose included.  NJDWQI (2018) noted that there appeared to be "a disproportionately large decrease in plaque-forming response at the highest dose."  US EPA (2012) guidance states, "When the application is concerned with low-dose extrapolation, an approach to consider when none of the available models provide an adequate fit …is to omit the data at the highest dose and refit the models to the remaining data."