IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON individually, and on Behalf of a Class of persons similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>3M COMPANY, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:20-cv-008-AT<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANT ORIENTAL WEAVERS USA, INC.'S
CERTIFICATE OF SERVICE AND NOTICE OF JOINDER IN
CERTAIN EXPERT REPORTS SERVED BY OTHER PARTIES</u>**

Defendant Oriental Weavers USA, Inc. ("OWUSA"), pursuant to Fed. R. Civ. P. 26(a)(2) and the operative Scheduling Order (Dkt. 960) hereby discloses the following retained expert it anticipates will testify at trial and certifies that the following expert's report, containing opinions and disclosures, has been served upon all counsel of record via electronic mail on December 2, 2022:  Expert Report of Kevin L. Long, Terraphase Engineering, Inc. .

Additionally, Defendant OWUSA discloses it is joining in the following expert reports that will be served by other parties in the case:  Barbara Beck, whose report will be served by counsel for 3M Company; Karl Killian, whose report will

be served by counsel for 3M Company; Dominik Alexander, whose report will be served by counsel for 3M Company; and, Avram Frankel, whose report will be served by counsel for 3M Company. OWUSA discloses it may call these experts to testify at trial or expert witnesses retained by others to testify at trial. Further, OWUSA reserves the right to supplement its expert witness disclosures and/or to identify and disclose rebuttal expert witnesses.

This 2nd day of December, 2022.

        Respectfully submitted,

        **GRANT KONVALINKA & HARRISON, P.C.**

        By: /s/ David C. Higney
            David C. Higney, GA Bar No. 352780
            633 Chestnut Street, Suite 900
            Chattanooga, TN 37450-0900
            (423) 756-8400  phone
            (423) 756-6518  facsimile
            dhigney@gkhpc.com
            *Attorneys for Defendant*
              *Oriental Weavers USA, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point types pursuant to Local Rule 5.1(C), specifically for this pleading by using: **Times New Roman, 14 point font.**

/s/ David C. Higney
Grant Konvalinka & Harrison, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on December 2**,** 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF electronic filing system to all counsel of record indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David C. Higney
Grant Konvalinka & Harrison, P.C.