IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and  ) <br> on Behalf of a Class of persons similarly ) <br> situated, ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, ET AL., ) <br> *Defendants.* ) | Civil Action No. 4:20-cv-0008-AT |

**JOINT MOTION BY PLAINTIFF AND DEFENDANT POLYVENTIVE FOR DISMISSAL OF POLYVENTIVE, LLC WITH PREJUDICE PURSUANT TO CONSENT DECREE ENTERED BY THE COURT**

Plaintiff Jarrod Johnson and Defendant Polyventive, LLC ("Polyventive")[1] hereby respectfully move the Court to dismiss Polyventive in accordance with the terms of the Consent Decree, Doc. # 1003, entered by this Court on November 15, 2022. In support of the motion Plaintiff and Polyventive state the following:

1. The Court entered the Consent Decree between Polyventive, LLC and Plaintiff Jarrod Johnson on November 15, 2022, following review by the United States Department of Justice, United States Environmental Protection Agency, lodging with this Court and entry by the Court.

---

[1] This motion applies also to the previously named entity "PSG-Functional Materials, LLC d/b/a/ Peach State Labs" which has been terminated by the Court on 1/11/22 according to PACER docket information. PSG-Functional Materials was a prior official name of the entity which is now Polyventive, LLC.

1

2. Paragraph 18 of the Consent Decree, Doc. # 1003, provides that Polyventive shall be dismissed with prejudice upon entry of the Consent Decree, and such shall constitute final judgment of the Court as to Plaintiff and Polyventive.

3. Polyventive, LLC has satisfied all requirements of the Consent Decree.

    a. Compliance sampling in accordance with Section IV is complete and the injunctive condition of "No Added PFAS" has been met. No further sampling is required.

    b. Polyventive remitted sums in the amount of $ 175,000 to Plaintiff and $ 75,000 to non-profit Coosa River Basin Initiative, Inc. on November 30, 2022 in accordance with Section V and VI.

    c. Polyventive has executed the affidavit in accordance with Section IV.

WHEREFORE Plaintiff Johnson and Polyventive, LLC respectfully move the Court for dismissal of Polyventive in accordance with Paragraph 18 of the Consent Decree.

Respectfully submitted this 17th Day of March, 2023.

/s/ *David Montgomery Moore*
Georgia Bar 518830
Earth & Water Law, LLC
1230 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
David.moore@earthanwatergroup.com
Direct: (404)245-5421
Fax: (706)553-4463

*Counsel for Defendant Polyventive, , LLC*

/s/ *Gary A. Davis*
Gary Davis
Davis & Whitlock, P.C.
N.C. Bar No. 25976
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Phone: 828-622-0044
FAX: 828-398-0435
G. Davis email:
gadavis@enviroattorney.com

Hiryle R. "Ryan" Lutz, III
F. Jerome Tapley
Brett C. Thompson
Cory Watson, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Phone: 205-328-2200
FAX: 205-324-7896
rlutz@corywatson.com
jtapley@coreywatson.com
bthompson@corywatson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated,<br>*Plaintiff,*<br><br>v.<br><br>3M COMPANY, ET AL.,<br>*Defendants.* | Civil Action No. 4:20-cv-0008-AT |

**[PROPOSED] ORDER ON JOINT MOTION BY PLAINTIFF AND DEFENDANT POLYVENTIVE FOR DISMISSAL OF POLYVENTIVE, LLC WITH PREJUDICE PURSUANT TO CONSENT DECREE ENTERED BY THE COURT**

Plaintiff Jarrod Johnson and Defendant Polyventive, LLC ("Polyventive")[2] having moved the Court for dismissal of Polyventive from this case, and upon satisfaction of the Consent Decree entered by the Court as to Polyventive, the Court hereby ORDERS that Polyventive is dismissed with prejudice.

IT IS SO ORDERED

Date: _____              _____
                                  AMY TOTENBERG
                                  UNITED STATES DISTRICT JUDGE

---

[2] This order applies also to the previously named entity "PSG-Functional Materials, LLC d/b/a/ Peach State Labs" which has been terminated by the Court on 1/11/22 according to PACER docket information. PSG-Functional Materials was a prior official name of the entity which is now Polyventive, LLC.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly situated, <br><br>*Plaintiff,* <br><br>V. <br><br>3M COMPANY, ET AL., <br><br>*Defendants.* | Civil Action No. 4:20-cv-0008-AT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2023 I electronically filed the foregoing **JOINT MOTION FOR DISMISSAL OF POLYVENTIVE, LLC WITH PREJUDICE PURSUANT TO CONSENT DECREE ENTERED BY THE COURT** with the Clerk of Court by using the CM/ECF system, which has notified all counsel of record.

/s/ *David Montgomery Moore*
Georgia Bar 518830
Earth & Water Law, LLC
1230 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
David.moore@earthanwatergroup.com
Direct: (404)245-5421
Fax: (706)553-4463

*Counsel for Defendant Polyventive, LLC*

5