# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually and on behalf of a class of persons similarly situated,<br><br>        *Plaintiff,*<br><br>    v.<br><br>3M COMPANY, *et al.*,<br><br>        *Defendants.* | Civil Action No. 4:20-cv-00008 AT<br><br>Judge Amy Totenberg |

## 3M COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Defendant 3M Company respectfully moves the Court to grant summary judgment for 3M on Plaintiff Jarrod Johnson's remaining claims against 3M. As described in the contemporaneously filed Memorandum of Law in support of this Motion, the undisputed material facts entitle 3M to judgment as a matter of law on those claims for numerous reasons.

WHEREFORE, 3M respectfully requests that the Court grant this Motion and enter judgment for 3M and against Mr. Johnson.

Dated: May 31, 2023

Respectfully submitted,

*/s/ Monica P. Witte*
Monica P. Witte, GA Bar No. 405952
Robert B. Remar, GA Bar No. 600575
Emma H. Cramer, GA Bar No. 661985
W. Cole McFerren, GA Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
Email: rremar@sgrlaw.com
Email: mwitte@sgrlaw.com
Email: ecramer@sgrlaw.com
Email: cmcferren@sgrlaw.com

W. Larkin Radney, IV, *Pro Hac Vice*
Harlan Irby Prater, IV, *Pro Hac Vice*
M. Christian King, *Pro Hac Vice*
Benjamin P. Harmon, GA Bar No. 979043
LIGHTFOOT FRANKLIN &
WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
Phone: (205) 581-0700
Email: lradney@lightfootlaw.com
Email: hprater@lightfootlaw.com
Email: cking@lightfootlaw.com
Email: bharmon@lightfootlaw.com

*Counsel for 3M Company*

2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually and on behalf of a class of persons similarly situated,<br><br>       *Plaintiff,*<br><br>    v.<br><br>3M COMPANY, *et al.*,<br><br>       *Defendants.* | Civil Action No. 4:20-cv-00008 AT<br><br>Judge Amy Totenberg |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the within and foregoing 3M Company's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

Dated: May 31, 2023

                                              Respectfully submitted,

                                              */s/ Monica P. Witte*
                                              Monica P. Witte
                                              Georgia Bar No. 405952
                                              SMITH GAMBRELL & RUSSELL, LLP
                                              Email: mwitte@sgrlaw.com