# EXHIBIT B

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022

```
 1              IN THE SUPERIOR COURT OF FLOYD COUNTY
                        STATE OF GEORGIA
 2

 3
     THE CITY OF ROME,          § CIVIL ACTION FILE NO.
 4   GEORGIA,                   § 19CV02405JFL003
                                §
 5                              §
                Plaintiff,      §
 6                              §
         vs.                    §
 7                              §
                                §
 8                              §
     3M COMPANY, et al.,        §
 9                              §
                                §
10                              §
                                §
11              Defendants.     §
     ~~~~~~~~~~~~~~~~~~~~~~~~
12
                IN THE UNITED STATES DISTRICT COURT
13             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ROME DIVISION
14
     JARROD JOHNSON,            § CIVIL ACTION FILE NO.
15   individually, and on       § 4:20-CV-00008-AT
     Behalf of a Class of       §
16   Persons Similarly          §
     Situated,                  §
17                              §
                                §
18              Plaintiffs,     §
                                §
19       vs.                    §
                                §
20                              §
     3M COMPANY, et al.,        §
21                              §
                                §
22                              §
                Defendants.     §
23   ~~~~~~~~~~~~~~~~~~~~~~~~

24

25
```

1                VIDEOTAPED DEPOSITION OF
                    CHARLES ANDREWS
2

3

4                    9:09 a.m. EST
       Monday, the 19th day of September 2022
5

6

7                  151 Haywood Street
            Asheville, North Carolina
8

9

10
       Blanche J. Dugas, CRR, RPR, CCR No. B-2290
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
**Charles Andrews on 09/19/2022**                               **Page 3**

```
 1                    APPEARANCES OF COUNSEL

 2    On Behalf of the Plaintiff City of Rome, Georgia:
          JEFFREY E. FRIEDMAN, Esquire
 3        MATT D. CONN, Esquire
          Friedman Dazzio & Zulanas, PC
 4        3800 Corporate Woods Drive
          Birmingham, Alabama  35242
 5        (205) 278-7000
          (205) 278-7001 (facsimile)
 6        jfriedman@friedman-lawyers.com
          mconn@friedman-lawyers.com
 7
          A. FRANKLIN BEACHAM III, Esquire
 8        Brinson, Askew, Berry, Seigler,
          Richardson & Davis, LLP
 9        615 West 1st Street
          Post Office Box 5007
10        Rome, Georgia  30161
          (706) 291-8853
11        (706) 234-3574 (facsimile)
          fbeacham@brinson-askew.com
12
      On behalf of the Plaintiff Jarrod Johnson:
13        GARY A. DAVIS, Esquire
          JAMES S. WHITLOCK, Esquire
14        Davis & Whitlock, PC
          Suite 206
15        21 Battery Park Avenue
          Asheville, North Carolina  28801
16        (828) 622-0044
          (828) 398-0435 (facsimile)
17        gadavis@enviroattorney.com
          jwhitlock@enviroattorney.com
18
          F. JEROME TAPLEY, Esquire
19        R. AKIRA WATSON, Esquire
          Cory Watson, PC
20        Suite 200
          2131 Magnolia Avenue South
21        Birmingham, Alabama  35205-2836
          (205) 328-2200
22        (205) 324-7896 (facsimile)
          jtapley@corywatson.com
23        awatson@corywatson.com

24

25
```

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
**Charles Andrews on 09/19/2022**                                    Page 4

```
 1    On Behalf of the Defendant Fibro Chem, LLC:
           ELIZABETH B. DAVIS, Esquire
 2         Burr & Forman, LLP
           Suite 1100
 3         171 17th Street, NW
           Atlanta, Georgia   30363
 4         (404) 685-4242
           (404) 817-3244 (facsimile)
 5         bdavis@burr.com

 6    On Behalf of the Defendant Dalton Utilities:
           BROOKS M. SMITH, Esquire
 7         Troutman, Pepper, Hamilton, Sanders, LLP
           15th Floor
 8         1001 Haxall Point
           Richmond, Virginia   23219
 9         (804) 697-1414
           brooks.smith@troutman.com
10
           LINDSEY MANN, Esquire
11         SCOTT MILLS, Esquire
           Troutman, Pepper, Hamilton, Sanders, LLP
12         Suite 3000, Bank of America Building
           600 Peachtree Street, NE
13         Atlanta, Georgia   30308-2216
           (404) 885-3909
14         (404) 962-6578 (facsimile)
           lindsay.mann@troutman.com
15         scott.mills@troutman.com

16    On Behalf of the Defendant DuPont and Chemours:
           ADAM PECK, Esquire
17         BRIAN P. KAPPEL, Esquire
           Lightfoot, Franklin & White, LLC
18         400 20th Street North
           Birmingham, Alabama   35203
19         (205) 581-0700
           (205) 581-0799 (facsimile)
20         apeck@lightfootlaw.com
           bkappel@lightfootlaw.com
21

22

23

24

25
```

```
 1     On Behalf of the Defendant Dalton-Whitfield Solid
       Waste Authority:
 2          STEPHANIE F. GLICKAUF, Esquire
            Goodman McGuffey, LLP
 3          Suite 2100
            3340 Peachtree Road, NE
 4          Atlanta, Georgia  30326
            (404) 926-4143
 5          (404) 264-1737 (facsimile)
            sglickauf@gm-llp.com
 6
       On Behalf of the Defendant Mohawk Carpet, LLC:
 7          DAVID CARPENTER, Esquire
            Alston & Bird, LLP
 8          One Atlantic Center
            1201 West Peachtree Street, NW
 9          Atlanta, Georgia  30309-3424
            (404) 881-7000
10          (404) 881-7777 (facsimile)
            david.carpenter@alston.com
11
       On Behalf of the Defendant MFG Chemical, LLC:
12          KEITH KODOSKY, Esquire
            Lewis, Brisbois, Bisgaard & Smith, LLP
13          Suite 4700, Bank of America Plaza
            600 Peachtree Street, NE
14          Atlanta, Georgia  30308
            (404) 348-8585
15          (404) 467-8845 (facsimile)
            keith.kodosky@lewisbrisbois.com
16
       On Behalf of the Defendant Polyventive:
17          DAVID M. MOORE, Esquire
            Earth and Water Law
18          Suite 1900
            1230 Peachtree Street, NE
19          Atlanta, Georgia  30309
            (404) 942-3400
20          (404) 245-5421 (facsimile)
            david.moore@earthandwatergroup.com
21

22

23

24

25
```

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
**Charles Andrews on 09/19/2022**                    Page 6

```
 1    On Behalf of the Defendants Chem-Tech, Global Textile
      and Premier Polymers:
 2        DAVID J. MARMINS, Esquire
          Arnall Golden Gregory, LLP
 3        Suite 2100
          Atlanta, Georgia  30363-1031
 4        (404) 873-8500
          (404) 873-8647 (facsimile)
 5        david.marmins@agg.com

 6    On Behalf of the Defendant Oriental Weavers USA, Inc.:
          DAVID C. HIGNEY, Esquire
 7        Grant, Konvalinka & Harrison, PC
          Republic Centre, Ninth Floor
 8        633 Chestnut Street
          Chattanooga, Tennessee  37450
 9        (423) 756-8400
          (423) 756-6518 (facsimile)
10        dhigney@gkhpc.com

11    On Behalf of the Defendant Cycle Tex, LLC:
          DOUGLAS A. VONDERHAAR, Esquire
12        BakerHostetler, LLP
          Suite 1200
13        200 Civic Center Drive
          Columbus, Ohio  43215
14        (614) 462-2634
          (614) 462-2616 (facsimile)
15        dvonderhaar@bakerlaw.com

16    On Behalf of the Defendant The Dixie Group, Inc.:
          ELLIS LORD, Esquire
17        Miller & Martin, PLLC
          Suite 1200, Volunteer Building
18        832 Georgia Avenue
          Chattanooga, Tennessee  37402-2289
19        (423) 785-8302
          (423) 321-1534 (facsimile)
20        ellis.lord@millermartin.com

21    On Behalf of the Defendant Daikin America, Inc.:
          JEFFREY A. KAPLAN, JR., Esquire
22        Jones Day
          Suite 400
23        1221 Peachtree Street, NE
          Atlanta, Georgia  30361
24        (404) 581-8325
          jkaplan@jonesday.com
25
```

```
 1    On Behalf of the Defendant Shaw Industries:
           JENNIFER B. DEMPSEY, Esquire
 2         Bryan Cave Leighton Paisner, LLP
           Fourteenth Floor, One Atlantic Center
 3         1201 West Peachtree Street, NW
           Atlanta, Georgia  30309-3488
 4         (404) 572-6600
           (404) 572-6999 (facsimile)
 5         jennifer.dempsey@bclplaw.com

 6    On Behalf of the Defendant Tarkett USA, Inc.:
           JOHN W. SCOTT, Esquire
 7         Scott Dukes & Geisler, PC
           211 Twenty-Second Street, North
 8         Birmingham, Alabama  35203
           (205) 244-2501
 9         jscott@scottdukeslaw.com

10    On Behalf of the Defendant 3M Company:
           W. LARKIN RADNEY IV, Esquire
11         Lightfoot, Franklin & White, LLC
           400 20th Street North
12         Birmingham, Alabama  35203
           (205) 581-0786
13         (205) 581-0799 (facsimile)
           lradney@lightfootlaw.com
14
      Also Present:
15    A.J. Gallo, videographer
      Lacey James, Huseby technician
16    Mike Hackett

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX OF EXAMINATION

 2   EXAMINATION                              PAGE

 3   EXAMINATION                               11
     BY MR. SMITH
 4
     EXAMINATION                              175
 5   BY MR. HOLEWINSKI

 6                          -  -  -

 7                    INDEX TO EXHIBITS

 8
     EXHIBIT    DESCRIPTION                   PAGE
 9
      1       Expert report of Charles B.      20
10            Andrews

11    2       Letter dated October 13,         89
              2015 to Mr. Don Cope, CEO
12            Dalton Utilities from
              Georgia Department of
13            Natural Resources -
              Environmental Protection
14            Division, Bates-stamped
              Dalton_Johnson_00178936
15            through 178967

16    3       Letter dated April 30, 2007      95
              to Mr. Don Cope, CEO Dalton
17            Utilities from Georgia
              Department of Natural
18            Resources - Environmental
              Protection Division,
19            Bates-stamped
              Dalton_Johnson_00144467
20            through 144496

21    4       Article titled                  102
              "Comprehensive retention
22            model for PFAS transport in
              subsurface systems"
23
      5       Research article titled         169
24            "Ion exchange resin for
              PFAS removal and pilot test
25            comparison to GAC"
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022                                    Page 9

1

     (Original Exhibits 1 through 5 have

2    been attached to the original transcript.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1     Videotaped Deposition of Charles Andrews
                 September 19, 2022
 2

 3        VIDEOGRAPHER:  This is going to be

 4   Tape No. 1 to the videotaped deposition of

 5   Charles Andrews taken in the matter of the

 6   City of Rome, Georgia versus 3M Company, et

 7   al.  Today's deposition is being held on

 8   September 19th, 2022, and the time is now

 9   9:10 a.m.

10      Will all counsel please introduce

11   themselves for the record.

12      MR. DAVIS:  Gary Davis for the Johnson

13   case, plaintiff.

14      MR. BEACHAM:  Frank Beacham for the

15   City of Rome.

16      MR. HOLEWINSKI:  Kevin Holewinski for

17   Daikin America, Inc.

18      MS. DALY:  Merideth Daly for Invista.

19      MR. PECK:  Adam Peck for DuPont

20   Chemours.

21      MR. SMITH:  Brooks Smith for Dalton

22   Utilities.

23      VIDEOGRAPHER:  Can the court reporter

24   please swear in the witness.

25                CHARLES ANDREWS,
```

```
 1   having been first duly sworn, was examined and
 2   testified as follows:
 3   EXAMINATION
 4   BY MR. SMITH:
 5       Q.   So, Dr. Andrews, again, my name is Brooks
 6   Smith.  I'm one of the lawyers for the Dalton
 7   Utilities in the City of Rome and Johnson cases.  It's
 8   nice to meet you today.
 9       A.   Good morning.
10       Q.   Good morning.
11            You have been deposed before; correct?
12       A.   Yes.
13       Q.   And I think I saw from your bio that you've
14   been deposed over 30 times.  Does that sound accurate?
15       A.   Seems like a lot, but it could be true.
16       Q.   Okay.  Just a few preliminaries.  If -- if
17   you need to take a break, of course just ask.  I'd
18   only request that if we're in the middle of a question
19   and answer, you finish the answer before we take a
20   break.
21            Also, if my question doesn't make sense to
22   you or if you need clarification, please just ask and
23   I'll try to reframe it or rephrase it.  But if you
24   answer, I'll assume that you understood the question
25   and are answering truthfully.  Does that sound fair?
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
**Charles Andrews on 09/19/2022**                              Page 12

```
 1      A.   Yes.
 2      Q.   Now, you prepared an expert report in this
 3 case; correct?
 4      A.   Yes.
 5      Q.   And are you offering your opinions as an
 6 expert in this case?
 7      A.   Yes.
 8      Q.   And are all of your opinions set forth in
 9 your report?
10      A.   All of the opinions that I have formulated
11 as of this time are in my report.
12      Q.   In your report, you disclosed that you
13 relied on staff from your firm, S.S. Papadopulos &
14 Associates; is that correct?
15      A.   Yes.
16      Q.   Which staff did you rely on?
17      A.   There's three staff that I relied on
18 primarily.
19      Q.   If you wouldn't mind naming them for me,
20 please.
21      A.   Yes.  Dr. Beth Hoagland.
22      Q.   Dr. Beth?
23      A.   Hoagland, a geochemist.
24      Q.   And who was the second staff person?
25      A.   Dr. Erica DiFilippo.
```

1    Q.    And what is her area of expertise?

2    A.    She's also a geochemist.

3    Q.    And who is the third staff person?

4    A.    Michael Rafferty.

5    Q.    And what does Michael do?

6    A.    He is an engineer.

7    Q.    And just to simplify the questioning, I may

8    default to a few short-form phrases, and I just want

9    to make sure we have a common understanding.  When I

10   refer to Dalton Utilities, is it okay that that's a

11   short form for the City of Dalton, Georgia, through

12   its Board of Water Light and Sinking Fund Commission?

13   A.    Yes.

14   Q.    And for the LAS, I'm referring to the Dalton

15   Utilities' land application system.  Is that

16   acceptable?

17   A.    Yes.

18   Q.    Also, for PFAS, the large family of poly-

19   and perfluorinated alkyl substances, if I refer to it

20   generally, is it okay that consider that the larger

21   family, and if we need to be more specific about PFOA

22   or PFOS, I can do so?

23   A.    Okay.

24   Q.    And I don't know that I'll do this much, but

25   for your firm, S.S. Papadopulos and Associates, if I

```
 1   say SSP&A, is that an acceptable short form?

 2      A.   Yes.

 3      Q.   So I'm going to go through your report in

 4   kind of a linear fashion, but just back to staff

 5   support, if I can just rattle through the primary

 6   chapters, and if you'll tell me which of the three or

 7   how many of the three contributed.

 8           So Section 3 is your overview of PFAS in the

 9   Conasauga and Oostanaula Rivers.  Did all three staff

10   people at SSP&A help with that?

11      A.   Section 3 was -- I was the author of that

12   section and did most of the analyses that are

13   contained in that section.

14      Q.   So you did most of it.  Did anybody else

15   support you in that?

16      A.   Dr. Beth Hoagland.

17      Q.   How about Section 4, PFAS use in Dalton?

18      A.   Dr. Beth Hoagland was the primary person

19   responsible for that section.

20      Q.   Okay.  And Section 5, the land application

21   site?

22      A.   I prepared Section 5, the land application

23   site, and I really didn't have any support from others

24   on that.

25      Q.   How about Section 6, the DWSWA landfill?
```

```
1        A.    I prepared Section 6.

2        Q.    And no support with that chapter either?

3        A.    No.

4        Q.    Then Section 7, the land application site as

5    a point source discharge?

6        A.    I prepared that section, and I don't

7    recollect any significant contribution by the staff.

8        Q.    How about Section 8, stormwater discharges

9    from the LAS?

10       A.    I prepared Section 8, and there were not

11   significant contributions by other staff.

12       Q.    And then Section 9, PFAS mass balance for

13   Dalton region?

14       A.    I prepared Section 9, and I was assisted by

15   Dr. Beth Hoagland.

16       Q.    Last but not least, Section 10, proposed

17   plan to reduce PFAS from the LAS?

18       A.    I prepared that in conjunction with Michael

19   Rafferty.

20       Q.    So is it fair to say that Michael Rafferty's

21   role was limited to Section 10 and the opinions

22   contained therein?

23       A.    Yes.

24       Q.    You mentioned in your introduction that

25   SSP&A staff has been involved in remedial design,
```

```
 1    including Love Canal, at the Hinkley chromium site,

 2    and a few others.  Was that work that was done by

 3    Michael Rafferty?

 4        A.   And those two projects were not done by

 5    Michael Rafferty.

 6        Q.   And let's take them one at a time.  For Love

 7    Canal, what was the environmental media being

 8    remediated?

 9        A.   The primary issue that our firm was

10    associated with was understanding the migrating

11    pathways away from the canal itself into the

12    individual homes.

13        Q.   And by migration pathways, is that -- do

14    you -- let me back up.

15             Was there a specific environmental media for

16    the migration pathway that you looked at?

17        A.   There were utilities and there was the

18    unconsolidated groundwater system.

19             MR. DAVIS:  Can I ask you to speak up

20        a little bit?

21             THE WITNESS:  Certainly.

22        Q.   (By Mr. Smith)  How about the Hinkley

23    chromium site?  Which of the environmental media was

24    your work related to?

25        A.   At the Hinkley site, our work was related to
```

1    understanding the migration of chromium in a very

2    thick, high permeability sand and gravel aquifer that

3    underlined the Hinkley area.

4         Q.   So is it fair to say that that was

5    groundwater focused?

6         A.   Yes.

7         Q.   And you mentioned that there were a few

8    others as well.  I don't need to go in gory detail,

9    but are there any that come to mind today?

10        A.   Any other?

11        Q.   Any other remedial design projects that

12   SSP&A has been involved in?

13        A.   I guess there's a lot of projects I could --

14   that could come to mind.

15        Q.   Well, let me ask which, if any, of the

16   projects that SSP&A has been involved in are analogous

17   to this particular site in these two cases?

18        A.   I would say one project that's analogous is

19   work that we did for the Texas Eastern Gas Pipeline

20   Corporation at a site in Gladeville, Tennessee.  And

21   at that site, there was a fairly large spring that was

22   obviously discharging groundwater with elevated levels

23   of PCBs, and the task there was to design a collection

24   system for the spring.

25             It was complicated by the fact that spring

 1  flow varied by, you know, a factor of almost 100

 2  between low flow periods and periods following large

 3  precipitation events.  And in that case, we designed a

 4  large retention pond to collect the stormwater so we

 5  could subsequently treat it and then discharge it to

 6  surface water.

 7      Q.   What time frame was that work conducted?

 8      A.   I can't remember exactly.  I would say that

 9  it was within the last ten years, and we still have

10  some involvement with the long-term operations making

11  sure performance is adequate.

12      Q.   And is the performance, in fact, adequate?

13      A.   Yes, it is.

14      Q.   I don't want you to reveal any privileged

15  information, but I'd appreciate you telling me what

16  role plaintiffs' counsel played in developing your

17  report.

18           MR. DAVIS:  I'm going to object to the

19       question as it calls for work product

20       that's immune from his testimony.

21           But if you can avoid that, you can

22       answer.

23           THE WITNESS:  Could you be a little

24       bit more specific as to what you mean by

25       how the plaintiffs' counsel was involved?

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022

Page 19

1      Q.   (By Mr. Smith)   Sure.

2          I just -- I want to know generally the level

3   of interaction you had with plaintiffs' counsel in

4   preparing your expert report.

5      A.   I guess, you know, if I put it in terms of

6   my past experiences preparing expert reports, there

7   was minimal involvement with plaintiff counsel.  You

8   know, I prepared a draft of the report and they had

9   some comments on it, suggestions for organization, and

10  I prepared another draft.  But overall, I would say it

11  was minimal involvement.

12     Q.   Approximately how much time did you spend

13  preparing your expert report in this case?

14     A.   I reviewed my billing hours, and, you know,

15  prior to the last couple weeks, I had spent, I

16  believe, about 164 hours that I had worked on this

17  matter.

18     Q.   And then in the past week, additional time?

19     A.   I have.

20     Q.   And is the 164 hours inclusive of your SSP&A

21  staff?

22     A.   No.

23     Q.   How much time do you think that they spent

24  preparing or supporting your expert report?

25     A.   I don't -- I do not know in total.

```
 1        Q.   Do you know how much time -- how much -- how
 2   much you have billed to date?
 3        A.   I do not.
 4        Q.   And I asked earlier, but do you have a copy
 5   of your report with you today?
 6        A.   Yes, I do.
 7        Q.   Okay.  And is there any marking on it that
 8   is in your hand or notes or anything like that?
 9        A.   No.
10        Q.   And is it the same copy that was served by
11   plaintiffs' counsel to defendants?
12        A.   Yes.
13             MR. SMITH:  So Lacey is on the phone;
14        right?
15             Lacey, if I ask you to pull up Tab 1,
16        this is the Andrews' expert report, and
17        mark that as Exhibit 1, please.
18             TECHNICIAN:  Yes, sir.
19             MR. SMITH:  Thank you.
20             (Defendants' Exhibit 1 was marked for
21        identification.)
22        Q.   (By Mr. Smith)  Dr. Andrews, have you
23   brought anything else with you today to support your
24   deposition?
25        A.   I have.
```

1       Q.    Okay.  Tell me what you brought.

2       A.    I brought with me a copy of my deposition

3    transcript in the Gadsden matter.

4       Q.    Anything else?

5       A.    I also brought with me copies of -- I'm not

6    sure what to call them -- something like exhibits that

7    I used in trial testimony in the Gadsden matter.

8       Q.    Okay.  Anything else?

9       A.    I also brought copies of -- copies of

10   selected printouts of the calculation files that I

11   provided counsel.

12            MR. SMITH:  And, Gary, have those

13        calculations been produced yet?

14            MR. DAVIS:  Yes.  We sent those out

15        Friday.

16            MR. SMITH:  As part of the reliance

17        materials, that folder?

18            MR. DAVIS:  Yeah, we had -- I think we

19        shared a separate folder, a different

20        folder on Friday, but we had previously

21        shared the reliance materials before.

22            MR. SMITH:  Okay.

23            MR. DAVIS:  And these came to our

24        attention on Friday.

25            MR. SMITH:  Okay.

1      Q.   (By Mr. Smith)  As I said at the start, I'm

2   going to try to be fairly linear chapter by chapter,

3   but I'm going to jump for a moment just for background

4   to your biography, just ask a couple questions about

5   your experience.

6           Clearly you have a long list of publications

7   in your resumé.  I did not see anything specific to

8   PFAS; is that right?

9      A.   Yes.

10      Q.   And was your first professional experience

11   with PFAS in the State of Minnesota enforcement action

12   against 3M that's listed first under representative

13   experience?

14      A.   No.

15      Q.   What was your first professional experience

16   with PFAS?

17      A.   My first professional experience was a

18   confidential matter involving a site in New Jersey.

19      Q.   And was that a litigation matter?

20      A.   It was not -- well, I'm certain there was

21   litigation ongoing, but my role was not as a

22   litigation support.

23      Q.   Okay.  To the extent you're allowed to

24   share, was it on behalf of the site owner-operator?

25      A.   Yes.

1      Q.    Other than your experience in the Johnson,

2    Rome and Gadsden cases, do you have any professional

3    experience specific to PFAS since the Minnesota/3M

4    action?

5      A.    I'm sorry, but I lost the train of your

6    question.

7      Q.    You got it.

8            Since -- other than the Johnson, Rome and

9    Gadsden cases, have you had any professional

10   experience specific to PFAS since the State of

11   Minnesota versus 3M case that you list under

12   representative experience?

13     A.    Well, I prepared an expert report for -- I

14   believe it was the City of Lake Elmo in Minnesota

15   subsequent to the -- the settlement of the 3M matter.

16   I was also retained to work on the Wolverine matter in

17   Michigan, but outside of reviewing the background

18   available information, I ended up not doing anything

19   of substance on that matter.

20     Q.    Okay.  And for the Lake Elmo, Minnesota

21   case, what was the nature of your expert report?

22     A.    I have a fuzzy recollection, but it had to

23   do with the sources of PFAS to the wells operated by

24   the City.

25     Q.    So would that be in your fate and

1    transport -- transport nature of expertise?

2        A.   Yes.

3        Q.   I also see a number of remediation projects

4    on your resumé, but to be clear, none of those were

5    specific to PFAS, were they?

6        A.   Correct.

7        Q.   You visited the Dalton Utilities LAS during

8    this case; correct?

9        A.   Yes.

10       Q.   And prior to the visit, were you involved in

11   identifying any specific locations that you wanted to

12   see?

13       A.   Yes.

14       Q.   And which locations were you particularly

15   interested in seeing?

16       A.   Well, at the -- you know, prior to the field

17   trip, I provided a list of sites that I would like to

18   visit, and that site was shared with folks at Dalton

19   Utilities and with other parties to the litigation

20   matter.

21       Q.   Were you able to see everything that you

22   wanted to see while you visited?

23       A.   There were locations that I had hoped to be

24   able to visit that we would not be able to visit

25   because of time constraints.

1      Q.   What areas were you primarily focused on
2   during your site visit?
3      A.   Of primary interest to me during the site
4   visit was understanding the surface water that was
5   running off the site.  And many of the stops, in fact,
6   most of the stops that day when we were in the field
7   were looking at the streams flowing off the site near
8   the site boundaries.
9      Q.   So were you able to observe the actual point
10   of interconnection between those streams originating
11   on the LAS and the larger water bodies surrounding the
12   LAS?
13      A.   I did not observe where -- well, with few
14   exceptions, I did not observe where the streams
15   actually entered the larger water bodies being at
16   either the Conasauga River or Holly Creek.
17      Q.   Did you take any notes during your site
18   visit to the LAS?
19      A.   I did take some notes.
20          MR. SMITH:  Gary, do you know if those
21       have been produced?
22          MR. DAVIS:  I don't think they have.
23          MR. SMITH:  Okay.
24          MR. DAVIS:  And I -- unless he relied
25       upon them for his opinions, they aren't

1        subject to being produced.

2        Q.   (By Mr. Smith)  Your report says that you

3   worked on behalf of both plaintiffs and defendants in

4   litigation matters, and you've already described a few

5   this morning.  Which defendants have you worked for?

6        A.   Well, if I can take a look at my CV here.

7   Well, in 2018, I -- I testified on behalf of the

8   PolyOne Corporation in arbitration proceedings.  In

9   2016, I testified on behalf of Duke Energy, and also

10  in 2015.  That's -- what else?

11           I've -- I've testified on another -- a

12  number of cases for Nestlé Waters North America.  I've

13  testified in a matter in Alabama -- excuse me, that

14  was for plaintiffs.  Sorry.

15       Q.   That's -- that's fine.  Those examples are

16  helpful.

17           So I led with your 30-plus depositions

18  listed in your bio, and it looks like on the following

19  page of your bio, you also list testimony.  I counted

20  16 cases where you testified; does that sound

21  accurate?

22       A.   Yes.

23       Q.   And have you ever had your opinions excluded

24  in a judicial proceeding?

25       A.   No.

1      Q.   We talked about the -- your experience and

2   that of your staff.  For purposes of this opinion, I'd

3   like to hear your experience or that of your staff

4   with wastewater treatment plant design.

5      A.   I don't believe in the past we have

6   involved -- been involved with the design of a

7   municipal wastewater treatment plant.

8      Q.   How about PFAS removal systems?

9      A.   We -- we had been involved on a number of

10  matters, matters that I wasn't involved with, but

11  Mr. Rafferty had worked on another -- a number of

12  matters where he had designed and priced out

13  remediation systems for PFAS.

14     Q.   Okay.  And did those experiences by

15  Mr. Rafferty include various types of PFAS removal?

16     A.   I believe that the primary types of PFAS

17  removal systems that he had experience with were

18  granular activated carbon-based systems and reverse

19  osmosis systems.

20     Q.   Okay.  Do you know if he has any experience

21  with ion exchange?

22     A.   I know that he has a lot of experience with

23  ion exchange, but whether or not he has looked at ion

24  exchange for PFAS, I do not know, though I suspect he

25  has.

1      Q.   And what other area of experience of you or

2    your colleagues at SSP&A on stormwater collection

3    systems?

4      A.   I know Mr. Rafferty has significant

5    experience on stormwater collection systems.  He was

6    the primary engineer that was responsible for what is

7    still ongoing redevelopment of a very large federal

8    facility located in Kansas City, and the remediation

9    of that involved construction of a fair number of

10   large surface water collection ponds.

11     Q.   What is the nature of the contaminated media

12   at that particular site?

13     A.   Well, the contaminated media at that site is

14   unconsolidated materials and underlying -- I believe

15   it's primarily shale, bedrock.  There's also some

16   limestone units.

17     Q.   So at the end of Section 1 of your

18   introduction, this is Page 2 of your report, you say,

19   "The documents upon which I have relied are the types

20   of documents typically used by experts to evaluate

21   groundwater conditions."

22          Do you see that?

23     A.   Yes.

24     Q.   Did the documents upon which you relied also

25   include the types of documents typically used by

```
 1   experts to evaluate surface water, stormwater, other
 2   types of media conditions?
 3       A.   Yes.  And in retrospect, I should have
 4   included -- I should have made that statement much
 5   broader than groundwater conditions.  It should have
 6   included groundwater, surface water and stormwater
 7   conditions.
 8       Q.   Understood.  And if we jump to Section 11 of
 9   the list of documents reviewed, it's an extensive
10   list, and I suspect if I went item by item, I could
11   see examples of not just groundwater, but surface
12   water and stormwater.
13       A.   Well, you'd certainly see many examples of
14   surface water.
15       Q.   So it is a long list.  How did you decide
16   whether or not to include a document on the list?
17       A.   I included on the list every document that
18   we had received and had reviewed.
19       Q.   When I read your report, I see limited
20   references to citations in Section 11.  Examples that
21   jump to mind for me are the Rodowa and Woodard
22   treatment studies.  But my question for you is:
23   How -- how can I know where you relied on sources
24   listed in Section 11?
25       A.   Well, I agree that the document is not
```

 1   heavily footnoted with cross-references to the

 2   documents reviewed.

 3       Q.   Would it -- would it be standard for an

 4   expert in your field to include more footnotes to

 5   cross-reference citations for data and sources you

 6   relied on?

 7           MR. DAVIS:  Objection, form.

 8           THE WITNESS:  You know, sometimes that

 9        is done; sometimes it's not.

10       Q.   (By Mr. Smith)  I'll just jump to an

11   example.  On Page 5 -- this is in Section 3 of your

12   report -- you've identified various data that you

13   relied on to establish PFAS in the Conasauga and

14   Oostanaula Rivers.  An example at the bottom of

15   Page 5, last paragraph, you say that average

16   concentration of the sum of PFOS and PFOA was

17   119 nanograms per liter, and the average

18   concentrations of PFOS and PFOA individually were

19   68 nanograms per liter and 52 nanograms per liter

20   respectively.

21           Do you see that?  It's the second sentence

22   in the last paragraph.

23       A.   Yes.  I see that.

24       Q.   So where did those data points come from

25   that you're discussing in that sentence?

1     A.    The data points that I am discussing there

2    came from a couple sources.  Those sources included

3    samples that were collected and analyzed by personnel

4    at the City of Rome, there were samples that were

5    collected, as I understand it, by the Georgia

6    Environmental Protection Division, and there were

7    samples that were collected by consultants that I -- I

8    believe were hired by the plaintiffs' attorneys,

9    Guardian Systems, and GEL.

10     **Q.    And to be clear, you did not collect or**

11   **commission the collection of your own samples for your**

12   **expert report, did you?**

13     A.    There was a sampling event that was

14   conducted, I believe, in May of 2022, and I had

15   requested that some additional locations than what had

16   been planned be sampled, and they were sampled.

17     **Q.    And what specific locations were sampled in**

18   **May of 2022?**

19     A.    Well, in May of 2022, if my memory is

20   correct, there were samples taken in the Conasauga

21   River starting at the Tennessee line down to the mouth

22   of the Conasauga, and then in the Oostanaula River, I

23   had requested a sampling be taken at Airport Road from

24   the Conasauga River, and also at a location on Polecat

25   Creek just upstream of the confluence with the

 1   Conasauga River.

 2        Q.   Who -- who conducted that sampling on

 3   your -- at your request?

 4        A.   The sampling was conducted by GEL.

 5        Q.   And did the May 2022 results that you've

 6   just described factor into your opinions?

 7        A.   Well, the data that was collected in May '22

 8   was used to calculate the average concentrations that

 9   we were referring to here.

10        Q.   So you described a couple of third-party

11   sources of data collected by The City of Rome, Georgia

12   Environmental Protection Division consultants for

13   plaintiffs as examples.  For third-party samplers, did

14   you review their sampling procedures?

15        A.   I mean, one of the documents in our files

16   was their sampling plan.

17        Q.   And did the sampling plan include quality

18   assurance and quality control measures?

19        A.   It did, and the -- the data we received had

20   some quality control/quality assurance information,

21   including things such as field lengths and percent

22   recoveries and -- from the analytical procedure.

23        Q.   And do you recall if any of the data that

24   you relied on included data qualifiers, such as a

25   JFLEG or PFLEG in the data results?

1      A.    If I looked at all the data that I

2   considered and locations, you know, in addition to the

3   Oostanaula River at Rome, I did consider data with

4   JFLEGs.

5      Q.    How about data with PFLEGs?

6      A.    Excuse me?

7      Q.    How about data with PFLEGs?

8      A.    I did not consider them.

9      Q.    Just a few more questions about your

10  background and experience.  Among your areas of

11  expertise listed in your bio, the first is simulation

12  of groundwater and surface water flow/contaminant fate

13  and transport.  In your own words, can you describe to

14  me what is involved in contaminant fate and transport?

15     A.    Well, simply, in attempting to do a

16  simulation of contaminant fate and transport, it's

17  important to understand how the chemical migrates in

18  the media of concern.  If I'm looking at a contaminant

19  dissolved in water, it's important to understand how

20  it interacts with a solid media, suspended solids in

21  the matter, in groundwater systems, how it interacts

22  with the rock matrix, and it's important to understand

23  what kind of chemical or biological reactions may

24  affect the compound as it migrates in the media of

25  concern.

1        Q.    And in that regard, is your expertise with

2   contaminant fate and transport contaminant-specific?

3        A.    The general processes, you know, apply to a

4   broad spectrum of contaminants, but there will be

5   contaminant-specific characteristics, in terms of

6   describing how, say, it interacts with the solid

7   matrix.   It'll be contaminant-specific in terms of how

8   it degrades or not degrades with time.

9        Q.    So the rate of degradation is a factor that

10  you would consider in your fate and transport

11  experience?

12       A.    Certainly.

13       Q.    How about the rate of retardation of a

14  chemical through environmental media?

15       A.    Yes.   And I refer to that as how the -- the

16  chemical interacts with the matrix or solid phase,

17  which is typically called retardation.

18       Q.    We talked about staff support and

19  Mr. Rafferty in particular on remediation.   You list

20  contaminated site investigation or remediation as one

21  of your areas of expertise, so I just want to

22  understand a little bit better what specific

23  experience you have with remediation?

24       A.    Well, I can give some examples of sites that

25  I've been involved with with remediation.   I was

1    involved with the investigation, remedial design and

2    implementation of remediation at a fairly large site

3    located on the shores of San Francisco Bay.  It was a

4    site primarily contaminated with arsenic.  The

5    facility was a former arsenic formulation facility.

6    And that was a site where remediation included soil

7    excavation, in situ soil fixation, construction of

8    slurry walls, the use of phytoremediation for

9    groundwater remediation.

10        Q.   Great.  Thank you.

11             In your work, is it fair to say that you

12   gained familiarity with the Clean Water Act?

13        A.   Yes.

14        Q.   And you've used certain Clean Water Act

15   terms in your opinion, one of which is "waters of the

16   United States."

17        A.   Yes.

18        Q.   And in -- in your words, what is a water of

19   the United States?

20             MR. DAVIS:  I'm going to object to the

21        question, it calls for a legal conclusion,

22        but you may answer.

23             THE WITNESS:  Well, I mean, when --

24        when people talk about waters of the United

25        States, I have to say I always look at it

1          as kind of a legal issue as what is the

2          water of the United States.

3              Certainly if a water is navigable, it

4          is a water of the United States, and

5          navigability is determined on state levels

6          and varies from location to location.

7      Q.   (By Mr. Smith)  You also used the term

8   "national pollutant discharge elimination system" or

9   "NPDES permit."  In fact, one of your recommendations

10  is for a system at Dalton Utilities to convert from

11  land application of wastewater to a direct discharge

12  under the NPDES program.  So you are familiar with

13  NPDES permitting under the Clean Water Act?

14     A.   Yes.

15     Q.   Have you worked on any individual NPDES

16  permit proceedings?

17     A.   Well, I have been involved in applying for

18  an NPDES permit for discharge from groundwater

19  treatment systems.  And just, I don't know, last month

20  or the month before, I testified in an administrative

21  hearing in West Virginia regarding the State's NPDES

22  system for permitting small wastewater treatment

23  systems, systems with capacities of less than

24  50,000 gallons per day.

25     Q.   What was the nature of your testimony in

1    that West Virginia administrative hearing?

2        A.    My testimony was regarding the appropriate

3    frequency of sampling to determine monthly average

4    concentrations.  And also my testimony involved -- or

5    talked about the variability in effluent

6    concentrations for some 700 systems that were

7    permitted by West Virginia under this general permit,

8    and the analysis of variability was based on their

9    reported monitoring results over the past six years.

10       Q.    And in that hearing, were you testifying on

11   behalf of the wastewater treatment systems?

12       A.    No.

13       Q.    Who was your client in that matter?

14       A.    I was -- it was a matter that I did pro

15   bono, and I was testifying on behalf of the Potomac

16   Riverkeepers.

17       Q.    Another Clean Water Act term that you use in

18   your report is "point source."  Are you familiar with

19   that term?

20       A.    Yes.

21       Q.    And like "waters of the U.S.," do you see

22   that as primarily a legal term?

23       A.    Well, in the Clean Water Act, there's a

24   pretty straightforward definition of a point source.

25       Q.    And what is that definition?

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022

1    A.    I don't know the definition verbatim, but

2    it --

3    Q.    That's okay.  In your own words, what do you

4    interpret the definition to include?

5    A.    I look at a point source as a discrete

6    discharge into a surface water body.

7    Q.    Okay.  And when you -- when you describe it,

8    discrete discharge into a surface water body, do you

9    differentiate the media through which it flows?  For

10   example, surface versus groundwater.

11   A.    Well, I think the -- you know, in my view,

12   the primary definition was a discrete discharge in a

13   conveyance.  With the Supreme Court decision in the

14   matter in Hawaii, there was also the functional

15   equivalency of a direct discharge, and in that

16   context, there could be discharge or there could at

17   least be migration through the subsurface and

18   subsequent discharge into a surface water body.

19   Q.    And did you consider both of those potential

20   point source definitions in reaching your opinions?

21   A.    Yes.

22   Q.    Are you also familiar with point source

23   definitional exemptions or exceptions in the Clean

24   Water Act, like that for agricultural return flow or

25   silvicultural?

1      A.    I am aware that there is an exemption for

2   agricultural activities, and agricultural activities

3   aren't considered as a point source discharge.

4      Q.    And did that exemption have any relevance to

5   you in forming your opinions?

6      A.    I was aware of those exemptions.

7      Q.    Just a couple more questions back to the

8   NPDES permit program.  Are you generally familiar with

9   when limits are established for permitting purposes,

10  they can be either technology-based or water

11  quality-based?

12     A.    Yes.

13     Q.    And on the technology side, the source of

14  those limits could be effluent limitation guidelines

15  established by EPA for particular industry sectors or

16  best professional judgment limits set by the permit

17  writer.

18     A.    Or best available technology.

19     Q.    Okay.  And then similarly, on the water

20  quality side, that in order to establish a water

21  quality based effluent limitation, it is common to

22  start with some type of reasonable potential

23  evaluation for the parameter at issue?

24     A.    Yes.

25     Q.    And, in fact, you've listed in the resources

1   that you reviewed some Michigan agency guidance on

2   calculating or assessing reasonable potential for

3   PFAS.  Do you recall that guidance?

4       A.   I recall that I cited that guidance.

5       Q.   And as I think I asked a moment ago, one of

6   your key -- key opinions and recommendations is to

7   convert from spray application of wastewater to direct

8   discharge of wastewater via an NPDES permit; is that

9   correct?

10      A.   Yes.

11      Q.   Did you cal- -- did you perform a reasonable

12  potential evaluation for PFAS from the LAS?

13      A.   Well, you know, we -- you know, in the

14  expert report, I describe treatment processes that --

15  for the treatment of the effluent prior to the

16  discharge.  Two components, one being treatment to

17  reduce the phosphorous content in the wastewater, and

18  second, to reduce PFAS concentrations in the

19  wastewater.

20      Q.   So what limits did you establish for the

21  NPDES permit that you opined Dalton Utilities needs?

22      A.   We didn't specifically opine what the NPDES

23  limits would be for PFAS.  We opined what the limits

24  might be for phosphorous treatment.

25      Q.   In the absence of calculating limits, did

1   you assume zero discharge of PFAS from the LAS?

2       A.   We assumed that after treatment that the

3   discharge would be non-detect from the GA- -- GAC

4   system.  And by non-detect, we meant that the

5   concentrations would be less than -- or the

6   concentrations, at least PFOA, would be less than four

7   nanograms per liter.

8       Q.   And I'm sorry, was that for PFOS or PFAS?

9       A.   PFOA.

10      Q.   PFOA.

11           And did you establish a similar target for

12  PFOS?

13      A.   PFOS is retained to a greater extent than

14  PFOA in granular activated carbon, and our basis was

15  that the PFOS concentrations would be less than the

16  PFOA concentrations.

17      Q.   Did you consider any other scenario besides

18  non-detect for PFOA from the GAC systems?

19      A.   We considered other scenarios.

20      Q.   Did you consider?

21      A.   I said we did consider other scenarios.

22      Q.   And what other targets did you consider?

23      A.   I think initially we -- we considered

24  targets where the combined concentrations would be

25  less than 70 nanograms per liter, then when the

1   revised health advisories were published, we thought

2   it appropriate to have as our design a goal detection

3   limit.

4       Q.   You've just mentioned the revised health

5   advisory levels.  In the introduction, Section 1,

6   Page 1, first paragraph, you say, "The City of Rome

7   withdraws water from the river for municipal water

8   supply, and this water requires treatment to meet U.S.

9   EPA interim health advisories for PFOA and PFOS."

10          Do you see that?

11      A.   Yes.

12      Q.   What do you mean by require?

13      A.   That the City of Rome cannot withdraw water

14  from the Oostanaula River and provide it to its

15  customers such that it has concentrations of PFOS and

16  PFOA that are less than the health advisories if it

17  does not treat the water.

18      Q.   So do you understand the health advisory

19  levels to be binding on the City of Rome?

20      A.   You know, I'm not a lawyer, so as to whether

21  or not it's binding, but as I was saying here, if the

22  City of Rome is going to meet those health advisories,

23  it needs to treat its water.

24      Q.   So that sentence that I read from your

25  introduction requires treatment to meet the

1  advisories, you've qualified that to say if -- if

2  legally required to do so?

3     A.   No.  I don't qualify that at all.  I think

4  that the sentence is straightforward in that it says,

5  "The City of Rome withdraws water from the river for

6  municipal water supply and this water requires

7  treatment to meet U.S. Environmental Protection Agency

8  interim health advisory for perfluorooctanoate (PFOA)

9  and perfluorooctane sulfonate (PFOS)."

10    Q.   So you're not offering an opinion as to

11 whether those advisories are binding on the City of

12 Rome?

13         MR. FRIEDMAN:  Object to form.

14         THE WITNESS:  I am not.

15    Q.   (By Mr. Smith)  If we can turn to Section 2,

16 as I understand it, this is the summary of your

17 principal opinions; is that right?

18    A.   Yes.

19    Q.   And we'll go through each one in detail, but

20 I just want to pause on Item 2 on Page 3 where you

21 say, "Dalton Utilities' land application system is a

22 long-term source of PFAS."

23         What do you mean by long-term source?

24    A.   What I meant and what I mean by a long-term

25 source of PFAS in the con- -- in the context of

1  Opinion No. 2 is that if Dalton Utilities continues to

2  operate the land application system as it has operated

3  in the past, that there will be a large mass of PFAS

4  that enters the Conasauga River system each year for a

5  long time into the future.

6      Q.   And have you established how long that may

7  be?

8      A.   I have made an estimate of how long that

9  might be.

10     Q.   Okay.  At the end of Item 2, the last

11  sentence reads, "This accumulated PFAS is slowly being

12  released to groundwater and surface water."

13          What do you mean by slowly being released?

14     A.   What I mean in the context of that sentence

15  is that there's a large mass of accumulated PFAS in

16  the LAS, and it will be a long time until all of that

17  mass is removed or released to groundwater and surface

18  water.  And since it will be a long time until it's

19  released, I refer to that as a slow release.

20     Q.   Are you aware of the Rome water treatment

21  plant that's being built by the City of Rome?

22     A.   Could you ask me the question again, please?

23     Q.   I'll be more specific.

24          Are you aware that the City of Rome plans to

25  install a reverse osmosis water treatment system to

1    remove PFAS from the city's source water?

2        A.   Yes.

3        Q.   And in the face of that planned water

4    treatment plant, do you still believe that remediation

5    is required upstream at the Dalton Utilities LAS?

6            MR. FRIEDMAN:  Object to the form.

7            You can answer.

8            THE WITNESS:  Yes.

9        Q.   (By Mr. Smith)  If the remedial plan that

10   you present in your opinion is implemented, does the

11   City of Rome need to operate its reverse osmosis

12   system?

13           MR. FRIEDMAN:  Object to the form.

14           THE WITNESS:  It would need to operate

15       some type of treatment system if it was to

16       meet the current health advisories for PFOS

17       and PFOA.

18       Q.   (By Mr. Smith)  And if I can probe that for

19   a moment.  Do you mean because it will take a long

20   time for the remedial plan at the LAS to be

21   implemented or because both are required to meet the

22   HAs?

23       A.   I make that statement as -- as described in

24   my report, there are sources of PFAS to the Conasauga

25   River that aren't coming directly from the LAS.

1     Q.   Let's turn to Section 3, which is your

2   summary of PFAS in the Conasauga and Oostanaula

3   Rivers, and I just want to make sure I understand

4   various tables that you present.  A good example is at

5   the top of Page 7.  This is a table of various PFAS

6   compound concentrations in the Coosawattee River.

7          Do you see that?

8     A.   Yes.

9     Q.   When you use the less than symbol, for

10  example, the first entry for PFOS less than 50,

11  what -- what is -- what are you intending to use that

12  symbol for?

13    A.   I'm using that symbol in -- in this specific

14  instance to indicate that the detection limit or the

15  reporting limit for the first entry there for June of

16  2012 for PFOS was 50 nanograms per liter and it was

17  reported as being non-detect.

18    Q.   Is it fair to assume wherever you use the

19  less than symbol in tables in your opinion that you

20  are matching that up against the relevant detection

21  limit?

22    A.   Yes.

23    Q.   How about that same table has various blank

24  cells.  For example, the first four entries for PFBA

25  and the first two for PFPeA, what do the blanks mean?

1     A.   That results were not reported.

2     Q.   And when you performed your calculations

3  that you have done in your opinions and you have a

4  value less than a detection limit, what value did you

5  use for your calculation?

6     A.   I believe if it was reported less than the

7  detection limit, I used a null value.

8     Q.   Null value being zero?

9     A.   Yes.

10    Q.   Okay.  And is that true across the board for

11  your opinions in this case?

12    A.   I believe so.

13    Q.   And would your calculations bear that out?

14    A.   Yes.

15    Q.   One of the things that you described a few

16  moments ago is calculating the average concentration

17  of PFAS or the average flow in the rivers.  Do you

18  recall that?

19    A.   Yes.

20    Q.   And are those calculations included in what

21  was just produced?

22    A.   Yes.

23    Q.   Have you also explained the methodology you

24  used to calculate averages?

25    A.   I believe so.

1          MR. DAVIS:  Brooks, we've been going

2     about an hour, whenever you get to a good

3     spot for a break.

4          MR. SMITH:  This is a good time.

5          MR. DAVIS:  Okay.

6          VIDEOGRAPHER:  The time is 10:07.

7     We're off the record.

8          (A recess was taken.)

9          VIDEOGRAPHER:  The time is 10:18.

10     We're back on the record.

11     Q.   (By Mr. Smith)  Dr. Andrews, before the

12  break, we talked about reliance materials for your

13  expert deposition.  I understand there may be some

14  additional reliance materials that you'd like to

15  identify.

16     A.   Yes.

17     Q.   And as I understand it, the first set of

18  documents you sent, these are exhibits used at the

19  Gadsden proof deposition last week?

20     A.   I think they were described as

21  demonstratives that were used at the trial deposition.

22          MR. DAVIS:  Obviously we wouldn't use

23     the Gadsden water intake, but...

24          MR. SMITH:  Understood.

25     Q.   (By Mr. Smith)  And is there anything else?

1            Okay.  This is a map of 2022 surface water

2     sampling in Georgia and Alabama.  And I think I

3     understood you to say this was sampling by 3M; is that

4     correct?

5         A.   My understanding, it was sent -- sampling

6     that was conducted on the behalf of Dr. Andy Davis,

7     who I understand is a consultant to 3M or an expert

8     witness -- an expert for 3M in this matter.

9            MR. DAVIS:  He has the analytical

10         reports as well, but we didn't print all

11         those out.

12            MR. SMITH:  Okay.  Thank you.

13        Q.   (By Mr. Smith)  So let's go back to

14     Section 3 of your opinion.  I'd just like to work

15     through some of the data and figures that you used in

16     this section.  And let's start with Figure 1 on Page 6

17     described as a plot of PFOA plus PFOS concentrations

18     from 2012 to 2021 in the Oostanaula River.

19            And let me back up for a minute.  That time

20     period 2012 to 2021, that was your principal time

21     period for purposes of your opinion; is that correct?

22        A.   Well, I -- you know, I looked at 2012 to

23     '22, at least, you know, I prepared these plots that

24     had the 2012 to 2022.  But when I got back -- got to

25     the latter section of the report and I made

 1   calculations of, you know, the amount of PFAS in the
 2   river systems, I restricted myself because primarily
 3   it was data from 2018 through 2021.
 4        Q.   Did you consider -- I'm sorry.
 5        A.   And I was going to say and that was to
 6   provide an assessment of what currently was occurring
 7   in the river system.
 8        Q.   So you considered the time period 2018 to
 9   '21 to be more reflective of current conditions?
10        A.   I did.  And also for the period 2018 through
11   2021, most of the samples were run by EPA Method
12   537.1, and there were lower detection limits than
13   there were -- as we were discussing before the break,
14   you know, there were some samples at Oostanaula at
15   Rome where the detection limits were on the range of
16   40 to 50 nanograms per liter, and the latter -- and
17   during this latter period, the reporting or detection
18   limits were closer to four nanograms per liter.
19        Q.   Okay.  Did you use any data predating 2012
20   for your opinion?
21        A.   Well, I compiled all the data that I was
22   aware of that had been collected in the Conasauga
23   River system going back to the first data that were
24   collected, or at least that I had information on was,
25   I believe, data collected in 2008, though I understood

1  that there were some samples collected in 2006, but I

2  didn't have that data.

3      Q.   Okay.  So back to Figure 1, there are three

4  data points plotted in your figure, all relatively

5  along the line of the 2021 hashtag.  One is late 2020,

6  the value is between 100 and 125 nanograms per liter;

7  the second is early 2021 at approximately

8  150 nanograms per liter; and the third is early 2021

9  at approximately 200 nanograms per liter.

10         Do you see those three data points in your

11  figure?

12     A.   Yes.

13     Q.   Where did those data come from?

14     A.   Those data came from sampling that was done

15  for the City of Rome, and I obtained those samples

16  from, I believe, the City of Rome.  And it was work

17  that was done as part of the pilot study by Bryan, and

18  I forget his last name, who was a -- is a consultant

19  for the City of Rome and I believe an expert in this

20  matter.

21         MR. DAVIS:  Pate.

22     Q.   (By Mr. Smith)  And are those data included

23  in the references of reliance materials that you

24  included in your report?

25     A.   Yes.

1      Q.    So the related Figure 2 next to Page 1 on

2   Figure 6 has associated text below that says, "The

3   concentrations, though, have some correlation with the

4   flow of the Oostanaula River as shown on Figure 2."

5           What do you mean by some correlation?

6      A.    Well, on Page 6 of my expert report, Figure

7   2 is a plot of the flow in the Oostanaula River on the

8   bottom, or X axis, and on the Y axis is concentrations

9   in nanograms per liter of PFOA plus PFOS.  And I've

10  plotted all the data that, you know, is also depicted

11  on Figure 1; I just plotted it differently here versus

12  flow rather than versus time.

13          And you can see -- and I kind of have a best

14  fit line that matches all the data points, and it

15  suggests that at higher flows, there are higher

16  concentrations.  And that goes back to the three data

17  points that you were referring to before on Figure 1

18  that were taken in January of 2021, and in that period

19  in January 2021, flows in the Oostanaula River changed

20  significantly over a multiday period, and the lowest

21  value that you referred to before in January of 2021

22  was taken at the lowest flow, and the highest value

23  was taken at the highest flow in the Oostanaula River.

24     Q.    And you just described a best fit line.  Are

25  you familiar with concepts like the goodness of the

1  fit or ways to confirm that it is, in fact, a

2  representative trend line?

3      A.   Certainly.

4      Q.   Is coefficient of variation or R squared, is

5  that one of the ways that you can calculate fitness of

6  fit?

7      A.   Yes.

8      Q.   And did you do so here?

9      A.   I did, and I don't recollect what the R

10 squared was.

11     Q.   Is that in your calculation?

12     A.   I don't believe so.

13     Q.   Are you -- as an expert, are there any other

14 types of analyses that you would employ to evaluate

15 trends in the data other than R squared?

16     A.   There are other methods that, you know,

17 could be used.  I think in terms of the nature of the

18 data we have here, visual inspection of a plot like we

19 have here is a good way to understand whether or not

20 there's possibly a correlation with flow.

21     Q.   So in what other scenarios have you done

22 similar analysis of flow in concentration correlation?

23 Is that common to your hydrogeo expertise?

24     A.   Yeah.  I think, you know, almost every

25 matter that I do, I look at, you know, the

1    relationship between flow and concentration.

2        **Q.   And do you typically see concentration**

3    **increase in relation with flow in a river system?**

4        A.   You know, it depends upon the -- the nature

5    of the discharge that's resulting in the concentration

6    in the river.  If I take an example, say, where I

7    have, say, a constant industrial release to a river, I

8    would anticipate that as flow goes up, concentration

9    goes down.

10           If I have a situation where the

11   contamination is entering the river primarily as

12   groundwater flow, I would also expect as flow goes up

13   that concentrations would go down with increasing

14   flow, primarily because the surface -- the ratio of

15   surface water to groundwater contributions to the

16   river are changing as the flow goes up.

17           If I have a situation where the contaminant

18   is being drive -- being, in a sense, sourced by

19   surface water runoff from an area, I've certainly seen

20   it in agricultural fields that -- where you have, you

21   know, applied nutrients, applied pesticides that after

22   you get big storms, you get sludge and material going

23   into the river and as a result, as flow goes up,

24   concentrations go up.

25       **Q.   In what other scenarios have you seen that**

1    type of trend where flow and concentration are

2    aligned?

3        A.    What do you mean by flow and concentration

4    are aligned?

5        Q.    Where flow goes up and concentration also

6    goes up.

7        A.    Well, as I just indicated, the last example

8    that I gave is one where -- where you have the -- the

9    source in a sense is driven by surface water runoff.

10   You can get this phenomenon where when flow goes up,

11   concentration goes up.  I've also seen it in river

12   systems where contamination primarily resides in the

13   sediment, and as you get higher flows, you get more

14   sediment in the river, you get more sediment water

15   interaction, and in some situations, concentration

16   goes up as flow goes up.

17       Q.    As I understand Figure 1 and Figure 2, this

18   is a combined set of plots for PFOA and PFOS; is that

19   correct?

20       A.    Yes.

21       Q.    Did you attempt to determine separate trends

22   for PFOA and PFOS individually?

23       A.    I did.

24       Q.    And are those trends reflected in your

25   calculations?

1    A.   I don't believe so.

2    Q.   Are they similar to what you plot in Figure

3  1 and Figure 2?

4    A.   I believe so.

5    Q.   On Page 5 of your report, at the bottom of

6  the page, the second-to-last sentence, you say, "In

7  samples collected in March 2009, PFOS was reported at

8  an average concentration of 88 nanograms per liter,

9  and PFOA at 100" -- "at less than 110 nanograms per

10  liter."

11       You see that?

12    A.   Yes.

13    Q.   What is the source of the March 2009 data?

14    A.   I believe the source of that was a study

15  conducted by the U.S. Environmental Protection Agency.

16    Q.   And you mentioned earlier that earlier than

17  2012 data was used later in your report for

18  calculations.  Did you include those data points from

19  2009 in Figures 1 and Figure 2?

20    A.   I have to review my notes.

21    Q.   Do you recall if the less than 110 nanogram

22  per liter value reported on Page 5 was reported at

23  null or 110 in your calculations?

24    A.   I'm certain it was not.

25    Q.   Okay.  Certain it was not reported as 110?

1      A.    No.   Certainly I didn't report -- or I
2  didn't use in a calculation a value reported less than
3  110 as zero.

4      Q.    Okay.

5            Okay.  So in Figure 2, top rightmost portion
6  of the plot, you have a calculated value, and it
7  corresponds to a footnote at the bottom of Page 6 that
8  says it was based on a sample collected on April 25th,
9  2018 in the Coosa River.

10           Do you see that?

11     A.    Yes.

12     Q.    The footnote states the reported
13  concentrations believed to be in the Coosa "were
14  multiplied by the flow ratio of 19,200, slash, 13,200
15  to calculate a concentration of the Oostanaula River
16  at Rome."

17           Do you see that?

18     A.    Yes.

19     Q.    What does that approach assume in terms of
20  PFOA and PFOS in the Etowah River?

21     A.    For -- for the Etowah River, I had assumed a
22  background concentration level that was the average of
23  recent samples that had been -- that had been taken
24  from the Etowah River, and I neglected to include that
25  in the footnote here.

1      Q.   Was the assumed background zero or greater
2  than zero?

3      A.   It's greater than zero.

4      Q.   And so if it -- if it was greater than zero,
5  wouldn't you calculate a lower concentration in the
6  Oostanaula than what you show in Figure 2?

7      A.   Well, if -- my memory is that I -- for
8  the -- what is it, approximately 6,000 gallon -- 6,000
9  cubic feet per second that was coming from the Etowah
10 River I factored in as concentration in calculating
11 the value in the Oostanaula River at Rome.

12     Q.   So you did factor in a greater than zero
13 value for your --

14     A.   That's my recollection, yes.

15     Q.   And is that going to be reflected in your
16 supporting calculations?

17     A.   Yes.

18     Q.   Do you know how far downstream the April 25,
19 2018 sampling was from the Rome intake?

20     A.   Well, I did know that, but I don't remember
21 off the top of my head.

22     Q.   Do you know if there were other sources of
23 PFOA or PFOS between the Rome intake and the sampling
24 location?

25     A.   I had looked at that issue for a number of

1    sampling events that had been conducted, I think

2    primarily by U.S. EPA, and based on those results, I

3    couldn't discern any -- any additional input that

4    could be ascertained by an evaluation of the data.

5        Q.    And did you independently evaluate whether

6    there were any additional inputs?

7        A.    I did look at what possible sources there

8    could be, and I just don't remember off the top of my

9    head.  I think there were a couple possible sources

10   identified, and I just don't recollect what they were.

11       Q.    Are you familiar with the Rome water

12   reclamation facility?

13       A.    I have some familiarity with it.

14       Q.    Do you know where the digesters from that

15   facility discharge?

16       A.    They're downstream on the Coosa River.

17       Q.    Okay.  Do you know approximately where in

18   relation to this EPA sample from April 25th, 2018?

19       A.    They're upstream.

20       Q.    Upstream.

21             And have you evaluated data from those

22   digesters to determine if they contain PFOA or PFOS?

23       A.    Well, the first data that I was aware of --

24   or the first sampling results that I was aware of that

25   contained information on the discharges from the

1    treatment plants were data that I received after I

2    prepared this report, and it was data collected by Dr.

3    Andy Davis, and the locations that he sampled are

4    indicated on that map that I provided you with.

5        Q.   Okay.  And so did -- did that -- did those

6    data that you subsequently reviewed reveal PFOA or

7    PFOS in the discharge from the digesters?

8        A.   Yes.

9        Q.   So based on your evaluation of the existing

10   data over this 2012 to 2021 time period, what

11   percentage of time over the course of the year would

12   the high river flow condition of April 25th, 2018

13   occur?

14       A.   You know, I believe that I prepared what we

15   call a flow duration curve, which is basically a curve

16   to look at how frequently flows are in excess of a

17   certain value, but I don't remember the details.

18       Q.   Is your flow duration curve included in the

19   calculations that have been produced?

20       A.   I think so.

21       Q.   And if you don't recall this next line of

22   questions, that's fine.  But do you recall the

23   percentage of time in a year that the estimated flow

24   in the Oostanaula exceeded 4,000 CFS?

25       A.   I do not.

1      Q.   How about 12,000 CFS?

2      A.   I do not.

3      Q.   What's your explanation for why high

4   river -- higher river flow rates would correspond to

5   higher PFOA and PFOS in the Oostanaula?

6      A.   My best explanation for it based on the data

7   that I've reviewed is that it's related to runoff from

8   the LAS that periods of high flow in the Oostanaula

9   River frequently correspond with periods of

10  above-average rainfall in the watershed, and during

11  those periods, there would be more runoff than in

12  drier periods from the LAS.

13     Q.   And how did you account for the effective

14  dilution elsewhere in the watershed not impacted by

15  the LAS?

16     A.   I'm not sure that I understand that

17  question.

18     Q.   Well, earlier, you said it's common in

19  certain scenarios for concentrations of parameters to

20  go down as flows in a river increase, and I presume

21  that's based on a basic dilution effect; is that fair?

22  More water yields less concentrations of a pollutant.

23     A.   Yes, but in the situation where you have

24  more runoff from the LAS, you are going to have higher

25  concentrations of these PFAS compounds in that runoff

1  from the LAS, which is contributing a greater mass

2  loading to the system during those high flow periods

3  than during relatively dry periods.

4      **Q.   Yes.  And I understand your opinion as to**

5  **the LAS.  I'm asking about the effective dilution**

6  **everywhere else in the watershed where PFAS is not --**

7  **where PFAS sources are not present.**

8      A.   Well, you know, I certainly considered that,

9  but, you know, with the limited data that we have is

10  that this additional loading that's coming of PFAS

11  during these higher flow events is not being

12  significantly diluted.  In fact, you know, the highest

13  concentrations of PFAS that have been measured at the

14  Oostanaula River at Rome have occurred during the

15  higher flows.

16      **Q.   Okay.  But at the very bottom of Page 7 of**

17  **your opinion, you have a sentence that reads, "All of**

18  **the water samples analyzed for PFAS during the period**

19  **2012 through 2022 were collected at river flows far**

20  **less than the average annual flow, thus a relationship**

21  **between flow and concentration is not apparent from**

22  **the data."**

23          **Do you see that?**

24      A.   Where are you reading?

25      **Q.   The last sentence on Page 7.**

1     A.   Yes.

2     **Q.   What do you mean by that statement, that a**

3     **relationship between flow and concentration is not**

4     **apparent?**

5     A.   Well, at -- well, what I'm saying is that

6     when I visually look at a plot similar to a plot of

7     Figure 2 for the data that I have for the Conasauga

8     River at Tilton, there's no trend apparent in the

9     data.  But I also note that there were no samples

10    collected from the Conasauga River at Tilton at even

11    average flows in the river, that all the -- all the

12    sampling was done at relatively low flow events.

13    **Q.   Why would the correlation that you opine on**

14    **at higher flows not be reflected in similar fashion at**

15    **both load conditions?**

16    A.   I think the simple reason is that as the

17    flows get lower and lower, there's -- there's a

18    multitude of factors affecting the concentrations

19    depending on, you know, exactly where the river flows

20    are originating on any given day.

21    **Q.   Can you describe some of those factors for**

22    **me?**

23    A.   Well, if -- you know, if I even take the

24    Oostanaula River at Rome, you know, one of the factors

25    that we have to consider is what is the flow of the

 1   Coosawattee River.  And the Coosawattee River, its

 2   flows are regulated by upstream regulators and they

 3   often vary significantly from day-to-day and even

 4   during parts of the day.

 5       Q.   Do you know why samples were always

 6   collected at flow rates that were far less than the

 7   annual average flows?

 8       A.   I do not.

 9       Q.   Let me take you to Page 10.  The last

10   paragraph reflects your calculations for the average

11   amount of wastewater distributed on the LAS and also

12   the average annual difference between precipitation

13   and evapotranspiration over the LAS.

14            Do you see that?

15       A.   Yes.

16       Q.   What is the source of your

17   20-million-gallon-per-day value?

18       A.   I believe that I discuss that later on when

19   I -- in the section on the LAS, but I had limited

20   recent data on what the flows -- the amount of

21   effluent that was distributed on the LAS.  I believe

22   that I quoted data from two years, 2018 and 2019.  We

23   can look that up.

24       Q.   How about the source of your value for

25   precipitation and evapotranspiration?

```
 1        A.   Well, I base that on a couple factors.  I
 2   base that -- or information that I considered were
 3   water balances that were conducted on behalf of Dalton
 4   Utilities back in the 1990s, I believe by Nutter &
 5   Associates.  I also evaluated USGS gauging stations
 6   for a number of locations on small streams in the
 7   vicinity of the LAS to determine on an average annual
 8   basis how much water runoff there was from the
 9   watershed, and I also looked at precipitation data
10   from the City of Dalton.
11        Q.   And in forming this
12   17-million-gallon-per-day estimate, you looked at
13   precipitation and evapotranspiration.  Is there any
14   other pathway by which that number could be less?
15             MR. DAVIS:  Object to the question.
16             MR. SMITH:  That was a bad question.
17        Q.   (By Mr. Smith)  Does the
18   17-million-gallon-per-day value reflect only
19   precipitation minus evapotranspiration?
20        A.   Yes.
21        Q.   Is it possible that the value 17 million
22   gallons per day would be lower due to other loss of
23   water?
24             MR. FRIEDMAN:  Object to the form.
25             THE WITNESS:  You know, in a watershed
```

1          which consists of the LAS, I can't envision

2          other processes that would be important.

3      Q.   (By Mr. Smith)  On Page 11, you present

4  Table 1 entitled "Concentrations of routinely detected

5  PFAS in tributaries of the Conasauga and streams

6  draining the LAS."

7          What do you mean by routinely detected?

8      A.   Well, you know, the analytical methods that

9  were used, which was EPA Method 837 -- or 537.1,

10  detects a number of different analytes.  And these

11  were the six analytes that were consistently detected

12  at the highest concentrations and comprised most of

13  the total PFAS that was detected in the analyses.

14      Q.   Okay.  So in the far right column where you

15  present sampling dates, if I read this correctly, all

16  of these rows have one but not more than two sampling

17  events; is that correct?

18      A.   That I had data for, yes.

19      Q.   Okay.  So when you say routinely detected,

20  you don't mean frequently.  You're not opining on

21  frequency; correct?

22      A.   Right.  It had nothing to do with time.  It

23  only had to do with the -- the individual PFAS

24  compounds that were detected.

25      Q.   For Drowning Bear Creek, which is the first

```
 1   row, and then the Oothkalooga Creek, which is a couple

 2   rows down, you have two sampling dates for each; is

 3   that correct?

 4        A.   Yes.

 5        Q.   And are the figures, the values that you

 6   used in the other boxes, are those the average of the

 7   two sampling dates in each case?

 8        A.   Yes.

 9        Q.   And do your calculations -- supporting

10   calculations that you produced reflect that?

11        A.   Yes.

12        Q.   All right.  Just to establish something I

13   want to ask about later, let's see, on Page 9, you

14   say, "The highest PFAS concentrations occurred in the

15   small streams that drain the LAS."

16             Do you see that?

17        A.   Yes.

18        Q.   And are those small streams what you later

19   identify as 20 small streams later in your report?

20        A.   Yes.

21        Q.   On Page 9, you also say -- I'll try to find

22   the -- it's the bottom of the Page 9, the last

23   paragraph, second sentence, "The flow in these streams

24   consists of water that infiltrated as a result of the

25   distribution of wastewater on the LAS and
```

 1  precipitation that infiltrated and subsequently

 2  discharged to the streams originating from the LAS."

 3          Do you see that?

 4      A.   Yes.

 5      Q.   So you don't -- let me back up.

 6          Do you account for any overland flow of

 7  wastewater or stormwater to those streams?

 8      A.   Well, those are two processes whereby

 9  effluent and precipitation can reach the streams.

10      Q.   But are you opining that that is, in fact,

11  how effluent is reaching the streams?

12      A.   I mean, in this sentence here, I wasn't

13  opining on the mechanism whereby it was reaching the

14  streams.

15      Q.   Fair enough.

16          I'm not going to ask you any questions about

17  Section 4 of your report, but on Page 18, you

18  reference various iterations of the LAS permit

19  application by Dalton Utilities.  And you say that "13

20  carpet industry-related companies that used PFAS-based

21  products held industrial wastewater discharge permits

22  for the LAS totaling approximately 21 million gallons

23  per day."

24          Do you see that?

25      A.   Yes.

1      Q.    Are you aware of any other carpet

2   industry-related companies between Dalton and Rome?

3      A.    I'm aware that there are other carpet

4   companies that have discharges that are located

5   downstream of Dalton and upstream of the Oostanaula at

6   Rome.

7      Q.    And are any of those facilities addressed in

8   this opinion?

9      A.    No.

10      Q.    Are you aware of any PFOS or PFOA data for

11   those facilities?

12      A.    I'm aware of what I would say are indirect

13   data.  You know, I had data on concentrations of PFOS

14   and PFOA that were listed on Table 1 on Page 11 for

15   Oothkalooga Creek at Calhoun.  And I understand that

16   there are carpet-related facilities with discharges to

17   that creek in Calhoun, but I did not investigate the

18   specific facilities or what concentrations were in

19   their effluent.

20           I'm also aware that there at least was a

21   large carpet manufacturing facility in the Coosawattee

22   watershed, but once again, I did not have any data on

23   effluent concentrations.

24      Q.    Okay.  Thank you.

25           Let's turn to Section 5, which is your

1    description of the land application site.  And I asked

2    you this a moment ago, but in the first paragraph, you

3    say that "More than 20 small streams originate on the

4    upland portions of the LAS and flow into the Conasauga

5    River and its tributaries."

6            Do you see that?

7    A.    Yes.

8    Q.    Were you able to observe those 20 small

9    streams during your site visit?

10   A.    No.  I visited some of those small streams.

11   Q.    Okay.  Earlier we talked about your

12   familiarity with the Clean Water Act terms, like

13   waters of the U.S.  For purposes of your report, did

14   you assume that all 20 small streams were waters of

15   the U.S.?

16           MR. DAVIS:  Object to the question.

17           You may answer.

18           THE WITNESS:  I -- I was -- you know,

19       the assumption here was that they were

20       perennial streams.

21   Q.    (By Mr. Smith)  So you assumed that they

22   were all perennial?

23   A.    Yes.

24   Q.    And you didn't include any intermittent or

25   ephemeral streams in that 20?

```
 1      A.   Correct.

 2      Q.   On Page 20 of the report, you quote from a

 3  Nutter 1997 publication that says, "The dominant path

 4  of water movement when soils are wet occurs as lateral

 5  unsaturated and saturated flow in the upper soil

 6  horizons to small ephemeral or intermittent channels

 7  and then to perennial streams."

 8           Do you see that?

 9      A.   No.  Where is that?

10      Q.   It's on Page 20.  It's the last paragraph,

11  first sentence, "At the LAS, as noted by a consultant

12  for Dalton Utilities."

13      A.   Yes, I see that.

14      Q.   And do you understand that dominant path of

15  water to be something different than movement through

16  groundwater?

17           MR. DAVIS:  Objection to the question.

18           THE WITNESS:  Well, the dominant paths

19       that were described as -- you know,

20       paraphrasing from Nutter & Associates --

21       was unsaturated and saturated flow.

22       Saturated flow would certainly be

23       considered as groundwater flow.

24      Q.   (By Mr. Smith)  Even in the upper soil

25  horizons as you described it?
```

1      A.    I mean, that's a definitional issue.

2  Typically, I would consider it groundwater, but it's

3  groundwater that's above the water table.

4      Q.    And by contrast, that type of dominant

5  movement doesn't capture overland flow; correct?

6      A.    Correct.

7      Q.    On the next page, Page 21, again referencing

8  Nutter, you say, "A map in a 2002 report identified 17

9  perennial streams originating onsite," but you go on

10  to say, "This map does not depict all the perennial

11  streams."  What is your source for that?

12      A.    Well, my -- my source for that is only

13  looking at the -- or noting the streams that Nutter &

14  Associates had identified and the streams that appear

15  on USGS topographic maps as designated as perennial

16  streams.

17      Q.    Okay.  Just, I think, a clerical correction,

18  but I just want to make sure it's clear for the

19  record.  Under the heading "PFAS concentrations in

20  wastewater" on Page 21, you describe in the first

21  sentence data from May 2009 and May 2021, then you go

22  on to identify values from 2009.  And then four lines

23  down, you begin a sentence that says, "In May 2020,

24  the samples were collected from distribution canal at

25  Pump Station B and Pump Station C."  Do you mean 2021

1    instead of 2020?

2        A.    Yeah, it's a typographical error.

3        Q.    Okay.  All right.  So let me take you, then,

4    to Table 2 on Page 21 entitled "Select PFAS

5    concentrations in wastewaters applied for the LAS."

6    Which sample locations were used as the source for the

7    data presented in Table 2?

8        A.    Well, for the 2009 samples, it was the

9    sample results reported in a document from EPA that

10   had the results from sampling at 15 spray heads.

11       Q.    And then how about 2021?

12       A.    Those were samples that were collected by

13   GEL on behalf of the plaintiffs.  And as noted above,

14   they were collected in the distribution canal at Pump

15   Station B and Pump Station C, there were two samples,

16   and shown on Table 2 is the average of those two

17   samples.

18       Q.    Okay.  What's your explanation for the

19   ongoing concentrations of PFOA and PFOS as of 2021 in

20   the wastewater applied to the LAS?

21       A.    My understanding is that the concentrations

22   of PFOS and PFOA that were reported in 2021 reflect

23   the degradation of fluorinated copolymers that were

24   released from carpet industry-related facilities and

25   that are still present within the sewer system, within

1    the Dalton Utilities system or maybe even in -- in

2    apparatus within the treatment systems themselves.

3         **Q.   To be clear, you're expecting degradation**

4    **before the wastewater even reaches the wastewater**

5    **treatment plants at Dalton Utilities?**

6         A.   Yes.

7         **Q.   And then further degradation once it is**

8    **sprayed onto the land application system.**

9         A.   Or sprayed onto the -- the land application

10   systems.  You know, what I don't know from the data

11   that's, you know, currently available is what

12   concentrations of these non-degraded, you know,

13   fluorinated copolymers are currently in the wastewater

14   effluent.  What I -- you know, my evaluation of the

15   data indicates that, you know, historically, the

16   wastewater did contain significant amounts of these

17   fluorinated copolymers and they were sprayed on the

18   LAS or they were placed on the LAS with sludges, and

19   those materials that were placed historically are

20   currently degrading.

21        **Q.   So in your PFOA column in Table 2, the 2009**

22   **value was 602 nanograms per liter and it drops to 237**

23   **in 2021.  What's your explanation for the drop in**

24   **measured PFOA concentrations?**

25        A.   You know, PFOA, unlike PFOS, was still being

1    used or at least products based on PFOA were still

2    being used or had just recently been phased out of use

3    by carpet companies in Dalton, whereas PFOS had been

4    phased out, you know, some eight or nine years prior.

5    I believe that the drop in concentration is related to

6    the phase-out of products that have a -- you know,

7    that are based on PFOA chemistry.

8        **Q.   So then looking at the PFOS column, the**

9    **value in 2009 was 309 nanograms per liter and it**

10   **actually increases to 336 in 2021.  What's your**

11   **explanation for what appear to be very similar average**

12   **concentrations?**

13       A.   Well, my explanation is that there's a

14   significant amount of these fluorinated copolymers

15   that are still retained within the sewer system and

16   possibly retained in apparati either at the carpet

17   manufacturing facilities or in the apparatus at the

18   wastewater treatment systems and it's slowly degrading

19   with time.

20            To me, the -- an explanation of why

21   concentrations essentially haven't changed over, you

22   know, a 12-year period is that there's a significant

23   amount retained and it's degrading very slowly, and

24   it's degrading sufficiently slow that there hasn't

25   been a significant change in the amount that's still

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022                            Page 76

```
 1   retained within the system today.
 2        Q.   Do you know where Calhoun draws its drinking
 3   water?
 4        A.   I've been told that it draws its drinking
 5   water from the Conasauga River -- excuse me -- the
 6   Oostanaula River, but I have not looked into the water
 7   supply system for Calhoun.
 8        Q.   Okay.  Sorry to do this, but I'm going to
 9   bounce you back to Page 7, and the text immediately
10   below the table presented on Page 7 says, "The PFAS
11   concentrations in the Coosawattee are much lower than
12   the Oostanaula, thus the PFAS concentrations in the
13   Coosawattee River account for only a very small
14   percentage of the PFAS in the Oostanaula River at
15   Rome."
16             Do you see that?
17        A.   Yes.
18        Q.   Is the PFAS in the Oostanaula River at Rome
19   strictly related to the concentration of PFAS in the
20   Coosawattee River?
21             MR. DAVIS:  Object to the question.
22             You may answer if you can.
23             THE WITNESS:  I apologize.  Can you
24        repeat the question, please.
25        Q.   (By Mr. Smith)  Is the PFAS in the
```

1    Oostanaula River at Rome strictly related to the

2    concentration of PFAS in the Coosawattee River?

3         MR. DAVIS:  Same objection.

4         THE WITNESS:  What do you mean by

5     strictly related?

6    Q.   (By Mr. Smith)  Well, is flow in the

7    Coosawattee River important to your conclusion?

8    A.   Absolutely.

9    Q.   And in this table and text you're

10   referencing concentrations in the Coosawattee taken at

11   specific flow rates; correct?

12   A.   Well, there were various flow rates at the

13   time the samples were collected.

14   Q.   And did you consider those flow rates

15   related to the rest of the river system flows at the

16   time of sampling?

17   A.   Well, in this part of the report, I do not

18   talk about the flow rates.  But in Section 9, I do

19   talk about the flow rates and I calculate on an

20   average annual basis the amount of PFOS and PFOA by

21   weight that is being contributed by the Coosawattee

22   system, and I talked about by weight how much is being

23   contributed by the Conasauga -- Conasauga River

24   system.

25   Q.   And for those calculations in Section 9,

1   were you relying on the data presented in the table on

2   Page 7?

3       A.   Yes.

4       Q.   And are these only data that you considered

5   regarding PFAS in the Coosawattee River?

6       A.   Yes.

7       Q.   I asked a moment ago about where Calhoun

8   draws its drinking water.  I can represent to you that

9   they pull their water from the Coosawattee near the

10  end of the river before it merges with the Conasauga.

11          Given that representation, do you think that

12  measurements of Calhoun's raw drinking water from its

13  intake would be relevant to evaluating PFAS in the

14  Coosa -- in the Coosawattee?

15      A.   Well, I would -- I would view the -- the use

16  of water from the Coosawattee River by the city of

17  Calhoun as merely being a diversion out of the

18  Coosawattee that then subsequently entered back into

19  the Conasauga River below Calhoun.

20      Q.   Let me ask it differently.  Did you consider

21  any of the data from Calhoun's water intake?

22      A.   I did not.

23      Q.   So let me jump back to the section of the

24  report that we started exploring, Section 5, the land

25  application site.  And I want to talk about some of

1    your assumptions and calculations, the first set of

2    which appear below Table 3 on Page 22.

3            And you say, "The mass of PFAS discharging

4    from the LAS from the spray fields annually based on

5    the following assumptions are shown on Table 4."  And

6    then you proceed to list three specific assumptions,

7    the first of which states, "The concentrations

8    reported in Polecat Creek and Pettiet Branch in

9    May 2021 are representative of annual average

10   concentrations in the streams flowing from the spray

11   fields in Areas AC, B and C."

12           Do you see that?

13   A.   Yes.

14   Q.   On what basis did you come to the conclusion

15   that those concentrations from Polecat and Pettiet

16   were representative of all of the other streams?

17   A.   Well, I evaluated the concentrations that

18   were reported in the other -- or at least the other

19   streams that had been sampled, and they were similar

20   to Polecat and Pettiet Branch.  I also made a

21   calculation where I considered data from all the

22   streams that flow off the LAS that had concentration

23   data, and weighted those concentrations by the area of

24   drainage upstream of the sampling points and I ended

25   up with concentrations that were very similar to that

```
 1    reported on Table 4.
 2        Q.    And are those area-related drainage
 3    calculations part of what you produced?
 4        A.    Yes.
 5        Q.    How many other streams flow from Areas AC, B
 6    and C?
 7        A.    As we referred to before, you know, it's
 8    probably more than 20 or more streams that are flowing
 9    totally from those areas.
10        Q.    And you had data from some of those other
11    streams but not all of those other streams?
12        A.    Yes.  The streams that I had data from are
13    shown -- or the locations where samples were taken
14    from streams are shown on Plate 3.
15        Q.    Okay.  Is it your understanding that Area AC
16    is no longer spray irrigated as part of the LAS
17    operations?
18        A.    I was not aware of that.
19        Q.    The second assumption that you present below
20    Table 3 is that "The volume of water in the streams
21    flowing from Areas AC, B and C is equal to the sum of
22    20 million gallons from wastewater and 12 million
23    gallons from precipitation."
24              What's the basis for that assumption?
25        A.    We referred previously to the basis for the
```

```
 1   20 million gallons per day.  The 12 million gallons
 2   per day is taking the area of the spray fields and
 3   doing the appropriate conversion with 24 inches of
 4   runoff per year.
 5        Q.   So you didn't use the 17-million-gallon
 6   figure of precipitation minus the evapotranspiration
 7   for this assumption?
 8        A.   It's a smaller number because parts of the
 9   LAS are not part of the spray fields.  The 17 million
10   gallons -- yeah, 17 million gallons a day referred to
11   the precipitation running off the entire 9,600 acres.
12        Q.   Okay.  And so in this second assumption
13   regarding volume, did you assume any loss of water
14   from environmental factors, fate and transport
15   factors?
16             MR. DAVIS:  Object to the question.
17             THE WITNESS:  The losses of water that
18         I considered were evaporation and
19         transpiration.
20        Q.   (By Mr. Smith)  Your third assumption is
21   that "Concentrations reported for Sampling Site SW-4
22   (wetlands pond)" -- "(wetland ponds) are
23   representative of runoff from the former sludge spray
24   fields (Area A)."
25             What -- what time period -- back up.
```

1          Where did you -- fumbling.

2          What is the source of the concentrations

3    reported for Sampling Site SW-4?

4      A.   It was the May 2021 sampling conducted by

5    GEL.

6      Q.   Okay.  And to be clear, that was during a

7    dry weather -- dry weather conditions; correct?

8      A.   I know it was -- it was dry when they

9    sampled.  I believe I have in my calculations what the

10   antecedent precipitation conditions were prior to that

11   sampling, but I don't remember.

12     Q.   Okay.  Were -- are there any other water

13   features in Area A other than the SW-4 wetland ponds?

14     A.   Well, there are some -- some, you know,

15   wetland areas along the Conasauga River.  I believe

16   there's a number of -- I don't know if they're --

17   appear on maps to be some type of small drainages, but

18   I didn't have the opportunity to investigate those in

19   the field.

20     Q.   Okay.  Were there any data points from any

21   of those other water bodies within Area A?

22     A.   No.

23     Q.   Below Table 4, your first sentence reads,

24   "The observation of PFAS concentrations in streams at

25   the LAS boundary, streams that originate within the

 1    LAS at much higher concentrations than in the

 2    distributed water indicates that the shallow soils and

 3    vegetative litter within the LAS contain a large

 4    amount of PFAS."

 5              Do you see that?

 6        A.    Yes.

 7        Q.    What is your source of data for that

 8    conclusion?

 9        A.    My source -- sources of data are, I guess,

10    twofold.  One is the concentrations that we previously

11    referred to in the effluent that is being sprayed at

12    the LAS.  And second, it's the concentrations of PFAS

13    compounds detected in the streams flowing off the LAS.

14    And in the materials that I provided earlier after the

15    break, I have a demonstrative that illustrates those

16    data.

17        Q.    Okay.  Did you have any soil data on which

18    you relied?

19        A.    I didn't have any data on soils where they

20    were analyzed for the fluorinated copolymers that were

21    used in the carpet industry.

22        Q.    And did you have any data from vegetative

23    litter?

24        A.    No.

25        Q.    Later at the bottom of Page 22, you say that

1    "The potential mass of PFAS in the LAS can be

2    estimated if two parameters are known."  The first is

3    "The degradation half-life of a specific compound,"

4    and you discuss degradation half-lives in more detail

5    on the following page.

6            But at the bottom of 22, you say, "For

7    PFOA" -- "PFOS-based compounds, the half-life is

8    estimated to be 100 years."

9            Do you see that?

10   A.    Yes.

11   Q.    I read your analysis on Page 23 to indicate

12   that determining half-life is difficult -- a term that

13   you use -- and then it ranges in the materials you

14   reviewed from 10 to 112 years; is that accurate?

15           MR. DAVIS:  Objection to the

16       questions, mischaracterizing the report.

17   Q.    (By Mr. Smith)  Well, let's go to the bottom

18   of Page 23.  "Based on these studies" -- it's the last

19   paragraph.  "Based on these studies, the half-lives of

20   the fluorinated side-chain polymers was estimated to

21   be between 10 and 112 years."

22           Do you see that?

23   A.    Yes.

24   Q.    And you describe the range being dependent

25   on different soil types, modeling parameters,

1    inclusion/exclusion of intermediary compounds and/or

2    assumptions regarding analytical recoveries.

3             Is that accurate?

4    A.   Yes.

5    Q.   And then you concluded that while the range

6    in estimated half-life is large, the majority of

7    estimates places the half-life around 100 years."

8             And is that the basis for your assumption

9    that the half-life here is 100 years?

10   A.   Well, this is, you know -- this and the

11   preceding paragraphs are a description of information,

12   at least some of the information that I considered in

13   trying to develop a reasonable estimate of what the

14   half-life of these compounds might be, but, you know,

15   also considering other information.

16            Some of the information that I considered is

17   what we previously discussed about, and that being

18   that the PFOS concentrations in the wastewater

19   effluent haven't really changed from 2009 to 2021,

20   which is, as we discussed before, an indication to me

21   that the half-life is very long.

22            If the half-life, for instance, was, say,

23   ten years, then I would expect that the concentrations

24   of PFOS in the effluent would have decreased maybe

25   about a factor or two or a less -- less than a factor

1    or two and it hasn't.  I'm also considering the fact

2    that for PFOS-based fluorinated copolymers, you know,

3    they haven't been used since the early 2000s.  And in

4    the stream data that are reported on the table we were

5    just referencing, concentrations of PFOS are quite

6    high -- were quite high in 2021, some 20 years after

7    they were phased out.

8         And, you know, the explanation for that is

9    that, you know, these compounds that are degrading are

10   present in the LAS and they're slowly degrading such

11   that PFOS is being released to the environment, you

12   know, via the streams that are flowing off.

13        You know, in terms of PFOA, you know, early

14   studies that were done by Dupont indicated that

15   clearly the half-lives were long.  I believe that

16   there was, you know, some paper assessment done by

17   Russell, who I believe worked for DuPont, back in the

18   mid-2000s, 2006 time period that suggested that they

19   don't degrade.  I know that there was kind of an

20   environmental assessment done by, I believe it was

21   Environ in 2006 for DuPont, and they assumed that the

22   copolymers that DuPont had provided, at least the

23   C8-based ones, did not degrade.

24        But subsequent studies by DuPont, you know,

25   which I list here, the ones by Russell, by EPA, the

1   ones that are, you know, referenced to Washington,

2   have indicated that, you know, they do degrade to some

3   degree.  And, you know, it's clearly hard when you're

4   running a short-term lab study to extrapolate out to

5   very long periods of time.

6          And, you know, considering all those factors

7   in terms of trying to understand how much might be in

8   the LAS, you know, my opinion was that it was

9   appropriate to use 100 years, which recognizing that

10  there is uncertainty about that.  You know, if the

11  half-life is actually longer than 100 years, it would

12  imply that there's even more of PFAS-related compounds

13  in the LAS that are slowly degrading than I opined in

14  this report.

15  **Q.   Did you do any type of sensitivity analysis**

16  **using different half-lives?**

17       A.   I believe that I did, and, you know, clearly

18  there's sensitivity to different half-lives.  You

19  know, if I use a half-life of 50 years, you would

20  calculate out that, you know, it's going to go away

21  twice as fast.  If I do 200 years, there's going to be

22  twice as much and it's going to take twice as long to

23  go away.

24          So, I mean, mentally, you do those

25  sensitivity analyses, and I believe that I

1  calculationally performed those also.

2      Q.   Are those reflected in the calculations that

3  have been produced?

4      A.   No, the calculations I produced are based on

5  the hundred-year half-life.

6      Q.   Okay.

7      A.   But the calculation files that are produced

8  are in a form such that if one wants to do a

9  sensitivity analysis, one changes one cell value, the

10  cell that has the half-life in it.

11      Q.   And we read this sentence on Page 23 that

12  concludes the majority of estimates in that range

13  place the half-life around 100 years.  Is it your

14  opinion that the majority of those estimates reflect

15  sites similar to the LAS in terms of soil types?

16      A.   I mean, the reality is, you know, these

17  weren't in situ tests.  You know, sure, they took

18  samples from an environmental media, but they're

19  testing them in the laboratory, so there are

20  differences.  And I think as the big picture, what we

21  know is that the half-life is long.  And 100 years,

22  given what we know, is an appropriate value to use in

23  trying to understand how much is there in the LAS and

24  how fast is it likely to degrade and contribute to

25  PFAS concentrations in the streams flowing off the

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022                    Page 89

```
 1  LAS.

 2          MR. SMITH:  This would be a good time

 3      for a break.  I might check on my exhibits

 4      since there's a box downstairs, if that

 5      works for you guys.

 6          MR. DAVIS:  Perfect.

 7          VIDEOGRAPHER:  The time is 11:23.

 8      We're off the record.

 9          (A recess was taken.)

10      Q.   (By Mr. Smith)  All right, Dr. Andrews.  I

11  am going to start with a document --

12          MR. SMITH:  Lacey, this is in our

13      Tab 6.  This is the Dalton Utilities land

14      application system permit, and it's

15      Exhibit 2.

16          There's a copy for you, and I actually

17      do have a couple extras.

18          (Defendants' Exhibit 2 was marked for

19      identification.)

20      Q.   (By Mr. Smith)  Dr. Andrews, I understand

21  that you reviewed Dalton Utilities' land application

22  system permit as part of the formation of your expert

23  opinions; is that correct?

24      A.   Yes.

25      Q.   I'd just like to walk through it, and I'll
```

```
 1   represent that this is the currently effective permit

 2   last issued by Georgia Department of Natural Resources

 3   Environmental Protection Division, October 13th, 2015.

 4           And if you'll just go with me here, I want

 5   to take you first to Section B.1, which is

 6   Bates-labeled ending 8941.  And this reflects

 7   pre-application treatment plant monitoring, influent

 8   flow monitoring.

 9           Do you see that?

10   A.   Yes.

11   Q.   And the next page, B.2, this is

12   pre-application treatment plant monitoring for the

13   mechanical plant at the Riverbend Water Pollution

14   Control Plant.

15           Do you see that?

16   A.   Yes.

17   Q.   And various parameters are listed in the

18   table in B.2 with associated monthly average effluent

19   limitations.  Do you see that?

20   A.   Yes.

21   Q.   And then if you flip to the page with B.3,

22   this is similar for the mechanical plant at the

23   Loopers Bend Water Pollution Control Plant.  Do you

24   see that?

25   A.   Yes.
```

1      Q.    Again, with parameters for monitoring and,

2    where applicable, monthly average effluent

3    limitations.

4           Do you see that?

5    A.    Yes.

6      Q.    B.4 is the same in substance for the

7    Abutment Road Water Pollution Control Plant; right?

8    A.    Yes.

9      Q.    And then B.5 reflects spray field

10   monitoring, and the text below says, "Effluent

11   discharge to the spray fields shall be limited and

12   monitored as follows," and then there's a table with

13   different parameters and monitoring requirements.

14          Do you see that?

15   A.    Yes.

16     Q.    And then B.6 proceeds to surface water

17   monitoring with a requirement to take grab samples

18   upstream and downstream of the spray field area on a

19   frequency defined in the table in B.6.

20          Do you see that?

21   A.    Uh-huh (affirmative).

22     Q.    And then B.7 on the next page has soil

23   monitoring requirements associated with the LAS spray

24   fields, again, with the table of parameters and

25   measurement frequencies.

```
 1              Do you see that?

 2      A.    Yes.

 3      Q.    And then B.8 is the groundwater monitoring

 4   requirement section for Areas A, B, C and AC.  And it

 5   also includes a table of parameters, but I'll call

 6   your attention to the first sentence in B.8 that says,

 7   "Groundwater leaving the land application system

 8   boundaries must not exceed maximum contaminant levels

 9   for drinking water."

10              Do you see that?

11      A.    Yes.

12      Q.    And then if you turn the page to Bates

13   number ending 8949, Section C at the top of the page

14   establishes application rates for irrigating the spray

15   field area.

16              Do you see that?

17      A.    Yes.

18      Q.    And it's expressed as a hydraulic

19   wastewater -- strike that.

20              It says, "The design application rate is

21   2.5 inches per week," and the instantaneous

22   application rate is .13 inches per hour.

23              Do you see that?

24      A.    Yes.

25      Q.    And then we get into Section D, which
```

1    broadly includes additional monitoring and reporting

2    obligations.  I'll take you to D7, which is on the

3    page ending in Bates number 8950.  There's a Section

4    D7, watershed protection plan, and I'll read some text

5    to you just to familiarize yourself with it.  Sorry.

6             So if you -- if you flip to the next page,

7    Bates number ending 8951, this is a continuation of

8    the watershed planning requirement, and you'll see in

9    the middle of the page, it says, "The watershed

10   protection plan must provide for the following," and

11   then there's four lettered A, B, C, D, conditions.

12   A.   Yes.

13   Q.   B states, "The watershed protection plan

14   must include a schedule for correcting current water

15   quality problems that are causing water quality

16   standards violations."

17            Do you see that?

18   A.   Yes.

19   Q.   And then if you proceed to the next page, D8

20   is styled "Conasauga River phosphorous study," and it

21   includes a number of conditions for the permittee to

22   conduct a stream study to confirm and quantify

23   phosphorous sources to the Conasauga River.

24            Do you see that?

25   A.   Yes.

1      Q.    And then D9, which is two pages forward on

2   Bates number ending 8954, says, "The permit may be

3   modified, suspended or terminated in whole or in part

4   during the term as provided in state rules for causes

5   including but not limited to A, permit violation."

6           Do you see that?

7      A.    Yes.

8      Q.    So going back to your report for a moment,

9   Section 6, which relates to the Dalton-Whitfield Solid

10  Waste Authority landfill, you have a statement

11  immediately above Table 5 on Page 24 that says, "This

12  discharge" -- meaning this discharge of PFAS from the

13  landfill that passes into and through the LAS -- "is

14  not authorized under the LAS operating permit or the

15  stormwater permit for the LAS."

16          Do you see that?

17     A.    Yes.

18     Q.    And elsewhere you talk about the discharge

19  of PFAS not being authorized under an existing permit,

20  and I just want to confirm one of the grounds for your

21  opinions in this case is that the discharge of PFAS

22  from the LAS is not permitted; correct?

23     A.    Yes.

24     Q.    Okay.  We have just gone through some of the

25  relevant pieces of the LAS permit, and you can take

1    your time to review it in more detail, but is there

2    any explicit prohibition on PFAS in the LAS permit?

3              MR. FRIEDMAN:  Object to the form.

4              THE WITNESS:  In my reading of the

5          permit, there is no mention at all of PFAS.

6       Q.   (By Mr. Smith)  And do you interpret the

7    absence of mention as a prohibition?

8              MR. FRIEDMAN:  Object to the form.

9              MR. DAVIS:  Objection.

10             THE WITNESS:  I interpret it as it

11         provides no explicit authorization for the

12         discharge of PFAS.

13      Q.   (By Mr. Smith)  Thank you.

14             MR. SMITH:  Lacey, I'm going to ask

15         you to pull up what's behind Tab 8.  This

16         will be a letter from the Georgia

17         Department of Natural Resources to Mr. Don

18         Cope, chief executive officer, dated

19         April 30th, 2007.

20             And, B.J., this will be Exhibit --

21         Defendants' Exhibit 3.

22             And here's a copy for Gary.

23             (Defendants' Exhibit 3 was marked for

24         identification.)

25      Q.   (By Mr. Smith)  Dr. Andrews, in Section 7,

1   you go over your analysis as to why the land

2   application site is a point source.  And you begin

3   that section by saying that the permit for the LAS,

4   which we've just discussed, states that the system,

5   quote, must be maintained as a no discharge to surface

6   waters.

7           Do you see that?

8   A.   Yes.

9   Q.   Who defines what no discharge to surface

10  water means?

11          MR. FRIEDMAN:  While he's looking at

12      that, is this Exhibit 3?

13          MR. SMITH:  Yes, Exhibit 3.

14          MR. DAVIS:  And let me register an

15      objection to the form of that question.

16          MR. FRIEDMAN:  Well, let me join in

17      the objection.

18          MR. SMITH:  Well, let me back up and

19      rephrase my question in the face of

20      excellent objections.

21  Q.   (By Mr. Smith)  How do you interpret the

22  language that you quote from the permit, shall be

23  maintained as a no discharge to surface waters?

24  A.   I need to refresh myself by looking at the

25  permit.

1           In reviewing the permit, under Part 2A12,

2    the permit defines three conditions to ensure no

3    discharge, and based on those conditions and my

4    understanding of the operation is that effluent is not

5    to be directly discharged to surface water, that the

6    effluent is to infiltrate into the subsurface prior to

7    discharge to surface water.

8        Q.   Is that consistent with your observations

9    during your site visit to the LAS?

10       A.   Observations that I had during my site visit

11   is that there were locations where there was some kind

12   of erosional feature down slope of spray heads where

13   possibly there had been flow from the spray head that

14   had flowed directly down toward streams.

15          When I was out in the field and saw

16   operating spray heads, I did not see any water flowing

17   directly from the spray heads into a surface water

18   body.

19       Q.   And for purposes of your opinion, you had

20   not formed a basis to conclude that there is overland

21   flow directly to the streams.

22          MR. FRIEDMAN:  Object to the form.

23          THE WITNESS:  My opinion is from what

24     I had seen and what I had reviewed in

25       documents was that in normal operation of

1         the system, there was not direct flow of

2         effluent into a surface water body.

3         Q.   (By Mr. Smith)  And you're not contending

4    that the LAS is not operating as it was designed;

5    correct?

6              MR. FRIEDMAN:  Objection.

7              MR. DAVIS:  Object to the form.

8              THE WITNESS:  As I noted, I mean, you

9         know, there was observations when I was in

10        the field that suggested that maybe at

11        times there had, you know, either been some

12        failure of a spray head or some -- some

13        plumbing apparati that it caused there to

14        be a direct discharge that flowed over land

15        to a stream, but as I noted, those areas

16        were dry when I visited the site.

17        Q.   (By Mr. Smith)  Can you point me to any part

18   of your opinion where you state that?

19        A.   No.

20        Q.   What I had marked as Exhibit 3 is a letter

21   from Carol Couch, then director of Georgia EPD, to

22   Mr. Don Cope, former chief executive officer of Dalton

23   Utilities.  And I presented for what appears in the

24   second paragraph of that letter that begins

25   no-discharge system.  I'd ask if you'd please review

1  it and just confirm if that changes anything in what

2  we've just talked about under the language you cited

3  from the permit.

4      A.   Well, I would note that in my expert report

5  on Section 7 in that first paragraph, I stated the

6  language in the permit implies that all wastewater

7  sprayed on the LAS infiltrates into the subsurface and

8  migrates in the subsurface prior to discharge to

9  surface water.

10         The language in the second paragraph of this

11  letter from Carol Couch to Mr. Don Cope states, "A

12  no-discharge system is one where wastewater is applied

13  to the land, infiltrates into the soil surface, and

14  either moves vertically to the regional water table or

15  as lateral subsurface flow above the regional water

16  table, emerging as returned flow.  Return flow may

17  continue to flow to channels or accumulate as ponded

18  water which later infiltrates and evaporates.  Return

19  flow of applied wastewater has had sufficient

20  residence time and travel distance to receive adequate

21  treatment."

22      Q.   Nothing in your opinion is inconsistent with

23  that, is it?

24      A.   No.

25      Q.   In Section 7 that --

1    A.   Can I --

2    Q.   **Yes.**

3    A.   -- add to that?

4         Well, what I state in Section 7 is

5    inconsistent with the last sentence in that paragraph

6    from Dr. Carol Couch in that for PFAS, the return flow

7    of wastewater has not had sufficient residence time to

8    receive adequate treatment.

9    Q.   **So your position is it does not receive any**

10   **treatment at all; is that correct?**

11   A.   Well -- well, or the treatment that it does

12   receive results in the formation of PFOS, PFOA and

13   other terminal perfluorinated compounds that then

14   subsequently discharge into streams without receiving

15   adequate treatment.

16   Q.   **Earlier, we started with your principal**

17   **opinions in Section 2, and I asked about your opinion**

18   **that the LAS is a long-term source of PFAS and that**

19   **accumulated PFAS is slowly being released to**

20   **groundwater and surface water.**

21        **Do you recall that?**

22   A.   Yes.

23   Q.   **And then in Section 7 at the end of the**

24   **first paragraph, you say, "Generally, discharge to**

25   **surface water on the LAS occurs rapidly following**

1    infiltration to streams within the LAS," and that's

2    also reflected in Section 5.

3            How do you reconcile this idea of slowly

4    being released against this rapid discharge that you

5    describe in Section 7?

6        A.    Well, in referencing, you know, the rapid

7    migration, I was referring to the migration of the

8    effluent and not of the dissolved constituents or

9    constituents that are entering the -- the effluent

10   stream as a result of degradation of materials

11   deposited in the past.  But the rapid referred to the

12   migration of the effluent.

13       Q.    And is it your opinion or an assumption in

14   your opinion that the movement of PFAS is at the same

15   speed as the movement of the effluent?

16       A.    Not necessarily.  There is some PFOA and

17   PFOS in the effluent stream and other terminal

18   perfluorinated compounds as we discussed earlier.  My

19   opinion would be -- or is that when that effluent is

20   sprayed on the ground, the migration of the PFOS, PFOA

21   and other terminal perfluorinated compounds is

22   relatively rapid, possibly slightly slower than the

23   migration of the water due to interaction with the --

24   the soil or vegetative matter.

25       Q.    We talked in discussing your professional

```
 1   background about fate transport mechanisms, and in

 2   particular about rate of retardation and rate of

 3   degradation.  Do you recall that?

 4       A.   Well, you know, we talked about rate of

 5   degradation and we talked about retardation.

 6   Retardation is not typically considered to be a rate.

 7       Q.   Did -- did you consider whether PFAS in

 8   water at the LAS would move more slowly than the water

 9   itself?

10            MR. DAVIS:  Objection to the question.

11            THE WITNESS:  Well, you know, based on

12        my experience and studies that I reviewed,

13        you know, PFAS compounds such as PFBS,

14        PFOA, travel in many environments at nearly

15        the rate of water -- or rate of water

16        migrating to the subsurface.

17            PFOS, on the other hand, tends to be

18        retarded in its migration velocity somewhat

19        relative to water or effluent.

20            MR. SMITH:  I'm going to have --

21        Lacey, this is Tab 3 -- marked as

22        Exhibit 4, Defendants' Exhibit 4.

23            (Defendants' Exhibit 4 was marked for

24        identification.)

25       Q.   (By Mr. Smith)  Dr. Andrews, what I'm
```

1   presenting to you is a technical paper by Mark

2   Brusseau and other authors titled "Comprehensive

3   retention model for PFAS transport in subsurface

4   systems."

5           Are you familiar with this paper?

6   A.   I have read this paper in the past.

7   Q.   Feel free to peruse it to refresh your

8   recollection, but do you recall that it generally

9   presents a slower rate of movement for PFAS through

10  subsurface systems?

11          MR. DAVIS:  I'm going to object to the

12      question because it implies a comparison.

13          MR. SMITH:  Okay.  Let me rephrase.

14  Q.   (By Mr. Smith)  The authors conclude that

15  PFOS transport is significantly slower than water.  Do

16  you have reason to object to that?

17          MR. DAVIS:  Let me just ask a

18      clarifying question.  When you use PFAS,

19      did you mean PFAS or PFOS?

20          MR. SMITH:  PFOS.

21          MR. DAVIS:  Okay.  That makes it more

22      clear.

23          THE WITNESS:  Well, they have

24      retardation factors listed on Table 2, and

25      they note that the retardation factor for

1      PFOA in sand that is saturated is 1.3, for

2      PFOS in sand, it is 1.8.  Those are values

3      that, you know, are -- you know, would

4      indicate some retardation relative to the

5      movement of water, but would still indicate

6      relatively rapid transport in the saturated

7      zone.

8          They do show that at least --

9      particularly for PFOS that there is

10     unsaturated conditions, and they looked at

11     unsaturated -- very dry conditions, that

12     there was more retardation for PFOS in

13     sand.

14     **Q.   (By Mr. Smith)  Did you consider the**

15     **potential for retardation in your expert work?**

16     A.   I considered that at the site that due to

17     the -- you know, the application of relatively large

18     volumes of water and the nature of materials, that

19     materials would be -- for most of the migration that

20     was taking place would be near saturation.  And I was

21     aware, as I said before, that, you know, compounds

22     such as PFOA and PFOS are -- don't move at the same

23     speed as water, and that PFOS is more retarded than

24     PFOA, which is very consistent with the study.

25     **Q.   So is that consideration of retardation**

1    reflected in your calculations?

2        A.    I don't believe that any of my calculations

3    explicitly calculated the rate of migration of PFOS

4    and PFOA in the land application site.

5        Q.    Preceding into Section 7, under the

6    subheading "The LAS as a treatment system," you quote

7    from Dalton Utilities' website, and then the paragraph

8    immediately before italicized language, second

9    sentence reads, "However, the system is not designed

10   to treat PFAS."

11           Does the system treat PFAS even if it is not

12   designed to do so?

13           MR. FRIEDMAN:  Object to the form.

14           THE WITNESS:  Well, as we note -- as I

15       noted before, there is biodegradation of

16       PFAS compounds that takes place at the LAS,

17       but the end result is that the wastewater

18       that is treated and released back to

19       surface water, paraphrasing the language

20       from the Dalton Utilities website, contains

21       extremely high concentrations of PFAS.

22       Q.    (By Mr. Smith)  And when you describe the

23   biodegradation that is occurring within the LAS, you

24   actually cite to several papers in your references,

25   Lange, Rankin, Russell, Washington, to name a few, all

 1    of which appear to evaluate the biodegradation
 2    potential of PFAS compounds; is that right?
 3          MR. DAVIS:  I'm going to object to the
 4       question as vague.
 5          You may answer.
 6          THE WITNESS:  Those authors that you
 7       just referred to, Russell, Washington,
 8       Rankin, the papers I cite are papers that
 9       specifically looked at the degradation of
10       fluorinated copolymers such as those that
11       were used in the treatment of carpets, and
12       they did not look at degradation of PFAS in
13       general.  They were looking at degradation
14       of a specific type of PFAS-containing
15       compound.
16       Q.   (By Mr. Smith)  But I believe you testified
17    earlier that some degradation may be occurring at the
18    LAS; is that right?
19       A.   Yes.
20       Q.   And did you factor in that rate of
21    degradation in your calculations?
22       A.   Well, I factored that rate of degradation
23    into the estimates that I made of the amount of
24    PFAS-containing material that will ultimately degrade
25    to PFOS or PFOA.

1     Q.   Are you aware -- aware of any studies on

2   phytoremediation of PFAS?

3     A.   No.

4     Q.   Is it fair to say that PFAS will ad- --

5   adsorb onto carpet material?

6     A.   Yes.

7     Q.   So things like the soil and vegetative

8   litter at the LAS would be potential adsorption

9   mechanisms for PFAS?

10    A.   Yes.

11    Q.   I started reading the sentence that said the

12   system is not designed to treat PFAS.  That sentence

13   proceeds to say, "And the application of PFAS onto the

14   LAS results in direct discharges of PFAS from the LAS

15   to the Conasauga River and its tributaries."

16        What do you mean by direct discharges in

17   that sentence?

18    A.   Well, what I mean -- what I meant by that

19   and what I mean by that is that waters flowing off the

20   LAS contain very high concentrations of PFAS

21   compounds.

22    Q.   On the next page, you say, "There is not a

23   direct discharge of wastewater into surface water in

24   the context of what is occurring in the vicinity of

25   individual spray heads."

1          So when you say direct discharges on

2     Page 25, are you talking about subsurface discharges?

3          A.   I'm referring -- in the general context, I

4     was looking at the LAS as a whole and saying that, you

5     know, what's occurring from this treatment system with

6     all its reservoirs, pumps, pipes and spray heads is

7     that the net result is that we have these direct

8     discharges into the Conasauga River system of PFAS.

9          Q.   Okay.  As a general matter, I understand

10    that to be your opinion, but you aren't using direct

11    discharges to mean what you described earlier as a

12    traditional point source of -- let me get your exact

13    language here.  Bear with me.

14          I think you described it as a channelized

15    directed discharge.  You also described functional

16    equivalent under the new Supreme Court decision.  But

17    to be clear, when you say direct discharges on 25, you

18    are not talking about channelized surface water

19    discharges off the LAS, are you?

20          A.   Correct.  And I -- you know, on Page 26, the

21    last full paragraph, you know, I state in the context

22    of wastewater flow in the vicinity of an individual

23    spray head, although there is not a direct discharge

24    to surface water which when the system is operated as

25    designed there's a functional equivalent of a direct

1    discharge to surface water.

2        Q.   Yes.  And we'll go there in a moment, but

3    thank you for clarifying.

4            Before I leave Page 25, in the next

5    paragraph below the one we've been reading from, you

6    say, "The outputs from the LAS are the flux of surface

7    water and groundwater and constituents."

8            What do you mean by flux in this sentence?

9        A.   In terms of fluxes, I'm referring to that

10   the amount of surface water and the amount of

11   groundwater constituents, including PFAS, that are

12   discharging from the LAS across the boundaries into

13   the Conasauga River system.

14       Q.   And do you have specific data to bear out

15   those fluxes?

16       A.   Well, I have data on PFAS concentrations.

17   We've talked about those before.  The primary data we

18   have are the data that was collected in May of 2021.

19   In terms of flow off the LAS, the data that I have is

20   the amount of effluent that's sprayed, the amount of

21   precipitation that occurs in the Dalton area, and

22   estimates of evapotranspiration to calculate the

23   amount of surface water that's flowing off the LAS.

24       Q.   Thank you.

25            So you were taking me to the paragraph on

1    Page 26 that talks about the functional equivalent of

2    a direct discharge to surface water.  Do you see that

3    paragraph?

4        A.   Yes.

5        Q.   And that paragraph also presents seven

6    factors that flowed from the Supreme Court decision in

7    Maui, Hawaii versus Wildlife Fund; is that correct?

8        A.   Uh-huh (affirmative).

9        Q.   And are those seven factors the types of

10   factors that you would look at in your hydrogeology

11   expertise?

12       A.   Yes.

13       Q.   And for each one, I take it that there is

14   some specific analysis that you would normally do to

15   establish the relevance of the factor to your

16   conclusion; is that correct?

17       A.   Well, it's certainly either observation or

18   analysis, you know, in terms of time -- time to elapse

19   from spraying to discharge in surface water.  And some

20   of the best documentation there is of that is studies

21   conducted by Nutter & Associates when they were

22   redesigning the spray field in the late 1990s, and

23   they indicated that surface water flows increased soon

24   after spraying occurred or spraying started, I should

25   say.

1          You know, in terms of pollutants entering

2     surface water, we talked about the data we have on

3     what kind of pollutant -- what kind of concentrations

4     of PFAS there are entering the surface water.

5          Q.    You mentioned the Nutter studies from the

6     late '90s.  That was as part of the redesign of the

7     LAS; correct?

8          A.    Yes.

9          Q.    Have you seen any studies subsequent to the

10    redesign of the LAS that would indicate that that

11    speed still occurs?

12         A.    I have not.  In the -- in Exhibit No. 3,

13    which was the -- excuse me.  Exhibit No. 2, which was

14    the -- which was the 2015 permit --

15         Q.    Yes.

16         A.    -- you know, it does reference -- or I think

17    it requires a phosphorous study, and as part of that

18    phosphorous study, stream flows were to be measured

19    continuously at a number of locations.  I had thought

20    that that data might provide some information on the

21    issue that you just raised, but when I requested that

22    documents or documents related to that study through

23    my counsel, I was told that Dalton Utilities didn't

24    want to provide that information.  So I have not seen

25    the results of the phosphorous study.

1    Q.   So let's -- let's go back to factors just so
2    I understand your method.  The first factor is time
3    elapsed from spraying to discharge to surface water.
4         Do you see that?
5    A.   Yes.
6    Q.   And so as a hydrogeologist, how would you
7    establish the time elapsed for this factor?
8    A.   Well, if I was going to do it in a
9    quantitative manner, I would have information on the
10   timing of the operation of spray heads in a given
11   spray field, and I would have continuous monitoring of
12   stream flow downslope or downgradient of the areas
13   where effluent was being applied, and with that
14   information, I would be able to derive a relationship
15   between commencement of spraying and change in stream
16   flow.
17   Q.   Did you perform any sort of quantitative
18   analysis like you've just described for this case?
19   A.   I did not.  I obviously did not have access
20   to the LAS to perform such an experiment, but that's
21   the type of experiment that Nutter & Associates
22   performed back in the late 1990s.
23   Q.   The second factor, as reflected on Page 26,
24   is the distance from spray head to discharge location.
25        Do you see that?

1      A.    Yes.

2      Q.    Again, how -- how would a hydrogeologist of

3   your expertise evaluate distance?

4      A.    Well, the way I would evaluate distance is I

5   would measure the distance from the spray heads to the

6   nearest stream where flow was increasing.

7      Q.    That -- is it simply the distance from the

8   spray head to the stream or where you described a

9   functional equivalent, do you need to understand how

10  that water enters the stream?

11     A.    Well, I need to understand where that water

12  enters the stream.  In the -- in the system -- you

13  know, in the subsurface system that we have at the

14  LAS, there are relatively shallow unconsolidated

15  materials or soils underlain by relatively impermeable

16  shale bedrock.  In my opinion, groundwater flow is

17  primarily in what I would call the downhill direction,

18  which would also be a downgradient direction and

19  entering -- and most of the flow is occurring in these

20  unconsolidated sediments above the relatively

21  impermeable shale.

22          It's a relatively simple and straightforward

23  groundwater flow path for most of the groundwater --

24  or most of the water that's infiltrating into the

25  surface and moving towards the streams.

1      Q.   Did you do any quantitative analysis to

2   confirm that?

3      A.   After reviewing the studies done by Nutter &

4   Associates in the late 1990s, it was my opinion it was

5   not necessary to make any quantitative investigations.

6   We had empirical data that showed at least for these

7   pilot fields how rapidly there were increases in

8   stream flow after initiation of spraying at a given

9   set of spray heads.

10     Q.   Again, the Nutter studies on which you

11  relied were associated with the redesign of the LAS;

12  correct?

13     A.   Well, they were associated with the redesign

14  of the LAS and observing what kind of responses there

15  were in the surface water systems when effluent was

16  applied at the rates we talked about previously as the

17  allowed rates.

18     Q.   Would a dye study be one way to establish

19  distance and pathway?

20     A.   Yeah.  Dye studies are commonly used to

21  establish distance and pathways.  But in my opinion,

22  at a site like this, the type of study that I

23  previously described would be more useful and would

24  provide more meaningful data.

25     Q.   But you did not perform the study that you

1   previously described, did you?

2        A.   As I noted, I didn't have access to the LAS

3   to perform studies.

4        Q.   The third factor, as reflected on Page 26,

5   is subsurface characteristics, and I believe you just

6   testified to some of the characteristics that you

7   found relevant.  I just would appreciate you bearing

8   out what subsurface characteristics you considered for

9   this analysis.

10       A.   Well, subsurface characteristics that I

11  considered are those that I previously described.

12       Q.   And did you perform any quantitative

13  analysis to bear out your assumptions about subsurface

14  characteristics?

15       A.   No.

16       Q.   The fourth factor is the extent of pollutant

17  dilution or chemical change.  Do you see that?

18       A.   Yes.

19       Q.   We've talked a little bit about rates of

20  retardation or degradation.  What did you consider for

21  this factor, the extent of pollution -- pollutant

22  dilution or chemical change?

23       A.   Well, the only potential dilution source I

24  have is precipitation and infiltration of

25  precipitation.  We've talked at length about chemical

 1  changes that were occurring in materials that were
 2  applied on the LAS in the past.
 3      Q.   But to be clear, you did not do any type of
 4  quantitative analysis to establish this fourth factor,
 5  did you?
 6          MR. DAVIS:  Objection, form.
 7          THE WITNESS:  I did calculate that the
 8      amount of rainfall relative to the amount
 9      of water being sprayed and, you know, I
10      also made calculations of at least the rate
11      of chemical change that's occurring for
12      some type -- some types of PFAS compounds.
13      Q.   (By Mr. Smith)  And indeed in the paragraph
14  that follows the -- what I call the Maui paragraph,
15  you say, "The PFAS in the wastewater that is
16  distributed via the spray head may be chemically
17  altered in the subsurface prior to discharge to the
18  surface water, but for the most part it is altered to
19  another PFAS."
20          You see that?
21      A.   Yes.
22      Q.   Do you have data to support that conclusion?
23      A.   Well, I have the empirical data that there
24  were very high concentrations of compounds such as
25  PFOA, PFOS, PFBS, PFHxA, PFPeA, that are flowing off

1   the LAS in stream water indicating that there has been

2   chemical alteration of the chemicals that were used in

3   the treatment of carpets for repellency purposes.

4        Q.   But you didn't consider that chemical change

5   to be dispositive to your analysis because, in your

6   words, for the most part, it is altered to another

7   PFAS; is that accurate?

8        A.   Yes.

9        Q.   The fifth factor that is reflected on

10  Page 26 is the amount of pollutant entering surface

11  water relative to the amount sprayed.

12             Do you actually have data on those amounts?

13       A.   Well, we talked before about the amount of

14  at least the terminal PFAS compounds that are sprayed

15  and the amount that are flowing off.  And we noted

16  that there's considerably more flowing in the streams

17  off the LAS to date than is currently being sprayed.

18       Q.   The sixth factor is the nature of discharge

19  to surface water.  What do you interpret that to mean?

20       A.   Well, what I interpreted that to mean is

21  where -- where is the discharge occurring and what

22  form does it take.  Is it discharging as a large

23  spring?  Is it discharging as small seeps along the

24  stream banks?  And my observations were that when I

25  was out there that it was discharging as seeps along

1   the stream banks.

2       Q.   Was the frequency of discharge a

3   consideration in your analysis?

4       A.   Well, it was a consideration.  You know, my

5   assumption was that many of these streams are

6   perennial, and so discharge is occurring from the LAS

7   all year round, otherwise they would not be perennial

8   because these streams originate on the LAS.

9       Q.   Did you consider the nature of discharge

10  during dry weather as compared to wet weather?

11      A.   Well, it was certainly a factor that I

12  considered.  And we talked about that -- or I

13  testified about that previously today is that, you

14  know, when I attributed the fact that there could be

15  higher loads -- or there are higher loads of PFAS in

16  the river at higher flows, it's due to the fact that

17  there's more discharge occurring from the LAS during

18  wet periods than during dry periods.

19      Q.   But as part of that testimony, you also

20  confirmed that you did not have any data from wet

21  weather conditions related to the LAS; is that

22  correct?

23           MR. DAVIS:  Object to the question.

24           You may answer.

25           THE WITNESS:  As I indicated, the data

1      that I had available to me was data from

2      one sampling event in May of 2021, and I

3      testified that I didn't remember what the

4      antecedent precipitation conditions were,

5      but at the time of sampling, it was dry.

6          MR. DAVIS:  Whenever you get a chance,

7      do you want to try to wrap up for lunch?

8          MR. SMITH:  Yeah.  I only have a

9      couple more.

10     Q.    (By Mr. Smith)  So just to get through the

11     factors, the seventh, as reflected on Page 26, is the

12     degree to which pollutant maintains its identity.  I

13     think you've already testified that in your opinion,

14     if there is degradation, it's from one PFAS to

15     another.  So I take it that that wasn't a dispositive

16     or -- let me not put words in your mouth.

17         How did you assess the degree to which a

18     pollutant maintains its identity?

19     A.    I'm not aware of any processes that are

20     operating in the LAS that would result in

21     defluorination of these PFAS compounds that were

22     sprayed or placed at the LAS, and thus, you know, my

23     opinion is that the pollutant maintains its identity

24     as a PFAS and there's not degradation to

25     non-PFAS-based compounds.

1      Q.   You conclude by saying that the Court noted

2    that time and distance will be the most important

3    factors in most cases.

4           Do you agree that time and distance are the

5    most important factors in this particular case?

6      A.   Well, I will note that time and distance are

7    short in this case.

8      Q.   Does that mean that they're the most

9    important factors in this case or the ones that

10   support your conclusion?

11     A.   I think, you know, all of these factors that

12   we just went through, all seven factors support my

13   conclusion.  I merely noted here that the Court noted

14   that time and distance will generally be the most

15   important factors, and as I -- as I just noted, time

16   and distance at -- at the LAS are short from where

17   it's sprayed to where it discharges.

18     Q.   When the Court recited these seven factors,

19   it made clear that they were not exclusive.  Did you

20   believe any other factors to be relevant to your

21   analysis concluding that there was a functional

22   equivalent of a direct discharge at the LAS?

23     A.   I tried to think of other factors that were

24   important, but for the LAS itself, between time,

25   distance and maintaining identity as a PFAS compound

1  appeared to meet the standards that the Court had set

2  forth for functional equivalency.

3          MR. SMITH:  Thank you.  I think it's

4      the perfect time for a break.

5          MR. DAVIS:  Okay.  Great.

6          VIDEOGRAPHER:  The time is 12:25.

7      We're off the record.

8          (A lunch recess was taken at 12:25

9      p.m. and the deposition reconvened at 1:33

10     p.m.)

11         VIDEOGRAPHER:  All right.  The time is

12     now 1:33.  We're back on the video record.

13     Q.   (By Mr. Smith)  Good afternoon, Dr. Andrews.

14  I have just a couple clean-up questions from this

15  morning before we finish up your report.

16         We've talked a bit about your -- about the

17  transpiration calculations for the LAS, and I

18  understand those calculations to basically take

19  precipitation, net out evapotranspiration to come up

20  with a value associated with stormwater running off

21  the LAS; is that correct?

22     A.   Yes.

23     Q.   Did you also consider evapotranspiration for

24  the wastewater that is sprayed on the LAS?

25     A.   Yes.

1    Q.    And where is that reflected in your

2    calculations?

3    A.    In -- in my calculations, that's considered

4    to be part of the total evapotranspiration that is

5    occurring.

6    Q.    So in Section 3 where you first talk about

7    the volumes, Page 10, you say, "The average amount of

8    wastewater distributed on the LAS in recent years has

9    averaged about 20 million gallons per day."  Are you

10    saying that that statement and that value reflects a

11    netting of evapotranspiration?

12    A.    No, that's the total amount that was

13    applied.

14    Q.    Okay.  So did you subtract from that total

15    amount water that would be lost to evapotranspiration?

16    A.    Yes.

17    Q.    And where is that reflected?

18    A.    Well, that's -- that's -- you know, it's

19    reflected in the amount of evapotranspiration that I'm

20    assuming occurs over the entire LAS.

21    Q.    Help me understand that.  Are you saying

22    that the wastewater volume of 20 million gallons and

23    the stormwater precipitation volume were added

24    together and then you netted out evapotranspiration?

25    A.    No.  What I'm saying is that the amount of

1    precipitation was far greater than 17 million gallons

2    per day, and I subtracted from the amount of

3    precipitation the evapotranspiration that's taking

4    place either from evaporation from the spray heads,

5    evaporation from standing water, or transpiration from

6    vegetation to get to the 17 million gallons per day.

7         Q.   Okay.  And is that value that you assumed

8    for evapotranspiration -- let me back up.

9              Is the rate of evapotranspiration the same

10   for wastewater and stormwater?

11        A.   I assume that there was a constant rate that

12   applied to the entire LAS.

13        Q.   Okay.  Thank you.

14             One other clean-up item, we talked in

15   discussion about the LAS and some of your references

16   to Wade Nutter, one of the Dalton Utilities'

17   consultants over time, and you rely on Dr. Nutter for

18   various statements in your report.  Do you remember

19   that?

20        A.   Yes.

21        Q.   Would you consider Wade Nutter to be an

22   expert with respect to the LAS?

23        A.   Well, I consider that he's done a

24   significant amount of work at the LAS.  I've also

25   reviewed reports that he's done on other sites over

 1  the years, and he seems to be a credible person in his

 2  field.

 3      Q.   Okay.  We also talked before the break about

 4  what you were able to see during your site visit and

 5  what you were not able to see.  Did you ask for

 6  additional access to the LAS to complete your review?

 7      A.   I did not ask for additional access beyond

 8  the single day that we were at the site, as I was told

 9  we were only allowed to have one day.

10      Q.   Okay.  But you weren't denied access to any

11  area on the LAS that you asked to see, were you?

12      A.   Nobody stated explicitly that we couldn't go

13  to certain areas, but we were told that to go to

14  certain areas would take a long time and preclude us

15  from seeing other areas.

16      Q.   Understood.  So you had to prioritize what

17  you saw and what you didn't over the course of that

18  day.

19      A.   Correct.

20      Q.   Okay.  Well, I'm going to ask for you to

21  turn your attention to Section 8, which is your

22  stormwater discharges from the LAS summary.  And in

23  particular, I want to call your attention to the last

24  sentence of the second paragraph on Page 27 where you

25  state "Stormwater discharge at these point-source

1    outfalls contains elevated levels of PFAS as a result

2    of proximity to the spray fields."

3              Do you see that?

4    A.   Yes.

5    Q.   What evidence did you look at to conclude

6    that stormwater discharges contained elevated PFAS?

7    A.   Well, the information that I looked at was,

8    you know, in a sense the totality of data I had

9    available on PFAS concentrations at the LAS.  I looked

10   at, as mentioned in this sentence, the proximity to

11   the spray areas, and my understanding of historical

12   operation of the LAS and historical amounts of

13   carpet-related PFAS compounds was that it's inevitable

14   that areas in proximity to the spray field have

15   elevated concentrations of PFAS compounds in the

16   vegetation and surface soils, and when runoff occurs

17   from those areas, it will contain PFAS.

18   Q.   And you believe the locations of the

19   designated stormwater outfalls would receive

20   contribution from the wetted areas of the LAS?

21   A.   Some of them are located in very close

22   proximity to the spray fields, yes.

23   Q.   We've talked about the LAS permit and

24   reviewed it in some detail.  You also are aware that

25   the LAS is covered by an NPDES general stormwater

 1  permit; correct?

 2      A.   Yes.

 3      Q.   And you reviewed that permit as part of your

 4  preparation?

 5      A.   Yes, and that's discussed in Section 8 of my

 6  report.

 7      Q.   And the permit -- the stormwater permit does

 8  not require PFAS sampling; right?

 9      A.   The stormwater permit does not mention PFAS.

10      Q.   Okay.  And you're not aware of any Dalton

11  Utilities sampling data for stormwater for PFAS;

12  correct?

13      A.   I was not provided any such data.

14      Q.   Okay.  So what data have you relied on to

15  reach your conclusion that there are elevated levels

16  of PFAS in the stormwater outfalls?

17      A.   I've relied on the data that I just

18  described.

19      Q.   Did you rely on the sampling from May 2021

20  conducted by GEL laboratories?

21      A.   Well, the data that -- that was certainly

22  data that I considered in formulating this opinion.

23      Q.   Are you aware that GEL did not sample at

24  stormwater outfalls directly?

25      A.   Yes.

1      Q.   Are you aware that they sampled near

2    outfalls but within the streams that you've described

3    elsewhere in your report?

4      A.   I understood -- I understand and I've

5    reviewed photographs of those sampling that they

6    sampled the streams, the major streams that originate

7    on the LAS.

8      Q.   Okay.  You were not onsite with them the day

9    that GEL collected samples; correct?

10     A.   I was not.

11     Q.   And when you were onsite more recently this

12    year, did you ask to see the specific sampling

13    locations?

14     A.   I picked locations to visit at the LAS based

15    upon the previous sampling locations, and when I was

16    in the field, individuals that were on the site visit

17    with us pointed out where samples had been taken in

18    May of 2021.

19     Q.   Okay.  Thank you.

20          All right.  Well, let's turn to Section 9,

21    which is your PFAS mass balance for the Dalton region.

22    I want to begin with your first two sentences.  You

23    start by saying you quantify based on the available

24    data, but then your second sentence says the

25    quantification is not exact because concentration data

1   were limited.

2           I'd like to understand if you performed any

3   kind of sensitivity analysis to understand how inexact

4   the calculation is.

5       A.   Well, I -- in Section 9, I describe at least

6   one aspect of a sensitivity analysis that I conducted.

7   I believe it is on Page -- yeah, it's on Page 28 of my

8   expert report, and it's in the fourth sentence, and

9   it's about halfway down the paragraph.

10      Q.   Okay.

11      A.   And there's a sentence that states,

12  "Calculated PFOA amounts were 197 kilograms per year

13  based on average concentrations, and 352 kilograms per

14  year based on data collected at high flow.  PFOS

15  amounts ranged from 244 kilograms per year based on

16  average concentrations, and 426 kilograms per year

17  based on data collected at high flow."

18      Q.   Did you do any similar analysis at low flow?

19      A.   I did not describe in this report values at

20  lower flows, but for this location that we're

21  referring to here, the Oostanaula River at Rome, in

22  the demonstratives that we discussed this morning that

23  I provided you with, one of the demonstratives has a

24  chart illustrating what the load would be at low -- at

25  very low flows, at medium flows, and at high flows.

1       Q.   And was there a good correlation between

2    those varying flow regimes?

3       A.   Well, the correlation that there is is that

4    the higher the flow, the greater amount of PFOS and

5    PFOA that's transported in the Oostanaula River

6    system.

7       Q.   Yes, I understand that's your opinion.  I'm

8    curious to understand if you assess the alternative at

9    low flow conditions to see if that same conclusion was

10   borne out.  In other words, is there -- you state a

11   correlation between concentration and high flow.  Is

12   there a similar correlation at low flow?

13          MR. DAVIS:  Object to the question.

14          THE WITNESS:  That's a difficult

15       question to answer because I don't

16       understand what you're referring to as

17       being correlated.  Is it mass and flow?  Is

18       it concentration and flow?

19       Q.   (By Mr. Smith)  So if you're -- one of your

20   opinions is that concentration of PFAS increases at

21   higher flows, what would you expect the concentrations

22   of PFAS to do at low flows?

23       A.   Well, this morning, we described -- or we

24   discussed Figure 2 in my expert report that showed

25   that at -- at lower flows, concentrations were lower

1    than at higher flows.

2         Q.    Did you make a deliberate decision to use

3    average river flows instead of the actual flow rates

4    at the time of sampling?

5         A.    No.  You know, in the calculations that I

6    did in preparation for the report, I made calculations

7    when I had flows for each individual sampling event,

8    but clearly that doesn't represent what's happening on

9    an average annual basis.  And, you know, the correct

10   way to look at it on an average annual basis is to use

11   an estimate of the average volume of water that's

12   flowing through the river system during a year, which

13   is what I did.

14        Q.    Let's look at Table 6, which is on Page 29.

15   You have the sum of upstream sources, which is the

16   third row from the bottom.  It's Oostanaula at Rome,

17   paren, sum of upstream sources.

18             Do you see that?

19        A.    Yes.

20        Q.    And then if I were to compare that to

21   estimates you calculate using average Oostanaula River

22   flows in concentrations, which are the next two rows,

23   you see those last two in the table?  You concluded,

24   and this is a quote from your opinion, "The agreement

25   between the two methods is good for PFOS, though for

1   PFOA, the contributions from upstream source" --

2   "sources is underestimated."

3          I'm curious to hear your estimation for why

4   it is underestimated.

5   A.   The simplest explanation for why it's

6   underestimated is that using very limited sampling

7   data, there is uncertainty in the calculations of the

8   mass that is entering the river system.

9   Q.   Is it possible that instead of concluding

10  that the sum of upstream sources is underestimated

11  that your average calculations are overestimated?

12          MR. FRIEDMAN:  Object to the form.

13          THE WITNESS:  I mean, there is that

14      possibility, but, you know, as part of the

15      work that I did for the Gadsden matter --

16      and it's illustrated on the demonstratives

17      that I provided earlier today -- is that at

18      Gadsden, unlike at any other location

19      upstream, there is a very extensive

20      sampling record of PFAS concentrations in

21      the Coosa River at Gadsden.

22          From mid- -- or from May of 2016 until

23      the end of 2020, they collected samples

24      weekly.  Since then, they've collected

25      samples monthly.  So we have a very good

1    record of how concentrations varied through

2    the year.  And using data from Gadsden, I

3    calculated up that the total flux on an

4    average annual basis over the last few

5    years has been on the order of

6    600 kilograms per year.

7         And, you know, then, you know, the

8    next thing that I attempted to do was to

9    understand where did that 600 kilograms per

10   year come from.  And given all the data

11   that I have suggests that the kind of

12   numbers that I show on Figures 10, 11 and

13   12, are an approximate representation of

14   the loading of PFAS that's occurring from

15   each of the locations that I've identified.

16        But it kind of solves my endpoint is

17   that at Gadsden, I needed to have

18   600 kilograms per year, and I had really

19   good data to come to that conclusion of how

20   much is at Gadsden.

21   Q.   (By Mr. Smith)  Understood.  So those

22   figures that you just described, 10, 11 and 12,

23   represent the various input -- PFAS inputs into the

24   river systems that get you to the numbers at Gadsden.

25   A.   Yeah, but there's also other sources between

1   Rome and Gadsden that aren't shown --

2       **Q.   Right.**

3       A.   -- on these figures.

4       **Q.   Understood.**

5       A.   And I'll also note that these figures --

6   Figure 10 is only PFOS; Figure 11 is PFOA; and Figure

7   12 is PFOA plus PFOS.

8       **Q.   And I know your opinion focuses quite a bit**

9   **on the LAS as a source.  Have you attempted to**

10  **identify potential sources of PFOS and PFOA elsewhere**

11  **as depicted in Figures 10, 11 or 12?**

12      A.   Yes.

13      **Q.   And what specific sources have you**

14  **identified?**

15      A.   Well, one of the locations as illustrated on

16  Figure 12 -- I'll take Figure 12 just because it has

17  both PFOA and PFOS combined -- is, you know, there's

18  Oothkalooga Creek has concentrations of eight

19  kilograms per year.  As we talked about before today,

20  there are carpet companies located that discharge into

21  Oothkalooga Creek.

22          For the Coosawattee River basin, you know,

23  there's a flux of 28 kilograms per year.  As I noted

24  previously, I am aware that there was a large carpet

25  manufacturer, at least one, located upstream in the

 1    Coosawattee basin, but I did not specifically get

 2    detailed information on that or it wasn't available to

 3    me.

 4              I also, you know, indicate on Figure 12

 5    that, you know, runoff from parts of the city of

 6    Dalton, runoff that's directed into Drowning Bear

 7    Creek or in Coahulla Creek, you know, on the order of

 8    78 kilograms per year indicating that, you know, the

 9    watershed within the city of Dalton is contributing

10    some PFAS to the river system.

11        **Q.   And if we could just take the four examples**

12    **that you provided, starting with the Oothkalooga, how**

13    **many data points did you have to support that value of**

14    **eight kilograms per year flux into the Oostanaula?**

15        A.   If we look at -- well, on Table 1, it

16    indicates that I had two values.

17        **Q.   And how about the Coosawattee?**

18        A.   From the time period that I used to develop

19    an average, I had three values.

20        **Q.   And then for the city of Dalton inputs to**

21    **Drowning Bear Creek and Coahulla Creek, how many data**

22    **points for each of those?**

23        A.   Well, as indicated on Table 1 of my expert

24    report, Page 11, for Drowning Bear Creek there were

25    measurements taken in May of 2021 and September of

1    2020, and on Coahulla Creek there was one measurement

2    taken in September of 2020.

3        Q.    Thank you.  Back to Table 6 on Page 29, you

4    have an entry for Conasauga River at Tilton estimated

5    in the middle of the -- roughly middle of the table.

6        A.    Uh-huh (affirmative).

7        Q.    And you have amounts in kilograms per year

8    in the last two rows.  What is the -- what is the

9    basis for those estimates?

10       A.    Well, the estimates are adding up all of the

11   inputs that I identified upstream from the Conasauga

12   River at Tilton.

13       Q.    And then last but not least, in other

14   tributaries upstream of Tilton, it looks like you

15   don't assign a contribution.  Does the absence of a

16   number mean there's no contribution?

17       A.    Well, the absence of a number meant that

18   either it was non-detect or that I had no data.

19       Q.    Okay.  And is that the same for, if you go

20   down a few rows, other tributaries to Conasauga below

21   Tilton?

22       A.    Yes.

23       Q.    And then tributaries upstream of Coahulla

24   Creek?

25       A.    Where do I -- where in the expert report do

1  I have a line item that says, "Tributaries upstream
2  from Coahulla"?
3      Q.   Sorry.  Let me take you to tributaries of
4  the Oostanaula River.  Again, no value other than
5  flow.  Does that just mean that you either had
6  non-detects or no data?
7      A.   Yes.
8      Q.   In that same table, the last two rows, the
9  first is Oostanaula at Rome, average data, and the
10 second is Oostanaula at Rome, high flow data.  But in
11 the flow column, it appears that you used the same
12 flow volume for each.  What is the basis for that
13 4,341 CFS value?
14     A.   4,341 is the average flow in the Oostanaula
15 River at Rome based on daily data from 2016 through
16 2021.
17     Q.   So how were those data then combined in the
18 calculation if one is supposed to represent average
19 and the other high flow?
20     A.   For the line entry that says, "Average
21 data," it was based on the average of the
22 concentration data that I had for the Oostanaula River
23 at Rome.  For the high flow data, it was based upon
24 the concentration measured at a high flow in the
25 Oostanaula River.

1      Q.   Okay.  And then for the second-to-last row,

2  the Oostanaula at Rome average data, you have

3  concentration values for PFOA and PFOS at 51 and

4  63 nanograms per liter respectively.

5           Do you see that?

6      A.   Yes.

7      Q.   How are those data combined in the

8  calculation?  Was it a straight average?

9      A.   Yes.

10     Q.   And then similarly for the next row, high

11 flow data from Oostanaula at Rome, you have values at

12 91 and 110 for PFOA and PFOS.  How -- were those data

13 combined in the same fashion?

14     A.   No.  Those data were taken from one

15 high-flow event.

16     Q.   Okay.  And you only use concentration data

17 from that high flow event?

18     A.   Yes.

19     Q.   Did you specifically exclude concentration

20 data from lower flow events?

21     A.   I was merely making a calculation to show or

22 to illustrate that there is uncertainty in what the

23 average concentration in the Oostanaula River at Rome

24 is.  And if I -- and I'm just illustrating that if I

25 use data from one of the higher flow events, that I'd

1  get a much larger estimate of the mass flux in the

2  river.  You know, but when I prepared Figures 10, 11

3  and 12, I based it on average concentration data and

4  not on the high flow data, but I was just providing

5  some indication that if average concentrations are

6  actually higher than I reported because high flow

7  sampling has been underrepresented, that I would have

8  underestimated the amount of mass.

9       Previously, you know, we were talking about

10 Figure 2 where, you know, at the Oostanaula River at

11 Rome, there was indication based on the data that

12 concentrations increased with flow or at least the

13 highest concentrations occur at higher flows, and the

14 implication of that is that the technique that I've

15 used to derive Figures 10, 11 and 12 is that I could

16 very likely have underestimated the mass contribution

17 of many of these locations because I only had sampling

18 data at lower flows.

19 **Q.    Right.  So those inputs could be either**

20 **higher or lower with additional data; correct?**

21 A.    Well --

22       MR. DAVIS:  Objection.

23       You may answer.

24       THE WITNESS:  The conclusion that I

25    came to was that the numbers that I have

1          illustrated on Figures 10, 11 and 12 are

2          more likely to be underestimates than

3          overestimates.

4      Q.    (By Mr. Smith)  Thank you.

5          Now I'd like to turn to Section 10 and the

6      associated Appendix C, and I'll probably finish up my

7      time with you in the proposed remedial plan.

8          And I'd like to start, you testified earlier

9      that a target for your opinions was to achieve

10     non-detect for PFAS; is that accurate?

11         MR. DAVIS:  Objection,

12         mischaracterizes his testimony.

13         THE WITNESS:  When we were talking

14         about that earlier today, we were

15         specifically referring to the -- the

16         effluent or the treated water after it

17         passed through some type of treatment

18         system.  But at a -- on a bigger level,

19         when I first began work on this matter, you

20         know, the implicit goal I had defined for

21         myself was was it possible to design a

22         remedy that would cease discharges of PFAS

23         from the LAS.  And the remedy that I

24         describe in this report achieves a

25         significant -- would achieve a significant

1    reduction in the amount of PFAS discharging

2    from the LAS, but it's explicitly stated

3    that I have a lack of information on

4    portions of the LAS to design an effective

5    remedy, and I recommend that additional

6    investigations and data collection

7    activities be undertaken to add additional

8    remedial components that would increase or

9    would get us closer to kind of the ultimate

10    goal of no discharge of PFAS compounds from

11    the LAS.

12    **Q.    (By Mr. Smith)  And at a high level, is it**

13    **your opinion that the LAS must cease operation in**

14    **order to remedy the presence of PFAS in Rome's**

15    **drinking water?**

16    A.    It is my opinion that in terms of its

17    current operation of the LAS, that the current

18    operation results in very large discharges of PFAS

19    substances to the Conasauga River system.  I thought

20    about remedies or I tried to think about remedies that

21    would allow the system to continue to operate for the

22    purposes that ostensibly it was originally designed

23    for, which was to reduce nutrients and BOD in the

24    effluent, but I did not come up with any what I would

25    term feasible remedy where it could continue to

1    operate and not have a discharge -- a significant

2    discharge of PFAS to the Conasauga River.

3        Q.    And is that because the basic operation of

4    the LAS is contributing PFAS into the river that goes

5    to the Rome supply?

6        A.    Well, it's twofold.  You know, continued

7    operation of the LAS is you're continuing to spray

8    effluent waters that contain PFOS, PFOA and other PFAS

9    compounds, and the continuing operation of the LAS

10   results in discharge of waters to the streams on the

11   LAS and those discharges contain very elevated

12   concentrations of PFAS compounds.

13       Q.    And as I understand your opinions in

14   Section 10, this is a multi-hundred-million-dollar

15   remedy; correct?

16       A.    Well, the remedy that's described in

17   Section 10 is a multi-hundreds-of-million-dollar

18   remedy.

19       Q.    And as you explored alternatives, you

20   couldn't identify any little fixes, so to speak.

21       A.    When I first started on this matter, I was

22   like, wow, this is a complicated problem.  And, you

23   know -- you know, the -- there's kind of, you know, a

24   laundry list of typical remedies that you think about

25   for sites.  You know, common kind of remedy is to cap

1    it and put a slurry wall around it.  It's a huge area

2    to cap, and putting a slurry wall around it would be a

3    daunting task.

4              We had what I would call kind of a facetious

5    remedy, where we'd collect all the water and put a

6    pipeline to the gulf.  You know, I thought of, you

7    know, various groundwater-based remedies where we try

8    to collect all the groundwater at the site.  And I

9    think, you know, I got into thinking about groundwater

10   remedies because a lot of the data collected by EPA

11   and a lot of the ongoing monitoring data from the LAS

12   focuses on groundwater.

13             But I came to the conclusion after

14   understanding the subsurface conditions of the site

15   that at least in my opinion groundwater contributions

16   from the LAS are minor relative to surface water

17   contributions.

18             And -- and then I have to say frankly, I was

19   worried I couldn't come up with a remedy.  But then,

20   you know, when I went to the site -- when I went on

21   the site visit and I saw the two ponds that exist

22   onsite -- I forget the names, Mashburn Lake East and

23   West or something like that -- and I was thinking

24   about the experiences that we had in the past in the

25   Gladeville site in Tennessee that I talked about that

```
 1   I said, you know, what makes sense for this site is to
 2   look at it as any site that I look at where I have
 3   surface water or groundwater, you know, coming off the
 4   site is if I -- if I don't have a technically feasible
 5   way to remove the source, then the only real option I
 6   have is to collect the contaminated water that's
 7   flowing off the site.
 8           And this remedy here is -- you know, in a
 9   very simple concept is we're collecting the
10   contaminated water that originates on the site and --
11   and in the way the remedy is designed, we cease
12   spraying water, but still we have the precipitation
13   that's going to fall on the land and we're going to
14   continue to have a stream flow.
15           Parts -- the part of the -- the LAS that's
16   kind of in -- on the -- the western portion kind of
17   near the power plant and that area where you have the
18   former sludge disposal areas, there's not a lot of
19   topography there, and it is much more difficult to
20   collect surface waters, or at least with the
21   information I had to collect surface waters didn't
22   seem like it was technically feasible.
23           And so in that portion of the LAS, what we
24   propose is a cap over the -- the -- that portion of
25   the LAS such that we prevent any future infiltration
```

1    of water into the subsurface, and, you know, water

2    that's infiltrating into the subsurface would, you

3    know, mobilize PFAS substances that have degraded to

4    the terminal perfluorinated molecules such as PFOA and

5    PFOS.

6        Q.    So as I read the overview in Section 10 --

7    and I will get to the detailed remedial components in

8    Attachment C -- I understand that there are multiple

9    pieces:  discontinue the operation of the spray

10   fields; collect and treat surface water flows; cap the

11   former Area A sludge disposal area; pretreat influent

12   coming into the system; and then conduct the

13   investigation for those portions of the LAS that you

14   just lack the data to -- to form an opinion on at this

15   point.

16           And I say that by way of overview to ask the

17   question:  Did you consider whether some might be

18   enough to avoid all, or in your opinion, do all of

19   these things have to happen in order to achieve the

20   goal that you described?

21           MR. DAVIS:  Objection to the question.

22           You may answer.

23           THE WITNESS:  Well, to achieve the

24       goal that I describe, kind of my big

25       picture goal when I'm starting out is to

1         eliminate discharge of PFAS from the LAS,

2         all these components plus additional

3         components would be required.

4         Q.   (By Mr. Smith)  So let's go item by item.

5    The first is to completely discontinue the operation

6    of the spray fields.  And my question is:  Did you

7    consider an alternative where PFAS in the wastewater

8    is removed and the remaining non-PFAS wastewater is

9    spray applied as it currently is?

10        A.   I did.

11        Q.   Okay.  And what -- what caused you to reject

12   that alternative?

13        A.   What caused me to reject that alternative

14   was that the data that we discussed this morning where

15   the concentrations currently in the streams -- the

16   concentrations of PFAS that are flowing off the LAS

17   are much, much higher than the concentrations in the

18   effluent that's currently being applied.  And, you

19   know, based on that, I came to the conclusion that if

20   I lowered the concentrations in the effluent that is

21   sprayed to zero, I would still have very high

22   concentrations coming off the LAS.  And, in fact, just

23   treating it and then spraying it, in terms of the

24   total load to the Conasauga River, it wouldn't be a

25   big effect.

1      Q.    So if I understand you correctly, it is the

2    additional flow from the spray irrigation that is

3    mobilizing the PFAS that is already in the LAS; is

4    that fair?

5      A.    Well, I think when we look at, you know, the

6    stream flow that's currently coming off the LAS, it's

7    two components.  One, it's effluent and some is from

8    precipitation.  It's a -- I mean, it's -- you can't

9    really separate them because they're both creating the

10   flow that currently occurs off the LAS.  And I was

11   assuming for practical purposes, and I -- that the

12   precipitation didn't have any PFAS.  Maybe it has very

13   low levels, but -- and -- and so then I, you know,

14   used just that empirical data that we were talking

15   about, if I also assume the effluent had very low

16   concentrations, I still came to the conclusion that

17   the streams flowing off the LAS would have high

18   concentrations.

19            You know, maybe, you know, the combined PFOA

20   and PFOS are concentrations that are being 7,000 might

21   be reduced to 6,500, but it would -- or maybe not even

22   that much.  You know, it just wasn't going to be a

23   significant reduction in the concentrations in the

24   streams flowing off the LAS.

25     Q.    I'm still struggling a little bit to

1    understand.  Is it the addition of the assumed 20

2    million gallons a day of wastewater that, in your

3    opinion, does not meet the goal?

4        A.   No.  What it is is that having water

5    infiltrating into the ground at the LAS and moving --

6    you know, flowing as either inner flow or to the

7    saturated zone and as groundwater to the streams

8    results in the mobilization of compounds such as PFOA

9    and PFOS that are the byproducts of slow degradation

10   of materials that were sprayed at the LAS.

11       Q.   And did you perform calculations on how that

12   would compare to your proposed complete

13   discontinuation option?

14            MR. DAVIS:  Object to the question.

15       The word "that" is unclear.

16            You may answer if you can.

17            THE WITNESS:  I'm sorry.  Could you

18       repeat the question?

19       Q.   (By Mr. Smith)  Sure.

20            Did you perform any calculations to compare

21   your recommended discontinuation of operation to

22   removal of PFAS and continued operation?

23       A.   Well, I mentally made that kind of

24   calculation.  I don't have a spreadsheet or something

25   that documents that calculation 'cause to me, it's

1  obvious.  Discontinue -- just treating it and then

2  spraying it doesn't achieve very much at all.  It's

3  not even worth carrying forward in terms of an

4  evaluation.

5      Q.   You identify permitting consequences of

6  converting from the LAS permit that is in place today

7  to a direct discharging NPDES permit, and elsewhere in

8  your report, you talk about phosphorous treatment and

9  consideration of ammonia.  Do you recall that?

10     A.   Yes.

11     Q.   Did you -- did you perform reasonable,

12 potential evaluations for a broader suite of

13 parameters that might be part of an NPDES permit

14 proceeding?

15     A.   You know, I did consider other sets of

16 parameters.  I believe that if I remember correctly,

17 there was a study done in the early 2000s that looked

18 at direct discharge to the Conasauga River, and they

19 had some indications of what parameters they thought

20 were appropriate to consider at that time, and I

21 considered those.  And, you know, based on all of that

22 and, you know, the current concentrations that's

23 reported in the effluent from the Riverbend and -- I'm

24 sorry, I forget the name of the other treatment

25 plant -- Loopers Bend -- that, you know, the primary

1   things that needed additional treatment were to remove

2   phosphorous and to remove PFAS.

3       Q.   And I see in your analysis of potential

4   ammonia limits you compare average ammonia

5   concentrations in the treated wastewater effluent to

6   the current water quality criteria that's on

7   Page 33 -- or I'm sorry -- 35.

8           Did you actually do a reasonable potential

9   evaluation for ammonia or just stick with that

10  comparison?

11      A.   For purposes of this report, I stuck with

12  the comparison as described in that paragraph.

13      Q.   Okay.  Did you consider anti-degradation

14  requirements for NPDES permitting?

15      A.   I considered them, but I didn't do a

16  detailed evaluation as I considered that beyond the

17  scope of my report.

18      Q.   And somewhere in your references, you

19  include Georgia EPD's wasteload allocation process.

20  Are you generally familiar that Georgia EPD requires

21  calculations of wasteload allocations for NPDES

22  permitting?

23      A.   Yes.

24      Q.   And did you perform any of your own

25  wasteload allocation calculations?

```
 1      A.    No.

 2      Q.    All right.  The second piece, as you've

 3   described, generally is to collect and treat surface

 4   water, and you proposed to do that by installing 25

 5   newly constructed earthen-bermed collection ponds and

 6   associated pump stations; is that accurate?

 7      A.    Yes.

 8      Q.    And you've depicted their locations on Plate

 9   7; correct?

10      A.    Yes.

11      Q.    And how did you arrive at the number of 25

12   ponds and pumps?

13      A.    Well, it was based upon an evaluation of the

14   spray field locations -- historic spray field

15   locations, also evaluation of topography and

16   evaluation of stream locations.

17      Q.    Did you consider fewer than 25 as a

18   scenario?

19      A.    I did.

20      Q.    And what was your conclusion?

21      A.    My conclusion was that if I had less than

22   25, I was going to be -- I would be not as effective

23   in reducing PFAS load from the LAS to the Conasauga

24   River system.

25      Q.    And in a similar vein, did you consider more
```

1   than 25 as an alternative to what you've proposed?

2       A.   I think as kind of a general goal, I was

3   thinking of more than 25, but with the available

4   information that I had on topography at site, it was

5   not possible for me to identify other locations for

6   collection that were engineeringly feasible to

7   construct and retain appropriate volumes of

8   stormwater.

9       Q.   So would you say that topography was a

10  dominant factor in the number and location of these

11  ponds?

12      A.   It's certainly an important factor.

13      Q.   And did you prepare calculations to bear out

14  how your proposed 25 ponds would achieve the goals

15  that you've identified?

16      A.   I did.

17      Q.   And are those calculations what was produced

18  a couple days ago?

19      A.   I'm not certain.

20           MR. SMITH:  Gary, is that something we

21      can follow-up on?

22           MR. DAVIS:  Do you have those here?

23           THE WITNESS:  I do.  I don't --

24           MR. DAVIS:  He has what was produced

25      here.

```
1              MR. SMITH:  Okay.
2              THE WITNESS:  Yeah, but I don't
3        believe that I actually produced a
4        spreadsheet that shows what percentage of
5        the PFAS -- or what percentage PFAS
6        reduction I would achieve in the Conasauga
7        River by the remedy described here.
8        Q.   (By Mr. Smith)  But is it your testimony
9   that you performed such a calculation?
10       A.   Yes.
11             MR. SMITH:  Is that something that can
12        be produced to us?
13             MR. DAVIS:  Sure.
14       Q.   (By Mr. Smith)  In that second remedial
15   component, you also factor in the need to install an
16   electrical power distribution system.  Do you see
17   that?
18       A.   Yes.
19       Q.   Are you -- did you take into account the
20   existing electrical infrastructure at the LAS?
21       A.   Well, to some degree, but I had very sparse
22   information on the electrical distribution system at
23   the LAS.
24       Q.   So if there's more infrastructure in place,
25   the number would go down, and if there's less, the
```

1   number might go out; is that fair?

2       A.   That's certainly a possibility.  And, you

3   know, certainly coming up to a final design, it would

4   be important to have more information on the LAS and

5   its current system, which I just did not have or had

6   access to.

7       Q.   Okay.  And then another major component of

8   this second prong of the plan is to drain and line the

9   2.4 billion gallon reservoir; correct?

10      A.   Yes.

11      Q.   Did you assess any compatibility issues with

12  the liner that you proposed?

13      A.   Well, compatibility with the PFAS compounds

14  and the other characteristics of the water were

15  considered in selecting a liner.

16      Q.   All parameters or just PFAS?

17      A.   Well, with -- the general water quality

18  parameters that we would expect were considered.  I

19  don't think there was anything in the -- the water

20  outside of PFAS that was a concern in terms of

21  compatibility.

22      Q.   Okay.  And then the third component, as you

23  described a few minutes ago, is to cap the former Area

24  A.

25      A.   Yes.

1      Q.   And I understand you to say that because it

2  was relatively flat ground, the -- the pond concept

3  wasn't feasible in this area; is that accurate?

4      A.   Yes.

5      Q.   You note as one of the sub-bullets in Item 3

6  that, "A design will be developed to cap the portions

7  of former Area A under solar panel arrays."  I

8  understand that that would be a complication.

9           Have you developed that design?

10     A.   I have not because I had basically no

11  information on the solar panels outside of what I

12  could ascertain by looking at air photos of the site.

13     Q.   Okay.  And I should back up.  We've talked

14  about the NPDES permitting consequence of shifting

15  from LAS to direct discharge.  And in your report, you

16  talk about potential permitting consequences of

17  building these earthen-bermed collection ponds.  Did

18  you also consider permitting consequences for the

19  related infrastructure, such as the -- the conveyance

20  pipelines?

21     A.   Well, I believe that we incorporated costs

22  for that kind of permitting, but I didn't see that

23  that would be something that was not obtainable.

24     Q.   And did you -- in terms of placing these

25  components on the LAS, did you consider environmental

1    constraints, like wetlands or species, things that

2    would affect permitting for long pipelines, for

3    example?

4              MR. DAVIS:  Objection to the question.

5         You may answer.

6              THE WITNESS:  We considered those

7         possibilities, but we couldn't be specific

8         because we just don't know enough about the

9         current characteristics of the LAS.

10        Q.   (By Mr. Smith)  Okay.  So turning to Page 35

11   in the section describing GAC treatment for the

12   Riverbend and Loopers Bend wastewater treatment plant

13   effluent, you say that "GAC is one of the most

14   prevalent and cost-effective technologies for PFAS

15   removal for large waste streams."

16             What do you mean by large waste streams?

17        A.   Well, in this case, we're talking about a

18   waste stream.  You know, one of the waste streams here

19   is 40 million gallons per day, or at least to design

20   capacity, and the other one is 24 million gallons per

21   day.  So I was characterizing those as large waste

22   streams.

23        Q.   So it was depending on volume of the

24   wastewater?

25        A.   Yeah.

1      Q.   And you say that you apply the U.S. EPA GAC

2   cost model to estimate cost; is that accurate?

3      A.   Yes.

4      Q.   Does the GAC cost model consider alternative

5   treatment, such as ion exchange?

6      A.   I don't believe so.

7      Q.   Did you consider alternative treatment like

8   ion exchange?

9      A.   Well, we had considered reverse osmosis.  As

10  I testified this morning, I was certain that

11  Mr. Rafferty considered ion exchange, but I don't

12  recollect the details of that.

13     Q.   And is that something, as you described

14  earlier, that Mr. Rafferty would have been

15  predominantly responsible for?

16     A.   Yes.

17     Q.   In estimating costs, did you perform or did

18  Mr. Rafferty perform any independent validation of the

19  costs?

20          MR. DAVIS:  Objection to form.

21          You may answer.

22          THE WITNESS:  We did not have an

23       independent entity evaluate the cost.

24     Q.   (By Mr. Smith)  Okay.  And you did call

25  vendors to confirm that the estimates were in range?

1      A.   We did call a number of vendors to see if

2  our costs were in range for cost conditions that would

3  occur in the Dalton area, and I know that a number of

4  our -- our costs were run by a consulting firm known

5  as QE2 that's located in Knoxville that's done a fair

6  amount of work in there area.

7      Q.   Okay.  And tell me again.  QE2 is a

8  consultant that helps establish costs or do they

9  actually perform the work?

10     A.   They perform the work.  And it's a firm that

11 we've worked with on a number of occasions in

12 designing and building projects.

13     Q.   And is there a record of those

14 communications?

15     A.   I don't know the type of record of those

16 communications.

17     Q.   In this same GAC treatment section in that

18 same first paragraph, you say, "Carbon life and

19 EBCT" -- which is defined elsewhere -- "primarily

20 depend on the influent PFAS concentration requiring

21 treatment."

22          Do you see that?

23     A.   Yes.

24     Q.   What -- are there other factors that affect

25 carbon life and EBCT?

1      A.   Well, there could be other constituents in

2   the wastewater that, you know, reduce the effective

3   adsorption area of the carbon relative to PFAS.  And,

4   you know, clearly before doing any type of final

5   design, a pilot study would need to be conducted to

6   verify, you know -- you know, our design parameters

7   for a GAC system.

8      Q.   Okay.  And I think you considered suspended

9   solids because you've proposed disk filters upfront;

10  is that correct?

11     A.   Yes.

12     Q.   Did you consider total dissolved solids?

13     A.   I don't know the detail of our consideration

14  of total dissolved solids.

15     Q.   Same question for total organic carbon?

16     A.   I don't know the answer to that.

17     Q.   Okay.  In the -- in the second GAC section

18  on Page 36, this is for the surface water that's

19  diverted to the reservoir for treatment, you talk

20  about capital costs and O&M costs.  I guess in both

21  sections, did you consider the cost of carbon

22  change-out in the O&M figure?

23     A.   Yes.

24     Q.   And then for the final remedial component

25  for the area that you believe still needs to be

1    investigated in order to establish a remedial design,

2    if I understand the math correctly, that's about

3    1,525 acres that's left to be addressed of the LAS; is

4    that accurate?

5         A.   Yeah, and where did you get that number?

6         Q.   Just on Page 37, you say, "The proposed

7    collection ponds have a total catchment area of 5,275

8    acres, which is only a portion of the approximately

9    6,800 acres," so I was just subtracting the two.

10        A.   That is correct.

11        Q.   And you estimate the cost for study, the

12   investigation that you're proposing at $400,000.  How

13   did you arrive at that value?

14        A.   That was arrived at just based on

15   experience.  We attempted to price out some

16   components, but given our kind of paucity of

17   information on the LAS, it was difficult for us to

18   price it out exactly.

19        Q.   Okay.  So --

20        A.   But given the kind of level of effort that

21   would be required to collect this data, you know, in

22   my opinion, that was a reasonable estimate.

23        Q.   To be clear, that was an SSP&A estimate.

24        A.   Yes.

25        Q.   And you didn't talk to outside vendors to

1    calibrate that.

2        A.   Not for that, no.

3        Q.   Okay.  All right.  Well, I'd like to jump

4    over to Attachment C, which is the more detailed

5    breakdown, and just ask a couple more targeted

6    questions based on what you present here.

7              This is Page C-1.  In Remedial Component 1,

8    Cost Element A, this is for phosphorous treatment,

9    halfway down the paragraph, you say, "The solids" --

10   well, let's back up.

11             "Treatment for phosphorus will be by

12   addition of liquid ferric chloride to precipitate

13   phosphorus out of solution.  The solids would be

14   collected and disposed of with other biosolids at an

15   appropriate landfill."

16             You see that?

17       A.   Yes.

18       Q.   And is the cost of solid removal and

19   disposal included in your O&M costs?

20       A.   Yes.

21       Q.   And then the next component is the GAC

22   treatment train that you described.  This provides a

23   little bit more support, and in that section on Page

24   C-1, you say, "Within the U.S. EPA cost model, the

25   pilot study by Rodowa, et al. was used to constrain

1    the empty bed contact time and carbon life."

2            You see that?

3        A.    Yes.

4        Q.    And as I understand your reference to Rodowa

5    from your list of citations, that was a groundwater

6    treatment system; correct?

7        A.    Yes.

8        Q.    Did you evaluate differences between Rodowa

9    and the LAS, in terms of the flows that you're

10   actually seeking to treat?

11       A.    Differences in flows.  Yes.

12       Q.    And so groundwater compared to surface water

13   would have different characteristics; correct?

14       A.    It would.

15       Q.    Okay.  At the bottom of that Page C-1, you

16   say, "Contact bed geometry was based on previous pilot

17   studies."  Let me pause there.  Are the previous pilot

18   studies the one by Rodowa that we just talked about

19   and another by Woodard that we're going to get to in a

20   couple pages?

21       A.    Yes.

22       Q.    Okay.  And you say -- and then you continue,

23   "And designed to minimize the total number of

24   contactors needed and optimize the cost."

25            Do you see that?

1     A.   Yes.

2     Q.   Can you describe to me what minimization and

3   optimization you specifically considered.

4     A.   Well, my understanding is what we considered

5   was these pilot studies, that they had designed those

6   to minimize the total number of contactors needed, and

7   that we didn't do anything beyond what had already

8   been done.

9     Q.   Okay.  As part of those pilot studies?

10    A.   Yes.

11    Q.   And at the bot- -- very bottom of the page,

12  you talk about treatment system will be designed with

13  the disk filters, which I asked about a few moments

14  ago.  Are you aware that disk filters are effective

15  for the removal of suspended solids?

16    A.   Yes.

17    Q.   Are you also aware that disk filters are not

18  effective at removing total dissolved solids or total

19  organic carbon?

20    A.   Yes, at least -- at least total organic

21  carbon that's in a dissolved form.  Particulate

22  total -- organic carbon can be removed by disk

23  filters.

24    Q.   Okay.  But as part of your opinion, you did

25  not look at additional treatment needs for parameters

1   like dissolved solids or organic carbon, did you?

2       A.   No.

3       Q.   And then I asked you about regeneration of

4   spent GAC being part of your O&M, and I believe your

5   answer was yes; correct?

6       A.   Yes.  And on Page C-2 of my report, the last

7   sentence in the fourth paragraph states, "GAC

8   regeneration is included in O&M costs."

9       Q.   Yes.  And it says -- goes on to say,

10  "Reactivation of spent carbon is typically provided by

11  the carbon supplier; correct?

12      A.   Yes.

13      Q.   Did you contact any carbon suppliers to

14  confirm your cost estimates?

15      A.   We did.

16      Q.   Okay.  Who did you contact?

17      A.   I do not know.

18      Q.   Okay.  Is there a record of that

19  communication?

20      A.   Hopefully.

21      Q.   Let me skip over to Page C-5.  This is in

22  the section talking about the 25 dams and pump

23  stations.  And we've mentioned this earlier, but you

24  explained the potential permitting for each of the

25  dams will be evaluated, and at certain heights you

1    require a Georgia dam permit and also may require an

2    Army Corp. 404 permit.

3            Do you see that?

4    A.   Yes.

5    Q.   At the time you wrote this, it says will be

6    evaluated.  Is that still pending or has that been

7    done?

8    A.   Can you refer me to where it states will be

9    evaluated?

10   Q.   Yeah.  So C-5, first paragraph, four lines

11   up, the sentence begins, "Potential permitting of each

12   of the 25 dams will be evaluated."

13   A.   The intent was to state that it will be

14   evaluated as part of implementation of this remedy.

15   Q.   Okay.  So you've included a -- a task for

16   it, but you haven't borne it out as part of your

17   upfront opinion; is that accurate?

18   A.   No, because at this stage, it's premature to

19   look at those permitting issues until we have much

20   more of a final design that's based upon, you know,

21   in-field data.

22   Q.   Okay.  We talked earlier about piping

23   infrastructure and potential permitting consequences.

24   Here on C-5, you also estimate 16.3 miles of access

25   roads to be constructed to the 25 dam locations.

1          Do you see that under Task 1?

2      A.   Yes.

3      Q.   Is that all going to be in upland areas of

4    the LAS?

5      A.   Most of it's in upland areas, though it's

6    for some of the dam sites, some of it may not be in

7    upland areas.

8      Q.   And did you consider the potential

9    permitting consequences of those access roads?

10      A.   Well, we considered that that's something

11    that needed to be evaluated with final design.

12      Q.   Okay.  Let me jump over to Page C-7.  The

13    top of the page presents Remedial Component 2, Cost

14    Element B.  And the first full paragraph ends with a

15    sentence that says, "Underground transmission main

16    HDPE pipe, typically 24 inches in diameter will be

17    installed in trenches along the shoulder of

18    transmission main roads discharging into Loopers Bend

19    Reservoir."

20          Do you see that?

21      A.   Yes.

22      Q.   Based on your visit, you're aware that some

23    of the main roads have canals that run alongside of

24    them?

25      A.   Yes.

1      Q.    Okay.  Did you assume that the underground

2   transmission would be able to avoid those canals?

3      A.    Either avoid them or be able to effectively

4   deal with the constraints imposed by the canals.  And

5   it was our understanding that once effluent from the

6   wastewater treatment plants was directly discharged to

7   the river that the canals would no longer be used.

8      Q.    Okay.  Is that a component of your remedial

9   plan to somehow close out and remediate the canals?

10     A.    We did not include that in our costing.

11     Q.    Would the canals be a potential source of

12  PFAS?

13     A.    My opinion is that, you know, sediments in

14  the canal likely contain compounds that would

15  eventually degrade into PFOA, PFOS or other terminal

16  perfluorinated compounds.

17     Q.    So as you sit here today, do you think that

18  those sediments would need to be removed or capped?

19     A.    It certainly depends upon the final remedy

20  that's selected.  But if the final remedy that's

21  selected includes collection of the surface water

22  flowing offsite as we described here, I don't believe

23  that would be necessary because there's lots of other

24  soils and sediments on the LAS that contain high

25  concentrations of these constituents.

```
 1        Q.   Let's jump to Pages C-8 and C-9 of the
 2   Remedial Component 2, Cost Element C to drain and line
 3   the reservoir.  If I understand Task 1, you estimate
 4   that to drain the 2.4 gallon -- 4 billion gallons of
 5   water at the proposed PFAS treatment with potential
 6   precipitation is 180 days total.  Is that a fair
 7   representation of Task 1, Bullet 5?
 8        A.   Yeah, that's what's stated on Page C-9.
 9        Q.   Did you consider any rapid drawdown
10   restrictions on draining the pond or draining the
11   reservoir?
12        A.   I believe it was considered, but, you know,
13   with the draining -- the drainage rate that we had,
14   it's not rapid drawdown.  We're doing it over a
15   180-day period.
16        Q.   And so it would be at a constant -- constant
17   rate of drawdown as you proposed it?
18        A.   Yes.
19        Q.   Let me jump ahead to Page C-10, and now I'm
20   in Remedial Component 2, Cost Element D, the GAC
21   treatment train for the pond discharges.  And here, as
22   compared to your earlier GAC discussion, you cite a
23   pilot study by Woodard, et al. 2017.
24             Do you see that?
25        A.   Yes.
```

1      Q.    Why did you pick Woodard here and Rodowa in

2   the earlier section?

3      A.    Because the influent concentrations for this

4   treatment system are more than ten times greater than

5   the influent concentrations for the other system.

6      Q.    And are you aware that in that Woodard paper

7   that you cite, ion exchange actually outperformed GAC?

8      A.    I am not.

9           MR. SMITH:  Lacey, this is my -- bear

10      with me.

11          MR. DAVIS:  Can we take a five-minute

12      break while you're looking?

13          MR. SMITH:  Yeah, you got it.

14          VIDEOGRAPHER:  The time is 2:41.

15      We're off the record.

16          (A recess was taken.)

17          VIDEOGRAPHER:  The time is 2:55.

18      We're back on the video record.

19      Q.    (By Mr. Smith)  Dr. Andrews, I think I'm

20   getting pretty close to the end, so I think that

21   should be a happy revelation for both of us.

22           But we were just starting to talk about the

23   Woodard study, and just so you have it in front of

24   you, I am going to --

25          MR. SMITH:  Lacey, this was Tab 5,

1    correct, ion exchange resin for PFAS

2    removal in pilot test comparison.  And I'll

3    have this marked as Defense Exhibit 5.

4         (Defendants' Exhibit 5 was marked for

5    identification.)

6    Q.   (By Mr. Smith)  And I'll hand you a copy.

7    This is one of the papers that you've identified --

8         MR. DAVIS:  Do you have an extra?

9         MR. SMITH:  Yeah.

10   Q.   (By Mr. Smith)  I'll give you a chance to

11   look at -- look at it.

12        My question before the break was whether you

13   were aware that in this study, Woodard compares ion

14   exchange to GAC, and I believe the conclusion stands

15   for the proposition that ion exchange outperforms GAC,

16   but I wanted to ask your opinion of that.

17        MR. DAVIS:  Can you direct him to the

18   conclusion you're talking about?

19        MR. SMITH:  Yeah.

20   Q.   (By Mr. Smith)  I'm really looking at the

21   conclusion section on Page 26 and 27 of the study, and

22   there's three principal conclusions, all of which seem

23   to suggest that the Sorbix A3F resin treatment

24   outperforms the GAC equivalent.

25   A.   As I understand the conclusions of this

1    paper, on some aspects the ion exchange system

2    outperformed the GA -- GAC system, but this paper here

3    does not provide any costing information as to what

4    would be the least cost way to go.

5         **Q.   Okay.  And I think you testified to this**

6    **earlier, but based on what you just said, did you**

7    **independently compare the cost of GAC to ion exchange?**

8         A.   As I testified before, I know that

9    Mr. Rafferty considered it, but I don't know the

10   details of his consideration.

11        **Q.   And would there be calculations or written**

12   **comparisons to rely on in the absence of Mr. Rafferty**

13   **here today?**

14        A.   I can find out.

15             MR. SMITH:  Gary, can we add that to

16         the list, to find out if there's any

17         comparison?

18             MR. DAVIS:  And if you have a list of

19         those things and you can send that to me

20         via e-mail, that would be helpful.  I think

21         I've got most of them, just to be sure.

22             MR. SMITH:  Yep.

23        **Q.   (By Mr. Smith)  Okay.  When we first turned**

24   **to the remedial plan in Section 10, you -- you**

25   **described that implicit goal as to whether it was**

1   possible to design a remedy that would cease

2   discharges of PFAS from the LAS.

3           Is that a fair representation --

4   A.   Yes.

5   Q.   -- of your implicit goal?

6           And you also said that you tried to think

7   about a range of alternatives, some of which you

8   described.  You mentioned a cap and slurry wall, the

9   collecting pipe water elsewhere, and collect all

10  groundwater through groundwater remedies of one form

11  or another.

12          Do you recall that?

13  A.   Yes.

14  Q.   So in the league of alternatives, first, are

15  any of those documented for comparative purposes?

16  A.   No.

17  Q.   Okay.  And I understand why you would -- why

18  you rejected a cap and slurry wall given the size and

19  breadth of the LAS, and I think that's what you

20  mentioned earlier.  Did you consider selective

21  barriers based on the pathways of water leaving the

22  LAS?

23  A.   I did, and, you know, the remedy that's

24  described in the report essentially consists of 25

25  barriers in the path of water leaving the LAS, and,

1  you know, it prevents it from leaving the LAS at ponds

2  and we provide the ability to pump it to a central

3  treatment location.

4      **Q.   Okay.  Did you consider in situ treatment**

5  **like a permeable reactive barrier instead of pumping**

6  **it back to a central collection treatment system?**

7      A.   You know, the only kind of permeable

8  reactive barrier that, you know, at least as a thought

9  process we thought about is that we could construct

10  something similar to the 25 dams that we proposed, and

11  we could construct them out of granular activated

12  carbon and they could provide a media.  The problem

13  with that, it's kind of uncontrolled, and achieving

14  high efficiencies seemed unlikely.  It seemed much

15  more cost-effective if we could do the treatment in a

16  centralized location under much more controlled

17  conditions.

18      **Q.   Okay.  I think I heard you to say when you**

19  **were talking about the groundwater remedy that you**

20  **rejected a groundwater focus because groundwater**

21  **contributions from the LAS were minor compared to**

22  **surface water contributions; is that accurate?**

23      A.   That is that the groundwater flow across the

24  boundaries of the LAS --

25      **Q.   Okay.**

1     A.    -- is -- is small relative to the surface

2    water flow across the boundaries of the LAS.

3     **Q.   Okay.  Put another way, are you suggesting**

4    **that much of the groundwater on the site resurfaces in**

5    **the 20 perennial streams that you've identified before**

6    **leaving the LAS?**

7     A.    Yeah, my opinion is that most of the

8    groundwater onsite discharges to streams within the

9    boundaries on the LAS.

10    **Q.   In the area of the former sludge fields,**

11   **you've described why topography was a factor in**

12   **proposing a cap instead of collection ponds.  Are you**

13   **aware that those former sludge fields were previously**

14   **scraped at least to some level of the subsurface?**

15    A.    I'm aware that a certain amount of soil was

16   removed.  My understanding is that soils were removed

17   that were in the floodplain, and the criterion for

18   depth of excavation was based on visual observation.

19   And my opinion was that visual observation is not good

20   enough to remove the source of PFAS in those areas.

21    **Q.   Okay.  You also talked about pump and treat,**

22   **I guess in the league of potential groundwater**

23   **remedies.  Did you actually cost out a system where**

24   **groundwater could be -- or all water could be retained**

25   **onsite or is that not a feasible alternative?**

1      A.   I -- I tried to develop a groundwater remedy

2  for the site, but given the low permeability of the

3  soils at the facility, I couldn't conceptualize a plan

4  that had any chance of success.

5      Q.   **We've talked about the permitting**

6  **consequences of components of your remedial plan,**

7  **including the NPDES permit, a potential state dam**

8  **permit, and Army Corp. Section 404 permits.  Do you**

9  **have an opinion on how long it would take to go**

10  **through the permitting process?**

11     A.   I do not know how long it would take to go

12  through the permitting process.  You know, part of

13  that is dependent upon how much energy is expended

14  trying to attain those permits.

15     Q.   **And do you have an opinion on whether the**

16  **remedial components that you've proposed are**

17  **permittable?  In other words, that they could be**

18  **approved by the regulators.**

19     A.   It's my opinion that they are permittable.

20     Q.   **And do you foresee any impediments to**

21  **obtaining the necessary permits?**

22     A.   The impediments I see is that sometimes

23  getting permits takes time and takes several

24  iterations.  And -- but, you know, as I said, my

25  opinion is what we proposed is -- is permittable and

1   can be constructed.

2            MR. SMITH:  Great.  Thank you.  I have

3       no further questions at this time.

4            VIDEOGRAPHER:  The time is 3:06.

5       We're off the record.

6            (A recess was taken.)

7            VIDEOGRAPHER:  The time is 3:09.

8       We're back on the record.

9   EXAMINATION

10  BY MR. HOLEWINSKI:

11      Q.   Greetings, Mr. Andrews.  My name is Kevin

12  Holewinski.  I'm one of the lawyers representing

13  Daikin America, Inc.  I'm going to try to sort of

14  follow-up initially with some items that you covered

15  with Mr. Brooks, but also, I'm going to sort of cover

16  some additional ground.

17           First, with respect to you've talked at some

18  length about degradation analysis that's in your

19  report.  With respect to degradation, do you have

20  training as a chemist?

21      A.   I -- as part of my graduate studies and

22  undergraduate studies, I took many courses in

23  chemistry.

24      Q.   Do you consider yourself a chemist?

25      A.   I don't consider myself generally as a

1  chemist, but I consider myself as quite knowledgeable

2  about chemistry.

3      Q.   Do you consider yourself quite knowledgeable

4  about chemical speciation?

5      A.   For some type of compounds, yes.

6      Q.   With respect to PFAS compounds?

7      A.   I don't consider myself as an expert on the

8  chemistry of PFAS.

9      Q.   Okay.  Are you deferring to Mr. Benotti with

10 respect to degradation analysis in these cases?

11         MR. DAVIS:  Dr. Benotti.

12     Q.   (By Mr. Holewinski)  Dr. Benotti.

13     A.   You know, for this matter, I'm certainly

14 relying upon his opinions regarding degradation.  Also

15 in my report, with the help of the staff that I work

16 with, particularly Dr. Erica DiFilippo, we did a

17 detailed review of degradation studies that had been

18 conducted, and that formed the basis of the discussion

19 that I have in the report regarding degradation rates

20 and the foundation for the opinion that 100 years was

21 appropriate to use in our analysis for the half-life

22 of these type of compounds.

23     Q.   Are you aware of what, if any, judgments Dr.

24 DiFilippo made with respect to that degradation

25 literature review?

```
 1       A.    I guess I'm unclear.  What do you mean by
 2   judgment?
 3       Q.    Well, if she merely interpreted -- did she
 4   merely interpret the literature?
 5       A.    Well, I mean, what she did is she became
 6   aware of the literature.  I believe that she was
 7   already quite familiar with the literature.  She was
 8   one of the co-authors of the ITRC report on PFAS, and
 9   she also has experience of looking at degradation of
10   other organic compounds that she's actually conducted
11   many lab studies on, though she hadn't conducted
12   studies on PFAS.
13            She put together evaluations of the
14   mechanisms of degradation and put together a critique
15   of the studies that had been conducted, and based on
16   the work that she did, you know, as summarized in the
17   report, there was foundation for opinion that the
18   half-life was on the order of 100 years.
19       Q.    Did she prepare a memo of this evaluation of
20   the critiques of the studies?
21       A.    She did prepare a memo.
22       Q.    Has that been produced?
23       A.    It has not.
24            MR. HOLEWINSKI:  We'll put that on our
25        list.
```

```
 1              MR. DAVIS:  Okay.  We'll look at it.

 2         Q.   (By Mr. Holewinski)  And you considered that

 3    memo; correct?

 4         A.   Yes.

 5         Q.   With respect to some of your background, as

 6    I understand it, we've talked about the site in

 7    Tennessee involving Texas Eastern.  Did that involve a

 8    river system?

 9         A.   It discharged to a river system.

10         Q.   Was the discharge to the river system a

11    principal part of your engagement there?

12         A.   Well, it was.  It was certainly different

13    geology than we have here.  It was karst geology.  The

14    river systems there for a part of the time flow

15    underground, sometimes they flow above ground.  And

16    what we were evaluating is one of the locations where

17    there was significant discharge from these karst

18    conduits to a surface stream.

19         Q.   And for the record, when you say karst

20    conduits, could you explain that?

21         A.   Yes.  You know, the type of rock that we

22    typically refer to as limestone.  Limestone is

23    susceptible to weathering where the limestone

24    dissolves, and when the limestone dissolves, often it

25    forms cavities, such as cave systems that many people
```

```
 1  are familiar with.  A cave system in limestone is
 2  frequently referred to -- at least as people that
 3  study those type of things is a karst system.
 4      Q.   In connection with any matters that you've
 5  ever been involved in, have you done any modeling of
 6  river systems?
 7      A.   I have.
 8      Q.   I'm sorry?
 9      A.   I have.
10      Q.   Where?  Geographic locations?
11      A.   I've -- I modeled the Tongue River system in
12  Montana, modeling settlement transport.  I've put
13  together a model of the North Platte River system in
14  Nebraska.  I recently did a detailed evaluation of the
15  San Juan River system in Colorado and New Mexico.
16      Q.   And by terms, just for my --
17           MR. DAVIS:  Were you finished with
18       your answer?
19      Q.   (By Mr. Holewinski)  Yeah.  I'm sorry.
20      A.   Those were the three examples that came to
21  the top of my head, but there are other samples.
22      Q.   And by models, my question, just for
23  clarity, were these computer models or site conceptual
24  models?
25      A.   The evaluation that I did of the North
```

1   Platte River system and the Tongue River system were
2   based on, you know, solving some deterministic
3   equations using a computer to look at transporting
4   those systems.  The more recent one that I did at the
5   San Juan River system was more of a conceptual
6   modeling approach and a modeling approach that was
7   kind of based on -- there was lots of empirical data,
8   so there wasn't a need to put together kind of a
9   formal numerical model of the system.
10      Q.   As part of your work in connection with
11  these cases, did you conduct a search of EPA's ECHO
12  database to look at other sources in the rivershed
13  here?
14          MR. DAVIS:  Objection to the question.
15      You may answer.
16          THE WITNESS:  I did not use the EPA
17      database that you referred to.
18      Q.   (By Mr. Holewinski)  In your experience in
19  doing modeling, what's -- what has been the reason why
20  you've chosen to do a model, a computer model?  We'll
21  limit it to that.
22      A.   Well, there's a couple reasons why one would
23  do a computer model.  Often you put together a
24  computer model because you anticipate changing some
25  characteristics of the system in the future and you'd

1   like to know how the system will respond due to these

2   changes.  You know, that could be changes such as

3   building a dam on a river; could be that you're going

4   to anticipate pumping a lot of groundwater and you

5   want to see how things would change.

6           Other times one would put together a

7   groundwater model when -- or put together a model, be

8   it a groundwater model or surface water model, when

9   one has very little information on a system and just

10  trying to understand how the system might operate.

11  You know, many times if you want to describe current

12  conditions that there's sufficient information based

13  upon data that's been collected, you know, data from

14  extensive, you know, USGS monitoring networks and so

15  forth that you can describe current conditions quite

16  well without requiring any type of, you know, computer

17  simulations.

18      Q.   Are you familiar with the digital evaluation

19  model?

20      A.   No.

21      Q.   Are you familiar with the long-term

22  hydrologic impact assessment model?

23      A.   No.

24      Q.   Are you familiar with the non-point source

25  pollution and erosion comparison model?

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022                    Page 182

```
 1     A.   No.

 2     Q.   Are you familiar with the load fast model?

 3     A.   No.

 4     Q.   Are you familiar with the WRTTS model?

 5     A.   No.

 6     Q.   Are you familiar with the TREX model?

 7     A.   No.

 8     Q.   Did you consider using a computer model

 9  here?

10     A.   I considered using a computer model.  My

11  conclusion was that I wouldn't learn anything new by

12  using a computer model, that there were sufficient

13  data to appropriately characterize flows within the

14  stream systems.

15     Q.   I know from at least your Gadsden disclosure

16  and I believe your disclosure in this -- these matters

17  that you -- you have relied and you do rely on USGS

18  publications; is that right?

19     A.   I rely on USGS publications and data

20  available via the USGS web portal.

21     Q.   And you'd agree they're a reliable source of

22  information by people in your field?

23     A.   I agree that they're a generally reliable

24  source.

25     Q.   Okay.  Are you familiar with source
```

1    apportionment models?

2        A.    To some degree, yes.

3        Q.    **Could you explain what your familiarity is**

4    **and what they are.**

5        A.    Well, it's -- it's a class of models that

6    can be used to allocate sources of pollution among

7    various entities or various spatial locations.

8        Q.    **Did you consider using one of those here?**

9        A.    No.

10       Q.    **Why not?**

11       A.    Well, in terms of allocation among spatial

12   areas, I believe that the data that we have on the

13   system was sufficient to understand the spatial

14   distribution of loadings in the system.  In terms of

15   apportionment among various entities that could be

16   potential sources, that was not in the scope of issues

17   that I address in my expert report.

18       Q.    **Are you familiar with dispersion modeling?**

19            MR. DAVIS:  Object to the question.

20        It's vague.

21            You may answer.

22       Q.    **(By Mr. Holewinski)  Do you know what**

23   **dispersion modeling is?**

24       A.    Well, I know that there are different types

25   of dispersion models depending upon the media.  I've

1    used dispersion models to look at, you know, emissions

2    from things such as a smokestack.  Air dispersion

3    models are widely used to estimate concentrations

4    downwind of stationary sources.  In groundwater

5    application, dispersion is an important process.  We

6    typically don't refer them to -- to them as dispersion

7    models, but one of the operative processes and in some

8    systems the main process is dispersion.

9         Q.   Have you heard of the Duflow model,

10   D-U-F-L-O-W, model?

11        A.   No.

12        Q.   From your background, as I inferred from

13   some of the work you've done, you've been involved in

14   the Superfund RI/FS process?

15        A.   Yes.

16        Q.   And what -- in what, if any, way did you

17   consider the NCP analog as a benchmark to use to

18   remedy selection here?

19        A.   That's a -- that's a difficult question.

20   You know, certainly having worked on a large number of

21   sites that have gone through the RI/FS process over

22   the years, it's kind of ingrained in me to kind of

23   think about sites in a -- in a certain -- in a certain

24   manner.  I think the -- kind of the main guidance that

25   I kind of have from Superfund sites is that, you know,

1  the goal of the whole Superfund program is to restore

2  waters to their beneficial uses.  It's to reduce to

3  levels that don't impair these beneficial uses any

4  discharges, you know, of pollutants.

5          I understand, you know, that at least at the

6  current time that PFAS compounds, particularly PFOA,

7  PFOS, are a little bit different than a lot of

8  compounds that we deal with under Superfund in that

9  they're not classified as hazardous substances.  But,

10 you know, based upon some -- some recent proposed

11 regulations that is likely to change in the future.

12         So, you know, that's just kind of embedded

13 in kind of what I'm thinking about in terms of, you

14 know, what is an appropriate goal for remediation at

15 this site.

16 **Q.    Did you consider doing an RI/FS as part of**

17 **your work here?**

18     A.   I did not consider doing a formal RI/FS.

19 You know, the time that I had available to work on

20 this matter was relatively short.  As you're well

21 aware, at complicated sites, if you go through the

22 RI/FS process, it can often take unfortunately a

23 decade or more before you get any appropriate action.

24         I looked at this as a matter where I would

25 do evaluations and select, based on my experience and

1  the experience of my staff, an appropriate remedy that

2  would go a long ways to achieving the objectives that

3  we set forth.

4       Q.   Were you finished?

5       A.   No.

6       Q.   Did you consider doing a screening level

7  risk assessment as part of your work here?

8       A.   No.

9       Q.   You mentioned -- I use the NCP as an analog

10 here.  You're aware that the NCP's got specific

11 provision with respect to cost-effectiveness; correct?

12      A.   Yes.

13      Q.   Did you consider cost-effectiveness here?

14      A.   Certainly I considered cost-effectiveness.

15 I always try to consider cost-effectiveness.  You

16 know, in my view, you have to consider

17 cost-effectiveness in terms of, you know, the size of

18 the problem.

19           You know, in terms of the amount of

20 discharge of PFAS that's currently occurring from the

21 LAS and the potential volumes of PFAS materials that

22 went to the LAS over time, you know, based on my

23 experience, this is one of the largest, it's not -- if

24 not the largest sources of PFAS to river systems in

25 the United States , and therefore, the remedy that I

1  costed out, I thought was appropriate with the scale

2  of the problem.

3      Q.    You touched on earlier Mr. Pate's analysis

4  with respect to the treatment system at Rome briefly.

5  Do you recall that?

6      A.    Yes.

7      Q.    And you're generally familiar with what he's

8  proposing to be done there; is that fair?

9      A.    I'm not familiar with all the details.  I

10 know that he has proposed and I thought the city had

11 selected an RO-based system.

12     Q.    If -- if that system works, why is there any

13 need to address the LAS through your plan?

14          MR. DAVIS:  Object to the form.

15          MR. FRIEDMAN:  Object to the form.

16          Go ahead and answer.

17          THE WITNESS:  Well, in my view and,

18      you know, in my opinion as described in the

19      report, the LAS is a long-term source.

20      There's going to be -- continue to be

21      discharges from the LAS if it continues to

22      operate as it is for centuries.  And, you

23      know, implicit in my understanding of how

24      sources of contamination are handled, both

25      under the Superfund program and under the

1        RCRA program, long-term discharges of

2        pollutants at high concentrations is

3        contrary to the goals of those programs.

4        Q.   (By Mr. Holewinski)  With respect to future

5   discharges, if you did modeling, that would have

6   helped you better understand the future discharges; is

7   that right?

8        A.   Excuse me.  I didn't quite catch the train

9   of that.

10       Q.   You talked about the necessity of the LSA --

11   LAS abatement system.  My question is:  Is it true

12   that modeling would have -- you could have done a

13   modeling -- you could have modeled the projection of

14   future releases from the LAS?  Is that possible?  Is

15   that something you could have done?

16       A.   I put together calculations of future

17   releases from the LAS, and I put together a

18   demonstrative for the Gadsden matter that shows how I

19   anticipate concentrations would drop -- or excuse

20   me -- how I calculated concentrations would change

21   over the next hundred years.

22       Q.   And I'm not quibbling with you.  I'm just

23   trying to be clear.  I'm not talking about

24   calculations.  I'm talking about computer modeling.

25   You could have run a computer model to project future

1    releases from the LAS; correct?

2         MR. DAVIS:  Object to the question.

3    It's vague.

4         You may answer if you can.

5         THE WITNESS:  Well, I guess it's

6    unclear to me what you mean by a computer

7    model.  A computer model, in my

8    understanding of most computer models, is

9    they're just -- embedded in them is a set

10   of calculations.  Often the computer models

11   that, you know, people commonly use are

12   models that, you know, maybe they're

13   written in some kind of computer language

14   like Fortran or Python, but also they can

15   also be implemented in many cases in a

16   standard Excel spreadsheet.

17        So it's just a series of calculations

18   that are conducted that incorporate, you

19   know, in these equations parameters that

20   describe the characteristics of the system

21   at hand.

22        And so, you know, the calculations

23   that I made for how concentrations would

24   change over the next hundred years is a --

25   is a type of computer model.  It's using a

1    calculation to come up with a prediction

2    based upon the half-life of a compound and

3    based upon the amount of PFAS that we're

4    estimating as leaving the LAS today or

5    currently in the stream systems that

6    originate on the LAS.

7    **Q.   (By Mr. Holewinski)  Could you point me to**

8    **any source materials that would characterize your**

9    **calculations as a computer model?**

10    MR. DAVIS:  Objection to the question;

11    asked and answered.

12    THE WITNESS:  I don't understand the

13    source material --

14    **Q.   (By Mr. Holewinski)  Well, you -- as part of**

15    **your answer, you said the calculations are a type of**

16    **computer model.  My question is:  I understand you're**

17    **saying that, but are you aware of any -- we'll break**

18    **it down.  Are you aware of any EPA publications that**

19    **would characterize your calculations as a computer**

20    **model?**

21    MR. DAVIS:  Objection.

22    THE WITNESS:  You know, I haven't

23    tried to identify an EPA publication that

24    identifies this as a type of calculation to

25    make.  You know, I'm almost certain that it

```
 1        is described in some EPA publication, but
 2        off the top of my head, I'm not aware of
 3        which one.
 4        Q.   (By Mr. Holewinski)  How about any USGS
 5    publications that might characterize the type of
 6    calculations you've done here as being the equivalent
 7    of a computer model?  Are you familiar with any use of
 8    USGS publications?
 9             MR. DAVIS:  Objection to the question.
10             THE WITNESS:  I know there are USGS
11        publications where they were looking at
12        constituents that have half-lives,
13        particularly radionuclides that decay at --
14        with, you know, predictable half-lives, and
15        those are described in USGS publications.
16        But specific examples, I don't know off the
17        top of my head.
18        Q.   (By Mr. Holewinski)  Okay.  Did you
19    specifically consider EPA guidance on your
20    establishment of background levels here?
21             MR. DAVIS:  Objection to the question,
22        vague.
23             THE WITNESS:  In my report, I don't
24        believe that I ever use the terminology
25        "background levels."
```

1    Q.   (By Mr. Holewinski)  Do you recall using the

2    term "background"?

3    A.   I don't.

4    Q.   While I'm looking for it, you're familiar in

5    your field, aren't you, with what background level

6    means?

7    A.   I'm familiar with how background

8    concentrations are calculated specifically for the

9    purposes of CERCLA sites and the Superfund program.

10   Q.   And what purpose or background levels -- the

11   establishment of background levels, what purpose does

12   that serve?

13   A.   Well, typically, an evaluation of background

14   concentrations is conducted to determine whether or

15   not concentrations in a given spatial region have been

16   elevated by anthropogenic sources or by a specific

17   discharge or discharger.

18   Q.   And did you do that here?  And I'll refer

19   you to -- I found the reference -- Page 8 of your

20   report, which I guess is Exhibit 1.  The bottom of the

21   page, sir.

22   A.   Yes.

23   Q.   Do you see where it says, "For purpose of

24   evaluating background concentrations"?

25   A.   Yes.

1      Q.    And sitting here today, do you recall why

2   you looked at background concentrations?

3      A.    I do.

4      Q.    Okay.  What was the reason that you did?

5      A.    Well, in this context, I was referring to

6   trying to understand what the concentrations of PFAS

7   compounds were in the Conasauga River upstream of

8   Dalton, and as indicated in the report, I tabulated

9   data from four locations that are upstream of Dalton.

10     Q.    And do you -- do you -- do you recall

11  sitting here today why you excluded eight samples from

12  2006 for purposes of background?

13     A.    Well, you know, I wasn't in this thing

14  attempting to do a very -- you know, a rigorous

15  evaluation of, you know, background throughout the

16  watershed.  And, you know, the data that I reference

17  on this table here are all data that were collected in

18  the period 2019 through 2021.  They all used EPA

19  Method 537.1, which had relatively low detection

20  limits, and that allowed me to get a very good

21  understanding of what concentrations were in the river

22  system and how they changed in going in an upstream

23  direction.

24          In addition, I will note that I have done

25  additional work in trying to understand what PFAS

1  concentrations are in neighboring river systems.  One

2  of the -- one of the demonstratives in the materials

3  that we referred to later today that I prepared for

4  the Gadsden matter has a map showing, I believe,

5  results from almost 80 samples collected on 14

6  different river systems in Alabama.  And I prepared

7  that demonstrative to illustrate what kind of con- --

8  what magnitude of concentrations were detected in

9  other river systems in the vicinity of the Coosa River

10  system, and how those compared to concentrations

11  detected in the Coosa and Alabama river systems.

12      Q.   But sitting here today, you did not

13  separately and independently prepare such a

14  demonstrative for this matter; is that correct?

15      A.   Not at this point in time.

16      Q.   Are you aware -- do you have any

17  recollection of reading EPA guidance documents on how

18  it suggests evaluating background conditions is?

19          MR. DAVIS:  Object to the question,

20      vague.

21          THE WITNESS:  I have read EPA guidance

22      documents on calculating background

23      concentrations.

24      Q.   (By Mr. Holewinski)  Let me read you

25  something and tell me if you agree with it.  "The

1    presence of multiple tributaries upstream with

2    multiple potential sources would require collecting

3    multiple background samples in each tributary to

4    differentiate the potential contribution of

5    contamination from offsite sources."

6           Did you do that here?

7      A.   Well, in the data that's available, a fair

8    number of tributaries were sampled and the

9    concentrations were evaluated.  I discussed many of

10   those in my report.

11     Q.   But you didn't sample each and every one;

12   correct?

13     A.   Well, there are some tributaries, as I

14   testified to earlier this afternoon, that were not

15   sampled.

16     Q.   So correct, you did not sample each and

17   every tributary for purposes of establishing

18   background.

19           MR. DAVIS:  Objection to the question,

20       it's argumentative.  He didn't sample

21       anything himself.

22           MR. HOLEWINSKI:  I heard the form

23       objection.

24           THE WITNESS:  My intent in looking at

25       data from tributaries was not explicitly to

1      understand background, but rather to

2      understand what were the contributions from

3      various tributaries to the Conasauga and

4      Oostanaula Rivers.

5      Q.   (By Mr. Holewinski)  So at least for

6   purposes of today, you acknowledge, given your

7   testimony earlier today, going through the chart with

8   Mr. Smith that not all tributaries were sampled by

9   someone; correct?

10     A.   Yes.

11     Q.   Did you direct anybody on your staff to look

12  at the GEL sampling dataset to determine whether or

13  not there was additional sampling that you found --

14  thought might be advisable?

15     A.   As I indicated earlier today, I had

16  requested samples to be taken at at least two

17  additional locations.

18     Q.   Other than those, no other recommendations

19  to do further sampling of any kind?

20     A.   That's correct.

21     Q.   Did you do any hypothesis testing here with

22  respect to your work?

23          MR. DAVIS:  Objection to the form,

24     vague.

25     Q.   (By Mr. Holewinski)  Do you understand what

1    hypothesis testing is in scientific literature?

2            MR. DAVIS:  You want him to answer the

3        first question or the second question?

4            MR. HOLEWINSKI:  I was responding to

5        your objection.

6            THE WITNESS:  Maybe you could explain

7        what you're referring to when you say

8        hypothesis testing.

9        Q.   (By Mr. Holewinski)  For someone that's

10   worked in your field for the length of time that you

11   have, have you ever heard the term "hypothesis

12   testing"?

13       A.   Yes.

14       Q.   And what do you understand that term to

15   mean?

16       A.   I use the term "hypothesis testing" to have

17   various different mechanisms or conceptual models to

18   explain observations.

19       Q.   Explain observations for what purpose?

20       A.   Well, I think the primary purpose that I was

21   looking at in terms of preparing this expert report

22   was understanding what are the sources of the PFAS

23   that are detected in the Oostanaula River at Rome.

24       Q.   Did you do hypothesis testing of the kind

25   you described here?

1      A.    Well, I -- I did look at different

2    hypotheses to explain the PFAS concentrations in the

3    river at Rome.

4      **Q.    Did you create a listing of what all those**

5    **possible explanations was?**

6      A.    No.

7      **Q.    Was it more than a handful?**

8      A.    I believe a handful would characterize it.

9      **Q.    Would those be documented in your file?**

10     A.    No.

11     **Q.    Do you agree with this statement that**

12   **adsorption -- adsorption to soils and settlements is**

13   **probably the most influential factor on the transport**

14   **and fate of organic contaminants in the environment?**

15           MR. FRIEDMAN:  Object to the form.

16           THE WITNESS:  Excuse me.  Could you

17     read back the question, please?

18     **Q.    (By Mr. Holewinski)  Yes, sir.**

19           **Do you agree that adsorption to soils and**

20   **sediments is probably the most influential factor on**

21   **the transport and fate of organic contaminants in the**

22   **environment?**

23           MR. FRIEDMAN:  Object to form, lack of

24     foundation.

25           MR. DAVIS:  Objection.

1          THE WITNESS:  It's my opinion that

2      adsorption is an important process.  It

3      depends upon the environment.  It depends

4      upon the chemical whether or not it is the

5      most important process.

6      Q.  (By Mr. Holewinski)  Did you look at that

7  here?

8      A.  I did.

9      Q.  In what way?

10      A.  One way that I looked at it is I carefully

11  evaluated sediment data that the U.S. EPA collected

12  between Dalton and Rome to look at the potential

13  accumulation of PFAS compounds in sediment as a result

14  of -- as the result of adsorption of these compounds

15  on sediment.

16      Q.  And what did you conclude with respect to

17  the rate of adsorption with respect to those

18  sediments -- PFAS in those sediments?

19      A.  I concluded that the amount of PFAS in the

20  sediments between Dalton and Rome was very small

21  relative to the pounds of PFAS that was flowing

22  through the system on an annual basis.

23      Q.  Did you -- as part of your calculations, did

24  you consider the impact -- possible impact of

25  turbidity levels?

 1      A.   I -- I considered the impact of turbidity

 2   levels.   I did not, for many of the samples, have a

 3   contemporaneous measure of turbidity.   Certainly

 4   turbidity can affect concentrations.

 5      Q.   In what way did you consider turbidity

 6   levels?

 7      A.   Well, it was something that I considered as

 8   a process that could account for variability in

 9   reported concentrations from one sampling period to

10   the next.

11      Q.   Did you reach any conclusion as to the

12   amount of variability with respect to turbidity as to

13   in what way it might affect your analysis?

14      A.   Well, I concluded that, you know, regardless

15   of the amount of turbidity, that the reported

16   concentration for the water samples appropriately

17   reflected the concentrate -- the total concentration

18   in the river systems and could be used to calculate

19   mass flux as that total contribution includes both the

20   PFAS compounds that are dissolved in water and the

21   PFAS that is adsorbed or attached to suspended

22   sediment that creates turbidity.

23      Q.   Do you know, in your experience in your

24   field there are typical times of year where turbidity

25   might be greater than others?

1      A.   Yes, I'm aware of that.

2      **Q.   And what time of year would there be more**

3  **turbidity than in others?**

4      A.   Well, the time of year that there's more

5  turbidity are typically times of year where there's

6  more surface water runoff.  It's also particularly in

7  areas where you have agricultural activities.  It can

8  be seasonally based.  At times of year when fields are

9  barren, you tend to have higher runoff and higher

10 sediment loads to river systems than at times of the

11 year where you have dense vegetative cover.

12     **Q.   So just trying to follow what you said.  So**

13 **is it -- based on what you said, is it fair to say**

14 **that turbidity would be more frequent when there's**

15 **more rain?**

16     A.   I think it would be more precise to say that

17 turbidity is more likely to be higher when there's

18 more surface water runoff.  And surface water runoff

19 is a function both of rainfall and antecedent

20 precipitation conditions, amongst other factors.

21     **Q.   Thank you.**

22          **Do you agree that accurately estimating PFAS**

23 **or PFOA loads in any water system is a challenge?**

24          MR. DAVIS:  Object to the question.

25          When you say PFA -- are you meaning PFOS

1        instead of PFAS?

2            MR. HOLEWINSKI:  I'll break it down.

3        Q.   (By Mr. Holewinski)  Do you agree that

4    accurately estimating loads of PFOA in any water

5    system is a challenge?

6            MR. DAVIS:  Object to the question.

7            THE WITNESS:  I don't believe that I

8        would -- in fact, I know that I wouldn't

9        characterize it as a challenge.  I would

10       say that, you know, when one has flow data

11       and one has concentration data, one can

12       estimate and one can quantify the load in

13       the river system.  It's -- it's a

14       relatively straightforward process.  So in

15       that aspect, I don't believe it's

16       challenging.

17       Q.   (By Mr. Holewinski)  Are you familiar with

18   any publications by C.J. -- strike that.

19            Are you familiar with a USGS publication

20   titled "An evaluation of methods for computing annual

21   water quality loads" from 2019?

22       A.   I haven't reviewed that recently.

23       Q.   But you've reviewed it at one point in time,

24   it sounds like.

25       A.   Yes.

1       Q.    Is it possible that that document might talk

2    specifically about the challenges of estimating load

3    concentrations in a water system?

4       A.    Well, I believe that it talks about the

5    variability there is in concentrations with flow, and

6    it's not a simple relationship.  We discussed that

7    earlier today in my testimony based on some data from

8    the Oostanaula River at Rome.

9       Q.    Do you -- would you agree that with more

10   monitoring and more data -- strike that.

11          Would you agree that with more monitoring at

12   the sampling points that were already done, you'd have

13   more confidence in whether or not those data points

14   can be extrapolated throughout the Conasauga River

15   system?

16          MR. DAVIS:  Objection to the question.

17          THE WITNESS:  I guess I'm unclear

18       because I'm not sure what you're talking

19       about extrapolating to.

20       Q.    (By Mr. Holewinski)  Well, let me rephrase

21   that.  Isn't that what you did here with your mass

22   balance calculation?  And I'll explain.  As I

23   understand your mass balance calculation, you've got

24   sampling data points, locations over time, and from

25   that, you've reached this ultimate opinion that the

1    carpet industry and others associated with it are

2    responsible for the PFAS substances in the river.

3              Is that fair, what your opinion is?

4        A.    Well, my opinion is that most of the PFAS in

5    the Oostanaula River at Rome can be traced back to

6    locations where there are or have been carpet

7    facilities, and the carpet facilities are the most

8    probable source of those PFAS compounds.

9        Q.    When you say most probable source, what do

10   you mean by that?

11       A.    Well, what I mean by that is I find it not

12   possible to hypothecate or develop a hypothesis that's

13   supportable that any other source could be responsible

14   for the levels of PFAS that we see in the Conasauga,

15   Oostanaula River system.

16       Q.    And I understand that.  But breaking that --

17   stepping back from that, do you agree that it's not

18   possible to rule out other sources in the watershed?

19             MR. FRIEDMAN:  Object to the form.

20             THE WITNESS:  I believe that the

21        analyses that I have conducted are

22        consistent with small other sources, but I

23        am very confident that my evaluations have

24        correctly identified that the loads of PFAS

25        compounds to the river system from the LAS

1           and other areas within Dalton far, far are

2           in excess of other sources.

3           Q.   (By Mr. Holewinski)  Let me back up.  Did

4      you attempt to do an inventory of other sources that

5      are not related to the carpet industry with respect to

6      PFAS contamination?

7           A.   Well, I attempted to identify other

8      potential sources of PFAS releases within the

9      watersheds of the Oostanaula, Coosawattee and the

10     Conasauga River systems.  I forget the exact

11     publication that I used, but there was a publication

12     in the last two years that had identified the

13     potential sources of PFAS throughout the United

14     States.  I used that as a guide to try to identify

15     sources.

16          Also, you know, as part of the documents

17     available in this matter and in the Gadsden matter,

18     there was various information on other potential

19     sources within the watersheds.

20          Q.   But did you attempt to quantify those

21     relative to those that you opine are related to the

22     carpet industry?

23          A.   I wouldn't say that I did a very formal

24     quantification, but I did look at, as described, I

25     believe, in Section 4 of my report, the volume -- or

1   the amount, I should say, of PFAS-related compounds

2   that were used by carpet companies in the city of

3   Dalton, and the amount of estimated releases to the

4   wastewater system in the city of Dalton.  And, you

5   know, based on my experience with other sources of

6   PFAS, those numbers were so much larger than any other

7   potential sources within the watershed.

8       Q.   With respect to Remedial Component 4 of your

9   remedy plan, you talked about the necessity of looking

10  at other sources; correct?

11      A.   I believe in Remedy 4, we talked about

12  potential need for pre- -- pretreatment at the point

13  of discharge into the Dalton system.

14      Q.   But you also talked about examining and

15  identifying other sources that might be contributing

16  to those releases; is that right?  I could direct you

17  to it.

18      A.   Sure.  Could you do that, please?

19      Q.   Yeah, Remedial Component 4, Page 36,

20  Exhibit 1.  And I'll direct your attention to the

21  second sentence in that last paragraph.  "The first

22  element of Remedial Component 4 involves

23  identification of all facilities in Dalton that are

24  current or historic users of PFAS that continue to

25  discharge to Dalton Utilities or have NPDES permits."

```
 1              And then you continue about your -- doing
 2    the -- suggesting doing this comprehensive sampling
 3    program.  Is there a reason why you have not
 4    recommended that be done before you get to the remedy
 5    stage, like now?
 6        A.   Yes.
 7        Q.   Why?
 8        A.   Because regardless of the amount of PFAS
 9    that's going into the current wastewater treatment
10    system at the city of Dalton, a much larger mass of
11    PFAS is currently entering the river from the LAS.  So
12    regardless of what steps are taken to reduce the
13    amount of PFAS in the wastewater that goes to the
14    Dalton treatment plants, it's essential to reduce the
15    PFAS contributions to the Conasauga system from the
16    many streams that originate on and flow off the LAS.
17        Q.   I guess the trouble I'm trying to understand
18    is you're talking about carpet -- carpet-related
19    industries being responsible for majority of the PFAS
20    in the system when -- when you've not done a formal
21    evaluation of all potential sources to PFAS in that
22    same watershed.  The trouble I'm having is how can you
23    conclude it's the majority if you've not done all the
24    math?
25              MR. FRIEDMAN:  Objection to form.
```

1         MR. DAVIS:  Objection.

2         THE WITNESS:  I'm not sure what you

3     mean by all the math, but I have quantified

4     the amount of PFAS that's coming off the

5     LAS.  I've quantified the amount of PFAS in

6     the wastewater effluent that's sprayed on

7     the LAS.

8     Q.  (By Mr. Holewinski)  Are you done?  I'm

9 sorry.  I didn't want to cut you off.

10    A.  Yes.

11    Q.  Outside those sources in the watershed, what

12 other PFAS sources have you investigated to reach the

13 determination you've reached that the LAS and

14 discharges associated with constitute the majority of

15 discharges to that watershed?

16    A.  Well --

17        MR. FRIEDMAN:  Object to the form.

18        THE WITNESS:  -- I believe that the

19    Figures 10, 11 and 12 in my expert report

20    provide a very strong basis for the

21    conclusions that I have made.

22    Q.  (By Mr. Holewinski)  Okay.  Are you aware of

23 others that have used the mass balance calculation

24 that you're -- you've used here with respect to

25 determining contribution -- contamination of a river

1    system?

2        A.    Others have used a similar approach.

3        Q.    Could you name a few?

4        A.    I could.  Well, there was a recent study

5    that I only became aware of that I believe was only

6    published after -- after my expert report was

7    prepared.  It was a paper in the Science of the Total

8    Environment that was published, I believe, in June or

9    July of 2022 by graduate students at Auburn

10   University.  And I referred to it before, where they

11   sampled 14 river systems in Alabama, and as part of

12   their evaluation of potential sources, they calculated

13   up for the days that they sampled what the flux of

14   PFAS in the river system was in an attempt to identify

15   potential sources.

16            The U.S. EPA, when they did evaluations of

17   contributions to Weiss Lake, also made calculations of

18   the mass that was coming from upstream in the Cona- --

19   or upstream in the Oostanaula River system, upstream

20   in the Chattooga River system, and elsewhere within

21   the system.

22            So the way I look at it, it's an extremely

23   common approach to look at what's happening in river

24   systems.

25       Q.    In your experience -- strike that.

1              To your understanding, has that type of mass

2     balance calculation been ever used exclusively to base

3     a remedy on by any governmental agency?

4        A.   I am certain it has, but I don't have

5     examples off the top of my head.

6        Q.   And why are you certain that it has?

7        A.   Just my recollection is that I -- I remember

8     studies where, you know, there have been elevated

9     concentrations in a river, samples are taken, you

10    know, upstream in the river system and in the

11    tributaries to the river system to find out where

12    there -- where there has been or is an ongoing

13    discharge to the river system.

14             One example that comes to mind now is I know

15    that the New Jersey Department of Environmental

16    Protection noted that there were elevated

17    concentrations of PFAS in the Delaware River system.

18    They did sampling along the Delaware River system from

19    its mouth way up into the headwaters, and what they

20    identified with that sampling is that two sample

21    locations that were located only a mile or two apart,

22    that there was a very large jump in concentrations of

23    PFAS in the river, and that allowed them to identify

24    the potential source of PFAS to the river system.

25       Q.   With respect to other sources, do you recall

1    reading the deposition testimony of Michael Hackett

2    from the City of Rome?

3        A.   I have not read his deposition.

4        Q.   Did you -- did you come to understand

5    whether or not the City of Rome Floyd County Fire

6    Department handled AFFF firefighting foam?

7            MR. FRIEDMAN:  Object to the form.

8            THE WITNESS:  I had no information on

9        that.

10       Q.   (By Mr. Holewinski)  Are you -- you're

11   aware, aren't you, that fire foam -- firefighting foam

12   is a source of PFAS contamination in the United

13   States?

14       A.   I'm aware that some firefighting foams are

15   based upon perfluorinated chemistry.

16       Q.   Did you know that the City of Rome had a

17   fire department?

18       A.   I didn't check into that, but I assume that

19   that was the case.

20       Q.   Is there any reason why you decided not to

21   look into whether or not AFFF firefighting foam might

22   be a potential source of some contamination here?

23       A.   I never ruled out firefighting foam as a

24   potential source of contamination.  But based on my

25   experience, though, firefighting foam can locally

 1   result in elevated concentrations of PFAS.  The amount

 2   of firefighting foams that are used, except in the

 3   very, very largest of fires, is not a very large mass,

 4   in terms of pounds of PFAS, particularly relative to

 5   the amount of PFAS that's being detected in the

 6   Oostanaula and Conasauga River systems.

 7        **Q.   But you did not independently make any**

 8   **evaluation of AFFF contribution to the Conasauga**

 9   **rivershed; is that right?**

10             MR. DAVIS:  Object to the form.

11             MR. FRIEDMAN:  Object to the form.

12             MR. DAVIS:  He never testified that he

13        did.

14             THE WITNESS:  As I said, I had

15        considered that possibility.  I also looked

16        at the consistency of concentrations as I

17        went downriver from below the LAS to the

18        city of Rome, and there was no indication

19        in the concentration data or the resultant

20        mass fluxes that I -- that I calculated in

21        the river system that would suggest that

22        there was any missing significant sources

23        of PFAS compounds to the river.

24        **Q.   (By Mr. Holewinski)  And I understand that.**

25   **I'm just -- what I'm just trying to understand -- so**

```
 1   we're not talking over each other -- I understand you

 2   considered it.  My question, though, is:  Did you make

 3   a determination that firefighting foam, AFFF

 4   firefighting foam was not a significant source of

 5   contamination in the Conasauga watershed?

 6        A.   I did.

 7        Q.   You did?

 8        A.   Yes.

 9        Q.   Is that documented in your file?

10        A.   No.  I -- I, you know, went through the

11   process that I just described for you to arrive at

12   that conclusion.

13        Q.   And when did you go through that process?

14        A.   Many months ago.

15        Q.   Would there be notes to that effect in your

16   file?

17        A.   Well, there are notes in my file of sources

18   that I potentially looked at -- or excuse me --

19   potential sources that I looked at.

20             MR. DAVIS:  Can we take a five-minute

21        break?

22             MR. HOLEWINSKI:  Of course.  Of

23        course.

24             VIDEOGRAPHER:  The time is 4:06.

25        We're off the video record.
```

```
 1              (A recess was taken.)

 2              VIDEOGRAPHER:  The time is 4:18.

 3         We're back on the video record.

 4         Q.  (By Mr. Holewinski)  Dr. Andrews, good

 5    afternoon again.  I appreciate your patience.

 6              Question.  With respect to your mass balance

 7    analysis, have you used -- have you ever heard of the

 8    term "hydrochemical tracer"?

 9         A.  Yes.

10         Q.  And what do you understand that term to

11    mean?

12         A.  It -- it's really a broad term.

13         Q.  Okay.

14         A.  Somebody before today talked about the

15    utility of a dye test.  A dye test would be a type of

16    hydrogeochemical tracer.

17         Q.  How about a concentration to discharge

18    analysis?  Would that be considered a hydrochemical

19    tracer?

20              MR. DAVIS:  Objection to the question,

21         vague.

22              You may answer if you can.

23              THE WITNESS:  I don't understand what

24         you are referring to.

25         Q.  (By Mr. Holewinski)  Okay.  Let me go at it
```

1   a different way.  Have you read any analysis of -- by

2   Bhavna Arora with respect to lateral transport and

3   headwater catchments?

4       A.   I don't believe so.

5       Q.   Okay.  Have you read -- do you recall

6   reading any publication published in the Science of

7   the Total Environment by M.A. Pétré, et al.?  And I'll

8   read it for the record.  "Per- and polyfluoroalkyl

9   substances in river discharge:  Modeling loads

10  upstream and downstream of a PFAS manufacturing plant

11  in the Cape Fear watershed, North Carolina."

12           Are you familiar with that publication or

13  that -- that article?

14      A.   Could you tell me the date of that article?

15      Q.   Yes, sir.  It's 2021 -- 2022.  I apologize.

16      A.   I have not seen it.

17      Q.   And with respect to -- and I'll read for the

18  record, the title of this is in Frontiers in Water.

19  "Differential C-Q analysis:  A new approach to

20  inferring lateral transport in hydrologic transients

21  within multiple regions of a mountainous headwater

22  catchment."

23           Do you recall ever reading that publication?

24      A.   Could you tell me what year that was?

25      Q.   Yes, sir.  It's 2020.

1      A.   I have not read that.

2           MR. DAVIS:  Could you read the author

3      of that?

4           MR. HOLEWINSKI:  Sure.  It's Bhavna

5      Arora and others.

6           MR. DAVIS:  Oh, that's the Bhavna one.

7           MR. HOLEWINSKI:  Right.

8      Q.   (By Mr. Holewinski)  Okay.  Are you familiar

9  with Bhavna Arora in your field?

10     A.   I am not.

11     Q.   I'm going to direct some questions to you,

12  if I -- Dr. Andrews, with respect to my client in your

13  report, Daikin America, Inc., I want to go to

14  Page 18 -- no.  Hold on.  Sorry.  Page 16.

15          How much time, if you recall, did you devote

16  to reviewing information about Daikin-specific

17  chemical sales data?

18     A.   Off the top of my head, I don't have an

19  estimation of how much time went into it.

20     Q.   Okay.  Do you recall if it was less than the

21  time you devoted to reviewing 3M-specific material?

22     A.   I -- I don't recollect.

23     Q.   Okay.  And that's fine.  Thank you.

24          I'm going to direct your attention to

25  Page 18 of your report, Exhibit No. 1, please, and

1  specifically the second full paragraph right before

2  wastewater discharges to Dalton Utilities by carpet

3  companies.  And I'll read aloud what I'm going to

4  direct your attention to.

5          "PFAS content in Daikin carpet products was

6  not available.  Thus, I assume that PFAS equivalent in

7  DuPont and Daikin products was an average of

8  13.5 percent."

9          What's -- you've got no citation for that.

10  Was the basis for that assumption?

11      A.   Well, the basis for that assumption -- well,

12  No. 1 is the ranges of PFAS equivalents in DuPont

13  product are listed in Appendix -- or Attachment B to

14  my expert report.

15      Q.   Okay.  Do you want to refer to that if that

16  helps you answer the question?

17      A.   I was -- I was incorrect on that response.

18          Oh, the -- the fluorinated active

19  ingredients in the DuPont is from that Environ report

20  from 2006.

21      Q.   All right.  So if the environment -- if the

22  Environ report is wrong, the basis for your assumption

23  is wrong; correct?

24      A.   Yeah -- well, the Environ report was the

25  only information I found on the PFAS content of the

1  products that were sold by DuPont/Invista.

2      Q.   And if it turns out the Environ report was

3  flawed on that point, then your assumption would be

4  wrong; correct?

5      A.   Well, my assumption is correct based on the

6  data that I had.  There may be a better estimate of

7  the amount in the product if there were additional

8  data, but based on the data I had, my assumption had

9  strong foundation.

10     Q.   Just so I'm clear, the foundation being the

11  Environ report; correct?

12     A.   Yes.

13     Q.   Okay.  But my second question, though, is if

14  that report is wrong and the only basis for your

15  assumption was the Environ report, you would have no

16  basis for that opinion; correct?

17         MR. DAVIS:  Objection to the question.

18         THE WITNESS:  Well, you know, for that

19      specific opinion, it is based upon the

20      Environ report.

21     Q.   (By Mr. Holewinski)  And nothing else;

22  correct?

23     A.   Correct.

24     Q.   What degree of -- sitting here today, what

25  degree of confidence do you place on the Environ

1    report?

2        A.   Well, there was, you know, one way that I

3    looked at it is that in some respects, at least when I

4    looked at the C8-based -- C8-based products, you know,

5    the DuPont and the 3M products had kind of a similar

6    structure.  You had a perfluorinated monomer.  It was

7    attached to some type of ethyl group, which then was

8    attached to some type of hydrocarbon backbone.  They

9    were similar in each.

10            3M, based on the information we had on 3M

11   products and information that was available in some

12   Battelle analyses of 3M products, you know, it was an

13   estimate that there was 10 percent of PFAS equivalent

14   in 3 -- 3M products.

15            You know, the 13 and a half percent we

16   estimated for DuPont and Daikin products is not that

17   much larger than the 10 percent estimated for the 3M

18   products.  So it gave me confidence that we were at

19   least in, you know, the right range of numbers.

20       Q.   Did -- do you recall whether you ever asked

21   anyone for any specific information about the PFAS

22   content in any Daikin product?

23       A.   You know, my recollection is that we asked

24   the attorneys that we were working with for available

25   information on the Daikin and the DuPont products and

 1   we compiled that information in Appendix B.

 2       Q.   As I understand it from your report, you did

 3   not allocate any particular PFAS contribution in water

 4   to Daikin; is that right?

 5           MR. DAVIS:  Before he finishes his

 6       answer --

 7           MR. HOLEWINSKI:  Sure.

 8           MR. DAVIS:  -- to the other question,

 9       he was looking at --

10           MR. HOLEWINSKI:  I apologize.  I went

11       ahead.

12           MR. DAVIS:  No, that's -- I'm sorry.

13       Based on your question, he was looking at

14       Appendix B.

15           THE WITNESS:  Okay.  So, you know,

16       looking at Appendix B -- and before I was

17       looking at the DuPont products.  But when I

18       look at Appendix B, Table B-3, which is on

19       Pages B-7, B-8 and B-9 of Exhibit 1, you

20       know, there's listed some Daikin products,

21       and, you know, the percent of at least

22       ammonium, a percent active ingredient and

23       the actual percentages that are listed here

24       are quite high, 93 to 97 percent, 98

25       percent, 30 percent, 30 percent.

1        Q.   (By Mr. Holewinski)  What's the reason?  Why

2    is that relevant?  Why are you adding that explanation

3    here?

4        A.   Because before, you were questioning the

5    validity of the 13 and a half percent.  You know, the

6    information that I tabulated in B-3 had values that

7    were higher than 13 and a half percent.

8        Q.   Okay.  But as I think you conceded earlier,

9    you're not a chemist; correct?

10       A.   I -- I noted that I had considerable

11   training in chemistry, but in this matter there's a

12   chemist retained as an expert, and I defer that to

13   that chemist.

14       Q.   Thank you.

15            As I understand it from your report, Dr.

16   Andrews, you did not allocate any particular PFAS

17   contribution in the waters to Daikin; is that right?

18            MR. FRIEDMAN:  Object to the form.

19            THE WITNESS:  In the opinions that I

20        state in Section 2 of Exhibit 1, I do not

21        have an opinion that allocates amongst

22        entities that either sold or used

23        PFAS-containing products.

24       Q.   (By Mr. Holewinski)  So that's yes ; is that

25   correct?  You did not allocate any specific PFAS

1    contribution in the water to Daikin?

2        A.    Yes.

3        Q.    You have not specifically analyzed whether

4    any chemicals supplied by Daikin America have actually

5    been detected at the City of Rome intake; correct?

6        A.    I apologize.  Could you repeat that, please?

7        Q.    Certainly.  Certainly.

8              You have not specifically analyzed whether

9    any chemicals supplied by my client, Daikin America,

10   have actually been detected at the City of Rome

11   intake; correct?

12             MR. FRIEDMAN:  Object to the form,

13       misstates the testimony.

14             MR. DAVIS:  Object to the form.

15             MR. FRIEDMAN:  And the report.

16       Q.    (By Mr. Holewinski)  You can answer the

17   question.

18       A.    I'm still confused.  Sorry.

19             MR. HOLEWINSKI:  Read it back, please.

20             (The record was read by the reporter

21       as requested.)

22             MR. FRIEDMAN:  Same objection.

23             THE WITNESS:  You know, in the

24       response to your previous question, I said

25       that I had not allocated amongst either

1      suppliers or users of PFAS compounds for

2      carpet treatment.

3      Q.   (By Mr. Holewinski)  I'm trying to

4  understand what you said.  The earlier question was

5  something different, so I'll go at it again.

6           You have not specifically analyzed whether

7  any chemicals supplied by my client, Daikin America,

8  have actually been detected at the City of Rome

9  intake; right?

10          MR. FRIEDMAN:  Object to the form.

11          MR. DAVIS:  Object.

12          MR. FRIEDMAN:  Misstates the

13      testimony.

14          MR. HOLEWINSKI:  It's a standalone

15      question, Jeff.

16          MR. DAVIS:  That's fine.

17          MR. FRIEDMAN:  I note my objection.

18          THE WITNESS:  I'm still -- I'm still

19      having difficulty understanding the

20      question.  So are you asking me if some of

21      the PFAS that's detected at the City of

22      Rome is the result of chemicals used by

23      Daikin or sold by Daikin?

24      Q.   (By Mr. Holewinski)  I'll go at it another

25  way.

```
 1              Have you looked specifically at my -- my
 2    client's, Daikin America's, chemicals and determined
 3    whether or not those chemicals actually made their way
 4    downstream and were detected at the City of Rome
 5    intake, their specific chemicals and products?
 6              MR. DAVIS:  Objection to the question.
 7              MR. FRIEDMAN:  Object to form.
 8              THE WITNESS:  Well, the evaluations
 9         that I have conducted have indicated that
10         PFAS-containing substances that were used
11         for carpet treatment in Dalton, whether
12         they came from 3M or DuPont and/or Daikin
13         were discharged into the wastewater system
14         at the City of Dalton and have resulted in
15         releases of compounds from the LAS that
16         have resulted in elevated concentrations of
17         PFAS compounds at the City of Rome.
18              I have no basis to come to a
19         conclusion or to accept the hypothesis that
20         all the chemicals came from, say, DuPont
21         and not Daikin.
22    Q.   (By Mr. Holewinski)  Move to strike.
23              Have you done any analysis to determine by
24    fingerprinting whether or not Daikin-supplied
25    chemicals were actually found at the City of Rome
```

1   intake?

2          MR. DAVIS:  Object to the form of the

3      question.

4          MR. FRIEDMAN:  Object to form, asked

5      and answered.  It's vague.

6          THE WITNESS:  On Page 14 of my expert

7      report, I have a figure, Figure 8, which is

8      a timeline of PFAS chemistries used by

9      carpet companies in Dalton.  I have

10     starting, I believe, in 1999 that Daikin

11     was supplying chemicals to the carpet

12     industry that were based on PFOA chemistry.

13         By 2010, Daikin had completely

14     switched to providing compounds based upon

15     C6 chemistry.  At the City of Rome's intake

16     on the Oostanaula River, there are

17     degradation products that resulted from the

18     degradation of chemicals used in the carpet

19     industry that are based on C8 PFOA

20     chemistry, and there are also chemical

21     compounds that are the result of

22     degradation of carpet treatment compounds

23     based upon C6 chemistry.

24     Q.   (By Mr. Holewinski)  Meaning what?  I'm

25  trying to follow what your point is.

1      A.    Well, there were -- there were two

2    company -- or two groups of companies that provided

3    PFAS treatment -- or PFAS chemicals for carpet

4    treatment for repellency characteristics that were

5    based upon CX PFOA chemistry or C6 chemistry, one

6    group being the DuPont/Chemours/Invista, and the other

7    being Daikin.

8           And the detection of these compounds in the

9    river system -- or the degradation compounds of these

10   chemicals in the river system downstream allows me to

11   conclude with a high degree of confidence that these

12   chemicals came from the degradation of carpet-related

13   compounds, and that it's impossible that all those

14   compounds only came from DuPont/Chemours/Invista

15   compounds and not from Daikin-sourced compounds.

16      **Q.    "Impossible" is a term of sufficient**

17   **definiteness.  What are you basing the impossibility**

18   **part of your opinion on?**

19      A.    I base it on that I am not aware of

20   differences in terms of the application of these

21   chemicals to carpets by, you know, Mohawk or Shaw that

22   were different for Daikin-based chemicals or

23   DuPont/Chemours/Invista chemicals.  And in the

24   tabulation of amounts of compounds that were sold by

25   Daikin and by DuPont/Chemours/Invista, for a number of

1  years, the volume sold by Daikin -- Daikin was greater

2  than that sold by DuPont/Chemours/Invista.

3      Q.   So your -- I'm just trying to understand

4  your impossibility statement.  It's actually based on

5  inferences from existing data on sales and

6  degradation; is that right?

7          MR. FRIEDMAN:  Object to the form.

8          THE WITNESS:  It's based on a number

9      of factors.  It's based upon sales volume,

10     type of chemicals, methods of application,

11     the inevitability of some lost to

12     wastewater during the process of

13     application.

14     Q.   (By Mr. Holewinski)  And none of this is in

15  your report; correct?

16         MR. FRIEDMAN:  Object to the form.

17         MR. DAVIS:  Objection.

18     Q.   (By Mr. Holewinski)  What you just described

19  here today on this point, these past two minutes,

20  that's not in your report, though; correct?

21         MR. FRIEDMAN:  Object to the argument.

22     Object to the form.

23         MR. DAVIS:  Let him finish his answer

24     before you ask him again.

25         THE WITNESS:  Well, the detailed

1      explanation that I just provided is not in

2      the report, but in the report, opinion is

3      that the -- these PFAS-related chemicals

4      that occur and have occurred in the

5      Oostanaula River at Rome are primarily from

6      the use of these chemicals by the carpet

7      industry in the Dalton region.

8      **Q.    (By Mr. Holewinski)  Did you attempt to use**

9   **the same process of ruling out Daikin as a possible**

10  **source of PFAS that you used with respect to ruling**

11  **out the City of Rome in AFFF firefighting foam?**

12      A.    Well, there's similarities.

13          Let me just review.  I have it in my

14  calculation sheets.  I don't have it in the report

15  here, but there was a very large volume of PFAS-based

16  chemicals that were sold by Daikin to the carpet

17  industry in Dalton, much, much higher volumes that you

18  could -- that you could ever attribute to firefighting

19  foams.

20          Also, my understanding of these carpet

21  facilities is that they all had industrial discharge

22  permits for the City of Dalton and wastewater was

23  directed into those -- into that system.  Unlike, you

24  know, if there had been the use of aqueous

25  firefighting foam, it's usually taking place on some

```
 1   kind of pad or training area; typically would not have
 2   any direct discharge into surface water.
 3       Q.   As part of your analysis -- are you done?
 4   I'm sorry.  I looked away.
 5       A.   Yes.
 6       Q.   As part of your analysis with respect to my
 7   client, Daikin America, Inc., did you specifically
 8   trace any chemicals that it sold to any carpet
 9   manufacturer and determine from point of sale,
10   discharge and flow down to Rome whether or not it
11   actually made it there?
12           MR. DAVIS:  Object to the question.
13           MR. FRIEDMAN:  I don't understand.
14        Object to form.
15       Q.   (By Mr. Holewinski)  You understand the
16   question?
17           MR. FRIEDMAN:  No.
18           MR. HOLEWINSKI:  I'm asking the
19        question.
20           MR. FRIEDMAN:  I thought you asked me
21        that.
22           MR. HOLEWINSKI:  No.  He's under oath.
23           MR. FRIEDMAN:  I'm trying to
24        understand it before I object.  I just gave
25        up.
```

1           MR. HOLEWINSKI:  That's fine.

2           Read it back, please, B.J.

3           (The record was read by the reporter

4      as requested.)

5           MR. DAVIS:  Same objection.

6           THE WITNESS:  As I noted multiple

7      times, I did not allocate the occurrence of

8      chemicals in Rome amongst parties that sold

9      or used PFAS-containing compounds.

10      Q.   (By Mr. Holewinski)  Thank you.

11           With -- earlier this morning or maybe this

12  afternoon, Mr. Brooks and you were talking about

13  surface water issues, and in your report, you talk

14  about perennial streams.  A couple questions.

15           Are you a certified ecologist in the state

16  of Georgia?

17      A.   No.

18      Q.   Are you familiar with the Georgia

19  Environmental Protection Division's field guide for

20  determining the presence of state waters that require

21  buffer?

22      A.   No.

23      Q.   With respect to the surface waters that you

24  and Mr. Smith were talking about this morning, the

25  tributaries, did you independently make a

 1   determination as to whether or not any of those were

 2   actually navigable waters of the United States?

 3          MR. DAVIS:  Objection to calls for a

 4      legal conclusion.

 5          THE WITNESS:  You know, as I testified

 6      before, today, I referred to streams as

 7      being perennial, and my understanding is

 8      that typically or maybe always, perennial

 9      streams are classified as waters of the

10      United States.

11   Q.   (By Mr. Holewinski)  Just a couple things

12   following up on your exchange with Mr. Smith on the

13   functional equivalent analysis, the Maui Supreme Court

14   case you and him were talking a little bit about.

15   Your report on Page 26, it goes through those factors

16   and it talks about -- and I'll read a couple.  It

17   says, "The time elapsed from spring to discharge to

18   surface water," the question I have is:  Do you

19   understand the Maui decision to apply to surface

20   waters or navigable waters?

21          MR. DAVIS:  Objection, calls for a

22      legal conclusion.

23   Q.   (By Mr. Holewinski)  What's your

24   understanding?

25   A.   Well, my understanding is that it applied to

 1   waters of the United States.

 2            MR. HOLEWINSKI:  Could you read that

 3       back.  I'm sorry.

 4            (The record was read by the reporter

 5       as requested.)

 6       Q.  (By Mr. Holewinski)  And do you understand

 7   that -- is it your understanding -- strike that.

 8            Is it your view that surface waters is

 9   synonymous with navigable waters?

10            MR. DAVIS:  Objection, calls for a

11       legal conclusion.

12            You may answer.

13            THE WITNESS:  My -- my -- I'm fuzzy on

14       that answer as I've been involved in

15       matters where there has been a legal

16       argument as to whether or not a perennial

17       stream was a navigable stream.

18            MR. DAVIS:  Don't give a legal

19       opinion; give your professional opinion.

20            THE WITNESS:  So --

21            MR. HOLEWINSKI:  That's an objection?

22            MR. DAVIS:  It is.  Go ahead.

23            THE WITNESS:  My understanding is that

24       from the context of this matter that

25       perennial streams would be waters of the

1          United States or are waters of the United

2          States.

3          Q.   (By Mr. Holewinski)  And if that -- and your

4    understanding is based on what, sir?

5          A.   It's based on my experience.

6          Q.   Do you have any experience in -- in -- in

7    making submissions to regulators for purposes of

8    determination of whether or not, for example, a

9    project is a water of the United States for purposes

10   of obtaining a jurisdictional determination?  Have you

11   done any work in that area?

12             MR. FRIEDMAN:  Objection, compound.

13             MR. HOLEWINSKI:  I'll withdraw it.

14         Q.   (By Mr. Holewinski)  Have you done any work

15   involving advising clients in connection with them

16   seeking to obtain a jurisdictional determination from

17   the Army Corps of Engineers?

18         A.   The jurisdictional designation of whether or

19   not it's waters of the United States?

20         Q.   Correct.

21         A.   I -- I can't remember a specific example

22   outside of a few years back, I did look at discharges

23   that were occurring from coal ash piles at more than

24   14 power plants operated by Duke Energy to understand

25   whether or not there was direct discharges from those

 1   coal ash ponds to navigable waters of the United

 2   States.

 3        Q.   Other than that matter, other prior

 4   experience of the kind I asked about?

 5        A.   Well, I was -- I was involved in a

 6   litigation matter in the state of Michigan where an

 7   issue was whether or not the surface waters that were

 8   affected by pumping and affected in terms of lowering

 9   water levels were navigable waters in the state of

10   Michigan.

11        Q.   And what companies were involved in that

12   matter, sir?

13        A.   That was a matter where I represented Nestlé

14   Water North America.  The other side was an

15   environmental group.

16        Q.   Do you recall the name of the

17   organization -- environmental organization or group?

18        A.   The first part of their name was Michigan

19   Citizens.  I forget the last --

20        Q.   That's fair enough.

21        A.   There are two terms in their designation.

22   I'll think about it.

23        Q.   Are you a licensed professional engineer in

24   Georgia?

25        A.   No.

1      Q.   Is anybody on your staff that's worked on

2   this matter, are they a licensed professional engineer

3   in Georgia?

4      A.   I can't remember if Mr. Rafferty is or is

5   not.

6      Q.   Do you -- sitting here today, do you know

7   where the city of Rome gets its drinking water supply?

8      A.   I understood -- or understand that they have

9   an intake.  Their main intake was on the Oostanaula

10   River and they had a secondary intake on the Etowah

11   River.

12      Q.   Do you have any understanding as to whether

13   or not they're receiving water today from the Etowah

14   River?

15      A.   I don't know --

16      Q.   Okay.

17      A.   -- what their sources are today.

18      Q.   As part of your remedy analysis with respect

19   to what's proposed in your report, you looked at other

20   contaminants -- other contaminants that ultimately

21   make their way down toward Rome, and you and Mr. Smith

22   talked about, I think, phosphorous this morning.  You

23   mentioned ammonia.  Is there any other chemical

24   parameters that you considered with respect to your

25   remedy plan?

1      A.   Well, as I testified earlier today, you

2   know, we considered the constituents that you just

3   mentioned:  phosphorus, ammonia, PFAS.

4      Q.   Did you -- are you familiar with the

5   chemical 1,4-dioxane?

6      A.   I am.

7      Q.   It's used in some cosmetic and consumer

8   products; correct?

9      A.   Yes.

10     Q.   Shampoo?

11     A.   Yes.

12     Q.   And are you aware at the City of Rome that

13   1,4-dioxane has been detected down near the City of

14   Rome intake?

15          MR. DAVIS:  Objection to the question,

16      lack of foundation.

17          THE WITNESS:  I was not aware of that.

18     Q.   (By Mr. Holewinski)  And that's a

19   carcinogen; do you know?

20          MR. FRIEDMAN:  Object to the form.

21          MR. DAVIS:  Object to your question,

22      calls for expertise outside his scope.

23          THE WITNESS:  I don't know.

24          MR. HOLEWINSKI:  What do you want to

25      do?  Do you want to -- I'm not sure how

1    much longer I've got.  Do you want to

2    break?

3        MR. DAVIS:  Either way.

4        MR. HOLEWINSKI:  I thought we were

5    going to go until 5:00.

6        MR. DAVIS:  You've got five minutes if

7    you want to keep going.

8        MR. HOLEWINSKI:  Why don't we break

9    now.  I think I'll just be more efficient

10   tomorrow.  If I've got more questions, I'll

11   be able to go more quickly and be in and be

12   out.

13       MR. DAVIS:  Sure.

14       VIDEOGRAPHER:  The time is 4:55.

15   We're off the record.

16       (Deposition adjourned at 4:55 p.m.)

17

18

19

20

21

22

23

24

25

```
 1                    DISCLOSURE

 2
             Pursuant to Article 10.B of the Rules
 3      and Regulations of the Board of Court
        Reporting of the Judicial Council of
 4      Georgia which states:  "Each court reporter
        shall tender a disclosure form at the time
 5      of the taking of the deposition stating the
        arrangements made for the reporting
 6      services of the certified court reporter,
        by the certified court reporter, the court
 7      reporter's employer or the referral source
        for the deposition, with any party to the
 8      litigation, counsel to the parties, or
        other entity.  Such form shall be attached
 9      to the deposition transcript," I make the
        following disclosure:

10
             I am a Georgia Certified Court
11      Reporter.  I am here as a representative of
        Huseby Global Litigation.  Huseby Global
12      Litigation was contacted to provide court
        reporting services for the deposition.
13      Huseby Global Litigation will not be taking
        this deposition under any contract that is
14      prohibited by O.C.G.A. 9-11-28(c).

15           Huseby Global Litigation has no
        contract/agreement to provide reporting
16      services with any party to the case, any
        counsel in the case, or any reporter or
17      reporting agency from whom a referral might
        have been made to cover this deposition.

18
             Huseby Global Litigation will charge
19      its usual and customary rates to all
        parties in the case, and a financial
20      discount will not be given to any party to
        this litigation.

21

22                    Blanche J. Dugas
23                    CCR No. B-2290

24

25
```

 1   STATE OF GEORGIA:

 2   COUNTY OF FULTON:

 3

 4          I hereby certify that the foregoing

 5        transcript was reported, as stated in the

 6        caption, and the questions and answers

 7        thereto were reduced to typewriting under

 8        my direction; that the foregoing pages

 9        represent a true, complete, and correct

10        transcript of the evidence given upon said

11        hearing, and I further certify that I am

12        not of kin or counsel to the parties in the

13        case; am not in the employ of counsel for

14        any of said parties; nor am I in any way

15        interested in the result of said case.

16

17

18

19

20          BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25

```
 1                          CAPTION

 2

 3            The Deposition of CHARLES ANDREWS, taken in

 4   the matter, on the date, and at the time and place set

 5   out on the title page hereof.

 6            It was requested that the deposition be

 7   taken by the reporter and that same be reduced to

 8   typewritten form.

 9            It was agreed by and between counsel and

10   the parties that the Deponent will read and sign the

11   transcript of said deposition.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        CERTIFICATE

 2   STATE OF GEORGIA

 3   COUNTY OF FULTON

 4            Before me, this day, personally appeared,

 5   CHARLES ANDREWS, who, being duly sworn, states that

 6   the foregoing transcript of his deposition, taken in

 7   the matter, on the date, and at the time and place set

 8   out on the title page hereof, constitutes a true and

 9   accurate transcript of said deposition.

10

11   _____

12   CHARLES ANDREWS

13

14            SUBSCRIBED and SWORN to before me this

15   _____day of_____, 20____ in the

16   jurisdiction aforesaid.

17

18   _____        _____

19   My Commission Expires        Notary Public

20

21   *If no changes need to be made on the following two

22   pages, place a check here _____, and return only this

23   signed page.*

24

25
```

```
 1              DEPOSITION ERRATA SHEET

 2

 3   Our Assignment No.  416643

 4   Case Caption:  The City of Rome, Georgia, et al. vs.

 5                  3M Company, et al.

 6

 7   Witness:  CHARLES ANDREWS - 09/19/2022

 8         DECLARATION UNDER PENALTY OF PERJURY

 9   I declare under penalty of perjury that I have read

10   the entire transcript of my deposition taken in the

11   captioned matter or the same has been read to me, and

12   The same is true and accurate, save and except for

13   changes and/or corrections, if any, as indicated by me

14   on the DEPOSITION ERRATA SHEET hereof, with the

15   understanding that I offer these changes as if still

16   under oath.

17

18   Signed on the _____ day of

19   _____, 20____.

20

21   _____

22   CHARLES ANDREWS

23

24

25
```

```
 1                  DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25    CHARLES ANDREWS
```

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
**Charles Andrews on 09/19/2022**                                    **Page 244**

```
 1                    DEPOSITION ERRATA SHEET

 2     Page No._____Line No._____Change to:_____

 3     _____

 4     Reason for change:_____

 5     Page No._____Line No._____Change to:_____

 6     _____

 7     Reason for change:_____

 8     Page No._____Line No._____Change to:_____

 9     _____

10     Reason for change:_____

11     Page No._____Line No._____Change to:_____

12     _____

13     Reason for change:_____

14     Page No._____Line No._____Change to:_____

15     _____

16     Reason for change:_____

17     Page No._____Line No._____Change to:_____

18     _____

19     Reason for change:_____

20     Page No._____Line No._____Change to:_____

21     _____

22     Reason for change:_____

23

24     SIGNATURE:_____DATE:_____

25     CHARLES ANDREWS
```

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

Charles Andrews on 09/19/2022              Index: $400,000..18

Exhibits

AndrewsC-1
 8:9 20:17,
 20 192:20
 206:20
 216:25
 220:19
 221:20

AndrewsC-2
 8:11
 89:15,18
 111:13

AndrewsC-3
 8:16
 95:21,23
 96:12,13
 98:20
 111:12

AndrewsC-4
 8:21
 102:22,23

AndrewsC-5
 8:23
 169:3,4

$

$400,000
 159:12

1

1  10:4
 20:15,17,
 20 28:17

42:5,6
49:16 51:3
52:1,11,17
55:17
56:3,19
66:4 69:14
134:15,23
160:7
165:1
167:3,7
192:20
206:20
216:25
217:12
220:19
221:20

1,4-dioxane
 236:5,13

1,525  159:3

1.3  104:1

1.8  104:2

10  15:16,21
 64:9
 84:14,21
 122:7
 132:12,22
 133:6,11
 138:2,15
 139:1,5
 141:14,17
 144:6
 170:24
 208:19
 219:13,17

10.B  238:2

100  18:1
 51:6 56:9
 84:8 85:7,
 9 87:9,11
 88:13,21
 176:20
 177:18

10:07  48:6

10:18  48:9

11  29:8,20,
 24 66:3
 69:14
 132:12,22
 133:6,11
 134:24
 138:2,15
 139:1
 208:19

110  56:9,
 21,23,25
 57:3
 137:12

112  84:14,
 21

119  30:17

11:23  89:7

12  80:22
 81:1
 132:13,22
 133:7,11,
 16 134:4
 138:3,15
 139:1
 208:19

12,000  61:1

12-year
 75:22

125  51:6

12:25  121:6,
 8

13  68:19
 92:22
 219:15
 221:5,7

13,200  57:14

13.5  217:8

13th  90:3

14  194:5
 209:11
 225:6
 233:24

15  73:10

150  51:8

16  26:20
 216:14

16.3  164:24

164  19:16,
 20

17  65:21
 72:8 81:9,
 10 123:1,6

17-million-
gallon  81:5

17-million-
gallon-per-day
 65:12,18

18  68:17
 216:14,25

**180**   167:6

**180-day**
  167:15

**19**   10:1

**19,200**   57:14

**197**   128:12

**1990s**   65:4
  110:22
  112:22
  114:4

**1997**   71:3

**1999**   225:10

**19th**   10:8

**1:33**   121:9,
  12

─────────────
        **2**
─────────────

**2**   28:18
  43:15,20
  44:1,10
  52:1,4,7
  55:17
  56:3,19
  57:5 58:6
  63:7 73:4,
  7,16 74:21
  89:15,18
  100:17
  103:24
  111:13
  129:24
  138:10
  165:13
  167:2,20

221:20

**2.4**   153:9
  167:4

**2.5**   92:21

**20**   67:19
  70:3,8,14,
  25 71:2,10
  80:8,22
  81:1 86:6
  122:9,22
  147:1
  173:5

**20-million-
gallon-per-day**
  64:17

**200**   51:9
  87:21

**2000s**   86:3
  148:17

**2002**   72:8

**2006**   51:1
  86:18,21
  193:12
  217:20

**2007**   95:19

**2008**   50:25

**2009**   56:7,
  13,19
  72:21,22
  73:8 74:21
  75:9 85:19

**2010**   225:13

**2012**   46:16

49:18,20,
22,24
50:19
56:17
60:10
62:19

**2015**   26:10
  90:3
  111:14

**2016**   26:9
  131:22
  136:15

**2017**   167:23

**2018**   26:7
  50:3,8,10
  57:9 58:19
  59:18
  60:12
  64:22

**2019**   64:22
  193:18
  202:21

**2020**   51:5
  72:23 73:1
  131:23
  135:1,2
  215:25

**2021**   49:18,
  20 50:3,11
  51:5,7,8
  52:18,19,
  21 60:10
  72:21,25
  73:11,19,
  22 74:23

75:10 79:9
82:4 85:19
86:6
109:18
119:2
126:19
127:18
134:25
136:16
193:18
215:15

**2022**   10:1,8
  31:14,18,
  19 32:5
  49:1,24
  62:19
  209:9
  215:15

**21**   50:9
  68:22
  72:7,20
  73:4

**22**   32:7
  49:23 79:2
  83:25 84:6

**23**   84:11,18
  88:11

**237**   74:22

**24**   81:3
  94:11
  155:20
  165:16

**244**   128:15

**25**   58:18
  108:2,17

109:4
150:4,11,
17,22
151:1,3,14
163:22
164:12,25
171:24
172:10

**25th** 57:8
59:18
60:12

**26** 108:20
110:1
112:23
115:4
117:10
119:11
169:21
231:15

**27** 124:24
169:21

**28** 128:7
133:23

**29** 130:14
135:3

**2:41** 168:14

**2:55** 168:17

**2A12** 97:1

─────────

**3**

─────────

**3** 14:8,11
30:11
43:20 46:1
49:14 79:2

80:14,20
95:21,23
96:12,13
98:20
102:21
111:12
122:6
154:5
219:14

**30** 11:14
220:25

**30-plus**
26:17

**309** 75:9

**30th** 95:19

**33** 149:7

**336** 75:10

**35** 149:7
155:10

**352** 128:13

**36** 158:18
206:19

**37** 159:6

**3:06** 175:4

**3:09** 175:7

**3M** 10:6
22:12
23:11,15
49:3,7,8
219:5,10,
12,14,17
224:12

**3m-specific**

216:21

─────────

**4**

─────────

**4** 14:17
68:17 79:5
80:1 82:23
102:22,23
167:4
205:25
206:8,11,
19,22

**4,000** 60:24

**4,341**
136:13,14

**40** 50:16
155:19

**404** 164:2
174:8

**426** 128:16

**4:06** 213:24

**4:18** 214:2

**4:55**
237:14,16

─────────

**5**

─────────

**5** 14:20,22
30:11,15
56:5,22
69:25
78:24
94:11
101:2
167:7

168:25
169:3,4

**5,275** 159:7

**50** 46:10,16
50:16
87:19

**50,000** 36:24

**51** 137:3

**52** 30:19

**537.1** 50:12
66:9
193:19

**5:00** 237:5

─────────

**6**

─────────

**6** 14:25
15:1 49:16
52:2,6
57:7 89:13
94:9
130:14
135:3

**6,000** 58:8

**6,500** 146:21

**6,800** 159:9

**600** 132:6,
9,18

**602** 74:22

**63** 137:4

**68** 30:19

**7**

7  15:4  46:5
62:16,25
76:9,10
78:2  95:25
99:5,25
100:4,23
101:5
105:5
150:9

7,000  146:20

70  41:25

700  37:6

78  134:8

**8**

8  15:8,10
95:15
124:21
126:5
192:19
225:7

80  194:5

837  66:9

88  56:8

8941  90:6

8949  92:13

8950  93:3

8951  93:7

8954  94:2

**9**

9  15:12,14
67:13,21,
22 77:18,
25 127:20
128:5

9,600  81:11

9-11-28(c)
238:14

90s  111:6

91  137:12

93  220:24

97  220:24

98  220:24

9:10  10:9

**A**

a.m.  10:9

A3f  169:23

abatement
188:11

ability
172:2

above-average
61:10

absence
40:25  95:7
135:15,17
170:12

Absolutely
77:8

Abutment
91:7

AC  79:11
80:5,15,21
92:4

accept
224:19

acceptable
13:16  14:1

access
112:19
115:2
124:6,7,10
153:6
164:24
165:9

account
61:13  68:6
76:13
152:19
200:8

accumulate
99:17

accumulated
44:11,15
100:19

accumulation
199:13

accurate
11:14
26:21
84:14  85:3
117:7
139:10
150:6

154:3
156:2
159:4
164:17
172:22

accurately
201:22
202:4

achieve
139:9,25
144:19,23
148:2
151:14
152:6

achieves
139:24

achieving
172:13
186:2

acknowledge
196:6

acres  81:11
159:3,8,9

Act  35:12,
14 36:13
37:17,23
38:24
70:12

action  22:11
23:4
185:23

activated
27:18
41:14
172:11

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022          Index: active..allocation

active
  217:18
  220:22

activities
  39:2 140:7
  201:7

actual  25:9
  130:3
  220:23

ad-  107:4

Adam  10:19

add  100:3
  140:7
  170:15

added  122:23

adding
  135:10
  221:2

addition
  33:2 147:1
  160:12
  193:24

additional
  19:18
  31:15
  48:14
  59:3,6
  62:10 93:1
  124:6,7
  138:20
  140:5,7
  145:2
  146:2
  149:1
  162:25

  175:16
  193:25
  196:13,17
  218:7

address
  183:17
  187:13

addressed
  69:7 159:3

adequate
  18:11,12
  99:20
  100:8,15

adjourned
  237:16

administrative
  36:20 37:1

adsorb  107:5

adsorbed
  200:21

adsorption
  107:8
  158:3
  198:12,19
  199:2,14,
  17

advisable
  196:14

advising
  233:15

advisories
  42:1,9,16,
  22 43:1,11
  45:16

advisory
  42:5,18
  43:8

affect  33:24
  155:2
  157:24
  200:4,13

affected
  234:8

affecting
  63:18

AFFF  211:6,
  21 212:8
  213:3
  228:11

affirmative
  91:21
  110:8
  135:6

afternoon
  121:13
  195:14
  214:5
  230:12

agency  40:1
  43:7 56:15
  210:3
  238:17

agree  29:25
  120:4
  182:21,23
  194:25
  198:11,19
  201:22
  202:3

  203:9,11
  204:17

agreement
  130:24

agricultural
  38:24 39:2
  54:20
  201:7

ahead  167:19
  187:16
  220:11
  232:22

air  154:12
  184:2

Airport
  31:23

Alabama
  26:13 49:2
  194:6,11
  209:11

aligned
  55:2,4

alkyl  13:19

allocate
  183:6
  220:3
  221:16,25
  230:7

allocated
  222:25

allocates
  221:21

allocation
  149:19,25

183:11

allocations
149:21

allowed
22:23
114:17
124:9
193:20
210:23

alongside
165:23

aloud   217:3

alteration
117:2

altered
116:17,18
117:6

alternative
129:8
145:7,12,
13 151:1
156:4,7
173:25

alternatives
141:19
171:7,14

America
10:17
26:12
175:13
216:13
222:4,9
223:7
229:7
234:14

America's
224:2

ammonia
148:9
149:4,9
235:23
236:3

ammonium
220:22

amount   50:1
64:11,20
75:14,23,
25 77:20
83:4
106:23
109:10,20,
23 116:8
117:10,11,
13,15
122:7,12,
15,19,25
123:2,24
129:4
138:8
140:1
157:6
173:15
186:19
190:3
199:19
200:12,15
206:1,3
207:8,13
208:4,5
212:1,5
218:7

amounts
74:16
117:12
125:12
128:12,15
135:7
226:24

analog
184:17
186:9

analogous
17:16,18

analyses
14:12
53:14
66:13
87:25
204:21
219:12

analysis
37:8 53:22
84:11
87:15 88:9
96:1
110:14,18
112:18
114:1
115:9,13
116:4
117:5
118:3
120:21
128:3,6,18
149:3
175:18
176:10,21
187:3

200:13
214:7,18
215:1,19
224:23
229:3,6
231:13
235:18

analytes
66:10,11

analytical
32:22 49:9
66:8 85:2

analyzed
31:3 62:18
83:20
222:3,8
223:6

and/or   85:1
224:12

Andrews
10:1,5,25
11:5 20:22
48:11
89:10,20
95:25
102:25
121:13
168:19
175:11
214:4
216:12
221:16

Andrews'
20:16

Andy   49:6

60:3

annual   62:20
64:7,12
65:7 77:20
79:9
130:9,10
132:4
199:22
202:20

annually
79:4

answering
11:25

answers
239:6

antecedent
82:10
119:4
201:19

anthropogenic
192:16

anti-
degradation
149:13

anticipate
54:8
180:24
181:4
188:19

apologize
76:23
215:15
220:10
222:6

apparati
75:16
98:13

apparatus
74:2 75:17

apparent
62:21
63:4,8

appeared
121:1

appears
98:23
136:11

Appendix
139:6
217:13
220:1,14,
16,18

applicable
91:2

application
13:15
14:20,22
15:4 36:11
40:7 43:21
44:2 68:19
70:1 74:8,
9 78:25
89:14,21
92:7,14,
20,22 96:2
104:17
105:4
107:13
184:5

226:20
227:10,13

applied
54:21
73:5,20
99:12,19
112:13
114:16
116:2
122:13
123:12
145:9,18
231:25

apply   34:3
156:1
231:19

applying
36:17

apportionment
183:1,15

approach
57:19
180:6
209:2,23
215:19

appropriately
182:13
200:16

approved
174:18

approximate
132:13

approximately
19:12
51:7,9

58:8 59:17
68:22
159:8

April   57:8
58:18
59:18
60:12
95:19

aqueous
228:24

aquifer   17:2

arbitration
26:8

area   13:1
17:3 28:1
54:19
79:23
80:15
81:2,24
82:13,21
91:18
92:15
109:21
124:11
142:1
143:17
144:11
153:23
154:3,7
157:3,6
158:3,25
159:7
173:10
229:1
233:11

area-related

80:2

**areas** 25:1
33:10
34:21
79:11
80:5,9,21
82:15 92:4
98:15
112:12
124:13,14,
15 125:11,
14,17,20
143:18
165:3,5,7
173:20
183:12
201:7
205:1

**argument**
227:21
232:16

**argumentative**
195:20

**Army** 164:2
174:8
233:17

**Arora** 215:2
216:5,9

**arrangements**
238:5

**arrays** 154:7

**arrive**
150:11
159:13
213:11

**arrived**
159:14

**arsenic**
35:4,5

**article**
215:13,14
238:2

**ascertain**
154:12

**ascertained**
59:4

**ash** 233:23
234:1

**aspect** 128:6
202:15

**aspects**
170:1

**assess**
119:17
129:8
153:11

**assessing**
40:2

**assessment**
50:6
86:16,20
181:22
186:7

**assign**
135:15

**assisted**
15:14

**Associates**

12:14
13:25 65:5
71:20
72:14
110:21
112:21
114:4

**assume** 11:24
41:1 46:18
57:19
70:14
81:13
123:11
146:15
166:1
211:18
217:6

**assumed** 41:2
57:21 58:1
70:21
86:21
123:7
147:1

**assuming**
122:20
146:11

**assumption**
70:19
80:19,24
81:7,12,20
85:8
101:13
118:5
217:10,11,
22 218:3,
5,8,15

**assumptions**
79:1,5,6
85:2
115:13

**assurance**
32:18,20

**attached**
200:21
219:7,8
238:8

**Attachment**
144:8
160:4
217:13

**attain**
174:14

**attempt**
55:21
205:4,20
209:14
228:8

**attempted**
132:8
133:9
159:15
205:7

**attempting**
33:15
193:14

**attention**
21:24 92:6
124:21,23
206:20
216:24
217:4

attorneys
 31:8
 219:24

attribute
 228:18

attributed
 118:14

Auburn  209:9

author  14:11
 216:2

Authority
 94:10

authorization
 95:11

authorized
 94:14,19

authors
 103:2,14
 106:6

average
 30:15,17
 32:8 37:3
 47:16,17
 56:8 57:22
 62:20
 63:11
 64:7,10,12
 65:7 67:6
 73:16
 75:11
 77:20 79:9
 90:18 91:2
 122:7
 128:13,16
 130:3,9,

10,11,21
131:11
132:4
134:19
136:9,14,
18,20,21
137:2,8,23
138:3,5
149:4
217:7

averaged
 122:9

averages
 47:24

avoid  18:21
 144:18
 166:2,3

aware  39:1,6
 44:20,24
 50:22
 59:23,24
 69:1,3,10,
 12,20
 80:18
 104:21
 107:1
 119:19
 125:24
 126:10,23
 127:1
 133:24
 162:14,17
 165:22
 168:6
 169:13
 173:13,15
 176:23

177:6
185:21
186:10
190:17,18
191:2
194:16
201:1
208:22
209:5
211:11,14
226:19
236:12,17

axis  52:8

_____

B

_____

B-2290
 238:23

B-3  220:18
 221:6

B-7  220:19

B-8  220:19

B-9  220:19

B.1  90:5

B.2  90:11,
 18

B.3  90:21

B.4  91:6

B.5  91:9

B.6  91:16

B.6.  91:19

B.7  91:22

B.8  92:3,6

B.J.  95:20
 230:2

back  14:4
 16:14 39:7
 48:10
 49:13,19,
 24 50:23
 51:3 52:16
 65:4 68:5
 76:9
 78:18,23
 81:25
 86:17 94:8
 96:18
 105:18
 112:1,22
 121:12
 123:8
 135:3
 154:13
 160:10
 168:18
 172:6
 175:8
 198:17
 204:5,17
 205:3
 214:3
 222:19
 230:2
 232:3
 233:22

backbone
 219:8

background
 22:3 23:17
 33:10

57:22 58:1
102:1
178:5
184:12
191:20,25
192:2,5,7,
10,11,13,
24 193:2,
12,15
194:18,22
195:3,18
196:1

bad   65:16

balance
15:12
127:21
203:22,23
208:23
210:2
214:6

balances
65:3

banks   117:24
118:1

barren   201:9

barrier
172:5,8

barriers
171:21,25

base   65:1,2
210:2
226:19

based   37:8
39:21 57:8
59:2 60:9

61:6,21
75:1,7
79:4
84:18,19
88:4 97:3
102:11
127:14,23
128:13,14,
15,17
136:15,21,
23 138:3,
11 145:19
148:21
150:13
159:14
160:6
161:16
164:20
165:22
170:6
171:21
173:18
177:15
180:2,7
181:12
185:10,25
186:22
190:2,3
201:8,13
203:7
206:5
211:15,24
218:5,8,19
219:10
220:13
225:12,14,
19,23
226:5

227:4,8,9
233:4,5

basic   61:21
141:3

basically
60:15
121:18
154:10

basin   133:22
134:1

basing
226:17

basis   41:14
65:8 77:20
79:14
80:24,25
85:8 97:20
130:9,10
132:4
135:9
136:12
176:18
199:22
208:20
217:10,11,
22 218:14,
16 224:18

Bates   92:12
93:3,7
94:2

Bates-labeled
90:6

Battelle
219:12

Bay   35:3

Beacham
10:14

bear   47:13
66:25
108:13
109:14
115:13
134:6,21,
24 151:13
168:9

bearing
115:7

bed   161:1,
16

bedrock
28:15
113:16

began   139:19

begin   72:23
96:2
127:22

begins   98:24
164:11

behalf   22:24
26:3,7,9
37:11,15
49:6 65:3
73:13

believed
57:13

benchmark
184:17

Bend   90:23
148:25

155:12
165:18

**beneficial**
185:2,3

**Benotti**
176:9,11,
12

**Beth** 12:21,
22 14:16,
18 15:15

**Bhavna** 215:2
216:4,6,9

**big** 54:22
88:20
144:24
145:25

**bigger**
139:18

**billed** 20:2

**billing**
19:14

**billion**
153:9
167:4

**binding**
42:19,21
43:11

**bio** 11:13
26:18,19
33:11

**biodegradation**
105:15,23
106:1

**biography**
22:4

**biological**
33:23

**biosolids**
160:14

**bit** 16:20
18:24
34:22
115:19
121:16
133:8
146:25
160:23
185:7
231:14

**Blanche**
238:22
239:20

**blank** 46:23

**blanks** 46:25

**board** 13:12
47:10
238:3

**BOD** 140:23

**bodies**
25:11,15
82:21

**body** 38:6,
8,18 97:18
98:2

**bono** 37:15

**borne** 129:10
164:16

**bot-** 162:11

**bottom** 30:14
52:8 56:5
57:7 62:16
67:22
83:25
84:6,17
130:16
161:15
162:11
192:20

**bounce** 76:9

**boundaries**
25:8 92:8
109:12
172:24
173:2,9

**boundary**
82:25

**box** 89:4

**boxes** 67:6

**Branch** 79:8,
20

**breadth**
171:19

**break** 11:17,
20 48:3,12
50:13
83:15 89:3
121:4
124:3
168:12
169:12
190:17
202:2

213:21
237:2,8

**breakdown**
160:5

**breaking**
204:16

**briefly**
187:4

**broad** 34:4
214:12

**broader** 29:5
148:12

**broadly** 93:1

**Brooks** 10:21
11:5 48:1
175:15
230:12

**brought**
20:23
21:1,2,5,9

**Brusseau**
103:2

**Bryan** 51:17

**buffer**
230:21

**building**
154:17
157:12
181:3

**built** 44:21

**Bullet** 167:7

**byproducts**
147:9

C

C-1  160:7,
  24 161:15

C-10  167:19

C-2  163:6

C-5  163:21
  164:10,24

C-7  165:12

C-8  167:1

C-9  167:1,8

C-Q  215:19

C.J.  202:18

C6  225:15,
  23 226:5

C8  225:19

C8-based
  86:23
  219:4

cal-  40:11

calculate
  32:8 47:24
  53:5 57:15
  58:5 77:19
  87:20
  109:22
  116:7
  130:21
  200:18

calculated
  57:6 105:3
  128:12

132:3
188:20
192:8
209:12
212:20

calculating
40:2,25
47:16
58:10
194:22

calculation
21:10 47:5
53:11 57:2
79:21 88:7
128:4
136:18
137:8,21
147:24,25
152:9
190:1,24
203:22,23
208:23
210:2
228:14

calculationall
y 88:1

calculations
21:13
47:2,13,20
50:1 55:25
56:18,23
58:16
60:19
64:10
67:9,10
77:25 79:1
80:3 82:9

88:2,4
105:1,2
106:21
116:10
121:17,18
122:2,3
130:5,6
131:7,11
147:11,20
149:21,25
151:13,17
170:11
188:16,24
189:10,17,
22 190:9,
15,19
191:6
199:23
209:17

Calhoun
69:15,17
76:2,7
78:7,17,19

Calhoun's
78:12,21

calibrate
160:1

call  21:6
60:15 92:5
113:17
116:14
124:23
142:4
156:24
157:1

called  34:17

calls  18:19
35:21
231:3,21
232:10
236:22

canal  16:1,
7,11 72:24
73:14
166:14

canals
165:23
166:2,4,7,
9,11

cap  141:25
142:2
143:24
144:10
153:23
154:6
171:8,18
173:12

capacities
36:23

capacity
155:20

Cape  215:11

capital
158:20

capped
166:18

caption
239:6

capture  72:5

carbon  41:14

157:18,25
158:3,15,
21 161:1
162:19,21,
22 163:1,
10,11,13
172:12

**carbon-based**
27:18

**carcinogen**
236:19

**carefully**
199:10

**Carol** 98:21
99:11
100:6

**Carolina**
215:11

**carpet** 68:20
69:1,3,21
73:24
75:3,16
83:21
107:5
133:20,24
204:1,6,7
205:5,22
206:2
207:18
217:2,5
223:2
224:11
225:9,11,
18,22
226:3
228:6,16,

20 229:8

**carpet-related**
69:16
125:13
207:18
226:12

**carpets**
106:11
117:3
226:21

**carrying**
148:3

**case** 10:13
12:3,6
18:3 19:13
23:11,21
24:8 47:11
67:7 94:21
112:18
120:5,7,9
155:17
211:19
231:14
238:16,19
239:13,15

**cases** 11:7
17:17
23:2,9
26:12,20
120:3
176:10
180:11
189:15

**catch** 188:8

**catchment**
159:7

215:22

**catchments**
215:3

**caused** 98:13
145:11,13

**causing**
93:15

**cave** 178:25
179:1

**cavities**
178:25

**CCR** 238:23

**CCR-B-2290**
239:20

**cease** 139:22
140:13
143:11
171:1

**cell** 88:9,
10

**cells** 46:24

**central**
172:2,6

**centralized**
172:16

**centuries**
187:22

**CERCLA** 192:9

**certified**
230:15
238:6,10

**certify**

239:4,11

**CFS** 60:24
61:1
136:13

**challenge**
201:23
202:5,9

**challenges**
203:2

**challenging**
202:16

**chance** 119:6
169:10
174:4

**change** 75:25
112:15
115:17,22
116:11
117:4
181:5
185:11
188:20
189:24

**change-out**
158:22

**changed**
52:19
75:21
85:19
193:22

**changing**
54:16
180:24

**channelized**

108:14,18

**channels**
71:6 99:17

**chapter**    15:2
22:2

**chapters**
14:6

**characteristic
s**   34:5
115:5,6,8,
10,14
153:14
155:9
161:13
180:25
189:20
226:4

**characterize**
182:13
190:8,19
191:5
198:8
202:9

**characterizing**
155:21

**charge**
238:18

**Charles**
10:1,5,25

**chart**    128:24
196:7

**Chattooga**
209:20

**check**    89:3

211:18

**chemical**
33:17,23
34:14,16
115:17,22,
25  116:11
117:2,4
176:4
199:4
216:17
225:20
235:23
236:5

**chemically**
116:16

**chemicals**
117:2
222:4,9
223:7,22
224:2,3,5,
20,25
225:11,18
226:3,10,
12,21,22,
23  227:10
228:3,6,16
229:8
230:8

**chemist**
175:20,24
176:1
221:9,12,
13

**chemistries**
225:8

**chemistry**

75:7
175:23
176:2,8
211:15
221:11
225:12,15,
20,23
226:5

**Chemours**
10:20

**chief**    95:18
98:22

**chloride**
160:12

**chosen**
180:20

**chromium**
16:1,23
17:1

**citation**
217:9

**citations**
29:20 30:5
161:5

**cite**    105:24
106:8
167:22
168:7

**cited**    40:4
99:2

**Citizens**
234:19

**city**    10:6,
15  11:7

13:11
23:14,24
28:8 31:4
32:11
42:6,13,
19,22
43:5,11
44:21,24
45:11
51:15,16,
19 65:10
78:16
134:5,9,20
187:10
206:2,4
207:10
211:2,5,16
212:18
222:5,10
223:8,21
224:4,14,
17,25
225:15
228:11,22
235:7
236:12,13

**city's**    45:1

**clarification**
11:22

**clarifying**
103:18
109:3

**clarity**
179:23

**class**    183:5

**classified**

185:9
231:9

Clean  35:12,
14  36:13
37:17,23
38:23
70:12

clean-up
121:14
123:14

clear  24:4
31:10
72:18  74:3
82:6
103:22
108:17
116:3
120:19
159:23
188:23
218:10

clerical
72:17

client  37:13
216:12
222:9
223:7
229:7

client's
224:2

clients
233:15

close  125:21
166:9
168:20

closer  50:18
140:9

co-authors
177:8

Coahulla
134:7,21
135:1,23
136:2

coal  233:23
234:1

coefficient
53:4

colleagues
28:2

collect  18:4
31:10
142:5,8
143:6,20,
21  144:10
150:3
159:21
171:9

collected
31:3,5,7
32:7,11
50:22,24,
25  51:1
56:7  57:8
60:2  62:19
63:10  64:6
72:24
73:12,14
77:13
109:18
127:9

128:14,17
131:23,24
142:10
160:14
181:13
193:17
194:5
199:11

collecting
143:9
171:9
195:2

collection
17:23
28:2,5,10
31:11
140:6
150:5
151:6
154:17
159:7
166:21
172:6
173:12

Colorado
179:15

column  66:14
74:21  75:8
136:11

combined
41:24
55:18
133:17
136:17
137:7,13
146:19

commencement
112:15

comments
19:9

commission
13:12
31:11

common  13:9
39:21
53:23
61:18
141:25
209:23

commonly
114:20
189:11

communication
163:19

communications
157:14,16

companies
68:20
69:2,4
75:3
133:20
206:2
217:3
225:9
226:2
234:11

company  10:6
226:2

comparative
171:15

compare
  130:20
  147:12,20
  149:4
  170:7

compared
  118:10
  161:12
  167:22
  172:21
  194:10

compares
  169:13

comparison
  103:12
  149:10,12
  169:2
  170:17
  181:25

comparisons
  170:12

compatibility
  153:11,13,
  21

compiled
  50:21
  220:1

complete
  124:6
  147:12
  239:9

completely
  145:5
  225:13

complicated

17:25
141:22
185:21

complication
  154:8

component
  152:15
  153:7,22
  158:24
  160:7,21
  165:13
  166:8
  167:2,20
  206:8,19,
  22

components
  40:16
  140:8
  144:7
  145:2,3
  146:7
  154:25
  159:16
  174:6,16

compound
  33:24  46:6
  84:3
  106:15
  120:25
  190:2
  233:12

compounds
  61:25
  66:24
  83:13  84:7
  85:1,14

86:9 87:12
100:13
101:18,21
102:13
104:21
105:16
106:2
107:21
116:12,24
117:14
119:21,25
125:13,15
140:10
141:9,12
147:8
153:13
166:14,16
176:5,6,22
177:10
185:6,8
193:7
199:13,14
200:20
204:8,25
206:1
212:23
223:1
224:15,17
225:14,21,
22  226:8,
9,13,14,
15,24
230:9

comprehensive
  103:2
  207:2

comprised

66:12

computer
  179:23
  180:3,20,
  23,24
  181:16
  182:8,10,
  12  188:24,
  25  189:6,
  7,8,10,13,
  25  190:9,
  16,19
  191:7

computing
  202:20

con-    43:25
  194:7

Cona-    209:18

Conasauga
  14:9 25:16
  30:13
  31:20,22,
  24  32:1
  44:4  45:24
  46:2  50:22
  63:7,10
  66:5  70:4
  76:5  77:23
  78:10,19
  82:15
  93:20,23
  107:15
  108:8
  109:13
  135:4,11,
  20  140:19

141:2
145:24
148:18
150:23
152:6
193:7
196:3
203:14
204:14
205:10
207:15
212:6,8
213:5

conceded
221:8

concentrate
200:17

concentration
30:16
47:16
53:22
54:1,2,5,8
55:1,3,5,
11,15 56:8
57:15,22
58:5,10
62:21 63:3
75:5 76:19
77:2 79:22
127:25
129:11,18,
20 136:22,
24 137:3,
16,19,23
138:3
157:20
200:16,17

202:11
212:19
214:17

concentrations
30:18 32:8
37:4,6
40:18
41:5,6,15,
16,24
42:15 46:6
49:17
52:3,8,16
54:13,24
57:13
61:19,22,
25 62:13
63:18
66:4,12
67:14
69:13,18,
23 72:19
73:5,19,21
74:12,24
75:12,21
76:11,12
77:10
79:7,10,
15,17,23,
25 81:21
82:2,24
83:1,10,12
85:18,23
86:5 88:25
105:21
107:20
109:16
111:3
116:24

125:9,15
128:13,16
129:21,25
130:22
131:20
132:1
133:18
138:5,12,
13 141:12
145:15,16,
17,20,22
146:16,18,
20,23
148:22
149:5
166:25
168:3,5
184:3
188:2,19,
20 189:23
192:8,14,
15,24
193:2,6,21
194:1,8,
10,23
195:9
198:2
200:4,9
203:3,5
210:9,17,
22 212:1,
16 224:16

concept
143:9
154:2

concepts
52:25

conceptual
179:23
180:5
197:17

conceptualize
174:3

concern
33:18,25
153:20

conclude
97:20
103:14
120:1
125:5
199:16
207:23
226:11

concluded
85:5
130:23
199:19
200:14

concludes
88:12

concluding
120:21
131:9

conclusion
35:21 77:7
79:14 83:8
110:16
116:22
120:10,13
126:15
129:9
132:19

138:24
142:13
145:19
146:16
150:20,21
169:14,18,
21 182:11
200:11
213:12
224:19
231:4,22
232:11

conclusions
169:22,25
208:21

condition
60:12

conditions
28:21
29:2,5,7
50:9 63:15
82:7,10
93:11,21
97:2,3
104:10,11
118:21
119:4
129:9
142:14
157:2
172:17
181:12,15
194:18
201:20

conduct
93:22
144:12

180:11

conducted
18:7 31:14
32:2,4
49:6 56:15
59:1 65:3
82:4
110:21
126:20
128:6
158:5
176:18
177:10,11,
15 189:18
192:14
204:21
224:9

conduits
178:18,20

confidence
203:13
218:25
219:18
226:11

confident
204:23

confidential
22:18

confirm   53:1
93:22
94:20 99:1
114:2
156:25
163:14

confirmed
118:20

confluence
31:25

confused
222:18

conjunction
15:18

connection
179:4
180:10
233:15

consequence
154:14

consequences
148:5
154:16,18
164:23
165:9
174:6

considerable
221:10

considerably
117:16

consideration
104:25
118:3,4
148:9
158:13
170:10

considered
33:2 39:3
41:19,23
50:8 62:8
65:2 71:23
78:4 79:21
81:18

85:12,16
102:6
104:16
115:8,11
118:12
122:3
126:22
148:21
149:15,16
153:15,18
155:6
156:9,11
158:8
162:3,4
165:10
167:12
170:9
178:2
182:10
186:14
200:1,7
212:15
213:2
214:18
235:24
236:2

consistency
212:16

consistent
97:8
104:24
204:22

consistently
66:11

consists
66:1 67:24
171:24

constant
  54:7
  123:11
  167:16

constituents
  101:8,9
  109:7,11
  158:1
  166:25
  191:12
  236:2

constitute
  208:14

constrain
  160:25

constraints
  24:25
  155:1
  166:4

construct
  151:7
  172:9,11

constructed
  150:5
  164:25
  175:1

construction
  28:9 35:7

consultant
  49:7 51:18
  71:11
  157:8

consultants
  31:7 32:12
  123:17

consulting
  157:4

consumer
  236:7

contact
  161:1,16
  163:13,16

contacted
  238:12

contactors
  161:24
  162:6

contained
  14:13
  15:22
  59:25
  125:6

contaminant
  33:14,16,
  18 34:2
  54:17 92:8

contaminant-
specific
  34:2,5,7

contaminants
  34:4
  198:14,21
  235:20

contaminated
  28:11,13
  34:20 35:4
  143:6,10

contamination
  54:11
  55:12

187:24
195:5
205:6
208:25
211:12,22,
24 213:5

contemporaneou
s  200:3

contending
  98:3

content
  40:17
  217:5,25
  219:22

context
  38:16
  43:25
  44:14
  107:24
  108:3,21
  193:5
  232:24

continuation
  93:7

continue
  99:17
  140:21,25
  143:14
  161:22
  187:20
  206:24
  207:1

continued
  141:6
  147:22

continues
  44:1
  187:21

continuing
  141:7,9

continuous
  112:11

continuously
  111:19

contract
  238:13

contract/
agreement
  238:15

contrary
  188:3

contrast
  72:4

contribute
  88:24

contributed
  14:7
  77:21,23

contributing
  62:1 134:9
  141:4
  206:15

contribution
  15:7
  125:20
  135:15,16
  138:16
  195:4
  200:19

208:25
212:8
220:3
221:17
222:1

contributions
15:11
54:15
131:1
142:15,17
172:21,22
196:2
207:15
209:17

control
32:18
90:14,23
91:7

control/
quality
32:20

controlled
172:16

conversion
81:3

convert
36:10 40:7

converting
148:6

conveyance
38:13
154:19

Coosa  57:9,
13 59:16
78:14

131:21
194:9,11

Coosawattee
46:6 64:1
69:21
76:11,13,
20 77:2,7,
10,21
78:5,9,14,
16,18
133:22
134:1,17
205:9

Cope  95:18
98:22
99:11

copies  21:5,
9

copolymers
73:23
74:13,17
75:14
83:20
86:2,22
106:10

copy  20:4,
10 21:2
89:16
95:22
169:6

Corp  164:2
174:8

Corporation
17:20 26:8

Corps  233:17

correct
11:11
12:3,14
24:6,8
31:20 40:9
49:4,21
55:19
66:17,21
67:3 71:1
72:5,6
77:11 82:7
89:23
94:22 98:5
100:10
108:20
110:7,16
111:7
114:12
118:22
121:21
124:19
126:1,12
127:9
130:9
138:20
141:15
150:9
153:9
158:10
159:10
161:6,13
163:5,11
169:1
178:3
186:11
189:1
194:14
195:12,16

196:9,20
206:10
217:23
218:4,5,
11,16,22,
23 221:9,
25 222:5,
11 227:15,
20 233:20
236:8
239:9

correcting
93:14

correction
72:17

correctly
66:15
146:1
148:16
159:2
204:24

correlated
129:17

correlation
52:3,5
53:20,22
63:13
129:1,3,
11,12

correspond
61:4,9

corresponds
57:7

cosmetic
236:7

cost 156:2,
4,23 157:2
158:21
159:11
160:8,18,
24 161:24
163:14
165:13
167:2,20
170:4,7
173:23

cost-effective
155:14
172:15

cost-effectiveness
186:11,13,
14,15,17

costed 187:1

costing
166:10
170:3

costs 154:21
156:17,19
157:2,4,8
158:20
160:19
163:8

Couch 98:21
99:11
100:6

Council
238:3

counsel
10:10

18:16,25
19:3,7
20:11
21:11
111:23
238:8,16
239:12,13

counted
26:19

County 211:5
239:2

couple 19:15
22:4 31:2
32:10 39:7
59:9 65:1
67:1 89:17
119:9
121:14
151:18
160:5
161:20
180:22
230:14
231:11,16

courses
175:22

court 10:23
38:13
108:16
110:6
120:1,13,
18 121:1
231:13
238:3,4,6,
10,12

cover 175:15

201:11
238:17

covered
125:25
175:14

create 198:4

creates
200:22

creating
146:9

credible
124:1

creek 25:16
31:25
66:25 67:1
69:15,17
79:8
133:18,21
134:7,21,
24 135:1,
24

criteria
149:6

criterion
173:17

critique
177:14

critiques
177:20

cross-reference
30:5

cross-references

30:1

cubic 58:9

curious
129:8
131:3

current
45:16 50:9
93:14
140:17
148:22
149:6
153:5
155:9
181:11,15
185:6
206:24
207:9

curve 60:15,
18

customary
238:19

customers
42:15

cut 208:9

CV 26:6

CX 226:5

---

**D**

D-U-F-L-O-W
184:10

D7 93:2,4

D8 93:19

D9 94:1

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022          Index: Daikin..data

**Daikin** 10:17
175:13
216:13
217:5,7
219:16,22,
25 220:4,
20 221:17
222:1,4,9
223:7,23
224:2,12,
21 225:10,
13 226:7,
25 227:1
228:9,16
229:7

**Daikin-based**
226:22

**Daikin-sourced**
226:15

**Daikin-specific**
216:16

**Daikin-supplied**
224:24

**daily** 136:15

**Dalton** 10:21
11:6
13:10,11,
14 14:17
15:13
24:7,18
36:10
40:21
43:21 44:1
45:5 65:3,

10 68:19
69:2,5
71:12
74:1,5
75:3
89:13,21
98:22
105:7,20
109:21
111:23
123:16
126:10
127:21
134:6,9,20
157:3
193:8,9
199:12,20
205:1
206:3,4,
13,23,25
207:10,14
217:2
224:11,14
225:9
228:7,17,
22

**Dalton-whitfield**
94:9

**Daly** 10:18

**dam** 164:1,
25 165:6
174:7
181:3

**dams**
163:22,25
164:12

172:10

**data** 30:5,
12,24 31:1
32:7,11,
19,23,24,
25 33:1,3,
5,7 49:15
50:3,19,
21,23,25
51:2,4,10,
13,14,22
52:10,14,
16 53:15,
18 56:13,
17,18
59:4,21,23
60:1,2,6,
10 61:6
62:9,22
63:7,9
64:20,22
65:9 66:18
69:10,13,
22 72:21
73:7
74:10,15
78:1,4,21
79:21,23
80:10,12
82:20
83:7,9,16,
17,19,22
86:4
109:14,16,
17,18,19
111:2,20
114:6,24
116:22,23

117:12
118:20,25
119:1
125:8
126:11,13,
14,17,21,
22 127:24,
25 128:14,
17 131:7
132:2,10,
19 134:13,
21 135:18
136:6,9,
10,15,17,
21,22,23
137:2,7,
11,12,14,
16,20,25
138:3,4,
11,18,20
140:6
142:10,11
144:14
145:14
146:14
159:21
164:21
180:7
181:13
182:13,19
183:12
193:9,16,
17 195:7,
25 199:11
202:10,11
203:7,10,
13,24
212:19

216:17
218:6,8
227:5

database
180:12,17

dataset
196:12

date  20:2
117:17
215:14

dated  95:18

dates  66:15
67:2,7

daunting
142:3

Davis  10:12
16:19
18:18
21:14,18,
23  25:22,
24  30:7
35:20
48:1,5,22
49:6,9
51:21 60:3
65:15
70:16
71:17
76:21 77:3
81:16
84:15 89:6
95:9 96:14
98:7
102:10
103:11,17,

21  106:3
116:6
118:23
119:6
121:5
129:13
138:22
139:11
144:21
147:14
151:22,24
152:13
155:4
156:20
168:11
169:8,17
170:18
176:11
178:1
179:17
180:14
183:19
187:14
189:2
190:10,21
191:9,21
194:19
195:19
196:23
197:2
198:25
201:24
202:6
203:16
208:1
212:10,12
213:20
214:20

216:2,6
218:17
220:5,8,12
222:14
223:11,16
224:6
225:2
227:17,23
229:12
230:5
231:3,21
232:10,18,
22 236:15,
21 237:3,
6,13

day  25:6
36:24
63:20 64:4
65:22
68:23
81:1,2,10
122:9
123:2,6
124:8,9,18
127:8
147:2
155:19,21

day-to-day
64:3

days  151:18
167:6
209:13

deal  166:4
185:8

decade
185:23

decay  191:13

decide  29:15

decided
211:20

decision
38:13
108:16
110:6
130:2
231:19

decreased
85:24

default  13:8

defendants
20:11
26:3,5

defendants'
20:20
89:18
95:21,23
102:22,23
169:4

Defense
169:3

defer  221:12

deferring
176:9

defined
91:19
139:20
157:19

defines  96:9
97:2

definiteness
  226:17

definition
  37:24,25
  38:1,4,12

definitional
  38:23 72:1

definitions
  38:20

defluorination
  119:21

degradation
  34:9 73:23
  74:3,7
  84:3,4
  101:10
  102:3,5
  106:9,12,
  13,17,21,
  22 115:20
  119:14,24
  147:9
  175:18,19
  176:10,14,
  17,19,24
  177:9,14
  225:17,18,
  22 226:9,
  12 227:6

degrade
  86:19,23
  87:2 88:24
  106:24
  166:15

degraded
  144:3

degrades
  34:8

degrading
  74:20
  75:18,23,
  24 86:9,10
  87:13

degree  87:3
  119:12,17
  152:21
  183:2
  218:24,25
  226:11

Delaware
  210:17,18

deliberate
  130:2

demonstrative
  83:15
  188:18
  194:7,14

demonstratives
  48:21
  128:22,23
  131:16
  194:2

denied
  124:10

dense  201:11

department
  90:2 95:17
  210:15
  211:6,17

depend

157:20

dependent
  84:24
  174:13

depending
  63:19
  155:23
  183:25

depends  54:4
  166:19
  199:3

depict  72:10

depicted
  52:10
  133:11
  150:8

deposed
  11:11,14

deposited
  101:11

deposition
  10:1,4,7
  20:24 21:2
  48:13,19,
  21 121:9
  211:1,3
  237:16
  238:5,7,9,
  12,13,17

depositions
  26:17

depth  173:18

derive
  112:14

138:15

describe
  33:13 38:7
  40:14
  63:21
  72:20
  84:24
  101:5
  105:22
  128:5,19
  139:24
  144:24
  162:2
  181:11,15
  189:20

describing
  34:6
  155:11

description
  70:1 85:11

design  15:25
  17:11,23
  27:4,6
  35:1 42:2
  92:20
  139:21
  140:4
  153:3
  154:6,9
  155:19
  158:5,6
  159:1
  164:20
  165:11
  171:1

designated

72:15
125:19

designation
233:18
234:21

designed
18:3 27:12
98:4
105:9,12
107:12
108:25
140:22
143:11
161:23
162:5,12

designing
157:12

detail   17:8
43:19 84:4
95:1
125:24
158:13

detailed
134:2
144:7
149:16
160:4
176:17
179:14
227:25

details
60:17
156:12
170:10
187:9

detected
66:4,7,11,
13,19,24
83:13
194:8,11
197:23
212:5
222:5,10
223:8,21
224:4
236:13

detection
42:2
46:14,20
47:4,7
50:12,15,
17 193:19
226:8

detects
66:10

determination
208:13
213:3
231:1
233:8,10,
16

determine
37:3 55:21
59:22 65:7
192:14
196:12
224:23
229:9

determined
36:5 224:2

determining

84:12
208:25
230:20

deterministic
180:2

develop
85:13
134:18
174:1
204:12

developed
154:6,9

developing
18:16

devote
216:15

devoted
216:21

diameter
165:16

difference
64:12

differences
88:20
161:8,11
226:20

Differential
215:19

differentiate
38:9 195:4

differently
52:11
78:20

difficult
84:12
129:14
143:19
159:17
184:19

difficulty
223:19

Difilippo
12:25
176:16,24

digesters
59:14,22
60:7

digital
181:18

diluted
62:12

dilution
61:14,21
62:5
115:17,22,
23

direct   36:11
38:15 40:7
98:1,14
107:14,16,
23 108:1,
7,10,17,
23,25
110:2
120:22
148:7,18
154:15
169:17

196:11
206:16,20
216:11,24
217:4
229:2
233:25

directed
108:15
134:6
228:23

direction
113:17,18
193:23
239:8

directly
45:25
97:5,14,
17,21
126:24
166:6

director
98:21

discern 59:3

discharge
15:5 18:5
36:8,11,18
38:6,8,12,
15,16,18
39:3 40:8,
16 41:1,3
54:5 59:15
60:7 68:21
91:11
94:12,18,
21 95:12
96:5,9,23

97:3,7
98:14 99:8
100:14,24
101:4
107:23
108:15,23
109:1
110:2,19
112:3,24
116:17
117:18,21
118:2,6,9,
17 120:22
124:25
133:20
140:10
141:1,2,10
145:1
148:18
154:15
178:10,17
186:20
192:17
206:13,25
210:13
214:17
215:9
228:21
229:2,10
231:17

discharged
68:2 97:5
166:6
178:9
224:13

discharger
192:17

discharges
15:8 59:25
69:4,16
107:14,16
108:1,2,8,
11,17,19
120:17
124:22
125:6
139:22
140:18
141:11
167:21
171:2
173:8
185:4
187:21
188:1,5,6
208:14,15
217:2
233:22,25

discharging
17:22 79:3
109:12
117:22,23,
25 140:1
148:7
165:18

disclosed
12:12

disclosure
182:15,16
238:1,4,9

discontinuatio
n 147:13,21

discontinue

144:9
145:5
148:1

discount
238:20

discrete
38:5,8,12

discuss
64:18 84:4

discussed
85:17,20
96:4
101:18
126:5
128:22
129:24
145:14
195:9
203:6

discussing
30:25 31:1
50:13
101:25

discussion
123:15
167:22
176:18

disk 158:9
162:13,14,
17,22

dispersion
183:18,23,
25 184:1,
2,5,6,8

disposal

143:18
144:11
160:19

disposed
160:14

dispositive
117:5
119:15

dissolved
33:19
101:8
158:12,14
162:18,21
163:1
200:20

dissolves
178:24

distance
99:20
112:24
113:3,4,5,
7 114:19,
21 120:2,
4,6,14,16,
25

distributed
64:11,21
83:2
116:16
122:8

distribution
67:25
72:24
73:14
152:16,22
183:14

diversion
78:17

diverted
158:19

Division
31:6 32:12
90:3

Division's
230:19

document
29:16,17,
25 73:9
89:11
203:1

documentation
110:20

documented
171:15
198:9
213:9

documents
28:19,20,
24,25 29:9
30:2 32:15
48:18
97:25
111:22
147:25
194:17,22
205:16

dominant
71:3,14,18
72:4
151:10

Don    95:17

98:22
99:11

downgradient
112:12
113:18

downhill
113:17

downriver
212:17

downslope
112:12

downstairs
89:4

downstream
58:18
59:16 69:5
91:18
215:10
224:4
226:10

downwind
184:4

draft    19:8,
10

drain    67:15
153:8
167:2,4

drainage
79:24 80:2
167:13

drainages
82:17

draining
66:6

167:10,13

drawdown
167:9,14,
17

draws    76:2,4
78:8

drier    61:12

drinking
76:2,4
78:8,12
92:9
140:15
235:7

drive    54:18

driven    55:9

drop    74:23
75:5
188:19

drops    74:22

Drowning
66:25
134:6,21,
24

dry    62:3
82:7,8
98:16
104:11
118:10,18
119:5

due    65:22
101:23
104:16
118:16
181:1

Duflow    184:9

Dugas    238:22
  239:20

Duke    26:9
  233:24

duly    11:1

Dupont    10:19
  86:14,17,
  21,22,24
  217:7,12,
  19  219:5,
  16,25
  220:17
  224:12,20

Dupont/
chemours/
invista
  226:6,14,
  23,25
  227:2

Dupont/invista
  218:1

duration
  60:15,18

DWSWA    14:25

dye    114:18,
  20  214:15

_____

         E
_____

e-mail
  170:20

earlier    20:4
  56:16
  61:18

70:11
83:14
100:16
101:18
106:17
108:11
131:17
139:8,14
156:14
163:23
164:22
167:22
168:2
170:6
171:20
187:3
195:14
196:7,15
203:7
221:8
223:4
230:11
236:1

early    51:7,8
  86:3,13
  148:17

earthen-bermed
  150:5
  154:17

East    142:22

Eastern
  17:19
  178:7

EBCT
  157:19,25

ECHO    180:11

ecologist
  230:15

effect    61:21
  145:25
  213:15

effective
  61:13  62:5
  90:1  140:4
  150:22
  158:2
  162:14,18

effectively
  166:3

efficiencies
  172:14

efficient
  237:9

effluent
  37:5
  39:14,21
  40:15
  64:21
  68:9,11
  69:19,23
  74:14
  83:11
  85:19,24
  90:18
  91:2,10
  97:4,6
  98:2
  101:8,9,
  12,15,17,
  19  102:19
  109:20
  112:13

114:15
139:16
140:24
141:8
145:18,20
146:7,15
148:23
149:5
155:13
166:5
208:6

effort
  159:20

elapse
  110:18

elapsed
  112:3,7
  231:17

electrical
  152:16,20,
  22

element
  160:8
  165:14
  167:2,20
  206:22

elevated
  17:22
  125:1,6,15
  126:15
  141:11
  192:16
  210:8,16
  212:1
  224:16

eliminate
  145:1

elimination
  36:8

Elmo  23:14,
  20

embedded
  185:12
  189:9

emerging
  99:16

emissions
  184:1

empirical
  114:6
  116:23
  146:14
  180:7

employ  53:14
  239:13

employer
  238:7

empty  161:1

end  28:17
  44:10
  78:10
  100:23
  105:17
  131:23
  168:20

ended  23:18
  79:24

ending  90:6
  92:13

93:3,7
94:2

endpoint
  132:16

ends  165:14

energy  26:9
  174:13
  233:24

enforcement
  22:11

engagement
  178:11

engineer
  13:6 28:6
  234:23
  235:2

engineeringly
  151:6

Engineers
  233:17

ensure  97:2

entered
  25:15
  78:18

entering
  54:11
  101:9
  111:1,4
  113:19
  117:10
  131:8
  207:11

enters  44:4
  113:10,12

entire  81:11
  122:20
  123:12

entities
  183:7,15
  221:22

entitled
  66:4 73:4

entity
  156:23
  238:8

entries
  46:24

entry  46:10,
  15 135:4
  136:20

Environ
  86:21
  217:19,22,
  24 218:2,
  11,15,20,
  25

environment
  86:11
  198:14,22
  199:3
  209:8
  215:7
  217:21

environmental
  16:7,15,23
  31:6 32:12
  34:14 43:7
  56:15
  81:14

86:20
88:18 90:3
154:25
210:15
230:19
234:15,17

environments
  102:14

envision
  66:1

EPA  39:15
  42:9 50:11
  59:2,18
  66:9 73:9
  86:25
  142:10
  156:1
  160:24
  180:16
  190:18,23
  191:1,19
  193:18
  194:17,21
  199:11
  209:16

EPA's  180:11

EPD  98:21
  149:20

EPD's  149:19

ephemeral
  70:25 71:6

equal  80:21

equations
  180:3
  189:19

equivalency
  38:15
  121:2

equivalent
  108:16,25
  110:1
  113:9
  120:22
  169:24
  191:6
  217:6
  219:13
  231:13

equivalents
  217:12

Erica  12:25
  176:16

erosion
  181:25

erosional
  97:12

error  73:2

essential
  207:14

essentially
  75:21
  171:24

establish
  30:13
  39:20
  40:20
  41:11
  67:12
  110:15
  112:7

  114:18,21
  116:4
  157:8
  159:1

established
  39:9,15
  44:6

establishes
  92:14

establishing
  195:17

establishment
  191:20
  192:11

estimate
  44:8 65:12
  85:13
  130:11
  138:1
  156:2
  159:11,22,
  23 164:24
  167:3
  184:3
  202:12
  218:6
  219:13

estimated
  60:23
  84:2,8,20
  85:6 135:4
  206:3
  219:16,17

estimates
  85:7
  88:12,14

  106:23
  109:22
  130:21
  135:9,10
  156:25
  163:14

estimating
  156:17
  190:4
  201:22
  202:4
  203:2

estimation
  131:3
  216:19

et al  160:25
  167:23
  215:7

ethyl  219:7

Etowah
  57:20,21,
  24 58:9
  235:10,13

evaluate
  28:20 29:1
  53:14 59:5
  106:1
  113:3,4
  156:23
  161:8

evaluated
  59:21 65:5
  79:17
  163:25
  164:6,9,

  12,14
  165:11
  195:9
  199:11

evaluating
  78:13
  178:16
  192:24
  194:18

evaluation
  39:23
  40:12 59:4
  60:9 74:14
  148:4
  149:9,16
  150:13,15,
  16 177:19
  179:14,25
  181:18
  192:13
  193:15
  202:20
  207:21
  209:12
  212:8

evaluations
  148:12
  177:13
  185:25
  204:23
  209:16
  224:8

evaporates
  99:18

evaporation
  81:18

123:4,5

evapotranspira
tion  64:13,
25 65:13,
19 81:6
109:22
121:19,23
122:4,11,
15,19,24
123:3,8,9

event  31:13
119:2
130:7
137:15,17

events  18:3
59:1 62:11
63:12
66:17
137:20,25

eventually
166:15

evidence
125:5
239:10

exact  108:12
127:25
205:10

EXAMINATION
11:3 175:9

examined
11:1

examining
206:14

examples
26:15

29:11,13,
20 32:13
34:24
134:11
179:20
191:16
210:5

excavation
35:7
173:18

exceed  92:8

exceeded
60:24

Excel  189:16

excellent
96:20

exceptions
25:14
38:23

excess  60:16
205:2

exchange
27:21,23,
24 156:5,
8,11 168:7
169:1,14,
15 170:1,7
231:12

exclude
137:19

excluded
26:23
193:11

exclusive

120:19

exclusively
210:2

excuse  26:13
33:6 76:5
111:13
188:8,19
198:16
213:18

executive
95:18
98:22

exemption
39:1,4

exemptions
38:23 39:6

Exhibit
20:17,20
89:15,18
95:20,21,
23 96:12,
13 98:20
102:22,23
111:12,13
169:3,4
192:20
206:20
216:25
220:19
221:20

exhibits
21:6 48:18
89:3

exist  142:21

existing

60:9 94:19
152:20
227:5

expect  54:12
85:23
129:21
153:18

expecting
74:3

expended
174:13

experience
22:5,10,
13,15,17
23:1,3,10,
12 27:1,3,
17,20,22
28:1,5
33:10
34:11,23
102:12
159:15
177:9
180:18
185:25
186:1,23
200:23
206:5
209:25
211:25
233:5,6
234:4

experiences
19:6 27:14
142:24

experiment

112:20,21

**expert**  12:2,
  6 19:4,6,
  13,24
  20:16
  23:13,21
  30:4 31:12
  40:14
  48:13
  49:7,8
  51:19 52:6
  53:13
  89:22 99:4
  104:15
  123:22
  128:8
  129:24
  134:23
  135:25
  176:7
  183:17
  197:21
  208:19
  209:6
  217:14
  221:12
  225:6

**expertise**
  13:1 24:1
  33:11
  34:1,21
  53:23
  110:11
  113:3
  236:22

**experts**
  28:20 29:1

**explain**
  178:20
  183:3
  197:6,18,
  19 198:2
  203:22

**explained**
  47:23
  163:24

**explanation**
  61:3,6
  73:18
  74:23
  75:11,13,
  20 86:8
  131:5
  221:2
  228:1

**explanations**
  198:5

**explicit**
  95:2,11

**explicitly**
  105:3
  124:12
  140:2
  195:25

**explored**
  141:19

**exploring**
  78:24

**expressed**
  92:18

**extensive**
  29:9

131:19
181:14

**extent**  22:23
  41:13
  115:16,21

**extra**  169:8

**extrapolate**
  87:4

**extrapolated**
  203:14

**extrapolating**
  203:19

**extras**  89:17

**extremely**
  105:21
  209:22

_____

        F

_____

**face**  45:3
  96:19

**facetious**
  142:4

**facilities**
  69:7,11,
  16,18
  73:24
  75:17
  204:7
  206:23
  228:21

**facility**
  28:8 35:5
  59:12,15
  69:21

174:3

**fact**  17:25
  18:12 25:5
  36:9 39:25
  53:1 62:12
  68:10 86:1
  118:14,16
  145:22
  202:8

**factor**  18:1
  32:6 34:9
  58:12
  85:25
  103:25
  106:20
  110:15
  112:2,7,23
  115:4,16,
  21 116:4
  117:9,18
  118:11
  151:10,12
  152:15
  173:11
  198:13,20

**factored**
  58:10
  106:22

**factors**
  63:18,21,
  24 65:1
  81:14,15
  87:6
  103:24
  110:6,9,10
  112:1
  119:11

120:3,5,9,
11,12,15,
18,20,23
157:24
201:20
227:9
231:15

failure
98:12

fair  11:25
15:20 17:4
28:9 35:11
46:18
61:21
68:15
107:4
146:4
153:1
157:5
167:6
171:3
187:8
195:7
201:13
204:3
234:20

fairly  17:21
22:2 35:2

fall  143:13

familiar
36:12
37:18
38:22 39:8
52:25
59:11
103:5

149:20
177:7
179:1
181:18,21,
24 182:2,
4,6,25
183:18
187:7,9
191:7
192:4,7
202:17,19
215:12
216:8
230:18
236:4

familiarity
35:12
59:13
70:12
183:3

familiarize
93:5

family
13:18,21

fashion  14:4
63:14
137:13

fast  87:21
88:24
182:2

fate  23:25
33:12,14,
16 34:2,10
81:14
102:1
198:14,21

Fear  215:11

feasible
140:25
143:4,22
151:6
154:3
173:25

feature
97:12

features
82:13

federal  28:7

Feel  103:7

feet  58:9

ferric
160:12

fewer  150:17

field  24:16
25:6 30:4
32:21
82:19
91:9,18
92:15
97:15
98:10
110:22
112:11
124:2
125:14
127:16
150:14
182:22
192:5
197:10
200:24

216:9
230:19

fields  54:20
79:4,11
81:2,9,24
91:11,24
114:7
125:2,22
144:10
145:6
173:10,13
201:8

figure  49:16
51:3,4,11
52:1,2,4,
6,11,17
55:17
56:2,3,19
57:5 58:6
63:7 81:6
129:24
133:6,16
134:4
138:10
158:22
225:7

figures
49:15
56:19 67:5
132:12,22
133:3,5,11
138:2,15
139:1
208:19

file  198:9
213:9,16,
17

**files** 21:10
32:15 88:7

**filters**
158:9
162:13,14,
17,23

**final** 153:3
158:4,24
164:20
165:11
166:19,20

**financial**
238:19

**find** 67:21
170:14,16
204:11
210:11

**fine** 26:15
60:22
216:23
223:16
230:1

**fingerprinting**
224:24

**finish** 11:19
121:15
139:6
227:23

**finished**
179:17
186:4

**finishes**
220:5

**fire** 211:5,

11,17

**firefighting**
211:6,11,
14,21,23,
25 212:2
213:3,4
228:11,18,
25

**fires** 212:3

**firm** 12:13
13:25 16:9
157:4,10

**fit** 52:14,
24 53:1,6

**fitness** 53:5

**five-minute**
168:11
213:20

**fixation**
35:7

**fixes** 141:20

**flat** 154:2

**flawed** 218:3

**flip** 90:21
93:6

**floodplain**
173:17

**flow** 18:1,2
38:24
47:17
52:4,7,12,
22,23
53:20,22

54:1,3,8,
12,14,16,
23 55:1,3,
5,10,16
57:14
60:12,15,
18,23
61:4,8
62:2,11,
20,21
63:3,12,25
64:6 67:23
68:6 70:4
71:5,21,
22,23 72:5
77:6,11,
12,14,18,
19 79:22
80:5 90:8
97:13,21
98:1
99:15,16,
17,19
100:6
108:22
109:19
112:12,16
113:6,16,
19,23
114:8
128:14,17,
18 129:2,
4,9,11,12,
17,18
130:3
136:5,10,
11,12,14,
19,23,24

137:11,17,
20,25
138:4,6,12
143:14
146:2,6,10
147:6
172:23
173:2
178:14,15
202:10
203:5
207:16
229:10

**flow/
contaminant**
33:12

**flowed** 97:14
98:14
110:6

**flowing** 25:7
79:10
80:8,21
83:13
86:12
88:25
97:16
107:19
109:23
116:25
117:15,16
130:12
143:7
145:16
146:17,24
147:6
166:22
199:21

flows   38:9
  52:15,19
  55:13
  60:16
  61:20
  62:15,19
  63:11,14,
  17,19
  64:2,7,20
  77:15
  110:23
  111:18
  118:16
  128:20,25
  129:21,22,
  25 130:1,
  3,7,22
  138:13,18
  144:10
  161:9,11
  182:13

Floyd   211:5

fluorinated
  73:23
  74:13,17
  75:14
  83:20
  84:20 86:2
  106:10
  217:18

flux   109:6,
  8 132:3
  133:23
  134:14
  138:1
  200:19
  209:13

fluxes
  109:9,15
  212:20

foam   211:6,
  11,21,23,
  25 213:3,4
  228:11,25

foams   211:14
  212:2
  228:19

focus   172:20

focused   17:5
  25:1

focuses
  133:8
  142:12

folder
  21:17,19,
  20

folks   24:18

follow
  201:12
  225:25

follow-up
  151:21
  175:14

footnote
  57:7,12,25

footnoted
  30:1

footnotes
  30:4

foregoing

239:4,8

foresee
  174:20

forget   51:18
  142:22
  148:24
  205:10
  234:19

form   13:11
  14:1 30:7
  43:13
  45:6,13
  65:24 88:8
  95:3,8
  96:15
  97:22 98:7
  105:13
  116:6
  117:22
  131:12
  144:14
  156:20
  162:21
  171:10
  187:14,15
  195:22
  196:23
  198:15,23
  204:19
  207:25
  208:17
  211:7
  212:10,11
  221:18
  222:12,14
  223:10
  224:7

225:2,4
  227:7,16,
  22 229:14
  236:20
  238:4,8

formal   180:9
  185:18
  205:23
  207:20

formation
  89:22
  100:12

formed   97:20
  176:18

forming   39:5
  65:11

forms   178:25

formulated
  12:10

formulating
  126:22

formulation
  35:5

Fortran
  189:14

forward   94:1
  148:3

found   115:7
  192:19
  196:13
  217:25
  224:25

foundation
  176:20

177:17
198:24
218:9,10
236:16

fourth
115:16
116:4
128:8
163:7

frame   18:7

Francisco
35:3

Frank   10:14

frankly
142:18

free   103:7

frequencies
91:25

frequency
37:3 66:21
91:19
118:2

frequent
201:14

frequently
60:16 61:9
66:20
179:2

Friday
21:15,20,
24

FRIEDMAN
43:13
45:6,13

65:24
95:3,8
96:11,16
97:22 98:6
105:13
131:12
187:15
198:15,23
204:19
207:25
208:17
211:7
212:11
221:18
222:12,15,
22 223:10,
12,17
224:7
225:4
227:7,16,
21 229:13,
17,20,23
233:12
236:20

front   168:23

Frontiers
215:18

full   108:21
165:14
217:1

FULTON   239:2

fumbling
82:1

function
201:19

functional
38:14
108:15,25
110:1
113:9
120:21
121:2
231:13

Fund   13:12
110:7

future   44:5
143:25
180:25
185:11
188:4,6,
14,16,25

fuzzy   23:22
232:13

———————————

G

———————————

GA   170:2

GA-   41:3

GAC   41:3,18
155:11,13
156:1,4
157:17
158:7,17
160:21
163:4,7
167:20,22
168:7
169:14,15,
24 170:2,7

Gadsden
21:3,7

23:2,9
48:19,23
131:15,18,
21 132:2,
17,20,24
133:1
182:15
188:18
194:4
205:17

gained   35:12

gallon   58:8
153:9
167:4

gallons
36:24
65:22
68:22
80:22,23
81:1,10
122:9,22
123:1,6
147:2
155:19,20
167:4

Gary   10:12
21:12
25:20
95:22
151:20
170:15

Gas   17:19

gauging   65:5

gave   55:8
219:18
229:24

GEL   31:9
  32:4 73:13
  82:5
  126:20,23
  127:9
  196:12

general   34:3
  37:7
  106:13
  108:3,9
  125:25
  151:2
  153:17

generally
  13:20 19:2
  39:8
  100:24
  103:8
  120:14
  149:20
  150:3
  175:25
  182:23
  187:7

geochemist
  12:23 13:2

Geographic
  179:10

geology
  178:13

geometry
  161:16

Georgia   10:6
  13:11 31:5
  32:11 49:2
  90:2 95:16

98:21
149:19,20
164:1
230:16,18
234:24
235:3
238:4,10
239:1

give   34:24
  169:10
  232:18,19

Gladeville
  17:20
  142:25

Global
  238:11,13,
  15,18

goal   42:2
  139:20
  140:10
  144:20,24,
  25 147:3
  151:2
  170:25
  171:5
  185:1,14

goals   151:14
  188:3

good   11:9,
  10 46:4
  48:2,4
  53:19 89:2
  121:13
  129:1
  130:25
  131:25

132:19
173:19
193:20
214:4

goodness
  52:25

gory   17:8

governmental
  210:3

grab   91:17

graduate
  175:21
  209:9

granular
  27:18
  41:14
  172:11

gravel   17:2

Great   35:10
  121:5
  175:2

greater
  41:13
  58:1,3,4,
  12 62:1
  123:1
  129:4
  168:4
  200:25
  227:1

ground
  101:20
  147:5
  154:2

175:16
178:15

grounds
  94:20

groundwater
  16:18
  17:5,22
  28:21
  29:5,6,11
  33:12,21
  35:9 36:18
  38:10
  44:12,17
  54:12,15
  71:16,23
  72:2,3
  92:3,7
  100:20
  109:7,11
  113:16,23
  142:8,9,
  12,15
  143:3
  147:7
  161:5,12
  171:10
  172:19,20,
  23 173:4,
  8,22,24
  174:1
  181:4,7,8
  184:4

groundwater-
  based   142:7

group   219:7
  226:6
  234:15,17

groups   226:2

Guardian
  31:9

guess   17:13
  19:5 83:9
  158:20
  173:22
  177:1
  189:5
  192:20
  203:17
  207:17

guidance
  40:1,3,4
  184:24
  191:19
  194:17,21

guide   205:14
  230:19

guidelines
  39:14

gulf   142:6

guys   89:5

———————
        H
———————

Hackett
  211:1

half   219:15
  221:5,7

half-life
  84:3,7,12
  85:6,7,9,
  14,21,22
  87:11,19

88:5,10,
  13,21
  176:21
  177:18
  190:2

half-lives
  84:4,19
  86:15
  87:16,18
  191:12,14

halfway
  128:9
  160:9

hand   20:8
  102:17
  169:6
  189:21

handful
  198:7,8

handled
  187:24
  211:6

happen
  144:19

happening
  130:8
  209:23

happy   168:21

hard   87:3

hashtag   51:5

Hawaii   38:14
  110:7

hazardous
  185:9

HDPE   165:16

head   58:21
  59:9 97:13
  98:12
  108:23
  112:24
  113:8
  116:16
  179:21
  191:2,17
  210:5
  216:18

heading
  72:19

heads   73:10
  97:12,16,
  17 107:25
  108:6
  112:10
  113:5
  114:9
  123:4

headwater
  215:3,21

headwaters
  210:19

health   42:1,
  4,9,16,18,
  22 43:8
  45:16

hear   27:3
  131:3

heard   172:18
  184:9
  195:22

197:11
  214:7

hearing
  36:21
  37:1,10
  239:11

heavily   30:1

heights
  163:25

held   10:7
  68:21

helped   188:6

helpful
  26:16
  170:20

helps   157:8
  217:16

high   17:2
  60:12
  61:3,8
  62:2 86:6
  105:21
  107:20
  116:24
  128:14,17,
  25 129:11
  136:10,19,
  23,24
  137:10,17
  138:4,6
  140:12
  145:21
  146:17
  166:24
  172:14

188:2
220:24
226:11

high-flow
137:15

higher  52:15
55:13
61:4,5,24
62:11,15
63:14 83:1
118:15,16
129:4,21
130:1
137:25
138:6,13,
20 145:17
201:9,17
221:7
228:17

highest
52:22,23
62:12
66:12
67:14
138:13

Hinkley
16:1,22,25
17:3

hired  31:8

historic
150:14
206:24

historical
125:11,12

historically

74:15,19

Hoagland
12:21,23
14:16,18
15:15

Hold  216:14

Holewinski
10:16
175:10,12
176:12
177:24
178:2
179:19
180:18
183:22
188:4
190:7,14
191:4,18
192:1
194:24
195:22
196:5,25
197:4,9
198:18
199:6
202:2,3,17
203:20
205:3
208:8,22
211:10
212:24
213:22
214:4,25
216:4,7,8
218:21
220:7,10
221:1,24

222:16,19
223:3,14,
24 224:22
225:24
227:14,18
228:8
229:15,18,
22 230:1,
10 231:11,
23 232:2,
6,21
233:3,13,
14 236:18,
24 237:4,8

Holly  25:16

homes  16:12

hoped  24:23

horizons
71:6,25

hour  48:2
92:22

hours  19:14,
16,20

huge  142:1

hundred
188:21
189:24

hundred-year
88:5

Huseby
238:11,13,
15,18

hydraulic
92:18

hydrocarbon
219:8

hydrochemical
214:8,18

hydrogeo
53:23

hydrogeochemic
al  214:16

hydrogeologist
112:6
113:2

hydrogeology
110:10

hydrologic
181:22
215:20

hypothecate
204:12

hypotheses
198:2

hypothesis
196:21
197:1,8,
11,16,24
204:12
224:19

———————

I

idea  101:3

identification
20:21
89:19
95:24
102:24

169:5
206:23

**identified**
30:12
59:10
72:8,14
132:15
133:14
135:11
151:15
169:7
173:5
204:24
205:12
210:20

**identifies**
190:24

**identify**
48:15
67:19
72:22
133:10
141:20
148:5
151:5
190:23
205:7,14
209:14
210:23

**identifying**
24:11
206:15

**identity**
119:12,18,
23 120:25

**illustrate**

137:22
194:7

**illustrated**
131:16
133:15
139:1

**illustrates**
83:15

**illustrating**
128:24
137:24

**immediately**
76:9 94:11
105:8

**immune**   18:20

**impact**
181:22
199:24
200:1

**impacted**
61:14

**impair**   185:3

**impediments**
174:20,22

**impermeable**
113:15,21

**implementation**
35:2
164:14

**implemented**
45:10,21
189:15

**implication**

138:14

**implicit**
139:20
170:25
171:5
187:23

**implies**   99:6
103:12

**imply**   87:12

**important**
33:17,19,
22 66:2
77:7
120:2,5,9,
15,24
151:12
153:4
184:5
199:2,5

**imposed**
166:4

**impossibility**
226:17
227:4

**impossible**
226:13,16

**in-field**
164:21

**inches**   81:3
92:21,22
165:16

**include**
27:15
28:25

29:16 30:4
32:17 38:4
56:18
57:24
70:24
93:14
149:19
166:10

**included**
29:4,6,17
31:2 32:24
35:6 47:20
51:22,24
60:18
160:19
163:8
164:15

**includes**
92:5 93:1,
21 166:21
200:19

**including**
16:1 32:21
94:5
109:11
174:7

**inclusion/
exclusion**
85:1

**inclusive**
19:20

**inconsistent**
99:22
100:5

**incorporate**
189:18

incorporated
  154:21

incorrect
  217:17

increase
  54:3  61:20
  140:8

increased
  110:23
  138:12

increases
  75:10
  114:7
  129:20

increasing
  54:13
  113:6

independent
  156:18,23

independently
  59:5  170:7
  194:13
  212:7
  230:25

indicating
  117:1
  134:8

indication
  85:20
  138:5,11
  212:18

indications
  148:19

indirect

69:12

individual
  16:12
  36:15
  66:23
  107:25
  108:22
  130:7

individually
  30:18
  55:22

individuals
  127:16

industrial
  54:7  68:21
  228:21

industries
  207:19

industry
  39:15
  83:21
  204:1
  205:5,22
  225:12,19
  228:7,17

industry-
related
  68:20  69:2
  73:24

inevitability
  227:11

inevitable
  125:13

inexact
  128:3

inferences
  227:5

inferred
  184:12

inferring
  215:20

infiltrate
  97:6

infiltrated
  67:24  68:1

infiltrates
  99:7,13,18

infiltrating
  113:24
  144:2
  147:5

infiltration
  101:1
  115:24
  143:25

influent
  90:7
  144:11
  157:20
  168:3,5

influential
  198:13,20

information
  18:15
  23:18
  32:20
  50:24
  59:25  65:2
  85:11,12,

15,16
  111:20,24
  112:9,14
  125:7
  134:2
  140:3
  143:21
  151:4
  152:22
  153:4
  154:11
  159:17
  170:3
  181:9,12
  182:22
  205:18
  211:8
  216:16
  217:25
  219:10,11,
  21,25
  220:1
  221:6

infrastructure
  152:20,24
  154:19
  164:23

ingrained
  184:22

ingredient
  220:22

ingredients
  217:19

initially
  41:23
  175:14

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022                    Index: initiation..item

initiation
  114:8

input   59:3
  132:23

inputs   59:6
  132:23
  134:20
  135:11
  138:19

inspection
  53:18

install
  44:25
  152:15

installed
  165:17

installing
  150:4

instance
  46:14
  85:22

instantaneous
  92:21

intake   48:23
  58:19,23
  78:13,21
  222:5,11
  223:9
  224:5
  225:1,15
  235:9,10
  236:14

intending
  46:11

intent
  164:13
  195:24

interaction
  19:3 55:15
  101:23

interacts
  33:20,21
  34:6,16

interconnectio
n   25:10

interest
  25:3

interested
  24:15
  239:15

interim   42:9
  43:8

intermediary
  85:1

intermittent
  70:24 71:6

interpret
  38:4 95:6,
  10 96:21
  117:19
  177:4

interpreted
  117:20
  177:3

introduce
  10:10

introduction
  15:24

28:18
  42:5,25

inventory
  205:4

investigate
  69:17
  82:18

investigated
  159:1
  208:12

investigation
  34:20 35:1
  144:13
  159:12

investigations
  114:5
  140:6

Invista
  10:18

involve
  178:7

involved
  15:25
  17:12,16
  18:25
  24:10
  27:6,9,10
  28:9 33:14
  34:25 35:1
  36:17 37:4
  179:5
  184:13
  232:14
  234:5,11

involvement

18:10
  19:7,11

involves
  206:22

involving
  22:18
  178:7
  233:15

ion   27:21,
  23 156:5,
  8,11 168:7
  169:1,13,
  15 170:1,7

irrigated
  80:16

irrigating
  92:14

irrigation
  146:2

issue   16:9
  36:1 39:23
  58:25 72:1
  111:21
  234:7

issued   90:2

issues
  153:11
  164:19
  183:16
  230:13

italicized
  105:8

item   29:10
  43:20

44:10
123:14
136:1
145:4
154:5

items  175:14

iterations
68:18
174:24

ITRC  177:8

———————————

        J

———————————

January
52:18,19,
21

Jeff  223:15

Jersey  22:18
210:15

JFLEG  32:25

JFLEGS  33:4

Johnson
10:12 11:7
23:1,8

join  96:16

Juan  179:15
180:5

judgment
39:16
177:2

judgments
176:23

judicial

26:24
238:3

July  209:9

jump  22:3
29:8,21
30:10
78:23
160:3
165:12
167:1,19
210:22

June  46:15
209:8

jurisdictional
233:10,16,
18

———————————

        K

———————————

Kansas  28:8

karst
178:13,17,
19 179:3

Kevin  10:16
175:11

key  40:6

kilograms
128:12,13,
15,16
132:6,9,18
133:19,23
134:8,14
135:7

kin  239:12

kind  14:4
33:23 36:1
52:13
86:19
97:11
111:3
114:14
128:3
132:11,16
140:9
141:23,25
142:4
143:16
144:24
147:23
151:2
154:22
159:16,20
172:7,13
180:7,8
184:22,24,
25 185:12,
13 189:13
194:7
196:19
197:24
219:5
229:1
234:4

knowledgeable
176:1,3

Knoxville
157:5

———————————

        L

———————————

lab  87:4

177:11

laboratories
126:20

laboratory
88:19

Lacey  20:13,
15 89:12
95:14
102:21
168:9,25

lack  140:3
144:14
198:23
236:16

Lake  23:14,
20 142:22
209:17

land  13:15
14:20,22
15:4 36:11
43:21 44:2
70:1 74:8,
9 78:24
89:13,21
92:7 96:1
98:14
99:13
105:4
143:13

landfill
14:25
94:10,13
160:15

Lange  105:25

language

96:22
99:2,6,10
105:8,19
108:13
189:13

**large** 13:18
17:21
18:2,4
28:7,10
35:2 44:3,
15 69:21
83:3 85:6
104:17
117:22
133:24
140:18
155:15,16,
21 184:20
210:22
212:3
228:15

**larger** 13:20
25:11,15
138:1
206:6
207:10
219:17

**largest**
186:23,24
212:3

**LAS** 13:14
15:9,17
24:7
25:11,12,
18 40:12
41:1 44:16
45:5,20,25

61:8,12,
15,24
62:1,5
64:11,13,
19,21 65:7
66:1,6
67:15,25
68:2,18,22
70:4 71:11
73:5,20
74:18
79:4,22
80:16 81:9
82:25
83:1,3,12,
13 84:1
86:10
87:8,13
88:15,23
89:1 91:23
94:13,14,
15,22,25
95:2 96:3
97:9 98:4
99:7
100:18,25
101:1
102:8
105:6,16,
23 106:18
107:8,14,
20 108:4,
19 109:6,
12,19,23
111:7,10
112:20
113:14
114:11,14

115:2
116:2
117:1,17
118:6,8,
17,21
119:20,22
120:16,22,
24 121:17,
21,24
122:8,20
123:12,15,
22,24
124:6,11,
22 125:9,
12,20,23,
25 127:7,
14 133:9
139:23
140:2,4,
11,13,17
141:4,7,9,
11 142:11,
16 143:15,
23,25
144:13
145:1,16,
22 146:3,
6,10,17,24
147:5,10
148:6
150:23
152:20,23
153:4
154:15,25
155:9
159:3,17
161:9
165:4

166:24
171:2,19,
22,25
172:1,21,
24 173:2,
6,9
186:21,22
187:13,19,
21 188:11,
14,17
189:1
190:4,6
204:25
207:11,16
208:5,7,13
212:17
224:15

**late** 51:5
110:22
111:6
112:22
114:4

**lateral** 71:4
99:15
215:2,20

**laundry**
141:24

**lawyer** 42:20

**lawyers** 11:6
175:12

**league**
171:14
173:22

**learn** 182:11

**leave** 109:4

leaving 92:7
  171:21,25
  172:1
  173:6
  190:4

led 26:17

left 159:3

legal 35:21
  36:1 37:22
  231:4,22
  232:11,15,
  18

legally 43:2

length
  115:25
  175:18
  197:10

lengths
  32:21

letter 95:16
  98:20,24
  99:11

lettered
  93:11

level 19:2
  57:22
  139:18
  140:12
  159:20
  173:14
  186:6
  192:5

levels 17:22
  36:5 42:5,

19 92:8
  125:1
  126:15
  146:13
  185:3
  191:20,25
  192:10,11
  199:25
  200:2,6
  204:14
  234:9

licensed
  234:23
  235:2

life
  157:18,25
  161:1

Light 13:12

limestone
  28:16
  178:22,23,
  24 179:1

limit 42:3
  46:14,15,
  21 47:4,7
  180:21

limitation
  39:14,21

limitations
  90:19 91:3

limited
  15:21
  29:19 62:9
  64:19
  91:11 94:5

128:1
  131:6

limits 39:9,
  14,16
  40:20,23,
  25 50:12,
  15,18
  149:4
  193:20

linear 14:4
  22:2

liner
  153:12,15

lines 72:22
  164:10

liquid
  160:12

list 22:6
  23:11
  24:17
  26:19
  29:9,10,
  15,16,17
  34:19 79:6
  86:25
  141:24
  161:5
  170:16,18
  177:25

listed 22:12
  26:18
  29:24
  33:11
  39:25
  69:14

90:17
  103:24
  217:13
  220:20,23

listing
  198:4

liter 30:17,
  19 41:7,25
  46:16
  50:16,18
  51:6,8,9
  52:9 56:8,
  10,22
  74:22 75:9
  137:4

literature
  176:25
  177:4,6,7
  197:1

litigation
  22:19,21,
  22 24:19
  26:4 234:6
  238:8,11,
  12,13,15,
  18,20

litter 83:3,
  23 107:8

load 63:15
  128:24
  145:24
  150:23
  182:2
  202:12
  203:2

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

Charles Andrews on 09/19/2022                    Index: loading..M.A.

loading
  62:2,10
  132:14

loadings
  183:14

loads  118:15
  201:10,23
  202:4,21
  204:24
  215:9

locally
  211:25

located  28:8
  35:3 69:4
  125:21
  133:20,25
  157:5
  210:21

location
  31:24 36:6
  58:24
  112:24
  128:20
  131:18
  151:10
  172:3,16

locations
  24:11,14,
  23 31:15,
  17 33:2
  60:3 65:6
  73:6 80:13
  97:11
  111:19
  125:18
  127:13,14,

15 132:15
133:15
138:17
150:8,14,
15,16
151:5
164:25
178:16
179:10
183:7
193:9
196:17
203:24
204:6
210:21

long  22:6
29:15
44:5,6,8,
16,18
45:19
85:21
86:15
87:5,22
88:21
124:14
155:2
174:9,11
186:2

long-term
18:10
43:22,23,
24 100:18
181:21
187:19
188:1

longer  80:16
87:11

166:7
237:1

looked  16:16
27:23 33:1
49:22
58:25
65:9,12
76:6
104:10
106:9
125:7,9
148:17
185:24
193:2
199:10
212:15
213:18,19
219:3,4
224:1
229:4
235:19

Loopers
90:23
148:25
155:12
165:18

loss  65:22
81:13

losses  81:17

lost  23:5
122:15
227:11

lot  11:15
17:13
27:22
142:10,11

143:18
181:4
185:7

lots  166:23
180:7

Love  16:1,6

low  18:2
63:12
128:18,24,
25 129:9,
12,22
146:13,15
174:2
193:19

lower  50:12
58:5 63:17
65:22
76:11
128:20
129:25
137:20
138:18,20

lowered
145:20

lowering
234:8

lowest
52:20,22

LSA  188:10

lunch  119:7
121:8

_____
        M
_____

M.A.  215:7

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022                    Index: made..matter

made  29:4
44:8 49:25
79:20
106:23
116:10
120:19
130:6
147:23
176:24
189:23
208:21
209:17
224:3
229:11
238:5,17

magnitude
194:8

main
165:15,18,
23 184:8,
24 235:9

maintained
96:5,23

maintaining
120:25

maintains
119:12,18,
23

major  127:6
153:7

majority
85:6
88:12,14
207:19,23
208:14

make  11:21
13:9 45:23
46:3 72:18
114:5
130:2
190:25
212:7
213:2
230:25
235:21
238:9

makes  103:21
143:1

making  18:10
137:21
233:7

manner  112:9
184:24

manufacturer
133:25
229:9

manufacturing
69:21
75:17
215:10

map  49:1
60:4 72:8,
10 194:4

maps  72:15
82:17

March  56:7,
13

mark  20:17
103:1

marked  20:20
89:18
95:23
98:20
102:21,23
169:3,4

marking  20:7

Mashburn
142:22

mass  15:12
44:3,15,17
62:1 79:3
84:1
127:21
129:17
131:8
138:1,8,16
200:19
203:21,23
207:10
208:23
209:18
210:1
212:3,20
214:6

matches
52:14

matching
46:20

material
54:22
106:24
107:5
190:13
216:21

materials
21:17,21
28:14
48:12,14
51:23
74:19
83:14
84:13
101:10
104:18,19
113:15
116:1
147:10
186:21
190:8
194:2

math  159:2
207:24
208:3

matrix  33:22
34:7,16

matter  10:5
19:17
21:3,7
22:18,19
23:15,16,
19 24:20
26:13
33:21
37:13,14
38:14 49:8
51:20
53:25
101:24
108:9
131:15
139:19

141:21
176:13
185:20,24
188:18
194:4,14
205:17
221:11
232:24
234:3,6,
12,13
235:2

matters 26:4
27:10,12
179:4
182:16
232:15

Maui 110:7
116:14
231:13,19

maximum 92:8

meaning
94:12
201:25
225:24

meaningful
114:24

means 96:10
192:6

meant 41:4
43:24
107:18
135:17

measure
113:5
200:3

measured
62:13
74:24
111:18
136:24

measurement
91:25
135:1

measurements
78:12
134:25

measures
32:18

mechanical
90:13,22

mechanism
68:13

mechanisms
102:1
107:9
177:14
197:17

media 16:7,
15,23
28:11,13
29:2
33:18,20,
24 34:14
38:9 88:18
172:12
183:25

medium
128:25

meet 11:8
42:8,22,25

43:7
45:16,21
121:1
147:3

memo
177:19,21
178:3

memory 31:19
58:7

mentally
87:24
147:23

mention
95:5,7
126:9

mentioned
15:24 17:7
42:4 56:16
111:5
125:10
163:23
171:8,20
186:9
235:23
236:3

merges 78:10

Merideth
10:18

method 50:11
66:9 112:2
193:19

methodology
47:23

methods

53:16 66:8
130:25
202:20
227:10

Mexico
179:15

Michael
13:4,5
15:18,20
16:3,5
211:1

Michigan
23:17 40:1
234:6,10,
18

mid- 131:22

mid-2000s
86:18

middle 11:18
93:9 135:5

migrates
33:17,24
99:8

migrating
16:10
102:16

migration
16:13,16
17:1 38:17
101:7,12,
20,23
102:18
104:19
105:3

mile  210:21

miles  164:24

million
 65:21
 68:22
 80:22
 81:1,9,10
 122:9,22
 123:1,6
 147:2
 155:19,20

mind  12:19
 17:9,14
 29:21
 210:14

minimal
 19:7,11

minimization
 162:2

minimize
 161:23
 162:6

Minnesota
 22:11
 23:11,14,
 20

Minnesota/3m
 23:3

minor  142:16
 172:21

minus  65:19
 81:6

minute  49:19

minutes
 153:23
 227:19
 237:6

mischaracteriz
es  139:12

mischaracteriz
ing  84:16

missing
 212:22

misstates
 222:13
 223:12

mobilization
 147:8

mobilize
 144:3

mobilizing
 146:3

model  103:3
 156:2,4
 160:24
 179:13
 180:9,20,
 23,24
 181:7,8,
 19,22,25
 182:2,4,6,
 8,10,12
 184:9,10
 188:25
 189:7,25
 190:9,16,
 20 191:7

modeled

179:11
 188:13

modeling
 84:25
 179:5,12
 180:6,19
 183:18,23
 188:5,12,
 13,24
 215:9

models
 179:22,23,
 24 183:1,
 5,25
 184:1,3,7
 189:8,10,
 12 197:17

modified
 94:3

Mohawk
 226:21

molecules
 144:4

moment  22:3
 40:5 45:19
 70:2 78:7
 94:8 109:2

moments
 47:16
 162:13

monitored
 91:12

monitoring
 37:9 90:7,
 8,12 91:1,

10,13,17,
 23 92:3
 93:1
 112:11
 142:11
 181:14
 203:10,11

monomer
 219:6

Montana
 179:12

month  36:19,
 20

monthly  37:3
 90:18 91:2
 131:25

months
 213:14

morning
 11:9,10
 26:5
 121:15
 128:22
 129:23
 145:14
 156:10
 230:11,24
 235:22

mountainous
 215:21

mouth  31:21
 119:16
 210:19

move  102:8
 104:22

224:22

movement
71:4,15
72:5
101:14,15
103:9
104:5

moves  99:14

moving
113:25
147:5

multi-hundred-
million-dollar
141:14

multi-
hundreds-of-
million-dollar
141:17

multiday
52:20

multiple
144:8
195:1,2,3
215:21
230:6

multiplied
57:14

multitude
63:18

municipal
27:7  42:7
43:6

**N**

names  142:22

naming  12:19

nanogram
56:21

nanograms
30:17,19
41:7,25
46:16
50:16,18
51:6,8,9
52:9  56:8,
9  74:22
75:9  137:4

national
36:8

Natural  90:2
95:17

nature  23:21
24:1  28:11
36:25
53:17  54:4
104:18
117:18
118:9

navigability
36:5

navigable
36:3
231:2,20
232:9,17
234:1,9

NCP  184:17

186:9

NCP's  186:10

nearest
113:6

Nebraska
179:14

necessarily
101:16

necessity
188:10
206:9

needed
132:17
149:1
161:24
162:6
165:11

neglected
57:24

neighboring
194:1

Nestlé  26:12
234:13

net  108:7
121:19

netted
122:24

netting
122:11

networks
181:14

newly  150:5

nice  11:8

no-discharge
98:25
99:12

non-degraded
74:12

non-detect
41:3,4,18
46:17
135:18
139:10

non-detects
136:6

non-pfas
145:8

non-pfas-based
119:25

non-point
181:24

normal  97:25

North  26:12
179:13,25
215:11
234:14

note  63:9
99:4
103:25
105:14
120:6
133:5
154:5
193:24
223:17

noted  71:11

73:13
98:8,15
105:15
115:2
117:15
120:1,13,
15 133:23
210:16
221:10
230:6

notes  20:8
25:17,19
56:20
213:15,17

noting  72:13

NPDES  36:9,
12,13,15,
18,21 39:8
40:8,21,22
125:25
148:7,13
149:14,21
154:14
174:7
206:25

null  47:7,8
56:23

number  24:3
26:12
27:9,11
28:9 58:25
65:6,14
66:10 81:8
82:16
92:13
93:3,7,21

94:2
111:19
135:16,17
150:11
151:10
152:25
153:1
157:1,3,11
159:5
161:23
162:6
184:20
195:8
226:25
227:8

numbers
132:12,24
138:25
206:6
219:19

numerical
180:9

nutrients
54:21
140:23

Nutter  65:4
71:3,20
72:8,13
110:21
111:5
112:21
114:3,10
123:16,17,
21

—————————
O
—————————

O&m  158:20,
22 160:19
163:4,8

O.C.G.A.
238:14

oath  229:22

object  18:18
35:20
43:13
45:6,13
65:15,24
70:16
76:21
81:16
95:3,8
97:22 98:7
103:11,16
105:13
106:3
118:23
129:13
131:12
147:14
183:19
187:14,15
189:2
194:19
198:15,23
201:24
202:6
204:19
208:17
211:7
212:10,11

221:18
222:12,14
223:10,11
224:7
225:2,4
227:7,16,
21,22
229:12,14,
24 236:20,
21

objection
30:7 71:17
77:3 84:15
95:9
96:15,17
98:6
102:10
116:6
138:22
139:11
144:21
155:4
156:20
180:14
190:10,21
191:9,21
195:19,23
196:23
197:5
198:25
203:16
207:25
208:1
214:20
218:17
222:22
223:17
224:6

227:17
230:5
231:3,21
232:10,21
233:12
236:15

**objections**
96:20

**objectives**
186:2

**obligations**
93:2

**observation**
82:24
110:17
173:18,19

**observations**
97:8,10
98:9
117:24
197:18,19

**observe**
25:9,13,14
70:8

**observing**
114:14

**obtain**
233:16

**obtainable**
154:23

**obtained**
51:15

**obtaining**
174:21

233:10

**obvious**
148:1

**occasions**
157:11

**occur**  60:13
138:13
157:3
228:4

**occurred**
62:14
67:14
110:24
228:4

**occurrence**
230:7

**occurring**
50:6
105:23
106:17
107:24
108:5
113:19
116:1,11
117:21
118:6,17
122:5
132:14
186:20
233:23

**occurs**  71:4
100:25
109:21
111:11
122:20
125:16

146:10

**October**  90:3

**offering**
12:5 43:10

**officer**
95:18
98:22

**offsite**
166:22
195:5

**ongoing**
22:21 28:7
73:19
142:11
210:12

**onsite**  72:9
127:8,11
142:22
173:8,25

**Oostanaula**
14:9 30:14
31:22 33:3
42:14 46:2
49:18
50:14
52:4,7,19,
23 57:15
58:6,11
60:24
61:5,8
62:14
63:24 69:5
76:6,12,
14,18 77:1
128:21

129:5
130:16,21
134:14
136:4,9,
10,14,22,
25 137:2,
11,23
138:10
196:4
197:23
203:8
204:5,15
205:9
209:19
212:6
225:16
228:5
235:9

**Oothkalooga**
67:1 69:15
133:18,21
134:12

**operate**  44:2
45:11,14
140:21
141:1
181:10
187:22

**operated**
23:23 44:2
108:24
233:24

**operating**
94:14
97:16 98:4
119:20

operation
 97:4,25
 112:10
 125:12
 140:13,17,
 18 141:3,
 7,9 144:9
 145:5
 147:21,22

operations
 18:10
 80:17

operative
 184:7

opine  40:22
 63:13
 205:21

opined
 40:21,23
 87:13

opining
 66:20
 68:10,13

opinion  27:2
 35:15
 43:10 44:1
 45:10
 46:19
 49:14,21
 50:20
 62:4,17
 69:8 87:8
 88:14
 97:19,23
 98:18
 99:22

100:17
101:13,14,
 19 108:10
 113:16
 114:4,21
 119:13,23
 126:22
 129:7
 130:24
 133:8
 140:13,16
 142:15
 144:14,18
 147:3
 159:22
 162:24
 164:17
 166:13
 169:16
 173:7,19
 174:9,15,
 19,25
 176:20
 177:17
 187:18
 199:1
 203:25
 204:3,4
 218:16,19
 221:21
 226:18
 228:2
 232:19

opinions
 12:5,8,10
 15:21
 25:25
 26:23 32:6

38:20 39:5
 40:6 43:17
 47:3,11
 89:23
 94:21
 100:17
 129:20
 139:9
 141:13
 176:14
 221:19

opportunity
 82:18

optimization
 162:3

optimize
 161:24

option  143:5
 147:13

order  39:20
 132:5
 134:7
 140:14
 144:19
 159:1
 177:18

organic
 158:15
 162:19,20,
 22 163:1
 177:10
 198:14,21

organization
 19:9
 234:17

originally
 140:22

originate
 70:3 82:25
 118:8
 127:6
 190:6
 207:16

originates
 143:10

originating
 25:10
 63:20 68:2
 72:9

osmosis
 27:19
 44:25
 45:11
 156:9

ostensibly
 140:22

outfalls
 125:1,19
 126:16,24
 127:2

outperformed
 168:7
 170:2

outperforms
 169:15,24

outputs
 109:6

overestimated
 131:11

**overestimates**
139:3

**overland**
68:6 72:5
97:20

**overview**
14:8
144:6,16

**owner-operator**
22:24

**P**

**p.m.** 121:9,
10 237:16

**pad** 229:1

**pages** 94:1
161:20
167:1
220:19
239:8

**panel** 154:7

**panels**
154:11

**Papadopulos**
12:13
13:25

**paper** 86:16
103:1,5,6
168:6
170:1,2
209:7

**papers**
105:24
106:8

169:7

**paragraph**
30:15,22
42:6 64:10
67:23 70:2
71:10
84:19
98:24
99:5,10
100:5,24
105:7
108:21
109:5,25
110:3,5
116:13,14
124:24
128:9
149:12
157:18
160:9
163:7
164:10
165:14
206:21
217:1

**paragraphs**
85:11

**parameter**
39:23

**parameters**
61:19
84:2,25
90:17
91:1,13,24
92:5
148:13,16,
19 153:16,

18 158:6
162:25
189:19
235:24

**paraphrasing**
71:20
105:19

**paren** 130:17

**part** 21:16
51:17
77:17
80:3,16
81:9 89:22
94:3 97:1
98:17
111:6,17
116:18
117:6
118:19
122:4
126:3
131:14
143:15
148:13
162:9,24
163:4
164:14,16
174:12
175:21
178:11,14
180:10
185:16
186:7
190:14
199:23
205:16
209:11

226:18
229:3,6
234:18
235:18

**Particulate**
162:21

**parties**
24:19
230:8
238:8,19
239:12,14

**parts** 64:4
81:8 134:5
143:15

**party** 238:7,
16,20

**passed**
139:17

**passes** 94:13

**past** 19:6,
18 27:5
37:9 44:3
101:11
103:6
116:2
142:24
227:19

**Pate** 51:21

**Pate's** 187:3

**path** 71:3,
14 113:23
171:25

**paths** 71:18

pathway
 16:16
 65:14
 114:19

pathways
 16:11,13
 114:21
 171:21

patience
 214:5

paucity
 159:16

pause  43:20
 161:17

PCBS  17:23

Peck  10:19

pending
 164:6

people  14:10
 35:24
 178:25
 179:2
 182:22
 189:11

Per-  215:8

percent
 32:21
 217:8
 219:13,15,
 17 220:21,
 22,24,25
 221:5,7

percentage
 60:11,23

76:14
 152:4,5

percentages
 220:23

perennial
 70:20,22
 71:7 72:9,
 10,15
 118:6,7
 173:5
 230:14
 231:7,8
 232:16,25

perfect  89:6
 121:4

perfluorinated
 13:19
 100:13
 101:18,21
 144:4
 166:16
 211:15
 219:6

perfluorooctan
e  43:9

perfluorooctan
oate  43:8

perform
 40:11
 112:17,20
 114:25
 115:3,12
 147:11,20
 148:11
 149:24
 156:17,18

157:9,10

performance
 18:11,12

performed
 47:2 88:1
 112:22
 128:2
 152:9

period
 49:20,21
 50:8,10,17
 52:18,20
 60:10
 62:18
 75:22
 81:25
 86:18
 134:18
 167:15
 193:18
 200:9

periods  18:2
 61:8,9,11,
 12 62:2,3
 87:5
 118:18

permeability
 17:2 174:2

permeable
 172:5,7

permit  36:9,
 16,18 37:7
 39:8,16
 40:8,21
 68:18
 89:14,22

90:1 94:2,
 5,14,15,
 19,25
 95:2,5
 96:3,22,25
 97:1,2
 99:3,6
 111:14
 125:23
 126:1,3,7,
 9 148:6,7,
 13 164:1,2
 174:7,8

permits
 68:21
 174:8,14,
 21,23
 206:25
 228:22

permittable
 174:17,19,
 25

permitted
 37:7 94:22

permittee
 93:21

permitting
 36:13,22
 39:9 148:5
 149:14,22
 154:14,16,
 18,22
 155:2
 163:24
 164:11,19,
 23 165:9

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.
Charles Andrews on 09/19/2022                    Index: person..PFHXA

174:5,10,
12

**person** 12:24
13:3 14:18
124:1

**personnel**
31:3

**peruse** 103:7

**pesticides**
54:21

**Pettiet**
79:8,15,20

**PFA** 201:25

**PFAS** 13:18
14:8,17
15:12,17
22:8,11,16
23:3,10,23
24:5 27:8,
13,15,16,
24 30:13
40:3,12,
18,23
41:1,8
43:22,25
44:3,11,15
45:1,24
46:2,5
47:17 50:1
61:25
62:6,7,10,
13,18
66:5,13,23
67:14
72:19 73:4

76:10,12,
14,18,19,
25 77:2
78:5,13
79:3 82:24
83:4,12
84:1 88:25
94:12,19,
21 95:2,5,
12 100:6,
18,19
101:14
102:7,13
103:3,9,
18,19
105:10,11,
16,21
106:2,12
107:2,4,9,
12,13,14,
20 108:8
109:11,16
111:4
116:12,15,
19 117:7,
14 118:15
119:14,21,
24 120:25
125:1,6,9,
13,15,17
126:8,9,
11,16
127:21
129:20,22
131:20
132:14,23
134:10
139:10,22

140:1,10,
14,18
141:2,4,8,
12 144:3
145:1,7,16
146:3,12
147:22
149:2
150:23
152:5
153:13,16,
20 155:14
157:20
158:3
166:12
167:5
169:1
171:2
173:20
176:6,8
177:8,12
185:6
186:20,21,
24 190:3
193:6,25
197:22
198:2
199:13,18,
19,21
200:20,21
201:22
202:1
204:2,4,8,
14,24
205:6,8,13
206:6,24
207:8,11,
13,15,19,

21 208:4,
5,12
209:14
210:17,23,
24 211:12
212:1,4,5,
23 215:10
217:5,6,
12,25
219:13,21
220:3
221:16,25
223:1,21
224:17
225:8
226:3
228:10
236:3

**PFAS-BASED**
68:20
228:15

**PFAS-
CONTAINING**
106:14,24
221:23
224:10
230:9

**PFAS-RELATED**
87:12
206:1
228:3

**PFBA** 46:24

**PFBS** 102:13
116:25

**PFHXA** 116:25

PFLEG  32:25

PFLEGS  33:5,
7

PFOA  13:21
  30:16,18
  41:6,9,10,
  14,16,18
  42:9,16
  43:8 45:17
  49:17 52:9
  55:18,22
  56:9 57:20
  58:23
  59:22 60:6
  61:5
  69:10,14
  73:19,22
  74:21,24,
  25 75:1,7
  77:20 84:7
  86:13
  100:12
  101:16,20
  102:14
  104:1,22,
  24 105:4
  106:25
  116:25
  128:12
  129:5
  131:1
  133:6,7,
  10,17
  137:3,12
  141:8
  144:4
  146:19

147:8
166:15
185:6
201:23
202:4
225:12,19
226:5

PFOS  13:22
  30:16,18
  41:8,12,
  13,15
  42:9,15
  43:9 45:16
  46:10,16
  49:17 52:9
  55:18,22
  56:7 57:20
  58:23
  59:22 60:7
  61:5
  69:10,13
  73:19,22
  74:25
  75:3,8
  77:20
  85:18,24
  86:5,11
  100:12
  101:17,20
  102:17
  103:15,19,
  20 104:2,
  9,12,22,23
  105:3
  106:25
  116:25
  128:14
  129:4

130:25
133:6,7,
10,17
137:3,12
141:8
144:5
146:20
147:9
166:15
185:7
201:25

PFOS-BASED
  84:7 86:2

PFPEA  46:25
  116:25

phase  34:16

phase-out
  75:6

phased  75:2,
  4 86:7

phenomenon
  55:10

phone  20:13

phosphorous
  40:17,24
  93:20,23
  111:17,18,
  25 148:8
  149:2
  160:8
  235:22

phosphorus
  160:11,13
  236:3

photographs
  127:5

photos
  154:12

phrases  13:8

phytoremediati
on  35:8
  107:2

pick  168:1

picked
  127:14

picture
  88:20
  144:25

piece  150:2

pieces  94:25
  144:9

piles  233:23

pilot  51:17
  114:7
  158:5
  160:25
  161:16,17
  162:5,9
  167:23
  169:2

pipe  165:16
  171:9

pipeline
  17:19
  142:6

pipelines
  154:20

155:2

pipes  108:6

piping
164:22

place  88:13
104:20
105:16
123:4
148:6
152:24
218:25
228:25

places  85:7

placing
154:24

plaintiff
10:13 19:7

plaintiffs
26:3,14
32:13
73:13

plaintiffs'
18:16,25
19:3 20:11
31:8

plan  15:17
32:16,17
45:9,20
93:4,10,13
139:7
153:8
166:9
170:24
174:3,6
187:13

206:9
235:25

planned
31:16 45:3

planning
93:8

plans  44:24

plant  27:4,7
44:21 45:4
90:7,12,
13,14,22,
23 91:7
143:17
148:25
155:12
215:10

plants  60:1
74:5 166:6
207:14
233:24

Plate  80:14
150:8

Platte
179:13
180:1

played  18:16

plot  49:17
52:7 53:18
56:2 57:6
63:6

plots  49:23
55:18

plotted  51:4
52:10,11

plumbing
98:13

point  15:5
25:9
37:18,24
38:5,20,22
39:3 96:2
98:17
108:12
144:15
190:7
194:15
202:23
206:12
218:3
225:25
227:19
229:9

point-source
124:25

pointed
127:17

points  30:24
31:1 51:4,
10 52:14,
17 56:18
79:24
82:20
134:13,22
203:12,13,
24

Polecat
31:24
79:8,15,20

pollutant
36:8 61:22

111:3
115:16,21
117:10
119:12,18,
23

pollutants
111:1
185:4
188:2

pollution
90:13,23
91:7
115:21
181:25
183:6

poly-  13:18

polyfluoroalky
l  215:8

polymers
84:20

Polyone  26:8

pond  18:4
81:22
154:2
167:10,21

ponded  99:17

ponds  28:10
81:22
82:13
142:21
150:5,12
151:11,14
154:17
159:7
172:1

173:12
234:1

portal
182:20

portion 57:5
143:16,23,
24 159:8

portions
70:4 140:4
144:13
154:6

position
100:9

possibilities
155:7

possibility
131:14
153:2
212:15

possibly
53:20
75:16
97:13
101:22

potential
38:19
39:22
40:2,12
84:1
104:15
106:2
107:8
115:23
133:10
148:12

149:3,8
154:16
163:24
164:11,23
165:8
166:11
167:5
173:22
174:7
183:16
186:21
195:2,4
199:12
205:8,13,
18 206:7,
12 207:21
209:12,15
210:24
211:22,24
213:19

potentially
213:18

Potomac
37:15

pounds
199:21
212:4

power 143:17
152:16
233:24

practical
146:11

pre- 206:12

pre-
application
90:7,12

preceding
85:11
105:5

precipitate
160:12

precipitation
18:3
64:12,25
65:9,13,19
68:1,9
80:23
81:6,11
82:10
109:21
115:24,25
119:4
121:19
122:23
123:1,3
143:12
146:8,12
167:6
201:20

precise
201:16

preclude
124:14

predating
50:19

predictable
191:14

prediction
190:1

predominantly
156:15

preliminaries
11:16

premature
164:18

preparation
126:4
130:6

prepare
151:13
177:19,21
194:13

prepared
12:2 14:22
15:1,6,10,
14,18
19:8,10
23:13
49:23
60:2,14
138:2
194:3,6
209:7

preparing
19:4,6,13,
24 197:21

presence
140:14
195:1
230:20

present
45:10 46:4
62:7 66:3,
15 73:25
80:19
86:10
160:6

presented
  73:7 76:10
  78:1 98:23

presenting
  103:1

presents
  103:9
  110:5
  165:13

presume
  61:20

pretreat
  144:11

pretreatment
  206:12

pretty   37:24
  168:20

prevalent
  155:14

prevent
  143:25

prevents
  172:1

previous
  127:15
  161:16,17
  222:24

previously
  21:20
  80:25
  83:10
  85:17
  114:16,23
  115:1,11

118:13
133:24
138:9
173:13

price
  159:15,18

priced   27:12

primarily
  12:18 25:1
  28:15 35:4
  37:22 50:2
  54:11,14
  55:12 59:2
  113:17
  157:19
  228:5

primary
  14:5,18
  16:9 25:3
  27:16 28:6
  38:12
  109:17
  148:25
  197:20

principal
  43:17
  49:20
  100:16
  169:22
  178:11

print   49:10

printouts
  21:10

prior   19:15
  24:10,16

40:15 75:4
82:10 97:6
99:8
116:17
234:3

prioritize
  124:16

privileged
  18:14

pro   37:14

probable
  204:8,9

probe   45:18

problem
  141:22
  172:12
  186:18
  187:2

problems
  93:15

procedure
  32:22

procedures
  32:14

proceed   79:6
  93:19

proceeding
  26:24
  148:14

proceedings
  26:8 36:16

proceeds
  91:16

107:13

process
  149:19
  172:9
  174:10,12
  184:5,8,
  14,21
  185:22
  199:2,5
  200:8
  202:14
  213:11,13
  227:12
  228:9

processes
  34:3 40:14
  66:2 68:8
  119:19
  184:7

produced
  21:13
  25:21 26:1
  47:21
  60:19
  67:10 80:3
  88:3,4,7
  151:17,24
  152:3,12
  177:22

product
  18:19
  217:13
  218:7
  219:22

products
  68:21

75:1,6
217:5,7
218:1
219:4,5,
11,12,14,
16,18,25
220:17,20
221:23
224:5
225:17
236:8

professional
22:10,15,
17 23:2,9
39:16
101:25
232:19
234:23
235:2

program
36:12 39:8
185:1
187:25
188:1
192:9
207:3

programs
188:3

prohibited
238:14

prohibition
95:2,7

project
17:18
188:25
233:9

projection
188:13

projects
16:4
17:11,13,
16 24:3
157:12

prong    153:8

proof    48:19

propose
143:24

proposed
15:16
139:7
147:12
150:4
151:1,14
153:12
158:9
159:6
167:5,17
172:10
174:16,25
185:10
187:10
235:19

proposing
159:12
173:12
187:8

proposition
169:15

protection
31:6 32:12
43:7 56:15

90:3 93:4,
10,13
210:16
230:19

provide
42:14 50:6
93:10
111:20,24
114:24
170:3
172:2,12
208:20
238:12,15

provided
21:11
24:17 60:4
83:14
86:22 94:4
126:13
128:23
131:17
134:12
163:10
226:2
228:1

providing
138:4
225:14

provision
186:11

proximity
125:2,10,
14,22

publication
71:3
190:23

191:1
202:19
205:11
215:6,12,
23

publications
22:6
182:18,19
190:18
191:5,8,
11,15
202:18

published
42:1
209:6,8
215:6

pull    20:15
78:9 95:15

pump    72:25
73:14,15
150:6
163:22
172:2
173:21

pumping
172:5
181:4
234:8

pumps    108:6
150:12

purpose
192:10,11,
23 197:19,
20

purposes

27:2 39:9
49:21
70:13
97:19
117:3
140:22
146:11
149:11
171:15
192:9
193:12
195:17
196:6
233:7,9

Pursuant
238:2

put   19:5
119:16
142:1,5
173:3
177:13,14,
24 179:12
180:8,23
181:6,7
188:16,17

putting
142:2

Python
189:14

Pétré   215:7

_____

Q

QE2   157:5,7

qualified
43:1

qualifiers
32:24

qualify   43:3

quality
32:17,18,
20 39:20,
21 93:15
149:6
153:17
202:21

quality-based
39:11

quantification
127:25
205:24

quantified
208:3,5

quantify
93:22
127:23
202:12
205:20

quantitative
112:9,17
114:1,5
115:12
116:4

question
11:18,21,
24 18:19
23:6 29:22
35:21
44:22
61:17
65:15,16

70:16
71:17
76:21,24
81:16
96:15,19
102:10
103:12,18
106:4
118:23
129:13,15
144:17,21
145:6
147:14,18
155:4
158:15
169:12
179:22
180:14
183:19
184:19
188:11
189:2
190:10,16
191:9,21
194:19
195:19
197:3
198:17
201:24
202:6
203:16
213:2
214:6,20
217:16
218:13,17
220:8,13
222:17,24
223:4,15,

20 224:6
225:3
229:12,16,
19 231:18
236:15,21

questioning
13:7 221:4

questions
22:4 33:9
39:7 60:22
68:16
84:16
121:14
160:6
175:3
216:11
230:14
237:10
239:6

quibbling
188:22

quickly
237:11

quote   71:2
96:5,22
105:6
130:24

quoted   64:22

_____

R

radionuclides
191:13

Rafferty
13:4 15:19
16:3,5

27:11,15
28:4 34:19
156:11,14,
18 170:9,
12 235:4

Rafferty's
15:20

rain 201:15

rainfall
61:10
116:8
201:19

raised
111:21

range 50:15
84:24 85:5
88:12
156:25
157:2
171:7
219:19

ranged
128:15

ranges 84:13
217:12

Rankin
105:25
106:8

rapid 101:4,
6,11,22
104:6
167:9,14

rapidly
100:25

114:7

rate 34:9,
13 92:20,
22 102:2,
4,6,15
103:9
105:3
106:20,22
116:10
123:9,11
167:13,17
199:17

rates 61:4
64:6
77:11,12,
14,18,19
92:14
114:16,17
115:19
130:3
176:19
238:19

ratio 54:14
57:14

rattle 14:5

raw 78:12

RCRA 188:1

reach 68:9
126:15
200:11
208:12

reached
203:25
208:13

reaches 74:4

reaching
38:20
68:11,13

reactions
33:23

Reactivation
163:10

reactive
172:5,8

read 29:19
42:24
66:15
84:11
88:11 93:4
103:6
144:6
194:21,24
198:17
211:3
215:1,5,8,
17 216:1,2
217:3
222:19,20
230:2,3
231:16
232:2,4

reading
62:24 95:4
107:11
109:5
194:17
211:1
215:6,23

reads 44:11
62:17
82:23

105:9

real 143:5

reality
88:16

reason 63:16
103:16
180:19
193:4
207:3
211:20
221:1

reasonable
39:22
40:2,11
85:13
148:11
149:8
159:22

reasons
180:22

recall 32:23
40:3,4
47:18
56:21
60:21,22
100:21
102:3
103:8
148:9
171:12
187:5
192:1
193:1,10
210:25
215:5,23
216:15,20

219:20
234:16

receive
99:20
100:8,9,12
125:19

received
29:18
32:19 60:1

receiving
100:14
235:13

recent  57:23
64:20
122:8
180:4
185:10
209:4

recently
75:2
127:11
179:14
202:22

recess  48:8
89:9 121:8
168:16
175:6
214:1

recited
120:18

reclamation
59:12

recognizing
87:9

recollect
15:7 53:9
59:10
156:12
216:22

recollection
23:22
58:14
103:8
194:17
210:7
219:23

recommend
140:5

recommendation
s  36:9 40:6
196:18

recommended
147:21
207:4

reconcile
101:3

reconvened
121:9

record  10:11
48:7,10
72:19 89:8
121:7,12
131:20
132:1
157:13,15
163:18
168:15,18
175:5,8
178:19
213:25

214:3
215:8,18
222:20
230:3
232:4
237:15

recoveries
32:22 85:2

redesign
111:6,10
114:11,13

redesigning
110:22

redevelopment
28:7

reduce  15:17
40:17,18
140:23
158:2
185:2
207:12,14

reduced
146:21
239:7

reducing
150:23

reduction
140:1
146:23
152:6

refer  13:10,
19 34:15
44:19
164:8
178:22

184:6
192:18
217:15

reference
68:18
111:16
161:4
192:19
193:16

referenced
87:1

references
29:20
51:23
105:24
123:15
149:18

referencing
72:7 77:10
86:5 101:6

referral
238:7,17

referred
52:21
80:7,25
81:10
83:11
101:11
106:7
179:2
180:17
194:3
209:10
231:6

referring

13:14 32:9
52:17
101:7
108:3
109:9
128:21
129:16
139:15
193:5
197:7
214:24

**reflect**
65:18
67:10
73:22
88:14

**reflected**
55:24
58:15
63:14 88:2
101:2
105:1
112:23
115:4
117:9
119:11
122:1,17,
19 200:17

**reflective**
50:9

**reflects**
64:10 90:6
91:9
122:10

**reframe**
11:23

**refresh**
96:24
103:7

**regard**  34:1

**regeneration**
163:3,8

**regimes**
129:2

**region**  15:13
127:21
192:15
228:7

**regional**
99:14,15

**regions**
215:21

**register**
96:14

**regulated**
64:2

**regulations**
185:11
238:3

**regulators**
64:2
174:18
233:7

**reject**
145:11,13

**rejected**
171:18
172:20

**related**

16:24,25
52:1 61:7
75:5 76:19
77:1,5,15
111:22
118:21
154:19
205:5,21

**relates**  94:9

**relation**
54:3 59:18

**relationship**
54:1 62:20
63:3
112:14
203:6

**relative**
102:19
104:4
116:8
117:11
142:16
158:3
173:1
199:21
205:21
212:4

**release**
44:19 54:7

**released**
44:12,13,
17,19
73:24
86:11
100:19
101:4

105:18

**releases**
188:14,17
189:1
205:8
206:3,16
224:15

**relevance**
39:4
110:15

**relevant**
46:20
78:13
94:25
115:7
120:20
221:2

**reliable**
182:21,23

**reliance**
21:16,21
48:12,14
51:23

**relied**
12:13,17
25:24
28:19,24
29:23
30:6,13
32:24
83:18
114:11
126:14,17
182:17

**rely**  12:16

123:17
126:19
170:12
182:17,19

relying  78:1
176:14

remaining
145:8

remedial
15:25
17:11 35:1
45:9,20
139:7
140:8
144:7
152:14
158:24
159:1
160:7
165:13
166:8
167:2,20
170:24
174:6,16
206:8,19,
22

remediate
166:9

remediated
16:8

remediation
24:3 27:13
28:8
34:19,20,
23,25
35:2,6,9

45:4
185:14

remedies
140:20
141:24
142:7,10
171:10
173:23

remedy
139:22,23
140:5,14,
25 141:15,
16,18,25
142:5,19
143:8,11
152:7
164:14
166:19,20
171:1,23
172:19
174:1
184:18
186:1,25
206:9,11
207:4
210:3
235:18,25

remember
18:8 58:20
59:8 60:17
82:11
119:3
123:18
148:16
210:7
233:21
235:4

removal
27:8,15,17
147:22
155:15
160:18
162:15
169:2

remove  45:1
143:5
149:1,2
173:20

removed
44:17
145:8
162:22
166:18
173:16

removing
162:18

repeat  76:24
147:18
222:6

repellency
117:3
226:4

rephrase
11:23
96:19
103:13
203:20

report  12:2,
9,11,12
14:3 18:17
19:4,8,13,
24 20:5,16

23:13,21
26:2 28:18
29:19
30:12
31:12
37:18
40:14
45:24
49:25
51:24 52:6
56:5,17
57:1 60:2
67:19
68:17
70:13 71:2
72:8 77:17
78:24
84:16
87:14 94:8
99:4
121:15
123:18
126:6
127:3
128:8,19
129:24
130:6
134:24
135:25
139:24
148:8
149:11,17
154:15
163:6
171:24
175:19
176:15,19
177:8,17

183:17
187:19
191:23
192:20
193:8
195:10
197:21
205:25
208:19
209:6
216:13,25
217:14,19,
22,24
218:2,11,
14,15,20
219:1
220:2
221:15
222:15
225:7
227:15,20
228:2,14
230:13
231:15
235:19

**reported**
37:9 46:17
47:1,6
56:7,22,25
57:2,12
73:9,22
79:8,18
80:1 81:21
82:3 86:4
138:6
148:23
200:9,15
239:5

**reporter**
10:23
222:20
230:3
232:4
238:4,6,
11,16

**reporter's**
238:7

**reporting**
46:15
50:17 93:1
238:3,5,
12,15,17

**reports**   19:6
49:10
123:25

**represent**
78:8 90:1
130:8
132:23
136:18
239:9

**representation**
78:11
132:13
167:7
171:3

**representative**
22:12
23:12 53:2
79:9,16
81:23
238:11

**represented**

234:13

**representing**
175:12

**request**
11:18 32:3

**requested**
31:15,23
111:21
196:16
222:21
230:4
232:5

**require**
42:12
126:8
164:1
195:2
230:20

**required**
43:2 45:5,
21 145:3
159:21

**requirement**
91:17 92:4
93:8

**requirements**
91:13,23
149:14

**requires**
42:8,25
43:6
111:17
149:20

**requiring**
157:20

181:16

**reservoir**
153:9
158:19
165:19
167:3,11

**reservoirs**
108:6

**residence**
99:20
100:7

**resides**
55:12

**resin**   169:1,
23

**resources**
39:25 90:2
95:17

**respect**
123:22
175:17,19
176:6,10,
24 178:5
186:11
187:4
188:4
196:22
199:16,17
200:12
205:5
206:8
208:24
210:25
214:6
215:2,17

216:12
228:10
229:6
230:23
235:18,24

respects
219:3

respond
181:1

responding
197:4

response
217:17
222:24

responses
114:14

responsible
14:19 28:6
156:15
204:2,13
207:19

rest  77:15

restore
185:1

restricted
50:2

restrictions
167:10

result  54:23
67:24
101:10
105:17
108:7
119:20

125:1
199:13,14
212:1
223:22
225:21
239:15

resultant
212:19

resulted
224:14,16
225:17

resulting
54:5

results
32:5,25
37:9 47:1
59:2,24
73:9,10
100:12
107:14
111:25
140:18
141:10
147:8
194:5

resumé  22:7
24:4

resurfaces
173:4

retain  151:7

retained
23:16
41:13
75:15,16,
23 76:1

173:24
221:12

retardation
34:13,17
102:2,5,6
103:24,25
104:4,12,
15,25
115:20

retarded
102:18
104:23

retention
18:4 103:3

retrospect
29:3

return  38:24
99:16,18
100:6

returned
99:16

reveal  18:14
60:6

revelation
168:21

reverse
27:18
44:25
45:11
156:9

review  32:14
56:20 95:1
98:25
124:6

176:17,25
228:13

reviewed
19:14
29:9,18
30:2 40:1
60:6 61:7
84:14
89:21
97:24
102:12
123:25
125:24
126:3
127:5
202:22,23

reviewing
23:17 97:1
114:3
216:16,21

revised
42:1,4

RI/FS
184:14,21
185:16,18,
22

rightmost
57:5

rigorous
193:14

risk  186:7

river  25:16
31:21,22,
24 32:1
33:3 42:7,

14 43:5
44:4 45:25
46:6 49:18
50:2,7,23
52:4,7,19,
23 54:3,6,
7,11,16,23
55:11,14
57:9,15,
20,21,24
58:10,11
59:16
60:12
61:4,9,20
62:14,19
63:8,10,
11,19,24
64:1 70:5
76:5,6,13,
14,18,20
77:1,2,7,
15,23
78:5,10,
16,19
82:15
93:20,23
107:15
108:8
109:13
118:16
128:21
129:5
130:3,12,
21 131:8,
21 132:24
133:22
134:10
135:4,12

136:4,15,
22,25
137:23
138:2,10
140:19
141:2,4
145:24
148:18
150:24
152:7
166:7
178:8,9,
10,14
179:6,11,
13,15
180:1,5
181:3
186:24
193:7,21
194:1,6,9,
11 197:23
198:3
200:18
201:10
202:13
203:8,14
204:2,5,
15,25
205:10
207:11
208:25
209:11,14,
19,20,23
210:9,10,
11,13,17,
18,23,24
212:6,21,
23 215:9

225:16
226:9,10
228:5
235:10,11,
14

Riverbend
90:13
148:23
155:12

Riverkeepers
37:16

rivers  14:9
30:14 46:3
47:17
196:4

rivershed
180:12
212:9

RO-BASED
187:11

Road  31:23
91:7

roads  164:25
165:9,18,
23

rock  33:22
178:21

Rodowa  29:21
160:25
161:4,8,18
168:1

role  15:21
18:16
22:21

Rome  10:6,
15 11:7
23:2,8
31:4 32:11
33:3 42:6,
13,19,22
43:5,12
44:20,21,
24 45:11
50:15
51:15,16,
19 57:16
58:11,19,
23 59:11
62:14
63:24
69:2,6
76:15,18
77:1
128:21
130:16
133:1
136:9,10,
15,23
137:2,11,
23 138:11
141:5
187:4
197:23
198:3
199:12,20
203:8
204:5
211:2,5,16
212:18
222:5,10
223:8,22
224:4,17,

25 228:5,
11 229:10
230:8
235:7,21
236:12,14

**Rome's**
140:14
225:15

**roughly**
135:5

**round** 118:7

**routinely**
66:4,7,19

**row** 67:1
130:16
137:1,10

**rows** 66:16
67:2
130:22
135:8,20
136:8

**rule** 204:18

**ruled** 211:23

**rules** 94:4
238:2

**ruling**
228:9,10

**run** 50:11
157:4
165:23
188:25

**running** 25:5
81:11 87:4
121:20

**runoff** 54:19
55:9 61:7,
11,24,25
65:8 81:4,
23 125:16
134:5,6
201:6,9,18

**Russell**
86:17,25
105:25
106:7

—————————
**S**
—————————

**s.s.** 12:13
13:25

**sale** 229:9

**sales** 216:17
227:5,9

**sample** 57:8
59:18
73:6,9
126:23
195:11,16,
20 210:20

**sampled**
31:16,17
60:3 79:19
82:9
127:1,6
195:8,15
196:8
209:11,13

**samplers**
32:13

**samples**
31:3,4,7,
11,20
50:11,14
51:1,15
56:7 57:23
62:18 63:9
64:5 72:24
73:8,12,
15,17
77:13
80:13
88:18
91:17
127:9,17
131:23,25
179:21
193:11
194:5
195:3
196:16
200:2,16
210:9

**sampling**
31:13,23
32:2,4,14,
16,17 37:3
49:2,3,5
51:14
58:19,23
59:1,24
63:12
66:15,16
67:2,7
73:10
77:16
79:24
81:21

82:3,4,11
119:2,5
126:8,11,
19 127:5,
12,15
130:4,7
131:6,20
138:7,17
196:12,13,
19 200:9
203:12,24
207:2
210:18,20

**San** 35:3
179:15
180:5

**sand** 17:2
104:1,2,13

**saturated**
71:5,21,22
104:1,6
147:7

**saturation**
104:20

**scale** 187:1

**scenario**
41:17
150:18

**scenarios**
41:19,21
53:21
54:25
61:19

**schedule**
93:14

Science
  209:7
  215:6

scientific
  197:1

scope   149:17
  183:16
  236:22

scraped
  173:14

screening
  186:6

search
  180:11

seasonally
  201:8

second-to-last
  56:6 137:1

secondary
  235:10

section
  14:8,11,
  12,13,17,
  19,20,22,
  25 15:1,4,
  6,8,10,12,
  14,16,21
  28:17
  29:8,20,24
  30:11 42:5
  43:15 46:1
  49:14,16,
  25 64:19
  68:17
  69:25

77:18,25
78:23,24
90:5 92:4,
13,25 93:3
94:9 95:25
96:3 99:5,
25 100:4,
17,23
101:2,5
105:5
122:6
124:21
126:5
127:20
128:5
139:5
141:14,17
144:6
155:11
157:17
158:17
160:23
163:22
168:2
169:21
170:24
174:8
205:25
221:20

sections
  158:21

sectors
  39:15

sediment
  55:13,14
  199:11,13,
  15 200:22

201:10

sediments
  113:20
  166:13,18,
  24 198:20
  199:18,20

seeking
  161:10
  233:16

seeps
  117:23,25

select   73:4
  185:25

selected
  21:10
  166:20,21
  187:11

selecting
  153:15

selection
  184:18

selective
  171:20

send   170:19

sense   11:21
  54:18 55:9
  125:8
  143:1

sensitivity
  87:15,18,
  25 88:9
  128:3,6

sentence
  30:21,25

42:24 43:4
44:11,14
56:6
62:17,25
67:23
68:12
71:11
72:21,23
82:23
88:11 92:6
100:5
105:9
107:11,12,
17 109:8
124:24
125:10
127:24
128:8,11
163:7
164:11
165:15
206:21

sentences
  127:22

separate
  21:19
  55:21
  146:9

separately
  194:13

September
  10:1,8
  134:25
  135:2

series
  189:17

serve  192:12

served  20:10

services
  238:6,12,
  16

set  12:8
  39:16
  48:17
  55:18 79:1
  114:9
  121:1
  186:3
  189:9

sets  148:15

settlement
  23:15
  179:12

settlements
  198:12

seventh
  119:11

sewer  73:25
  75:15

shale  28:15
  113:16,21

shallow  83:2
  113:14

Shampoo
  236:10

share  22:24

shared
  21:19,21
  24:18

Shaw  226:21

sheets
  228:14

shifting
  154:14

shores  35:3

short  13:11
  14:1
  120:7,16
  185:20

short-form
  13:8

short-term
  87:4

shoulder
  165:17

show  58:6
  104:8
  132:12
  137:21

showed  114:6
  129:24

showing
  194:4

shown  52:4
  73:16 79:5
  80:13,14
  133:1

shows  152:4
  188:18

side  39:13,
  20 234:14

side-chain

84:20

significant
  15:7,11
  28:4 74:16
  75:14,22,
  25 123:24
  139:25
  141:1
  146:23
  178:17
  212:22
  213:4

significantly
  52:20
  62:12 64:3
  103:15

silvicultural
  38:25

similar
  41:11
  53:22 56:2
  63:6,14
  75:11
  79:19,25
  88:15
  90:22
  128:18
  129:12
  150:25
  172:10
  209:2
  219:5,9

similarities
  228:12

similarly
  39:19

137:10

simple  63:16
  113:22
  143:9
  203:6

simplest
  131:5

simplify
  13:7

simply  33:15
  113:7

simulation
  33:11,16

simulations
  181:17

single  124:8

Sinking
  13:12

sir  20:18
  192:21
  198:18
  215:15,25
  233:4
  234:12

sit  166:17

site  14:21,
  23 15:4
  16:1,23,25
  17:17,20,
  21 22:18,
  24 24:18
  25:2,3,5,
  7,8,17
  28:12,13

34:20
35:2,4,6
70:1,9
78:25
81:21 82:3
96:2 97:9,
10 98:16
104:16
105:4
114:22
124:4,8
127:16
142:8,14,
20,21,25
143:1,2,4,
7,10 151:4
154:12
173:4
174:2
178:6
179:23
185:15

**sites** 24:17
34:24
88:15
123:25
141:25
165:6
184:21,23,
25 185:21
192:9

**sitting**
193:1,11
194:12
218:24
235:6

**situ** 35:7

88:17
172:4

**situation**
54:10,17
61:23

**situations**
55:15

**sixth** 117:18

**size** 171:18
186:17

**skip** 163:21

**slash** 57:14

**slightly**
101:22

**slope** 97:12

**slow** 44:19
75:24
147:9

**slower**
101:22
103:9,15

**slowly**
44:11,13
75:18,23
86:10
87:13
100:19
101:3
102:8

**sludge** 54:22
81:23
143:18
144:11
173:10,13

**sludges**
74:18

**slurry** 35:8
142:1,2
171:8,18

**small** 36:22
65:6
67:15,18,
19 70:3,8,
10,14 71:6
76:13
82:17
117:23
173:1
199:20
204:22

**smaller** 81:8

**Smith** 10:21
11:4,6
16:22 19:1
20:13,19,
22 21:12,
16,22,25
22:1
25:20,23
26:2 30:10
36:7 43:15
45:9,18
48:4,11,
24,25
49:12,13
51:22
65:16,17
66:3 70:21
71:24
76:25 77:6
81:20

84:17
89:2,10,
12,20
95:6,13,
14,25
96:13,18,
21 98:3,17
102:20,25
103:13,14,
20 104:14
105:22
106:16
116:13
119:8,10
121:3,13
129:19
132:21
139:4
140:12
145:4
147:19
151:20
152:1,8,
11,14
155:10
156:24
168:9,13,
19,25
169:6,9,
10,19,20
170:15,22,
23 175:2
196:8
230:24
231:12
235:21

**smokestack**
184:2

soil  35:6,7
  71:5,24
  83:17
  84:25
  88:15
  91:22
  99:13
  101:24
  107:7
  173:15

soils  71:4
  83:2,19
  113:15
  125:16
  166:24
  173:16
  174:3
  198:12,19

solar  154:7,
  11

sold  218:1
  221:22
  223:23
  226:24
  227:1,2
  228:16
  229:8
  230:8

solid  33:20
  34:6,16
  94:9
  160:18

solids  33:20
  158:9,12,
  14 160:9,
  13 162:15,

18 163:1

solution
  160:13

solves
  132:16

solving
  180:2

Sorbix
  169:23

sort  112:17
  175:13,15

sound  11:14,
  25 26:20

sounds
  202:24

source  15:5
  37:18,24
  38:5,20,22
  39:3,13
  43:22,23,
  25 45:1
  55:9
  56:13,14
  64:16,24
  72:11,12
  73:6 82:2
  83:7,9
  96:2
  100:18
  108:12
  115:23
  131:1
  133:9
  143:5
  166:11

173:20
181:24
182:21,24,
25 187:19
190:8,13
204:8,9,13
210:24
211:12,22,
24 213:4
228:10
238:7

sourced
  54:18

sources
  23:23
  29:23 30:5
  31:2 32:11
  45:24
  58:22
  59:7,9
  62:7 83:9
  93:23
  130:15,17
  131:2,10
  132:25
  133:10,13
  180:12
  183:6,16
  184:4
  186:24
  187:24
  192:16
  195:2,5
  197:22
  204:18,22
  205:2,4,8,
  13,15,19

206:5,7,
10,15
207:21
208:11,12
209:12,15
210:25
212:22
213:17,19
235:17

sparse
  152:21

spatial
  183:7,11,
  13 192:15

speak  16:19
  141:20

speciation
  176:4

species
  155:1

specific
  13:21
  16:15
  18:24 22:7
  23:3,10
  24:5,11
  31:17
  34:22
  44:23
  46:13
  69:18
  77:11 79:6
  84:3
  106:14
  109:14
  110:14

127:12
133:13
155:7
186:10
191:16
192:16
218:19
219:21
221:25
224:5
233:21

**specifically**
40:22
106:9
134:1
137:19
139:15
162:3
191:19
192:8
203:2
217:1
222:3,8
223:6
224:1
229:7

**spectrum**
34:4

**speed**  101:15
104:23
111:11

**spend**  19:12

**spent**  19:15,
23  163:4,
10

**spot**  48:3

**spray**  40:7
73:10
79:4,10
80:16
81:2,9,23
91:9,11,
18,23
92:14
97:12,13,
16,17
98:12
107:25
108:6,23
110:22
112:10,11,
24  113:5,8
114:9
116:16
123:4
125:2,11,
14,22
141:7
144:9
145:6,9
146:2
150:14

**sprayed**
74:8,9,17
83:11  99:7
101:20
109:20
116:9
117:11,14,
17  119:22
120:17
121:24
145:21
147:10

208:6

**spraying**
110:19,24
112:3,15
114:8
143:12
145:23
148:2

**spreadsheet**
147:24
152:4
189:16

**spring**
17:21,24,
25  117:23
231:17

**squared**
53:4,10,15

**SSP&A**  14:1,
10  15:25
17:12,16
19:20  28:2
159:23

**staff**  12:13,
16,17,24
13:3  14:4,
9  15:7,11,
25  19:21
27:2,3
34:18
176:15
186:1
196:11
235:1

**stage**  164:18

207:5

**standalone**
223:14

**standard**
30:3
189:16

**standards**
93:16
121:1

**standing**
123:5

**stands**
169:14

**start**  22:1
39:22
49:16
89:11
127:23
139:8

**started**
78:24
100:16
107:11
110:24
141:21

**starting**
31:21
134:12
144:25
168:22
225:10

**state**  22:11
23:10  36:5
94:4  98:18
100:4

108:21
124:25
129:10
164:13
174:7
221:20
230:15,20
234:6,9
239:1

**State's**
36:21

**stated**  99:5
124:12
140:2
167:8
239:5

**statement**
29:4 45:23
63:2 94:10
122:10
198:11
227:4

**statements**
123:18

**states**
35:16,19,
25 36:2,4
57:12 79:7
93:13 96:4
99:11
128:11
163:7
164:8
186:25
205:14
211:13

231:2,10
232:1
233:1,2,9,
19 234:2
238:4

**stating**
238:5

**Station**
72:25
73:15

**stationary**
184:4

**stations**
65:5 150:6
163:23

**stepping**
204:17

**steps**  207:12

**stick**  149:9

**stops**  25:5,6

**storms**  54:22

**stormwater**
15:8 18:4
28:2,5
29:1,6,12
68:7 94:15
121:20
122:23
123:10
124:22,25
125:6,19,
25 126:7,
9,11,16,24
151:8

**straight**
137:8

**straightforwar
d**  37:24
43:4
113:22
202:14

**stream**  86:4
93:22
98:15
101:10,17
111:18
112:12,15
113:6,8,
10,12
114:8
117:1,24
118:1
143:14
146:6
150:16
155:18
178:18
182:14
190:5
232:17

**streams**
25:7,10,14
65:6 66:5
67:15,18,
19,23
68:2,7,9,
11,14
70:3,9,10,
14,20,25
71:7 72:9,
11,13,14,

16 79:10,
16,19,22
80:5,8,11,
12,14,20
82:24,25
83:13
86:12
88:25
97:14,21
100:14
101:1
113:25
117:16
118:5,8
127:2,6
141:10
145:15
146:17,24
147:7
155:15,16,
18,22
173:5,8
207:16
230:14
231:6,9
232:25

**strictly**
76:19
77:1,5

**strike**  92:19
202:18
203:10
209:25
224:22
232:7

**strong**
208:20

218:9

**structure**
219:6

**struggling**
146:25

**stuck**  149:11

**students**
209:9

**studies**
29:22
84:18,19
86:14,24
102:12
107:1
110:20
111:5,9
114:3,10,
20  115:3
161:17,18
162:5,9
175:21,22
176:17
177:11,12,
15,20
210:8

**study**  51:17
56:14  87:4
93:20,22
104:24
111:17,18,
22,25
114:18,22,
25  148:17
158:5
159:11
160:25

167:23
168:23
169:13,21
179:3
209:4

**styled**  93:20

**sub-bullets**
154:5

**subheading**
105:6

**subject**  26:1

**submissions**
233:7

**subsequent**
23:15
38:18
86:24
111:9

**subsequently**
18:5  60:6
68:1  78:18
100:14

**substance**
23:19  91:6

**substances**
13:19
140:19
144:3
185:9
204:2
215:9
224:10

**subsurface**
38:17  97:6

99:7,8,15
102:16
103:3,10
108:2
113:13
115:5,8,
10,13
116:17
142:14
144:1,2
173:14

**subtract**
122:14

**subtracted**
123:2

**subtracting**
159:9

**success**
174:4

**sufficient**
99:19
100:7
181:12
182:12
183:13
226:16

**sufficiently**
75:24

**suggest**
169:23
212:21

**suggested**
86:18
98:10

**suggesting**

173:3
207:2

**suggestions**
19:9

**suggests**
52:15
132:11
194:18

**suite**  148:12

**sulfonate**
43:9

**sum**  30:16
80:21
130:15,17
131:10

**summarized**
177:16

**summary**
43:16  46:2
124:22

**Superfund**
184:14,25
185:1,8
187:25
192:9

**supplied**
222:4,9
223:7

**supplier**
163:11

**suppliers**
163:13
223:1

supply   42:8
  43:6 76:7
  141:5
  235:7

supplying
  225:11

support
  14:5,15,23
  15:2 20:23
  22:22
  34:18
  116:22
  120:10,12
  134:13
  160:23

supportable
  204:13

supporting
  19:24
  58:16 67:9

supposed
  136:18

Supreme
  38:13
  108:16
  110:6
  231:13

surface   18:6
  25:4 28:10
  29:1,6,11,
  14 33:12
  38:6,8,10,
  18 44:12,
  17 49:1
  54:14,15,

19 55:9
  91:16
  96:5,9,23
  97:5,7,17
  98:2 99:9,
  13 100:20,
  25 105:19
  107:23
  108:18,24
  109:1,6,
  10,23
  110:2,19,
  23 111:2,4
  112:3
  113:25
  114:15
  116:18
  117:10,19
  125:16
  142:16
  143:3,20,
  21 144:10
  150:3
  158:18
  161:12
  166:21
  172:22
  173:1
  178:18
  181:8
  201:6,18
  229:2
  230:13,23
  231:18,19
  232:8
  234:7

surrounding
  25:11

susceptible
  178:23

suspect
  27:24
  29:10

suspended
  33:20 94:3
  158:8
  162:15
  200:21

SW-4   81:21
  82:3,13

swear   10:24

switched
  225:14

sworn   11:1

symbol   46:9,
  12,13,19

synonymous
  232:9

system   13:15
  16:18
  17:24
  36:8,10,22
  41:4 43:21
  44:2,4,25
  45:12,15
  50:7,23
  54:3 62:2
  73:25
  74:1,8
  75:15
  76:1,7
  77:15,22,
  24 89:14,

22 92:7
  96:4 98:1,
  25 99:12
  105:6,9,11
  107:12
  108:5,8,24
  109:13
  113:12,13
  129:6
  130:12
  131:8
  134:10
  139:18
  140:19,21
  144:12
  150:24
  152:16,22
  153:5
  158:7
  161:6
  162:12
  168:4,5
  170:1,2
  172:6
  173:23
  178:8,9,10
  179:1,3,
  11,13,15
  180:1,5,9,
  25 181:1,
  9,10
  183:13,14
  187:4,11,
  12 188:11
  189:20
  193:22
  194:10
  199:22

201:23
202:5,13
203:3,15
204:15,25
206:4,13
207:10,15,
20 209:1,
14,19,20,
21 210:10,
11,13,17,
18,24
212:21
224:13
226:9,10
228:23

**systems**
27:8,13,
17,18,19
28:3,5
31:9 33:21
36:19,23
37:6,11
41:18 50:2
55:12
74:2,10
75:18
103:4,10
114:15
132:24
178:14,25
179:6
180:4
182:14
184:8
186:24
190:5
194:1,6,9,
11 200:18

201:10
205:10
209:11,24
212:6

_____
          **T**
_____

**Tab** 20:15
89:13
95:15
102:21
168:25

**table** 46:5,
23 66:4
69:14 72:3
73:4,7,16
74:21
76:10 77:9
78:1 79:2,
5 80:1,20
82:23 86:4
90:18
91:12,19,
24 92:5
94:11
99:14,16
103:24
130:14,23
134:15,23
135:3,5
136:8
193:17
220:18

**tables** 46:4,
19

**tabulated**
193:8

221:6

**tabulation**
226:24

**takes** 105:16
174:23

**taking** 81:2
104:20
109:25
123:3
228:25
238:5,13

**talk** 35:24
77:18,19
78:25
94:18
122:6
148:8
154:16
158:19
159:25
162:12
168:22
203:1
230:13

**talked** 27:1
34:18 37:5
48:12
70:11
77:22 99:2
101:25
102:4,5
109:17
111:2
114:16
115:19,25
117:13

118:12
121:16
123:14
124:3
125:23
133:19
142:25
154:13
161:18
164:22
173:21
174:5
175:17
178:6
188:10
206:9,11,
14 214:14
235:22

**talking**
108:2,18
138:9
139:13
146:14
155:17
163:22
169:18
172:19
188:23,24
203:18
207:18
213:1
230:12,24
231:14

**talks** 110:1
203:4
231:16

**Tape** 10:4

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

Charles Andrews on 09/19/2022                    Index: target..things

target   41:11
  139:9

targeted
  160:5

targets
  41:22,24

task   17:23
  142:3
  164:15
  165:1
  167:3,7

technical
  103:1

technically
  143:4,22

TECHNICIAN
  20:18

technique
  138:14

technologies
  155:14

technology
  39:13,18

technology-
based   39:10

telling
  18:15

ten   18:9
  85:23
  168:4

tend   201:9

tender   238:4

Tennessee
  17:20
  31:21
  142:25
  178:7

term   36:7
  37:17,19,
  22 84:12
  94:4
  140:25
  192:2
  197:11,14,
  16 214:8,
  10,12
  226:16

terminal
  100:13
  101:17,21
  117:14
  144:4
  166:15

terminated
  94:3

terminology
  191:24

terms   19:5
  34:5,7
  35:15
  53:17
  57:19
  70:12
  86:13 87:7
  88:15
  109:9,19
  110:18
  111:1

140:16
145:23
148:3
153:20
154:24
161:9
179:16
183:11,14
185:13
186:17,19
197:21
212:4
226:20
234:8,21

test   169:2
  214:15

testified
  11:2 26:7,
  9,11,13,20
  36:20
  106:16
  115:6
  118:13
  119:3,13
  139:8
  156:10
  170:5,8
  195:14
  212:12
  231:5
  236:1

testifying
  37:10,15

testimony
  18:20 21:7
  26:19
  36:25

37:2,4
118:19
139:12
152:8
196:7
203:7
211:1
222:13
223:13

testing
  88:19
  196:21
  197:1,8,
  12,16,24

tests   88:17

Texas   17:19
  178:7

text   52:2
  76:9 77:9
  91:10 93:4

thereto
  239:7

thick   17:2

thing   132:8
  193:13

things   32:21
  47:15
  107:7
  144:19
  149:1
  155:1
  170:19
  179:3
  181:5
  184:2

**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**

231:11

**thinking**
142:9,23
151:3
185:13

**third-party**
32:10,13

**thought** 42:1
111:19
140:19
142:6
148:19
172:8,9
187:1,10
196:14
229:20
237:4

**Tilton** 63:8,
10 135:4,
12,14,21

**time** 10:8
12:11 16:6
18:7
19:12,18,
23 20:1
24:25 34:8
44:5,16,18
45:20
48:4,6,9
49:19,20
50:8 52:12
60:10,11,
23 66:22
75:19
77:13,16
81:25

86:18 87:5
89:2,7
95:1 99:20
100:7
110:18
112:2,7
119:5
120:2,4,6,
14,15,24
121:4,6,11
123:17
124:14
130:4
134:18
139:7
148:20
161:1
164:5
168:14,17
174:23
175:3,4,7
178:14
185:6,19
186:22
194:15
197:10
201:2,4
202:23
203:24
213:24
214:2
216:15,19,
21 231:17
237:14
238:4

**timeline**
225:8

**times** 11:14
98:11
168:4
181:6,11
200:24
201:5,8,10
230:7

**timing**
112:10

**title** 215:18

**titled** 103:2
202:20

**today** 11:8
17:9 20:5,
23 76:1
118:13
131:17
133:19
139:14
148:6
166:17
170:13
190:4
193:1,11
194:3,12
196:6,7,15
203:7
214:14
218:24
227:19
231:6
235:6,13,
17 236:1

**Today's** 10:7

**told** 76:4
111:23

124:8,13

**tomorrow**
237:10

**Tongue**
179:11
180:1

**top** 46:5
57:5 58:21
59:8 92:13
165:13
179:21
191:2,17
210:5
216:18

**topographic**
72:15

**topography**
143:19
150:15
151:4,9
173:11

**total** 19:25
66:13
122:4,12,
14 132:3
145:24
158:12,14,
15 159:7
161:23
162:6,18,
20,22
167:6
200:17,19
209:7
215:7

totaling
  68:22

totality
  125:8

totally  80:9

touched
  187:3

trace  229:8

traced  204:5

tracer
  214:8,16,
  19

traditional
  108:12

train  23:5
  160:22
  167:21
  188:8

training
  175:20
  221:11
  229:1

transcript
  21:3 238:9
  239:5,10

transients
  215:20

transmission
  165:15,18
  166:2

transpiration
  81:19
  121:17

123:5

transport
  24:1
  33:13,14,
  16 34:2,10
  81:14
  102:1
  103:3,15
  104:6
  179:12
  198:13,21
  215:2,20

transported
  129:5

transporting
  180:3

travel  99:20
  102:14

treat  18:5
  42:17,23
  105:10,11
  107:12
  144:10
  150:3
  161:10
  173:21

treated
  105:18
  139:16
  149:5

treating
  145:23
  148:1

treatment
  27:4,7

29:22
  36:19,22
  37:11
  40:14,15,
  16,24 41:2
  42:8,25
  43:7
  44:20,25
  45:4,15
  60:1 74:2,
  5 75:18
  90:7,12
  99:21
  100:8,10,
  11,15
  105:6
  106:11
  108:5
  117:3
  139:17
  148:8,24
  149:1
  155:11,12
  156:5,7
  157:17,21
  158:19
  160:8,11,
  22 161:6
  162:12,25
  166:6
  167:5,21
  168:4
  169:23
  172:3,4,6,
  15 187:4
  207:9,14
  223:2
  224:11

225:22
  226:3,4

trenches
  165:17

trend  53:2
  55:1 63:8

trends  53:15
  55:21,24

TREX  182:6

trial  21:7
  48:21

tributaries
  66:5 70:5
  107:15
  135:14,20,
  23 136:1,3
  195:1,8,
  13,25
  196:3,8
  210:11
  230:25

tributary
  195:3,17

trip  24:17

trouble
  207:17,22

true  11:15
  47:10
  188:11
  239:9

truthfully
  11:25

turbidity
  199:25

200:1,3,4,
5,12,15,
22,24
201:3,5,
14,17

turn  43:15
46:1 69:25
92:12
124:21
127:20
139:5

turned
170:23

turning
155:10

turns  218:2

twofold
83:10
141:6

type  39:22
45:15 55:1
72:4 82:17
87:15
106:14
112:21
114:22
116:3,12
139:17
157:15
158:4
176:5,22
178:21
179:3
181:16
189:25
190:15,24

191:5
210:1
214:15
219:7,8
227:10

types  27:15,
16 28:19,
25 29:2
53:14
84:25
88:15
110:9
116:12
183:24

typewriting
239:7

typical
141:24
200:24

typically
28:20,25
34:17 54:2
72:2 102:6
163:10
165:16
178:22
184:6
192:13
201:5
229:1
231:8

typographical
73:2

—————————
U
—————————

U.s  37:21

U.s.  42:8
43:7 56:15
59:2
70:13,15
156:1
160:24
199:11
209:16

Uh-huh  91:21
110:8
135:6

ultimate
140:9
203:25

ultimately
106:24
235:20

uncertainty
87:10
131:7
137:22

unclear
147:15
177:1
189:6
203:17

unconsolidated
16:18
28:14
113:14,20

uncontrolled
172:13

underestimated
131:2,4,6,
10 138:8,
16

underestimates
139:2

undergraduate
175:22

underground
165:15
166:1
178:15

underlain
113:15

underlined
17:3

underlying
28:14

underrepresent
ed  138:7

understand
31:5
33:17,19,
22 34:22
42:18
43:16 46:3
48:13,17
49:7 53:19
55:17
61:16 62:4
69:15
71:14 87:7
88:23
89:20
108:9

112:2
113:9,11
121:18
122:21
127:4
128:2,3
129:7,8,16
132:9
141:13
144:8
146:1
147:1
154:1,8
159:2
161:4
167:3
169:25
171:17
178:6
181:10
183:13
185:5
188:6
190:12,16
193:6,25
196:1,2,25
197:14
203:23
204:16
207:17
211:4
212:24,25
213:1
214:10,23
220:2
221:15
223:4
227:3

229:13,15,
24 231:19
232:6
233:24
235:8

understanding
13:9 16:10
17:1 25:4
49:5 73:21
80:15 97:4
125:11
142:14
162:4
166:5
173:16
187:23
189:8
193:21
197:22
210:1
223:19
228:20
231:7,24,
25 232:7,
23 233:4
235:12

understood
11:24 29:8
48:24 49:3
50:25
124:16
127:4
132:21
133:4
235:8

undertaken
140:7

United
35:16,19,
24 36:2,4
186:25
205:13
211:12
231:2,10
232:1
233:1,9,19
234:1

units  28:16

University
209:10

unlike  74:25
131:18
228:23

unsaturated
71:5,21
104:10,11

upfront
158:9
164:17

upland  70:4
165:3,5,7

upper  71:5,
24

upstream
31:25 45:5
59:19,20
64:2 69:5
79:24
91:18
130:15,17
131:1,10,
19 133:25

135:11,14,
23 136:1
193:7,9,22
195:1
209:18,19
210:10
215:10

users  206:24
223:1

USGS  65:5
72:15
181:14
182:17,19,
20 191:4,
8,10,15
202:19

usual  238:19

utilities
10:22 11:7
13:10
16:17
24:7,19
36:10
40:21 44:1
45:5 65:4
68:19
71:12
74:1,5
89:13
98:23
105:20
111:23
126:11
206:25
217:2

Utilities'

13:15
43:21
89:21
105:7
123:16

utility
214:15

_____

V

_____

vague  106:4
183:20
189:3
191:22
194:20
196:24
214:21
225:5

validation
156:18

validity
221:5

values  67:5
72:22
104:2
128:19
134:16,19
137:3,11
221:6

variability
37:5,8
200:8,12
203:5

variation
53:4

varied  18:1
132:1

varies  36:6

vary  64:3

varying
129:2

vegetation
123:6
125:16

vegetative
83:3,22
101:24
107:7
201:11

vein  150:25

velocity
102:18

vendors
156:25
157:1
159:25

verbatim
38:1

verify  158:6

versus  10:6
23:11
38:10
52:11,12
110:7

vertically
99:14

vicinity
65:7

107:24
108:22
194:9

video  121:12
168:18
213:25
214:3

view  38:11
78:15
186:16
187:17
232:8

violation
94:5

violations
93:16

Virginia
36:21
37:1,7

visit  24:10,
18,24
25:2,4,18
70:9 97:9,
10 124:4
127:14,16
142:21
165:22

visited
24:7,22
70:10
98:16

visual  53:18
173:18,19

visually
63:6

volume  80:20
81:13
122:22,23
130:11
136:12
155:23
205:25
227:1,9
228:15

volumes
104:18
122:7
151:7
186:21
228:17

_____

W

_____

Wade
123:16,21

walk  89:25

wall  142:1,
2 171:8,18

walls  35:8

wanted
24:11,22
169:16

Washington
87:1
105:25
106:7

waste  94:10
155:15,16,
18,21

wasteload

THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.

Charles Andrews on 09/19/2022    Index: wastewater..waters

149:19,21,
25

**wastewater**
27:4,7
36:11,22
37:11
40:7,8,17,
19 64:11
67:25
68:7,21
72:20
73:20
74:4,13,16
75:18
80:22
85:18
92:19
99:6,12,19
100:7
105:17
107:23
108:22
116:15
121:24
122:8,22
123:10
145:7,8
147:2
149:5
155:12,24
158:2
166:6
206:4
207:9,13
208:6
217:2
224:13
227:12

228:22

**wastewaters**
73:5

**water** 13:12
18:6 25:4,
11,15
28:10
29:1,6,12,
14 33:12,
19 35:12,
14,18
36:2,3,4,
13 37:17,
23 38:6,8,
18,24
39:10,19,
20 42:7,8,
13,17,23
43:5,6
44:12,18,
20,25
45:1,3
48:23 49:1
54:15,19
55:9,14
59:11
61:22
62:18
65:3,8,23
67:24
70:12
71:4,15
72:3 76:3,
5,6 78:8,
9,12,16,21
80:20
81:13,17

82:12,21
83:2
90:13,23
91:7,16
92:9
93:14,15
96:10
97:5,7,16,
17 98:2
99:9,14,
15,18
100:20,25
101:23
102:8,15,
19 103:15
104:5,18,
23 105:19
107:23
108:18,24
109:1,7,
10,23
110:2,19,
23 111:2,4
112:3
113:10,11,
24 114:15
116:9,18
117:1,11,
19 122:15
123:5
130:11
139:16
140:15
142:5,16
143:3,6,
10,12
144:1,10
147:4

149:6
150:4
153:14,17,
19 158:18
161:12
166:21
167:5
171:9,21,
25 172:22
173:2,24
181:8
200:16,20
201:6,18,
23 202:4,
21 203:3
215:18
220:3
222:1
229:2
230:13
231:18
233:9
234:9,14
235:7,13

**waters** 26:12
35:15,24
37:21
70:13,14
96:6,23
107:19
141:8,10
143:20,21
185:2
221:17
230:20,23
231:2,9,20
232:1,8,9,
25 233:1,

19 234:1,
7,9

watershed
61:10,14
62:6 65:9,
25 69:22
93:4,8,9,
13 134:9
193:16
204:18
206:7
207:22
208:11,15
213:5
215:11

watersheds
205:9,19

ways  53:1,5
186:2

weather  82:7
118:10,21

weathering
178:23

web  182:20

website
105:7,20

week  19:18
48:19
92:21

weekly
131:24

weeks  19:15

weight
77:21,22

weighted
79:23

Weiss  209:17

wells  23:23

West  36:21
37:1,7
142:23

western
143:16

wet  71:4
118:10,18,
20

wetland
81:22
82:13,15

wetlands
81:22
155:1

wetted
125:20

widely  184:3

Wildlife
110:7

withdraw
42:13
233:13

withdraws
42:7 43:5

Wolverine
23:16

Woodard
29:21
161:19

167:23
168:1,6,23
169:13

word  147:15

words  33:13
35:18 38:3
117:6
119:16
129:10
174:17

work  16:2,
24,25
17:19
18:7,19
23:16
35:11
49:14
51:16
104:15
123:24
131:15
139:19
157:6,9,10
176:15
177:16
180:10
184:13
185:17,19
186:7
193:25
196:22
233:11,14

worked  19:16
26:3,5
27:11
36:15
86:17

157:11
184:20
197:10
235:1

working
219:24

works  89:5
187:12

worried
142:19

worth  148:3

wow  141:22

wrap  119:7

writer  39:17

written
170:11
189:13

wrong
217:22,23
218:4,14

wrote  164:5

WRTTS  182:4

─────────

Y

─────────

year  44:4
60:11,23
81:4 118:7
127:12
128:12,14,
15,16
130:12
132:2,6,
10,18

133:19,23
134:8,14
135:7
200:24
201:2,4,5,
8,11
215:24

**years**  18:9
37:9 64:22
75:4 84:8,
14,21
85:7,9,23
86:6 87:9,
11,19,21
88:13,21
122:8
124:1
132:5
176:20
177:18
184:22
188:21
189:24
205:12
227:1
233:22

**yields**  61:22

---

**z**

---

**zone**  104:7
147:7