# EXHIBIT C

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ROME DIVISION

 3
    JARROD JOHNSON,              § CIVIL ACTION FILE NO.
 4  individually, and on        § 4:20-CV-00008-AT
    Behalf of a Class of        §
 5  Persons Similarly           §
    Situated,                   §
 6                              §
                                §
 7                              §
             Plaintiff,         §
 8                              §
       vs.                      §
 9                              §
                                §
10                              §
    3M COMPANY, et al.,         §
11                              §
                                §
12           Defendants.        §
13  ~~~~~~~~~~~~~~~~~~~~~~~~~

14          VIDEOTAPED DEPOSITION OF
                  CHARLES ANDREWS
15            CONDUCTED REMOTELY

16

17             8:59 a.m. EST
         Monday, the 15th day of May, 2023
18

19

20

21
       Blanche J. Dugas, RMR, CRR, CCR No. B-2290
22

23

24

25
```

```
 1                    APPEARANCES OF COUNSEL

 2    On Behalf of the Plaintiff City of Rome, Georgia:
           LEE T. PATTERSON, Esquire
 3         Friedman Dazzio & Zulanas, PC
           3800 Corporate Woods Drive
 4         Birmingham, Alabama  35242
           (205) 278-7000
 5         (205) 278-7001 (facsimile)
           lpatterson@friedman-lawyers.com
 6
           J. ANDERSON DAVIS, Esquire
 7         A. FRANKLIN BEACHAM III, Esquire
           Brinson, Askew, Berry, Seigler,
 8         Richardson & Davis, LLP
           615 West 1st Street
 9         Post Office Box 5007
           Rome, Georgia  30161
10         (706) 291-8853
           (706) 234-3574 (facsimile)
11         adavis@brinson-askew.com
           fbeacham@brinson-askew.com
12
      On behalf of the Plaintiff Jarrod Johnson:
13         F. JEROME TAPLEY, Esquire
           RYAN LUTZ, Esquire
14         Cory Watson, PC
           Suite 200
15         2131 Magnolia Avenue South
           Birmingham, Alabama  35205-2836
16         (205) 328-2200
           (205) 324-7896 (facsimile)
17         jtapley@corywatson.com
           rlutz@corywatson.com
18
           GARY A. DAVIS, Esquire
19         Davis Environmental Attorneys, PC
           Suite 206
20         21 Battery Park Avenue
           Asheville, North Carolina  28801
21         (828) 622-0044
           (828) 398-0435 (facsimile)
22         gadavis@enviroattorney.com

23

24

25
```

```
 1    On Behalf of the Defendant E.I. DuPont and Chemours:
          ADAM PECK, Esquire
 2        Lightfoot, Franklin & White, LLC
          400 20th Street North
 3        Birmingham, Alabama  35203
          (205) 581-0700
 4        (205) 581-0799 (facsimile)
          apeck@lightfootlaw.com
 5
      On Behalf of the Defendant 3M Company:
 6        W. LARKIN RADNEY IV, Esquire
          BENJAMIN P. HARMON, Esquire
 7        Lightfoot, Franklin & White, LLC
          400 20th Street North
 8        Birmingham, Alabama  35203
          (205) 581-0786
 9        (205) 581-0799 (facsimile)
          lradney@lightfootlaw.com
10        bharmon@lightfootlaw.com

11    On Behalf of the Defendant Dalton Utilities:
          BROOKS M. SMITH, Esquire
12        Troutman, Pepper, Hamilton, Sanders, LLP
          15th Floor
13        1001 Haxall Point
          Richmond, Virginia  23219
14        (804) 697-1414
          brooks.smith@troutman.com
15
          T. SCOTT MILLS, Esquire
16        Troutman, Pepper, Hamilton, Sanders, LLP
          Suite 3000, Bank of America Building
17        600 Peachtree Street, NE
          Atlanta, Georgia  30308-2216
18        (404) 885-3000
          (404) 962-6578 (facsimile)
19        scott.mills@troutman.com

20    On Behalf of the Defendant Shaw Industries:
          CHRISTIAN BROMLEY, Esquire
21        Bryan Cave Leighton Paisner, LLP
          Fourteenth Floor, One Atlantic Center
22        1201 West Peachtree Street, NW
          Atlanta, Georgia  30309-3488
23        (404) 572-6600
          (404) 572-6999 (facsimile)
24        christian.bromley@bclplaw.com

25
```

**JARROD JOHNSON vs 3M COMPANY, ET AL.**
**Charles Andrews on 05/15/2023**                                    **Page 282**

```
 1   On Behalf of the Defendant Mohawk Carpet, LLC:
          DAVID CARPENTER, Esquire
 2        FIONA A. O'CARROLL, Esquire
          Alston & Bird, LLP
 3        One Atlantic Center
          1201 West Peachtree Street, NW
 4        Atlanta, Georgia  30309-3424
          (404) 881-7000
 5        (404) 881-7777 (facsimile)
          david.carpenter@alston.com
 6        fiona.ocarroll@alston.com

 7   On Behalf of the Defendant Polyventive:
          DAVID M. MOORE, Esquire
 8        Earth and Water Law
          Suite 1900
 9        1230 Peachtree Street, NE
          Atlanta, Georgia  30309
10        (404) 942-3400
          (404) 245-5421 (facsimile)
11        david.moore@earthandwatergroup.com

12   On Behalf of the Defendant Oriental Weavers USA, Inc.:
          DAVID C. HIGNEY, Esquire
13        Grant, Konvalinka & Harrison, PC
          Republic Centre, Ninth Floor
14        633 Chestnut Street
          Chattanooga, Tennessee  37450
15        (423) 756-8400
          (423) 756-6518 (facsimile)
16        dhigney@gkhpc.com

17   On Behalf of the Defendant INV Performance Surfaces,
     LLC:
18        MICHAEL J. BISCEGLIA, Esquire
          Hunton Andrews Kurth, LLP
19        Riverfront Plaza, East Tower
          951 East Byrd Street
20        Richmond, Virginia  23219
          (804) 788-8645
21        (804) 788-8218 (facsimile)
          mbisceglia@huntonak.com
22

23

24

25
```

```
 1    On Behalf of the Defendant MFG Chemical, LLC:
          KEITH KODOSKY, Esquire
 2        Lewis, Brisbois, Bisgaard & Smith, LLP
          Suite 4700, Bank of America Plaza
 3        600 Peachtree Street, NE
          Atlanta, Georgia  30308
 4        (404) 348-8585
          (404) 467-8845 (facsimile)
 5        keith.kodosky@lewisbrisbois.com

 6    On Behalf of the Defendant Daikin America, Inc.:
          KEVIN P. HOLEWINSKI, Esquire
 7        Jones Day
          51 Louisiana Avenue, NW
 8        Washington, DC  20001-2113
          (202) 879-3939
 9        (202) 626-1700 (facsimile)
          kholewinski@jonesday.com
10
      Also Present:
11    McKenzie Massengale, videographer

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  INDEX OF EXAMINATION

 2    EXAMINATION                          PAGE

 3    EXAMINATION                          286
      BY MR. SMITH
 4
      EXAMINATION                          367
 5    BY MR. RADNEY

 6    EXAMINATION                          440
      BY MS. O'CARROLL
 7
      EXAMINATION                          449
 8    BY MR. PECK

 9    EXAMINATION                          480
      BY MR. HOLEWINSKI
10
      FURTHER EXAMINATION                  492
11    BY MR. RADNEY

12                       - - -

13                  INDEX TO EXHIBITS

14    EXHIBIT    DESCRIPTION               PAGE

15     1      Notice of deposition of Dr.  288
              Charles Andrews
16
       2      Rebuttal expert report of    288
17            Charles B. Andrews

18     3      EPA quick reference fact     307
              sheet titled "The
19            Feasibility Study: Detailed
              Analysis of Remedial Action
20            Alternatives"

21     4      Wastewater Treatment System  338
              PFAS Pilot Proposal
22
       5      Journal of Hazardous         438
23            Materials Letters

24
                 (Original Exhibits 1 through 5 have
25        been attached to the original transcript.)
```

1    Videotaped Deposition of Charles Andrews
          May 15, 2023
2

3        VIDEOGRAPHER:  This is Media No. 1 in

4    the deposition of Dr. Charles Andrews in

5    the matter of the City of Rome, Georgia

6    versus 3M Company, et al.  Today's date is

7    May 15th, 2023, and the time on the monitor

8    is 8:59 a.m.

9        My name is McKenzie Massengale and I

10   am the videographer.  The court reporter is

11   B.J. Dugas, and we are here with Huseby

12   Global Litigation.

13       Counsel, please introduce yourselves,

14   after which the court reporter will swear

15   in the witness.

16       MR. TAPLEY:  Jerome Tapley for the

17   Johnson case.

18       MR. PATTERSON:  Lee Patterson for the

19   City of Rome.

20       MR. SMITH:  This is Brooks Smith for

21   Dalton Utilities.

22       (Counsel for all parties stipulate

23   that the Court Reporter is authorized to

24   swear the witness remotely.)

25

**JARROD JOHNSON vs 3M COMPANY, ET AL.**
Charles Andrews on 05/15/2023                                    Page 286

1                         CHARLES ANDREWS,

2       having been first duly sworn, was examined and

3       testified as follows:

4       EXAMINATION

5       BY MR. SMITH:

6           Q.      Good morning, Dr. Andrews.  We met last

7       September in Asheville.  It's good to see you again.

8       Am I coming through okay on your end?

9           A.      Excellent.  Thanks.

10          Q.      Okay.  As you just heard, I'm one of the

11      counsel for Dalton Utilities.  And like September,

12      I'll go first.  There may be other defense counsel who

13      wish to ask you questions that we can take up a little

14      bit later in the day.

15                  The last time around, we streamlined a few

16      things upfront and I'm hoping that we can reach an

17      agreement to do the same.  First, if you want to take

18      a break, of course just let me know.  I'll try to do

19      so regularly even in this virtual format.  My only

20      request is that you answer the question that's pending

21      before we break, if that's okay with you.

22          A.      It's okay with me.

23          Q.      Okay.  I will endeavor to make my questions

24      as clear as I can, but if there's any confusion or

25      lack of clarity, just let me know and I'll try to

1    rephrase or clarify my question; okay?

2         A.    Okay.

3         Q.    We also agreed to a few acronyms just to

4    avoid the tedium of -- of saying things fully out.

5    For example, last time we agreed to say LAS for the

6    Dalton Utilities land application system.  Is that

7    okay?

8         A.    Yes.

9         Q.    And then also, given the number of PFAS

10   compounds within that large family of chemicals, we

11   agreed that I might say P-F-A-S or PFAS to represent

12   the family generally, and if I want to be more

13   specific, for example, PFOA or PFOS, I'll make that

14   clear to you in my question.  Is that permissible?

15        A.    Yes.

16        Q.    Okay.  Are -- are you taking any medicines

17   or experiencing any conditions that would affect your

18   deposition this morning?

19        A.    No.

20        Q.    Okay.  All right.  Well, let's -- let's

21   jump in, then.

22             MR. SMITH:  And, McKenzie, if it's

23        okay, I'm going to have you mark Tab 0 in

24        my folder, which is the notice of

25        deposition for today.  And then also Tab 1,

1    which is Dr. Andrews' rebuttal expert

2    report.

3         (Defendants' Exhibit 1 was marked for

4    identification.)

5    Q.    (By Mr. Smith)  And, Dr. Andrews, to

6    confirm, what you see on the screen, this is our

7    Tab 0, a notice of deposition, again for today's

8    deposition.  You've received a copy of this; correct?

9    A.    Yes.

10        MR. SMITH:  Okay.  And then,

11    McKenzie, if we can jump to Tab 1, which is

12    the rebuttal expert report.

13        (Defendants' Exhibit 2 was marked for

14    identification.)

15    Q.    (By Mr. Smith)  Dr. Andrews, do you happen

16    to have a copy of your report with you today?

17    A.    I do.

18    Q.    Okay.  We'll be flipping around and I'll

19    try to do some gatekeeping on page numbers as we -- as

20    we jump around.  But it'll be easier, I think, if we

21    each have a paper copy in front of us.

22        Let me start by asking how much time did

23    you take to prepare your rebuttal report?

24    A.    I have to think about that for a moment.  I

25    believe that the first conversation that I had with

1  counsel about what would actually be in the report was

2  exactly two weeks before the report was due.  So I

3  spent, you know, those two weeks preparing the report,

4  though, clearly, I thought about issues that would be

5  covered in the report in the preceding months when I

6  reviewed the expert reports prepared by experts for

7  the defendants in this matter.

8        Q.    Thank you.

9              And you list those reports on Page 1,

10 including each of the three Dalton Utilities experts,

11 and then those from other defendants; is that correct?

12       A.    Yes.

13       Q.    To clarify, you are only offering the

14 opinions contained in this rebuttal report in the

15 Johnson case; correct?

16       A.    I -- I was not aware of that.  I thought

17 the opinions applied to both matters.

18       Q.    And it's -- it's a little bit confusing to

19 me as well, because on Page 1 of your report, you say

20 you were retained for plaintiffs to assist in -- in

21 both the Johnson and Rome cases.

22             MR. SMITH:  Jerome and Lee, this

23       might be more a question for you.  We can't

24       imagine that this would be offered in Rome

25       given timing, but tell me if that's

1        contrary to your views.

2              MR. PATTERSON:  No, that's right.

3        We -- we supplemented -- in the Rome case,

4        there were supplemental interrogatories --

5        I'm trying to look for the date --

6        February 3, 2023, that make reference to

7        Dr. Andrews, as well as Bryan Pate and

8        Dr. Benotti.

9              MR. SMITH:  Okay.  Thank you.

10             MR. PATTERSON:  Sure.

11       Q.    (By Mr. Smith)  So, Dr. Andrews, turning to

12  Page 2, the first full paragraph begins, "In

13  preparation of this report, I have relied on staff at

14  SSP&A."

15             That might be another acronym we knock out

16  upfront.  Can we agree that that's the company for

17  which you're employed, S.S. Papadopulos & Associates,

18  Inc.?

19       A.    Yes.

20       Q.    Okay.  And I asked you this last time

21  around.  I believe your original report also required

22  reliance on staff, but for this purpose, for this

23  rebuttal report, could you please tell me who from

24  SSP&A supported your preparation?

25       A.    The preparation was supported by Dr. Beth

1    Hoagland.

2        Q.    And would you mind spelling her last name

3    for me?

4        A.    That might be difficult.  H-O-A-G-U-L-N-D

5    [sic].  I'm not certain.

6        Q.    In your original report, you also reference

7    support from a colleague named Mike Rafferty, I

8    believe; is that correct?

9        A.    That's correct.

10       Q.    But for purposes of the rebuttal report,

11   you only relied on Dr. Beth Hoagland?

12       A.    I -- I did talk with Mr. Rafferty when I

13   prepared my expert report, but he didn't have any

14   significant role in preparing the report.

15       Q.    On the same line that I started to read

16   from on Page 2, you -- your second sentence begins,

17   "SSP&A has extensive experience investigating and

18   remediating contaminated sites," and it proceeds

19   through that paragraph to describe the nature of that

20   experience.

21            I'd like to understand from the list of

22   projects at the end of that paragraph, Love Canal,

23   Hinkley Chromium, Hanford Nuclear, Aerojet General,

24   among many others.

25            Did any of the projects that you intended

```
 1    to describe in this paragraph involve PFAS compounds?

 2        A.      They did not.

 3        Q.      Has SSP&A been involved in the

 4    investigation or remediation of any PFAS-contaminated

 5    site?

 6        A.      We have been involved in the investigation

 7    or -- and the analyses of some PFAS sites.

 8        Q.      And could you describe those to me, please.

 9        A.      Sites that I recollect off the top of my

10    head is -- as I note in my CV and discussed I believe

11    at the last deposition, I was involved in evaluating

12    data from the sites that have been used by the 3M

13    Company in the St. Paul area in Minnesota.

14            My company is currently involved in issues

15    related to PFAS releases in the Hoosick Falls area in

16    New York State, and there are other litigation matters

17    that our company is currently involved in.  On -- on a

18    local scale, our company is involved with the City of

19    Poolesville in Maryland in helping them design a

20    remedial system for their water supply system.

21        Q.      And tell me again the name of the city in

22    Maryland.

23        A.      Poolesville.

24        Q.      What is the nature of the PFAS impact in

25    Poolesville, Maryland?
```

1       A.      Well, the issue in Poolesville is that

2   concentrations of PFOA and PFOS are above the proposed

3   standards or proposed MCLs, and the City desires to --

4   to treat the water such that the levels of those two

5   compounds will both be below the proposed MCLs.

6       Q.      And what is the City of Poolesville's water

7   source for its drinking system?

8       A.      They rely solely on groundwater.

9       Q.      You also mentioned the Hoosick Falls, New

10  York matter.  Do you have direct involvement in

11  Hoosick Falls?

12      A.      I did not.

13      Q.      And what specifically is your role in

14  SSP&A's investigation work on contaminated sites?

15      A.      Could you rephrase that, please, because

16  I'm a little confused as to what kind of response you

17  would like.

18      Q.      Yes.  I'm trying to understand the nature

19  of your personal involvement in SSP&A's investigation

20  work.

21      A.      Over the years that I've been employed by

22  SSP&A, I've been involved in a number of aspects of

23  remediation work from designing initial site

24  investigations to actually conducting aspects of the

25  site investigation and preparing remedial

 1   investigation and feasibility study reports, being the
 2   one that, in a sense, has conceptualized the
 3   appropriate response to contamination.
 4        Q.    And that addressed, I think, both
 5   investigation -- remedial investigation work and
 6   remedial design work.  I was going to ask about the
 7   latter, which I guess I'll do just for clarity.
 8              Are you personally involved in engineering
 9   design for contaminated sites?
10        A.    No.  As I noted previously, I'm not an
11   engineer.
12        Q.    Right.
13        A.    I've been involved in developing the
14   approach for remediation, but in terms of, you know,
15   the actual design of the various components that would
16   be involved to achieve that conceptualization has --
17   has been done by engineers.
18        Q.    And would you be personally responsible for
19   choosing a specific remedial component as part of an
20   investigation or a design project?
21        A.    Certainly, in projects that I've been
22   involved in, that I've been the one that has final say
23   as to which remedial components would be utilized.
24   But clearly, I relied on -- on the opinions and
25   expertise of engineers that I work with.

1      Q.      I think, in response a few minutes ago, you

2  mentioned the remedial investigation and feasibility

3  study process, but are you familiar with the

4  traditional, called by the acronym RI/FS process from

5  EPA?

6      A.      Yes.

7      Q.      And is it common for you and your

8  remediation colleagues at SSP&A to follow the EPA

9  RI/FS process?

10     A.      Well, from the large number of projects

11  that I have been involved in, we have followed the

12  kind of conventional or standard RI/FS process as set

13  forth in EPA guidance.

14     Q.      Is there a specific reason that you

15  wouldn't follow that conventional or standard process

16  in a project?

17     A.      Well, I think that there's different ways

18  to look at the process.  I think in a number of sites

19  I've been involved in, there's been an ongoing release

20  to the environment where it's been necessary to have,

21  you know, I guess what would be termed an interim

22  response where not the entire RI/FS process has been

23  involved prior to implementation of a remedial

24  response.

25     Q.      Just so I understand, is that more of like

```
 1   a removal action in EPA's parlance?

 2       A.    I believe that that's the way they refer to

 3   it typically.

 4       Q.    Okay.  So continuing down Page 2, in the

 5   next full paragraph, you mention that you reviewed

 6   and/or relied upon various documents.  And then at the

 7   end of that paragraph, you say, "The list of documents

 8   that I have reviewed since preparation of my expert

 9   report is contained in Section 14."

10             Do you see that?

11       A.    Yes.

12             MR. SMITH:  And if you flip,

13       McKenzie, to Section 14, which is Page 37.

14       Q.    (By Mr. Smith)  Dr. Andrews, this is the

15   complete list of documents you reviewed; is that

16   correct?

17       A.    It was meant to be the complete list of

18   documents that I reviewed.

19       Q.    Okay.

20       A.    It's possible that I neglected to include

21   some documents, but I'm not aware of any right now.

22       Q.    Okay.  How -- how would I discern documents

23   that you reviewed as compared to documents that you

24   relied upon for your rebuttal opinions?

25       A.    I believe that the best way to do that
```

1  would be to review the report and see which documents

2  that I have cited within the text of the report

3  itself.

4      Q.    Okay.  Just so I understand, if you relied

5  on a document, you would have cited it in your report;

6  is that correct?

7      A.    I believe as -- as a general statement,

8  that's correct.

9      Q.    Okay.

10     A.    But there could be some exceptions.

11     Q.    Do any exceptions jump immediately to mind?

12     A.    No.

13     Q.    While we're toward the back of the report,

14  following Section 14 is your CV, which I think you say

15  you updated somewhere in the introduction.  Could you

16  point me to any significant changes to your CV since

17  we last met?

18     A.    I think the only changes of note -- and I'm

19  not sure that they're significant or not -- is that

20  under publications and presentations, I had some

21  additional publications since I was deposed last time.

22     Q.    Okay.  Thank you.

23           All right.  Then let's turn to Section 3,

24  the proposed remedial plan, Page 5 of your rebuttal

25  report.  And not surprisingly, I just have a series of

1   questions to try to go through fairly linearly.

2            This is, I believe, the first place in your

3   report that you reference PFAS that discharges or is

4   discharging from the LAS, and that occurs numerous

5   places through the report.  The -- the first place

6   that I see is Line 3, the sentence that begins, "The

7   amount of PFAS that currently is discharging from the

8   LAS."

9            Do you see that?

10   A.    Yes.

11   Q.    Okay.  And I just want to connect dots

12   between the last deposition and today.  When you refer

13   to discharges or discharging from the LAS in this

14   report, you are not attempting to offer an opinion

15   that the LAS has a direct channelized point source

16   discharge; correct?

17   A.    Well, in -- in the statements that you're

18   referring to in -- in the first paragraph on Page 5 of

19   my expert report, I'm specifically referring to the

20   PFAS that's entering the Conasauga River that is in

21   the streams that are draining from the LAS and flowing

22   into the Conasauga River and its tributaries.

23   Q.    Okay.  But you believe that the PFAS is

24   entering those tributary streams through some form of

25   functional equivalent of a direct discharge; correct?

1      A.     Yes.  And one of the sections of my

2   rebuttal report discusses that issue.

3      Q.     Okay.  And so between your original opinion

4   and now, you are not offering any additional or

5   different opinion that there are direct surface water

6   point source discharges from the LAS; correct?

7              MR. TAPLEY:  Object to the form.

8              THE WITNESS:  Well, my -- my opinion

9        is related to migration of PFAS from the

10       LAS into the Conasauga River system have

11       not changed.

12     Q.     (By Mr. Smith)  Okay.  And I -- I have as a

13   tab to be marked if necessary the -- the transcript

14   from your deposition in September, but I just -- if

15   it's okay, I'm going to review just one specific

16   question and answer.  And if -- if you disagree with

17   it, we can pull it up and look at the context.

18             But on the first day of the deposition, I

19   came back to you with a question that said, "But to be

20   clear, when you say direct discharges, you are not

21   talking about channelized surface water discharges off

22   the LAS, are you?"

23             And your answer was:  "Correct."  The

24   answer was, quote, correct.

25             I just want to confirm that you are not

1    changing that position today.

2        A.    Could you just read that statement back

3    again?

4        Q.    Yes.

5        A.    Thanks.

6        Q.    "But to be clear, when you say direct

7    discharges" -- and it was -- I referenced on Page 25

8    of your report -- "you are not talking about

9    channelized surface water discharges off the LAS, are

10   you?"

11            Answer:  "Correct."

12            MR. TAPLEY:  Object to the form.

13            THE WITNESS:  You know, I don't

14        recollect the context in which you asked me

15        that question before, but, you know, it is

16        my opinion that there is flow in channels

17        on the LAS that contain PFAS, and those

18        channels flow into the tributaries and into

19        the Conasauga River.

20       Q.    (By Mr. Smith)  And when you say channels,

21   do you mean the tributary streams within the LAS?

22       A.    Well, when I -- when I refer to channels,

23   I'm -- I'm referring to locations where there is

24   surface water that's flowing downstream and into the

25   Conasauga River and/or its tributaries.

1      Q.      You visited the LAS; correct?

2      A.      Yes.

3      Q.      And you also visited at least some

4   sprayfields at the LAS; correct?

5      A.      Yes.

6      Q.      Did you observe any channels at the

7   sprayfields that you visited?

8      A.      Well, at the sprayfields I visited, there

9   were -- I should go back.

10            You know, I visited some sprayfields.  What

11   the exact boundaries of those sprayfields were, that

12   was not real obvious when I was in the field.  At

13   sprayfields that I visited, there was surface water

14   flowing in the vicinity of the sprayfields.

15      Q.      Did you observe any irrigated wastewater

16   discharging into channels?

17      A.      Well, if my recollection is correct, there

18   were some areas where one could observe some seepage

19   from the banks into streams.  I -- I would opine that

20   that seepage likely originated from water that

21   infiltrated from the spraying of irrigation water.

22      Q.      So to be clear, that would be water that

23   was irrigated, migrated into the subsurface, and then

24   emerged as seepage into the tributary streams?

25      A.      Yes.

1      Q.      Thank you.

2              All right.  I'm going to take you to the

3      second paragraph on Page 5.  Midway through the

4      paragraph, you have a sentence that reads, "As the

5      intent of my expert report was to present what I

6      judged to be the superior remedial plan based on my

7      expertise, the report did not describe the alternative

8      remedial components that were considered."

9              Do you see that?

10     A.      Yes.

11     Q.      And so you stand by the remedial plan

12     presented in your original report as the, quote,

13     superior remedial plan, end quote, for the LAS;

14     correct?

15     A.      You know, superior in terms of the data

16     that I had available to me and the data that I

17     reviewed and the evaluations that I conducted.

18             I also note, you know, in this rebuttal

19     report that currently there is significant research

20     going on in terms of appropriate ways to treat waste

21     streams that contain PFAS.

22             You know, it's now been, you know, almost a

23     year since I presented my report, and I think as -- as

24     with, you know, any engineering-type project, one

25     always has to be aware that, you know, some components

1    may need to be altered as new information or new

2    technologies become available.

3         Q.    And by your use of the phrase "superior

4    remedial plan," do you think there are other potential

5    remedies that could accomplish the same goals that you

6    set out to accomplish?

7         A.    In terms of the -- the time frames that I

8    was considering, there has been, you know, nothing

9    that I've learned by reviewing the reports of experts

10   for the defendants, and, you know, other things that

11   I've become aware of in the past, you know, ten months

12   since I prepared my report that would say that, in

13   concept, that there is a better remediation plan.

14         As I note in this report, as I viewed

15   contamination that is occurring here, there's --

16   there's a number of streams that are flowing off the

17   LAS with very high concentrations of PFAS, and my

18   opinion is that the appropriate remedy to stop that

19   discharge of contamination into the Conasauga River is

20   to collect and treat that water that is flowing off

21   the LAS.

22         Q.    And -- and you mentioned in your answer the

23   time frame for remediation.  I also see on this same

24   page that we're looking at of your report, Page 5,

25   that your stated objective was significantly reducing

 1    the amount of PFAS from the LAS.  What was the time

 2    frame that you had in mind for accomplishing that

 3    objective?

 4         A.    I didn't have an explicit time frame in

 5    mind, but, you know, just in terms of practicalities,

 6    I -- I was thinking of a time frame on the order of

 7    five years or so to be able to implement a remedy that

 8    would be able to capture and treat most of the waters

 9    flowing off the LAS.

10         Q.    And when you say five years, is that to

11    install your proposed system or for it to achieve its

12    outcome?

13         A.    Well, you know, if my system was installed

14    and operated, one would be capturing the streams that

15    are flowing off the LAS with high concentrations of

16    PFAS and treating that water prior to redischarge into

17    the Conasauga River.

18         Q.    You've previously testified that there is

19    no feasible plan that would accomplish your stated

20    objective and still involve operation of the LAS; is

21    that correct?

22         A.    I think as -- I can't remember exactly what

23    I described at my -- my previous deposition.

24               And as I note in my rebuttal report, the

25    primary reason that I rejected to continue operation

1    of the LAS is that with continued operation of the
2    LAS, there would be much larger flows that needed to
3    be captured and treated from the various streams that
4    are flowing off the LAS than there would be if the
5    wastewater stream from Dalton Utilities was treated
6    and discharged directly to the river.
7              That is not to say that a system couldn't
8    be designed to collect those waters and treat them
9    with continued operation.  I just deem that as not a
10   good approach as an approach where one was not adding
11   that additional water to the LAS which then would
12   subsequently require treatment and treatment of waste
13   streams that contain higher concentrations of PFAS
14   than the waste streams that are currently coming from
15   the treatment systems operated by the City of Dalton.
16        Q.    And does it matter to that opinion whether
17   the water that is sprayed is PFAS-free, if that were
18   possible?
19        A.    You know, given the -- the high
20   concentrations of -- of PFAS in the streams that are
21   flowing off the LAS today, concentrations that are
22   much higher than in the wastewater stream from the
23   Dalton Utilities treatment works, it would be my
24   opinion that treating that water for PFAS prior to
25   spraying it on the LAS would not have a notable effect

1   on the need to collect and treat water flowing in the

2   streams from the LAS.

3       Q.      As part of your remedial investigation, you

4   determined that a remedy that simply prevented --

5   prevented overland flow would not solve the problem;

6   correct?

7       A.      So are you referring to a remedy that

8   reduced what overland flow there might be to some

9   negligible level?  I guess in my evaluations, I did

10  not consider that overland flow was that significant

11  at the LAS, so that wasn't a major factor in my

12  evaluations.

13      Q.      Okay.  And I think you've confirmed that in

14  your -- various parts of your conceptual site model.

15  And I'll just -- sorry.  I'm jumping around here.

16  We'll get to that in a minute.

17              All right.  But let me pause just to ask,

18  when -- when you describe overland flow here and in

19  your report, that would be precipitation that did not

20  infiltrate into the subsurface; correct?

21      A.      That's correct.

22      Q.      Okay.  And I'll -- I'll take you there.

23              MR. SMITH:  It's on Page 13,

24      Mackenzie, the last sentence summarizing

25      Section 5.

```
 1      Q.    (By Mr. Smith)  You say, "The LAS" -- "At

 2  the LAS, the increase in stream flow that occurs

 3  following precipitation or spray irrigation is

 4  primarily the result of increased groundwater and

 5  interflow discharges into the stream and not the

 6  result of overland flow."

 7           Do you see that, Dr. Andrews?

 8      A.    Yes.

 9      Q.    And that's consistent with what we just

10  talked about; correct?

11      A.    Yes.

12           MR. SMITH:  I'd like to mark and

13    share with you Tab 3, Mackenzie.

14           (Defendants' Exhibit 3 was marked for

15    identification.)

16      Q.    (By Mr. Smith)  Dr. Andrews, this is just a

17  four-page summary of EPA's RI/FS process that focuses

18  on the FS component.  Are you familiar with this

19  document among the compendium of RI/FS documents?

20      A.    I -- I have seen this document before and

21  have read it in the past.

22      Q.    Okay.

23      A.    As you note, it's been around for, what, 33

24  years.

25      Q.    Correct.  And I just have a couple
```

1    questions.  I'll point you to precise language in this

2    document, but if you need to read around it, take

3    whatever time you need.

4              On Page 1, the leftmost column, second

5    paragraph, it begins, "The purpose of the detailed

6    analysis of alternatives is to provide decision-makers

7    with adequate information to permit selection of an

8    appropriate remedy for a site or operable unit."

9              Do you see that?

10   A.    Yes.

11   Q.    So for purposes of your remedial plan in

12   this case, who -- who will be the decision-makers

13   selecting an appropriate remedy for the LAS?

14              MR. TAPLEY:  Object to the form,

15        calls for a legal conclusion.

16              THE WITNESS:  I -- I do not know who

17        would be the ultimate decision-maker.  I

18        would certainly think that Dalton Utilities

19        would have a major role in what is an

20        appropriate remedy for the site.

21   Q.    (By Mr. Smith)  Do you agree that the judge

22   may also be informed by your expert opinion?

23   A.    I understand that that is the case.

24   Q.    Okay.  And -- and would you agree that it's

25   important to give the judge adequate information to

1    permit selection of a remedy for the LAS?

2        A.    Yes.

3        Q.    And you endeavored to do that in your --

4    your report and remedial design; correct?

5        A.    Well, I endeavored to do that in terms of

6    the concept that I describe for remediation of the LAS

7    where the concept consists primarily of capturing and

8    treating the streams that are flowing off the LAS

9    prior to them discharging into the Conasauga River or

10   its tributaries.

11       Q.    We looked at a sentence on Page 5 to start

12   this section of our discussion as the intent of my

13   expert report was to present what I judge to be the

14   superior remedial plan.  The latter part said the

15   report did not describe the alternative remedial

16   components that were considered.

17             Do you remember that?

18       A.    Yes.

19       Q.    Okay.  So if my client, Dalton Utilities,

20   or the judge wants to assess the appropriateness of

21   the plan you've proposed, we wouldn't be able to do

22   that, would we?

23       A.    I believe that you would be able to do

24   that.

25       Q.    How would we be able to compare

1   alternatives if documentation of the alternatives was

2   not included?

3       A.      Well, for one, in -- in this rebuttal

4   report, I do address alternatives that have been

5   described by experts for the defendants in this

6   matter.

7       Q.      I'm going to stay on Exhibit -- I'm

8   sorry -- the Tab 3 exhibit for a moment, and I'm going

9   to take you to Page 3.  And under the section in that

10  leftmost column for comparative analysis, "Once the

11  alternatives have been fully described and

12  individually assessed against criteria that are

13  described previously, a comparative analysis should be

14  conducted to evaluate the relative performance of the

15  alternatives in relation to each specific criterion."

16          Do you see that?

17      A.      Yes.

18      Q.      And it goes on to say, "The purpose of the

19  comparative analysis is to identify the advantages and

20  disadvantages of each alternative relative to one

21  another so the trade-offs that will have to be

22  balanced to select a remedy are fully understood."

23          Do you see that?

24      A.      Yes.

25      Q.      And -- and you testified that you performed

1    that type of comparative analysis for purposes of your

2    opinion; is that correct?

3        A.    I -- I apologize, but I kind of forgot what

4    you had previously stated, in terms of what I had

5    done.

6        Q.    What I'm focused on -- and I'm sorry to go

7    back and forth -- in -- in your proposed remedial

8    plan, you say that you relied on your 40 years of

9    experience to -- to come up with what you judge to be

10   a superior remedial plan, but you did not describe the

11   alternative remedial components that were considered.

12           And so I'm trying to understand, I think I

13   read that to say that you -- you performed a

14   comparative analysis, but you did not document it; is

15   that correct?

16       A.    I did evaluate alternatives or alternative

17   components, but I will acknowledge that I did not

18   evaluate those with the type of rigor that is commonly

19   done in terms of completing a final RI/FS of the

20   matter.

21       Q.    So in lieu of a more standard or

22   conventional RI/FS, as you characterized it earlier,

23   what methodology did you apply?

24       A.    Well, the type of methodology I applied

25   is -- you know, I -- the type of methodology that, at

1    least in my experience, has been applied at a large

2    number of sites to conceptualize, develop and

3    implement remedial components prior to completion of a

4    formal RI/FS for a site.  I mean, as you're well

5    aware, at many sites going through the RI/FS process,

6    I think particularly today, we're talking about, you

7    know, maybe as much as a decade to get through --

8    through the process and -- and that at many sites that

9    I've been involved in, you know, there's been a desire

10   or even a requirement to cease unwilling discharges

11   from the site prior to completion of the -- the RI/FS

12   process.

13            You know, thinking of sites that I've

14   involved -- been involved in, I think, you know, a

15   site that made a big impression on me is -- is work

16   that I had done at the Aerojet General site, which is

17   located near Sacramento.  It was a very large site.  I

18   think it's a little bit smaller than the LAS, you

19   know, on the order of maybe 6 or 7,000 acres.  But it

20   was a site that had a large number of source areas,

21   you know, primarily with organic solvents and rocket

22   fuel residues.

23            There was a large groundwater plume

24   emanating from the site, and the initial response at

25   that site was to capture that groundwater prior to

1  going through the RI/FS process, prior to

2  understanding even what all the source areas were on

3  the site because the objective at the time was to stop

4  an ongoing release.

5           And, you know, there's been many other

6  sites that I've worked on through my career where

7  that's the -- you know, that's the case.  I'm

8  currently working on -- on a site where, you know, the

9  initial remedial components went in in the 1980s, and

10  at the same time, there's been an RI/FS process going

11  on.  And to this day, the RI is not even completed for

12  the site, and it's not expected to be completed for

13  another couple of years, and the FS is not going to be

14  completed until some time in the future.

15           But in -- in the meantime, you know,

16  contaminated surface water that's flowing off the site

17  is being captured and being treated and has been

18  captured and treated for -- for decades, even though

19  there isn't an RI/FS in place.

20      **Q.    So is it fair to say that what you are**

21  **describing in the Aerojet experience and what you**

22  **applied here is something prior to an RI/FS?**

23      A.    Yeah, I -- I believe that that would be a

24  fair way to look at it.  You know, as others noted,

25  there's a lot of data that one could collect on -- on

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                    Page 314

1    the site.  And in terms of coming up with a final

2    remedy for the site, collecting that data may or may

3    not be appropriate, but at the same time, as -- from

4    the information that I reviewed and my understanding

5    of conditions at the site, you know, there's a large

6    ongoing release that's been identified.  It's been

7    quantified, and in my opinion, it is something that

8    steps should be taken to stop that release.

9         Q.    So we've talked about the conventional or

10   standard RI/FS process and methodology, and you

11   described earlier your work in those -- that of your

12   colleagues in the remedial space.  I guess I'm still

13   trying to understand, what -- what methodology, what

14   specific methodology did you apply to this pre-RI/FS

15   analysis?

16              MR. TAPLEY:  Object to the form.

17              THE WITNESS:  Well, I tried on -- on

18        Page 6 at a high level to describe my

19        thinking about how I arrived at the

20        remedial concept that I described in my

21        expert report.  You know, as -- as I note

22        on Page 6, you know, the fundamentals of an

23        appropriate remedy are simple, stop a

24        discharge of water containing elevated

25        levels of PFAS from the LAS to the

**JARROD JOHNSON vs 3M COMPANY, ET AL.**
**Charles Andrews on 05/15/2023**                    Page 315

1      Conasauga River and its tributaries, and

2      then I described three basic approaches.

3          And to this day, I believe that those

4      are the three basic approaches, and my

5      opinion and my belief of the opinion, most

6      people that would look at this issue, that

7      two of them really aren't implementable,

8      and so that leaves me with to capture and

9      treat the water that's flowing off the LAS

10     that contains high concentrations of PFAS.

11     **Q.    (By Mr. Smith)  And while we have this on**

12     **the screen, we talked about the sentences under**

13     **comparative analysis from EPA's longstanding guidance**

14     **and the purpose of comparative analysis to identify**

15     **advantages and disadvantages of each alternative**

16     **relative to one another.**

17         **Where -- where have you done that in this**

18     **report?**

19     A.    Well, as -- as I note here, I concluded

20     that there was only one approach that was

21     technologically and economically feasible to stop the

22     ongoing discharges.  You know, it's very much akin to

23     other documents that EPA has put out where they talk

24     about presumptive remedies for sites.  And, you know,

25     in this case where -- where there's an ongoing,

1    quantifiable and -- and, you know, in a sense,

2    discrete discharges, a presumptive-type remedy

3    approach, in my opinion, is appropriate.

4        Q.    So to be clear, you're saying that the

5    presumptive remedy for the LAS is to, quote, stop the

6    discharge of water, end quote; is that correct?

7        A.    Correct.

8        Q.    In order to achieve that presumptive

9    remedy, however, there are different alternatives;

10   correct?

11       A.    You know, there certainly are aspects of,

12   you know, the engineering that would need to be

13   undertaken and the components that would need to be

14   designed and put in place, that there could be

15   variability in terms of what are the best components

16   to utilize.

17       Q.    But you did not document or describe

18   alternatives that you looked at but rejected for

19   purposes of these opinions; correct?

20       A.    Well, in this -- in this rebuttal report,

21   as I noted, you know, experts for the defendants did

22   propose a number -- a number of different elements

23   of -- in the remedy that, you know, should have been

24   considered or might be better, and I address those in

25   my rebuttal report.

1      Q.    We'll take some of those in series as we go

2  along.  Let's -- let's stay where you were on Page 6

3  where I think you described the components of your

4  presumptive remedy.  The first one, Item 1 --

5            MR. SMITH:  And, Mackenzie, this is

6      Page 6, Tab 1.

7      Q.    (By Mr. Smith) -- you say, "Reduce

8  infiltration of precipitation (and applied wastewater)

9  in the LAS to negligible levels.  In concept, this

10  could be accomplished by placing an impermeable cap

11  over the entire LAS."

12            Do you see that?

13      A.    Yes.

14      Q.    You say this could be accomplished.  Were

15  there other options for this particular item that you

16  considered?

17      A.    You know, in terms of obtaining the

18  objective of negligible infiltration, it's not clear

19  to me that there are any other alternatives except

20  capping.

21      Q.    And then proceeding to Item 2, you say,

22  "Capture and treat the water containing PFAS that

23  flows from the LAS to the Conasauga River.  In

24  concept, this is similar to pump-and-treat to control

25  a groundwater contamination plume."

1          Do you see that?

2     A.    Yes.

3     Q.    What options did you consider for capture

4    and treat?

5     A.    I think, you know, initially I thought

6    about, you know, some conventional approaches, you

7    know.  Could I use some type of network of groundwater

8    wells to -- to capture the flows coming off the LAS.

9    Given the nature of groundwater discharge into the

10   streams and given the nature and characteristics of

11   the subsurface materials, you know, I -- I deemed that

12   not an appropriate approach and not an effective

13   approach for -- for capturing the water that's flowing

14   off the LAS.

15          You know, in terms of -- of capturing

16   the -- the -- the stream flow, I couldn't -- you know,

17   I didn't come up with an effective way to capture

18   other than having some type of retaining structure or

19   dams as I propose.

20    Q.    When you described a groundwater system --

21   pump and treatment system a moment ago, did you

22   document your consideration of that option?

23    A.    I did not.

24    Q.    And Item 3 reads, "Immobilize the PFAS that

25   currently are in the LAS with some type of chemical

1    and/or physical additive."

2            Could you describe what you had in mind for

3    that?

4    A.       Well, what I had in mind for that is some

5    of the ideas that are described in -- in a paper that

6    was prepared by -- by Mr. Connor and some of his

7    colleagues.  Mr. Connor being one of the experts in

8    this matter.  But I forget what journal it was

9    published in.  But they published a paper describing,

10   I believe, seven or eight potential approaches for

11   immobilizing PFAS in the -- in the subsurface that,

12   you know, the type of immobilization techniques that

13   they describe are, you know, in placing some type of

14   carbon material, often a coil carbon either by

15   injection or by some type of geomechanical means to

16   provide a media for the PFAS to absorb to.

17           They also discuss such things as trying to

18   increase the amount of PFAS in the unsaturated zones

19   using various types of various margin methods and they

20   talk about a number of other potential immobilization

21   techniques that I think are -- are techniques that,

22   you know, may be appropriate as a selected number of

23   small sites where, you know, you had releases of

24   firefighting foams which, you know, a lot of their

25   expertise and experience was related to, but not

1  appropriate for looking at a site that spans the

2  thousands of acres that the LAS spans.

3      Q.     And -- and below the three items that we

4  just talked through, you say, "It was not economically

5  and technically feasible to sufficiently immobilize

6  the PFAS currently in the subsurface of the LAS."

7             Do you see that?

8      A.     Correct.

9      Q.     So did you actually perform calculations of

10  economic and technical feasibility to reach that

11  conclusion?

12     A.     I -- I didn't document any calculations I

13  went through.  We had some experience in the past of

14  using injecting media to deal with other types of

15  contamination and, you know, the cost per acre is --

16  is not insignificant.  And when I started to multiply

17  it by 5,000 acres or more, you know, it was an

18  extremely large number.

19     Q.     And in the prior line, you also say, "It

20  was not economically or" -- "and environmentally

21  feasible to cap the entire LAS."

22             Do you see that?

23     A.     I do.

24     Q.     And is it the same for that scenario?

25  You -- you did not calculate application of the cap to

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023

1   the entire LAS; correct?

2       A.    Yeah, you know, I didn't account it as a

3   cost out what it would cost to cap the -- the entire

4   LAS.  I think there was some, you know,

5   environmental-type issues that I thought would kind of

6   make that in- -- you know, infeasible from a practical

7   level.  You know, when you cap such a large area,

8   you -- you would have to deal with extremely large

9   volumes of runoff.  You know, I -- I was also

10  concerned about, you know, if you cap it, you would

11  also, in a sense, be kind of creating a visual scar

12  that would be, you know, visible from space.  It -- it

13  just didn't seem to make sense.  It doesn't make sense

14  for -- for such a large area.

15      **Q.    Okay.  But in your remedial plan, you did**

16  **propose a cap of a portion of the LAS; correct?**

17      A.    Yeah, a relatively small proportion.  I

18  believe it's on the order of 500 acres or so.

19      **Q.    Okay.  So for the options that you rejected**

20  **like chemical or physical additive, did you consider**

21  **partial use of the option for your remedial plan?**

22      A.    Well, you know, in terms of, you know, the

23  immobilization, I -- I -- I did not consider partial

24  utilization at this time as if I was going to

25  undertake, you know, evaluations and -- and design of

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                              Page 322

1   such a system, there would be extensive pilot testing

2   that would be required.

3           In addition, there would be a significant

4   lag from the time that that kind of technology was

5   actually implemented until one would see the effects

6   in the streams.  And, you know, my thought was -- and

7   my thought is that, you know, those type of activities

8   may be -- in terms of the long-term, may be some --

9   may be appropriate for dealing with some of the PFAS

10  that -- that resides in the subsurface.  But in terms

11  of being able to stop the ongoing discharges of PFAS

12  to the Conasauga River in a reasonable period of time,

13  those were not appropriate.

14      Q.    Okay.  So in rejecting options like the one

15  you just described, you're not rejecting it

16  completely.  You're just rejecting it for purposes of

17  a short-term remedy; is that correct?

18      A.    Yeah.  In terms of, you know, what -- my

19  objective here was to stop the discharge to the

20  streams, I did not see that any short term of that

21  would be effective.

22      Q.    If you'd turn to Page 7, this is where you

23  list out the elements of your conceptual site model.

24  In Item 3, on Page 7, it has a sentence in the middle

25  that says, "My report did not discuss the amount of

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                                    Page 323

1    PFAS, including PFOA and PFOS, that are retained in

2    the unsaturated zone and saturated zones due to

3    retention at air-water interfaces, adsorption on solid

4    phases and diffusion into low permeability zones."

5           Do you see that?

6    A.    Yes.

7    Q.    And do you agree that that would be

8    relevant to determining transport and transport time

9    through the subsurface?

10   A.    Well, I -- I believe that those, you know,

11   are processes that are operative in the subsurface.

12   Q.    Why did you not discuss those processes?

13   A.    You know, in retrospect, and if I was going

14   to do the actual report over again, I would have

15   discussed those processes.  At the time, I think

16   probably because of -- of limitations of time that I

17   had to prepare my report and also in terms of the

18   basic assumptions that I was making about the PFOS and

19   PFOA in the subsurface, it was, in a sense, not

20   important for the -- the conceptual approach that I

21   had for dealing with the ongoing contamination from

22   the LAS.

23   Q.    The next sentence reads, "As the LAS has

24   been operating for over 37 years, I assume that the

25   mass of terminal PFAS retained in the subsurface was

1    at a steady state."

2            Could you describe to me what you mean by

3    steady state?

4        A.    Yeah.   In -- in -- in this context, what I

5    meant by steady state was that the amount of PFOS and

6    PFOA that was in the subsurface was not changing with

7    time.

8        Q.    The -- the amount was not changing over

9    time?

10       A.    Correct.

11       Q.    Okay.   So with that as a premise, how do

12   you explain your opinion on continuing releases from

13   the LAS?

14       A.    Well, my opinion was that there were

15   precursors to PF- -- or there are precursors to PFOS

16   and PFOA that are present in the LAS and those are

17   continually degrading to PFOS and PFOA and PFOS and

18   PFOA are continually discharging into the streams that

19   flow off the LAS.

20       Q.    To illustrate that and to ensure I

21   understand your testimony, if you took a molecule of

22   some PFAS compound and placed it in the LAS, what are

23   you saying happens to that in your steady-state

24   assumption?

25       A.    Well, in a -- in a general case of -- of a

1    steady-state assumption, what I'm saying is that a new

2    molecule of PFOS or PFOA is generated by degradation

3    and it goes into this, kind of, box that comprises the

4    subsurface.  And at the same time, a molecule of PFOS

5    or a molecule of PFOA is leaving that box as discharge

6    of surface water.

7         Q.    Okay.  So as -- as a new molecule enters,

8    an older molecule exits; is that correct?

9         A.    Well, I'm -- I'm making no assumption about

10   the age of the molecule that's activated.  It could be

11   the new molecule or it could be an older molecule.

12        Q.    Okay.  So as part of your opinion, you did

13   not evaluate that flux within the box that you

14   described?

15        A.    Well, I did evaluate the flux.  I guess

16   I -- in my report, I discuss how -- how much PFOS or

17   PFOA is generated per year and I certainly describe

18   how much PFOS and PFOA is discharging from the LAS

19   each year.

20        Q.    But you do not know the age of the PFOA or

21   PFOS that is exiting relative to what is entering;

22   correct?

23        A.    Well, as -- as I noted, you know, in the

24   steady-state assumption here, I was making no

25   assumption regarding age and I was making no

1    calculation regarding age for purposes of describing

2    it in the steady state system.

3        Q.    Okay.  And that lack of assumption or

4    calculation, for purposes of your steady-state

5    assumption, did you otherwise attempt to calculate in

6    your report?

7        A.    I don't believe that I did.

8             MR. SMITH:  Hey, Jerome and Lee, this

9        is about an hour.  Do you want to take a

10        quick break and resume in a couple minutes?

11             MR. TAPLEY:  Let's do that.  Five

12        minutes?

13             MR. SMITH:  Sounds great.

14             MR. PATTERSON:  Yeah, that's fine.

15             VIDEOGRAPHER:  The time is 10:04 a.m.

16        and we're now off the video record.

17             (A recess was taken.)

18             VIDEOGRAPHER:  The time is 10:12 a.m.

19        and we are back on the video record.

20        Q.    (By Mr. Smith)  Dr. Andrews, I want to stay

21    on Page 7 of your report with the elements of your

22    CSM, and go to Item 4 where you state the -- you

23    describe the migration of precipitation of wastewater,

24    and you say, quote, The dominant path of water

25    movement when soils are wet occurs as lateral,

 1  unsaturated and saturated flow in the upper soil

 2  horizons to small ephemeral or intermittent channels

 3  and into perennial streams.

 4          Do you see that?

 5      A.    Yes.

 6      Q.    And in that, you are in alignment with

 7  Dr. Nutter; correct?

 8      A.    I believe so.

 9      Q.    I'd like to turn to Page 8.  This is your

10  figures illustrating your CSM, and I'd like to take

11  you to Figure 2.  I really want to understand the

12  figure as it relates to bedrock.

13          Are you describing bedrock in Figure 2 as

14  impermeable?

15      A.    No.

16      Q.    Okay.  And so explain to me, if you will,

17  what is your view on the permeability of the bedrock?

18      A.    My view of the permeability of the bedrock

19  is, on average, it's -- it's quite small, but it's not

20  terrible.

21      Q.    Okay.  And so would you accept that there

22  is underflow through the shale bedrock?

23      A.    I accept that there is some groundwater

24  flow in the bedrock, and in my opinion, that flow is

25  very small relative to what's occurring in the

1   unconsolidated materials that overly the bedrock.

2      Q.      And what did you rely on to form that

3   opinion?

4      A.      The background materials that -- that I

5   reviewed, in terms of the characteristics of the

6   materials.

7      Q.      And you're aware that groundwater wells are

8   placed at the LAS, at least some of them, at depths

9   deeper than the bedrock; correct?

10     A.      I don't think any of them are deeper than

11  the bedrock, but they are deeper than the overburden.

12     Q.      And you would accept that it's possible --

13  that underflow may occur even beneath the stream

14  channel; correct?

15     A.      You know, theoretically, there could be

16  underflow.  You know, it's -- it's going to depend

17  upon, you know, the characteristics of the bedrock or

18  what type of jointing there is in the bedrock and its

19  orientation.  I think in the general case, you would

20  not have underflow, but -- or, you know, there would

21  not be underflow under the streams, but there are, you

22  know, certain situations that could exist that would

23  result in there being underflow under a stream.

24     Q.      Okay.  And you said that the general case,

25  did you look at any data specific to the LAS for that

1    purpose?

2        A.    I did not.

3        Q.    Let me turn to Page 9, your section styled

4    "Regulatory uncertainty."  In here, you begin by

5    describing EPA's proposed MCLs for various PFAS

6    compounds.

7        A.    Correct.

8        Q.    And you go on to say that the proposal has

9    cleared up much of the regulatory uncertainty.  Do you

10   see that?

11       A.    Yes.

12       Q.    Are you aware that EPA has also proposed

13   water quality standards to protect aquatic life for

14   various PFAS compounds?

15       A.    I'm not aware of that proposal.

16       Q.    Okay.  And are you aware that EPA has

17   indicated that it also intends to prepare or adopt

18   water quality standards to protect human health from

19   PFAS compounds?

20       A.    Well, I understood that that's what the

21   proposed MCLs would achieve.

22       Q.    Well, the MCLs are a product of the Safe

23   Drinking Water Act; correct?

24       A.    Correct.

25       Q.    And water quality standards would be a

1    product of the Clean Water Act; correct?

2        A.    I -- I understand your question.

3              I'm aware of that, but I -- I do not know

4    the details.

5        Q.    Okay.  When -- when do you expect that EPA

6    will finalize the MCLs that it's proposed?

7        A.    I'm not going to make a prediction.

8        Q.    Okay.  So when you say it's cleared up much

9    of the regulatory uncertainty, this is EPA's first, I

10   guess, anchor, if you will, for MCLs for PFAS.

11       A.    Well, I don't know if I would describe it

12   as the first.  I think the -- some of the health

13   advisories that they previously had issued were some

14   initial attempts to develop an appropriate regulatory

15   level.  Clearly, that this is -- was a much more

16   rigorous and well-documented exercise where they

17   propose these MCLs.  You know, within the community,

18   there was a lot of uncertainty as the -- you know,

19   what kind of levels EPA was going to come up with and,

20   you know, in this case, they essentially set the

21   regulatory levels of PFOS and PFOA as a reporting

22   level that's routinely achieved.

23       Q.    In September, I believe you testified to

24   your NPDES permitting experience.  Am I right to

25   remember that you have worked on NPDES permit

```
 1   proceedings?

 2       A.    I have.

 3       Q.    And are you familiar with the concept of

 4   water quality-based effluent limits in NPDES permits?

 5       A.    Yes.

 6       Q.    How about technology-based effluent limits

 7   in NPDES permits?

 8       A.    And are you referring to best available

 9   technology?

10       Q.    Either best available technologies or

11   EPA-promulgated effluent limitation guidelines.

12       A.    I'm somewhat familiar.  In terms of

13   specifics, I'm not that familiar.

14       Q.    Okay.  Are you aware that EPA has not yet

15   adopted technology-based effluent limits for any PFAS

16   compounds?

17       A.    I am aware of that.

18       Q.    And are you also aware that in absence of

19   final water quality standards, it would be difficult,

20   if not impossible, to establish water quality-based

21   effluent limits?

22            MR. TAPLEY:  Object to the form.

23            THE WITNESS:  I mean, you're --

24        you're correct that if there is a final

25        target that's been developed, there is some
```

1          uncertainty.

2          Q.      (By Mr. Smith)  Let's turn now to some of

3     the alternative remedial components suggested by other

4     experts, and you begin with immobilization on Page 9.

5     I think the source is with Mr. Connor.

6          A.      Correct.

7          Q.      And we talked a little bit about

8     immobilization before the break.  But here you say,

9     "In my experience, these types of measures have been

10    used at only relatively small sites and effective use

11    at such a large scale has not been demonstrated to be

12    effective."

13              Do you see that?

14         A.      Correct.

15         Q.      Do you have direct experience with

16    immobilization?

17         A.      I -- I have some direct experience with

18    immobilization and also experience with injecting

19    various type of media to enhance biodegradation.

20         Q.      So would you please describe your direct

21    experience.

22         A.      Well, you know, in terms of -- of direct

23    experience for -- for immobilization, probably the

24    best example I have is -- is -- is a site that I was

25    involved in where I believe over an area of

1    approximately five acres, we introduced essentially a

2    soil cement with -- with some additives in it from

3    land surface down to depths as deep as 30 feet over

4    this entire five acres to immobilize the contamination

5    that was present in the soils.

6        Q.    Is that sometimes called in situ

7    stabilization?

8        A.    Yes.

9        Q.    And that could be -- you described it as --

10   let me back up.

11            It sounds like it could be physical or

12   chemical; is that fair?

13       A.    That is correct.  I mean, a lot of times,

14   you know, one does something that, in a sense, is

15   physical-based as the goal is to significantly reduce

16   the permeability.  And then at the same time, it's

17   often desirable to have some kind of chemical

18   component so either you're causing some kind of

19   chemical reaction that either causes the compound to

20   become, in a sense, almost insoluble or to result in

21   some process that causes degradation of the

22   contaminant.

23       Q.    But to clear -- to be clear, you didn't

24   identify any area of the LAS that you thought would be

25   amenable to that type of immobilization approach ; is

1    that correct?

2        A.    Well, you know, in the remedial plan or

3    remedial concept that I proposed, I did not propose

4    immobilization.

5        Q.    If you'd turn to Page 10, here you address

6    experts who identified the alternative of multiple

7    localized treatment systems.

8        A.    Yes.

9        Q.    And you say in the second paragraph, "My

10   opinion based on my experience is that a centralized

11   treatment plant would be more efficient and effective

12   than localized treatment plants."

13             And you go on to identify the potential for

14   25 local treatment plants.  Do you see that?

15       A.    Yes.

16       Q.    You also say you did not prepare cost

17   estimates for installing or operating local systems;

18   correct?

19       A.    Correct.

20       Q.    So how -- because it's not documented,

21   how -- what is the comparative analysis that you

22   undertook?

23       A.    The comparative analysis I undertook as

24   described here was a qualitative analysis.

25       Q.    Did you consider a lesser number of

1    regional systems instead of 25 local systems?

2        A.    I did not.

3        Q.    Okay.  Do you think that consideration of

4    regional systems would be worthwhile?

5        A.    I believe that in doing a -- you know, a

6    final design for -- for this remedy, that that would

7    be something worth considering.

8        Q.    Do you agree that regional systems may come

9    with less disturbance in terms of placement of the

10   plants, but also piping necessary to convey the

11   material?

12       A.    I -- I think, you know, that's possible,

13   but, you know, this site is already extensively

14   plumbed and has extensive likes of piping throughout

15   it as, in a sense, it's run as kind of a centralized

16   system as water, you know, is stored in one location

17   and then distributed via the canal system and then the

18   various pipes to -- to all the sprayfields within it.

19            So, you know, as I note here, you know,

20   clearly there's already a lot of plumbing out there

21   and shows that, you know, having an extensive plumbing

22   system or having a centralized system can work.

23       Q.    Later in that same paragraph we're looking

24   at, you mention the need for sampling to support up to

25   25 NPDES permits.  Do you see that?

```
 1      A.    Correct.
 2      Q.    Why did you assume the need for multiple
 3  NPDES permits?
 4      A.    Well, the reason that I stated this here is
 5  that the assumption would be that each of these
 6  local -- local plants would have a discharge into a
 7  tributary of the Conasauga River.
 8      Q.    Is it possible, though, that there could be
 9  one NPDES permit with 25 designated outfalls?
10      A.    I believe that could be possible.
11      Q.    I'd like to flip over to Page 11.  This is
12  the ion exchange section.  And I'll --
13            MR. SMITH:  I guess, Jerome and Lee,
14       I just want to make sure that you agree
15       with my characterization of the deposition
16       last September before I ask a question of
17       Dr. Andrews.
18            We had various exchanges on ion
19       exchange as a treatment technology.  And at
20       the time, Dr. Andrews wasn't sure if there
21       was a documented comparison of
22       granulated -- granular-activated carbon to
23       ion exchange so we took that offline.  And
24       Gary sent me an e-mail a couple days after
25       confirming that there was no documented
```

```
 1        comparison of GAC versus ion exchange.

 2              Do you have reason to dispute that or

 3        do you want me to go through that same set

 4        of questions again to reach that point?  I

 5        just -- I want to save some time if I can.

 6              MR. TAPLEY:  Yeah, I think that the

 7        testimony is what the testimony is.  I

 8        don't see any need to replow that ground.

 9              MR. SMITH:  Okay.

10        Q.    (By Mr. Smith)  So, Dr. Andrews, since your

11    deposition in September, have you or any staff at

12    SSP&A done a documented comparison of GAC to ion

13    exchange?

14        A.    For this matter, I have not.

15        Q.    Okay.  On this same page, 11, you reference

16    Dalton Utilities' pilot study for which it is seeking

17    grant funds, and you say, "illustrates that currently

18    there is not an acknowledged superior type of

19    treatment system to GAC."

20              You see that?

21        A.    Yes.

22        Q.    Okay.

23              MR. SMITH:  And, McKenzie, I should

24          have Tab 4, which is now Exhibit 4.  If you

25          can pull that up, please, I'd like to mark
```

1          it as Exhibit 4.

2                    (Defendants' Exhibit 4 was marked for

3          identification.)

4          Q.    (By Mr. Smith)  And, Dr. Andrews, while

5    this is coming up on the screen, I'll represent to you

6    this is Dalton Utilities' pilot proposal.  Have you

7    reviewed this document?

8          A.    I was provided a copy of it and I did read

9    it.

10          Q.    Okay.  Well, what you see on the screen, in

11    the second paragraph, it says, "Currently three PFAS

12    removal technologies have been found to be effective

13    for removal of PFAS."  It goes on to identify GAC, IX

14    and RO.

15                    Do you see that?

16          A.    Yes.

17          Q.    And do you agree with that?

18          A.    Yes.

19          Q.    Okay.  And then if you go down a couple of

20    paragraphs to the -- it's the fourth paragraph,

21    begins, "The primary objective of this proposed pilot

22    study is to generate contemporaneous performance data

23    for a range of PFAS treatment approaches, to directly

24    compare treatment efficiencies, operations and

25    maintenance costs and operational ease."

1             Do you see that?

2    A.    Yes.

3    Q.    And do you generally agree with that

4    objective?

5    A.    I agree that it's an appropriate objective.

6    Q.    Okay.  And do you agree with the

7    comparative factors that are identified here,

8    treatment efficiencies, O&M costs and operational

9    ease?

10   A.    I -- I believe that those are appropriate

11   methods for evaluating what is proposed.

12   Q.    Did you consider those types of factors in

13   your own comparative analysis for your opinions?

14   A.    Yes.

15   Q.    Okay.  But you did not document that

16   comparative analysis; correct?

17   A.    That is correct.

18   Q.    Okay.  And then under scope, it says, "Five

19   different PFAS removal technologies will be

20   simultaneously assessed," and then it lists out the

21   five.

22             Do you see that?

23   A.    Yes.

24   Q.    I read that to say that GAC is among five

25   that will be comparatively assessed.  Do -- do you

1  disagree with that?

2      A.     I believe my rebuttal report says that they

3  were going to evaluate five different treatment

4  options.

5      Q.     Okay.  But your -- your report also says,

6  "Currently there is not an acknowledged superior type

7  of treatment system to GAC."

8             And I'm trying to understand if GAC is

9  among the five being considered, how can that be an

10  acknowledged superior type of treatment?

11     A.     Well, I believe that in the first lines

12  that you just showed me on this document that it only

13  referred to GAC, ion exchange and reverse osmosis and

14  it didn't refer to low-pressure membrane systems and

15  for sulfate oxidation.

16     Q.     You're absolutely correct.  But among GAC

17  and ion exchange and reverse osmosis, what is your

18  basis to say that GAC is the acknowledged superior

19  type of treatment system?

20     A.     Well, my understanding -- and I'm pretty

21  sure it's backed up by -- by data, is that, you know,

22  at the time I wrote my report, you know, GAC was the

23  most widely used technology for treating PFAS

24  compounds.  You know, and as I noted in my rebuttal

25  report, 3M even uses it at their Decatur, Alabama

1  facility.

2          But, you know, as I acknowledge, you know,

3  in my rebuttal report, understanding of these

4  technologies and improvement of these technologies are

5  resulting in, you know, consideration of -- of the,

6  you know, five type of systems that we listed here and

7  even other type of systems using, you know, some of

8  these foam separation techniques.

9          So there's a lot of research going on on

10  this now and a lot of attempts to -- to scale up

11  technologies to work at -- at full scales and to work

12  on wastewater streams.

13  Q.    I just want to pause on the -- the sentence

14  in your rebuttal report one final time.  You say, "I

15  also note that Dalton Utilities has recently received

16  a U.S. EPA grant to evaluate five different treatment

17  options which illustrates that currently this is not

18  an acknowledged superior type of treatment system to

19  GAC."

20          And what I'm trying to understand is how

21  does the proposal illustrate that GAC is superior?

22  A.    I just said that there's not an

23  acknowledged -- well, my understanding is that if GAC

24  was really not very good, that they would not even be

25  proposing to evaluate GAC as -- as one of the

1  treatment alternatives.

2      Q.     And the same to be said for ion exchange or

3  reverse osmosis; correct?

4      A.     That if they had not proposed to evaluate

5  it, that it -- it was not an appropriate technology,

6  yes.

7      Q.     Okay.  All right.  I'm going to jump to

8  Page 12 in -- of your report, Exhibit 1, in the

9  section "Focused slurry walls," which is something

10  that Mr. Craig identified in his opinion.

11         Here, you say, "I did consider slurry

12  walls, but rejected them as a viable alternative as

13  they would not achieve my objective or effective

14  capture" -- I'm sorry -- "objective of effective

15  capture of surface water with elevated PFAS

16  concentrations."

17         Do you see that?

18      A.     Yes.

19      Q.     Previously, you testified that the

20  predominant path of water through the LAS is through

21  the subsurface; correct?

22      A.     I apologize, but I lost my train of thought

23  on your question.  Could you repeat it, please?

24      Q.     Sure.  I'm trying to understand when you

25  say, "My objective of effective capture of surface

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                                    Page 343

1    water," how does that match up with your assumption

2    that the dominant flow path is through the subsurface?

3        A.    I believe that's kind of an issue of

4    semantics and -- and how one is looking at it.  You

5    know, as I noted in -- in my description of the

6    conceptual model, you know, my understanding of, you

7    know, slurry and wastewater containing PFAS and even

8    precipitation is that it infiltrates into the

9    subsurface and it flows to nearby locations where it

10   discharges into some type of surface water body which,

11   at various times, have been called riblets or channels

12   or -- or tributaries, and then it flows in those

13   channels onto the boundaries of the LAS.  And in many

14   cases, then it discharges into either a tributary in

15   the Conasauga River or the Conasauga River itself.

16           So, I mean, if I -- if I look at it at one

17   perspective, it's how is water moving from being

18   sprayed to surface water, the dominant pathway is

19   through the subsurface.  But if -- if I look at how

20   the PFAS that is -- that is, you know -- that has

21   entered the LAS, how -- how does it reach the

22   Conasauga River, well, there's -- there's both this --

23   this groundwater pathway, which, in many cases, is

24   relatively short, and then there's a surface water

25   pathway that -- that brings it to the boundaries of

 1    the LAS and -- and discharges into the Conasauga River
 2    and its tributaries.
 3         Q.    Okay.  So if water is flowing through the
 4    upper soil horizon, which is part of your -- which is
 5    an element of your CSM, would a focused slurry wall
 6    capture that water?
 7         A.    I'm not sure that slurry walls ever capture
 8    water.  I think, you know, slurry walls can be useful
 9    kind of for two purposes:  One, for containment
10    purposes and, one, for focusing flow in the -- in the
11    subsurface.  And in this case, given the -- the scale
12    of the LAS and the miles and miles of kind of stream
13    channels where discharge is taking place, I just -- I
14    couldn't envision how a slurry wall would be -- would
15    be helpful to me in terms of achieving the objective
16    of having or reducing the amount of PFAS that's
17    flowing in the surface water streams.
18         Q.    Okay.  Okay.  That helps.
19               So you're -- you're not saying that a
20    slurry wall could not intercept shallow subsurface
21    water flow; you just didn't view it as viable for your
22    remedial plan.
23         A.    Well, again, that's partially correct.  But
24    I would never kind of refer to a slurry wall as -- as
25    intersecting a flow.  I mean, slurry walls are noted

1    as either containing -- it's providing containment, so

2    there is no flow, or it's used in a way to kind of

3    funnel flow into -- into certain directions or through

4    certain media.

5         Q.    Got it.

6               And my -- my terminology is -- wasn't as

7    good as it should have been, so let me try one last

8    time.

9               If -- if -- is there a reason that you

10   rejected -- strike that.

11              If an objective was to contain shallow

12   subsurface water, would a focused slurry wall be a

13   viable option, in your opinion?

14        A.    You know, in my opinion, at this site, it

15   wasn't a viable option.  As -- in part, if -- if I do

16   have containment with slurry walls, I also need some

17   means of either preventing infiltration into the area

18   that's contained by the slurry wall, or I need a

19   mechanism to extract water from the area that's

20   contained or surrounded by the slurry wall so -- so

21   that the slurry wall doesn't overflow.  And so, you

22   know, I end up then with a slurry wall, plus I end up

23   with some kind of pump-and-treat system to remove the

24   water from inside the slurry wall.  So I just couldn't

25   conceptualize how it would be useful at this site.

1    Q.    And -- and a moment ago, you testified to

2    the miles and miles of walls that would need to be

3    built.  You also mention that on Page 13 the miles of

4    barrier walls would be required is staggering.

5          Did you attempt to calculate the miles of

6    containment walls that would be needed to address your

7    objective?

8    A.    I did start on a task of calculating the

9    miles of streams or channels on the LAS, but I did not

10   finish the task, as the number was large.  I didn't --

11   and -- and I just decided it wasn't worth the time and

12   effort to know exactly how many miles there were,

13   given the type of remedy that I was proposing and what

14   I believe was feasible.

15   Q.    Let's jump to infiltration and collection

16   trenches which appears next on Page 12.  You said you

17   did consider them, but in your opinion, they would not

18   be effective for capturing the variable flow in the

19   stream channels draining the LAS.

20         Could you -- could you explain that in a

21   little bit more detail, please.

22   A.    Yes.  One possibility for, you know,

23   capturing the stream flow would be to have, you

24   know -- you know, near the -- the boundary of the LAS

25   where the stream is flowing across the boundary of the

1  LAS, if I had the stream flow -- the stream flowing

2  across the very permeable media, I -- I could

3  envision, you know, collecting -- having a flow across

4  the permeable media, having the water infiltrated into

5  that media as a result of creating downward gradients

6  by extracting water from -- in this permeable media.

7            So I thought of it in the sense of another

8  way to capture stream flow, but the -- and that may

9  well work if stream flow was constant year-round, but

10 stream flow is not constant.  I have to deal with both

11 small volumes of flow and large volumes of flow, and

12 I -- I couldn't envision an infiltration-type gallery

13 that would be able to be effective for all type of

14 flows.

15    Q.    And I asked you this with respect to

16 immobilization.  I'll ask you again here for

17 infiltration and collection trenches.  Did you

18 consider it as a partial -- partial component of the

19 remedy, in other words, in combination with other

20 remedial components?

21    A.    I did not.

22    Q.    And I should have asked earlier, did you do

23 that for focused slurry walls?

24    A.    No.

25    Q.    Okay.

1        A.        Well, let me -- let me follow up on the

2    focused slurry wall one because -- because that was an

3    issue that I had actually thought about in terms of

4    the cap that was proposed for some 500 acres, is

5    whether or not that capped area should be surrounded

6    by focused slurry walls, and I decided that that was

7    not necessary.

8        Q.        Okay.  But that -- that decision was not

9    documented in your report; correct?

10       A.        Correct.

11       Q.        And let me turn to passive gravity-fed

12   treatment systems at the bottom of the page.  You say,

13   "There are significant questions regarding the

14   effectiveness and reliability of such a system based

15   on my experience, and therefore, this was not

16   considered a viable alternative."

17              Could you describe what you mean by

18   significant questions?

19       A.        Well, the significant questions are

20   designing a passive barrier that would work under the

21   range of flow conditions that one has in these surface

22   water systems.  You know, I'm most familiar with

23   passive barrier systems being used for treating

24   groundwater where the flux is relatively constant

25   year-round and the design that is relatively

1    straightforward in terms of collection efficiency.

2              In this case, when you're dealing with

3    surface water flow that do have a fair amount of

4    variability seasonally, I just -- you know, in my

5    expert opinion, it just wasn't viable to have some

6    type of passive system here.

7              And as I note here, you know, just in

8    passing, we considered whether or not these dams could

9    be constructed with some kind of, you know, reactive

10   permeable material.  I mean, that would be one type of

11   passive barrier-type system that could be used in this

12   water system, but, you know, its effectiveness is --

13   is unknown and -- and the type of maintenance that

14   would be required is not known, and how often it would

15   have to -- those media would have to be replaced and

16   the difficulty of replacing it made it, in my opinion,

17   not an appropriate approach at this time.

18       Q.    Did you consider the placement of

19   passive -- passive gravity-fed treatment systems

20   within the tributaries themselves?

21       A.    I did not.

22       Q.    Okay.  I'd like to turn to Section 4.  This

23   is Page 14 of your rebuttal report.  Here, you

24   describe some recalculations that you did based on

25   data from Dr. Nutter's report, and you used a -- a

1  time period of 2016 through 2021; is that correct?

2      A.     Yes.

3      Q.     And as I understand it, you -- you adjusted

4  your calculations for both precipitation and land

5  application volumes; is that correct?

6      A.     Yes.

7      Q.     And the land application volumes are simply

8  the average of that time period; correct?

9      A.     Correct.

10     Q.     And the rainfall numbers are also just the

11  average of that time period; is that correct?

12     A.     It is an average over that time period.

13     Q.     Okay.  Are you aware that that six-year

14  period was a period of very high rainfall in

15  comparison to the average?

16     A.     I am.

17     Q.     And are you aware that that would not be

18  representative of long-term rainfall in the area?

19     A.     I'm aware that in the past, the rainfall,

20  on average, has been less than it has been over this

21  six-year period.  As to what rainfall will be in the

22  future, there's a fair amount of uncertainty about

23  that.

24     Q.     Did you consider adjusting the rainfall

25  calculation to be more representative of the long-term

1    average?

2        A.    I -- I had considered that, but what I was

3    attempting to do here was based upon the data that I

4    had of PFAS concentrations which primarily span the

5    period 2016 through 2021.  I was trying to understand,

6    you know, what type of flux of PFAS there was from the

7    LAS into the river system at this period of time when

8    I had data -- or for which I had data.

9        Q.    Okay.  Bear with me.  I'm just trying to

10   find my next prompt here.

11            And I'd like to turn to Page 20.  This is

12   the Section 6, "PFAS and industrial discharges."  And

13   it's -- that's perfect.

14            The paragraph above your Dr. Reitman quote,

15   I guess the first full paragraph on the page, second

16   sentence says, "There's limited information because

17   carpet treatment products based on C8 chemistry has

18   been largely phased out prior to 2009, and as a

19   result, almost all of the PFOA plus PFOS currently in

20   the LAS was in wastewater and sludge applied to the

21   LAS prior to 2009."

22            Do you see that?

23       A.    Yes.

24       Q.    And is this in furtherance of your

25   steady-state assumption that we talked about earlier?

1       A.      No.

2       Q.      Okay.  Help me understand it, then.

3       A.      Well, in my original expert report, I had a

4    chart that listed concentrations of PFOS and PFOA in

5    wastewater from Dalton Utilities that was being

6    sprayed or was ultimately going to be sprayed on the

7    LAS and I had measurements that were taken in 2009 and

8    I had measurements that were taken in 2021.

9            And if I -- if I take PFOS as an example,

10   the concentrations in the wastewater stream that were

11   measured in 2009 and 2021 were -- were similar, and

12   not only were they similar, but if I use those

13   concentrations and multiplied by the amount of

14   wastewater that was being applied on the LAS, the

15   amount of PFOS that was being applied in a given year

16   in 2009 and in 2016 was a very small proportion of the

17   total amount of PFOS that was discharging from the LAS

18   into the Conasauga River and its tributaries,

19   indicating that the ongoing discharge and -- and

20   ongoing from 2009 to 2021 of wastewater to the LAS was

21   not, you know, the primary source of the PFOS that was

22   discharging into the Conasauga River.

23       Q.      Okay.  So when you say "almost all of the

24   PFOA plus PFOS currently in the LAS was in wastewater

25   and sludge applied to the LAS prior to 2009," that

1    means that the residence time within the LAS is at

2    least 14 years; correct?

3        A.    I -- I think, you know, it's unclear

4    what -- what the definition of residence time is.  You

5    know, on average, there is a long residence time in

6    the LAS, but in terms of a specific, you know, PFOS

7    and PFOA molecule that's contemporaneously sprayed,

8    it -- it could be much, much shorter in its retention

9    time than in the subsurface than what it is on

10   average.

11             And -- and also, when talking about on

12   average is -- you know, as I discussed in my expert

13   report, is that, you know, it's my opinion that PFAS

14   that was discharged to the LAS considered -- consisted

15   of -- of a lot of more complex molecules that

16   eventually degrade down to PFOS and PFOA, and it's a

17   residence time of -- of these more complex PFAS

18   compounds that, in a sense, are governing some of the

19   long residence time in the LAS.

20       Q.    And a moment ago, you testified that it

21   could be much shorter, but you didn't attempt to

22   calculate that; correct?

23       A.    Yeah, my report contained no explicit

24   calculation of the time for -- for a given molecule to

25   be transported through the LAS.

1      Q.     And -- and given the decades of spraying at

2   the LAS, a residence time, in fact, could be a lot

3   longer than 14 years; correct?

4      A.     Well, it's my opinion that some of the PFAS

5   that has been sprayed at the LAS will be retained at

6   the LAS for a considerable length of time.

7      Q.     And if we flip to Page 21, Section 7, the

8   last paragraph before LAS is the PFAS reservoir is

9   actually a bit of a set-up paragraph.  You say, "Data

10  from the LAS" --

11          MR. SMITH:  It's just at the bottom

12      of that page, McKenzie.  Just scroll up

13      just a slight bit.  There you go.

14      Q.     (By Mr. Smith)  "Data from the LAS clearly

15  and unequivocally show that the LAS is a large

16  reservoir of PFAS, and that PFAS leeches from the LAS

17  long after spraying of wastewater ceased."

18          Do you see that?

19      A.     Yes.

20      Q.     And so is that consistent with what you

21  just described to me?

22      A.     Yes.

23      Q.     On this page, I'm trying to find my -- take

24  it up to the first paragraph.  The last --

25  second-to-last sentence says, "I roughly calculate

1    that the mass of PFOA and PFOS retained in the

2    subsurface by various processes is on the order of

3    15 percent of the total equivalent masses based on

4    PFOA and PFOS concentrations measured in soil samples

5    collected from the LAS as described later in this

6    section."

7            Do you see that?

8        A.    Yes.

9        Q.    How many soil samples did you review?

10       A.    I don't know the exact number of soil

11   samples from the 2009 data.  I'm sure you do.  But I

12   know when I looked at it on the screen, it only took

13   one page on the screen, and there was also a limited

14   number of soil samples that were collected in 2018,

15   though I don't know any of the details of those sample

16   collections.  I've just seen the lab reports that

17   reported those data.

18       Q.    Okay.  And do you recall whether the soil

19   data that you looked at was representative of the LAS

20   as a whole?  In other words, were -- were the data

21   taken from various other points throughout the LAS?

22       A.    I -- I didn't do a rigor analysis of

23   whether or not the data were an appropriate sampling

24   of the LAS.  I viewed it as the data that were

25   available.

1      Q.      Do you recall the depths of the samples

2   that were collected for soil?

3      A.      I believe the ones in 2018 were in the

4   upper two and a half feet.  The ones in 2009, I

5   understood they were shallow samples, but I don't

6   recollect the exact depths.

7      Q.      And back to your statement in the first

8   paragraph, "I roughly calculate on the order of

9   15 percent," did you provide those calculations?

10     A.      I did not.

11     Q.      Have you documented them somewhere?

12     A.      Yes.

13     Q.      Can we get your calculations?

14     A.      Yes.

15     Q.      Turning to the next page, 22, first full

16   paragraph, middle of the paragraph you say, "A total

17   mass in the unsaturated zone based on this

18   concentration and an average unsaturated zone

19   thickness of ten feet is approximately

20   15,000 kilograms."

21             Do you see that?

22     A.      Yes.

23     Q.      How did you determine the average

24   unsaturated zone thickness of ten feet?

25     A.      Well, I -- I reviewed the available data

1    and I -- for purposes of this calculation, I made the

2    assumption as stated here.

3         Q.    So there's -- you don't have a specific

4    source to tell me; is that correct?

5         A.    Well, as -- as you're aware, there's a very

6    sparse monitoring network at the site and

7    understanding what the actual average thickness of

8    the -- of the unsaturated zone is, there only can be a

9    rough approximation.  A number of wells, it's -- it's

10   much less than ten feet and there's other wells where

11   it's much deeper than ten feet.

12        Q.    And you testified a moment ago for purposes

13   of the soil sampling that those data were -- the

14   samples were collected and analyzed from the top

15   couple of feet; is that accurate?

16        A.    That's correct.

17        Q.    And so did you assume that those

18   concentrations would apply throughout the unsaturated

19   zone thickness of ten feet?

20        A.    For purposes of this calculation, yes.

21        Q.    Okay.  And what's your basis for assuming

22   that it would be the same throughout that ten-feet

23   thickness?

24        A.    Well, my -- my basis was that those were

25   the data that were available.  It's very likely that

1    there's variability of the depth.  My goal here was

2    only to have some kind of very rough understanding of

3    how much mass could potentially be present in the

4    unsaturated zone.

5        Q.    So assuming the equivalent data throughout

6    that thickness could lead to an overestimate of total

7    mass; correct?

8        A.    It could -- you know, I think in a general

9    case, you would think it would lead to an

10   overestimate.  I gather it's also possible it could

11   lead to an underestimate if it increases the depth due

12   to the result of degradation that's occurring in -- in

13   the shallow material supplies.  Those are the data we

14   have.

15       Q.    Okay.  And -- and you have no basis to

16   conclude that it is increasing at greater depths;

17   correct?

18       A.    No.

19       Q.    Okay.  If you'd turn to Page 23, and this

20   is the last sentence before Table 3.  You say -- I

21   just really want to focus on the last clause.  "I have

22   calculated that PFOA plus PFOS concentrations in the

23   streams discharging from the LAS will decline by only

24   approximately 50 percent over the next 100 years if

25   the LAS continues to be operated as in the past."

1          Do you see that?

2     A.    Yes.

3     Q.    Did you document those calculations?

4     A.    I did.  And they were provided as those --

5     those calculations were prepared from the original

6     expert report where I discussed the mass and the -- my

7     calculation of the mass in the LAS and the assumptions

8     that were used to make that calculation.

9     Q.    Okay.  And I asked you earlier if you

10    considered a scenario where water -- the LAS continued

11    to operate as a spray irrigation system, but the water

12    that was sprayed was PFAS-free.

13          Do you recall that question?

14    A.    Yes, I do.

15    Q.    And did you calculate a similar scenario to

16    what is presented on Page 23 if the land-applied water

17    was PFAS-free?

18    A.    I -- I did not, but I can tell you that if

19    I had made such a calculation that the results would

20    be similar.  If we go to, for instance, it's -- it's

21    Figure 3 in Attachment B to my rebuttal report.

22    Q.    Okay.

23    A.    You know, there, I, you know, display a

24    graphically -- my calculations of the amount of PFOA

25    and PFOS that's entering the LAS from wastewater.  You

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                    Page 360

1    know, I calculate that it's about 11 kilograms per

2    year.  I also, you know, illustrate on this the amount

3    of PFOA and PFOS that is discharging from the LAS per

4    year and it's, you know, about 378 kilograms per year,

5    significantly larger than the 11 kilograms per year

6    input.

7         You know, my opinion is if that 11 went to

8    zero, that the amount coming off would not be

9    significantly different than what I have shown on this

10   figure.

11   **Q.    Thank you.**

12        MR. SMITH:  Jerome and Lee, just

13        doing another quick time check.  It's been

14        about an hour.  I have one more section to

15        get through.  Do you -- do you want to try

16        to power through and then take a break or

17        do you want to take a break and finish up?

18        MR. TAPLEY:  Let's take five minutes.

19        MR. SMITH:  Okay.

20        MR. TAPLEY:  Is that okay, Dr.

21   Andrews?

22        THE WITNESS:  That's great.  Thanks.

23        VIDEOGRAPHER:  The time is

24   11:03 a.m., and we're now off the video

25   record.

```
 1                (A recess was taken.)

 2                VIDEOGRAPHER:  The time is 11:10 a.m.

 3         and we are back on the video record.

 4         Q.    (By Mr. Smith)  Dr. Andrews, at the

 5    beginning of the day, you testified as to your review

 6    of other expert reports, and I just want to reconfirm

 7    that you did, in fact, review the expert report of

 8    Dr. Jeffrey Thompson on behalf of Dalton Utilities.

 9         A.    I did.

10         Q.    And do you recall his opinions to the

11    effect that PFAS moves more slowly than water due to

12    retardation factors?

13         A.    Yes.

14         Q.    Do you dispute those opinions?

15         A.    In -- in terms of the general opinion that

16    PFAS move slower than -- than water through the

17    subsurface, I don't dispute that.  In terms of the

18    specific calculations he made, I don't necessarily

19    agree with those.

20         Q.    Okay.  Did you document any of your

21    disagreement with those calculations?

22         A.    No.

23         Q.    Okay.  Have you measured the migration time

24    of PFAS specifically as distinct from wastewater

25    through the LAS?
```

1      A.      I have not.

2      Q.      **Have you measured the migration distance of**

3  **PFAS specifically distinct from wastewater?**

4      A.      I -- I have noted the migration distance

5  from areas where it was sprayed to the nearest

6  location where water discharges to streams.

7      Q.      **And in noting that distance, it is general**

8  **to wastewater, not specific to PFAS; correct?**

9      A.      Well, the -- I think the distance is

10  agnostic as to whether it's water or PFAS, but it is

11  the distance from the location where spraying occurs

12  to the location where water discharge occurs to

13  surface water.

14      Q.      **And you -- you determined that agnosticity?**

15      A.      Well, the -- the distance is -- the

16  migration distance would be the same for water or for

17  PFAS.

18      Q.      **Have you collected any field data on**

19  **migration time or distance of PFAS at the LAS?**

20      A.      Well, as I testified before, I only had

21  access to the LAS on one day and time, I think

22  June 1st of 2022, and I did not collect any specific

23  data that day.  I only made observations.

24      Q.      **And other than distance to which you just**

25  **testified, have you quantified any of the other Mali**

 1   factors?

 2        A.      Let me just refresh my mind as to the

 3   Mali -- the Mali factors.  Excuse me for taking a

 4   minute here.

 5        Q.      **No, please take all the time you need.**

 6        A.      You know, in my rebuttal report I have --

 7   on Section 8 on Page 24, you know, I have -- I have a

 8   bullet list of what I called facts that are

 9   well-established and demonstrate functional

10   equivalency to point source.  I believe that

11   summarizes a big picture of my evaluation related to

12   the Mali factors.

13        **Q.      Did you use any specific scientific**

14   **methodology in conducting the analysis that you just**

15   **described?**

16        A.      You know, in -- in terms of what I list

17   here, I believe you would refer to the data that --

18   that I reference here as being scientific data.

19        **Q.      But in terms of a methodology for**

20   **interpreting those data, did you apply specific**

21   **methodology?**

22        A.      You know, a specific methodology to

23   accomplish what?

24        **Q.      To apply the Supreme Court's seven Mali**

25   **factors to determine whether there is a functional**

1   equivalent discharge.

2        A.     Well, you know, the first -- first factor

3   is distance.  You know, that's a factor that can be

4   measured.

5        Q.     How about the second factor?

6        A.     And the -- and the second factor is time.

7   What I -- what I know here is that when wastewater

8   spraying occurs, that surface water flow increases

9   relatively soon after the irrigation starts.

10       Q.     Before the break, we talked about residence

11   time, that it could be more than 14 years and you

12   responded that it could be much shorter, but that you

13   had not calculated it.  Do you recall that?

14       A.     Well, I -- I had -- in terms of -- of

15   individual molecules moving through the subsurface, I

16   had noted that I had not calculated that or -- or what

17   range that might be.

18       Q.     So how would -- how would you do that in

19   order to apply the Supreme Court's Mali test?

20       A.     Well, as -- as I state here is that, you

21   know, the -- the current spraying that's taking place,

22   there's PFOS and PFOA in the water that's sprayed, and

23   there's PFOS and PFOA in the water that's discharging

24   to the streams.

25       Q.     But -- but back to the simple illustration

```
 1    from earlier in the morning where you were comparing

 2    a -- a new molecule to an old molecule, how would you

 3    determine the travel time of any given molecule

 4    through the LAS?

 5        A.    I -- I don't know that there is any

 6    available technique to actually trace a simple

 7    molecule.  We would have to do it on -- on actually

 8    large groups of molecules.  I believe that, you know,

 9    we could use some type of isotopically-labeled PFOA or

10    PFOS.  We could -- we could apply those and we could

11    then measure them -- or measure these

12    isotopically-labeled compounds and -- and the

13    discharge that occurs.

14        Q.    But you did not do that here; correct?

15        A.    I did not.

16        Q.    And you would need to do so in order to

17    determine how long it takes for any of those molecules

18    or groups of molecules to travel through the LAS;

19    correct?

20            MR. TAPLEY:  Object to the form.

21            THE WITNESS:  You know, as -- as I

22        said, I can go back to just kind of the

23        simple analysis that, you know, when I

24        spray wastewater containing PFOS and PFOA,

25        stream flow increases relatively soon after
```

1          I start spraying and the water that's

2          discharging to the streams contain PFOS and

3          PFOA.

4      Q.     (By Mr. Smith)  But that does not explain

5   how long it takes for PFAS compounds to move through

6   the LAS; correct?

7      A.     It -- it doesn't explicitly state how long

8   it is, but it indicates that, you know, spraying does

9   result in release of PFOS and PFOA to the streams.

10     Q.     When you say that, you -- if I understand

11  your testimony properly, you're not saying that the

12  material being sprayed immediately exits; correct?

13     A.     I'm not -- I'm not saying that on average

14  that's the case.  It is possible that some of the

15  things sprayed has a relatively enhanced transport

16  pathway and arrives relatively rapidly at the stream.

17     Q.     And I -- I don't recall exactly which

18  expert came up with these terms of art like

19  first-in/first-out or first-in/last-out,

20  last-in/first-out for that matter.  But I'm trying to

21  understand your conceptual view of the LAS as a -- as

22  a new molecule of PFAS enters the LAS.  Help me

23  understand, is it -- is it the first to leave/the last

24  to leave?  What is your view?

25     A.     Well, you know, it's my view that -- as I

```
 1  noted before, that the PFAS would -- would enter in a
 2  sense in -- in the storage within the LAS, and
 3  depending on -- on where it goes in, the location of
 4  the stream, the nature of the materials in the
 5  subsurface, its pathway could be -- and -- and transit
 6  time could be very rapid to the streams, or it also
 7  could be relatively slow to the streams.
 8       Q.    Okay.  And that's what you have not
 9  calculated for purposes of your opinions; correct?
10       A.    I have not explicitly calculated that,
11  correct.
12       Q.    Okay.
13            MR. SMITH:  Thank you.  I'm -- I'm
14      done with my questions.  Appreciate your
15      time this morning, Dr. Andrews.
16            MR. TAPLEY:  Who's next?
17            MR. RADNEY:  I think I am.
18  EXAMINATION
19  BY MR. RADNEY:
20       Q.    Can you hear me, Dr. Andrews?
21       A.    I can.
22       Q.    Okay.  Give me one second.  I didn't
23  realize that we were about to switch questioners, so
24  give me one second to get organized a little bit here.
25            All right, Dr. Andrews.  I want to go
```

1    through -- my -- my name is Larkin Radney.  We've

2    spoken before.  It's been a while.

3              I'm going to go through some of your

4    rebuttal report in a minute.  But before we do that, I

5    just want to just get some big-picture questions out

6    of the way.

7              You have not been engaged by the EPA in

8    relation to the LAS, have you?

9        A.    No.

10       Q.    And you've not been engaged by the Georgia

11   EPD in relation to the LAS, have you?

12       A.    No.

13       Q.    And today, in this case, we're here

14   about -- the -- this is Mr. Jarrod Johnson, who is a

15   citizen of Rome; correct?

16       A.    That's what I understand from the

17   discussion that took place early in my deposition

18   today.

19       Q.    And you're generally aware, are you not,

20   that the City of Rome is moving forward with a reverse

21   osmosis system to treat PFAS in drinking water that is

22   provided to the citizens of Rome and its ratepayers to

23   non-detect levels; correct?

24       A.    I understand that that has been proposed.

25   I was not aware of the implementation steps that have

1    or have not been taken.

2        Q.    Well, assuming that Rome is moving forward

3    with its reverse osmosis treatment system, would you

4    agree that that will eliminate PFAS in the tap water

5    of the ratepayers for the Rome water system?

6        A.    You know, assuming the system operates

7    according to the design criteria, sure.

8        Q.    If that were the plan, that would be the

9    effect; right?

10       A.    My understanding.

11       Q.    Okay.  If there is a citizen of Rome who's

12   a ratepayer and gets their water and that water's been

13   treated by reverse osmosis, what impact will

14   remediation of the LAS have on that citizen?

15            MR. TAPLEY:  Object to the form,

16       calls for a legal conclusion.

17       Q.    (By Mr. Radney)  You can answer,

18   Dr. Andrews.

19       A.    My understanding of, you know, potential

20   effects of a citizen of Rome would be effects related

21   to recreational uses or fishing from the Oostanaula

22   River or its tributaries.

23       Q.    Okay.  So are you talking about things like

24   swimming or fishing in the Oostanaula?

25       A.    Yes.

1    Q.    Okay.  And if there's a citizen that does

2    not fish or swim in the Oostanaula River, will there

3    be any impacts to that citizen --

4          MR. TAPLEY:  Same objection.

5    Q.    (By Mr. Radney)  -- of remediating the LAS?

6    A.    I -- I haven't thought about that issue.

7    Q.    Well, can you think about it now?

8    A.    Well, in -- in the general case, if there's

9    no exposure, there would be no impact.

10   Q.    Okay.  And remediating the LAS won't have

11   any impact on PFAS concentrations in the Etowah River,

12   will it?

13   A.    In the general case, no.  I mean -- I mean,

14   the only indirect link would be if, you know, there

15   was PFAS in -- in the City of Rome water that was

16   going to the wastewater treatment plant and

17   potentially sludges were placed within the Etowah

18   watershed, there could be some indirect effect.

19   Q.    Okay.  So you're saying that -- well -- and

20   if we had a reverse osmosis system in place, then PFAS

21   from the LAS would no longer be going to Rome's sewer

22   system; right?

23   A.    That's correct.  And then in that case,

24   there would not be an effect on the Etowah River.

25   Q.    All right.  And the LAS remediation

```
 1   wouldn't have any impact on PFAS from the Coosawattee

 2   River, would it?

 3       A.    No.

 4       Q.    And it wouldn't have any impact on any PFAS

 5   that's already in sediments in the Conasauga or

 6   Oostanaula River downstream of the LAS; true?

 7       A.    Yeah.  Going back to the previous question

 8   regarding the Coosawattee River, you know, once

 9   again -- well, no.  Sorry.  I have nothing more to say

10   on that.

11            And yes to the remainder of your question.

12       Q.    Okay.  And let me just make sure that's

13   clear because I thought you were going to go back.

14            So you were saying yes to the remainder of

15   my question being the sediments that are already in

16   the Conasauga or Oostanaula River?

17       A.    Yes.

18       Q.    Okay.  I believe you acknowledge in your

19   rebuttal report -- and we can find it in a minute if

20   we need to -- that your remedial design will not

21   capture 100 percent of surface water flow off the LAS;

22   is that correct?

23       A.    Yes.

24       Q.    Do you have a percentage of surface water

25   flow that it will capture?
```

1        A.      I do, but I don't remember it off the top

2    of my head.

3        Q.      Okay.  And have you done that calculation

4    somewhere?

5        A.      Yes.

6        Q.      Was that in your original report or some of

7    the reliance materials?

8        A.      I believe it was.  I can check.

9        Q.      And I won't hold you to any specific

10   number, but do you have a rough estimate in mind of --

11   of how much of the surface water your remedial design

12   would catch?

13       A.      I believe it's on the order of 80 percent.

14       Q.      Okay.  So 20 percent would -- of the water

15   leaving the LAS would not be captured by the remedial

16   design; is that accurate, roughly?

17       A.      Well, it -- it wouldn't be captured by the

18   components that are explicitly described, though, I do

19   have in my description of the remedial components a

20   task to try to understand, you know, the nature of the

21   discharges that are occurring in an area that is not

22   captured in what would be appropriate remedial

23   responses for those areas.

24       Q.      Okay.  So that's -- you're -- you're

25   talking now about areas at the LAS, which, under your

1    current remedial proposal, simply aren't collected in

2    any of the catch basins or dams.  Is that --

3        A.    Correct.

4        Q.    Okay.  And am I also correct that the --

5    would you call them dams or catch basins?  What do you

6    call the structures that -- that you're proposing to

7    capture surface water?

8        A.    I -- I get confused because other people

9    refer to them as different things.  But let's just say

10   for now we'll call them dams.

11       Q.    Okay.  So as I -- as I understand it, and I

12   think -- I think I'm right about this, but if I'm not,

13   tell me -- the dams you're building are designed to

14   catch the two-year high-precipitation event; is that

15   accurate?

16       A.    Well, the design goal was -- was to have

17   dams that would have the capacity to retain the runoff

18   from a two-year storm.

19       Q.    Okay.  And so if there was a more intense

20   rain event, then there would have to be some kind of

21   spillway or release mechanism for that excess water;

22   correct?

23       A.    Yes.

24       Q.    So that would also be water that would not

25   be captured under your remedial plan; true?

1    A.    Yes.

2    Q.    All right.  Have you made any determination

3  of whether the surface water or the PFAS

4  concentrations or mass in the surface water that's not

5  captured under your plan would cause exceedances of

6  the EPA's proposed MCLs in Rome?

7    A.    I have not.

8    Q.    Could that calculation be done?

9    A.    Yes.

10    Q.    What would you need to do to make that

11  calculation?

12    A.    I think I could -- I could -- I would use a

13  similar approach that I had used for developing the

14  figures that were in both my rebuttal report and my

15  original expert report to -- where I calculated the

16  mass of PFOS and PFOA discharging from the LAS, and I

17  would do it just for those remaining areas.

18    Q.    Okay.  And I guess you could also do a

19  similar calculation based on the excess amount of

20  rainfall in an event that exceeded the two-year design

21  criteria?

22    A.    I could.

23    Q.    Am I correct that your remediation plan

24  will not address groundwater flux from the LAS

25  directly into the Conasauga River?

1      A.      Correct.

2      Q.      Why not?

3      A.      I considered that flux to be very small

4   relative to the surface water flux and it would be

5   very expensive and technically challenging to address

6   that flux.

7      Q.      Have you made any determination of what

8   that flux is in terms of PFAS loading?

9      A.      I don't believe that I have an explicit

10  calculation of that.  I noted that I believe it was

11  one of the consultants for Dalton Utilities, Dames &

12  Moore, had made some calculations of groundwater flux,

13  and those fluxes that they calculated were so small

14  that the PFAS load would also be very, very small

15  relative to the surface water flows.

16     Q.      Do you know whether that flux -- I

17  understand what you're saying that -- that it's

18  anticipated to be small.  Do you -- do you know

19  whether or not that flux would be enough to cause an

20  exceedance of the EPA's proposed MCLs in Rome?

21     A.      I have not made that calculation.

22     Q.      And let's -- let's make sure that we're

23  using terminology because I know there's been some

24  confusion in this case about words like "groundwater"

25  and "runoff."

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                                    Page 376

1              When -- I understand when you use the term
2      "runoff," you -- you mean that to include both any
3      overland flow and the -- what has been termed indirect
4      runoff or return flow that travels under the
5      subsurface; is that accurate?
6          A.    Yes.
7          Q.    Are there any other components of runoff as
8      you use that term in your reports?
9          A.    In a general case, I don't believe so.
10         Q.    Okay.  When you use the term "groundwater,"
11     are you referring to only water that is in the shale
12     bedrock, or do you also include water that is in the
13     lower soil horizons at the LAS?
14         A.    You know, I'm referring to water that's in
15     saturated portions of the subsurface and saturated
16     portions include both unconsolidated materials and the
17     bedrock.
18         Q.    And so the unconsolidated materials that
19     hold groundwater at the site, is it your opinion that
20     they're just not transmissive or permeable enough to
21     allow much flux of water directly into the river?
22         A.    Well, I -- I believe that -- and, you know,
23     it's my opinion that almost all of the groundwater
24     flux that does occur from the overburden occurs into
25     the extensive drainage network that is within the LAS.

1      Q.      But that flux -- and I'm just trying to

2   summarize this, and if I'm getting it wrong in your

3   opinions, please stop me and get me back on track.

4              But do I understand you to be saying that

5   the flux from that lower soil horizon or overburden

6   horizon is just very slow moving and small compared

7   to the -- the flux that's coming through the more

8   permeable and transmissive shallow layers of soil on

9   the LAS?

10     A.      No, I -- I don't believe that I am saying

11  that.  I'm believing that, you know, the -- the

12  shallow materials in places, you know, have

13  permeability sufficient to have transmission of water

14  from the areas where water is sprayed at the LAS to

15  the network of streams on the LAS.

16     Q.      Sure.  And maybe I didn't say that right,

17  because I notice you reference Dr. Nutter in a couple

18  of places and some of his early work or -- I say early

19  work -- his work around, you know, the late '90s,

20  early 2000s in the LAS redesign; correct?

21     A.      Yes.

22     Q.      Yeah.  And one of the things that he noted

23  in some of those documents is that when you start

24  irrigating on the LAS, at least in certain places you

25  can pretty quickly start to see stream flow in

1    downhill streams; correct?

2        A.    Yes.

3        Q.    And in your opinion, is that water

4    traveling from the spray head to the creek in the

5    shallow subsurface or is it first getting into the

6    deeper soil horizons or strata above the bedrock?

7        A.    I think it's a combination of both.

8        Q.    Have you quantified what percent is in the

9    shallow subsurface flow versus the less transmissive

10   deeper materials?

11       A.    I have not.

12       Q.    All right.  I just want to make sure to get

13   some very basics about mass -- your mass loading

14   discussion.  In fact, I believe many experts have --

15   have done.

16             But the mass flux or mass loading analysis

17   depends on concentration and -- and flow of volume of

18   material; is that true?

19       A.    Correct.

20       Q.    So if you have a low concentration but

21   high-volume discharge, you could still get a large

22   mass just because of the sheer volume of the water;

23   right?

24       A.    Theoretically, yes.

25       Q.    Okay.  And then I guess the same -- the

1  converse would also be true.  If you had an extremely

2  high concentration but very small flow or volume, it

3  still might impart a significant mass just because the

4  concentration was so high.

5      A.    Correct.

6      Q.    I guess another way to think about that

7  would be you could dissolve a cup of salt in a gallon

8  of water, pour it in an Olympic-size swimming pool and

9  you'd still have the same amount of salt; right?

10     A.    Correct.

11     Q.    And if you drain the gallon into a river

12 and you drain the pool into a river, you would be

13 adding the same amount of mass?

14     A.    Correct.

15     Q.    Have you reviewed any -- I didn't see any,

16 but -- but tell me if I missed something.

17           Have you reviewed any new analytical data

18 from the LAS or any of the rivers in this area between

19 your last deposition and today?

20     A.    I don't believe that I'm aware of any

21 sampling data that was collected after June of 2022.

22     Q.    We'll talk about this later, but you did

23 review additional sales data, but I want to separate

24 that.  But you did look at some additional sales data

25 in this rebuttal report; correct?

1      A.     Yeah.  Well, in -- in responding to your

2   previous question, I thought you asked me about data

3   from the rivers.

4      Q.     I -- that's what I meant do.  I just wanted

5   to make sure it was clear.  So we'll get to the sales

6   stuff later.

7             Have you applied any computer models or

8   mathematical models in conjunction with your rebuttal

9   report that were not included in your original report?

10     A.     No.

11     Q.     Are you contesting in any way the validity

12  of any of the sampling -- analytical sampling data

13  that has been generated at the LAS or in any of the

14  surrounding rivers?

15     A.     I have not.

16     Q.     If we could look at your rebuttal report, I

17  believe it was Exhibit 1.  And just right on -- on

18  Page 1, under the introduction, I wanted to ask you a

19  few things -- about a few things that have happened

20  since your last deposition.

21             You note in the introduction to the

22  rebuttal report that since you were deposed last, the

23  EPA has proposed MCLs for PFOA, PFOS and four other

24  PFAS compounds; correct?

25     A.     Yes.

1      Q.      Have you attempted to evaluate whether the
2    finished water that Rome provides to its citizens
3    today is in compliance with the EPA's proposed MCLs?
4      A.      I don't believe that I have looked at any
5    recent data that has information on PFAS
6    concentrations in the water that the City of Rome is
7    delivering to its customers, so I can't answer that
8    question.
9      Q.      So you're saying you just don't have that
10   data or you just haven't tried to do that analysis
11   under the EPA's proposed method?
12     A.      Well, as I said, I -- I don't have any
13   recent data of PFAS concentrations in the City of Rome
14   water that's provided to its customers, as best as I
15   can recollect.
16     Q.      Have you attempted to look at any finished
17   water data from the City of Rome and assess whether or
18   not it was -- it would comply or would have complied
19   with the EPA's new MCLs had they been in effect at the
20   time that data was collected?
21     A.      I have not.  That was not in the scope of
22   my work.
23     Q.      You also say in that first paragraph of the
24   introduction that the cases that we're here about
25   today involve PFAS in the Oostanaula River at Rome,

1    Georgia.

2              You see that?  I think it may be the second

3    sentence of the introduction.

4        A.    Yes.

5        Q.    Are you aware that the City of Rome has

6    used the Etowah River for over 75 percent of its

7    drinking water since 2016?

8        A.    You know, at the time I prepared my

9    original expert report, I understood that to be the

10   case.  I do not know what's happened in the past ten

11   months.

12       Q.    Are you aware that Rome is proposing to

13   build an $18 million intake on the Etowah River?

14       A.    I was not aware of that.

15       Q.    You have seen data indicating that there

16   are PFAS concentrations in the Etowah River; correct?

17       A.    Yes.

18       Q.    And if Rome were to use the Etowah River as

19   a drinking water source, it would certainly need to

20   treat that water to meet the MCLs if they become

21   effective; right?

22       A.    I believe in my rebuttal report, I do

23   discuss concentrations of PFOS and PFOA in the Etowah

24   River, and my recollection is that the concentrations

25   of PFOS and PFOA were greater than four nanograms per

```
 1   liter.
 2       Q.      And that would require treatment under
 3   the -- the EPA's proposed MCLs if they become
 4   effective; correct?
 5       A.      Or would require treatment or mixing with
 6   water from another source that would lower the
 7   concentrations to below the proposed MCL levels if
 8   compliance was to be obtained.
 9       Q.      If we can flip over to Page 3.  And I just
10   wanted to -- this is the -- your recitation of issues
11   raised by other experts and I just had a couple of
12   questions here.  I see in 1(b) there that you
13   reference an opinion by Avram Frankel that there are
14   too many data gaps and regulatory uncertainty to
15   produce a defensible remediation plan.
16              Do you see that?
17       A.      Yes.
18       Q.      I did not find any specific part of this
19   rebuttal report that -- that called out at least
20   Mr. Frankel by name in response.  Did I miss that or
21   did you intend to just sort of have a general rebuttal
22   to the data paucity issue?
23       A.      I believe my report was a general response
24   to the issues that he wrote -- raised.
25       Q.      Do you plan to offer any opinions or
```

1    criticisms of Mr. Frankel's opinions that he's

2    expressed in these cases regarding water treatment

3    techniques on the drinking water side?

4        A.    I've -- I've not been asked to evaluate

5    that issue and I've not been asked to opine on that

6    for this matter as of this time.

7        Q.    I'm assuming the same is true for his --

8    for Mr. Frankel's cost calculations; is that accurate?

9        A.    Yes.

10       Q.    Flip over to Page 5.

11             MR. RADNEY:  Scroll down if you would

12        a little bit, McKenzie, to the bottom of

13        the page.

14       Q.    (By Mr. Radney)  That last full paragraph,

15   the last sentence, you reference some research about

16   freshwater fish accumulating PFAS.  Do you see that?

17       A.    Yes.

18       Q.    Are you aware that there are fish

19   consumption advisories on the Oostanaula River

20   relating to mercury?

21       A.    I have been told that, yes.

22       Q.    You're aware that there are also fish

23   consumption advisories on the Oostanaula River

24   relating to PCBs or polychlorinated biphenyls?

25       A.    I was not aware of that.

1        Q.      To your knowledge, are there any fish

2    consumption advisories relating to PFAS on the

3    Oostanaula or Conasauga River as we sit here today?

4        A.      Not that I'm aware of.

5        Q.      I wanted to ask you about Footnote 3 where

6    you're talking about the Oostanaula River being

7    designated as drinking water.  You say that that's

8    from the confluence of the Conasauga and the

9    Coosawattee to Oothkalooga Creek; correct?

10       A.      Yes.

11       Q.      Okay.  And then -- then you say "and from

12   the confluence with Woodward Creek to the Coosa

13   River."

14       A.      Yes.

15       Q.      And is there a section in the -- between

16   those two stretches that it is not designated for

17   drinking water.

18       A.      That's my understanding.

19       Q.      Okay.  Where is Woodward Creek?  I couldn't

20   find that on any of your maps.  Maybe I just missed

21   it.

22       A.      It's not on any of my maps, and off the top

23   of my head, I can't describe to you the exact

24   location, but I could provide that to you.

25       Q.      I'm assuming it is upstream from the City

1    of Rome?

2         A.      Yes, and upstream from the confluence of

3    the Coosa River or where the Coosa River originates.

4         Q.      Sure.   Sure.

5                 All right.   If you'll flip to the next

6    page, Page 6.   You talked about this a little bit

7    earlier today already, but that first full sentence on

8    this page that starts, "The engineering and science

9    communities' understanding of PFAS is rapidly

10   evolving," do you see that?

11        A.      Yes.

12        Q.      And I think you already said today that

13   there's an enormous amount of research going on right

14   now to understand a lot of things about PFAS,

15   including how to remediate it from water and other

16   environmental media; correct?

17        A.      Correct.

18        Q.      And there's certainly financial incentives

19   for anyone who can find the most effective and

20   cost-effective way to do that, is there not?

21        A.      I think there's large financial incentives.

22        Q.      And we have progressed a long way in our

23   general understanding of PFAS within the last

24   20 years.   Would you agree with that?

25        A.      We certainly know more today than we did

```
 1   20 years ago.
 2       Q.     And you expect we would know more in
 3   20 years than we do today?
 4       A.     I sure hope -- I hope so.
 5       Q.     We certainly would hope we'd know more in
 6   50 or a hundred years than we do today; correct?
 7       A.     I hope so, but hopefully we can solve the
 8   problem before then.
 9       Q.     Right.  You go on to say that "It is likely
10   that new technologies will be developed to remediate
11   PFAS."
12              Do you see that?
13       A.     Yes.
14       Q.     And I know that you and Mr. Brooks had a
15   discussion about that a little bit earlier, but are
16   you aware of any technologies that are in development
17   right now that have the potential to be applied to the
18   LAS?
19       A.     Well, I -- I certainly read about, you
20   know, some recently going on, and I think, you know,
21   some of the interest about this is just research
22   that's going on that's selective of adsorption media
23   and selection adsorption media that can be easily
24   regenerated, you know, kind of under the broad
25   category of ion exchange.  You know, there's research
```

1  going on with some of these kind of methods based on

2  kind of some type -- some type of foam separation.

3  There's other technologies that I don't -- you know,

4  are going to be investigated by Dalton Utilities as

5  part of their technology assessment, but, you know, I

6  don't -- I don't know.  All the clever researchers are

7  working on it at this time, but, you know, clearly

8  something that could be, you know, engineered or -- or

9  formulated to -- to be selective for -- for the PFAS

10 is something that would be desirable.  So something

11 that can easily be regenerated.

12     **Q.     And when you're talking about the**

13 **generation and selective adsorption, I think you said**

14 **this already, but you're talking about some kind of**

15 **ion exchange resin-type material; is that accurate?**

16     A.     Yeah, and I think, you know, some type of

17 material that, you know, will -- will allow for

18 selective -- you know, I think in most cases, it's

19 going to be adsorption.  I guess there could be some

20 other type of complexation that takes in -- in a

21 certain type of media depending on how, you know, the

22 structure of the media is engineered.

23     **Q.     And that's one of the potential benefits of**

24 **ion exchange is that you can calibrate your**

25 **material -- your resin material, if you will, to be**

1   more or less selective towards certain PFAS compounds;

2   is that true?

3       A.    Yeah.  I mean, in a general case, that's

4   true and that's what I was -- it's, you know, first

5   referenced ion exchange and being selective

6   adsorption.  You know, I mean, as I have noted before,

7   you know, granular-activated carbon, you know, can be

8   effective for PFOS and PFOA and has been demonstrated

9   to be effective, but there are many other things that

10  adsorb to granular-activated carbon, which in and of

11  itself may be a good thing, but it's -- it's not

12  selective for -- for PFAS or PFOA and PFOS.  And in a

13  media that was designed to be selective has a

14  potential to be more efficient and more

15  cost-effective.

16      Q.    All right.  In that it doesn't capture

17  and -- and sort of get full or filled up by non-PFAS

18  parameters that might be in the -- the water, per se,

19  that, let's say, that's being filtered.

20      A.    I mean, yeah, in concept, that -- that

21  would be, you know, what one was aiming for.

22      Q.    Okay.  If you'll flip to the next page, and

23  I -- I think you clarified some of my questions about

24  this with Mr. Smith.  I may have called him Mr. Brooks

25  a second ago, but Brooks Smith this morning.

1              You -- you talk about the LAS being in

2    operation for 37 years and have reached -- and having

3    reached a steady state.  You recall that discussion?

4        A.    I do.

5        Q.    And I -- as I was listening to that, my

6    understanding -- and correct me if I'm wrong -- but my

7    understanding was that you're saying that essentially,

8    in your opinion, the precursor degradation is

9    basically equal to the discharge that we see today.

10   Is that -- am I wrong about that or did I get that

11   right?

12       A.    No.  That's what I stated in my original

13   expert report and what I state in the rebuttal report.

14       Q.    Okay.  Flip one more page to the Figures 1

15   and 2 on Page 8.  I wanted to ask you about the

16   Figure 2 there at the bottom.

17              So I'm assuming that the black dots that

18   you have referenced here are indicating PFAS

19   molecules; is that accurate?

20       A.    Yeah, it was conceptualization of PFAS

21   molecules.

22       Q.    Sure.  And then there are two layers here

23   and I guess one of those represents the groundwater

24   table; is that accurate?

25       A.    Well, there's kind of a -- a light orange

1   color and -- and a light blue color, and those both

2   represent the unconsolidated materials.  The white

3   orange color represents that portion of the

4   unconsolidated materials that are un- -- that are not

5   completely saturated.

6        Q.    Okay.  And then obviously we have the

7   bedrock underneath that?

8        A.    And -- yeah, then there's looks like kind

9   of a gray color that represents the bedrock that is

10  mantled by the overburden material.

11       Q.    Okay.  And then it looks like you've got

12  some -- maybe some fractures drawn into that bedrock

13  with -- that have a few little black dots on them?

14       A.    Yes.

15       Q.    In your opinion, are -- is that what that

16  represents, fractures in the bedrock that could hold

17  water containing PFAS?

18       A.    Yes.

19       Q.    In your opinion, is that a significant

20  transport mechanism of PFAS off of the LAS?

21       A.    My opinion is that it is not.

22       Q.    And so let's focus on these -- the -- the

23  overburden as you were calling it.  It looks to me

24  like there are more black dots in the upper

25  unsaturated area than there are in the blue area there

1    on your -- your graphic.

2        A.    That's correct.

3        Q.    Okay.  That's intentional?

4        A.    Yes.

5        Q.    All right.  And I do want to make sure I

6    understand your sort of opinions about how water moves

7    through the -- the LAS.  So if there is a spraying

8    event, let's just say that the -- Dalton sprays this

9    field, the water will obviously percolate down through

10   the topsoil; correct?

11       A.    Correct.

12       Q.    And have you -- in your diagram here, have

13   you accounted for any differences in permeability in

14   the overburden between ground surface and the bedrock

15   or do you assume a uniform material?

16       A.    You know, well, this -- this figure

17   provides no information on that issue.

18       Q.    Okay.  Have you reviewed bore logs and test

19   pit reports from the LAS?

20       A.    I reviewed bore logs from the LAS.

21       Q.    Have you reviewed the test pit documents

22   that were appended to -- I believe it was

23   Dr. Thompson's report?

24       A.    I don't believe so.

25       Q.    As a general matter, you would agree that,

1  you know, there are differences in permeability and

2  transmissivity of various kinds of materials under

3  the -- the subsurface; correct?

4      A.    Well, it's my opinion that the permeability

5  of the subsurface materials is variable spatially.

6      Q.    So, for example, sand will transmit water a

7  lot faster than hard-packed clay; right?

8      A.    Everything else being the same, yes.

9      Q.    And so if there are layers of dense clay or

10 dense silt that are overlain by less dense and more

11 permeable material, that could impact the way that

12 water flows underground; right?

13     A.    And it will impact the way water flows

14 underground.

15     Q.    And you just didn't get into that kind of

16 level of detail about the subsurface here on this

17 conceptual diagram.

18     A.    This conceptual diagram doesn't have that

19 level of detail.

20     Q.    Fair enough.

21         MR. RADNEY:  I think we've been going

22     about another hour, but let me just get

23     through this -- the next page and then

24     maybe we can take a quick break and then

25     I'll finish up after that.  How about that?

1      Q.      (By Mr. Radney)  You've got this paragraph

2  at the top talking about regulatory uncertainty and

3  this is essentially what we talked about right at the

4  beginning.  There's been MCL proposals since your last

5  report and your last deposition; correct?

6      A.      Yes.

7      Q.      And you talk a little bit about the -- the

8  hazard index compounds, which are PFBS, PFHxS and PFNA

9  and GenX; right?

10     A.      Yes.

11     Q.      And GenX has never been detected in the

12  Conasauga or Oostanaula River, to your knowledge, has

13  it?

14     A.      Correct.

15     Q.      And the hazard index number for PFBS is

16  2,000 parts per trillion, correct, or at least the EPA

17  proposed 2,000 parts per trillion?

18     A.      Yeah, that's -- that's a denominator in

19  calculating the hazard index for PFBS.

20     Q.      Right.  And are you aware of any sampling

21  data in the Oostanaula River that has ever shown PFBS

22  over 2,000 parts per trillion?

23     A.      I don't recollect concentrations of that

24  magnitude being measured in water samples from the

25  Oostanaula.

1       Q.      And you actually say here that you don't

2  really discuss those hazard index chemicals very much

3  because their concentrations in the Oostanaula River

4  are much lower relative to the MCL than PFOA and PFOS;

5  correct?

6       A.      Yeah, that's correct.

7       Q.      Okay.  And I think you also say here that

8  anything that might be used to treat PFOA or PFOS will

9  also reduce -- further reduce levels of the other

10  hazard index compounds; true?

11      A.      Yeah, I say that.  But, you know, what I

12  mean in that statement, I was specifically referring

13  in this case to activated carbon.

14      Q.      Activated carbon -- I'm sorry.  Go ahead.

15      A.      Well, you know, for ion exchange, I have to

16  make sure the ion exchange resin that was used or

17  media that was used was also selected for -- for these

18  compounds.  But I did verify, you know, that the

19  activated carbon would -- would be effective for PFHxS

20  and -- and PFNA.

21      Q.      And PFBS as well; correct?

22      A.      Well, it's going to be less effective for

23  PFBS, but as we just noted in the Oostanaula River,

24  concentrations of the magnitude 2,000 have not been

25  reported.

1          MR. RADNEY:  All right.  Could we

2   take five?  I'm going to go through and

3   make sure I'm not covering things that have

4   already been covered, and then I'll try to

5   wrap this up.

6          MR. TAPLEY:  Yeah, Larkin, let me

7   just ask, because we're approaching the

8   noon hour Eastern Time, how longer you

9   think you need?  Because it may be that we

10  just take a later lunch.

11         MR. RADNEY:  Well, I think there are

12  people after me, so I don't know that that

13  really should drive the analysis.  But I've

14  probably got another half hour.  And it may

15  go faster than that, so...

16         VIDEOGRAPHER:  Do you want to go off

17  the video record?

18         MR. TAPLEY:  Yes, please.

19         VIDEOGRAPHER:  The time is

20  12:06 p.m., and we are off the video

21  record.

22         (A recess was taken.)

23         VIDEOGRAPHER:  The time is

24  12:15 p.m., and we are back on the video

25  record.

1      Q.    (By Mr. Radney)  Dr. Andrews, turn to

2   Page 11 of your rebuttal report, please.

3      A.    I have done that.

4      Q.    Okay.  I want to talk a little bit more

5   about your discussion here in the, I guess, first full

6   paragraph about your decision to use

7   granular-activated carbon or GAC as part of your

8   remedial design.  I know you and Mr. Smith talked

9   about that some earlier today, but you say here that

10  you base your decision to use GAC because it has been

11  proven effective and is readily implementable;

12  correct?

13     A.    Yes.

14     Q.    And then you say that other treatment

15  technologies would have similar costs or would be more

16  expensive.  Did I get that right?

17     A.    Yes.

18     Q.    Okay.  And what you're basically saying

19  there is that GAC gets the job done first and

20  foremost; right?

21     A.    That's a simple way to paraphrase it.

22     Q.    Right.  Either way, it's effective at

23  removing PFAS from water.

24     A.    Yes.

25     Q.    And it is -- of the other options that are

1    out there, it's either the same price or less

2    expensive?

3        A.    As a general statement, yes.

4        Q.    And there are certainly drinking water

5    systems that use granular-activated carbon to filter

6    contaminants out of drinking water; true?

7        A.    Yes.

8        Q.    In fact, Rome uses granular-activated

9    carbon today to remove PFAS from its drinking water

10   before it shipped it out to its ratepayers; correct?

11       A.    Correct.  And I'm -- was aware that the

12   City of Gadsden downstream also uses

13   granular-activated carbon.

14       Q.    Are you offering any opinions in this case

15   or either of these cases as to whether or not Rome's

16   granular-activated carbon system has been effective at

17   removing PFAS from drinking water?

18       A.    I have not been asked to offer opinions on

19   that topic.

20       Q.    Okay.  So you just haven't done that

21   analysis and looked at that data, have you?

22       A.    No.  Since I have not been asked to address

23   that issue, I have not looked at that data.

24       Q.    You're aware that EPA and its MCL

25   documentation lists granular-activated carbon as a

1  proven and acceptable treatment method for removing

2  PFAS from drinking water; correct?

3        A.    I am aware of that.

4        Q.    I think we already covered my other

5  questions on this page.

6              Flip with me, if you will, to Page 13, and

7  the discussion here of -- under your -- your proposal,

8  the ponds created by the dams that you proposed to

9  build would be pump-dry except instead of -- except

10 when it's raining essentially.  Is that -- am I

11 understanding that correctly?

12       A.    That's correct.  The design is under --

13 under normal conditions that the pumping rate would be

14 equal to the flow of the streams so there would be no

15 need to retain water upstream of the dam outside of

16 possibly having to retain a little bit to have

17 effective capture of the flow.

18       Q.    And that presumes obviously under your plan

19 that the spurring on the LAS stops; correct?

20       A.    Well, in terms of -- of the plan as

21 described in my expert report, the dams or the

22 retention capability of the dams was designed based on

23 the assumption that there was not continued spraying

24 of wastewater on the LAS.  With continued spraying of

25 wastewater on the LAS, the -- there would be a

1  different sizing involved in -- in the dams and

2  collection ponds and the various apparati to convey

3  water about the site.

4       Q.     So because that 13.4 million gallons on

5  average a day of spraying makes a difference in the

6  stream flow; right?

7       A.     Yeah, by approximately 13.4 million gallons

8  per day.

9       Q.     Right.  And so when you made that

10  calculation, did you just back out that spraying

11  number from your analysis?

12       A.     Well, when -- when I made the calculation

13  of how much water would need to be treated, I -- I

14  looked at the drainage area upstream of each of the

15  proposed dam sites and assumed that the only water

16  input in each of those drainage areas was

17  precipitation.

18       Q.     Okay.  And are you including in the stream

19  flow contributions from shallow subsurface flow and

20  also groundwater -- true groundwater flow, we'll call

21  it?

22       A.     Yes.

23       Q.     Okay.  And have you -- have you broken

24  those out at all?  Do you have a number for how much

25  flow is generated by true groundwater flux into these

1    streams versus shallow subsurface flow or -- or not?

2        A.    I have not.

3        Q.    Because as I understand it, your opinion is

4    that the true groundwater flux is minor or relatively

5    small, but it's not zero in your opinion; correct?

6        A.    You know, my opinion is that the true

7    groundwater flux could actually be relatively

8    significant.  But it was my opinion that groundwater

9    flux from the bedrock is quite small and, for a

10   practical purpose, is negligible.

11       Q.    Is there somewhere in your original report

12   or in the supporting materials where you have listed

13   out your assumptions and calculations regarding flows

14   in LAS tributaries without spraying?

15       A.    I believe that information is contained in

16   spreadsheet files that I provided as part of my

17   original deposition.

18       Q.    All right.  Moving forward, on Page 14,

19   this is where you simply note some updates to your

20   water balance inputs.  One being the lower average

21   irrigation number from Dr. Nutter and the other being

22   the increased rainfall over the last six years;

23   correct?

24       A.    At the time I prepared my original expert

25   report, I had very limited data on the amount of water

1    applied to the LAS in the period 2016 to 2021, and

2    that data was provided as -- along with -- or at the

3    time of Dr. Nutter's deposition, and I used that data

4    to update my understanding of how much water has been

5    sprayed at the LAS during that time period.

6              In addition, data that's recorded by Dalton

7    Utilities at the LAS in terms of precipitation was not

8    available at the time I prepared my report.  That data

9    was also provided at the time of Dr. Nutter's

10   deposition and then I updated my analyses based upon

11   these new data that I obtained.

12       Q.    And did you actually go back and verify

13   Dr. Nutter's 67.7 inches of rain on average over the

14   last several years?

15       A.    I -- I did review the -- the spreadsheet

16   that contained data.  I believe that there were either

17   four or five precipitation gauges and I looked at the

18   variability amongst gauges and I looked also at

19   rainfall records at -- at other stations nearby and

20   it -- it was not obvious to me that there was any

21   error in the data that he provided.

22       Q.    And on this -- the irrigation numbers, you

23   you've seen data, have you not, from earlier time

24   periods in the LAS's operation where significantly

25   more water was pumped or sprayed than 13.4 million

1   gallons a day; correct?

2       A.      Correct.  You know, the LAS was designed

3   for over 30 million gallons per day, and, you know,

4   data that I had at the time I prepared my report

5   suggested that there was more than 13.4 million

6   gallons per day that was being applied.  But the

7   actual operating data showed that that was the

8   application rate during this time period.

9       Q.      Sure.  And you're aware that the LAS was

10  actually redesigned and largely even rebuilt in the

11  '99, early 2000 time frame --

12      A.      Yes.

13      Q.      -- correct?

14              And prior to that time, there were

15  different sprinkler configurations used than are

16  present out there today?

17      A.      Well, yeah, there were different sprayfield

18  configurations used.  There was obviously a much

19  larger potential for having breakages or leakages from

20  the system and there also was -- the system was

21  designed so at least a portion of it was used for the

22  spraying of -- of sludge and that was discontinued

23  when the system was redesigned and reinstalled.

24      Q.      And things like the application rate and

25  the sprinkler configuration can have an impact on the

1  ability of the soil to fully absorb the water that's
2  being applied; right?
3           And that may have been a bad question.  Let
4  me strike that and start over.
5           One of the reasons why the LAS was re- --
6  rebuilt is because they had issues at times with
7  hydraulically overloading the soils and generating
8  overland flow.  Is that consistent with your
9  understanding?
10    A.    Yeah, that's -- that's consistent with my
11  understanding and -- and the redesign system.  You
12  know, it was designed so it could meet designed
13  application rates of I think .13 inches per hour and
14  something like 2.5 inches per week, and it -- you
15  know, if they adhered to those application rates,
16  there would not be overland flow from those spray
17  heads.
18    Q.    And those application rates had reduced at
19  the time of the LAS redesign in the '99/2000 time
20  frame; right?
21    A.    Yeah, that's my understanding.  Now, I have
22  to say I don't recollect what the application were --
23  rates were prior to the redesign.
24    Q.    And that's fine.
25           And another thing that they did in the

```
 1   redesign is they put the impact-type rotating
 2   sprinklers in instead of the umbrella-type just
 3   diffuser sprinklers; right?
 4       A.    Correct.
 5       Q.    And that also would have the effect of
 6   spraying the water out more and avoiding saturation
 7   right under the sprinklers?
 8       A.    That was certainly the goal.
 9       Q.    Fair enough.
10             All right.  Let's flip over to Page 15.
11   Let's see.  I wanted to ask you about Footnote 32 at
12   the bottom.
13             MR. RADNEY:  If we could scroll down
14      a little bit, McKenzie.  There we go.
15       Q.    (By Mr. Radney)  Okay.  Yeah.  So the
16   concentration used in the calculation of the PFAS
17   discharge from the LAS was based on -- on the sampling
18   conducted in May 2021.
19             Do you see where I am?
20       A.    Yes.
21       Q.    Okay.  So are you averaging the
22   concentrations just across all the different samples
23   that were taken in May 2021, or is there any temporal
24   component to your averages?
25       A.    There -- there is not a temporal component.
```

1    I only had sampling data when I prepared my original

2    expert report from one point in time, and that was May

3    of 2021.

4         **Q.    Have you done any assessment of whether or**

5    **not the data collected in May of 2021 is**

6    **representative of conditions at the LAS over time?**

7         A.    Well, since I've prepared my original

8    expert report, I became aware of two data sets to help

9    me evaluate that question.

10        **Q.    Uh-huh (affirmative).**

11        A.    One -- one is the set of data that was

12   collected by Dr. Andy Davis or Dr. Andy Davis' team in

13   June of '22.  They collected a number of samples from

14   tributaries flowing off the LAS and I discussed those

15   in -- in this extra -- in -- excuse me -- in this

16   rebuttal report.

17             And I also -- I became aware of sampling

18   that was collected -- I forget exactly when, but I

19   think October of 2018 by Dalton Utilities where they

20   sampled the Pettiet Branch that flows off the LAS.

21   And as part of my evaluation, I compared the

22   concentrations that were measured in those later

23   sampling events that I became aware of with those from

24   May 2021, and the result of that evaluation were that

25   concentrations in locations that had been sampled

1    on -- in May 2021 and either in 2018 or 2022 were

2    actually a little bit higher than the concentrations

3    measured in 2021.

4           So given that the concentrations were

5    higher and not lower, I had no basis to alter the

6    conclusions that I had come to about how I calculated

7    the mass coming off the LAS.

8    **Q.    This is 2022 data.  Did -- were you able to**

9    **correlate any of the 2018 data that Dalton Utilities**

10   **generated --**

11   A.    Yeah, I -- I was able -- I was able -- I

12   was able to -- to correlate one sample.  They

13   collected a sample in the Pettiet Branch.  Those were

14   data that I only became aware of after I prepared my

15   rebuttal report, so they're not described in the

16   rebuttal report.

17   **Q.    Was that sample taken in 2018 higher, lower**

18   **or about the same as the 2021 sample?**

19   A.    My -- my recollection, it was in the order

20   of 10 to 20 percent higher than the sample collected

21   in May of 2021.

22   **Q.    We talked earlier about how your opinion is**

23   **that the LAS has reached more or less a,**

24   **quote/unquote, steady state.  How do you account for**

25   **the variability in the sampling data that you've been**

1   able to compare?

2       A.      Well, the variability is -- is a function

3   of, you know, where spraying occurred and the

4   characteristics of the subsurface materials, the areas

5   where flow was discharging to the streams.  There's

6   also variability related to precipitation when

7   precipitation occurs relative to when sampling occurs,

8   when fields were irrigated and when they were not

9   irrigated.  There's a number of factors that resulted

10  in variability in concentrations from one location to

11  the next.

12      **Q.      Did the concentration of PFAS compounds in**

13  **the water being sprayed have an impact on that**

14  **variability?**

15      A.      Well, in the period of time that I looked

16  at, I believe that it only had a very small effect, as

17  I noted previously.  You know, when I was questioned

18  earlier this morning, I referred to concentrations of

19  PFOS that were measured in 2009 and were measured in

20  2021.  In the wastewater that was being sprayed,

21  concentrations were similar over that period of time,

22  and they were also very small relative to the

23  concentrations that had been measured in the streams

24  flowing off the LAS.

25      **Q.      Well, and so we'll I'm just trying to**

1    understand what your opinions are about what's driving

2    the variability.  Because as I understand it, you're

3    comparing samples that were taken essentially at the

4    same location, correct, but at different times?

5        A.    Oh, I -- I'm sorry.  I -- I misunderstood

6    your question.  I was thinking you were asking me

7    about variability from one stream to the next.

8        Q.    No, sir.  I'm talking about what, if any,

9    opinions do you have about what's driving the

10   variability in collocated samples taken at different

11   times?

12       A.    I apologize that I misunderstood you.

13       Q.    No problem.

14       A.    Well, you know, my understanding of -- of

15   what's driving that variability is having seen

16   precipitation conditions and land spraying was

17   occurring and -- or land spraying had occurred in --

18   in the vicinity of -- of the sampling locations or in

19   the watershed that -- watershed that encompassed these

20   sampling locations.  I believe those would be the

21   primary factors.

22       Q.    Have you gone back to evaluate spraying or

23   precipitation records in the areas where collocated

24   samples were taken at various times?

25       A.    I have not.

1     Q.     Flip for me, if you will, to Page 19 of

2    your report.

3            Bear with me one second.  Something is

4    going on outside my house.  I need to take a quick

5    look at this.  Give me ten seconds.

6            Sorry about that.  Some workmen just pulled

7    up.  So hopefully they won't make much noise.

8            I wanted to talk -- ask you a couple of

9    quick questions about Table 2 here on Page 19.

10   You got some breakdown here between, I guess, carpet

11   and textile and fiber manufacturing operations and

12   chemical supplier operations under the industrial

13   users.  You see that?

14    A.     Yes, I do.

15    Q.     What -- how did you evaluate the -- those

16   various industry sectors?  Is that by the -- the codes

17   that are associated with those discharges?

18    A.     Correct.

19    Q.     Okay.  Do you know which companies

20   specifically the chemical supplier codes there in

21   Dalton applied to?

22    A.     My recollection is I think there were --

23   there were eight or nine companies.  I remember Peach

24   State Labs, but I'd -- I'd have to refresh myself with

25   my notes as to the other companies.

```
 1      Q.      That's fair.

 2              But if we wanted to look at that ourselves,

 3   we would just go to the -- to the industrial user

 4   permits produced by Dalton Utilities?  Is that where

 5   you got that information?

 6      A.      Correct.  Or I could provide you with my

 7   calculation sheets that explicitly show which entities

 8   I grouped under which category on this table.

 9      Q.      Okay.  So those calculation sheets exist?

10      A.      Yes.

11      Q.      But they've not been appended or provided

12   to either of your reports to date?

13      A.      Correct.

14      Q.      Yeah.  If we could -- if you could get

15   those to your counsel, that would be helpful.

16              All right.  Let's flip to the next page,

17   please, Page 20.  I'm going to ask you about the --

18              MR. RADNEY:  Scroll down just a

19        touch, please, McKenzie.  There -- yeah,

20        right there.

21      Q.      (By Mr. Radney)  It's right sort of in the

22   middle of the page under the italicized quote where

23   you say, "Since most of the PFOA and PFOS and

24   precursors for these terminal degradation products

25   currently in the LAS were in wastewater applied prior
```

1   to 2009" -- and I want to stop there and just say what

2   do you base that statement on?

3        A.      I base that statement on -- well, there's a

4   couple foundation statements for the statement.  But I

5   think the strongest foundation for that statement is

6   the concentrations of PFOA and PFOS that were measured

7   in wastewater in 2009 or early 2010.

8        Q.      Okay.  And do you have any wastewater data

9   between that 2009-2010 time frame and 2021 for PFAS?

10       A.      I believe there are some data.  I mean, I

11  just don't recollect it off the top of my head.  But I

12  believe that the only data that I have of wastewater

13  that was being sprayed are in the canals prior to

14  spraying was from 2009 and 2021.

15       Q.      You got a 12-year period there where you

16  have no specific data regarding the PFAS

17  concentrations in the wastewater being applied on the

18  LAS; is that accurate?

19       A.      I believe that's correct, yes.

20       Q.      In the 2009 wastewater sampling data, did

21  they look for precursor PFAS compounds that could

22  break down into PFOA or PFOS?

23       A.      The data that I have does not include

24  precursors.  It -- it only includes terminal PFAS

25  compounds as I recollect.

1      Q.      And it would be important to know what

2   concentrations, if any, of precursor compounds were

3   also in the wastewater; true?

4              MR. TAPLEY:  Object to the form.

5              THE WITNESS:  I mean, if -- if such

6         data were available, it would be important

7         to have understood that data.

8      Q.      (By Mr. Radney)  All right.  Just real

9   quickly, I wanted to ask you here at the bottom of

10  this page, you note that in your original report, you

11  had attributed, I guess, this AMC International

12  discharge to Aladdin Manufacturing Company and you now

13  understand that's incorrect; is that right?

14     A.      That's my understanding.

15     Q.      Okay.  And that AMC International facility

16  had the highest concentrations of PFAS of any of the

17  industrial users sampled?

18     A.      From the dates sampled, I believe that's

19  true.

20     Q.      Do you have any -- do you have any

21  information about what AMC International did at its

22  facility there in Dalton?

23     A.      I do not.

24     Q.      Have you made any effort to -- to look into

25  that?

1      A.      I asked my counsel about it, and they did

2    not know and I -- I had not followed up.

3      Q.      Flip with me, if you will, to Page 22.  And

4    you and Mr. Smith talked about this this morning, but

5    in that first full paragraph there, you did a -- a

6    calculation of mass of PFAS and LAS soils based on

7    some assumptions about depth and average concentration

8    and things of that nature; correct?

9      A.      Yes.

10      Q.      And I believe you confirmed with

11    Mr. Smith -- I just want to make sure I understood

12    this -- that the sampling data that you're aware of

13    for soil at the LAS is the 2009 dataset and a limited

14    set from 2018 that Dalton Utilities collected;

15    correct?

16      A.      Correct.

17      Q.      And I think I heard you say this, but --

18    but I want to make sure.  Was any of that sampling --

19    soil sampling done from ground surface all the way

20    down to bedrock?

21              In other words, did any of it attempt to

22    characterize PFAS concentrations throughout the soil

23    column?

24      A.      My recollection is that it was not, that it

25    was shallow sampling as I noted earlier today.

1        Q.      You would expect there to be a higher

2   organic content in the soils in the shallower horizons

3   at the LAS than in, say, soils that are 10 to 12 feet

4   deep; correct?

5        A.      Yeah, my understanding is that the highest

6   organic carbon content will be in the shallow soils

7   from vegetative litter.

8        Q.      And that organic content, much like a GAC

9   system, has the potential to adsorb PFAS molecules

10  that they come in contact with; right?

11       A.      Correct.

12       Q.      And so it has been reported -- or are you

13  aware that it's been recorded in various studies

14  and -- and literature that PFAS concentrations tend to

15  be higher at the ground surface than at depth in soil?

16       A.      Yeah, I understand that that is the general

17  case.

18       Q.      And so if there were data that showed that

19  there were decreasing concentrations with depth, you'd

20  have to take that into account if you really wanted to

21  do an accurate calculation of mass in soils at the

22  LAS; right?

23       A.      That's correct.  And as I noted earlier

24  today, this calculation that I describe here and with

25  the assumption s that I describe was to provide for me

1  some understanding of just how large the amount of
2  PFAS in the unsaturated zone might be.
3      **Q.    And I guess sort of -- I wanted to ask you**
4  **this:  Does -- is there a similar issue or analysis**
5  **that would need to be done with river sampling?**
6          **In other words, do you have sampling data**
7  **for the Oostanaula River that is taken throughout the**
8  **water column?**
9      A.    I don't believe that I do, but there may be
10  some sampling events when they composited samples from
11  multiple depth intervals and multiple spatial
12  locations, but I do not recollect.
13     **Q.    And that would be -- a composite sample of**
14  **that type would be a way to make sure that you were**
15  **getting a representative sample of the entire water**
16  **column, right?  Is that what you're talking about?**
17     A.    People do the zone, you know, sample
18  collection methods, as you describe, such that one can
19  understand what the composite average concentration is
20  within a river.
21     **Q.    And that can be important for PFAS because**
22  **it has a -- a known propensity to -- to want to be at**
23  **the air-water interface; right?**
24     A.    I have to say I have not evaluated how much
25  PFAS retention there would be at the air-water

1   interface where that interface is -- is being

2   constantly agitated, so I -- I do not know.

3        Q.      Have you reviewed any published literature

4   discussing or analyzing that potential phenomenon?

5        A.      I -- I reviewed lots of published

6   literature discussing that phenomena in the

7   subsurface.  I have not reviewed that relative to

8   surface water systems.

9        Q.      And your mass calculations assume a uniform

10  concentration of PFAS throughout the water column for

11  a given sample; right?

12       A.      Yes.

13       Q.      And if those -- those samples were

14  collected at the surface and the surface had a higher

15  concentration than the deeper water, that might impact

16  the mass calculation if you had that data; right?

17       A.      You know, if there was significant

18  variability with depth or with width of the stream, it

19  would affect the average concentration.

20       Q.      You have some discussion at the bottom of

21  Page 22 about the sample point that Geomega took at

22  GSW-5 in Area AC of the LAS.  You see that?

23       A.      Yes.

24       Q.      Do you have any data regarding the flow

25  that was coming out of Sample Point GSW-5 in the

1    Geomega sample?

2        A.    I do not.

3        Q.    Have you looked at the pictures that were

4    in Dr. Davis' expert report of that sampling location?

5        A.    I did look at the picture.

6        Q.    The amount of flow at that location will

7    have an impact on the mass loading from that location

8    as we've discussed before; right?

9        A.    Certainly.

10       Q.    Okay.  If you flip to the next page, you've

11   got a statement that -- you say that that Area AC has

12   not been sprayed for 12 years and the sampling shows

13   that the concentrations have not declined.

14             And I'm paraphrasing, but do you see that

15   general discussion in your report?

16       A.    I see that discussion in the report.

17       Q.    Have you made any assessment of how the

18   flows from Area AC into the Conasauga River have

19   changed since spraying stopped in 2012?

20       A.    I have not made an explicit calculation.

21   They have declined as a result of cessation of

22   spraying.

23       Q.    Have you made any comparison of the -- of

24   the flows from Area AC to flows coming off the LAS

25   from actively sprayed areas?

1       A.      I have not.

2       Q.      The bottom of Page 23, you've got a

3    Footnote 55 here that discusses your hundred-year

4    half-life degradation number and I wanted to ask you a

5    few things about that.

6               Did any of the degradation studies that you

7    reference specifically look at 3M carpet products?

8       A.      They did not.

9       Q.      Am I correct that all of those studies that

10   you referenced in your report relate to fluorotelomer

11   products?

12      A.      I believe that's correct.

13      Q.      When you -- when you select 100 years for

14   your degradation half-life, do you take into account

15   any variability between acrylate versus urethane

16   versus adipate carpet products?

17      A.      I did not.

18      Q.      Are you aware that at least 3M sold carpet

19   products based on all three of those chemistries?

20      A.      I am aware of that.

21      Q.      Do you know whether the degradation

22   half-lives for those chemistries are the same or are

23   they different?

24      A.      Well, I would expect they're different.

25      Q.      Do you know how they differ?

1    A.    You know, given that I reference no data on

2    degradation of 3M products, I do not.

3    **Q.    Have you done any analysis in your work on**

4    **sales data to determine the relative percentages of**

5    **urethane-based chemistries that 3M sold versus let's**

6    **just say acrylic chemistries that 3M sold?**

7    A.    I did look at that issue.  As I note, I

8    believe in Appendix B of my original report, different

9    3M products for which I had sales data and which I

10   knew the chemistry of the product that was sold, I

11   can't remember the results of calculating out the

12   percentages of the different functional groups that

13   were -- were used, be it adipate or urethane or

14   et cetera.  And I also don't remember what percentage

15   of the products I actually had composition data for.

16   I would need to go back and refresh my memory.

17   **Q.    So let me just make sure I understand and**

18   **sum this up.  So you haven't seen a reference to any**

19   **degradation studies that are specific to 3M carpet**

20   **products; true?**

21   A.    Well, you know, in terms of the, you know,

22   coplanar compounds that were used for the carpet

23   treatment, no.  I do know that, you know, the expert

24   Dr. Mark Benotti has talked about degradation, I

25   believe, of NMeFOSE and studies that have been done on

1    that degrad- -- on degradation of that compound.

2        Q.    I'm sorry, did you say NMeFOSE?  Is that

3    what you're talking about?

4        A.    I believe so.

5        Q.    But as far as the actual fluorinated

6    copolymers that 3M sold in either -- either based on

7    urethane chemistry, acrylic chemistry or adipate

8    chemistry, you've not seen any studies specifically

9    looking at the degradation half-life of any of those

10   compounds, have you?

11       A.    Correct.

12       Q.    And I think you told me earlier that you

13   would expect those to have different degradation rates

14   across those different chemistries; right?

15       A.    Correct.

16       Q.    And if you really wanted to evaluate this

17   in detail, you would need to understand what those

18   degradation rates were and how much of type each type

19   of chemistry 3M had sold into the carpet business

20   industry there in Dalton; right?

21            MR. TAPLEY:  Objection to form,

22       argumentative.

23            THE WITNESS:  The final step is not

24       clear to me.  If I had an evaluation of,

25       you know, the adipate or acrylate or

1       urethane chemistries and they were, you

2       know, similar or within reasonable bounds

3       of each other, it wouldn't be necessary to

4       go to the final step that you described.

5       Q.    (By Mr. Radney)  Sure.  I guess if they're

6  all the same, you wouldn't have to do that.  But if

7  they were different, you would need to take that into

8  account; correct?

9       A.    Well, that would be something to take into

10  account, yes.

11      Q.    All right.  Let's see.  Flip with me, if

12  you will, to Page 26.  And this is the area where

13  you're addressing essentially other sources other than

14  the LAS.  And you reference in here that other

15  potential sources would include wastewater treatment

16  plants and biosolids or compost.  Sort of in the

17  middle of that second paragraph.

18      A.    Yes.

19      Q.    Okay.  And then you reference the fact that

20  the City of Calhoun has applied biosolids in the

21  Coosawattee basin.  Am I correct about that?

22      A.    Yes.

23      Q.    Okay.  Have you independently looked at the

24  2022 NPDES permit application for the City of Calhoun

25  that lists out those application sites?

1      A.      Well, Footnotes 67 and 68 indicate that I

2  did refer to the 2022, April 19th NPDES application.

3      Q.      And is it your opinion that biosolids

4  applied by the City of Calhoun in proximity to the

5  Coosawattee River could be a source of PFAS in that

6  river?

7      A.      As -- as a general proposition, that could

8  be true.  I have not evaluated the PFAS concentrations

9  in the biosolids they applied, nor have I evaluated

10  the geologic and groundwater conditions beneath the

11  fields where the biosolids were applied.

12      Q.      But you have seen data showing PFAS

13  concentrations measured in the Coosawattee River as it

14  enters the -- or as it joins the Conasauga; right?

15      A.      My original expert report describes the

16  concentrations of PFAS that were measured in the

17  Coosawattee River.

18      Q.      Flip with me, if you would, two pages more

19  to Page 28.  And I want to ask you a few questions

20  about your discussion about the relative flows and the

21  Coosawattee and the Conasauga at various flow --

22  various flow parameters, if you will.  And do I

23  understand what you're saying to be that during high

24  rain events, the Coosawattee has a relatively less or

25  more minor contribution to the flows in the Oostanaula

 1    than the Conasauga because of the Corps of Engineers'

 2    operation of Carters Lake?

 3         A.    Yes.

 4         Q.    And have you -- what -- what data or

 5    information have you reviewed about the Corps'

 6    operation of Carters Lake?

 7         A.    I reviewed the flow data that's been

 8    measured in the Coosawattee River downstream of the

 9    dam.

10         Q.    Is it -- and is it your opinion that the

11    Corps is capturing essentially flood water in Carters

12    Lake as when flows are high?

13         A.    Yes.

14         Q.    And does it depend on what time of year it

15    is and what their rule curve and storage capacity in

16    Carters Lake looked like at any given point?

17         A.    Yeah, it certainly depends upon their --

18    their operational scheme for the -- the dam itself.

19         Q.    And are you aware that Carters Lake is a --

20    I forget the technical term, but it's essentially a

21    pump storage reservoir where they release water at

22    peek demand hours and then put back into the reservoir

23    at night when power is cheap?

24         A.    Well, that's certainly implied from the

25    flows that are measured in the Coosawattee River

1   downstream of the dam.  You see that strong variation

2   in flows that's consistent with what you just

3   described.

4       Q.    And I guess, just to make sure I understand

5   what you're getting -- are you looking at USGS data to

6   understand the flows in the Coosawattee --

7       A.    Yes.

8       Q.    -- or are you -- okay.  Go ahead.

9       A.    Yes.

10      Q.    Have you -- have you consulted the Corps of

11  Engineers' operating records or operating manuals in

12  any way to inform your analysis of Carters Lake?

13      A.    I have not.

14      Q.    Flip with me if you would to Page 30.  I

15  wanted to ask you a question about your -- your map

16  here that you've appended.

17            MR. RADNEY:  Scroll up just a touch,

18      McKenzie.  There you go.

19      Q.    (By Mr. Radney)  You've got a -- a location

20  noted here for GSW-25, which is the sample that

21  Geomega took on Spring Creek; correct?

22      A.    Yes.

23      Q.    And then you also note there Locations 24

24  and 26, which are respectively downstream and upstream

25  of Sample 25; right?

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                                    Page 426

```
 1        A.      Correct.

 2        Q.      And we see the main stem of the Etowah

 3   River there, and then it looks like there are any

 4   number of tributaries that are entering the river

 5   between GSW-26 and 24; true?

 6        A.      Yes.

 7        Q.      Have you made any attempt or could we

 8   derive from any of your calculations what the total

 9   increase in flow from those tributaries into the

10   Etowah River is?

11        A.      In -- in my rebuttal report, I describe the

12   available information from the gauging stations that

13   are located at GSW-26 and GSW-24 that are maintained

14   by the U.S. Geological Survey, and on the relevant

15   period, when the samples were taken, the average daily

16   flows at both locations were almost identical.  In

17   fact, I believe that based on the recorded data, there

18   was actually less flow at the downstream station than

19   at the upstream station.

20             So on the basis of that, one would conclude

21   that the total flow from all the tributaries is small

22   relative to the flow of the Oostanaula River -- I mean

23   the Etowah River.  Sorry.

24        Q.      Yeah.  I mean, how could that even be

25   possible with all these creeks coming in there that
```

1    the water is -- the flow is less?

2        A.    Well, there's a couple -- there's a couple

3    things, is that the total drainage area of these

4    tributaries are quite small.  It was a relatively dry

5    time of the year.  In fact, I believe that Dr. Davis,

6    in his deposition, noted that they tried to sample

7    near the LAS of some background streams to see what

8    kind of PFAS concentrations were in background

9    streams, and the background streams weren't flowing at

10   this period of time.  So it's a combination of a drier

11   time of year for these small drainage basins.

12       Q.    So you're saying that the water in the

13   river would just evaporate and lose that much flow by

14   the -- between 26 and 24?

15       A.    No.  I think it's -- the reason that the

16   data -- the -- the literal data show a small loss in

17   flow is most likely due to inaccuracies in measuring

18   the flow of the river.

19       Q.    During a period of heavy precipitation, you

20   would expect there to be more flow from these

21   tributaries shown on Figure 5 that would increase the

22   flow in the river, though; right?

23       A.    Yes.

24       Q.    Have you ever plotted the City of Rome's

25   biosolid application spikes?

1      A.      Have I plotted them?  I have not plotted
2   them.
3      **Q.      You haven't done any assessment of how many**
4   **of them are within the drainage area between GSW-24**
5   **and GSW-26?**
6      A.      My recollection is that one of the experts
7   for the defendants actually had a map showing where
8   the biosolids sites were located.  Off the top of my
9   head, I don't remember exactly, but I know that there
10  were a number of biosolids sites located upstream on
11  GSW-25.
12     **Q.      And do you have any criticisms or dispute**
13  **with the way the biosolid application sites were**
14  **plotted on the map that you reference?**
15     A.      I had no data to indicate that the plotting
16  was not correct.
17     **Q.      Have you independently reviewed the Georgia**
18  **EPD documents relating to the City of Rome's biosolids**
19  **application program?**
20     A.      I have not.
21     **Q.      Are you aware of -- other than the sampling**
22  **done by Geomega GSW-25, are you aware of any other**
23  **sampling data that has ever looked for PFAS in Spring**
24  **Creek?**
25     A.      I am not.

1      Q.      Have you ever seen any records indicating

2    that biosolids from the City of Rome's wastewater

3    treatment plant have been land applied in the

4    Oostanaula River watershed upstream of Rome's drinking

5    water intake?

6      A.      I don't recollect it.

7      Q.      You don't recollect looking for that or you

8    don't recollect that there were any?

9      A.      I don't recollect, you know -- I -- I

10   didn't review a map that showed the location of City

11   of Rome biosolids application sites, and I just don't

12   recollect where all those sites were located.

13     Q.      All right.  Almost done, Dr. Andrews.

14             I did want to ask you a little bit about

15   your Section 13, which is Page 34 of your report that

16   discusses your update on your review of the sales

17   data.  And I just want to make sure I understand

18   what -- what you've done and how, if at all, your

19   opinions change here.

20             And let me preface this by saying in your

21   original report, you analyzed sales data from Daikin,

22   DuPont/Invista and 3M to various entities in the

23   greater Dalton area; correct?

24     A.      Correct.

25     Q.      Okay.  And then you have updated your

 1    review of those sales to include here data from

 2    ArrowStar and Peach State Labs; correct?

 3        A.      Correct.

 4        Q.      All right.  And then this is where I got a

 5    little confused and maybe you can just break it down

 6    for me.  I know there are a number of other experts

 7    for defendants who have also looked at sales and you

 8    go through and discuss that here in these couple of

 9    pages.  But I was a little unclear if you're changing

10    your opinions or estimates based on sales after that

11    review or not.

12        A.      My -- my opinions regarding the amount of

13    sales, I think, are pretty consistent with what I had

14    in the original expert report.  And from -- from my

15    viewpoint, the significant difference here is in the

16    original expert report, the sales of C8 -- C8 products

17    by DuPont and by 3M, we only discussed the period

18    where there were actual sales data available.  And,

19    you know, after I reviewed the expert report that was

20    prepared by Mr. Washburn, you know, I realized that,

21    you know, there was a way to, you know, make an

22    estimate of, you know, what kind of product sales

23    there were in the period from 1986 to the late 1990s.

24    And I have incorporated that in this report where I

25    come to the conclusion that in terms of, you know,

1    C8-based products, there was about 54 million pounds

2    that were sold to companies in Dalton from '86 to

3    2009, 2011.

4         Q.    Yeah.  Does that -- does that 54 million

5    pound number go to 2009 or 2011?

6         A.    I didn't go to either because I don't

7    believe that there were any sales between 2009 and

8    2011, but I'd have to go refresh my mind.

9         Q.    And you have reviewed the actual sales

10   documents produced by the chemical suppliers here;

11   right?

12        A.    Yes.

13        Q.    And you've also reviewed the purchase

14   records from at least Shaw and Mohawk?

15        A.    Correct.

16        Q.    And you've noted that those two sets of

17   records don't always line up directly, do they?

18        A.    Correct.

19        Q.    Okay.  And so I think what you're saying

20   here in this section of your report is -- well, one of

21   the things you're saying is that you have -- you have

22   focused on the chemical supplier sales records and not

23   the purchase records from the carpet companies?

24        A.    Correct.

25        Q.    And I guess -- and now you have folded in

```
 1   certain data about sales from ArrowStar and Peach
 2   State Labs; correct?
 3       A.    That's correct.
 4       Q.    Okay.  And you've got references here in
 5   Footnotes 81 and 82 to the documents where you are
 6   pulling that information?
 7       A.    Correct.
 8       Q.    Okay.  Flip with me to Page 36 where you
 9   have got Figure 7, which graphs out --
10            MR. TAPLEY:  Larkin, let me interrupt
11        for a moment.  I can tell you're getting
12        close to the end, but that doesn't alter
13        the fact that I need a restroom break, so
14        can we --
15            MR. RADNEY:  That's fine.  Yeah, we
16        can take five.
17            VIDEOGRAPHER:  The time is 1:13 p.m.
18        We are off the video record.
19            (A recess was taken.)
20            VIDEOGRAPHER:  The time is 1:19 p.m.
21        and we're back on the video record.
22       Q.    (By Mr. Radney)  All right, Dr. Andrews.
23   We were just talking about your section of your
24   rebuttal report that is -- was updating your sales
25   analysis, and I did want to ask you a few questions
```

1   about the figures that you have, I guess Figures 7A, B

2   and C on Page 36.  We've got them right here on the

3   screen.

4           You see those?

5   A.      Yep.

6   Q.      Okay.  And I guess just from a high level,

7   can you tell me what you're attempting to depict here

8   in these three figures?

9   A.      Well, simply stated, what I was trying to

10  predict is that the sales data compiled by some of the

11  other experts had years that had what I would consider

12  outlier amount of purchases of these products, you

13  know, which are indicated here by these big spikes in

14  the graph.  And note that when we compiled the data,

15  we considered those to be outliers and they were not

16  included in our analysis.

17  Q.      And do those outliers show up in the sales

18  records from the chemical suppliers or in the purchase

19  records from the carpet companies?

20  A.      I believe that it's all in the purchase

21  records from the carpet companies.

22  Q.      Okay.  And so you haven't excluded as

23  outliers any sales data from the chemical suppliers,

24  have you?

25  A.      My recollection is that we have not.

1      Q.    Okay.  So as I read your graphs here,

2   the -- the sort of blank circles, if you will, are

3   your analysis, and then have you various symbols for

4   analyses by other experts.

5      A.    Correct.

6      Q.    All right.  And so as you've just

7   mentioned, your -- your assessment does not include

8   these larger spikes that are showing up in some other

9   expert evaluation of purchase and sales data; right?

10     A.    Correct.

11     Q.    All right.  And so if we just look at --

12  let's look at Figure 7A, which is C8-based products.

13  It looks to me like the amount that has been evaluated

14  at least from the -- I don't know -- late '80s

15  through -- I don't know -- about 2006 is relatively

16  stable per year.  Is that a fair assessment?

17     A.    Correct.

18     Q.    And then it drops off significantly there

19  in the, I'd say, 2008-2009 time frame to essentially

20  zero by 2010; right?

21     A.    Yeah.  It looks like somewhere around

22  between 2006 and 2009, there's almost a precipitous

23  drop.

24     Q.    Okay.  But we don't see a drop there, do

25  we, after the year 2002 to 2006?

```
 1     A.     Correct.

 2     Q.     And if we look down at Table B or Figure

 3  7B, this is specifically related to Daikin sales; is

 4  that correct?

 5     A.     Correct.

 6     Q.     And your plots on this graph are based

 7  strictly on their sales records.

 8     A.     Correct.

 9     Q.     All right.  And from 20 -- from 2000 to

10  2004, those sales increased; is that correct?

11     A.     Correct.

12            MR. HOLEWINSKI:  Object to the form.

13     Q.     (By Mr. Radney)  This may just be a

14  function of the plot that I'm looking at.

15            MR. RADNEY:  Could you scroll down

16       just a touch, McKenzie, so we can see

17       the...

18     Q.     (By Mr. Radney)  Is your graph here at the

19  bottom showing an increase in sales by Daikin in the

20  2019 and 2020 time frame or is that just a function of

21  the way the graph printed out?

22     A.     I think it's a function of the way the

23  graph printed out, unfortunately.

24     Q.     Fair enough.

25            And then if we look all the way down at C,
```

1    just very quickly.

2              Okay.  Actually, I think you've already

3    answered all my questions about C.

4              Almost done here, Dr. Andrews.  I did want

5    to ask you a couple of questions about some of the

6    documents reviewed that you list in Section 14.  And

7    we've already talked about a couple of these.  You

8    list some City of Calhoun, Georgia land application

9    site figures and NPDES permit application documents

10   there at the bottom.

11        A.    Yes.

12        Q.    Did you get those from a GORA request or

13   open records request from Georgia EPD or where did you

14   find those?

15        A.    I believe that I was provided copies by

16   counsel, and also for the NPDES Form 2A, which, as

17   listed here, does not have a date, though, a footnote

18   in my report does have a date.  I believe that I also

19   got a copy of that from the Georgia EPD website and

20   that was how I was able to ascertain the date of the

21   application because on the website, it notes the date

22   that the application was filed.

23        Q.    You have a copy of the land application

24   site figures for the City of Calhoun, Georgia, 2022?

25        A.    Yes, I do.

```
 1        Q.     Is that something you could provide to
 2   counsel to produce to the defendants in this case?
 3        A.     Certainly.
 4        Q.     Okay.  Flipping a couple more pages, you
 5   site a paper by Lasee or Lasee regarding the analysis
 6   of several insecticides for PFAS.
 7               MR. RADNEY:  Lacey, that's on -- I
 8         mean, McKenzie, that's on Page 39.
 9               THE WITNESS:  Yeah, I see it.
10        Q.     (By Mr. Radney)  Okay.  Have you referenced
11   that paper in your -- the body of your report?
12        A.     I have not.
13               MR. RADNEY:  I tell you what,
14         McKenzie, can we -- can we mark that as an
15         exhibit.  It's in my folder and it's not
16         labeled with a number, but the title of the
17         document is "Targeted analysis in total
18         oxidizable precursor assay of several
19         insecticides for PFAS."
20               TECHNICIAN:  Yes, I found it.  You
21         want me to pull it up?
22               MR. RADNEY:  Okay.  Yes.  And I'm not
23         sure what exhibit number we're on, but
24         let's -- let's go ahead and mark -- mark it
25         as an exhibit.
```

```
 1               (Defendants' Exhibit 5 was marked for
 2         identification.)
 3         Q.    (By Mr. Radney)  Have you reviewed this
 4   article?
 5         A.    I have read the article, yes.
 6         Q.    And I -- let's see.  And the date on this
 7   is -- it's --
 8         A.    2022 it was published.
 9         Q.    Okay.  And am I correct that the
10   researchers in this paper analyzed certain
11   insecticides that are commonly used in agricultural
12   operations for the presence of PFAS?
13         A.    Yes.
14         Q.    And among other things, they found
15   concentrations of PFOS in those pesticides in 2022?
16         A.    Correct.
17         Q.    And did they also look at the soils in
18   areas where those same pesticides had been applied
19   historically?
20         A.    I thought so, but I don't recollect the
21   details.
22         Q.    There's -- there's significant agricultural
23   land in the watershed of the Oostanaula, Coosawattee
24   and the Etowah Rivers; correct?
25         A.    There -- there are agricultural lands, yes.
```

```
 1        Q.      Have you ever seen any assessment by anyone

 2   of pesticide application in those agricultural

 3   operations?

 4        A.      I have not.

 5        Q.      All right.  You cite another paper on

 6   Page 40 by Sepuulvado or I'm not sure how you

 7   pronounce that gentleman or lady's name.  It's a 2011

 8   paper regarding the occurrence and fate of

 9   perfluorochemicals in soil following the land

10   application of municipal biosolids.

11                Do you recall that paper?

12        A.      I recall the paper.

13        Q.      I was not able to find a copy of it on

14   short notice.  Do you cite that paper in your

15   reports -- either of your reports?

16        A.      I do not.

17        Q.      What did you look at that paper for in the

18   context of this rebuttal?

19        A.      I looked at -- I looked at that paper.  I

20   was trying to understand the fate of -- and the amount

21   of perfluorochemicals in municipal biosolids.

22        Q.      Is that what that paper assesses is

23   essentially what kind of concentrations you -- have

24   been found in municipal biosolids?

25        A.      Yes.
```

1              MR. RADNEY:  Dr. Andrews, I

2      appreciate your time today.  I am going to

3      pass you to another attorney for some

4      questioning unless we're about to take a

5      lunch break, which I will let others

6      discuss.

7              MR. TAPLEY:  Let's go off the record

8      for a minute.

9              VIDEOGRAPHER:  Okay.  The time is

10     1:30 p.m.  We're now off the video record.

11             (A lunch recess was taken at 1:30

12     p.m., and the deposition reconvened at 2:00

13     p.m.)

14             VIDEOGRAPHER:  The time is 2:00 p.m.

15     and we're back on the video record.

16  EXAMINATION

17  BY MS. O'CARROLL:

18     Q.     Good afternoon, Dr. Andrews.  My name is

19  Fiona O'Carroll and I represent the Mohawk defendants

20  in the Rome and Johnson case.

21             Do you recall reviewing John Connor's

22  expert report in this case?

23     A.     Yes.

24     Q.     And that was his expert report issued in

25  December of 2022?

 1    A.    Yes.

 2    Q.    And you also reviewed a rebuttal report by

 3  Mr. Connor issued in February 2023.  Do you recall

 4  that?

 5    A.    Yes.

 6    Q.    That report by Mr. Connor addressed

 7  Dr. Davis' opinions.  Do you recall that?

 8    A.    Yes.

 9    Q.    Are those the only reports by Mr. Connor

10  that you have reviewed?

11    A.    I recently reviewed a second rebuttal

12  report that he prepared that addressed issues raised

13  by the Dr. Rabah.

14    Q.    Okay.  Did you review Mr. Connor's

15  deposition testimony?

16    A.    I did.

17          Well, let me change that answer.  I

18  reviewed the second day of testi- -- or at least the

19  questioning by Gary Davis.  I did not review other

20  parts of his deposition.

21    Q.    Understood.  You reviewed the second day

22  only, it sounds like.

23    A.    Okay.  I didn't know if it was the second

24  day or what it was, but I reviewed the questioning by

25  Gary Davis.

1       Q.      Understood.

2               So your rebuttal report contains several

3   opinions relevant to Mr. Connor's allocation analysis;

4   correct?

5       A.      For some reason, your voice is breaking up

6   so I didn't catch your questioning.

7       Q.      I'm sorry.  Let me move closer.  Is this

8   any better?

9       A.      It's a little better.

10      Q.      Okay.  Your rebuttal report contains a

11  couple of opinions relevant to Mr. Connor's allocation

12  analysis; right?

13      A.      Yes.

14      Q.      All right.  And I just have a few questions

15  about that aspect of your rebuttal report.  So first,

16  you state that Mr. Connor and various other experts

17  neglected to discuss the use of PFAS-based products

18  for carpet treatment outside of Dalton; correct?

19      A.      Yes.

20      Q.      And you believe that the experts should

21  take into account the entire Oostanaula watershed

22  areas; correct?

23      A.      Well, I -- I believe for understanding

24  sources of PFAS in the Oostanaula River at Rome, it's

25  important to understand the major potential sources

1    upstream of Rome.

2        Q.      For example, let's look at your report.

3                MS. O'CARROLL:  Which I think is

4          Exhibit 1, McKenzie, and if we could look

5          at Page 26 of that exhibit.

6        Q.      (By Ms. O'Carroll)  Okay.  The first

7    paragraph on this page is what I have in mind.

8    Dr. Andrews, here, you critique several different

9    experts for having too narrow a focus and you identify

10   some examples of facilities outside of Dalton where

11   you believe PFAS may have been sold; correct?

12       A.      Yes.

13       Q.      You identify a Mohawk facility in Calhoun;

14   correct?

15       A.      Excuse me.  A Mohawk facility where?

16       Q.      In Calhoun, Georgia.

17       A.      Yes.  Yes.

18       Q.      That's the only example you give with

19   respect to Mohawk; right?

20       A.      Yes.

21       Q.      Another critique in your rebuttal report is

22   that Mr. Connor's initial calculations likely

23   overstate the quantity of PFAS products purchased by

24   other companies because of the revised Shaw purchase

25   records.  Do you recall that?

1    A.    Yes.

2          MS. O'CARROLL:  And, McKenzie, would

3     you mind flipping to Page 35.  That middle

4     bullet point is what I referred to.

5    Q.    (By Ms. O'Carroll)  When you say the

6  revised Shaw purchase records, are you referring to

7  the revised purchasing spreadsheet that Shaw produced

8  in connection with Mr. Gutierrez's deposition?

9    A.    Unfortunately, I forget exactly what I was

10 referring to there.  Apologize for that.

11   Q.    There are lot of spreadsheets.  So here, I

12 think what you're saying is if Mr. Connor were to rely

13 on the revised Shaw purchase records, you believe his

14 numbers might change; is that right?

15   A.    Yes.

16   Q.    Lastly, let's bring Page 18.

17         MS. O'CARROLL:  And so, McKenzie, if

18    you could scroll to the bottom of this

19    page.

20   Q.    (By Ms. O'Carroll)  Dr. Andrews, this is

21 where you refer to your recalculation based on the

22 change regarding the Oglethorpe power plant.

23   A.    Yes.

24   Q.    Why was that recalculation necessary?

25   A.    Because in -- in the initial calculation,

1    it had been implicitly assumed that that Oglethorpe

2    power plant was discharging to the -- the wastewater

3    treatment plants in Dalton and -- and that's not the

4    case.  It's merely taking water from the reservoir on

5    the LAS and running it through its treatment -- or

6    cooling system and discharging it back into the

7    reservoir.

8         Q.    Do you know whether Oglethorpe power plant

9    gets 100 percent of its water from the LAS?

10        A.    That's my understanding.

11        Q.    And so when you made that change, that

12   affected your calculation of what percentage of the

13   PFAS that comes to the LAS is from the carpet and

14   textile industry; is that right?

15        A.    Yes.

16              MS. O'CARROLL:  And so if you could

17         scroll down, McKenzie, to Page 19, that

18         chart.

19        Q.    (By Ms. O'Carroll)  Dr. Andrews, am I

20   correct to understand this chart to mean that based on

21   the recalculation, you opined that 98 percent of the

22   PFAS mass entering the LAS comes from the carpet,

23   textile and fiber industry?

24        A.    In terms of the PFAS mass, yes.

25        Q.    And I think you spoke with Mr. Larkin --

1    Mr. Radney, that is, about producing your underlying

2    calculations for this chart.

3        A.    Yes, and I plan to do that.

4        Q.    Okay.  Great.

5              Am I correct that other than the issues

6    we've talked about, you have no other critiques of

7    Mr. Connor's allocation analysis?

8        A.    I don't believe at this time I have

9    additional critiques of his allocation analysis, but I

10   will note that I was -- I was not asked to formulate

11   an opinion on allocations so I did not carefully

12   review his methodology and his conclusions.

13       Q.    Fair enough.

14             MS. O'CARROLL:  McKenzie, could you

15       please bring up Connor deposition

16       Exhibit 30.

17             Thank you.

18       Q.    (By Ms. O'Carroll)  Dr. Andrews, have you

19   seen this document before?

20       A.    Yes, I have, as it was included as an

21   exhibit in the second day of Mr. Connor's deposition.

22       Q.    Do you recall that these are additional

23   computations that Mr. Connor performed in light of

24   your rebuttal report?

25       A.    I understood it to be that, yes.

1    Q.    So let's focus on that second chart.

2          MS. O'CARROLL:  I don't know.

3     McKenzie, can you zoom in a little bit?

4     Perfect.  All right.

5    Q.    (By Ms. O'Carroll)  All right.  So this

6    chart represents Mr. Connor's allocation analysis of

7    alternative conditions.  Is that a fair way to put it?

8    A.    Yes.

9    Q.    Do you see the column titled "Alternative

10   calculations based upon modified Shaw business

11   records"?

12   A.    Yes.

13   Q.    What do you understand that column to

14   represent?

15   A.    It's -- it's -- it's the -- the revised

16   estimate of, you know, materials -- or PFAS purchased

17   by other entities than Mohawk, and it shows a decrease

18   of about 13 million pounds from the initial estimate

19   that Mr. Connor made.

20   Q.    And ultimately, it results in a calculation

21   that Mohawk purchased 16.8 percent of the total PFAS

22   accounting for the relevant time period?

23   A.    Correct.  It's -- it's 12.6 million pounds

24   divided by 74.9 instead of 87.7 in his initial

25   calculations.

1    Q.    And the assumption that the revised Shaw

2    calculations are the correct dataset is consistent

3    with your rebuttal report; right?

4    A.    I believe so.

5    Q.    A few rows down, do you see in the leftmost

6    column an alternative condition using 98 percent of

7    PFAS discharged to the Dalton Utilities LAS is from

8    carpet manufacturing?

9    A.    Yes.

10    Q.    Is that assumption of 98 percent consistent

11    with your rebuttal report?

12    A.    Yes.

13    Q.    Lastly, let's go to the third chart, which

14    is on the second page of this PDF.

15          Dr. Andrews, do you have an understanding

16    of what this chart shows?

17    A.    I -- I believe it to represent the total

18    amount of PFAS products that were located in the

19    watersheds upstream of the City of Rome and, you know,

20    it shows that the total PFAS purchases was

21    116.4 million pounds and that Mohawk purchased

22    13.3 percent of that 116 million pounds.

23    Q.    And does this chart reflect a response to

24    your critique that PFAS sales should be calculated for

25    the watershed and not only to Dalton?

1    A.    Well, this implicitly acknowledges that

2    there are significant sources -- or significant

3    potential sources of -- of PFAS upstream of the City

4    of Rome in addition to the PFAS that was sold and used

5    in the City of Dalton.

6    **Q.    This PDF that we looked at the additional**

7    **computations addressed all of the critiques that you**

8    **have developed regarding Mr. Connor's allocation**

9    **analysis; fair to say?**

10    A.    I -- I believe it addresses the critiques

11    that I had in my rebuttal report.

12            MS. O'CARROLL:  Thank you.  That's

13        all I have.

14    EXAMINATION

15    BY MR. PECK:

16    **Q.    Dr. Andrews, my name is Adam Peck.  We met**

17    **at the last deposition.  I think I was actually there**

18    **for your deposition.  I represent DuPont and Chemours**

19    **in the Rome and Johnson litigation, and I have a**

20    **handful of questions for you today.**

21            **Let me start by referring you to Page 5 of**

22    **your rebuttal report.  I think it's actually**

23    **Exhibit 2.  I think we keep calling it Exhibit 1, but**

24    **I think it's Exhibit 2.  But right dead in the middle**

25    **of the page , you -- you state -- are you -- are you**

1    with me?

2        A.    Yes, I am.

3        Q.    Dead in the middle of the page, you state,

4    "I acknowledge that site-specific data available to

5    assist in evaluating remedial plans were limited, but

6    the ability to collect additional data was very

7    constrained as access to the LAS was limited by

8    agreement of the parties to two days of field sampling

9    and one-day site visit."

10             The -- the sampling event that you were

11   limited to was your May 2021 sampling event; correct?

12       A.    Correct.

13       Q.    And that's the same sampling event that you

14   used for your mass balance calculation; correct?

15       A.    Correct.

16       Q.    So -- and as you note here, that was --

17   that was the only data point you had at the time you

18   did your mass balance calculation; correct?

19       A.    Those were the only data that I had on PFAS

20   concentrations in the streams flowing off the LAS.

21       Q.    So in -- on May 2021, you, of course, were

22   not able to sample all the miles and miles of

23   upstreams that you discussed with Mr. Smith and

24   Mr. Radney that existed up there at the LAS; true?

25       A.    Well, the streams that were sampled, most

 1    of the sampling locations were located quite near the

 2    LAS boundary.

 3         Q.     Right.  And -- but you -- you were not able

 4    to cover the entire LAS to get a full example of -- of

 5    the concentrations across the entire 9,800 acres and

 6    all -- and all the miles and miles of streams; fair?

 7         A.     I believe that the primary goal was to

 8    understand the concentrations of the -- in the streams

 9    as they flowed across the LAS boundaries and it is

10    true that not all of the streams were sampled, given

11    the constraints of time, but a fair number of streams

12    were sampled.

13         Q.     Do -- do you have an estimate of what

14    percentage you were able to sample?

15         A.     Not off the top of my head.

16         Q.     Would it be less than 50 percent?

17         A.     Well, let me -- let me try to look that up

18    here.

19                I'm referring to a map or figure that I had

20    in my original expert report.

21         Q.     Okay.  What page is that?

22         A.     I haven't found it yet.

23         Q.     Okay.  Sorry.

24         A.     And when I find it, I'll tell you.

25         Q.     Appreciate it.

1      A.     So it's Plate 3 and it's unnumbered.

2   It's -- it's a few pages after Page 71 in the report.

3      **Q.     Yeah, I'm with you.  So this would be**

4   **Plate 3.  I think -- I think that was Exhibit 1 to**

5   **your original deposition, just for the record.**

6      A.     It appears that approximately 50 percent of

7   the streams that flow off the LAS were sampled.

8      **Q.     Okay.  So right at half.**

9      A.     That's correct.  And there's some

10  additional streams that have sense been sampled as

11  part of the June 2022 sampling event that took place.

12     **Q.     Okay.  Yeah, let's -- so another -- let's**

13  **talk about that for a minute.  Another obvious**

14  **limitation is you -- you only had -- since you only**

15  **had that May 2021 sampling event, you didn't get to**

16  **sample the concentrations in the water on the LAS at**

17  **different precipitation times when -- when the rain**

18  **flow was either more or less than it was before**

19  **May 2021; fair?**

20     A.     Correct.  I had data from one sampling

21  event, which all occurred on the single day.

22     **Q.     And, in fact, you mentioned in discussing**

23  **the Geomega June 2022 sampling event that it had been**

24  **dry.  I think you told Mr. Radney it had been dry**

25  **before that event; correct?**

```
 1       A.      That's what Mr. Davis indicated in his
 2   deposition.
 3       Q.      And it -- and the reality was that the
 4   concentration -- the average concentrations were
 5   higher when it was dry than -- than when you did it in
 6   May of 2021.
 7       A.      Correct.
 8       Q.      So the concentrations could vary depending
 9   upon the precipitation that preceded the sampling
10   event; fair?
11       A.      That's a possibility.
12       Q.      And in -- in this case, if Mr. Davis is
13   correct that it was dry before he got there, the
14   concentrations went up when it was -- when it was
15   drier; correct?
16       A.      Well, correct.  Assuming, you know -- I
17   didn't make an evaluation of whether it was drier when
18   he sampled than it was in May of 2021.
19       Q.      At any rate, the -- your mass balance
20   calculation depended on that one May 2021 sampling
21   event due to your limitation of data and access to the
22   LAS; is that fair?
23       A.      Yeah, my calculation was based upon the
24   results from the May 2021 sampling event.
25       Q.      And -- and we just don't know what -- what
```

1    that -- what would happen to your calculation if we

2    had more inputs so we could vary the average based

3    upon those more inputs.  We just don't know; right?

4         A.    Well, we do know how the calculations would

5    change if I had different input data.  What we don't

6    know is how concentrations varied through time in

7    these streams.

8         Q.    All right.  On Page 15 of Exhibit 2, your

9    rebuttal report, you -- you state that you believe

10   Mr. Washburn has misunderstood your analysis of PFAS

11   discharges from the LAS; correct?

12        A.    Correct.

13        Q.    Some of the questions I'm going to ask for

14   the next several minutes is for the purpose to flesh

15   out some of that.  But let me -- before I get to that,

16   you have -- you have not in your rebuttal report

17   attempted to specifically challenge Mr. Washburn's

18   allocation of PFOA and PFOS that he opined DuPont

19   telomer products could have contributed to Rome's

20   intake due to discharges from the LAS, have you?

21        A.    No.  As I noted in -- in response to -- to

22   the previous set of questions, I was not asked to come

23   up with an allocation amongst the various entities

24   that used PFAS in Dalton.  So I, you know, didn't

25   evaluate in detail Mr. Washburn's allocation or

1   proposed allocation.

2        Q.    Okay.  Let me talk to you about the --

3   the -- kind of the difference -- not talking about the

4   allocation anymore, but back to the difference between

5   Mr. Washburn's calculation of the amount of PFOA and

6   PFOS coming off the LAS versus your calculation

7   because you guys differ on that.  Just to let you know

8   where I am in my questioning.  Are you with me?

9        A.    I am, but I don't believe that Mr. Washburn

10  calculated the amount of PFAS coming off the LAS.

11       Q.    No, no, you're right, and that's really

12  what I'm getting to.  And I guess I'm in around

13  Page 26 and 27 of your report.  You guys -- you guys

14  were trying to answer a similar question, but you went

15  about it in a different way.  The similar question

16  was, what was the impact of the LAS PFAS contribution

17  to Rome; correct?

18       A.    Yes.

19       Q.    His -- his analysis was it was in the, you

20  know, 50 -- I can't remember the exact number --

21  mid-50 percent, and your -- your analysis was it was

22  84 percent.  Have I identified the difference?

23       A.    Yeah, I believe, you know, as -- as I kind

24  of characterized myself, he was about at 60 percent

25  and I was about at 85 percent.

1       Q.      Okay.  Your method of calculating the

2   amount of PFOA and PFOS coming off the LAS was to do

3   an estimate based upon that sampling event and then

4   your average flow -- and the average flow you

5   calculated?

6       A.      Yes.

7       Q.      And he used his -- what he did was he

8   looked at actual sampling events that occurred within

9   the river systems; correct?

10      A.      Correct.

11      Q.      You -- as I understand what you did,

12  your -- your calculation of the average annual

13  concentrations of PFOA and PFOS used this one event

14  and it was an average over -- over time; correct?  The

15  flow was an average over time?

16      A.      Correct.

17      Q.      How much would you expect those

18  concentrations to vary over the course of a year,

19  the -- the concentrations you used from your May

20  event?  It -- we know it varied some; right?

21      A.      Well, we know it varied some as some

22  locations had been sampled more than one time, and

23  different results came from each of the sampling

24  events.  So we know that there's some variability.

25              You know, my opinion was that the

1  variability would not be significant -- it would not

2  be extremely large, but, you know, I certainly

3  acknowledge that there would be some variability and

4  that variability hasn't been measured as of this point

5  in time.

6      Q.    Okay.  And that's -- that's calculating --

7  that calculation was that you calculated the average

8  annual surface water discharge from the LAS; correct?

9  That's your paragraph -- that's Page 50, Paragraph 2.

10     A.    Correct.

11     Q.    And you did this calculation -- I'm going

12 to try to paraphrase.  This calculation -- and see if

13 I -- make sure I got it right.  This calculation is

14 based on a flow rate off of the LAS that you derive

15 from using the average daily LAS spray application,

16 the annual precipitation and the evapotranspiration

17 rates; is that right?

18     A.    I used the -- the average application rates

19 expressed as an average daily value.  But that is

20 correct.

21     Q.    And then you used an -- the annual

22 precipitation rate from the 19- -- the 2016 to 2021.

23     A.    Correct.

24     Q.    And -- and I know you had to change those

25 based upon Mr. Nutter's deposition.  Did you also

1    change the evapotranspiration input?

2        A.    I did not.

3        Q.    **Why not?**

4        A.    I have -- I have no data to suggest that it

5    was different than what I had used originally, which

6    was consistent with a number of reports that have been

7    previously prepared on the LAS.

8        Q.    **And I -- I take it the different inputs**

9    **would have changed your Table 6 numbers?**

10       A.    And they did change my Table 6 numbers.

11       Q.    **That's kind of where the Table 6 number**

12   **changes come from?**

13       A.    Correct.

14       Q.    **Okay.  I'm going to probably -- I'm going**

15   **to have you -- I'm going to discuss some specific**

16   **number changes in a minute, but I want to ask you some**

17   **more general questions before I get to that.**

18             **You have this was an annual average.  Do**

19   **you know how much variability there would be in the**

20   **actual mass discharges from the LAS during the course**

21   **of a year?**

22       A.    Certainly during high flows, the mass

23   discharge would be different than it is during very

24   low flows.  By how much, I don't know.

25       Q.    **Have you done any sort of analysis where**

1   you took one of your -- took your estimations and put

2   it against the actual measured flow in, say, the

3   Conasauga River to see how accurate your estimation

4   was?

5       A.      Sorry.  I lost the train of that question.

6   Could you repeat it?

7       Q.      Yeah, let me try again.

8               Have you -- have you compared your estimate

9   and then looked at an actual measured concentration in

10  the Conasauga -- Conasauga River on a known date where

11  we have a sampling event, a concentration and a flow

12  rate to see how accurate your estimation was?

13              In other words, have you -- I can ask the

14  question slightly differently.

15              Have you attempted to validate your

16  calculation by looking at an actual flow and

17  concentration rate in the Conasauga River at a

18  measuring station?

19      A.      Well, I have done that, at least

20  implicitly.  As on Table 6, I list what kind of mass

21  flux I calculate at, say, Tilton and what kind of mass

22  flux I calculate at Oostanaula based upon my procedure

23  and then based upon measured data.

24      Q.      Okay.  Can you show me an example looking

25  at Table 6?  Table 6 is at Page -- Table 6 is in --

1  it's -- it's at the end -- at the very end of his

2  report?  I don't know what PDF page, but it's in --

3  it's in Section B.  So it's after all that.  It's

4  going to be after all that.

5      A.      Yeah, so I -- I have two entries.  One set

6  of entries is what I call Conasauga River at Tilton

7  estimated and Conasauga River at Tilton measured, and

8  I also do that -- I have the Oostanaula at Rome, which

9  is some of upstream sources, and the -- which is based

10  on my method, and then the Oostanaula at Rome based on

11  the average data.

12      Q.      So you're saying -- if I look at the line

13  Conasauga River at Tilton estimated and I compare that

14  to the Conasauga River Tilton measured, that's your

15  check and you --

16      A.      Yeah, that is a check that I did, yes.

17      Q.      And -- and then what was -- what was the

18  other one you mentioned?

19      A.      The last two lines, one is Oostanaula at

20  Rome and Oostanaula at Rome based on average data and

21  I discuss those in the text.

22      Q.      You -- in your original report, while I'm

23  there, you -- you had another line for estimated high

24  flow data.  It was your last line of your original

25  report for what you called Table 6 in your original

1    report.

2        A.    Yes.

3        Q.    And that -- that line's gone.  Why is that

4    line gone?

5        A.    Well, that line is gone because after

6    having reviewed the expert reports by a number of the

7    experts for the defendants, I got the sense that it

8    had been misunderstood how I had used that

9    concentration measured at high flows.  I -- I got the

10   sense that a number of the experts thought that I was

11   using -- I was assuming that there were higher

12   concentrations at -- at higher flows and in terms of

13   making the calculations that are listed on Table 6.

14   And on Table 6, that's not the case.  I -- I'm using

15   average annual flows and average concentrations,

16   and -- and I don't make a set of calculations based

17   upon the highest -- the concentrations that were

18   measured at the highest flows in the Oostanaula River.

19            Originally, I had it in my expert report to

20   just provide a sense of the variability that there

21   could be in estimates, but as I say, I judged it to be

22   misunderstood and I -- I removed it from this report

23   because I didn't want it to be misunderstood.

24       Q.    Okay.  Let me take you to Page 16 of your

25   report.  And kind of -- again, this is the middle of

1  the page, you say, "A stream flow at all times of the

2  year will be predominantly compromised to water that

3  is migrated to the subsurface, whether from land

4  application or precipitation.  It is expected that

5  PFAS concentrations in water discharging to the stream

6  will be relatively constant year-round.  Thus, the

7  average concentration of PFOA and PFOS is reasonable

8  and appropriate as the calculation is based on

9  relatively small variability in concentrations in the

10  streams draining the LAS."

11          Do you see where I read that?

12  A.      Yes, I do.

13  Q.      Does that mean you would not expect much

14  change in the PFAS concentrations coming off the LAS

15  regardless of precipitation rates?

16  A.      Yeah.  That's what I state here, but I

17  think, you know, the operative word is, you know, how

18  much variability do I consider to be significant

19  variability.  You know, I -- I composed this to kind

20  of counter the viewpoint that during high-flow events,

21  that the water that's running off the LAS is not going

22  to have any PFAS in it and, therefore, the

23  concentrations in -- in sum are going to be quite low

24  in the water flowing off the LAS.

25          And -- and I opined that that's not likely

1  because most of the water, if not all of the water

2  that falls on the LAS is going to move through the

3  subsurface before discharging.  And as it moves

4  through the subsurface, it's going to leech out

5  compounds such as PFOA and PFOS and, as a result of

6  the fact that, you know, the water is moving through

7  the subsurface, you know, I would expect, you know --

8  you know, that concentrations would be relatively

9  constant year round.

10           Now, you know, I do acknowledge that

11  there's going to be some variable and we discussed

12  that earlier today, but it's -- it's not that there's

13  going to be significant changes from one season to the

14  other.  And by significant, I mean, you know, like

15  order of magnitude changes in concentrations.

16      Q.    Now, later you say that you believe that

17  concentrations increased with increased flow; is that

18  right?

19      A.    Where did I say that?

20      Q.    Page 29.  "In my" -- yeah, right there.

21  Middle -- "In my" -- right there in that second full

22  paragraph.

23           "In my expert report, I noted that

24  concentrations of PFOA plus PFOS have some correlation

25  with flow of the Oostanaula."

1     A.      Yeah, that's -- that's correct, but, you

2   know, on Pages 28 and 29 of my expert report, I was

3   attempting to rebut the assertion that -- I believe a

4   number of the other experts made is that I was just

5   plain wrong in saying that the highest concentrations

6   had been -- been measured at the highest flows.

7     Q.      Right.

8     A.      And -- and in this section, I describe why

9   the highest concentrations were measured at the

10  highest flows and it has to do with the fact that at

11  the two times that concentrations were measured at

12  high-flow events and they were high concentrations,

13  corresponded with periods of time when flow from the

14  Conasauga River made up a very large percentage of the

15  flow of the Oostanaula River at Rome.

16    Q.      Let me take you to Page 16 of your report,

17  and 17, Page 16 and 17.  In Footnote 36 on Page 16,

18  you talk about -- you describe the area weighted

19  concentration calculations at the sum of the

20  concentration multiplied by the watershed area for

21  each location divided by the sum of the watershed

22  areas; is that right?

23    A.      Yes.

24    Q.      On Table 1, Page 17, you pick three

25  different weighted averages using the May 2021

1   analytical data.  How did -- how did you get those

2   numbers?  And I'm talking about the -- the weighted

3   average numbers in the bottom part of the table, based

4   on the 2021 GEL data.

5        A.     Okay.  So, you know, previously we referred

6   to the figure from my initial report that showed the

7   locations of the surface water samples collected in

8   May of 2021.

9        Q.     Yes.

10       A.     So for each of those locations, I

11  calculated the drainage area upstream of the sampling

12  location, and I had data -- I had the measured

13  concentrations of the six PFAS compounds that are

14  listed on these tables, and that was the basic

15  information that went into making this weighted

16  average calculation.

17              So, for example, for the weighted average

18  for 2021 data, you know, for PFOS, I took the PFOS

19  concentrations measured in a -- at a specific location

20  multiplied by the upstream drainage area, and then I

21  added that to the same type of calculation for each of

22  the additional 14 or so locations where samples were

23  collected and then I divided by the total area.

24       Q.     How did you determine the -- the watershed

25  area or the drainage area for each location?

1       A.      I -- I determined the watershed area based

2   upon -- what do I want to call it -- a script that's

3   built into the GIS program that we use here that

4   calculates it based upon topography.

5       Q.      Do you -- can you provide that calculation

6   to your counsel?  Do you have that calculation?

7       A.      Yes.  Certainly, I can provide it.  I also

8   think those areas were actually contained in a

9   calculations sheet that I provided as part of my

10  original deposition, but I will re-provide it.

11      Q.      The -- am I wrong that this -- am I --

12  maybe I'm wrong about this.  This is -- is this table

13  a new table or is this table in your -- in your

14  original deposition?

15      A.      No, no, no, this is a new table, but in

16  terms of calculating the weighted concentrations, I

17  had also performed that calculation as part of the

18  preparation that I did for the initial expert report.

19      Q.      And just to be clear, Dr. Andrews, I just

20  want to make sure I get the calculations that went

21  into this table.

22      A.      Yeah.

23      Q.      Okay.

24      A.      I understand.

25      Q.      Good.  Thank you.

1          Okay.  Let's go to Section 10.

2     A.    Just give me a minute.  I got to write down

3  these things that I got to provide here.

4     Q.    Sure.  Absolutely.

5     A.    Okay.  I've turned to Page 10.

6     Q.    Okay.  You know, there's -- there's a

7  discussion here of the flow rates on the Oostanaula

8  River and the Coosa -- and Coosa River during the --

9  an April 25, 2018 sample event; right?

10    A.    Correct.

11    Q.    And you say the Coosa River flow rate was

12  20,600 CFS; right?

13    A.    I do.

14    Q.    And the Oostanaula River flow rate was

15  1,400 CFS?

16    A.    Yes.

17    Q.    And I know you've got it handy.  In your --

18  in your original report, at Footnote 1 on Page 6 of

19  your original report, which was, again, Exhibit 1 to

20  your first deposition, you had -- you -- you talked

21  about this same sampling event and you had different

22  flow rates.  There you had the Coosa being 19,200 and

23  the Oostanaula being 14 -- I'm sorry -- 13,200.

24          And my question is:  Why?  Why were

25  there -- why are you -- why are there different flow

1  rates?

2      A.      Well, in the original expert report I

3  prepared, I used the -- the average flow on the date

4  of the sampling, and in this revised or this rebuttal

5  report, I actually used the flow at the time of

6  sampling.  The flow is reported at -- at 15-minute

7  increments and I used the flow that was reported at a

8  time closest to the reported time for the sampling.

9      Q.      Okay.  And when you changed that input,

10 that changed the -- the -- the number, the calculated

11 number; correct?

12     A.      Slightly, yes.

13     Q.      And -- and the -- in the rebuttal report,

14 the calculated number is 219 ng/L; right?

15     A.      Yes.

16     Q.      And that's at the higher flow; right?

17     A.      Correct.

18     Q.      And in your -- in your original report,

19 the -- the number was -- I'm -- I'm pulling it off the

20 chart because it's a calculated number -- was -- was,

21 like, about 225.

22     A.      And that's likely the case.  And I believe

23 that in my original expert report, I had not correctly

24 accounted for or appropriately accounted for the PFAS

25 in the Etowah River.

```
1        Q.      Okay.  Yeah.  So --

2        A.      And I'm accounting for the -- the PFAS in

3   the Etowah River results in the calculated

4   concentration being a little bit lower.

5        Q.      How -- that was going to actually be my

6   next line of questions.  How did you account for the

7   concentration of PFAS in the Etowah?

8        A.      Well, I -- I assumed that the difference

9   between the 20,600 and 14,000 was coming from the

10  Etowah River, and I calculated the mass of PFAS or

11  PFOS and PFOA in the Etowah River based upon the

12  average concentrations from the available sampling

13  data.

14       Q.      And -- and that's because the sampling spot

15  that you're using on the Coosa River is actually

16  17 miles downstream from where the Coosa and the

17  Etowah join?

18       A.      Yes.

19       Q.      Do you know what other attributions there

20  are, what other potential PFAS contributions there are

21  in that 17 miles?

22       A.      I have --

23       Q.      I'm sorry.  The increase to concentration

24  other than the Etowah?

25       A.      You know, I -- I looked at potential
```

1  sources in the past.  I can't remember what they are.

2  I had looked at a long history of sampling at that

3  location or at a nearby location on the Coosa River

4  downstream of Rome.  And, you know, looking at that

5  other data, there was no indication that there was any

6  significant source in the stretch of river from --

7  from Rome downstream to the sampling location on the

8  Coosa River.

9      Q.     Are you -- are you aware that one of the

10  inputs between -- downstream in that 17-mile stretch

11  was the Rome wastewater treatment plant?

12      A.     Yeah, I understood that it was in that

13  reach, but as I -- as I noted, I had, you know, tried

14  to understand concentrations from previous sampling

15  events and I think maybe even subsequent sampling

16  events on the Coosa River in that general vicinity,

17  and I hadn't noted or I couldn't ascertain from the

18  data any significant increase due to the City of Rome

19  wastewater treatment plant or other potential sources

20  that might be located in that 17-mile or 17-mile

21  approximate reach of the river.

22      Q.     We know from the bio- -- biosolids

23  application data we have that the -- that the Rome

24  waste treatment plant did have -- did contribute PFAS

25  in its discharge.  That's a fair assumption; right?

```
 1       A.    I mean, it's -- it's a fair assumption that

 2  there was a contribution of PFAS, but again, the issue

 3  is, you know, what actually is the quantity of PFAS

 4  that was contributed and...

 5       Q.    Did you back out any amount of

 6  concentration based upon any contribution estimated

 7  from Rome -- from Rome's wastewater treatment plant?

 8       A.    I did not.

 9       Q.    Is it -- is that another calculation that I

10  could get from you, through your lawyer?

11       A.    Well, I haven't made that calculation yet.

12       Q.    No, no, not that calculation.  I'm sorry.

13  The calculation that got us to this -- to this 219

14  number.

15       A.    Yeah, certainly.

16       Q.    Okay.  Let me take you to Page 29.  I'm

17  trying to find where I was so I can point you to what

18  I have in my report.  I'm sorry.

19             So -- I know where I am.  So I'm in the

20  middle of that top paragraph where you're talking

21  about what you anticipate to be the flow at the time

22  in April -- at the time of that April 25, 2018

23  sampling event.  And you said that there was a fair

24  amount of precipitation.  Well, you tell us exactly

25  how much precipitation.  So you note that the flow of
```

1   the streams from the LAS were above average.  Is it
2   because of that precipitation preceding that sampling
3   event?
4       A.    Well, I state as a consequence, it is
5   expected that the flows from the LAS were above
6   average.
7       Q.    And then you say, "Therefore, these dates,
8   the high concentrations of PFOA and PFOS that were
9   reported in the river system near Rome were the result
10  of the high flows in the Conasauga River and the high
11  flows in the streams that originate there at the LAS";
12  is that right?
13      A.    I do state that.
14      Q.    Was there any sampling performed at the LAS
15  or on the Conasauga River during that time -- during
16  the time frame of that high flow event to evaluate the
17  accuracy of the calculation?
18            In other words, I know this number came
19  from the Coosa.  Was there -- was there a -- was there
20  any effort -- was there any ability to find a data
21  point on the Conasauga that would allow you to verify
22  the accuracy of your calculation?
23      A.    I'm not aware of any sampling that was
24  conducted on the Conasauga at this time period.
25      Q.    So by what -- why would the concentration

1    increase in the area of the LAS during that high-flow

2    condition given the discussion we had earlier about

3    expecting the LAS discharges not to increase due to

4    precipitation or water application?

5        A.     Well, the statement is not saying that the

6    concentrations increased from the LAS.  It's just

7    saying that, in a sense, there was a significant

8    contribution from the LAS as a result of the high

9    flows.

10       Q.     Okay.  Maybe I'm not following.  What --

11   are you saying that you expect the high flow to have

12   caused an -- well, the precipitation would have caused

13   an increase in PFAS coming off the LAS due to the

14   precipitation that caused the high flow?

15       A.     No.

16       Q.     Am I misstating that?

17       A.     No, I'm not stating that the concentration

18   increased, but I'm saying that the mass of PFAS that's

19   coming off the LAS increased because there is more

20   flow coming off the LAS.  And as I show on -- on

21   Figure 4 at the time of the sampling that took place

22   in April of 2018, you know, the flow in the -- in the

23   Conasauga River was much, much larger than it was in

24   the Oostanaula -- or in the Coosawattee River, which

25   is -- is not the typical situation.

1          So, you know, when I look at the -- at the

2    City of Rome, the percentage of the water that's

3    coming from the LAS at that period of time is greater

4    than it is at other periods of time.

5        Q.    So what you're saying is the

6    concentration -- you would not expect the

7    concentration to necessarily increase, but the volume

8    increased so the concentration being the same, you're

9    going to get more PFAS?

10       A.    That -- that's correct.  And I think I -- I

11   kind of state that on the -- on the previous page

12   here.  Let me see.

13          Unfortunately, I can't find the statement

14   that I -- that I was thinking about, but -- but

15   essentially, I have a statement in here someplace that

16   says, you know, that the concentration that's reported

17   in the Oostanaula River at Rome on any given day is

18   a -- is a function of the ratio of the amount of

19   surface water flow from the LAS to the total flow in

20   the Oostanaula River at Rome, and as that percentage

21   changes, it'll affect the concentration that's

22   measured at -- or in the Oostanaula River at Rome.

23       Q.    All right.  Let me -- let me take you back

24   to that Table 6 in Attachment B kind of toward the end

25   of the report and ask you about some specifics.

1              All right.  First, your Drowning Bear Creek

2      number -- and you might want to -- what I'm really

3      doing here, Dr. Andrews, is comparing this to the --

4      to the table originally in your original report, on

5      Page 29 of the original report.

6      A.      Yes.

7      Q.      And so we can't have them both up on the

8      screen, but that's the comparison I'm making in my

9      questions.  Are you with me?

10     A.      Yes.

11     Q.      So -- okay.  So, for example, Drowning Bear

12     Creek was 24 in terms of millions of gallons per day

13     and -- well, it's -- they're just totally different

14     numbers.  You have --

15     A.      Yeah, and I -- I can explain why those

16     numbers are different.

17     Q.      Yeah, please.

18     A.      In -- in -- in the one section of my

19     rebuttal report, I -- I talk about the fact that in my

20     original calculations, I had underestimated the amount

21     of precipitation that had occurred during the period

22     2016 to 2021.  And so when I recalculated Table 6,

23     I -- I updated these flow numbers for the drainages

24     where I had to estimate the flows based upon the more

25     appropriate average precipitation during the years

1  2016 to 2021.

2      Q.     Okay.  And so several of your numbers then

3  go up; right?

4      A.     Correct, particularly for the ungauged

5  streams.

6      Q.     Okay.  Let -- let me ask you, then, about

7  Howell Creek and Polecat Creek because they went in

8  the opposite direction.  They went down.  Your -- your

9  flow went from 9 and 14 to 6 and 10 and, of course,

10  all your concentrations go down accordingly.  What --

11  what was the reason for that?

12     A.     Well, the main reason for that is that in

13  the initial set of calculations, I had overestimated

14  the amount of wastewater applied on the LAS, and so

15  there's a change in the amount of flow off the LAS

16  because of the change in the -- because of that

17  change.

18     Q.     And actually -- so that would have impacted

19  Howell Creek and Polecat Creek, but not Drowning Bear

20  Creek?

21     A.     Correct.

22     Q.     Got it.  Okay.

23     A.     Can you give me five seconds?  My door blew

24  open.  Let me --

25     Q.     Sure.  And I'm closing in on the end.  So

1    I'll probably -- we probably can take a quick break

2    after I finish and that'll be about an hour, I think.

3              Is it -- so am I correct that you used the

4    annual average flow for the Conasauga River in your

5    mass balance calculation?

6        A.    Yes.

7        Q.    Do you know approximately how often the

8    flow in the Conasauga River would be equal or greater

9    than the annual average flow you used in your

10   calculations?

11       A.    I don't know off the top of my head.

12       Q.    Is there -- is there a way to figure that

13   out?

14       A.    Yes, there's a way to figure that out.  I

15   don't -- if I remember correctly, I think it was

16   Dr. Davis in his report had what's referred to as flow

17   duration curve that allows one to, at least

18   graphically, easily estimate what percentage of the

19   time flow was greater than a certain flow.

20       Q.    And so fundamentally, it's not going to be

21   the average flow all the time.  It's going to be

22   either greater or lesser than because it's an average;

23   right?

24       A.    Yeah, that's -- there's probably no data

25   where the flow is exactly equal to the average.

1    Q.    If I asked you the same questions for each
2  of the rivers, it would be the same answer?
3    A.    Yes.
4    Q.    Does that mean that you would not -- you
5  would not expect that on most days, the LAS
6  contributes an average of 84 percent of total PFOA and
7  PFOS to the Oostanaula intake?  Some days it's going
8  to be more; some days it's going to be less?
9    A.    Correct.
10    Q.    And -- and you don't know how many it's
11  more, how many it's less?
12    A.    Well, I don't -- I don't know off the top
13  of my head.  I didn't remember that factoid.
14    Q.    In fact, most days it's going to be less
15  than 84 percent, isn't it?
16    A.    Well, certainly, there's going to be many
17  more days that it's less than it's more.
18    Q.    All right.  This may be more of a question
19  for Jerome.  But we don't -- we didn't --
20        MR. PECK:  Jerome, we didn't get -- I
21      mean, I can do it the hard way, but I was
22      just hoping we could have an agreement to
23      get these.
24        We don't have the amount of, you
25      know, invoicing or, you know, amount of

1      money you guys have paid to -- to Mr. --

2      Dr. Andrews and -- and his company up until

3      this point.  Can you just agree to provide

4      us a summary of that?

5            MR. TAPLEY:  Sure.

6            MR. PECK:  And I won't -- I won't

7      bother with asking him a bunch of questions

8      to back calculate it if we have that

9      agreement.

10           MR. TAPLEY:  Yeah.

11     Q.    (By Mr. Peck)  Finally, Dr. Andrews,

12  what -- you -- you talked earlier on this morning,

13  kind of first thing in the morning about -- with

14  Mr. Smith about some water treatment plant you worked

15  on in I think it was Poolesville, Maryland?

16     A.    Yes.

17     Q.    Did you guys install or call out the water

18  treatment for them for PFAS?

19     A.    Well, they -- the recommendation was to do

20  a pilot study.  I used GAC and also used a type of

21  absorbed media there.

22     Q.    So some sort of ion exchange?

23     A.    Yes.

24     Q.    Okay.  Did you-all look at reverse osmosis

25  at all?

```
 1      A.    No.
 2            MR. PECK:  All right.  I think that's
 3      all I have.  Thank you, Dr. Andrews.
 4            MR. HOLEWINSKI:  I'll go next.  Kevin
 5      Holewinski for Daikin America, Inc.
 6            Jerome, do you want to take a quick
 7      break?  I'm fine proceeding or you or Dr.
 8      Andrews, whatever you want to do is fine.
 9            MR. TAPLEY:  I think it would be
10      great if we took maybe five minutes; is
11      that okay?
12            MR. HOLEWINSKI:  Certainly.
13            MR. TAPLEY:  Okay.  Thanks.
14            VIDEOGRAPHER:  The time is 3:04 p.m.
15      We're now off the video record.
16            (A recess was taken.)
17            VIDEOGRAPHER:  The time is 3:11 p.m.,
18      and we are back on the video record.
19      EXAMINATION
20      BY MR. HOLEWINSKI:
21      Q.    Hello, again, Dr. Andrews.  My name is
22      Kevin Holewinski from Jones Day for Daikin America,
23      Inc.  We met in September.  I anticipate hopefully I
24      won't take no more than 20 minutes of your time;
25      hopefully less than that.
```

1          I want to begin first on Page 5 of your

2     rebuttal report.  I think it's Exhibit No. 2.  And

3     specifically, what I want to direct your attention to

4     is the sentence in there that says, "The amount of

5     PFAS that is currently" -- "that currently is

6     discharging from the LAS," and continues on, is" --

7     "is likely today the largest single source of PFAS to

8     surface water in the United States."

9          Do you see that?

10    A.     Yes.

11    Q.     What's your basis for that?

12    A.     Well, my -- my basis for that was -- was

13    looking at other areas that I knew had potentially

14    large sources.  I would say after reflecting on that

15    sentence, I -- I should have said that it's one of the

16    larger single sources of PFAS to surface water.  I

17    mean, I had looked at, you know, areas that I knew

18    that had large sources for places like the Cape Fear

19    River and the Ohio River, and I evaluated what amount

20    of PFAS was coming from individual sources as

21    representative in papers that had been published about

22    those sites.  And, you know, the amount of PFAS that

23    was coming from sources -- sources on those two river

24    systems were smaller than what I had estimated at

25    least for the period 2016 to 2021 were coming from the

    1    LAS.

    2        Q.      And did you do any calculations to make a

    3    point of comparison with, say, the LAS and Cape Fear?

    4        A.      Well, from the Cape Fear River, there

    5    was -- there was a paper -- a recent paper and I

    6    forget who was the author, and -- but that's one of

    7    the papers I neglected to include in my list of -- of

    8    documents that I reviewed.

    9                But in that paper, they had calculated,

   10    based upon some extensive sampling they had done, how

   11    much PFAS was being transported in -- in the Cape Fear

   12    River, and it was less than what I estimated was being

   13    released from the LAS.

   14        Q.      Okay.  Moving down on that same page of

   15    your report, I want to focus your attention where you

   16    say -- the -- the sentence, "In my evaluations, I

   17    converged on what I judge to be a technically and

   18    economically feasible remedial plan."

   19        A.      Yes.

   20        Q.      By converge, what do you mean?  Could you

   21    explain that process to me?

   22        A.      I attempted to explain that process on the

   23    following page, Page 6, where, you know, the first

   24    full paragraph, I -- I list, you know, three

   25    approaches that I conceptualize as being appropriate

1   for the LAS, and I explain why I concluded that number

2   to the capture and treat was the more appropriate

3   response or approach.

4        Q.      Okay.  Now -- and I appreciate that.

5                I sort of -- one overriding question I

6   have, and I'm going to focus your attention on Figures

7   1 and 2 on Page 8 of your report.  First, Figure 1.

8   When did you complete that?

9        A.      When did I complete the figure?

10       Q.      Yes, sir.

11       A.      Well, I prepared that figure in -- in the

12  week or so before I published this report.

13       Q.      Okay.  And the same with Figure 2?

14       A.      Yes.

15       Q.      And I -- I note from your report you don't

16  list any EPA documents with respect to a conceptual

17  site model; is that correct?

18       A.      That's correct.

19       Q.      And you're aware, aren't you, that there

20  are various EPA documents that describe the

21  appropriateness and implementation of a conceptual

22  site model; correct?

23       A.      Yes.

24       Q.      And is there -- but you didn't consider

25  those here; correct?

1      A.      Well, what I -- what I considered here is I

2    was attempting to portray what I viewed as being the

3    major sources and major processes whereby PFAS was

4    entering the Conasauga River.

5      Q.      Okay.  I understand that.

6              But with respect to your original report,

7    you have nothing like Figure 1 or Figure 2 in your

8    original report; is that correct?

9      A.      You know, I did not have these figures in

10   my original report.  You know, I added these figures

11   primarily because a number of the experts said that I

12   didn't have a conceptual model of the site.  That's an

13   opinion that I strongly disagree with.  I just didn't

14   have an explicit representation of my conceptual

15   model.  And as I noted in this rebuttal report, my

16   original report contained all of the basic components

17   that describe my conceptual model of the site.

18     Q.      But sitting here today, you don't know if

19   there are actually EPA documents on conceptual site

20   model that require your work to be written; correct?

21     A.      I -- I'm well aware that EPA has documents

22   on conceptual site models.

23     Q.      And again, you -- you did not rely on those

24   here; correct?

25     A.      I relied on only that I have consulted

1    those at many times in the past, but I didn't

2    specifically consult it when I prepared this report.

3        Q.    And -- and sitting here today, do you have

4    a document that's on a file on your computer that is

5    labeled conceptual site model?

6        A.    Do I have a document that's labeled

7    conceptual site model?

8        Q.    For -- for this matter.  Yes, sir.

9        A.    For this matter, no.

10       Q.    And you understand, don't you, that a

11   conceptual site model is supposed to be an iterative

12   document; correct?

13       A.    Well, on -- on a typical matter as one

14   learns more about a site, one gets a better

15   understanding of the processes that result in the

16   conditions that are observed as a -- that manifest

17   themselves in the sampling data that are collected.

18       Q.    Are -- are you aware that EPA describes

19   there being six processes to the development and

20   implementation of a conceptual site model?

21       A.    I didn't remember that specifically.

22       Q.    Do you know -- do you have a view here,

23   sitting here today, as to where in the process of

24   conceptual site model you are, preliminary stage or a

25   later stage?

1      A.      You know, my opinion is that my conceptual

2  site model incorporates some major sources of

3  processes that are operative at this site.  But I also

4  agree that as more data collected -- is collected from

5  the site, a better understanding is likely to be

6  obtained of exactly why such large concentrations are

7  continuing to discharge from the various streams that

8  flow off the LAS.

9      Q.      With respect to -- you reference in your

10  report the fact of -- or the prospect of the MCLs,

11  EPA's MCLs.  Do you -- do you know what I'm talking

12  about there?

13      A.      Yes.

14      Q.      And do you know -- as part of your opinion

15  on implementation of a remedy here, what is your

16  opinion as to when those MCLs will be legally required

17  to be implemented?

18      A.      I -- I was asked that question earlier

19  today and my response is I don't know.

20      Q.      Okay.  And -- and do you know if there --

21  separate from when they go -- well, let me put it this

22  way:  You -- are you aware that EPA's MCLs might be

23  final by the end of this year?

24      A.      I -- I have heard discussions of that

25  nature.

1      Q.    Okay.  Do you have any understanding as

2  someone in your field as to how -- how long after the

3  MCLs are effective will they be required to be

4  implemented?

5      A.    I -- I don't know the -- the time frame for

6  implementation.

7      Q.    So sitting here today, do you have an

8  opinion as to whether or not your implementation of

9  the remedy is -- should factor in, say, a three-year

10  window from the date they are effective to when they

11  are required to be implemented?

12            MR. TAPLEY:  Object to the form.

13            THE WITNESS:  Well, in terms of the

14        remedy that I've proposed, I don't believe

15        that remedy could be, you know, designed

16        and constructed and begin operation within

17        a three-year time window.

18      Q.    (By Mr. Holewinski)  Okay.  With respect to

19  your consideration of the various remedial components,

20  did you do any type of evaluation to determine one way

21  or the other whether or not the remedy you're

22  proposing might make contamination worse?

23      A.    I'm -- I'm certain the remedy that I've

24  proposed would not make contamination worse.

25      Q.    Well, you did -- but did you consider

1    possible contaminations of bedrock from implementation

2    of your remedy?

3        A.    My -- my evaluation was that implementation

4    of my remedy would not significantly change

5    groundwater flow in the bedrock.

6        Q.    But you didn't do any modeling to -- to

7    determine that; correct?

8        A.    You know, given the components in -- that I

9    proposed for the remedy, I don't believe it's

10   necessary to do modeling to arrive at that conclusion.

11       Q.    Well, help me understand.  You -- you --

12   you determined, based on this conversation now, that

13   there -- your remedy is not going to contaminate

14   bedrock and I'm just trying to understand what's your

15   basis for that conclusion.

16       A.    Well, you know, the basis for my conclusion

17   is that the remedy I'm proposing is going to actually

18   result in less application of water on the LAS, and

19   the result of less application of water on the LAS,

20   there's going to be less driving force for water to

21   move from the overburden down to the bedrock.

22             So just from a big-picture conceptual

23   level, the remedy I propose is going to result in less

24   flow into -- into the bedrock, but already the flow

25   into the bedrock is quite insignificant relative to

1  other fluxes, as I've mentioned previously today.

2      Q.     Okay.  With respect to the damming that

3  your remedy contemplates, have you -- do you -- let me

4  rephrase that.

5              With respect to the damming that your

6  remedy contemplates, have you determined in what, if

7  any, way that damming might impact groundwater flow

8  downstream?

9      A.     I have contemplated that, and as I note in

10  this rebuttal report, the effect would be very small

11  as if the dams are designed primarily to capture

12  runoff from larger precipitation events and the goal

13  was to drain the water that's retained behind these

14  dams within a five-day period.

15      Q.     Have you documented any determination as to

16  whether or not there would not be adverse impacts

17  downstream from implementation of the components of

18  your dam remedy?

19      A.     I -- I can't -- I can't envision that --

20  well, I haven't looked at the, you know, potential

21  downstream impacts.  You know, I guess the way I

22  proposed the remedy is that for a number of streams,

23  there would be less flow downstream than there is

24  today.

25      Q.     With respect to your analysis of

1   implementation of a remedy, did you identify possible
2   landowners that on whose property there might be --
3   you might need access to implement your remedy?
4       A.    I did not.
5       Q.    Okay.  And did you determine whether or not
6   there was authority available to your client in this
7   matter to obtain access if such access was needed to
8   implement the remedy?
9       A.    I did not.  All of the remedial components
10  that I describe are -- are based on properties that
11  are part of the LAS.
12      Q.    With respect to potential sensitive
13  habit- -- sensitive habitats in the vicinity of the
14  LAS, did you look to determine as the -- with respect
15  to implementation of your remedy, that there might be
16  species or other habitat that might be impacted by
17  your remedy?
18      A.    I did not.
19            MR. HOLEWINSKI:  Give me a couple
20       moments, please.
21            MR. TAPLEY:  Kevin, do you want to
22       stay on the record or go off?
23            MR. HOLEWINSKI:  We can stay on.  I'm
24       just looking at my notes, Jerome.
25      Q.    (By Mr. Holewinski)  One -- I think one

1    final question.  Dr. Andrews, on your rebuttal report

2    on Page 5 -- and I apologize if you covered this with

3    somebody else.  I -- it's not in my notes.

4            You -- you say in the second paragraph, "I

5    developed a remedy based on the available data, my

6    experience and the extensive experience of SSP&A staff

7    that would achieve the objective of significant

8    reduce" -- "significantly reducing the amount of PFAS

9    currently discharging from the LAS."

10           My question for you is:  What do you mean

11   "significantly reducing"?

12       A.    I think there's various metrics that could

13   be expressed -- that could express that.  You know,

14   one metric we talked about earlier today was in terms

15   of the explicit components that I list in my remedial

16   components, only about 80 percent of the water that's

17   currently flowing off the LAS is captured, though, I

18   do have provisions for collecting additional data and

19   coming up with a remedial component for that.  But

20   that would suggest, at least in initial implementation

21   of the remedy, that I would only be capturing about

22   80 percent of the contaminated water or the water

23   containing high levels of PFAS that's flowing off the

24   LAS.

25       Q.    Did -- did -- did you do calculations

1   that -- that -- that support that analysis of

2   significant reduction?

3       A.    I did.

4       Q.    And where would those be found?

5       A.    I haven't provided those.

6       Q.    But they are information you considered for

7   purposes of this rebuttal report; correct?

8       A.    They were calculations that I made in

9   preparing the original expert report.

10      Q.    Okay.  I'll -- I'll follow up with counsel

11  for plaintiff on that.

12            MR. HOLEWINSKI:  I -- I don't have

13         any further questions at this time.

14         Dr. Andrews, I appreciate you -- your time.

15            MR. RADNEY:  Hey, Jerome, does

16         anybody else have any -- this is Larkin.

17         I've got one little series of questions

18         that I just missed in my outline.

19            Any else have questions?  If not,

20         I'll knock this out and I'll be done, at

21         least.

22  FURTHER EXAMINATION

23  BY MR. RADNEY:

24      Q.    Dr. Andrews, can you hear me okay?

25      A.    I can.

1      Q.    We talked earlier today and the last time

2   about the inputs that went into your mass calculation

3   at the LAS.  And I understand those to be the

4   concentrations in the -- in the waterways, the

5   degradation half-life and the average flow rate that

6   you calculate based on the area, right, land area?

7      A.    Well, in terms of the mass balance itself,

8   the inputs were the average concentration and the

9   average flows.

10     Q.    Okay.  And so what do you use the half-life

11  to do?  I'm talking about the mass that you calculate

12  of fluorinated copolymers that remain in the LAS

13  today.

14     A.    Oh, well, I -- I was -- you know, I was --

15  I made those calculations and I described those

16  calculations as I was attempting to understand what

17  would be -- or what would be the long-term persistence

18  of PFOS and PFOA in waters that are discharging from

19  the LAS.  And I was looking at a mechanism to explain

20  the -- the large increase in concentrations from

21  what's coming in with wastewater to what's coming out

22  at the streams.

23     Q.    Right.  And so you used those three

24  parameters or inputs that I just mentioned to

25  calculate an estimated mass of fluorinated copolymers

1   that, in your opinion, are degrading and releasing

2   additional PFAS into the waterways at the LAS; right?

3       A.    Well, they were releasing additional

4   seminal PFAS compounds and I'm -- you know, the

5   compounds that are already present are -- are PFAS.

6   They're just being transformed by either some kind of

7   biological or chemical physical process.

8       Q.    All right.  And here's -- here's what I

9   wanted to ask you, Dr. Andrews.  So what -- what is --

10  how does the calculation that you performed change if

11  you change one of the inputs?  So, for example, you

12  used 100-year degradation half-life.  If you used 50,

13  would it half the mass in your calculation or is it

14  more nuanced than that?

15      A.    I believe there would be approximately

16  change in half of the mass.

17      Q.    Okay.  And to be fair, so -- and if you use

18  200, it would double the mass; right?

19      A.    Right.

20      Q.    And you cited all the references that you

21  looked at for degradation half-lives in your -- either

22  in your original report or your rebuttal report;

23  correct?

24      A.    Yeah, that are -- I've cited the -- the --

25  in my original expert report, the information that --

```
 1   that I've considered in coming up with estimates of
 2   half-lives.
 3       Q.    And all those degradation studies are done
 4   in a laboratory setting; right?  I think we covered
 5   this last time.
 6       A.    Yes.
 7       Q.    And if we wanted to find studies that most
 8   closely resemble the conditions at the LAS, would you
 9   agree that we would need to look for studies that
10   involve wastewater treatment plant microbial activity
11   such as occurs at the Dalton wastewater treatment
12   plants?
13       A.    That would be one factor to be considered.
14       Q.    Right.  And another would be -- you've been
15   on the LAS.  It's heavily vegetated; right?
16       A.    It is.
17       Q.    And so another one -- another factor to
18   look for in a study would be the presence of
19   vegetation; is that fair?
20       A.    That's fair.
21       Q.    Yeah.  Off the top of your head, do you
22   know if you've cited any studies in your reports that
23   include both of those conditions in -- in a specimen
24   of degradation half-lives?
25       A.    I -- I believe that I do not.  I can say
```

1   that doing an experimental design that brings in all

2   those factors with a compound that has such a long

3   half-life is going to be long term and would need to

4   be an extremely rigorous study to provide meaningful

5   information.

6           MR. RADNEY:  Thank you, Dr. Andrews.

7       That's all I have.

8           MR. TAPLEY:  Anyone else has

9       questions?

10          All right.  That concludes the

11      deposition.  Off the record.

12          VIDEOGRAPHER:  The time is 3:33 p.m.

13      and this concludes the deposition.

14          (Deposition concluded at 3:33 p.m.)

15

16

17

18

19

20

21

22

23

24

25

**JARROD JOHNSON vs 3M COMPANY, ET AL.**
**Charles Andrews on 05/15/2023**                              Page 497

```
 1                    DISCLOSURE

 2
         Pursuant to Article 10.B of the Rules
 3   and Regulations of the Board of Court
     Reporting of the Judicial Council of
 4   Georgia which states:  "Each court reporter
     shall tender a disclosure form at the time
 5   of the taking of the deposition stating the
     arrangements made for the reporting
 6   services of the certified court reporter,
     by the certified court reporter, the court
 7   reporter's employer or the referral source
     for the deposition, with any party to the
 8   litigation, counsel to the parties, or
     other entity.  Such form shall be attached
 9   to the deposition transcript," I make the
     following disclosure:

10
         I am a Georgia Certified Court
11   Reporter.  I am here as a representative of
     Huseby Global Litigation.  Huseby Global
12   Litigation was contacted to provide court
     reporting services for the deposition.
13   Huseby Global Litigation will not be taking
     this deposition under any contract that is
14   prohibited by O.C.G.A. 9-11-28(c).

15       Huseby Global Litigation has no
     contract/agreement to provide reporting
16   services with any party to the case, any
     counsel in the case, or any reporter or
17   reporting agency from whom a referral might
     have been made to cover this deposition.
18
         Huseby Global Litigation will charge
19   its usual and customary rates to all
     parties in the case, and a financial
20   discount will not be given to any party to
     this litigation.
21

22                     Blanche J. Dugas
23                     CCR No. B-2290

24

25
```

```
 1   STATE OF GEORGIA:

 2   COUNTY OF FULTON:

 3

 4            I hereby certify that the foregoing

 5       transcript was reported, as stated in the

 6       caption, and the questions and answers

 7       thereto were reduced to typewriting under

 8       my direction; that the foregoing pages

 9       represent a true, complete, and correct

10       transcript of the evidence given upon said

11       hearing, and I further certify that I am

12       not of kin or counsel to the parties in the

13       case; am not in the employ of counsel for

14       any of said parties; nor am I in any way

15       interested in the result of said case.

16

17

18

19

20            BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25
```

1                              CAPTION

2

3              The Deposition of CHARLES ANDREWS, taken in

4    the matter, on the date, and at the time and place set

5    out on the title page hereof.

6              It was requested that the deposition be

7    taken by the reporter and that same be reduced to

8    typewritten form.

9              It was agreed by and between counsel and

10   the parties that the Deponent will read and sign the

11   transcript of said deposition.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATE

 2   STATE OF GEORGIA

 3   COUNTY OF FULTON

 4             Before me, this day, personally appeared,

 5   CHARLES ANDREWS, who, being duly sworn, states that

 6   the foregoing transcript of his deposition, taken in

 7   the matter, on the date, and at the time and place set

 8   out on the title page hereof, constitutes a true and

 9   accurate transcript of said deposition.

10

11   _____

12   CHARLES ANDREWS

13

14             SUBSCRIBED and SWORN to before me this

15   _____day of_____, 20___ in the

16   jurisdiction aforesaid.

17

18   _____        _____

19   My Commission Expires       Notary Public

20

21   *If no changes need to be made on the following two

22   pages, place a check here ____, and return only this

23   signed page.*

24

25
```

```
 1                    DEPOSITION ERRATA SHEET

 2

 3   Our Assignment No.  453071

 4   Case Caption:  The City of Rome, Georgia, et al. vs.

 5                   3M Company, et al.

 6

 7   Witness:  CHARLES ANDREWS - 05/15/2023

 8           DECLARATION UNDER PENALTY OF PERJURY

 9   I declare under penalty of perjury that I have read

10   the entire transcript of my deposition taken in the

11   captioned matter or the same has been read to me, and

12   The same is true and accurate, save and except for

13   changes and/or corrections, if any, as indicated by me

14   on the DEPOSITION ERRATA SHEET hereof, with the

15   understanding that I offer these changes as if still

16   under oath.

17

18   Signed on the _____ day of

19   _____, 20____.

20

21   _____

22   CHARLES ANDREWS

23

24

25
```

**JARROD JOHNSON vs 3M COMPANY, ET AL.**
**Charles Andrews on 05/15/2023**                              **Page 502**

```
 1                    DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25    CHARLES ANDREWS
```

```
 1                    DEPOSITION ERRATA SHEET

 2      Page No._____Line No._____Change to:_____

 3      _____

 4      Reason for change:_____

 5      Page No._____Line No._____Change to:_____

 6      _____

 7      Reason for change:_____

 8      Page No._____Line No._____Change to:_____

 9      _____

10      Reason for change:_____

11      Page No._____Line No._____Change to:_____

12      _____

13      Reason for change:_____

14      Page No._____Line No._____Change to:_____

15      _____

16      Reason for change:_____

17      Page No._____Line No._____Change to:_____

18      _____

19      Reason for change:_____

20      Page No._____Line No._____Change to:_____

21      _____

22      Reason for change:_____

23

24      SIGNATURE:_____DATE:_____

25      CHARLES ANDREWS
```

| Exhibits | 1 |
| --- | --- |

**AndrewsC-1**
284:15
288:3
342:8
380:17
443:4
449:23
452:4
467:19

**AndrewsC-2**
284:16
288:13
449:23,24
454:8
481:2

**AndrewsC-3**
284:18
307:14

**AndrewsC-4**
284:21
337:24
338:1,2

**AndrewsC-5**
284:22
438:1

**$**

**$18**   382:13

**0**

**0**   287:23
288:7

**1**   285:3
287:25
288:3,11
289:9,19
308:4
317:4,6
342:8
380:17,18
390:14
443:4
449:23
452:4
464:24
467:18,19
483:7
484:7

**1(b)**   383:12

**1,400**   467:15

**10**   334:5
407:20
415:3
467:1,5
476:9

**10.B**   497:2

**100**   358:24
371:21
419:13
445:9

**100-year**
494:12

**10:04**   326:15

**10:12**   326:18

**11**   336:11
337:15
360:1,5,7
397:2

**116**   448:22

**116.4**   448:21

**11:03**   360:24

**11:10**   361:2

**12**   342:8
346:16
415:3
418:12

**12-year**
412:15

**12.6**   447:23

**12:06**   396:20

**12:15**   396:24

**13**   306:23
346:3
399:6
404:13
429:15
447:18

**13,200**
467:23

**13.3**   448:22

**13.4**   400:4,
7 402:25
403:5

**14**   296:9,13
297:14
349:23
353:2

354:3
364:11
401:18
436:6
465:22
467:23
476:9

**14,000**   469:9

**15**   285:1
355:3
356:9
405:10
454:8

**15,000**
356:20

**15-minute**
468:6

**15th**   285:7

**16**   461:24
464:16,17

**16.8**   447:21

**17**   464:17,
24 469:16,
21

**17-mile**
470:10,20

**18**   444:16

**19**   410:1,9
445:17

**19,200**
467:22

**19-**   457:22

**1980s**   313:9

**JARROD JOHNSON vs 3M COMPANY, ET AL.**
Charles Andrews on 05/15/2023                     Index: 1986..25

| | | | |
|---|---|---|---|
| **1986**  430:23 | **435:9** 480:24 | **2012**  418:19 | 465:4,8,18 475:22 |
| **1990s**  430:23 | **20,600** | **2016**  350:1 | 476:1 481:25 |
| **19th**  423:2 | 467:12 | 351:5 352:16 | **2022**  362:22 |
| **1:13**  432:17 | 469:9 | 382:7 | 379:21 |
| **1:19**  432:20 | **200**  494:18 | 402:1 457:22 | 407:1,8 422:24 |
| **1:30** 440:10,11 | **2000**  403:11 435:9 | 475:22 476:1 | 423:2 436:24 |
| **1st**  362:22 | **2000s**  377:20 | 481:25 | 438:8,15 440:25 |
| | **2002**  434:25 | **2018**  355:14 356:3 | 452:11,23 |
| **2** | **2004**  435:10 | 406:19 407:1,9,17 | **2023**  285:1, 7 290:6 |
| **2**  288:13 | **2006** 434:15,22, | 414:14 467:9 | 441:3 |
| 290:12 291:16 | 25 | 471:22 473:22 | **21**  354:7 |
| 296:4 317:21 | **2008-2009** 434:19 | **2019**  435:20 | **219**  468:14 471:13 |
| 327:11,13 390:15,16 | **2009** 351:18,21 | **2020**  435:20 | **22**  356:15 |
| 410:9 449:23,24 | 352:7,11, 16,20,25 | **2021**  350:1 351:5 | 406:13 414:3 |
| 454:8 457:9 | 355:11 356:4 | 352:8,11, 20 402:1 | 417:21 |
| 481:2 483:7,13 | 408:19 412:1,7, | 405:18,23 406:3,5,24 | **225**  468:21 |
| 484:7 | 14,20 414:13 | 407:1,3, 18,21 | **23**  358:19 359:16 |
| **2,000** 394:16,17, | 431:3,5,7 434:22 | 408:20 412:9,14 | 419:2 |
| 22 395:24 | **2009-2010** | 450:11,21 452:15,19 | **24**  363:7 425:23 |
| **2.5**  404:14 | 412:9 | 453:6,18, 20,24 | 426:5 427:14 |
| **20**  351:11 372:14 | **2010**  412:7 434:20 | 457:22 464:25 | 475:12 |
| 386:24 387:1,3 | **2011**  431:3, 5,8 439:7 | | **25**  300:7 334:14 |
| 407:20 411:17 | | | 335:1,25 |

**JARROD JOHNSON vs 3M COMPANY, ET AL.**
**Charles Andrews on 05/15/2023**                    Index: 26..8

336:9
425:25
467:9
471:22

**26**  422:12
425:24
427:14
443:5
455:13

**27**  455:13

**28**  423:19
464:2

**29**  463:20
464:2
471:16
475:5

**2:00**
440:12,14

**2A**  436:16

___

3

**3**  290:6
297:23
298:6
307:13,14
310:8,9
318:24
322:24
358:20
359:21
383:9
385:5
452:1,4

**30**  333:3
403:3

425:14
446:16

**32**  405:11

**33**  307:23

**34**  429:15

**35**  444:3

**36**  432:8
433:2
464:17

**37**  296:13
323:24
390:2

**378**  360:4

**39**  437:8

**3:04**  480:14

**3:11**  480:17

**3:33**
496:12,14

**3M**  285:6
292:12
340:25
419:7,18
420:2,5,6,
9,19
421:6,19
429:22
430:17

___

4

**4**  326:22
337:24
338:1,2
349:22

473:21

**40**  311:8
439:6

___

5

**5**  297:24
298:18
302:3
303:24
306:25
309:11
384:10
427:21
438:1
449:21
481:1
491:2

**5,000**  320:17

**50**  358:24
387:6
451:16
452:6
455:20
457:9
494:12

**500**  321:18
348:4

**54**  431:1,4

**55**  419:3

___

6

**6**  312:19
314:18,22
317:2,6

351:12
386:6
458:9,10,
11 459:20,
25 460:25
461:13,14
467:18
474:24
475:22
476:9
482:23

**60**  455:24

**67**  423:1

**67.7**  402:13

**68**  423:1

___

7

**7**  322:22,24
326:21
354:7
432:9

**7,000**  312:19

**71**  452:2

**74.9**  447:24

**75**  382:6

**7A**  433:1
434:12

**7B**  435:3

___

8

**8**  327:9
363:7
390:15

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                    Index: 80..acrylate

483:7

80   372:13
491:16,22

80s   434:14

81   432:5

82   432:5

84   455:22
478:6,15

85   455:25

86   431:2

87.7   447:24

8:59   285:8

_____

9

9   329:3
332:4
476:9

9,800   451:5

9-11-28(c)
497:14

90s   377:19

98   445:21
448:6,10

99   403:11

99/2000
404:19

_____

A

a.m.   285:8
326:15,18
360:24

361:2

ability
404:1
450:6
472:20

absence
331:18

absolutely
340:16
467:4

absorb
319:16
404:1

absorbed
479:21

AC   417:22
418:11,18,
24

accept
327:21,23
328:12

acceptable
399:1

access
362:21
450:7
453:21
490:3,7

accomplish
303:5,6
304:19
363:23

accomplished
317:10,14

accomplishing
304:2

account
321:2
407:24
415:20
419:14
422:8,10
442:21
469:6

accounted
392:13
468:24

accounting
447:22
469:2

accumulating
384:16

accuracy
472:17,22

accurate
357:15
372:16
373:15
376:5
384:8
388:15
390:19,24
412:18
415:21
459:3,12

achieve
294:16
304:11
316:8

329:21
342:13
491:7

achieved
330:22

achieving
344:15

acknowledge
311:17
341:2
371:18
450:4
457:3
463:10

acknowledged
337:18
340:6,10,
18   341:18,
23

acknowledges
449:1

acre   320:15

acres   312:19
320:2,17
321:18
333:1,4
348:4
451:5

acronym
290:15
295:4

acronyms
287:3

acrylate

419:15
421:25

acrylic
420:6
421:7

Act  329:23
330:1

action  296:1

activated
325:10
395:13,14,
19

actively
418:25

activities
322:7

activity
495:10

actual
294:15
323:14
357:7
403:7
421:5
430:18
431:9
456:8
458:20
459:2,9,16

Adam  449:16

added  465:21
484:10

adding
305:10

379:13

addition
322:3
402:6
449:4

additional
297:21
299:4
305:11
379:23,24
446:9,22
449:6
450:6
452:10
465:22
491:18
494:2,3

additive
319:1
321:20

additives
333:2

address
310:4
316:24
334:5
346:6
374:24
375:5
398:22

addressed
294:4
441:6,12
449:7

addresses
449:10

addressing
422:13

adequate
308:7,25

adhered
404:15

adipate
419:16
420:13
421:7,25

adjusted
350:3

adjusting
350:24

adopt  329:17

adopted
331:15

adsorb
389:10
415:9

adsorption
323:3
387:22,23
388:13,19
389:6

advantages
310:19
315:15

adverse
489:16

advisories
330:13
384:19,23
385:2

Aerojet
291:23
312:16
313:21

affect
287:17
417:19
474:21

affected
445:12

affirmative
406:10

afternoon
440:18

age  325:10,
20,25
326:1

agency
497:17

agitated
417:2

agnostic
362:10

agnosticity
362:14

agree  290:16
308:21,24
323:7
335:8
336:14
338:17
339:3,5,6
361:19
369:4

| | | | |
|---|---|---|---|
| 386:24 | 449:8 | **amount** 298:7 | 310:10,13, |
| 392:25 | 454:18,23, | 304:1 | 19 311:1, |
| 479:3 | 25 455:1,4 | 319:18 | 14 314:15 |
| 486:4 | | 322:25 | 315:13,14 |
| 495:9 | **allocations** | 324:5,8 | 334:21,23, |
| | 446:11 | 344:16 | 24 339:13, |
| **agreed** | | 349:3 | 16 355:22 |
| 287:3,5,11 | **alter** 407:5 | 350:22 | 363:14 |
| | 432:12 | 352:13,15, | 365:23 |
| **agreement** | | 17 359:24 | 378:16 |
| 286:17 | **altered** | 360:2,8 | 381:10 |
| 450:8 | 303:1 | 374:19 | 396:13 |
| 478:22 | | 379:9,13 | 398:21 |
| 479:9 | **alternative** | 386:13 | 400:11 |
| | 302:7 | 401:25 | 416:4 |
| **agricultural** | 309:15 | 416:1 | 420:3 |
| 438:11,22, | 310:20 | 418:6 | 425:12 |
| 25 439:2 | 311:11,16 | 430:12 | 432:25 |
| | 315:15 | 433:12 | 433:16 |
| **ahead** 395:14 | 332:3 | 434:13 | 434:3 |
| 425:8 | 334:6 | 439:20 | 437:5,17 |
| 437:24 | 342:12 | 448:18 | 442:3,12 |
| | 348:16 | 455:5,10 | 446:7,9 |
| **aiming** | 447:7,9 | 456:2 | 447:6 |
| 389:21 | 448:6 | 471:5,24 | 449:9 |
| | | 474:18 | 454:10 |
| **air-water** | **alternatives** | 475:20 | 455:19,21 |
| 323:3 | 308:6 | 476:14,15 | 458:25 |
| 416:23,25 | 310:1,4, | 478:24,25 | 489:25 |
| | 11,15 | 481:4,19, | 492:1 |
| **akin** 315:22 | 311:16 | 22 491:8 | |
| | 316:9,18 | | **analytical** |
| **Alabama** | 317:19 | **analyses** | 379:17 |
| 340:25 | 342:1 | 292:7 | 380:12 |
| | | 402:10 | 465:1 |
| **Aladdin** | **AMC** 413:11, | 434:4 | |
| 413:12 | 15,21 | | **analyzed** |
| | | **analysis** | 357:14 |
| **alignment** | **amenable** | 308:6 | 429:21 |
| 327:6 | 333:25 | | |
| | | | |
| **allocation** | **America** | | |
| 442:3,11 | 480:5,22 | | |
| 446:7,9 | | | |
| 447:6 | | | |

438:10

**analyzing**
417:4

**anchor**
330:10

**and/or** 296:6
300:25
319:1

**Andrews**
285:1,4
286:1,6
288:5,15
290:7,11
296:14
307:7,16
326:20
336:17,20
337:10
338:4
360:21
361:4
367:15,20,
25 369:18
397:1
429:13
432:22
436:4
440:1,18
443:8
444:20
445:19
446:18
448:15
449:16
466:19
475:3
479:2,11

480:3,8,21
491:1
492:14,24
494:9
496:6

**Andrews'**
288:1

**Andy** 406:12

**annual**
456:12
457:8,16,
21 458:18
461:15
477:4,9

**answers**
498:6

**anticipate**
471:21
480:23

**anticipated**
375:18

**anymore**
455:4

**apologize**
311:3
342:22
409:12
444:10
491:2

**apparati**
400:2

**appears**
346:16
452:6

**appended**
392:22
411:11
425:16

**Appendix**
420:8

**application**
287:6
320:25
350:5,7
403:8,24
404:13,15,
18,22
422:24,25
423:2
427:25
428:13,19
429:11
436:8,9,
21,22,23
439:2,10
457:15,18
462:4
470:23
473:4
488:18,19

**applied**
289:17
311:24
312:1
313:22
317:8
351:20
352:14,15,
25 380:7
387:17
402:1

403:6
404:2
410:21
411:25
412:17
422:20
423:4,9,11
429:3
438:18
476:14

**apply** 311:23
314:14
357:18
363:20,24
364:19
365:10

**approach**
294:14
305:10
315:20
316:3
318:12,13
323:20
333:25
349:17
374:13
483:3

**approaches**
315:2,4
318:6
319:10
338:23
482:25

**approaching**
396:7

**appropriately**

468:24

appropriateness  309:20
483:21

approximate
470:21

approximately
333:1
356:19
358:24
400:7
452:6
477:7
494:15

approximation
357:9

April   423:2
467:9
471:22
473:22

aquatic
329:13

area
292:13,15
321:7,14
332:25
333:24
345:17,19
348:5
350:18
372:21
379:18
391:25
400:14
417:22
418:11,18,

24  422:12
427:3
428:4
429:23
464:18,20
465:11,20,
23,25
466:1
473:1
493:6

areas   301:18
312:20
313:2
362:5
372:23,25
374:17
377:14
400:16
408:4
409:23
418:25
438:18
442:22
464:22
466:8
481:13,17

argumentative
421:22

arrangements
497:5

arrive
488:10

arrived
314:19

arrives
366:16

Arrowstar
430:2
432:1

art   366:18

article
438:4,5
497:2

ascertain
436:20
470:17

Asheville
286:7

aspect
442:15

aspects
293:22,24
316:11

assay   437:18

assertion
464:3

assess
309:20
381:17

assessed
310:12
339:20,25

assesses
439:22

assessment
388:5
406:4
418:17
428:3
434:7,16

439:1

assist
289:20
450:5

Associates
290:17

assume
323:24
336:2
357:17
392:15
417:9

assumed
400:15
445:1
469:8

assuming
357:21
358:5
369:2,6
384:7
385:25
390:17
453:16
461:11

assumption
324:24
325:1,9,
24,25
326:3,5
336:5
343:1
351:25
357:2
399:23
415:25

448:1,10
470:25
471:1

assumptions
323:18
359:7
401:13
414:7

attached
497:8

Attachment
359:21
474:24

attempt
326:5
346:5
353:21
414:21
426:7

attempted
381:1,16
454:17
459:15
482:22

attempting
298:14
351:3
433:7
464:3
484:2
493:16

attempts
330:14
341:10

attention

481:3
482:15
483:6

attorney
440:3

attributed
413:11

attributions
469:19

author   482:6

authority
490:6

authorized
285:23

average
327:19
350:8,11,
12,15,20
351:1
353:5,10,
12 356:18,
23 357:7
366:13
400:5
401:20
402:13
414:7
416:19
417:19
426:15
453:4
454:2
456:4,12,
14,15
457:7,15,

18,19
458:18
460:11,20
461:15
462:7
465:3,16,
17 468:3
469:12
472:1,6
475:25
477:4,9,
21,22,25
478:6
493:5,8,9

averages
405:24
464:25

averaging
405:21

avoid   287:4

avoiding
405:6

Avram   383:13

aware   289:16
296:21
302:25
303:11
312:5
328:7
329:12,15,
16 330:3
331:14,17,
18 350:13,
17,19
357:5
368:19,25

379:20
382:5,12,
14 384:18,
22,25
385:4
387:16
394:20
398:11,24
399:3
403:9
406:8,17,
23 407:14
414:12
415:13
419:18,20
424:19
428:21,22
470:9
472:23
483:19
484:21
485:18
486:22

B

B-2290
497:23

B.J.   285:11

back   297:13
299:19
300:2
301:9
311:7
326:19
333:10
356:7

361:3
364:25
365:22
371:7,13
377:3
396:24
400:10
402:12
409:22
420:16
424:22
432:21
440:15
445:6
455:4
471:5
474:23
479:8
480:18

**backed**
340:21

**background**
328:4
427:7,8,9

**bad**  404:3

**balance**
401:20
450:14,18
453:19
477:5
493:7

**balanced**
310:22

**banks**  301:19

**barrier**
346:4

348:20,23

**barrier-type**
349:11

**base**  397:10
412:2,3

**based**  302:6
334:10
348:14
349:24
351:3,17
355:3
356:17
374:19
388:1
399:22
402:10
405:17
414:6
419:19
421:6
426:17
430:10
435:6
444:21
445:20
447:10
453:23
454:2
456:3
457:14,25
459:22,23
460:9,10,
20  461:16
462:8
465:3
466:1,4
469:11

471:6
475:24
482:10
488:12
490:10
491:5
493:6

**basic**  315:2,
4  323:18
465:14
484:16

**basically**
390:9
397:18

**basics**
378:13

**basin**  422:21

**basins**
373:2,5
427:11

**basis**  340:18
357:21,24
358:15
407:5
426:20
481:11,12
488:15,16

**Bear**  351:9
410:3
475:1,11
476:19

**bedrock**
327:12,13,
17,18,22,
24  328:1,

9,11,17,18
376:12,17
378:6
391:7,9,
12,16
392:14
401:9
414:20
488:1,5,
14,21,24,
25

**begin**  329:4
332:4
481:1
487:16

**beginning**
361:5
394:4

**begins**
290:12
291:16
298:6
308:5
338:21

**behalf**  361:8

**belief**  315:5

**believing**
377:11

**beneath**
328:13
423:10

**benefits**
388:23

**Benotti**
290:8

420:24

Beth   290:25
291:11

big   312:15
363:11
433:13

big-picture
368:5
488:22

bio-   470:22

biodegradation
332:19

biological
494:7

biosolid
427:25
428:13

biosolids
422:16,20
423:3,9,11
428:8,10,
18 429:2,
11 439:10,
21,24
470:22

biphenyls
384:24

bit   286:14
289:18
312:18
332:7
346:21
354:9,13
367:24

384:12
386:6
387:15
394:7
397:4
399:16
405:14
407:2
429:14
447:3
469:4

black   390:17
391:13,24

Blanche
497:22
498:20

blank   434:2

blew   476:23

blue   391:1,
25

Board   497:3

body   343:10
437:11

bore
392:18,20

bother   479:7

bottom
348:12
354:11
384:12
390:16
405:12
413:9
417:20

419:2
435:19
436:10
444:18
465:3

boundaries
301:11
343:13,25
451:9

boundary
346:24,25
451:2

bounds   422:2

box   325:3,
5,13

Branch
406:20
407:13

break
286:18,21
326:10
332:8
360:16,17
364:10
393:24
412:22
430:5
432:13
440:5
477:1
480:7

breakages
403:19

breakdown
410:10

breaking
442:5

bring   444:16
446:15

brings
343:25
496:1

broad   387:24

broken
400:23

Brooks
285:20
387:14
389:24,25

Bryan   290:7

build   382:13
399:9

building
373:13

built   346:3
466:3

bullet   363:8
444:4

bunch   479:7

business
421:19
447:10

_____

C

C8   351:17
430:16

C8-based

431:1
434:12

**calculate**
320:25
326:5
346:5
353:22
354:25
356:8
359:15
360:1
459:21,22
479:8
493:6,11,
25

**calculated**
358:22
364:13,16
367:9,10
374:15
375:13
407:6
448:24
455:10
456:5
457:7
465:11
468:10,14,
20  469:3,
10  482:9

**calculates**
466:4

**calculating**
346:8
394:19
420:11
456:1

457:6
466:16

**calculation**
326:1,4
350:25
353:24
357:1,20
359:7,8,19
372:3
374:8,11,
19  375:10,
21  400:10,
12  405:16
411:7,9
414:6
415:21,24
417:16
418:20
444:25
445:12
447:20
450:14,18
453:20,23
454:1
455:5,6
456:12
457:7,11,
12,13
459:16
462:8
465:16,21
466:5,6,17
471:9,11,
12,13
472:17,22
477:5
493:2
494:10,13

**calculations**
320:9,12
350:4
356:9,13
359:3,5,24
361:18,21
375:12
384:8
401:13
417:9
426:8
443:22
446:2
447:10,25
448:2
454:4
461:13,16
464:19
466:9,20
475:20
476:13
477:10
482:2
491:25
492:8
493:15,16

**Calhoun**
422:20,24
423:4
436:8,24
443:13,16

**calibrate**
388:24

**call**  373:5,
6,10
400:20
460:6

466:2
479:17

**called**  295:4
333:6
343:11
363:8
383:19
389:24
460:25

**calling**
391:23
449:23

**calls**  308:15
369:16

**canal**  291:22
335:17

**canals**
412:13

**cap**  317:10
320:21,25
321:3,7,
10,16
348:4

**capability**
399:22

**capacity**
373:17
424:15

**Cape**  481:18
482:3,4,11

**capped**  348:5

**capping**
317:20

caption
  498:6

capture
  304:8
  312:25
  315:8
  317:22
  318:3,8,17
  342:14,15,
  25 344:6,7
  347:8
  371:21,25
  373:7
  389:16
  399:17
  483:2
  489:11

captured
  305:3
  313:17,18
  372:15,17,
  22 373:25
  374:5
  491:17

capturing
  304:14
  309:7
  318:13,15
  346:18,23
  424:11
  491:21

carbon
  319:14
  336:22
  389:7,10
  395:13,14,
  19 397:7

398:5,9,
13,16,25
415:6

career   313:6

carefully
  446:11

carpet
  351:17
  410:10
  419:7,16,
  18 420:19,
  22 421:19
  431:23
  433:19,21
  442:18
  445:13,22
  448:8

Carters
  424:2,6,
  11,16,19
  425:12

case   285:17
  289:15
  290:3
  308:12,23
  313:7
  315:25
  324:25
  328:19,24
  330:20
  344:11
  349:2
  358:9
  366:14
  368:13
  370:8,13,

23 375:24
376:9
382:10
389:3
395:13
398:14
415:17
437:2
440:20,22
445:4
453:12
461:14
468:22
497:16,19
498:13,15

cases   289:21
  343:14,23
  381:24
  384:2
  388:18
  398:15

catch   372:12
  373:2,5,14
  442:6

category
  387:25
  411:8

caused
  473:12,14

causing
  333:18

CCR    497:23

CCR-B-2290
  498:20

cease   312:10

ceased
  354:17

cement   333:2

centralized
  334:10
  335:15,22

certified
  497:6,10

certify
  498:4,11

cessation
  418:21

cetera
  420:14

CFS   467:12,
  15

challenge
  454:17

challenging
  375:5

change
  429:19
  441:17
  444:14,22
  445:11
  454:5
  457:24
  458:1,10
  462:14
  476:15,16,
  17 488:4
  494:10,11,
  16

changed

299:11
418:19
458:9
468:9,10

changing
300:1
324:6,8
430:9

channel
328:14

channelized
298:15
299:21
300:9

channels
300:16,18,
20,22
301:6,16
327:2
343:11,13
344:13
346:9,19

characteristic
s  318:10
328:5,17
408:4

characterizati
on  336:15

characterize
414:22

characterized
311:22
455:24

charge
497:18

Charles
285:1,4
286:1

chart  352:4
445:18,20
446:2
447:1,6
448:13,16,
23  468:20

cheap  424:23

check  360:13
372:8
460:15,16

chemical
318:25
321:20
333:12,17,
19  410:12,
20  431:10,
22  433:18,
23  494:7

chemicals
287:10
395:2

chemistries
419:19,22
420:5,6
421:14
422:1

chemistry
351:17
420:10
421:7,8,19

Chemours
449:18

choosing
294:19

Chromium
291:23

circles
434:2

cite  439:5,
14

cited  297:2,
5  494:20,
24  495:22

citizen
368:15
369:11,14,
20  370:1,3

citizens
368:22
381:2

city  285:5,
19  292:18,
21  293:3,6
305:15
368:20
370:15
381:6,13,
17  382:5
385:25
398:12
422:20,24
423:4
427:24
428:18
429:2,10
436:8,24
448:19

449:3,5
470:18
474:2

clarified
389:23

clarify
287:1
289:13

clarity
286:25
294:7

clause
358:21

clay  393:7,
9

Clean  330:1

clear  286:24
287:14
299:20
300:6
301:22
316:4
317:18
333:23
371:13
380:5
421:24
466:19

cleared
329:9
330:8

clever  388:6

client
309:19

490:6

close    432:12

closely
  495:8

closer    442:7

closest
  468:8

closing
  476:25

codes
  410:16,20

coil    319:14

colleague
  291:7

colleagues
  295:8
  314:12
  319:7

collect
  303:20
  305:8
  306:1
  313:25
  362:22
  450:6

collected
  355:5,14
  356:2
  357:14
  362:18
  373:1
  379:21
  381:20
  406:5,12,

13,18
407:13,20
414:14
417:14
465:7,23
485:17
486:4

collecting
  314:2
  347:3
  491:18

collection
  346:15
  347:17
  349:1
  400:2
  416:18

collections
  355:16

collocated
  409:10,23

color    391:1,
  3,9

column    308:4
  310:10
  414:23
  416:8,16
  417:10
  447:9,13
  448:6

combination
  347:19
  378:7
  427:10

common    295:7

commonly
  311:18
  438:11

communities'
  386:9

community
  330:17

companies
  410:19,23,
  25  431:2,
  23  433:19,
  21  443:24

company
  285:6
  290:16
  292:13,14,
  17,18
  413:12
  479:2

comparative
  310:10,13,
  19  311:1,
  14  315:13,
  14  334:21,
  23  339:7,
  13,16

comparatively
  339:25

compare
  309:25
  338:24
  408:1
  460:13

compared
  296:23

377:6
406:21
459:8

comparing
  365:1
  409:3
  475:3

comparison
  336:21
  337:1,12
  350:15
  418:23
  475:8
  482:3

compendium
  307:19

compiled
  433:10,14

complete
  296:15,17
  483:8,9
  498:9

completed
  313:11,12,
  14

completely
  322:16
  391:5

completing
  311:19

completion
  312:3,11

complex
  353:15,17

complexation
  388:20

compliance
  381:3
  383:8

complied
  381:18

comply
  381:18

component
  294:19
  307:18
  333:18
  347:18
  405:24,25
  491:19

components
  294:15,23
  302:8,25
  309:16
  311:11,17
  312:3
  313:9
  316:13,15
  317:3
  332:3
  347:20
  372:18,19
  376:7
  484:16
  487:19
  488:8
  489:17
  490:9
  491:15,16

composed

  462:19

composite
  416:13,19

composited
  416:10

composition
  420:15

compost
  422:16

compound
  324:22
  333:19
  421:1
  496:2

compounds
  287:10
  292:1
  293:5
  329:6,14,
  19 331:16
  340:24
  353:18
  365:12
  366:5
  380:24
  389:1
  394:8
  395:10,18
  408:12
  412:21,25
  413:2
  420:22
  421:10
  463:5
  465:13
  494:4,5

comprises
  325:3

compromised
  462:2

computations
  446:23
  449:7

computer
  380:7
  485:4

Conasauga
  298:20,22
  299:10
  300:19,25
  303:19
  304:17
  309:9
  315:1
  317:23
  322:12
  336:7
  343:15,22
  344:1
  352:18,22
  371:5,16
  374:25
  385:3,8
  394:12
  418:18
  423:14,21
  424:1
  459:3,10,
  17 460:6,
  7,13,14
  464:14
  472:10,15,
  21,24

  473:23
  477:4,8
  484:4

concentration
  356:18
  378:17,20
  379:2,4
  405:16
  408:12
  414:7
  416:19
  417:10,15,
  19 453:4
  459:9,11,
  17 461:9
  462:7
  464:19,20
  469:4,7,23
  471:6
  472:25
  473:17
  474:6,7,8,
  16,21
  493:8

concentrations
  293:2
  303:17
  304:15
  305:13,20,
  21 315:10
  342:16
  351:4
  352:4,10,
  13 355:4
  357:18
  358:22
  370:11

374:4
381:6,13
382:16,23,
24  383:7
394:23
395:3,24
405:22
406:22,25
407:2,4
408:10,18,
21,23
412:6,17
413:2,16
414:22
415:14,19
418:13
423:8,13,
16  427:8
438:15
439:23
450:20
451:5,8
452:16
453:4,8,14
454:6
456:13,18,
19  461:12,
15,17
462:5,9,
14,23
463:8,15,
17,24
464:5,9,
11,12
465:13,19
466:16
469:12
470:14

472:8
473:6
476:10
486:6
493:4,20

concept
303:13
309:6,7
314:20
317:9,24
331:3
334:3
389:20

conceptual
306:14
322:23
323:20
343:6
366:21
393:17,18
483:16,21
484:12,14,
17,19,22
485:5,7,
11,20,24
486:1
488:22

conceptualizat
ion  294:16
390:20

conceptualize
312:2
345:25
482:25

conceptualized
294:2

concerned
321:10

conclude
358:16
426:20

concluded
315:19
483:1
496:14

concludes
496:10,13

conclusion
308:15
320:11
369:16
430:25
488:10,15,
16

conclusions
407:6
446:12

condition
448:6
473:2

conditions
287:17
314:5
348:21
399:13
406:6
409:16
423:10
447:7
485:16
495:8,23

conducted
302:17
310:14
405:18
472:24

conducting
293:24
363:14

configuration
403:25

configurations
403:15,18

confirm
288:6
299:25

confirmed
306:13
414:10

confirming
336:25

confluence
385:8,12
386:2

confused
293:16
373:8
430:5

confusing
289:18

confusion
286:24
375:24

conjunction
380:8

connect
  298:11

connection
  444:8

Connor
  319:6,7
  332:5
  441:3,6,9
  442:16
  444:12
  446:15,23
  447:19

Connor's
  440:21
  441:14
  442:3,11
  443:22
  446:7,21
  447:6
  449:8

consequence
  472:4

considerable
  354:6

consideration
  318:22
  335:3
  341:5
  487:19

considered
  302:8
  309:16
  311:11
  316:24
  317:16
  340:9

348:16
349:8
351:2
353:14
359:10
375:3
433:15
484:1
492:6
495:1,13

consisted
  353:14

consistent
  307:9
  354:20
  404:8,10
  425:2
  430:13
  448:2,10
  458:6

consists
  309:7

constant
  347:9,10
  348:24
  462:6
  463:9

constantly
  417:2

constrained
  450:7

constraints
  451:11

constructed
  349:9

487:16

consult
  485:2

consultants
  375:11

consulted
  425:10
  484:25

consumption
  384:19,23
  385:2

contact
  415:10

contacted
  497:12

contained
  289:14
  296:9
  345:18,20
  353:23
  401:15
  402:16
  466:8
  484:16

containment
  344:9
  345:1,16
  346:6

contaminant
  333:22

contaminants
  398:6

contaminate
  488:13

contaminated
  291:18
  293:14
  294:9
  313:16
  491:22

contamination
  294:3
  303:15,19
  317:25
  320:15
  323:21
  333:4
  487:22,24

contaminations
  488:1

contemplated
  489:9

contemplates
  489:3,6

contemporaneou
s  338:22

contemporaneou
sly  353:7

content
  415:2,6,8

contesting
  380:11

context
  299:17
  300:14
  324:4
  439:18

continually
  324:17,18

continue
304:25

continued
305:1,9
359:10
399:23,24

continues
358:25
481:6

continuing
296:4
324:12
486:7

contract
497:13

contract/
agreement
497:15

contrary
290:1

contribute
470:24

contributed
454:19
471:4

contributes
478:6

contribution
423:25
455:16
471:2,6
473:8

contributions
400:19

469:20

control
317:24

conventional
295:12,15
311:22
314:9
318:6

converge
482:20

converged
482:17

conversation
288:25
488:12

converse
379:1

convey
335:10
400:2

cooling
445:6

Coosa   385:12
386:3
467:8,11,
22 469:15,
16 470:3,
8,16
472:19

Coosawattee
371:1,8
385:9
422:21
423:5,13,

17,21,24
424:8,25
425:6
438:23
473:24

copies
436:15

coplanar
420:22

copolymers
421:6
493:12,25

copy   288:8,
16,21
338:8
436:19,23
439:13

Corps   424:1,
11 425:10

Corps'   424:5

correct
288:8
289:11,15
291:8,9
296:16
297:6,8
298:16,25
299:6,23,
24 300:11
301:1,4,17
302:14
304:21
306:6,20,
21 307:10,
25 309:4

311:2,15
316:6,7,
10,19
320:8
321:1,16
322:17
324:10
325:8,22
327:7
328:9,14
329:7,23,
24 330:1
331:24
332:6,14
333:13
334:1,18,
19 336:1
339:16,17
340:16
342:3,21
344:23
348:9,10
350:1,5,8,
9,11
353:2,22
354:3
357:4,16
358:7,17
362:8
365:14,19
366:6,12
367:9,11
368:15,23
370:23
371:22
373:3,4,22
374:23
375:1

377:20
378:1,19
379:5,10,
14,25
380:24
382:16
383:4
385:9
386:16,17
387:6
390:6
392:2,10,
11 393:3
394:5,14,
16 395:5,
6,21
397:12
398:10,11
399:2,12,
19 401:5,
23 403:1,
2,13 405:4
409:4
410:18
411:6,13
412:19
414:8,15,
16 415:4,
11,23
419:9,12
421:11,15
422:8,21
425:21
426:1
428:16
429:23,24
430:2,3
431:15,18,

24 432:2,
3,7 434:5,
10,17
435:1,4,5,
8,10,11
438:9,16,
24 442:4,
18,22
443:11,14
445:20
446:5
447:23
448:2
450:11,12,
14,15,18
452:9,20,
25 453:7,
13,15,16
454:11,12
455:17
456:9,10,
14,16
457:8,10,
20,23
458:13
464:1
467:10
468:11,17
474:10
476:4,21
477:3
478:9
483:17,18,
22,25
484:8,20,
24 485:12
488:7
492:7

494:23
498:9

**correctly**
399:11
468:23
477:15

**correlate**
407:9,12

**correlation**
463:24

**corresponded**
464:13

**cost** 320:15
321:3
334:16
384:8

**cost-effective**
386:20
389:15

**costs** 338:25
339:8
397:15

**Council**
497:3

**counsel**
285:13,22
286:11,12
289:1
411:15
414:1
436:16
437:2
466:6
492:10
497:8,16

498:12,13

**counter**
462:20

**COUNTY** 498:2

**couple**
307:25
313:13
326:10
336:24
338:19
357:15
377:17
383:11
410:8
412:4
427:2
430:8
436:5,7
437:4
442:11
490:19

**court**
285:10,14,
23 497:3,
4,6,10,12

**Court's**
363:24
364:19

**cover** 451:4
497:17

**covered**
289:5
396:4
399:4
491:2
495:4

covering
  396:3

Craig   342:10

created
  399:8

creating
  321:11
  347:5

creek   378:4
  385:9,12,
  19  425:21
  428:24
  475:1,12
  476:7,19,
  20

creeks
  426:25

criteria
  310:12
  369:7
  374:21

criterion
  310:15

criticisms
  384:1
  428:12

critique
  443:8,21
  448:24

critiques
  446:6,9
  449:7,10

CSM   326:22
  327:10

  344:5

cup   379:7

current
  364:21
  373:1

curve   424:15
  477:17

customary
  497:19

customers
  381:7,14

CV   292:10
  297:14,16

─────────────
       D
─────────────

Daikin
  429:21
  435:3,19
  480:5,22

daily   426:15
  457:15,19

Dalton
  285:21
  286:11
  287:6
  289:10
  305:5,15,
  23  308:18
  309:19
  337:16
  338:6
  341:15
  352:5
  361:8

375:11
388:4
392:8
402:6
406:19
407:9
410:21
411:4
413:22
414:14
421:20
429:23
431:2
442:18
443:10
445:3
448:7,25
449:5
454:24
495:11

dam   399:15
  400:15
  424:9,18
  425:1
  489:18

Dames   375:11

damming
  489:2,5,7

dams   318:19
  349:8
  373:2,5,
  10,13,17
  399:8,21,
  22  400:1
  489:11,14

data   292:12

302:15,16
313:25
314:2
328:25
338:22
340:21
349:25
351:3,8
354:9,14
355:11,17,
19,20,23,
24  356:25
357:13,25
358:5,13
362:18,23
363:17,18,
20  379:17,
21,23,24
380:2,12
381:5,10,
13,17,20
382:15
383:14,22
394:21
398:21,23
401:25
402:2,3,6,
8,11,16,
21,23
403:4,7
406:1,5,8,
11  407:8,
9,14,25
412:8,10,
12,16,20,
23  413:6,7
414:12
415:18

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023

416:6
417:16,24
420:1,4,9,
15 423:12
424:4,7
425:5
426:17
427:16
428:15,23
429:17,21
430:1,18
432:1
433:10,14,
23 434:9
450:4,6,
17,19
452:20
453:21
454:5
458:4
459:23
460:11,20,
24 465:1,
4,12,18
469:13
470:5,18,
23 472:20
477:24
485:17
486:4
491:5,18

**dataset**
414:13
448:2

**date** 285:6
290:5
411:12

436:17,18,
20,21
438:6
459:10
468:3
487:10

**dates** 413:18
472:7

**Davis** 406:12
427:5
441:19,25
453:1,12
477:16

**Davis'**
406:12
418:4
441:7

**day** 286:14
299:18
313:11
315:3
361:5
362:21,23
400:5,8
403:1,3,6
441:18,21,
24 446:21
452:21
474:17
475:12
480:22

**days** 336:24
450:8
478:5,7,8,
14,17

**dead** 449:24

450:3

**deal** 320:14
321:8
347:10

**dealing**
322:9
323:21
349:2

**decade** 312:7

**decades**
313:18
354:1

**Decatur**
340:25

**December**
440:25

**decided**
346:11
348:6

**decision**
348:8
397:6,10

**decision-maker**
308:17

**decision-makers**
308:6,12

**decline**
358:23

**declined**
418:13,21

**decrease**
447:17

**decreasing**
415:19

**deem** 305:9

**deemed**
318:11

**deep** 333:3
415:4

**deeper**
328:9,10,
11 357:11
378:6,10
417:15

**defendants**
289:7,11
303:10
310:5
316:21
428:7
430:7
437:2
440:19
461:7

**defendants'**
288:3,13
307:14
338:2
438:1

**defense**
286:12

**defensible**
383:15

**definition**
353:4

**degrad-**

421:1

degradation
325:2
333:21
358:12
390:8
411:24
419:4,6,
14,21
420:2,19,
24  421:1,
9,13,18
493:5
494:12,21
495:3,24

degrade
353:16

degrading
324:17
494:1

delivering
381:7

demand
424:22

demonstrate
363:9

demonstrated
332:11
389:8

denominator
394:18

dense  393:9,
10

depend

328:16
424:14

depended
453:20

depending
367:3
388:21
453:8

depends
378:17
424:17

depict  433:7

deposed
297:21
380:22

deposition
285:1,4
287:18,25
288:7,8
292:11
298:12
299:14,18
304:23
336:15
337:11
368:17
379:19
380:20
394:5
401:17
402:3,10
427:6
440:12
441:15,20
444:8
446:15,21

449:17,18
452:5
453:2
457:25
466:10,14
467:20
496:11,13,
14  497:5,
7,9,12,13,
17

depth  358:1,
11  414:7
415:15,19
416:11
417:18

depths  328:8
333:3
356:1,6
358:16

derive  426:8
457:14

describe
291:19
292:1,8
302:7
306:18
309:6,15
311:10
314:18
316:17
319:2,13
324:2
325:17
326:23
330:11
332:20
348:17

349:24
385:23
415:24,25
416:18
426:11
464:8,18
483:20
484:17
490:10

describes
423:15
485:18

describing
313:21
319:9
326:1
327:13
329:5

description
343:5
372:19

design
292:19
294:6,9,
15,20
309:4
321:25
335:6
348:25
369:7
371:20
372:11,16
373:16
374:20
397:8
399:12
496:1

designated
 336:9
 385:7,16

designed
 305:8
 316:14
 373:13
 389:13
 399:22
 403:2,21
 404:12
 487:15
 489:11

designing
 293:23
 348:20

desirable
 333:17
 388:10

desire  312:9

desires
 293:3

detail
 346:21
 393:16,19
 421:17
 454:25

detailed
 308:5

details
 330:4
 355:15
 438:21

detected
 394:11

determination
 374:2
 375:7
 489:15

determine
 356:23
 363:25
 365:3,17
 420:4
 465:24
 487:20
 488:7
 490:5,14

determined
 306:4
 362:14
 466:1
 488:12
 489:6

determining
 323:8

develop
 312:2
 330:14

developed
 331:25
 387:10
 449:8
 491:5

developing
 294:13
 374:13

development
 387:16
 485:19

diagram
 392:12
 393:17,18

differ
 419:25
 455:7

difference
 400:5
 430:15
 455:3,4,22
 469:8

differences
 392:13
 393:1

differently
 459:14

difficult
 291:4
 331:19

difficulty
 349:16

diffuser
 405:3

diffusion
 323:4

direct
 293:10
 298:15,25
 299:5,20
 300:6
 332:15,17,
 20,22
 481:3

direction
 476:8
 498:8

directions
 345:3

directly
 305:6
 338:23
 374:25
 376:21
 431:17

disadvantages
 310:20
 315:15

disagree
 299:16
 340:1
 484:13

disagreement
 361:21

discern
 296:22

discharge
 298:16,25
 303:19
 314:24
 316:6
 318:9
 322:19
 325:5
 336:6
 344:13
 352:19
 362:12
 364:1
 365:13

378:21
390:9
405:17
413:12
457:8
458:23
470:25
486:7

**discharged**
305:6
353:14
448:7

**discharges**
298:3,13
299:6,20,
21 300:7,9
307:5
312:10
315:22
316:2
322:11
343:10,14
344:1
351:12
362:6
372:21
410:17
454:11,20
458:20
473:3

**discharging**
298:4,7,13
301:16
309:9
324:18
325:18
352:17,22

358:23
360:3
364:23
366:2
374:16
408:5
445:2,6
462:5
463:3
481:6
491:9
493:18

**disclosure**
497:1,4,9

**discontinued**
403:22

**discount**
497:20

**discrete**
316:2

**discuss**
319:17
322:25
323:12
325:16
382:23
395:2
430:8
440:6
442:17
458:15
460:21

**discussed**
292:10
323:15
353:12

359:6
406:14
418:8
430:17
450:23
463:11

**discusses**
299:2
419:3
429:16

**discussing**
417:4,6
452:22

**discussion**
309:12
368:17
378:14
387:15
390:3
397:5
399:7
417:20
418:15,16
423:20
467:7
473:2

**discussions**
486:24

**display**
359:23

**dispute**
337:2
361:14,17
428:12

**dissolve**
379:7

**distance**
362:2,4,7,
9,11,15,
16,19,24
364:3

**distinct**
361:24
362:3

**distributed**
335:17

**disturbance**
335:9

**divided**
447:24
464:21
465:23

**document**
297:5
307:19,20
308:2
311:14
316:17
318:22
320:12
338:7
339:15
340:12
359:3
361:20
437:17
446:19
485:4,6,12

**documentation**
310:1
398:25

documented
  334:20
  336:21,25
  337:12
  348:9
  356:11
  489:15
documents
  296:6,7,
  15,18,21,
  22,23
  297:1
  307:19
  315:23
  377:23
  392:21
  428:18
  431:10
  432:5
  436:6,9
  482:8
  483:16,20
  484:19,21
dominant
  326:24
  343:2,18
door   476:23
dots   298:11
  390:17
  391:13,24
double
  494:18
downhill
  378:1
downstream
  300:24

371:6
398:12
424:8
425:1,24
426:18
469:16
470:4,7,10
489:8,17,
21,23
downward
  347:5
drain
  379:11,12
  489:13
drainage
  376:25
  400:14,16
  427:3,11
  428:4
  465:11,20,
  25
drainages
  475:23
draining
  298:21
  346:19
  462:10
drawn   391:12
drier   427:10
  453:15,17
drinking
  293:7
  329:23
  368:21
  382:7,19

384:3
385:7,17
398:4,6,9,
17 399:2
429:4
drive   396:13
driving
  409:1,9,15
  488:20
drop
  434:23,24
drops   434:18
Drowning
  475:1,11
  476:19
dry   427:4
  452:24
  453:5,13
due   289:2
  323:2
  358:11
  361:11
  427:17
  453:21
  454:20
  470:18
  473:3,13
Dugas   285:11
  497:22
  498:20
duly   286:2
Dupont
  430:17
  449:18

454:18
Dupont/invista
  429:22
duration
  477:17

_____
        E
_____

e-mail
  336:24
earlier
  311:22
  314:11
  347:22
  351:25
  359:9
  365:1
  386:7
  387:15
  397:9
  402:23
  407:22
  408:18
  414:25
  415:23
  421:12
  463:12
  473:2
  479:12
  486:18
  491:14
  493:1
early   368:17
  377:18,20
  403:11
  412:7

ease  338:25
  339:9

easier
  288:20

easily
  387:23
  388:11
  477:18

Eastern
  396:8

economic
  320:10

economically
  315:21
  320:4,20
  482:18

effect
  305:25
  361:11
  369:9
  370:18,24
  381:19
  405:5
  408:16
  489:10

effective
  318:12,17
  322:21
  332:10,12
  334:11
  338:12
  342:13,14,
  25  346:18
  347:13
  382:21

383:4
386:19
389:8,9
395:19,22
397:11,22
398:16
399:17
487:3,10

effectiveness
  348:14
  349:12

effects
  322:5
  369:20

efficiencies
  338:24
  339:8

efficiency
  349:1

efficient
  334:11
  389:14

effluent
  331:4,6,
  11,15,21

effort
  346:12
  413:24
  472:20

element
  344:5

elements
  316:22
  322:23
  326:21

elevated
  314:24
  342:15

eliminate
  369:4

emanating
  312:24

emerged
  301:24

employ
  498:13

employed
  290:17
  293:21

employer
  497:7

encompassed
  409:19

end  286:8
  291:22
  296:7
  302:13
  316:6
  345:22
  432:12
  460:1
  474:24
  476:25
  486:23

endeavor
  286:23

endeavored
  309:3,5

engaged

368:7,10

engineer
  294:11

engineered
  388:8,22

engineering
  294:8
  316:12
  386:8

engineering-
type  302:24

engineers
  294:17,25

Engineers'
  424:1
  425:11

enhance
  332:19

enhanced
  366:15

enormous
  386:13

ensure
  324:20

enter  367:1

entered
  343:21

entering
  298:20,24
  325:21
  359:25
  426:4
  445:22

enters  325:7
  366:22
  423:14

entire
  295:22
  317:11
  320:21
  321:1,3
  333:4
  416:15
  442:21
  451:4,5

entities
  411:7
  429:22
  447:17
  454:23

entity  497:8

entries
  460:5,6

environment
  295:20

environmental
  386:16

environmental-
type  321:5

environmentall
y  320:20

envision
  344:14
  347:3,12
  489:19

EPA  295:5,

8,13
  315:23
  329:12,16
  330:5,19
  331:14
  341:16
  368:7
  380:23
  394:16
  398:24
  483:16,20
  484:19,21
  485:18

EPA's  296:1
  307:17
  315:13
  329:5
  330:9
  374:6
  375:20
  381:3,11,
  19  383:3
  486:11,22

EPA-
PROMULGATED
  331:11

EPD  368:11
  428:18
  436:13,19

ephemeral
  327:2

equal  390:9
  399:14
  477:8,25

equivalency
  363:10

equivalent
  298:25
  355:3
  358:5
  364:1

error  402:21

essentially
  330:20
  333:1
  390:7
  394:3
  399:10
  409:3
  422:13
  424:11,20
  434:19
  439:23
  474:15

establish
  331:20

estimate
  372:10
  430:22
  447:16,18
  451:13
  456:3
  459:8
  475:24
  477:18

estimated
  460:7,13,
  23  471:6
  481:24
  482:12
  493:25

estimates

334:17
  430:10
  461:21
  495:1

estimation
  459:3,12

estimations
  459:1

et al  285:6

Etowah
  370:11,17,
  24  382:6,
  13,16,18,
  23  426:2,
  10,23
  438:24
  468:25
  469:3,7,
  10,11,17,
  24

evaluate
  310:14
  311:16,18
  325:13,15
  340:3
  341:16,25
  342:4
  381:1
  384:4
  406:9
  409:22
  410:15
  421:16
  454:25
  472:16

evaluated

416:24
423:8,9
434:13
481:19

evaluating
292:11
339:11
450:5

evaluation
363:11
406:21,24
421:24
434:9
453:17
487:20
488:3

evaluations
302:17
306:9,12
321:25
482:16

evaporate
427:13

evapotranspira
tion   457:16
458:1

event
373:14,20
374:20
392:8
450:10,11,
13  452:11,
15,21,23,
25  453:10,
21,24
456:3,13,

20  459:11
467:9,21
471:23
472:3,16

events
406:23
416:10
423:24
456:8,24
462:20
464:12
470:15,16
489:12

eventually
353:16

evidence
498:10

evolving
386:10

exact   301:11
355:10
356:6
385:23
455:20

EXAMINATION
286:4
367:18
440:16
449:14
480:19
492:22

examined
286:2

examples
443:10

exceedance
375:20

exceedances
374:5

exceeded
374:20

Excellent
286:9

exceptions
297:10,11

excess
373:21
374:19

exchange
336:12,19,
23  337:1,
13  340:13,
17  342:2
387:25
388:15,24
389:5
395:15,16
479:22

exchanges
336:18

excluded
433:22

excuse   363:3
406:15
443:15

exercise
330:16

exhibit
288:3,13

307:14
310:7,8
337:24
338:1,2
342:8
380:17
437:15,23,
25  438:1
443:4,5
446:16,21
449:23,24
452:4
454:8
467:19
481:2

exist   328:22
411:9

existed
450:24

exiting
325:21

exits   325:8
366:12

expect   330:5
387:2
415:1
419:24
421:13
427:20
456:17
462:13
463:7
473:11
474:6
478:5

expected

313:12
462:4
472:5

expecting
473:3

expensive
375:5
397:16
398:2

experience
291:17,20
311:9
312:1
313:21
319:25
320:13
330:24
332:9,15,
17,18,21,
23  334:10
348:15
491:6

experiencing
287:17

experimental
496:1

expert
288:1,12
289:6
291:13
296:8
298:19
302:5
308:22
309:13
314:21

349:5
352:3
353:12
359:6
361:6,7
366:18
374:15
382:9
390:13
399:21
401:24
406:2,8
418:4
420:23
423:15
430:14,16,
19  434:9
440:22,24
451:20
461:6,19
463:23
464:2
466:18
468:2,23
492:9
494:25

expertise
294:25
302:7
319:25

experts
289:6,10
303:9
310:5
316:21
319:7
332:4

334:6
378:14
383:11
428:6
430:6
433:11
434:4
442:16,20
443:9
461:7,10
464:4
484:11

explain
324:12
327:16
346:20
366:4
475:15
482:21,22
483:1
493:19

explicit
304:4
353:23
375:9
418:20
484:14
491:15

explicitly
366:7
367:10
372:18
411:7

exposure
370:9

express

491:13

expressed
384:2
457:19
491:13

extensive
291:17
322:1
335:14,21
376:25
482:10
491:6

extensively
335:13

extra    406:15

extract
345:19

extracting
347:6

extremely
320:18
321:8
379:1
457:2
496:4

_____

F

_____

facilities
443:10

facility
341:1
413:15,22
443:13,15

fact    354:2

361:7
378:14
398:8
422:19
426:17
427:5
432:13
452:22
463:6
464:10
475:19
478:14
486:10

**factoid**
478:13

**factor**
306:11
364:2,3,5,
6 487:9
495:13,17

**factors**
339:7,12
361:12
363:1,3,
12,25
408:9
409:21
496:2

**facts**  363:8

**fair**
313:20,24
333:12
349:3
350:22
393:20
405:9

411:1
434:16
435:24
446:13
447:7
449:9
451:6,11
452:19
453:10,22
470:25
471:1,23
494:17
495:19,20

**fairly**  298:1

**falls**  292:15
293:9,11
463:2

**familiar**
295:3
307:18
331:3,12,
13 348:22

**family**
287:10,12

**faster**  393:7
396:15

**fate**  439:8,
20

**Fear**  481:18
482:3,4,11

**feasibility**
294:1
295:2
320:10

**feasible**

304:19
315:21
320:5,21
346:14
482:18

**February**
290:6
441:3

**feet**  333:3
356:4,19,
24 357:10,
11,15,19
415:3

**fiber**  410:11
445:23

**field**  301:12
362:18
392:9
450:8
487:2

**fields**  408:8
423:11

**figure**
327:11,12,
13 359:21
360:10
390:16
392:16
427:21
432:9
434:12
435:2
451:19
465:6
473:21
477:12,14

483:7,9,
11,13
484:7

**figures**
327:10
374:14
390:14
433:1,8
436:9,24
483:6
484:9,10

**file**  485:4

**filed**  436:22

**files**  401:16

**filled**
389:17

**filter**  398:5

**filtered**
389:19

**final**  294:22
311:19
314:1
331:19,24
335:6
341:14
421:23
422:4
486:23
491:1

**finalize**
330:6

**Finally**
479:11

**financial**

386:18,21
497:19

find   351:10
354:23
371:19
383:18
385:20
386:19
436:14
439:13
451:24
471:17
472:20
474:13
495:7

fine   326:14
404:24
432:15
480:7,8

finish
346:10
360:17
393:25
477:2

finished
381:2,16

Fiona   440:19

firefighting
319:24

first-in/
first-out
366:19

first-in/last-
out   366:19

fish   370:2

384:16,18,
22 385:1

fishing
369:21,24

five-day
489:14

flesh   454:14

flip   296:12
336:11
354:7
383:9
384:10
386:5
389:22
390:14
399:6
405:10
410:1
411:16
414:3
418:10
422:11
423:18
425:14
432:8

flipping
288:18
437:4
444:3

flood   424:11

flow
300:16,18
306:5,8,
10,18
307:2,6
318:16

324:19
327:1,24
343:2
344:10,21,
25 345:2,3
346:18,23
347:1,3,8,
9,10,11
348:21
349:3
364:8
365:25
371:21,25
376:3,4
377:25
378:9,17
379:2
399:14,17
400:6,19,
20,25
401:1
404:8,16
408:5
417:24
418:6
423:21,22
424:7
426:9,18,
21,22
427:1,13,
17,18,20,
22 452:7,
18 456:4,
15 457:14
459:2,11,
16 460:24
462:1
463:17,25

464:13,15
467:7,11,
14,22,25
468:3,5,6,
7,16
471:21,25
472:16
473:11,14,
20,22
474:19
475:23
476:9,15
477:4,8,9,
16,19,21,
25 486:8
488:5,24
489:7,23
493:5

flowed   451:9

flowing
298:21
300:24
301:14
303:16,20
304:9,15
305:4,21
306:1
309:8
313:16
315:9
318:13
344:3,17
346:25
347:1
406:14
408:24
427:9

450:20
462:24
491:17,23

flows  305:2
317:23
318:8
343:9,12
347:14
375:15
393:12,13
401:13
406:20
418:18,24
423:20,25
424:12,25
425:2,6
426:16
458:22,24
461:9,12,
15,18
464:6,10
472:5,10,
11  473:9
475:24
493:9

fluorinated
421:5
493:12,25

fluorotelomer
419:10

flux
325:13,15
348:24
351:6
374:24
375:3,4,6,
8,12,16,19

376:21,24
377:1,5,7
378:16
400:25
401:4,7,9
459:21,22

fluxes
375:13
489:1

foam  341:8
388:2

foams  319:24

focus  358:21
391:22
443:9
447:1
482:15
483:6

focused
311:6
342:9
344:5
345:12
347:23
348:2,6
431:22

focuses
307:17

focusing
344:10

folded
431:25

folder
287:24
437:15

follow
295:8,15
348:1
492:10

footnote
385:5
405:11
419:3
436:17
464:17
467:18

Footnotes
423:1
432:5

force  488:20

foregoing
498:4,8

foremost
397:20

forget  319:8
406:18
424:20
444:9
482:6

forgot  311:3

form  298:24
299:7
300:12
308:14
314:16
328:2
331:22
365:20
369:15
413:4

421:21
435:12
436:16
487:12
497:4,8

formal  312:4

format
286:19

formulate
446:10

formulated
388:9

forward
368:20
369:2
401:18

found  338:12
437:20
438:14
439:24
451:22
492:4

foundation
412:4,5

four-page
307:17

fourth
338:20

fractures
391:12,16

frame  303:23
304:2,4,6
403:11
404:20

412:9
434:19
435:20
472:16
487:5

frames  303:7

Frankel
383:13,20

Frankel's
384:1,8

freshwater
384:16

front  288:21

FS  307:18
313:13

fuel  312:22

full  290:12
296:5
341:11
351:15
356:15
384:14
386:7
389:17
397:5
414:5
451:4
463:21
482:24

fully  287:4
310:11,22
404:1

FULTON  498:2

function

408:2
435:14,20,
22 474:18

functional
298:25
363:9,25
420:12

fundamentally
477:20

fundamentals
314:22

funds  337:17

funnel  345:3

furtherance
351:24

future
313:14
350:22

——————————

G

GAC  337:1,
12,19
338:13
339:24
340:7,8,
13,16,18,
22 341:19,
21,23,25
397:7,10,
19 415:8
479:20

Gadsden
398:12

gallery

347:12

gallon
379:7,11

gallons
400:4,7
403:1,3,6
475:12

gaps  383:14

Gary  336:24
441:19,25

gatekeeping
288:19

gather
358:10

gauges
402:17,18

gauging
426:12

GEL  465:4

general
291:23
297:7
312:16
324:25
328:19,24
358:8
361:15
362:7
370:8,13
376:9
383:21,23
386:23
389:3
392:25

398:3
415:16
418:15
423:7
458:17
470:16

generally
287:12
339:3
368:19

generate
338:22

generated
325:2,17
380:13
400:25
407:10

generating
404:7

generation
388:13

gentleman
439:7

Genx  394:9,
11

geologic
423:10

Geological
426:14

geomechanical
319:15

Geomega
417:21
418:1

425:21
428:22
452:23

Georgia
285:5
368:10
382:1
428:17
436:8,13,
19,24
443:16
497:4,10
498:1

GIS  466:3

give  308:25
367:22,24
410:5
443:18
467:2
476:23
490:19

Global
285:12
497:11,13,
15,18

goal  333:15
358:1
373:16
405:8
451:7
489:12

goals  303:5

good  286:6,
7 305:10
341:24

345:7
389:11
440:18
466:25

GORA  436:12

governing
353:18

gradients
347:5

grant  337:17
341:16

granular-
activated
336:22
389:7,10
397:7
398:5,8,
13,16,25

granulated
336:22

graph  433:14
435:6,18,
21,23

graphic
392:1

graphically
359:24
477:18

graphs  432:9
434:1

gravity-fed
348:11
349:19

gray  391:9

great  326:13
360:22
446:4
480:10

greater
358:16
382:25
429:23
474:3
477:8,19,
22

ground  337:8
392:14
414:19
415:15

groundwater
293:8
307:4
312:23,25
317:25
318:7,9,20
327:23
328:7
343:23
348:24
374:24
375:12,24
376:10,19,
23 390:23
400:20,25
401:4,7,8
423:10
488:5
489:7

grouped
411:8

groups
365:8,18
420:12

GSW-24
426:13
428:4

GSW-25
425:20
428:11,22

GSW-26
426:5,13
428:5

GSW-5
417:22,25

guess  294:7
295:21
306:9
314:12
325:15
330:10
336:13
351:15
374:18
378:25
379:6
388:19
390:23
397:5
410:10
413:11
416:3
422:5
425:4
431:25
433:1,6
455:12

489:21

guidance
  295:13
  315:13

guidelines
  331:11

Gutierrez's
  444:8

guys   455:7,
  13  479:1,
  17

———————

**H**

———————

H-O-A-G-U-L-N-
D   291:4

habit-
  490:13

habitat
  490:16

habitats
  490:13

half   356:4
  396:14
  452:8
  494:13,16

half-life
  419:4,14
  421:9
  493:5,10
  494:12
  496:3

half-lives
  419:22
  494:21

495:2,24

handful
  449:20

handy   467:17

Hanford
  291:23

happen
  288:15
  454:1

happened
  380:19
  382:10

hard   478:21

hard-packed
  393:7

hazard
  394:8,15,
  19  395:2,
  10

head   292:10
  372:2
  378:4
  385:23
  412:11
  428:9
  451:15
  477:11
  478:13
  495:21

heads   404:17

health
  329:18
  330:12

hear   367:20
  492:24

heard   286:10
  414:17
  486:24

hearing
  498:11

heavily
  495:15

heavy   427:19

helpful
  344:15
  411:15

helping
  292:19

helps   344:18

Hey   326:8
  492:15

high   303:17
  304:15
  305:19
  314:18
  315:10
  350:14
  379:2,4
  423:23
  424:12
  433:6
  458:22
  460:23
  461:9
  464:12
  472:8,10,
  16  473:8,
  11,14

491:23

high-flow
  462:20
  464:12
  473:1

high-
precipitation
  373:14

high-volume
  378:21

higher
  305:13,22
  407:2,5,
  17,20
  415:1,15
  417:14
  453:5
  461:11,12
  468:16

highest
  413:16
  415:5
  461:17,18
  464:5,6,9,
  10

Hinkley
  291:23

historically
  438:19

history
  470:2

Hoagland
  291:1,11

hold   372:9
  376:19

391:16

**Holewinski**
435:12
480:4,5,
12,20,22
487:18
490:19,23,
25  492:12

**Hoosick**
292:15
293:9,11

**hope**  387:4,
5,7

**hoping**
286:16
478:22

**horizon**
344:4
377:5,6

**horizons**
327:2
376:13
378:6
415:2

**hour**  326:9
360:14
393:22
396:8,14
404:13
477:2

**hours**  424:22

**house**  410:4

**Howell**
476:7,19

**human**  329:18

**hundred**
387:6

**hundred-year**
419:3

**Huseby**
285:11
497:11,13,
15,18

**hydraulically**
404:7

---

**I**

**ideas**  319:5

**identical**
426:16

**identification**
288:4,14
307:15
338:3
438:2

**identified**
314:6
334:6
339:7
342:10
455:22

**identify**
310:19
315:14
333:24
334:13
338:13
443:9,13

490:1

**illustrate**
324:20
341:21
360:2

**illustrates**
337:17
341:17

**illustrating**
327:10

**illustration**
364:25

**imagine**
289:24

**immediately**
297:11
366:12

**immobilization**
319:12,20
321:23
332:4,8,
16,18,23
333:25
334:4
347:16

**immobilize**
318:24
320:5
333:4

**immobilizing**
319:11

**impact**
292:24
369:13

370:9,11
371:1,4
393:11,13
403:25
408:13
417:15
418:7
455:16
489:7

**impact-type**
405:1

**impacted**
476:18
490:16

**impacts**
370:3
489:16,21

**impart**  379:3

**impermeable**
317:10
327:14

**implement**
304:7
312:3
490:3,8

**implementable**
315:7
397:11

**implementation**
295:23
368:25
483:21
485:20
486:15
487:6,8

488:1,3
489:17
490:1,15
491:20

implemented
322:5
486:17
487:4,11

implicitly
445:1
449:1
459:20

implied
424:24

important
308:25
323:20
413:1,6
416:21
442:25

impossible
331:20

impression
312:15

improvement
341:4

in-   321:6

inaccuracies
427:17

incentives
386:18,21

inches
402:13
404:13,14

include
296:20
376:2,12,
16  412:23
422:15
430:1
434:7
482:7
495:23

included
310:2
380:9
433:16
446:20

includes
412:24

including
289:10
323:1
386:15
400:18

incorporated
430:24

incorporates
486:2

incorrect
413:13

increase
307:2
319:18
426:9
427:21
435:19
469:23
470:18

473:1,3,13
474:7
493:20

increased
307:4
401:22
435:10
463:17
473:6,18,
19  474:8

increases
358:11
364:8
365:25

increasing
358:16

increments
468:7

independently
422:23
428:17

index   394:8,
15,19
395:2,10

indicating
352:19
382:15
390:18
429:1

indication
470:5

indirect
370:14,18
376:3

individual
364:15
481:20

individually
310:12

industrial
351:12
410:12
411:3
413:17

industry
410:16
421:20
445:14,23

infeasible
321:6

infiltrate
306:20

infiltrated
301:21
347:4

infiltrates
343:8

infiltration
317:8,18
345:17
346:15
347:17

infiltration-
type   347:12

inform
425:12

information
303:1

308:7,25
314:4
351:16
381:5
392:17
401:15
411:5
413:21
424:5
426:12
432:6
465:15
492:6
494:25
496:5

informed
308:22

initial
293:23
312:24
313:9
330:14
443:12
444:25
447:18,24
465:6
466:18
476:13
491:20

initially
318:5

injecting
320:14
332:18

injection
319:15

input  360:6
400:16
454:5
458:1
468:9

inputs
401:20
454:2,3
458:8
470:10
493:2,8,24
494:11

insecticides
437:6,19
438:11

inside
345:24

insignificant
320:16
488:25

insoluble
333:20

install
304:11
479:17

installed
304:13

installing
334:17

instance
359:20

intake
382:13
429:5

454:20
478:7

intend
383:21

intended
291:25

intends
329:17

intense
373:19

intent  302:5
309:12

intentional
392:3

intercept
344:20

interest
387:21

interested
498:15

interface
416:23
417:1

interfaces
323:3

interflow
307:5

interim
295:21

intermittent
327:2

International
413:11,15,

21

interpreting
363:20

interrogatorie
s  290:4

interrupt
432:10

intersecting
344:25

intervals
416:11

introduce
285:13

introduced
333:1

introduction
297:15
380:18,21
381:24
382:3

investigated
388:4

investigating
291:17

investigation
292:4,6
293:14,19,
25  294:1,
5,20  295:2
306:3

investigations
293:24

invoicing

478:25

involve
292:1
304:20
381:25
495:10

involved
292:3,6,
11,14,17,
18 293:22
294:8,13,
16,22
295:11,19,
23 312:9,
14 332:25
400:1

involvement
293:10,19

ion  336:12,
18,23
337:1,12
340:13,17
342:2
387:25
388:15,24
389:5
395:15,16
479:22

irrigated
301:15,23
408:8,9

irrigating
377:24

irrigation
301:21
307:3

359:11
364:9
401:21
402:22

isotopically-
labeled
365:9,12

issue  293:1
299:2
315:6
343:3
348:3
370:6
383:22
384:5
392:17
398:23
416:4
420:7
471:2

issued
330:13
440:24
441:3

issues  289:4
292:14
321:5
383:10,24
404:6
441:12
446:5

italicized
411:22

item  317:4,
15,21
318:24

322:24
326:22

items  320:3

iterative
485:11

IX  338:13

───────────

        J

───────────

Jarrod
368:14

Jeffrey
361:8

Jerome
285:16
289:22
326:8
336:13
360:12
478:19,20
480:6
490:24
492:15

job  397:19

John  440:21

Johnson
285:17
289:15,21
368:14
440:20
449:19

join  469:17

joins  423:14

jointing

328:18

Jones  480:22

journal
319:8

judge
308:21,25
309:13,20
311:9
482:17

judged  302:6
461:21

Judicial
497:3

jump  287:21
288:11,20
297:11
342:7
346:15

jumping
306:15

June  362:22
379:21
406:13
452:11,23

───────────

        K

───────────

Kevin  480:4,
22 490:21

kilograms
356:20
360:1,4,5

kin  498:12

kind  293:16

295:12
311:3
321:5,11
322:4
325:3
330:19
333:17,18
335:15
343:3
344:9,12,
24 345:2,
23 349:9
358:2
365:22
373:20
387:24
388:1,2,14
390:25
391:8
393:15
427:8
430:22
439:23
455:3,23
458:11
459:20,21
461:25
462:19
474:11,24
479:13
494:6

**kinds**  393:2

**knew**  420:10
481:13,17

**knock**  290:15
492:20

**knowledge**
385:1
394:12

―――――――
        **L**
―――――――

**lab**  355:16

**labeled**
437:16
485:5,6

**laboratory**
495:4

**Labs**  410:24
430:2
432:2

**Lacey**  437:7

**lack**  286:25
326:3

**lady's**  439:7

**lag**  322:4

**Lake**  424:2,
6,12,16,19
425:12

**land**  287:6
333:3
350:4,7
409:16,17
429:3
436:8,23
438:23
439:9
462:3
493:6

**land-applied**
359:16

**landowners**
490:2

**lands**  438:25

**language**
308:1

**large**  287:10
295:10
312:1,17,
20,23
314:5
320:18
321:7,8,14
332:11
346:10
347:11
354:15
365:8
378:21
386:21
416:1
457:2
464:14
481:14,18
486:6
493:20

**largely**
351:18
403:10

**larger**  305:2
360:5
403:19
434:8
473:23
481:16
489:12

**largest**

481:7

**Larkin**  368:1
396:6
432:10
445:25
492:16

**LAS**  287:5
298:4,8,
13,15,21
299:6,10,
22 300:9,
17,21
301:1,4
302:13
303:17,21
304:1,9,
15,20
305:1,2,4,
11,21,25
306:2,11
307:1,2
308:13
309:1,6,8
312:18
314:25
315:9
316:5
317:9,11,
23 318:8,
14,25
320:2,6,21
321:1,4,16
323:22,23
324:13,16,
19,22
325:18
328:8,25

333:24
342:20
343:13,21
344:1,12
346:9,19,
24 347:1
351:7,20,
21 352:7,
14,17,20,
24,25
353:1,6,
14,19,25
354:2,5,6,
8,10,14,
15,16
355:5,19,
21,24
358:23,25
359:7,10,
25 360:3
361:25
362:19,21
365:4,18
366:6,21,
22 367:2
368:8,11
369:14
370:5,10,
21,25
371:6,21
372:15,25
374:16,24
376:13,25
377:9,14,
15,20,24
379:18
380:13
387:18

390:1
391:20
392:7,19,
20 399:19,
24,25
401:14
402:1,5,7
403:2,9
404:5,19
405:17
406:6,14,
20 407:7,
23 408:24
411:25
412:18
414:6,13
415:3,22
417:22
418:24
422:14
427:7
445:5,9,
13,22
448:7
450:7,20,
24 451:2,
4,9 452:7,
16 453:22
454:11,20
455:6,10,
16 456:2
457:8,14,
15 458:7,
20 462:10,
14,21,24
463:2
472:1,5,
11,14

473:1,3,6,
8,13,19,20
474:3,19
476:14,15
478:5
481:6
482:1,3,13
483:1
486:8
488:18,19
490:11,14
491:9,17,
24 493:3,
12,19
494:2
495:8,15

**LAS's**  402:24

**Lasee**  437:5

**last-in/first-out**  366:20

**Lastly**
444:16
448:13

**late**  377:19
430:23
434:14

**lateral**
326:25

**lawyer**
471:10

**layers**  377:8
390:22
393:9

**lead**  358:6,
9,11

**leakages**
403:19

**learned**
303:9

**learns**
485:14

**leave**  366:24

**leave/the**
366:23

**leaves**  315:8

**leaving**
325:5
372:15

**Lee**  285:18
289:22
326:8
336:13
360:12

**leech**  463:4

**leeches**
354:16

**leftmost**
308:4
310:10
448:5

**legal**  308:15
369:16

**legally**
486:16

**length**  354:6

**lesser**
334:25
477:22

level  306:9
 314:18
 321:7
 330:15,22
 393:16,19
 433:6
 488:23

levels  293:4
 314:25
 317:9
 330:19,21
 368:23
 383:7
 395:9
 491:23

lieu  311:21

life  329:13

light  390:25
 391:1
 446:23

likes  335:14

limitation
 331:11
 452:14
 453:21

limitations
 323:16

limited
 351:16
 355:13
 401:25
 414:13
 450:5,7,11

limits
 331:4,6,

 15,21

line's  461:3

linearly
 298:1

lines  340:11
 460:19

link  370:14

list  289:9
 291:21
 296:7,15,
 17 322:23
 363:8,16
 436:6,8
 459:20
 482:7,24
 483:16
 491:15

listed  341:6
 352:4
 401:12
 436:17
 461:13
 465:14

listening
 390:5

lists  339:20
 398:25
 422:25

liter  383:1

literal
 427:16

literature
 415:14
 417:3,6

litigation
 285:12
 292:16
 449:19
 497:8,11,
 12,13,15,
 18,20

litter  415:7

load  375:14

loading
 375:8
 378:13,16
 418:7

local  292:18
 334:14,17
 335:1
 336:6

localized
 334:7,12

located
 312:17
 426:13
 428:8,10
 429:12
 448:18
 451:1
 470:20

location
 335:16
 362:6,11,
 12 367:3
 385:24
 408:10
 409:4
 418:4,6,7

425:19
 429:10
 464:21
 465:12,19,
 25 470:3,7

locations
 300:23
 343:9
 406:25
 409:18,20
 416:12
 425:23
 426:16
 451:1
 456:22
 465:7,10,
 22

logs
 392:18,20

long  353:5,
 19 354:17
 365:17
 366:5,7
 386:22
 470:2
 487:2
 496:2,3

long-term
 322:8
 350:18,25
 493:17

longer  354:3
 370:21
 396:8

longstanding
 315:13

looked
 309:11
 316:18
 355:12,19
 381:4
 398:21,23
 400:14
 402:17,18
 408:15
 418:3
 422:23
 424:16
 428:23
 430:7
 439:19
 449:6
 456:8
 459:9
 469:25
 470:2
 481:17
 489:20
 494:21

lose   427:13

loss   427:16

lost   342:22
 459:5

lot   313:25
 319:24
 330:18
 333:13
 335:20
 341:9,10
 353:15
 354:2
 386:14
 393:7

 444:11

lots   417:5

Love   291:22

low   323:4
 378:20
 458:24
 462:23

low-pressure
 340:14

lower   376:13
 377:5
 383:6
 395:4
 401:20
 407:5,17
 469:4

lunch   396:10
 440:5,11

─────────────
       M
─────────────

Mackenzie
 306:24
 307:13
 317:5

made   312:15
 349:16
 357:1
 359:19
 361:18
 362:23
 374:2
 375:7,12,
 21 400:9,
 12 413:24
 418:17,20,

23 426:7
 445:11
 447:19
 464:4,14
 471:11
 492:8
 493:15
 497:5,17

magnitude
 394:24
 395:24
 463:15

main   426:2
 476:12

maintained
 426:13

maintenance
 338:25
 349:13

major   306:11
 308:19
 442:25
 484:3
 486:2

make   286:23
 287:13
 290:6
 321:6,13
 330:7
 336:14
 359:8
 371:12
 374:10
 375:22
 378:12
 380:5

 392:5
 395:16
 396:3
 410:7
 414:11,18
 416:14
 420:17
 425:4
 429:17
 430:21
 453:17
 457:13
 461:16
 466:20
 482:2
 487:22,24
 497:9

makes   400:5

making
 323:18
 325:9,24,
 25 461:13
 465:15
 475:8

Mali   362:25
 363:3,12,
 24 364:19

manifest
 485:16

mantled
 391:10

manuals
 425:11

manufacturing
 410:11
 413:12

448:8

map  425:15
    428:7,14
    429:10
    451:19

maps
    385:20,22

margin
    319:19

mark  287:23
    307:12
    337:25
    420:24
    437:14,24

marked
    288:3,13
    299:13
    307:14
    338:2
    438:1

Maryland
    292:19,22,
    25  479:15

mass  323:25
    355:1
    356:17
    358:3,7
    359:6,7
    374:4,16
    378:13,16,
    22  379:3,
    13  407:7
    414:6
    415:21
    417:9,16
    418:7

445:22,24
450:14,18
453:19
458:20,22
459:20,21
469:10
473:18
477:5
493:2,7,
11,25
494:13,16,
18

Massengale
    285:9

masses  355:3

match  343:1

material
    319:14
    335:11
    349:10
    358:13
    366:12
    378:18
    388:15,17,
    25  391:10
    392:15
    393:11

materials
    318:11
    328:1,4,6
    367:4
    372:7
    376:16,18
    377:12
    378:10
    391:2,4

393:2,5
401:12
408:4
447:16

mathematical
    380:8

matter  285:5
    289:7
    293:10
    305:16
    310:6
    311:20
    319:8
    337:14
    366:20
    384:6
    392:25
    485:8,9,13
    490:7

matters
    289:17
    292:16

Mckenzie
    285:9
    287:22
    288:11
    296:13
    337:23
    354:12
    384:12
    405:14
    411:19
    425:18
    435:16
    437:8,14
    443:4
    444:2,17

445:17
446:14
447:3

MCL  383:7
    394:4
    395:4
    398:24

MCLS  293:3,
    5  329:5,
    21,22
    330:6,10,
    17  374:6
    375:20
    380:23
    381:3,19
    382:20
    383:3
    486:10,11,
    16,22
    487:3

meaningful
    496:4

means  319:15
    345:17
    353:1

meant  296:17
    324:5
    380:4

meantime
    313:15

measure
    365:11

measured
    352:11
    355:4

361:23
362:2
364:4
394:24
406:22
407:3
408:19,23
412:6
423:13,16
424:8,25
457:4
459:2,9,23
460:7,14
461:9,18
464:6,9,11
465:12,19
474:22

**measurements**
352:7,8

**measures**
332:9

**measuring**
427:17
459:18

**mechanism**
345:19
373:21
391:20
493:19

**media**  285:3
319:16
320:14
332:19
345:4
347:2,4,5,
6 349:15

386:16
387:22,23
388:21,22
389:13
395:17
479:21

**medicines**
287:16

**meet**  382:20
404:12

**membrane**
340:14

**memory**
420:16

**mention**
296:5
335:24
346:3

**mentioned**
293:9
295:2
303:22
434:7
452:22
460:18
489:1
493:24

**mercury**
384:20

**met**  286:6
297:17
449:16
480:23

**method**
381:11

399:1
456:1
460:10

**methodology**
311:23,24,
25 314:10,
13,14
363:14,19,
21,22
446:12

**methods**
319:19
339:11
388:1
416:18

**metric**
491:14

**metrics**
491:12

**microbial**
495:10

**mid-50**
455:21

**middle**
322:24
356:16
411:22
422:17
444:3
449:24
450:3
461:25
463:21
471:20

**Midway**  302:3

**migrated**
301:23
462:3

**migration**
299:9
326:23
361:23
362:2,4,
16,19

**Mike**  291:7

**miles**  344:12
346:2,3,5,
9,12
450:22
451:6
469:16,21

**million**
382:13
400:4,7
402:25
403:3,5
431:1,4
447:18,23
448:21,22

**millions**
475:12

**mind**  291:2
297:11
304:2,5
319:2,4
363:2
372:10
431:8
443:7
444:3

**Minnesota**
  292:13

**minor**   401:4
  423:25

**minute**
  306:16
  363:4
  368:4
  371:19
  440:8
  452:13
  458:16
  467:2

**minutes**
  295:1
  326:10,12
  360:18
  454:14
  480:10,24

**missed**
  379:16
  385:20
  492:18

**misstating**
  473:16

**misunderstood**
  409:5,12
  454:10
  461:8,22,
  23

**mixing**   383:5

**model**   306:14
  322:23
  343:6
  483:17,22

484:12,15,
17,20
485:5,7,
11,20,24
486:2

**modeling**
  488:6,10

**models**
  380:7,8
  484:22

**modified**
  447:10

**Mohawk**
  431:14
  440:19
  443:13,15,
  19 447:17,
  21 448:21

**molecule**
  324:21
  325:2,4,5,
  7,8,10,11
  353:7,24
  365:2,3,7
  366:22

**molecules**
  353:15
  364:15
  365:8,17,
  18 390:19,
  21 415:9

**moment**
  288:24
  310:8
  318:21
  346:1

353:20
357:12
432:11

**moments**
  490:20

**money**   479:1

**monitor**
  285:7

**monitoring**
  357:6

**months**   289:5
  303:11
  382:11

**Moore**   375:12

**morning**
  286:6
  287:18
  365:1
  367:15
  389:25
  408:18
  414:4
  479:12,13

**move**   361:16
  366:5
  442:7
  463:2
  488:21

**movement**
  326:25

**moves**   361:11
  392:6
  463:3

**moving**

343:17
364:15
368:20
369:2
377:6
401:18
463:6
482:14

**multiple**
  334:6
  336:2
  416:11

**multiplied**
  352:13
  464:20
  465:20

**multiply**
  320:16

**municipal**
  439:10,21,
  24

_____

N

**named**   291:7

**nanograms**
  382:25

**narrow**   443:9

**nature**
  291:19
  292:24
  293:18
  318:9,10
  367:4
  372:20
  414:8

486:25

nearby  343:9
402:19
470:3

nearest
362:5

necessarily
361:18
474:7

needed  305:2
346:6
490:7

neglected
296:20
442:17
482:7

negligible
306:9
317:9,18
401:10

network
318:7
357:6
376:25
377:15

ng/l  468:14

night  424:23

NMEFOSE
420:25
421:2

noise  410:7

non-detect
368:23

non-pfas
389:17

noon  396:8

normal
399:13

notable
305:25

note  292:10
297:18
302:18
303:14
304:24
307:23
314:21
315:19
335:19
341:15
349:7
380:21
401:19
413:10
420:7
425:23
433:14
446:10
450:16
471:25
483:15
489:9

noted  294:10
313:24
316:21
325:23
340:24
343:5
344:25

362:4
364:16
367:1
375:10
377:22
389:6
395:23
408:17
414:25
415:23
425:20
427:6
431:16
454:21
463:23
470:13,17
484:15

notes  410:25
436:21
490:24
491:3

notice
287:24
288:7
377:17
439:14

noting  362:7

NPDES
330:24,25
331:4,7
335:25
336:3,9
422:24
423:2
436:9,16

nuanced

494:14

Nuclear
291:23

number  287:9
293:22
295:10,18
303:16
312:2,20
316:22
319:20,22
320:18
334:25
346:10
355:10,14
357:9
372:10
394:15
400:11,24
401:21
406:13
408:9
419:4
426:4
428:10
430:6
431:5
437:16,23
451:11
455:20
458:6,11,
16 461:6,
10 464:4
468:10,11,
14,19,20
471:14
472:18
475:2

| | | | |
|---|---|---|---|
| 483:1 | Object 299:7 | 402:11 | offer 298:14 |
| 484:11 | 300:12 | 486:6 | 383:25 |
| 489:22 | 308:14 | **obtaining** | 398:18 |
| **numbers** | 314:16 | 317:17 | **offered** |
| 288:19 | 331:22 | **obvious** | 289:24 |
| 350:10 | 365:20 | 301:12 | **offering** |
| 402:22 | 369:15 | 402:20 | 289:13 |
| 444:14 | 413:4 | 452:13 | 299:4 |
| 458:9,10 | 435:12 | **occur** 328:13 | 398:14 |
| 465:2,3 | 487:12 | 376:24 | **offline** |
| 475:14,16, | **objection** | **occurred** | 336:23 |
| 23 476:2 | 370:4 | 408:3 | **Oglethorpe** |
| **numerous** | 421:21 | 409:17 | 444:22 |
| 298:4 | **objective** | 452:21 | 445:1,8 |
| **Nutter** 327:7 | 303:25 | 456:8 | **Ohio** 481:19 |
| 377:17 | 304:3,20 | 475:21 | **older** 325:8, |
| 401:21 | 313:3 | **occurrence** | 11 |
| **Nutter's** | 317:18 | 439:8 | **Olympic-size** |
| 349:25 | 322:19 | **occurring** | 379:8 |
| 402:3,9,13 | 338:21 | 303:15 | **one-day** |
| 457:25 | 339:4,5 | 327:25 | 450:9 |
| | 342:13,14, | 358:12 | **ongoing** |
| ——————— | 25 344:15 | 372:21 | 295:19 |
| O | 345:11 | 409:17 | 313:4 |
| ——————— | 346:7 | | 314:6 |
| **O&m** 339:8 | 491:7 | **occurs** 298:4 | 315:22,25 |
| **O'CARROLL** | **observations** | 307:2 | 322:11 |
| 440:17,19 | 362:23 | 326:25 | 323:21 |
| 443:3,6 | **observe** | 362:11,12 | 352:19,20 |
| 444:2,5, | 301:6,15, | 364:8 | **Oostanaula** |
| 17,20 | 18 | 365:13 | 369:21,24 |
| 445:16,19 | **observed** | 376:24 | 370:2 |
| 446:14,18 | 485:16 | 408:7 | 371:6,16 |
| 447:2,5 | **obtain** 490:7 | 495:11 | 381:25 |
| 449:12 | **obtained** | **October** | |
| **O.C.G.A.** | 383:8 | 406:19 | |
| 497:14 | | | |

384:19,23
385:3,6
394:12,21,
25 395:3,
23 416:7
423:25
426:22
429:4
438:23
442:21,24
459:22
460:8,10,
19,20
461:18
463:25
464:15
467:7,14,
23 473:24
474:17,20,
22 478:7

Oothkalooga
385:9

open  436:13
476:24

operable
308:8

operate
359:11

operated
304:14
305:15
358:25

operates
369:6

operating
323:24

334:17
403:7
425:11

operation
304:20,25
305:1,9
390:2
402:24
424:2,6
487:16

operational
338:25
339:8
424:18

operations
338:24
410:11,12
438:12
439:3

operative
323:11
462:17
486:3

opine  301:19
384:5

opined
445:21
454:18
462:25

opinion
298:14
299:3,5,8
300:16
303:18
305:16,24

308:22
311:2
314:7
315:5
316:3
324:12,14
325:12
327:24
328:3
334:10
342:10
345:13,14
346:17
349:5,16
353:13
354:4
360:7
361:15
376:19,23
378:3
383:13
390:8
391:15,19,
21 393:4
401:3,5,6,
8 407:22
423:3
424:10
446:11
456:25
484:13
486:1,14,
16 487:8
494:1

opinions
289:14,17
294:24
296:24

316:19
339:13
361:10,14
367:9
377:3
383:25
384:1
392:6
398:14,18
409:1,9
429:19
430:10,12
441:7
442:3,11

opposite
476:8

option
318:22
321:21
345:13,15

options
317:15
318:3
321:19
322:14
340:4
341:17
397:25

orange
390:25
391:3

order  304:6
312:19
316:8
321:18
355:2

356:8
364:19
365:16
372:13
407:19
463:15

organic
312:21
415:2,6,8

organized
367:24

orientation
328:19

original
290:21
291:6
299:3
302:12
352:3
359:5
372:6
374:15
380:9
382:9
390:12
401:11,17,
24 406:1,7
413:10
420:8
423:15
429:21
430:14,16
451:20
452:5
460:22,24,
25 466:10,
14 467:18,

19 468:2,
18,23
475:4,5,20
484:6,8,
10,16
492:9
494:22,25

originally
458:5
461:19
475:4

originate
472:11

originated
301:20

originates
386:3

osmosis
340:13,17
342:3
368:21
369:3,13
370:20
479:24

outcome
304:12

outfalls
336:9

outlier
433:12

outliers
433:15,17,
23

outline

492:18

overburden
328:11
376:24
377:5
391:10,23
392:14
488:21

overestimate
358:6,10

overestimated
476:13

overflow
345:21

overlain
393:10

overland
306:5,8,
10,18
307:6
376:3
404:8,16

overloading
404:7

overly   328:1

overriding
483:5

overstate
443:23

oxidation
340:15

oxidizable
437:18

**P**

P-F-A-S
287:11

p.m.
396:20,24
432:17,20
440:10,12,
13,14
480:14,17
496:12,14

pages   423:18
430:9
437:4
452:2
464:2
498:8

paid   479:1

Papadopulos
290:17

paper   288:21
319:5,9
437:5,11
438:10
439:5,8,
11,12,14,
17,19,22
482:5,9

papers
481:21
482:7

paragraph
290:12
291:19,22
292:1

296:5,7
298:18
302:3,4
308:5
334:9
335:23
338:11,20
351:14,15
354:8,9,24
356:8,16
381:23
384:14
394:1
397:6
414:5
422:17
443:7
457:9
463:22
471:20
482:24
491:4

paragraphs
338:20

parameters
389:18
423:22
493:24

paraphrase
397:21
457:12

paraphrasing
418:14

parlance
296:1

part  294:19

306:3
309:14
325:12
344:4
345:15
383:18
388:5
397:7
401:16
406:21
452:11
465:3
466:9,17
486:14
490:11

partial
321:21,23
347:18

partially
344:23

parties
285:22
450:8
497:8,19
498:12,14

parts  306:14
394:16,17,
22 441:20

party  497:7,
16,20

pass  440:3

passing
349:8

passive
348:11,20,

23 349:6,
11,19

past  303:11
307:21
320:13
350:19
358:25
382:10
470:1
485:1

Pate  290:7

path  326:24
342:20
343:2

pathway
343:18,23,
25 366:16
367:5

Patterson
285:18
290:2,10
326:14

paucity
383:22

Paul  292:13

pause  306:17
341:13

PCBS  384:24

PDF  448:14
449:6
460:2

Peach  410:23
430:2
432:1

Peck
449:15,16
478:20
479:6,11
480:2

peek  424:22

pending
286:20

people  315:6
373:8
396:12
416:17

percent
355:3
356:9
358:24
371:21
372:13,14
378:8
382:6
407:20
445:9,21
447:21
448:6,10,
22 451:16
452:6
455:21,22,
24,25
478:6,15
491:16,22

percentage
371:24
420:14
445:12
451:14
464:14

474:2,20
477:18

percentages
420:4,12

percolate
392:9

perennial
327:3

perfect
351:13
447:4

perfluorochemi
cals   439:9,
21

perform
320:9

performance
310:14
338:22

performed
310:25
311:13
446:23
466:17
472:14
494:10

period
322:12
350:1,8,
11,12,14,
21  351:5,7
402:1,5
403:8
408:15,21
412:15

426:15
427:10,19
430:17,23
447:22
472:24
474:3
475:21
481:25
489:14

periods
402:24
464:13
474:4

permeability
323:4
327:17,18
333:16
377:13
392:13
393:1,4

permeable
347:2,4,6
349:10
376:20
377:8
393:11

permissible
287:14

permit   308:7
309:1
330:25
336:9
422:24
436:9

permits
331:4,7

335:25
336:3
411:4

permitting
330:24

persistence
493:17

personal
293:19

personally
294:8,18

perspective
343:17

pesticide
439:2

pesticides
438:15,18

Pettiet
406:20
407:13

PF-   324:15

PFAS   287:9,
11  292:1,
7,15,24
298:3,7,
20,23
299:9
300:17
302:21
303:17
304:1,16
305:13,20,
24  314:25
315:10

317:22
318:24
319:11,16,
18 320:6
322:9,11
323:1,25
324:22
329:5,14,
19 330:10
331:15
338:11,13,
23 339:19
340:23
342:15
343:7,20
344:16
351:4,6,12
353:13,17
354:4,8,16
361:11,16,
24 362:3,
8,10,17,19
366:5,22
367:1
368:21
369:4
370:11,15,
20 371:1,4
374:3
375:8,14
380:24
381:5,13,
25 382:16
384:16
385:2
386:9,14,
23 387:11
388:9

389:1,12
390:18,20
391:17,20
397:23
398:9,17
399:2
405:16
408:12
412:9,16,
21,24
413:16
414:6,22
415:9,14
416:2,21,
25 417:10
423:5,8,
12,16
427:8
428:23
437:6,19
438:12
442:24
443:11,23
445:13,22,
24 447:16,
21 448:7,
18,20,24
449:3,4
450:19
454:10,24
455:10,16
462:5,14,
22 465:13
468:24
469:2,7,
10,20
470:24
471:2,3

473:13,18
474:9
479:18
481:5,7,
16,20,22
482:11
484:3
491:8,23
494:2,4,5

**PFAS-BASED**
442:17

**PFAS-
CONTAMINATED**
292:4

**PFAS-FREE**
305:17
359:12,17

**PFBS**   394:8,
15,19,21
395:21,23

**PFHXS**   394:8
395:19

**PFNA**   394:8
395:20

**PFOA**   287:13
293:2
323:1,19
324:6,16,
17,18
325:2,5,
17,18,20
330:21
351:19
352:4,24
353:7,16
355:1,4

358:22
359:24
360:3
364:22,23
365:9,24
366:3,9
374:16
380:23
382:23,25
389:8,12
395:4,8
411:23
412:6,22
454:18
455:5
456:2,13
462:7
463:5,24
469:11
472:8
478:6
493:18

**PFOS**   287:13
293:2
323:1,18
324:5,15,
17 325:2,
4,16,18,21
330:21
351:19
352:4,9,
15,17,21,
24 353:6,
16 355:1,4
358:22
359:25
360:3
364:22,23

365:10,24
366:2,9
374:16
380:23
382:23,25
389:8,12
395:4,8
408:19
411:23
412:6,22
438:15
454:18
455:6
456:2,13
462:7
463:5,24
465:18
469:11
472:8
478:7
493:18

**phased**
351:18

**phases**   323:4

**phenomena**
417:6

**phenomenon**
417:4

**phrase**   303:3

**physical**
319:1
321:20
333:11
494:7

**physical-based**
333:15

pick   464:24

picture
  363:11
  418:5

pictures
  418:3

pilot   322:1
  337:16
  338:6,21
  479:20

pipes   335:18

piping
  335:10,14

pit   392:19,
  21

place   298:2,
  5  313:19
  316:14
  344:13
  364:21
  368:17
  370:20
  452:11
  473:21

placement
  335:9
  349:18

places   298:5
  377:12,18,
  24  481:18

placing
  317:10
  319:13

plain   464:5

plaintiff
  492:11

plaintiffs
  289:20

plan   297:24
  302:6,11,
  13  303:4,
  13  304:19
  308:11
  309:14,21
  311:8,10
  321:15,21
  334:2
  344:22
  369:8
  373:25
  374:5,23
  383:15,25
  399:18,20
  446:3
  482:18

plans   450:5

plant   334:11
  370:16
  429:3
  444:22
  445:2,8
  470:11,19,
  24  471:7
  479:14
  495:10

plants
  334:12,14
  335:10
  336:6
  422:16

445:3
495:12

Plate   452:1,
  4

plot   435:14

plots   435:6

plotted
  427:24
  428:1,14

plotting
  428:15

plumbed
  335:14

plumbing
  335:20,21

plume   312:23
  317:25

point   297:16
  298:15
  299:6
  308:1
  337:4
  363:10
  406:2
  417:21,25
  424:16
  444:4
  450:17
  457:4
  471:17
  472:21
  479:3
  482:3

points

355:21

Polecat
  476:7,19

polychlorinate
d  384:24

ponds   399:8
  400:2

pool   379:8,
  12

Poolesville
  292:19,23,
  25  293:1
  479:15

Poolesville's
  293:6

portion
  321:16
  391:3
  403:21

portions
  376:15,16

portray
  484:2

position
  300:1

possibility
  346:22
  453:11

possibly
  399:16

potential
  303:4
  319:10,20

334:13
369:19
387:17
388:23
389:14
403:19
415:9
417:4
422:15
442:25
449:3
469:20,25
470:19
489:20
490:12

**potentially**
358:3
370:17
481:13

**pound**  431:5

**pounds**  431:1
447:18,23
448:21,22

**pour**  379:8

**power**  360:16
424:23
444:22
445:2,8

**practical**
321:6
401:10

**practicalities**
304:5

**pre-ri/fs**
314:14

**preceded**
453:9

**preceding**
289:5
472:2

**precipitation**
306:19
307:3
317:8
326:23
343:8
350:4
400:17
402:7,17
408:6,7
409:16,23
427:19
452:17
453:9
457:16,22
462:4,15
471:24,25
472:2
473:4,12,
14  475:21,
25  489:12

**precipitous**
434:22

**precise**
308:1

**precursor**
390:8
412:21
413:2
437:18

**precursors**

324:15
411:24
412:24

**predict**
433:10

**prediction**
330:7

**predominant**
342:20

**predominantly**
462:2

**preface**
429:20

**preliminary**
485:24

**premise**
324:11

**preparation**
290:13,24,
25  296:8
466:18

**prepare**
288:23
323:17
329:17
334:16

**prepared**
289:6
291:13
303:12
319:6
359:5
382:8
401:24

402:8
403:4
406:1,7
407:14
430:20
441:12
458:7
468:3
483:11
485:2

**preparing**
289:3
291:14
293:25
492:9

**presence**
438:12
495:18

**present**
302:5
309:13
324:16
333:5
358:3
403:16
494:5

**presentations**
297:20

**presented**
302:12,23
359:16

**presumes**
399:18

**presumptive**
315:24
316:5,8

317:4

presumptive-
type  316:2

pretty
340:20
377:25
430:13

prevented
306:4,5

preventing
345:17

previous
304:23
371:7
380:2
454:22
470:14
474:11

previously
294:10
304:18
310:13
311:4
330:13
342:19
408:17
458:7
465:5
489:1

price  398:1

primarily
307:4
309:7
312:21
351:4

484:11
489:11

primary
304:25
338:21
352:21
409:21
451:7

printed
435:21,23

prior  295:23
304:16
305:24
309:9
312:3,11,
25  313:1,
22  320:19
351:18,21
352:25
403:14
404:23
411:25
412:13

problem
306:5
387:8
409:13

procedure
459:22

proceeding
317:21
480:7

proceedings
331:1

proceeds

291:18

process
295:3,4,9,
12,15,18,
22  307:17
312:5,8,12
313:1,10
314:10
333:21
482:21,22
485:23
494:7

processes
323:11,12,
15  355:2
484:3
485:15,19
486:3

produce
383:15
437:2

produced
411:4
431:10
444:7

producing
446:1

product
329:22
330:1
420:10
430:22

products
351:17
411:24
419:7,11,

16,19
420:2,9,
15,20
430:16
431:1
433:12
434:12
442:17
443:23
448:18
454:19

program
428:19
466:3

progressed
386:22

prohibited
497:14

project
294:20
295:16
302:24

projects
291:22,25
294:21
295:10

prompt
351:10

pronounce
439:7

propensity
416:22

properly
366:11

properties
  490:10

property
  490:2

proportion
  321:17
  352:16

proposal
  329:8,15
  338:6
  341:21
  373:1
  399:7

proposals
  394:4

propose
  316:22
  318:19
  321:16
  330:17
  334:3
  488:23

proposed
  293:2,3,5
  297:24
  304:11
  309:21
  311:7
  329:5,12,
  21  330:6
  334:3
  338:21
  339:11
  342:4
  348:4
  368:24

374:6
375:20
380:23
381:3,11
383:3,7
394:17
399:8
400:15
455:1
487:14,24
488:9
489:22

proposing
  341:25
  346:13
  373:6
  382:12
  487:22
  488:17

proposition
  423:7

prospect
  486:10

protect
  329:13,18

proven
  397:11
  399:1

provide
  308:6
  319:16
  356:9
  385:24
  411:6
  415:25
  437:1

461:20
466:5,7
467:3
479:3
496:4
497:12,15

provided
  338:8
  359:4
  368:22
  381:14
  401:16
  402:2,9,21
  411:11
  436:15
  466:9
  492:5

providing
  345:1

provisions
  491:18

proximity
  423:4

publications
  297:20,21

published
  319:9
  417:3,5
  438:8
  481:21
  483:12

pull  299:17
  337:25
  437:21

pulled  410:6

pulling
  432:6
  468:19

pump  318:21
  424:21

pump-and-treat
  317:24
  345:23

pump-dry
  399:9

pumped
  402:25

pumping
  399:13

purchase
  431:13,23
  433:18,20
  434:9
  443:24
  444:6,13

purchased
  443:23
  447:16,21
  448:21

purchases
  433:12
  448:20

purchasing
  444:7

purpose
  290:22
  308:5
  310:18
  315:14

329:1
401:10
454:14

purposes
291:10
308:11
311:1
316:19
322:16
326:1,4
344:9,10
357:1,12,
20 367:9
492:7

Pursuant
497:2

put   315:23
316:14
405:1
424:22
447:7
459:1
486:21

**Q**

qualitative
334:24

quality
329:13,18,
25 331:19

quality-based
331:4,20

quantifiable
316:1

quantified
314:7
362:25
378:8

quantity
443:23
471:3

question
286:20
287:1,14
289:23
299:16,19
300:15
330:2
336:16
342:23
359:13
371:7,11,
15 380:2
381:8
404:3
406:9
409:6
425:15
455:14,15
459:5,14
467:24
478:18
483:5
486:18
491:1,10

questioned
408:17

questioners
367:23

questioning

440:4
441:19,24
442:6
455:8

questions
286:13,23
298:1
308:1
337:4
348:13,18,
19 367:14
368:5
383:12
389:23
399:5
410:9
423:19
432:25
436:3,5
442:14
449:20
454:13,22
458:17
469:6
475:9
478:1
479:7
492:13,17,
19 496:9
498:6

quick   326:10
360:13
393:24
410:4,9
477:1
480:6

quickly

377:25
413:9
436:1

quote   299:24
302:12,13
316:5,6
326:24
351:14
411:22

quote/unquote
407:24

**R**

Rabah   441:13

Radney
367:17,19
368:1
369:17
370:5
384:11,14
393:21
394:1
396:1,11
397:1
405:13,15
411:18,21
413:8
422:5
425:17,19
432:15,22
435:13,15,
18 437:7,
10,13,22
438:3
440:1
446:1

```
450:24                ratepayer           308:2               404:5
452:24                  369:12            311:13
492:15,23                                 338:8             rebuilt
496:6                 ratepayers          339:24              403:10
                        368:22            387:19             404:6
Rafferty                369:5             434:1
  291:7,12              398:10            438:5             rebut  464:3
                                          462:11
rain  373:20          rates                                rebuttal
  402:13                404:13,15,      readily              288:1,12,
  423:24                18,23             397:11             23 289:14
  452:17                421:13,18                            290:23
                        457:17,18       reads  302:4         291:10
rainfall                462:15            318:24             296:24
  350:10,14,            467:7,22          323:23             297:24
  18,19,21,             468:1                                299:2
  24 374:20             497:19          real  301:12         302:18
  401:22                                  413:8             304:24
  402:19              ratio  474:18                          310:3
                                        reality              316:20,25
raining              re-  404:5           453:3             340:2,24
  399:10                                                     341:3,14
                     re-provide         realize             349:23
raised                 466:10             367:23            359:21
  383:11,24                                                 363:6
  441:12             reach  286:16      realized            368:4
                       320:10             430:20            371:19
range  338:23          337:4                                374:14
  348:21               343:21          reason               379:25
  364:17               470:13,21          295:14            380:8,16,
                                          304:25            22 382:22
rapid  367:6         reached              336:4             383:19,21
                       390:2,3            337:2             390:13
rapidly                407:23             345:9             397:2
  366:16                                  427:15            406:16
  386:9              reaction             442:5             407:15,16
                       333:19             476:11,12         426:11
rate  399:13                                                432:24
  403:8,24           reactive          reasonable           439:18
  453:19               349:9             322:12             441:2,11
  457:14,22                              422:2
  459:12,17         read  291:15         462:7
  467:11,14           300:2
  493:5               307:21           reasons
```

442:2,10,
15 443:21
446:24
448:3,11
449:11,22
454:9,16
468:4,13
475:19
481:2
484:15
489:10
491:1
492:7
494:22

**recalculated**
475:22

**recalculation**
444:21,24
445:21

**recalculations**
349:24

**recall**
355:18
356:1
359:13
361:10
364:13
366:17
390:3
439:11,12
440:21
441:3,7
443:25
446:22

**received**
288:8

341:15

**recent**
381:5,13
482:5

**recently**
341:15
387:20
441:11

**recess**
326:17
361:1
396:22
432:19
440:11
480:16

**recitation**
383:10

**recollect**
292:9
300:14
356:6
381:15
394:23
404:22
412:11,25
416:12
429:6,7,8,
9,12
438:20

**recollection**
301:17
382:24
407:19
410:22
414:24
428:6

433:25

**recommendation**
479:19

**reconfirm**
361:6

**reconvened**
440:12

**record**
326:16,19
360:25
361:3
396:17,21,
25 432:18,
21 440:7,
10,15
452:5
480:15,18
490:22
496:11

**recorded**
402:6
415:13
426:17

**records**
402:19
409:23
425:11
429:1
431:14,17,
22,23
433:18,19,
21 435:7
436:13
443:25
444:6,13
447:11

**recreational**
369:21

**redesign**
377:20
404:11,19,
23 405:1

**redesigned**
403:10,23

**redischarge**
304:16

**reduce**    317:7
333:15
395:9
491:8

**reduced**
306:8
404:18
498:7

**reducing**
303:25
344:16
491:8,11

**reduction**
492:2

**refer**    296:2
298:12
300:22
340:14
344:24
363:17
373:9
423:2
444:21

**reference**
290:6

291:6
298:3
337:15
363:18
377:17
383:13
384:15
419:7
420:1,18
422:14,19
428:14
486:9

**referenced**
300:7
389:5
390:18
419:10
437:10

**references**
432:4
494:20

**referral**
497:7,17

**referred**
340:13
408:18
444:4
465:5
477:16

**referring**
298:18,19
300:23
306:7
331:8
376:11,14
395:12

444:6,10
449:21
451:19

**reflect**
448:23

**reflecting**
481:14

**refresh**
363:2
410:24
420:16
431:8

**regenerated**
387:24
388:11

**regional**
335:1,4,8

**regularly**
286:19

**Regulations**
497:3

**regulatory**
329:4,9
330:9,14,
21  383:14
394:2

**reinstalled**
403:23

**Reitman**
351:14

**rejected**
304:25
316:18
321:19

342:12
345:10

**rejecting**
322:14,15,
16

**relate**
419:10

**related**
292:15
299:9
319:25
363:11
369:20
408:6
435:3

**relates**
327:12

**relating**
384:20,24
385:2
428:18

**relation**
310:15
368:8,11

**relative**
310:14,20
315:16
325:21
327:25
375:4,15
395:4
408:7,22
417:7
420:4
423:20
426:22

488:25

**release**
295:19
313:4
314:6,8
366:9
373:21
424:21

**released**
482:13

**releases**
292:15
319:23
324:12

**releasing**
494:1,3

**relevant**
323:8
426:14
442:3,11
447:22

**reliability**
348:14

**reliance**
290:22
372:7

**relied**
290:13
291:11
294:24
296:6,24
297:4
311:8
484:25

**rely**   293:8

328:2
444:12
484:23

remain
493:12

remainder
371:11,14

remaining
374:17

remedial
292:20
293:25
294:5,6,
19,23
295:2,23
297:24
302:6,8,
11,13
303:4
306:3
308:11
309:4,14,
15 311:7,
10,11
312:3
313:9
314:12,20
321:15,21
332:3
334:2,3
344:22
347:20
371:20
372:11,15,
19,22
373:1,25
397:8

450:5
482:18
487:19
490:9
491:15,19

remediate
386:15
387:10

remediating
291:18
370:5,10

remediation
292:4
293:23
294:14
295:8
303:13,23
309:6
369:14
370:25
374:23
383:15

remedies
303:5
315:24

remedy
303:18
304:7
306:4,7
308:8,13,
20 309:1
310:22
314:2,23
316:2,5,9,
23 317:4
322:17

335:6
346:13
347:19
486:15
487:9,14,
15,21,23
488:2,4,9,
13,17,23
489:3,6,
18,22
490:1,3,8,
15,17
491:5,21

remember
304:22
309:17
330:25
372:1
410:23
420:11,14
428:9
455:20
470:1
477:15
478:13
485:21

remotely
285:24

removal
296:1
338:12,13
339:19

remove
345:23
398:9

removed

461:22

removing
397:23
398:17
399:1

repeat
342:23
459:6

rephrase
287:1
293:15
489:4

replaced
349:15

replacing
349:16

replow    337:8

report
288:2,12,
16,23
289:1,2,3,
5,14,19
290:13,21,
23 291:6,
10,13,14
296:9
297:1,2,5,
13,25
298:3,5,
14,19
299:2
300:8
302:5,7,
12,19,23
303:12,14,

24 304:24
306:19
309:4,13,
15 310:4
314:21
315:18
316:20,25
322:25
323:14,17
325:16
326:6,21
340:2,5,
22,25
341:3,14
342:8
348:9
349:23,25
352:3
353:13,23
359:6,21
361:7
363:6
368:4
371:19
372:6
374:14,15
379:25
380:9,16,
22 382:9,
22 383:19,
23 390:13
392:23
394:5
397:2
399:21
401:11,25
402:8
403:4

406:2,8,16
407:15,16
410:2
413:10
418:4,15,
16 419:10
420:8
423:15
426:11
429:15,21
430:14,16,
19,24
431:20
432:24
436:18
437:11
440:22,24
441:2,6,12
442:2,10,
15 443:2,
21 446:24
448:3,11
449:11,22
451:20
452:2
454:9,16
455:13
460:2,22,
25 461:1,
19,22,25
463:23
464:2,16
465:6
466:18
467:18,19
468:2,5,
13,18,23
471:18

474:25
475:4,5,19
477:16
481:2
482:15
483:7,12,
15 484:6,
8,10,15,16
485:2
486:10
489:10
491:1
492:7,9
494:22,25

**reported**
355:17
395:25
415:12
468:6,7,8
472:9
474:16
498:5

**reporter**
285:10,14,
23 497:4,
6,11,16

**reporter's**
497:7

**reporting**
330:21
497:3,5,
12,15,17

**reports**
289:6,9
294:1
303:9

355:16
361:6
376:8
392:19
411:12
439:15
441:9
458:6
461:6
495:22

**represent**
287:11
338:5
391:2
440:19
447:14
448:17
449:18
498:9

**representation**
484:14

**representative**
350:18,25
355:19
406:6
416:15
481:21
497:11

**represents**
390:23
391:3,9,16
447:6

**request**
286:20
436:12,13

**require**

305:12
383:2,5
484:20

**required**
290:21
322:2
346:4
349:14
486:16
487:3,11

**requirement**
312:10

**research**
302:19
341:9
384:15
386:13
387:21,25

**researchers**
388:6
438:10

**resemble**
495:8

**reservoir**
354:8,16
424:21,22
445:4,7

**residence**
353:1,4,5,
17,19
354:2
364:10

**resides**
322:10

**residues**

312:22

**resin**  388:25
395:16

**resin-type**
388:15

**respect**
347:15
443:19
483:16
484:6
486:9
487:18
489:2,5,25
490:12,14

**responded**
364:12

**responding**
380:1

**response**
293:16
294:3
295:1,22,
24 312:24
383:20,23
448:23
454:21
483:3
486:19

**responses**
372:23

**responsible**
294:18

**restroom**
432:13

**result**
307:4,6
328:23
333:20
347:5
351:19
358:12
366:9
406:24
418:21
463:5
472:9
473:8
485:15
488:18,19,
23 498:15

**resulted**
408:9

**resulting**
341:5

**results**
359:19
420:11
447:20
453:24
456:23
469:3

**resume**
326:10

**retain**
373:17
399:15,16

**retained**
289:20
323:1,25
354:5

355:1
489:13

**retaining**
318:18

**retardation**
361:12

**retention**
323:3
353:8
399:22
416:25

**retrospect**
323:13

**return**  376:4

**reverse**
340:13,17
342:3
368:20
369:3,13
370:20
479:24

**review**  297:1
299:15
355:9
361:5,7
379:23
402:15
429:10,16
430:1,11
441:14,19
446:12

**reviewed**
289:6
296:5,8,
15,18,23

302:17
314:4
328:5
338:7
356:25
379:15,17
392:18,20,
21 417:3,
5,7 424:5,
7 428:17
430:19
431:9,13
436:6
438:3
441:2,10,
11,18,21,
24 461:6
482:8

**reviewing**
303:9
440:21

**revised**
443:24
444:6,7,13
447:15
448:1
468:4

**RI** 313:11

**RI/FS** 295:4,
9,12,22
307:17,19
311:19,22
312:4,5,11
313:1,10,
19,22
314:10

**riblets**
343:11

**rigor** 311:18
355:22

**rigorous**
330:16
496:4

**river**
298:20,22
299:10
300:19,25
303:19
304:17
305:6
309:9
315:1
317:23
322:12
336:7
343:15,22
344:1
351:7
352:18,22
369:22
370:2,11,
24 371:2,
6,8,16
374:25
376:21
379:11,12
381:25
382:6,13,
16,18,24
384:19,23
385:3,6,13
386:3
394:12,21

395:3,23
416:5,7,20
418:18
423:5,6,
13,17
424:8,25
426:3,4,
10,22,23
427:13,18,
22 429:4
442:24
456:9
459:3,10,
17 460:6,
7,13,14
461:18
464:14,15
467:8,11,
14 468:25
469:3,10,
11,15
470:3,6,8,
16,21
472:9,10,
15 473:23,
24 474:17,
20,22
477:4,8
481:19,23
482:4,12
484:4

**rivers**
379:18
380:3,14
438:24
478:2

**RO** 338:14

**rocket**
312:21

**role** 291:14
293:13
308:19

**Rome** 285:5,
19 289:21,
24 290:3
368:15,20,
22 369:2,
5,11,20
370:15
374:6
375:20
381:2,6,
13,17,25
382:5,12,
18 386:1
398:8
429:11
440:20
442:24
443:1
448:19
449:4,19
455:17
460:8,10,
20 464:15
470:4,7,
11,18,23
471:7
472:9
474:2,17,
20,22

**Rome's**
370:21
398:15

427:24
428:18
429:2,4
454:19
471:7

**rotating**
405:1

**rough** 357:9
358:2
372:10

**roughly**
354:25
356:8
372:16

**round** 463:9

**routinely**
330:22

**rows** 448:5

**rule** 424:15

**Rules** 497:2

**run** 335:15

**running**
445:5
462:21

**runoff** 321:9
373:17
375:25
376:2,4,7
489:12

————————
S
————————

**s.s.** 290:17

**Sacramento**

312:17

**Safe** 329:22

**sales**
379:23,24
380:5
420:4,9
429:16,21
430:1,7,
10,13,16,
18,22
431:7,9,22
432:1,24
433:10,17,
23 434:9
435:3,7,
10,19
448:24

**salt** 379:7,
9

**sample**
355:15
407:12,13,
17,18,20
416:13,15,
17 417:11,
21,25
418:1
425:20,25
427:6
450:22
451:14
452:16
467:9

**sampled**
406:20,25
413:17,18

450:25
451:10,12
452:7,10
453:18
456:22

**samples**
355:4,9,
11,14
356:1,5
357:14
394:24
405:22
406:13
409:3,10,
24 416:10
417:13
426:15
465:7,22

**sampling**
335:24
355:23
357:13
379:21
380:12
394:20
405:17
406:1,17,
23 407:25
408:7
409:18,20
412:20
414:12,18,
19,25
416:5,6,10
418:4,12
428:21,23
450:8,10,

11,13
451:1
452:11,15,
20,23
453:9,20,
24 456:3,
8,23
459:11
465:11
467:21
468:4,6,8
469:12,14
470:2,7,
14,15
471:23
472:2,14,
23 473:21
482:10
485:17

**sand** 393:6

**saturated**
323:2
327:1
376:15
391:5

**saturation**
405:6

**save** 337:5

**scale** 292:18
332:11
341:10
344:11

**scales**
341:11

**scar** 321:11

scenario
  320:24
  359:10,15

scheme
  424:18

science
  386:8

scientific
  363:13,18

scope  339:18
  381:21

screen  288:6
  315:12
  338:5,10
  355:12,13
  433:3
  475:8

script  466:2

scroll
  354:12
  384:11
  405:13
  411:18
  425:17
  435:15
  444:18
  445:17

season
  463:13

seasonally
  349:4

second-to-last
  354:25

seconds

410:5
476:23

section
  296:9,13
  297:14,23
  306:25
  309:12
  310:9
  329:3
  336:12
  342:9
  349:22
  351:12
  354:7
  355:6
  360:14
  363:7
  385:15
  429:15
  431:20
  432:23
  436:6
  460:3
  464:8
  467:1
  475:18

sections
  299:1

sectors
  410:16

sediments
  371:5,15

seeking
  337:16

seepage
  301:18,20,

24

select
  310:22
  419:13

selected
  319:22
  395:17

selecting
  308:13

selection
  308:7
  309:1
  387:23

selective
  387:22
  388:9,13,
  18  389:1,
  5,12,13

semantics
  343:4

seminal
  494:4

sense  294:2
  316:1
  321:11,13
  323:19
  333:14,20
  335:15
  347:7
  353:18
  367:2
  452:10
  461:7,10,
  20  473:7

sensitive

490:12,13

sentence
  291:16
  298:6
  302:4
  306:24
  309:11
  322:24
  323:23
  341:13
  351:16
  354:25
  358:20
  382:3
  384:15
  386:7
  481:4,15
  482:16

sentences
  315:12

separate
  379:23
  486:21

separation
  341:8
  388:2

September
  286:7,11
  299:14
  330:23
  336:16
  337:11
  480:23

Sepuulvado
  439:6

series
  297:25
  317:1
  492:17

services
  497:6,12,
  16

set  295:12
  303:6
  330:20
  337:3
  406:11
  414:14
  454:22
  460:5
  461:16
  476:13

set-up  354:9

sets  406:8
  431:16

setting
  495:4

sewer  370:21

shale  327:22
  376:11

shallow
  344:20
  345:11
  356:5
  358:13
  377:8,12
  378:5,9
  400:19
  401:1
  414:25

415:6

shallower
  415:2

share  307:13

Shaw  431:14
  443:24
  444:6,7,13
  447:10
  448:1

sheer  378:22

sheet  466:9

sheets
  411:7,9

shipped
  398:10

short  322:20
  343:24
  439:14

short-term
  322:17

shorter
  353:8,21
  364:12

show  354:15
  411:7
  427:16
  433:17
  459:24
  473:20

showed
  340:12
  403:7
  415:18
  429:10

465:6

showing
  423:12
  428:7
  434:8
  435:19

shown  360:9
  394:21
  427:21

shows  335:21
  418:12
  447:17
  448:16,20

sic  291:5

side  384:3

significant
  291:14
  297:16,19
  302:19
  306:10
  322:3
  348:13,18,
  19  379:3
  391:19
  401:8
  417:17
  430:15
  438:22
  449:2
  457:1
  462:18
  463:13,14
  470:6,18
  473:7
  491:7
  492:2

significantly
  303:25
  333:15
  360:5,9
  402:24
  434:18
  488:4
  491:8,11

silt  393:10

similar
  317:24
  352:11,12
  359:15,20
  374:13,19
  397:15
  408:21
  416:4
  422:2
  455:14,15

simple
  314:23
  364:25
  365:6,23
  397:21

simply  306:4
  350:7
  373:1
  401:19
  433:9

simultaneously
  339:20

single
  452:21
  481:7,16

sir  409:8

483:10
485:8

sit   385:3

site   292:5
293:23,25
306:14
308:8,20
312:4,11,
15,16,17,
20,24,25
313:3,8,
12,16
314:1,2,5
320:1
322:23
332:24
335:13
345:14,25
357:6
376:19
400:3
436:9,24
437:5
450:9
483:17,22
484:12,17,
19,22
485:5,7,
11,14,20,
24 486:2,
3,5

site-specific
450:4

sites   291:18
292:7,9,12
293:14
294:9

295:18
312:2,5,8,
13 313:6
315:24
319:23
332:10
400:15
422:25
428:8,10,
13 429:11,
12 481:22

sitting
484:18
485:3,23
487:7

situ   333:6

situation
473:25

situations
328:22

six-year
350:13,21

sizing   400:1

slight
354:13

slightly
459:14
468:12

slow   367:7
377:6

slower
361:16

slowly
361:11

sludge
351:20
352:25
403:22

sludges
370:17

slurry
342:9,11
343:7
344:5,7,8,
14,20,24,
25 345:12,
16,18,20,
21,22,24
347:23
348:2,6

small   319:23
321:17
327:2,19,
25 332:10
347:11
352:16
375:3,13,
14,18
377:6
379:2
401:5,9
408:16,22
426:21
427:4,11,
16 462:9
489:10

smaller
312:18
481:24

Smith   285:20

286:5
287:22
288:5,10,
15 289:22
290:9,11
296:12,14
299:12
300:20
306:23
307:1,12,
16 308:21
315:11
317:5,7
326:8,13,
20 332:2
336:13
337:9,10,
23 338:4
354:11,14
360:12,19
361:4
366:4
367:13
389:24,25
397:8
414:4,11
450:23
479:14

soil   327:1
333:2
344:4
355:4,9,
10,14,18
356:2
357:13
376:13
377:5,8
378:6

404:1
414:13,19,
22 415:15
439:9

soils  326:25
333:5
404:7
414:6
415:2,3,6,
21 438:17

sold  419:18
420:5,6,10
421:6,19
431:2
443:11
449:4

solely  293:8

solid  323:3

solve  306:5
387:7

solvents
312:21

someplace
474:15

sort  383:21
389:17
392:6
411:21
416:3
422:16
434:2
458:25
479:22
483:5

sounds

326:13
333:11
441:22

source  293:7
298:15
299:6
312:20
313:2
332:5
352:21
357:4
363:10
382:19
383:6
423:5
470:6
481:7
497:7

sources
422:13,15
442:24,25
449:2,3
460:9
470:1,19
481:14,16,
18,20,23
484:3
486:2

space  314:12
321:12

span  351:4

spans  320:1,
2

sparse  357:6

spatial
416:11

spatially
393:5

species
490:16

specific
287:13
294:19
295:14
299:15
310:15
314:14
328:25
353:6
357:3
361:18
362:8,22
363:13,20,
22 372:9
383:18
412:16
420:19
458:15
465:19

specifically
293:13
298:19
361:24
362:3
395:12
410:20
419:7
421:8
435:3
454:17
481:3
485:2,21

specifics
331:13
474:25

specimen
495:23

spelling
291:2

spent  289:3

spikes
427:25
433:13
434:8

spillway
373:21

spoke  445:25

spoken  368:2

spot  469:14

spray  307:3
359:11
365:24
378:4
404:16
457:15

sprayed
305:17
343:18
352:6
353:7
354:5
359:12
362:5
364:22
366:12,15
377:14

402:5,25
408:13,20
412:13
418:12,25

**sprayfield**
403:17

**sprayfields**
301:4,7,8,
10,11,13,
14 335:18

**spraying**
301:21
305:25
354:1,17
362:11
364:8,21
366:1,8
392:7
399:23,24
400:5,10
401:14
403:22
405:6
408:3
409:16,17,
22 412:14
418:19,22

**sprays** 392:8

**spreadsheet**
401:16
402:15
444:7

**spreadsheets**
444:11

**Spring**
425:21

428:23

**sprinkler**
403:15,25

**sprinklers**
405:2,3,7

**spurring**
399:19

**SSP&A**
290:14,24
291:17
292:3
293:22
295:8
337:12
491:6

**SSP&A's**
293:14,19

**St** 292:13

**stabilization**
333:7

**stable**
434:16

**staff**
290:13,22
337:11
491:6

**stage**
485:24,25

**staggering**
346:4

**stand** 302:11

**standard**
295:12,15

311:21
314:10

**standards**
293:3
329:13,18,
25 331:19

**start** 288:22
309:11
346:8
366:1
377:23,25
404:4
449:21

**started**
291:15
320:16

**starts** 364:9
386:8

**state** 292:16
324:1,3,5
326:2,22
364:20
366:7
390:3,13
407:24
410:24
430:2
432:2
442:16
449:25
450:3
454:9
462:16
472:4,13
474:11
498:1

**stated**
303:25
304:19
311:4
336:4
357:2
390:12
433:9
498:5

**statement**
297:7
300:2
356:7
395:12
398:3
412:2,3,4,
5 418:11
473:5
474:13,15

**statements**
298:17
412:4

**states** 481:8
497:4

**stating**
473:17
497:5

**station**
426:18,19
459:18

**stations**
402:19
426:12

**stay** 310:7
317:2
326:20

490:22,23

steady
 324:1,3,5
 326:2
 390:3
 407:24

steady-state
 324:23
 325:1,24
 326:4
 351:25

stem  426:2

step  421:23
 422:4

steps  314:8
 368:25

stipulate
 285:22

stop  303:18
 313:3
 314:8,23
 315:21
 316:5
 322:11,19
 377:3
 412:1

stopped
 418:19

stops  399:19

storage
 367:2
 424:15,21

stored
 335:16

storm  373:18

straightforwar
d  349:1

strata  378:6

stream
 305:5,22
 307:2,5
 318:16
 328:13,23
 344:12
 346:19,23,
 25  347:1,
 8,9,10
 352:10
 365:25
 366:16
 367:4
 377:25
 400:6,18
 409:7
 417:18
 462:1,5

streamlined
 286:15

streams
 298:21,24
 300:21
 301:19,24
 302:21
 303:16
 304:14
 305:3,13,
 14,20
 306:2
 309:8
 318:10

322:6,20
 324:18
 327:3
 328:21
 341:12
 344:17
 346:9
 358:23
 362:6
 364:24
 366:2,9
 367:6,7
 377:15
 378:1
 399:14
 401:1
 408:5,23
 427:7,9
 450:20,25
 451:6,8,
 10,11
 452:7,10
 454:7
 462:10
 472:1,11
 476:5
 486:7
 489:22
 493:22

stretch
 470:6,10

stretches
 385:16

strictly
 435:7

strike
 345:10

404:4

strong  425:1

strongest
 412:5

strongly
 484:13

structure
 318:18
 388:22

structures
 373:6

studies
 415:13
 419:6,9
 420:19,25
 421:8
 495:3,7,9,
 22

study  294:1
 295:3
 337:16
 338:22
 479:20
 495:18
 496:4

stuff  380:6

styled  329:3

subsequent
 470:15

subsequently
 305:12

subsurface
 301:23
 306:20

318:11
319:11
320:6
322:10
323:9,11,
19,25
324:6
325:4
342:21
343:2,9,19
344:11,20
345:12
353:9
355:2
361:17
364:15
367:5
376:5,15
378:5,9
393:3,5,16
400:19
401:1
408:4
417:7
462:3
463:3,4,7

**sufficient**
377:13

**sufficiently**
320:5

**suggest**
458:4
491:20

**suggested**
332:3
403:5

**sulfate**
340:15

**sum**  420:18
462:23
464:19,21

**summarize**
377:2

**summarizes**
363:11

**summarizing**
306:24

**summary**
307:17
479:4

**superior**
302:6,13,
15  303:3
309:14
311:10
337:18
340:6,10,
18  341:18,
21

**supplemental**
290:4

**supplemented**
290:3

**supplier**
410:12,20
431:22

**suppliers**
431:10
433:18,23

**supplies**

358:13

**supply**
292:20

**support**
291:7
335:24
492:1

**supported**
290:24,25

**supporting**
401:12

**supposed**
485:11

**Supreme**
363:24
364:19

**surface**
299:5,21
300:9,24
301:13
313:16
325:6
333:3
342:15,25
343:10,18,
24  344:17
348:21
349:3
362:13
364:8
371:21,24
372:11
373:7
374:3,4
375:4,15

392:14
414:19
415:15
417:8,14
457:8
465:7
474:19
481:8,16

**surprisingly**
297:25

**surrounded**
345:20
348:5

**surrounding**
380:14

**Survey**
426:14

**swear**
285:14,24

**swim**  370:2

**swimming**
369:24
379:8

**switch**
367:23

**sworn**  286:2

**symbols**
434:3

**system**  287:6
292:20
293:7
299:10
304:11,13
305:7

318:20,21
322:1
326:2
335:16,17,
22 337:19
340:7,19
341:18
345:23
348:14
349:6,11,
12 351:7
359:11
368:21
369:3,5,6
370:20,22
398:16
403:20,23
404:11
415:9
445:6
472:9

**systems**
305:15
334:7,17
335:1,4,8
340:14
341:6,7
348:12,22,
23 349:19
398:5
417:8
456:9
481:24

───────────
         **T**
───────────

**tab**  287:23,
25 288:7,

11 299:13
307:13
310:8
317:6
337:24

**table**  358:20
390:24
410:9
411:8
435:2
458:9,10,
11 459:20,
25 460:25
461:13,14
464:24
465:3
466:12,13,
15,21
474:24
475:4,22

**tables**
465:14

**takes**  365:17
366:5
388:20

**taking**
287:16
344:13
363:3
364:21
445:4
497:5,13

**talk**  291:12
315:23
319:20
379:22

390:1
394:7
397:4
410:8
452:13
455:2
464:18
475:19

**talked**
307:10
314:9
315:12
320:4
332:7
351:25
364:10
386:6
394:3
397:8
407:22
414:4
420:24
436:7
446:6
467:20
479:12
491:14
493:1

**talking**
299:21
300:8
312:6
353:11
369:23
372:25
385:6
388:12,14

394:2
409:8
416:16
421:3
432:23
455:3
465:2
471:20
486:11
493:11

**tap**  369:4

**Tapley**
285:16
299:7
300:12
308:14
314:16
326:11
331:22
337:6
360:18,20
365:20
367:16
369:15
370:4
396:6,18
413:4
421:21
432:10
440:7
479:5,10
480:9,13
487:12
490:21
496:8

**target**
331:25

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023    Index: Targeted..theoretically

Targeted
  437:17

task  346:8,
  10  372:20

team  406:12

technical
  320:10
  424:20

technically
  320:5
  375:5
  482:17

TECHNICIAN
  437:20

technique
  365:6

techniques
  319:12,21
  341:8
  384:3

technologicall
y  315:21

technologies
  303:2
  331:10
  338:12
  339:19
  341:4,11
  387:10,16
  388:3
  397:15

technology
  322:4
  331:9
  336:19

340:23
342:5
388:5

technology-
based  331:6,
  15

tedium  287:4

telomer
  454:19

temporal
  405:23,25

ten  303:11
  356:19,24
  357:10,11,
  19  382:10
  410:5

ten-feet
  357:22

tend  415:14

tender  497:4

term  322:20
  376:1,8,10
  424:20
  496:3

termed
  295:21
  376:3

terminal
  323:25
  411:24
  412:24

terminology
  345:6
  375:23

terms  294:14
302:15,20
303:7
304:5
309:5
311:4,19
314:1
316:15
317:17
318:15
321:22
322:8,10,
18  323:17
328:5
331:12
332:22
335:9
344:15
348:3
349:1
353:6
361:15,17
363:16,19
364:14
366:18
375:8
399:20
402:7
420:21
430:25
445:24
461:12
466:16
475:12
487:13
491:14
493:7

terrible
  327:20

test  364:19
  392:18,21

testi-
  441:18

testified
  286:3
  304:18
  310:25
  330:23
  342:19
  346:1
  353:20
  357:12
  361:5
  362:20,25

testimony
  324:21
  337:7
  366:11
  441:15

testing
  322:1

text  297:2
  460:21

textile
  410:11
  445:14,23

that'll
  477:2

theoretically
  328:15
  378:24

thereto
  498:7

thickness
  356:19,24
  357:7,19,
  23  358:6

thing  389:11
  404:25
  479:13

things
  286:16
  287:4
  303:10
  319:17
  366:15
  369:23
  373:9
  377:22
  380:19
  386:14
  389:9
  396:3
  403:24
  414:8
  419:5
  427:3
  431:21
  438:14
  467:3

thinking
  304:6
  312:13
  314:19
  409:6
  474:14

Thompson

  361:8

Thompson's
  392:23

thought
  289:4,16
  318:5
  321:5
  322:6,7
  333:24
  342:22
  347:7
  348:3
  370:6
  371:13
  380:2
  438:20
  461:10

thousands
  320:2

three-year
  487:9,17

Tilton
  459:21
  460:6,7,
  13,14

time  285:7
  286:15
  287:5
  288:22
  290:20
  297:21
  303:7,23
  304:1,4,6
  308:3
  313:3,10,
  14  314:3

321:24
322:4,12
323:8,15,
16  324:7,9
325:4
326:15,18
333:16
336:20
337:5
340:22
341:14
345:8
346:11
349:17
350:1,8,
11,12
351:7
353:1,4,5,
9,17,19,24
354:2,6
360:13,23
361:2,23
362:19,21
363:5
364:6,11
365:3
367:6,15
381:20
382:8
384:6
388:7
396:8,19,
23  401:24
402:3,5,8,
9,23
403:4,8,
11,14
404:19

406:2,6
408:15,21
412:9
424:14
427:5,10,
11  432:17,
20  434:19
435:20
440:2,9,14
446:8
447:22
450:17
451:11
454:6
456:14,15,
22  457:5
464:13
468:5,8
471:21,22
472:15,16,
24  473:21
474:3,4
477:19,21
480:14,17,
24  487:5,
17  492:13,
14  493:1
495:5
496:12
497:4

times  333:13
343:11
404:6
409:4,11,
24  452:17
462:1
464:11
485:1

timing
  289:25

title  437:16

titled  447:9

today  287:25
  288:16
  298:12
  300:1
  305:21
  312:6
  368:13,18
  379:19
  381:3,25
  385:3
  386:7,12,
  25  387:3,6
  390:9
  397:9
  398:9
  403:16
  414:25
  415:24
  440:2
  449:20
  463:12
  481:7
  484:18
  485:3,23
  486:19
  487:7
  489:1,24
  491:14
  493:1,13

today's
  285:6
  288:7

told  384:21
  421:12
  452:24

top  292:9
  357:14
  372:1
  385:22
  394:2
  412:11
  428:8
  451:15
  471:20
  477:11
  478:12
  495:21

topic  398:19

topography
  466:4

topsoil
  392:10

total  352:17
  355:3
  356:16
  358:6
  426:8,21
  427:3
  437:17
  447:21
  448:17,20
  465:23
  474:19
  478:6

totally
  475:13

touch  411:19

425:17
435:16

trace  365:6

track  377:3

trade-offs
  310:21

traditional
  295:4

train  342:22
  459:5

transcript
  299:13
  497:9
  498:5,10

transformed
  494:6

transit
  367:5

transmission
  377:13

transmissive
  376:20
  377:8
  378:9

transmissivity
  393:2

transmit
  393:6

transport
  323:8
  366:15
  391:20

transported
  548:?

353:25
482:11

travel
  365:3,18

traveling
  378:4

travels
  376:4

treat  293:4
  302:20
  303:20
  304:8
  305:8
  306:1
  315:9
  317:22
  318:4
  368:21
  382:20
  395:8
  483:2

treated
  305:3,5
  313:17,18
  369:13
  400:13

treating
  304:16
  305:24
  309:8
  340:23
  348:23

treatment
  305:12,15,
  23  318:21
  334:7,11,

12,14
336:19
337:19
338:23,24
339:8
340:3,7,
10,19
341:16,18
342:1
348:12
349:19
351:17
369:3
370:16
383:2,5
384:2
397:14
399:1
420:23
422:15
429:3
442:18
445:3,5
470:11,19,
24  471:7
479:14,18
495:10,11

trenches
346:16
347:17

tributaries
298:22
300:18,25
309:10
315:1
343:12
344:2

349:20
352:18
369:22
401:14
406:14
426:4,9,21
427:4,21

tributary
298:24
300:21
301:24
336:7
343:14

trillion
394:16,17,
22

true  371:6
373:25
378:18
379:1
384:7
389:2,4
395:10
398:6
400:20,25
401:4,6
413:3,19
420:20
423:8
426:5
450:24
451:10
498:9

turn  297:23
322:22
327:9
329:3

332:2
334:5
348:11
349:22
351:11
358:19
397:1

turned  467:5

turning
290:11
356:15

two-year
373:14,18
374:20

type  311:1,
18,24,25
318:7,18,
25 319:12,
13,15
322:7
328:18
332:19
333:25
337:18
340:6,10,
19 341:6,
7,18
343:10
346:13
347:13
349:6,10,
13 351:6
365:9
388:2,16,
20,21
416:14
421:18

465:21
479:20
487:20

types  319:19
320:14
332:9
339:12

typewriting
498:7

typical
473:25
485:13

typically
296:3

_____

U

u.s.  341:16
426:14

Uh-huh
406:10

ultimate
308:17

ultimately
352:6
447:20

umbrella-type
405:2

un-  391:4

uncertainty
329:4,9
330:9,18
332:1
350:22
383:14

394:2

**unclear**
353:3
430:9

**unconsolidated**
328:1
376:16,18
391:2,4

**underestimate**
358:11

**underestimated**
475:20

**underflow**
327:22
328:13,16,
20,21,23

**underground**
393:12,14

**underlying**
446:1

**underneath**
391:7

**understand**
291:21
293:18
295:25
297:4
308:23
311:12
314:13
324:21
327:11
330:2
340:8
341:20

342:24
350:3
351:5
352:2
366:10,21,
23 368:16,
24 372:20
373:11
375:17
376:1
377:4
386:14
392:6
401:3
409:1,2
413:13
415:16
416:19
420:17
421:17
423:23
425:4,6
429:17
439:20
442:25
445:20
447:13
451:8
456:11
466:24
470:14
484:5
485:10
488:11,14
493:3,16

**understanding**
313:2
314:4

340:20
341:3,23
343:6
357:7
358:2
369:10,19
385:18
386:9,23
390:6,7
399:11
402:4
404:9,11,
21 409:14
413:14
415:5
416:1
442:23
445:10
448:15
485:15
486:5
487:1

**understood**
310:22
329:20
356:5
382:9
413:7
414:11
441:21
442:1
446:25
470:12

**undertake**
321:25

**undertaken**
316:13

**undertook**
334:22,23

**unequivocally**
354:15

**ungauged**
476:4

**uniform**
392:15
417:9

**unit**  308:8

**United**  481:8

**unknown**
349:13

**unnumbered**
452:1

**unsaturated**
319:18
323:2
327:1
356:17,18,
24 357:8,
18 358:4
391:25
416:2

**unwilling**
312:10

**update**  402:4
429:16

**updated**
297:15
402:10
429:25
475:23

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                    Index: updates..view

updates
   401:19

updating
   432:24

upfront
   286:16
   290:16

upper   327:1
   344:4
   356:4
   391:24

upstream
   385:25
   386:2
   399:15
   400:14
   425:24
   426:19
   428:10
   429:4
   443:1
   448:19
   449:3
   460:9
   465:11,20

upstreams
   450:23

urethane
   419:15
   420:13
   421:7
   422:1

urethane-based
   420:5

user   411:3

users   410:13
   413:17

USGS   425:5

usual   497:19

Utilities
   285:21
   286:11
   287:6
   289:10
   305:5,23
   308:18
   309:19
   341:15
   352:5
   361:8
   375:11
   388:4
   402:7
   406:19
   407:9
   411:4
   414:14
   448:7

Utilities'
   337:16
   338:6

utilization
   321:24

utilize
   316:16

utilized
   294:23

——————————
          V
——————————

validate

459:15

validity
   380:11

variability
   316:15
   349:4
   358:1
   402:18
   407:25
   408:2,6,
   10,14
   409:2,7,
   10,15
   417:18
   419:15
   456:24
   457:1,3,4
   458:19
   461:20
   462:9,18,
   19

variable
   346:18
   393:5
   463:11

variation
   425:1

varied   454:6
   456:20,21

vary   453:8
   454:2
   456:18

vegetated
   495:15

vegetation

495:19

vegetative
   415:7

verify
   395:18
   402:12
   472:21

versus   285:6
   337:1
   378:9
   401:1
   419:15,16
   420:5
   455:6

viable
   342:12
   344:21
   345:13,15
   348:16
   349:5

vicinity
   301:14
   409:18
   470:16
   490:13

video
   326:16,19
   360:24
   361:3
   396:17,20,
   24 432:18,
   21 440:10,
   15 480:15,
   18

view
   327:17,18

344:21
366:21,24,
25 485:22

viewed
303:14
355:24
484:2

viewpoint
430:15
462:20

views  290:1

virtual
286:19

visible
321:12

visit  450:9

visited
301:1,3,7,
8,10,13

visual
321:11

voice  442:5

volume
378:17,22
379:2
474:7

volumes
321:9
347:11
350:5,7

―――――――――
W
―――――――――

wall  344:5,

14,20,24
345:12,18,
20,21,22,
24 348:2

walls  342:9,
12 344:7,
8,25
345:16
346:2,4,6
347:23
348:6

wanted
380:4,18
383:10
385:5
390:15
405:11
410:8
411:2
413:9
415:20
416:3
419:4
421:16
425:15
494:9
495:7

Washburn
430:20
454:10
455:9

Washburn's
454:17,25
455:5

waste  302:20
305:12,14

470:24

wastewater
301:15
305:5,22
317:8
326:23
341:12
343:7
351:20
352:5,10,
14,20,24
354:17
359:25
361:24
362:3,8
364:7
365:24
370:16
399:24,25
408:20
411:25
412:7,8,
12,17,20
413:3
422:15
429:2
445:2
470:11,19
471:7
476:14
493:21
495:10,11

water  292:20
293:4,6
299:5,21
300:9,24
301:13,20,

21,22
303:20
304:16
305:11,17,
24 306:1
313:16
314:24
315:9
316:6
317:22
318:13
325:6
326:24
329:13,18,
23,25
330:1
331:4,19,
20 335:16
342:15,20
343:1,10,
17,18,24
344:3,6,8,
17,21
345:12,19,
24 347:4,6
348:22
349:3,12
359:10,11,
16 361:11,
16 362:6,
10,12,13,
16 364:8,
22,23
366:1
368:21
369:4,5,12
370:15
371:21,24

JARROD JOHNSON vs 3M COMPANY, ET AL.
Charles Andrews on 05/15/2023                    Index: water's..wrong

372:11,14
373:7,21,
24 374:3,4
375:4,15
376:11,12,
14,21
377:13,14
378:3,22
379:8
381:2,6,
14,17
382:7,19,
20 383:6
384:2,3
385:7,17
386:15
389:18
391:17
392:6,9
393:6,12,
13 394:24
397:23
398:4,6,9,
17 399:2,
15 400:3,
13,15
401:20,25
402:4,25
404:1
405:6
408:13
416:8,15
417:8,10,
15 424:11,
21 427:1,
12 429:5
445:4,9
452:16

457:8
462:2,5,
21,24
463:1,6
465:7
473:4
474:2,19
479:14,17
481:8,16
488:18,19,
20 489:13
491:16,22

water's
369:12

waters  304:8
305:8
493:18

watershed
370:18
409:19
429:4
438:23
442:21
448:25
464:20,21
465:24
466:1

watersheds
448:19

waterways
493:4
494:2

ways  295:17
302:20

website
436:19,21

week  404:14
483:12

weeks  289:2,
3

weighted
464:18,25
465:2,15,
17 466:16

well-
documented
330:16

well-
established
363:9

wells  318:8
328:7
357:9,10

wet  326:25

white  391:2

widely
340:23

width  417:18

window
487:10,17

Woodward
385:12,19

word  462:17

words  347:19
355:20
375:24
414:21
416:6
459:13
472:18

work
293:14,20,
23 294:5,
6,25
312:15
314:11
335:22
341:11
347:9
348:20
377:18,19
381:22
420:3
484:20

worked  313:6
330:25
479:14

working
313:8
388:7

workmen
410:6

works  305:23

worse
487:22,24

worth  335:7
346:11

worthwhile
335:4

wrap  396:5

write  467:2

written
484:20

wrong  377:2

**JARROD JOHNSON vs 3M COMPANY, ET AL.**
Charles Andrews on 05/15/2023          Index: wrote..zoom

390:6,10
464:5
466:11,12

**wrote**  340:22
383:24

_____

Y
_____

**year**  302:23
325:17,19
352:15
360:2,4,5
424:14
427:5,11
434:16,25
456:18
458:21
462:2
463:9
486:23

**year-round**
347:9
348:25
462:6

**years**  293:21
304:7,10
307:24
311:8
313:13
323:24
353:2
354:3
358:24
364:11
386:24
387:1,3,6
390:2

401:22
402:14
418:12
419:13
433:11
475:25

**York**  292:16
293:10

**you-all**
479:24

_____

Z
_____

**zone**  323:2
356:17,18,
24 357:8,
19 358:4
416:2,17

**zones**  319:18
323:2,4

**zoom**  447:3