# Expert Report of
# Charles B. Andrews



**S.S. PAPADOPULOS & ASSOCIATES, INC.**
**Environmental & Water-Resource Consultants**

**July 14, 2022**

1801 Rockville Pike, Suite 220, Rockville, Maryland 20852-1649  •  (301) 718-8900

# Expert Report of Charles B. Andrews

*Prepared for:*

**Attorneys for Plaintiffs**

*Prepared by:*

**Charles B. Andrews**

**S.S. PAPADOPULOS & ASSOCIATES, INC.**
**Environmental & Water-Resource Consultants**

**July 14, 2022**

1801 Rockville Pike, Suite 220, Rockville, Maryland 20852-1649  •  (301) 718-8900

**S.S. Papadopulos & Associates, Inc.**

# Table of Contents

Page

List of Figures ............................................................................................................. iii

List of Plates .............................................................................................................. iii

List of Tables ............................................................................................................. iii

List of Attachments .................................................................................................... iv

Section 1    Introduction ............................................................................................ 1

Section 2    Opinions ................................................................................................. 3

Section 3    PFAS in the Conasauga and Oostanaula Rivers ...................................... 5

            Oostanaula River at the City of Rome Intake ......................................... 5

            Coosawattee River ................................................................................. 6

            Conasauga River at Tilton ...................................................................... 7

            Conasauga River Upstream of Dalton .................................................... 8

            Tributaries of the Conasauga River in the Vicinity of Dalton ................. 9

Section 4    PFAS use in Dalton ............................................................................... 12

            Background ........................................................................................... 12

            Sales .................................................................................................... 14

                  3M Company .................................................................................. 14

                  DuPont/Chemours/Invista .............................................................. 15

                  Daikin ............................................................................................ 16

            Usage by Carpet Companies ................................................................ 16

                  Shaw .............................................................................................. 16

                  Mohawk ......................................................................................... 17

            Discharges to Wastewater .................................................................... 17

                  Wastewater Discharges to Dalton Utilities by Carpet Companies.... 18

Section 5    The Land Application Site ..................................................................... 19

            Design and Operational History ........................................................... 19

            PFAS Concentrations in Wastewater .................................................... 21

            PFAS in Surface Water and Groundwater Migrating past the LAS Boundaries ..... 21

            PFAS Mass within the LAS ................................................................... 22

Section 6    DWSWA Landfill .................................................................................. 24

$\Sigma^2\Pi$  S.S. Papadopulos & Associates, Inc.

Section 7      The Land Application Site as a Point Source Discharge .......................................... 25

              The LAS as a Treatment System .......................................................................... 25

              Treatment Processes within the LAS .................................................................... 25

Section 8      Stormwater Discharges from the LAS .................................................................. 27

Section 9      PFAS Mass Balance for Dalton Region ................................................................ 28

Section 10     Proposed Plan to Reduce PFAS Releases from the LAS ........................................ 33

              Remedial Component 1: Discontinue Operation of the LAS ................................... 34

                  Phosphorus Treatment for Riverbend and Loopers Bend WWTP Effluent ..... 34

                  GAC Treatment for Riverbend and Loopers Bend WWTP Effluent .............. 35

              Remedial Component 2: Surface Water Collection from the Closed LAS ............. 35

                  GAC Treatment for Surface Waters Diverted to Reservoir ........................... 36

              Remedial Component 3: Consolidate and Cap Historic Sludge Disposal Areas ..... 36

              Remedial Component 4: Ongoing PFAS Sources to Dalton Utilities' WWTPs ..... 36

              Remedial Component 5: Investigation and Remedial Design for Surface Water
              and Groundwater Collection from those Portions of the LAS outside of the
              catchment areas of the proposed collection ponds. .................................................... 37

Section 11     Documents Reviewed ........................................................................................ 38

**Figures**

**Plates**

**Tables**

**Attachments**

ii

**Σ²Π  S.S. Papadopulos & Associates, Inc.**

# List of Figures

Figure 1        Plot of PFOA+PFOS Concentration from 2012 to 2021 in Oostanaula River

Figure 2        Plot of PFOA+PFOS Concentrations versus Oostanaula River Flow

Figure 3        Plot of PFOA+PFOS Concentration from 2012 to 2022 in Conasauga River

Figure 4        Plot of PFOA+PFOS Concentrations versus Conasauga River Flow

Figure 5        Conasauga River at Tilton Bridge June 1, 2020 – looking downstream with shale outcrops on left bank.

Figure 6        Side-Chain Fluorinated Polymer Structure (modified from Russell et al., 2008)

Figure 7        Examples of C-8 Based PFAS used for Carpet Repellency

Figure 8        Timeline of PFAS Chemistries Used by Carpet Companies in Dalton

Figure 9        Spray Heads in Operation on June 1, 2022 and Closeup of Spray Head

Figure 10       PFOS Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins

Figure 11       PFOA Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins

Figure 12       PFOA+PFOS Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins

# List of Plates

Plate 1         Location Map

Plate 2         Carpet Related Facilities with Industrial Discharge Permits

Plate 3         LAS with Active and Inactive Spray Fields and Sampling Locations

Plate 4         Area A Sludge Spray Fields

Plate 5         Photographs of Selected Perennial Streams – June 1, 2022

Plate 6         Permitted Stormwater Outfalls with Catchment Areas (acres)

Plate 7         Proposed and Existing Collection Ponds

# List of Tables

Table 1         Concentrations of Routinely Detected PFAS in Tributaries of the Conasauga River and Streams Draining the LAS

Table 2         Select PFAS Concentrations in Wastewaters Applied to the LAS

Table 3         Select PFAS Concentrations in Streams Draining the LAS Compared to Applied Wastewater

Table 4         Estimates of PFAS Mass Discharge from LAS Spray Fields Each Year

Table 5         Concentrations in Discharge from the Old Dixie Municipal Solid Waste Landfill

 **S.S. Papadopulos & Associates, Inc.**

Table 6        PFOA and PFOS Average Concentrations and Annual Amounts in the Oostanaula River Basin

Table 7        Estimated Capital and Operation and Maintenance Costs for Remedial Components

## List of Attachments

Attachment A        Curriculum Vitae of Dr. Charles Andrews and Rate of Compensation

Attachment B        PFAS Products Sold to Carpet Companies in Dalton

    Table B-1        Products Containing PFAS Sold by 3M to Carpet Companies in Dalton

    Table B-2        Products Containing PFAS Sold by Dupont, Chemours, and Invista to Carpet Companies in Dalton

    Table B-3        Products Containing PFAS Sold by Daikin to Carpet Companies in Dalton

Attachment C        Estimated Costs of Remedial Components

    Table C-1        Treatment Plant Costs - 40 MGD Design Flow

    Table C-2        Extraction Point Dam Construction

    Table C-3        Conveyance Pipe and Power Conduit Construction

    Table C-4        Drain and Line Loopers Bend Reservoir

    Table C-5        Treatment Plant Costs - 24 MGD Design Flow

    Table C-6        Construction of Caps in Former Sludge Spray Areas

# REPORT



S.S. PAPADOPULOS & ASSOCIATES, INC.

# Section 1
# Introduction

I, Dr. Charles Andrews, and the water resource and environmental consulting firm S.S. Papadopulos & Associates, Inc. (SSP&A) were retained by attorneys for Plaintiffs to assist them in the matters of Johnson v. 3M, et al. and City of Rome, Georgia v. 3M, et al. These cases involve the presence of per- and polyfluoroalkyl substances (PFAS) in the Oostanaula River at Rome, Georgia. The City of Rome withdraws water from the river for municipal water supply and this water requires treatment to meet U.S. Environmental Protection Agency (USEPA) interim health advisories for perfluorooctanoate (PFOA) and perfluorooctane sulfonate (PFOS). I have evaluated the sources of PFAS in the river and actions to be implemented to reduce the amount of PFAS in the river.

I am employed at SSP&A where I am a Senior Principal. I am also a visiting professor in the School of Environmental Science and Engineering at the South University of Science and Technology in Shenzhen, China. I have a Ph.D. in geology from the University of Wisconsin and a B.A. from Carleton College in Northfield, Minnesota. I am a registered Professional Geologist in Georgia and have over thirty-five years of professional experience in groundwater and surface water consulting including the investigation and design of remedial actions for numerous contaminated sites. I have published many technical papers related to my professional work, and I am the executive editor of the professional journal *Groundwater*. I have participated in several subcommittees of the National Research Council related to groundwater issues. My clients have included major corporations, the U.S. Department of Justice, other U.S. governmental agencies, and state governments. I have worked on the behalf of both plaintiffs and defendants in environmental litigation matters. My curricula vita is included in Attachment A.

In preparation of this report, I have relied on staff at SSP&A. SSP&A has extensive experience investigating and remediating contaminated sites including facilities subject to Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and Resource Conservation and Recovery Act (RCRA) requirements. SSP&A is often requested to evaluate conditions and propose remedial solutions at chemically and geologically complex sites where chemically recalcitrant, and dissolved phase contaminants are present in water, soil, and sediment. SSP&A project sites have been located throughout the United States and abroad. SSP&A services have been requested in support of regulatory issues such as compliance, reporting, and negotiation; resource evaluation and management; development, implementation, and optimization of remedies for groundwater, soil, and sediment; peer review and expert panel participation to address complex issues; technology transfer; and software development. Large projects where SSP&A has been involved in remedial design include Love Canal, Hinkely Chromium site in California, Hanford Nuclear Reservation in Washington, Aerojet General in California, Onondaga Lake in New York, among many others.

In the preparation of this report, I have reviewed and/or relied upon technical reports; site documents; deposition transcripts from litigation involving PFAS releases to the Conasauga River and its tributaries; and records maintained by governmental agencies related to surface and groundwater conditions in the Conasauga, Oostanaula and Coosawattee river systems. I have also reviewed and/or relied on peer-reviewed scientific literature; publications by government

$\Sigma^2\Pi$  S.S. Papadopulos & Associates, Inc.

agencies; and aerial photography. I also visited Dalton Utilities' Land Application System (LAS) on June 1, 2022. The list of documents I have reviewed is contained in Section 11.

The documents upon which I have relied are the types of documents typically used by experts to evaluate groundwater conditions. Finally, I have relied upon my extensive education, training, and experience in formulating the opinions expressed in this report.

# Section 2
# Opinions

Based on the data and information that I have reviewed and my expertise and education, I have formulated the following opinions relevant to this matter:

1. The source of the majority of the PFAS in the Oostanaula River at Rome is from historical and current releases of PFAS from carpet manufacturing related facilities and suppliers of PFAS to these facilities in the Dalton, Georgia region.

2. Dalton Utilities' Land Application System (LAS) is a long-term source of PFAS to the Conasauga and Oostanaula rivers due to the accumulation of PFAS in vegetative matter and subsurface materials at the LAS since operations began in the mid-1980's. This accumulated PFAS is slowly being released to groundwater and surface water.

3. PFAS concentrations in surface water originating from the LAS are much greater than in the treated wastewater distributed at the LAS. This indicates that a large amount of PFAS, that is slowly degrading, exists at the LAS as the result of long-term operation of the LAS.

4. Cessation of the distribution of treated wastewater at the LAS alone will not eliminate the source of PFAS to the river systems. The infiltration of precipitation and runoff on the LAS and the subsequent discharge to surface water bodies will result in the long-term release of the accumulated PFAS to surface water.

5. The LAS is a point source of PFAS to the navigable waters of the United States. While designed as a treatment system with various components to prevent any direct discharge to surface waters, the LAS is not designed to treat PFAS, and distribution of PFAS onto the LAS results in surface discharges of PFAS to the Conasauga River and its tributaries. PFAS is also discharged to the Conasauga River and its tributaries via groundwater.

6. Stormwater discharges from both permitted outfalls and non-permitted areas of the LAS contain PFAS at elevated concentrations. The permitted point-source outfalls collect stormwater runoff from only about 62 acres of the 9,600-acre LAS.

7. Leachate from a lined RCRA Part D landfill operated by the Dalton Whitfield Solid Waste Authority contains elevated concentrations of PFAS, primarily generated from wastes from the carpet industry. This leachate has been hauled or discharged since 1996 into the sewer system operated by Dalton Utilities. The PFAS in the leachate is distributed to the LAS and subsequently discharges into the Conasauga River and its tributaries. This leachate will continue to contain elevated concentrations of PFAS for a long time due to the slow degradation of PFAS in the carpet wastes within the landfill.

8. A technically and economically feasible approach to prevent the long-term discharge of PFAS from the LAS to surface waters is to cease operation of the LAS and to collect and treat for PFAS the surface water and groundwater that flows from the LAS as the result of the infiltration and runoff of precipitation prior to discharge to the Conasauga River.

9. A remedy for the LAS has been evaluated that would significantly reduce PFAS discharges to the Conasauga River. This remedy entails (a) direct discharge of effluent currently

sprayed at the LAS to the Conasauga River after treatment to remove PFAS and phosphorous, (b) collection and conveyance of surface flows from the streams originating on the LAS to a centralized treatment plant for PFAS removal, (c) lining of the existing reservoir on the LAS, and (d) capping of the former sludge spray fields.  The estimated capital cost of this remedy would about $380 million and annual operating costs would be about $24 million. The net present value of the remedy is estimated at about $850 million.

10. Additional remedial components, beyond those described above, are required to address direct groundwater and surface water discharges to the Conasauga River, Holly Creek, and Drowning Bear Creek. Additional investigations and data collection are required to develop an understanding of PFAS releases from these areas that is sufficient to develop a conceptual remedy.

 **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# Section 3
# PFAS in the Conasauga and Oostanaula Rivers

Analysis of water samples from the Conasauga River for PFAS by researchers at the University of Georgia in March 2006 suggested that there were ongoing releases of PFAS to the river in the vicinity of Dalton, Georgia (Konwick et al., 2008). The measured PFAS concentrations in samples collected downstream of Dalton were much higher than those upstream of Dalton. Since this study, sampling by the USEPA, Dalton Utilities, the Georgia Environmental Protection Division of the Department of Natural Resources (GAEPD), and others have confirmed that there are ongoing releases of PFAS to the Conasauga River in the vicinity of Dalton.

This section briefly describes the available data on PFAS concentrations in the Conasauga River and downstream in the Oostanaula River. The emphasis is on data collected during the period 2012 through 2021 to provide an assessment of current conditions in the river systems. The PFAS detected at the highest concentrations in the river system typically are: perfluorooctyl sulfonate (PFOS), perfluorooctanoate (PFOA), perfluorobutanesulfonate (PFBS), perfluorobutanoate (PFBA), and perfluorohexanoate (PFHxA), perfluoropentanoate (PFPeA). PFBS is typically detected at the highest concentrations. These compounds are all perfluoroalkyl compounds, which are fully fluorinated carbon-chain molecules with a charged functional group at one end.

The text below describes PFAS concentrations in the Oostanaula River, followed by a discussion of concentrations further upstream in the Coosawattee River and the Conasauga River (Plate 1).

## Oostanaula River at the City of Rome Intake

Data on PFAS concentrations at or near the City of Rome's water intake structure on the Oostanaula River are available since 2009, though the number of PFAS analytes measured has changed with time. From 2016 through 2021, the average annual flow of the Oostanaula River was 4,341 cubic feet per second (cfs) (measured at the U.S. Geological Survey (USGS) gage approximately 3.7 miles upstream from the intake). The watershed of the Oostanaula River is 2,115 square miles as shown on Plate 1. The major tributaries of the Oostanaula River are the Conasauga River and the Coosawattee River as shown on Plate 1.

The sum of PFOS and PFOA concentrations during the period 2012 through May 2022 are shown on Figure 1. The average concentration of the sum of PFOS and PFOA was 119 nanograms/liter (ng/l), and the average concentrations of PFOS and PFOA individually were 68 ng/L and 52 ng/L, respectively. There is no temporal trend in the measured concentrations, which is consistent with the presence of a long-term, peristent source of PFOS and PFOA. The concentrations, though, have some correlation with the flow of the Oostanaula River as shown on Figure 2, as the highest concentrations were reported at the highest flows. In samples collected in March 2009, PFOS was reported at an average concentration of 88 ng/L, and PFOA was reported at <110 ng/L. The flow at time of sample collection was reported as 7,700 cfs.

Between 2019 and 2022, the average concentrations of the PFAS compounds reported at the highest concentrations were as follows:

| Oostanaula R. at Intake | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | PFOS | PFOA | PFBS | PFBA | PFHxA | PFPeA |
| Average | 63 | 51 | 271 | 39 | 46 | 71 |

The average concentrations of PFOS plus PFOA at the Rome Intake in the Oostanaula River exceeded the former USEPA Health Advisory of 70 parts per trillion (ppt) most of the time. All detected measurements exceeded the USEPA Interim Updated Lifetime Health Advisory that went in to effect June 2022 of 0.004 ng/L PFOA and 0.02 ng/L PFOS (or 4 ng/L detection limit).



**Figure 1. Plot of PFOA+PFOS Concentrations from 2012 to 2021 in Oostanaula River**



**Figure 2. Plot of PFOA+PFOS Concentrations versus Oostanaula River Flow[1]**

**Coosawattee River**

The Oostanaula River begins where the Coosawattee River and the Conasauga River join approximately 47 miles upstream of the City of Rome's intake on the Oostanaula River. The average annual flows of the Coosawattee and the Conasauga river where they meet, during the period 2016 through 2021, is estimated to have been about 1,747 cfs and 1,677 cfs, respectively. Thus, approximately one-half of the flow in the Oostanaula River is from the Conasauga and the other half is from the Coosawattee. The watershed of the Coosawattee River is about 728 square miles.

PFAS sampling data from the Coosawattee River are limited. Data were available from five sampling events: samples collected by GAEPD in July 2012 and June 2016, and samples

---

[1] The concentration at a flow of 13,200 cfs was calculated from a sample collected by the USEPA on April 25, 2018 in the Coosa River below Rome near Coosa, GA. The reported PFOS and PFOA concentrations were 95 and 61 ng/L, respectively. The flow in the Coosa at the sampling time was about 19,200 cfs, with the difference in flow from that measured in the Oostanaula River near Rome primarily accounted for by the flow of the Etowah River. The reported concentrations were multiplied by the flow ratio of 19200/13200 to calculate a concentration in the Oostanaula River at Rome.

collected in September 2020, November 2020, and May 2022.  The results from these sampling events are the following:

| Coosawattee River | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | PFOS | PFOA | PFBS | PFBA | PFHxA | PFPeA |
| Jul-12 | <50 | <50 | 79 | | <50 | |
| Jun-16 | 13 | <45 | 200 | | <45 | |
| Sept-20 | 2.3 | 4.5 | 45 | | 4 | 4 |
| Nov-20 | 8 | 18 | 170 | | 13 | 14 |
| May-22 | 9 | 13 | 128 | 7 | 10 | 11 |

The PFAS concentrations in the Coosawattee are much lower than in the Oostanaula River at Rome.  Thus, the PFAS concentrations in the Coosawattee River account for only a very small percentage of the PFAS in the Oostanaula River at Rome.

**Conasauga River at Tilton**

The USGS has a gaging station on the Conasauga River at Tilton Bridge, which is located about 12 miles upstream from the confluence with the Coosawattee River and about 10 miles downstream from Dalton.  Daily discharge data are available from this location from June 1937 to the present.  The average annual flow of the river at this location from 2016 through 2021 was 1,581 cfs. The watershed of the Conasauga River upstream of Tilton Bridge is 687 square miles. The watershed upstream of Tilton Bridge includes about 7,720 acres of the 9,600-acre LAS operated by Dalton Utilities. The remaining 1,880 acres of the LAS, most of which are within active spray fields, are drained by Howell Creek and Polecat Creek, which join the Conasauga River downstream of Tilton Bridge.

The Conasauga River has been sampled at this location for PFAS on many occasions beginning in March 2006.  The sum of PFOS and PFOA concentrations during the period 2012 through May 2022 are shown on Figure 3.  Data were available for 11 sampling events during this period. The average concentration of the sum of PFOS and PFOA was 287 ng/l. The average concentrations of individual compounds during the period 2018 to 2022 was as follows:

| Conasauga River at Tilton | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | PFOS | PFOA | PFBS | PFBA | PFHxA | PFPeA |
| Average 2018 to 2022 | 166 | 117 | 485 | 74 | 110 | 171 |

All of the water samples analyzed for PFAS during the period 2012 through 2022 were collected at river flows far less than the average annual flow, thus a relationship between flow and concentration is not apparent from the data (Figure 4).





**Figure 3. Plot of PFOA+PFOS Concentrations from 2012 to 2022 in Conasauga River**

**Figure 4. Plot of PFOS+PFOS Concentrations versus Conasauga River Flow**

The concentrations reported in the Conasauga River at Tilton are more than two times larger than the concentrations measured in the Oostanaula River at the City of Rome Intake.



**Figure 5. Conasauga River at Tilton Bridge June 1, 2020 – looking downstream with shale outcrops on left bank.**

## Conasauga River Upstream of Dalton

Numerous river water samples for PFAS analysis have been collected from various locations upstream of Dalton since 2006. For purposes of evaluating background concentrations in the Conasauga River, I have evaluated concentrations reported from: 1) five samples collected between November 2019 and September 2020 at the canoe launch site off Lower Kings Bridge Road about 30 miles upstream of the Tilton Bridge, 2) four samples collected at the Highway 76 bridge over the Conasauga River between November 2019 and August 2020, just downstream of the Dalton Utilities' intake and about 24 miles upstream of Tilton Bridge, 3) a sample from the

$\Sigma^2\Pi$    S.S. PAPADOPULOS & ASSOCIATES, INC.

bridge at Airport Road bridge located about 2 miles upstream of the mouth of Holly Creek and about 11 miles downstream of the Highway 76 bridge, and 4) a sample from Tibbs Bridge Road located about 4 miles upstream of Airport Road. A major drainage entering the Conasauga River between the Highway 76 bridge and Tibbs Bridge Road sampling locations is Coahulla Creek with a watershed area of about 186 square miles (refer to Plates 1 and 2 for sampling locations).

Only PFOA was consistently detected at the canoe launch sampling location, four PFAS were detected at the Highway 76 bridge sampling location, and somewhat higher concentrations were reported for the one sampling event at the Airport Road bridge. The average concentrations for the four sampling events at the canoe launch and the Highway 76 bridge, and the results from the samples at Tibbs Bridge Road and Airport Road are listed below.

| Conasauga River | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | PFOS | PFOA | PFBS | PFBA | PFHxA | PFPeA |
| Canoe Launch -- average | <4 | 2 | <4 | <4 | <9 | <4 |
| Highway 76 Bridge -- avg | 6 | 4 | 15 | <4 | <9 | 4 |
| Tibbs Bridge Rd.—9/2020 | 7 | 8 | 55 | 9 | 15 | 26 |
| Airport Road – 5/2022 | 11 | 10 | 118 | 13 | 19 | 24 |

These results indicate that only a small percentage of the PFAS in the Oostanaula River at Rome originated upstream of Dalton in the Conasauga River watershed.

**Tributaries of the Conasauga River in the Vicinity of Dalton**

Water in major tributaries of the Conasauga River in the Dalton region have been sampled and analyzed for PFAS. Based on these sampling results, it is concluded that PFAS concentrations in streams draining the Dalton region where carpet manufacturing and related facilities are located have higher PFAS concentrations than those measured in the Conasauga River upstream of Dalton. Additionally, the PFAS concentrations in the streams draining the LAS were orders of magnitude higher than those in the Conasauga River upstream of Dalton.

The PFAS sampling results from tributaries that have elevated PFAS concentrations are tabulated on Table 1 for the six compounds typically detected at the highest concentrations. The sampling locations are shown on Plate 3, with the exception of the sampling location on Oothkalooga Creek, which is a tributary to the Oostanaula River at Calhoun (refer to Plate 1 for this location). The watershed areas upstream of the sampling locations on Drowning Bear Creek and Jobs Creek are also shown on Plate 3. Drowning Bear Creek and Jobs Creek drain much of the City of Dalton. For most of these tributaries, PFAS results are only available from one sampling event.

The highest PFAS concentrations have been measured in the small streams that drain the LAS. The flow in these streams consists of water that infiltrated as the result of the distribution of wastewater on the LAS and precipitation that infiltrated and subsequently discharged to the streams originating from the LAS. The larger streams originating on and draining from the LAS are Petitte Branch, tributaries of Polecat Creek, and an unnamed tributary of Casey Springs Branch. In addition, there are many smaller streams that originate on and drain the LAS. PFAS concentrations in these streams in May 2021 ranged from 3,235 ng/L to 8,085 ng/L and PFOA

$\Sigma^2\Pi$    **S.S. Papadopulos & Associates, Inc.**

concentrations ranged from 1,150 ng/L to 2,250 ng/L.[2]  In a wetland area, adjacent to a small tributary of the Conasauga River in the western part of the LAS, a PFOS concentration of 17,050 ng/L and a PFOA concentration of 28,350 ng/L were reported.

The average amount of wastewater distributed on the LAS in recent years has averaged about 20 million gallons per day (MGD).  In addition, the average annual difference between precipitation and evapotranspiration over the 9,600 acres LAS is equivalent to about 17 MGD.  Thus, the total streamflow originating on the LAS is about 37 MGD (57 cfs).  This flow of water to the Conasauga River, with the concentrations of PFAS at the levels listed on Table 1,  provides a large flux of PFAS to the Conasauga River.  The magnitude of this flux is described in Section 9.

---

[2] Split water samples were collected on May 20, 2021 and the splits were analyzed by GEL Labs and Eurofins Test America.  The results reported on the table are the average of the analyses.  The PFAS results for only some of the streams flowing from the LAS that were sampled in May 2021 are shown on the table. All results are reported in the expert report of GEL Engineering, LLC and the analytical data contained therein.

$\Sigma^2\Pi$  S.S. PAPADOPULOS & ASSOCIATES, INC.

**Table 1.  Concentrations of Routinely Detected PFAS in Tributaries of the Conasauga River and Streams Draining the LAS**

| Stream | Concentration (ng/L) | | | | | | Sampling Date |
|--------|------|------|------|------|------|------|------|
| | PFOS | PFOA | PFBS | PFBA | PFHxA | PFPeA | |
| Drowning Bear Creek upstream of LAS | 211 | 146 | 370 | 41 | 89 | 91 | 5/20/21, 9/22/20 |
| Jobs Creek | 95 | 56 | 293 | 29 | 44 | 55 | 9/22/20 |
| Coahulla Creek | 13 | 11 | 61 | 6 | 8 | 10 | 9/22/20 |
| Thompson Creek | 62 | 24 | 43 | 17 | 29 | 40 | 9/22/20 |
| Oothkalooga Creek at Calhoun | 52 | 28 | 126 | | 25 | | 7/12, 6/16 |
| Polecat Creek Trib (SW-15) (LAS) | 4,055 | 1,570 | 9,035 | 1,145 | 1,700 | 3,035 | 5/20/21 |
| Polecat Creek Trib (SW-16) (LAS) | 5,325 | 2,015 | 11,250 | 1,605 | 2,350 | 4,020 | 5/20/21 |
| Polecat Creek Trib (SW-17) (LAS) | 3,235 | 1,150 | 6,865 | 877 | 1,290 | 2,175 | 5/20/21 |
| Pettite Branch Creek (LAS) | 6,245 | 1,980 | 5,320 | 1,000 | 1,580 | 2,640 | 5/20/21 |
| Casey Springs Branch Trib (LAS) | 3,815 | 1,510 | 5,740 | 929 | 1,540 | 2,455 | 5/20/21 |
| Holly Creek Trib (SW-8) | 8,085 | 2,250 | 7,415 | 1,285 | 2,035 | 3,340 | 5/20/21 |
| Conasauga River Trib wetland (SW-4) | 17,050 | 28,350 | 46,500 | 8,580 | 11,200 | 21,300 | 5/20/21 |

11

 **S.S. Papadopulos & Associates, Inc.**

# Section 4
# PFAS use in Dalton

## Background

Carpet companies in Dalton have produced carpets since the early 1900s and the city is currently known as the carpet capital of the world. Over 30 carpet manufacturing related facilities are in Dalton. In 2003 and 2011, 24 carpet industry related facilities that used PFAS products had industrial waste discharge permits for discharge of wastewaters to the LAS, according to LAS Permit Applications (Plate 2). This section describes available information on sales of chemical products containing PFAS that were sold to the carpet companies in Dalton and the releases of these products to wastewater.

PFAS was applied to carpets from the 1970s until the late 2010s for their repellency characteristics. The applied chemical products degrade to perfluoroalkyl compounds and enter the environment via wastewaters and air emissions from carpet manufacturing facilities and carpet disposal at landfills (Jariwala, 2021, Exhibit 9; Prevedouros, 2006). A 2009 study found that pretreated carpet and treated upholstery and textiles were likely the largest source of PFAS exposure for families in the United States (Guo et al., 2009).

The PFAS applied to the carpets, except for impurities, were not the same compounds for which the USEPA has established drinking water health advisories, such as PFOA, PFOS and PFBS. PFOA, PFOS, and PFBS are degradation products of PFAS chemicals applied to carpets. In addition, perfluoroalkyl compounds such as PFOA, PFOS, and PFBS were present as impurities in some of the PFAS chemicals applied to carpets. Releases of PFAS used in the manufacturing of carpets and the subsequent degradation of the PFAS has resulted in the presence of PFOA, PFOS, PFBS and other perfluoroalkyl compounds in the Conasauga River and downstream rivers. The concentrations of perfluoroalkyl compounds in the river systems downstream of Dalton today are in large part related to the rate of degradation of the PFAS used for carpet treatments.

The dominant form of PFAS used in the manufacturing of carpet is side-chain fluorinated polymers. These polymers have a comb-like structure where the spine of the comb is the hydrocarbon backbone and the teeth of the comb are composed of alternating fluorinated side-chains and non-fluorinated side-chains (Figure 6). The side chains are connected to the hydrocarbon backbone by a linkage group (Figure 6). Side-chain fluorinated polymers can be produced using either acrylate, methacrylate, urethane, adipate, or oxetane monomers (Henry et al., 2018).

Electrochemical fluorination (ECF) and fluorotelomerization are the two main processes used by chemical manufacturers to produce PFAS polymers and surfactants. The 3M Company (3M) licensed the ECF process in 1945 and used it to produce perfluoroalkane sulfonyl fluorides, which degraded to compounds such as PFOS (C8) and PFHxS (C6) (3M Company, 1999). The ECF process was also used to produce PFOA and other derivatives (ITRC, 2022). The fluorotelomerization process used to produce chemicals for carpet companies involved reacting a fluorotelomer iodide (telomer B) to make fluorotelomer alcohols (FTOHs with various chain lengths). Daikin and Dupont/Invista used the fluorotelomerization process, which resulted in

precursors to compounds such as PFOA (C8), PFHxA (C6), PFPeA (C5), and PFBA (C4) (Buck et al., 2011).

The PFAS used in the carpet industry prior to 2000 were primarily based on 8-carbon chain (C-8) perfluorinated and polyfluorinated compounds. After the 3M Corporation phased out the production of PFOS based compounds in 2000, C-6 and C-4 based perfluorinated and polyfluorinated compounds were commonly used for carpet treatment for repellency. Example C-8 based products produced by the 3M Corporation and Dupont are illustrated on Figure 7.



**Figure 6. Side-Chain Fluorinated Polymer Structure (modified from Russell et al., 2008)**



**Figure 7. Examples of C-8 Based PFAS used for Carpet Repellency**

The main suppliers of PFAS products to carpet companies in Dalton were 3M, DuPont, and Daikin. Two of the largest carpet companies that purchased the PFAS products were Shaw

**S.S. PAPADOPULOS & ASSOCIATES, INC.**

Industries and Mohawk Flooring. Circa 2019, the carpet industry transitioned away from PFAS products and began applying less toxic, non-fluorinated chemicals to carpets for repellency characteristics (Ballew, 2021).

**Sales**

I compiled and evaluated documents containing sales data for 3M, DuPont/Invista/Chemours, Daikin, Mohawk, and Shaw that were made available through discovery related to this case. Sales data was only compiled for products that contained PFAS sold between 1986 and 2020. Sales records were not available for the period 1986 through 1994 at the time of writing this report. Products sold to carpet companies that did not contain PFAS, such as Stainblockers, were not included in this analysis. A list of products with associated sales data, chemistry information, and the data source are included in Attachment B.

Between 1995 and 2020, Daikin, DuPont/Invista, and 3M sold at least 53 million pounds (lbs) of PFAS based product to carpet companies in Dalton. This quantity of PFAS product sales is an underestimate of total sales to carpet manufacturers in Dalton due to incomplete sales records. Carpet companies that purchased chemicals from 3M, DuPont/Invista, and Daikin subsequently discharged wastewater containing PFAS from their manufacturing facilities to Dalton Utilities. The chemistry of the repellency products used by carpet manufacturers in Dalton changed over time (Figure 8).



**Figure 8. Timeline of PFAS Chemistries Used by Carpet Companies in Dalton**

**<u>3M Company</u>**

3M supplied PFAS based compounds to carpet companies in Dalton under the Scotchgard brand. From the 1950s and up until 2000, chemicals under the Scotchgard brand were based on N-methyl perfluorooctane sulfonamide (N-MeFOSE) and N-ethyl perfluorooctane sulfonamide (N-EtFOSE) monomers that were used in emulsions to create adipates and urethanes with C8 fluorochemistry (refer Attachment B, Table B-1). In the 1970s and 80s, 3M controlled a major portion of the market for repellency products sold to the carpet industry. In the mid-1970s, the primary chemicals sold were FC-234, a methylFOSE acrylate, and FC-378, an ethylFOSE urethane (Jariwala, 2021, Exhibit 13). Throughout the 1980s, 3M sold products to carpet mills and carpet

fiber producers that were valued between approximately $9 million to $24 million (per year) (Jariwala, 2021, Exhibit 14). 3M provided Scotchgard brand chemicals to the 25 largest carpet mills in the United States, including Shaw Industries, during this period (Jariwala, 2021, Exhibit 14).

Between 2000 and 2002, 3M began to phase-out the electrochemical fluorination process for long-chain PFAS, such as PFOS and PFHxS (Buck et al., 2011). After the phase-out, 3M transitioned to shorter chain PFAS products, such as those based on PBSF, which degrades to C4 compounds (i.e., PFBS) (Jariwala, 2021).

In 1997, 3M sold 4 million pounds of C8-based PFAS products, or 400,000 thousand pounds of PFOS-equivalent (Jariwala, 2021, Exhibit 9). At least 40% of these sales in 1997 were to carpet companies in Dalton (based on compiled sales data). The top 3M PFAS products sold to carpet companies in Dalton based on C8 chemistry were FC-1367, FC-265, FC-364, and FC-398 (Jariwala, 2021, Exhibit 9). The top 3M PFAS products sold to carpet companies based on C4 chemistry were PM-1399, PM-1400, and PM-1451 (based on compiled sales data).

### DuPont/Chemours/Invista

The DuPont, Chemours, and Invista sales are discussed together in this report. Invista was formed from the DuPont Textiles and Interiors business in 2004 after being sold to Koch Industries. Chemours separated from DuPont in July 2015 and began operating as an independent supplier of chemicals. Chemours and DuPont supplied monomers to Invista.

DuPont began sales of PFAS to the carpet industry in the mid-1970s. By 1985, DuPont announced a specialty PFAS product for treatment of carpet fiber to be used with a stain blocker (Jariwala, 2021, Exhibit 14). Most products were sold under brand name Stainmaster for residential application to carpets, and brand name Antron for commercial application to products. Generally, the PFAS compounds sold to the carpet companies by DuPont were urethane-based aqueous dispersions with 4 to 23% fluorinated active ingredient (Environ, 2006). Some products contained as much as 30% partially fluorinated condensation polymer (Leggett, 2022, Exhibits 23 & 25).

INV Performance Surfaces, LLC (or "Invista") began manufacturing carpet fibers with topical formulations that contained PFAS in 2004. Between 2004 and 2008, the topical formulations included C8-containing monomers that were purchased from DuPont. After 2008, Invista purchased C6 fluoropolymers from DuPont/Chemours and Daikin to use as an additive to their own topical formulations for fibers (Leggett, 2022, Exhibit 11). Although these Invista products, such as A402, contained monomers purchased from other suppliers, the products were blended at Invista facilities (refer to Attachment B, Table B-2; pg. 63 of Leggett, 2022).

The top PFAS C8-based products sold by DuPont were N-140, N-141, N-145, and N-119 (Table 3). The top PFAS C6 products were the Capstone series (Table 3). Some of the top PFAS formulations for Invista fibers sold to carpet companies in Dalton were A201, A225, and A230. As much as 3.7 million pounds of PFAS products were sold by DuPont/Invista in a single year to carpet companies in Dalton.

From 2010 to 2015, DuPont and other major manufacturers of products containing precursors to PFOA and other long-chain compounds began to reduce and eliminate the PFOA precursors in products as part of a stewardship agreement with the USEPA (Buck et al., 2011).

### Daikin

Similar to DuPont, Daikin used fluorotelomerization to produce fluorotelomer alcohols used in carpet coating products. Daikin sold PFAS compounds to the carpet industry primarily under the brand name Unidyne. Unidyne products marketed from the late 90s to 2007-8 were based on C8 chemistry. In 2004, Daikin began to reduce impurities with higher homologue concentrations (C8 and above), such as PFOA, and transition to shorter chain C6-based products (Werling, 2022, Exhibit 49). Daikin also sold C8 and C6 monomers to the chemical company Peach State Labs (pg. 1106 of Ballew, 2021). Peach State Labs used these monomers to formulate PFAS products for Shaw Industries.

Some of the top PFAS products sold by Daikin to carpet companies in Dalton were TG-571, TG-3530, and TG-472 (Table 4). TG-3530 had ~ 25,000 ppt PFOA in the product (Werling, 2022, Exhibit 48) (refer to Attachment B, Table B-3). According to sales records, Daikin sold as much as ~3.5 million pounds of PFAS product in a single year.

## Usage by Carpet Companies

### Shaw

In the early 1980s, Shaw Industries was the largest carpet company in the United States, comprising 7.4% of the market share (Jariwala, 2021, Exhibit 14). Shaw Industries remains one of the largest carpet manufacturers in the United States. Shaw facilities in Dalton received carpet-coating chemicals containing PFAS chemistry from various chemical manufacturers between 1993 and January 2019 (Ballew, 2021). 3M was the primary chemical supplier of C8-based polymers between 1986 and 2000 (Ballew, 2021, Exhibit 106). In the 2000 to 2008 period, C8- and C6-based polymers were supplied to Shaw by Peach State Labs, Invista/DuPont, Daikin, and Clariant. From 2008 to January 2019, products containing C4-based polymers were supplied to Shaw by 3M and products containing C6-based polymers were primarily supplied by Peach State Labs/Polyventive, Invista/DuPont, and Daikin (Ballew, 2021, Exhibit 106).

Shaw Industries has 11 facilities in Dalton. Sales data were available for nine of these facilities (facility IDs: 1, 2, 3, 4, 20, 23, 80, 81, and 000WD). Between 1999 and 2018, Shaw Industries purchased at least 18 to 22 million pounds of chemical products containing fluoropolymers that degrade to PFAS from 3M, Daikin, and DuPont/Invista (based on comparison of sales records supplied by chemical suppliers and Shaw Industries). The facilities that received the most product containing PFAS were Facility 00WD, Facility 4, and Facility 23.

After 3M announced the phase out of perflourosulfonated C8-based chemicals, Shaw began to purchase additional product from Peach State Labs/Polyventive. Purchases from Peach State labs consisted of both C6- and C8-based fluoropolymers. In the early 2000s, Shaw purchased C8-based fluoropolymers from Peach State Labs while Peach State Labs was concurrently developing C6 telomer alcohols for Shaw. Shaw also purchased TG-10, a C8 monomer, and TG-

30, a C6 monomer, from Daikin, which was sent to Peach State Labs and then reacted with other formulate (pg. 1106 of Ballew, 2021).

### Mohawk

Between 1995 and 2020, Mohawk purchased at least 15 to 16 million pounds of chemical products containing PFAS from 3M, Daikin, and DuPont/Invista (based on a comparison of sales data from Mohawk and from the chemical suppliers). This quantity of product does not include products purchased from DuPont. After 2000, Mohawk primarily bought short-chain (C4) products from 3M such as PM-1400 and PM-1451. Prior to 2000, Mohawk primarily purchased long-chain (C8) products from 3M such as FC-1367 and FX-1395.

Chemical sales data by DuPont to Mohawk are only available for 1998-1999, although Mohawk purchased fibers from DuPont as early as the 1980s (Williams, 2021). Mohawk purchased nylon fibers and filaments from DuPont/Invista that were finished with the Antron product line, which contains C8-based monomers. Thus, the quantities of products containing fluoropolymers purchased by Mohawk are an underestimate.

**Discharges to Wastewater**

PFAS releases from carpet manufacturing facilities can occur during the cleaning of product transportation containers, application of product to carpets, carpet shearing, and disposal of carpet scraps. According to an analysis completed by Battelle on behalf of 3M, 2% of fluorochemical product was lost during cleaning of transportation containers, 0.5 to 25% of product was lost to water during the application of fluorochemical products to carpets, and 0.6 to 3.2% of fluorochemical product was lost during shearing (Jariwala, 2021, Exhibit 9). From these estimates, Battelle estimated that approximately 36,670 lbs (16,333 kilograms [kg]) of PFOS equivalent were released annually in wastewater in Dalton from 3M products. 3M fluorochemical products were also estimated to be released to Dalton via air (~2,100 lbs PFOS equivalent, annually) and solids (~10,900 lbs PFOS equivalent, annually; Jariwala, 2021, Exhibit 9).

According to an analysis completed by Environ on behalf of DuPont, approximately 1% of the fluorinated active ingredient in DuPont products is assumed to be discharged to water from the carpet mills related to storage and mixing tank cleaning and rinsing (Environ, 2006). An estimate of fluorochemical loss of DuPont products during carpet application and shearing was not provided in this analysis. The losses are expected to have been similar to those estimated in the Battelle (1999) report (Jariwala, 2021, Exhibit 9) for 3M given that the DuPont products were applied in the same manner as products from 3M.

I estimated the quantity of PFAS discharged to wastewaters in Dalton by carpet companies between 1986 and 2019 based on sales data, estimated fluorochemical losses, and product chemistry information. Based on sales records, Daikin, DuPont/Invista, and 3M sold at least 53 million pounds of fluorochemical-based product to carpet companies in Dalton between 1995 and 2020. Sales records were unavailable at the time of writing this report for sales by 3M or DuPont from the start of LAS operations in 1986 through 1994. Thus, I assumed that the average annual sales of fluorochemical-based products of ~1.3 million lbs/yr by 3M between 1995 and 2000 were consistent with average annual sales by 3M to Dalton companies between 1986 and 1994. This

results in at least ~66.3 million pounds of products containing fluorochemicals sold by 3M, DuPont/Invista/Chemours, and Daikin to carpet companies in Dalton between 1986 and 2019.

Previous work by Battelle on behalf of 3M estimated that approximately 10% of fluorochemical product were lost to wastewaters during different stages of the carpet manufacturing process, on average (Jariwala, 2021, Exhibit 9). Thus, approximately 6.6 million pounds (3 million kg) of fluorochemical product would have been discharged to wastewaters in Dalton between 1986 and 2019.

The PFOS equivalent in the fluorochemical products sold by 3M was ~10% (Attachment B). The fluorinated active ingredient content in DuPont/Invista industrial carpet products ranged from 4% to 23% (Environ, 2006). PFAS content in Daikin carpet products was not available. Thus, I assumed that PFAS-equivalent in DuPont and Daikin products was an average of 13.5%. Assuming 10% PFOS-equivalent in 3M products and 13.5% PFAS equivalent in DuPont and Daikin products results in ~780,000 lbs (or ~350,000 kg) of PFAS compounds discharged to Dalton wastewaters, or ~23,000 lbs/yr between 1986 and 2019. Not all of this mass would be discharged with wastewater to the LAS.

### Wastewater Discharges to Dalton Utilities by Carpet Companies

According to the 2003 LAS Permit Application, 13 carpet industry related companies that used PFAS-based products held industrial waste discharge permits for the LAS totaling ~21 MGD. 13 carpet industry related companies also held discharge permits to the LAS as of 2011, totaling ~14 MGD (Figure 2). These flows comprised 78% and 84% of the total industrial discharge to the LAS in 2003 and 2011, respectively. Permitted discharges to Dalton Utilities by individual carpet facilities range from 2,000 to 2.6 MGD (2011 LAS Permit [GA02-056]). As of the 2011 LAS permit, the largest permitted wastewater flows to Dalton Utilities were from Shaw (5.4 MGD, combined for all plants in Dalton), Mohawk (3.1 MGD), and Aladdin Mills (2.6 MGD).

In 2009, the University of Georgia sampled six locations at junctions in the Dalton Utilities wastewater collection system and 40 locations from industrial user outfalls to identify the industrial sources of PFAS to the Dalton Utilities wastewater treatment plants. This sampling was completed on behalf of the Sustainability Division of the Georgia Department of Natural Resources and at the request of Dalton Utilities. Based on this sampling and permitted flows to the LAS, over 80% of the PFAS contributions to wastewater were from carpet and rug manufacturers (SIC #s 2273, 2269, 2824). Average reported concentration in the industrial user outfalls were ~3,000 ng/L. In 2009, the highest PFOS and PFOA loads (chemical concentration multiplied by discharge volume) to the Dalton Utilities sewer system were from Mohawk and Shaw.

Dalton Utilities conducted additional sampling of industrial discharges between 2011 and 2016. The highest PFOA + PFOS concentrations in carpet company wastewaters were from Shaw facilities (1,000 – 3,800 ng/L). PFOA concentrations decreased from ~140 ng/L in 2009 to ~20 ng/L in 2013 in Mohawk wastewaters, and PFOA concentrations decreased from ~80 ng/L in 2009 to ~20 ng/L in 2013 in the Shaw Facility 81 wastewaters. PFOS concentrations increased from 2009 to 2013 from 2,060 ng/L to 3,780 ng/L at Shaw Facility 81 and decreased from 540 ng/L to 220 ng/L during the same period in Mohawk wastewaters. The decrease in PFOA concentrations over time is consistent with sales records showing a transition from C8 to C6 chemistries in the 2007 to 2009 timeframe (Figure 8).

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# Section 5
# The Land Application Site

**Design and Operational History**

Dalton Utilities' LAS consists of approximately 9,600 acres located within and adjacent to a large meander of the Conasauga River to the southeast of Dalton. The LAS is located within the Ridge and Valley Physiographic Province with shallow soils overlying a shale dominated bedrock with many small, incised streams. More than 20 small streams originate on the upland portions of the LAS and flow into the Conasauga River and its tributaries. The elevation of the LAS varies from less than 640 feet mean sea level (MSL) along the Conasauga River to elevations of over 780 feet MSL along the center ridge. Most of the site is forested with 1,346 acres of planted pine, 1,361 acres of natural pine, 3,432 acres of upland hardwood, and 384 acres of bottomland hardwood based on a 1998 survey (Dalton_Johnson_00102489). The site is managed for timber production and wildlife habitat.

Historically, much of the LAS has been used for the land application of sludge and wastewater from Dalton Utilities' wastewater treatment plants. In addition to the application areas, the boundaries of the LAS contain the Dalton Utilities' Riverbend and Loopers Bend wastewater treatment plants, the natural gas fueled Oglethorpe Power Station, a biosolids dewatering facility, a 2.4-billion-gallon reservoir, several pump stations, and a canal for distribution of wastewater. The portion of the LAS used for land application is subdivided into four areas; Area AC located west of the Conasauga River, Area A located on the peninsula surrounded by the Conasauga River, Area B located in the central part of the LAS and Area C located in the eastern portion of the LAS Plate 4.



**Figure 9. Spray Heads in Operation on June 1, 2022 and Closeup of Spray Head**

The facilities for the land application of sludge and wastewater began operation in 1986, with construction beginning in the early 1980's. These facilities were gradually brought online as a report in February 1989 noted that 56 of 74 spray fields in Areas B and C were capable of operation (Dalton_Johnson_00107230). In addition, Area A was developed and used for the application of sludge/biosolids. Operating data from the period November 1990 to April 1991

reported that wastewater discharges to Area A averaged 0.35 MGD, and solid discharges were at the rate of 83 tons per year (Wiedman and Singleton Engineers, 1991a). In 1996, it was noted that a small volume of effluent was being directly applied from the Riverbend facility to Area AC (Dalton_Johnson_00160274).  At that time, it was noted that the apparatus for the system included 32,000 spray heads, 1,640,000 feet of 3-inch aluminum pipe, 74 remote operated values and 2,366 manually operated values.

The land application of sludge in Area A ceased in 1998 and the lateral pipes were capped and abandoned or removed.  A map of the decommissioned sludge fields depicts spray areas encompassing over 550 acres (Plate 4, Dalton_Johnson_00106702).  In addition, visible sludge was removed from 84.9 acres, most of which was within the 100-year floodplain (Dalton_Jouhnson_00110393).   A total of 29,316 tons of material were removed (Dalton_Johnson_00181918).

The LAS was redesigned and reconstructed in the late 1990s and completed in 2000 to improve system operation. The redesign included replacement of the aluminum piping with fused high-density polyethylene (HDPE) pipe and new spray heads.  The spray heads are located at 90-foot spacing on the lateral lines, and the lateral lines are spaced at least 90-feet apart. The redesigned LAS is reported to have over 19,000 spray heads (Melton, 2022, page 174).   The redesigned system has 79 designated spray field areas totaling 6,804 acres. The wetted area of the system is 4,567 acres (Dalton_Johnson_00102484). The 2015 GAEPD permit for the system allows up to a maximum of 4,605 wetted acres.  Currently, there are about 6,400 acres with active spray field areas.

The LAS is permitted for the application of a maximum annual average of 33 MGD.  The amount of wastewater applied on the LAS averaged 18.3 MGD in 2019 and averaged 20.5 MGD in 2020, through June.  Application rates were higher in the past.

The LAS is authorized to operate in such a manner that results in pollutants percolating, infiltrating, or being absorbed into the soil without overland runoff to surface waters. Overland runoff from the spray fields that discharge directly to surface waters is a violation of the LAS permit.   The system is managed so that applied water infiltrates into the subsurface. The 2015 GAEPD permit notes a design application rate of 2.5 inches per week and an instantaneous application rate of 0.13 inches per hour (Dalton_Johnson_00178949).

At the LAS, as noted by a consultant for Dalton Utilities, the dominant path of water movement when soils are wet occurs as lateral, unsaturated and saturated flow in the upper soil horizons to small ephemeral or intermittent channels and then to perennial streams (Nutter, Overcash and Associates Inc., 1997). The consultant's report further stated:

> *"The objective is for all irrigated wastewater to infiltrate the soil. Water resurfacing downslope is not overland flow (also referred to as surface runoff) since it has moved through the soil and has been treated.  The key to defining the Dalton site hydraulic loading is to know the point at which irrigated wastewater can no longer infiltrate the soil."* (p. 18).

The Stormwater Pollution Prevention Plan (SWP3) prepared in 2020 noted *"The LAS is designed to require applied wastewater to enter the soil (infiltrate) and move to streams as return flow. Return flow is subsurface flow to channels resulting from irrigation."* (WHEE, 2020).

The presence of perennial streams originating within the LAS has been long recognized by Dalton Utilities' consultants as noted above. A map in a 2002 report identified 17 perennial streams originating onsite, but this map does not depict all the perennial streams (Nutter & Associates, Inc., 2002, Dalton_Johnson_00176990). I inspected several of these perennial streams during a site visit on June 1, 2022. Photographs that I took of selected perennial streams are depicted on Plate 5.

**PFAS Concentrations in Wastewater**

PFAS concentrations in the wastewater applied at LAS, based on documents I reviewed, were measured in May 2009 and in May 2021. In 2009, samples were collected from 15 spray heads located throughout the LAS and results were reported for only PFOS and PFOA. The average concentrations of these two compounds were 309 ng/L and 602 ng/L, respectively. In May 2020, samples were collected from the distribution canal at Pump Station B and Pump Station C. The average PFOS and PFOA concentrations in these samples were 336 ng/L and 237 ng/L, respectively. The PFOS concentrations in 2009 and 2021 were similar, but PFOA concentrations in 2021 were only 40% of those in 2009. The measured PFAS concentrations, for the compounds detected at the highest concentrations are listed on Table 2. Note that for the 2009 samples, only PFOS and PFOA concentrations were reported.

**Table 2. Select PFAS Concentrations in Wastewaters Applied to the LAS**

| Wastewater Sampling Date | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | PFOS | PFOA | PFBS | PFBA | PFHxA | PFPA |
| May 19, 2021 | 336 | 237 | 549 | 79 | 115 | 125 |
| May 27 and 28, 2009 | 309 | 602 | | | | |

**PFAS in Surface Water and Groundwater Migrating past the LAS Boundaries**

The concentrations of PFAS in the streams flowing across the LAS boundaries are significantly higher than in the wastewater that is applied to the LAS. For example, the average concentration of PFOS in the wastewater in May 2021 was 336 ng/L, whereas the concentrations in Polecat Creek and Pettite Branch were 4,205 ng/L and 6,235 ng/L, respectively, concentrations more than an order of magnitude greater than in the wastewater. A comparison of the concentrations of the PFAS generally detected at the highest concentrations in wastewater and in Pettite Branch and tributaries of Polecat Creek that drain the LAS are shown on Table 3. The total area of Pettite Branch upstream of the sampling location is about 858 acres, and the total area drained by the three tributaries of Polecat Creek that were sampled is about 1,014 acres. Thus, these two watersheds represent drainage from approximately 28% of the current spray fields.

 **S. S. PAPADOPULOS & ASSOCIATES, INC.**

**Table 3.  Select PFAS Concentrations in Streams Draining the LAS Compared to Applied Wastewater**

| Location | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | **PFOS** | **PFOA** | **PFBS** | **PFBA** | **PFHxA** | **PFPA** |
| Wastewater (May 2021) | 336 | 237 | 549 | 79 | 115 | 125 |
| Polecat Creek Tributaries (May 2021) | 4,205 | 1,578 | 9,050 | 1,209 | 1,780 | 3,077 |
| Pettite Branch (May 2021) | 6,245 | 1,980 | 5,320 | 1,000 | 1,580 | 2,640 |

The mass of PFAS discharging from the LAS from the spray fields annually, based on the following assumptions, are shown on Table 4. The assumptions in the mass estimates are: 1) the concentrations reported in Polecat Creek and Pettite Branch in May 2021 are representative of average annual concentrations in the streams flowing from the spray fields in Areas AC, B and C, 2) the volume of water in the streams flowing from Areas AC, B and C is equal to the sum of 20 MGD from wastewater and 12 MGD from precipitation (based on annual runoff of 24 inches per year), and 3) concentrations reported for sampling site SW-4 (wetland ponds) are representative of runoff from the former sludge spray fields (Area A).

**Table 4.  Estimates of PFAS Mass Discharge from LAS Spray Fields Each Year**

| Location | Mass Discharge from LAS per year (kg) | | | | | |
|---|---|---|---|---|---|---|
| | **PFOS** | **PFOA** | **PFBS** | **PFBA** | **PFHxA** | **PFPA** |
| LAS Sprayfields (AC, B & C) | 231 | 79 | 230 | 35 | 54 | 92 |
| Sludge Fields (Area A) | 28 | 47 | 77 | 14 | 19 | 35 |
| total | 259 | 126 | 307 | 49 | 73 | 127 |

**PFAS Mass within the LAS**

The observation of PFAS concentrations in streams at the LAS boundary, streams that originate within the LAS, at much higher concentrations than in the distributed wastewater indicates that the shallow soils and vegetative litter within the LAS contain a large amount of PFAS.  Much of the PFAS in the LAS is likely in the form of the PFAS copolymers that were used in the carpet industry and degradation products of these compounds. These compounds are slowly degrading to terminal perfluorinated compounds listed in Table 4.  The concentrations and amounts of these compounds in the streams that flow across the LAS boundary reflects the rate of degradation of the compounds in the litter and shallow soil.

The potential mass of PFAS in the LAS can be estimated if two parameters are known; 1) the degradation half-life of a specific compound, and 2) the amount of the degradation product of that compound leached from the LAS per year.  In making this calculation it is assumed that the mass of the specific compound discharging from the LAS per year represents the mass of that compound produced by biodegradation of precursor PFAS compounds per year.  For PFOS based compounds, the half-life is estimated to be 100 years, and the net mass discharging from the LAS

per year is estimated to be 250 kg of PFOS (net of mass in with wastewater and mass out). For PFOA based compounds, the half-live is also assumed to be 100 years, and the mass of PFOA produced for year is estimated to be 119 kg. Based on these two parameters, it is calculated that the PFOS equivalent of PFAS compounds in the LAS is on the order of 40,000 kg, and the PFOA equivalent of PFAS compounds is about 20,000 kg.

Determining the half-lives of the fluorinated side-chain polymers is difficult due to: (1) absence of reliable methods for determining the concentration of polymers in soil and, (2) low analytical recoveries for some of the intermediary compounds (Russell et al., 2010a). Consequently, modeling approaches are employed to determine polymer half-lives. Degradation of the fluorinated side-chain polymers likely occurs through cleavage of the fluorinated side-chains from the hydrocarbon backbone, which is expected to follow first order kinetics (Russell et al., 2008; Washington et al., 2009; Russell et al., 2010a; Rankin et al., 2014; Washington et al., 2015)[3]. Russell et al. (2010a) modeled the degradation of fluorotelomer-based urethane polymers using a two-step first order kinetics degradation process: (1) degradation of the polymer to the intermediaries, and (2) degradation of the intermediaries to perfluorooctanoate. Rankin et al. (2014) and Washington et al. (2015) modeled the degradation of fluorotelomer-based acrylate polymers using a one-step first order kinetics degradation process: degradation of the polymer to perfluorooctanoate. The kinetics of the degradation process will be controlled by the slowest reaction, which in this case is the degradation of the polymer to the intermediaries.

Degradation of the fluorotelomer-based acrylate polymers likely occurred due to either: (1) direct hydrolysis of the ester in the linkage group (A) or (2) cleavage of the hydrocarbon backbone followed by hydrolysis of the ester (B then A) (Figure 2) (Russell et al., 2008; Washington et al., 2009). Russell et al., (2010a) found that degradation of the fluorotelomer-based urethane polymers likely occurred through enzymatic cleavage of the fluorinated side-chains from the hydrocarbon backbone. Once the fluorinated side-chain is detached from the polymer structure, degradation of the PFAS proceeds along well established degradation pathways for the non-polymer compounds (e.g., Dinglasan et al., 2004; Gauthier and Mabury, 2005; Boulanger et al., 2005; Wallington et al., 2006; Liu et al 2007; Rhoads et al, 2008; Wang et al., 2009; Plumlee et al., 2009; Washington et al., 2009; Russell et al., 2010a; Martin et al., 2010; Buck et al., 2011; Rankin et al., 2014; Washington et al., 2015).

Based on these studies, the half-lives of the fluorinated side-chain polymers was estimated to be between 10 and 112 years. The range in modeled half-lives is the result of either different soil types, modeling parameters, inclusion/exclusion of intermediary compounds and/or assumptions regarding the analytical recoveries. While the range in estimated half-life is large, the majority of estimates place the half-life around 100 years (Russell et al., 2010a; Rankin et al., 2014; Washington et al., 2015).

---

[3] For the purposes of this analysis, it is assumed that the degradation of perfluorosulfonamido-based and fluorotelomer-based side-chain fluorinated polymers occur in the same manner and at similar rates.

 **S.S. Papadopulos & Associates, Inc.**

# Section 6
# DWSWA Landfill

The Dalton Whitfield Solid Waste Authority (DWSWA) operates the Old Dixie Municipal Solid Waste Landfill, a RCRA Subtitle D lined landfill. The landfill was placed in service in 1996 and has 90 acres permitted for disposal (A. Goldsmith Resources LLC, 2018). Wastes from the carpet industry comprise a significant portion of the waste disposed at the landfill.

Leachate collected from the landfill averaged about 11.6 million gallons per year during the period 2010 through 2020 (Verhoeff, 2022, Exhibit 18). The leachate was collected and hauled to a Dalton Utilities' wastewater treatment plant until 2013, and since then has been discharged to a forced sewer main that goes to Dalton Utilities' wastewater treatment plants. The leachate contains elevated PFAS concentrations based on sampling in 2011, 2014, and 2016. The data from these sampling events are summarized in Table 5. Concentrations of PFAS were similar in all sampling events. The high concentrations of PFAS are the result of degradation and leaching of PFAS from carpet wastes, and due to the slow rate of degradation of the PFAS applied to the carpets, PFAS concentrations in the leachate will remain at high levels for a long time.

Based on the average flow volume, the mass of PFAS in 2016 in the water discharged to the sewer system is also listed in Table 5. Four of the PFAS had calculated mass discharges of over 0.1 kg/year: PFOA at 0.19 kg/year, PFBA at 0.26 kg/year, PFHpA at 0.13 kg/year, and PFHxA at 0.50 kg/year. The PFAS in the wastewater from the landfill passes through the wastewater treatment plants and is distributed on the LAS via the spray heads and subsequently discharges to the Conasauga River and its tributaries. This discharge of PFAS is not authorized under the LAS operating permit or the stormwater permit for the LAS.

**Table 5. Concentrations in Discharge from the Old Dixie Municipal Solid Waste Landfill**

| Landfill Discharge Sampling Date | Concentration (ng/L) | | | | | | |
|---|---|---|---|---|---|---|---|
| | PFOS | PFOA | PFBS | PFBA | PFHpA | PFHxA | PFPA |
| November 2, 2011 (tank) | 71 | 4,400 | | | | | |
| September 10, 2014 | 220 | 4,900 | 12 | 5,600 | 2,100 | 8,400 | 1,600 |
| May 24, 2016 | 110 | 4,900 | 230 | 7,000 | 2,200 | 15,000 | 880 |
| June 21, 2016 | 170 | 4,500 | ND | 6,000 | 4,200 | 10,000 | 780 |
| | | | | | | | |
| Mass Discharge (2016 data) kg/yr | 0.01 | 0.19 | 0.00 | 0.26 | 0.13 | 0.50 | 0.03 |

 **S.S. Papadopulos & Associates, Inc.**

# Section 7
# The Land Application Site as a Point Source Discharge

The permit for the LAS (GAJ020056), issued by GAEPD on October 13, 2015, states that the system *"...must be maintained as a no-discharge to surface waters"* (Part II(A)12) and contains several provisions to ensure no-discharge to surface water. Similar language was used in the original permit in 1986 and in all subsequent permits. The language in the permits implies that all wastewater sprayed at the LAS infiltrates into the subsurface and migrates in the subsurface prior to discharge to surface water. Generally, discharge to surface water on the LAS occurs rapidly following infiltration to streams within the LAS, as noted in Section 5.

**The LAS as a Treatment System**

The LAS is a wastewater treatment system. Dalton Utilities' web site describes the system as follows:

> *"Dalton Utilities operates one of the nation's largest (and Georgia's largest) forested land application systems (LAS), which distributes treated wastewater over its 9,600 acre site.... The facility, located in South Whitfield County and a portion of southern Murray County, sprays treated wastewater over plant life and soils for further treatment and cleansing as opposed to traditional wastewater treatment, which releases treated wastewater back to surface waters. The LAS is beneficial to the environment because wastewater is being filtered through the soil and plant matrix."*

The treatment system consists of reservoirs, pumps, pipes, and spray heads designed to prevent discharge of pollutants to surface water. However, the system is not designed to treat PFAS, and the application of PFAS onto the LAS results in direct discharges of PFAS from the LAS to the Conasauga River and its tributaries. This discharge of PFAS can be, and has been, directly traced to the LAS.

The outputs from the LAS are the flux of surface water and groundwater and constituents, including pollutants such as PFAS, in these waters that discharge across the boundaries of the LAS. Most of the flux of water and constituents that discharge across the LAS boundaries occurs within the intermittent and perennial streams that originate within the LAS. These pollutants, as described in Section 3, include PFAS. Other pollutants include nutrients and other trace compounds in wastewater that are not removed within the LAS. As discussed below, Groundwater flow across the LAS boundaries is an additional discharge from the system. PFAS discharge from the LAS to waters of the United States has been occurring every day since system operation began in the mid-1980's. The discharge of PFAS is not authorized by any National Pollutant Discharge Elimination System (NPDES) permit.

**Treatment Processes within the LAS**

The primary treatment processes within the LAS are the controlled application of wastewater via spray heads, the infiltration of this wastewater into the vegetated soil surface, filtering of solids from the wastewater, the uptake of nutrients and other constituents by the vegetation, the degradation of constituents in the wastewater by microbial process in the

subsurface, and the sorption of constituents within the subsurface. These processes can be effective in reducing biological oxygen demand, suspended solids, nitrogen, phosphorous, metals, trace organics and pathogens (USEPA, 2002a), however there are no recognized treatment processes in the subsurface that degrade PFOA, PFOS, PFBS, PFBA, PFHxA. When the LAS is operated as designed, all the wastewater that is applied infiltrates into the subsurface. Thus, there is not a direct discharge of wastewater into surface water in the context of what is occurring in the vicinity of an individual spray head.

The wastewater that infiltrates at the LAS also discharges to surface water within the boundaries of the LAS. As noted above, Dalton Utilities' consultant stated *"...the dominant path of water movement when soils are wet occurs as lateral, unsaturated and saturated flow in the upper soil horizons to small ephemeral or intermittent channels and then to perennial streams..."* (Nutter, Overcash and Associates Inc., 1997). These discharges contain pollutants, including PFOA, PFOS, PFBS, PFBA, and PFHxA from the wastewater that are not removed or degraded as the water infiltrated into the subsurface and migrated in the subsurface prior to discharge as seeps to surface water.

At the LAS many spray heads are in close proximity to intermittent and/or perennial streams and the time elapsed from application via a spray head to discharge to surface water may be only a few days. Dalton Utilities' consultant noted after evaluating a model spray field implementation that *"...under weekly irrigation, ephemeral streams often become intermittent and some intermittent streams may become perennial, giving the appearance of direct discharge to surface runoff of wastewater. ...therefore, the best indicator of a successful wastewater loading scheme is the timing and quality of the surface water leaving the site..."* (Nutter, Overcash and Associates Inc., 1997). Thus, it was clearly recognized years ago that stream flows increased rapidly after land application of wastewater occurred at the LAS, and as a result PFAS discharges to streams occurred rapidly after land application began in the mid 1980's.

In the context of wastewater flow in the vicinity of an individual spray head, although there is not a direct discharge to surface water when the system is operated as designed, there is a functional equivalent of a direct discharge to surface water. The Supreme Court in Maui v. Hawaii Wildlife Fund listed seven factors that might prove relevant for determining if a discharge was functionally equivalent to a direct discharge. These factors for the LAS are: 1) time elapsed from spraying to discharge to surface water, 2) distance from spray head to discharge location, 3) subsurface characteristics, 4) extent of pollutant dilution or chemical change, 5) amount of pollutant entering surface water relative to amount sprayed, 6) nature of discharge to surface water, and 7) degree to which pollutant maintains its identity. The Court noted that time and distance will be most important factors in most cases. At the LAS time and distance, as noted above are short. The PFAS in the wastewater that is distributed via the spray head, may be chemically altered in the subsurface prior to discharge to surface water, but for the most part it is altered to another PFAS.

As long as the LAS remains in operation, PFAS in the wastewater will discharge to surface waters, including the Conasauga River and its tributaries.



# Section 8
# Stormwater Discharges from the LAS

The LAS is authorized to discharge stormwater from 61.72 acres of the 9,600 acres of the LAS that are associated with industrial activities under the NPDES General Permit for Storm Water Discharges Associated with Industrial Activities (Permit No. GAR050000). The permit provides authorization for the discharge of "…*stormwater associated with industrial activities to the waters of the State of Georgia in accordance with the limitations, monitoring requirements…*". Authorization was concurrent with the submittal of a Notice of Intent (No. 04211), which was prepared in January 2020 (WHEE, 2020). The permit does not authorize the discharge of "non-stormwater," which includes discharges of "process wastewater, industrial wastewater, and contaminated stormwater."

The Notice of Intent and the Stormwater Pollution Prevention Plan (SWP3) identifies 45 point-source outfalls at the LAS that discharge stormwater runoff from roadways, materials/equipment storage areas, areas around pump stations, storage areas and parking lots (WHEE 2020). The total drainage area of these outfalls is approximately 61.72 acres. The locations of the point-source outfalls that have been identified are shown on Plate 6. Many of the outfalls are located within the area of active spray fields, and most of the others are located within the former Area A sludge spray fields. The identified point-source outfalls within the area of active spray fields typically are located where roads cross intermittent and perennial streams. Stormwater discharge at these point-source outfalls contains elevated levels of PFAS as the result of proximity to the spray fields.

The activities conducted at the LAS, specifically the spraying of wastewater in Areas AC, B and C and formerly the spraying of wastewater and sludge in Area A, has resulted in the accumulation of PFAS in the surface and subsurface materials at the LAS. Stormwater runoff from these areas contain elevated concentrations of PFAS, which discharge to the waters of the State of Georgia and the United States. These discharges have been occurring since the LAS began operation in the mid-1980's. The Notice of Intent and the SWP3 for the LAS neglected to identify runoff from the spray fields and adjacent areas as stormwater discharges to be covered by the General Permit, even though they contain pollutants that discharge to surface waters that are directly attributable to the activities at the LAS.



# Section 9
# PFAS Mass Balance for Dalton Region

Based on the available data, I quantified the amounts of PFOA and PFOS entering the river system upstream of Rome. The quantification is not exact because concentration data were limited. Many locations had only one measurement of PFAS and no location had data to understand the relationship between flow and PFAS concentrations. Most PFAS samples were collected from the rivers at low flow conditions. Based on water samples collected during high flows in the Oostanaula River at Rome and in the Coosa River below Rome, there is evidence that PFAS concentrations are greater at high river flows compared to low river flows. Thus, using concentration data from low flow sampling events may result in an underestimate of the annual PFAS load in surface water systems.

The amount of PFOA and PFOS entering the river systems at various locations were calculated by multiplying reported concentrations by the average annual flow during the period 2016 to 2021. The average concentrations and calculated annual PFOA and PFOS loads from locations upstream of Rome are listed in Table 6.

For the Conasauga River at Tilton and the Oostanaula River at Rome, the annual PFOA and PFOS amounts were calculated based on measured concentrations and were also calculated by summing the amount contributed by the upstream tributaries to the river system. This provides independent verification of the calculated amounts. In the Conasauga River at Tilton, the calculated annual amounts of PFOA and PFOS based on measured concentrations in the river were 165 kg and 234 kg, respectively. Summing the contributions from upstream sources, produced a calculated annual amount of 110 kg PFOA and 213 kg PFOS. The agreement between the two methods is good for PFOS, though for PFOA the contributions from upstream sources is underestimated.

For the Oostanaula River at Rome, the sum of annual upstream contributions was calculated to be 162 kg of PFOA and 292 kg of PFOS. The annual amounts calculated from measured concentrations in the Oostanaula River varied depending on which concentrations were used in the calculations. Calculations were made using the average concentrations in the river, and using the concentrations measured during the high flow period in January 2021, as described in Section 3. Calculated PFOA amounts were 197 kg/year based on average concentrations and 352 kg/year based on data collected at high flow. PFOS amounts ranged from 244 kg/year based on average concentrations and 426 kg/year based on data collected at high flow. These values are consistent with the amounts estimated by summing the upstream contributions. The range of results illustrates the range of possible PFAS quantities contributed to the Oostanaula River under various flow conditions.

The largest contribution, by far, to the annual load of PFOA and PFOS in the Oostanaula River at Rome comes from the PFAS in the streams draining the LAS. The fluxes of PFOS in the river system are illustrated on Figure 10. As depicted on Figure 10, the flux of PFOS from the LAS is calculated as 258 kg/yr, and the flux in the Oostanaula River at Rome is 292 kg. Thus, based on these calculations, 88 percent of the PFOS in the Oostanaula River at the City of Rome

Σ²Π   **S.S. Papadopulos & Associates, Inc.**

intake originates at the LAS.  The fluxes of PFOA in the river system are illustrated on Figure 11 and the fluxes of PFOA+PFOS are illustrated on Figure 12.

**Table 6. PFOA and PFOS Average Concentrations and Annual Amounts in the Oostanaula River Basin**

| Location (Upstream to Downstream) | Flow | | Concentrations ng/L | | Amount (kg /year) | |
|---|---|---|---|---|---|---|
| | mgd | cfs | PFOA | PFOS | PFOA | PFOS |
| Conasauga River at Canoe Launch | | 573 | 2 | | 1 | |
| Conasauga River at Highway 76 | | 704 | 4 | 6 | 3 | 4 |
| Coahulla Creek | | 303 | 11 | 13 | 3 | 4 |
| Conasauga River at Airport Road | | 1,283 | 10 | 11 | 11 | 13 |
| | | | | | | |
| Dalton Utilities' WWTPs | 20 | 31 | 237 | 336 | 7 | 9 |
| LAS  (effluent+precip runoff upstream of Tilton) | 23 | 36 | 1,779 | 5,225 | 57 | 167 |
| LAS Area A (sludge spray area) | 1 | 2 | 28,350 | 17,050 | 47 | 28 |
| Drowning Bear Creek (upstream) | | 24 | 146 | 211 | 3 | 5 |
| Jobs Creek | | 7 | 56 | 95 | 0 | 1 |
| Unnamed Tributary (SW-13) | | 2 | 33 | 29 | 0 | 0 |
| Other tributaries (upstream of Tilton) | | 197 | | | | |
| Conasauga River at Tilton (estimated) | | | | | 119 | 213 |
| Conasauga River at Tilton (measured) | | 1,581 | 117 | 166 | 165 | 234 |
| Thompson Creek | | 8 | 24 | 62 | 0 | 0 |
| LAS contribution from Howell Cr + Polecat Creek | 9 | 14 | 1,779 | 5,225 | 22 | 63 |
| Other Tributaries to Conasauga below Tilton | | 66 | | | | |
| | | | | | | |
| Coosawattee River | | 1,747 | 12 | 6 | 18 | 10 |
| Oothkalooga Creek | | 109 | 28 | 52 | 3 | 5 |
| Tributaries to Oostanaula River | | 808 | | | | |
| | | | | | | |
| Oostanaula at Rome (sum of upstream sources) | | | | | 162 | 292 |
| Oostanaula at Rome -avg data | | 4,341 | 51 | 63 | 197 | 244 |
| Oostanaula at Rome - high flow data | | 4,341 | 91 | 110 | 352 | 426 |

$\Sigma^2 \Pi$   S.S. Papadopulos & Associates, Inc.



**Figure 10. PFOS Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins**

$\Sigma^2\Pi$   S.S. PAPADOPULOS & ASSOCIATES, INC.



**Figure 11. PFOA Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins**

$\Sigma^2\Pi$   S.S. Papadopulos & Associates, Inc.



**Figure 12. PFOA+PFOS Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins**

# Section 10
# Proposed Plan to Reduce PFAS Releases from the LAS

A set of remedial components were developed to reduce the discharges of PFAS from the City of Dalton to the Conasauga River. These remedial components include the following:

1. Discontinue the operation of the spray fields at the LAS:

   - Provide additional treatment steps for wastewaters collected from the Loopers Bend, Riverbend, and Abutment Road treatment plants with added treatment to remove PFAS and to reduce phosphorus concentrations to below NPDES limits.
   - Construct a new outfall for discharge of the combined flow from the treatment plants.

2. Collect and treat surface-water flows from the LAS after operation ceases:

   - Install pump stations at 25 newly constructed earthen-bermed collection ponds (refer to Plate 7 for locations).
   - Install an electrical power distribution system, road extensions, controls and telemetry to the new pump stations. Pipelines headers will connect the pump stations to the existing 2.4-billion-gallon reservoir.
   - Drain the existing 2.4-billion-gallon reservoir.
   - Line the reservoir to contain the high-concentration runoff pumped from the collection ponds.
   - A new treatment system designed for removing high concentrations of PFAS from surface water will be constructed for treatment of water from the reservoir prior to discharge to the river.

3. The former Area A wastewater and sludge distribution area will be capped in the upland areas (area with an elevation about 650 feet, MSL), and further investigated and remedial options evaluated for lower lying areas adjacent to the Conasauga River:

   - The cap for former Area A (approximately 535 acres) will be a vegetated cap with a clay and geomembrane liner, which will be armored with rip-rap in the 100-year flood plain.
   - A design will be developed to cap the portions of former Area A under solar panel arrays.
   - Additional land-use restrictions will be applied to the capped areas.

4. Other ongoing PFAS sources to the city's wastewater treatment plants and river to be addressed include:

   - Add PFAS pre-treatment to the effluent from the Old Dixie Municipal Landfill.
   - Conduct an investigation to identify any facilities that are current or historic users of PFAS that continue to have elevated levels of PFAS in their wastewater discharges. Require pre-treatment of the discharge at the facility.

$\Sigma^2\Pi$    S.S. Papadopulos & Associates, Inc.

- Investigate surface water, soils, and groundwater in drainage areas containing PFAS on the LAS and in areas not captured by Remedial Component 2. The investigation will inform remedial approaches for these areas.

Additional details for each remedial component are discussed below and in Attachment C. The estimated capital and operation and maintenance (O&M) costs for the remedial components are detailed on Table 7. The estimated capital costs are $380 million and annual operating and maintenance costs are estimated at $24 million.

**Table 7. Estimated Capital and Operation and Maintenance Costs for Remedial Components**

| Remedial Component | Cost Element | Capital Cost | Annual O&M Costs | Total Costs (2022 $)* |
|---|---|---|---|---|
| 1. - Discontinue Use of the LAS/Treat for NPDES | A) Phosphorus Treatment Units (2 facilities) | 600,000 | 2,600,000 | |
| | B) Implement GAC Treatment Train for Combined Plant Flows | 31,738,000 | 7,884,000 | |
| | Subtotal | 32,338,000 | 10,484,000 | 237,829,027 |
| 2. - Collect and Treat Surface-Water Flows from LAS | A) Install 25 Dams and Pump Stations | 35,184,000 | 1,000,000 | |
| | B) Conveyance Pipe and Power Supply for Pump Stations | 104,732,000 | 1,200,000 | |
| | C) Drain and Line Reservoir | 73,700,000 | 1,500,000 | |
| | D) Implement GAC Treatment Train for Pond Discharges | 19,678,000 | 9,221,000 | |
| | Subtotal | 233,294,000 | 12,921,000 | 486,551,303 |
| 3. - Cap Sludge Disposal Areas | Consolidate and Cap Historical Sludge Disposal Areas | 114,475,000 | 525,000 | 124,765,232 |
| 4. - Monitoring and Pre-Treatment | A) PFAS Sampling Campaign for Industrial Discharges in Dalton | 70,000 | | |
| | B) Pretreatment for Old Dixie Municipal Landfill | 250,000 | 45,700 | |
| | Subtotal | 320,000 | 45,700 | 1,215,740 |
| 5. - Investigate Uncaptured Drainage Areas | Conduct an Investigation of Drainage Areas Not Captured in Remedial Component 2 | 400,000 | | 400,000 |
| | **TOTAL** | 380,827,000 | 23,975,700 | 850,761,302 |

*\* Net-present value of O&M costs calculated using a 3% discount rate and 30 year O&M period.*

## Remedial Component 1: Discontinue Operation of the LAS

The shutdown of the LAS will commence with the construction of new phosphorus treatment equipment within the two plants (Riverbend and Loopers Bend) currently discharging to the LAS. The location for a new treatment plant to remove PFAS from the combined effluent from both plants, which is currently being discharged to the Loopers Bend Reservoir for eventual land application, is proposed to be in the area to the south or west of the current Loopers Bend wastewater treatment plant (WWTP). Disk filters would be added upstream of a proposed granular activated carbon (GAC) treatment system (described below) and a new outfall structure would be installed for the treated water discharges to the river, downstream of the proposed system. The switch over from LAS operation to direct discharge to the river will require rescinding the land application permit for the operation of the LAS, and obtaining a new NPDES permit for discharge of the up to 40 MGD combined discharge from the two plants.

### <u>Phosphorus Treatment for Riverbend and Loopers Bend WWTP Effluent</u>

Prior to GAC treatment, treatment for phosphorus will be required to transition from wastewater disposal via the LAS to wastewater discharge to the Conasauga River under an NPDES permit. According to the Georgia Department of Natural Resources "Strategy for Addressing

Phosphorus in NPDES Permitting", all large (>1 MGD) municipal treated wastewater dischargers will be permitted at 1.0 milligrams per liter (mg/L) total phosphorus or less to protect downstream waters. Total phosphorus concentrations at the Riverbend and Loopers Bend treatment plants exceed 1.0 mg/L. Treatment for phosphorus will be by addition of ferric chloride to precipitate phosphorus from solution. The solids would be collected and disposed of with other biosolids at an appropriate landfill. The capital costs for each of the chemical injection systems is estimated to be $300,000, and the annual O&M costs are expected to be about $1.300,000 per year.

GAEPD also has a NPDES permitting strategy for ammonia; however, the facilities do not appear to require ammonia treatment (GAEPD, 2017). Average ammonia concentrations in the treated wastewater effluent were 0.9 mg/L at Loopers Bend facility and 1.0 at the Riverbend treatment plant. These concentrations are below the USEPA's acute ambient water quality criteria for freshwater organisms of 17 mg/L total ammonia nitrogen (USEPA, 2013).

### GAC Treatment for Riverbend and Loopers Bend WWTP Effluent

PFAS treatment using GAC is one of the most prevalent and cost-effective technologies for PFAS removal for large waste streams, and is proposed for treatment of the effluent. The USEPA GAC Cost Model (version dated October 2021) was used to estimate costs. The cost for a GAC treatment system for PFAS primarily depends on the empty bed contact time (EBCT), flow rate, and the carbon life (i.e., the frequency between carbon changeouts). Carbon life and EBCT primarily depend on the influent PFAS concentration requiring treatment, as this impacts the amount of GAC resin needed before the GAC is spent and requires replacement.

For Remedial Component 1, a GAC treatment plant cost was estimated for a capacity of 40 MGD for wastewaters with PFOA and PFOS concentrations of 430 ng/L and 150 ng/L, respectively (refer to Attachment C for more details). Capital costs for GAC treatment for the wastewater effluent were estimated as $31.7 million with $7.9 million in annual O&M. The total capital cost to discharge the current LAS wastewater to direct discharge to the river is $32.3 million, with a 30-year net present value (NPV) of $238 million.

### Remedial Component 2: Surface Water Collection from the Closed LAS

The installation of 25 pump stations for the collection ponds at the LAS after wastewater distribution ceases, involves the construction of new earthen berms at the pump station locations, and installation of sumps and pumps to collect the runoff and pump the PFAS-containing water back to the existing reservoir (refer to Plate 7 for locations of collection ponds). Design for pumping rates at each location were based on retention of runoff from a two-year storm event that is then pumped back to the pond at the power plant within 5 days. An electrical power transmission system will be constructed to supply power to pump stations at each of the 25 collection ponds and conveyance piping will be constructed to carry water collected in the ponds to the existing reservoir on the LAS.

The existing 2.4-billion gallon reservoir will be drained and lined to allow the placement of the highly concentrated surface water to the pond. Draining the reservoir will require conveying ponded wastewater to a treatment plant for treatment and discharge to the Conasauga River. Once constructed, water levels in the lined reservoir will be managed by discharging excess water

through a new treatment system designed for removing high concentrations of PFAS from surface water.

Nutrient pretreatment is not expected to be required for the collected surface water from the LAS. Based on monthly LAS operating reports, nutrient concentrations in Holly Creek, which drains the LAS, were a maximum of 0.4 mg/L for total phosphorus and a maximum of 1.5 mg/L for total nitrogen between 2012 and 2021.

### GAC Treatment for Surface Waters Diverted to Reservoir

A new GAC system is proposed to be built on the LAS, near the existing Loopers Bend treatment plant, to treat the collected waters from streams on the LAS for PFAS. The water will be piped via a new conveyance and transmission pipe system from the 25 collection ponds to the reconstructed reservoir. This remedial component requires a GAC treatment plant design capacity of 24 MGD for surface water runoff from the LAS with estimated average PFOA and PFOS concentrations of 3,800 ng/L and 8,000 ng/L, respectively (see Attachment C for further details). GAC treatment costs were estimated using the USEPA GAC Cost Model (version dated October 2021). Capital costs for GAC treatment for water diverted to the reservoir were estimated as approximately $19.7 million with $9.6 million in annual O&M. The total cost capital to collect and treat surface water flows from the LAS is $233 million, with a 30-year NPV of $486 million.

## Remedial Component 3: Consolidate and Cap Historic Sludge Disposal Areas

This remedial component will target the remediation of Area A where sludges were sprayed on the LAS from 1986 to 1998. This remedial component includes the following elements (see Attachment C for more detail):

- Install a cap on the former Area A (~525 acres);

- Establish land-use restrictions for the ~525-acre area;

- Develop and implement a design to consolidate and cap under existing solar panel fields within Area A; and,

- Armor portion of the cap within the 100-year floodplain (approximately 200 acres).

- The estimated capital costs for this remedial component are $114 million and the estimated 30-year NPV is $125 million.

## Remedial Component 4: Ongoing PFAS Sources to Dalton Utilities' WWTPs

The last sampling of industrial users discharges to the Dalton Utilities system, and subsequently the LAS, occurred in 2016. The first element of remedial component 4 involves identification of all facilities in Dalton that are current or historic users of PFAS that continue to discharge to Dalton Utilities or have NPDES permits. A comprehensive sampling campaign would be required to determine the contributions of industries in Dalton to the concentrations currently observed in treated wastewater effluent discharged from Riverbend and Loopers Bend WWTPs. Sampling of industrial wastewaters typically involves collection of a 24-hour composite sample comprised of samples collected every hour for a 24-hour period using an autosampler. As of June 2022, analytical costs for wastewaters for analysis of 40 PFAS compounds are $400/sample (based

on personal communication with Eurofins Laboratories). Costs for auto-sampling equipment and personnel to conduct sampling is approximately $900/day. If all industries that were sampled by Dalton Utilities between 2009 and 2016 were re-sampled (~53 locations), costs for this sampling campaign would be ~$70,000. Industries or the city with elevated PFAS concentrations will then need to design, install, and operate GAC treatment systems under a pre-treatment permit.

Leachate from the Old Dixie Municipal Landfill (described in Section 6) requires pre-treatment for removal of PFAS. Discharge flows from the Old Dixie Municipal Landfill average 11.6 million gallons per year, or 22 gallons per minute. During the period 2011 to 2016, concentrations in discharge from the landfill ranged from 4,400 to 4,900 ng/L PFOA and 71 to 220 ng/L PFOS. During this same time, total PFAS concentrations for routinely detected compounds (Table 7) ranged from 22,830 to 30,320 ng/L. Capital costs for pre-treatment of this facility were estimated to be $250,000 and O&M costs were estimated as $45,700/year in present-day dollars (see Attachment C for more details). Should sampling identify other facilities that continue to have elevated levels of PFAS in their wastewater discharges, similar pre-treatment systems would be used to pre-treat the PFAS in the facility's discharge.

**Remedial Component 5: Investigation and Remedial Design for Surface Water and Groundwater Collection from those Portions of the LAS outside of the catchment areas of the proposed collection ponds.**

The proposed collection ponds have a total catchment area of about 5,275 acres, which is only a portion of the approximately 6,800 acres of spray fields in Areas AC, B and C. Collection of surface water in the other areas has not been proposed due to insufficient information to conceptualize and design technically feasible and economic remedial components for these areas. These areas drain to Holly Creek, Drowning Bear Creek, and the Conasauga River, both directly and via many small drainages. This remedial component will involve investigation and monitoring of these discharges to quantify the magnitude of PFAS concentrations and the flux of water discharging to the large stream systems. Once these data are collected and a thorough survey of these areas has been completed, collection systems will be designed. In some instances, capping of the surface, rather than collection and treatment of the surface water runoff may be an appropriate remedial element. In addition, direct groundwater discharge to the major streams will be investigated and quantified, the groundwater system will be characterized, and if appropriate, a collection system will be designed to collect the groundwater prior to discharge to the major streams. The estimated cost for this study is $400,000.

Detailed cost estimates are provided in Attachment C and summarized above in Table 7. Based on a 3% discount rate, the total estimated costs for all remedial components are 850 million in 2022 dollars, assuming O&M costs will be required for at least 30 years (Table 7).

Σ²Π   S.S. Papadopulos & Associates, Inc.

# Section 11
# Documents Reviewed

[BA_P_DOC-000000141694]

[Dalton_00077865 - Dalton_00078459]

[Dalton_00078460 - Dalton_00078904]

[Dalton_00078905 - Dalton_00079637]

1999-2012 DAI Sales to Affected Area Customers. Spreadsheet. Werling Exhibit 39. [JOHNSON_DAI_025033]

2013-2020 DAI Sales to Affected Area Customers. Spreadsheet. Werling Exhibit 40. [JOHNSON_DAI_0250532]

Dalton Utilities Land Application System. Figure. [Dalton_00108355]

Definitions, 40 C.F.R. § 403.3 (2005).

National Pretreatment Standards: Prohibited Discharges, 40 C.F.R. § 403.5 (2005).

New Product Request/Change Notice - New C6 Monomer Made by Osaka Yuki as Trade Name C6SFA. Werling Exhibit 13. [JOHNSON_DAI_0253136 - JOHNSON_DAI_0253140]

PFAS Sampling (2009-2010) and Records of Boreholes and Monitoring Well Installation Logs (1985 and 1991). [Dalton_Johnson_00158400 - Dalton_Johnson_00158417]

Raessler Exhibit 39. [DCL 001492 - DCL 001494]

1988. Monitoring Well Installation Log, Well No. MW-E. October 20. [Dalton_Johnson_00164842]

1995. Specified Commercial Records. [3M_AL_GA_00273222]

1997-2003. Presentations Regarding 1997 - 2003 Sales Forecasts and More. [3M_AL_GA_00230091]

1998. Fecal Coliform TMDL Development, Conasauga River, Watershed, Cossa River Basin. February 19.

2000. Odd Chemical File - From Butenhoff. April 28. [3M_AL_GA_00432280 - 3M_AL_GA_00432468]

2001. Consent Decree. United States of America and the State of Georgia v. State of Alabama; The Coosa River Basin Initiative, Inc.; and Weiss Lake Improvement Association Inc. v. Dalton Utilities and the Water, Light, and Sinking Fund Commission of the City of Dalton, Georgia. Civil Action No. 4:98-CV-191-HLM. United States District Court Northern District of Georgia, Rome Division.

2003. Email from Mitsuhiro Usugaya to Don Harris, Kerri Bracken, and Steve Robinson, Regarding: Business Trip Report: Shaw on 2/24/03. Werling Exhibit 3. March 12. [JOHNSON_DAI_0277898 - JOHNSON_DAI_0277900]

2004. Memorandum of Understanding Between the U.S. Environmental Protection Agency and 3M Company and Dyneon LLC for a Perfluorooctanoic Acid (PFOA) Site-Related Environmental Assessment Program.  October 25.

2006. PFOA Analytical Data of Unidyne Aging Samples (LC-MS/MS) Table. Werling Exhibit 48. June 12.  [JOHNSON_DAI_0465525]

2010. Dalton Utilities Data Summary - Conasauga River, Land Application System Soils, Land Application System Groundwater, Sludge and Compost, Private Drinking Water Wells, Deer and Turkey Serum/Muscle/Liver, Industrial Users/Collection System.  August 10. [Dalton_Johnson_00099603 - Dalton_Johnson_00099655]

2016. EPA Sampling Sites Spreadsheet. June 26.

2016. Eurofins Sample List. April 28.

2016. Eurofins Sample List. May 23.

2016. PFC Laboratory Results. August 11.

2019. Industrial User Data. Spreadsheet.

2020. Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.'s Responses to Plaintiff's First Interrogatories and Request for Production of Documents. Jarrod Johnson, Individually, and on Behalf of a Class of Persons Similarly Situated v. 3M Company, et al. 4:20-cv-00008-AT. United States District Court for the Northern District of Georgia Rome Division. July 14.

2020. Industrial SW Permit List. Spreadsheet. February 3.

2020. Slip Opinion. County of Maui, Hawaii v. Hawaii Wildlife Fund et al. Docket No. 18-260. Supreme Court of the United States.

2021. Defendant Invista's Objections and Responses to Plaintiff's First Interrogatories and Request for Production of Documents. Jarrod Johnson, Individually, and on Behalf of a Class of Persons Similarly Situated v. 3M Company, et al. 4:20-cv-00008-AT. United States District Court for the Northern District of Georgia Rome Division. February 19.

2021. Defendant Shaw Industries Group, Inc.'s Second Supplemental Responses to Plaintiff's First Interrogatories and Request for Production of Documents. Jarrod Johnson, Individually, and on Behalf of a Class of Persons Similarly Situated, v. 3M Company, et al. Civil Action No. 4:20-cv-00008-AT. United States District Court for the Northern District of Georgia Rome Division.

2021. Exhibit A to the Plaintiffs' Motion for Preliminary Approval of Class-Action Settlement being the Class Settlement Agreement (with 11 Exhibits). Circuit Court of Morgan County, Alabama.

2021. Industrial Stormwater Permittee List. January.

2021. Site Visit Documents (Figures and Attendee List). May.

2021. Table 3. Analytical Results Summary; Inter-Laboratory Results Comparison; Recon Stops; and Stormwater Outfalls, Per- and Polyfluoroalkyl Substances Sampling and Analysis; Dalton Utilities Wastewater Land Application System; Conasauga River Basin, Georgia. August 27. Draft.

2021. Tentative Site Reconnaissance Stops, Dalton Utilities Land Application System, Conasauga River Basin, Georgia. May 19.

2022. Declaration of Janessa Collins Related to Plaintiffs' Requests for 3M Company Sales Record Information. Jarrod Johnson, Individually, and on Behalf of a Class of Persons Similarly Situated v. 3M Company, et al. Civil Action No.: 4:20-cv-00008 AT. United States District Court for the Northern District of Georgia, Rome Division. March 23.

2022. Field Visit to Dalton Utilities Land Application Site - Locations with Map. June 1.

2022. Fourth Amended Individual and Class Action Complaint. Jarrod Johnson, Individually, and on Behalf of a Class of Persons Similarly Situated v. 3M Company, et al. Civil Action No. 4:20-cv-0008-AT. United States District Court for the Northern District of Georgia Rome Division. January 11.

2022. GAC Break-Through Log. Spreadsheet (2017 - 2022). April 22.

2022. Groundwater Monitoring Results. Spreadsheet. April 7.

2022. PFC Results (6 PFC's). April 11.

2022. Sales Strategy Spreadsheet. Werling Exhibit 56. March 17.  [JOHNSON_DAI_0461418]

2022. Table 1. Analytical Results Summary, Per- and Polyfluoroalkyl Substances Sampling and Analysis, Conasauga River Basin, Georgia. Samples Collected May 12, 2022. June 2. Draft.

2022. Werling Exhibit 50. March 17.  [JOHNSON_DAI_0572126. Not consecutive bates.]

3M Company (3M). PFAS Sales Separated by Defendant with Totals. Spreadsheet.

3M Company (3M). 1986-1995. 3M FC Sales Spreadsheet.

3M Company (3M). 1990. Letter from K.L Williams to R.G. Perkins, Regarding:  Carpet Products. May 11.  [3M_AL_GA_00208045 - 3M_AL_GA_00208046]

3M Company (3M). 1995. 06-4623-2 FC-3611 SCOTCHGARD Brand Carpet Protector. February 2.

3M Company (3M). 1995-2014. 3M Sales to Shaw Industries, Inc.

3M Company (3M). 1997a. Letter from Marylee Maendler to Kathy McBee, Daikin America, Inc., Regarding:  Current Status of 3M's APFO with regard to Safety, Health, and Environmental Concerns and 3M Supply of Fluorad™ FC-118. Werling Exhibit 18. August 5. [DAI_0000436 - DAI_0000452]

3M Company (3M). 1997b. PCP Product Codes.2 "Current & Obsolete <1 Year". July 29. [3M_AL_GA_00228248 - 3M_AL_GA_00228259]

3M Company (3M). 1997c. Letter from Marylee Maendler to Kathy McBee, Daikin America, Inc., Regarding: Product Environmental Data Sheet for Fluorad™ FC-143. August 14. [DAI_0000432 - DAI_0000435]

3M Company (3M). 1997d. Specialty Chemicals Division - Active Ingredients by Technology by Tony Manzara. September 30. [3M_AFFF_MDL01061147 - 3M_AFFF_MDL01061154]

3M Company (3M). 1998a. Product Codes. [3M_AFFF_MDL01865017 - 3M_AFFF_MDL01865022]

3M Company (3M). 1998b. Products Chemical Content. [3M_AFFF_MDL01296971 - 3M_AFFF_MDL01296974]

3M Company (3M). 1999. Fluorochemical Use, Distribution and Release Overview. May 26. [3M_MN03270260 - 3M_MN03270277]

3M Company (3M). 2001. Protective Materials Division, U.S. Sales by Charge to Customer, Month of January. [3M_AL_GA_00209637]

3M Company (3M). 2002. Mohawk Profile with Sales Totals. [3M_AL_GA_00209767 - 3M_AL_GA_00209770]

3M Company (3M). 2017a. Letter from Michelle Howell to Theo Pinson, Alabama Department of Environmental Management, Regarding: 3M Decatur Facility (NPDES Permit Number AL0000205), Installation of Carbon Beds for Wastewater Pretreatment. May 17.

3M Company (3M). 2017b. 3M Decatur NPDES Remedial Action Agreement, Status Update – 2016. Presentation. June 13.

3M Company (3M) and Weston Solutions Inc. 2014. 3M Decatur, AL, Presentation on the Status of the Former Sludge Incorporation Area (FSIA) NPDES Remedial Action Agreement. April 24.

A. Goldsmith Resources LLC. 2018. Dalton Whitfield Solid Waste Authority, Solid Waste Management Plan, November 2018 through October 2028, Including the local governments of: Whitfield County, Cohutta Dalton Tunnel Hill and Varnell, Georgia. September.

AECOM. 2019. Perfluorobutane Sulfonic Acid (PFBS) Chemistry, Production, Uses, and Environmental Fate in Michigan. September 23.

Ahrens, L. 2011. Polyfluoroalkyl Compounds in the Aquatic Environment: A Review of their Occurrence and Fate: *Journal of Environmental Monitoring* 13: 20-31.

Alabama Department of Environmental Management. 2015. *Water Supply Permit. Permittee: The Water Works and Sewer Board of the City of Gadsden, Permit Number: 2016-631.* September 29.

Alabama Department of Environmental Management. 2020. Interim Consent Order. In the Matter of: 3M Company, Inc., 3M Decatur Facility, NPDES Permit No. AL0000205. Consent Order No. 20-086-CWP/AP/GW/HW/DW/SW.

Σ²Π   **S.S. Papadopulos & Associates, Inc.**

Allred, B.M., J.R. Lang, M.A. Barlaz, and J.A. Field. 2015. Physical and Biological Release of Poly- and Perfluoroalkyl Substances (PFASs) from Municipal Solid Waste in Anaerobic Model Landfill Reactors: *Environmental Science & Technology* 49: 7648-7656.

Alston & Bird LLP. 2009. Letter from Lee A. DeHihns to Gail Mitchell, U.S. Environmental Protection Agency, Regarding:  October 6, 2009, Information Request - Section 308 of the Clean Water Act- Dalton Utilities Land Application System. October 26. [Dalton_Johnson_00165119 - Dalton_Johnson_00165132]

Alston & Bird LLP. 2010. Letter from Lee A. DeHihns, III to Gail Mitchell, U.S. Environmental Protection Agency, Regarding:  October 6, 2009, Information Request - Section 308 of the Clean Water Act- Dalton Utilities Land Application System. May 3.

Alston & Bird LLP. 2011. Letter from Lee A. DeHihns, III to Mike Hom, U.S. Environmental Protection Agency, Regarding:  Compost Information. March 21.  [Dalton_00075493 - Dalton_00075501]

Amec Foster Wheeler Environment & Infrastructure GmbH (now part of Wood). 2020. The Use of PFAS and Fluorine-Free Alternatives in Textiles, Upholstery, Carpets, Leather, and Apparel. European Commission - DG Environment.  October.

American Water Works Association. Drinking Water Treatment for PFAS Selection Guide, Technical Support on Per- and Polyfluoroalkyl Substances Policy.

Andrews, D.Q., J. Hayes, T. Stoiber, B. Brewer, C. Campbell, and O.V. Naidenko. 2021. Identification of Point Source Dischargers of Per- and Polyfluoroalkyl Substances in the United States: *AWWA Water Science,* e1252.

Arcadis. 2002. Pilot Study Report, 3M, Decatur, Alabama.  April 1.

Arcadis. 2017. 3M Company, 2016 Perfluorochemical Groundwater Monitoring Report, Former Sludge Incorporation Area, Remedial Action Agreement.  June 30.

Aro, R., U. Eriksson, A. Kärrman, F. Chen, T. Wang, and L.W.Y. Yeung. 2021. Fluorine Mass Balance Analysis of Effluent and Sludge from Nordic Countries: *ACS ES&T Water* 1, no. 9: 2087-2096.

Ballew, K. 2021. Videotaped 30 (b) (6) Deposition of Kellie Ballew. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. July 20.

Bashar, R., K. Gungor, K.G. Karthikeyan, and P. Barak. 2018. Cost Effectiveness of Phosphorus Removal Processes in Municipal Wastewater Treatment: *Chemosphere* 197: 280-290.

Battelle Memorial Institute. 1999. Fluorochemical Release Estimation Status Report. Jariwala Exhibit 9.  March 3.  [3M_AL_ GA_00372206 - 3M_AL_ GA_00372286]

Benskin, J.P., M.G. Ikonomou, F.A.P.C. Gobas, T.H. Begley, M.B. Woudneh, and J.R. Cosgrove. 2013. Biodegradation of N-Ethyl Perfluorooctane Sulfonamido Ethanol (EtFOSE) and EtFOSE-Based Phosphate Diester (SAmPAP Diester) in Marine Sediments: *Environmental Science & Technology* 47, no. 3: 1381-1389.

Boulanger, B., J.D. Vargo, J.L. Schnoor, and K.C. Hornbuckle. 2005. Evaluation of Perfluorooctane Surfactants in a Wastewater Treatment System and in a Commercial Surface Protection Product: *Environmental Science & Technology* 39: 5524-5530.

Braida, W.J., and S.K. Ong. 1998. Air Sparging: Air-Water Mass Transfer Coefficients: *Water Resources Research* 34, no. 12: 3245-3253.

Brumbelow, J. 2021. Videotaped 30 (b) (6) Deposition of Julie Brumbelow. Volume II. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. June 9.

Buck, R.C. 2021. Videotaped Deposition of Robert C. Buck, Ph.D. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. October 25.

Buck, R.C., J. Franklin, U. Berger, J.M. Conder, I.T. Cousins, P. de Voogt, A.A. Jensen, K. Kannan, S.A. Mabury, and S.P. van Leeuwen. 2011. Perfluoroalkyl and Polyfluoroalkyl Substances in the Environment: Terminology, Classification, and Origins: *Integrated Environmental Assessment and Management* 7, no. 4: 513-541.

Bundros, T. 2022. Draft Videotaped Deposition of Tom Bundros, Dalton Utilities. The City of Rome, Georgia v. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 4.

Butt, C.M., D.C.G. Muir, and S.A. Mabury. 2014. Biotransformation Pathways of Fluorotelomer-Based Polyfluoroalkyl Substances: A Review: *Environmental Toxicology and Chemistry* 33, no. 2: 243-267.

CalgonCarbon. 2015. Model 14 - Modular Carbon Absorption Vessel Data Sheet.

CDM Smith. 2020. Cost Analysis of the Impacts on Municipal Utilities and Biosolids Management to Address PFAS Contamination. In collaboration with NEBRA, WEF, and NACWA. October.

Chad, B. 2022a. Draft Videotaped Deposition of Bob Chad, 3M Company. The City of Rome, Georgia v. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 24.

Chad, R. 2022b. 30 (b) (6) Videotaped Deposition of 3M Company Robert Chad. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 24.

Chad, R. 2022c. Videotaped 30 (b) (6) Deposition of 3M Company Bob Chad. Vol II. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. April 15.

Chad, R. 2022d. Videotaped 30 (b) (6) Deposition of 3M Company Bob Chad. Vol III. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. April 29.

Chao, K.-P., S.K. Ong, and A. Protopapas. 1998. Water-to-Air Mass Transfer of VOCs: Laboratory-Scale Air Sparging System: *Journal of Environmental Engineering* 124, no. 11: 1054-1060.

Chen, J., L. Tang, W.-Q. Chen, G.F. Peaslee, and D. Jiang. 2020. Flows, Stock, and Emissions of Poly- and Perfluoroalkyl Substances in California Carpet in 2000-2030 Under Different Scenarios: *Environmental Science & Technology* 54, no. 11: 6908-6918.

Chu, S., and R.J. Letcher. 2014. *In Vitro* Metabolic Formation of Perfluoroalkyl Sulfonamides from Copolymer Surfactants of Pre- and Post-2002 Scotchgard Fabric Protector Products: *Environmental Science & Technology* 48, no. 11: 6184-6191.

City of Rome Georgia. 2019. *Rome Water and Sewer Division - EPA Update Brief (PFOA / PFOS)*. July 10.

Cressler, C.W. 1974. *Geology and Ground-Water Resources of Gordon, Whitfield, and Murray Counties, Georgia*. State of Georgia Department of Natural Resources in coop. with the U.S. Geological Survey. Information Circular 47.

Cressler, C.W., M.A. Franklin, and W.G. Hester. 1976. *Availability of Water Supplies in Northwest Georgia*. State of Georgia Department of Natural Resources in coop. with the U.S. Geological Survey. Bulletin 91.

Curtzwiler, G.W., P. Silva, A. Hall, A. Ivey, and K. Vorst. 2020. Significance of Perfluoroalkyl Substances (PFAS) in Food Packaging: *Integrated Environmental Assessment and Management* 17, no. 1: 7-12.

Daikin. Daikin Sales Documents.

Daikin America. Material Safety Data Sheets. Werling Exhibit 1.   [SHAW_00004573 - SHAW_00004783]

Daikin America. Material Safety Data Sheets. Werling Exhibit 41. [JOHNSON_DAI_0318659. Not consecutive bates. ]

Daikin Industries LTD. Water and Oil Repellents (non-fluorinated/fluorinated) Accessed April 20, 2022. https://www.daikinchemicals.com/solutions/products/water-and-oil-repellents.html.

Daikin Industries LTD. 2018a. Repellent and Soil Resistant Finish, UNIDYNE TG-2211 Technical Datasheet. March.

Daikin Industries LTD. 2018b. Repellent and Soil Resistant Finish, UNIDYNE TG-2512 Technical Datasheet. March.

Dalton Utilities. Dalton Utilities Watershed Protection Plan, 2019 Annual Report. [Dalton_Johnson_00103132 - Dalton_Johnson_00103372]

Dalton Utilities. Internal Document for Review: PFC Testing Results - Preliminary Surface Water Results, Locations (1-23). [Dalton_SELC_00041175 - Dalton_SELC_00041182]

Dalton Utilities. LAS Spray Fields with Roads. Figure.

Dalton Utilities. LAS Spray Fields. Figure.

Dalton Utilities. Monthly Operating Reports, Land Application System (Permit No. GA02-056) Date Range: 01-12/2012; 03-07/2013, 09-12/2013; 01-10/2014, 12/2014; 01/2015, 03-04/2015, 06/2015, 08-12/2015; 04/2018, 09-10/2018; 01/2019, 12/2019; 04-05/2020; 02/2021.

Σ²Π   **S.S. Papadopulos & Associates, Inc.**

Dalton Utilities. 1998. Dalton Utilities Response to USEPA Administrative Order 98-157.  July 9. [Dalton_Johnson_00110403 - Dalton_Johnson_00110778]

Dalton Utilities. 2000. Land Application System, Standard Operating Procedures.  April 13. [BA_P_DOC-000000142077]

Dalton Utilities. 2001a. Letter from Don Cope to Douglas Mundrick, U.S. Environmental Protection Agency, Regarding:  Civil Action No. 4:98-CV-191-HLM, Consent Decree Submissions. November 26.  [Dalton_Johnson_00110385 - Dalton_Johnson_00110402]

Dalton Utilities. 2001b. Letter from Don Cope to Arthur Collins, U.S. Environmental Protection Agency, Regarding:  Civil Action No. 4:98-CV-191-HLM, Consent Decree Submissions. April 4.  [Dalton_Johnson_00106695 - Dalton_Johnson_00106702]

Dalton Utilities. 2002a. Letter from Susan N. Davis to Bijan Rahbar, Georgia Geologic Survey, Regarding:  Civil Action No. 4:98-CV-191-HLM, Groundwater Well Nitrate Analysis. November 26.  [Dalton_Johnson_00106963 - Dalton_Johnson_00106967]

Dalton Utilities. 2002b. Letter from Don Cope to Douglas F. Mundrick and Bijan Rahbar, United States Environmental Protection Agency and Georgia Geologic Survey, Regarding:  Civil Action No. 4:98-CV-191-HLM-Groundwater Well Nitrate Analysis. September 11.

Dalton Utilities. 2002c. Injection Well Operating Permit Application. [Dalton_Johnson_00172388 - Dalton_Johnson_00172589]

Dalton Utilities. 2003. Application for Renewal of Permit No. GA02-056 to Discharge to a Land Application System.  December 24.  [Dalton_00072971 - Dalton_00072991]

Dalton Utilities. 2004a. Letter from Don Cope to Douglas F. Mundrick, U.S. Environmental Protection Agency, Regarding:  Civil Action No. 4:98-CV-191-HLM, Groundwater Well Nitrate Analysis. July 27.  [Dalton_Johnson_00111514]

Dalton Utilities. 2004b. Dr. Carol Couch Georgia EPD Presentation. May 17. [Dalton_Johnson_00181892 - Dalton_Johnson_00181939]

Dalton Utilities. 2004c. Letter from Greg Jones to Susan B. Salter, Georgia Environmental Protection Division, Regarding:  LAS Permit No. GA02-056. May 13. [DCN000000002805]

Dalton Utilities. 2004d. Termination Report for Civil Action No. 4:98-CV-0191-HLM.  August 10.  [Dalton_Johnson_00160549 - Dalton_Johnson_00160928]

Dalton Utilities. 2005. Consent Decree Closing Celebration, December 13, 2005, Dalton Golf & Country Club.  Presentation.  December 13.  [Dalton_Johnson_00112579 - Dalton_Johnson_00112632]

Dalton Utilities. 2008. Emails from Lori L. McDaniel and Don Cope to Denise Wood, Mohawk Industries Inc., Regarding:  Statement to Chattanooga Paper Regarding PFOA and PFOS Concerns. February.  [Dalton_00108556 - Dalton_00108557]

$\Sigma^2\Pi$    S.S. PAPADOPULOS & ASSOCIATES, INC.

Dalton Utilities. 2009a. Letter from Don Cope to Douglas F. Mundrick, U.S. Environmental Protection Agency, Regarding:  Administrative Order No. CWA-04-2009-4777, Dalton Utilities. (Includes Attachment A and F [Walaitis Exhibit 49]). April 21. [Dalton_00059448 - Dalton_00059455; Dalton_00063735 - Dalton_00064094; Dalton_00072977]

Dalton Utilities. 2009b. Letter from Don Cope to Michael Hom, U.S. Environmental Protection Agency, Regarding:  Comments on Drinking Water Well Survey Protocol and Groundwater and Soil Data and Update on Other Items. September 2. [Dalton_Johnson_00163338 - Dalton_Johnson_00163385]

Dalton Utilities. 2009c. Document for Review: Drinking Water Well Monitoring Report. November. [Dalton_00075416 - Dalton 00075437]

Dalton Utilities. 2009d. Document for Review: Follow Up to EPA Meeting. [Dalton_00075472 - Dalton_00075492]

Dalton Utilities. 2009e. *EPA Region IV Meeting*.  Presentation. July 27.

Dalton Utilities. 2009f. EPA Region IV Meeting, Monday, July 27, 2009, Slides.

Dalton Utilities. 2009g. Letter from Don Cope to Michael Hom, U.S. Environmental Protection Agency, Regarding:  Follow Up to July 27, 2009, Meeting Between EPA and Dalton Utilities. August 5. [Dalton_00108559 - Dalton_00108574]

Dalton Utilities. 2009h. Letter from Don Cope to Michael Hom, U.S. Environmental Protection Agency, Regarding:  Information Request - Section 308 of the Clean Water Act, Dalton Utilities Land Application System (LAS) Permit No. GA02-056. July 24. [Dalton_Johnson_00163386 - Dalton_Johnson_00163391]

Dalton Utilities. 2009i. Emails from Dena Haverland to Steve Moeller, Golder Associates Inc., Regarding:  Locating Monitoring Well Installation Logs for M-12, M-15, and M-16 on the Land Application System. October 22. [Dalton_Johnson_00166647 - Dalton_Johnson_00166648]

Dalton Utilities. 2009j. Press Release Regarding PFOA and PFOS. July 30. [Dalton_00108486 - Dalton_00108487]

Dalton Utilities. 2009k. Pretreatment Meeting Slides and Attendance, Tuesday, November 3, 2009. [Dalton_00108386 - Dalton_00108391]

Dalton Utilities. 2009l. Letters to Well Owners, Regarding:  Private Drinking Water Well Sampling. October and November. [Dalton_00075182 - Dalton_00075401]

Dalton Utilities. 2010. Document for Review: EPA Monthly Report.  February. [Dalton_00075438 - Dalton 00075447]

Dalton Utilities. 2011a. Application for Renewal of Permit No. GA02-056 to Discharge to a Land Application System. Sludge Addendum Included.  October 3.  [DCN000000002682]

Dalton Utilities. 2011b. Land Application System Permit No. GA02-056 Renewal Application. September 27. [Dalton_Johnson_00112509 - Dalton_Johnson_00112515]

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

Dalton Utilities. 2014. Rationale Addendum, Dalton Utilities Riverbend LAS, LAS Permit No. GAJ020056, Application for a Land Application System (LAS) Permit to Discharge Pollutants onto a Land Treatment System. June 11. [Dalton_Johnson_00115253 - Dalton_Johnson_00115285]

Dalton Utilities. 2015. Letter from Don Cope to Jeff Larson, Georgia Environmental Protection Division, Regarding: Dalton Utilities Land Application System (LAS) Permit, Permit No. GAJ020056. April 10. [Dalton_Johnson_00173078 - Dalton_Johnson_00173224]

Dalton Utilities. 2017. Notice of Intent, NOI Version 2017, For Coverage Under NPDES General Permit GAR050000 (2017 IGP) Authorization to Discharge Storm Water Associated with Industrial Activity. Facility Name: Dalton Utilities - Riverbend WWTP. (Modified Version). June 28.

Dalton Utilities. 2019a. Dalton Utilities Riverbend WPCP, LAS Permit No. GAJ020056, Renewal Application for a Land Application System (LAS) Permit. September 19. [Dalton_Johnson_00099700 - Dalton_Johnson_00099723]

Dalton Utilities. 2019b. Dalton Utilities Watershed Protection Plan, 2018 Annual Report. June 27. [Dalton_Johnson_00103373 - Dalton_Johnson_00103610]

Dalton Utilities. 2020a. Notice of Intent, NOI Version 2017, For Coverage Under NPDES General Permit GAR050000 (2017 IGP) Authorization to Discharge Storm Water Associated with Industrial Activity. Facility Name: Dalton Utilities - Riverbend WWTP. January 23. [Dalton_Johnson_00178054 - Dalton_Johnson_00178071]

Dalton Utilities. 2020b. Notice of Intent, NOI Version 2017, For Coverage Under NPDES General Permit GAR050000 (2017 IGP) Authorization to Discharge Storm Water Associated with Industrial Activity. Facility Name: Dalton Utilities - Riverbend WWTP. (Modified Version). January 23.

Dalton Utilities. 2021a. Annual Report, AR - Version 2017 Georgia Department of Natural Resources Form, For NPDES General Permit GAR050000 (2017 IGP), Authorization to Discharge Storm Water Associated with Industrial Activity. Facility Name: Dalton Utilities - Riverbend WWTP. January 27.

Dalton Utilities. 2021b. Monthly Operating Report - Land Application System (Permit No. GAJ020056), February 2021. March 15.

Dasu, K., J. Liu, and L.S. Lee. 2012. Aerobic Soil Biodegradation of 8:2 Fluorotelomer Stearate Monoester: *Environmental Science & Technology* 46: 3831-3836.

Davis & Whitlock P.C. 2022. Emails from James S. Whitlock to Lindsey B. Mann, Troutman Pepper, Regarding: Expert Site Inspection. April-May.

Davis, K.R., J.C. Donahue, R.H. Hutcheson, and D.L. Waldrop. 1989. *Most Significant Ground-Water Recharge Areas of Georgia*. Hydrologic Atlas 18. Georgia Geologic Survey.

de Amorim, J., B. O'Flaherty, N. Harbin, and P.S. White. 2019. Hazardous PFAS Chemicals in Georgia's Drinking Water: *Journal of Science Policy & Governance* 14, no. 2.

Dinglasan, M.J.A., Y. Ye, E.A. Edwards, and S.A. Mabury. 2004. Fluorotelomer Alcohol Biodegradation Yields Poly- and Perfluorinated Acids: *Environmental Science & Technology* 38: 2857-2864.

Dinglasan-Panlilio, M.J.A., and S.A. Mabury. 2006. Significant Residual Fluorinated Alcohols Present in Various Fluorinated Materials: *Environmental Science & Technology* 40, no. 5: 1447-1453.

DuPont. DuPont Sales Documents.

DuPont. 1991. DuPont Material Safety Data Sheet. Raessler Exhibit 42. July 24. [Johnson_0119055 - Johnson_0119061]

DuPont. 1999 - Present. Dupont Carpet Chemicals.

DuPont. 2003. DuPont Fluorotelomer Products & Production Processes. Presentation to the U.S. Environmental Protection Agency. May 2. [015-0055-0000531 - 015-0055-0000613]

DuPont. 2004a. Introduction to Fluorotelomers Supply Chain Chemistry "Telomers 101". Presentation by Stephen J. Getty. May 24. [015-0055-0000949 - 015-0055-0000969]

DuPont. 2004b. Product Summary. Spreadsheet. November 18. [014-0068-0001815 - 014-0068-0001932]

DuPont. 2005a. Biodegradation Studies of Fluorotelomer-Based Polymers in Activated Sludge, Soil, and Sediments. November. [013-0014-0000960 - 013-0014-0001004]

DuPont. 2005b. Draft Product List 1999-2004, DuPont Fluorotelomer Sales in North America. Raessler Exhibit 45. July 19. [016-0169-0046991]

Dupont. 2006a. Letter from Bob Buck to David Lynch, U.S. Environmental Protection Agency, Regarding: Files Containing TSCA CBI Which are the Basis for 25 October 2006 Meeting. October 12. [013-0015-0001142 - 013-0015-0001223]

DuPont. 2006b. Email from Joseph A McClung to Nancy J. Hannigan, DuPont, Regarding: Peach State - Price Approval. May 3. [092-0222-0036313]

DuPont. 2009. Emails from Peter M. Murphy to Joyce M. Materniak, DuPont, Regarding: Recent Carpet Technology Innovation. Raessler Exhibit 47. September 14. [DCL001854 - DCL001858]

DuPont and Wildlife International LTD. 2006. Soil Biodegradation Studies of Urethane and Acrylate Fluorotelomer Polymer Products. Draft. August 14. [016-0146-0103873 - 016-0146-0103891]

Ebrahimi, F., A.J. Lewis, C.M. Sales, R. Suri, and E.R. McKenzie. 2021. Linking PFAS Partitioning Behavior in Sewage Solids to the Solid Characteristics, Solution Chemistry, and Treatment Processes: *Chemosphere* 271: 129530.

Environ. 2006. Exposure Assessment for DuPont Fluorotelomer Products in North America. September [013-0013-0002698]

Environmental Working Group (EWG). 2021. Suspected Industrial Discharges of PFAS: Interactive Map. Web Interface. Accessed December 15, 2021. https://www.ewg.org/interactive-maps/2021_suspected_industrial_discharges_of_pfas/map/.

Eurofins. 2021a. Analytical Report Rev. 1, Job Number: 320-74118-1, Job Description: Dalton Utilities LAS. For: Geosyntec Consultants, Inc., 1111 Broadway 6th Floor, Oakland, CA 94607.  July 13.  [Dalton_Johnson_00090280 - Dalton_Johnson_00093449]

Eurofins. 2021b. Analytical Report Rev. 1, Job Number: 320-74120-1, Job Description: Dalton Utilities LAS. For: Geosyntec Consultants, Inc., 1111 Broadway 6th Floor, Oakland, CA 94607.  July 12.  [Dalton_Johnson_00093511 - Dalton_Johnson_00096590]

Eurofins. 2021c. Analytical Report Rev. 1, Job Number: 320-74121-1, Job Description: Dalton Utilities LAS. For: Geosyntec Consultants, Inc., 1111 Broadway 6th Floor, Oakland, CA 94607.  July 12.  [Dalton_Johnson_00096703 - Dalton_Johnson_00099575]

Eurofins. 2021d. Analytical Report Rev. 1, Laboratory Job ID: 320-74118-1, Client Project/Site: Dalton Utilities LAS. For: Geosyntec Consultants, Inc., 1111 Broadway 6th Floor, Oakland, CA 94607.  July 13.  [Dalton_Johnson_00093450 - Dalton_Johnson_00093510]

Eurofins. 2021e. Analytical Report Rev. 1, Laboratory Job ID: 320-74120-1, Client Project/Site: Dalton Utilities LAS. For: Geosyntec Consultants, Inc., 1111 Broadway 6th Floor, Oakland, CA 94607.  July 12.  [Dalton_Johnson_00096591 - Dalton_Johnson_00096644]

Eurofins. 2021f. Analytical Report Rev. 1, Laboratory Job ID: 320-74121-1, Client Project/Site: Dalton Utilities LAS. For: Geosyntec Consultants, Inc., 1111 Broadway 6th Floor, Oakland, CA 94607.  July 12.  [Dalton_Johnson_00096645 - Dalton_Johnson_00096702]

Eurofins. 2021g. Analytical Report, Laboratory Job ID: 680-194423-1, Client Project/Site: Pilot Study, For: City of Rome, #1 Blossom Hill Drive, Rome, Georgia 30161.  February 15.

Eurofins. 2021h. Analytical Report, Laboratory Job ID: 680-194640-1, Client Project/Site: Pilot Study, For: City of Rome, #1 Blossom Hill Drive, Rome, Georgia 30161.  February 15.

Fastmarkets RISI. 2013. Containerboard: IP Plans $100+ Million Upgrade for its Rome, GA Kraft Linerboard Mill. September 20. https://technology.risiinfo.com/packaging-technology/north-america/containerboard-ip-plans-100-million-upgrade-its-rome-ga-kraft-linerboard-mill.

Feldman, S. 2019. Understanding the Stainmaster Value Proposition: *Floor Covering News*. November 1. Accessed March 22, 2022. https://www.fcnews.net/2019/11/understanding-the-stainmaster-value-proposition/.

Fiedler, H., T. Kennedy, and B.J. Henry. 2020. A Critical Review of a Recommended Analytical and Classification Approach for Organic Fluorinated Compounds with an Emphasis on Per- and Polyfluoroalkyl Substances: *Integrated Environmental Assessment and Management* 17, no. 2: 331-351.

Floor Daily. 2011. Blueridge Carpet Mills Closes after 43 Years. December 12.

FM Global. 2021. Property Loss Prevention Data Sheets. Foam Extinguishing Systems.  April.

Gadsden Water Works & Sewer Board (GWWSB). Annual Water Quality Report, Reporting Year 2019.

Gadsden Water Works & Sewer Board (GWWSB). 2021. Environmental Reporting: Analytical Reports for Gadsden Water Utility Intake from May 2016 to December 2021. Downloaded on December 15, 2021. https://gadsdenwater.org/environmentalreporting.aspx.

Gauthier, S.A., and S.A. Mabury. 2005. Aqueous Photolysis of 8:2 Fluorotelomer Alcohol: *Environmental Toxicology and Chemistry* 24, no. 8: 1837-1846.

Gefell, M., H. Huang, D. Opdyke, K. Gustafson, D. Vlassopoulos, J. McCray, S. Best, and M. Carey. 2022. Modeling PFAS Fate and Transport in Groundwater, with and Without Precursor Transformation: *Groundwater* 60, no. 1: 9.

GEL Engineering LLC. 2021a. Effluent Sample Collection Data Sheet, Location ID: Pump Station B Wet Well. May 19.

GEL Engineering LLC. 2021b. Groundwater Sample Collection Data Sheet, Well ID: MW-21-D2. May 19.

GEL Engineering LLC. 2021c. Per- and Polyfluoroalkyl Substances Sampling and Analysis Plan, Dalton Utilities Land Application System, Conasauga River Basin, Georgia. May 6. Draft.

GEL Engineering LLC. 2021d. Per- and Polyfluoroalkyl Substances Sampling and Analysis Plan, Dalton Utilities Land Application System, Conasauga River Basin, Georgia. May 7. Draft.

GEL Engineering LLC. 2021e. Per- and Polyfluoroalkyl Substances Sampling and Analysis Report, Dalton Utilities Wastewater Treatment Site, Conasauga River, Coosa River Basin, Georgia, September 22, 2020. January 19. Draft.

GEL Engineering LLC. 2021f. Sample Location Documentation and Photos, May 2021 Sampling.

GEL Engineering LLC. 2021g. Surface Water Sample Collection Data Sheet, Location ID: SW-01. May 20.

GEL Engineering LLC. 2021h. Surface Water Sample Collection Observations, Dalton Utilities LAS. May 20.

GEL Laboratories LLC. 2021i. Figure 1 - 2021 LAS Surface Water and Groundwater Sample Locations. July 2. Draft.

GEL Laboratories LLC. 2021j. Standard Operating Procedure for the Extraction and Analysis of Per- and Polyfluoroalkyl (PFAS) Substances Using LCMSMS (GL-OA-E-076 Revision 11). April. [GEL_000001 - GEL_000060]

Georgia Department of Natural Resources. Does Your Industrial Site Need a Permit?

Georgia Department of Natural Resources. 1986. *Land Application System Permit No. GA02-056, Dalton Utilities, Riverbend Road*. August 20. [Dalton_Johnson_00110172 - Dalton_Johnson_00110178]

Georgia Department of Natural Resources. 1989. Inspection Report, Land Application System, Dalton, Georgia. February 15. [Dalton_Johnson_00107227 - Dalton_Johnson_00107239]

$\Sigma^2\Pi$    S.S. PAPADOPULOS & ASSOCIATES, INC.

Georgia Department of Natural Resources. 1991. *Land Application System Permit No. GA02-056, Dalton Utilities, Riverbend Road*. May 8. [Dalton_Johnson_00107360 - Dalton_Johnson_00107371]

Georgia Department of Natural Resources. 1997a. Letter from Cheryl J. Smith to Millard Etling, Dalton Utilities, Regarding: Design Development Report, Soils Report - Infiltration Rate. February 26 (Includes referenced February 3 and 21, 1997 letters). [Dalton_Johnson_00162288 - Dalton_Johnson_00162292]

Georgia Department of Natural Resources. 1997b. *Land Application System Permit No. GA02-056, Dalton Utilities, Riverbend Road*. May 5. [Dalton_Johnson_00179556 - Dalton_Johnson_00179577]

Georgia Department of Natural Resources. 1998. *Coosa River Basin Management Plan*.

Georgia Department of Natural Resources. 1999. Letter from Alan W. Hallum to Mr. Don Cope, Dalton Utilities, Regarding: National Pollutant Discharge Elimination System Permit Application. Rush Exhibit 91. November 1. [Dalton_Johnson_00160282 - Dalton_Johnson_00160286]

Georgia Department of Natural Resources. 2001. Memorandum from Cheryl Smith to David Bullard, Regarding: Dalton Utilities, 4-4-01 Submittal on Consent Decree. May 1. [Georgia EPD_00003182 - Georgia EPD_00003189]

Georgia Department of Natural Resources. 2002a. *Authorization to Discharge Under the National Pollutant Discharge Elimination System Storm Water Discharges Associated with Industrial Activity, General Permit No. GAR050000*. April 16.

Georgia Department of Natural Resources. 2002b. Letter from Jeffrey H. Larson to Mr. Don Cope, Dalton Utilities, Regarding: Dalton Utilities - Riverbend Land Application System, NPDES Permit No. GA 0038415, Draft NPDES Permit. Rush Exhibit 92. February 22. [Dalton_Johnson_00110352 - Dalton_Johnson_00110370]

Georgia Department of Natural Resources. 2002c. Letter from Harold F. Reheis to Mr. Don Cope, Dalton Utilities, Regarding: Dalton Utilities - Riverbend, Land Application System, Draft NPDES Permit No. GA0038415. Rush Exhibit 93. May 17. [Dalton_Johnson_00107493 - Dalton_Johnson_00107496]

Georgia Department of Natural Resources. 2004. *Total Maximum Daily Load Evaluation for the Coosa River in the Coosa River Basin for Dissolved Oxygen*. January.

Georgia Department of Natural Resources. 2007. *Land Application System Permit No. GA02-056, Dalton Utilities, Riverbend Road*. March 26. [Dalton_Johnson_00179526 - Dalton_Johnson_00179555]

Georgia Department of Natural Resources. 2011. Memorandum from Elizabeth A. Booth to Linda MacGregor, Regarding: Strategy for Addressing Phosphorus in NPDES Permitting. November 11.

Georgia Department of Natural Resources. 2014. *Total Maximum Daily Load Evaluation for Sumac Creek in the Coosa River Basin for Fecal Coliform*. May.

Georgia Department of Natural Resources. 2015a. *Land Application System Permit No. GAJ020056, Dalton Utilities, Riverbend Road*. March 23. [Dalton_Johnson_00171856 - Dalton_Johnson_00171887]

Georgia Department of Natural Resources. 2015b. *Land Application System Permit No. GAJ020056, Dalton Utilities, Riverbend Road*. October 13. [Dalton_Johnson_00100426 - Dalton_Johnson_00100458]

Georgia Department of Natural Resources. 2016a. *Fact Sheet - National Pollutant Discharge Elimination System (NPDES) General Permit No. GAR050000, Storm Water Discharges Associated with Industrial Activity*. November 15.

Georgia Department of Natural Resources. 2016b. *Total Maximum Daily Load Evaluation for Fifty Stream Segments in the Coosa River Basin for Sediment*. February.

Georgia Department of Natural Resources. 2017a. *Authorization to Discharge Under the National Pollutant Discharge Elimination System, Storm Water Discharges Associated with Industrial Activity, Permit No. GAR050000*. Effective: June 1. March 6.

Georgia Department of Natural Resources. 2017b. *National Pollutant Discharge Elimination System (NPDES) General Permit No. GAR050000, Storm Water Discharges Associated with Industrial Activity. Appendix D - Activities Covered Table*.

Georgia Department of Natural Resources. 2018. Wastewater Regulatory Program Wasteload Allocation Request. September 18.

Georgia Department of Natural Resources. 2019a. Antidegradation Implementation Guidelines. February 4.

Georgia Department of Natural Resources. 2019b. Confirmation of Submittal of Application for Dalton Utilities - Riverbend WWTP with Application Attached. Rush Exhibit 97. September 19. [Dalton_Johnson_00099700 - Dalton_Johnson_00099723]

Georgia Department of Natural Resources. 2019a. National Pollutant Discharge Elimination System (NPDES) Domestic Antidegradation Analysis Form. February.

Georgia Department of Natural Resources. 2019b. National Pollutant Discharge Elimination System (NPDES) Industrial Antidegradation Analysis Form. February.

Georgia Department of Natural Resources. 2019c. *Total Maximum Daily Load Evaluation for Seven Stream Segments in the Coosa River Basin for Bacteria*. April.

Georgia Department of Natural Resources. 2020. Industrial Stormwater Inspection Form.

Georgia Environmental Protection Division (GAEPD). 2017. Memorandum from Jeff Larson to James Capp, Regarding: NPDES Permitting Strategy for Addressing Ammonia Toxicity, the 2013 Ammonia Toxicity Criteria for Domestic and Non-domestic Industrial Wastewater Treatment Plants. July 1.

Georgia Environmental Protection Division (GAEPD). 2021. Wastewater Permits in Effect (excel format, revised August 2, 2021). Downloaded on December 8, 2021. https://epd.georgia.gov/watershed-protection-branch-lists.

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

Golder Associates and Georgia Department of Natural Resources. 1996. Letters, Regarding:  Area AC Monitoring Wells, Dalton Utilities LAS. October 18-31. [Dalton_Johnson_00175983 - Dalton_Johnson_00175990]

Golder Associates Inc. Borehole Records and Monitoring Well Installation Logs. [Dalton_Johnson_00164803 - Dalton_Johnson_00164848]

Golder Associates Inc. Monitoring Well Installation Logs and Records of Borehole Logs.

Golder Associates Inc. 1981. Phase II Engineering Report, Looper Land Treatment Site, City of Dalton, Georgia.  March 20.

Golder Associates Inc. 1992. Report on Groundwater Contamination Assessment Area A, Looper's Bend Land Application Site, Dalton, Georgia.  April 24.

Golder Associates Inc. 1996a. Dalton Utilities Land Application System, Monitoring Well Location Plan and Potentiometric Contour Map. December.  [Dalton_Johnson_00161951]

Golder Associates Inc. 1996b. Monitoring Well Installation Log, Well No. B-2. [Dalton_Johnson_00166651]

Golder Associates Inc. 1996c. Monitoring Well Installation Log, Well No. B-3. [Dalton_Johnson_00166649]

Golder Associates Inc. 1997. Report on Groundwater Sampling and Analysis Procedures, Dalton Utilities, Loopers Bend Wastewater Land Application Facility, Dalton, Georgia.  May 20. [Dalton_Johnson_00164787 - Dalton_Johnson_00164802]

Golder Associates Inc. 1998. Letter from A. Terry McClean and Thomas B. Francis to Millard Etling, Dalton Utilities, Regarding:  50-Year Flood Elevation Estimate, Conasauga River at Las Facility, Dalton Utilities, Dalton, Georgia. June 16.  [Dalton_Johnson_00172906]

Golder Associates Inc. 2000. Report on 100-Year Flood Elevation Estimate, Conasauga River at LAS Facility.  January 17.  [Dalton_Johnson_00162032 - Dalton_Johnson_00162046]

Golder Associates Inc. 2001. Report on Additional Monitoring Wells Within Area A of the LAS Facility.  January.  [Dalton_Johnson_00175885 - Dalton_Johnson_00175889]

Golder Associates Inc. 2002a. Groundwater Sampling Investigation at Dalton Utilities' Loopers Bend Wastewater Land Application Site, Dalton, Georgia.  April 10. [Dalton_Johnson_00172591 - Dalton_Johnson_00172654]

Golder Associates Inc. 2002b. Letter from Enrique Álvarez, Jeffrey J.C. Paul and A. Terry McClean to Don Cope, Dalton Utilities, Regarding:  Injection Well Operating Permit Application for a Industrial Ethanol Application at Loopers Bend Former Biosolids Land Application Site, Dalton, Georgia. September 10.

Golder Associates Inc. 2002c. Letter from Dana B. Mehlman, Jeffery J.C. Paul, and A. Terry McClean to Don Cope, Dalton Utilities, Regarding:  Plan to Address Nitrate in Groundwater at the Dalton Utilities Loopers Bend Former Biosolids Land Application Site, Dalton, Georgia. April 12.  [Dalton_Johnson_00112553 - Dalton_Johnson_00112557]

Golder Associates Inc. 2003. Dalton Utilities Wastewater Operations Engineering Study.  August. [Dalton_Johnson_00167309 - Dalton_Johnson_00167482]

$\Sigma^2\Pi$    **S.S. PAPADOPULOS & ASSOCIATES, INC.**

Golder Associates Inc. 2020. Looper Land Treatment Site, City of Dalton, Georgia. Figures. March 19.  [Dalton_Johnson_00174694 - Dalton_Johnson_00174696]

Goodwyn Mills Cawood. Existing Raw Water Screen Demo Plan & Section, Plans of the Gadsden WTP Compliance Improvements for the City of Gadsden, Alabama and Water Intake Photographs.

Guardian Systems Inc. 2019. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 1911-00452, Sample Date: 11/20/2019.  December 30.

Guardian Systems Inc. 2020a. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 1911-00453, Sample Date: 11/21/2019.  January 2.

Guardian Systems Inc. 2020b. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 2006-00422, Sample Date: 06/18/2020.  July 9.

Guardian Systems Inc. 2020c. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 2008-00261, Sample Date: 08/12/2020.  September 9.

Guardian Systems Inc. 2020d. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 2011-00272, Sample Date: 11/09/2020.  December 11.

Guardian Systems Inc. 2020e. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 2011-00273, Sample Date: 11/10/2020.  December 11.

Guardian Systems Inc. 2020f. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 2011-00275, Sample Date: 11/09/2020.  December 11.

Guardian Systems Inc. 2020g. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 2011-00276, Sample Date: 11/09/2020.  December 11.

Guardian Systems Inc. 2020h. Laboratory Certificate - Friedman, Dazzio, Zulanas & Bowling P.C., Control No: 2011-00279, Sample Date: 11/09/2020.  December 11.

Guelfo, J.L., and C.P. Higgins. 2013. Subsurface Transport Potential of Perfluoroalkyl Acids at Aqueous Film-Forming Foam (AFFF)-Impacted Sites: *Environmental Science & Technology* 47, no. 9: 4164-4171.

Guelfo, J.L., S. Korzeniowski, M.A. Mills, J. Anderson, R.H. Anderson, J.A. Arblaster, J.M. Conder, I.T. Cousins, K. Dasu, B.J. Henry, L.S. Lee, J. Liu, E.R. McKenzie, and J. Willey. 2021. Environmental Sources, Chemistry, Fate and Transport of Per- and Polyfluoroalkyl Substances: State of the Science, Key Knowledge Gaps, and Recommendations Presented at the August 2019 SETAC Focus Topic Meeting: *Environmental Toxicology and Chemistry* 40, no. 12: 3234-3260.

Guiney, P.D., D.M. Woltering, and K.M. Jop. 1998. An Environmental Risk Assessment Profile of Two Synthetic Polymers: *Environmental Toxicology and Chemistry* 17, no. 10: 2122-2130.

Guo, Z., X. Liu, K.A. Krebs, and N.F. Roache. 2009. *Perfluorocarboxylic Acid Content in 116 Articles of Commerce*. U.S. Environmental Protection Agency. EPA/600/R-09/033. March.

Harris, D. 2022a. Excerpt of Harris Deposition Regarding Chemicals Used at Mohawk. The City of Rome, Georgia vs 3M Company, et al., 5.

Harris, D. 2022b. Excerpt of Harris Deposition Regarding Mohawk Product TG542. The City of Rome, Georgia vs 3M Company, et al., 1.

Harris, D. 2022c. Excerpt of Harris Deposition Regarding Mohawk Product TG2511. The City of Rome, Georgia vs 3M Company, et al., 6.

Harris, D. 2022d. Excerpt of Harris Deposition Regarding Mohawk Products XC2111 or 2101 Cross Contamination. The City of Rome, Georgia vs 3M Company, et al., 2.

Harrison, B. 2022. Draft Videotaped Deposition of 30 (b) (6) Dalton Utilities, Brian Harrison. The City of Rome, Georgia v. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 2.

Haskell Laboratory. 2001. Chemical Name: Zonyl® FCC. October 11. [016-0146-0006820 - 016-0146-0006834]

Health Canada. 2006. Perfluorooctane Sulfonate, Its Salts and Its Precursors that Contain the $C_8F_{17}SO_2$ or $C_8F_{17}SO_3$ Moiety.  January.

Henry, B.J., J.P. Carlin, J.A. Hammerschmidt, R.C. Buck, L.W. Buxton, H. Fiedler, J. Seed, and O. Hernandez. 2018. A Critical Review of the Application of Polymer of Low Concern and Regulatory Criteria to Fluoropolymers: *Integrated Environmental Assessment and Management* 14, no. 3: 316-334.

Higgins, C.P., and R.G. Luthy. 2006. Sorption of Perfluorinated Surfactants on Sediments: *Environmental Science & Technology* 40, no. 23: 7251-7256.

Huang, S., and P.R. Jaffé. 2019. Defluorination of Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS) by *Acidimicrobium* sp. Strain A6: *Environmental Science & Technology* 53, no. 19: 11410-11419.

Huizinga, R.J., and D.M. Wagner. 2019. *Erosion Monitoring Along Selected Bank Locations of the Coosa River in Alabama Using Terrestrial Light Detection and Ranging (T–Lidar) Technology, 2014–17*. U.S. Geological Survey in coop. with the Alabama Power Company. Scientific Investigations Report 2019–5023.

Interstate Technology & Regulatory Council (ITRC). 2022. Section 2.2 Chemistry, Terminology, and Acronyms. In *PFAS Technical and Regulatory Guidance Document and Fact Sheets PFAS-1*. 19.

Invista. 2004 - 2018. Invista Sales Spreadsheet.

Jaffé, P., J. Park, S. Huang, and B. Koel. 2002. Enhancing Transport and Delivery of Ferrihydrite Nanoparticles via Polymer Encapsulation in PFAS-Contaminated Sediments to Stimulate PFAS Defluorination by *Acidimicrobium* sp. Strain A6, Utilizing Innovative Materials Science Approaches to Enhance Bioremediation Session I -Per-and Polyfluoroalkyl Substances NIEHS Superfund Research Program. Presentation. April 15.

Jariwala, C. 2021. Videotaped 30 (b) (6) Deposition of Chetan Jariwala. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. October 21.

Σ²Π  S.S. PAPADOPULOS & ASSOCIATES, INC.

Kaiser, M.A., B.J. Dawson, C.A. Barton, and M.A. Botelho. 2010. Understanding Potential Exposure Sources of Perfluorinated Carboxylic Acids in the Workplace: *Annals of Occupational Hygiene* 54, no. 8: 915-922.

Konwick, B.J., G.T. Tomy, N. Ismail, J.T. Peterson, R.J. Fauver, D. Higginbotham, and A.T. Fisk. 2008. Concentrations and Patterns of Perfluoroalkyl Acids in Georgia, USA Surface Waters Near and Distant to a Major Use Source: *Environmental Toxicology and Chemistry* 27, no. 10: 2011-2018. [BA_P_DOC-000000145031]

Kotthoff, M., J. Müller, H. Jürling, M. Schlummer, and D. Fiedler. 2015. Perfluoroalkyl and Polyfluoroalkyl Substances in Consumer Products: *Environmental Science and Pollution Research* 22: 14546–14559.

Lange, C.C. 2002. Biodegradation Study Report, Biodegradation Screen Study for Telomer-Type Alcohols. Revision 1. November 6. [KorzeniowskiS Exhibit 35]

Leggett, L. 2022. Videotaped Deposition of 30 (b) (6) INVISTA S.à.r.l., LLC, Lance Leggett. Vol 1. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. February 22.

Letcher, R.J., S. Chu, and S.-A. Smyth. 2020. Side-Chain Fluorinated Polymer Surfactants in Biosolids from Wastewater Treatment Plants: *Journal of Hazardous Materials* 388: 122044.

Liu, J., L.S. Lee, L.F. Nies, C.H. Nakatsu, and R.F. Turco. 2007. Biotransformation of 8:2 Fluorotelomer Alcohol in Soil and by Soil Bacteria Isolates: *Environmental Science & Technology* 41, no. 23: 8024-8030.

Liu, X., Z. Guo, K.A. Krebs, R.H. Pope, and N.F. Roache. 2014. Concentrations and Trends of Perfluorinated Chemicals in Potential Indoor Sources from 2007 through 2011 in the US: *Chemosphere* 98: 51-57.

Mackay, D., and S. Paterson. 1983. Fugacity Models of Indoor Exposure to Volatile Chemicals: *Chemosphere* 12, no. 2: 143-154.

Martin, J.W., B.J. Asher, S. Beesoon, J.P. Benskin, and M.S. Ross. 2010. PFOS or PreFOS? Are Perfluorooctane Sulfonate Precursors (PreFOS) Important Determinants of Human and Environmental Perfluorooctane Sulfonate (PFOS) Exposure?: *Journal of Environmental Monitoring* 12: 1979-2004.

McKone, T.E. 1987. Human Exposure to Volatile Organic Compounds in Household Tap Water: The Indoor Inhalation Pathway: *Environmental Science & Technology* 21: 1194-1201.

McKone, T.E., and J.P. Knezovich. 1991. The Transfer of Trichloroethylene (TCE) from a Shower to Indoor Air: Experimental Measurements and Their Implications: *Journal of the Air & Waste Management Association* 41, no. 6: 832-837.

Melton, J. 2022. Draft Videotaped Deposition of Jonathan Melton, Dalton Utilities. The City of Rome, Georgia v. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 3.

Men, Y., and C. Liu. 2022. Utilizing Innovative Materials Science Approaches to Enhance Bioremediation, SRP Progress in Research Webinar Session I: PFAS, Synergistic Material-Microbe Interface towards Faster, Deeper, and Air-tolerant Reductive Dehalogenation. Presentation. April 15.

Michigan Department of Environment Great Lakes and Energy (EGLE). 2020a. Letter from Teresa Seidel to IPP Community Representative, Regarding:  Update on the Industrial Pretreatment Program Per- and Polyfluoroalkyl Substances Initiative and Continued Efforts. September 10.

Michigan Department of Environment Great Lakes and Energy (EGLE). 2020b. Letter from Sylvia Heaton to Phillip Argiroff, Regarding:  Water Resources Division (WRD) Guidance for Perfluorooctanesulfonic acid (PFOS) and Perfluorooctanoic acid (PFOA) Reasonable Potential Evaluations. May 6.

Michigan Department of Health and Human Services and EGLE. 2021. *Overview of Michigan's Screening Values & MCLs Per- and Polyfluoroalkyl Substances (PFAS). v 9.*

Minnesota Department of Health. 2017. *PFBA and Drinking Water Fact Sheet*. August.

Mitsubishi Chemical Safety Institute Ltd. 1996. M.S.I. Report No. 4B223-4B227, Determination of Physico-Chemical Properties of Sample D-1.  February 14.  [3M_MN01640581 - 3M_MN01640639]

Mohawk Industries Inc. 3M Purchase Orders.

Mohawk Industries Inc. Arrowstar Purchase Orders.

Mohawk Industries Inc. Clariant Purchase Orders.

Mohawk Industries Inc. Daikin Purchase Orders.

Mohawk Industries Inc. DuPont Purchase Orders.

Mohawk Industries Inc. Invista Purchase Orders.

Mohawk Industries Inc. Phoenix Chemical Purchase Orders.

Mohawk Industries Inc. StarChem Purchase Orders.

Mohawk Industries Inc. 2016. Spreadsheets for Industrial Park Plant Dyes and Chemicals Ordered/Samples Recorded.

Moody, V., and H.L. Needles. 2004. 16 - Stain Blockers and Fluorochemicals. In *Tufted Carpet - Textile Fibers, Dyes, Finishes, and Processes*. Norwich, NY: William Andrew Publishing. 177-191.

MPI Research. Analytical Report, Fluorochemical Characterization of Aqueous Samples, MPI Report No. L0019582.  [Dalton_00045281 - Dalton_00045931]

Nutter & Associates, Inc. 2002. Characterization of Water Quality at the Dalton Utilities' Land Application System, December 2000 through November 2001.  January. [Dalton_Johnson_00176912 - Dalton_Johnson_00177099]

Σ²Π   S.S. PAPADOPULOS & ASSOCIATES, INC.

Nutter, Overcash and Associates Inc. 1997. Dalton Utilities Land Application System, Model Field Implementation. October. [Dalton_Johnson_00175531 - Dalton_Johnson_00175559]

OECD. 2002. Test No. 307: *Aerobic and Anaerobic Transformation in Soil*, OECD Guideline for the Testing of Chemicals. April 24.

Oxford, D. 2022a. Draft Videotaped Deposition of David Oxford, Dalton Utilities. The City of Rome, Georgia v. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 1.

Oxford, D. 2022b. Draft Videotaped Deposition of David Oxford, Dalton Utilities. The City of Rome, Georgia v. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 2.

Pace Analytical. 2015a. Project: Dalton Utilities GA3130000 SE3, Pace Project No.: 35206663. Analytical Results. October 2. [Dalton_00105823 - Dalton_00105839]

Pace Analytical. 2015b. Project: Dalton Utilities GA3130000 SE3, Pace Project No.: 35206664. Analytical Results. September 25. [Dalton_00105686 - Dalton_00105703]

Pace Analytical. 2016a. Project: Dalton Utilities UCMR3 4th QTR, Pace Project No.: 35220221. Analytical Results. January 11. [Dalton_00105797 - Dalton_00105822]

Pace Analytical. 2016b. Letter from Martha Montero to Keith Coffey, Dalton Utilities, Regarding: Project: Shaw, Pace Project No.: 35250988. July 22. [Dalton_SELC_00040101 - Dalton_SELC_00040112]

Peach State Labs LLC. Peach State Labs Sales.

Peach State Labs LLC. 2015a. Email from Mick Williams to Peter Sigmon, Shaw Inc., Regarding: More News and Actions Related to PFAS (Close Relative of PFCs!). September 9.

Peach State Labs LLC. 2015b. Email from Mick Williams to Paul Murray, Shaw Inc., Regarding: PFHxA Data. October 2. [SHAW 00019139]

Pendle, G. 2015. Dalton, GA: How a Bedspread Fiefdom Became a Carpet Kingdom: *Atlas Obscura*. July 5. Accessed June 27, 2022. https://www.atlasobscura.com/articles/from-the-bedspread-capital-of-the-world-to-the-carpet-capital-of-the-world.

Playtis, A. 1991. Interoffice Memorandum to Roger Zipfel, Regarding: Toxicity Information. Raessler Exhibit 41. October 25. [Johnson_0117844 - Johnson_0117854]

Plumlee, M.H., K. McNeill, and M. Reinhard. 2009. Indirect Photolysis of Perfluorochemicals: Hydroxyl Radical-Initiated Oxidation of N-Ethyl Perfluorooctane Sulfonamido Acetate (N-EtFOSAA) and Other Perfluoroalkanesulfonamides: *Environmental Science & Technology* 43, no. 10: 3662-3668.

Prevedouros, K., I.T. Cousins, R.C. Buck, and S.H. Korzeniowski. 2006. Sources, Fate and Transport of Perfluorocarboxylates: *Environmental Science & Technology* 40, no. 1: 32-44. [006-0009-0002084 - 006-0009-0002096]

Raessler, R. 2021a. Excerpt of Raessler Deposition Regarding Exhibit 47. The City of Rome, Georgia vs 3M Company, et al., 4.

Raessler, R. 2021b. Excerpt of Raessler Deposition Regarding Exhibits 39 through 41. The City of Rome, Georgia vs 3M Company, et al., 30.

Raessler, R. 2021c. Videotaped 30 (b) (6) Deposition of Rick Raessler. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. October 28.

Rankin, K., H. Lee, P.J. Tseng, and S.A. Mabury. 2014. Investigating the Biodegradability of a Fluorotelomer-Based Acrylate Polymer in a Soil–Plant Microcosm by Indirect and Direct Analysis: *Environmental Science & Technology* 48, no. 21: 12783-12790.

RavenVolt. 2021. Pilot Test Summary Report, City of Rome, Georgia, PFAS Mitigation Technologies. July.

Regional Water Authority. 2021. Analytical Report, RWA: FEE-ROME_GA-21-000002, Client: Curt Vann or Jeff Pope, City of Rome, 1 Blossom Hill Drive, Rome, Georgia 30161. November 22.

Regional Water Authority. 2022a. Analytical Report, RWA: FEE-ROME_GA-22-000001, Client: Curt Vann or Jeff Pope, City of Rome, 1 Blossom Hill Drive, Rome, Georgia 30161. February 2.

Regional Water Authority. 2022b. Analytical Report, RWA: FEE-ROME_GA-22-000002, Client: Curt Vann or Jeff Pope, City of Rome, 1 Blossom Hill Drive, Rome, Georgia 30161. May 9.

Renner, R. 2001. Growing Concern Over Perfluorinated Chemicals: *Environmental Science & Technology*: 154 A - 160 A.

Rhoads, K.R., E.M.L. Janssen, R.G. Luthy, and C.S. Criddle. 2008. Aerobic Biotransformation and Fate of *N*-Ethyl Perfluorooctane Sulfonamidoethanol (*N*-EtFOSE) in Activated Sludge: *Environmental Science & Technology* 42, no. 8: 2873-2878.

Rodowa, A.E., D.R.U. Knappe, S.-Y.D. Chiang, D. Pohlmann, C. Varley, A. Bodour, and J.A. Field. 2020. Pilot Scale Removal of Per- and Polyfluoroalkyl Substances and Precursors from AFFF-Impacted Groundwater by Granular Activated Carbon: *Environmental Science: Water Research & Technology* 6, no. 4: 1083-1094.

Rome News-Tribune. 2016. Rome Switches to Etowah Intake after EPA Advisory. May 29. Accessed April 6, 2022. https://www.northwestgeorgianews.com/rome/news/local/rome-switches-to-etowah-intake-after-epa-advisory/article_e2b8c6c2-255a-11e6-a551-ffe2f4698b86.html.

Rome News-Tribune. 2018. International Paper Re-Investing in Rome Mill. December 18. Accessed January 26, 2022. https://www.northwestgeorgianews.com/rome/news/local/international-paper-re-investing-in-rome-mill/article_36ce2882-02d6-11e9-b270-075fa5f00df6.html.

Russell, M.H., W.R. Berti, B. Szostek, and R.C. Buck. 2008. Investigation of the Biodegradation Potential of a Fluoroacrylate Polymer Product in Aerobic Soils: *Environmental Science & Technology* 42, no. 3: 800-807.

$\Sigma^2\Pi$   **S.S. PAPADOPULOS & ASSOCIATES, INC.**

Russell, M.H., W.R. Berti, B. Szostek, N. Wang, and R.C. Buck. 2010a. Evaluation of PFO Formation from the Biodegradation of a Fluorotelomer-Based Urethane Polymer Product in Aerobic Soils: *Polymer Degradation and Stability* 95, no. 1: 79-85.

Russell, M.H., N. Wang, W.R. Berti, B. Szostek, and R.C. Buck. 2010b. Comment on "Degradability of an Acrylate-Linked, Fluorotelomer Polymer in Soil": *Environmental Science & Technology* 44, no. 2: 848.

Schmidt Environmental Construction Inc. Gadsden C.B. Collier WTP Post Filter GAC Contactor Facility Phase 1. Accessed December 28, 2021. https://schmidteci.com/portfolio/water-holding-tank.

Schreder, E., B. Kemler, and with primary research provided by Jim Valette and Connie Murtaugh of Material Research. 2021. Path of Toxic Pollution, How making "forever chemicals" for food packaging threatens people and the climate.  September.

SETAC.  2006.  Abstract Book.  SETAC North America 27th Annual Meeting, Montréal, Canada. November 5-9.

SETAC.  2008.  Abstract Book.  SETAC North America 29th Annual Meeting, Tampa, Florida. November 16-20.

Shaw Industries. Purchase Orders.

Shaw Industries. Shaw Industries Sales Documents.

Shaw Industries. Shaw Sales Documents.

Shaw Industries. 1995. The Top 25: Sales for All Commercial Products.  [3M_AL_GA_00273223]

Shaw Industries. 2015. Peach State Labs/Shaw Industries - Discussion on C8 vs. C6 Chemistry.

Shoemaker, J.A., and D.R. Tettenhorst. 2020. *Method 537.1: Determination of Selected Per- and Polyfluorinated Alkyl Substances in Drinking Water by Solid Phase Extraction and Liquid Chromatography/Tandem Mass Spectrometry (LC/MS/MS). Version 2.0.* U.S. Environmental Protection Agency Office of Research and Development. EPA/600/R-20/006. March.

Singh, R.K., S. Fernando, S.F. Baygi, N. Multari, S.M. Thagard, and T.M. Holsen. 2019. Breakdown Products from Perfluorinated Alkyl Substances (PFAS) Degradation in a Plasma-Based Water Treatment Process: *Environmental Science & Technology* 53, no. 5: 2731-2738.

South Central Connecticut Regional Water Authority. 2016a. Final Report, Subm #: 100138070, Customer: City of Rome, Sample Date: 05/23/2016.  June 6.

South Central Connecticut Regional Water Authority. 2016b. Final Report, Subm #: 100138071, Customer: City of Rome, Sample Date: 05/23/2016.  June 1.

South Central Connecticut Regional Water Authority. 2016c. Final Report, Subm #: 100138072, Customer: City of Rome, Sample Date: 05/23/2016.  June 6.

South Central Connecticut Regional Water Authority. 2016d. Final Report, Subm #: 100138075, Customer: City of Rome, Sample Date: 05/23/2016.  June 6.

South Central Connecticut Regional Water Authority. 2016e. Final Report, Subm #: 100139150, Customer: City of Rome, Sample Date: 07/05/2016. July 15.

South Central Connecticut Regional Water Authority. 2016f. Final Report, Subm #: 100139344, Customer: City of Rome, Sample Date: 07/12/2016. July 26.

South Central Connecticut Regional Water Authority. 2016g. Final Report, Subm #: 100140319, Customer: City of Rome, Sample Date: 08/16/2016. September 1.

South Central Connecticut Regional Water Authority. 2017a. Final Report, Subm #: 100144495, Customer: City of Rome, Sample Date: 02/15/2017. March 3.

South Central Connecticut Regional Water Authority. 2017b. Final Report, Subm #: 100144628, Customer: City of Rome WTF, Sample Date: 02/22/2017. March 9.

South Central Connecticut Regional Water Authority. 2017c. Final Report, Subm #: 100144720, Customer: City of Rome, Sample Date: 02/27/2017. March 9.

South Central Connecticut Regional Water Authority. 2017d. Final Report, Subm #: 100144935, Customer: City of Rome WTF, Sample Date: 03/08/2017. March 17.

South Central Connecticut Regional Water Authority. 2017e. Final Report, Subm #: 100145242, Customer: City of Rome WTF, Sample Date: 03/21/2017. April 5.

South Central Connecticut Regional Water Authority. 2017f. Final Report, Subm #: 100146290, Customer: City of Rome, Sample Date: 05/04/2017. May 12.

South Central Connecticut Regional Water Authority. 2017g. Final Report, Subm #: 100147140, Customer: City of Rome, Sample Date: 06/07/2017. June 22.

South Central Connecticut Regional Water Authority. 2017h. Final Report, Subm #: 100147342, Customer: City of Rome, Sample Date: 06/15/2017. June 28.

South Central Connecticut Regional Water Authority. 2017i. Final Report, Subm #: 100148566, Customer: City of Rome, Sample Date: 07/31/2017. August 9.

South Central Connecticut Regional Water Authority. 2017j. Final Report, Subm #: 100148567, Customer: City of Rome, Sample Date: 07/31/2017. August 9.

South Central Connecticut Regional Water Authority. 2017k. Final Report, Subm #: 100149479, Customer: City of Rome, Sample Date: 09/06/2017. September 20.

South Central Connecticut Regional Water Authority. 2017l. Final Report, Subm #: 100150334, Customer: Rome, Sample Date: 10/10/2017. October 23.

South Central Connecticut Regional Water Authority. 2017m. Final Report, Subm #: 100151046, Customer: City of Rome, Sample Date: 11/08/2017. November 17.

South Central Connecticut Regional Water Authority. 2018a. Final Report, Subm #: 100152010, Customer: Rome, Sample Date: 12/18/2017. January 5.

South Central Connecticut Regional Water Authority. 2018b. Final Report, Subm #: 100152452, Customer: Rome, Sample Date: 01/10/2018. January 29.

$\Sigma^2\Pi$   S.S. PAPADOPULOS & ASSOCIATES, INC.

South Central Connecticut Regional Water Authority. 2018c. Final Report, Subm #: 100153247, Customer: City of Rome, Sample Date: 02/21/2018.  March 8.

South Central Connecticut Regional Water Authority. 2018d. Final Report, Subm #: 100155103, Customer: Rome, Sample Date: 05/09/2018.  May 23.

South Central Connecticut Regional Water Authority. 2018e. Final Report, Subm #: 100157623, Customer: Rome, Sample Date: 08/09/2018.  August 27.

South Central Connecticut Regional Water Authority. 2019a. Final Report, Subm #: 100169070, Customer: Rome, Sample Date: 04/24/2019.  May 23.

South Central Connecticut Regional Water Authority. 2019b. Final Report, Subm #: 100174712, Customer: Rome, Sample Date: 07/30/2019.  August 15.

South Central Connecticut Regional Water Authority. 2019c. Final Report, Subm #: 100180245, Customer: Rome, Sample Date: 10/16/2019.  November 20.

South Central Connecticut Regional Water Authority. 2020a. Final Report, Subm #: 100185362, Customer: Rome, Sample Date: 01/27/2020.  February 18.

South Central Connecticut Regional Water Authority. 2020b. Final Report, Subm #: 100189320, Customer: Rome, Sample Date: 04/23/2020.  May 8.

South Central Connecticut Regional Water Authority. 2020c. Final Report, Subm #: 100192750, Customer: Rome, Sample Date: 07/01/2020.  August 3.

South Central Connecticut Regional Water Authority. 2020d. Final Report, Subm #: 100197857, Customer: Rome, Sample Date: 10/05/2020.  November 4.

South Central Connecticut Regional Water Authority. 2021a. Final Report, Subm #: 100201923, Customer: Rome GA, Sample Date: 01/05/2021.  January 26.

South Central Connecticut Regional Water Authority. 2021b. Final Report, Subm #: 100202591, Customer: Rome GA, Sample Date: 01/20/2021.  February 25.

South Central Connecticut Regional Water Authority. 2021c. Final Report, Subm #: 100205299, Customer: Rome GA, Sample Date: 04/05/2021.  April 19.

South Central Connecticut Regional Water Authority. 2021d. Final Report, Subm #: 100209919, Customer: Curt Van or Jeff Pope, Sample Date: 07/06/2021.  July 21.

South Central Connecticut Regional Water Authority. 2021e. Final Report, Subm #: 100209919, Customer: Curt Van or Jeff Pope, Sample Date: 07/06/2021.  July 28.

Stamey, T.C., and G.W. Hess. 1993. *Techniques for Estimating Magnitude and Frequency of Floods in Rural Basins of Georgia*. U.S. Geological Survey in coop. with Georgia Department of Transportation. Water-Resources Investigations Report 93-4016.

Stoiber, T., S. Evans, and O.V. Naidenko. 2020. Disposal of Products and Materials Containing Per- and Polyfluoroalkyl Substances (PFAS): A Cyclical Problem: *Chemosphere* 260: 127659.

TestAmerica. 2010a. Analytical Report, Job Number: 280-765-1, Job Description: PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721. Revision 1, Includes Original.  April 2. [Dalton_00000001 - Dalton_00000504]

TestAmerica. 2010b. Analytical Report, Job Number: 280-5995-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  August 13. [Dalton_SELC_00014034 - Dalton_SELC_00014151]

TestAmerica. 2010c. Analytical Report, Job Number: 280-10749-1, Job Description: PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721. December 23. [Dalton_SELC_00009679 - Dalton_SELC_00010014]

TestAmerica. 2010d. Analytical Report, Perfluorocarbon (PFC) Analysis, Lot #: D0A220637, Dalton Utilities. February 18. [Dalton_00000505 - Dalton_00001295]

TestAmerica. 2011a. Analytical Report, Job Number: 280-12576-1, Job Description: PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721. February 25. [Dalton_SELC_00013678 - Dalton_SELC_00014033]

TestAmerica. 2011b. Analytical Report, Job Number: 280-15267-1, SDG Number: 6A, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  May 17. [Dalton_SELC_00009394 - Dalton_SELC_00009678]

TestAmerica. 2011c. Analytical Report, Job Number: 280-16103-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721. June 6. [Dalton 00006547 - Dalton 00007007]

TestAmerica. 2011d. Analytical Report, Job Number: 280-16494-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  June 16. [Dalton_00105901 - Dalton_00106109]

TestAmerica. 2012a. Analytical Report, Job Number: 280-29691-1, Job Description: Riverbend Inf. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  June 18. [Dalton_00089466 - Dalton_00089706]

TestAmerica. 2012b. Analytical Report, Job Number: 280-29692-1, SDG Number: Riverbend Eff, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721. June 18. [Dalton_00082745 - Dalton_00082988]

TestAmerica. 2012c. Analytical Report, Job Number: 280-33833-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721. October 12. [Dalton_00082989 - Dalton_00083201]

TestAmerica. 2014a. Analytical Report, Job Number: 280-50603-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721. January 6. [Dalton_00082126 - Dalton_00082544]

TestAmerica. 2014b. Analytical Report, Job Number: 280-50721-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721. January 10. [Dalton_SELC_00020370 - Dalton_SELC_00020828]

TestAmerica. 2016a. Analytical Report, Job Number: 280-82896-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  May 25.  [Dalton_00102430 - Dalton_00102972]

TestAmerica. 2016b. Analytical Report, Job Number: 280-83545-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  June 14.  [Dalton_SELC_00024533 - Dalton_SELC_00025221]

TestAmerica. 2016c. Analytical Report, Job Number: 280-84278-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  June 28.  [Dalton_SELC_00018956 - Dalton_SELC_00019439]

TestAmerica. 2016d. Analytical Report, Job Number: 280-84817-1, Job Description: Dalton Utilities. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  July 7. [Dalton_SELC_00021887 - Dalton_SELC_00022433]

TestAmerica. 2016e. Analytical Report, Job Number: 280-85681-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  August 4.  [Dalton_SELC_00019440 - Dalton_SELC_00020082]

TestAmerica. 2016f. Analytical Report, Job Number: 280-85795-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  August 11.  [Dalton_SELC_00017048 - Dalton_SELC_00017247]

TestAmerica. 2016g. Analytical Report, Job Number: 280-85923-1, Job Description: Dalton PFC Analysis. For: Dalton Utilities, 1200 V.D. Parrott Jr. Parkway, Dalton, GA 30721.  July 31.  [Dalton_00104520 - Dalton_00104973]

TestAmerica. 2018a. Analytical Report, Job ID: 680-159099-2, Client Project/Site: Dalton Utilities.  November 12.  [Dalton_Johnson_00059501 - Dalton_Johnson_00059535]

TestAmerica. 2018b. Analytical Report, Job Number: 680-159768-1, Client Project/Site: Dalton Utilities.  November 7.  [BA_P_DOC-000000152960]

TestAmerica. 2018c. Analytical Report, Job Number: 680-159768-2, Client Project/Site: Dalton Utilities.  November 26.  [Dalton_Johnson_00059678 - Dalton_Johnson_00059704]

Tetra Tech Inc. 2019. Allatoona Lake Water Supply Storage Reallocation Study and Updates to Weiss and Logan Martin Reservoirs Project Water Control Manuals, Draft Feasibility Report and Integrated Supplemental Environmental Impact Statement.  November.

The Cadmus Group Inc. 2010. *Nutrient Control Design Manual*. U.S. Environmental Protection Agency. EPA/600/R-10/100. August.

The University of Georgia. 2010. Draft Dalton Utilities' Industrial Users PFC Wastewater Sampling Project.  March 26.  [Dalton_Johnson_00100325 - Dalton_Johnson_00100338]

The Water Light & Sinking Fund Commission of Dalton Georgia. 2018. Dalton Utilities Sewer User Rules and Regulations.  March.

Turner Construction Company. 2022a. Building Cost Index - 2006 Fourth Quarter Forecast.

Turner Construction Company. 2022b. Building Cost Index - 2022 First Quarter Forecast.

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

U.S. Army Corps of Engineers (USACE). 1974. Alabama-Coosa River Basin, Water Control Manual, Appendix G: Robert F. Henry Lock and Dam Alabama River, Alabama. September (Revised March 1999).

U.S. Chamber of Commerce. 2022. *PFOS and PFOA Private Cleanup Costs at Non-Federal Superfund Sites*. June.

U.S. Environmental Protection Agency (USEPA). 1994. *Air Emissions Models for Waste and Wastewater*. EPA-453/R-94-080A.

U.S. Environmental Protection Agency (USEPA). 2002a. *Wastewater Technology Fact Sheet - Slow Rate Land Treatment*.

U.S. Environmental Protection Agency (USEPA). 2002b. Letter from Douglas F. Mundrick to Don Cope, Dalton Utilities, Regarding: Civil Action No. 4:98-CV-191-HLM, Dalton November 26, 2001, Consent Decree Submission. January 25. [Dalton_Johnson_00106706]

U.S. Environmental Protection Agency (USEPA). 2002c. Letter from J.I. Palmer to Harold F. Reheis, Georgia Department of Natural Resources, Regarding: Objection to Determination on Permit, Dalton Utilities Wastewater Treatment System, Draft NPDES Permit No. GA0038415. Rush Exhibit 94. June 14. [Dalton_Johnson_00181184 - Dalton_Johnson_00181187]

U.S. Environmental Protection Agency (USEPA). 2004a. *Total Maximum Daily Load (TMDL) Development for Nutrient Enrichment in Lake Weiss (HUC 03150105), Cherokee County, Coosa River Basin, Alabama*. November 1.

U.S. Environmental Protection Agency (USEPA). 2004b. *Total Maximum Daily Load (TMDL) for Sediment in Tallapoosa and Coosa River Basins, Carroll, Forsyth, Floyd, Bartow, Polk, Gordon, and Pickens, Counties, Georgia*. February.

U.S. Environmental Protection Agency (USEPA). 2004c. *Total Maximum Daily Load (TMDL) for Total Mercury in Fish Tissue Residue in the Etowah River (HUC 03150104) Including Listed Segment*. February 27.

U.S. Environmental Protection Agency (USEPA). 2007. *Biological Nutrient Removal Processes and Costs - Fact Sheet*.

U.S. Environmental Protection Agency (USEPA). 2008. Total Maximum Daily Load (TMDL) for Nutrient Impairment: Weiss Lake (AL03150105-1003-102 and AL03150105-1001-102) Cherokee County, Alabama. Final. October.

U.S. Environmental Protection Agency (USEPA). 2009a. Memorandum from Connie L. Roberts to File, Regarding: Dalton Utilities Submittal - Analytical Report: Fluorochemical Characterization of Aqueous and Solid Samples; MPI Report No. L0018099; dated June 29, 2009. October 13.

U.S. Environmental Protection Agency (USEPA). 2009b. Letter from James D. Giattina to Don Cope, Dalton Utilities, Regarding: Information Request - Section 308 of the Clean Water Act Continuation of Review. October 6. [Dalton_00108575 - Dalton_00108694]

U.S. Environmental Protection Agency (USEPA). 2009c. Letter from Douglas F. Mundrick to Don Cope, Dalton Utilities, Regarding: Information Request - Section 308 of the Clean Water Act Dalton Utilities Land Application System. May 20.

U.S. Environmental Protection Agency (USEPA). 2009d. *NEICVP0843E01 Laboratory Report, Dalton, Georgia, Water Supply Analyses, Dalton, Georgia, NEIC Project Number: VP0843*. July.

U.S. Environmental Protection Agency (USEPA). 2009e. *Perflurochemical (PFC) Contamination in Dalton, GA, Statement and Background*. October 8.

U.S. Environmental Protection Agency (USEPA). 2009f. *Q&As: Perflurochemical (PFC) Contamination in Dalton, GA*. October 8.

U.S. Environmental Protection Agency (USEPA). 2009g. *Sampling Investigation Trip Report - North Georgia Public Water Suppliers, Perfluorinated Compounds Study, North Georgia including Dalton, Calhoun, Rome and Floyd County, Conducted on March 31 and 31, 2009*. April 28.

U.S. Environmental Protection Agency (USEPA). 2009h. Memorandum from Connie L. Roberts to File, Regarding: Summary Subset of Analytical Results from the August 5, 2009, Dalton Utilities Submittal to EPA Report Titled Test America Laboratories, Inc. Analytical Report on Perfluorocarbon (PFC) Analyses Lot #D9E280210; Report Dated June 30, 2009; 416 pages. October 13.

U.S. Environmental Protection Agency (USEPA). 2010. *Q&As: Perflurochemical (PFC) Contamination in Dalton, GA*. Preliminary Draft. October 8.

U.S. Environmental Protection Agency (USEPA). 2012a. Memorandum from Mike Neill to Lee Thomas, Regarding: GAEPD - Conasauga River PFC Study, SESD Laboratory Analytical Data, SESD Project ID - 12-0360. September 26.

U.S. Environmental Protection Agency (USEPA). 2012b. *Perflurochemical Compounds at Dalton Utilities Loopers Bend Facility*. EPA and GA EPD Meeting. March 15.

U.S. Environmental Protection Agency (USEPA). 2013. Final Aquatic Life Ambient Water Quality Criteria for Ammonia--Freshwater 2013. 78 Fed. Reg. 52192 (August 22).

U.S. Environmental Protection Agency (USEPA). 2016a. Memorandum from Floyd Wellborn to Mike Neill, Regarding: FINAL Analytical Report, Project: 16-0451, North Georgia Surface Water PFC Study, Civil Enforcement. August 24.

U.S. Environmental Protection Agency (USEPA). 2016b. *Final Analytical Report, Project: 16-0451, North Georgia Surface Water PFC Study, Civil Enforcement*. August 24.

U.S. Environmental Protection Agency (USEPA). 2018. *Phase 1: Study of PFAS Compounds on the Chattooga River, Chattooga and Walker County, GA, Cherokee and Etowah County, AL, Project Date: April 24-25, 2018*. June 13.

U.S. Environmental Protection Agency (USEPA). 2019a. *Final Report, Assessment of Resuspended Sediments as a Source of PFAS to the Upper Coosa River Basin, Conasauga, Oostanaula, & Coosa Rivers, Georgia - Project Dates: September 16th – September 18th, 2019*. December 5.

Σ²Π    **S.S. PAPADOPULOS & ASSOCIATES, INC.**

U.S. Environmental Protection Agency (USEPA). 2019b. *Final Report, Phase 2: Prioritization of PFAS Contributions to Weiss Lake, Cherokee County, Alabama & Floyd County, Georgia - Project Dates: May 20th – May 24th, 2019*. September 10.

U.S. Environmental Protection Agency (USEPA). 2019c. *Method 533: Determination of Per- And Polyfluoroalkyl Substances in Drinking Water by Isotope Dilution Anion Exchange Solid Phase Extraction and Liquid Chromatography/Tandem Mass Spectrometry*. November.

U.S. Environmental Protection Agency (USEPA). 2020a. *Final Report, Characterization of Ambient PFAS in the Chattooga River Watershed, Project Location: Chattooga River Watershed, (Georgia and Alabama) - Project Date(s): November 4th – 7th, 2019*. January 22.

U.S. Environmental Protection Agency (USEPA). 2020b. *Interim Guidance on the Destruction and Disposal of Perfluoroalkyl and Polyfluoroalkyl Substances and Materials Containing Perfluoroalkyl and Polyfluoroalkyl Substances*. Interim Guidance for Public Comment. December 18.

U.S. Environmental Protection Agency (USEPA). 2020. *Work Breakdown Structure-Based Cost Model for Granular Activated Carbon Drinking Water Treatment*.

U.S. Environmental Protection Agency (USEPA). 2021a. Work Breakdown Structure (WBS) Model for Granular Activated Carbon Treatment. October.

U.S. Environmental Protection Agency (USEPA). 2021b. *Draft Method 1633 - Analysis of Per- and Polyfluoroalkyl Substances (PFAS) in Aqueous, Solid, Biosolids, and Tissue Samples by LC-MS/MS*. EPA 821-D-21-001 August.

U.S. Environmental Protection Agency (USEPA). 2021c. *EPA Response to Public Comments on SW-846 Update VII, Phase 2 - Method 8327 for Per- and Polyfluoroalkyl Substances (PFAS) by Liquid Chromatography/Tandem Mass Spectrometry (LC/MS/MS)*. Docket No. EPA-HQ-OLEM-2018-0846.

U.S. Environmental Protection Agency (USEPA). 2021d. *Multi-Industry Per- and Polyfluoroalkyl Substances (PFAS) Study - 2021 Preliminary Report*. EPA-821-R-21-004. September.

U.S. Environmental Protection Agency (USEPA). 2021e. *Toxicological Review of Perfluorobutanoic Acid [CASRN 375-22-4] and Related Salts*. External Review Draft. EPA/635/R-20/424a. October.

U.S. Environmental Protection Agency (USEPA). 2022a. Aquatic Resources Awareness Course for Real Estate Appraisers - Glossary.

U.S. Environmental Protection Agency (USEPA). 2022b. *Enforcement and Compliance History Online*. Web Interface. Accessed January 12, 2022. https://echo.epa.gov/.

U.S. Environmental Protection Agency (USEPA). 2022c. *Technical Fact Sheet: Drinking Water Health Advisories for Four PFAS (PFOA, PFOS, GenX Chemicals, and PFBS)*. EPA 822-F-22-002. June.

U.S. Environmental Protection Agency (USEPA). 2022d. Toxic Releases Inventory (TRI) Program. TRI Data and Tools: Web Interface. Accessed January 12, 2022. https://www.epa.gov/toxics-release-inventory-tri-program/tri-data-and-tools.

Σ²Π   **S.S. PAPADOPULOS & ASSOCIATES, INC.**

U.S. Environmental Protection Agency National Enforcement Investigations Center (NEIC). 2010. *NEICVP0843E02 Technical Report, Dalton, Georgia, Water Supply Analyses, NEIC Project No.: VP0843*. October.

U.S. Geological Survey (USGS). 2021a. *Current Conditions for the Nation:* USGS 02397530 *Coosa River at State Line, AL/GA*. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/uv?site_no=02397530.

U.S. Geological Survey (USGS). 2021b. *Current Conditions for the Nation:* USGS 02397000 Coosa River (Mayo's Bar) near Rome, GA. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/ga/nwis/uv?site_no=02397000.

U.S. Geological Survey (USGS). 2021c. *Current Conditions for the Nation:* USGS 02387500 Oostanaula River at Resaca, GA. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/uv?site_no=02387500.

U.S. Geological Survey (USGS). 2021d. *Current Conditions for the Nation:* USGS 02388500 Oostanaula River near Rome, GA. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/uv?site_no=02388500.

U.S. Geological Survey (USGS). 2021e. *Current Conditions for the Nation:* USGS 02387000 Conasauga River at Tilton, GA. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/uv?site_no=02387000.

U.S. Geological Survey (USGS). 2021f. *Current Conditions for the Nation:* USGS 02400500 Coosa River at Gadsen, AL. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/uv?site_no=02400500.

U.S. Geological Survey (USGS). 2021g. *Current Conditions for the Nation:* USGS 02399500 Coosa River at Leesburg, AL. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/inventory/?site_no=02399500&agency_cd=USGS.

U.S. Geological Survey (USGS). 2021h. *Current Conditions for the Nation:* USGS 02398300 Chattooga River above Gaylesville, AL. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/uv?site_no=02398300.

U.S. Geological Survey (USGS). 2021i. *Current Conditions for the Nation:* USGS 02399200 Little River near Blue Pond, AL. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/inventory?agency_code=USGS&site_no=02399200.

U.S. Geological Survey (USGS). 2021j. *Current Conditions for the Nation:* USGS 02400100 Terrapin Creek at Ellisville, AL. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/inventory/?site_no=02400100&agency_cd=USGS

$\Sigma^2\Pi$    S.S. PAPADOPULOS & ASSOCIATES, INC.

U.S. Geological Survey (USGS). 2021k. *Current Conditions for the Nation:* USGS 02383520 Coosawattee River at Pine Chapel, GA. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/inventory/?site_no=02383520.

U.S. Geological Survey (USGS). 2021l. *Current Conditions for the Nation:* USGS 02395980 Etowah River at GA 1 Loop, Near Rome, GA. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/inventory?agency_code=USGS&site_no=02395980.

U.S. Geological Survey (USGS). 2021m. *Current Conditions for the Nation:* USGS 02177000 Chattooga River near Clayton, GA. National Water Information System: Web Interface. Accessed December 15, 2021. https://waterdata.usgs.gov/nwis/uv?02177000.

Ullah, A. 2006. The Fluorochemical Dilemma: What the PFOS/PFOA Fuss is all About: *Cleaning & Restoration.* October

Unidyne. 2006. Unidyne Monthly Sales Report (August 2006). August. [JOHNSON_DAI_0224025]

University of Amsterdam and RIKZ. 2002. Perfluoroalkylated Substances, Aquatic Environmental Assessment. July 1.

Verhoeff, D. 2022. Videotaped Deposition of 30 (b) (6) Dalton-Whitfield Solid Waste Authority Dirk Verhoeff. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. April 12. Draft.

Viticoski, R. 2021. Chapter 3 - Mass Flux and Source Characterization of Perfluoroalkyl Substances in the Conasauga River Watershed (GA, US) - Sampling Protocol. May 14.

Wagner, D. 2008. Summer Studies Set for River Contaminant. Rome News-Tribune. [Dalton_00108553 - Dalton_00108555]

Wallington, T.J., M.D. Hurley, J. Xia, D.J. Wuebbles, S. Sillman, A. Ito, J.E. Penner, D.A. Ellis, J. Martin, S.A. Mabury, O.J. Nielsen, and M.P. Sulbaek Andersen. 2006. Formation of $C_7F_{15}COOH$ (PFOA) and Other Perfluorocarboxylic Acids during the Atmospheric Oxidation of 8:2 Fluorotelomer Alcohol: *Environmental Science & Technology* 40, no. 3: 924-930.

Wang, N., B. Szostek, R.C. Buck, P.W. Folsom, L.M. Sulecki, and J.T. Gannon. 2009. 8-2 Fluorotelomer Alcohol Aerobic Soil Biodegradation: Pathways, Metabolites, and Metabolite Yields: *Chemosphere* 75, no. 8: 1089-1096.

Wang, Z., I.T. Cousins, M. Scheringer, R.C. Buck, and K. Hungerbühler. 2014. Global Emission Inventories for $C_4$-$C_{14}$ Perfluoroalkyl Carboxylic Acid (PFCA) Homologues from 1951 to 2030, Part II: The Remaining Pieces of the Puzzle: *Environment International* 69: 166-176.

Washington, J.W., J.J. Ellington, T.M. Jenkins, J.J. Evans, H. Yoo, and S.C. Hafner. 2009. Degradability of an Acrylate-Linked, Fluorotelomer Polymer in Soil: *Environmental Science & Technology* 43, no. 17: 6617-6623.

Washington, J.W., J.J. Ellington, T.M. Jenkins, and H. Yoo. 2010. Response to Comments on "Degradability of an Acrylate-Linked, Fluorotelomer Polymer in Soil": *Environmental Science & Technology* 44, no. 2: 849-850.

Washington, J.W., and T.M. Jenkins. 2015. Abiotic Hydrolysis of Fluorotelomer-Based Polymers as a Source of Perfluorocarboxylates at the Global Scale: *Environmental Science & Technology* 49, no. 24: 14129-14135.

Washington, J.W., T.M. Jenkins, K. Rankin, and J.E. Naile. 2015. Decades-Scale Degradation of Commercial, Side-Chain, Fluorotelomer-Based Polymers in Soils and Water: *Environmental Science & Technology* 49, no. 2: 915-923.

Washington, J.W., J.E. Naile, T.M. Jenkins, and D.G. Lynch. 2014. Characterizing Fluorotelomer and Polyfluoroalkyl Substances in New and Aged Fluorotelomer-Based Polymers for Degradation Studies with GC/MS and LC/MS/MS: *Environmental Science & Technology* 48, no. 10: 5762-5769.

Washington, J.W., K. Rankin, E.L. Libelo, D.G. Lynch, and M. Cyterski. 2019. Determining Global Background Soil PFAS Loads and the Fluorotelomer-Based Polymer Degradation Rates That Can Account for These Loads: *Science of the Total Environment* 651: 2444-2449.

Werling, R. 2022a. 30 (b) (6) Videotaped Deposition of Daikin America, Inc., Ralph Werling. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 16.

Werling, R. 2022b. 30 (b) (6) Videotaped Deposition of Daikin America, Inc., Ralph Werling. Volume II. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. March 17.

Werling, R. 2022c. Excerpt of Werling Deposition - 30(b)(6) Volume 2 Regarding Exhibits 39 - 41. The City of Rome, Georgia vs 3M Company, et al., 47.

Werling, R. 2022d. Excerpt of Werling Deposition - 30(b)(6) Volume 2 Regarding Exhibits 48 - 49, TG3530, and TG571. The City of Rome, Georgia vs 3M Company, et al., 11.

Weston Solutions Inc. Appendix to Attachment 2, Groundwater Sampling Technical Progress Report, 3M Interim Reports #4 and #5.

Weston Solutions Inc. 2014. Addendum to the Perfluorinated Sulfonates Data Report, 3M Decatur, Alabama Facility, Site-Related Environmental Monitoring Program. (Includes a transmittal letter from 3M to Alabama Department of Environmental Management and another letter to EPA from 3M).  September.

Weston Solutions Inc. 2017. Former Sludge Incorporation Area (FSIA) NPDES Remedial Action Agreement, 2016 Annual Construction Report, 3M Decatur, AL.  February 27.

Wiedeman and Singleton Engineers. 1991a. Design Development Report Aerobic Digester Dalton Land Application System. September. [Dalton_Johnson_00176328 - Dalton_Johnson_00176348]

Wiedeman and Singleton Engineers. 1991b. Letter from John H. Wiedeman to Mr. DeForrest Parrott, Dalton Utilities, Regarding:    Sludge Management Study. May 21. [Dalton_Johnson_00165039]

Wiedeman and Singleton Engineers. 1997. The Water, Light and Sinking Fund Commission, City of Dalton, Georgia, Sewerage System Improvements, Monitoring Well Location Plan. February.  [Dalton_Johnson_00162300]

Williams, J. 2021a. Videotaped Deposition of 30 (b) (6) Corporate Representative of Mohawk Carpet, LLC and Aladdin Manufacturing Corporation. Vol I. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. July 1.

Williams, J. 2021b. Videotaped Deposition of 30 (b) (6) Corporate Representative of Mohawk Carpet, LLC and Aladdin Manufacturing Corporation. Vol II. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County State of Georgia. July 2.

Wood Ramboll and PFA - Brussels. 2020. The Use of PFAS and Fluorine-Free Alternatives in Textiles, Upholstery, Carpets, Leather and Apparel. Final Report Under Framework Contract ENV.A.3/FRA/2015/0010.  October.

Woodard, S., J. Berry, and B. Newman. 2017. Ion Exchange Resin for PFAS Removal and Pilot Test Comparison to GAC: *Remediation* 27, no. 3: 19-27.

Woodruff & Howe Environmental Engineering Inc. (WHEE). 2020. Storm Water Pollution Prevention Plan (SWP3) Dalton Utilities, Land Application System Site, Dalton, Georgia. January 22.

Wu, Y., K. Romanak, T. Bruton, A. Blum, and M. Venier. 2020. Per- and Polyfluoroalkyl Substances in Paired Dust and Carpets from Childcare Centers: *Chemosphere* 251: 126771.

Yamaguchi, D.F. 2004. PFOA Analytical Data of Unidyne (LC-MS/MS). Werling Exhibit 49. January 7.  [JOHNSON_DAI_0465524]

Zhang, S., B. Szostek, P.K. McCausland, B.W. Wolstenholme, X. Lu, N. Wang, and R.C. Buck. 2013. 6:2 and 8:2 Fluorotelomer Alcohol Anaerobic Biotransformation in Digester Sludge from a WWTP under Methanogenic Conditions: *Environmental Science & Technology* 47, no. 9: 4227-4235.

# PLATES



**Plate 1**  Location Map



**Plate 2**    Carpet Related Facilities with Industrial Discharge Permits



**Plate 3**    LAS with Active and Inactive Spray Fields and Sampling Locations



Source:2001-4-4 DU Submission to EPA RE Residual Sludge Removal Complete with attachments.pdf

**Plate 4**  Area A Sludge Spray Fields



Pettite Branch (SW-10)



Creek near Well D-5    Upstream of
Conasauga River



Creek near Well D-7
Upstream of Conasauga



Stream flowing from Mashburn Pond East



Polecat Creek Trib  (SW-17)



Creek at SW-1
Upstream of Conasauga R.

**Plate 5**  Photographs of Selected Perennial Stream – June 1, 2022



**Plate 6**    Permitted Stormwater Outfalls with Catchment Areas (acres)



**Plate 7**   Proposed and Existing Collection Ponds

# ATTACHMENTS

# Attachment A

## Curriculum Vitae of Dr. Charles Andrews and Rate of Compensation

Σ²Π    **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# CHARLES B. ANDREWS

Senior Principal, Hydrologist                                             *Page 1*

## AREAS OF EXPERTISE

- Simulation of Groundwater and Surface-Water Flow / Contaminant Fate and Transport
- Water Resource and Water Rights Evaluations
- Contaminated Site Investigation and Remediation
- Expert Testimony
- Peer Review

## SUMMARY OF QUALIFICATIONS

Dr. Andrews is nationally known for his creative solutions to difficult water-resource problems. His areas of expertise include the assessment and remediation of contaminated sites; development of monitoring systems, formulation of water-resource projects; assessment of surface-water and groundwater flow and quality conditions at hazardous waste sites; design of water remediation systems; and development of new and modification of off-the-shelf numerical simulation models for adaptation to specific field projects. He has provided expert testimony on a many groundwater supply, groundwater contamination, and water-rights matters.

Dr. Andrews is a frequently requested member of ground and surface water advisory panels for the evaluation of state-of-the-art hydrology and for pioneering research and evaluation of contaminant transport in the subsurface. He is the author and co-author of numerous publications on modeling of groundwater flow and transport of chemical constituents, and the use of analytical models in identifying appropriate remediation alternatives for a site.

## REPRESENTATIVE EXPERIENCE

**S.S. Papadopulos & Associates, Inc.,** Rockville, Maryland

- **Perfluorinated Compounds,** Minnesota — Conducted a detailed evaluation of nature and quantity of wastes containing perfluorinated compounds (PFCs) produced at a manufacturing facility, disposal of these wastes, and migration of PFCs from disposal sites to groundwater and surface water. This work was conducted to support expert opinions in litigation between the State of Minnesota and 3M Company.

- **Nestle Waters North America,** Michigan — Provides on-going groundwater consulting services for the identification and development of spring-water sources. This work involves development of groundwater models to identify potential production rates, optimal pumping rates and locations, and environmental effects of water production for several sites in Michigan. Developed long-term monitoring plans and served as an expert witness in litigation related to development and operation of spring-water sources.

### YEARS OF EXPERIENCE: 40+

### EDUCATION

**PhD,** Geology, University of Wisconsin, Madison, 1978
**MS**, Geology, University of Wisconsin, Madison, 1976
**MS**, Water Resources, University of Wisconsin, Madison, 1974
**BA**, Geology, Carleton College, 1973
American University of Beirut, Beirut, Lebanon, 1971 – 1972

### REGISTRATIONS

**Registered Geologist**
California, No. 3853
Delaware, No. S4-0001371
Georgia, No. PG001689
Illinois, No. 196001360
Mississippi, No. 859
Washington, No. 2841

### PROFESSIONAL HISTORY

**S.S. Papadopulos & Associates, Inc.**, Senior Principal, 1984 to present, President, 1994 – 2012
**South University of Science and Technology of China, Shenzhen** Visiting Professor, 2015 to present
**Woodward - Clyde Consultants** Hydrogeologist and head of Groundwater Section, 1980 – 1984
**Northern Cheyenne Indian Tribe** Scientist, 1978 – 1980
**Wisconsin State Government** Dept. of Justice and Dept. of Natural Resources, Consultant, 1977 - 1978
**University of Wisconsin, Madison** Dept. of Geology & Geophysics, Research Assistant, 1975 – 1978
Dept. of Water Resources, Researcher, 1974 – 1975

# CHARLES B. ANDREWS

Senior Principal, Hydrologist                                                                        Page 2

- **Anaconda Copper Mine Site,** Nevada — Developed a groundwater flow and transport model to evaluate the current extent and potential future migration of uranium and sulfate downgradient of the former mine site. The site abuts irrigated fields and a challenge in the evaluations has been distinguishing uranium related to mine releases from uranium released as the result of agricultural activities. This work is ongoing.

- **Dioxin Contamination,** Rhode Island — Evaluated fate and migration of dioxins in groundwater and surface water from a former chemical facility and barrel recycling facility in North Providence. This work involved forensic analyses to determine source of dioxins. This work was conducted as an expert for the U.S. DOJ and expert testimony was presented in federal district court.

- **Agricultural Issues,** Wisconsin — Worked with operators of large irrigated farms and dairies to develop water supplies and to develop crop-rotation and nutrient-management plans to minimize potential for nitrogen contamination of groundwater. For one project involving the conversion of 4,000 acres from pine plantation to irrigated agriculture, developed a detailed nitrogen balance of the expected agricultural practices and a groundwater transport model. Subsequently used these tools to develop cropping and nutrient application schedules that minimize potential for nitrogen contamination of groundwater. These evaluations were incorporated into an environmental impact statement for the project. Provided several presentations regarding this work to State regulatory agency and growers' associations and provided expert testimony.

- **Chromium Contamination,** California — Developed and used a groundwater model to estimate historical chromium concentrations at private wells located downgradient of a compressor station near Hinkley, California, and to evaluate remedial approaches. The results of the modeling analyses were used as a foundation for expert opinions regarding historical concentrations of chromium in drinking and irrigation water.

- **Onondaga Lake,** Syracuse, New York — Headed the groundwater modeling effort for design of remedial alternatives for this reputed-to-be the most contaminated lake in the U.S. Remediation costs projected to cost several hundreds of millions of dollars. Interacted frequently with and made many presentations to the New York State Department of Environmental Conservation. This work is ongoing.

- **Large Industrial Site,** Georgia — Conducted a detailed field and laboratory evaluation of the leachability of PCBs from contaminated soils at this site. Developed innovative methods to distinguish dissolved- and particulate-phase PCBs in leachate from batch tests.

- **U.S. Army Corps of Engineers,** Washington — Conducted detailed modeling evaluations of seepage through the Howard Hanson Dam on the Green River. The evaluations were conducted to assist in evaluations of dam stability and actions required to improve the stability as dam failure would have large impacts on the lower river valley, including the Lower Duwamish Waterway.

- **Oregon Department of Environmental Quality and Cascade Corporation,** Oregon — Assisted the Department of Environmental Quality during the RI/FS process for the East Multnomah County Groundwater Contamination Site and designed the extensive pump-and-treat system for the site. In recent years, provided assistance to Cascade Corporation, one of the PRPs, on methods to enhance remedial progress.

- **Confidential Client,** Michigan — Conducted a detailed laboratory evaluation of analytical methods for phenols in water samples. Determined that certain analytical methods were prone to false-positive readings due to reactions with dissolved natural organic matter during the analytical procedure. Identified the probable reaction pathways for the reactions that create phenols from the dissolved organic matter.

- **Williams Companies** — Participated as a technical expert for a major pipeline company in a year-long Consent Decree negotiations with the U.S. Dept. of Justice regarding soil and groundwater contamination issues at 30 compressor station sites. Developed a comprehensive framework, which

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

was incorporated in the Consent Decree, for efficient, cost-effective investigation and remediation of compressor stations.  Subsequent to Consent Decree, provided (and continue to provide) technical oversight for site investigation and remediation.

- **Professional Review and Services,** miscellaneous U.S. sites — Served as Chair of External Peer Review Panel for Frenchman Flat CAU at the Nevada Test Site (2010).  Served on a review panel for the Hanford (Washington) site-wide groundwater flow-and-transport model (1989–2001).  Developed a groundwater model of the A- and M- areas at the Savannah River site, South Carolina, (1985–1986).

- **Texas Eastern Pipeline Company,** Eastern U.S. — Directed a study to evaluate the mobility and fate of polychlorinated biphenyl compounds (PCBs) in the subsurface for over 30 contaminated sites. These studies involved laboratory and field experiments to investigate the interactions between PCBs and the subsurface materials, and to investigate the potential degradation of PCBs in the subsurface. Long-term monitoring was selected as the appropriate remedial action at all the sites.

- **New Mexico Attorney General: Hueco Bolson and the Mesilla Basins,** New Mexico — Evaluated the long-term availability of groundwater and the associated water-quality problems of these large regional aquifers in southern New Mexico.  Served as an expert witness in litigation involving the proposed development of large water supplies from these basins.

- **Industrial Sites,** California and New Jersey — Managed remediation activities, including remedial investigations, feasibility studies, remedial design and implementation, for industrial sites that are extensively contaminated with arsenic and associated heavy metals.  Several of these investigations involved the evaluation of geochemical parameters that govern arsenic mobility in the subsurface and groundwater/surface-water interactions.

**Woodward-Clyde Consultants,** San Francisco and Walnut Creek, California

Senior Project Manager of the 15-person Ground-Water Group:  Responsible for water-resource business development, technical review of all water-resource projects, and staff administration.  As Project Manager and Hydrology Task Leader, examples of projects included the development of groundwater flow models of Madison Aquifer in Wyoming and the San Juan Basin in New Mexico; analysis of reservoir-induced seismicity at the Aswan Dam; and development of a groundwater model and remediation plan for a 12,000-acre site having 200 major source areas.  Responsible for developing the firm's state-of-the-practice capabilities in quantitative hydrology.

**Northern Cheyenne Indian Tribe, Lame Deer,** Montana

Directed and helped establish a comprehensive surface-water and groundwater monitoring program and established and managed the tribal computer system.  Trained tribal members in the operation and management of the hydrologic monitoring system and the computer system.  Participated in numerous administrative and legislative proceedings as an advocate for tribal management of the reservation's natural resources.

**Wisconsin Department of Justice and Department of Natural Resources,** Madison, Wisconsin

Served as an expert witness for several judicial and administrative proceedings on cases involving groundwater contamination and wetland drainage.

**University of Wisconsin, Department of Geology and Geophysics,** Madison, Wisconsin

Researched the impacts of heated-water seepage from a power plant cooling lake.  Developed a finite-element computer code to simulate water and heat transfer in shallow unconfined aquifers and designed and maintained an extensive field monitoring program to collect the data needed for model verification.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

**University of Wisconsin, Department of Water Resources,** Madison, Wisconsin
Conducted research that was funded by the U.S. Environmental Protection Agency-Denver, on the impact of oil shale development to the groundwater and surface-water resources of northwestern Colorado.

## PROFESSIONAL SOCIETIES

American Chemical Society
National Ground Water Association
American Association for the Advancement of Science
Geological Society of America

## APPOINTMENTS

2004 – present, Board of Visitors, Department of Geology, University of Wisconsin
2021 – Executive Editor, *Ground Water,* Associate Editor 1999-2020
2009 – 2019, Trustee and Treasurer, Geological Society of America
2003 – 2007, Water-Quality Advisory Group, Chairman, Montgomery County, Maryland
1997 – 2001, Board of Directors of the Association of Groundwater Scientists and Engineers Division of the National Ground Water Association
1991 –1994, National Research Council Committee on Groundwater Cleanup Alternatives, National Academy of Sciences
1987 –1988, National Research Council Committee on Groundwater Modeling Assessment, National Academy of Sciences

## PUBLICATIONS AND PRESENTATIONS

Muffels, C., S. Panday, C. Andrews, M. Tonkin, and A. Spiliotopoulos, 2022. Simulating Groundwater Interaction with a Surface Water Network using Connected Linear Networks: *Groundwater.* doi.org/10.1111/gwat.13202. In press.

Ben, Y., M. Hu, F. Zhong, E. Du, Y. Li, H. Zhang, C. Andrews, and C. Zheng, 2022. Human daily dietary intakes of antibiotic residues: Dominant sources and health risks. *Environmental Research.* In press.

Jin, M., M. Lancia, Y. Tian, S. Viaroli, C. Andrews, J. Liu, and C. Zheng, 2022. The Role of Aquifers in Sustaining the Sponge City Concept in Chinese High-Density Housing. *Water,* v. 14, no. 6, 929; https://doi.org/10.3390/w14060929.

Andrews, C.B. and R.J-C. Hennet, 2022. Quest for groundwater sustainability – Lessons From 40 Years of Remediation in the United States. *Sustainable Horizons*, v. 2: 100009, doi: 10.1016/j.horiz.2022.100009.

Kong, L., Y. Wang, C. B. Andrews, and C. Zheng, 2022. One-step construction of hierarchical porous channels on electrospun MOF/polymer/graphene oxide composite nanofibers for effective arsenate removal from water. *Chemical Engineering Journal*. v. 435: 134830, doi: 10.1016/j.cej.2022.134830.

Kong, L., J. Zhang, Y. Wang, Q. Yan, J. Xu, X. Quan, C. B. Andrews, Z. Zhang and C. Zheng, 2022. Bowknot-like Zr/La bimetallic organic frameworks for enhanced arsenate and phosphate removal: combined experimental and DFT studies. *Journal of Colloid and Interface Science,* v. 614, pp. 47-57, doi: 10.1016/J.JCIS.2022.01.033.

Jin, M., M. Lancia, Y. Tian, S. Viaroli, C. Andrews, J. Liu and C. Zheng, 2021. Hydrogeological Criteria to Improve the Sponge City Strategy of China. *Frontiers in Environmental Science*. doi: 10.3389/fenvs.2021.700463.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Yao, Y., C. Zheng, C. B. Andrews, B. R. Scanlon, X. Kuang, Z. Zeng, S. Jeong, M. Lancia, Y. Wu, and G. Li, 2021. Role of Groundwater in Sustaining Northern Himalayan Rivers. *Geophysical Research Letters*, v. 48, e2020GL092354. doi: 10.1029/2020GL092354.

Andrews, C., J.C. Henry and A. Anderson-Vincent, 2021. Rapid Cleanup of a Perchlorate Plume from Fireworks. *Groundwater*. doi: 10.1111/gwat.13082.

Yang,L., C. Zheng, C.B. Andrews and C. Wang, 2020. Applying a Regional Transport Modeling Framework to Manage Nitrate Contamination of Groundwater. *Groundwater*. doi: 10.1111/gwat.13047.

Fang, Ji., L. Fan, C. B. Andrews, Y. Yao and C. Zheng, 2020. Dynamics of seasonally frozen ground in the Yarlung Zangbo River Basin on the Qinghai-Tibet Plateau: historical trend and future projection. *Environmental Research Letters*, v. 15, no. 10. doi:10.1088/1748-9326/abb731.

Lancia, M., H. Su, Y. Tian, J. Xu, C. B. Andrews, D. N. Lerner and C. Zheng, 2020. Hydrogeology of the Pearl River Delta, southern China. *Journal of Maps*, v. 16, no. 2, pp. 388-395, doi: 10.1080/17445647.2020.1761903.

Lancia, M., C. Zheng, X. He, D. Lerner, C. Andrews and Y. Tian, 2020. Hydrogeological Constraints and Opportunities for "Sponge City" Development: Shenzhen, Southern China. *Journal of Hydrology*: *Regional Studies*, v. 28, doi: 10.1016/j.ejrh.2020.100679.

Ben, Y., M. Hu, X. Zhang, S. Wu, M.H. Wong, M. Wang, C.B. Andrews, and C. Zheng, 2020. Efficient Detection and Assessment of Human Exposure to Trace Antibiotic Residues in Drinking Water. *Water Research*, v. 175, doi: 10.1016/j.watres.2020.115699.

Neville, C. and C. Andrews, 2020. Containment of Sources of Groundwater Contamination: Analysis of Mass Fluxes. *Groundwater*, v. 58, no. 2, pp. 183-188, doi:10.1111/gwat.12912z.

Yao, Y., C. Andrews, Y. Zheng, X. He, V. Babovic, and C. Zheng, 2019. Development of Fresh Groundwater Lens in Coastal Reclaimed Islands. *Journal of Hydrology*, v. 573, pp. 365-375. doi: 10.1016/j.jhydrol.2019.03.062.

Yao, Y., C. Cheng, C. Andrews, X. He, A. Zhang, and J. Liu, 2019. Integration into China's South-North Water Transfer Strategy. *Science of the Total Environment*, v. 658, pp. 550-557, doi: 10.1016/j.scitotenv.2018.12.185.

Yao, Y., Y. Tian, C. Andrews, X. Li, Y. Zheng, and C. Zheng, 2018. Role of Groundwater in the Dryland Ecohydrological System: A Case Study of the Heihe River Basin. *Journal of Geophysical Research*: *Atmospheres, v.* 123, no. 13, pp. 6760-6776, doi: 10.1029/2018JD028432.

Qin, H., C. Andrews, F. Tian, G. Cao, Y. Luo, J. Liu, and C. Zheng, 2018. Groundwater Pumping Optimization for Land Subsidence Control in Beijing Plain, China. *Hydrogeology Journal*, v. 26, no. 4, pp. 1061-1081, doi: 10.1007/s10040-017-1712-z.

Yao, Y. C. Zheng, C. Andrews, Y. Zheng, A. Zhang, and J. Liu, 2017. What Controls the Partitioning between Baseflow and Mountain Block Recharge in the Qinghai-Tibet Plateau? *Geophys. Res. Lett.,* v. 44. doi: 10.1002/2017GL074344.

Huang, X., C.B. Andrews, J. Liu, Y. Yao, C. Liu, S.W. Tyler, J.S. Selker, and C. Zheng, 2016. Assimilation of Temperature and Hydraulic Gradients for Quantifying the Spatial Variability of Streambed Hydraulics. *Water Resources Research.* Accepted Author Manuscript. doi:10.1002/2015WR018408.

Andrews, C., 2011. How Much Modeling is Enough? Presentation at MODFLOW and More 2011: Integrated Hydrologic Modeling. International Groundwater Modeling Center (IGWMC), Colorado School of Mines, Maxwell, P., Hill, and Zheng, eds.

Andrews, C., 2011. Urban Recharge Myth: Case Study of Montgomery County, Maryland. Presentation at the 2011 Ground Water Summit and 2011 Ground Water Protection Council Spring Meeting. National Ground Water Association, Baltimore, MD.

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# CHARLES B. ANDREWS

Senior Principal, Hydrologist                                                                     Page 6

Root, R.A., D. Vlassopoulos, N.A. Rivera, M.T. Rafferty, C. Andrews, and P.A. O'Day, 2009. Speciation and Natural Attenuation of Arsenic and Iron in a Tidally Influenced Shallow Aquifer: *Geochimica et Cosmochimica Acta, Science Direct*.

Johnson, T., C. Andrews, and M. Hennessey, 2009. Development of Chloride Profiles to Estimate Groundwater Discharge for Cap Design in Onondaga Lake. Presentation at the Fifth International Conference on Remediation of Contaminated Sediments, Jacksonville, FL. February 2 - 5, 2009.

Barth, G., and C. Andrews, 2009. Practical Problems, Practical Solutions. Presentation at the National Groundwater Association's Annual Groundwater Summit, Tucson, AZ, April 19 - 23, 2009.

Andrews, Charles, 2008. One Hydrogeology — A New Paradigm for Model Construction: Modeling with Google Earth. Presentation at MODFLOW and More 2008: Ground Water and Public Policy Conference, May 18 - 21, 2008, Golden, CO.

Andrews, C.B., 2008. Review of "Effective Groundwater Model Calibration: With Analysis of Data, Sensitivities, Predictions, and Uncertainty": *Ground Water*, v. 46, no. 1, p. 5.

Spiliotopoulos, A., and C.B. Andrews, 2007. Analysis of Aquifer Test Data – MODFLOW and PEST. *in Groundwater and Wells* (3rd ed.). Sterrett, R.J., ed. Johnson Screens, New Brighton, MN, 812 p.

Karanovic, M., C.J. Neville, and C.B. Andrews, 2007. BIOSCREEN-AT: BIOSCREEN with an Exact Analytical Solution: *Ground Water*, v. 45, no. 2, pp. 242-245.

Andrews, C.B., and G. Swenson, 2006. Simulation of Brine Movement into Onondaga Lake. Presentation at MODFLOW and More 2006: Managing Ground-Water Systems. International Ground Water Modeling Center, Colorado School of Mines Golden, CO, May 22 - 24, 2006. v. 2, pp. 480-483.

Neville, C.J., and C.B. Andrews, 2006. Containment Criterion for Contaminant Isolation by Cutoff Walls: *Ground Water,* v. 44, no. 5, September-October, pp. 682-686.

Spiliotopoulos, A.A., and C.B. Andrews, 2006. Analysis of Aquifer Test Data – MODFLOW and PEST. Presentation at MODFLOW and More 2006: Managing Ground-Water Systems. International Ground Water Modeling Center, Colorado School of Mines, Golden, CO, May 22 - 24, 2006. v. 2, pp. 569-573.

Vlassopoulos, D., N. Rivera, P.A. O'Day, M.T. Rafferty, and C.B. Andrews, 2005. Arsenic Removal by Zerovalent Iron: A Field Study of Rates, Mechanisms, and Long-Term Performance. in *Advances in Arsenic Research: Integration of Experimental and Observational Studies and Implications for Mitigation*. O'Day, P., D. Vlassopoulos, X. Meng, and L. Benning, eds. ACS Symposium Series, v. 915. Washington, DC: American Chemical Society, pp. 344-360.

Andrews, C., and C. Neville, 2003. Ground Water Flow in a Desert Basin: Challenges of Simulating Transport of Dissolved Chromium. *Ground Water,* v. 41, no. 2, pp. 219-226.

Rafferty, M.T., C.B. Andrews, D. Vlassopoulos, D. Sorel, and K.M. Binard, 2003. Remediation of an Arsenic Contaminated Site. Presentation at the 226th American Chemical Society National Meeting, September 7 - 11, 2003, New York City, NY.

Vlassopoulos, D., C.B. Andrews, M. Rafferty, P.A. O'Day, and N.A. Rivera Jr., 2003. In Situ Arsenic Removal by Zero Valent Iron: An Accelerated Pilot Test Simulating Long-Term Permeable Reactive Barrier Performance. Presentation at the 226th American Chemical Society National Meeting, September 7 - 11, 2003, New York City, NY.

Sorel, D., C.J. Neville, M.T. Rafferty, K. Chiang, and C.B. Andrews, 2002. Hydraulic Containment Using Phytoremediation and a Barrier Wall to Prevent Arsenic Migration. In *Proceedings of the Third International Conference on Remediation of Chlorinated and Recalcitrant Compounds,* May 20 - 23, 2002, Monterey, CA. Gavaskar, A.R., and A.S.C. Chen, eds. Battelle Press.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Vlassopoulos, D., J. Pochatila, A. Lundquist, C.B. Andrews, M.T. Rafferty, K. Chiang, D. Sorel, and N.P. Nikolaidis, 2002.  An Elemental Iron Reactor for Arsenic Removal from Groundwater.  in *Proceedings of the Third International Conference on Remediation of Chlorinated and Recalcitrant Compounds,* May 20 - 23, 2002, Monterey, CA.  Gavaskar, A., and A.S.C. Chen, eds.  Battelle Press.

Andrews, C., and C. Neville, 2001.  Groundwater Flow in a Desert Basin:  Complexity and Controversy.  in Proceedings of MODFLOW 2001 and Other Modeling Odysseys, September 11–14, 2001, International Groundwater Modeling Center, Colorado School of Mines, Golden, CO, pp.770-775.

Andrews, C.B, 2000.  The Great American Experiment:  Pump-and-Treat for Groundwater Cleanup.  in Proceedings of the International Symposium on Groundwater Contamination, Japanese Association of Groundwater Hydrology, Tokyo, Japan.  June 26, 2000.

Andrews, C.B, 2000.  The Meaning of Success in Assessing Groundwater Remediation.  Presentation at the Western Pacific Geophysics Meeting, June 27 - 30, 2000, Tokyo, Japan. *Eos*, v. 81, no. 22, May 30, 2000.

Andrews, C.B., and D. Vlassopoulos, 2000.  Modeling the Migration of Arsenic in Groundwater:  Understanding the Processes.  Geological Society of America, Annual Meeting, October 2000, Reno, NV.  in *Geological Society of America Abstracts with Programs,* A406-7.

Vlassopoulos, D., and C.B. Andrews, 2000.  The Intertwined Fate of Iron and Arsenic in Contaminated Groundwater Entering a Tidal Marsh, San Francisco Bay.  Invited Speaker Presentation at the National Ground Water Association Theis 2000 Conference on Iron in Groundwater, September 15 - 18, 2000, Jackson Hole, WY.

Lolcama, J.L., and C.B. Andrews, 1999.  Catastrophic Flooding of a Quarry in Karstified Dolomite (Abstract).  Presentation at the NGWA National Convention and Exposition, December 3 - 6, 1999, Nashville, TN.  in *Ground Water Supply Issues in the Next Century, 1999 Abstract Book*.  Nashville, TN:  National Groundwater Association.

Vlassopoulos, D., C. Andrews, R. Hennet, and S. Macko, 1999.  Natural Immobilization of Arsenic in the Shallow Groundwater of a Tidal Marsh, San Francisco Bay.  Presentation at the American Geophysical Union 1999 Spring Meeting, May 31 - June 4, Boston, MA.

Andrews, C.B, 1998.  MTBE: A Long-Term Threat to Ground Water Quality:  *Ground Water*, v. 36, no. 5, pp. 705-706.

Hennet, R., D.A. Carleton, S.A. Macko, and C.B. Andrews, 1997.  Environmental Applications of Carbon, Nitrogen, and Sulfur Stable Isotope Data:  Case Studies (abstract).  Invited Speaker Presentation at the Geological Society of America Annual Meeting, Salt Lake City, UT, November 1997.

Zhang, Y., C. Zheng, C.J. Neville, and C.B. Andrews, 1996.  ModIME User's Guide:  An Integrated Modeling Environment for MODFLOW, PATH3D, and MT3D.  Version 1.1.  Bethesda, MD:  S.S. Papadopulos & Associates, Inc.

Larson, S.P., C.B. Andrews, and C.J. Neville, 1995.  Parameter Estimation in Groundwater Modeling:  Research, Development, and Application (abstract).  American Geophysical Union (AGU) Spring Meeting, Baltimore, May 30–June 2, 1995, Hydrology Sessions.  S145, Abstract H51C-02 0835h.

Andrews C.B. (co-author), 1994.  Chapter 3 — Performance of Conventional Pump-and-Treat Systems, and Chapter 5 — Characterizing Sites for Ground Water Cleanup.  in *Alternative Ground Water Cleanup*.  Washington, DC:  National Academy Press.

Hennet, R.J.-C., and C.B. Andrews, 1993.  PCB Congeners as Tracers for Colloid Transport in the Subsurface — A Conceptual Approach.  in *Manipulation of Groundwater Colloids for Environmental Restoration*.  Ann Arbor, MI:  Lewis Publishers, pp. 241-246.

Zheng, C., G.D. Bennett, and C.B. Andrews, 1992.  Reply to the Preceding "Discussion by Robert D. McCaleb of 'Analysis of Ground-Water Remedial Alternatives at a Superfund Site' ":  *Ground Water*, v. 30, no. 3, pp. 440-442.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Zheng, C., G.D. Bennett, and C.B. Andrews, 1991. Analysis of Ground-Water Remedial Alternatives at a Superfund Site: *Ground Water*, v. 29, no. 6, pp. 838-848.

Andrews C.B. (co-author), 1990. Chapter 5 — Experience with Contaminant Flow Models in the Regulatory System. in *Ground Water Models: Scientific and Regulatory Applications*. Washington, DC: National Academy Press.

Andrews, C.B., D.L. Hathaway, and S.S. Papadopulos, 1990. Modeling the Migration and Fate of Polychlorinated Biphenyls in the Subsurface. in Proceedings of the PCB Forum, Second International Conference for the Remediation of PCB Contamination, April 2–3, 1990, Houston, TX, pp. 64-82.

Hathaway, D., and C. Andrews, 1990. Fate and Transport Modeling of Organic Compounds from a Gasoline Spill. in *Proceedings of Petroleum Hydrocarbons and Organic Chemicals in Ground Water; Prevention, Detection, and Restoration*, National Water Well Association and American Petroleum Institute, Houston, TX, October 31 - November 2, 1990. *Ground Water Management*, v. 4, pp. 563–576.

Stephenson, D.E., G.M. Duffield, D.R. Russ, C.B. Andrews, and E.C. Phillips, 1989. Practical Use of Models in Ground Water Assessment and Protection Programs at the Savannah River Site: Three Case Histories. Presentation at the Joint USA/USSR Conference on Hydrogeology, Moscow, USSR, June 30 - July 11, 1989.

Andrews, C.B., and S.P. Larson, 1988. Evolution of Water Quality in the Lower Rio Grande Valley, New Mexico. *Eos*, v. 69, no. 16, p. 357.

Larson, S.P., C.B. Andrews, M.D. Howland, and D.T. Feinstein, 1987. Three-Dimensional Modeling Analysis of Groundwater Pumping Schemes for Containment of Shallow Groundwater Contamination. Presentation at *Solving Ground Water Problems with Models*, Association of Ground Water Scientists and Engineers, Denver, CO, February 10–12, 1987. in *Solving Ground Water Problems with Models: An Intensive Three-Day Conference and Exposition Devoted Exclusively to Ground Water Modeling*. Vol. 1. Dublin, OH: National Water Well Association, pp. 517–536. February 11.

Looney, B.B., R.A. Field, G.B. Merrell, G. Duffield, and C.B. Andrews, 1987. Analyses of the Validity of Analytical Models Used for Assessment of Forty-Five Waste Site Areas: Subsurface Flow and Chemical Transport. in *Solving Ground Water Problems with Models*. Dublin, OH: National Water Well Association, pp. 954-982.

Stephenson, D.E., B.B. Looney, C.B. Andrews, and D.R. Buss, 1987. Three-Dimensional Simulation of Groundwater Flow and Transport of Chemical and Low-Level Radioactive Constituents within Two Production Areas of the Savannah River Plant. in Proceedings of the 9th Annual Low-Level Radioactive Waste Conference, U.S. Department of Energy, Washington, DC, pp. 472-481.

Auerbach, S.I., C. Andrews, D. Eyman, D.D. Huff, P.A. Palmer, and W.R. Uhte, 1984. Report of the Panel on Land Disposal. in *Disposal of Industrial and Domestic Wastes: Land and Sea Alternatives*. Washington, DC: National Academy Press, pp. 73–100.

Andrews, C.B., 1983. Hydrogeology in North America — 1932 to 1982. in *The Revolution in Earth Sciences: Advances in the Past Half-Century*. Boardman, S., ed. Kendall/Hunt Publishing Company.

Andrews, C.B., 1979. *Impacts of Coal-Fired Power Plants on Local Ground-Water Systems*. Wisconsin Power Plant Impact Study. U.S. Environmental Protection Agency. EPA 600/3-80-079. p. 203.

Andrews, C.B., 1979. *Statement of Dr. Charles Andrews, Hydrologist, Northern Cheyenne Tribe*. Hearings before the Select Committee on Indian Affairs. U.S. Senate, 96th Congress, pp. 412-432.

Andrews, C.B., and M.P. Anderson, 1979. Thermal Alteration of Groundwater Caused by Seepage from a Cooling Lake: *Water Resources Research,* v. 15, no. 3, pp. 595-602.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Andrews, C.B., W. Woessner, and T. Osborne, 1979. The Impacts of Coal Strip Mining on the Hydrogeologic System of the Northern Great Plains — Case Study of Potential Impacts on the Northern Cheyenne Reservation. *Journal of Hydrology,* v. 43, pp. 445-467.

Andrews, C.B., 1978. The Impact of the Use of Heat Pumps on Groundwater Temperatures. *Ground Water*, v. 16, no. 6, pp. 437-443.

Andrews, C.B., and M.P. Anderson, 1978. The Impact of a Power Plant on the Groundwater System of a Wetland. *Ground Water,* v. 16, no. 2, pp. 105-111.

Andrews, C.B., and E. Quigley, 1975. Designing and Maintaining Ponds for Swimming. University of Wisconsin – Madison, Extension Publication G2678, p. 22.

## DEPOSITION AND TESTIMONY EXPERIENCE

### *DEPOSITIONS*

2022    The Water Works and Sewer Board of the City of Gadsden v. 3M Company, et al. Circuit Court of Etowah County, Alabama. Civil Action File Number: 31-CV-2016-900676.000. April 8.

2022    Gold King Mine Release in the San Juan County, Colorado, on August 5, 2015. United States District Court for the District of New Mexico. Case 1:18-md-02824-WJ. January 10.

2018    Polyone Corporation v. Westlake Vinyls, Inc. JAMS Arbitration Case No. 1100087719. Louisville, Kentucky. July 10-11.

2017    State of Minnesota et al. v. 3M Company. Hennepin County Superior Court. Case No. 27-CV-10-28862. October 3.

2016    State of North Carolina ex rel. North Carolina Department of Environment and Natural Resources v. Catawba Riverkeeper Foundation Inc., et al. vs. Duke Energy Carolinas, LLC. State of North Carolina Mecklenburg County in the General Court of Justice Superior Court Division. Case No. 13-CVS-14661. November 10-11.

2015    Duke Energy Progress, Inc. v. N.C. Department of Environment and Natural Resources, Division of Water Resources. State of North Carolina, Wake County in the Office of Administrative Hearings. Case No. 15 HER 02581. July 31.

2014    Emhart Industries, Inc. vs. New England Container Company, Inc., et al. vs. United States Department of the Air Force, et al. vs. Black & Decker, Inc. United States District Court for the District of Rhode Island. C.A. 06-218S and C.A 11-023S (Consolidated). November 17 - 18.

2014    Emhart Industries, Inc. vs. New England Container Company, Inc., et al. vs. United States Department of the Air Force, et al. vs. Black & Decker, Inc. United States District Court for the District of Rhode Island. C.A. 06-218-S and C.A 11-023-S (Consolidated). May 28.

2012    Commissioner of the Department of Planning and Natural Resources, Alicia V. Barnes, et al. Century Alumina Company, et al. District Court of the Virgin Islands Division of St. Croix. Civil No. 2005-0062. June 28 - 29.

2010    United States Virgin Islands Department of Planning and Natural Resources vs. St. Croix Renaissance Group, L.L.L.P., et al. District Court of the Virgin Islands Division of St. Croix. Civil No. 2007/114. October 20.

2010    United States Virgin Islands Department of Planning and Natural Resources vs. St. Croix Renaissance Group, L.L.L.P., et al. District Court of the Virgin Islands Division of St. Croix. Civil No. 2007/114. October 22.

2010    New Jersey Department of Environmental Protection, The Commissioner of the New Jersey Department of Environmental Protection and the Administrator of the New Jersey Spill Compensation Fund vs. Essex Chemical Corporation. Superior Court of New Jersey Law Division: Middlesex County. Docket No.: MID-L-5685-07. February 22.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

2009    United States of America vs. Norfolk Southern Railway Company. U.S. District Court for the District of South Carolina, Aiken Division. Civil Action No. 1:08-CV-01707-MBS.  August 5.

2009    Michigan Citizens for Water Conservation, et al. vs. Nestle Waters North America, Inc.  State of Michigan Mecosta County Circuit Court. File No. 01-14563-CE.  February 11 and March 6.

2008    The Gillette Company vs. Onebeacon America Insurance Company, et al.  Commonwealth of Massachusetts Superior Court.  05-5102-BLS.  December 4.

2008    Brian Wayne Meixner et al. vs. Emerson Electric Co. et. al.  U.S. District Court for the District of South Carolina, Aiken Division.  06-CV-01359-MBS.  April 29.

2007    Glenn Gates and Donna Gates v. Rohm & Haas Company, et al.  U.S. District Court for the Eastern District of Pennsylvania.  Civil Action No. 2:06-CV-01743-GP.  November 16, 19.

2007    Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation, County of Suffolk and Suffolk County Water Authority vs. Amerada Hess Corporation et al., United Water New York, vs. Amerada Hess Corporation et al.  U.S. District Court Southern District of New York.  04 CIV. 5424 and O4 CIV. 2389.  November 27, 28.

2007    Kay Ryan Corley, et al. v. Colonial Pipeline Company, et al. Hale County Circuit Court, Alabama. CV-2005-138.  September 6 - 7.

2003    American Home Products Corporation vs. Adriatic Insurance Company.  Superior Court of New Jersey Law Division: Hudson County.  Docket No. HUD-L-5002-92.  April 29.

2003    H. Todd Brinckerhoff, Jr., Harriet B. Haslett and MBM Company I, LLC vs. Shell Oil Company and Motiva Enterprises, LLC.  U.S. District Court, Southern District of New York.  Civil Action No. 02cv939.  March 27.

2003    Bernice Samples et al. vs. Conoco, Inc.; Agrico Chemical Company and Escambia Treating Company, Inc. Circuit Court of the First Judicial Circuit in and for Escambia County, Florida.  No. 01-631-CA-01.  March 18.

2002    Michigan Citizens for Water Conservation et al. vs. Nestlé Waters North America, Inc. et al. State of Michigan in the Circuit Court for the County of Mecosta.  Case No. 01-14563-CE.  October 14.

2001    JBG/JER Shady Grove, LLC vs. Eastman Kodak Company.  Circuit Court for Montgomery County, Maryland.  Civil No. 214877.  October 25.

1999    Associated Aviation Underwriters, Inc. vs. Purex Industries, Inc. et al.  Superior Court of the State of California for the County of Los Angeles.  No. EC021744.  August 9.

1999    Flintkote Company and Genstar Corp. vs. Liberty Mutual Insurance Company et al.  Superior Court of New Jersey, Law Division, Bergen County.  Docket No. 10288-97.  March 26.

1998    GenCorp Inc. vs. Adriatic Insurance.  Superior Court of New Jersey.  Case No. 5:95CV 2464. September.

1997    C-I-L Corporation of America and Marsulex, Inc. vs. NL Industries, Inc. et al.  U.S. District Court, District of New Jersey.  Civil Action No. 93-2157 (WHW).  January 21.

1995    Freehold-Carthage, Inc. vs. Lumbermans Mutual Casualty et al. vs. Hartford Insurance Company vs. Minnesota Mining and Manufacturing Company.  Superior Court of New Jersey.  Docket No. L-56812-90.

1995    Hughes Aircraft Company vs. Brian Eustace Beagley et al. Superior Court of the State of California, County of Los Angeles.  No. BC062120.  February 10.

1993    Martin Marietta Corporation vs. Aetna Casualty & Surety et al.  Superior Court of the State of California for the County of Los Angeles.  Case No. C610358.

1992    In re:  Demand for Arbitration filed by Richard and Susan Ritchie and Exxon Corporation.  State of New Jersey, Department of Environmental Protection.  Damage Claim No. 86-54-0033.  February 29.

$\Sigma^2\Pi$    **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# CHARLES B. ANDREWS

Senior Principal, Hydrologist                                                                  Page 11

### TESTIMONY

2022    Potomac Riverkeeper, Inc. v. WVDEP and Berkeley County Public Service Sewer District, West Virginia Environmental Quality Board Evidentiary Hearing. Case No. 3:15-cv-00095. May 12.

2019    Petitions of Michigan Citizens for Water Conservation, and Grand Traverse Band of Ottawa and Chippewa Indians on the permit issued to Nestle Waters North America, Inc. State of Michigan Administrative Hearing. Docket No. 18-011549. June 5,6.

2018    Polyone Corporation v. Westlake Vinyls, Inc. JAMS Arbitration Case No. 1100087719. Louisville, Kentucky.  August 14,15.

2015    Emhart Industries, Inc. v. New England Container Company, Inc., et al. and Emhart Industries, Inc. v. United States Department of the Air Force, et al. v. Black & Decker, Inc., et al. United States District Court for the District of Rhode Island. C.A. Nos.: 06-218 S and 11-023 S.  June 25.

2014    In the Matter of a Conditional High Capacity Well Approval for Two Potable Wells to be Located in the Town of New Chester, Adams County, Issued to New Chester Dairy, Inc. and Milk Source, Holding, LLC.  Case No. DNR-13-011. State of Wisconsin Division of Hearings and Appeals. January 16 - 17.

2013    In the Matter of a Conditional High Capacity Well Approval for Two Potable Wells to be Located in the Town of Richfield, Adams County, Issued to Milk Source Holding, LLC.  Case Nos. IH-12-03, IH-12-04, IH-12-05, and IH-12-08.  State of Wisconsin Division of Hearings and Appeals.  June 24, 25 and December 16, 20.

2010    Branham v. Rohm & Hass Company et al.  Court of Common Pleas of Philadelphia County. October 12 - 18.

2010    New Jersey vs. Essex Chemical Corporation.  Superior Court of New Jersey Law Division: Middlesex County. Docket No.: MID-L-5685-07.  March 19.

2008    Attorney General of the State of Oklahoma and Oklahoma Secretary of the Environment vs. Tyson Foods Inc. et al.  U.S. District Court for the Northern District of Oklahoma.  4:05-CV-00329-TCK-SAJ.  March 10.

2003    Michigan Citizens for Water Conservation et al. vs. Nestlé Waters North America Inc. et al.  State of Michigan in the Circuit Court for the County of Mecosta.  01-14563-CE.  June 6.

2003    Michigan Citizens for Water Conservation et al. vs. Nestlé Waters North America Inc. et al.  State of Michigan in the Circuit Court for the County of Mecosta.  01-14563-CE.  May 21.

2003    Michigan Citizens for Water Conservation et al. vs. Nestlé Waters North America Inc. et al.  State of Michigan in the Circuit Court for the County of Mecosta.  01-14563-CE.  May 19.

2001    JBG/JER Shady Grove, LLC vs. Eastman Kodak Company.  Circuit Court for Montgomery County, Maryland.  Civil No. 214877.  December 13.

1995    Anderson et al. vs. Pacific Gas and Electric Company.  Superior Court of the State of California for the County of San Bernardino.  Case No. BCV00300.  July.

1995    Hughes Aircraft Company vs. Brian Eustace Beagley et al. Superior Court of the State of California, County of Los Angeles.  No. BC062120.

1995    Anderson et al. vs. Pacific Gas and Electric Company.  Superior Court of the State of California for the County of San Bernardino.  Case No. BCV00300.  February 13.

## RATE OF COMPENSATION

My firm is compensated at an hourly rate of $326.00.

# Attachment B

**PFAS Products Sold to Carpet Companies in Dalton**

$\Sigma^2\Pi$    **S.S. Papadopulos & Associates, Inc.**

**Attachment B**

Tables B-1, B-2, and B-3 list the products containing PFAS sold by 3M, DuPont/Invista/Chemours, and Daikin, respectively, to carpet companies in Dalton. The data in these tables were based on documents containing sales data for 3M, DuPont/Invista/Chemours, Daikin, Mohawk, and Shaw that were made available through discovery related to this case. Sales data was only compiled for products that contained PFAS sold between 1986 and 2020. Sales records were not available for the period 1986 through 1994 at the time of writing this report. Products sold to carpet companies that did not contain PFAS, such as Stainblockers, were not included in this analysis. Additional data were compiled from exhibits from depositions, which included MSDS documents and company documents detailing chemical composition of products.

 **S.S. PAPADOPULOS & ASSOCIATES, INC.**

**Table B-1. Products Containing PFAS Sold by 3M to Carpet Companies in Dalton**

| Product Name | Years of Sale Records in Dalton | Dates of Use by Carpet Companies | Monomer Type | Chemistry | $C_8F_{17}SO_2$ in Solids (%) | $C_8F_{17}SO_2$ Content in Product (%) [a] | Data Source |
|---|---|---|---|---|---|---|---|
| FC-228 (FC-138) | No sales records | 1981 | MeFOSEA | Acrylic polymer | 30 | | 1, 11, 12, 13, 14 |
| FC-234 | No sales records | around 1978 | MeFOSEA | Copolymer urethane | 30 | | 2, 8, 14 |
| FC-352-20 (FC-3602) | No sales records | 70s, 80s | EtFOSE | Urethane quat | | | 3, 11 |
| FC-354 | No sales records | 1983-1998 | MeFOSEA | FC Copolymer | 32 | 12 | 1, 4, 10, 14 |
| FC-359 | No sales records | 1998 | EtFOSE, MeFOSE | Copolymer urethane, acrylate | 43 | 9.5 | 4, 5, 10, 11, 12 |
| FC-364 | No sales records | 1998 | EtFOSE, MeFOSEA | Copolymer urethane | 28 | 6.8 | 10, 11, 12 |
| FC-365 | No sales records | late 60s to 90s | EtFOSE | Copolymer urethane | 50 | 12 | 10, 11, 12 |
| FC-367 | No sales records | No sales records | MeFOSE, EtFOSE | Copolymer urethane quat | | | 2, 11 |
| FC-378 | No sales records | No sales reocrds | EtFOSE | Urethane | 30 | | 2, 8 |
| FC-391 | No sales records | 1980s | EtFOSE | Urethane + MMA, EMA Copolymer | 14 | | 2, 9, 14 |
| FC-393 | 1995-1997 | 1980s-1997 | MeFOSE, MeFOSEA | Adipate Copolymer Quat | 19 | 8.5 | 6, 7, 9, 14 |
| FC-398 | 1995-1998 | 90s | MeFOSE, EtFOSE | Copolymer urethane | 28 | 6.8 | 1, 4, 6, 7, 10 |
| FC-461 | 1995-1999 | 90s | MeFOSEA | Copolymer | 35 | 11 | 6, 7 |
| FC-1355 (FX-1350, FX-1355) | 1995-1998 | 90s | MeFOSE, MeFOSEA | Adipate Copolymer | 20 | 8.8 | 2, 4, 6, 7, 11 |

$\Sigma^2\Pi$   S.S. PAPADOPULOS & ASSOCIATES, INC.

**Table B-1. Products Containing PFAS Sold by 3M to Carpet Companies in Dalton**

| Product Name | Years of Sale Records in Dalton | Dates of Use by Carpet Companies | Monomer Type | Chemistry | $C_8F_{17}SO_2$ in Solids (%) | $C_8F_{17}SO_2$ Content in Product (%) [a] | Data Source |
|---|---|---|---|---|---|---|---|
| FX-1367 (Tuftex) | 1995-2002 | 90s, early 2000s | MeFOSE, MeFOSEA | Adipate Copolymer | 25 | 10 | 1, 2, 4, 6, 7 |
| FX-1373M | 1995-1996 | 90s | MeFOSE | Urethane | | 17 | 6, 7 |
| FC-1374 | 1996-2000 | 90s | MeFOSE | Urethane | 57 | 14 | 2, 6, 7 |
| FC-1395 | 1998-2002 | 90s, early 2000s | MeFOSE | Urethane | 57 | 14 | 4, 6, 7 |
| FC-1861 | 1995-1997 | 90s | MeFOSE, MeFOSEA | Adipate urethane copolymer | 40 | 4.8 | 6, 7 |
| PM-490 | 2012; 2016; 2017 | Post-2000 | | Fluorochemical Urethane | | | 5, 7 |
| PM-1359 | 2018 | Post-2000 | | | | | 7 |
| PM-1396 | 2002-2008; 2011; 2014 | Post-2000 | | Fluorochemical Urethane | | | 5, 7 |
| PM-1399 | 2007-2018 | Post-2000 | | | | | 7 |
| PM-1400 | 2006-2017 | Post-2000 | | | | | 7 |
| PM-1451 | 2002-2016 | Post-2000 | | | | | 7 |
| PM-1507 | 2010-2017 | Post-2000 | | Fluorinated Alkylsulfonamido urethane polymer | | | 5, 7 |
| PM-1680 | 2009-2012 | Post-2000 | | | | | 7 |
| PM-1690 | 2011-2016 | Post-2000 | | | | | 7 |

 **S.S. Papadopulos & Associates, Inc.**

**Table B-1. Products Containing PFAS Sold by 3M to Carpet Companies in Dalton**

| Product Name | Years of Sale Records in Dalton | Dates of Use by Carpet Companies | Monomer Type | Chemistry | $C_8F_{17}SO_2$ in Solids (%) | $C_8F_{17}SO_2$ Content in Product (%) [a] | Data Source |
|---|---|---|---|---|---|---|---|
| PM-2050 | 2010-2012; 2014-2017 | Post-2000 | | Fluorochemical Urethane; Fluorinated Alkylsulfonamido urethane polymer | | | 5, 7 |

[a] $C_8F_{17}SO_2$ is a moiety contained in PFOS precursors (Health Canada, 2006)

1. Battelle (1999), Fluorochemical Release Estimation Status Report, submitted to 3M Chemical Division. March 3, 1999.
2. Exhibit 4 from the Jariwala, 2021 (list of 3M chemicals sold to carpet manufacturers); full transcript of Jariwala, 2021
3. Exhibit 5 and full transcript from Jariwala, 2021 (MSDS sheets for 3M chemical products)
4. PCP Carpet Business & FC Exposure Assessment Plan (Exhibit 8 from Jariwala, 2021)
5. Exhibit 8 from Ballew, 2021 (list of PFAS-containing products sold to Shaw)
6. Exhibit 11 from Jariwala, 2021 (3M Product List with PFOS content in 3M Products)
7. 3M Sales Records from Interrogatory Response (excel spreadsheet)
8. Exhibit 13 from Jariwala, 2021 (Commercial Chemical Product Lines and Toxicity, circa 1977)
9. Exhibit 14 from the Jariwala, 2021 (Scotchgard Carpet Protector, 1985 Marketing Plan)
10. Exhibit 16 from the Jariwala, 2021 (C8 content of selected products, 1998)
11. Email list of Scotchgard Carpet Protector products sold to carpet mills (1990)
12. Active ingredients list for 3M products prior to 1996 (3M, 1997)
13. 3M PCP Product Codes as of 1997 (3M, 1998)
14. 3M Product Chemistry (3M, 1998)

*All Product codes beginning with PM are for products sold post-2000; codes with FC or FX were sold pre-2000

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

**Table B-2. Products Containing PFAS Sold by Dupont, Chemours, and Invista to Carpet Companies in Dalton**

| Chemical Supplier | Product ID | Years of Sale Records | Monomers | C6 or C8-based Product | Data Source |
|---|---|---|---|---|---|
| DuPont/Invista | CAPSTONE RCP | 2008-2011 | | C6 | 2, 6, 7 |
| DuPont/Invista | N-119 | 2002-2009 | Telomer B alcohol:M-163D | C8 | 1, 3, 4, 9, 11 |
| DuPont/Invista | N-140 (Zonyl 8779) | 2002-2006 | N130:TBCU* | C8 | 1, 3, 4, 10, 11 |
| DuPont/Invista | N-141 | 2002-2006 | Telomer B alcohol:M-163D | C8 | 1, 3, 4, 11 |
| DuPont/Invista | N-145 | 2006-2008 | | C8 | 1, 3, 4 |
| DuPont | NRD-342 (NRD-372) | 2004 | | C8 | 1, 10 |
| DuPont/Invista | NRD-624 | 2006-2007 | | C8 | 1, 3, 4, 6 |
| DuPont/Invista | NRD 626 (NRD 627) | 2007-2011 | | C6/C8 | 2, 4, 5, 7 |
| DuPont | Zonyl 555 | No sales records | Telomer B alcohol dry:N-163D:monochlorohydrin | | 10, 11 |
| Invista | Zonyl C701 (Zonyl 5180) | 2004 | TBCU:polymethylmethacrylate latex | C8 | 3, 10, 11 |
| Invista | ZONYL®9997 | 2006-2008 | | C8 | 4 |
| Invista | A115 NF | 2017 | | | 2, 3, 4 |
| Invista | A201 (contains NRD-626) | 2008-2011 | | C6 | 2, 4, 5, 8 |
| Invista | A225-P (contains Capstone RCP) | 2010-2016 | | C6 | 2, 3, 4, 5, 8 |
| Invista | A230 (contains TG-2211) | 2015-2018 | | C6 | 2, 4, 8 |
| Invista | A402 (contains NRD-626) | 2008-2009 | | C6 | 2, 4, 8 |
| Invista | A403 (contains Capstone RCP) | 2009-2015 | | C6 | 2, 4, 8 |

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

**Table B-2. Products Containing PFAS Sold by Dupont, Chemours, and Invista to Carpet Companies in Dalton**

| Chemical Supplier | Product ID | Years of Sale Records | Monomers | C6 or C8-based Product | Data Source |
|---|---|---|---|---|---|
| Invista | XAS-5 | 2009 | | | 4 |
| Invista | XAS-6 | 2010 | | | 4 |
| Invista | XAS-8 | 2011 | | | 4 |
| Invista | XASR-2014A | 2014 | | | 4 |

*TBCU represents "Telomer B Citrate Urethane". Chemicals made by DuPont for the carpet industry typically consisted of a blend of TBCU and isocyanates polymer (HMDI). Telomerization yields $C_xF_xI$ homologs (C4-C20).

1. DuPont Sales compilation (April 2, 2021; DCL 001329)
2. Exhibit 110 from Ballew, 2021
3. Exhibit 109 from Ballew, 2021
4. Exhibit 3 from Leggett, 2022
5. Exhibit 106 from Ballew, 2021
6. Raessler, 2021
7. Exhibit 47 from Raessler, 2021
8. Exhibit 2 from Leggett, 2022
9. Haskell Laboratory (2001) Chemical Composition of Zonyl FCC, N-119
10. DuPont Fluorotelomer Products and Production Processes, presented to US EPA (May 2, 2003)
11. DuPont Product Summaries (2004)

**Table B-3. Products Containing PFAS Sold by Daikin to Carpet Companies in Dalton**

| Product ID | Years of Sale Records | C6 or C8-based Product | Chemistry | Content (%) | Data Source |
|---|---|---|---|---|---|
| Fluorad FC-143 | No sales records | | Powder, completely perfluorinated | 93-97% Ammonium perfluorooctan oate | 2 |
| Invista A230 | 2015-2018 | | | | 8 |
| MS-UNIDYNE | 2007 | | | | 8 |
| SB-715 | 2002 | | | | 8 |
| S-2042 | No sales records | C6 | Fluoroalkyl acrylate copolymer | | 5 |
| S2023F | No sales records | C6 | Fluoroalkyl acrylate copolymer | | 5 |
| S2093 | No sales records | C6 | Fluoroalkyl Methylacrylate copolymer | | 5 |
| S2005 | No sales records | C6 | Melt additive fluoroalkyle methacrylate copolymer | | 5 |
| TG-10 Monomer | 2004-2007 | C8 | Fluoroalkyl acrylate copolymer | | 5, 6, 8 |
| TG-15 | 2008 | C6 | | | 5, 8 |
| TG-20 | 2007-2008 | C6 | | | 5, 8 |
| TG-2211 | 2007-2009, 2014-2020 | C6 | Fluoroalkyl acrylate copolymer | | 5, 6, 8 |
| TG-2212 | 2008 | C6 | Fluoroalkyl acrylate copolymer | | 5, 6, 8 |
| TG-2213 | 2008 | C6 | Fluoroalkyl acrylate copolymer | | 5, 6, 8 |
| TG-2511 | 2007-2008 | C6 | | | 6, 8 |
| TG-2512 | 2008, 2011-2019 | C6 | Cationic designed for PET | | 5, 8 |
| TG-30 | 2007-2008, 2013-2019 | C6 | 2-(perfluorohexyl) ethly acrylate | >98 | 1, 5, 8 |

$\Sigma^2\Pi$  S.S. Papadopulos & Associates, Inc.

**Table B-3. Products Containing PFAS Sold by Daikin to Carpet Companies in Dalton**

| Product ID | Years of Sale Records | C6 or C8-based Product | Chemistry | Content (%) | Data Source |
|---|---|---|---|---|---|
| TG-3010 | 1999-2000; 2003 | C8 | | | 6, 8 |
| TG-3020 | 1999-2003 | C8 | | | 6, 8 |
| TG-3030 | 2003-2005 | C8 | | | 6, 8 |
| TG-3040 | 1999 | C8 | | | 6, 8 |
| TG-3310 | 1999-2003 | C8 | Fluoroalkyl acrylate copolymer emulsion | | 5, 8 |
| TG-3311 | 2000-2003 | C8 | Fluoroalkyl acrylate copolymer (polymer exemption) | | 5, 8 |
| TG-3340 | 2000 | C8 | | | 5, 8 |
| TG-3360 | 2000-2003 | C8 | Fluoroalkyl acrylate copolymer emulsion | 30% Fluoroalkyl acrylate copolymer and emulsifiers | 3, 8 |
| TG-3361 | 2003-2004 | C8 | Fluoroalkyl acrylate copolymer emulsion | | 5, 8 |
| TG-3370 | 2002-2006 | C8 | | | 6, 8 |
| TG-3380 | 2003 | C8 | | | 6, 8 |
| TG-3510 | 1999-2000 | C8 | Fluoroalkyl acrylate copolymer emulsion | 30% | 4, 8 |
| TG-3530 | 2003-2005 | C8 | Fluoroalkyl acrylate copolymer (polymer exemption) | | 5, 8 |
| TG-3550 | 2003 | | | | 8 |
| TG-3580 | 2003 | C8 | | | 6, 8 |
| TG-3590 | 2003 | C8 | | | 6, 8 |
| TG-3600 | 2004 | | | | 8 |
| TG-3610 | 2005-2008 | C8 | | | 6, 8 |
| TG-3710 | 2000, 2003 | C8 | | | 5, 8 |

$\Sigma^2\Pi$  **S. S. Papadopulos & Associates, Inc.**

**Table B-3. Products Containing PFAS Sold by Daikin to Carpet Companies in Dalton**

| Product ID | Years of Sale Records | C6 or C8-based Product | Chemistry | Content (%) | Data Source |
|---|---|---|---|---|---|
| TG-452 | 1999-2003 | C8 | | | 6, 8 |
| TG-470 | 2002-2004 | | | | 8 |
| TG-472 | 2000-2007 | C8 | Fluoroalkyl acrylate copolymer | | 5, 6, 8 |
| TG-531 | 2003 | | | | 8 |
| TG-533 | 2003 | | | | 8 |
| TG-536 | 2003 | | | | 8 |
| TG-5601 | 2014-2020 | C6 | | | 6, 8 |
| TG-561 | 1999-2000; 2003 | C8 | | | 6, 8 |
| TG-571 | 2000-2008 | C8 | Fluoroalkyl acrylate copolymer | | 5, 6, 8 |
| TG-581 | 2004-2009 | C8 | Fluoroalkyl acrylate copolymer | | 5, 8 |
| TG-591 | 2007 | C8 | | | 6, 8 |
| TG-993 | 2006 | | | | 8 |
| TG-HP01 | 2006 | | | | 8 |
| XC2111 | 2019-2020 | | | | 7, 8 |

1. Exhibit 13 from the Werling, 2021
2. Exhibit 19 from Werling, 2021
3. Exhibit D1 from Werling, 2021
4. Exhibit 41 from Werling, 2021
5. Exhibit 106 from Ballew, 2021
6. Werling, 2021
7. Harrison, 2022
8. Sales records from Werling, 2021

* All products with limited sales removed (<1,000 lbs sum for all years)

# Attachment C

## Estimated Costs of Remedial Components



**S.S. Papadopulos & Associates, Inc.**

## Attachment C

## Remedial Component 1: Discontinue Use of the Land Application System (LAS) and Treat for Discharge under NPDES

Information on the Cost Elements in Remedial Component 1 are below.

### Remedial Component 1 Cost Element A: Phosphorus Treatment Units at Two Facilities (Loopers Bend and Riverbend)

Treatment for phosphorus will be required to transition from wastewater disposal via the LAS to wastewater discharge to the Conasauga River under an NPDES permit. According to the Georgia Department of Natural Resources "Strategy for Addressing Phosphorus in NPDES Permitting," all large (>1 million gallons per day [MGD]) municipal treated wastewater dischargers will be permitted at 1.0 milligrams per liter (mg/L) total phosphorus or less to protect downstream waters. Total phosphorus concentrations at the Riverbend and Loopers Bend treatment plants exceeded 1.0 mg/L. Treatment for phosphorus will be by addition of liquid ferric chloride to precipitate phosphorus out of solution. The solids would be collected and disposed of with other biosolids at an appropriate landfill. The capital cost to design and install ferric chloride tanks and pump skids at the two facilities is approximately $600,000. Using an average flow rate of 10 MGD per plant, an injection rate of 9000 pounds per day and a cost of $800 per ton, the cost for ferric chloride is $3600 per day for one plant or a total of $2.6 million per year for both plants.

### Remedial Component 1 Cost Element B: Implement GAC Treatment Train for Combined Plant Flows (See Table C-1)

Granular Activated Carbon (GAC) treatment for wastewater effluent was designed as an add-on to the Loopers Bend Treatment Plant and will provide an additional treatment step for wastewaters collected from the Loopers Bend, Riverbend, and Abutment Road wastewater treatment plants. A GAC treatment plant was designed with a capacity of 40 MGD for wastewaters with PFOA and PFOS concentrations of 430 ng/L and 150 ng/L, respectively. The average annual flows are expected to be 20 MGD. The U.S. EPA GAC Cost Model (version dated October 2021) was used to estimate costs. Within the U.S. EPA cost model, the pilot study by Rodowa et al., (2020) was used to constrain the empty bed contact time (EBCT) and carbon life. This pilot study was chosen because the PFOA and PFOS influent concentrations of the waste stream in Rodowa et al., (2020) were within an order of magnitude of the treated effluent concentrations from Loopers Bend and Riverbend wastewater treatment plants. Further, the pilot study was chosen because the removal efficiency of the treatment system was high. The carbon life for PFOA was used to constrain the carbon life in the model, as PFOA breakthrough occurs before PFOS breakthrough, and this would ensure that concentrations in the effluent begin to increase before the GAC is replaced.

Design was based on treatment of wastewater using GAC gravity contact beds. Contact bed geometry was based on previous pilot studies and designed to minimize the total number of contactors needed and optimize (i.e., reduce) the cost.

The suspended solids concentrations from the existing treatment plants are approximately 10 mg/L. Thus, the treatment system will be designed with disk filters in each treatment train.

Regeneration of spent GAC in the contact bed was assumed to occur offsite, as is typical for most systems. Reactivation of spent carbon is typically provided by the carbon supplier. In addition to the cost for treatment plant construction and GAC, the U.S. EPA cost model also includes costs for pilot studies, permitting, architectural fees, legal fees, financing during construction, and geotechnical costs.

Two new wastewater treatment plants will be constructed to the south or west of the existing Loopers Water Treatment Plant. One plant will treat PFAS-impacted wastewater from the Riverbend Water Treatment Plant and the Loopers Bend Water Treatment Plant. The other treatment plant will treat captured surface water from the LAS that will be collected in the Loopers Bend Reservoir (this second treatment system is described under Remedial Component 2, Cost Element D).

Site preparation for both treatment plants is described, and costs are estimated under this scope, but other treatment system construction and operation costs and scope are separated. Site preparation of the area for the two treatment plants will consist of de-vegetation and stripping of soil, ripping weathered bedrock, and cut-and-fill grading and compaction.

Treatment plants will consist of disk filters, GAC beds, booster pumps, and other appurtenances on a cast-in-place concrete containment area. The west treatment plant of the pair will receive up to 40 MGD of combined wastewater pumped from the Riverbend Water Treatment Plant and the Loopers Bend Water Treatment Plant via existing piping and new piping to the new plant location. Treated wastewater will be conveyed to the Conasauga River through a pair of 36-inch diameter pipes from the treatment plant running south to an outfall structure at the river. Electrical power will be pulled from the Loopers Bend Water Treatment Plant and routed underground to the new treatment plants. GAC regeneration is included in O&M costs.

**Assumptions**

- Existing Dalton Utilities Riverbend Water Treatment Plant facility grounds is at an approximate elevation of 665 ft

- The Riverbend Water Treatment Plant currently pumps up to 20 mgd to the Loopers Bend Reservoir discharging at an outfall at the northwest corner of the reservoir

- The existing pumping capability at the Riverbend Water Treatment Plant is sufficient to deliver 20 mgd of wastewater to a new water treatment plant to be located south or west of the Loopers Bend Water Treatment Plant

- Existing Loopers Bend Water Treatment Plant facility grounds is at an approximately 725 ft to 750 ft elevation

- The Loopers Bend Water Treatment Plant is believed to pump and discharge wastewater to the Loopers Bend Reservoir via a subsurface pipe to an outfall at the northwest corner of the reservoir

- The discharge pump(s) at the Loopers Bend Water Treatment Plant have sufficient capability to pump 20 mgd of wastewater to a new wastewater treatment plant located south or west of the existing plant

- The area for the treatment plant will be approximately 2 acres. This acreage will include a second treatment plant covered under Remedial Component 2, Cost Element D

- The elevation of the area to be graded for the two new treatment plants (this treatment plant and the treatment plant covered under Remedial Component 2, Cost Element D) is estimated to be approximately 740 ft to 750 ft for the possible south location and approximately 725 ft to 750 ft for the west possible location

- Electrical power for the treatment plants will be pulled from the Loopers Bend Water Treatment Plant

### Task 1 – Site Preparation

- The 2-acre treatment plants area will be grubbed to remove vegetation

- Trees will be pulled out of the ground and hauled to a designated area and will be run through a chipping machine

- Grubbed vegetation and soil spoils will be disposed of locally outside the work area

- Weathered bedrock will be ripped and cut-and-fill rough grading and compaction will be performed per grading plans

- A 12-inch-thick engineering baserock pad with an area of 50,000 sq ft will be prepared for construction of the approximately 40,000 sq ft combined treatment plants area

- 1850 CY of baserock (density of 1.7 tons/CY) at a cost of $70/ton supplied, placed, and compacted

- Estimated cost for site preparation is $275,150

### Task 2 – Influent Conveyance Pipe

- Estimated 2000 LF of new 36-inch diameter underground conveyance pipe connecting the existing pipe from the Riverbend Water Treatment Plant on Looper Bridge Road to the new west treatment plant

- Estimated 1600 LF of new 36-inch diameter conveyance pipe from the north side of the Loopers Bend Water Treatment Plant to the new west treatment plant

- 36-inch pipe installed at $800/LF x 3600 LF = $2,880,000

### Task 3 – Installation of Disk Filters

- Four disk filters will be installed at a cost of $2,500,000 per disk filter

### Task 4 – Installation of GAC Contact Beds

- GAC modular contact beds (dimensions 12 ft by 30 ft) will be installed per the US EPA cost model

### Task 5 – Power Supply, Instrumentation, Controls, and Telemetry

- Estimated 500 LF of underground power conduit and cables will be installed from the Loopers Bend Water Treatment Plant to the new treatment plants at $75/LF = $37,500

- A cost of $37,500 is assumed for plant instrumentation, control, and telemetry equipment

### Task 6 – Effluent Conveyance Pipe

- Two 36-inch diameter discharge pipes to be installed underground from the treatment plant approximately 1500 LF to an outfall at the river at a cost of $800/LF = $2,400,000

### Task 7 – Outfalls

- Includes placement of a coffer dam in the Conasauga River and construction of a cast-in-place reinforced concrete outfall structure at a cost of $250,000

### Task 8 – Permits, Engineering, Design, Bid Package, and Construction Management

- Task includes planning and engineering, design, and drawings, bid package preparation, and construction management
- Task includes sampling and analysis of import fill materials for contaminants of concern
- Task includes a geotechnical study of the planned area for the treatment plants and geotechnical evaluation of import fill materials
- Assumes 20% of construction costs for Tasks 1- 7

### Task 9 – Operation and Maintenance (30 years)

- Assumes an annual cost for system maintenance of $7,884,000/year for 30 years

## Remedial Component 2: Collect and Treat Surface-Water Flows from LAS

Information on the Cost Elements in Remedial Component 2 are below.

### Remedial Component 2 Cost Element A: Install 25 Dams and Pump Stations (See Table C-2)

The installation of 25 pump stations to collect surface water from the LAS after wastewater distribution ceases, involves the construction of new earthen berms at the pump station locations throughout the LAS, and installation of sumps and pumps to collect the runoff and pump the PFAS-containing water back to the existing reservoir. Design for pumping rates at each location were based on retention of runoff from a two-year storm event that is pumped back to the reservoir within 5 days.

Construction of dams creating collection ponds at each of the 25 selected pump stations will require grading of access roads from existing Transmission Main Roads to dam locations. Access roads will be used where import fill material for construction of homogenous embankment type dams and as the alignment for power supply and conveyance piping. At dam locations, vegetation, soil, and severely weathered bedrock will be removed down to a competent base for dam foundations. Five-feet deep key cuts are assumed for all dam locations. Vegetation and soil will also be removed in areas where riprap overflow structures will be located. Embankment dam crests will be 12 ft wide with slopes of 3 to 1 for the length of each dam where the dam will be keyed into the local lateral topography. Compacted import fill will be used to construct embankment dams.

Overflow spillways will be constructed as part of each dam with riprap lined spillways leading to overflow riprap aprons on the downstream side of dams. The design for homogenous embankment dams does not include internal drainage features. Pump stations at each dam will consist of an intake structure in each pond connected to a sump outside the dam footprint. Two turbine pumps will be installed in the sump that will be connected to conveyance piping. Potential permitting of each of the 25 dams will be evaluated. Dams with structural heights 25-feet or higher will require a State of Georgia dam permit and some dam locations may require an Army Corp of Engineers Wetlands 404 permit.

### Task 1 – Access Road Construction

- Estimated 16.3 miles of access roads to be constructed to 25 dam locations beyond existing roads

- Construction of a 10-feet wide access road from Transmission Main Roads to the extraction point pond areas in accordance with prepared grading plans

- Cut and fill rough grading performed by bulldozer at $3/LF of road including placing culvert pipes at drainage crossings as needed and five double-lane pullovers per mile to allow haul trucks to pass

- Assumes a suitable offsite fill source is located within 15 miles of the site

- Includes providing, placing, and compacting 4-inches of crushed rock on rough graded road at $13/LF of road (1.5 tons of rock per CY @ $70/ton)

### Task 2 – Site Preparation

- Site preparation includes grubbing vegetation and stripping of dam footprints and adjacent work areas

- Includes removal of soil and fill at dam outfall overflow apron areas

- Vegetation, soil, and stripping waste will be disposed of locally upstream of dam locations within the respective drainage basin

- Includes removal of severely weathered bedrock down to a competent base for the dam foundation with spoils disposed of locally

- Dam foundation key-cut assume to be 5-feet deep for all dams

- Assumes dewatering of foundation key cut and impounded dam area during construction without treatment

- Cost for site preparation is estimated at $75,000/acre

### Task 3 – Embankment Fill Dam Construction

- Construction of an embankment dam using imported fill placed and compacted per design drawings and specifications

- Imported fill from a suitable offsite source will be transported to dam locations via existing roadway and access roads to be constructed

- Assumes a suitable offsite fill source is located within 15 miles of the site

C-5

- Embankment dam crests will be 12 ft wide with slopes of 3 to 1 for the length each dam where the dam will be keyed into the local lateral topography
- Structural heights of dams include an assumed depth of foundation key cuts of 5-feet and 2-feet of dam freeboard
- Dams include a riprap-lined overflow spillway and overflow apron of riprap at the downstream side of dams
- Cost to supply, haul, and place import fill material is $25/CY
- An average cost of $175,000 is assumed for equipment and construction of each of the 25 pump stations

### Task 4 – Pump Station Construction

- Pump stations at each dam will consist of an intake structure in each pond connected to a sump outside the dam footprint
- Intake structures in ponds will includes grates or screens to prevent wood and debris from entering the system
- Two turbine pumps will be installed in each sump that will be connected to conveyance piping
- Pump stations include electrical panels, pump controls, and wireless telemetry

### Task 5 – Permits

- Permitting requirements for each of the 25 dam locations will be evaluated
- Dams with structural heights 25-feet or higher will require a State of Georgia dam permit and some dam locations may require an Army Corp of Engineers Wetlands 404 permit
- An average cost of $50,000 per dam location is included for evaluating permits requirements and obtained necessary permits from the State of Georgia and the Army Corps of Engineers

### Task 6 – Planning, Engineering, Design, Bid Package, and Construction Management

- Task includes planning and engineering, design, and drawings, bid package preparation, and construction management
- Task includes sampling and analysis of import fill materials for contaminants of concern
- Task includes a geotechnical study of planned dam locations and geotechnical evaluation of import fill materials
- Assumes 20% of construction costs for Tasks 1-4

### Task 7 – Maintenance (30 years)

- Assumes an annual cost for maintenance of the intake, pump station, dam, and spillway/overflow structure of $1 M/year for 30 years

**Remedial Component 2 Cost Element B: Conveyance Pipe and Power Supply for Extraction Points at Ponds (See Table C-3)**

An electrical power transmission system will be constructed to supply power to pump stations at each of the 25 Extraction Point ponds and subsurface conveyance piping will be installed to carry pond effluent to the reservoir. Aboveground electrical power lines on utility poles will be constructed from the power plant substation along existing Transmission Main Roads. Transformers will be installed on poles where power lines transition to underground conduits supplying power to each pond pump station. A joint trench will be constructed along access roads from Transmission Main Roads to each dam location (construction of access roads is part of the dam construction scope). Power supply conduit and effluent conveyance piping will be installed in joint trenches. Conveyance piping will consist of HDPE pipe, typically 12-inches in diameter, running from pond pump stations to valved connections with larger diameter Transmission Main pipe. Underground transmission Main HDPE pipe, typically 24-inch in diameter, will be installed in trenches along the shoulder of Transmission Main Roads discharging into the Loopers Bend Reservoir.

### Task 1 – Surveying

- Assumes a 2-man crew and field vehicle @ $3000/day (10-hr workday including travel time to and from site)
- Assumes field crew covers 0.5 miles per workday surveying conveyance pipe and power alignments and transmission main pipe and above-ground electrical power poles
- Assumes approximately 34 miles of surveying requiring 68 workdays in the field

### Task 2 – Conveyance Pipe Installation

- Estimated 15.5 miles (82124 LF) of conveyance pipe installed from pump stations at 25 Extraction Point ponds to Transmission Main pipes
- Pipe type: HDPE SDR 11
- Pipe diameter: 12-inches typical
- Installation cost for trenching, installing 12-inch diameter pipe, import sand bedding, reuse select trench spoils as backfill, and compaction at $300/LF
- Assumes a suitable offsite fill source is located within 15 miles of the site
- Includes one 12-inch valve near the end of each conveyance pipe upstream of joints with Transmission Main pipes

### Task 3 – Transmission Main Pipe Installation

- Estimated 17.7 miles (93,237 LF) of Transmission Main pipe installed along the shoulder of existing Transmission Main Roads at the site conveying effluent water from pond conveyance pipes to the reservoir
- Pipe type: HDPE SDR 11
- Pipe diameter: 24-inches typical

- Installation cost for trenching, installing 24-inch diameter pipe, import sand bedding, reuse select trench spoils as backfill, and compaction at $520/LF

### Task 4 – Aboveground Electrical Power Transmission Lines and Transformers

- Estimated 17.7 miles (93,237 FL) of aboveground power lines on poles installed along existing Transmission Main Roads
- Includes 25 transformers on power poles @ $15,000 per transformer installed

### Task 5 – Underground Power Conduit Installation

- Estimated 15.5 miles (82,124 LF) of buried conduit and power lines from Transmission Line transformers on poles to pump stations at 25 Extraction Point ponds
- Assumes joint trench with conveyance pipe installation
- Installation cost for trenching, installing conduit, import sand bedding, reuse of select trench spoils as backfill, and compaction at $75/LF

### Task 6 – Electrical Junction Boxes and Panels Installation

- Assumes an average of $100,000 for each of 25 runs of buried conduit from transformers to pond pump stations for junction and pull boxes, electrical panels, and other electrical appurtenances

### Task 7 – Permits, Engineering, Design, Bid Package, and Construction Management

- Task includes planning and engineering, design and drawings, bid package preparation, and construction management.
- Task includes sampling and analysis of import fill material sources for contaminants of concern
- Assumes 20% of construction costs for Tasks 1-6

### Task 8 – Power Consumption and Maintenance

- Assumes an annual cost of electrical power to operate the pond pumps and system maintenance of $1.2 M/year

### Remedial Component 2 Cost Element C: Drain and Line Reservoir (See Table C-4)

The existing reservoir will be drained and lined to allow the placement of the highly concentrated surface water to the reconstructed reservoir. Draining the reservoir will require conveying approximately 2.4 billion gallons of ponded wastewater to a treatment plant for treatment and discharge to the Conasauga River. Soil within the reservoir will be rough graded per grading plans and soils will be moisture conditioned to lower water content prior to placement and compaction. In preparation for construction of the multi-layer liner section, a 6-inches base layer of suitable import fill will be placed and compacted per grading plans. Geotextiles and a 60-mil HDPE liner will be installed over import fill base layer. HDPE liner seams will be heat-welded and liner edges will be anchored in a perimeter trench. A 6-inch-thick layer of stone will be on the uppermost layer of geotextile. A pump station will be constructed in the south half of the retention pond with a grated intake structure to prevent vegetation, wood, and other debris from entering the

system. Two 12 MGD submersible pumps will transfer water from the pond a treatment plant via a pair of large diameter pipes. Once constructed, water levels in the reservoir can be managed by discharging excess water through a new treatment system designed for removing high concentrations of PFAS from surface water.

### Task 1 – Drain Reservoir

- Drain water in reservoir to treatment plant (separate cost for treatment)
- Setup pumps and hose to pump water in low trapped areas to settling basins
- Pump settled water to treatment plant
- Clean settling tanks
- Estimated drainage rate: reservoir volume 2.4 B gal @ 20 MGD treated = 130 days. Increased drainage duration to 180 days (6 months) due to rain fall
- Assumed $5,000/day ($150,000/month) for labor, equipment, operation, and maintenance to drain pond = $900,000

### Task 2 – Grade Reservoir Area

- Rough grade pond area per grading plan
- Moisture condition soil by scarification and dozing
- Assumed $7500/day for earth moving equipment to rough grade pond area for 120 workdays plus 50% contingency for rain delay and unknown ground conditions = 180 workdays. (180 days x $7,500/day = $1,350,000).
- Place 6 inches of import fill across pond area as base for liner (137,133 CY @ $15/CY placed and compacted = $2.06 M)
- Assumes a suitable offsite fill source is located within 15 miles of the site
- Excavate 13,000 LF of perimeter trench to anchor liner at $10/LF = $130,000

### Task 3 – Install Liner

- Provide and install multi-layer geotextile and HDPE liner:

  1. 6-inches #57 stone on surface
  2. 8 oz. Non-Woven Geotextile
  3. 60 mil. Textured HDPE liner
  4. 8 oz. Non-Woven Geotextile
  5. 6 oz. Fabri-Net Geotextile placed on prepared import fill base

- Assumes a density of 1.5 tons/CY for #57 stone at a cost of $70/ton
- Liner edges will be anchored around reservoir perimeter
- Heat-welded seams and liner testing per manufacturer's recommended methods
- Assumed unit cost of geotextiles, liner, and stone at $300,000/acre

$\Sigma^2\Pi$    **S.S. Papadopulos & Associates, Inc.**

**Task 4 – Construct Pump Station and Pipe to Treatment Plant**

- Assumes large intake structure and two 12 MGD pumps in pump station constructed in the pond to deliver water to treatment plant (separate cost for treatment plant and treatment)

- Pump station cost estimated at $5M

- Assumes two underground 36-inch diameter pipes running 600 ft. from pump station to treatment plant

- (2) 36-inch pipes installed at $800/LF x 600 LF. Two pipes each at $480,000

- 36-inch pipes discharge to disc filters part of the treatment plant (separate cost)

- Assumes power supplied from treatment plant to pump station in 600 LF of conduit at $75/LF

**Task 5 – Planning, Engineering, Design, and Construction Management**

- Task includes planning and engineering, design and drawings, bid package preparation, and construction management

- Task includes sampling and analysis of import fill materials for contaminants of concern

- Task includes a geotechnical study of the pond area and a geotechnical evaluation of import fill materials

- Assumes 10% of construction costs for Tasks 1-4

**Task 6 – Power Consumption**

- Assumes annual cost of electrical power to operate the reservoir pumps at $1.4M/year

**Task 7 – Maintenance (30 years)**

- Assumes annual cost for maintenance of the pump station of $100,000/year

**Remedial Component 2 Cost Element D: Implement GAC Treatment Train for Pond Discharges (See Table C-5)**

This remedial component requires a GAC treatment plant design capacity of 24 MGD for surface water runoff from the LAS transferred from the Loopers Bend Reservoir with average PFOA and PFOS concentrations of ~2,000 ng/L and ~5,500 ng/L, respectively. Costs were estimated using the U.S. EPA cost model for GAC. Within the U.S. EPA cost model, the pilot study by Woodard et al., (2017) was used to constrain the EBCT and carbon life. This pilot study was chosen because the PFOA and PFOS influent concentrations of the waste stream in Woodard et al., (2020) were within one order of magnitude of the concentrations in surface water runoff from the LAS. Further, the pilot study was chosen because the removal efficiency of the treatment system was high. The GAC treatment system was designed as a new facility on the LAS. The carbon life for PFOA was used to constrain the carbon life in the model, as this would ensure that PFOA concentrations in the effluent begin to increase before the GAC is replaced. The total PFAS concentration in the Woodard et al. (2020) pilot study was higher than the average total PFAS concentration in streams running off the LAS that would be captured by the ponds. Thus, the

carbon life may be slightly underestimated, and thus the GAC changeout costs may be slightly overestimated for this cost element.

Design was based on treatment of wastewater using GAC gravity contact beds.  Contact bed geometry was based on previous pilot studies and designed to minimize the total number of contactors needed and optimize (i.e. reduce) the cost.

The surface water collected from the LAS will have elevated suspended solids so the treatment system will be designed with disk filters in each of two 12 MGD treatment trains. Regeneration of spent GAC in contact beds was assumed to occur offsite, as is typical for most systems. Reactivation of spent carbon is typically provided by the carbon supplier, such as Calgon. In addition to the cost for treatment plant construction and GAC, the US EPA cost model also includes costs for pilot studies, permitting, architectural fees, legal fees, financing during construction, and geotechnical costs.

As described in Remedial Component 1 Cost Element B, two new side-by-side wastewater treatment plants will be constructed immediately south or west of the existing Loopers Bend Water Treatment Plant The east treatment plant will receive an average of approximately 12 MGD, and up to 24 MGD of wastewater pumped from the new Loopers Bend Reservoir pump station. Disk filters, booster pumps, and Granulated Activated Carbon (GAC) beds will be used to treat PFAS. GAC regeneration is included in O&M costs. Treated wastewater will be discharged to the Conasauga River.

Site preparation of the area for the two treatment plants is described and costs are estimated under Remedial Component 1 Cost Element B. Treated water from the treatment system for the Loopers Bend Reservoir will be conveyed to the river through a pair of 36-inch diameter pipes running south to an outfall structure at the river. Electrical power will be pulled from the Loopers Bend Water Treatment Plant and routed underground to the new treatment plants.

**Assumption**

- The current elevation of the middle of the Loopers Bend Reservoir (the elevation could change due to new grading plans) is approximately 685 ft and the west shoreline of the reservoir is at approximately 730 ft

**Task 1 – Site Preparation**

- Scope and costs are included under Remedial Component 1 Cost Element B

**Task 2 – Influent Conveyance Pipe**

- The new intake and pump station in the lined Loopers Bend Reservoir will pump a maximum of 24 MGD of wastewater via two 36-inch diameter pipes to the new water treatment plant (scope and costs of construction of the intake, pump station, and conveyance pipe and its electrical power consumption are part of the Loopers Bend Reservoir grading and lining scope of work and are included under Remedial Component 4 Cost Element C

### Task 3 – Installation of Disk Filters

- Two disk filters will be installed at each influent pipe entering the treatment plants at a cost of $2,500,000 per disk filter

### Task 4 – Installation of GAC Contact Beds

- GAC modular contact beds (dimensions 12 ft by 30 ft) will be installed per the US EPA cost model

### Task 5 – Power Supply, Instrumentation, Controls, and Telemetry

- Estimated 500 LF of underground power conduit and cables will be installed from the Loopers Bend Water Treatment Plant to the new treatment plants at $75/LF
- A cost of $37,500 is assumed for plant instrumentation, control, and telemetry equipment

### Task 6 – Effluent Conveyance Pipe

- Two 36-inch diameter discharge pipes to be installed underground from the treatment plant approximately 1500 LF to an outfall at the river at a cost of $800/LF

### Task 7 – Outfalls

- Includes placement of a coffer dam in the Conasauga River and construction of a cast-in-place reinforced concrete outfall structure at a cost of $250,000

### Task 8 – Permits, Engineering, Design, Bid Package, and Construction Management

- Task includes planning and engineering, design and drawings, bid package preparation, and construction management
- Task includes sampling and analysis of import fill materials for contaminants of concern
- Task includes a geotechnical study of the planned area for the treatment plants and geotechnical evaluation of import fill materials
- Assumes 20% of construction costs for Tasks 1 - 7

### Task 9 – Operation and Maintenance (30 years)

- Assumes an annual cost for system maintenance of $9,221,000/year for 30 years

## Remedial Component 3: Cap Historical Sludge Disposal Areas

Approximately 525 acres of impacted soil areas will be capped with a geosynthetic clay liner (GCL) and import fill material **(See Table C-6)**. Vegetation will be grubbed, and rough grading will be performed per prepared grading plans with slopes shedding stormwater to cap edges. A base layer of 6-inches of suitable import fill material will be placed over rough graded areas and compacted. A GCL will be placed over the base layer and 12-inches of import fill will be placed on the GCL and compacted. Approximately 200 acres of GCL capped areas at Conasauga River floodplains will be covered and armored with 1-foot of riprap rock. Hydroseed mulch will be sprayed on capped areas without riprap to promote growth of suitable vegetation for erosion control purposes.

**Task 1 – Devegetation**

- Areas for GCL cap construction will be grubbed to remove vegetation
- Trees will be pulled out of the ground and hauled to a designated area and will be run through a chipping machine
- Other vegetation will be grubbed and pulverized with heavy equipment and mixed with surface soil remaining in the area to be capped
- Compost material from the facility can be spread across areas to be capped and worked into soils with heavy equipment
- The cost for devegetation assumes $6000/day for equipment for two pieces of heavy equipment clearing 1 acre per day

**Task 2 – Rough Grading**

- Areas for GCL cap construction will be rough graded and compacted according to prepared grading plans
- Moisture conditioning of soils will be performed
- The cost for rough grading assumes $6000/day for equipment for two pieces of heavy equipment grading 1 acre per day

**Task 3 – Import Fill Base Layer**

- 6-inches of suitable import fill material will be placed and compacted over rough graded ground to construct a base layer suitable for placement in GCL geotextile according to grading plans
- Moisture conditioning of import soil will be performed
- Assumes a suitable offsite fill source is located within 15 miles of the site
- Estimate cost for import fill material is $20/CY delivered, placed, graded, and compacted

**Task 4 – Install GCL Liner**

- CETCO Clax-Max 200R geosynthetic clay liner or equivalent will be placed in GCL cap areas per manufacturer's instructions
- Estimated cost for GCL material and installation is $1.25/sq ft

**Task 5 – Import Fill Cap**

- 12-inches of suitable import fill material will be placed and compacted over the GCL per manufacturer's instructions and according to grading plans
- Moisture conditioning of import fill will be performed
- Estimate cost for import fill material is $20/CY delivered, placed, graded, and compacted
- Assumes a density of 1.5 tons/CY for import rock for armoring cap areas along river floodplains at a cost of $70/ton

- Assumes suitable offsite fill sources are located within 15 miles of the site
- Apply hydroseed mulch over capped areas

  **Task 6 – Planning, Design, Surveying, Import Fill Testing, and Construction Management**

- Task includes planning, design, and drawings, bid package preparation, testing of import fill source, and construction management
- Task includes sampling and analysis of import fill materials for contaminants of concern
- Assumes 20% of construction costs for Tasks 1-6

## Remedial Component 4: Monitoring and Pre-Treatment

Information on the Cost Elements in Remedial Component 4 are below.

### Remedial Component 4 Cost Element A: PFAS Sampling Campaign for Industrial Discharges in Dalton

A comprehensive sampling campaign would be required to determine the contributions of industries in Dalton to the PFAS concentrations still observed in treated wastewater effluent discharged from Riverbend and Loopers Bend WWTPs. Sampling of industrial wastewaters typically involves collection of a 24-hour composite sample comprised of samples collected every hour for a 24-hour period using an autosampler. As of June 2022, analytical costs for wastewaters for analysis of PFAS by method 537.1 are $400/sample. Assuming $900 per sample for collection and a total of 53 samples, the estimated cost for this cost element is $70,000.

### Remedial Component 4 Cost Element B: Pre-Treatment for the Old Dixie Municipal Landfill

This remedial component requires a GAC treatment system with a design capacity of 44 gallons per minute (gpm) for wastewater discharges from the Old Dixie Municipal Landfill. During the period 2011 to 2016, concentrations in discharge from the landfill ranged from 4,400 to 4,900 ng/L PFOA and 71 to 220 ng/L PFOS. During this same time, total PFAS concentrations for routinely detected compounds ranged from 22,830 to 30,320 ng/L. Costs were estimated using the U.S. EPA cost model for GAC (Table 7). Within the U.S. EPA cost model, the pilot study by Rodowa et al., (2020) was used to constrain the empty bed contact time (EBCT) and carbon life.

Design was based on treatment of wastewater using GAC pressurized vessels.

## Remedial Component 5: Investigate Uncaptured Drainage Areas

An investigation will be conducted of the drainage areas on the LAS that are not captured by the remedial actions implemented under Remedial Component 2. Work may include extensive soil, groundwater and surface water sampling, bench and pilot studies, and development of preliminary design concepts for the area. The study was estimated to cost approximately $400,000.

Σ²Π **S.S. PAPADOPULOS & ASSOCIATES, INC.**

**TABLE C-1**
**Treatment Plant Costs - 40 MGD Design Flow**

| Task | Task Description | Quantity | Unit | Unit Cost | Estimated Cost |
|------|-----------------|----------|------|-----------|----------------|
| 1 | Site Preparation | 1 | LS | $275,150 | $275,150 |
| 2 | Influent Conveyance Pipe | 3600 | LF | $800 | $2,880,000 |
| 3 | Installation of Disk Filters | 4 | each | $2,500,000 | $10,000,000 |
| 4 | Installation of GAC Contact Beds (from US EPA GAC Cost Model) | | | | $10,568,000 |
| 5 | Power Supply, Instrumentation, Controls, and Telemetry | 1 | LS | $75,000 | $75,000 |
| 6 | Effluent Conveyance Pipe | 3000 | LF | $800 | $2,400,000 |
| 7 | Outfalls | 1 | each | $250,000 | $250,000 |
| 8 | Permits, Engineering, Design, Bid Package, and Construction Management | 20% of Tasks 1 - 7 | | | $5,289,630 |
| | | | | **Total Capital Costs** | **$31,737,780** |
| 9 | Annual Maintenance and GAC replacement | | | | $7,884,000 |

**Σ²Π  S.S. PAPADOPULOS & ASSOCIATES, INC.**

**TABLE C-2**
**EXTRACTION POINT DAM CONSTRUCTION**

| Task | Task Description | Dam Name | | | | | | |
|------|-----------------|-------|-------|-------|-------|-------|------|-------|
| | | RP-3 | RP-19 | RP-15 | RP-14 | RP-11 | RP-5 | RP-21 |
| | | Location | | | | | | |
| | | SW-3 unnamed | Riverbend 2 | SW-17 | SW-17 east | SW-15b | SW-8 | SE Reservoir |
| 1 | Access Road Construction | $97,000 | $58,000 | $147,000 | $16,000 | $72,000 | $56,000 | $3,000 |
| 2 | Site Preparation | $58,000 | $320,000 | $137,000 | $163,000 | $151,000 | $174,000 | $75,000 |
| 3 | Earthen Fill Embankment Dam Construction | $215,000 | $2,183,000 | $675,000 | $703,000 | $802,000 | $606,000 | $278,000 |
| 4 | Pump Station Construction | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 |
| 5 | Permits | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 |
| 6 | Planning, Engineering, and Construction Management | $109,000 | $547,000 | $227,000 | $211,000 | $240,000 | $202,000 | $106,000 |
| | **Total Estimated Cost** | **$704,000** | **$3,333,000** | **$1,411,000** | **$1,318,000** | **$1,490,000** | **$1,263,000** | **$687,000** |

**$\Sigma^2\Pi$**  **S.S. Papadopulos & Associates, Inc.**

**TABLE C-2**
**EXTRACTION POINT DAM CONSTRUCTION**

| Task | Task Description | Dam Name | | | | | | |
|------|-----------------|----------|----------|----------|----------|----------|----------|----------|
| | | **RP-20A** | **RP-20B** | **RP-20C** | **RP-20D** | **RP-1** | **RP-4** | **RP-18** |
| | | Location | | | | | | |
| | | **Riverbend 1A** | **Riverbend 1B** | **Riverbend 1C** | **Riverbend 1D** | **SW-1** | **SW-6** | **Riverbend 3** |
| 1 | Access Road Construction | $18,000 | $12,000 | $27,000 | $29,000 | $10,000 | $31,000 | $79,000 |
| 2 | Site Preparation | $71,000 | $121,000 | $218,000 | $322,000 | $95,000 | $114,000 | $93,000 |
| 3 | Earthen Fill Embankment Dam Construction | $351,000 | $737,000 | $1,369,000 | $2,078,000 | $562,000 | $648,000 | $583,000 |
| 4 | Pump Station Construction | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 |
| 5 | Permits | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 |
| 6 | Planning, Engineering, and Construction Management | $123,000 | $209,000 | $358,000 | $521,000 | $168,000 | $194,000 | $186,000 |
| | **Total Estimated Cost** | **$788,000** | **$1,304,000** | **$2,197,000** | **$3,175,000** | **$1,060,000** | **$1,212,000** | **$1,166,000** |

$\Sigma^2\Pi$    **S.S. Papadopulos & Associates, Inc.**

**TABLE C-2**
**EXTRACTION POINT DAM CONSTRUCTION**

| Task | Task Description | Dam Name | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | RP-16 | RP-13 | RP-12 | RP-9 | RP-6 | RP-17 |
| | | Location | | | | | |
| | | Howell Creek | SW-16 | SW-15a | SW-14 | SW-10 | Big Jack Creek |
| 1 | Access Road Construction | $96,000 | $70,000 | $38,000 | $91,000 | $63,000 | $77,000 |
| 2 | Site Preparation | $101,000 | $93,000 | $130,000 | $126,000 | $245,000 | $104,000 |
| 3 | Earthen Fill Embankment Dam Construction | $535,000 | $420,000 | $589,000 | $741,000 | $1,256,000 | $489,000 |
| 4 | Pump Station Construction | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 |
| 5 | Permits | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 |
| 6 | Planning, Engineering, and Construction Management | $181,000 | $152,000 | $186,000 | $227,000 | $348,000 | $169,000 |
| | **Total Estimated Cost** | **$1,138,000** | **$960,000** | **$1,168,000** | **$1,410,000** | **$2,137,000** | **$1,064,000** |

Σ²Π  **S.S. Papadopulos & Associates, Inc.**

**TABLE C-2**
**EXTRACTION POINT DAM CONSTRUCTION**

| Task | Task Description | RP-8 | RP-7 | RP-10 | RP-22 | RP-2 | Total Cost |
|------|------------------|------|------|-------|-------|------|------------|
| | | Mashburn E SW-11 | Mashburn West SW-12 | Polecat Trib East | Reservoir South | AC-mid | |
| 1 | Access Road Construction | $36,000 | $43,000 | $103,000 | $68,000 | $38,000 | $1,378,000 |
| 2 | Site Preparation | $89,000 | $157,000 | $130,000 | $126,000 | $72,000 | $3,485,000 |
| 3 | Earthen Fill Embankment Dam Construction | $457,000 | $956,000 | $837,000 | $647,000 | $324,000 | $19,041,000 |
| 4 | Pump Station Construction | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 | $4,375,000 |
| 5 | Permits | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $1,250,000 |
| 6 | Planning, Engineering, and Construction Management | $151,000 | $266,000 | $249,000 | $203,000 | $122,000 | $5,655,000 |
| | **Total Estimated Cost** | **$958,000** | **$1,647,000** | **$1,544,000** | **$1,269,000** | **$781,000** | **$35,184,000** |

Note: Header group "Dam Name" spans RP-8, RP-7, RP-10, RP-22, RP-2. "Location" spans the Mashburn E SW-11, Mashburn West SW-12, Polecat Trib East, Reservoir South, AC-mid row.

Σ²Π  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

**TABLE C-3**
**CONVEYANCE PIPE AND POWER CONDUIT CONSTRUCTION**

| Task | Task Description | Quantity | Unit | Unit Cost | Estimated Cost |
|---|---|---|---|---|---|
| 1 | Surveying | 68 | Day | $3,000 | $204,000 |
| 2 | Conveyance Pipe Installation | 82124 | LF | $300 | $24,637,000 |
| 3 | Transmission Main Pipe Installation | 93237 | LF | $520 | $48,483,000 |
| 4 | Aboveground Electrical Power Transmission Lines and Transformers | 17.7 | mile | $300,000 | $5,298,000 |
| 5 | Underground Power Conduit Installation | 82124 | LF | $75 | $6,159,000 |
| 6 | Electrical Junction Box and Panels Installation | 25 | Leg | $100,000 | $2,500,000 |
| 7 | Permits, Engineering, Design, Bid Package, and Construction Management | 20% of Tasks 1 - 6 | | | $17,451,000 |
| | | | | **Total Capital Costs** | **$104,732,000** |
| 8 | Annual Power and Maintenance | | | | $1,200,000 |

Σ²Π  **S.S. Papadopulos & Associates, Inc.**

**TABLE C-4**
**DRAIN AND LINE LOOPERS BEND RESERVOIR**

| Task | Task Description | Estimated Cost |
|------|------------------|---------------|
| 1 | Drain Pond | $900,000 |
| 2 | Grade Pond Area | $3,537,000 |
| 3 | Install Liner | $51,000,000 |
| 4 | Construct Pump Station and Pipe to Treatment Plant | $6,005,000 |
| 5 | Planning, Engineering, Design, Construction Management (20% of tasks 1-4) | $12,288,000 |
| | **Total Capital Costs** | **$73,730,000** |
| 6 | Annual Power Consumption | $1,200,000 |
| 7 | Annual Maintenance | $300,000 |

**Σ²Π  S.S. PAPADOPULOS & ASSOCIATES, INC.**

**TABLE C-5**
**Treatment Plant Costs - 24 MGD Design Flow**

| Task | Task Description | Quantity | Unit | Unit Cost | Estimated Cost |
|------|-----------------|----------|------|-----------|----------------|
| 1 | Site Preparation | Included in Construction Costs of 40 | | | |
| 2 | Influent Conveyance Pipe | Included in Reservoir Lining Costs | | | |
| 3 | Installation of Disk Filters | 2 | each | $2,500,000 | $5,000,000 |
| 4 | Installation of GAC Contact Beds (from US EPA GAC Cost Model) | | | | $8,673,000 |
| 5 | Power Supply, Instrumentation, Controls, and Telemetry | 1 | LS | 75000 | $75,000 |
| 6 | Effluent Conveyance Pipe | 3000 | LF | $800 | $2,400,000 |
| 7 | Outfalls | 1 | each | $250,000 | $250,000 |
| 8 | Permits, Engineering, Design, Bid Package, and Construction Management | 20% of Tasks 1 - 7 | | | $3,279,600 |
| | | | | Total Capital Costs | **$19,677,600** |
| 9 | Annual Maintenance and GAC replacement | | | | $9,221,000 |

$\Sigma^2\Pi$ **S.S. Papadopulos & Associates, Inc.**

**TABLE C-6**
**CONSTRUCTION OF CAPS IN FORMER SLUDGE SPRAY AREAS**

| Task | Task Description | Quantity(acres) | Unit Cost/acre | Estimated Cost |
|------|-----------------|-----------------|----------------|----------------|
| 1 | Devegetation | 525 | $6,000 | $3,150,000 |
| 2 | Rough Grading | 525 | $6,000 | $3,150,000 |
| 3 | Import Fill Base Layer | 525 | $16,133 | $8,469,825 |
| 4 | Install GCL Liner | 525 | $54,450 | $28,586,250 |
| 5 | Import Fill Cap | 525 | $36,266 | $19,039,650 |
| 6 | Floodplain area soil riprap cap 1-ft | 200 | $165,000 | $33,000,000 |
| 7 | Planning, Design, Surveying, Import Fill Testing, Construction Management, and Floodplain Cap Study | | (20% of Task 1-6) | $19,079,145 |
| | | | **Total Estimated Cost** | **$114,474,870** |