**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
**Charles Andrews, Volume 2 on 09/20/2022**

```
 1              IN THE SUPERIOR COURT OF FLOYD COUNTY
                       STATE OF GEORGIA
 2

 3
    THE CITY OF ROME,          § CIVIL ACTION FILE NO.
 4  GEORGIA,                   § 19CV02405JFL003
                               §
 5                             §
              Plaintiff,       §
 6                             §
         vs.                   §
 7                             §
                               §
 8                             §
    3M COMPANY, et al.,        §
 9                             §
                               §
10                             §
              Defendants.      §
11  ~~~~~~~~~~~~~~~~~~~~~~~~

12            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
13                      ROME DIVISION

14  JARROD JOHNSON,            § CIVIL ACTION FILE NO.
    individually, and on       § 4:20-CV-00008-AT
15  Behalf of a Class of       §
    Persons Similarly          §
16  Situated,                  §
                               §
17                             §
              Plaintiffs,      §
18                             §
         vs.                   §
19                             §
                               §
20  3M COMPANY, et al.,        §
                               §
21                             §
                               §
22            Defendants.      §
    ~~~~~~~~~~~~~~~~~~~~~~~~

23

24

25
```

1    PFOS and PFOA in the Conasauga River at Tilton using

2    two approaches.

3         **Q.   Okay.**

4         A.   The first approach was that I calculated the

5    amount of PFAS -- or PFOS and PFOA entering the river

6    system upstream of Tilton through various tributaries.

7         **Q.   Down to that spot?**

8         A.   No.  I -- I just calculated -- yeah.  And

9    then assuming that they flow down to that spot.

10        **Q.   Right.**

11        A.   And then I just summed those upstream

12   contributions.

13        **Q.   Okay.**

14        A.   And the second method I used is I took the

15   average annual flow at Tilton and I multiplied it

16   by -- or, you know, I did the appropriate conversion

17   based upon the average concentrations in the Conasauga

18   River at Tilton between 2016 and 2021.

19        **Q.   And in that calculation, you're using your**

20   **average flow rate; correct?**

21        A.   Yes.  Yes.

22        **Q.   You calculated back at Figure 2; is that**

23   **right?**

24        A.   No.  Figure -- Figure 2 --

25        **Q.   No, no.  You're -- I'm wrong.  Yeah.  You're**

1    Q.   Have you made any calculation of what

2    percentage that is or what amount of mass that would

3    be?

4    A.   I have not.

5    Q.   Do your calculations of the amount of PFOS

6    equivalent or PFAS equivalent directly relate to

7    your -- your opinions regarding the current mass of

8    PFAS that's on the LAS?

9    A.   They do rate -- relate to the mass that's on

10   the PF -- on the LAS currently, but it's not a direct

11   relationship.  In a --

12   Q.   And -- sorry.

13   A.   If I can -- if I can explain.

14   Q.   Sure.

15   A.   You know, based on the data that I had in

16   terms of concentrations in the streams leaving the

17   LAS, estimated flows of those streams and based on

18   estimates of the half-life of the fluorinated

19   polymers, I had estimated the mass remaining in the

20   LAS today and, you know, I came up -- you know,

21   rounded to one significant figure, 40,000 kilograms of

22   PFOS and 20,000 kilograms of PFOA.

23        And then --

24   Q.   Right.

25   A.   -- you know, the question that I posed to

1    myself -- you know, those are relatively big numbers,

2    and it was, is it reasonable that that amount of mass

3    may have originated from compounds that were sprayed

4    or deposited as biosolids on the LAS.

5            And, you know, the net result was that the

6    potential mass that had gone to the -- to the

7    wastewater treatment plants far exceeded, you know,

8    40,000 kilograms of PFOS or 20,000 kilograms of PFOA.

9        Q.   All right.  But as far as being -- the two

10   calculations being connected, they're simply not;

11   right?  You're calculating the mass that you opined

12   that's on the LAS today based on concentrations in

13   streams, flow rates and a half-life --

14       A.   Yes.

15       Q.   -- number; correct?

16       A.   Yes.

17       Q.   And those are the three critical inputs to

18   your current mass calculation?

19       A.   Yes.

20       Q.   And so you're not taking the -- the amount

21   of mass that you estimated that was released and

22   somehow doing calculations on that number to arrive at

23   your current mass?

24       A.   I am -- I am not.  As -- as I noted, once I

25   calculated up using the first method that we describe

1   the amount of mass in the LAS, you know, I wanted to

2   know if that was inconsistent with the amount of mass

3   that potentially had been released to the LAS as a

4   result of wastewater treatment operations.

5       Q.   So it's sort of a -- just a high-level check

6   on your current mass calculations; is that fair?

7       A.   It is a high-level check.

8       Q.   And the -- the flow rate that you used in

9   your current mass calculations, as I understand it,

10  are -- are estimated or calculated and not actually

11  measured by a gauge out there on the LAS.  Is that

12  true?

13      A.   Yeah, I'm -- you know, unless the phosphorus

14  study was implemented, I'm not aware of any stream

15  gauges currently on the streams leaving the LAS.

16      Q.   Right.  So you estimated flows and flow

17  rates based on area of drainage and precipitation

18  rates?

19      A.   Correct.

20      Q.   Am I correct that you've assumed a 100-year

21  half-life for all of the fluorocarbon polymers or

22  fluoropolymers that are on the LAS?

23      A.   Well, in the report, I -- I only reference

24  calculations related to PFOA and PFOS that relate to

25  the hundred-year half-life.

1    higher concentrations of PFOA and PFOS than the

2    40-million-gallon-a-day GAC unit you proposed for

3    treatment at the actual treatment plant?

4        A.    Yes.

5        Q.    Water plant.

6              And is -- if you'll flip up in your report

7    to Table C-1.  So this -- this particular GAC unit --

8    and I'll butcher this -- but just tell me in your own

9    words, where would this GAC unit go and what is it

10   intended to be?

11       A.    Well, this -- this GAC unit is -- is

12   intended to treat the effluent from the wastewater

13   treatment plants operated by Dalton Utilities.

14       Q.    So in your concession of this, the -- you

15   know, the -- the wastewater treatment plant would

16   undergo its biological processes much like it does

17   today, and then the output of that would go through

18   the -- this 40-million-gallon-a-day GAC system?

19       A.    I believe my treatment train is that it

20   would go through a phosphorus removal unit and then

21   through a PFAS -- use it through the GAC to remove

22   PFAS.

23       Q.    And I'm sure it's in this report somewhere,

24   but I don't have it at my fingertips.  Do you -- do

25   you recall what concentration of PFOA and PFOS you

1    assumed in making your carbon change-out calculations

2    for the 40-million-gallon-a-day unit?

3         A.    I don't remember the exact concentrations,

4    but if we refer to Exhibit No. 6 -- and I believe

5    it's -- it's on the 14th page of Exhibit No. 6.

6         Q.    Okay.

7         A.    All right.  I believe it was these

8    approximate concentrations that were used, 336 PFOS,

9    237 PFOA.

10        Q.    And if I'm reading this correctly, even

11   though you use 16 million gallons or more for water

12   per day, your change-out frequency of GAC is going to

13   be less frequent in the 40-million-gallon-a-day unit

14   than it is in the 20-million-gallon-a-day unit;

15   correct?

16        A.    Yes.

17        Q.    And is that strictly a function of the

18   concentrations that are being put into the unit?

19        A.    Well, it's concentration and flow.  It's --

20   so it's a function of the total weight of, say, PFOA

21   that's being treated by the system.

22        Q.    So the less PFAS you have entering a GAC

23   unit, the longer you can run it before you have to

24   change it out.  Is that a fair summary?

25              MR. DAVIS:  Objection to the question.

1          THE WITNESS:  Yes.

2      Q.   (By Mr. Radney)  Are you assuming or

3  intending to treat -- let me strike that and start

4  over.

5          Are you basing any of your carbon change-out

6  calculations for either of the GAC units that you

7  propose at the LAS on any short-chain PFAS compounds?

8      A.   In -- in terms of the design parameters, you

9  know, the design parameters was based on breakthrough

10  of PFOA.

11     Q.   So you didn't -- you didn't attempt to

12  calculate, for example, when PFBS or PFBA might break

13  through in any of those GAC units?

14     A.   I don't believe so.

15     Q.   Have you estimated how long it would take to

16  build your proposed remediation system at the LAS if

17  it was fully authorized?

18     A.   I have not estimated how long it would take

19  to build the entire system.

20     Q.   I'm -- I'm assuming some of that would

21  depend on the permitting process it would need to go

22  through.

23     A.   Yes, and we discussed that in my testimony

24  yesterday.

25     Q.   Okay.  And I think this was covered.  If it

1   distribution canals that are used to feed the spray

2   field at the LAS.

3        Q.    Maybe I got the context of what you were

4   talking about yesterday a little bit wrong, but I

5   thought I heard you say that your opinion was that

6   PFOS entering the system today was -- was leaching

7   from pipes and equipment and carpet mills.  Did I

8   misunderstand that?

9        A.    I -- I opined more general than that.  I

10  opined that it could be due to slow leaching from

11  materials that adhered -- adhered to components within

12  the sewage system, potentially within apparatus within

13  the wastewater treatment plants and potentially within

14  apparatus within the carpet manufacturing facilities

15  that is slowly degrading with time.

16       Q.    Have you seen any sampling results from --

17  we'll just break it down one by one.

18            Have you seen any sampling results from

19  materials taken from the sewer system that -- that

20  showed detectable concentrations of PFOS?

21            MR. DAVIS:  I'm going to object to the

22       question because it's vague.

23            You may answer.

24            THE WITNESS:  I believe the most

25       recent data that I've seen is results of

1          testing of selected industrial discharges

2          in 2016.

3          Q.   (By Mr. Radney)  Some of those contained

4     detectable concentrations of PFOS; correct?

5          A.   Yes.

6          Q.   And is it your opinion that those

7     concentrations of PFOS were coming from residuals

8     somewhere inside the mill where the sample was taken

9     that were slowly leaching out PFOS?

10         A.   Yes.

11         Q.   Have you seen any data from testing from a

12    piece of pipe, for example, or scrapings from the

13    inside of a piece of equipment or anything like that?

14         A.   I have not.

15         Q.   Do you have any information about the

16    materials that the piping inside any carpet mill are

17    made out of, whether it be metal or concrete or PVC

18    plastic or anything else?

19         A.   I have no specific information.

20         Q.   Have you reviewed any studies evaluating the

21    propensity or capacity for PFOS to adhere to pipes in

22    that manner?

23         A.   I have not, though specifically in this

24    instance, I was referring to the copolymers that were

25    used to treat the carpets as being the substances that

1    C8-based chemistry to the carpet industry in Dalton;

2    right?

3         A.   Well, with -- with that data, one can have

4    an approximation of how much water is flushed through

5    the system.

6         Q.   Do you have any information about the pH

7    level of carpet mill effluent before it's ingested and

8    sent into the city sewer?

9         A.   I do not know it.

10         Q.   You have any information about the

11    temperature of carpet mill wastewater before it is

12    discharged into the city sewer?

13         A.   I do not.

14         Q.   If there was information indicating that

15    chemicals used very recently by carpet mills contained

16    detectable concentrations of PFOS and PFOS precursors,

17    would that change your opinion about the source of the

18    PFOS in recent discharges?

19              MR. FRIEDMAN:  Object to the form,

20         vague, lack of foundation, hypothetical.

21              THE WITNESS:  Well, if -- if there was

22         information on -- on concentrations and

23         volume, that would be information that I

24         would consider.  I was presented with some

25         recent interrogatory responses from Shaw

```
 1        Chemical and provided analytical reports

 2        from recent sampling that they had done.

 3            As I understand or -- understand their

 4        interrogatory responses, some low levels of

 5        PFAS was detected in their wastewater.  I

 6        could not find a key to the analytical

 7        reports that were provided.  And so I was

 8        unable to arrive at an understanding of the

 9        magnitude of concentrations that may be in

10        their effluent.

11        MR. RADNEY:  Megan, could you pull

12        up -- maybe I called this Shaw Chemical 5A

13        in my folder.

14    Q.   (By Mr. Radney)  I think I have a couple of

15    the documents that you're referring to, Dr. Andrews.

16        MR. RADNEY:  And I guess we can mark

17        this as an electronic exhibit, I guess

18        we're at 12.

19        (Defendants' Exhibit 12 was marked for

20        identification.)

21        MR. DAVIS:  Excuse me, Larkin.  Can

22        you say which report this is and

23        identify -- because there's more than one,

24        if you're able to identify it by some

25        number or something.
```

```
 1           MR. RADNEY:  I think -- if we scroll

 2      down, I think you'll get a Bates number,

 3      but that's probably as good as I can do.

 4           MR. DAVIS:  Okay.  That's great.

 5           MR. RADNEY:  Scroll back up, Megan, if

 6      you don't mind.  This is a -- a little

 7      further down so I can see the -- there we

 8      go.

 9           This is Bates numbered SHAW 00072575.

10           MR. DAVIS:  Okay.

11           MR. RADNEY:  And it is highly

12      confidential, so everybody be aware of that

13      and let's treat it as such.

14      Q.   (By Mr. Radney)  Dr. Andrews, does this look

15   like the type of analytical report that you reviewed

16   from Shaw's recent production?

17      A.   It's the type of analytical report that I

18   was provided.

19           MR. RADNEY:  And, Megan, if you'll

20      scroll down --

21      Q.   (By Mr. Radney)  Well, first of all, the

22   date on this report is 7/25/2022.  Do you agree with

23   that?

24           MR. DAVIS:  Can you see the date?

25      Q.   (By Mr. Radney)  Right under the signature.
```

1    A.    Yes.  Yes.  7/25/2022, 10:39:06 a.m.

2          MR. RADNEY:  All right.  If you'll

3    scroll down, Megan, to the actual results

4    page.  There you go.

5    Q.    (By Mr. Radney)  Do you see the -- the

6    sample ID that says, "Chemical 5A"?

7    A.    Yes.

8    Q.    And there is a detection there of N-Methyl

9    FOSE of 2,900 nanograms per liter.

10         Did I read that right?

11   A.    Yes.

12   Q.    And I'm with you, I don't have a key, so I

13   don't know what chemical that is, but would you agree

14   with me that that is showing a PFOS precursor in

15   products being used as of this summer --

16   A.    It appears --

17   Q.    -- in a carpet mill in Dalton?

18   A.    It appears to.

19   Q.    And you don't have any basis to disagree or

20   contest that 3M stopped making its eight-chain

21   sulfonic PFAS chemistry by around 2002, do you?

22   A.    Correct.

23         I also note that in -- in that chemical

24   name, it's unclear to me what the dash DL stands for.

25   Q.    I am not going to suggest to you that there

1          MR. FRIEDMAN:  Misstates the record,

2     misstates the evidence, assumes to ask a

3     question in a deposition.

4          MR. RADNEY:  Jeff, I can't hear you,

5     whatever that objection was.

6          MR. FRIEDMAN:  I said you misstated

7     the record.  He said he was presented this

8     document in a deposition.  You made it

9     sound like someone's presented a study or

10    evidence to him.

11         MR. DAVIS:  But I -- I did provide the

12    document to him.

13         MR. FRIEDMAN:  Yeah, but did you -- I

14    have my objection.

15         MR. DAVIS:  Okay.

16    **Q.    (By Mr. Radney)  And, Dr. Andrews, I'm not**

17    **trying to misstate anything.  I thought I understood**

18    **you to say that you had been provided with these**

19    **documents.**

20    A.    Yeah, I -- I have seen these documents

21    before today.  I believe I first saw these documents

22    on Sunday.  But as I said, you know, the interrogatory

23    talks about some potential sources of these compounds

24    in their effluent, but without kind of a roadmap to

25    where these samples were taken, I wasn't really able

 1      A.    Potentially, in part, it could be due to

 2    that.

 3      Q.    **Any other ideas why that might be happening?**

 4      A.    I mean, the main reason that it's happening

 5    is that in the past, there had been discharges of the

 6    perfluorinated compounds that were used to treat

 7    carpets.  These compounds were contained in the

 8    wastewater that discharged via the effluent discharge

 9    points at these industrial facilities.  And they were

10    transported to the wastewater treatment plants and

11    then were sprayed on or placed with sludges at the LAS

12    and they're slowly degrading with time.

13           And I will note that, you know, in 2009 when

14    sampling was conducted of, you know, the effluent from

15    industrial discharges, including carpet manufacturing

16    facilities, no attempt was made to determine the

17    amount of perfluorinated copolymers that were in the

18    wastewater stream.  The analyses were -- were focused

19    on the -- the -- what I would call the terminal

20    perfluorinated compounds such as PFOS and PFOA.

21      Q.    **Do you have any specific data that supports**

22    **your opinion that shallow soils and vegetative litter**

23    **within the LAS contain a large amount of PFAS?**

24      A.    I -- I have no specific data collected from

25    soils that have identified these copolymers in soils

1    and vegetative matter, but I would -- it's my opinion

2    that it's not possible for the concentrations in the

3    streams that originate on the LAS and flow into the

4    Conasauga and its tributaries could have the

5    concentrations that they do of compounds such as PFOS

6    and PFOA if there was not a significant mass of

7    non-degraded perfluorinated copolymers within the LAS

8    that are slowly breaking down.  Because today, the LAS

9    itself is a significant source of PFAS to the

10   Conasauga River system and it is the source because

11   of, you know, current and historical discharges to the

12   LAS.

13        **Q.   Does this indicate, in your opinion, that**

14   **concentration of PFAS in the groundwater of the LAS?**

15        A.   Excuse me, I didn't -- I didn't follow that

16   question.

17        **Q.   Sure.**

18             **So is this consistent with a -- with your**

19   **opinion that there is PFAS in the groundwater at the**

20   **LAS?**

21        A.   I don't believe in my expert report that

22   I -- I opine upon the concentrations in groundwater,

23   but groundwater has been sampled at the site.  It was

24   sampled in 2009, there was more recent sampling done

25   in 2021, and shallow groundwater is contaminated at

1   to go ahead with permitting this remedy.

2           MR. DAVIS:  If you'd like to hire

3       Dr. Andrews for that, he would be happy to

4       work with you.

5           MR. CARPENTER:  I will keep that in

6       mind.  Appreciate it, Gary.

7   **Q.   (By Mr. Carpenter)  Do you know if what you**

8   **proposed is allowed under the current permits?**

9       A.   As I state here, you know, the -- the

10  current permit for the LAS would be no longer

11  applicable and a new -- new permit would be required

12  for direct discharge to the Conasauga River.

13  **Q.   Were the GAC system -- were the GAC systems**

14  **on the site, were those designed -- well, let me**

15  **strike that.**

16          **Were the proposed GAC systems on the site**

17  **developed by you or Mr. Rafferty?**

18      A.   Well, the -- the costing of the GAC systems

19  was designed by Mr. Rafferty.  Mr. Rafferty and I

20  discussed, before he designed GAC systems, of using

21  either reverse osmosis or granular-activated carbon.

22  Mr. Rafferty had not considered that ion exchange was

23  a good alternative for this site, primarily because of

24  difficulties of regenerating the ion exchange resins.

25  Regeneration requires use of a -- of a flammable

1    material and it's not so readily conducted at sites

2    like this.

3         You know, yesterday, there was a manuscript

4    introduced that there were some parameters in the

5    performance of ion exchange systems that -- you know,

6    in that they perform better than -- that

7    granular-activated carbon systems, but Mr. Rafferty's

8    experience was that total cost of the

9    granular-activated system and ease of operation was

10   far superior for the granular-activated carbon system

11   for this site.

12   **Q.   So Mr. Rafferty was responsible for the**

13   **proposed design of the GAC system in the report?**

14       A.   Yes.

15   **Q.   Do you know if he used the EPA model for**

16   **carbon consumption for the GAC system?**

17       A.   He did.

18   **Q.   Do you know if that model is from drinking**

19   **water or wastewater?**

20       A.   I -- I believe that it was specifically

21   developed for wastewater, but it can be used -- I

22   mean, excuse me -- specifically developed for -- for

23   drinking water, but it can be used for treatment of

24   other waters.

25   **Q.   Have you ever proposed construction --**

1    constructing dams as part of a remediation project?

2        A.    Yes.

3        Q.    Which project was that?

4        A.    Yesterday I referred to a project in

5    Gladeville, Tennessee, where we constructed an

6    impoundment to contain stormwater runoff.

7        Q.    Did you develop the plan for collecting and

8    treating surface water flows from the LAS or is that

9    Mr. Rafferty's responsibility?

10        A.    I developed the concept.  Mr. Rafferty

11    designed the components that were necessary to

12    implement that concept and to price out that concept.

13        Q.    Did Mr. Rafferty have similar

14    responsibilities for installation of the pump

15    stations, the construction of the collection ponds,

16    the electrical power distribution system and the

17    pipeline headers?

18        A.    Yes, he did.

19        Q.    On Page 35, you state that the design of

20    pumping rates at each location were based on retention

21    of runoff from a two-year storm event that is then

22    pumped back to the pond at the power plant within five

23    days.

24        A.    Yes.

25        Q.    Is that an accurate assessment?

```
 1   BY MR. DAVIS:
 2       Q.   Dr. Andrews, is the work that you do in
 3   designing remedial actions and in evaluating
 4   pollutants from sites such as the LAS
 5   interdisciplinary?
 6           MR. HOLEWINSKI:  Objection to form.
 7           MR. PECK:  Same objection.
 8           THE WITNESS:  I believe almost always.
 9       Q.   (By Mr. Davis)  Do you often rely upon
10   professionals in chemistry, geochemistry and engineers
11   in the work you do in your field?
12       A.   I do.
13           MR. HOLEWINSKI:  Object to the form.
14           THE WITNESS:  I do.
15       Q.   (By Mr. Davis)  And is it common among
16   practitioners in your field to rely upon those and
17   other professionals?
18       A.   Yes.
19       Q.   And for projects which you have done in your
20   firm that are comparable to the project that you've
21   expressed opinions about here today, do you routinely
22   rely upon professionals on your staff, such as
23   Dr. Hoagland, Dr. DiFilippo and Mr. Rafferty?
24       A.   Yes.
25       Q.   And when you do rely upon them, do you
```

 1  direct their -- their work?

 2      A.   Yes.

 3           MR. HOLEWINSKI:  Object to the form.

 4      Q.   (By Mr. Davis)  And do you -- in this case,

 5  did you direct their work?

 6      A.   Yes.

 7      Q.   And did you review their input to your

 8  report before you adopted it as your report?

 9      A.   Yes, I did.

10      Q.   And are all the opinions in your report your

11  opinions?

12      A.   Yes.

13           MR. DAVIS:  That's all.

14           MR. FRIEDMAN:  I just have a follow-up

15      for the City of Rome.

16  EXAMINATION

17  BY MR. FRIEDMAN:

18      Q.   Dr. Andrews, your opinions on Page 3 --

19  Section 2, Page 3 in your report listed 1 through 10,

20  are they the same today as they were when you drafted

21  them?

22      A.   Yes.

23           MR. HOLEWINSKI:  Object to the form.

24      Q.   (By Mr. Friedman)  You weren't asked to

25  undertake to design or evaluate a purification system