**THE CITY OF ROME, GEORGIA vs 3M COMPANY, ET AL.**
**Charles Andrews on 09/19/2022**

```
 1              IN THE SUPERIOR COURT OF FLOYD COUNTY
                      STATE OF GEORGIA
 2

 3
    THE CITY OF ROME,           §  CIVIL ACTION FILE NO.
 4  GEORGIA,                    §  19CV02405JFL003
                                §
 5                              §
            Plaintiff,          §
 6                              §
        vs.                     §
 7                              §
                                §
 8                              §
    3M COMPANY, et al.,         §
 9                              §
                                §
10                              §
                                §
11          Defendants.         §
    ~~~~~~~~~~~~~~~~~~~~~~~~
12
            IN THE UNITED STATES DISTRICT COURT
13         FOR THE NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION
14
    JARROD JOHNSON,             §  CIVIL ACTION FILE NO.
15  individually, and on        §  4:20-CV-00008-AT
    Behalf of a Class of        §
16  Persons Similarly           §
    Situated,                   §
17                              §
                                §
18          Plaintiffs,         §
                                §
19      vs.                     §
                                §
20                              §
    3M COMPANY, et al.,         §
21                              §
                                §
22                              §
            Defendants.         §
    ~~~~~~~~~~~~~~~~~~~~~~~~
23

24

25
```

1        subject to being produced.

2        Q.   (By Mr. Smith)  Your report says that you

3    worked on behalf of both plaintiffs and defendants in

4    litigation matters, and you've already described a few

5    this morning.  Which defendants have you worked for?

6        A.   Well, if I can take a look at my CV here.

7    Well, in 2018, I -- I testified on behalf of the

8    PolyOne Corporation in arbitration proceedings.  In

9    2016, I testified on behalf of Duke Energy, and also

10   in 2015.  That's -- what else?

11           I've -- I've testified on another -- a

12   number of cases for Nestlé Waters North America.  I've

13   testified in a matter in Alabama -- excuse me, that

14   was for plaintiffs.  Sorry.

15       Q.   That's -- that's fine.  Those examples are

16   helpful.

17           So I led with your 30-plus depositions

18   listed in your bio, and it looks like on the following

19   page of your bio, you also list testimony.  I counted

20   16 cases where you testified; does that sound

21   accurate?

22       A.   Yes.

23       Q.   And have you ever had your opinions excluded

24   in a judicial proceeding?

25       A.   No.

1      Q.   We talked about the -- your experience and

2   that of your staff.  For purposes of this opinion, I'd

3   like to hear your experience or that of your staff

4   with wastewater treatment plant design.

5      A.   I don't believe in the past we have

6   involved -- been involved with the design of a

7   municipal wastewater treatment plant.

8      Q.   How about PFAS removal systems?

9      A.   We -- we had been involved on a number of

10   matters, matters that I wasn't involved with, but

11   Mr. Rafferty had worked on another -- a number of

12   matters where he had designed and priced out

13   remediation systems for PFAS.

14      Q.   Okay.  And did those experiences by

15   Mr. Rafferty include various types of PFAS removal?

16      A.   I believe that the primary types of PFAS

17   removal systems that he had experience with were

18   granular activated carbon-based systems and reverse

19   osmosis systems.

20      Q.   Okay.  Do you know if he has any experience

21   with ion exchange?

22      A.   I know that he has a lot of experience with

23   ion exchange, but whether or not he has looked at ion

24   exchange for PFAS, I do not know, though I suspect he

25   has.

1    inclusion/exclusion of intermediary compounds and/or

2    assumptions regarding analytical recoveries.

3              Is that accurate?

4    A.    Yes.

5    Q.    And then you concluded that while the range

6    in estimated half-life is large, the majority of

7    estimates places the half-life around 100 years."

8              And is that the basis for your assumption

9    that the half-life here is 100 years?

10   A.    Well, this is, you know -- this and the

11   preceding paragraphs are a description of information,

12   at least some of the information that I considered in

13   trying to develop a reasonable estimate of what the

14   half-life of these compounds might be, but, you know,

15   also considering other information.

16             Some of the information that I considered is

17   what we previously discussed about, and that being

18   that the PFOS concentrations in the wastewater

19   effluent haven't really changed from 2009 to 2021,

20   which is, as we discussed before, an indication to me

21   that the half-life is very long.

22             If the half-life, for instance, was, say,

23   ten years, then I would expect that the concentrations

24   of PFOS in the effluent would have decreased maybe

25   about a factor or two or a less -- less than a factor

1   or two and it hasn't.  I'm also considering the fact

2   that for PFOS-based fluorinated copolymers, you know,

3   they haven't been used since the early 2000s.  And in

4   the stream data that are reported on the table we were

5   just referencing, concentrations of PFOS are quite

6   high -- were quite high in 2021, some 20 years after

7   they were phased out.

8           And, you know, the explanation for that is

9   that, you know, these compounds that are degrading are

10  present in the LAS and they're slowly degrading such

11  that PFOS is being released to the environment, you

12  know, via the streams that are flowing off.

13          You know, in terms of PFOA, you know, early

14  studies that were done by Dupont indicated that

15  clearly the half-lives were long.  I believe that

16  there was, you know, some paper assessment done by

17  Russell, who I believe worked for DuPont, back in the

18  mid-2000s, 2006 time period that suggested that they

19  don't degrade.  I know that there was kind of an

20  environmental assessment done by, I believe it was

21  Environ in 2006 for DuPont, and they assumed that the

22  copolymers that DuPont had provided, at least the

23  C8-based ones, did not degrade.

24          But subsequent studies by DuPont, you know,

25  which I list here, the ones by Russell, by EPA, the

1    ones that are, you know, referenced to Washington,

2    have indicated that, you know, they do degrade to some

3    degree.  And, you know, it's clearly hard when you're

4    running a short-term lab study to extrapolate out to

5    very long periods of time.

6            And, you know, considering all those factors

7    in terms of trying to understand how much might be in

8    the LAS, you know, my opinion was that it was

9    appropriate to use 100 years, which recognizing that

10   there is uncertainty about that.  You know, if the

11   half-life is actually longer than 100 years, it would

12   imply that there's even more of PFAS-related compounds

13   in the LAS that are slowly degrading than I opined in

14   this report.

15   **Q.   Did you do any type of sensitivity analysis**

16   **using different half-lives?**

17       A.   I believe that I did, and, you know, clearly

18   there's sensitivity to different half-lives.  You

19   know, if I use a half-life of 50 years, you would

20   calculate out that, you know, it's going to go away

21   twice as fast.  If I do 200 years, there's going to be

22   twice as much and it's going to take twice as long to

23   go away.

24            So, I mean, mentally, you do those

25   sensitivity analyses, and I believe that I

1    Page 26 that talks about the functional equivalent of

2    a direct discharge to surface water.  Do you see that

3    paragraph?

4        A.   Yes.

5        Q.   And that paragraph also presents seven

6    factors that flowed from the Supreme Court decision in

7    Maui, Hawaii versus Wildlife Fund; is that correct?

8        A.   Uh-huh (affirmative).

9        Q.   And are those seven factors the types of

10   factors that you would look at in your hydrogeology

11   expertise?

12       A.   Yes.

13       Q.   And for each one, I take it that there is

14   some specific analysis that you would normally do to

15   establish the relevance of the factor to your

16   conclusion; is that correct?

17       A.   Well, it's certainly either observation or

18   analysis, you know, in terms of time -- time to elapse

19   from spraying to discharge in surface water.  And some

20   of the best documentation there is of that is studies

21   conducted by Nutter & Associates when they were

22   redesigning the spray field in the late 1990s, and

23   they indicated that surface water flows increased soon

24   after spraying occurred or spraying started, I should

25   say.

1         You know, in terms of pollutants entering

2    surface water, we talked about the data we have on

3    what kind of pollutant -- what kind of concentrations

4    of PFAS there are entering the surface water.

5         Q.   You mentioned the Nutter studies from the

6    late '90s.  That was as part of the redesign of the

7    LAS; correct?

8         A.   Yes.

9         Q.   Have you seen any studies subsequent to the

10   redesign of the LAS that would indicate that that

11   speed still occurs?

12        A.   I have not.  In the -- in Exhibit No. 3,

13   which was the -- excuse me.  Exhibit No. 2, which was

14   the -- which was the 2015 permit --

15        Q.   Yes.

16        A.   -- you know, it does reference -- or I think

17   it requires a phosphorous study, and as part of that

18   phosphorous study, stream flows were to be measured

19   continuously at a number of locations.  I had thought

20   that that data might provide some information on the

21   issue that you just raised, but when I requested that

22   documents or documents related to that study through

23   my counsel, I was told that Dalton Utilities didn't

24   want to provide that information.  So I have not seen

25   the results of the phosphorous study.

1      Q.   So let's -- let's go back to factors just so

2   I understand your method.  The first factor is time

3   elapsed from spraying to discharge to surface water.

4           Do you see that?

5      A.   Yes.

6      Q.   And so as a hydrogeologist, how would you

7   establish the time elapsed for this factor?

8      A.   Well, if I was going to do it in a

9   quantitative manner, I would have information on the

10   timing of the operation of spray heads in a given

11   spray field, and I would have continuous monitoring of

12   stream flow downslope or downgradient of the areas

13   where effluent was being applied, and with that

14   information, I would be able to derive a relationship

15   between commencement of spraying and change in stream

16   flow.

17      Q.   Did you perform any sort of quantitative

18   analysis like you've just described for this case?

19      A.   I did not.  I obviously did not have access

20   to the LAS to perform such an experiment, but that's

21   the type of experiment that Nutter & Associates

22   performed back in the late 1990s.

23      Q.   The second factor, as reflected on Page 26,

24   is the distance from spray head to discharge location.

25           Do you see that?

1       A.    Yes.

2       Q.    Again, how -- how would a hydrogeologist of

3    your expertise evaluate distance?

4       A.    Well, the way I would evaluate distance is I

5    would measure the distance from the spray heads to the

6    nearest stream where flow was increasing.

7       Q.    That -- is it simply the distance from the

8    spray head to the stream or where you described a

9    functional equivalent, do you need to understand how

10   that water enters the stream?

11      A.    Well, I need to understand where that water

12   enters the stream.  In the -- in the system -- you

13   know, in the subsurface system that we have at the

14   LAS, there are relatively shallow unconsolidated

15   materials or soils underlain by relatively impermeable

16   shale bedrock.  In my opinion, groundwater flow is

17   primarily in what I would call the downhill direction,

18   which would also be a downgradient direction and

19   entering -- and most of the flow is occurring in these

20   unconsolidated sediments above the relatively

21   impermeable shale.

22          It's a relatively simple and straightforward

23   groundwater flow path for most of the groundwater --

24   or most of the water that's infiltrating into the

25   surface and moving towards the streams.

1      Q.    Did you do any quantitative analysis to

2   confirm that?

3      A.    After reviewing the studies done by Nutter &

4   Associates in the late 1990s, it was my opinion it was

5   not necessary to make any quantitative investigations.

6   We had empirical data that showed at least for these

7   pilot fields how rapidly there were increases in

8   stream flow after initiation of spraying at a given

9   set of spray heads.

10      Q.    Again, the Nutter studies on which you

11   relied were associated with the redesign of the LAS;

12   correct?

13      A.    Well, they were associated with the redesign

14   of the LAS and observing what kind of responses there

15   were in the surface water systems when effluent was

16   applied at the rates we talked about previously as the

17   allowed rates.

18      Q.    Would a dye study be one way to establish

19   distance and pathway?

20      A.    Yeah.  Dye studies are commonly used to

21   establish distance and pathways.  But in my opinion,

22   at a site like this, the type of study that I

23   previously described would be more useful and would

24   provide more meaningful data.

25      Q.    But you did not perform the study that you

1    previously described, did you?

2        A.   As I noted, I didn't have access to the LAS

3    to perform studies.

4        Q.   The third factor, as reflected on Page 26,

5    is subsurface characteristics, and I believe you just

6    testified to some of the characteristics that you

7    found relevant.  I just would appreciate you bearing

8    out what subsurface characteristics you considered for

9    this analysis.

10       A.   Well, subsurface characteristics that I

11   considered are those that I previously described.

12       Q.   And did you perform any quantitative

13   analysis to bear out your assumptions about subsurface

14   characteristics?

15       A.   No.

16       Q.   The fourth factor is the extent of pollutant

17   dilution or chemical change.  Do you see that?

18       A.   Yes.

19       Q.   We've talked a little bit about rates of

20   retardation or degradation.  What did you consider for

21   this factor, the extent of pollution -- pollutant

22   dilution or chemical change?

23       A.   Well, the only potential dilution source I

24   have is precipitation and infiltration of

25   precipitation.  We've talked at length about chemical

```
 1  changes that were occurring in materials that were
 2  applied on the LAS in the past.
 3      Q.   But to be clear, you did not do any type of
 4  quantitative analysis to establish this fourth factor,
 5  did you?
 6           MR. DAVIS:  Objection, form.
 7           THE WITNESS:  I did calculate that the
 8       amount of rainfall relative to the amount
 9       of water being sprayed and, you know, I
10       also made calculations of at least the rate
11       of chemical change that's occurring for
12       some type -- some types of PFAS compounds.
13      Q.   (By Mr. Smith)  And indeed in the paragraph
14  that follows the -- what I call the Maui paragraph,
15  you say, "The PFAS in the wastewater that is
16  distributed via the spray head may be chemically
17  altered in the subsurface prior to discharge to the
18  surface water, but for the most part it is altered to
19  another PFAS."
20           You see that?
21      A.   Yes.
22      Q.   Do you have data to support that conclusion?
23      A.   Well, I have the empirical data that there
24  were very high concentrations of compounds such as
25  PFOA, PFOS, PFBS, PFHxA, PFPeA, that are flowing off
```

 1   the LAS in stream water indicating that there has been

 2   chemical alteration of the chemicals that were used in

 3   the treatment of carpets for repellency purposes.

 4       Q.   But you didn't consider that chemical change

 5   to be dispositive to your analysis because, in your

 6   words, for the most part, it is altered to another

 7   PFAS; is that accurate?

 8       A.   Yes.

 9       Q.   The fifth factor that is reflected on

10   Page 26 is the amount of pollutant entering surface

11   water relative to the amount sprayed.

12            Do you actually have data on those amounts?

13       A.   Well, we talked before about the amount of

14   at least the terminal PFAS compounds that are sprayed

15   and the amount that are flowing off.  And we noted

16   that there's considerably more flowing in the streams

17   off the LAS to date than is currently being sprayed.

18       Q.   The sixth factor is the nature of discharge

19   to surface water.  What do you interpret that to mean?

20       A.   Well, what I interpreted that to mean is

21   where -- where is the discharge occurring and what

22   form does it take.  Is it discharging as a large

23   spring?  Is it discharging as small seeps along the

24   stream banks?  And my observations were that when I

25   was out there that it was discharging as seeps along

 1    the stream banks.

 2        Q.    Was the frequency of discharge a

 3    consideration in your analysis?

 4        A.    Well, it was a consideration.  You know, my

 5    assumption was that many of these streams are

 6    perennial, and so discharge is occurring from the LAS

 7    all year round, otherwise they would not be perennial

 8    because these streams originate on the LAS.

 9        Q.    Did you consider the nature of discharge

10    during dry weather as compared to wet weather?

11        A.    Well, it was certainly a factor that I

12    considered.  And we talked about that -- or I

13    testified about that previously today is that, you

14    know, when I attributed the fact that there could be

15    higher loads -- or there are higher loads of PFAS in

16    the river at higher flows, it's due to the fact that

17    there's more discharge occurring from the LAS during

18    wet periods than during dry periods.

19        Q.    But as part of that testimony, you also

20    confirmed that you did not have any data from wet

21    weather conditions related to the LAS; is that

22    correct?

23            MR. DAVIS:  Object to the question.

24            You may answer.

25            THE WITNESS:  As I indicated, the data

1    that I had available to me was data from

2    one sampling event in May of 2021, and I

3    testified that I didn't remember what the

4    antecedent precipitation conditions were,

5    but at the time of sampling, it was dry.

6         MR. DAVIS:  Whenever you get a chance,

7    do you want to try to wrap up for lunch?

8         MR. SMITH:  Yeah.  I only have a

9    couple more.

10   Q.   (By Mr. Smith)  So just to get through the

11   factors, the seventh, as reflected on Page 26, is the

12   degree to which pollutant maintains its identity.  I

13   think you've already testified that in your opinion,

14   if there is degradation, it's from one PFAS to

15   another.  So I take it that that wasn't a dispositive

16   or -- let me not put words in your mouth.

17        How did you assess the degree to which a

18   pollutant maintains its identity?

19   A.   I'm not aware of any processes that are

20   operating in the LAS that would result in

21   defluorination of these PFAS compounds that were

22   sprayed or placed at the LAS, and thus, you know, my

23   opinion is that the pollutant maintains its identity

24   as a PFAS and there's not degradation to

25   non-PFAS-based compounds.

1      Q.   You conclude by saying that the Court noted

2  that time and distance will be the most important

3  factors in most cases.

4           Do you agree that time and distance are the

5  most important factors in this particular case?

6      A.   Well, I will note that time and distance are

7  short in this case.

8      Q.   Does that mean that they're the most

9  important factors in this case or the ones that

10 support your conclusion?

11     A.   I think, you know, all of these factors that

12 we just went through, all seven factors support my

13 conclusion.  I merely noted here that the Court noted

14 that time and distance will generally be the most

15 important factors, and as I -- as I just noted, time

16 and distance at -- at the LAS are short from where

17 it's sprayed to where it discharges.

18     Q.   When the Court recited these seven factors,

19 it made clear that they were not exclusive.  Did you

20 believe any other factors to be relevant to your

21 analysis concluding that there was a functional

22 equivalent of a direct discharge at the LAS?

23     A.   I tried to think of other factors that were

24 important, but for the LAS itself, between time,

25 distance and maintaining identity as a PFAS compound

1   appeared to meet the standards that the Court had set

2   forth for functional equivalency.

3             MR. SMITH:  Thank you.  I think it's

4        the perfect time for a break.

5             MR. DAVIS:  Okay.  Great.

6             VIDEOGRAPHER:  The time is 12:25.

7        We're off the record.

8             (A lunch recess was taken at 12:25

9        p.m. and the deposition reconvened at 1:33

10       p.m.)

11            VIDEOGRAPHER:  All right.  The time is

12       now 1:33.  We're back on the video record.

13       Q.   (By Mr. Smith)  Good afternoon, Dr. Andrews.

14  I have just a couple clean-up questions from this

15  morning before we finish up your report.

16            We've talked a bit about your -- about the

17  transpiration calculations for the LAS, and I

18  understand those calculations to basically take

19  precipitation, net out evapotranspiration to come up

20  with a value associated with stormwater running off

21  the LAS; is that correct?

22       A.   Yes.

23       Q.   Did you also consider evapotranspiration for

24  the wastewater that is sprayed on the LAS?

25       A.   Yes.

1  the years, and he seems to be a credible person in his

2  field.

3      Q.    Okay.  We also talked before the break about

4  what you were able to see during your site visit and

5  what you were not able to see.  Did you ask for

6  additional access to the LAS to complete your review?

7      A.    I did not ask for additional access beyond

8  the single day that we were at the site, as I was told

9  we were only allowed to have one day.

10     Q.    Okay.  But you weren't denied access to any

11  area on the LAS that you asked to see, were you?

12     A.    Nobody stated explicitly that we couldn't go

13  to certain areas, but we were told that to go to

14  certain areas would take a long time and preclude us

15  from seeing other areas.

16     Q.    Understood.  So you had to prioritize what

17  you saw and what you didn't over the course of that

18  day.

19     A.    Correct.

20     Q.    Okay.  Well, I'm going to ask for you to

21  turn your attention to Section 8, which is your

22  stormwater discharges from the LAS summary.  And in

23  particular, I want to call your attention to the last

24  sentence of the second paragraph on Page 27 where you

25  state "Stormwater discharge at these point-source

1   than at higher flows.

2       Q.   Did you make a deliberate decision to use

3   average river flows instead of the actual flow rates

4   at the time of sampling?

5       A.   No.  You know, in the calculations that I

6   did in preparation for the report, I made calculations

7   when I had flows for each individual sampling event,

8   but clearly that doesn't represent what's happening on

9   an average annual basis.  And, you know, the correct

10  way to look at it on an average annual basis is to use

11  an estimate of the average volume of water that's

12  flowing through the river system during a year, which

13  is what I did.

14      Q.   Let's look at Table 6, which is on Page 29.

15  You have the sum of upstream sources, which is the

16  third row from the bottom.  It's Oostanaula at Rome,

17  paren, sum of upstream sources.

18           Do you see that?

19      A.   Yes.

20      Q.   And then if I were to compare that to

21  estimates you calculate using average Oostanaula River

22  flows in concentrations, which are the next two rows,

23  you see those last two in the table?  You concluded,

24  and this is a quote from your opinion, "The agreement

25  between the two methods is good for PFOS, though for

1      reduction in the amount of PFAS discharging

2      from the LAS, but it's explicitly stated

3      that I have a lack of information on

4      portions of the LAS to design an effective

5      remedy, and I recommend that additional

6      investigations and data collection

7      activities be undertaken to add additional

8      remedial components that would increase or

9      would get us closer to kind of the ultimate

10     goal of no discharge of PFAS compounds from

11     the LAS.

12     Q.   (By Mr. Smith)  And at a high level, is it

13     your opinion that the LAS must cease operation in

14     order to remedy the presence of PFAS in Rome's

15     drinking water?

16     A.   It is my opinion that in terms of its

17     current operation of the LAS, that the current

18     operation results in very large discharges of PFAS

19     substances to the Conasauga River system.  I thought

20     about remedies or I tried to think about remedies that

21     would allow the system to continue to operate for the

22     purposes that ostensibly it was originally designed

23     for, which was to reduce nutrients and BOD in the

24     effluent, but I did not come up with any what I would

25     term feasible remedy where it could continue to

1    I said, you know, what makes sense for this site is to

2    look at it as any site that I look at where I have

3    surface water or groundwater, you know, coming off the

4    site is if I -- if I don't have a technically feasible

5    way to remove the source, then the only real option I

6    have is to collect the contaminated water that's

7    flowing off the site.

8           And this remedy here is -- you know, in a

9    very simple concept is we're collecting the

10   contaminated water that originates on the site and --

11   and in the way the remedy is designed, we cease

12   spraying water, but still we have the precipitation

13   that's going to fall on the land and we're going to

14   continue to have a stream flow.

15          Parts -- the part of the -- the LAS that's

16   kind of in -- on the -- the western portion kind of

17   near the power plant and that area where you have the

18   former sludge disposal areas, there's not a lot of

19   topography there, and it is much more difficult to

20   collect surface waters, or at least with the

21   information I had to collect surface waters didn't

22   seem like it was technically feasible.

23          And so in that portion of the LAS, what we

24   propose is a cap over the -- the -- that portion of

25   the LAS such that we prevent any future infiltration

1    of water into the subsurface, and, you know, water

2    that's infiltrating into the subsurface would, you

3    know, mobilize PFAS substances that have degraded to

4    the terminal perfluorinated molecules such as PFOA and

5    PFOS.

6        Q.    So as I read the overview in Section 10 --

7    and I will get to the detailed remedial components in

8    Attachment C -- I understand that there are multiple

9    pieces:  discontinue the operation of the spray

10   fields; collect and treat surface water flows; cap the

11   former Area A sludge disposal area; pretreat influent

12   coming into the system; and then conduct the

13   investigation for those portions of the LAS that you

14   just lack the data to -- to form an opinion on at this

15   point.

16            And I say that by way of overview to ask the

17   question:  Did you consider whether some might be

18   enough to avoid all, or in your opinion, do all of

19   these things have to happen in order to achieve the

20   goal that you described?

21            MR. DAVIS:  Objection to the question.

22            You may answer.

23            THE WITNESS:  Well, to achieve the

24       goal that I describe, kind of my big

25       picture goal when I'm starting out is to

1      eliminate discharge of PFAS from the LAS,

2      all these components plus additional

3      components would be required.

4         Q.   (By Mr. Smith)  So let's go item by item.

5    The first is to completely discontinue the operation

6    of the spray fields.  And my question is:  Did you

7    consider an alternative where PFAS in the wastewater

8    is removed and the remaining non-PFAS wastewater is

9    spray applied as it currently is?

10        A.   I did.

11        Q.   Okay.  And what -- what caused you to reject

12   that alternative?

13        A.   What caused me to reject that alternative

14   was that the data that we discussed this morning where

15   the concentrations currently in the streams -- the

16   concentrations of PFAS that are flowing off the LAS

17   are much, much higher than the concentrations in the

18   effluent that's currently being applied.  And, you

19   know, based on that, I came to the conclusion that if

20   I lowered the concentrations in the effluent that is

21   sprayed to zero, I would still have very high

22   concentrations coming off the LAS.  And, in fact, just

23   treating it and then spraying it, in terms of the

24   total load to the Conasauga River, it wouldn't be a

25   big effect.

1           MR. SMITH:  Okay.

2           THE WITNESS:  Yeah, but I don't

3      believe that I actually produced a

4      spreadsheet that shows what percentage of

5      the PFAS -- or what percentage PFAS

6      reduction I would achieve in the Conasauga

7      River by the remedy described here.

8      Q.   (By Mr. Smith)  But is it your testimony

9  that you performed such a calculation?

10     A.   Yes.

11          MR. SMITH:  Is that something that can

12     be produced to us?

13          MR. DAVIS:  Sure.

14     Q.   (By Mr. Smith)  In that second remedial

15  component, you also factor in the need to install an

16  electrical power distribution system.  Do you see

17  that?

18     A.   Yes.

19     Q.   Are you -- did you take into account the

20  existing electrical infrastructure at the LAS?

21     A.   Well, to some degree, but I had very sparse

22  information on the electrical distribution system at

23  the LAS.

24     Q.   So if there's more infrastructure in place,

25  the number would go down, and if there's less, the

```
 1   number might go out; is that fair?

 2       A.   That's certainly a possibility.  And, you

 3   know, certainly coming up to a final design, it would

 4   be important to have more information on the LAS and

 5   its current system, which I just did not have or had

 6   access to.

 7       Q.   Okay.  And then another major component of

 8   this second prong of the plan is to drain and line the

 9   2.4 billion gallon reservoir; correct?

10       A.   Yes.

11       Q.   Did you assess any compatibility issues with

12   the liner that you proposed?

13       A.   Well, compatibility with the PFAS compounds

14   and the other characteristics of the water were

15   considered in selecting a liner.

16       Q.   All parameters or just PFAS?

17       A.   Well, with -- the general water quality

18   parameters that we would expect were considered.  I

19   don't think there was anything in the -- the water

20   outside of PFAS that was a concern in terms of

21   compatibility.

22       Q.   Okay.  And then the third component, as you

23   described a few minutes ago, is to cap the former Area

24   A.

25       A.   Yes.
```

1      Q.    And I understand you to say that because it

2   was relatively flat ground, the -- the pond concept

3   wasn't feasible in this area; is that accurate?

4      A.    Yes.

5      Q.    You note as one of the sub-bullets in Item 3

6   that, "A design will be developed to cap the portions

7   of former Area A under solar panel arrays."  I

8   understand that that would be a complication.

9            Have you developed that design?

10     A.    I have not because I had basically no

11  information on the solar panels outside of what I

12  could ascertain by looking at air photos of the site.

13     Q.    Okay.  And I should back up.  We've talked

14  about the NPDES permitting consequence of shifting

15  from LAS to direct discharge.  And in your report, you

16  talk about potential permitting consequences of

17  building these earthen-bermed collection ponds.  Did

18  you also consider permitting consequences for the

19  related infrastructure, such as the -- the conveyance

20  pipelines?

21     A.    Well, I believe that we incorporated costs

22  for that kind of permitting, but I didn't see that

23  that would be something that was not obtainable.

24     Q.    And did you -- in terms of placing these

25  components on the LAS, did you consider environmental

1  constraints, like wetlands or species, things that

2  would affect permitting for long pipelines, for

3  example?

4        MR. DAVIS:  Objection to the question.

5     You may answer.

6        THE WITNESS:  We considered those

7        possibilities, but we couldn't be specific

8        because we just don't know enough about the

9        current characteristics of the LAS.

10     Q.   (By Mr. Smith)  Okay.  So turning to Page 35

11  in the section describing GAC treatment for the

12  Riverbend and Loopers Bend wastewater treatment plant

13  effluent, you say that "GAC is one of the most

14  prevalent and cost-effective technologies for PFAS

15  removal for large waste streams."

16        What do you mean by large waste streams?

17     A.   Well, in this case, we're talking about a

18  waste stream.  You know, one of the waste streams here

19  is 40 million gallons per day, or at least to design

20  capacity, and the other one is 24 million gallons per

21  day.  So I was characterizing those as large waste

22  streams.

23     Q.   So it was depending on volume of the

24  wastewater?

25     A.   Yeah.

1      A.   We did call a number of vendors to see if

2   our costs were in range for cost conditions that would

3   occur in the Dalton area, and I know that a number of

4   our -- our costs were run by a consulting firm known

5   as QE2 that's located in Knoxville that's done a fair

6   amount of work in there area.

7      Q.   Okay.  And tell me again.  QE2 is a

8   consultant that helps establish costs or do they

9   actually perform the work?

10     A.   They perform the work.  And it's a firm that

11  we've worked with on a number of occasions in

12  designing and building projects.

13     Q.   And is there a record of those

14  communications?

15     A.   I don't know the type of record of those

16  communications.

17     Q.   In this same GAC treatment section in that

18  same first paragraph, you say, "Carbon life and

19  EBCT" -- which is defined elsewhere -- "primarily

20  depend on the influent PFAS concentration requiring

21  treatment."

22          Do you see that?

23     A.   Yes.

24     Q.   What -- are there other factors that affect

25  carbon life and EBCT?

1        A.    Well, there could be other constituents in

2    the wastewater that, you know, reduce the effective

3    adsorption area of the carbon relative to PFAS.  And,

4    you know, clearly before doing any type of final

5    design, a pilot study would need to be conducted to

6    verify, you know -- you know, our design parameters

7    for a GAC system.

8        Q.    Okay.  And I think you considered suspended

9    solids because you've proposed disk filters upfront;

10   is that correct?

11       A.    Yes.

12       Q.    Did you consider total dissolved solids?

13       A.    I don't know the detail of our consideration

14   of total dissolved solids.

15       Q.    Same question for total organic carbon?

16       A.    I don't know the answer to that.

17       Q.    Okay.  In the -- in the second GAC section

18   on Page 36, this is for the surface water that's

19   diverted to the reservoir for treatment, you talk

20   about capital costs and O&M costs.  I guess in both

21   sections, did you consider the cost of carbon

22   change-out in the O&M figure?

23       A.    Yes.

24       Q.    And then for the final remedial component

25   for the area that you believe still needs to be

 1  require a Georgia dam permit and also may require an

 2  Army Corp. 404 permit.

 3          Do you see that?

 4      A.   Yes.

 5      Q.   At the time you wrote this, it says will be

 6  evaluated.  Is that still pending or has that been

 7  done?

 8      A.   Can you refer me to where it states will be

 9  evaluated?

10      Q.   Yeah.  So C-5, first paragraph, four lines

11  up, the sentence begins, "Potential permitting of each

12  of the 25 dams will be evaluated."

13      A.   The intent was to state that it will be

14  evaluated as part of implementation of this remedy.

15      Q.   Okay.  So you've included a -- a task for

16  it, but you haven't borne it out as part of your

17  upfront opinion; is that accurate?

18      A.   No, because at this stage, it's premature to

19  look at those permitting issues until we have much

20  more of a final design that's based upon, you know,

21  in-field data.

22      Q.   Okay.  We talked earlier about piping

23  infrastructure and potential permitting consequences.

24  Here on C-5, you also estimate 16.3 miles of access

25  roads to be constructed to the 25 dam locations.

1  chemist, but I consider myself as quite knowledgeable

2  about chemistry.

3      Q.   Do you consider yourself quite knowledgeable

4  about chemical speciation?

5      A.   For some type of compounds, yes.

6      Q.   With respect to PFAS compounds?

7      A.   I don't consider myself as an expert on the

8  chemistry of PFAS.

9      Q.   Okay.  Are you deferring to Mr. Benotti with

10  respect to degradation analysis in these cases?

11          MR. DAVIS:  Dr. Benotti.

12      Q.   (By Mr. Holewinski)  Dr. Benotti.

13      A.   You know, for this matter, I'm certainly

14  relying upon his opinions regarding degradation.  Also

15  in my report, with the help of the staff that I work

16  with, particularly Dr. Erica DiFilippo, we did a

17  detailed review of degradation studies that had been

18  conducted, and that formed the basis of the discussion

19  that I have in the report regarding degradation rates

20  and the foundation for the opinion that 100 years was

21  appropriate to use in our analysis for the half-life

22  of these type of compounds.

23      Q.   Are you aware of what, if any, judgments Dr.

24  DiFilippo made with respect to that degradation

25  literature review?

1      Q.   (By Mr. Holewinski)  Do you recall using the

2    term "background"?

3      A.   I don't.

4      Q.   While I'm looking for it, you're familiar in

5    your field, aren't you, with what background level

6    means?

7      A.   I'm familiar with how background

8    concentrations are calculated specifically for the

9    purposes of CERCLA sites and the Superfund program.

10     Q.   And what purpose or background levels -- the

11   establishment of background levels, what purpose does

12   that serve?

13     A.   Well, typically, an evaluation of background

14   concentrations is conducted to determine whether or

15   not concentrations in a given spatial region have been

16   elevated by anthropogenic sources or by a specific

17   discharge or discharger.

18     Q.   And did you do that here?  And I'll refer

19   you to -- I found the reference -- Page 8 of your

20   report, which I guess is Exhibit 1.  The bottom of the

21   page, sir.

22     A.   Yes.

23     Q.   Do you see where it says, "For purpose of

24   evaluating background concentrations"?

25     A.   Yes.

1      Q.   And sitting here today, do you recall why

2    you looked at background concentrations?

3      A.   I do.

4      Q.   Okay.  What was the reason that you did?

5      A.   Well, in this context, I was referring to

6    trying to understand what the concentrations of PFAS

7    compounds were in the Conasauga River upstream of

8    Dalton, and as indicated in the report, I tabulated

9    data from four locations that are upstream of Dalton.

10     Q.   And do you -- do you -- do you recall

11   sitting here today why you excluded eight samples from

12   2006 for purposes of background?

13     A.   Well, you know, I wasn't in this thing

14   attempting to do a very -- you know, a rigorous

15   evaluation of, you know, background throughout the

16   watershed.  And, you know, the data that I reference

17   on this table here are all data that were collected in

18   the period 2019 through 2021.  They all used EPA

19   Method 537.1, which had relatively low detection

20   limits, and that allowed me to get a very good

21   understanding of what concentrations were in the river

22   system and how they changed in going in an upstream

23   direction.

24          In addition, I will note that I have done

25   additional work in trying to understand what PFAS