# Rebuttal Expert Report of Charles B. Andrews



**S.S. PAPADOPULOS & ASSOCIATES, INC.**
**Environmental & Water-Resource Consultants**

**April 17, 2023**

1801 Rockville Pike, Suite 220, Rockville, Maryland 20852-1649 • (301) 718-8900

# Rebuttal Expert Report of Charles B. Andrews

*Prepared for:*

**Attorneys for Plaintiffs**

*Prepared by:*

**Charles B. Andrews**

**S.S. PAPADOPULOS & ASSOCIATES, INC.**
**Environmental & Water-Resource Consultants**

**April 17, 2023**

1801 Rockville Pike, Suite 220, Rockville, Maryland 20852-1649 • (301) 718-8900

**S.S. Papadopulos & Associates, Inc.**

# Table of Contents

                                                                                    Page

List of Figures ........................................................................................... iii

List of Tables ............................................................................................ iii

List of Attachments ................................................................................... iii

Section 1    Introduction ............................................................................ 1

Section 2    Issues Raised by Defendant's Experts ..................................... 3

Section 3    Proposed Remedial Plan .......................................................... 5

             Conceptual Site Model of the LAS ........................................... 6

             Regulatory Uncertainty ............................................................. 9

             Alternative Remedial Components Suggested by Defendant's Experts ................... 9

                  Measures Directed Toward Mass Flux and Retention in Soil and
                  Groundwater ......................................................................... 9

                  Multiple Localized Treatment Systems .................................. 10

                  Use of Ion Exchange or Foam Fractionation for Water Treatment ................ 11

                  Continued Spraying of Wastewater on the LAS ..................... 11

                  Focused Slurry Walls ........................................................... 12

                  Infiltration and Collection Trenches ..................................... 12

                  Passive Gravity-Fed Treatment Systems ............................... 12

             Proposed Remediation System will not Work ........................... 13

Section 4    Water Balance for the LAS ..................................................... 14

Section 5    PFOA+PFOS Discharges from the LAS .................................. 15

Section 6    PFAS in Industrial Discharges ............................................... 18

             Correction to my Expert Report Discussion of PFAS in Industrial Wastewater ..... 20

Section 7    PFAS Mass in the LAS and Long-Term Leaching ................... 21

             LAS as a PFAS Reservoir ......................................................... 21

             Long-Term Persistence of PFAS Leaching ............................... 22

Section 8    The LAS as a Point Source Discharge .................................... 24

Section 9    PFAS Mass Balance upstream of Rome .................................. 26

Section 10   PFOA+PFOS Concentration in Oostanaula River ................... 28

Section 11   PFAS in the Etowah River ..................................................... 30

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

Section 12    Stormwater Runoff.................................................................. 33

Section 13    Updated Information on Sales and Purchases of PFAS based Carpet Treatment
Chemicals in Dalton.................................................................. 34

Section 14    Documents Reviewed ............................................................. 37

**Figures**

**Tables**

**Attachments**

**Σ²Π** **S.S. Papadopulos & Associates, Inc.**

# List of Figures

Figure 1        Conceptual Site Model of Dalton Area

Figure 2        Conceptual Site Model of the LAS

Figure 3        Sampling Location in Area AC of the LAS

Figure 4        Conasauga and Coosawattee River Flows Prior to Sampling on 4/25/2018 and 1/27/2021

Figure 5        Geomega Sampling Location on the Etowah River

Figure 6        Flows in the Etowah River on June 29, 2022

Figure 7        Quantities of PFAS-Based Product Sold in Dalton as Calculated by Various Experts

# List of Tables

Table 1        Summary of PFAS Concentrations in Streams Draining the LAS that were Sampled in 2022 and Average Concentrations in Streams Draining the LAS in May 2021

Table 2        PFAS Mass in Industrial Discharges and Wastewater Treatment Plant Effluent – 2009-2010

Table 3        PFAS Concentrations in Surface Waters Draining LAS Areas AC and C

# List of Attachments

Attachment A  Updated Curriculum Vitae of Dr. Charles Andrews and Rate of Compensation

Attachment B  Revised Section 9 to Andrews' Expert Report

# REPORT

# Section 1
# Introduction

I, Dr. Charles Andrews, and the water resource and environmental consulting firm S.S. Papadopulos & Associates, Inc. (SSP&A) were retained by attorneys for Plaintiffs to assist them in the matters of Johnson v. 3M, et al. and City of Rome, Georgia v. 3M, et al.  These cases involve the presence of per- and polyfluoroalkyl substances (PFAS) in the Oostanaula River at Rome, Georgia.  The City of Rome withdraws water from the river for municipal water supply and this water requires treatment to meet the proposed U.S. Environmental Protection Agency (USEPA) Maximum Contaminant Levels (MCLs) for perfluorooctanoate (PFOA) and perfluorooctane sulfonate (PFOS).  I prepared an expert report on this matter in July 2022 (Andrews 2022a), which was revised in October 2022 (Andrews 2022c), that evaluated the sources of PFAS in the river and actions to be implemented to reduce the amount of PFAS in the river.[1] I was deposed on this matter on September 19 and 20, 2022 (Andrews 2022b).

After the preparation of my expert report, experts for the Defendants submitted expert reports in December 2022, that in part questioned the validity of some of my opinions in this matter.  Defendant's expert reports that commented on my opinions included:

- Dr. Frankel, Dr. Davis, and Dr. Reitman, experts for the 3M Company;

- Mr. Hagen and Dr. Levine, experts for Daikin America, Inc.;

- Mr. Washburn an expert for E.I. Dupont Nemours and Company and The Chemours Company;

- Dr. Nutter, Dr. Thompson, and Mr. Craig, experts for Dalton Utilities;

- Mr. Gutiérrez an expert for Shaw Industries Group, Inc.;

- Mr. Connor an expert for Mohawk Industries, Inc.; and

- Dr. Singh an expert for the Dalton-Whitfield Regional Solid Waste Management Authority.

In addition to these expert reports, two of the experts, Mr. Gutierrez and Mr. Conner, prepared rebuttal expert reports in February 2023.  Both rebuttal reports addressed opinions of Dr. Davis, and Mr. Gutiérrez's report also commented on my opinions.

I am employed at SSP&A where I am a Senior Principal.  I am also a visiting professor in the School of Environmental Science and Engineering at the South University of Science and Technology in Shenzhen, China.  I have a Ph.D. in geology from the University of Wisconsin and a B.A. from Carleton College in Northfield, Minnesota.  I am a registered Professional Geologist in Georgia and have over thirty-five years of professional experience in groundwater and surface water consulting including the investigation and design of remedial actions for numerous contaminated sites.  I have published many technical papers related to my professional work, and

---

[1] A revised version of Section 4 of my July 14, 2022 Expert Report was submitted on October 14, 2022.  Section 4 was revised based on information provided and issues raised at my deposition on September 19 and 20, 2022.  In this rebuttal report, when I refer to my Expert Report, I am referring to the July 14th Expert Report as modified by the October 14th version of Section 4.

I am the executive editor of the professional journal *Groundwater*. I have participated in several subcommittees of the National Research Council related to groundwater issues. My clients have included major corporations, the U.S. Department of Justice, other U.S. governmental agencies, and state governments. I have worked on the behalf of both plaintiffs and defendants in environmental litigation matters. My updated curriculum vitae is included in Attachment A.

In preparation of this report, I have relied on staff at SSP&A. SSP&A has extensive experience investigating and remediating contaminated sites including facilities subject to Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and Resource Conservation and Recovery Act (RCRA) requirements. SSP&A is often requested to evaluate conditions and propose remedial solutions at chemically and geologically complex sites where chemically recalcitrant, and dissolved phase contaminants are present in water, soil, and sediment. SSP&A project sites have been located throughout the United States and abroad. SSP&A services have been requested in support of regulatory issues such as compliance, reporting, and negotiation; resource evaluation and management; development, implementation, and optimization of remedies for groundwater, soil, and sediment; peer review and expert panel participation to address complex issues; technology transfer; and software development. Large projects where SSP&A has been involved in remedial design include Love Canal, Hinkley Chromium site in California, Hanford Nuclear Reservation in Washington, Aerojet General in California, Onondaga Lake in New York, among many others.

In the preparation of this report, I have reviewed and/or relied upon technical reports; site documents; deposition transcripts from litigation involving PFAS releases to the Conasauga River and its tributaries; and records maintained by governmental agencies related to surface and groundwater conditions in the Conasauga, Oostanaula and Coosawattee river systems. I have also reviewed and/or relied on peer-reviewed scientific literature; publications by government agencies; and aerial photography. I also visited Dalton Utilities' Land Application System (LAS) on June 1, 2022. The list of documents I have reviewed since the preparation of my expert report is contained in the last section of this rebuttal report (Section 14).

The documents upon which I have relied are the types of documents typically used by experts to evaluate groundwater conditions and remedial actions. Finally, I have relied upon my extensive education, training, and experience in formulating the opinions expressed in this report.

This report addresses the issues raised by the Defendant's experts regarding my opinions in this matter. Section 2 of this report describes the major issues raised by the Defendant's experts, and the following sections provide my rebuttal on these issues.

# Section 2
# Issues Raised by Defendant's Experts

For the purposes of this rebuttal report, I have grouped the major comments on my opinions by the Defendant's experts into eleven categories. The following sections of the report describe my rebuttal to the major issues raised by the Defendant's experts. These categories are briefly described as follows.

1. Opinions on the proposed remedial plan (Section 3)

    a. A conceptual site model (CSM) was either not developed or was inadequate, and the interpretation of hydrogeologic conditions and contaminant migration are not supported by the data. (Mr. Hagen, Mr. Craig, Mr. Conner)

    b. There are too many data gaps and regulatory uncertainty to produce a defensible remediation plan. (Dr. Frankel)

    c. Standard accepted practices were not used in the development of the remediation plan described in my expert report. (Mr. Hagen, Mr. Craig)

    d. The proposed remedy fails to consider or evaluate a broad range of potentially applicable components and new treatment technologies that may be more inclusive, effective and/or efficient. (Mr. Craig, Mr. Connor)

    e. The remedy will not function as proposed. (Mr. Connor)

2. Opinions on the water balance for the LAS (Section 4)

    a. Dr. Nutter noted that the LAS wastewater application rates and precipitation rates were not consistent with LAS specific data.

    b. Water balances prepared by Dr. Davis, Mr. Washburn, and Mr. Connor were not consistent with LAS specific data.

3. Opinions of PFOA+PFOS discharges from the LAS (Section 5)

    a. Mr. Washburn and Mr. Conner opined that I had incorrectly calculated discharges from the LAS.

4. Opinions related to PFAS measured in Dalton Utilities industrial wastewater (Section 6)

    1. The source of PFAS at the LAS is solely, or primarily, from impurities in the products used for carpet treatment, which is contrary to my opinion. (Mr. Hagen, Dr. Levine)

    2. The amount of product loss is disconnected from product sales. (Dr. Levine)

    3. None of the current day PFOS and PFOA is due to 3M. (Dr. Davis)

    4. Andrews ignored 16% to 22% of total discharge to Dalton Utilities. (Dr. Reitman)

    5. Andrews asserts that over 80% of PFAS contributions to wastewater were from carpet and rug manufacturers. (Mr. Washburn)

3

5. Opinions related to amount of PFAS in the LAS and long-term persistence. (Section 7)

   a. The bulk of the PFAS mass in the LAS will be naturally retained within the underlying soils, with only a fraction of the mass seeping into the Conasauga River. (Mr. Connor)

   b. No data to conclude that high concentrations of PFAS in streams are the result of high concentrations in LAS soil and vegetative matter. (Dr. Nutter)

6. Opinions related to the LAS as a point source discharge. (Section 8)

   a. Discharges from the LAS do not meet the seven criteria discussed in *Hawaii Wildlife Fund v. County of Maui.* (Dr. Nutter)

   b. Insufficient data to determine if LAS is functionally equivalent to a point source discharge. (Dr. Thompson)

7. Opinions related to PFAS Mass Balance for Dalton Region (Section 9)

   a. Multiple sources of PFAS in the Conasauga River and Oostanaula River watershed were ignored in my analysis. (Mr. Hagen, Dr. Davis, Mr. Conner, Mr. Washburn)

   b. The LAS is calculated to contribute approximately 57% of total combined mass of PFOA and PFOS detected in Oostanaula Intake, whereas I calculated about 85%. (Mr. Washburn)

8. Opinions related to variability of PFOA+PFOS in Oostanaula River (Section 10)

   a. I incorrectly concluded that there is some correlation between PFOA+PFOS concentrations and the flow in the Oostanaula. (Mr. Hagen, Dr. Nutter, Mr. Craig, Mr. Conner, Mr. Washburn)

   b. My average annual averaging approach is based in part on a hypothesis that PFOA+PFOS concentrations have some correlation with river flow. (Mr. Washburn)

9. Opinions related to sources of PFAS in the Etowah River (Section 11)

   a. Biosolids application by City of Rome in Spring Creek watershed account for 68% of PFOA+PFOS in Etowah River. (Dr. Davis)

10. Opinions regarding stormwater runoff (Section 12)

    a. There is no evidence that the stormwater runoff from the LAS is a significant source of PFAS release to the surrounding streams. (Mr. Conner, Dr. Nutter)

11. Opinions regarding sales and purchases of PFAS based carpet treatment products in Dalton (Section 13)

    a. Based on information in the expert reports of Dr. Finch, Dr Washburn, Dr. Levine, Mr. Gutierrez, and Mr. Connor I have updated the calculations of sales and purchases of PFAS based carpet treatment products in Dalton.

 S.S. PAPADOPULOS & ASSOCIATES, INC.

# Section 3
# Proposed Remedial Plan

The remedial plan that is described in my expert report was developed to demonstrate the technical and economic feasibility of measures to significantly reduce the long-term discharge of PFAS from the LAS to the Conasauga River. The amount of PFAS that currently is discharging from the LAS to the Conasauga River is staggering and the LAS is likely today the largest single source of PFAS to surface water in the United States. The amount of PFOA and PFOS discharging from the LAS via surface water flows to the Conasauga River is approximately 380 kilograms per year based on my calculations. The water discharging from the LAS has average concentrations of PFOA and PFOS that are 530 to 1250 times greater, respectively, than the proposed MCLs for these compounds.

I developed a remedy based on the available data, my experience, and the extensive experience of SSP&A staff that would achieve the objective of significantly reducing the amount of PFAS currently discharging from the LAS. In developing the remedy, I considered many alternative remedial components; components that I was familiar with from 40 years of experience in designing remedial systems for contaminated groundwater and surface water. In my evaluations, I converged on what I judged to be a technically and economically feasible remedial plan. As the intent of my expert report was to present what I judged to be the superior remedial plan based on my expertise, the report did not describe the alternative remedial components that were considered. I acknowledge that the site-specific data available to assist in evaluating a remedial plan were limited, but the ability to collect additional data was severely constrained as access to the LAS was limited by agreement of the parties to two days of field sampling and a one-day site visit. The available data based on sampling between 2006 and 2022, though, were sufficient to develop an effective and efficient remedial plan that could be implemented at the LAS. The plan as described in my expert report is not a final design document, but rather an overall remedial plan, which notes where detailed design work will be necessary.

Only one of the many Defendant's experts proposed an alternative remediation plan. An alternative remedial plan was proposed by Mr. Conner which consists of no action at the LAS and point of use treatment for downstream water users.[2] I rejected this alternative in my evaluations as my opinion is that it is unacceptable to have a continuing long-term source of water discharging from the LAS with extremely high concentrations of PFAS into the headwaters of a major river system; a river system with drinking water as a designated use in certain downstream reaches.[3] In addition, recent research has indicated that freshwater fish accumulate PFAS at sufficient levels to be a significant source of PFAS to those that eat such fish.[4]

Defendants' experts, though, did suggest alternative remedial components that could be considered for inclusion in the remedial plan. These types of remedial components were

---

[2] Connor (2022), Opinion No. 6, page 3.

[3] The Oostanaula River has a designated use as "drinking water" from the confluence of Conasauga and Coosawattee River to Oothkalooga Creek and from the confluence with Woodward Creek to Coosa River (Rules and Regulations of the State of Georgia, Chapter 391.3.

[4] Barbo et al. (2023).

considered in our development of the remedial plan and were rejected as appropriate remedial components. The engineering and science communities' understanding of PFAS is rapidly evolving and it is likely that new technologies will be developed to remediate PFAS. My plan, though, is based on currently available technologies that have demonstrated effectiveness and implementability.

Though the LAS is a large and complex site, the fundamentals of an appropriate remedy are simple – stop the discharge of water containing elevated levels of PFAS from the LAS to the Conasauga River and its tributaries. There are three basic approaches that in concept could stop the discharge of water containing elevated levels of PFAS:

1. Reduce infiltration of precipitation (and applied wastewater) on the LAS to negligible levels. In concept, this could be accomplished by placing an impermeable cap over the entire LAS.

2. Capture and treat the water containing PFAS that flows from the LAS to the Conasauga River. In concept, this is similar to pump and treat to control a groundwater contamination plume.

3. Immobilize the PFAS that currently are in the LAS with some type of chemical and/or physical additive.

In my evaluations, I quickly concluded that given the areal extent and topography of the LAS, it was not economically and environmentally feasible to cap the entire LAS. I also concluded that with available technologies it was not economically and technically feasible to sufficiently immobilize the PFAS currently in the subsurface at the LAS. As a result, I converged on a remediation plan that would (a) effectively capture and treat the water that flows from the LAS into the Conasauga River and its tributaries, and (b) caps a limited area where sludge was formerly sprayed at the LAS and where the topography is not conducive to effective capture of water that infiltrates in the area.

**Conceptual Site Model of the LAS**

The first fundamental step in developing a remediation plan is the development of a CSM that explains the source of contamination, the processes that are affecting the contamination in the subsurface, the migration processes for the contamination, and a quantification of the contaminant discharge to environmental media of concern. Several of the defendant experts critiqued my expert report for not explicitly including a CSM description. For example, Mr. Hagen opined *that "Andrews did not develop a CSM for the Study Area and the Land Application System…."*.[5] In fact, my expert report does contain a detailed description of the basic elements of my conceptual model of the LAS. The report, though, does not contain a Section titled "Conceptual Model".

To clearly illustrate my conceptual model, for this rebuttal report, I have developed schematics of my conceptual models of the Dalton Area and the LAS that are depicted on Figures 1 and 2. The elements in my conceptual model that were previously explained in my expert report include:

---

[5] Hagen (2022) Opinion 2, page 2.

Σ²Π  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

1. My expert report clearly identifies that losses of PFAS-based products used in the carpet industry in the Dalton area were the predominant source of the PFAS in the LAS today.[6] My report provides a quantification of the quantity of PFAS-based products purchased by carpet companies, and a quantification of the amount of PFAS-based products that were discharged to the Dalton Utilities wastewater system.

2. My report indicates that wastewater from the Dalton Utilities wastewater treatment plants was sprayed at the LAS from 1986 to the present and that sludge from the wastewater treatment plants was also sprayed at the LAS from 1986 to 1998.[7]

3. My report describes the precursors to terminal PFAS, such as PFOA and PFOS, which were in the wastewater sprayed on the LAS, and that are slowly degrading to terminal PFAS. The amount (mass) of precursors to PFOA and PFOS in the LAS is quantified in my report. My report did not discuss the amount of PFAS, including PFOA and PFOS, that are retained in the unsaturated zone and saturated zones due to retention at air-water interfaces, sorption on solid phases, and diffusion into low permeability zones. As the LAS has been operating for over 37 years, I assumed that the mass of terminal PFAS retained in the subsurface was at a steady state, with production of terminal PFAS by degradation being equal to the rate of discharge of terminal PFAS to surface water.[8] This concept is discussed further in Section 7 of this rebuttal report.

4. My report describes the migration of precipitation and wastewater at the LAS. The report states *"...the dominant path of water movement when soils are wet occurs as lateral, unsaturated and saturated flow in the upper soil horizons to small ephemeral or intermittent channels and then to perennial streams...".*[9]

5. My report quantifies on an average annual basis discharge of surface water from the streams on the LAS for the period 2016 to 2021 and quantifies the average annual mass of PFOA and PFOS in these streams that discharge to the Conasauga River and its tributaries.[10]

6. My report quantifies the annual mass of PFOA and PFOS in the major tributaries of the Conasauga River and the tributaries of the Oostanaula River.[11] The quantification of mass in these tributaries implicitly acknowledges that there are other sources of PFAS in the Conasauga River and Oostanaula River watersheds. The report does not provide information as to the nature of these sources as it was beyond the scope of my report, and because the PFAS contributions from these other sources was relatively small compared to the discharge of PFAS to surface water from the LAS. These other sources are discussed in Section 9 of this report.

---

[6] Andrews (2022) Section 4 and Section 5.
[7] Andrews (2022) Section 5.
[8] Andrews (2022) page 22.
[9] Andrews (2022) page 20.
[10] Andrews (2022) Table 6, page 29.
[11] Andrews (2022) Table 6, page 29.



**Figure 1. Conceptual Site Model of the Dalton Area**



**Figure 2. Conceptual Site Model of the LAS**

 **S.S. PAPADOPULOS & ASSOCIATES, INC.**

**Regulatory Uncertainty**

Since my expert report was prepared, the USEPA has proposed MCLs of 4 nanograms per liter (ng/l) for PFOA, 4 ng/L for PFOS, and has proposed a hazard index (HI) of one as the MCL for mixtures of PFBS, PFHxS, PFNA and GenX (USEPA 2023).[12]   Even though these are only proposed MCLs, the proposal has cleared up much of the regulatory uncertainty regarding what are likely to be the promulgated MCLs for these PFAS.  In my remediation plan, the treatment systems for the wastewater and the collected surface water at the LAS are designed to reduce concentrations of both PFOA and PFOS to less than 4 ng/l, consistent with the proposed MCLs. The concentrations of PFBS, PFHxS, and PFNA relative to their proposed MCL in the river systems are much lower than the concentrations of PFOA and PFOS relative to their respective MCLs.  Therefore, the concentrations of these compounds are not discussed in detail in my expert report, as treatment systems that effectively treat PFOA and PFOS to their MCLs, will also reduce concentrations of these compounds to below their MCL (Woodard et al. 2017, Rodowa et al. 2020). GenX has not been reported in samples from the LAS.

**Alternative Remedial Components Suggested by Defendant's Experts**

The following alternative remedial components were mentioned by Defendant experts.

### <u>Measures Directed Toward Mass Flux and Retention in Soil and Groundwater</u>

Mr. Connor opined that *"…measures to control PFAS migration from the LAS, if needed, would need to be directed toward mass flux and retention in soil and groundwater."*[13] Immobilization approaches typically consist of injection/placement of an active chemical ingredient into the subsurface, such as colloidal activated carbon or a reagent, or injection of a physical agent to reduce permeability. In my experience, these types of measures have been used at only relatively small sites and effective use at such a large scale has not been demonstrated to be effective. Extensive testing would be required to determine its feasibility.  These types of methods were rejected because it is unknown if an active ingredient could be placed into the nearly 5,000 acres of the LAS where wastewater with PFAS has been sprayed and is retained in the unsaturated zones with sufficient coverage to significantly reduce PFAS leaching to groundwater. Further, the life of an injected media and the necessary application frequency is not known.

Mass flux reduction potentially could be reduced by capping the LAS. For example, at the former 3M PFAS production facility in Decatur, Alabama a 280-acre cap was constructed to prevent infiltration into contaminated soils and prevent mobilization of PFAS.[14]  In my remedial plan capping has been proposed for the area where sludge was formerly sprayed as the topography is relatively flat and not conducive to effective capture of water that infiltrates in this area. As noted above, I concluded that given the areal extent and topography of the LAS it was not economically and environmentally feasible to cap the entire LAS.

---

[12] In calculating the HI, the concentration of PFBS is divided by 2000 ng/l, concentration of PFHxS is divided by 9 ng/l, concentration of PFNA is divided by 10 ng/L and the concentration of GenX is divided by 10 ng/l.
[13] Conner (2022) page 11.
[14] ADEM (2017). Meeting presentation titled "3M Decatur NPDES Remedial Action Agreement Status Update – 2016. June 13.

### Multiple Localized Treatment Systems

Mr. Connor opines that *"…should it prove appropriate to undertake a water collection and treatment strategy, such as that proposed by Dr. Andrews, a variety of more feasible and far more cost-effective alternative could be considered, such as the use of orifice flow-limiting capture structures and local treatment in place of dams, conveyance piping, and a centralized treatment plan."* [15] Mr. Conner provides no backup to demonstrate that the alternative remedial components he proposes would be as effective as the remedial components I proposed and no backup to illustrate that localized treatment plants would be more cost-effective than a centralized treatment plant. Mr. Craig opined that *"The use of multiple smaller localized treatment systems could result in significantly less site disturbance and water conveyance costs (see Remedial Component 2 Cost Element D below) and may allow for significantly smaller and more cost-effective collection structures*."[16]

My opinion based on my experience is that a centralized treatment plant would be more efficient and effective than localized treatment plants. We did not prepare cost estimates for installing and operating up to 25 local treatment systems in the LAS area, but rather based on experience determined that it was not an appropriate approach. The areas where the 25 localized systems would need to be installed are generally hilly and not conducive to the construction of treatment system structures that would be needed. Extensive earthwork would similarly be required at the individual locations to allow for construction of required structures. We anticipated that the localized plants, which would require a larger overall treatment capacity, would be similarly expensive as a centralized plant and require significantly more labor to operate than the proposed dams with pump stations pumping to a centralized treatment plant. In addition to the maintenance of the collection systems and changeout of the filters and treatment beds, daily inspections, and periodic sampling to support up to 25 National Pollutant Discharge Elimination System (NPDES) permits may be required. Having a single permit and a single plant location to monitor, maintain and change out media, in addition to the lower maintenance for pump stations, in my opinion would require significantly less labor than 25 remote treatment plants. The installation of the conveyance piping to a centralized plant is shown to be feasible by the existing roads and piping of the LAS.

Based on my evaluations, I also determined that orifice-flow limiting structure would not be appropriate, primarily because it is necessary to capture the higher flows in the streams as these flows will not be PFAS free as described in Section 5. The proposed dams are intended to capture peak runoff flows and use the periods between precipitation events to process the collected surface water at rates less than the peak flow. It would be very difficult to capture the full range of flows at each of the 25 locations without a dam-like structure. Without dams or other storage facilities at the collection point to manage peak flows, the collective treatment capacity of treatment facilities placed at the proposed dam sites would need to be significantly larger than the central facility proposed. The proposed ponding of water behind the dams also provides some removal of large debris from the stream runoff, and allows settling of suspended solids, which, without the dams, would need to be replaced with additional mechanical filtering at each local treatment plant. The proposal to use orifice flow-limiting capture structures suggests that peak flows would

---

[15] Conner (2022) page 49.
[16] Crag (2022) page 27.

bypass the collection and treatment facilities; however, I am not aware of any high-flow runoff PFAS concentration data to support bypassing collection and treatment at high flows.

### Use of Ion Exchange or Foam Fractionation for Water Treatment

Mr. Conner[17] and Mr. Kirk[18] opined that better treatment options may be available for treatment of PFAS than granular activated carbon such as ion exchange and foam fractionation. I agree that there is significant ongoing research that may in the future result in better and more cost-effective methods for treatment of PFAS contaminated water streams. I based my decision to use granular activated carbon as this method has proven effectiveness for treating wastewater and is readily implementable.[19] In addition, at this time, it appears that other treatment technologies would have similar costs or be more expensive. I note that 3M uses a granular activated carbon system to treat groundwater with PFAS in Decatur, Alabama.[20] I also note that Dalton Utilities has recently received an USEPA grant to evaluate five different treatment options which illustrates that currently there in not an acknowledged superior type of treatment system to granular activated carbon.[21] I note that the results of this study will not be available for more than two years.

### Continued Spraying of Wastewater on the LAS

Mr. Connor opined that: "*Costly GAC tertiary treatment for the Loopers Bend, Riverbend and Abutment Road WTTPs, as proposed in Dr. Andrews' remediation plan is not necessary, as his plan also calls for collection and treatment of effluent water from the LAS".[22]* He has opined that:

"*...any treatment system sized for the current PFAS loads will likely become extraneous in coming years due to the reduction in influent PFAS"[23]*

Mr. Conner is incorrect in opining that there would be significant cost savings with the continued operation of the LAS. I considered continued operation of the LAS in developing my remedial plan and I rejected this alternative. I developed a remediation plan that included treatment of the wastewater, without application on the LAS; 1) to minimize the volume of water with extremely high concentrations of PFAS that require treatment in Remedial Component 2, and 2) to minimize the potential for sprayed water to be released without capture and treatment. The average amount of water applied on the LAS during the years 2016 through 2021 was 13.4 million gallons per day (MGD). If operation of the LAS was continued, the volume of water requiring treatment in Remedial Component 2 of my remedial plan would be increased by 13.4 MGD, which would significantly increase the cost of Remedial Component 2. Due to the complexities of the LAS, the proposed surface water collection will be less than one hundred percent effective in capturing all discharges to the Conasauga River, and therefore if the volume of water flowing in the streams on the LAS was larger due to continued operation of the spray field, there is the

---

[17] Conner (2022) page 49.
[18] Craig (2022) pages 3 to 6.
[19] USEPA (2000), Wastewater Technology Fact Sheet; ITRC (2022b).
[20] 3M 2020. 3M Decatur NPDES Permit Renewal Application, Amended Submission. August 20.
[21] Dalton Utilities (2023). Wastewater Treatment System PFAS Pilot Proposal.
[22] Connor (2022) page 48.
[23] Conner (2022) page 48.

11

potential for greater amounts of contaminated water to discharge to the Conasauga River. Thus, four primary reasons for rejecting this alternative were: 1) there would be no reduction in the amount of water requiring treatment as water applied at the LAS would eventually discharge to the streams where collection is proposed, 2) continued operation would result in treatment of higher volumes of water with very high PFAS concentrations, 3) potential cost savings would be offset by need for larger collection ponds and larger sized pumps and conveyance systems, and 4) there would be a higher likelihood of additional discharges from the LAS to the Conasauga River that would not be captured by the collection systems.

As to the issue of reduction in PFAS concentrations in the wastewater with time, Mr. Connor is overly optimistic that the concentrations will decline rapidly such that treatment will not be required in the future. The probable long-term persistence of the elevated concentrations of PFAS are well illustrated by the trend in PFOS concentrations in wastewater over the 12-year period from 2009 through 2021. As illustrated on Table 2 in my original expert report, PFOS concentrations in the wastewater sprayed at the LAS averaged 309 ng/l in May 2009 and averaged 336 ng/L in May 2021. These data clearly show that PFOS concentrations did not decline from 2009 to 2021, and there is no basis for Mr. Connor's opinion that concentrations will decline in the near term.

### Focused Slurry Walls

Mr. Craig opined that I should have considered focused slurry walls.[24] I did consider slurry walls but rejected them as a viable alternative as they would not achieve my objective of effective capture of surface water with elevated PFAS concentrations. Slurry walls are conventionally used to control and contain contaminated groundwater but have limited applicability for surface water issues.

### Infiltration and Collection Trenches

Mr. Craig opined that I should have considered infiltration and collection trenches.[25] I did consider infiltration and collection trenches but in my opinion, they would not be effective for capturing the variable flow in the stream channels draining the LAS.

### Passive Gravity-Fed Treatment Systems

Mr. Craig opined that I should have considered passive gravity-fed treatment systems.[26] Passive gravity-fed systems, such as reactive barrier walls, can be effective systems for remediating contaminated groundwater, but have limited applicability for contaminated surface water systems with variable flows. A potential gravity-fed treatment system for surface water could consist of an adsorption media in the core of the proposed dams, but this would require some water storage upstream of the dam to create sufficient head for the system. There are significant questions regarding the effectiveness and reliability of such a system, based on my experience, and therefore this was not considered a viable alternative. In addition, passive reactive barrier

---

[24] Craig (2022) page 27.
[25] Craig (2022) page 27.
[26] Craig (2022) page 27.

walls that intercept groundwater flowing to all the streams on the LAS would be a potential alternative, but the miles of barrier walls that would be required is staggering.

**Proposed Remediation System will not Work**

Mr. Connor opined that: *"To capture base flow, the 25 dam structures proposed by Mr. Andrews will not work, because the hydraulic head of the surface water captured behind the dam (creating a small lake) will prevent the discharge of base flow to the stream."*

This opinion is incorrect as it is based on an incorrect understanding of the proposed collection ponds. The ponds are designed to be dry most of the time, and therefore under most conditions the ponds will have no effect on groundwater discharge (base flow) to the streams. My expert report states: *"Design for pumping rates at each location were based on retention of runoff from a two-year storm event that is then pumped back to the pond at the power plant within 5 days."*[27] At each of the pond sites, there will be a sump at the base of the dam to collect the flow in the stream. Under normal conditions when flows are less than pump capacity, the water flowing in the streams will be collected in the sump and pumped to the treatment system, and as a result there will be no water storage in the collection pond. Water will only be stored in the collection ponds when stream flows exceed the pump capacity, which will only occur following large precipitation events. For storm events that are less than the 2-year storm, the pond will be emptied within 5 days. When water is stored in the pond, there will be some infiltration from the pond to the subsurface. Once the pond level recedes, the water that infiltrated will subsequently discharge back into the stream.

Note in the context of my report "runoff" does not refer solely to overland runoff. Rather "runoff" is used in a generic sense to describe the change in flow in a stream that occurs following a precipitation event or initiation of spray irrigation. As noted, in Section 5, at the LAS the increase in stream flow that occurs following precipitation or spray irrigation is primarily the result of increased groundwater and interflow discharge to streams and not the result of overland runoff.

---

[27] Andrews (2022a) page 35.



**S.S. Papadopulos & Associates, Inc.**

# Section 4
# Water Balance for the LAS

Dr. Nutter in his expert report noted that the water balance described in my expert report used incorrect values for the average amount of wastewater applied at the LAS and the average annual precipitation at the LAS during the period 2016 through 2021.[28] At the time I prepared my expert report I did not have detailed data on wastewater applied and precipitation at the LAS and I have since been provided with those data.[29] In my expert report I used a wastewater application rate of 20 MGD whereas the actual value based on monthly operating reports was 13.4 MGD and I used a value for average annual precipitation of 59 inches per year whereas data from precipitation gages at the LAS indicate that the actual value was 67.7 inches. I updated the water budget based on these new values. The water budget was used in my expert report as a component in the calculation of the PFAS mass balance for the Dalton Region (Section 9). A revised version of this section is contained in Attachment B.

---

[28] Nutter (2022) Opinion 10, page iv and page 14.
[29] These data are contained in two files provided by Dr. Nutter: Rainfall Report 2016-2022 from LAS.xlsx and Pumpstation Flows 2015-2021.xlsx.

$\Sigma^2\Pi$    S.S. PAPADOPULOS & ASSOCIATES, INC.

# Section 5
# PFOA+PFOS Discharges from the LAS

My expert report in Table 6 and Figures 10, 11 and 12 summarized the annual amount of PFOA and PFOS discharging from the LAS during the period 2016 to 2021. Mr. Washburn opined that *"...he has substantially overestimated PFOA and PFOS discharges from the LAS"*,[30] and *"The effect of Dr. Andrews' application of an average daily discharge in his mass balance calculations overstates the volume of water laden with the concentrations assumed in his calculations."*[31] Mr. Washburn's opinions are incorrect and appear to be based on a misunderstanding of how the discharges of PFOA and PFOS described in my expert report were derived.

The approach in my expert report for calculating the amount of PFOA and PFOS discharging from the LAS was straight forward and consisted of three steps:

1. Calculate the average annual concentration of PFOA and PFOS in surface water discharging from the LAS. For this step I assumed that the average annual concentrations were based on data from samples collected in May 2021.[32]

2. Calculate the average annual amount of surface water discharging from the LAS. This calculation was based on a water balance for the LAS for the period 2016 to 2021. As described in the previous section, I updated the water balance based on data obtained at Dr. Nutter's deposition. Based on the newly available data, I have revised Table 6 and Figures 10, 11 and 12 from my expert report. The changes in the table and figures are minor. The revised table and figures are attached in Attachment B, as well as revised text describing the table and figures.

3. The final step was to multiply the concentrations determined in Step 1 by the flow determined in Step 2.

The uncertainty in the calculation of the annual amount of PFOA and PFOS discharging from the LAS is related primarily to the concentrations calculated in Step 1, as the water balance is well defined. Mr. Conner, for example, states that I overestimated the average concentration because, in his opinion, streams discharging from the LAS during high flow periods would not contain significant PFAS.[33] This opinion is based on an incorrect understanding of stream flow generation in forested watersheds such as the LAS.

---

[30] Washburn (2022) page E-8.

[31] Washburn (2022) page 52.

[32] The concentration used in the calculation of the PFAS discharge from the LAS was based upon the sampling conducted in May 2021. In the revised version of Section 9 (Attachment B), the concentrations of PFOA and PFOS in the streams flowing into the Conasauga River and its tributaries upstream of the gage at Tilton on the Conasauga River are the watershed area weighted average of the concentrations in stream water sampled in May 2021. In the streams flowing off the southern portion of the LAS, the watershed area weighted concentrations of PFOA and PFOS were used based on three sampling locations on tributaries of Polecat Creek in May 2021. These watershed area weighted concentrations are listed on Table 1.

[33] Conner (2022) page 45.

In forested watersheds, infiltration is seldom a limiting factor and as a result stream flow increases following precipitation events are the result of the discharge of water that has resided in the subsurface for some period of time (Bonell 1993, Dunne and Leopold 1978, Nutter 2022, Nutter 2023[34]).   Overland runoff, which is often termed Horton overland flow or saturation overland flow, is less significant.  On my site visit to the LAS in June 2022, I noted that erosional features consistent with surface water runoff were rare, though I only visited limited portions of the LAS.  As noted by Dr. Nutter in his deposition, stream flows increase relatively soon following the start of spray irrigation, even though no overland runoff occurs.[35]  The design infiltration rate for the LAS is based on the infiltration rate of the most restrictive clay horizon, which is estimated to be 0.5 inches per hour, adjusted for a factor that maintains optimal conditions for waste assimilation (Nutter, Overcash and Associates 1997).  With significant canopy interception, this infiltration rate is sufficient to minimize surface runoff under most storm conditions.

Water that infiltrates into the subsurface will leach PFAS that is retained in the subsurface as the result of processes including desorption of PFAS from the soil-water interface, desorption from mineral phases, and back-diffusion from low permeability zones.  Subsequently the water will discharge to the stream channels at the LAS.  As streamflow at all times of the year will be predominately comprised of water that has migrated through the subsurface, whether from land application or precipitation, it is expected that the PFAS concentrations in water discharging to the streams will be relatively constant year around.  Thus, the average annual concentration of PFOA and PFOS, calculated as described in Step 1, is reasonable and appropriate as the calculation is based on relatively small variability in concentrations in the streams draining the LAS.

Geomega sampled seven streams flowing from the LAS into the Conasauga River in June 2022, thirteen months after the May 2021 sampling.  These streams enter the Conasauga River upstream of the Tilton gage. The concentrations measured in each of these streams and the average concentration in these seven streams are listed on Table 1.  One location sampled by Geomega in June 2022 (GSW-3) had been previously sampled by GEL in May 2021 (SW-6).  PFOA and PFOS concentrations were 40 percent and 50 percent, respectively, higher in 2022 than in 2021.

From the Geomega sampling, the watershed area weighted average concentration[36] of PFOA in 2022 was 2,448 ng/L, approximately 25 percent greater than the watershed area weighted average concentration in streams discharging from the LAS upstream of the Tilton gage in the May 2021 sampling, and the average PFOS concentration in 2022 was 7,500 ng/L, about 32 percent greater than the average concentration in 2021. If the concentrations measured in the June 2022 sampling had been used in my calculations, higher PFAS loadings from the LAS to the Conasauga River would have been calculated.

---

[34] Nutter (2023) in his deposition on page 80 stated: "And rarely do you have overland flow in a forested system unless you have extreme rainfall conditions…I have rarely ever seen overland flow in a forest that has well maintained forest floor."

[35] Nutter (2023) page 102.

[36] The area weighted concentration was calculated as the sum of the concentration multiplied by watershed area for each location divided by the sum of the watershed areas.

Σ²Π   S.S. PAPADOPULOS & ASSOCIATES, INC.

**Table 1. Summary of PFAS Concentrations in Streams Draining the LAS that were Sampled in 2022 and Average Concentrations in Streams Draining the LAS in May 2021**

| Location | LAS Area | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|---|
| | | PFOS | PFOA | PFBS | PFBA | PFHxA | PFPA |
| **Geomega Data 2022** | | | | | | | |
| GSW-3 June 27, 2022 | B | 4,900 | 1,600 | 5,600 | 1,000 | 1,400 | 830 |
| GSW-5 June 27, 2022 | AC | 13,000 | 4,200 | 1,300 | 630 | 1,300 | 1,300 |
| GSW-7 June 27, 2022 | B | 6,100 | 1,700 | 7,900 | 1,700 | 3,500 | 1,100 |
| GSW-8 June 27, 2022 | B | 7,300 | 1,700 | 6,200 | 1,000 | 2,000 | 860 |
| GSW-9 June 27, 2022 | B | 7,600 | 3,100 | 6,400 | 1,100 | 1,800 | 1,200 |
| GSW-10 June 27, 2022 | B | 9,000 | 2,800 | 7,500 | 1,200 | 2,200 | 1,300 |
| GSW-11 June 27, 2022 | B/C | 5,400 | 1,900 | 7,900 | 1,200 | 1,700 | 1,000 |
| Weighted Average 2022 Data | | 7,500 | 2,448 | 7,138 | 1,174 | 1,997 | 1,147 |
| **GEL Data 2021** | | | | | | | |
| Weighted Avg 2021 Data | | 5,011 | 1,757 | 6,344 | 1,005 | 1,577 | 2,594 |
| Weighted Avg Polecat Creek Tributaries | C | 3,873 | 1,427 | 8,273 | 1,096 | 1,613 | 2,759 |
| Weighted Avg (all except Polecat) | AC/B/C | 5,692 | 1,955 | 5,188 | 951 | 1,556 | 2,496 |
| SW-6 May 2021 (location of Geomega GSW-3) | B | 3,270 | 1,135 | 4,635 | 726 | 1,205 | 2,759 |

Mr. Conner opines that *"...the source of PFAS to the streams is the groundwater discharging as baseflow, not the stormwater runoff, which likely contains relatively little PFAS."*[37] As described above, almost all the flow of the streams at the LAS is derived from groundwater discharge and interflow as overland runoff from the LAS is generally not significant relative to these sources.

---

[37] Conner (2022) page 49.

 **S.S. Papadopulos & Associates, Inc.**

# Section 6
# PFAS in Industrial Discharges

Section 4 of my expert report discusses PFAS concentrations measured in industrial discharges to the Dalton Utilities wastewater system between 2009 and 2016. My discussion of the concentration of PFAS in the industrial wastewater is a factual discussion of PFAS concentrations reported from the wastewater sampling. The discussion is not intended to be a basis for allocation of PFAS as has been implied by two of the Defendant's experts.

Mr. Conner stated in his expert report that: "*Dr. Andrews asserts that over 80% of the PFAS contributions to wastewater were from carpet and rug manufacturers…*"[38] He then uses this 80% value in his allocation algorithm. This statement was in my original expert report in Section 4, but not in the revised version of Section 4 dated October 2022. The sentence was not in the revised version of Section 4 as I became aware that in my original report I had under stated the contribution from carpet and rug manufacturers. This issue is discussed below.

Dr. Reitman in her expert report stated "*Mr. Andrews' assessment of sources of certain PFAS to the Dalton Utilities wastewater treatment is entirely focused on the carpet industry, and therefore excludes a portion of the dischargers to the system. In his analysis he states that 13 carpet industry related companies "comprised 78% to 84% of the total industrial discharge to the LAS in 2003 and 2011, respectively.*"[39]

The City of Dalton in 2009 requested the assistance of the University of Georgia to conduct an impartial third-party sampling of all industrial users for PFAS in the industrial wastewater discharges. Composite samples, at 15 minutes intervals, were collected over a five-day period from 40 industrial dischargers to the Dalton Utilities wastewater system between November 2009 and January 2010. In addition, composite samples over a five-day period were collected from the influent and effluent of the Riverbend and Loopers Bend wastewater treatment plants between February 1 and 5, 2010. These data provide a near synoptic picture of PFAS sources to the Dalton Utilities wastewater systems in late 2009 and early 2010. Selected industrial discharges were also sampled between 2011 and 2016.

I recalculated the amount of PFOA+PFOS and total PFAS in the industrial dischargers at the time of sampling from the PFAS results from the 2009-2010 sampling and the estimated average daily flows from each of the industrial dischargers, as reported in the 2011 permit for the LAS,[40]. In my recalculation, I did not include the discharge from the Oglethorpe Power Plant, which has an industrial discharge permit, as it recycles water from the reservoir on the LAS. In my original expert report, I had included the power plant in my calculations. In addition, I calculated the amount of PFAS in the influent and effluent of the wastewater treatment plants in February 2010 based on the PFAS sampling results and the average flows during the sampling

---

[38] Connor (2022) page 37.
[39] Reitman (2022) page 49.
[40] Dalton Utilities Land Application System (LAS) Permit No. GA02-056 Renewal Application, September 27, 2011.

 **S.S. Papadopulos & Associates, Inc.**

period.[41]  The results of these calculations are shown on Table 2, with the mass of PFOA+PFOS expressed in units of kilograms per year.

**Table 2. PFAS Mass in Industrial Discharges and
Wastewater Treatment Plant Effluent – 2009-2010**

|  | PFOA+PFOS (kg/yr) | Total PFAS (kg/yr) | Flow (MGD) |
|---|---|---|---|
| Loopers Influent | 9.9 | 121.8 | 15.8 |
| Loopers Effluent (Outfalls 1 and 2) | 12.6 | 80.5 | 15.8 |
| Riverbend Influent | 6.7 | 41.3 | 14.6 |
| Riverbend Effluent | 6.7 | 47.5 | 14.6 |
| **Sum of Effluent** | 19.3 | 128.0 | 30.4 |
|  |  |  |  |
| All Industrial Users (excluding Oglethorpe Power) | 16.1 | 75.8 | 14.7 |
| Carpet/Textile/Fiber | 15.3 | 74.5 | 13.8 |
| **Carpet/Textile/Fiber, Proportion of Total** | **95%** | **98%** | **94%** |
| Chemical Suppliers | 0.8 | 1.2 | 0.7 |
| **Chemical Suppliers, Proportion of Total** | **5%** | **2%** | **5%** |

In late 2009 and early 2010, facilities associated with carpet/textile/fiber (SIC codes 2269, 2273 and 2824) accounted for approximately 95 percent of the PFOA+PFOS in industrial discharges, and facilities associated with chemical suppliers accounted for about 5 percent of the PFOA+PFOS in industrial discharges.  Thus, facilities associated with carpet/textile/fiber and chemical suppliers accounted for almost all the PFAS in industrial discharges. On an annual basis, the total amount of PFOA+PFOS in industrial discharges in late 2009 and early 2010, expressed on an annual basis, was about 16 kilograms (kg).

The amount of PFOA and PFOS in the combined effluent from the wastewater treatment plants between February 1 and 5, 2010 was approximately 19 kg.  During the period when sampling occurred, wastewater flows were much higher than average flows. During the period when the industrial dischargers were sampled, November 2009 to January 2010, the combined effluent from the wastewater treatment plants averaged 23.3 MGD compared to 30.4 MGD between February 1 and 5, 2010. Therefore, the calculated amount of PFAS in the industrial discharges cannot be directly compared to the calculated amount in the treatment plant effluent during the sampling period because of differences in flows.

The PFAS concentrations in industrial wastewater samples collected in 2009 provide limited information on the past sources of PFAS to the LAS and the past or present discharges of PFAS from the LAS. The PFAS in the industrial wastewater during this period accounts for a minor amount of the PFAS in the LAS. The average amount of PFOA+PFOS in wastewater

---

[41] "MONTHLY OPERATING REPORTS WITH GW ELEV\2010.2 DU Monthly Operating Report LAS Dalton_Johnson_00186827 (04880142).XLS"

 **S.S. PAPADOPULOS & ASSOCIATES, INC.**

applied between 2015 to 2021 was calculated to be 11 kg per year.[42]  I also calculated that about 380 kilograms per year (kg/year) of PFOA+PFOS discharged from the LAS in the period 2016 to 2021, about 35 times more than the amount contributed to the LAS by the applied wastewater. Thus, most of the PFOA+PFOS that discharged from the LAS was leaching from PFAS applied at the LAS in the past.

Therefore, it is clear the PFOA+PFOS in industrial wastewater since 2009 provides only limited information on the source of the PFAS in the LAS.  There is limited information because carpet treatment products based on C8 chemistry had been largely phased out prior to 2009 and as a result almost all the PFOA+PFOS currently in the LAS was in wastewater and sludge applied to the LAS prior to 2009.  In addition, the wastewater samples analyzed for PFAS were not analyzed for the specific fluoropolymers in the carpet treatment products and many of their degradation products, and thus the total amount of compounds in the wastewater that could degrade to PFOA and PFOS is not known.[43]

Dr. Reitman opined that:

*"Entities other than 3M should be part of any source analysis for PFOS and PFOA for at least the reason that PFOS and PFOA were detected in the industrial effluent of permitted industrial dischargers to the LAS between 2009 and 2016, which is well after 3M ceased selling the compounds."[44]*

Since most of the PFOA and PFOS and precursors for these terminal degradation products currently in the LAS were in wastewater applied prior to 2009, the potential contributions from sources other than 3M after 2009 is not significant for understanding the long-term releases of these compounds from the LAS.

**Correction to my Expert Report Discussion of PFAS in Industrial Wastewater**

It has been brought to my attention by counsel for Mohawk Industries that the following sentence in my expert report, as revised in October 2022, is incorrect.

*"The highest POFA+PFOS concentrations in carpet company wastewaters during this period were from a Mohawk facility (4,680 ng/L in 2013 from the AMC division facility"[45]*

Recent information that I was provided indicates that the AMC listed in the Dalton Utilities' spreadsheet for this result was not a division of Mohawk Industries, but rather was a separate corporate entity called AMC International.[46]  Thus, this sentence should state that highest concentrations were in wastewater from an AMC International facility.

---

[42] Refer to Attachment B.
[43] Samples collected of wastewater at the LAS in May 2021 were analyzed for N-EtFOSAA, N-MeFOSAA, and N-MeFOSE, which potentially degrade of PFOS. The total concentration of these three compounds was about 60 percent of the PFOS concentration based on analyses by GEL (Stahl, 2022).
[44] Reitman (2022) page 5.
[45] Andrews (2022c) page 8.
[46] Rush (2022) page 1843.

 **S.S. Papadopulos & Associates, Inc.**

# Section 7
# PFAS Mass in the LAS and Long-Term Leaching

The amount (mass) of PFAS in the LAS is very large. In my expert report I calculated that the mass of PFOA and PFOS equivalents in the LAS were on the order of 20,000 kg and 40,000 kg, respectively. These mass calculations likely underestimate the mass of PFOA and PFOS equivalents in the LAS as these calculations did not include that mass of PFOA and PFOS that is retained at the air-water interfaces in the unsaturated zone, sorbed on solid phases in the subsurface, and retained in low permeability zones as well as PFAS retained in the saturated zone. Rather, my calculations only included precursors to PFOA and PFOS, that are slowly degrading to PFOA and PFOS. I roughly calculate that the mass of PFOA and PFOS retained in the subsurface by the various processes is on the order of 15 percent of the total equivalent masses based on PFOA and PFOS concentrations measured in soil samples collected from the LAS as described later in this section.[47] The calculation procedure is described below.

Mr. Connor acknowledged that the mass of PFAS in the LAS is very large as he opined:

*"Studies have shown that a significant portion of the PFAS mass is retained within the air-filled pore space and solid-phase minerals, meaning that the mass dissolved in the water phase – and capable of moving down in the underlying groundwater – represents a relatively small percentage of the total PFAS mass."[48]*

I calculated that the total mass of PFOA and PFOS currently discharging from the LAS is approximately 380 kg/year. If this represents a relatively small percentage of the total PFAS mass, let's assume one percent, then the total mass of PFOA and PFOS in the LAS is on the order of 38,000 kg. This is merely the mass of PFOA and PFOS, in addition there is also the mass of the precursor PFAS that degrade to PFOA and PFOS, which as I note above is also very large.

Dr. Davis opined that the PFOA and PFOS in surface water flowing from the LAS is most likely from a present-day source rather than 3M.[49] Defendant's experts Mr. Conner[50] and Mr. Gutiérrez[51] opined that this opinion is fundamentally flawed in their rebuttal reports. I agree that the opinion is incorrect as discussed in Section 6.

Data from the LAS clearly and unequivocally show that the LAS is a large reservoir of PFAS and that PFAS leaches from the LAS long after spraying of wastewater ceased. These two topics are discussed below.

## LAS as a PFAS Reservoir

A simple way to evaluate the LAS as a reservoir is to compare the mass of PFOA+PFOS discharging in surface water from the LAS each year to the mass loading in the sprayed wastewater as discussed in the previous section. As the mass discharging is about 35 times greater than the

---

[47] Dalton_Johnson_00102891.xls
[48] Connor (2022), p. 10.
[49] Davis (2022) Opinion 9, page O-2.
[50] Connor (2023) page 2.
[51] Gutierrez (2023) page 3.

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

amount in the wastewater sprayed at the LAS, this clearly demonstrates that there is a large reservoir of PFAS in the LAS.

Another way to evaluate the LAS as a reservoir is to compare the mass of PFAS in unsaturated soils in the LAS to the annual wastewater loading. The amount (mass) of PFOA+PFOS in the unsaturated zone at the LAS was calculated based on the results of soil sampling conducted in 2009. The average concentration of PFOA+PFOS in the soil samples was 162,000 nanograms per kilograms (ng/kg). A total mass in the unsaturated zone based on this concentration and an average unsaturated zone thickness of 10 feet is approximately 15,000 kg. In addition to the mass of PFOA+PFOS in the unsaturated zone, there is also mass in the saturated zone, and mass of PFAS that will degrade to PFOA+PFAS. The calculated mass in the unsaturated zone compares with a calculated PFOA+PFOS mass loading to the LAS of about 11 kg/year in in the period 2015 to 2021. With this mass loading rate, the annual loading to the LAS is less than 0.1 percent of the amount calculated to be in the unsaturated zone. This clearly demonstrates the LAS is a massive reservoir of PFAS.

**Long-Term Persistence of PFAS Leaching**

Area AC of the LAS, the portion of the LAS located to the west of the Conasauga River, has not been used for spray irrigation since March 2, 2012.[52] Comparing the PFAS concentrations in surface water discharging from this portion of the LAS with that in streams draining from active portions of the LAS provides a means of evaluating how PFAS concentrations in water discharging from the LAS change in a decade after cessation of spray irrigation. Surface water samples were collected from one stream draining Area AC in May 2021 (SW-1) and a sample from another stream was collected in June 2022 (GSW-5). The sampling locations are shown on Figure 3.



**Figure 3. Sampling Location in Area AC of the LAS**

---

[52] Dalton Utilities Monthly Operating Report for 2012 through 2021 and Nutter (2022).

The results of the sampling for PFAS are shown on Table 3 along with results for surface water samples collected from streams draining Areas C of the LAS, which is still active.[53] The PFOA concentrations in the streams draining the active spray fields in Area C are less than those draining the inactive spray fields in Area AC. The PFOS concentrations in streams draining active Area AC are about the same as those in SW-1, which drains Area AC but lower than those in GSW-5. These data indicate that after almost a decade of no spraying of wastewater in Area AC PFAS concentrations have not declined. These data also are inconsistent with the opinion that mass loading of PFOA+PFOS to the Conasauga River is declining with time. Mr. Conner opined that *"Dr. Andrews fails to recognize the reduction of PFAS concentrations in the river system over time due to the phase-out of PFAS use by DU's Industrial Users and the natural retention of the PFAS mass in LAS soils and groundwater."*[54] Based on the observed concentrations in streams originating on Area AC, the calculated mass of PFOA+PFOS in the LAS, estimated degradation half-lives of precursors to PFOA and PFOS, and the migration process, I have calculated that PFOA+PFOS concentrations in the streams discharging from the LAS will decline by only approximately 50 percent over the next 100 years if the LAS continues to be operated as in the past.[55]

**Table 3. PFAS Concentrations in Surface Waters Draining LAS Areas AC and C**

| Location | LAS Area | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|---|
| | | **PFOS** | **PFOA** | **PFBS** | **PFBA** | **PFHxA** | **PFPA** |
| SW-1 May 30, 2021 | AC | 5,655 | 3,910 | 2,490 | 786 | 1,690 | 2,095 |
| GSW-5 June 27, 2022 | AC | 13,000 | 4,200 | 1,300 | 630 | 1,300 | 1,300 |
| Polecat Creek Tributaries (May 2021) | C | 4,205 | 1,578 | 9,050 | 1,209 | 1,780 | 3,077 |
| Pettiet Branch (May 2021) | C | 6,245 | 1,980 | 5,320 | 1,000 | 1,580 | 2,640 |

---

[53] Polecat Creek drains the southern portion of Area AC of the LAS. Three tributaries of Polecat Creek were sampled in May 2021 at locations SW-15, SW-16 and SW-17. The Pettiet Branch drains the northern portion of Area AC and was sampled at location SW-10 in May 2021.

[54] Conner (2022) page 3.

[55] As described in Section 4 of my expert report, a half-life of 100 years was used for calculations of degradation of precursors to PFOA and PFOS at the LAS. It follows from a half life of 100 years, that after 100 years the mass of PFOA+POS produced in the LAS will have declined by 50 percent. With equal amounts of stream flow, a reduction in mass by 50 percent results in a reduction in concentrations in the streams of 50 percent.

Σ²Π    S.S. Papadopulos & Associates, Inc.

# Section 8
# The LAS as a Point Source Discharge

Dr. Thompson and Dr. Nutter opined that discharges from the LAS are **not** the functional equivalent of a point source discharge to the waters of the United States. Dr. Thompson opined that there is insufficient evidence to demonstrate that there is a functional equivalency[56] and Dr. Nutter opined that based on the seven factors in the Maui case that there is not a functional equivalency.[57] Contrary to these opinions, discharges from the LAS are clearly the functional equivalent of a direct discharge.

Groundwater that discharges to channels and streams within the LAS and flows into the Conasauga River and its tributaries on an annual average basis contains on the order of 380 kg of PFOA+PFAS. As noted previously, this is a massive quantity of these compounds, and these discharges originate from within the LAS. Facts that are well established demonstrate functional equivalency to a point source. These facts include:

- Between 2016 and 2021, an average of 13.4 MGD per day of wastewater was applied at the LAS. This wastewater contained PFAS, including PFOA and PFOS.

- Wastewater was applied by spraying at locations that were within no more than 100 feet of locations where groundwater discharge to surface water occurs. The distance traveled from the closest spray heads to the streams is around 100 feet.

- There is a clear groundwater pathway from application areas to channels and streams on the LAS where groundwater discharge occurs. Applied water migrates downward to the water table and migrates in a shallow aquifer toward and into surface water streams. The shallow aquifer is bounded below by relatively impermeable shale.

- The time is relatively short for that migration. Stream flow increases, indicating increased groundwater discharge, have been observed within one day of the start of irrigation.[58]

- Discharges from the LAS to the Conasauga River and its tributaries during the period 2015 to 2021 exceeded 13.4 MGD. The discharges were greater than the applied wastewater as it included the net of precipitation minus evapotranspiration.

- Discharges from the LAS contain PFAS, including PFOA and PFOS. While some degradation of precursor compounds occurs, that degradation yields the pollutants of concern, PFOA and PFOS, which do not degrade further in the groundwater or soil.

- Wastewater at the LAS is applied to fields that are located as close as 100 feet to intermittent and perennial streams.

---

[56] Thompson (2022) page 3.

[57] Nutter (2022) page iv and page 19.

[58] Nutter (2023) page 102. He states "I could say that we have observed flow in the same day that irrigation occurred and several days after irrigation occurred. But that's highly variable with season and as I said, the antecedent water content of the soil." On page 168 he was asked "And there are streams on the LAS that flow in response to the application of wastewater?" and he answered "And rainfall as well, yes."

$\Sigma^2\Pi$  S.S. PAPADOPULOS & ASSOCIATES, INC.

- There is no significant dilution in the groundwater. As a matter of fact, the data show that the amount of PFAS, including PFOA and PFOS, in the discharge from the LAS is greater than that in the applied wastewater due to degradation of precursors to PFOA and PFOS.

In summary, the distance from application areas to discharge locations is short, the time between application and increases in stream flow is short, PFAS are in the applied wastewater and PFAS are in the groundwater that discharges to the channels and streams, and no significant dilution occurs.

# Section 9
# PFAS Mass Balance upstream of Rome

Several Defendant experts including Mr. Hagen[59], Dr. Davis, [60] Mr. Connor, Dr. Reitman, and Mr. Washburn discuss multiple sources of PFAS in the Dalton Region other than PFAS-based products used for carpet treatment.  In general, though, they neglect to discuss the use of PFAS-based products for carpet treatment outside of Dalton. These products were used in several areas within the watersheds of the Oostanaula, Coosawattee and Conasauga rivers upstream of the City of Rome and in the Etowah River watershed. Examples include Shaw and Mohawk carpet manufacturing facilities in Calhoun, Georgia in the watershed of Oothkalooga Creek, a tributary of the Oostanaula River; Shaw carpet facilities in Chatsworth, Georgia in the watershed of Holly Creek, a tributary of the Conasauga River;[61] and a carpet manufacturing facility in Ellijay, Georgia in the Coosawattee River watershed.[62] In addition, there are Shaw manufacturing facilities in Cartersville and Acworth, Georgia in the Etowah River watershed.[63]

In my expert report, I describe a PFAS mass balance for the Oostanaula, Coosawattee and Conasauga rivers that quantifies the mass loading of PFOA and PFOS from the major tributaries. I do not discuss possible sources of the PFAS as this was beyond the scope of my work, but by quantifying the mass loading I implicitly acknowledged that there are other sources than the LAS in addition to users and producers of PFAS-based carpet treatment products in Dalton. Other potential sources of PFAS in the watershed upstream of the Rome intake on the Oostanaula River are depicted on the schematic conceptual model of the Dalton region (Figure 1).  Potential other sources include wastewater treatment plants and biosolids/compost. The locations of wastewater treatment plants are shown on a figure in Mr. Washburn's expert report[64], and sites where compost that originated from Dalton Utilities wastewater treatment facilities are shown on a figure in Dr. Davis's expert report[65] and biosolids application sites used by the City of Calhoun are shown on a figure in Mr. Washburn's expert report[66] and are listed in a 2022 NPDES permit application for the City of Calhoun wastewater treatment facility.[67]  Some of the biosolids application sites of the City of Calhoun are located within the Coosawattee River watershed and in close proximity to the river.  Shaw Industries Plant WF is the largest permitted industrial discharger to this facility (160,000 gallons per day [gpd]).[68]

Based on the mass balance that I developed on an average annual basis, for the period 2016 through 2021, discharges from the LAS accounted for about 84 percent of the PFOA+PFOS in the

[59] Hagen (2022) Opinion 9, page 3.
[60] Davis (2022) Opinions 12 and 14, page O-2.
[61] Massengale (2021) Deposition exhibit No. 7.
[62] https://www.floordaily.net/flooring-news/blue-ridge-carpet-mills-closes-after-43-years.
[63] Massengale (2021) Deposition exhibit No. 7.
[64] Washburn (2022), Plate 5-5.
[65] Davis (2022) Figure 8-1.
[66] Washburn (2022), Plate 5-7.
[67] City of Calhoun, Georgia, Georgia NPDES Application, Form 2a. April 19, 2022.
[68] City of Calhoun, Georgia, Georgia NPDES Application, Form 2a. April 19, 2022.

Oostanaula River at Rome. Mr. Washburn, using available data from eleven dates when PFAS data were available for the Conasauga River at Tilton and the Oostanaula River near Rome calculated that only about 58 percent of total combined mass of PFOA and PFOS was from the Conasauga River.[69]  The difference in percentages is the result of two factors: 1) Dr Washburn neglected to consider the PFAS contribution of Polecat Creek and Howells Creek, streams that drain the southern portion of the LAS, to the Conasauga River as these streams enter the Conasauga River downstream of the sampling location at Tilton, and 2) my calculation is based on the annual mass of PFAS in the river whereas Dr Washburn's calculation is based on point sampling events during low flow periods.  As noted above, during lower river flow regimes, dam releases on the Coosawattee River dilute the PFAS concentrations in the Oostanaula River much more than during high flow periods.

---

[69] Washburn (2022) page 52.

# Section 10
# PFOA+PFOS Concentration in Oostanaula River

The highest concentration of PFOA+PFOS measured in the Oostanaula River was in the sampling event with the highest river flow. The combined concentration was 201 ng/L on January 27, 2021 when the flow of the river was 7,200 cubic feet per second (cfs).[70]  In addition, in the Coosa River, approximately 17 miles downstream from the junction of the Oostanaula River and the Etowah River, a concentration of 156 ng/L was measured on April 25, 2018 with the flow of the Coosa River at 20,600 cfs.[71]  At the time of sampling, the Oostanaula was contributing approximately 14,000 cfs to the flow of the Coosa River, with the remaining flow contributed by the Etowah River and tributaries to the Coosa.  Assuming PFOA+PFOS concentrations in the Etowah River and tributaries were equal to the average concentration of samples from the Etowah River, the calculated concentration of PFOA+PFOS in the Oostanaula River on this date was 219 ng/L.  The cause of the highest concentrations occurring at the highest flows sampled is briefly described below.

The concentration of PFOA+PFOS on a specific sampling date in the Oostanaula River is related, in part, to the ratio of the combined flow of streams draining the LAS in the day or two prior to the sampling date to the flow of the Oostanaula River near Rome.  This ratio varies with climatic conditions within the watersheds of the Oostanaula, Coosawattee, and Conasauga watersheds and with releases from Carters Dam on the Coosawattee River.  In general, the ratio is small during periods of low flow in the Conasauga River because of dam releases that augment the flow of Coosawattee River during such periods, which results in a significant dilution of concentrations of PFAS in the Oostanaula River downstream of the confluence of the Conasauga and Coosawattee rivers as the flow of the Coosawattee River is greater than that in the Conasauga River.  On the other hand, in general, during periods of high flow in the Conasauga River, the flow of the Coosawattee River is less than that of the Conasauga River and less dilution occurs in the Oostanaula River.  The flow of the Coosawattee River is less than in the Conasauga River during periods of higher flow as storage in Carters Lake is generally increasing during these periods.

On an annual basis, the average flow of the Conasauga River at Tilton is only about 8% less than the average flow of the Coosawattee River near Pine Chapel, which is consistent with the watershed area of the Conasauga being slightly smaller than that of the Coosawattee River.[72]  Mr. Washburn in his expert report noted that during drier periods the flow of the Conasauga River is considerably less than that of the Coosawattee River. He correctly noted that flood protection and hydropower operations at Carters Dam may explain the relative decrease in the contribution of the Coosawattee during high flow conditions.[73]

---

[70] Eurofins. 2021. Analytical Report, Laboratory Job ID: 680-194423-1, Client Project/Site: Pilot Study, For: City of Rome, #1 Blossom Hill Drive, Rome, Georgia 30161.  February 15, page 13.

[71] U.S. EPA (2018).  The river was sampled at location "CR01" at 13:30 on 4/25/2018.

[72] For the period 2016 through 2021, the average flow of the Conasauga River at Tilton was 1581 cfs and the average flow of the Coosawattee River near Pine Chapel was 1727 cfs.

[73] Washburn (2022) page 47.

Σ²Π    S.S. PAPADOPULOS & ASSOCIATES, INC.

In the hours before the sampling occurred on April 25, 2018 and January 27, 2021, the flow of the Conasauga River was greater than the flow of the Coosawattee River as shown on Figure 4. The higher flows were the result of precipitation in the watersheds prior to these dates. At the LAS, in the three days prior to April 25, 2018, there was 3.12 inches of precipitation and in the three days prior to January 27, 2021 there was 1.28 inches of precipitation.[74] As a consequence, it is expected that the flow of streams from the LAS were above average. Therefore, on these dates the high concentrations of PFOA+PFOS that were reported in the river system near Rome were the result of high flows in the Conasauga River and high flows in the streams that originate at the LAS.

In my expert report, I noted that the concentrations of PFOA+PFOS have "some correlation" with the flow of the Oostanaula River. Defendant's experts state that the correlation is not very good,[75] but regardless of the goodness of the correlation the fact remains the highest concentrations were reported at the highest flows. The relationship between concentrations of PFOA+PFOS is, in large part, related to the percentage of flow in the Oostanaula River at a given time that is from the streams draining the LAS. This percentage varies with spatial patterns of precipitation in the watershed, precipitation and spraying at the LAS, and releases from Carters Dam, among other factors. The concentrations of PFOA+PFOS in the Oostanaula River, as a result of these factors, will be highest when flows in the Conasauga River are greater than those in the Coosawattee River and when there are above average flows in the streams draining the LAS. Due to the operation of Carters Dam on the Coosawattee River, the flow of the Conasauga River will generally only be larger than that of the Coosawattee during higher flow regimes on the Oostanaula River.



**Figure 4. Conasauga and Coosawattee River Flows Prior to Sampling on 4/25/2018 and 1/27/2021.**

---

[74] Data from Dr. Nutter (2023), "Rainfall Report 2016-2022 from LAS.xls".

[75] Washburn (2022) page E-4, Conner (2022) pages 42-44, Hagen (2022) page 3, Nutter (2022) page 23, Craig (2022) page 19.

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

# Section 11
# PFAS in the Etowah River

Dr. Davis opined that 68 percent of the PFOA+PFOS in the Etowah River is from biosolid application in the Spring Creek watershed, a tributary of the Etowah River.[76]  His report states:

> *"Rome now gets most of its water from the Etowah; however, its biosolid application in Spring Creek contributes the difference in PFOS loading between GSW-26 (33g/day) and GSW-24 (103 g/day) which equates to 70 g/day or 68% of the mass load from Rome's biosolid application area.*[77] [Note that "PFOS" is a typographic error in the report and should be "PFOA+PFOS"]

This opinion is wrong.  The contribution of PFOA+PFOS from the Spring Creek watershed was substantially over calculated by Dr. Davis due to a lack of understanding of the large diurnal fluctuations that occur in the flow of the Etowah River and not checking the opinion for reasonableness with PFOA+PFOS concentration data from Spring Creek.

Dr. Davis's opinion is based on water samples collected by Geomega from the Etowah River downstream of the mouth of Spring Creek (GSW-24) and from the Etowah River upstream of the mouth of Spring Creek (GSW-26) on June 29, 2022.  In addition, Geomega collected a sample from Spring Creek (GSW-25) on June 29, 2022.  The data from Spring Creek were not considered by Dr. Davis as the flow of Spring Creek was not measured. The sampling locations are shown on Figure 5.



**Figure 5. Geomega Sampling Location on the Etowah River**

The PFOA+PFOS concentration measured in the sample from Spring Creek (GSW-25) was 83 ng/l.  If Spring Creek was contributing 70 g/day on June 29th as opined by Dr. Davis with a PFOA+PFOS concentration of 83 ng/l, the flow of Spring Creek would need to have been 345 cfs to account for a mass loading of 70 grams per day (g/day).   A flow of 345 cfs from Spring Creek on June 28th is not possible.  To calculate the likely flow on June 28th, I reviewed flow data

---

[76] Davis (2022) Opinion 21, page O-2.
[77] Davis (2022) page 34.

on the Etowah River upstream and downstream Spring Creek and examined flows of small watersheds with flow data in the region on that date.

The U.S. Geological Survey (USGS) has flow gaging stations at the location of GSW-24 (Etowah R. at GA 1 Loop Rd) and at the location of GSW-26 (Etowah River near Kingston), locations downstream and upstream of Spring Creek. On June 29th, the average daily flows at the two stations were 1190 cfs and 1220 cfs, respectively. Literally these data indicate a small loss in flow in the 16-mile reach of the Etowah River, not a gain of 345 cfs from Spring Creek, which is only one of many tributaries of the Etowah River in this reach. The flows reported though have uncertainty associated with them that are larger than the 30 cfs difference between the two average daily flows.

The Spring Creek watershed is only about 37 square miles and is not gaged. To roughly calculate the flow of Spring Creek on June 28th, I used as an analog Armuchee Creek near Rome which is gaged by the USGS. This creek has a watershed area of 224 square miles upstream of the gage and on June 28th had a flow of about 54 cfs. Adjusting this flow for the differences in watershed areas, the calculated flow of Spring Creek on this day was 8.9 cfs. Using a flow of 8.9 cfs and a combined PFOA+PFOS concentration of 83 ng/L in Spring Creek, the mass loading on June 28th from Spring Creek of PFOA+PFOS was only 1.8 g/day. This represents a very small percentage of the PFOA+PFOS mass load in the Etowah River.

Dr. Davis greatly over calculated the mass loading from Spring Creek because he did not account for the variability in Etowah River flows on the sampling date. In his calculations of PFOA+PFOS mass loadings he used a flow of 1940 cfs for the downstream sampling location on the Etowah River (GSW-24) and a flow of 703 cfs for the upstream sampling location (GSW-26). These flows were the river flows at the time of sampling. The large change in mass loading he calculated between the upstream and downstream locations (70 g/day) is almost entirely due to the differences in flow as the PFOA+PFOS concentrations were 19.1 ng/l and 21.6 ng/l, respectively. The average daily flows, though, as noted above, were approximately the same at both sampling locations as the river had large daily variations in flow due to releases from the upstream Allatoona Dam. As shown on Figure 6, sampling occurred at GSW-24 near the peak daily flow and sampling of GSW-24 near the low daily flow.

Σ²Π   S.S. PAPADOPOULOS & ASSOCIATES, INC.



**Figure 6. Flows in the Etowah River on June 29, 2022**

Since Dr. Davis, did not account for flow variability, his calculations indicated a large decline in PFOA+PFOS mass loading in the 3.7 miles reach of the Etowah River downstream of GSW-24 (a decline of 32 g/day).[78]  Sampling location GSW-21 is located at the downstream end of this reach, and a PFOA+PFOS concentration of 23 ng/L was reported at a flow of 1,250 cfs when sampled on June 28, 2022.  There are no known processes that would account for a large loss of PFOA+PFOS in this reach.  This again shows that his mass loading calculation does not appropriately represent mass loadings in the Etowah River system.

---

[78] Davis (2022) Table 6-5a.

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

# Section 12
# Stormwater Runoff

Mr. Conner opines regarding storm water runoff that: *"Furthermore, give that only a portion of the PFAS mass remains on the ground surface and only a fraction of that could desorb to surface water, and PFAS dissolving into stormwater would be at dilute concentrations – certainly not "elevated".[79]*

As PFAS is not naturally occurring at the LAS, I consider any detection of PFAS to be an "elevated" concentration.  Concentrations may be elevated as the result of the handling of wastewater at the LAS and as the result of airborne deposition of LAS.  It is inevitable that spills and overspray of wastewater over the past 37 years have resulted in the release of PFAS to surfaces at the LAS that are subject to the storm water permit.  Therefore, runoff that occurs upstream of the storm water monitoring locations will contain PFAS.

*"Dr. Andrews further claims that the stormwater monitoring outfalls specified in the SWP3 address only 61.72 acres of the 9600-acre LAS property…"[80]*

The 61.72 acres of the LAS that are covered by the storm water permit are identified on pages 15-17 of the Storm Water Pollution Prevention Plan (SWP3) prepared for the LAS (Woodruff & Howe 2020).  These are the only areas of the LAS that are covered by the storm water permit and are noted to be areas that discharge storm water from roadways, materials/equipment storage areas, areas around pump stations, etc.  Thus, my expert report correctly notes that only 61.72 acres are covered by the storm water permit.

---

[79] Connor (2022) page 40.
[80] Conner (2022) page 41.

# Section 13
# Updated Information on Sales and Purchases of PFAS based Carpet Treatment Chemicals in Dalton

I previously reported that Daikin, DuPont/Invista, and 3M sold at least 53 million pounds (lbs) of PFAS-based product to carpet companies in Dalton between 1995 and 2020. This calculation included products containing PFAS of all chain lengths (i.e., C4, C6, and C8) and relied upon the sales data provided by chemical suppliers. Upon review of the reports prepared by the Defendant's experts, I updated my previous calculations of PFAS-based product sales to carpet companies in Dalton. These updates include the addition of:

- ArrowStar sales data[81]

- Peach State Labs sales data[82] and,

- A calculation of sales for the period 1986 to 1994 for 3M and 1986 to 1998 for DuPont. These calculations were originally reported by Mr. Washburn. I verified Mr. Washburn's calculations, and in my opinion, he used a reasonable approach to calculated chemical sales given the lack of data for this early period. In summary, the annual calculations for 3M were based upon 3M sales data[83] and the assumption that the percent increase in sales from year to year corresponded with the percent increase in quantities of product sold. Annual DuPont sales for this period were calculated from the 3M sales assuming that 3M had 60% of the market share and DuPont had 40% of the market share.

My updated analysis indicates that **at least 54 million pounds of C8-based products** were sold to companies in Dalton from 1986 to 2011. Of this total, 23 million pounds were calculated for the period 1986 to 1994 for 3M and 1986 to 1998 for DuPont based on assumptions described above, and 31 million pounds were calculated for the period 1994 to 2011 from sales data provided by 3M, ArrowStar, Daikin, Peach State Labs, and DuPont/Invista. This calculation is conservative because (1) there are significant data gaps in the available records (e.g., pre-1998; lack of Peach State Labs/Polyventive sales data), and (2) I rely solely on the sales data provided by chemical suppliers because of uncertainty in the purchase records provided by carpet companies.[84] I evaluated the purchase records from Shaw and Mohawk separately from the sales records. These data issues were further highlighted upon review of the Defendants' expert reports, and are summarized below:

- Mr. Washburn (expert for DuPont/Chemours) calculated that approximately 94 million pounds of C8-based products were sold to carpet companies in Dalton between 1986 and 2017. This calculation included data provided by carpet companies and chemical suppliers and is characterized by large spikes in chemical sales in 2003 and 2007 (Figure 7a). The

---

[81] Jay Bartley Exhibit 29. 2021. Arrowstar Sales, Arrowstar_000011.

[82] Peach State Labs/Polyventive, Shaw Industries Plant & Location Sales Summary, Poly-00033641.

[83] Jariwala (2021), Exhibits 14 and 15.

[84] These sales records have relatively consistent purchase amounts from year to year, whereas the purchase records show large year to year variability which suggests that some of the purchase data are outliers.

higher value for these years stems from purchases from Daikin and Peach State Labs reported by Shaw.[85]  For example, Peach State Labs sales records from 2006 to 2008[86] indicate that ~900,000 pounds of C8-based products were sold to Shaw facilities in Dalton in 2007, compared to ~14 million pounds of C8-based product reported as purchased by Shaw from Peach State Labs.[87]

- Mr. Gutiérrez (expert for Shaw Industries) has reconciled errors in the original purchase records provided by Shaw to account for "erroneously double counted purchases of monomers and polymers", which primarily affected the purchase orders reported for Daikin and Peach State Labs. For example, the original Shaw data included ~65 million pounds purchased by Shaw from Peach State Labs, which has been corrected to ~27 million pounds in the revised purchase data (Figure 7c).

- Like Mr. Washburn, Mr. Connor (expert for Mohawk Industries, Inc) includes Shaw purchase records from Daikin and Peach State Labs in his calculation of fluorochemical product sales in Dalton. Given the revised Shaw purchase records, Mr. Connor's initial calculations likely over states the quantity of PFAS-product purchased by other companies and under states the proportion of product purchased by Mohawk.

- Dr. Levine (expert for Daikin America) provided an equation to calculate the amount of PFOA in Unidyne products as a trace impurity, which is based in part on the annual sales of Unidyne in Whitfield County. Although Dr. Levine did not tabulate the annual sales data, the sales data could be derived using the reported equation and PFOA impurities in the report. For 2003, the quantity of product sold by Daikin and derived from this equation is much lower than the quantity of product calculated from the purchase data provided by Shaw and relied upon by Mr. Washburn and Mr. Connor (Figure 7b). Mr. Gutierrez (expert for Shaw) did not provide a correction for Shaw purchase orders provided prior to 2004, but this analysis suggests that inconsistencies remain between Shaw purchase records and chemical supplier sales data.

- Dr. Rabah estimated that approximately 182 million pounds of products containing PFAS were used by six major carpet companies (Shaw, Mohawk, Beaulieu, Milliken, Chem-Tech, and Mannington) in the Dalton, Rome, and Calhoun areas from 2004 to 2017. Mr. Washburn and Mr. Connor estimated that ~85 million and ~72 million pounds of product containing PFAS, respectively, were sold in the Dalton area alone during this same period. Dr. Rabah's estimates highlight that the sale and use of products by carpet manufacturers were not limited to the Dalton area and were widespread in northwest Georgia. I compare Dr. Rabah's estimates to Mr. Washburn's and Mr. Connor's sales estimates, rather than my own, because all three experts relied upon Shaw purchase records data that have since been updated by Mr. Gutierrez and I did not rely upon these same data (as described above).

---

[85] Ballew (2021), Exhibits 109, 110, and 112.
[86] Peach State Labs/Polyventive, Shaw Industries Plant & Location Sales Summary, Poly-00033641.
[87] Ballew (2021), Exhibit 109.



**S.S. Papadopulos & Associates, Inc.**



**Figure 7. Quantities of PFAS-Based Product Sold in Dalton as Calculated by Various Experts**

# Section 14
# Documents Reviewed

This section lists documents that were reviewed after preparation of my expert report in July 2022.

Arrowstar Sales. Jay Bartley Exhibit 29.  [Arrowstar_000010 - Arrowstar_000108]

Winston Massengale. Exhibit 7.

3M. 2020. 3M Decatur NPDES Permit Renewal Application.  August 20.

ADEM. 2017. 3M Decatur NPDES Remedial Action Agreement Status Update - 2016.  June 13.

Andrews, C.B. 2022a. Expert Report of Charles B. Andrews.  July 14.

Andrews, C. 2022b. Deposition of Charles Andrews. Volume I and II. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. September 19-20.

Andrews, C.B. 2022c. Revised Expert Report of Charles B. Andrews.  October 14.

Ballew, K. 2021. Deposition of Kellie Ballew. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. July 20.

Barbo, N., T. Stoiber, O.V. Naidenko, and D.Q. Andrews. 2023. Locally Caught Freshwater Fish Across the United States are Likely a Significant Source of Exposure to PFOS and Other Perfluorinated Compounds: *Environmental Research* 220: 115165.

Bolan, N., B. Sarkar, M. Vithanage, G. Singh, D.C.W. Tsang, R. Mukhopadhyay, K. Ramadass, A. Vinu, Y. Sun, S. Ramanayaka, S.A. Hoang, Y. Yan, Y. Li, J. Rinklebe, H. Li, and M.B. Kirkham. 2021. Distribution, Behaviour, Bioavailability and Remediation of Poly- and Per-Fluoroalkyl Substances (PFAS) in Solid Biowastes and Biowaste-Treated Soil: *Environment International* 155: 106600.

Bonell, M. 1993. Progress in the Understanding of Runoff Generation Dynamics in Forests: *Journal of Hydrology* 150, no. 2: 217-275.

Brusseau, M.L., N. Yan, S. Van Glubt, Y. Wang, W. Chen, Y. Lyu, B. Dungan, K.C. Carroll, and F.O. Holguin. 2019. Comprehensive Retention Model for PFAS Transport in Subsurface Systems: *Water Research* 148: 41-50.

Changing Markets Foundation. 2018. Testing Carpet for Toxics - Chemicals Affecting Human Health and Hindering the Circular Economy.  December.

City of Calhoun Georgia. 2022. Land Application Site Figures.  June 6.

City of Calhoun Georgia (Calhoun WPCP). NPDES Form 2A Application.

Conner, J.A. 2023. Deposition of John A. Conner, PE, PG, BCEE. Rough Draft. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. March 8.

Connor, J.A. 2022. Expert Opinions of John A. Connor, PE, PG, BCEE, Concerning Environmental Conditions at the Dalton Utilities Land Application System (LAS) and Potential Effects on the Water Supply of the City of Rome, Georgia.  December 2.

Connor, J.A. 2023. Rebuttal Expert Opinions of John A. Connor, PE, PG, BCEE, Concerning Environmental Conditions at the Dalton Utilities Land Application System (LAS) and Potential Effects on the Water Supply of the City of Rome, Georgia.  February 3.

Craig, C.K. 2022. C. Kirk Craig, Expert Report, Jarrod Johnson v. 3M et al., United States District Court, Northern District of Georgia, Case No. 4:20-cv-0008-AT and City of Rome, Georgia v. 3M et al., Superior Court of Floyd County, State of Georgia, Case No. 19-CV-02405.  December 2.

Craig, C.K. 2023. Deposition of C. Kirk Craig, PE. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. January 30.

Dalton Utilities. 2000. Land Application System, Loopers Bend Site, Operations and Management. April.

Dalton Utilities. 2022. Wastewater Treatment System PFAS Pilot Proposal. Draft.  September.

Davis, A. 2022. City of Rome, GA v. 3M Company et al., Jarrod Johnson v. 3M Company et al. Expert Report - Characterization, Evaluation and Allocation of PFAS in the Coosa River System, Georgia USA.  December 12.

Davis, A. 2023. Deposition of Andy Davis, Ph.D. Volume I and II. City of Rome, Georgia vs. 3M Company, et al. Civil Action No. 19CV02405. Superior Court of Floyd County, State of Georgia. January 23-24.

Dunne, T., and L.B. Leopold. 1978. *Water in Environmental Planning*. San Francisco, CA: W.H. Freeman and Company.

Finch, C.E. 2023. Deposition of Charles E. Finch. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. January 27.

Frankel, A. 2023. Deposition of Avram Frankel. Volume I and II. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. January 12-13.

Frankel, A.J. 2022. Expert Report of Avram J. Frankel, In the Matters of The City of Rome, GA v. 3M Company, et al. and Johnson v. 3M Company, et al.  December 2.

Gutiérrez, A.A. 2022. Expert Report of Alberto A. Gutiérrez, RG, in the matter of: Jarrod Johnson, et. al. v. 3M Company, et. al., Civil Action No. 4:20-CV-0008-AT, US District Court for the Northern District of Georgia, Rome Division.  December 15.

Gutiérrez, A.A. 2023. Deposition of Alberto A. Gutiérrez. Volume I and II. City of Rome, Georgia vs. 3M Company, et al. Civil Action No. 19CV02405. Superior Court of Floyd County, State of Georgia. February 23 and 28.

Gutiérrez, A.A. 2023. Rebuttal Report of Alberto A. Gutiérrez, RG, in the matter of: Jarrod Johnson, et. al. v. 3M Company, et. al., Civil Action No. 4:20-CV-0008-AT, US District Court for the Northern District of Georgia, Rome Division.  February 3.

Hagen, D.J. 2022. Expert Report, Civil Action No. 4:20-CV-0008-AT, Northern District of Georgia, Rome Division, Case No. 19-CV-02405, Superior Court of Floyd County, State of Georgia.  December.

Hagen, D.J. 2023. Deposition of David J. Hagen. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. January 11.

Interstate Technology & Regulatory Council (ITRC).  2022a.  *Biosolids and Per- and Polyfluoroalkyl Substances (PFAS)* [Updated October].  https://pfas-1.itrcweb.org/wp-content/uploads/2022/10/Biosolids_PFAS_Fact_Sheet_102022_508.pdf.

Interstate Technology & Regulatory Council (ITRC). 2022b. *Treatment Technologies and Methods for Per- and Polyfluoroalkyl Substances (PFAS)*. Available at: https://pfas-1.itrcweb.org/wp-content/uploads/2022/09/TreatmentTech_PFAS__FactSheet_082522_508.pdf. July.

Lasee, S., K. McDermett, N. Kumar, J. Guelfo, P. Payton, Z. Yang, and T.A. Anderson. 2022. Targeted Analysis and Total Oxidizable Precursor Assay of Several Insecticides for PFAS: *Journal of Hazardous Materials Letters* 3: 100067.

Lasier, P.J., J.W. Washington, S.M. Hassan, and T.M. Jenkins. 2011. Perfluorinated Chemicals in Surface Waters and Sediments from Northwest Georgia, USA, and Their Bioaccumulation in Lumbriculus Variegatus: *Environmental Toxicology and Chemistry* 30, no. 10: 2194-2201.

Lenka, S.P., M. Kah, and L.P. Padhye. 2021. A Review of the Occurrence, Transformation, and Removal of Poly- and Perfluoroalkyl Substances (PFAS) in Wastewater Treatment Plants: *Water Research* 199: 117187.

Levine, A.M. 2022. Expert Report of Alan M. Levine, Ph.D. The City of Rome, Georgia v. 3M Company, et al.; Johnson v. 3M Company, et al.  December 2.

Levine, A.M. 2023. Deposition of Alan M. Levine. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. January 18.

Lyu, Y., M.L. Brusseau, W. Chen, N. Yan, X. Fu, and X. Lin. 2018. Adsorption of PFOA at the Air−Water Interface during Transport in Unsaturated Porous Media: *Environmental Science & Technology* 52, no. 14: 7745-7753.

Nutter Overcash and Associates Inc. 2000. Supplement, Design Development Report Section VI, Land Application System, A Supplement to Final Draft Design Development Report, Water Reclamation Facilities, Dalton Utilities, prepared by Weideman and Singleton, Inc. April.

$\Sigma^2\Pi$  S.S. PAPADOPULOS & ASSOCIATES, INC.

Nutter, W.L. 2022. Expert Report, Review of Hydrology and Related Matters, Land Application of Wastewater at Dalton Utilities, Prepared by Dr. Wade L. Nutter, Ph.D., PH In the matter of City of Rome, Georgia vs. 3M Company, et al. and Jarrod Johnson, individually, and on Behalf of a Class of Persons Similarly Situated vs. 3M Company, et al.  November 30.

Nutter, W.L. 2023. Deposition of Wade L. Nutter, Ph.D., PH. City of Rome, Georgia vs. 3M Company, et al. Civil Action No. 19CV02405. Superior Court of Floyd County, State of Georgia. January 26.

Peach State Labs/Polyventive. Shaw Industries Plant & Location Sales Summary, July 2005 - December 2008.  [POLY-00033641]

Rabah, N. 2022. Expert Report - Assessment of PFAS Discharge to Dalton Utilities from Chem-Tech Finishers, Inc. Facility, Dalton, GA. Jarrod Johnson... v. 3M Company, et al., Civil Action File No. 4:20-CV-00008-AT, US District Court for the Northern District of Georgia – Rome Division.  December 3.

Reitman, M. 2022. Expert Report of Maureen Reitman, Sc.D. in the matters of: The City of Rome, Georgia v. 3M Company, et al. and Jarrod Johnson v. 3M Company, et al. No. 19-CV-02405. No. 4:20-cv-0008-AT.  December 2.

Reitman, M.T.F. 2023. Deposition of Maureen T.F. Reitman. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. January 26.

Richards, T. 2023. Deposition of Timothy Richards. Jarrod Johnson vs. 3M Company, et al. Civil Action No. 4:20-CV-00008-AT. United States District Court for the Northern District of Georgia, Rome Division. March 9.

Rush, L. 2022. Deposition of Dalton Utilities, Leslie Rush, Volume II. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. April 21.

Sepulvado, J.G., A.C. Blaine, L.S. Hundal, and C.P. Higgins. 2011. Occurrence and Fate of Perfluorochemicals in Soil Following the Land Application of Municipal Biosolids: *Environmental Science & Technology* 45, no. 19: 8106-8112.

Singh, S. 2023. Deposition of Dr. Shrawan Singh. Jarrod Johnson vs. 3M Company, et al. Civil Action No. 4:20-CV-00008-AT. United States District Court for the Northern District of Georgia, Rome Division. March 30.

Singh, S.K. 2022. Expert Report - Old Dixie Highway Municipal Solid Waste Landfill - Phase 6, Operational, Environmental Monitoring, and Compliance Evaluation.  December 1.

Stahl, A.D. 2022. Expert Report - Per- and Polyfluoroalkyl Substances Evaluations, Dalton Utilities Land Application System Vicinity, Coosa River Basin, Georgia.  July 13.

Thompson, J. 2022. Expert Report – Functional Equivalency Analysis of the Dalton Utilities' Land Application System, Whitfield and Murray Counties, Georgia, Jarrod Johnson v. 3M et al., United States District Court, Northern District of Georgia, Case No. 4:20-cv-0008-AT and City of Rome, Georgia v. 3M et al., Superior Court of Floyd County, State of Georgia, Case No. 19-CV-02405.  December 2.

40

Thompson, J. 2023. Deposition of Dr. Jeffrey Thompson. City of Rome, Georgia vs. 3M Company, et al. Civil Action No. 19CV02405. Superior Court of Floyd County, State of Georgia. February 6.

Thompson, K.A., S. Mortazavian, D.J. Gonzalez, C. Bott, J. Hooper, C.E. Schaefer, and E.R.V. Dickenson. 2022. Poly- and Perfluoroalkyl Substances in Municipal Wastewater Treatment Plants in the United States: Seasonal Patterns and Meta-Analysis of Long-Term Trends and Average Concentrations: *ACS ES&T Water* 2, no. 5: 690-700.

U.S. Environmental Protection Agency (USEPA). 2000. *Wastewater Technology Fact Sheet - Granular Activated Carbon Adsorption and Regeneration. EPA 832-F-00017* September.

U.S. Environmental Protection Agency (USEPA). 2021. *Work Breakdown Structure (WBS) Model for Granular Activated Carbon Treatment*. October.

U.S. Environmental Protection Agency (USEPA). 2023. *40 CFR Parts 141 and 142, [EPA-HQ-OW-2022-0114; FRL 8543-01-OW] RIN 2040-AG18, PFAS National Primary Drinking Water Regulation Rulemaking*. Pre-publication Version. March 13.

Viticoski, R.L., D. Wang, M.A. Feltman, V. Mulabagal, S.R. Rogers, D.M. Blersch, and J.S. Hayworth. 2022. Spatial Distribution and Mass Transport of Perfluoroalkyl Substances (PFAS) in Surface Water: A Statewide Evaluation of PFAS Occurrence and Fate in Alabama: *Science of the Total Environment* 836: 155524.

Washburn, S.T. 2022. Expert Report, Stephen T. Washburn, Jarrod Johnson et al vs 3M et al., Case 4:20-cv-0008-AT, The City of Rome, Georgia vs 3M et al. Case 19CV02405. December.

Washburn, S.T. 2023. Deposition of Stephen T. Washburn. The City of Rome, Georgia vs. 3M Company, et al. Civil Action File No. 19CV02405JFL003. Superior Court of Floyd County, State of Georgia. March 23.

Wiedeman and Singleton Inc. 1996. Design Development Report, Water Reclamation Facilities, Dalton Utilities. Final Draft. November.

**ATTACHMENTS**

# Attachment A

## Updated Curriculum Vitae of Dr. Charles Andrews and Rate of Compensation

Σ²Π  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# CHARLES B. ANDREWS

Senior Principal, Hydrologist                                    Page 1

## AREAS OF EXPERTISE

- Simulation of Groundwater and Surface-Water Flow / Contaminant Fate and Transport
- Water Resource and Water Rights Evaluations

- Contaminated Site Investigation and Remediation
- Expert Testimony
- Peer Review

## SUMMARY OF QUALIFICATIONS

Dr. Andrews is nationally known for his creative solutions to difficult water-resource problems. His areas of expertise include the assessment and remediation of contaminated sites; development of monitoring systems, formulation of water-resource projects; assessment of surface-water and groundwater flow and quality conditions at hazardous waste sites; design of water remediation systems; and development of new and modification of off-the-shelf numerical simulation models for adaptation to specific field projects. He has provided expert testimony on many groundwater supply, groundwater contamination, and water-rights matters.

Dr. Andrews is a frequently requested member of ground and surface water advisory panels for the evaluation of state-of-the-art hydrology and for pioneering research and evaluation of contaminant transport in the subsurface. He is the author and co-author of numerous publications on modeling of groundwater flow and transport of chemical constituents, and the use of analytical models in identifying appropriate remediation alternatives for a site.

## REPRESENTATIVE EXPERIENCE

**S.S. Papadopulos & Associates, Inc.,** Rockville, Maryland

- **Gold King Mine,** Colorado – Conducted a detailed evaluation of the groundwater conditions that led to a large blow out at the mine and the effects on the downstream San Juan River system in Colorado and New Mexico. This work was conducted to support expert litigation related to this matter.

- **Leviathan Mine,** California – Developed a detailed groundwater evaluation to support remedial measures to eliminate acid mine drainage to the headwaters of the Carson River system. This work is ongoing.

- **Riyadh Metro System,** Saudi Arabia – Evaluated changes in groundwater levels in Riyadh due to the disposal of imported wastewater and the effect of rising water levels on underground structures associated with the newly constructed subway system.

- **Perfluorinated Compounds,** Alabama and Georgia – Conducted detailed evaluations and developed a remedial plan for one of the largest surface water sources of PFAS in the United States. The source is related to carpet manufacturing in northwest Georgia in the headwaters of the Alabama River

### YEARS OF EXPERIENCE: 40+

### EDUCATION

**PhD,** Geology, University of Wisconsin, Madison, 1978
**MS,** Geology, University of Wisconsin, Madison, 1976
**MS,** Water Resources, University of Wisconsin, Madison, 1974
**BA,** Geology, Carleton College, 1973
American University of Beirut, Beirut, Lebanon, 1971 – 1972

### REGISTRATIONS

**Registered Geologist**
California, No. 3853
Delaware, No. S4-0001371
Georgia, No. PG001689
Illinois, No. 196001360
Mississippi, No. 859
Washington, No. 2841

### PROFESSIONAL HISTORY

**S.S. Papadopulos & Associates, Inc.,**
Senior Principal, 1984 to present, President, 1994 – 2012
**South University of Science and Technology of China, Shenzhen**
Visiting Professor, 2015 to present
**Woodward - Clyde Consultants**
Hydrogeologist and head of Groundwater Section, 1980 – 1984
**Northern Cheyenne Indian Tribe**
Scientist, 1978 – 1980
**Wisconsin State Government**
Dept. of Justice and Dept. of Natural Resources, Consultant, 1977 - 1978
**University of Wisconsin, Madison**
Dept. of Geology & Geophysics, Research Assistant, 1975 – 1978
Dept. of Water Resources, Researcher, 1974 – 1975

**$\Sigma^2\Pi$**    **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# CHARLES B. ANDREWS

## Senior Principal, Hydrologist                                                                    Page 2

system. As part of this work prepared expert reports for litigation matters related to PFAS in municipal water sourced from the river system.

- **Perfluorinated Compounds,** Minnesota — Conducted a detailed evaluation of nature and quantity of wastes containing perfluorinated compounds (PFCs) produced at a manufacturing facility, disposal of these wastes, and migration of PFCs from disposal sites to groundwater and surface water. This work was conducted to support expert opinions in litigation between the State of Minnesota and 3M Company.

- **Nestle Waters North America,** Michigan — Provides on-going groundwater consulting services for the identification and development of spring-water sources. This work involves development of groundwater models to identify potential production rates, optimal pumping rates and locations, and environmental effects of water production for several sites in Michigan. Developed long-term monitoring plans and served as an expert witness in litigation related to development and operation of spring-water sources.

- **Anaconda Copper Mine Site,** Nevada — Developed a groundwater flow and transport model to evaluate the current extent and potential future migration of uranium and sulfate downgradient of the former mine site. The site abuts irrigated fields and a challenge in the evaluations has been distinguishing uranium related to mine releases from uranium released as the result of agricultural activities. This work is ongoing.

- **Dioxin Contamination,** Rhode Island — Evaluated fate and migration of dioxins in groundwater and surface water from a former chemical facility and barrel recycling facility in North Providence. This work involved forensic analyses to determine the source of dioxins. This work was conducted as an expert for the U.S. DOJ and expert testimony was presented in federal district court.

- **Agricultural Issues,** Wisconsin — Worked with operators of large, irrigated farms and dairies to develop water supplies and to develop crop-rotation and nutrient-management plans to minimize potential for nitrogen contamination of groundwater. For one project involving the conversion of 4,000 acres from pine plantation to irrigated agriculture, developed a detailed nitrogen balance of the expected agricultural practices and a groundwater transport model. Subsequently used these tools to develop cropping and nutrient application schedules that minimize potential for nitrogen contamination of groundwater. These evaluations were incorporated into an environmental impact statement for the project. Provided several presentations regarding this work to State regulatory agency and growers' associations and provided expert testimony.

- **Chromium Contamination,** California — Developed and used a groundwater model to estimate historical chromium concentrations at private wells located downgradient of a compressor station near Hinkley, California, and to evaluate remedial approaches. The results of the modeling analyses were used as a foundation for expert opinions regarding historical concentrations of chromium in drinking and irrigation water.

- **Onondaga Lake,** Syracuse, New York — Headed the groundwater modeling effort for design of remedial alternatives for this reputed-to-be the most contaminated lake in the U.S. Remediation costs are projected to be several hundreds of millions of dollars. Interacted frequently with and made many presentations to the New York State Department of Environmental Conservation. This work is ongoing.

- **Large Industrial Site,** Georgia — Conducted a detailed field and laboratory evaluation of the leachability of PCBs from contaminated soils at this site. Developed innovative methods to distinguish dissolved- and particulate-phase PCBs in leachate from batch tests.

- **U.S. Army Corps of Engineers,** Washington — Conducted detailed modeling evaluations of seepage through the Howard Hanson Dam on the Green River. The evaluations were conducted to assist in evaluations of dam stability and actions required to improve the stability as dam failure would have large impacts on the lower river valley, including the Lower Duwamish Waterway.

# Charles B. Andrews

**Senior Principal, Hydrologist**

- **Oregon Department of Environmental Quality and Cascade Corporation,** Oregon — Assisted the Department of Environmental Quality during the RI/FS process for the East Multnomah County Groundwater Contamination Site and designed the extensive pump-and-treat system for the site. In recent years, provided assistance to Cascade Corporation, one of the PRPs, on methods to enhance remedial progress.

- **Confidential Client,** Michigan — Conducted a detailed laboratory evaluation of analytical methods for phenols in water samples. Determined that certain analytical methods were prone to false-positive readings due to reactions with dissolved natural organic matter during the analytical procedure. Identified the probable reaction pathways for the reactions that create phenols from the dissolved organic matter.

- **Williams Companies** — Participated as a technical expert for a major pipeline company in a year-long Consent Decree negotiations with the U.S. Dept. of Justice regarding soil and groundwater contamination issues at 30 compressor station sites. Developed a comprehensive framework, which was incorporated in the Consent Decree, for efficient, cost-effective investigation and remediation of compressor stations. Subsequent to Consent Decree, provided (and continue to provide) technical oversight for site investigation and remediation.

- **Professional Review and Services,** miscellaneous U.S. sites — Served as Chair of External Peer Review Panel for Frenchman Flat CAU at the Nevada Test Site (2010). Served on a review panel for the Hanford (Washington) site-wide groundwater flow-and-transport model (1989–2001). Developed a groundwater model of the A- and M- areas at the Savannah River site, South Carolina, (1985–1986).

- **Texas Eastern Pipeline Company,** Eastern U.S. — Directed a study to evaluate the mobility and fate of polychlorinated biphenyl compounds (PCBs) in the subsurface for over 30 contaminated sites. These studies involved laboratory and field experiments to investigate the interactions between PCBs and the subsurface materials, and to investigate the potential degradation of PCBs in the subsurface. Long-term monitoring was selected as the appropriate remedial action at all the sites.

- **New Mexico Attorney General: Hueco Bolson and the Mesilla Basins,** New Mexico — Evaluated the long-term availability of groundwater and the associated water-quality problems of these large regional aquifers in southern New Mexico. Served as an expert witness in litigation involving the proposed development of large water supplies from these basins.

- **Industrial Sites,** California and New Jersey — Managed remediation activities, including remedial investigations, feasibility studies, remedial design and implementation, for industrial sites that are extensively contaminated with arsenic and associated heavy metals. Several of these investigations involved the evaluation of geochemical parameters that govern arsenic mobility in the subsurface and groundwater/surface-water interactions.

**Woodward-Clyde Consultants,** San Francisco and Walnut Creek, California

Senior Project Manager of the 15-person Ground-Water Group: Responsible for water-resource business development, technical review of all water-resource projects, and staff administration. As Project Manager and Hydrology Task Leader, examples of projects included the development of groundwater flow models of Madison Aquifer in Wyoming and the San Juan Basin in New Mexico; analysis of reservoir-induced seismicity at the Aswan Dam; and development of a groundwater model and remediation plan for a 12,000-acre site having 200 major source areas. Responsible for developing the firm's state-of-the-practice capabilities in quantitative hydrology.

**Northern Cheyenne Indian Tribe, Lame Deer,** Montana

Directed and helped establish a comprehensive surface-water and groundwater monitoring program and established and managed the tribal computer system. Trained tribal members in the operation and management of the hydrologic monitoring system and the computer system. Participated in

$\Sigma^2\Pi$  S.S. PAPADOPULOS & ASSOCIATES, INC.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist                                                                 Page 4

numerous administrative and legislative proceedings as an advocate for tribal management of the reservation's natural resources.

**Wisconsin Department of Justice and Department of Natural Resources,** Madison, Wisconsin

Served as an expert witness for several judicial and administrative proceedings on cases involving groundwater contamination and wetland drainage.

**University of Wisconsin, Department of Geology and Geophysics,** Madison, Wisconsin

Researched the impacts of heated-water seepage from a power plant cooling lake.  Developed a finite-element computer code to simulate water and heat transfer in shallow unconfined aquifers and designed and maintained an extensive field monitoring program to collect the data needed for model verification.

**University of Wisconsin, Department of Water Resources,** Madison, Wisconsin

Conducted research that was funded by the U.S. Environmental Protection Agency-Denver, on the impact of oil shale development to the groundwater and surface-water resources of northwestern Colorado.

## PROFESSIONAL SOCIETIES

American Chemical Society
National Ground Water Association
American Association for the Advancement of Science
Geological Society of America

## APPOINTMENTS

2004 – present, Board of Visitors, Department of Geology, University of Wisconsin

2021 – Executive Editor, *Ground Water,* Associate Editor 1999-2020

2009 – 2019, Trustee and Treasurer, Geological Society of America

2003 – 2007, Water-Quality Advisory Group, Chairman, Montgomery County, Maryland

1997 – 2001, Board of Directors of the Association of Groundwater Scientists and Engineers Division of the National Ground Water Association

1991 –1994, National Research Council Committee on Groundwater Cleanup Alternatives, National Academy of Sciences

1987 –1988, National Research Council Committee on Groundwater Modeling Assessment, National Academy of Sciences

## PUBLICATIONS AND PRESENTATIONS

McCulley, B., C. Andrews, B. Johnson, A.C. Riese, and J. Jones. 2023. Defining the Extent of Mine-Influenced Groundwater in a Mineralized and Agricultural Area Using Multiple Lines of Evidence. *Mine Water and the Environment*. doi: 10.1007/s10230-023-00924-8.

Yu, J., Y. Tian, H. Jing, T. Sun, X. Wang, C.B. Andrews, and C. Zheng. 2023. Predicting Regional Wastewater Treatment Plant Discharges Using Machine Learning and Population Migration Big Data: *ACS ES&T Water*. doi: 10.1021/acsestwater.2c00639.

Yu, J., Y. Tian, X. Wang, X. Wang, M. Lancia, H. Li, C.B. Andrews, and C. Zheng. 2022. A New Simulation-Optimization Framework for Estimation of Submarine Groundwater Discharge Based on Hydrodynamic Modeling and Isotopic Data. *Geophysical Research Letters*, v. 49, e2022GL098893. doi: 10.1029/2022GL098893.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Lancia, M., Y. Yao, C.B. Andrews, X. Wang, X. Kuang, J. Ni, S.M. Gorelick, B.R. Scanlon, Y. Wang, and C. Zheng. 2022. The China Groundwater Crisis: A Mechanistic Analysis with Implications for Global Sustainability: *Sustainable Horizons*, v. 4: 100042, doi: 10.1016/j.horiz.2022.100042.

Kong, L., Q. Yan, Y. Wang, Q. Wang, C.B. Andrews, and C. Zheng, 2022. Self-Supported Trimetallic NiZnLa Nanosheets on Hierarchical Porous Graphene Oxide-Polymer Composite Fibers for Enhanced Phosphate Removal from Water. *Journal of Colloid and Interface Science*, v. 628, Part B: 807-818, doi: 10.1016/j.jcis.2022.08.093.

Muffels, C., S. Panday, C. Andrews, M. Tonkin, and A. Spiliotopoulos, 2022. Simulating Groundwater Interaction with a Surface Water Network using Connected Linear Networks. *Groundwater*, doi.org/10.1111/gwat.13202.

Ben, Y., M. Hu, F. Zhong, E. Du, Y. Li, H. Zhang, C. Andrews, and C. Zheng, 2022. Human Daily Dietary Intakes of Antibiotic Residues: Dominant Sources and Health Risks. *Environmental Research*, v. 212, Part C: 113387, doi: 10.1016/j.envres.2022.113387.

Jin, M., M. Lancia, Y. Tian, S. Viaroli, C. Andrews, J. Liu, and C. Zheng, 2022. The Role of Aquifers in Sustaining the Sponge City Concept in Chinese High-Density Housing. *Water*, v. 14, no. 6, 929, doi: 10.3390/w14060929.

Andrews, C.B. and R.J-C. Hennet, 2022. Quest for Groundwater Sustainability – Lessons from 40 Years of Remediation in the United States. *Sustainable Horizons*, v. 2: 100009, doi: 10.1016/j.horiz.2022.100009.

Kong, L., Y. Wang, C. B. Andrews, and C. Zheng, 2022. One-Step Construction of Hierarchical Porous Channels on Electrospun MOF/Polymer/Graphene Oxide Composite Nanofibers for Effective Arsenate Removal from Water. *Chemical Engineering Journal*, v. 435: 134830, doi: 10.1016/j.cej.2022.134830.

Kong, L., J. Zhang, Y. Wang, Q. Yan, J. Xu, X. Quan, C. B. Andrews, Z. Zhang and C. Zheng, 2022. Bowknot-like Zr/La Bimetallic Organic Frameworks for Enhanced Arsenate and Phosphate Removal: Combined Experimental and DFT Studies. *Journal of Colloid and Interface Science*, v. 614, pp. 47-57, doi: 10.1016/J.JCIS.2022.01.033.

Jin, M., M. Lancia, Y. Tian, S. Viaroli, C. Andrews, J. Liu and C. Zheng, 2021. Hydrogeological Criteria to Improve the Sponge City Strategy of China. *Frontiers in Environmental Science*. doi: 10.3389/fenvs.2021.700463.

Yao, Y., C. Zheng, C. B. Andrews, B. R. Scanlon, X. Kuang, Z. Zeng, S. Jeong, M. Lancia, Y. Wu, and G. Li, 2021. Role of Groundwater in Sustaining Northern Himalayan Rivers. *Geophysical Research Letters,* v. 48, e2020GL092354. doi: 10.1029/2020GL092354.

Andrews, C., J.C. Henry and A. Anderson-Vincent, 2021. Rapid Cleanup of a Perchlorate Plume from Fireworks. *Groundwater*, v. 59, no. 4, pp. 614-620, doi: 10.1111/gwat.13082.

Yang, L., C. Zheng, C.B. Andrews and C. Wang, 2020. Applying a Regional Transport Modeling Framework to Manage Nitrate Contamination of Groundwater. *Groundwater*. doi: 10.1111/gwat.13047.

Fang, Ji., L. Fan, C. B. Andrews, Y. Yao and C. Zheng, 2020. Dynamics of Seasonally Frozen Ground in the Yarlung Zangbo River Basin on the Qinghai-Tibet Plateau: Historical Trend and Future Projection. *Environmental Research Letters*, v. 15, no. 10. doi:10.1088/1748-9326/abb731.

Lancia, M., H. Su, Y. Tian, J. Xu, C. B. Andrews, D. N. Lerner and C. Zheng, 2020. Hydrogeology of the Pearl River Delta, southern China. *Journal of Maps*, v. 16, no. 2, pp. 388-395, doi: 10.1080/17445647.2020.1761903.

Lancia, M., C. Zheng, X. He, D. Lerner, C. Andrews and Y. Tian, 2020. Hydrogeological Constraints and Opportunities for "Sponge City" Development: Shenzhen, Southern China. *Journal of Hydrology*: *Regional Studies*, v. 28, doi: 10.1016/j.ejrh.2020.100679.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Ben, Y., M. Hu, X. Zhang, S. Wu, M.H. Wong, M. Wang, C.B. Andrews, and C. Zheng, 2020. Efficient Detection and Assessment of Human Exposure to Trace Antibiotic Residues in Drinking Water. *Water Research*, v. 175, doi: 10.1016/j.watres.2020.115699.

Neville, C. and C. Andrews, 2020. Containment of Sources of Groundwater Contamination: Analysis of Mass Fluxes. *Groundwater*, v. 58, no. 2, pp. 183-188, doi:10.1111/gwat.12912z.

Yao, Y., C. Andrews, Y. Zheng, X. He, V. Babovic, and C. Zheng, 2019. Development of Fresh Groundwater Lens in Coastal Reclaimed Islands. *Journal of Hydrology*, v. 573, pp. 365-375. doi: 10.1016/j.jhydrol.2019.03.062.

Yao, Y., C. Cheng, C. Andrews, X. He, A. Zhang, and J. Liu, 2019. Integration into China's South-North Water Transfer Strategy. *Science of the Total Environment*, v. 658, pp. 550-557, doi: 10.1016/j.scitotenv.2018.12.185.

Yao, Y., Y. Tian, C. Andrews, X. Li, Y. Zheng, and C. Zheng, 2018. Role of Groundwater in the Dryland Ecohydrological System: A Case Study of the Heihe River Basin. *Journal of Geophysical Research*: *Atmospheres*, v. 123, no. 13, pp. 6760-6776, doi: 10.1029/2018JD028432.

Qin, H., C. Andrews, F. Tian, G. Cao, Y. Luo, J. Liu, and C. Zheng, 2018. Groundwater Pumping Optimization for Land Subsidence Control in Beijing Plain, China. *Hydrogeology Journal*, v. 26, no. 4, pp. 1061-1081, doi: 10.1007/s10040-017-1712-z.

Yao, Y. C. Zheng, C. Andrews, Y. Zheng, A. Zhang, and J. Liu, 2017. What Controls the Partitioning between Baseflow and Mountain Block Recharge in the Qinghai-Tibet Plateau? *Geophysical Research Letters*, v. 44, no. 16, pp. 8352-8358, doi: 10.1002/2017GL074344.

Huang, X., C.B. Andrews, J. Liu, Y. Yao, C. Liu, S.W. Tyler, J.S. Selker, and C. Zheng, 2016. Assimilation of Temperature and Hydraulic Gradients for Quantifying the Spatial Variability of Streambed Hydraulics. *Water Resources Research*. Accepted Author Manuscript. doi:10.1002/2015WR018408.

Andrews, C., 2011. How Much Modeling is Enough? Presentation at MODFLOW and More 2011: Integrated Hydrologic Modeling. International Groundwater Modeling Center (IGWMC), Colorado School of Mines, Maxwell, P., Hill, and Zheng, eds.

Andrews, C., 2011. Urban Recharge Myth: Case Study of Montgomery County, Maryland. Presentation at the 2011 Ground Water Summit and 2011 Ground Water Protection Council Spring Meeting. National Ground Water Association, Baltimore, MD.

Root, R.A., D. Vlassopoulos, N.A. Rivera, M.T. Rafferty, C. Andrews, and P.A. O'Day, 2009. Speciation and Natural Attenuation of Arsenic and Iron in a Tidally Influenced Shallow Aquifer: *Geochimica et Cosmochimica Acta, Science Direct.*

Johnson, T., C. Andrews, and M. Hennessey, 2009. Development of Chloride Profiles to Estimate Groundwater Discharge for Cap Design in Onondaga Lake. Presentation at the Fifth International Conference on Remediation of Contaminated Sediments, Jacksonville, FL. February 2 - 5, 2009.

Barth, G., and C. Andrews, 2009. Practical Problems, Practical Solutions. Presentation at the National Groundwater Association's Annual Groundwater Summit, Tucson, AZ, April 19 - 23, 2009.

Andrews, Charles, 2008. One Hydrogeology — A New Paradigm for Model Construction: Modeling with Google Earth. Presentation at MODFLOW and More 2008: Ground Water and Public Policy Conference, May 18 - 21, 2008, Golden, CO.

Andrews, C.B., 2008. Review of "Effective Groundwater Model Calibration: With Analysis of Data, Sensitivities, Predictions, and Uncertainty": *Ground Water*, v. 46, no. 1, p. 5.

Spiliotopoulos, A., and C.B. Andrews, 2007. Analysis of Aquifer Test Data – MODFLOW and PEST. in *Groundwater and Wells* (3rd ed.). Sterrett, R.J., ed. Johnson Screens, New Brighton, MN, 812 p.

Karanovic, M., C.J. Neville, and C.B. Andrews, 2007. BIOSCREEN-AT: BIOSCREEN with an Exact Analytical Solution: *Ground Water*, v. 45, no. 2, pp. 242-245.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Andrews, C.B., and G. Swenson, 2006. Simulation of Brine Movement into Onondaga Lake. Presentation at MODFLOW and More 2006: Managing Ground-Water Systems. International Ground Water Modeling Center, Colorado School of Mines Golden, CO, May 22 - 24, 2006. v. 2, pp. 480-483.

Neville, C.J., and C.B. Andrews, 2006. Containment Criterion for Contaminant Isolation by Cutoff Walls: *Ground Water,* v. 44, no. 5, September-October, pp. 682-686.

Spiliotopoulos, A.A., and C.B. Andrews, 2006. Analysis of Aquifer Test Data – MODFLOW and PEST. Presentation at MODFLOW and More 2006: Managing Ground-Water Systems. International Ground Water Modeling Center, Colorado School of Mines, Golden, CO, May 22 - 24, 2006. v. 2, pp. 569-573.

Vlassopoulos, D., N. Rivera, P.A. O'Day, M.T. Rafferty, and C.B. Andrews, 2005. Arsenic Removal by Zerovalent Iron: A Field Study of Rates, Mechanisms, and Long-Term Performance. in *Advances in Arsenic Research: Integration of Experimental and Observational Studies and Implications for Mitigation.* O'Day, P., D. Vlassopoulos, X. Meng, and L. Benning, eds. ACS Symposium Series, v. 915. Washington, DC: American Chemical Society, pp. 344-360.

Andrews, C., and C. Neville, 2003. Ground Water Flow in a Desert Basin: Challenges of Simulating Transport of Dissolved Chromium. *Ground Water,* v. 41, no. 2, pp. 219-226.

Rafferty, M.T., C.B. Andrews, D. Vlassopoulos, D. Sorel, and K.M. Binard, 2003. Remediation of an Arsenic Contaminated Site. Presentation at the 226th American Chemical Society National Meeting, September 7 - 11, 2003, New York City, NY.

Vlassopoulos, D., C.B. Andrews, M. Rafferty, P.A. O'Day, and N.A. Rivera Jr., 2003. In Situ Arsenic Removal by Zero Valent Iron: An Accelerated Pilot Test Simulating Long-Term Permeable Reactive Barrier Performance. Presentation at the 226th American Chemical Society National Meeting, September 7 - 11, 2003, New York City, NY.

Sorel, D., C.J. Neville, M.T. Rafferty, K. Chiang, and C.B. Andrews, 2002. Hydraulic Containment Using Phytoremediation and a Barrier Wall to Prevent Arsenic Migration. In *Proceedings of the Third International Conference on Remediation of Chlorinated and Recalcitrant Compounds,* May 20 - 23, 2002, Monterey, CA. Gavaskar, A.R., and A.S.C. Chen, eds. Battelle Press.

Vlassopoulos, D., J. Pochatila, A. Lundquist, C.B. Andrews, M.T. Rafferty, K. Chiang, D. Sorel, and N.P. Nikolaidis, 2002. An Elemental Iron Reactor for Arsenic Removal from Groundwater. in *Proceedings of the Third International Conference on Remediation of Chlorinated and Recalcitrant Compounds,* May 20 - 23, 2002, Monterey, CA. Gavaskar, A., and A.S.C. Chen, eds. Battelle Press.

Andrews, C., and C. Neville, 2001. Groundwater Flow in a Desert Basin: Complexity and Controversy. in Proceedings of MODFLOW 2001 and Other Modeling Odysseys, September 11–14, 2001, International Groundwater Modeling Center, Colorado School of Mines, Golden, CO, pp.770-775.

Andrews, C.B, 2000. The Great American Experiment: Pump-and-Treat for Groundwater Cleanup. in Proceedings of the International Symposium on Groundwater Contamination, Japanese Association of Groundwater Hydrology, Tokyo, Japan. June 26, 2000.

Andrews, C.B, 2000. The Meaning of Success in Assessing Groundwater Remediation. Presentation at the Western Pacific Geophysics Meeting, June 27 - 30, 2000, Tokyo, Japan. *Eos,* v. 81, no. 22, May 30, 2000.

Andrews, C.B., and D. Vlassopoulos, 2000. Modeling the Migration of Arsenic in Groundwater: Understanding the Processes. Geological Society of America, Annual Meeting, October 2000, Reno, NV. in *Geological Society of America Abstracts with Programs,* A406-7.

Vlassopoulos, D., and C.B. Andrews, 2000. The Intertwined Fate of Iron and Arsenic in Contaminated Groundwater Entering a Tidal Marsh, San Francisco Bay. Invited Speaker Presentation at the National Ground Water Association Theis 2000 Conference on Iron in Groundwater, September 15 - 18, 2000, Jackson Hole, WY.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Lolcama, J.L., and C.B. Andrews, 1999.  Catastrophic Flooding of a Quarry in Karstified Dolomite (Abstract).  Presentation at the NGWA National Convention and Exposition, December 3 - 6, 1999, Nashville, TN.  in *Ground Water Supply Issues in the Next Century, 1999 Abstract Book*.  Nashville, TN:  National Groundwater Association.

Vlassopoulos, D., C. Andrews, R. Hennet, and S. Macko, 1999.  Natural Immobilization of Arsenic in the Shallow Groundwater of a Tidal Marsh, San Francisco Bay.  Presentation at the American Geophysical Union 1999 Spring Meeting, May 31 - June 4, Boston, MA.

Andrews, C.B, 1998.  MTBE: A Long-Term Threat to Ground Water Quality:  *Ground Water*, v. 36, no. 5, pp. 705-706.

Hennet, R., D.A. Carleton, S.A. Macko, and C.B. Andrews, 1997.  Environmental Applications of Carbon, Nitrogen, and Sulfur Stable Isotope Data:  Case Studies (abstract).  Invited Speaker Presentation at the Geological Society of America Annual Meeting, Salt Lake City, UT, November 1997.

Zhang, Y., C. Zheng, C.J. Neville, and C.B. Andrews, 1996.  ModIME User's Guide:  An Integrated Modeling Environment for MODFLOW, PATH3D, and MT3D.  Version 1.1.  Bethesda, MD:  S.S. Papadopulos & Associates, Inc.

Larson, S.P., C.B. Andrews, and C.J. Neville, 1995.  Parameter Estimation in Groundwater Modeling: Research, Development, and Application (abstract).  American Geophysical Union (AGU) Spring Meeting, Baltimore, May 30–June 2, 1995, Hydrology Sessions.  S145, Abstract H51C-02 0835h.

Andrews C.B. (co-author), 1994.  Chapter 3 — Performance of Conventional Pump-and-Treat Systems, and Chapter 5 — Characterizing Sites for Ground Water Cleanup.  in *Alternative Ground Water Cleanup*.  Washington, DC:  National Academy Press.

Hennet, R.J.-C., and C.B. Andrews, 1993.  PCB Congeners as Tracers for Colloid Transport in the Subsurface — A Conceptual Approach.  in *Manipulation of Groundwater Colloids for Environmental Restoration*.  Ann Arbor, MI:  Lewis Publishers, pp. 241-246.

Zheng, C., G.D. Bennett, and C.B. Andrews, 1992.  Reply to the Preceding "Discussion by Robert D. McCaleb of 'Analysis of Ground-Water Remedial Alternatives at a Superfund Site' ":  *Ground Water*, v. 30, no. 3, pp. 440-442.

Zheng, C., G.D. Bennett, and C.B. Andrews, 1991.  Analysis of Ground-Water Remedial Alternatives at a Superfund Site:  *Ground Water*, v. 29, no. 6, pp. 838-848.

Andrews C.B. (co-author), 1990.  Chapter 5 — Experience with Contaminant Flow Models in the Regulatory System.  in *Ground Water Models: Scientific and Regulatory Applications*.  Washington, DC:  National Academy Press.

Andrews, C.B., D.L. Hathaway, and S.S. Papadopulos, 1990.  Modeling the Migration and Fate of Polychlorinated Biphenyls in the Subsurface.  in Proceedings of the PCB Forum, Second International Conference for the Remediation of PCB Contamination, April 2–3, 1990, Houston, TX, pp. 64-82.

Hathaway, D., and C. Andrews, 1990.  Fate and Transport Modeling of Organic Compounds from a Gasoline Spill.  in *Proceedings of Petroleum Hydrocarbons and Organic Chemicals in Ground Water; Prevention, Detection, and Restoration*, National Water Well Association and American Petroleum Institute, Houston, TX, October 31 - November 2, 1990.  *Ground Water Management*, v. 4, pp. 563–576.

Stephenson, D.E., G.M. Duffield, D.R. Russ, C.B. Andrews, and E.C. Phillips, 1989.  Practical Use of Models in Ground Water Assessment and Protection Programs at the Savannah River Site: Three Case Histories.  Presentation at the Joint USA/USSR Conference on Hydrogeology, Moscow, USSR, June 30 - July 11, 1989.

Andrews, C.B., and S.P. Larson, 1988.  Evolution of Water Quality in the Lower Rio Grande Valley, New Mexico.  *Eos*, v. 69, no. 16, p. 357.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

Larson, S.P., C.B. Andrews, M.D. Howland, and D.T. Feinstein, 1987. Three-Dimensional Modeling Analysis of Groundwater Pumping Schemes for Containment of Shallow Groundwater Contamination. Presentation at *Solving Ground Water Problems with Models*, Association of Ground Water Scientists and Engineers, Denver, CO, February 10–12, 1987. in *Solving Ground Water Problems with Models: An Intensive Three-Day Conference and Exposition Devoted Exclusively to Ground Water Modeling*. Vol. 1. Dublin, OH: National Water Well Association, pp. 517–536. February 11.

Looney, B.B., R.A. Field, G.B. Merrell, G. Duffield, and C.B. Andrews, 1987. Analyses of the Validity of Analytical Models Used for Assessment of Forty-Five Waste Site Areas: Subsurface Flow and Chemical Transport. in *Solving Ground Water Problems with Models*. Dublin, OH: National Water Well Association, pp. 954-982.

Stephenson, D.E., B.B. Looney, C.B. Andrews, and D.R. Buss, 1987. Three-Dimensional Simulation of Groundwater Flow and Transport of Chemical and Low-Level Radioactive Constituents within Two Production Areas of the Savannah River Plant. in Proceedings of the 9th Annual Low-Level Radioactive Waste Conference, U.S. Department of Energy, Washington, DC, pp. 472-481.

Auerbach, S.I., C. Andrews, D. Eyman, D.D. Huff, P.A. Palmer, and W.R. Uhte, 1984. Report of the Panel on Land Disposal. in *Disposal of Industrial and Domestic Wastes: Land and Sea Alternatives*. Washington, DC: National Academy Press, pp. 73–100.

Andrews, C.B., 1983. Hydrogeology in North America — 1932 to 1982. in *The Revolution in Earth Sciences: Advances in the Past Half-Century*. Boardman, S., ed. Kendall/Hunt Publishing Company.

Andrews, C.B., 1979. *Impacts of Coal-Fired Power Plants on Local Ground-Water Systems*. Wisconsin Power Plant Impact Study. U.S. Environmental Protection Agency. EPA 600/3-80-079. p. 203.

Andrews, C.B., 1979. *Statement of Dr. Charles Andrews, Hydrologist, Northern Cheyenne Tribe*. Hearings before the Select Committee on Indian Affairs. U.S. Senate, 96th Congress, pp. 412-432.

Andrews, C.B., and M.P. Anderson, 1979. Thermal Alteration of Groundwater Caused by Seepage from a Cooling Lake: *Water Resources Research*, v. 15, no. 3, pp. 595-602.

Andrews, C.B., W. Woessner, and T. Osborne, 1979. The Impacts of Coal Strip Mining on the Hydrogeologic System of the Northern Great Plains — Case Study of Potential Impacts on the Northern Cheyenne Reservation. *Journal of Hydrology,* v. 43, pp. 445-467.

Andrews, C.B., 1978. The Impact of the Use of Heat Pumps on Groundwater Temperatures. *Ground Water*, v. 16, no. 6, pp. 437-443.

Andrews, C.B., and M.P. Anderson, 1978. The Impact of a Power Plant on the Groundwater System of a Wetland. *Ground Water,* v. 16, no. 2, pp. 105-111.

Andrews, C.B., and E. Quigley, 1975. Designing and Maintaining Ponds for Swimming. University of Wisconsin – Madison, Extension Publication G2678, p. 22.

## DEPOSITION AND TESTIMONY EXPERIENCE

### *DEPOSITIONS*

2022    Jarrod Johnson vs. 3M Company et al. United States District Court for the Northern District of Georgia Rome Division. Civil Action File Number 4:20-CV-00008-AT. September 19-20.

2022    The Water Works and Sewer Board of the City of Gadsden v. 3M Company, et al. Circuit Court of Etowah County, Alabama. Civil Action File Number: 31-CV-2016-900676.000. September 14. Trial deposition.

2022    The Water Works and Sewer Board of the City of Gadsden v. 3M Company, et al. Circuit Court of Etowah County, Alabama. Civil Action File Number: 31-CV-2016-900676.000. April 8.

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

2022 Gold King Mine Release in the San Juan County, Colorado, on August 5, 2015. United States District Court for the District of New Mexico. Case 1:18-md-02824-WJ. January 10.

2018 Polyone Corporation v. Westlake Vinyls, Inc. JAMS Arbitration Case No. 1100087719. Louisville, Kentucky. July 10-11.

2017 State of Minnesota et al. v. 3M Company. Hennepin County Superior Court. Case No. 27-CV-10-28862. October 3.

2016 State of North Carolina ex rel. North Carolina Department of Environment and Natural Resources v. Catawba Riverkeeper Foundation Inc., et al. vs. Duke Energy Carolinas, LLC. State of North Carolina Mecklenburg County in the General Court of Justice Superior Court Division. Case No. 13-CVS-14661. November 10-11.

2015 Duke Energy Progress, Inc. v. N.C. Department of Environment and Natural Resources, Division of Water Resources. State of North Carolina, Wake County in the Office of Administrative Hearings. Case No. 15 HER 02581. July 31.

2014 Emhart Industries, Inc. vs. New England Container Company, Inc., et al. vs. United States Department of the Air Force, et al. vs. Black & Decker, Inc. United States District Court for the District of Rhode Island. C.A. 06-218S and C.A 11-023S (Consolidated). November 17 - 18.

2014 Emhart Industries, Inc. vs. New England Container Company, Inc., et al. vs. United States Department of the Air Force, et al. vs. Black & Decker, Inc. United States District Court for the District of Rhode Island. C.A. 06-218-S and C.A 11-023-S (Consolidated). May 28.

2012 Commissioner of the Department of Planning and Natural Resources, Alicia V. Barnes, et al. Century Alumina Company, et al. District Court of the Virgin Islands Division of St. Croix. Civil No. 2005-0062. June 28 - 29.

2010 United States Virgin Islands Department of Planning and Natural Resources vs. St. Croix Renaissance Group, L.L.L.P., et al. District Court of the Virgin Islands Division of St. Croix. Civil No. 2007/114. October 20.

2010 United States Virgin Islands Department of Planning and Natural Resources v. St. Croix Renaissance Group, L.L.L.P., et al. District Court of the Virgin Islands Division of St. Croix. Civil No. 2007/114. October 22.

2010 New Jersey Department of Environmental Protection, The Commissioner of the New Jersey Department of Environmental Protection and the Administrator of the New Jersey Spill Compensation Fund vs. Essex Chemical Corporation. Superior Court of New Jersey Law Division: Middlesex County. Docket No.: MID-L-5685-07. February 22.

2009 United States of America vs. Norfolk Southern Railway Company. U.S. District Court for the District of South Carolina, Aiken Division. Civil Action No. 1:08-CV-01707-MBS. August 5.

2009 Michigan Citizens for Water Conservation, et al. vs. Nestle Waters North America, Inc. State of Michigan Mecosta County Circuit Court. File No. 01-14563-CE. February 11 and March 6.

2008 The Gillette Company vs. Onebeacon America Insurance Company, et al. Commonwealth of Massachusetts Superior Court. 05-5102-BLS. December 4.

2008 Brian Wayne Meixner et al. vs. Emerson Electric Co. et al. U.S. District Court for the District of South Carolina, Aiken Division. 06-CV-01359-MBS. April 29.

2007 Glenn Gates and Donna Gates v. Rohm & Haas Company, et al. U.S. District Court for the Eastern District of Pennsylvania. Civil Action No. 2:06-CV-01743-GP. November 16, 19.

2007 Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation, County of Suffolk and Suffolk County Water Authority vs. Amerada Hess Corporation et al., United Water New York, vs. Amerada Hess Corporation et al. U.S. District Court Southern District of New York. 04 CIV. 5424 and O4 CIV. 2389. November 27, 28.

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

2007    Kay Ryan Corley, et al. v. Colonial Pipeline Company, et al. Hale County Circuit Court, Alabama. CV-2005-138. September 6 - 7.

2003    American Home Products Corporation vs. Adriatic Insurance Company. Superior Court of New Jersey Law Division: Hudson County. Docket No. HUD-L-5002-92. April 29.

2003    H. Todd Brinckerhoff, Jr., Harriet B. Haslett and MBM Company I, LLC vs. Shell Oil Company and Motiva Enterprises, LLC. U.S. District Court, Southern District of New York. Civil Action No. 02cv939. March 27.

2003    Bernice Samples et al. vs. Conoco, Inc.; Agrico Chemical Company and Escambia Treating Company, Inc. Circuit Court of the First Judicial Circuit in and for Escambia County, Florida. No. 01-631-CA-01. March 18.

2002    Michigan Citizens for Water Conservation et al. vs. Nestlé Waters North America, Inc. et al. State of Michigan in the Circuit Court for the County of Mecosta. Case No. 01-14563-CE. October 14.

2001    JBG/JER Shady Grove, LLC vs. Eastman Kodak Company. Circuit Court for Montgomery County, Maryland. Civil No. 214877. October 25.

1999    Associated Aviation Underwriters, Inc. vs. Purex Industries, Inc. et al. Superior Court of the State of California for the County of Los Angeles. No. EC021744. August 9.

1999    Flintkote Company and Genstar Corp. vs. Liberty Mutual Insurance Company et al. Superior Court of New Jersey, Law Division, Bergen County. Docket No. 10288-97. March 26.

1998    GenCorp Inc. vs. Adriatic Insurance. Superior Court of New Jersey. Case No. 5:95CV 2464. September.

1997    C-I-L Corporation of America and Marsulex, Inc. vs. NL Industries, Inc. et al. U.S. District Court, District of New Jersey. Civil Action No. 93-2157 (WHW). January 21.

1995    Freehold-Carthage, Inc. vs. Lumbermans Mutual Casualty et al. vs. Hartford Insurance Company vs. Minnesota Mining and Manufacturing Company. Superior Court of New Jersey. Docket No. L-56812-90.

1995    Hughes Aircraft Company vs. Brian Eustace Beagley et al. Superior Court of the State of California, County of Los Angeles. No. BC062120. February 10.

1993    Martin Marietta Corporation vs. Aetna Casualty & Surety et al. Superior Court of the State of California for the County of Los Angeles. Case No. C610358.

1992    In re: Demand for Arbitration filed by Richard and Susan Ritchie and Exxon Corporation. State of New Jersey, Department of Environmental Protection. Damage Claim No. 86-54-0033. February 29.

*TESTIMONY*

2022    Potomac Riverkeeper, Inc. v. WVDEP and Berkeley County Public Service Sewer District, West Virginia Environmental Quality Board Evidentiary Hearing. Case No. 3:15-cv-00095. May 12.

2019    Petitions of Michigan Citizens for Water Conservation, and Grand Traverse Band of Ottawa and Chippewa Indians on the permit issued to Nestle Waters North America, Inc. State of Michigan Administrative Hearing. Docket No. 18-011549. June 5,6.

2018    Polyone Corporation v. Westlake Vinyls, Inc. JAMS Arbitration Case No. 1100087719. Louisville, Kentucky. August 14,15.

2015    Emhart Industries, Inc. v. New England Container Company, Inc., et al. and Emhart Industries, Inc. v. United States Department of the Air Force, et al. v. Black & Decker, Inc., et al. United States District Court for the District of Rhode Island. C.A. Nos.: 06-218 S and 11-023 S. June 25.

2014    In the Matter of a Conditional High Capacity Well Approval for Two Potable Wells to be Located in the Town of New Chester, Adams County, Issued to New Chester Dairy, Inc. and Milk Source,

# CHARLES B. ANDREWS

Senior Principal, Hydrologist

|      | Holding, LLC. Case No. DNR-13-011. State of Wisconsin Division of Hearings and Appeals. January 16 - 17. |
|------|---|
| 2013 | In the Matter of a Conditional High Capacity Well Approval for Two Potable Wells to be Located in the Town of Richfield, Adams County, Issued to Milk Source Holding, LLC. Case Nos. IH-12-03, IH-12-04, IH-12-05, and IH-12-08. State of Wisconsin Division of Hearings and Appeals. June 24, 25 and December 16, 20. |
| 2010 | Branham v. Rohm & Hass Company et al. Court of Common Pleas of Philadelphia County. October 12 - 18. |
| 2010 | New Jersey vs. Essex Chemical Corporation. Superior Court of New Jersey Law Division: Middlesex County. Docket No.: MID-L-5685-07. March 19. |
| 2008 | Attorney General of the State of Oklahoma and Oklahoma Secretary of the Environment vs. Tyson Foods Inc. et al. U.S. District Court for the Northern District of Oklahoma. 4:05-CV-00329-TCK-SAJ. March 10. |
| 2003 | Michigan Citizens for Water Conservation et al. vs. Nestlé Waters North America Inc. et al. State of Michigan in the Circuit Court for the County of Mecosta. 01-14563-CE. June 6. |
| 2003 | Michigan Citizens for Water Conservation et al. vs. Nestlé Waters North America Inc. et al. State of Michigan in the Circuit Court for the County of Mecosta. 01-14563-CE. May 21. |
| 2003 | Michigan Citizens for Water Conservation et al. vs. Nestlé Waters North America Inc. et al. State of Michigan in the Circuit Court for the County of Mecosta. 01-14563-CE. May 19. |
| 2001 | JBG/JER Shady Grove, LLC vs. Eastman Kodak Company. Circuit Court for Montgomery County, Maryland. Civil No. 214877. December 13. |
| 1995 | Anderson et al. vs. Pacific Gas and Electric Company. Superior Court of the State of California for the County of San Bernardino. Case No. BCV00300. July. |
| 1995 | Hughes Aircraft Company vs. Brian Eustace Beagley et al. Superior Court of the State of California, County of Los Angeles. No. BC062120. |
| 1995 | Anderson et al. vs. Pacific Gas and Electric Company. Superior Court of the State of California for the County of San Bernardino. Case No. BCV00300. February 13. |

## RATE OF COMPENSATION

My firm is compensated at an hourly rate of $347.00.

# Attachment B

## Revised Section 9 to Andrews' Expert Report

# Attachment B
# Revised Section 9
# PFAS Mass Balance for Dalton Region

Based on the available data, I quantified the amounts of PFOA and PFOS entering the river system upstream of Rome for the LAS and various tributaries. The quantification is not exact because concentration data are limited. The approach for calculating the amount of PFOA and PFOS in the tributaries and rivers was as follows:

1. Calculate an average concentration for a specific stream location based on data collected between 2016 and 2021.
2. Determine the average flow between 2016 and 2021 at the stream location from USGS gaging data if available, and if not calculate average flow based on watershed area and average annual runoff determined from nearby USGS gaging locations.
3. Multiply the concentrations determined in Step 1 by the flow determined in Step 2.

The approach for calculating the amount of PFOA and PFOS discharging from the LAS was the following:

1. Use the concentrations of PFOA and PFOS measured in streams discharging from the LAS that were measured in 2021 as representative of average conditions between 2016 and 2021. A watershed area weighted concentration was calculated for those streams draining into the Conasauga River upstream of the gage at Tilton and a watershed area weighted concentration was calculated for the streams draining into the Conasauga River downstream of the Tilton gage.
2. Calculate the amount of surface water discharging from the LAS. This estimate was based on a water balance for the LAS for the period 2016 to 2021. The amounts discharging both upstream and downstream of the Tilton gage were calculated.
3. The final step was to multiply the concentrations determined in Step 1 by the flows determined in Step 2.

For the Conasauga River at Tilton and the Oostanaula River at Rome, the annual PFOA and PFOS amounts were calculated based on measured concentrations and were also calculated by summing the amount contributed by the upstream tributaries to the river system. This provides independent verification of the calculated amounts. In the Conasauga River at Tilton, the calculated annual amounts of PFOA and PFOS based on measured concentrations in the river were 165 kg and 234 kg, respectively. Summing the contributions from upstream sources, produced a calculated annual amount of 130 kg PFOA and 237 kg PFOS. The agreement between the two methods is excellent for PFOS, though for PFOA the contribution from upstream sources is underestimated by about 20 percent.

For the Oostanaula River at Rome, the sum of annual upstream contributions was calculated to be 164 kg of PFOA and 286 kg of PFOS. The annual amounts calculated from measured concentrations using the average concentrations in the river were 197 kg/year of PFOA and 244 kg/year of PFOS. For combined PFOA+PFOS, the sum of upstream contributions was 450 kg and the amount calculated from flows and concentrations in the river at Rome was 441 kg. These values are consistent with the amounts estimated by summing the upstream contributions.

$\Sigma^2\Pi$   S.S. PAPADOPULOS & ASSOCIATES, INC.

The fluxes of PFOS in the river system are illustrated on Figure 10, the fluxes of PFOS in the river system are illustrated on Figure 11 and the fluxes of PFOA+PFOS are illustrated on Figure 12. The largest contribution, by far, to the annual load of PFOA and PFOS in the Oostanaula River at Rome comes from streams draining the LAS.  As depicted on Figure 12, the flux of PFOA+PFOS from the LAS was calculated as 378 kg/yr, and the flux in the Oostanaula River at Rome is 450 kg. Thus, based on these calculations, 84 percent of the PFOA+PFOS on an average annual basis in the Oostanaula River at the City of Rome intake originates at the LAS.

**Table 6. PFOA and PFOS Average Concentrations and Annual Amounts in the Oostanaula River Basin**

| Location (Upstream to Downstream) | Flow | | Concentrations ng/L | | Amount (kg /year) | |
|---|---|---|---|---|---|---|
| | mgd | cfs | PFOA | PFOS | PFOA | PFOS |
| Conasauga River at Canoe Launch | | 573 | 2 | | 1.0 | |
| Conasauga River at Highway 76 | | 704 | 4 | 6 | 3 | 4 |
| Coahulla Creek | | 317 | 11 | 13 | 3 | 4 |
| Conasauga River at Airport Road | | 1,202 | 10 | 11 | 11 | 12 |
| | | | | | | |
| Dalton Utilities' WWTPs | 13 | 21 | 237 | 336 | 4 | 6 |
| LAS  (effluent+precip runoff upstream of Tilton) | 24 | 37 | 1,955 | 5,692 | 64 | 187 |
| LAS Area A (sludge spray area) | 1 | 2 | 28,350 | 17,050 | 50 | 30 |
| Drowning Bear Creek (upstream) | | 38 | 146 | 211 | 5 | 7 |
| Jobs Creek | | 9 | 56 | 95 | 0.5 | 0.8 |
| Unnamed Tributary (SW-13) | | 3 | 33 | 29 | 0.1 | 0 |
| Other tributaries (upstream of Tilton) | | 270 | | | | |
| Conasauga River at Tilton (estimated) | | | | | 130 | 237 |
| Conasauga River at Tilton (measured) | | 1,581 | 117 | 166 | 165 | 234 |
| Thomason Creek | | 10 | 24 | 62 | 0.2 | 0.5 |
| LAS contribution from Howell Cr + Polecat Creek | 6 | 10 | 1,427 | 3,873 | 12.6 | 34 |
| Other Tributaries to Conasauga below Tilton | | 67 | | | | |
| | | | | | | |
| Coosawattee River | | 1,747 | 12 | 6 | 18 | 10 |
| Oothkalooga Creek | | 111 | 28 | 52 | 3 | 5 |
| Tributaries to Oostanaula River | | 816 | | | | |
| | | | | | | |
| Oostanaula at Rome (sum of upstream sources) | | | | | 164 | 286 |
| Oostanaula at Rome -avg data | | 4,341 | 51 | 63 | 197 | 244 |

$\Sigma^2\Pi$  S.S. Papadopulos & Associates, Inc.



**Figure 1. PFOS Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins**

$\Sigma^2\Pi$    S.S. Papadopulos & Associates, Inc.



**Figure 2. PFOA Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins**

$\Sigma^2\Pi$   S.S. PAPADOPULOS & ASSOCIATES, INC.



**Figure 3. PFOA+PFOS Fluxes in the Conasauga, Coosawattee and Oostanaula River Basins**