# Coosa River Intake at Gadsden



- How much PFAS in river today and in the future?
- Where did PFAS come from?



DEFENDANT EXHIBIT 6
Andrews  9/20/22

# PFAS Concentrations in Alabama Rivers



Note: PFAS is sum of PFOA, PFOS, PFBS, PFPA, PFHxA, and PFHpA

Data from November 2019 for Chattooga R. and May 2021 for LAS. Data from June 2020 for other Georgia locations. Alabama data published in Viticoski et al.(2022) from samples in summer 2020.



PFAS Concentrations Upstream of Gadsden

Data from Summer 2020 and 2021 except for Chattooga River where data is from November 2019



Note: PFAS is sum of PFOA, PFOS, PFBS, PFPA, PFHxA, and PFHpA

# Weight of PFAS in Coosa River at Gadsden



River Flow (cubic feet per second)





Concentration (ng/L)



Weight (pounds)

**Average Flow 2016-2021**
9,000 cubic feet per second
3.3 million cubic feet per year

| Average Concentrations | |
|---|---|
|  | ng/L |
| PFOA+PFOS | 78 |
| PFAS | 300 |

| Total Weight per Year | |
|---|---|
|  | pounds |
| PFOA+PFOS | 1375 |
| PFAS | 5280 |

Note: PFAS is sum of PFOA, PFOS, PFBS, PFPA, PFHxA, and PFHpA



# Between 1985 and 2020, More than 66 Million Pounds of PFAS-Based Products Sold to Dalton Carpet Companies



# PFAS Chemical Cycle in Dalton

## Carpet Facility



**Weight of PFAS Product Purchased from 3M/Daikin/DuPont, 1986-2020**

**66+ Million Pounds**

## Wastewater Treatment Plant



Loopers Bend Treatment Plant

**~10% of Product Sent with Wastewater to DU Treatment Plants**

**6.6 Million Pounds**

## Land Application System



Conasauga River — LAS

**~10 of Product in Wastewater and Solids at the LAS and in Sludge Placed Off-Site Degrades to Terminal PFAS**

**660,000 Pounds of PFAS**



# Spray Heads in Operation on the LAS – June 1, 2022



# Perennial Stream Flowing from the LAS – June 1, 2022



Pettiet Branch (SW-10)



Creek near Well D-5   Upstream of Conasauga River



Creek near Well D-7 Upstream of Conasauga



Stream flowing from Mashburn Pond East



Polecat Creek Trib (SW-17)



Creek at SW-1 Upstream of Conasauga R.



PFAS in Streams Flowing off the LAS to the Conasauga River in May 2021



**Photo from June 1, 2022**

| Conasauga River at Tilton | Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | PFOS | PFOA | PFBS | PFBA | PFHxA | PFPeA |
| Average 2018 to 2022 | 166 | 117 | 485 | 74 | 110 | 171 |

# Comparison of PFAS in Effluent Sprayed onto and Water Flowing off the LAS



336 ng/L PFOS
237 ng/L PFOA
1,470 ng/L PFAS

5,000 ng/L PFOS
1,760 ng/L PFOA
18,100 ng/L PFAS

| Ratios of PFAS in and out of LAS | |
|---|---|
| PFOS | **15x** |
| PFOA | **7.5x** |
| PFAS | **12x** |

Notes: 1) PFAS is sum of PFOA, PFOS, PFBS, PFPA, PFHxA, and PFHpA; 2) Data from May 2021

# Weight of PFOS and PFOA in LAS Today

**PFOS        88,000 lbs**

**PFOA        44,000 lbs**

Weight as PFOS and PFOA equivalents

# Projected Future Change in PFOA+PFOS from LAS





# Variability in Weight of PFOA+PFOS in River at Rome



Oostanaula River
5/2021

River Flow (cubic feet per second)

X

PFAS in water

Concentration (ng/L)

=



Weight (pounds)



Average flow ~4,350 cfs

| PFOA+PFOS Concentration | | |
|---|---|---|
| Date | Flow | ng/L |
| 5/25/18 | 13,200 | 217 |
| 1/27/21 | 7,640 | 201 |
| 2/2/21 | 3,800 | 151 |
| 11/8/17 | 1,740 | 108 |
| 8/12/20 | 1,210 | 72 |

| Total Weight of PFOA+PFOS | |
|---|---|
| lbs/day | lbs/year |
| 15 | 5,619 |
| 8.4 | 3,012 |
| 3.1 | 1,126 |
| 1.1 | 238 |
| 0.4 | 158 |