IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| **JARROD JOHNSON, individually,** | ) | |
| **and on Behalf of a Class of Persons** | ) | |
| **Similarly Situated,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE** |
| | ) | **NO. 4:20-cv-00008-AT** |
| **3M COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### JOHNSON'S NOTICE OF FILING UNSEALED NON-CONFIDENTIAL EXHIBITS IN SUPPORT OF HIS OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Jarrod Johnson, submits this Notice of Filing Unsealed Non-Confidential Exhibits in Support of his Omnibus Response in Opposition to Motions for Summary Judgment filed by Defendants: 3M Company ("3M"), Doc. 1212-1; Daikin America, Inc. ("Daikin"), Doc. 1215; E.I. du Pont de Nemours and Co. ("DuPont") and The Chemours Company ("Chemours"), Doc. 1224-1; INV Performance Surfaces, LLC ("Invista"), Doc. 1201-1; Aladdin Manufacturing Corporation; Mohawk Carpet, LLC; and Mohawk Industries, Inc. (collectively "Mohawk"), Doc. 1248-1; and Shaw Industries, Inc. and Shaw Industries Group, Inc. (collectively "Shaw"), Doc. 1257-1.

Plaintiff filed under provisional seal the Exhibits in Support of his Omnibus Response (*see* Docs. 1338, 1339, 1340, 1341, 1342, 1343, 1344, 1345, 1347, 1350, 1351). Plaintiff is re-filing those Exhibits which are not confidential unsealed on the public docket. The Appendix attached to this Notice of Filing identifies the unsealed non-confidential Exhibits Plaintiff is re-filing.

Respectfully submitted November 1, 2023.

<div style="margin-left:40%">

*/s/ R. Akira Watson*
R. Akira Watson, Esq. (*phv*)
Brett C. Thompson, Esq. (*phv*)
Hirlye R. "Ryan" Lutz, III, Esq. (*phv)*
F. Jerome Tapley, Esq. (*phv*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205
awatson@corywatson.com
bthompson@corywatson.com
rlutz@corywatson.com
jtapley@corywatson.com
Telephone: (800) 852-6299
Fax: (205) 324-7896

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
THE STONE LAW GROUP –TRIAL LAWYERS, LLC
5229 Roswell Road NE
Atlanta, Georgia 30342

</div>

Telephone: (404) 239-0305
Fax: (404) 445-8003
ryals@stonelaw.com
billstone@stonelaw.com

Gary A. Davis (*phv*)
Keith A. Johnston (*phv*)
DAVIS ENVIRONMENTAL
ATTORNEYS, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
gadavis@enviroattorney.com
kjohnston@enviroattorney.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

This 1st day of November, 2023.

*/s/ R. Akira Watson*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system which will automatically email all counsel of record.

This 1st day of November, 2023.

*/s/ R. Akira Watson*

## APPENDIX OF EXHIBITS AND DOCKET NUMBERS

| Exhibit | Exhibit Title | Docket No. | Confidentiality Status |
|---|---|---|---|
| 224. | Consent Agreement and Final Order, In the Matter of 3M Co., TSCA-HQ-2006-5004 (Mar. 8, 2006) | 1344-16 | Public |
| 227. | James Kotsmith Deposition Ex. 73 | 1344-19 | Public |
| 228. | 3M/Battelle, Fluorochemical Exposure Assessment: Program Overview (June 1, 1999) | 1344-20 | Public |
| 229. | Kurt Herman Deposition Ex. 55 | 1344-21 | Public |
| 230. | Tim Verslycke Deposition Ex. 32 | 1344-22 | Public |
| 232. | Robert Chad Deposition Ex. 73 | 1344-24 | Public |
| 235. | Robert Kissell Deposition Ex. P-1 | 1344-27 | Public |
| 236. | Robert Kissell Deposition Ex. 3 | 1344-28 | Public |
| 237. | Robert Buck Deposition Ex. 4 | 1344-29 | Public |
| 238. | Robert Buck Deposition Ex. 11 | 1344-30 | Public |
| 240. | Robert Kissell Deposition Excerpts | 1344-32 | Public |
| 241. | DuPont, Materials related to 1962 rat studies of PFOA | 1344-33 | Public |
| 242. | DuPont memorandum, Investigation of Current "Teflon" Waste Disposal (May 13, 1975) | 1344-34 | Public |
| 244. | DuPont document, C-8 Communications Meeting: Outline, Talk & Charts (July 31, 1980) | 1344-36 | Public |
| 245. | DuPont internal correspondence, Scrubbing of Fine Powder Dryer Exhausts (Nov. 23, 1982) | 1344-37 | Public |
| 246. | Robert Kissell Deposition Ex. P-11 | 1344-38 | Public |

| Exhibit | Exhibit Title | Docket No. | Confidentiality Status |
|---|---|---|---|
| 247. | Robert Kissell Deposition Ex. P-5 | 1344-39 | Public |
| 248. | DuPont, Communications package: Fluorosurfactants Announcement (June 27, 1978) | 1344-40 | Public |
| 249. | DuPont memo, Ammonium Perfluorooctanoate (FC-143) C-8 Compounds (Mar. 27, 1981) | 1344-41 | Public |
| 250. | DuPont, C-8 History | 1344-42 | Public |
| 251. | Robert Kissell Deposition Ex. P-2 | 1344-43 | Public |
| 252. | Robert Kissell Deposition Ex. P-3 | 1344-44 | Public |
| 255. | Email correspondence from Carol Lyell, DuPont, Subject: Analysis for PFOA in Telomer product (June 8, 1999) | 1344-47 | Public |
| 256. | Email correspondence, Subject: C8 Analysis (Aug. 1999) | 1344-48 | Public |
| 257. | Werner Braun Deposition Ex. 7 | 1344-49 | Public |
| 258. | U.S. EPA, OPPT, Preliminary Risk Assessment of the Developmental Toxicity Associated with Exposure to Perfluorooctanoic Acid and Its Salts (Apr. 10, 2023) | 1344-50 | Public |
| 259. | Stephen Korzeniowski Deposition Ex. 34 | 1344-1 | Public |
| 260. | EPA Science Advisory Board, Draft Risk Assessment of Potential Human Health Effects Associated with PFOA and Its Salts (Jan. 20, 2006) | 1344-2 | Public |
| 267. | Werner Braun Deposition Ex. 13 | 1344-9 | Public |
| 268. | Werner Braun Deposition Excerpts | 1344-10 | Public |
| 270. | Werner Braun Deposition Ex. 15 | 1344-12 | Public |

| Exhibit | Exhibit Title | Docket No. | Confidentiality Status |
|---|---|---|---|
| 271. | Stephen Korzeniowski Deposition Ex. 23 | 1344-13 | Public |
| 275. | Ralph Werling Deposition Ex. 43 | 1344-17 | Public |
| 276. | Ralph Werling Deposition Ex. 53 | 1344-18 | Public |
| 277. | Ralph Werling Deposition Ex. 3 | 1344-19 | Public |
| 289. | Donald Harris Deposition Ex. 100 | 1344-31 | Public |
| 294. | Carey Mitchell Deposition Excerpts | 1344-36 | Public |
| 298. | Kissell Deposition Ex. D-2 | 1344-40 | Public |
| 300. | Minutes of Dalton Utilities Board of Commissioners meeting on April 7, 1987 | 1344-42 | Public |
| 301. | Leslie Rush Deposition Ex. 101 | 1345-1 | Public |
| 302. | Leslie Rush Deposition Ex. 105 | 1345-2 | Public |
| 303. | Leslie Rush Deposition Ex. 55 | 1345-3 | Public |
| 304. | Werner Braun Deposition Ex. 19 | 1345-4 | Public |
| 306. | Werner Braun Deposition Ex. 20 | 1345-6 | Public |
| 308. | Jim Williams Deposition Ex. 44 | 1345-8 | Public |
| 309. | Jim Williams Deposition Ex. 41 | 1345-9 | Public |
| 310. | Email correspondence, Subject: Teflon warning to flooring dealers (Dec. 21, 2005) | 1345-10 | Public |
| 311. | DuPont letter to Carpet Retailers (Dec. 19, 2005) | 1345-11 | Public |
| 312. | DuPont letter to Carpet Mill Customers (Jan. 16, 2006) | 1345-12 | Public |
| 314. | Jim Williams Deposition Ex. 42 | 1345-14 | Public |