

December 19, 2005

Dear Carpet Retailers,

You may have recently received a letter from the United Steel Workers (USW) containing inaccurate and misleading information about carpet products made with DuPont fluorotelomer chemistry. The USW alleges that these products may be harmful to consumers. That is simply not true.

You may be aware that, in May, 2005, the USW merged with the Paper Allied-Industrial, Chemical and Energy (PACE) union.

In 2003, the PACE union announced and began a "Corporate Campaign" against DuPont. The USW has pursued this campaign on many fronts in hopes of bargaining at the corporate level, rather than locally at the sites they represent. They have sent letters using legal scare tactics such as this one, news releases, and other approaches. We believe that this is just another example of their announced Corporate Campaign against DuPont disguised as a safety issue.

These attacks have not been effective in undermining our brands or consumer confidence. As a company with a long-standing and well-known commitment to product safety, and a global leader in the fluorotelomer chemistry used to make our surface protection materials, DuPont is eager to set the record straight. Here are the facts:

Carpets made with or using DuPont materials, including STAINMASTER® carpet, are safe. A peer reviewed scientific study, commissioned by DuPont, confirmed carpets made with the company's materials are safe to use. The study confirmed that there is no risk to consumers from potential exposure to trace levels of PFOA, and that the margins of safety for all products tested dramatically exceeded the levels of protection typically used by regulatory agencies to judge the safety of chemicals. DuPont commissioned this study with an independent research firm, and the study was peer reviewed by an independent expert scientific panel. The peer review was moderated by Dr. George Gray during his tenure as Executive Director of the Harvard Center for Risk Analysis. Dr. Gray is a recognized risk assessment expert. The results and conclusions of the study have been discussed and shared with the EPA.

Commenting on PFOA, the EPA has stated, and continues to state, "EPA does not believe there is any reason for consumers to stop using any consumer or industrial related products."

Dr. Jennifer Seed of the EPA's Risk Assessment Division Office of Pollution Prevention and Toxics examined supposed health risks of PFOA and in August 2005, publicly stated: "Studies have not shown any effects directly associated with PFOA exposure." This is consistent with the results of our scientific research and 30 years of safe consumer use of carpet.

DuPont will continue to defend its products and brands, and get the scientific facts out to our

customers. We strongly believe that fluorotelomers provide a valuable benefit to society.  DuPont's commitment to our customers is stronger than ever, and we continue to invest in innovative new products and technology for the future.

For additional information on PFOA, I encourage you to visit the Environmental Protection Agency website:http://www.epa.gov/oppt/pfoa/pfoafcts.pdf and the DuPont website, www.pfoa.dupont.com.

Sincerely,


Gary W. Spitzer
Market & Business Director
DuPont Chemical Solutions Enterprise