

January 16, 2006

Dear Carpet Mill Customers,

You may have recently received a letter from the United Steel Workers (USW) containing inaccurate and misleading information about carpet products made with DuPont fluorotelomer chemistry. The USW alleges that these products may be harmful to consumers. That is simply not true.

You may be aware that, in May, 2005, the USW merged with the Paper Allied-Industrial, Chemical and Energy (PACE) union.

In 2003, the PACE union announced and began a "Corporate Campaign" against DuPont. The USW has pursued this campaign on many fronts in hopes of bargaining at the corporate level, rather than locally at the sites they represent. They have sent letters using legal scare tactics such as this one, news releases, and other approaches. We believe that this is just another example of their announced Corporate Campaign against DuPont disguised as a safety issue.

These attacks have not been effective in undermining our brands or consumer confidence. As a company with a long-standing and well-known commitment to product safety, and a global leader in the fluorotelomer chemistry used to make our surface protection materials, DuPont is eager to set the record straight.

Here are the facts:

Telomer-based products manufactured by DuPont have been used safely for over 35 years. DuPont, as well as other manufacturers serving the carpet industry, use fluorotelomer chemistry to produce surface protection products. Telomer chemistry is not made with PFOA, nor is PFOA added during the manufacture of DuPont telomer-based products. However, PFOA is found at very low trace levels in some fluorotelomer products as an unintended byproduct of the manufacturing process.

Carpets made with or using DuPont materials, including STAINMASTER® carpet, are safe. A peer reviewed scientific study, commissioned by DuPont, confirmed carpets made with the company's materials are safe to use. The study confirmed that there is no risk to consumers from potential exposure to trace levels of PFOA, and that the margins of safety for all products tested dramatically exceeded the levels of protection typically used by regulatory agencies to judge the safety of chemicals. DuPont commissioned this study with an independent research firm, and the study was peer reviewed by an independent expert scientific panel. The peer review was moderated by Dr. George Gray during his tenure as Executive Director of the Harvard Center for Risk Analysis. Dr. Gray is a recognized risk assessment expert. The results and conclusions of the study have been discussed and shared with the EPA.

Commenting on PFOA, the EPA has stated, and continues to state, "EPA does not believe there is any reason for consumers to stop using any consumer or industrial related products." Dr. Jennifer Seed of the EPA's Risk Assessment Division Office of Pollution Prevention and Toxics examined supposed

092-0163-0065605

health risks of PFOA and in August 2005, publicly stated: "Studies have not shown any effects directly associated with PFOA exposure." To date no human health effects are known to be caused by PFOA even in workers who have significantly higher exposure levels than the general population.

In terms of your workers, DuPont is conducting a two-phase employee health study on PFOA for more than 1,000 workers at our Washington Works site located near Parkersburg, W.Va.. DuPont uses PFOA at this location as a processing aid for a different family of compounds known as fluoropolymers. These compounds are *not* used as soil and stain repellants for carpet. Results from the first phase of this study indicate no association between exposure to PFOA and most of the health parameters that were measured. From the DuPont study, the only potentially relevant association is a modest increase in some, but not all, cholesterol fractions in some of the highest exposed workers. It is unclear if this association is caused by PFOA exposure or is related to some other variable. DuPont is consulting with medical and other scientific experts to design and conduct appropriate follow-up testing. Also, as part of our responsible industrial hygiene program we have acquired personal workplace air monitoring data for PFOA from our site in Deepwater, New Jersey where we manufacture fluorotelomer based products for many end uses, including carpet. All results were below the level of detection.

DuPont will continue to defend its products and brands, and get the scientific facts out to our customers. We strongly believe that fluorotelomers provide a valuable benefit to society. DuPont's commitment to our customers is stronger than ever, and we continue to invest in innovative new products and technology for the future.

For additional information on PFOA, I encourage you to visit the Environmental Protection Agency website:http://www.epa.gov/oppt/pfoa/pfoafcts.pdf and the DuPont website, www.pfoa.dupont.com.

Sincerely,

Gary W. Spitzer
Market & Business Director
DuPont Chemical Solutions Enterprise