

EXHIBIT
42
Huseby.com

ADRIAN DOMINICAN SISTERS
1257 East Siena Heights Drive
Adrian, Michigan 49221-1793
517-266-3521  Phone
517-266-3524  Fax
MWeber@adriandominicans.org
Portfolio Advisory Board

September 12, 2006

Jeffrey S. Lorberbaum
Chair, President and CEO
Mohawk Industries, Inc.
160 South Industrial Blvd.
P. O. Box 12069
Calhoun, GA. 30701

Dear Mr. Lorberbaum:

The Adrian Dominican Sisters, owners of 2500 shares of Mohawk Industries Inc., stock, have a thirty year history of commitment to socially responsible investing. We are writing to inquire how our company is managing issues regarding the environmental and consumer safety of materials, especially polyvinyl chloride (PVC) and perfluorooctanoic acid (PFOA). We raise these issues in the context of Mohawk's commitment to sustainability and continuous improvement as signaled in its published corporate environmental policy.

The Adrian Dominicans are concerned that many Mohawk Industries products contain PVC and may contain or break down to PFOA. The increasing attention being paid by policy makers, investors and consumers to the presence of PVC and PFOA in products necessitates adopting safer alternatives as they become available. In addition, it is our perspective that the company has a duty to its investors to disclose these issues, a duty which is expanding as these issues become more significant and reporting obligations expand. Thus we request information regarding management's policies on developing and promoting safer alternatives to toxic chemicals currently used in company products.

New technologies are making it possible to detect synthetic chemicals in the bodies of people, even at low levels, and to identify trends in chemical exposures. Efforts by government and others to conduct "body burden" testing of blood, breast milk and other tissues are identifying many toxic chemicals in humans. Detection of the presence of toxic chemicals in a large proportion of the general public is a sufficient reason to modify production practices, particularly when trends show that the concentrations of those chemicals are increasing and that particularly vulnerable populations are exposed.

### PVC Problems & Regulatory Issues

**PVC production problems:** The production of PVC requires the manufacture of raw toxic chemicals. PVC production has been found to expose workers and surrounding communities to vinyl chloride and studies have documented links between working in vinyl chloride production facilities and the increased likelihood of developing cancer and other diseases.

**PVC usage problems:** Additives such as stabilizers, plasticizers, and fillers mixed with PVC resins can leach out of, or volatilize from, a PVC product during its useful life. Phthalates (plasticizers) may pose hazards that contribute to the development of respiratory problems in children.

**PVC disposal problems:** When produced or burned, PVC plastic forms dioxins, a highly toxic group of chemicals that build up in the food chain. The U.S. Environmental Protection Agency classified the most potent of the dioxins as a human carcinogen, estimating a 1 in 1,000 risk to Americans from cancer due to exposure.

**PVC Regulatory Issues:** The use of PVC is facing increasing governmental regulations. Cities around the United States including New York City, Boston, Seattle, San Francisco, and Buffalo have enacted procurement policies to avoid the purchase of materials such as PVC that lead to persistent toxic pollution.

**PFOA Problems & Regulatory Issues**

The presence of PFOA in consumer products is facing increasing governmental regulations. In a draft report, June 2006, the majority of the Environmental Protection Agency's Science Advisory Board identified PFOA as a *likely carcinogen*.

The 3M Company, a former manufacturer of PFOA, conducted blood testing of a large sample of children from across the United States, and in 2001, submitted these test data to the EPA. Data from 3M's testing revealed PFOA in the blood of 96% of 598 children studied across the country. The company subsequently phased out production of PFOA.

**Alternatives to PVC and PFOA**

Safer, cost-effective, alternatives to PVC are readily available. Mohawk Industries has acknowledged this fact by producing PVC-free carpeting. From safer, recyclable plastics, to bio-based materials, there is a growing market replacing PVC in consumer products. Companies such as Microsoft, Johnson & Johnson, Nike, Ikea, SC Johnson, Limited Brands, Dell, Toyota, Honda, Hewlett Packard, and Sony have made commitments to phase out PVC in products and/or packaging.

Similarly, companies such as Wal-Mart and McDonalds are working to reduce the presence of PFOA in the products they sell.

Given these increasing concerns, we write to inquire how Mohawk Industries Inc. is managing these issues and concerns. We are interested, specifically in the following questions:

- What Mohawk Industries products use or contain PVC or PFOA?
- Roughly what portion of Mohawk Industries products is made out of PVC or contains PFOA?
- Does Mohawk Industries have plans to phase out PVC in all its products?
- Does Mohawk Industries have plans to phase out PFOA in products?

It is our position that phasing out PVC and PFOA not only has significant environmental and health benefits, but also will help to build public trust, protect brand reputation, and safeguard and grow market share by anticipating further regulation and recall/legal liabilities. Such actions can significantly and positively raise our company's environmental profile, and enhance its reputation and competitive position worldwide. In this regard, we note Mohawk's embrace of new bio-based Sorona fibre for carpet production.

We look forward to hearing from you by October 15th about measures Mohawk Industries is taking to address PVC- and PFOA-related concerns. We also welcome the opportunity to discuss these issues with you, either in person or via phone.

Sincerely yours,

Margaret Weber
Coordinator of Corporate Responsibility
Adrian Dominican Sisters
mweber@adriandominicans.org

MHK_Johnson_0003046