| Party name | Settlement amounts |
|---|---|
| 3M | $75,000,000.00 |
| Add Bac & Rogers Finishing | $17,500.00 |
| Americhem | $20,000.00 |
| Arrowstar | $25,000.00 |
| Chem-Tech Finishers, Global Textile Services, and Premier Polymers | $975,000.00 |
| Color Express | $5,000.00 |
| Columbia Recycling | $50,000.00 |
| Daikin America | $17,500,000.00 |
| Dalton Utilities | $25,000,000.00 |
| Dixie Group | $395,000.00 |
| DuPont and Chemours | n/a |
| Dystar | $50,000.00 |
| Engineered Floors | $250,000.00 |
| Fibro-Chem | $37,500.00 |
| IMACC | $65,000.00 |
| Invista | $5,500,000.00 |
| Mannington Mills | $375,000.00 |
| Milliken | $165,000.00 |
| Mohawk Defendants | $42,500,000.00 |
| Oriental Weavers USA | $49,545.00 |
| Secoa Technology | $50,000.00 |
| Shaw Defendants | $65,000,000.00 |
| Syntrex | $10,000.00 |
| Tarkett USA | $700,000.00 |
| **Total Settlement Amount:** | **$233,739,545.00** |
| **Available Settlement Amount After Attorneys' Fee** | **$155,826,363.00** |