# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly Situated, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>3M COMPANY, *et al.*, )<br>)<br>Defendants. ) | Civil Action No.:<br>4:20-cv-00008-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 17th day of December, 2024.

> */s/ Jason Rottner*
> Jason Rottner
> Georgia Bar No. 678137
> jason.rottner@alston.com
> ALSTON & BIRD LLP
> 1201 West Peachtree Street, Suite 4900
> Atlanta, Georgia 30309
> Phone: 404-881-4527

## **CERTIFICATION UNDER L.R. 7.1.D.**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

                              */s/ Jason Rottner*
                              Jason Rottner
                              Georgia Bar No. 678137
                              jason.rottner@alston.com
                              ALSTON & BIRD LLP
                              1201 West Peachtree Street, Suite 4900
                              Atlanta, Georgia 30309
                              Phone: 404-881-4527

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>    Defendants. | Civil Action No.:<br>4:20-cv-00008-AT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which has notified all counsel of record.

>   */s/ Jason Rottner*
>   Jason Rottner
>   Georgia Bar No. 678137
>   jason.rottner@alston.com
>   ALSTON & BIRD LLP
>   1201 West Peachtree Street, Suite 4900
>   Atlanta, Georgia 30309
>   Phone: 404-881-4527