IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JARROD JOHNSON, individually and on behalf of a class of persons similarly situated, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| 3M COMPANY, *et al.*, | : : | CIVIL ACTION NO. 4:20-cv-8-AT |
| Defendants. | : : | |

**ORDER**

Consistent with the Court's prior Order, the Special Master has provided two Status Reports regarding the posture of this case in light of the Court's December 10 ruling. (*See* Status Reports, Docs. 1621, 1622).

The Special Master reports that Defendants MFG and Americhem maintain their contention that they are collateral parties and so request that the Court rule on their pending motions. Accordingly, the Court hereby **LIFTS** the stay on those pending motions and will take them under consideration. (Docs. 1183, 1184, 1250, 1337, 1559).

The Special Master also reports that Dalton Utilities and Plaintiff would like to address the impact of the Court's December 10 Order on the pending Clean Water Act claims. The Court therefore **ORDERS** that Dalton Utilities and Plaintiff may each submit a brief (not longer than 20 pages) addressing this issue. Each side

may file a response (not longer than 15 pages) to the other side's brief. No reply briefs will be permitted. The initial briefs **SHALL** be due on February 21, 2025 and the responses **SHALL** be due on March 7, 2025.

      **IT IS SO ORDERED** this 31st day of January, 2025.

*[signature]*

**Honorable Amy Totenberg**
**United States District Judge**