# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of persons similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00008-AT |

## <u>NOTICE OF WITHDRAWAL OF WHEATON P. WEBB</u>

Pursuant to Local Rule 83.1(E)(4), undersigned counsel, Wheaton P. Webb, hereby withdraws as Counsel in the above-captioned case. The undersigned is no longer an attorney with the law firm The City of Dalton, Georgia, Acting Through Its Board Of Water, Light And Sinking Fund Commissioners, d/b/a Dalton Utilities, Retained to represent it in this matter. Dalton Utilities will continue to be fully represented in this matter by remaining counsel of record.

Accordingly, the undersigned respectfully requests that the Court accept this Notice of Withdrawal and directs the Clerk of Court to terminate the undersigned as counsel of record for Dalton Utilities.

DATED this 4<u>th</u> day of March, 2025

                                         */s/ Wheaton P. Webb*
                                       Georgia Bar No. 902682
                                       SMITH, GAMBRELL
                                       & RUSSELL, LLP
                                       1105 W. Peachtree Street, NE
                                       Suite 1000
                                       Atlanta, GA 30309
                                       404.815.3500
                                       *wwebb@sgrlaw.com*

## **CERTIFICATION UNDER L.R. 7.1.D.**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

*/s/ Wheaton P. Webb*
Wheaton P. Webb

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I electronically transmitted the foregoing to the Clerk of Court using the CM/ECF system for electronic filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel of record.

*/s/ Wheaton P. Webb*
Wheaton P. Webb
