IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, )<br>and on Behalf of a Class of Persons )<br>Similarly Situated,               )<br>    Plaintiff,                              )<br>                                                  )<br>v.                                              )<br>                                                  )<br>3M COMPANY, et al.,                )<br>                                                  )<br>    Defendants.                         ) | CIVIL ACTION FILE<br>NO. 4:20-cv-00008-AT |

**ORDER EXTENDING DEADLINES
TO RESPOND TO BRIEFS REGARDING STANDING FOR CLEAN
WATER ACT CLAIMS**

1. Plaintiff and Defendant Dalton Utilities' current deadline to file Responses to the Briefs regarding standing for Plaintiff's Clean Water Act claims is March 7, 2025.

2. Having considered Plaintiff's unopposed request to extend the deadline for these Responses and for good cause shown, the Court hereby enters this Order extending Plaintiff and Dalton Utilities' deadline to respond to the Briefs regarding standing for the Clean Water Act claims to March 17, 2025.

SO ORDERED, this 5th day of March, 2025.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**