# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>          Defendants. | Civil Action No. 4:20-cv-00008-AT |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Dated:  July 21, 2025

        */s/ Andrew A. Roberts*
        Andrew A. Roberts
        Georgia Bar No. 425333
        ALSTON & BIRD LLP
        1201 West Peachtree Street, Suite 4900
        Atlanta, Georgia 30309
        Phone: 404-881-7268
        andrew.roberts@alston.com

        *Attorney for Defendants*
        *Aladdin Manufacturing Corporation,*
        *Mohawk Carpet, LLC, and*
        *Mohawk Industries, Inc.*

## **CERTIFICATION UNDER LOCAL RULE 7.1(D)**

Pursuant to Northern District of Georgia Civil Local Rule 7.1(D), I hereby certify that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1(C).

>
> */s/ Andrew A. Roberts*
> Andrew A. Roberts
> Georgia Bar No. 425333
> ALSTON & BIRD LLP
> 1201 West Peachtree Street, Suite 4900
> Atlanta, Georgia 30309
> Phone: 404-881-7268
> andrew.roberts@alston.com
>
> *Attorney for Defendants*
> *Aladdin Manufacturing Corporation,*
> *Mohawk Carpet, LLC, and*
> *Mohawk Industries, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which has notified all counsel of record.

/s/ Andrew A. Roberts
Andrew A. Roberts
Georgia Bar No. 425333
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Phone: 404-881-7268
andrew.roberts@alston.com

*Attorney for Defendants*
*Aladdin Manufacturing Corporation,*
*Mohawk Carpet, LLC, and*
*Mohawk Industries, Inc.*