# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br>Defendants, | CIVIL ACTION FILE<br><br>No. 4:20-CV-00008-AT |

## DEFENDANTS SHAW INDUSTRIES GROUP, INC. AND SHAW INDUSTRIES, INC.'S CERTIFICATE OF SERVICE

Defendants Shaw Industries Group, Inc., and Shaw Industries, Inc. ("Shaw Defendants") hereby certify that the following discovery was served upon all counsel of record via electronic mail on August 5, 2025:

- Defendants Shaw Industries Group, Inc.'s and Shaw Industries, Inc.'s Sixth Supplemental Responses to Plaintiff's First Interrogatories; and Third Supplemental Responses to Plaintiff's Second Interrogatories.

Respectfully submitted this 5th day of August, 2025.

/s/ Jennifer B. Dempsey
William V. Custer
Georgia Bar No. 202910

1

bill.custer@bclplaw.com
Jennifer B. Dempsey
Georgia Bar No. 217536
jennifer.dempsey@bclplaw.com
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bclplaw.com
Christian J. Bromley
Georgia Bar No. 206633
christian.bromley@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Fourteenth Floor
1201 W. Peachtree St., NW
Atlanta, GA 30309
Telephone:      (404) 572-6600
Fax:            (404) 572-6999

*Counsel for Defendants Shaw Industries Group, Inc. and Shaw Industries, Inc.*

## CERTIFICATION UNDER L.R. 7.1.D.

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

　　　　　　　　　　　　　　　　*/s/ Jennifer B. Dempsey*
　　　　　　　　　　　　　　　　Jennifer B. Dempsey
　　　　　　　　　　　　　　　　Georgia Bar No. 217536

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all counsel of record.

This 5th day of August, 2025.

>*/s/ Jennifer B. Dempsey*
>Jennifer B. Dempsey
>Georgia Bar No. 217536
>jennifer.dempsey@bclplaw.com
>
>**BRYAN CAVE LEIGHTON PAISNER LLP**
>Fourteenth Floor
>1201 W. Peachtree St., NW
>Atlanta, GA 30309
>Telephone: (404) 572-6600
>Facsimile:  (404) 572-6999
>
>*Counsel for Defendants Shaw Industries Group, Inc. and Shaw Industries, Inc.*