# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, and on Behalf of a Class of Persons Similarly Situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>3M COMPANY, et al.; )<br>)<br>Defendants. )<br> | Civil Action File<br>No. 4:20-cv-00008-AT |

## NOTICE OF CHANGE OF ADDRESS

ANDREW CALICA, hereby gives notice of a change of address and contact information.

Mr. Calica's new address and contact information are as follows:

Andrew Calica
King & Spalding LLP
1185 6th Avenue
New York, New York 10036
(212) 790-5930
acalica@kslaw.com

This 28th day of August, 2025.

Respectfully submitted,

**KING & SPALDING LLP**

By: /s/ Andrew Calica
Andrew Calica
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212-790-5390
acalica@kslaw.com
New York State Bar No. 4306031

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing Notice of Change of Address with the Clerk of Court via electronic transmission using the CM/ECF system and served a copy of the foregoing electronically upon all parties of record via CM/ECF.

This 28th day of August 2025.

Respectfully submitted,

**KING & SPALDING LLP**

By: /s/ Andrew Calica
Andrew Calica
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
212-790-5390
acalica@kslaw.com
New York State Bar No. 4306031