# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JARROD JOHNSON, individually, )<br>and on Behalf of a Class of Persons )<br>Similarly Situated, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>3M COMPANY, et al., 　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　Defendants. 　　　　　　　 )<br>　　　　　　　　　　　　　　　　 ) | CIVIL ACTION FILE<br>NO. 4:20-cv-00008-AT |

## NOTICE OF SERVICE OF DISCOVERY

Plaintiff Jarrod Johnson hereby certifies that he served his Notice of Rule 30(b)(6) Deposition of the City of Rome, Georgia upon all counsel of record via electronic mail on September 12, 2025.

**DATED**: This 12th day of September, 2025

　　　　　　　　　　　　　　　　　　　　*/s/ Robert Akira Watson*
　　　　　　　　　　　　　　　　　　　　R. Akira Watson (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　Hirlye R. "Ryan" Lutz, III (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　F. Jerome Tapley (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　Brett C. Thompson (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　**CORY WATSON, P.C.**
　　　　　　　　　　　　　　　　　　　　2131 Magnolia Avenue South
　　　　　　　　　　　　　　　　　　　　Birmingham, Alabama 35205
　　　　　　　　　　　　　　　　　　　　Telephone: (800) 852-6299
　　　　　　　　　　　　　　　　　　　　Facsimile: (205) 324-7896
　　　　　　　　　　　　　　　　　　　　bthompson@corywatson.com
　　　　　　　　　　　　　　　　　　　　rlutz@corywatson.com

1

jtapley@corywatson.com
awatson@corywatson.com

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
**THE STONE LAW GROUP –TRIAL LAWYERS, LLC**
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Facsimile: (404) 445-8003
ryals@stonelaw.com
billstone@stonelaw.com

Gary A. Davis (Pro Hac Vice)
Keith A. Johnston (Pro Hac Vice)
**DAVIS, JOHNSTON & RINGGER, P.C.**
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Facsimile: (828) 398-0435
gadavis@enviroattorney.com
kjohnston@enviroattorney.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated by Local Rule 5.1C.

This 12th day of September, 2025.

*/s/ Robert Akira Watson*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system which will automatically email all counsel of record.

This 12th day of September, 2025.

*/s/ Robert Akira Watson*