# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| Jarrod Johnson, individually, and on Behalf of a Class of Persons Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 4:20-cv-00008-AT |
| 3M Company, et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL
## OF MOTION TO CONSOLIDATE RELATED ACTIONS

Plaintiff Jarrod Johnson requested leave to consolidate the *Johnson* action with *Coosa River Basin Initiative, et al. v. 3M Company, et al.*, No. 25-cv-00075-AT (N.D. Ga.) on September 15, 2025. (Doc. 1657). Plaintiff hereby gives notice of withdrawing that Motion to Consolidate Related Actions.

Respectfully submitted April 7, 2026.

/s/ Ryan Lutz
Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice)*
R. Akira Watson (*Pro Hac Vice*)
Brett C. Thompson (*Pro Hac Vice*)
F. Jerome Tapley (*Pro Hac Vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue South
Birmingham, Alabama 35205

1

Telephone: (800) 852-6299
Facsimile: (205) 324-7896
awatson@corywatson.com
bthompson@corywatson.com
rlutz@corywatson.com
jtapley@corywatson.com

Ryals D. Stone (GA Bar No. 831761)
William S. Stone (GA Bar No. 684636)
**THE STONE LAW GROUP – TRIAL LAWYERS, LLC**
5229 Roswell Road NE
Atlanta, Georgia 30342
Telephone: (404) 239-0305
Facsimile: (404) 445-8003
ryals@stonelaw.com
billstone@stonelaw.com

Gary A. Davis (*Pro Hac Vice*)
Keith A. Johnston (*Pro Hac Vice*)
**DAVIS, JOHNSTON & RINGGER, P.C.**
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Facsimile: (828) 398-0435
gadavis@enviroattorney.com
kjohnston@enviroattorney.com

***Attorneys for Plaintiff***

2

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

This 7th day of April, 2026.

<u>/s/ Ryan Lutz</u>

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system which will automatically email all counsel of record.

This 7th day of April, 2026.

*/s/ Ryan Lutz*